AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| ELMER STEWART RHODES III | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ELMER STEWART RHODES III

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2384 (Seditious Conspiracy); 18 U.S.C. § 1512(k) (Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 372 (Conspiracy to Prevent an Officer from Discharging Any Duties); 18 U.S.C. §§ 1512(c)(1), 2 (Tampering with Documents or Proceedings and Aiding and Abetting)

Date: 01/12/2022

*Issuing officer's signature*

G. Michael Harvey
2022.01.12
17:56:48 -05'00'

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/12/2022, and the person was arrested on *(date)* 1/13/2022
at *(city and state)* Little Elm, Texas.

Date: 1/13/2022

*Arresting officer's signature*

Special Agent John Moore
*Printed name and title*