**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.    1:22-cr-15-1 (APM)** |
| | ) | |
| **ELMER STEWART RHODES III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO
DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION**

The United States respectfully files this supplement to its opposition to Defendant Elmer

Stewart Rhodes's motion for reconsideration of detention (ECF No. 40), which includes the two

exhibits that undersigned counsel inadvertently omitted from the initial filing.


Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    _____
       Kathryn L. Rakoczy
       Assistant United States Attorney
       D.C. Bar No. 994559
       Ahmed M. Baset
       Troy A. Edwards, Jr.
       Jeffrey S. Nestler
       Assistant United States Attorneys
       Louis Manzo
       Special Assistant United States Attorney
       U.S. Attorney's Office for the District of Columbia
       555 4th Street, N.W.
       Washington, D.C. 20530

Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004


Dated:        February 4, 2022