IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Case No. 22-015-APM |
| STEWART RHODES, et. al. | * |

\*   \*   \*   \*   \*

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

Roberto Minuta, by and through counsel, Alfred Guillaume III, and *on behalf of all defendants*, moves this Honorable Court to continue the July 11, 2022, trial date, until September 26, 2022. The grounds for this relief are as follows:

1. On January 27, 2021, the government filed an indictment in *United States v. Caldwell, et. al., 21-028-APM*.

2. The government filed a series of superseding indictments in *21-028-APM*, adding most of the defendants in the above captioned case to the *Caldwell* indictment.

3. On January 12, 2022, the government filed an indictment in the instant case, *United States v. Rhodes et. al.*, charging defendant Stewart Rhodes and Edward Vallejo, and adding a group of defendants from the *Caldwell* indictment.

4. The seventeen-count *Rhodes* indictment added a new charge, an alleged violation of 18 U.S.C. §2384, Seditious Conspiracy, as to all defendants.

5. The government has been diligent in its disclosure of discovery, having produced numerous terabytes of discovery, which contain tens of thousands of videos and documents. Additionally, the government has uploaded 24, 261 videos to *Evidence.com*, and 34,095 documents and videos to the *Relativity* discovery platform. The government continues to make disclosures on a rolling basis.

1

6. Shortly after the *Rhodes* indictment was unsealed, defense counsel began meeting weekly to work together, share resources and information.

7. Indexing, organizing, and searching through the discovery has proven to be a herculean task for all defense counsel, whether court-appointed or privately retained. Much of the discovery provided by the government to date is relevant to the Rhodes indictment, and not generic in nature.

8. On March 18, 2022, defense counsel in the Rhodes case convened and agreed that a continuance of the trial date would be in each of their respective client's best interest.

9. Defense counsel acknowledges the court's previously stated desire to bring this case to trial in an expedient fashion. However, defense counsel respectfully suggests that the ends of justice would best be served if defense counsel were given additional time to review the evidence to help coordinate defense experts and witnesses and generally prepare for trial.

10. Defense counsel acknowledges that the request to continue the trial date may impact the court's scheduling order (ECF 64), but respectfully suggests that the Court rule on the motion for continuance at the April status conference, after having heard argument from both the government and defense counsel.

11. On March 18, 2022, undersigned counsel notified the government that it would be seeking a request of the currently scheduled trial date.

WHEREFORE, defendant Roberto Minuta, on behalf of and with the consent of all defendants, respectfully requests that the trial in this matter be continued until September 26, 2022.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March 2022, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
Alfred Guillaume III