IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )    CR No. 22-15
                                    )    Washington, D.C.
        vs.                         )    May 6, 2022
                                    )    2:11 p.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )
        Defendants.                 )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE




APPEARANCES VIA ZOOM:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov


For Defendant
Thomas E. Caldwell:          David William Fischer, Sr.
                             FISCHER & PUTZI, P.A.
                             7310 Governor Ritchie Highway
                             Empire Towers, Suite 300
                             Glen Burnie, MD 21061-3065
                             (410) 787-0826
                             Email:
                             fischerandputzi@hotmail.com

```
APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

For Defendant
Kelly Meggs:                     Jonathon Alden Moseley
                                 JONATHON MOSELEY
                                 ATTORNEY AT LAW
                                 5765-F Burke Centre Parkway
                                 #337
                                 Burke, VA 22015
                                 (703) 656-1230
                                 Email: contact@jonmoseley.com

For Defendant
Kenneth Harrelson:               Bradford L. Geyer
                                 FormerFeds LLC
                                 2006 Berwick Drive
                                 Cinnaminson, NJ 08077
                                 (856) 607-5708
                                 Email:
                                 Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:               Alfred Guillaume, III
                                 LAW OFFICE OF
                                 ALFRED GUILLAUME III
                                 6305 Ivy Ln.
                                 Suite 700
                                 Greenbelt, MD 20770
                                 (301) 377-2158
                                 Email: ag3law@gmail.com

                                 William Lee Shipley, Jr.
                                 LAW OFFICES OF
                                 WILLIAM L. SHIPLEY
                                 841 Bishop Street
                                 Suite 2201
                                 Honolulu, HI 96813
                                 (808) 521-3336
                                 Email: 808Shipleylaw@gmail.com
```

APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Joseph Hackett:                  Angela Halim
                                 3580 Indian Queen Lane
                                 Philadelphia, PA 19129
                                 (215) 300-3229
                                 Email: angiehalim@gmail.com


David Moerschel:                 Scott Weinberg
                                 BROWN, SUAREZ, RIOS & WEINBERG
                                 265 E. Marion Avenue
                                 Suite 114
                                 Punta Gorda, FL 33950
                                 (941) 575-8000
                                 Email: scott@bsrwlegal.com

For Defendant
Elmer Stewart Rhodes, III:       Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com


For Defendant
Edward Vallejo:                  Matthew J. Peed
                                 CLINTON & PEED
                                 1775 Eye Street, NW
                                 Suite 1150
                                 Washington, D.C. 20006
                                 (202) 919-9491
                                 Email: matt@clintonpeed.com


Pretrial Services Officer:       Christine Schuck

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                      P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.  The Honorable
3    Amit P. Mehta presiding.
4              THE COURT:  Good afternoon.  Please be seated,
5    everyone.
6              COURTROOM DEPUTY:  Good afternoon, Your Honor.
7    This is Criminal Case No. 22-15, United States of America
8    versus Defendant No. 1, Elmer Stewart Rhodes, III; Defendant
9    No. 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
10   Defendant 4, Jessica Watkins; Defendant 6, Roberto A.
11   Minuta; Defendant 7, Joseph Hackett; Defendant 8, David
12   Moerschel; Defendant 10, Thomas Edward Caldwell; and
13   Defendant 11, Edward Vallejo.
14             James Bright and Phillip Linder for Defendant
15   Rhodes.
16             Jonathan Moseley as caretaker counsel for
17   Defendant Meggs.
18             Bradford Geyer for Defendant Harrelson.
19             Jonathan Crisp for Defendant Watkins.
20             Alfred Guillaume and William Shipley for
21   Defendant Minuta.
22             Angela Halim for Defendant Hackett.
23             Scott Weinberg for Defendant Moerschel.
24             David Fischer for Defendant Caldwell.
25             And Matthew Peed for Defendant Vallejo.
```

1          Kelly Meggs, Kenneth Harrelson, and

2    Jessica Watkins are appearing in court for this hearing.

3          Defendant Rhodes, Minuta, Hackett, Moerschel,

4    Caldwell, and Vallejo are appearing remotely.

5          THE COURT:  All right, everyone.  Good afternoon

6    and welcome back.

7          All right.  We're here for a status conference

8    just to check-in where things stand.  And there have been

9    some motions filed; I'll take that up in a moment.

10          All right.  Why don't we start with Ms. Rakoczy.

11    And if you would just provide an update on the status of

12    discovery and then we'll take it from there.

13          MS. RAKOCZY:  Yes, Your Honor.

14          Since we were last before the Court a month ago,

15    the government has continued to make rolling discovery

16    disclosures in this case-specific discovery.

17          We've provided additional data from digital

18    devices and accounts that were searched and seized pursuant

19    to either legal process or consent.

20          And at this point in time, we do believe we've

21    turned over the relevant data from all of the devices and

22    accounts that we've searched and seized across this

23    investigation and the related matters.

24          And so there could potentially be an additional

25    device or a counter to search pursuant to the ongoing

1   investigation, but we anticipate that that would be very

2   limited and that the bulk of that discovery is provided at

3   this time.

4        We also hope next week or the week thereafter to

5   provide another round of discovery from the FBI files that

6   have been generated pursuant to this investigation, and that

7   would bring us current with those files through late April

8   or early May.  And so after that, hopefully there would be

9   very limited disclosures going forward from the

10  case-specific discovery.

11       And other than that, in terms of the case-specific

12  discovery, the only outstanding materials are a handful of

13  civilian witness *Jencks* materials that have not yet been

14  provided for either security concerns or concerns relating

15  to the ongoing investigation, and a few specific inquiries

16  that have been made by defense attorneys about particular

17  questions they have or items of discovery that they are

18  looking for that we need to respond to at some point in the

19  next few weeks, and we do plan to do that.

20       So the case-specific discovery is proceeding at a

21  good pace.  We believe that if the July trial date holds, we

22  can ensure that we have complied with our discovery

23  obligations by that time.  But we do, as we've stated

24  before, certainly understand the volume of these materials

25  and the critical nature of a significant number of these

1    materials and the need for the defense to examine these

2    materials and investigate these materials themselves.

3             And so as the Court knows, we did not oppose the

4    motion for a continuance of the July trial date.  Although

5    we disagreed with a few of the factual allegations and

6    reasons stated therein, we do agree that there's a very

7    large volume of materials that is relevant to the defense

8    that needs to be reviewed for these counsel to be prepared

9    for trial, and we are sympathetic to that.

10            With respect to global discovery, Your Honor, that

11   process continues.  We produced the 14th global discovery

12   production for materials across the January 6th committee --

13   across the January 6th investigation last week.

14            The Relativity database, I believe, all counsel

15   have access to at this point in time, and it is populated

16   with a significant amount of data.  I believe there are over

17   200,000 documents in the Relativity database alone.  And

18   between the Relativity database and the Evidence.com

19   database, there are some nine terabytes of video files that

20   have been uploaded.

21            I think, most significantly, the government has

22   started making significant progress on the uploading and

23   sharing of digital devices and accounts of defendants across

24   the January 6th cases.

25            I believe there are nearly 200 devices or accounts

1    that have been uploaded to that system at this point in

2    time, and there are several hundred more that have been

3    processed and that are just undergoing review so that they

4    can be uploaded to the system.

5          There are, however, an additional several hundred

6    at least that are still in the process of either completing

7    the review or they were only recently seized, so they're

8    still undergoing filter review or initial passing.  And so

9    that process is ongoing and we do want to make sure we're

10   upfront with the Court and counsel about the fact that there

11   is still significant work to be done on the global discovery

12   front.

13         As I mentioned to the Court this morning in our

14   hearing in the related Crowl case, the government is taking

15   efforts to backstop the global discovery process in order to

16   make sure that we in this case, the government attorneys in

17   this case, learn of and then flag for our defense attorneys

18   particular case-specific materials or materials that are

19   relevant to these defendants and their cases from the global

20   discovery.

21         And so we do engage in an ongoing review of the

22   FBI's holdings through keyword searches, through facial

23   recognition of images and videos that are uploaded to the

24   FBI systems to try to ensure that we catch references to the

25   defendants in these cases so that if there's relevant

1    information to be disclosed to the defense, we do so.

2         We did one major push of reviewing that data over

3    the summer, and a few months ago provided a digest of the

4    results of that search.  We did recently complete another

5    review of all those materials and will provide another

6    digest of those materials to the defense in the next few

7    weeks.

8         And so those are our efforts to ensure that while

9    the global discovery database is still being built, we're

10   trying to make sure that these defendants are not missing

11   anything, even if they're not in the system.  So that's,

12   I think, a pretty decent discovery update, Your Honor.

13        THE COURT:  Okay.

14        I'll just ask one follow-up, Ms. Rakoczy.  There

15   was a motion filed, I think it was yesterday, by Mr. Geyer

16   seeking discovery.  Is the government -- I don't know

17   whether the government has received any request, formal

18   request for the discovery that's being -- that's the subject

19   of that motion.  Whether it has or not, what's the

20   government's position with respect to the request, if you

21   have one at this point?

22        MS. RAKOCZY:  I think it's premature to have one,

23   Your Honor.

24        I know that Mr. Geyer shared a copy of the motion

25   with one of my co-counsel last night.  We were not able to

1    get back to him in time before he needed to file the motion

2    or he wanted to file the motion.  The materials that he

3    requested, that request had not yet been made of the

4    government.

5            So I think our position is at this stage we would

6    like to review the request and respond in kind.  And if we

7    decline to provide the materials requested or assist in the

8    investigative effort that we're being asked to assist with,

9    I think that would be the appropriate time for a motion to

10   compel.

11           I don't think that typically defendants, at least

12   in this jurisdiction, file motions for court orders for

13   discovery that's not yet been withheld.  So I think we have

14   a position on the motion as being premature.  I don't think

15   that we yet have a position on whether there are

16   discoverable materials that are responsive.

17           THE COURT:  Okay.

18           All right.  Well, let's talk then about how we

19   proceed with that motion in a moment.

20           All right.  Let's just go down the list here and

21   see where things are with various counsel, any issues you'd

22   like to raise, in particular, when we get to Mr. Geyer,

23   Mr. Crisp, and Mr. Fischer, I'll ask you to state your

24   position with respect to the requested continuances that

25   have been -- motions for continuance that's been filed.

1          So why don't we start with Mr. Bright and

2     Mr. Linder on behalf of Mr. Rhodes.

3          MR. LINDER:  Yes, sir, I'll proceed for

4     Mr. Rhodes.  Thank you, Your Honor.  Good afternoon.

5          I just want to put a few things on the record.

6     As you're aware, my client got moved to the D.C. area about

7     a month ago, which -- and I don't object to that, I don't

8     want him moved again.  But I wanted to put some stuff on the

9     record as far as my inability to communicate with him.

10          Our last court setting was April 8th, I believe,

11     in this court, and he had been moved the week before that.

12     I did not have any contact with him for that week leading up

13     to the pretrial.  After that time, I made several contacts

14     or my office made several attempts to contact him through

15     the Marshals Service without one return phone call.

16          Finally, one of the local counsel there told me to

17     try the Sheriff's Department and gave me a number.  I did

18     call the Sheriff's Department and have established with my

19     client; however, my first contact with him was April 26th,

20     almost a month after he had disappeared from my contact.

21          Mr. Moseley, and you can correct me if I am wrong,

22     Mr. Moseley made an attempt to see Mr. Rhodes in the jail at

23     my request once he got moved there, and he was denied entry

24     because of COVID protocol.

25          So I had about a month without being able to talk

1  to my client.  And I don't know if anybody else has had that

2  problem, but I just wanted to put that on the record and

3  make clear.

4        I now have contact with him, so I don't want that

5  to change.  However, one other thing, I mailed my client a

6  stack of legal documents a week ago, they came back to me

7  today, refused at the jail.  So he does not have the

8  documents I mailed him a week ago, so I'm having to make

9  arrangements to re-send them.  This is why I have reached

10  out to your Courtroom Deputy, Mr. Douyon, and he's trying to

11  facilitate me being able to meet with Mr. Rhodes while I am

12  there on May 17th.  So I just wanted to put that on the

13  record as far as my inability to communicate with my client.

14        And the other issue -- not a real issue but

15  I'm going to speak on behalf of the group with this issue

16  with regards to the amount of evidence.  I believe

17  Ms. Rakoczy is acting in complete good faith.  She's given

18  us everything she can and as fast as she can give it to us,

19  and so I have no problems there.

20        But when we got Stewart Rhodes' phone download

21  initially, both she and I, and I think the FBI agents

22  originally thought it was a full, raw extracted download,

23  which is what my expert required to do the data searches we

24  needed to do.

25        And when he reviewed that, it was not.  It was a

1    limited -- it was a scoped and limited download of the
2    phone.  I have a lot of the data on there, but it didn't
3    have all of the data.

4           And specifically, I won't belabor the point too
5    much, but Ms. Rakoczy expedited -- was able to expedite the
6    FBI sending me a new, full, extracted, raw download, which I
7    got to my expert just last week.

8           And just in summary, to keep it simple, the
9    government download provided for 6692 chats, our expert
10   found 788, we got the raw download, that's a difference of
11   almost 5000 chat conversations on Mr. Rhodes' phone.

12          The difference in the amount of messages is 74,984
13   different messages that our expert found that were not given
14   to us on the raw download of the phone.

15          So we now have that and we can go through that.
16   But I believe the Court, Your Honor, you made great effort,
17   you stated last time how important these chats and Signal
18   chats are.  And I agree with you that a lot of that goes to
19   show intent and motive or lack thereof, whatever, but it
20   shows the communication between all these people.

21          And I think the Court would agree, as well as the
22   other defendants, that if that is the case -- and
23   Stewart Rhodes' phone is the master phone of this group.
24   And so having a complete, raw download of this phone is
25   almost more important than anybody else's phone because he's

1    the one allegedly communicating with all these people.  We

2    now have it but we just got it last week and it does take

3    time to go through.  So I wanted to put that out there.

4              THE COURT:  Mr. Linder, can I interrupt you.

5              Mr. Linder, if I could just ask you before you

6    move on:  Have you been able to determine whether -- you've

7    identified 500 new chats or different chats, I should say,

8    that were not on the government's scoped version that was

9    provided initially.  Are you in a position to say whether

10   any -- and, if so, what number, of those chats include any

11   of the co-defendants or other alleged co-conspirators?

12             MR. LINDER:  Not yet.

13             And that's a great question.  It takes -- the

14   expert is starting to run his diagnostic searches on those.

15             And as Ms. Rakoczy or the FBI could tell you,

16   anytime you want to put these kind of targeted searches into

17   a Cellebrite search, sometimes the searches take a few

18   minutes, sometimes it's several hours.

19             But that's his task now.  And I hope to have that

20   complete in the next week or so, where he's kind of isolated

21   the stuff we don't need and limited it -- limited us to what

22   is relevant and what we need to look at going forward.

23             THE COURT:  So I'm just curious.  I mean,

24   Mr. Moerschel's motion represented the following:  That a

25   data-analyst expert retained by the defense has examined

```
 1    both the discovered -- has examined both and discovered that
 2    the phone downloaded was not a full, raw download, but,
 3    rather, a limited-scope version, which did not include the
 4    bulk of the communications between the alleged
 5    co-conspirators.
 6            MR. LINDER:  We don't believe it did, Your Honor.
 7            That is from my expert.  I gave that to
 8    Mr. Moerschel.  He's relying on my expert for that, and
 9    I believe -- we believe there's a lot of these extra 500
10    chats that may very well be relevant from these
11    co-defendants.
12            THE COURT:  Right.
13            MR. LINDER:  In fact, just --
14            THE COURT:  Hang on.
15            But just to be clear, Mr. -- I'm not suggesting
16    this is a misrepresentation.  But I mean, this motion
17    suggests that what you -- these other chats that were not
18    provided at the outset, they contain the bulk of the
19    communications between the alleged co-conspirators.  And
20    what I'm hearing you say is that you don't know whether any
21    of the chats contain any communications with the
22    co-conspirators.  Is that what I'm hearing?
23            MR. LINDER:  Not exactly.
24            Let me clear this up without being too specific,
25    because I don't know how many public people are listening to
```

1    this.

2         When you have a chat on Signal, you can title that

3    chat, you can give it a name.  And then you can go and look

4    at it and it says, chat with fireman, chat with family.

5    Whatever it is, you title it.

6         Mr. Rhodes has been able to give me the title of

7    several chats to search for.  Several of those chats that he

8    instructed me to search for, which is, he believes, are

9    relevant, I believe so, too, were not found in the search we

10   did of the scoped download.  They're looking for those now

11   in the new downloads.

12        So, yes, we believe there are material chats,

13   potentially exculpatory, which were not included in the

14   scoped download.  It's no fault of the government; they

15   scoped the download and you get what you get.

16        But with the raw data, you're able to do a much

17   better search, much more thorough search.  And, yes, we were

18   asked to look for certain titled conversations which were

19   not included in the first version that we got.

20        THE COURT:  Okay.

21        I mean, it doesn't exactly answer the question I

22   was asking.  But that's all right.  I get what you're saying

23   and I understand.

24        All right.  Mr. Linder, I interrupted you and you

25   were going to make another point after discussing the

 1    downloads.

 2              MR. LINDER:  Yeah.  Thank you, Your Honor.

 3              Just a couple more points.  As you're aware,

 4    Mr. Wilson -- this is just what we get as the defense.  When

 5    the government discloses evidence to us, we have to then go

 6    research it.

 7              And when Mr. Wilson did his plea the other day,

 8    the documents he filed before the Court, he makes a

 9    statement in there that at the Phoenix hotel, Mr. Rhodes

10    gathered his co-conspirators around him and called someone

11    on speakerphone asking to be connected to Mr. Trump,

12    President -- then-President Trump.

13              Well, when I did that, guess what I have to do.

14    I have to then contact my expert and say, we need to figure

15    out which numbers he called, who belongs to that number in

16    and around this area and try to figure out what number it is

17    and who belongs to it because that's potentially a witness I

18    need to call.

19              If my client -- if Mr. Wilson is going to come

20    into court and say my client tried to use an intermediary to

21    contact Mr. Trump, I'm entitled to know who that is.  And so

22    I've got to do that search and have someone find out who

23    that number belongs to.  So those are just the myriad of

24    things I'm talking about.

25              THE COURT:  You could do it that way.

1          But I would suggest you email Ms. Rakoczy and say,

2    who is the person and tell us the basis for the -- you know,

3    you can spend hours trying to identify what the phone number

4    is and identify who the phone number belongs to or you could

5    call Ms. Rakoczy and say, hey, what does this refer to, and

6    I suspect she will answer the question, because she has an

7    obligation to identify it.

8          MR. LINDER:  Understand.

9          Just one example along that line is, over the last

10   several months, other defense counsel, and most recently me,

11   have asked Ms. Rakoczy who we believe an informant was who

12   recorded some meetings and recorded some conversations.

13         And, you know, I don't know what the time is on

14   it, but she just disclosed that to us today in her filings

15   in the discovery, which is great, it's what we've asked for,

16   but several of the attorneys have been asking for it since

17   November and December.  I didn't ask for it until February,

18   but we did get it, but we got it today.

19         So that's kind of what we're dealing with.  And

20   I'm not -- she's not acting in bad faith.  I'm just saying,

21   she's got a ton of evidence to deal with, but we've asked

22   and we just got it.

23         THE COURT:  Okay.

24         Anything else, Mr. Linder?

25         MR. LINDER:  The only other thing, Judge, I would

1    reiterate, and I know the Court doesn't want to entertain

2    this, I know other people will speak to it, is I believe

3    this trial is different than most criminal trials.  And I

4    said this last time.

5           This is a trial where I believe Mr. Rhodes will

6    testify, I believe other co-defendants will testify.  And

7    I believe that bifurcating this into two different trials

8    creates a myriad of issues of witness availability or

9    unavailability or testimonial issues when some people want

10   to testify in one trial and can't in another.  I just think

11   if there's any way possible to do this together at some

12   point, it would be well worth the investment of time to

13   figure that out.

14          THE COURT:  Well, let me just address that issue,

15   because, as I told Ms. Rakoczy earlier today, I was going to

16   get some additional information about that.  And what I have

17   said throughout holds based upon my conversations with the

18   Clerk of Court, with the U.S. Marshal for the District of

19   Columbia, and those members of the Clerk's Office that are

20   responsible for putting a trial together.

21          And what I have been told, in no uncertain terms,

22   is that the most people we can have for a trial is six,

23   okay?  We could do a six-person trial in one of these

24   courtrooms or in my courtroom.

25          We cannot do a nine-person trial in the Ceremonial

1    Courtroom.

2            Could we do a seven- or eight-person trial in the

3    Ceremonial Courtroom?  Perhaps.  But it would require

4    Marshal resources that we do not presently have.

5            And so as I am conceiving of this how this is

6    going to happen -- and there was a suggestion that we could

7    move this somewhere else last time -- you know, that would

8    require me to ask the Marshals Service to do far more than

9    they are even -- available and prepared to do as of now in

10   the confines of the courthouse.  So those are the

11   restrictions.  You know, those are the physical and

12   practical restrictions that I am dealing with.

13           Now, I've looked at this issue, and there is case

14   law to this effect.  And, first of all, I don't think

15   anybody's entitled to a trial with any particular other

16   defendant.

17           But secondly, to the extent that anybody in this

18   case is suggesting, and there's a passing reference to it in

19   Mr. Moerschel's motion, that Mr. Rhodes is going to testify

20   and theoretically his testimony could be exculpatory, you

21   know, the case law in the Circuit is clear, that a basis --

22   as a basis for severance -- and that's essentially what's

23   being asked for, is a severance from Mr. Rhodes so that he

24   can testify and be then available in a second trial -- that

25   is not a basis for a severance.  And essentially a promise

```
1    to testify by a co-defendant that is conditioned upon the

2    ordering of the testimony doesn't get out of the starter's

3    block under Circuit law.

4              So I hear you.  But just to complete the point,

5    Mr. Linder, I cannot, even if I -- if I wanted to, okay, if

6    I wanted to put all nine of you in a trial at the same time

7    and we had the capacity to do it, I would do it.  But we do

8    not have that capacity in this courthouse, either physically

9    or with respect to the resources that would be required to

10   hold such a trial.  We just can't do it.

11             And, in fact --

12             MR. LINDER:  I understand.

13             THE COURT:  -- I am told that it's --

14   a nine-person trial has not been held in this courthouse,

15   period, full stop.  I think the largest co-defendant case is

16   six or seven.

17             MR. LINDER:  I understand.  I just wanted to put

18   the request on the record.

19             THE COURT:  No.  Understood.  Understood.

20             And trust me, it's not an unreasonable request;

21   I hear you.

22             Let me ask you one last question, Mr. Linder.

23   As it stands today, will you and Mr. Rhodes be prepared for

24   a late September trial?

25             MR. LINDER:  I plan to be, yes, sir.
```

1          And especially with Ms. Rakoczy stating they're

2     about to the end of their discovery, I think a lot of the

3     stuff we've gotten recently has been really material.  And

4     with our now having the hard drive with the phones and an

5     expert going through it, I think -- I see no reason why we

6     can't be ready.

7          My only issue would be if I'm interfered with

8     having communication with my client.  I think I've got it

9     resolved now, and as long as he's there, I'm able to Zoom

10    with him and can set up phone calls and I can see him in

11    person when we're in court, we should be good to go.

12         THE COURT:  All right.  Mr. Meggs and Mr. Moseley,

13    we continue to be in a difficult situation here.

14         Mr. Meggs, do we have any update on counsel on

15    your behalf, sir?

16         DEFENDANT MEGGS:  We should have that wrapped up

17    by the middle of next week.

18         THE COURT:  And by "wrapped up," do you mean your

19    expectation is that somebody will be entering an appearance

20    on your behalf?

21         DEFENDANT MEGGS:  Yes, Your Honor.

22         THE COURT:  Okay.

23         Mr. Moseley and Mr. Meggs -- I don't know whether

24    you've -- well, Mr. Moseley has made Mr. Meggs -- well,

25    that's right, Mr. Meggs is in the second trial group, so

 1    I'll retract the question I was about to ask.

 2          Mr. Moseley, to the extent there's anything to

 3    raise on Mr. Meggs' behalf, is there anything you want to

 4    discuss at this point?

 5          MR. MOSELEY:  I don't think that's necessary or

 6    appropriate right now.

 7          I have tried to keep him advised.  And we have

 8    another interest and a possibility, but they -- as with

 9    Mr. Rhodes, I think the key is to make sure that Kelly Meggs

10    will be able to contact people outside of the system without

11    worry they might be making the first phone call to a new

12    person that becomes -- just a jail administration problem.

13          THE COURT:  Okay.

14          All right.  So, Mr. Meggs, I'm hopeful that

15    we will have somebody next week.  If somebody does enter an

16    appearance next week, we'll quickly set down a status

17    hearing for you and your new counsel, okay, just to get

18    everyone on the same page.

19          All right.  Mr. Geyer on behalf of Mr. Harrelson.

20          MR. GEYER:  Good morning, Your Honor.

21          Yes, I'd like to echo -- I don't think it's

22    possible to have the hold of that July trial date for

23    reasons that have been previously referenced with changing

24    filings, and also, I'm sure, will be echoed by people who

25    come after me.

1          Rather than get into now the substance of the

2    supplemental discovery request, in a way, I agree that it

3    may be the case that it's not ripe if we were to move that

4    trial date.  I felt pressured to get that filed in the wake

5    of the last hearing when we heard that there were going to

6    be 600 investigation files that were going to be turned over

7    on a rolling basis beginning in the middle of May.  That's

8    not enough time.

9          We laid out in our attachment, in an effort to

10   assist the government with helping us identify some of the

11   people that we believe are very material to our defense,

12   these are eyewitnesses, under *Brady*, *Gregory v.*

13   *United States*, 369 F.2d 185, 188 D.C. Circuit 1966, also in

14   the Model Code of Professional Responsibility Rule 3.8d:

15   "Witnesses, particularly eyewitnesses, to a crime, are the

16   property of neither the prosecution nor the defense.  Both

17   sides have an equal right and should have an equal

18   opportunity to interview them."

19          Moreover, just in the last seven weeks, it's only

20   come to our -- you know, we've only developed this ability

21   to review this information in the last seven weeks.  The

22   three detained defendants, in the last several weeks, maybe

23   eight weeks, have gotten access to Evidence.com.  There's

24   24,000 surveillance videos that track pretty much their

25   every movement, except for in front of the front door of the

1    -- in front of the Columbus Door.  Surprisingly, the Capitol

2    does not have a surveillance video outside of its front

3    entrance.  And also inside the Capitol, anywhere around

4    where the Oath Keepers came to the defense of Officer Harry

5    Dunn.  Surprisingly, once again, there's no surveillance

6    video to be had.

7           Additionally, there were tens of thousands of

8    rally attendees, material witnesses, some acting

9    suspiciously, who were taking video and collecting

10   information.

11          At the end of the day what I think we have here is

12   a situation where our systems, the Department of Justice

13   systems, have just been outstripped by this unique special

14   event that's never occurred in history, were just a

15   tremendous amount of information, visual information was

16   generated.  And it's extraordinarily difficult and taxing to

17   review this stuff and to understand it and to understand how

18   it fits into any kind of a context.

19          And I like to -- you know, it's easy to be -- you

20   know, it's -- I want to make it very clear that I am

21   absolutely certain that the trial team and the agents have

22   acted impeccably impeccable.  Whenever they come across

23   something, their turnaround time in getting it to us is

24   extraordinary fast.

25          But where the problem comes in --

 1              THE COURT:  If I can interrupt you, Mr. Geyer.

 2     I hear you.  Let's talk about what to do about it in a

 3     moment.

 4              I mean, I've looked at your motion.  I'm not going

 5     to ask the government at this time to respond to it absent

 6     getting to a point that they're refusing to turn over

 7     information that you're seeking.

 8              You know, it just seems to me premature at this

 9     juncture.  You know, I guess I'll set a deadline by which

10     you all should just notify me as to whether there is --

11     you've reached an impasse on the request.  But let's sort

12     of -- I guess, Ms. Rakoczy, since we're on the topic, is

13     there a time period by which you think the government will

14     be in a position to respond to those requests and then -- or

15     at least -- both respond and/or negotiate the requests that

16     Mr. Geyer is making?

17              MS. RAKOCZY:  I think it depends a little bit on

18     what happens with the July date, Your Honor.

19              I mean, we obviously will have great haste if

20     Mr. Harrelson is being tried in July and Mr. Geyer is

21     telling us this is important.

22              But if not, I think there are things that we view

23     as more relevant and more pertinent that we would rather

24     focus on first.

25              So that's long way of saying, we'll address it in

```
 1    the next two weeks if Mr. Harrelson is being tried in July.
 2    If the trial date is postponed, I think we'd like at least a
 3    month to put that a little bit behind other discovery
 4    priorities.
 5                 THE COURT:  Okay.
 6                 MR. GEYER:  Your Honor, if I may, I would like to
 7    give the government more time, too, because I think the
 8    issue is, systems are just being sorely challenged.  And if
 9    we have more time --
10                 THE COURT:  I hear you, Mr. Geyer.
11                 I will say the following.  I've looked at the
12    attachment, and I don't think it's about taxing the DOJ's
13    systems, in terms of what you're requesting, but I'll just
14    leave it at that.
15                 All right.  Why don't we turn to -- unless there's
16    anything more, let's turn to Mr. Crisp on behalf of
17    Ms. Watkins.
18                 MR. CRISP:  Your Honor, I don't have anything
19    additional to add.  I would just join -- mirror and join
20    co-counsel's arguments regarding the continuance.
21                 THE COURT:  Okay.
22                 Would you be ready for a September date?
23                 MR. CRISP:  Yes.
24                 THE COURT:  Mr. Shipley on behalf of Mr. Minuta.
25                 MR. SHIPLEY:  Your Honor, I would --
```

1              THE COURT:  Hang on, Mr. Shipley.

2              Mr. Shipley, if I could interrupt you.

3    Ms. Watkins has just raised her hand, so I'm going to turn

4    her.

5              Ms. Watkins, just a reminder that you are on the

6    record and anything you say can be used against you.  So I'm

7    happy to hear from you.

8              DEFENDANT WATKINS:  Understood, Your Honor.

9              Mr. Crisp, if you would please speak about the

10   issue where my law library and my access to Evidence.com is

11   being denied without submitting to third-party biometrics,

12   please, sir.

13             MR. CRISP:  Your Honor, I do apologize.  That was

14   something she had asked me about, so I neglected to raise

15   that.

16             The concern we have is they're asking, in order

17   for her to access the discovery systems at this point in

18   time for reasons I'm not quite clear and the prison hasn't

19   articulated their requiring biometric log-ins,

20   facial-recognition software by a third party, and that we

21   have no idea where that's being stored and why.

22             The only answer I got was that they had concerns

23   about discovery sharing or things of that nature.  But up to

24   this point for at least a year, she's been accessing it

25   without any issues.  And so I have instructed her at this

1    point to not consent to that facial recognition requirement

2    because I don't see a nexus there.

3            THE COURT:  Okay.

4            Ms. Rakoczy, do you have any -- I mean, I can make

5    inquiries, but do you have any idea what the

6    facial-recognition feature of this is?  I mean, there's only

7    really -- as I understand it, they can access Evidence.com,

8    that's one possible place where facial recognition is

9    required; and then to the extent they're receiving laptops

10   to review discovery, that's the other.  But do you have a

11   sense of which of those two or some other access point

12   requires it?

13           MS. RAKOCZY:  I don't, Your Honor.

14           I know that defendants at the jail are given

15   log-ins for the system, and so it may well be in connection

16   with that.  But I had not heard that facial recognition was

17   part of that.  So I will inquire of our discovery

18   coordinator and let Mr. Crisp know what I learn.

19           THE COURT:  Okay.

20           Mr. Meggs seems to have some information on that.

21           DEFENDANT MEGGS:  Your Honor, they give us a clear

22   tablet that we can use, and it's the log-in for the tablet.

23   Once you're in the tablet, you can then access the law

24   library in Evidence.com.  But until you log into that, you

25   can't use it.

1          And when you log in, now it's starting to require

2   facial recognition, whereas before, you could just put your

3   log-in in and log right in, no problem.

4          THE COURT:  Okay.  I don't know what the reasoning

5   is for that, but we can make some inquiries.

6          All right.  Mr. Crisp, did you want to add

7   anything else to that issue?

8          DEFENDANT RHODES:  Your Honor?

9          MR. CRISP:  No, Your Honor.

10         THE COURT:  Mr. Shipley on behalf of Mr. Minuta.

11         DEFENDANT RHODES:  I'm sorry, Your Honor, pardon?

12         I wanted to bring up, Mr. Linder forgot to

13   mention, but I have no access to any electronic discovery

14   whatsoever where I am at right now, zero.

15         MR. LINDER:  That's correct.

16         DEFENDANT RHODES:  And if I have to be moved to

17   where the other defendants are in order to get that access,

18   I would prefer to be moved there so I can have the access to

19   the discovery.

20         THE COURT:  Okay.  I'll see what I can find out.

21         DEFENDANT RHODES:  Thank you.

22         THE COURT:  I will say that the program that has

23   been set up with the Department of Corrections, my

24   understanding is it's only set up through our Department of

25   Corrections, particularly with Evidence.com.  But in any

1   event, that's my understanding.

2            All right.  So, Mr. Shipley.

3            MR. SHIPLEY:  Your Honor, on behalf of Mr. Minuta,

4   he is obviously in the second trial group with Mr. Rhodes,

5   and we will be ready for that late September trial date.

6            Mr. Minuta is not in custody so we actually have

7   no problem.  If the Court deems it necessary to rearrange

8   the trial dates, we're fine.

9            Other than that, I simply join the comments of

10  counsel with regard to some of the difficulties that are

11  experienced in this kind of rolling discovery, where even

12  the government concedes that some of this material is

13  case-specific, they're just uncovering it now.  So we don't

14  know what we might get in terms of case-specific discovery,

15  while the government continues to maintain that same

16  posture.

17           THE COURT:  Mr. Shipley, I know you've come into

18  this late.  There was a point in time I had asked all

19  counsel in this case to hold July and September.  Let me ask

20  you, would you be available for trial starting the week

21  after Thanksgiving?

22           MR. SHIPLEY:  I have a trial with Judge Sullivan.

23  I don't think that date is going to hold and I think there's

24  a possibility that my client in that case might plead.  So I

25  would be happy to put this case in that date, and I'll deal

```
 1   with the other one.  I think the other one probably has got
 2   flexibility.
 3                 THE COURT:  Okay.
 4                 All right.  Ms. Halim On behalf of Mr. Hackett.
 5                 MS. HALIM:  Good afternoon, Your Honor.
 6                 The only thing that I have to raise for the Court
 7   at this time that I haven't already raised on behalf of
 8   Mr. Hackett in the pleading that was filed yesterday is for
 9   the motions hearing that is scheduled for May 17th.
10                 As the Court, I think, is aware, Mr. Hackett
11   resides in Florida, and he is just wanting to make sure that
12   it would be okay if he attended remotely.  Can he stay in
13   Florida and attend the hearing by Zoom?  I'll be there in
14   person, of course.
15                 THE COURT:  Sure, sure.  We'll make sure that
16   remote access is available for that hearing for defendants.
17   I'm certainly not going to require their physical appearance
18   for that hearing.
19                 MS. HALIM:  Thank you.  I appreciate that.
20                 And then the last thing is, and this is
21   housekeeping and I just wanted to put this on the Court's
22   radar, I have a couple of different requests for CJA funds
23   for experts and other services.  I just wanted the Court to
24   know that I've been struggling with eVoucher; the system is
25   a little different than what I've been used to.  So that's
```

1    coming, I expect, in the next week or so, that I'll be

2    submitting those through the eVoucher system.  And that is

3    all that I have on behalf of Mr. Hackett at this time.

4              THE COURT:  Okay.

5              Ms. Halim, are you available potentially for a

6    trial to start the week after Thanksgiving, to run through

7    the month of December?

8              MS. HALIM:  Yes, Your Honor.

9              THE COURT:  Okay.  Mr. Weinberg on behalf of

10   Mr. Moerschel.

11             MR. WEINBERG:  Good afternoon, Judge.

12             Judge, I would just reiterate the other statements

13   of other counsel.

14             Plus, I did file the motion to continue; I'm sure

15   the Court is familiar with it.  We would ask for a

16   continuance based on the reasons put forth in my motion and

17   the reasons stated by co-counsel.

18             Based on the most recent discovery of Mr. Rhodes'

19   phone with the raw download, I don't believe that we'll be

20   ready for trial by July in order to view all of those

21   important messages.

22             THE COURT:  Mr. Weinberg, there was a part of your

23   motion I didn't quite follow and that's the citation to that

24   First Circuit case.

25             MR. WEINBERG:  Judge, if I may, the *Delaney* case

1    is the third reason, basically, we were asking for a

2    continuance.

3              I think *Delaney*, as I put in my argument, is

4    pretty analogous to what's going on today if we were set for

5    trial in July -- or if we were going to go to trial in July,

6    from what I understand, the January 6th Committee is going

7    to be having hearings in June and wrap up by the end of that

8    month, I believe.

9              They're going to be using the same witnesses that

10   defense counsel believes will be used in a trial in July,

11   which means Congress is going to be adjudicating this case

12   while the judicial process is going to be going on and going

13   to trial.  I think for that reason as well we should be

14   granted for a continuance.  Obviously I believe the

15   discovery issues are a much stronger reason to ask for a

16   continuance.

17             THE COURT:  So let me ask you this.  I mean,

18   I guess the question is as follows.  If your trial were

19   continued, is it your position that notwithstanding the

20   ongoing work of the January 6th commission, that that

21   ongoing work would not present the kind of prejudice that

22   you're claiming is a basis for continuing the trial from

23   July?

24             Because as far as I know, they may have public

25   hearings in June, they may have public hearings in August.

1   I don't know what their schedule is.  And they certainly

2   aren't intending on wrapping up their work by the end of the

3   year.

4           They may come to a natural close by the end of the

5   year for political reasons.  But I don't know that they're

6   going to finish up their work.  And I'm not going to -- if

7   the suggestion is that we need to somehow not only delay

8   trials until their report comes out and then some period of

9   time until after their report comes out, you know, I don't

10  think that's -- that's certainly not going to be acceptable

11  to me, let alone the defendants who have been detained in

12  this case.

13          MR. WEINBERG:  And I understand it wouldn't be

14  acceptable to the Court, Judge, but I do think it is a valid

15  argument based on the *Delaney* case.

16          THE COURT:  No, I understand your argument.

17          My question is, and I need you to answer the

18  question, which is, if the case gets delayed to September or

19  December, depending upon which trial group you're in, will

20  it be your position that the January 6th commission's work

21  is going to be too prejudicial for your client to receive a

22  fair trial?

23          MR. WEINBERG:  Judge, that really just depends on

24  what the commission has been saying around the time.

25          THE COURT:  I'm going to tell you right now, you

 1   need to make a commitment to me one another or another,

 2   because I am not committing to an indefinite trial extension

 3   because of Congress' work.

 4           MR. WEINBERG:  I was going to say this:  If the

 5   Court is willing to grant the continuance today, I would not

 6   renew that motion.

 7           THE COURT:  All right.  Can you say that again?

 8           MR. WEINBERG:  If the Court grants a continuance

 9   today, I will not renew that issue, that motion.

10           THE COURT:  Okay.

11           MR. GEYER:  This is Mr. Geyer.

12           I don't know if I can agree to that; I have to

13   get -- think that through.

14           I mean, I know my client's willing to go as long

15   as necessary to get a fair trial, into 2023.  It's very

16   possible the other detained defendants feel the same way,

17   but I don't know.  I'd have to think about that.

18           THE COURT:  Okay.

19           MR. GEYER:  It's hard for me -- I wasn't expecting

20   to make this decision and make this commitment today.

21           THE COURT:  You all are asking me to make a lot of

22   commitments with respect to these trial dates, so I'm

23   expecting some reciprocity here in terms of your

24   availability and the kind of arguments you're going to make

25   with respect to the trial schedule.

1    MR. PEED:  Your Honor, this is Mr. Peed on behalf

2    of Mr. Vallejo.  I understand that sentiment about the

3    commitments.

4        On behalf of Mr. Vallejo, I would anticipate the

5    kind of environment in which the media's recklessly

6    following hearings and there's new information coming out

7    through that to be fairly prejudicial as long as that's

8    ongoing, and so I would make that commitment on behalf of

9    Mr. Vallejo.

10   THE COURT:  You would or would not?

11   MR. PEED:  I would, I would.

12       I would want some time after that process is

13   complete to -- in order to ask a jury to put aside any media

14   and focus just on the guilt or innocence of one man or a

15   collection of individuals.

16   THE COURT:  Okay.

17       Anyone else want to be heard on the record?

18   MR. FISCHER:  And, Your Honor, this is David

19   Fischer on behalf of Mr. Caldwell.

20       We have raised the *Delaney* issue in our motion to

21   change venue that was filed.  And I don't believe that I

22   could commit to agreeing to not potentially pursue the

23   issue, because, quite frankly, we don't -- like other

24   attorneys, as I said, we do not know what the media coverage

25   is and what Congress is going to release.

1          I mean, for example, I believe all of our clients,

2   their phone records had been subpoenaed, and I believe

3   there's a report that's due out, if I'm not mistaken, in

4   September.  So I don't think that we're in a position to say

5   100 percent that we would not pursue that issue.

6          THE COURT:  So all of you would have me basically

7   wait to see what Congress is going to do before we set these

8   trials down.  Is that what I'm hearing?

9          MS. HALIM:  Your Honor, on behalf of Mr. Hackett,

10  no, that's not what I am saying.

11          I don't expect that to be an issue to raise;

12  however, I think everyone's reluctance is, we can't see the

13  future, we can't see what's coming down the pike, and it's a

14  possibility it's worse, not better, and we wouldn't be doing

15  our jobs if the situation were untenable and we didn't raise

16  it.

17          But I will -- I can commit to Your Honor that at

18  this point in time, I don't expect that to be an issue that

19  I raise on behalf of Mr. Hackett, but with the caveat that I

20  can't see the future.

21          THE COURT:  Okay.

22          I'll just say now -- I mean, I'm not committing to

23  any of this, but I've read *Delaney*.  I find it sort of

24  stunning that a Circuit Court would have held that a lack

25  of -- you know, the failure to grant a continuance because

```
 1   of what Congress is doing is -- was an abuse of discretion.

 2   I'd be stunned if our Circuit agreed with that assessment,

 3   but that's neither here nor there at this point.

 4           All right.  Mr. Fischer, let me turn to you on

 5   behalf of Mr. Caldwell.

 6           MR. FISCHER:  Thank you, Your Honor, if the Court

 7   would please.

 8           I would just echo what other counsel have said

 9   regarding the need for a continuance.

10           I'm fairly certain we could be ready in September,

11   and I'm also available in November.

12           THE COURT:  Okay.

13           Mr. Weinberg, I don't know if I asked you before I

14   jumped to Mr. Fischer.  Are you available to start trial in

15   November through the month of December?

16           MR. WEINBERG:  Yes, Judge, I would be available.

17           THE COURT:  Okay.

18           Mr. Peed.

19           MR. PEED:  Good afternoon, Your Honor.

20           I'm generally available anytime the Court would

21   like to set a trial.  My calendar is open.

22           THE COURT:  Okay.

23           MR. PEED:  I just stated my position on *Delaney*

24   and the prejudice.

25           I actually prefer, in a sense, to beat Congress to
```

1    the punch and have this trial before that kind of

2    environment.

3            THE COURT:  You want to come in next week?

4    Actually, I have a trial next week.  How about the week

5    after?

6            MR. PEED:  You know, I've thought about it,

7    Your Honor.

8            THE COURT:  You're the first defense lawyer who's

9    asked me to speed up the trial date, as opposed to delay it.

10   So if you and Mr. Vallejo are ready to roll, let's go.

11           MR. PEED:  I understand, Your Honor.

12           I mean, to be candid with the Court, I've

13   considered that, because these issues of prejudice are,

14   I think, serious.  And I'm trying to weigh that against --

15   obviously we were brought to the trial -- to the case in

16   January.  So I can't represent to the Court at this moment

17   that I would be ready to proceed on that kind of schedule,

18   but if that changes --

19           THE COURT:  I'm going to venture to say that

20   you're not going to call me and up and say, hey, let's come

21   in sooner than September.

22           MR. PEED:  We'll see, Your Honor.

23           But one other -- you know, there's a lot of

24   considerations in ensuring a fair trial, and this is a very

25   unique circumstance.

1            And I just want to assure the Court that these are

2    not -- in terms of Mr. Vallejo, any such decision would not

3    be based on any sort of maneuvering or anything other than

4    considering these very weighty issues of this environment

5    that we're in.

6            And this is all new to me as his counsel, I've

7    been coming in since January.  So I've had four months to

8    try to both wrap my mind around this case and assess these

9    timing considerations.

10           In any kind of case, even a very simple gun and

11   drug case, I think a trial in five months is not what I

12   would assume would be in the client's interest.  So those

13   are just the suggested situations.

14           I am endeavoring to be ready in September, and I

15   would be ready in November -- I have a clear calendar for

16   November as well, Your Honor.

17           THE COURT:  Okay.

18           Look, at some point, it's, perhaps, not worth

19   insisting that defense counsel and their clients go to trial

20   on the Court's own schedule.  You know, the truth of the

21   matter is, this is a complicated case, this is a unique

22   case, and there are a lot of moving parts.

23           You know, that said, you know, I also don't want

24   to be in a position where any of these defendants is going

25   to claim that they haven't received effective assistance of

 1   counsel because their clients haven't had enough -- excuse
 2   me, their counsel hasn't had enough time to prepare.
 3          So let me ask this.  Do I have a commitment from
 4   each of you that if I move the July trial date, that I will
 5   not get another request for a continuance in September
 6   absent some extraordinary circumstance that is otherwise
 7   unanticipated at this point?
 8          MS. HALIM:  Yes, Your Honor.
 9          MR. CRISP:  On behalf of Mr. Watkins, Your Honor.
10   This is Jonathan Crisp and I concur.
11          MR. LINDER:  And on behalf of Mr. Rhodes, as I
12   mentioned earlier, Your Honor, I would not file a motion for
13   continuance absent some circumstances where I can't
14   communicate with him anymore, I anticipate being ready.
15          THE COURT:  Okay.
16          MR. SHIPLEY:  On behalf of Mr. Minuta, Your Honor,
17   same, I agree with counsel.
18          MR. WEINBERG:  The same on behalf of
19   Mr. Moerschel.
20          MR. FISCHER:  And the same on behalf of
21   Mr. Caldwell.
22          MS. HALIM:  If the record didn't get it, this is
23   Angie Halim on behalf of Mr. Hackett.
24          Yes, he will commit to not filing another
25   continuance motion.

1            MR. GEYER:  Bradford Geyer on behalf of

2     Mr. Harrelson.

3            Assuming there aren't extraordinary circumstances

4     and assuming we can get the necessary *Brady* information from

5     discovery, absolutely, we're ready to go in September.

6            THE COURT:  Mr. Peed.

7            MR. PEED:  Thank you, Your Honor.

8            I can't foresee a need for a continuance in terms

9     of preparedness in September.

10            I think based on my prior representations, none of

11     us know what the environment will be like from the

12     congressional hearings.  I don't know if the Court was

13     considering that.

14            THE COURT:  I'm not.

15            MR. PEED:  I would just note.

16            THE COURT:  I can tell you right now I'm not.

17            Even if 435 members of Congress start reading from

18     the report on the courthouse steps, the case isn't going to

19     get continued if I set it for September.

20            MR. PEED:  I think that's -- you know, that's a

21     reasonable explanation of the Court.

22            If the Court is asking, can I represent to the

23     Court that I wouldn't make a motion based on something that

24     I don't know in absolution, I don't think I could make that

25     representation to the Court about that future contingency.

1          I will just note one other issue, I think, that
2    affects Mr. Vallejo.  From what I can tell, Mr. Vallejo is
3    the only defendant who has considered asking the Court for a
4    severance versus having the case tried together.  That's
5    something that -- there's some unique issues there,
6    especially after the most recent hearing, that have come up
7    for me as his counsel in trying to figure out whether to ask
8    for that kind of issue.  And it dovetails with the
9    scheduling, so I've been trying to watch also the motions
10   for continuance and how the Court has weighed those issues.
11          In terms of preparedness, I don't think September
12   is a problem for Mr. Vallejo.  We're currently ordered in
13   September with a certain group of defendants.  If another
14   group of defendants takes that slot and there's another date
15   later set for the second group, then this may be a
16   non-issue, but I wanted to flag that for the Court that --
17          THE COURT:  Okay.  I hear you.
18          Ms. Rakoczy and Mr. Nestler, if I vacate July and
19   set this down in September, we'd have a trial with
20   Mr. Rhodes, Mr. Harrelson, Ms. Watkins, and, hopefully,
21   Mr. Meggs.  I obviously can't say what new counsel will be
22   ready to do, but let's say hypothetically it's those four.
23   Would you want a fifth in that group or would you be ready
24   to go -- would you prefer to go with just those four and
25   then try the rest of them in December?

1          MS. RAKOCZY:  Your Honor, we would want to hear

2    the position of Mr. Fischer.  But because of the length of

3    time that the charges have been pending against Mr. Caldwell

4    and because there is some overlapping evidence that I think

5    would make it more efficient to put him in the first trial,

6    I think we'd ask that Mr. Caldwell be added to the September

7    grouping with the four detained defendants as well.

8          MR. FISCHER:  Your Honor, we're certainly ready to

9    go in September if the Court needs us, assuming we're not

10   hit with some massive last-minute wave of discovery.  But

11   we're also available in November, so I'll leave to the

12   Court's discretion.

13         THE COURT:  Okay.

14         All right.  I'll grant the continuance.  The

15   following will be in the September trial group:  Mr. Rhodes,

16   Mr. Meggs, Mr. Harrelson, Ms. Watkins, and Mr. Caldwell.

17         The remaining defendants will go in November.

18   That trial in November will be set to begin November 29th.

19   I had a lawyer advise me this morning that it was not a good

20   idea to pick a jury on the day after Thanksgiving break.

21   I don't know why that is, but we'll start on the Tuesday

22   afterwards.  So that'll be our schedule -- that'll be the

23   trial schedule.

24         Now, I guess the question to pose to the

25   government, as I did this morning is, if the current

1    schedule is to start on the 26th of September, do you think

2    it is reasonable that we could be done by the end of

3    October?

4              MS. RAKOCZY:  I do, Your Honor.

5              It obviously always depends a little bit on the

6    length of the defense case and defense cross-examinations,

7    but I think and hope that that is a reasonable expectation.

8              THE COURT:  I mean, I would expect you'd have more

9    than one defendant testify, at least one and maybe more.

10   And I don't know what other evidence they're going to try

11   and -- what else the defense case might look like, but I

12   would not expect this to be a case where we don't see much

13   evidence from the defense.

14             I could theoretically move the start date up to

15   the 19th of September, but I would need to consult with

16   another lawyer who's got a trial scheduled that week.  So,

17   you know, I could try and buy us another week of trial time,

18   because I've got another case that's supposed to go with

19   held defendants starting November 1.  So I'll see what I can

20   find out.  If all of you would please block off the week of

21   the 19th of September as well, if I can get us to start a

22   week earlier, I will.

23             All of this means that I will get out a revised

24   pretrial schedule for the September group.  We will put

25   forward a December schedule for the December group.

1          Ms. Rakoczy and Mr. Nestler, we'll just put those

2    dates down, and if those dates don't jibe with the

3    obligations with the September trial, feel free to ask me to

4    revise it so that we don't have too much of an overlap for

5    those two issues -- for those two groups.

6          MS. RAKOCZY:  On that point, Your Honor, would the

7    Court consider doing more of a Joint Pretrial Scheduling

8    Order since these cases are so -- they are the same case and

9    they are interrelated, where many of the deadlines were for

10    both trials, in some time frame before the September trial?

11          THE COURT:  Let me see what I can come up with.

12    I mean, the only -- everything is a struggle with my trial

13    calendar.  I mean, I have a trial supposed to start

14    August 30th that's supposed to go in the week of

15    September 5th.  I'm supposed to be on FISC duty the week of

16    the 12th.  And so, you know, given what Ms. Halim has said

17    are likely to be substantial motions in limine, trying to

18    map all that out may prove to be challenging, but let me see

19    what I can come up with as sort of a combined schedule,

20    okay?

21          All right.  So with that, is there anything else

22    we need to take up?

23          MR. LINDER:  Yes, Your Honor.

24          On behalf of Mr. Rhodes, I've talked to your -- or

25    have emailed with your Courtroom Deputy.

1           I would like to request that Mr. Rhodes be in the

2   courtroom in person for the May 17th pretrial.  I am flying

3   there to be there and I'm going to try to have some

4   meaningful visits with him to go over evidence in the

5   Marshal's office either before court that day or in the jail

6   the next day.  So I would appreciate that assistance.

7           THE COURT:  Sure.  We'll make sure there's a

8   come-up for Mr. Rhodes on that day.

9           MR. LINDER:  Thank you.

10          THE COURT:  Okay.

11          Anyone else?

12          MS. RAKOCZY:  Your Honor, from the government, two

13  small issues.

14          THE COURT:  Ms. Rakoczy, hang on one second.

15          Ms. Rakoczy.

16          MS. RAKOCZY:  Yes, Your Honor.

17          We did just want to put on the record something

18  that we corresponded with defense counsel about last week,

19  which is that the deadline for Rule 12 motions has come and

20  gone and we have not received any notice of any defenses

21  that they seek to pursue according to Rule 12(b)(2) and

22  12(b)(3), which involve defenses having to do with insanity

23  or mental illness and a public-authority defense.

24          We would just note that that deadline has passed,

25  and we informed counsel that if we don't hear from them

1    shortly, meaning within the next two to three weeks, we

2    would assume that they are not pursuing those defenses, and

3    we just wanted to put that on the record.

4              THE COURT:  Okay.

5              MS. RAKOCZY:  We also would ask that the Court --

6    I think we are tolled for the defendants who were meant to

7    have been in the July trial through the July date and for

8    the other defendants through September, I think we would

9    just ask that you change the tolling, according to the new

10   trial groupings, of the Speedy Trial Act.

11             THE COURT:  Yep, I'll do that right now.

12             So let me just ask, with respect to the September

13   group, that is Mr. Bright, Mr. Moseley, Mr. Geyer,

14   Mr. Crisp, and Mr. Fischer, are you prepared to toll time

15   through September 29th under the Speedy Trial Act?

16             MR. LINDER:  On behalf of Mr. Rhodes, yes,

17   Your Honor.

18             MR. CRISP:  On behalf of Ms. Watkins, yes,

19   Your Honor.

20             MR. GEYER:  On behalf of Mr. Harrelson, this is

21   Brad Geyer, yes, Your Honor.

22             MR. FISCHER:  On behalf of Mr. Caldwell, yes,

23   Fischer.

24             THE COURT:  Okay.

25             Mr. Meggs, are you prepared to toll time through

1    September 29th, sir?

2              DEFENDANT MEGGS:  Yes, Your Honor.

3              THE COURT:  All right.  Thank you, Mr. Meggs.

4              All right.  So with respect to those defendants

5    who are in the September trial group, time will be tolled

6    through September 29th.  Under the Speedy Trial Act, I'll

7    find that the interests of justice outweigh the interests of

8    the public and those defendants in a speedy trial;

9    specifically, the exclusion of that time is warranted for

10   the government to complete discovery in this case and to

11   produce any specific discovery that's requested by defense

12   counsel, as well as to give counsel the time to prepare for

13   trial for the reasons that have already been stated in the

14   motions for continuances.

15             All right.  With respect to then Mr. Minuta,

16   Mr. Hackett, Mr. Moerschel, and Mr. Vallejo, are you all in

17   agreement to toll time through November the 29th?

18             MR. SHIPLEY:  On behalf of Mr. Minuta, Your Honor,

19   yes.

20             MS. HALIM:  On behalf of Mr. Hackett, yes.

21             MR. WEINBERG:  On behalf of Mr. Moerschel, yes.

22             MR. PEED:  On behalf of Mr. Vallejo, yes,

23   Your Honor.

24             THE COURT:  All right.

25             So as to those four defendants, we'll toll time

1    under the Speedy Trial Act through November 29th, as the

2    interests of justice outweigh the interests of the public

3    and the defendants in a speedy trial.  And for the same

4    reasons that we've excluded time with respect to the

5    September trial group, we'll exclude time for the November

6    trial group as well.

7            Okay.  I think that's all.  Anybody else have

8    anything they'd like to raise before we adjourn?

9            MR. SHIPLEY:  Your Honor, William Shipley for

10   Mr. Minuta.

11           With regard to the hearings on the 17th, which the

12   Court has as a Pretrial Conference, I was not planning on

13   attending in person.  Will the Court permit me to attend via

14   videoconference?

15           THE COURT:  Yes.

16           MR. SHIPLEY:  Okay.  Thank you, Your Honor.

17           THE COURT:  Yes.

18           I mean, what I've said in the past, and you

19   weren't part of this, is that if you are a lawyer who has

20   filed a motion and prepared to argue, my strong preference

21   would be that you be here in person.

22           MR. SHIPLEY:  I understand, Your Honor.

23           I've only joined, I have not filed a motion

24   independently.  So I just want to be part of the hearing,

25   I don't anticipate arguing anything.

 1              THE COURT:  No, I understand that, Mr. Shipley.

 2          Okay.  That's no problem.

 3          Okay.

 4          MS. RAKOCZY:  Your Honor --

 5          THE COURT:  Yeah.

 6          MS. RAKOCZY:  -- does the Court wish Mr. Minuta

 7   and his counsel to stay behind for the motion that is

 8   pending with respect to Mr. Guillaume staying in the case?

 9              THE COURT:  No.  That's just something I need to

10   figure out whether it's something I can do.

11              Look, I will say the following, which is that, you

12   know, when I made the comments that I did about CJA funds,

13   it was not defendant specific; rather, it was a statement

14   that was made to the extent that the defense jointly needed

15   assistance with experts, forensic experts, forensic support,

16   paralegal support, and the like.  I never made any

17   commitment about allowing a CJA lawyer to serve as a second

18   counsel to a counsel that is being retained and paid through

19   whatever source that counsel is being paid.  And so that's

20   sort of my view.  I guess, Mr. Guillaume, Mr. Shipley, if

21   you want to hang out, and with Mr. Minuta, we can talk about

22   it, but that's sort of my general view.

23              So, everybody else, we'll have you adjourn and

24   we'll just speak briefly with Mr. Minuta and his counsel.

25              And let's let the Marshals know that these

1    defendants may be taken back.  Thank you, all, very much.

2                (Defendants exited the courtroom.)

3                THE COURT:  Okay.

4                Mr. Shipley, Mr. Guillaume, anything you'd like to

5    add to the motion that's been filed?

6                MR. SHIPLEY:  Your Honor, I'll just say, that's

7    how I understood your comment to be just what you explained,

8    that it was kind of a collective benefit kind of approach.

9                And I discussed it with all counsel, and all

10   counsel were in agreement that this would be, you know, the

11   avenue to take up the issue.

12               And Mr. Guillaume was just the natural person,

13   because he was already CJA, and he has invested substantial

14   resources in understanding the case and understanding the

15   evidence, and that made more sense than just bringing in

16   somebody different.

17               But the intention is to kind of assist on a range

18   of matters that apply to all defendants, not for him just to

19   be a second attorney for Mr. Minuta.

20               THE COURT:  Well, that's different than what I

21   understood.

22               Look, I think -- I hear you.  I think there are

23   problems with that that you all would need to resolve before

24   I'm prepared to do it; in other words, there are obvious

25   potential conflicts here, particularly with respect to

1   Mr. Minuta and what Mr. Guillaume has learned in terms of

2   confidence and how that might affect his ability to

3   represent others.

4          You know, I don't think Mr. Guillaume is going to

5   essentially serve as a writing -- you know, as a -- well,

6   I shouldn't say one way or another.  But, you know,

7   unless -- you know, if you're saying essentially that he

8   would be representing nine different defendants after having

9   represented one, I think there's a real problem with that

10  from an ethical standpoint.

11         MR. SHIPLEY:  Well, if I could ask then,

12  Your Honor, if you would just kind of hold this in abeyance

13  and counsel will all discuss it.  And if that is an issue

14  among counsel and their clients, since their clients would

15  have to be part of that conversation, we'll inform the Court

16  one way or the other.

17         THE COURT:  Well, it's not just their clients,

18  but, in particular, Mr. Minuta.

19         And, look, you know, what you're effectively

20  asking is for Mr. Guillaume jointly to represent nine

21  people, nine defendants.  And while, you know, it's not --

22  it's not even common to have one lawyer represent two

23  co-defendants, that has its own problems, and now you're

24  asking Mr. Guillaume to represent nine.  You know, that

25  is -- that raises a whole host of problems.

1          MR. SHIPLEY:  I understand.

2          We'll address that and get back to the Court and

3    we may need to make an adjustment in recognition of that

4    complication.

5          THE COURT:  Okay.

6          All right.  Thank you, all.

7          (Proceedings concluded at 3:20 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__May 30, 2022_____    

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [2]  4/2 4/6
DEFENDANT MEGGS:
[4]  22/16 22/21 29/21
50/2
DEFENDANT
RHODES: [4]  30/8
30/11 30/16 30/21
DEFENDANT
WATKINS: [1]  28/8
MR. CRISP: [6]  27/18
27/23 28/13 30/9 42/9
49/18
MR. FISCHER: [5]
37/18 39/6 42/20 45/8
49/22
MR. GEYER: [6]  23/20
27/6 36/11 36/19 43/1
49/20
MR. LINDER: [16]
11/3 14/12 15/6 15/13
15/23 17/2 18/8 18/25
21/12 21/17 21/25
30/15 42/11 47/23 48/9
49/16
MR. MOSELEY: [1]
23/5
MR. PEED: [11]  37/1
37/11 39/19 39/23 40/6
40/11 40/22 43/7 43/15
43/20 50/22
MR. SHIPLEY: [11]
27/25 31/3 31/22 42/16
50/18 51/9 51/16 51/22
53/6 54/11 55/1
MR. WEINBERG: [9]
33/11 33/25 35/13
35/23 36/4 36/8 39/16
42/18 50/21
MS. HALIM: [7]  32/5
32/19 33/8 38/9 42/8
42/22 50/20
MS. RAKOCZY: [12]
5/13 9/22 26/17 29/13
45/1 46/4 47/6 48/12
48/16 49/5 52/4 52/6
THE COURT: [79]

0

08077 [1]  2/13
0826 [1]  1/23

1

10 [1]  4/12
100 [1]  38/5
11 [1]  4/13
114 [1]  3/7
1150 [1]  3/16
12 [3]  48/19 48/21
48/22
1230 [1]  2/9
12th [1]  47/16
14th [1]  7/11
15 [2]  1/5 4/7
17110 [1]  2/4
1775 [1]  3/15
17th [4]  12/12 32/9

185 [1]  24/13
188 [1]  24/13
19129 [1]  3/3
1966 [1]  24/13
19th [2]  46/15 46/21

2

200 [1]  7/25
200,000 [1]  7/17
20001 [1]  3/22
20006 [1]  3/16
2006 [1]  2/12
202 [3]  1/17 3/17 3/23
2022 [2]  1/6 56/7
2023 [1]  36/15
20530 [1]  1/17
20770 [1]  2/18
21061-3065 [1]  1/23
214 [1]  3/12
215 [1]  3/4
2158 [1]  2/19
22-15 [2]  1/5 4/7
2201 [1]  2/22
22015 [1]  2/9
24,000 [1]  24/24
252-7277 [1]  1/17
252-9900 [1]  3/12
265 [1]  3/6
26th [2]  11/19 46/1
29th [6]  45/18 49/15
50/1 50/6 50/17 51/1
2:11 [1]  1/6

3

3.8d [1]  24/14
30 [1]  56/7
300 [1]  1/22
300-3229 [1]  3/4
301 [1]  2/19
3065 [1]  1/23
30th [1]  47/14
3229 [1]  3/4
3249 [1]  3/23
3300 [1]  3/10
333 [1]  3/22
3336 [1]  2/23
337 [1]  2/8
33950 [1]  3/7
354-3249 [1]  3/23
3580 [1]  3/3
369 [1]  24/13
377-2158 [1]  2/19
3:20 [1]  55/7

4

4031 [1]  2/3
410 [1]  1/23
412-4676 [1]  2/4
435 [1]  43/17
4676 [1]  2/4

5

500 [2]  14/7 15/9
5000 [1]  13/11
521-3336 [1]  2/23
555 [1]  1/16
5708 [1]  2/13
575-8000 [1]  3/8

first [1]  2/8
5th [1]  47/15

6

600 [1]  24/6
607-5708 [1]  2/13
6305 [1]  2/17
656-1230 [1]  2/9
6692 [1]  13/9
6th [6]  7/12 7/13 7/24
34/6 34/20 35/20

7

700 [2]  2/18 3/11
703 [1]  2/9
717 [1]  2/4
7277 [1]  1/17
7310 [1]  1/22
74,984 [1]  13/12
75219 [1]  3/11
787-0826 [1]  1/23
788 [1]  13/10

8

8000 [1]  3/8
808 [1]  2/23
808Shipleylaw [1]  2/24
841 [1]  2/22
856 [1]  2/13
8th [1]  11/10

9

919-9491 [1]  3/17
941 [1]  3/8
9491 [1]  3/17
96813 [1]  2/23
9900 [1]  3/12

A

abeyance [1]  54/12
ability [2]  24/20 54/2
able [9]  9/25 11/25
12/11 13/5 14/6 16/6
16/16 22/9 23/10
about [24]  6/16 8/10
10/18 11/6 11/25 17/24
19/16 22/2 23/1 26/2
26/2 27/12 28/9 28/14
28/23 36/17 37/2 40/4
40/6 43/25 48/18 52/12
52/17 52/21
above [1]  56/4
above-titled [1]  56/4
absent [1]  26/5 42/6
42/13
absolutely [2]  25/21
43/5
absolution [1]  43/24
abuse [1]  39/1
acceptable [2]  35/10
35/14
access [11]  7/15 24/23
28/10 28/17 29/7 29/11
29/23 30/13 30/17
30/18 32/16
accessing [1]  28/24
according [2]  48/21
49/9
accounts [4]  5/18 5/22

across [5]  5/22 7/12
7/13 7/23 25/22
Act [4]  49/10 49/15
50/6 51/1
acted [1]  25/22
acting [3]  12/17 18/20
25/8
actually [3]  31/6 39/25
40/4
add [3]  27/19 30/6 53/5
added [1]  45/6
additional [5]  5/17
5/24 8/5 19/16 27/19
Additionally [1]  25/7
address [3]  19/14
26/25 55/2
adjourn [2]  51/8 52/23
adjudicating [1]  34/11
adjustment [1]  55/3
administration [1]
23/12
advise [1]  45/19
advised [1]  23/7
affect [1]  54/2
affects [1]  44/2
after [13]  6/8 11/13
11/20 16/25 23/25
31/21 33/6 35/9 37/12
40/5 44/6 45/20 54/8
afternoon [7]  4/4 4/6
5/5 11/4 32/5 33/11
39/19
afterwards [1]  45/22
ag3law [1]  2/19
again [3]  11/8 25/5
36/7
against [3]  28/6 40/14
45/3
agents [2]  12/21 25/21
ago [5]  5/14 9/3 11/7
12/6 12/8
agree [6]  7/6 13/18
13/21 24/2 36/12 42/17
agreed [1]  39/2
agreeing [1]  37/22
agreement [2]  50/17
53/10
aided [1]  3/24
AL [1]  1/7
Alden [1]  2/16
Alfred [3]  2/16 2/17
4/20
all [52]  4/2 5/5 5/7 5/10
5/21 7/14 9/5 10/18
10/20 13/3 13/20 14/1
16/22 16/24 20/14 21/6
22/12 23/14 23/19
26/10 27/15 30/6 31/2
31/18 32/4 33/3 33/20
36/7 36/21 38/1 38/6
39/4 41/6 45/14 46/20
46/23 47/18 47/21 50/3
50/4 50/15 50/16 50/24
51/7 53/1 53/9 53/9
53/18 53/23 54/13 55/6
55/6
all right [4]  5/5 16/22

allegations [1]  7/5
alleged [3]  14/11 15/4
15/19
allegedly [1]  14/1
allowing [1]  52/17
almost [3]  11/20 13/11
13/25
alone [2]  7/17 35/11
along [1]  18/9
already [3]  32/7 50/13
53/13
also [9]  6/4 23/24
24/13 25/3 39/11 41/23
44/9 45/11 49/5
Although [1]  7/4
always [11]  46/5
am [11]  11/21 12/11
12/0 5/12 21/13 25/20
30/14 36/2 38/10 41/14
48/2
AMERICA [2]  1/3 4/7
AMIT [1]  1/10 4/3
Amit P [1]  4/3
among [1]  54/14
amount [4]  7/16 12/16
13/12 25/15
analogous [1]  34/4
analyst [1]  14/25
Angela [2]  3/2 4/22
Angie [1]  42/23
angiehalim [1]  3/4
another [16]  6/5 9/4
9/5 16/25 19/10 23/8
36/1 36/1 42/5 42/24
44/13 44/14 44/16
46/17 46/18 54/6
answer [4]  16/21 18/6
28/22 35/17
anticipate [4]  6/1 37/4
42/14 51/25
any [26]  9/17 10/21
11/12 14/10 14/10
15/20 15/21 19/11
20/15 22/14 25/18
28/25 29/4 29/5 30/13
30/25 37/13 38/23 41/2
41/3 41/10 41/24 48/20
48/20 50/11 52/16
anybody [4]  12/1 13/25
20/17 51/7
anybody's [1]  20/15
anymore [1]  42/14
Anyone [2]  37/17
48/11
anything [13]  9/11
18/24 23/2 23/3 27/16
27/18 28/6 30/7 41/3
47/21 51/8 51/25 53/4
anytime [2]  14/16
39/20
anywhere [1]  25/3
apologize [1]  28/13
appearance [3]  22/19
23/16 32/17
APPEARANCES [3]
1/14 1/25 2/25
appearing [2]  5/2 5/4

**A**

apply [1] 53/18
appreciate [2] 32/19 48/6
approach [1] 53/8
appropriate [2] 10/9 23/6
April [3] 6/7 11/10 11/19
are [60]
area [1] 11/6 17/16
aren't [2] 35/2 43/3
argue [1] 51/20
arguing [1] 51/25
argument [3] 34/3 35/15 35/16
arguments [2] 27/20 36/24
around [5] 17/10 17/16 25/3 35/24 41/8
arrangements [1] 12/9
articulated [1] 28/19
as [57]
As it [1] 21/23
As you're [1] 11/6
aside [1] 37/13
ask [21] 9/14 10/23 14/5 18/17 20/8 21/22 23/1 26/5 31/19 33/15 34/15 34/17 37/13 42/3 44/7 45/6 47/3 49/5 49/9 49/12 54/11
asked [10] 10/8 16/18 18/11 18/15 18/21 20/23 28/14 31/18 39/13 40/9
asking [10] 16/22 17/11 18/16 28/16 34/1 36/21 43/22 44/3 54/20 54/24
assess [1] 41/8
assessment [1] 39/2
assist [4] 10/7 10/8 24/10 53/17
assistance [3] 41/25 48/6 52/15
ASSOCIATES [1] 2/3
assume [2] 41/12 49/2
assuming [3] 43/3 43/4 45/9
assure [1] 41/1
attachment [2] 24/9 27/12
attempt [1] 11/22
attempts [1] 11/14
attend [2] 32/13 51/13
attended [1] 32/12
attendees [1] 25/8
attending [1] 51/13
attorney [2] 2/7 53/19
ATTORNEY'S [1] 1/16
attorneys [5] 6/16 8/16 8/17 18/16 37/24
August [2] 34/25 47/14
August 30th [1] 17/14
authority [1] 48/23
availability [2] 19/8 36/24

available [10] 20/24 31/20 32/16 33/5 39/11 39/14 39/16 39/20 45/11
avenue [4] 3/6 3/10 3/22 53/11
aware [3] 11/6 17/3 32/10

**B**

back [5] 5/6 10/1 12/6 53/1 55/2
backstop [1] 8/15
bad [1] 18/20
BARRETT [2] 3/10 3/21
based [7] 19/17 33/16 33/18 35/15 41/3 43/10 43/23
basically [2] 34/1 38/6
basis [6] 18/2 20/21 20/22 20/25 24/7 34/22 be [96]
beat [1] 39/25
because [19] 11/24 13/25 15/25 17/17 18/6 19/15 27/7 29/2 34/24 36/2 36/3 37/23 38/25 40/13 42/1 45/2 45/4 46/18 53/13
becomes [1] 23/12
been [33] 5/8 6/6 6/13 6/16 7/20 8/1 8/2 10/3 10/13 10/25 10/25 11/11 14/6 16/6 18/16 19/21 21/14 22/3 23/23 25/13 28/24 30/23 32/24 32/25 35/11 35/24 38/2 41/7 44/9 45/3 49/7 50/13 53/5
before [15] 1/10 5/14 6/24 10/1 11/11 14/5 17/8 30/2 38/7 39/13 40/1 47/10 48/5 51/8 53/23
begin [1] 45/18
beginning [1] 24/7
behalf [37] 11/2 12/15 22/15 22/20 23/3 23/19 27/16 27/24 30/10 31/3 32/4 32/7 33/3 33/9 37/1 37/4 37/8 37/19 38/9 38/19 39/5 42/9 42/11 42/16 42/18 42/20 42/23 43/1 47/24 49/16 49/18 49/20 49/22 50/18 50/20 50/21 50/22
behind [2] 27/3 52/7
being [16] 9/9 9/18 10/8 10/14 11/25 12/11 15/24 20/23 26/20 27/1 27/8 28/11 28/21 42/14 52/18 52/19
belabor [1] 13/4
believe [25] 5/20 6/21 7/14 7/16 7/25 11/10 12/16 13/16 15/6 15/9

others [10]
19/2 19/5 19/6 19/7 24/11 33/19 34/8 34/14 37/21 38/1 38/2
believes [2] 16/8 34/10
belongs [2] 17/15 17/17 17/23 18/4
benefit [1] 54/3
Berwick [1] 2/12
better [2] 16/17 38/14
between [4] 7/18 13/20 15/4 15/19
bifurcating [1] 19/7
biometric [1] 28/19
biometrics [1] 28/11
Bishop [1] 2/22
bit [3] 26/17 27/3 46/5
block [2] 21/3 46/20
both [7] 12/21 15/1 15/1 24/16 26/15 41/8 47/10
Brad [1] 49/21
Bradford [4] 2/11 2/14 4/18 43/1
Brady [2] 24/12 43/4
break [1] 45/20
briefly [1] 52/24
BRIGHT [4] 3/10 4/14 11/1 49/13
bring [2] 6/7 30/12
bringing [1] 53/15
brought [2] 40/15
BROWN [1] 3/6
bsrwlegal.com [1] 3/8
built [1] 9/9
bulk [3] 6/2 15/4 15/18
Burke [2] 2/8 2/9
Burnie [1] 1/23
buy [1] 46/17

**C**

Caldwell [11] 1/21 4/12 4/24 5/4 37/19 39/5 42/21 45/3 45/6 45/16 49/22
calendar [3] 39/21 41/15 47/13
call [6] 11/15 11/18 17/18 18/5 23/11 40/20
called [2] 17/10 17/15
calls [1] 20/22
came [2] 12/6 25/4
can [38] 6/22 8/4 11/21 12/18 12/18 13/15 14/4 16/2 16/3 16/3 18/3 19/22 20/24 22/10 22/10 26/1 28/6 29/4 29/7 29/22 29/23 30/5 30/18 30/20 32/16 33/7 36/12 38/17 43/4 43/16 43/22 44/2 46/19 46/21 47/11 47/19 52/10 52/21
can't [11] 19/10 21/10 22/6 29/25 38/12 38/13 38/20 40/16 42/13 43/8 44/21
candid [1] 40/12

cannot [2] 29/25 46/6
capacity [2] 21/7 21/8
Capitol [2] 25/1 25/3
caretaker [1] 4/16
case [42] 4/7 5/16 6/10 6/11 6/20 8/14 8/16 8/17 8/18 13/22 20/13 20/18 20/21 21/15 24/3 31/13 31/14 31/19 31/24 31/25 33/24 33/25 34/11 35/12 35/15 35/18 40/15 41/8 41/10 41/11 41/21 41/22 43/18 44/4 46/6 46/11 46/12 46/18 47/8 50/10 52/8 53/14
case-specific [7] 5/16 6/10 6/11 6/20 8/18 31/13 31/14
cases [4] 7/24 8/19 8/25 47/8
catch [1] 8/24
caveat [1] 38/19
Cellebrite [1] 14/17
Centre [1] 2/8
Ceremonial [2] 19/25 20/3
certain [4] 16/18 25/21 39/10 44/13
certainly [5] 6/24 32/17 35/1 35/10 45/8
Certified [1] 3/20
certify [1] 56/2
CH [1] 3/21
challenged [1] 27/8
challenging [1] 47/18
change [2] 12/5 37/21 49/9
changes [1] 40/18
changing [1] 23/23
charges [1] 45/3
chat [5] 13/11 16/2 16/3 16/4 16/4
chats [12] 13/9 13/17 13/18 14/7 14/7 14/10 15/10 15/17 15/21 16/7 16/7 16/12
check [1] 5/8
check-in [1] 5/8
Christine [1] 3/18
Cinnaminson [1] 2/13
Circuit [6] 20/21 21/3 24/13 33/24 38/24 39/2
circumstance [2] 40/25 42/6
circumstances [2] 42/13 43/3
citation [1] 33/23
civilian [1] 6/13
CJA [4] 32/22 52/12 52/17 53/13
claim [1] 41/25
claiming [1] 34/22
clear [8] 12/3 15/15 15/24 20/21 25/20 28/18 29/21 41/15
Clerk [1] 19/18
Clerk's [1] 19/19

client [10] 11/6 11/19 12/1 12/5 12/13 17/19 17/20 22/8 31/24 35/21
client's [2] 36/14 41/12
clients [6] 38/1 41/19 42/1 54/14 54/14 54/17
CLINTON [1] 3/15
clintonpeed.com [1] 3/17
close [1] 35/4
co [14] 9/25 14/11 14/11 15/5 15/11 15/19 15/22 17/10 19/6 21/1 21/15 27/20 33/17 54/23
co-conspirators [5] 14/11 15/5 15/19 15/22 17/10
co-counsel [2] 9/25 33/17
co-counsel's [1] 27/20
co-defendant [2] 21/1 21/15
co-defendants [4] 14/11 15/11 19/6 54/23
Code [1] 24/14
collecting [1] 25/9
collection [1] 37/15
collective [1] 5/4
COLUMBIA [2] 1/1 19/19
Columbus [1] 25/1
combined [1] 47/19
come [13] 17/19 23/25 24/20 25/22 31/17 35/4 40/3 40/20 44/6 47/11 47/19 48/8 48/19
come-up [1] 48/8
comes [5] 25/25 35/8 35/9
coming [4] 33/1 37/6 38/13 41/7
comment [1] 53/7
comments [2] 31/9 52/12
commission [2] 34/20 35/24
commission's [1] 35/20
commit [3] 37/22 38/17 42/24
commitment [5] 36/1 36/20 37/8 42/3 52/17
commitments [2] 36/22 37/3
committee [2] 7/12 34/6
committing [2] 36/2 38/22
common [1] 54/22
communicate [3] 11/9 12/13 42/14
communicating [1] 14/1
communication [2] 13/20 22/8
communications [3] 15/4 15/19 15/21

**C**

compel [1]  10/10
complete [7]  9/4 12/17
13/24 14/20 21/4 37/13
50/10
completing [1]  8/6
complicated [1]  41/21
complication [1]  55/4
complied [1]  6/22
computer [1]  3/24
computer-aided [1]
3/24
concedes [1]  31/12
conceiving [1]  20/5
concern [1]  28/16
concerns [3]  6/14 6/14
28/22
concluded [1]  55/7
concur [1]  42/10
conditioned [1]  21/1
conference [3]  1/10
5/7 51/12
confidence [1]  54/2
confines [1]  20/10
conflicts [1]  53/25
Congress [6]  34/11
37/25 38/7 39/1 39/25
43/17
Congress' [1]  36/3
congressional [1]
43/12
connected [1]  17/11
connection [1]  29/15
consent [2]  5/19 29/1
consider [1]  47/7
considerations [2]
40/24 41/9
considered [2]  40/13
44/3
considering [2]  41/4
43/13
conspirators [5]  14/11
15/5 15/19 15/22 17/10
Constitution [1]  3/22
consult [1]  46/15
contact [9]  2/10 11/12
11/14 11/19 11/20 12/4
17/14 17/21 23/10
contacts [1]  11/13
contain [2]  15/18 15/21
context [1]  25/18
contingency [1]  43/25
continuance [17]  7/4
10/25 27/20 33/16 34/2
34/14 34/16 36/5 36/8
38/25 39/9 42/5 42/13
42/25 43/8 44/10 45/14
continuances [2]
10/24 50/14
continue [2]  22/13
33/14
continued [5]  2/1 3/1
5/15 34/19 43/19
continues [2]  7/11
31/15
continuing [1]  34/22
conversation [1]  54/15
conversations [4]

coordinator [1]  29/18
copy [1]  9/24
correct [3]  11/21 30/15
56/3
Corrections [2]  30/23
30/25
corresponded [1]
48/18
could [18]  5/24 14/5
14/15 17/25 18/4 19/23
20/2 20/6 20/20 28/2
30/2 37/22 39/10 43/24
46/2 46/14 46/17 54/11
counsel [36]  4/16 7/8
7/14 8/10 9/25 10/21
11/16 18/10 22/14
23/17 31/10 31/19
33/13 33/17 34/10 39/8
41/6 41/19 42/1 42/2
42/17 44/7 44/21 48/18
48/25 50/12 50/12 52/7
52/18 52/18 52/19
52/24 53/9 53/10 54/13
54/14
counsel's [1]  27/20
counter [1]  5/23
couple [2]  17/3 32/22
course [1]  32/14
court [49]  1/1 3/19
3/21 5/2 5/14 7/3 8/10
8/13 10/12 11/10 11/11
13/16 13/21 17/8 17/20
19/1 19/18 22/11 31/7
32/6 32/10 32/23 33/15
35/14 36/5 36/8 38/24
39/6 39/20 40/12 40/16
41/1 43/12 43/21 43/22
43/23 43/25 44/3 44/10
44/16 45/9 47/7 48/5
49/5 51/12 51/13 52/6
54/15 55/2
Court's [3]  32/21 41/20
45/12
courthouse [4]  20/10
21/8 21/14 43/18
courtroom [7]  12/10
19/24 20/1 20/3 47/25
48/2 53/2
courtrooms [1]  19/24
coverage [1]  37/24
COVID [1]  11/24
CR [1]  1/5
creates [1]  19/8
crime [1]  24/15
criminal [2]  4/7 19/3
Crisp [10]  2/2 2/3 4/19
10/23 27/16 28/9 29/18
30/6 42/10 49/14
crisplegal.com [1]  2/5
critical [1]  6/25
cross [1]  46/6
cross-examinations [1]
46/6
Crowl [1]  8/14
CRR [2]  56/2 56/8
curious [1]  14/23

currently [1]  44/12
custody [1]  31/6

**D**

D.C [5]  1/5 1/17 3/16
3/22 11/6
data [9]  5/17 5/21 7/16
9/2 12/23 13/2 13/3
14/25 16/16
data-analyst [1]  14/25
database [5]  7/14 7/17
7/18 7/19 9/9
date [16]  6/21 7/4
23/22 24/4 26/18 27/2
27/22 31/5 31/23 31/25
40/9 42/4 44/14 46/14
49/7 56/7
dates [4]  31/8 36/22
47/2 47/2
David [5]  1/21 3/5 4/11
4/24 37/18
day [6]  17/7 25/11
45/20 48/5 48/6 48/8
deadline [3]  26/9 48/19
48/24
deadlines [1]  47/9
deal [2]  18/21 31/25
dealing [2]  18/19 20/12
December [7]  18/17
33/7 35/19 39/15 44/25
46/25 46/25
decent [1]  9/12
decision [2]  36/20 41/2
decline [1]  10/7
deems [1]  31/7
defendant [33]  1/20
2/2 2/6 2/11 2/15 3/2
3/9 3/14 4/8 4/8 4/9
4/10 4/10 4/11 4/11
4/12 4/13 4/14 4/17
4/18 4/19 4/21 4/22
4/23 4/24 4/25 5/3
20/16 21/1 21/15 44/3
46/9 52/13
Defendant Meggs [1]
4/17
Defendant Minuta [1]
4/21
defendants [34]  1/8
7/23 8/19 8/25 9/10
10/11 13/22 14/11
15/11 19/6 24/22 29/14
30/17 32/16 35/11
36/16 41/24 44/13
44/14 45/7 45/17 46/19
49/6 49/8 50/4 50/8
50/25 51/3 53/1 53/2
53/18 54/8 54/21 54/23
defense [23]  6/16 7/1
7/7 8/17 9/1 9/6 14/25
17/4 18/10 24/11 24/16
25/4 34/10 40/8 41/19
46/6 46/6 46/11 46/13
48/18 48/23 50/11

defenses [3]  48/20
48/22 49/2
Delaney [6]  33/25 34/3
35/15 37/20 38/23
39/23
delay [2]  35/7 40/9
delayed [1]  35/18
denied [2]  11/23 28/11
Department [5]  11/17
11/18 25/12 30/23
30/24
depending [1]  35/19
depends [2]  26/17
35/23 46/5
Deputy [2]  12/10 47/25
detained [4]  24/22
35/11 36/16 45/7
determine [1]  14/6
developed [1]  24/20
device [1]  5/25
devices [4]  5/18 5/21
7/23 7/25
diagnostic [1]  14/14
did [16]  7/3 9/2 9/4
11/12 11/17 15/3 15/6
16/10 17/7 17/13 18/18
30/6 33/14 45/25 48/17
52/12
didn't [5]  13/2 18/17
33/23 38/15 42/22
difference [2]  13/10
13/12
different [9]  13/13 14/7
19/3 19/7 32/22 32/25
53/16 53/20 54/8
difficult [2]  22/13
25/16
difficulties [1]  31/10
digest [2]  9/3 9/6
digital [2]  5/17 7/23
disagreed [1]  7/5
disappeared [1]  11/20
disclosed [2]  9/1 18/14
discloses [1]  17/5
disclosures [2]  5/16
6/9
discoverable [1]  10/16
discovered [2]  15/1
15/1
discovery [38]  5/12
5/15 5/16 6/2 6/5 6/10
6/12 6/17 6/20 6/22
7/10 7/11 8/11 8/15
8/20 9/9 9/12 9/16 9/18
10/13 18/15 22/2 24/2
27/3 28/17 28/23 29/10
29/17 30/13 30/19
31/11 31/14 33/18
34/15 43/5 45/10 50/10
50/11
discretion [2]  39/1
45/12
discuss [2]  23/4 54/13
discussed [1]  53/9
discussing [1]  16/25
DISTRICT [4]  1/1 1/1
1/11 19/18

do [43]  5/20 6/19 6/19
6/23 7/6 8/9 8/21 9/1
12/23 12/24 14/16
17/13 17/22 17/25
19/11 19/23 19/25 20/2
20/4 20/8 20/9 21/7
21/7 21/7 21/10 22/14
22/18 26/2 28/13 29/4
29/5 29/10 35/14 37/24
38/7 42/3 44/22 46/1
46/4 48/22 49/1 52/10
53/24
do you have [3]  29/4
29/5 29/10
documents [4]  7/17
12/6 12/8 17/18
does [6]  12/7 14/2 18/5
23/15 25/2 52/6
doesn't [3]  16/21 19/1
21/2
doing [3]  38/14 39/1
47/7
DOJ's [1]  27/12
don't [51]  5/10 9/16
10/11 10/14 11/1 11/7
11/7 12/1 12/4 14/21
15/6 15/20 15/25 18/13
20/14 22/23 23/5 23/21
27/12 27/15 27/18 29/2
29/13 30/4 31/13 31/23
33/19 35/1 35/5 35/9
36/12 36/17 37/21
37/23 38/4 38/11 38/18
39/13 41/23 43/12
43/24 43/24 44/11
45/21 46/10 46/12 47/2
47/4 48/25 51/25 54/4
done [2]  8/11 46/2
door [2]  24/25 25/1
Douyon [1]  12/10
dovetails [1]  44/8
down [6]  10/20 23/16
38/8 38/13 44/19 47/2
download [13]  12/20
12/22 13/1 13/6 13/9
13/10 13/14 13/24 15/2
16/10 16/14 16/15
33/19
downloaded [1]  15/2
downloads [2]  16/11
17/1
drive [2]  2/12 22/4
drug [1]  41/11
due [1]  38/3
Dunn [1]  25/5
duty [1]  47/15

**E**

each [1]  42/4
earlier [3]  19/15 42/12
46/22
early [1]  6/8
easy [1]  25/19
echo [2]  23/21 39/8
echoed [1]  23/24
Edward [3]  3/14 4/12
4/13
effect [1]  20/14

**E**

effective [1] 41/25
effectively [1] 54/19
efficient [1] 45/5
effort [3] 10/8 13/16
24/9
efforts [2] 8/15 9/8
eight [2] 20/2 24/23
eight-person [1] 20/2
either [5] 5/19 6/14 8/6
21/8 48/5
electronic [1] 30/13
ELMER [3] 1/7 3/9 4/8
else [10] 12/1 18/24
20/7 30/7 37/17 46/11
47/21 48/11 51/7 52/23
else's [1] 13/25
email [13] 1/18 1/19
1/24 2/5 2/10 2/14 2/19
2/24 3/4 3/8 3/12 3/17
18/1
emailed [1] 47/25
Empire [1] 1/22
end [6] 22/2 25/11 34/7
35/2 35/4 46/2
endeavoring [1] 41/14
engage [1] 8/21
enough [3] 24/8 42/1
42/2
ensure [3] 6/22 8/24
9/8
ensuring [1] 40/24
enter [1] 23/15
entering [1] 22/19
entertain [1] 19/1
entitled [2] 17/21 20/15
entrance [1] 25/3
entry [1] 11/23
environment [4] 37/5
40/2 41/4 43/11
equal [2] 24/17 24/17
especially [2] 22/1
44/6
essentially [4] 20/22
20/25 54/5 54/7
established [1] 11/18
ET [1] 1/7
ethical [1] 54/10
even [7] 9/11 20/9 21/5
31/11 41/10 43/17
54/22
event [2] 25/14 31/1
every [1] 24/25
everybody [1] 52/23
everyone [3] 4/5 5/5
23/18
everyone's [1] 38/12
everything [2] 12/18
47/12
evidence [8] 12/16
17/5 18/21 45/4 46/10
46/13 48/4 53/15
Evidence.com [6] 7/18
24/23 28/10 29/7 29/24
30/25
eVoucher [2] 32/24
33/2
exactly [2] 15/23 16/21

**F**

examinations [1] 29/1
examine [1] 7/1
examined [2] 14/25
15/1
example [2] 18/9 38/1
except [1] 24/25
exclude [1] 51/5
excluded [1] 51/4
exclusion [1] 50/9
exculpatory [2] 16/13
20/20
excuse [1] 42/1
exited [1] 53/2
expect [5] 33/1 38/11
38/18 46/8 46/12
expectation [2] 22/19
46/7
expecting [2] 36/19
36/23
expedite [1] 13/5
expedited [1] 13/5
experienced [1] 31/11
expert [10] 12/23 13/7
13/9 13/13 14/14 14/25
15/7 15/8 17/14 22/5
experts [3] 32/23 52/15
52/15
explained [1] 53/7
explanation [1] 43/21
extension [1] 36/2
extent [4] 20/17 23/2
29/9 52/14
extra [1] 15/9
extracted [2] 12/22
13/6
extraordinarily [1]
25/16
extraordinary [3]
25/24 42/6 43/3
Eye [1] 3/15
eyewitnesses [2]
24/12 24/15

**F**

F.2d [1] 24/13
facial [7] 8/22 28/20
29/1 29/6 29/8 29/16
30/2
facial-recognition [2]
28/20 29/6
facilitate [1] 12/11
fact [3] 8/10 15/13
21/11
factual [1] 7/5
failure [1] 38/25
fair [3] 35/22 36/15
40/24
fairly [2] 37/7 39/10
faith [2] 12/17 18/20
familiar [1] 33/15
family [1] 16/4
far [4] 11/9 12/13 20/8
34/24
fast [2] 12/18 25/24
fault [1] 16/14
FBI [5] 6/5 8/24 12/21
13/6 14/15
FBI's [1] 8/22

**F**

February [1] 18/17
feel [2] 36/16 47/3
felt [1] 24/4
few [7] 6/15 6/19 7/5
9/3 9/6 11/5 14/17
fifth [1] 44/23
figure [5] 17/14 17/16
19/13 44/7 52/10
file [5] 10/1 10/2 10/12
33/14 42/12
filed [10] 5/9 9/15
10/25 17/8 24/4 32/8
37/21 51/20 51/23 53/5
files [4] 6/5 6/7 7/19
24/6
filing [1] 42/24
filings [2] 18/14 23/24
filter [1] 8/8
Finally [1] 11/16
find [5] 17/22 30/20
38/23 46/20 50/7
fine [1] 31/8
finish [1] 35/6
fireman [1] 16/4
first [8] 11/19 16/19
20/14 23/11 26/24
33/24 40/8 45/5
First Circuit [1] 33/24
FISC [1] 47/15
Fischer [10] 1/21 1/21
4/24 10/23 37/19 39/4
39/14 45/2 49/14 49/23
fischerandputzi [1]
1/24
fits [1] 25/18
five [1] 41/11
FL [1] 3/7
flag [2] 8/17 44/16
flexibility [1] 32/2
Florida [2] 32/11 32/13
flying [1] 48/2
focus [2] 26/24 37/14
follow [2] 9/14 33/23
follow-up [1] 9/14
following [5] 14/24
27/11 37/6 45/15 52/11
follows [1] 34/18
foregoing [1] 56/3
forensic [2] 52/15
52/15
foresee [1] 43/8
forgot [1] 30/12
formal [1] 9/17
FormerFeds [1] 2/12
formerfedsgroup.com
[1] 2/14
forth [1] 33/16
forward [2] 6/9 14/22
46/25
found [3] 13/10 13/13
16/9
four [5] 41/7 44/22
44/24 45/7 50/25
Fourth [1] 1/16
frame [1] 47/10
frankly [1] 37/23
free [1] 47/3

**F**

frame [1] 29/11
full [4] 12/22 13/6 15/2
21/15
funds [2] 32/22 52/12
future [2] 38/13 38/20
43/25

**G**

gathered [1] 17/10
gave [2] 11/17 15/7
general [1] 52/22
generally [1] 39/20
generated [2] 6/6
25/16
get [23] 10/1 10/22
16/15 16/15 16/22 17/4
18/18 19/16 21/2 23/17
24/1 24/4 30/17 31/14
36/13 36/15 42/5 42/22
43/4 43/19 46/21 46/23
55/2
gets [1] 35/18
getting [2] 25/23 26/6
Geyer [14] 2/11 4/18
9/15 9/24 10/22 23/19
26/1 26/16 26/20 27/10
36/11 43/1 49/13 49/21
give [6] 12/18 16/3
16/6 27/7 29/21 50/12
given [2] 12/17 13/13
29/14 47/16
Glen [1] 1/23
global [6] 7/10 7/11
8/11 8/15 8/19 9/9
gmail.com [3] 2/19
2/24 3/4
go [18] 10/20 13/15
14/3 16/3 17/5 22/11
34/5 36/14 40/10 41/19
43/5 44/24 44/24 45/9
45/17 46/18 47/14 48/4
goes [1] 13/18
going [39] 6/9 12/15
14/22 16/25 17/19
19/15 20/6 20/19 22/5
24/5 24/6 26/4 28/3
31/23 32/17 34/4 34/5
34/6 34/9 34/11 34/12
34/12 34/12 35/6 35/6
35/10 35/21 35/25 36/4
36/24 37/25 38/7 40/19
40/20 41/24 43/18
46/10 48/3 54/4
gone [1] 48/20
good [12] 4/4 4/6 5/5
6/21 11/4 12/17 22/11
23/20 32/5 33/11 39/19
45/19
Gorda [1] 3/7
got [16] 11/6 11/23
12/20 13/7 13/10 14/2
16/19 17/22 18/18
18/21 18/22 22/8 28/22
32/1 46/16 46/18
gotten [2] 22/3 24/23
government [20] 1/15
5/15 7/21 8/14 8/16

**G**

9/17 10/4 13/9
16/14 17/5 24/10 26/5
26/13 27/7 31/12 31/15
45/25 48/12 50/10
government's [2] 9/20
14/8
Governor [1] 1/22
grant [3] 36/5 38/25
45/14
granted [1] 34/14
grants [1] 33/8
great [4] 13/16 14/13
18/15 26/19
Greenbelt [1] 2/18
Gregory [1] 24/12
group [16] 12/15 13/23
22/25 31/4 35/19 44/13
44/14 44/15 44/23
45/15 46/24 46/25
49/13 50/5 51/5 51/6
grouping [1] 45/7
groupings [1] 49/10
groups [1] 47/5
guess [6] 17/13 26/9
26/12 34/18 45/24
52/20
Guillaume [11] 2/16
2/17 4/20 52/8 52/20
53/4 53/12 54/1 54/4
54/20 54/24
guilt [1] 37/14
gun [1] 41/10

**H**

Hackett [13] 3/2 4/11
4/22 5/3 32/4 32/8
32/10 33/3 38/9 38/19
42/23 50/16 50/20
had [16] 10/3 11/11
11/20 11/25 12/1 21/7
25/6 28/14 28/22 29/16
31/18 38/2 41/7 42/1
42/2 45/19
Halim [6] 3/2 4/22 32/4
33/5 42/23 47/16
hand [1] 28/3
handful [1] 6/12
hang [4] 15/14 28/1
48/14 52/21
happen [1] 20/6
happens [1] 26/18
happy [1] 28/7 31/25
hard [2] 22/4 36/19
Harrelson [1] 2/11 4/9
4/18 5/1 23/19 26/20
27/1 43/2 44/20 45/16
49/20
Harrisburg [1] 2/4
Harry [1] 25/4
has [26] 5/15 7/21 9/17
9/19 12/1 14/25 15/1
16/6 18/6 21/14 22/3
22/24 28/3 30/22 32/1
35/24 44/3 44/10 47/16
48/19 48/24 51/12
51/19 53/13 54/1 54/23
hasn't [2] 28/18 42/2
haste [1] 26/19

**H**

**have [100]**
**haven't [3]** 32/7 41/25 42/1
**having [8]** 12/8 13/24 22/4 22/8 34/7 44/4 48/22 54/8
**he [23]** 10/1 10/2 10/2 11/11 11/20 11/23 11/23 12/7 12/25 16/7 16/8 17/8 17/8 17/15 20/23 31/4 32/11 32/12 32/12 42/24 53/13 53/13 54/7
**he's [5]** 12/10 13/25 14/20 15/8 22/9
**hear [9]** 4/14 21/21 26/2 27/10 28/7 44/17 45/1 48/25 53/22
**heard [3]** 24/5 29/16 37/17
**hearing [13]** 5/2 8/14 15/20 15/22 23/17 24/5 32/9 32/13 32/16 32/18 38/8 44/6 51/24
**hearings [6]** 34/7 34/25 34/25 37/6 43/12 51/11
**held [3]** 21/14 38/24 46/19
**helping [1]** 24/10
**her [5]** 18/14 28/3 28/4 28/17 28/25
**here [8]** 5/7 10/20 22/13 25/11 36/23 39/3 51/21 53/25
**hey [2]** 18/5 40/20
**HI [1]** 2/23
**Highway [1]** 1/22
**him [16]** 10/1 11/8 11/9 11/12 11/14 11/19 12/4 12/8 17/10 22/10 22/10 23/7 42/14 45/5 48/4 53/18
**his [10]** 14/14 14/19 17/7 17/10 20/20 41/6 44/7 52/7 52/24 54/12
**history [1]** 25/14
**hit [1]** 45/10
**hold [5]** 21/10 23/22 31/19 31/23 54/12
**holdings [1]** 8/22
**holds [2]** 6/21 19/17
**Honolulu [1]** 2/23
**Honor [59]**
**HONORABLE [2]** 1/10 4/2
**hope [3]** 6/4 14/19 46/7
**hopeful [1]** 23/14
**hopefully [2]** 6/8 44/20
**host [1]** 54/25
**hotel [1]** 17/9
**hotmail.com [1]** 1/24
**hours [2]** 14/18 18/3
**housekeeping [1]** 32/21
**how [9]** 10/18 13/17 15/25 20/5 25/17 40/4

**however [4]** 8/5 11/19 12/5 38/12
**hundred [2]** 8/2 8/5
**hypothetically [1]** 44/22

**I**

**I am [10]** 12/11 20/5 20/12 21/13 25/20 30/14 36/2 38/10 41/14 48/2
**I believe [16]** 7/14 7/16 7/25 11/10 12/16 13/16 15/9 16/9 19/2 19/5 19/6 19/7 34/8 34/14 38/1 38/2
**I can [11]** 22/10 29/4 30/18 30/20 38/17 43/16 44/2 46/19 47/11 47/19 52/10
**I can't [3]** 40/16 42/13 43/8
**I cannot [1]** 21/5
**I could [1]** 43/24
**I did [5]** 11/12 11/17 33/14 45/25 52/12
**I didn't [2]** 18/17 33/23
**I don't [20]** 10/11 10/14 11/7 20/14 23/5 23/21 27/12 29/13 31/23 33/19 35/9 37/21 38/4 38/11 38/18 43/24 44/11 45/21 51/25 54/4
**I gave [1]** 15/7
**I guess [4]** 26/9 26/12 34/18 45/24
**I have [19]** 12/9 12/19 17/13 17/14 19/16 19/21 23/7 28/25 30/13 31/22 32/6 32/22 33/3 36/12 40/4 41/15 42/3 47/13 51/23
**I hear [2]** 21/21 26/2
**I hope [1]** 14/19
**I just [7]** 12/12 19/10 21/17 32/21 32/23 39/23 51/24
**I know [7]** 9/24 19/1 19/2 29/14 31/17 34/24 36/14
**I mean [13]** 14/23 15/16 16/21 26/4 29/4 29/6 34/17 36/14 38/1 40/12 46/8 47/12 51/18
**I should [1]** 14/7
**I shouldn't [1]** 54/6
**I think [36]** 7/21 9/12 9/15 9/22 10/9 12/21 13/21 21/15 22/2 22/5 22/8 23/9 25/11 26/17 26/22 27/2 27/7 31/23 32/1 32/10 34/3 34/13 38/12 40/14 41/11 43/10 43/20 44/1 45/4 45/6 46/7 49/6 51/7 53/22 53/22 54/9
**I told [1]** 19/15

understand [5] 21/17 21/17 29/7 34/6 35/13 37/2 52/1 55/1
**I want [1]** 25/20
**I was [3]** 19/15 23/1 51/12
**I will [10]** 27/11 29/17 30/22 36/9 38/17 42/24 44/1 46/22 46/23 52/11
**I would [1]** 48/1
**I wouldn't [1]** 43/23
**I'd [3]** 23/21 36/17 39/2
**I'd be [1]** 39/2
**I'll [18]** 5/9 9/14 10/23 11/3 23/1 26/9 27/13 30/20 31/25 32/13 33/1 38/22 45/11 45/14 46/19 49/11 50/6 53/6
**I'm [37]** 12/8 12/15 14/23 15/15 15/20 15/22 17/21 17/24 18/20 18/20 22/7 22/9 23/14 23/24 26/4 28/3 28/6 28/10 30/11 32/17 33/14 35/6 35/25 36/22 38/3 38/8 38/22 39/10 39/11 39/20 40/14 40/19 43/14 43/16 47/15 48/3 53/24
**I'm going [4]** 12/15 28/3 35/25 48/3
**I'm just [1]** 14/23
**I'm not [8]** 15/15 18/20 26/4 28/18 35/6 38/22 43/14 43/16
**I'm sure [1]** 33/14
**I've [17]** 17/22 20/13 22/8 26/4 27/11 32/24 32/25 38/23 40/6 40/12 41/6 41/7 44/9 46/18 47/24 51/18 51/23
**idea [3]** 28/21 29/5 45/20
**identified [1]** 14/7
**identify [4]** 18/3 18/4 18/7 24/10
**III [5]** 1/7 2/16 2/17 3/9 4/8
**illness [1]** 48/23
**images [1]** 8/23
**impasse [1]** 26/11
**impeccable [1]** 25/22
**impeccably [1]** 25/22
**important [4]** 13/17 13/25 26/21 33/21
**inability [2]** 11/9 12/13
**include [2]** 14/10 15/3
**included [2]** 16/13 16/19
**indefinite [1]** 36/2
**independently [1]** 51/24
**Indian [1]** 3/3
**individuals [1]** 37/15
**inform [1]** 54/15
**informant [1]** 18/11
**information [10]** 9/1 19/16 24/21 25/10

informed [1] 48/25
**initial [1]** 8/8
**initially [2]** 12/21 14/9
**innocence [1]** 37/14
**inquire [1]** 29/17
**inquiries [3]** 6/15 29/5 30/5
**ins [2]** 28/19 29/15
**inside [1]** 25/3
**insanity [1]** 48/22
**insisting [1]** 11/8
**instructed [2]** 16/8 28/25
**intending [1]** 35/2
**intent [1]** 13/19
**intention [1]** 53/17
**interest [2]** 23/8 41/12
**interests [4]** 50/7 50/7 51/2 51/2
**interfered [1]** 22/7
**intermediary [1]** 17/20
**interrelated [1]** 47/9
**interrupt [3]** 14/4 26/1 28/2
**interrupted [1]** 16/24
**interview [1]** 24/18
**invested [1]** 53/13
**investigate [1]** 7/2
**investigation [6]** 5/23 6/1 6/6 6/15 7/13 24/6
**investigative [1]** 10/8
**investment [1]** 19/12
**involve [1]** 48/22
**is [147]**
**is there [2]** 23/3 47/21
**isn't [1]** 43/18
**isolated [1]** 14/20
**issue [20]** 12/14 12/14 12/15 19/14 20/13 22/7 27/8 28/10 30/7 36/9 37/20 37/23 38/5 38/11 38/18 44/1 44/8 44/16 53/11 54/13
**issues [11]** 10/21 19/8 19/9 28/25 34/15 40/13 41/4 44/5 44/10 47/5 48/13
**it [88]**
**it would be [2]** 19/12 32/12
**it's [26]** 9/22 14/18 16/14 18/15 21/13 21/20 23/21 24/3 24/19 25/16 25/19 25/20 27/12 29/22 30/1 30/24 36/15 36/19 38/13 38/14 41/18 44/22 52/10 54/17 54/21 54/22
**items [1]** 6/17
**its [2]** 25/2 54/23
**Ivy [1]** 2/17

**J**

**jail [5]** 11/22 12/7 23/12 29/14 48/5

James [1] 4/14
**January [8]** 7/12 7/13 7/24 34/6 34/20 35/20 40/16 41/7
**January 6th [5]** 7/12 7/24 34/6 34/20 35/20
**jcrisp [1]** 2/5
**Jeffrey [1]** 1/15
**jeffrey.nestler [1]** 1/19
**Jencks [1]** 6/13
**Jessica [3]** 2/2 4/10 5/2
**Jessica Watkins [2]** 4/10 5/2
**jibe [1]** 47/2
**jobs [1]** 38/15
**join [3]** 27/19 27/19 31/9
**joined [1]** 51/23
**Joint [1]** 47/7
**jointly [2]** 52/14 54/20
**Jonathan [4]** 2/2 4/16 4/19 42/10
**Jonathon [2]** 2/6 2/7
**jonmoseley.com [1]** 2/10
**Joseph [2]** 3/2 4/11
**Jr [1]** 2/20
**JUDGE [9]** 1/11 18/25 31/22 33/11 33/12 33/25 35/14 35/23 39/16
**Judge Sullivan [1]** 31/22
**judicial [1]** 34/12
**July [16]** 6/21 7/4 23/22 26/18 26/20 27/1 31/19 33/20 34/5 34/5 34/10 34/23 42/4 44/18 49/7 49/7
**jumped [1]** 39/14
**juncture [1]** 26/9
**June [2]** 34/7 34/25
**jurisdiction [1]** 10/12
**jury [2]** 47/13 45/20
**just [71]**
**justice [3]** 25/12 50/7 51/2

**K**

**Kathryn [1]** 1/15
**kathryn.rakoczy [1]** 1/18
**keep [2]** 13/8 23/7
**Keepers [1]** 25/4
**Kelly [4]** 2/6 4/9 5/1 23/9
**Kenneth [3]** 2/11 4/9 5/1
**key [1]** 23/9
**keyword [1]** 8/22
**kind [17]** 10/6 14/16 14/20 18/19 25/18 31/11 34/21 36/24 37/5 40/1 40/17 41/10 44/8 53/8 53/8 53/17 54/12
**know [59]**
**knows [1]** 7/3

**L**

lack [2]  13/19 38/24
laid [1]  24/9
Lane [1]  3/3
laptops [1]  29/9
large [1]  7/7
largest [1]  21/15
LASSITER [1]  3/10
last [18]  5/14 7/13 9/25
11/10 13/7 13/17 14/2
18/9 19/4 20/7 21/22
24/5 24/19 24/21 24/22
32/20 45/10 48/18
last-minute [1]  45/10
late [4]  6/7 21/24 31/5
31/18
later [1]  44/15
law [8]  2/7 2/16 2/21
20/14 20/21 21/3 28/10
29/23
Lawn [1]  3/10
lawyer [6]  40/8 45/19
46/16 51/19 52/17
54/22
leading [1]  11/12
learn [2]  8/17 29/18
learned [1]  54/1
least [6]  8/6 10/11
26/15 27/2 28/24 46/9
leave [2]  27/14 45/11
Lee [1]  2/20
legal [2]  5/19 12/6
length [2]  45/2 46/6
let [13]  15/24 19/14
21/22 29/18 31/19
34/17 35/11 39/4 42/3
47/11 47/18 49/12
52/25
let's [9]  10/18 10/20
26/2 26/11 27/16 40/10
40/20 44/22 52/25
library [2]  28/10 29/24
like [14]  10/6 10/22
23/21 25/19 27/2 27/6
37/23 39/21 43/11
46/11 48/1 51/8 52/16
53/4
likely [1]  47/17
limine [1]  47/17
limited [1]  6/2 6/9 13/1
13/1 14/21 14/21 15/3
limited-scope [1]  15/3
Linder [11]  3/9 3/10
4/14 11/2 14/4 14/5
16/24 18/24 21/5 21/22
30/12
line [1]  18/9
list [1]  10/20
listening [1]  15/25
little [4]  26/17 27/3
32/25 46/5
LLC [2]  2/3 2/12
Ln [1]  2/17
local [1]  11/16
log [7]  28/19 29/15
29/22 29/24 30/1 30/3
30/3
log-in [1]  29/22 30/3

**M**

made [11]  6/16 10/3
11/13 11/14 11/22
13/16 22/24 52/12
52/14 52/16 53/15
mailed [2]  12/5 12/8
maintain [1]  31/15
major [1]  9/2
make [24]  5/15 8/9
8/16 9/10 12/3 12/8
16/25 23/9 25/20 29/4
30/5 32/11 32/15 36/1
36/20 36/20 36/21
36/24 37/8 43/23 43/24
45/5 48/7 55/3
makes [1]  17/8
making [3]  7/22 23/11
26/16
man [1]  37/14
maneuvering [1]  41/3
many [2]  15/25 47/9
map [1]  47/18
Marion [1]  3/6
Marshal [2]  19/18 20/4
Marshal's [1]  48/5
Marshals [3]  11/15
20/8 52/25
massive [1]  45/10
master [1]  13/23
material [5]  16/12 22/3
24/11 25/8 31/12
materials [15]  6/12
6/13 6/24 7/1 7/2 7/2
7/7 7/12 8/18 8/18 9/5
9/6 10/2 10/7 10/16
matt [1]  3/17
matter [2]  41/21 56/4
matters [2]  5/23 53/18
Matthew [2]  3/14 4/25
may [19]  1/6 6/8 12/12
15/10 24/3 24/7 27/6
29/15 32/9 33/25 34/24
34/25 35/4 44/15 47/18
48/2 53/1 55/3 56/7
maybe [2]  24/22 46/9
MD [2]  1/23 2/18
me [38]  11/16 11/17
11/21 12/6 12/11 13/6
15/24 16/6 16/8 18/10
19/14 20/8 21/20 21/22
23/25 26/8 26/10 28/14
31/19 34/17 35/11 36/1
36/19 36/21 38/6 39/4
40/9 40/20 41/6 42/2
42/3 44/7 45/19 47/3
47/11 47/18 49/12

**mean** [17]  14/23 15/16
16/21 22/18 26/4 26/19
29/4 29/6 34/17 36/14
38/1 38/22 40/12 46/8
47/12 47/13 51/18
meaning [1]  49/1
meaningful [1]  48/4
means [2]  34/11 46/23
meant [1]  49/6
mechanical [1]  3/24
media [2]  37/13 37/24
media's [1]  37/5
meet [1]  12/11
meetings [1]  18/12
Meggs [16]  2/6 4/9
4/17 5/1 22/12 22/14
22/23 22/24 22/25 23/9
23/14 29/20 44/21
45/16 49/25 50/3
Meggs' [1]  23/3
MEHTA [2]  1/10 4/3
members [2]  19/19
43/17
mental [1]  48/23
mention [1]  30/13
mentioned [2]  8/13
42/12
Merit [1]  3/20
messages [3]  13/12
13/13 13/21
middle [2]  22/17 24/7
might [5]  23/11 31/14
31/24 46/11 54/2
mind [1]  41/8
Minuta [18]  2/16 4/11
4/21 5/3 27/24 30/10
31/3 31/6 42/16 50/15
50/18 51/10 52/6 52/21
52/24 53/19 54/1 54/18
minute [1]  45/10
minutes [1]  14/18
mirror [1]  27/19
misrepresentation [1]
15/16
missing [1]  9/10
mistaken [1]  38/3
Model [1]  24/14
Moerschel [9]  3/5 4/12
4/23 5/3 15/8 33/10
42/19 50/16 50/21
Moerschel's [2]  14/24
20/19
moment [4]  5/9 10/19
26/3 40/16
month [8]  5/14 11/7
11/20 11/25 27/3 33/7
34/8 39/15
months [4]  9/3 18/10
41/7 41/11
more [15]  8/2 13/25
16/17 17/3 20/8 26/23
26/23 27/7 27/9 27/16
45/5 46/8 46/9 47/7
53/15
Moreover [1]  24/19
morning [4]  8/13 23/20
45/19 45/25

**Moseley** [10]  2/22 4/7
4/16 11/21 11/22 22/12
22/23 22/24 23/2 49/13
most [6]  7/21 18/10
19/3 19/22 33/18 44/6
motion [5]  7/4 9/15
9/19 9/24 10/1 10/2
10/9 10/14 10/19 14/24
15/16 20/19 26/4 33/14
33/16 33/23 36/6 36/9
37/20 42/12 42/25
43/23 51/20 51/23 52/7
53/5
motions [8]  5/9 10/12
10/25 32/9 44/9 47/17
48/19 50/14
motive [1]  13/19
move [5]  14/6 20/7
24/3 42/4 46/14
moved [6]  11/6 11/8
11/11 11/23 30/16
30/18
movement [2]  24/25
moving [1]  41/22
Mr [1]  15/15
Mr. [157]
Mr. Bright [2]  11/1
49/13
Mr. Caldwell [7]  37/19
39/5 42/21 45/3 45/6
45/16 49/22
Mr. Crisp [6]  10/23
27/16 28/9 29/18 30/6
49/14
Mr. Douyon [1]  12/10
Mr. Fischer [5]  10/23
39/4 39/14 45/2 49/14
Mr. Geyer [10]  9/15
9/24 10/22 23/19 26/1
26/16 26/20 27/10
36/11 49/13
Mr. Guillaume [8]  52/8
52/20 53/4 53/12 54/1
54/4 54/20 54/24
Mr. Hackett [9]  32/4
32/8 32/10 33/3 38/9
38/19 42/23 50/16
50/20
Mr. Harrelson [7]
23/19 26/20 27/1 43/2
44/20 45/16 49/20
Mr. Linder [8]  11/2
14/4 14/5 16/24 18/24
21/5 21/22 30/12
Mr. Meggs [11]  22/12
22/14 22/23 22/24
22/25 23/14 29/20
44/21 45/16 49/25 50/3
Mr. Meggs' [1]  23/3
Mr. Minuta [14]  27/24
30/10 31/3 31/6 42/16
50/15 50/18 51/10 52/6
52/21 52/24 53/19 54/1
54/18
Mr. Moerschel [5]  15/8
33/10 42/19 50/16
50/21
Mr. Moerschel's [2]

**Mr. Moseley** [7]  11/21
11/22 22/12 22/23
22/24 23/2 49/13
Mr. Nestler [2]  44/18
47/1
Mr. Peed [3]  37/1
39/18 43/6
Mr. Rhodes [19]  11/2
11/4 11/22 12/11 16/6
17/9 19/5 20/19 20/23
21/23 23/9 31/4 42/11
44/20 45/15 47/24 48/1
48/8 49/16
Mr. Rhodes' [2]  13/11
33/18
Mr. Shipley [9]  27/24
28/1 28/2 30/10 31/2
31/17 52/1 52/20 53/4
Mr. Trump [2]  17/11
17/21
Mr. Vallejo [10]  37/2
37/4 37/9 40/10 41/2
44/2 44/2 44/12 50/16
50/22
Mr. Watkins [1]  42/9
Mr. Weinberg [3]  33/9
33/22 39/13
Mr. Wilson [3]  17/4
17/7 17/19
Ms. [25]  5/10 9/14
12/17 13/5 14/15 18/1
18/5 18/11 19/15 22/1
26/12 27/17 28/3 28/5
29/4 32/4 33/5 44/18
44/20 45/16 47/1 47/16
48/14 48/15 49/18
Ms. Halim [3]  32/4 33/5
47/16
Ms. Rakoczy [16]  5/10
9/14 12/17 13/5 14/15
18/1 18/5 18/11 19/15
22/1 26/12 29/4 44/18
47/1 48/14 48/15
Ms. Watkins [6]  27/17
28/3 28/5 44/20 45/16
49/18
much [8]  13/5 16/16
16/17 24/24 34/15
46/12 47/4 53/1
my [40]  9/25 11/6 11/9
11/14 11/18 11/19
11/20 11/23 12/1 12/5
12/13 12/13 12/23 13/7
15/7 15/8 17/14 17/19
17/20 19/17 19/24 22/7
22/8 28/10 28/10 30/23
31/1 31/24 33/16 34/3
35/17 36/14 39/21
39/23 41/8 43/10 47/12
51/20 52/20 52/22
myriad [2]  17/23 19/8

**N**

name [1]  16/3
natural [2]  35/4 53/12
nature [2]  6/25 28/23
nearly [1]  7/25

**N**

necessary [4] 23/5 31/7 36/15 43/4
need [16] 6/18 7/1 14/21 14/22 17/14 17/18 35/7 35/17 36/1 39/9 43/8 46/15 47/22 52/9 53/23 55/3
needed [3] 10/1 12/24 52/14
needs [2] 7/8 45/9
neglected [1] 28/14
negotiate [1] 26/15
neither [2] 24/16 39/3
Nestler [3] 1/15 44/18 47/1
never [2] 25/14 52/16
new [9] 13/6 14/7 16/11 23/11 23/17 37/6 41/6 44/21 49/9
next [13] 6/4 6/19 9/6 14/20 22/17 23/15 23/16 27/1 33/1 40/3 40/4 48/6 49/1
nexus [1] 29/2
night [1] 9/25
nine [8] 7/19 19/25 21/6 21/14 54/8 54/20 54/21 54/24
nine-person [1] 19/25
NJ [1] 2/13
no [20] 1/5 4/7 4/8 4/9 12/19 16/14 19/21 21/19 22/5 25/5 28/21 30/3 30/9 30/13 31/7 35/16 38/10 52/1 52/2 52/9
non [1] 44/16
non-issue [1] 44/16
none [1] 43/10
North [1] 2/3
not [77]
note [3] 43/15 44/1 48/24
notice [1] 48/20
notify [1] 26/10
notwithstanding [1] 34/19
November [13] 18/17 39/11 39/15 41/15 41/16 45/11 45/17 45/18 45/18 46/19 50/17 51/1 51/5
November and [1] 18/17
now [20] 12/4 13/15 14/2 14/19 16/10 20/9 20/13 22/4 22/9 23/6 24/1 30/1 30/14 31/13 35/25 38/22 43/16 45/24 49/11 54/23
number [8] 6/25 11/17 14/10 17/15 17/16 17/23 18/3 18/4
numbers [1] 17/15
NW [3] 1/16 3/15 3/22

**O**

Oak [1] 3/10
Oath [1] 25/4
object [1] 11/7
obligation [1] 18/7
obligations [2] 6/23 47/3
obvious [1] 53/24
obviously [6] 26/19 31/4 34/14 40/15 44/21 46/5
occurred [1] 25/14
October [1] 46/3
off [1] 46/20
office [5] 1/16 2/16 11/14 19/19 48/5
Officer [2] 3/18 25/4
OFFICES [1] 2/21
Official [1] 3/21
okay [40] 9/13 10/17 16/20 18/23 19/23 21/5 22/22 23/13 23/17 27/5 27/21 29/3 29/19 30/4 30/20 32/3 32/12 33/4 33/9 36/10 36/18 37/16 38/21 39/12 39/17 39/22 41/17 42/15 44/17 45/13 47/20 48/10 49/4 49/24 51/7 51/16 52/2 52/3 53/3 55/5
once [3] 11/23 25/5 29/23
one [27] 9/2 9/14 9/21 9/22 9/25 11/15 11/16 12/5 14/1 18/9 19/10 19/23 21/22 29/8 32/1 32/1 36/1 37/14 40/23 44/1 46/9 46/9 48/14 54/6 54/9 54/16 54/22
ongoing [7] 5/25 6/15 8/9 8/21 34/20 34/21 37/8
only [14] 6/12 8/7 18/25 22/7 24/19 24/20 28/22 29/6 30/24 32/6 35/7 44/3 47/12 51/23
open [1] 39/21
opportunity [1] 24/18
oppose [1] 7/3
opposed [1] 40/9
order [6] 8/15 28/16 30/17 33/20 37/13 47/8
ordered [1] 44/12
ordering [1] 21/2
orders [1] 10/12
originally [1] 12/22
other [32] 6/11 12/5 12/14 13/22 14/11 15/17 17/7 18/10 18/25 19/2 19/6 20/15 27/3 29/10 29/11 30/17 31/9 32/1 32/1 32/23 33/12 33/13 36/16 37/23 39/8 40/23 41/3 44/1 46/10 49/8 53/24 54/16
others [1] 54/3
otherwise [1] 42/6

**P**

P.A [1] 1/21
p.m [2] 1/6 55/7
PA [2] 2/4 3/3
pace [1] 6/21
page [1] 23/18
paid [2] 52/18 52/19
paralegal [1] 52/16
pardon [1] 30/11
Parkway [1] 2/8
part [5] 29/17 33/22 51/19 51/24 54/15
particular [5] 6/16 8/18 10/22 20/15 54/18
particularly [3] 24/15 30/25 53/25
parts [1] 41/22
party [2] 28/11 28/20
passed [1] 48/24
passing [2] 8/8 20/18
past [1] 51/18
Peed [6] 3/14 3/15 4/25 37/1 39/18 43/6
pending [2] 45/3 52/8
people [10] 13/20 14/1 15/25 19/2 19/9 19/22 23/10 23/24 24/11 54/21
percent [1] 38/5
perhaps [2] 20/3 41/18
period [3] 21/15 26/13 35/8
permit [1] 51/13
person [12] 18/2 19/23 19/25 20/2 21/14 22/11 23/12 32/14 48/2 51/13 51/21 53/12
pertinent [1] 26/23
Philadelphia [1] 3/3
phillip [3] 3/9 3/13 4/14
Phoenix [1] 17/9
phone [16] 11/15 12/20 13/2 13/11 13/14 13/23 13/23 13/24 13/25 15/2 18/3 18/4 22/10 23/11

phones [1] 22/4
physical [2] 20/11 32/17
physically [1] 21/8
pick [1] 45/20
pike [1] 38/13
place [1] 29/8
Plaintiff [1] 1/4
plan [2] 6/19 21/25
planning [1] 51/12
plea [1] 17/7
plead [1] 31/24
pleading [1] 32/8
please [5] 4/4 28/9 28/12 39/7 46/20
Plus [1] 33/14
point [21] 5/20 6/18 7/15 8/1 9/21 13/4 16/25 19/12 21/4 23/4 26/6 28/17 28/24 29/1 29/11 31/18 38/18 39/3 41/18 42/7 47/6
points [1] 17/3
political [1] 35/5
populated [1] 7/15
pose [1] 45/24
position [13] 9/20 10/5 10/14 10/15 10/24 14/9 26/14 34/19 35/20 38/4 39/23 41/24 45/2
possibility [3] 23/8 31/24 38/14
possible [4] 19/11 23/22 29/8 36/16
postponed [1] 27/2
posture [1] 31/16
potential [1] 53/25
potentially [5] 5/24 16/13 17/17 33/5 37/22
practical [1] 20/12
prefer [3] 30/18 39/25 44/24
preference [1] 51/20
prejudice [3] 34/21 39/24 40/13
prejudicial [2] 35/21 37/7
premature [1] 9/22 10/14 26/8
prepare [2] 42/2 50/12
prepared [7] 7/8 20/9 21/23 49/14 49/25 51/20 53/24
preparedness [2] 43/9 44/11
present [1] 34/21
presently [1] 20/4
President [2] 17/12 17/12
presiding [1] 4/3
pressured [1] 24/4
pretrial [6] 3/18 11/13 46/24 47/7 48/2 51/12
pretty [5] 9/12 24/24 34/4
Prettyman [1] 3/21
previously [1] 23/23

prior [1] 43/10
priorities [1] 27/4
prison [1] 28/18
probably [1] 32/1
problem [8] 12/2 23/12 25/25 30/3 31/7 44/12 52/2 54/9
problems [4] 12/19 53/23 54/23 54/25
proceed [3] 10/19 11/3 40/17
proceeding [1] 6/20
proceedings [4] 1/10 3/24 55/7 56/4
process [7] 5/19 7/11 8/6 8/9 8/15 34/12 37/12
processed [1] 8/3
produce [1] 50/11
produced [2] 3/24 7/11
production [1] 7/12
Professional [1] 24/14
program [1] 30/22
progress [1] 7/22
promise [1] 20/25
property [1] 24/16
prosecution [1] 24/16
protocol [1] 11/24
prove [1] 47/18
provide [4] 5/11 6/5 9/5 10/7
provided [7] 5/17 6/2 6/14 9/3 13/9 14/9 15/18
public [6] 15/25 34/24 34/25 48/23 50/8 51/2
public-authority [1] 48/23
punch [1] 40/1
Punta [1] 3/7
pursuant [3] 5/18 5/25 6/6
pursue [3] 37/22 38/5 48/21
pursuing [1] 49/2
push [1] 9/2
put [20] 11/5 11/8 12/2 12/12 14/3 14/16 21/6 21/17 27/3 30/2 31/25 32/21 33/16 34/3 37/13 45/5 46/24 47/1 48/17 49/3
putting [1] 19/20
PUTZI [1] 1/21

**Q**

Queen [1] 3/3
question [9] 14/13 16/21 18/6 21/22 23/1 34/18 35/17 35/18 45/24
questions [1] 6/17
quickly [1] 23/16
quite [1] 28/18 33/23 37/23

**R**

radar [1] 32/22

**R**
raise [8] 10/22 23/3 28/14 32/6 38/11 38/15 38/19 51/8
raised [3] 28/3 32/7 37/20
raises [1] 54/25
Rakoczy [17] 1/15 5/10 9/14 12/17 13/5 14/15 18/1 18/5 18/11 19/15 22/1 26/12 29/4 44/18 47/1 48/14 48/15
rally [1] 25/8
range [1] 53/17
rather [4] 15/3 24/1 26/23 52/13
raw [8] 12/22 13/6 13/10 13/14 13/24 15/2 16/16 33/19
re [1] 12/9
re-send [1] 12/9
reached [2] 12/9 26/11
read [1] 38/23
reading [1] 43/17
ready [14] 22/6 27/22 31/5 33/20 39/10 40/10 40/17 41/14 41/15 42/14 43/5 44/22 44/23 45/8
real [2] 12/14 54/9
really [3] 22/3 29/7 35/23
Realtime [1] 3/20
rearrange [1] 31/7
reason [4] 22/5 34/1 34/13 34/15
reasonable [3] 43/21 46/2 46/7
reasoning [1] 30/4
reasons [8] 7/6 23/23 28/18 33/16 33/17 35/5 50/13 51/4
receive [1] 35/21
received [3] 9/17 41/25 48/20
receiving [1] 29/9
recent [2] 33/18 44/6
recently [4] 8/7 9/4 18/10 22/3
reciprocity [1] 36/23
recklessly [1] 37/5
recognition [8] 8/23 28/20 29/1 29/6 29/8 29/16 30/2 55/3
record [11] 11/5 11/9 12/2 12/13 21/18 28/6 37/17 42/22 48/17 49/3 56/3
recorded [3] 3/24 18/12 18/12
records [1] 38/2
refer [1] 18/5
reference [2] 20/18
referenced [1] 23/23
references [1] 8/24
refused [1] 12/7
refusing [1] 26/6
regard [2] 31/10 51/11

regarding [2] 27/20 39/9
regards [1] 12/16
Registered [1] 3/20
reiterate [2] 19/1 33/12
related [2] 5/23 8/14
relating [1] 6/14
Relativity [3] 7/14 7/17 7/18
release [1] 37/25
relevant [8] 5/21 7/7 8/19 8/25 14/22 15/10 16/9 26/23
reluctance [1] 38/12
relying [1] 15/8
remaining [1] 45/17
reminder [1] 28/5
remote [1] 32/16
remotely [1] 5/4 32/12
renew [2] 36/6 36/9
report [4] 35/8 35/9 38/3 43/18
Reporter [4] 3/19 3/20 3/20 3/21
represent [6] 40/16 43/22 54/3 54/20 54/22 54/24
representation [1] 43/25
representations [1] 43/10
represented [2] 14/24 54/9
representing [1] 54/8
request [12] 9/17 9/18 9/20 10/3 10/6 11/23 21/18 21/20 24/2 26/11 42/5 48/1
requested [4] 10/3 10/7 10/24 50/11
requesting [1] 27/13
requests [3] 26/14 26/15 32/22
require [4] 20/3 20/8 30/1 32/17
required [3] 12/23 21/9 29/9
requirement [1] 29/1
requires [1] 29/12
requiring [1] 28/19
research [1] 17/6
resides [1] 32/11
resolve [1] 53/23
resolved [1] 22/9
resources [3] 20/4 21/9 53/14
respect [12] 7/10 9/20 10/24 21/9 36/22 36/25 49/12 50/4 50/15 51/4 52/8 53/25
respond [5] 6/18 10/6 26/5 26/14 26/15
Responsibility [1] 24/14
responsible [1] 19/20
responsive [1] 10/16
rest [1] 44/25
restrictions [1] 20/11

results [1] 9/4
retained [2] 14/25 52/18
retract [1] 23/1
return [1] 11/15
review [9] 8/3 8/7 8/8 8/21 9/5 10/6 24/21 25/17 29/10
reviewed [2] 7/8 12/25
reviewing [1] 9/2
revise [1] 47/4
revised [1] 46/23
RHODES [24] 1/7 3/9 4/8 4/15 5/3 11/2 11/4 11/22 12/11 16/6 17/9 19/5 20/19 20/23 21/23 23/9 31/4 42/11 44/20 45/15 47/24 48/1 48/8 49/16
Rhodes' [4] 12/20 13/11 13/23 33/18
right [32] 5/5 5/7 5/10 10/18 10/20 15/12 16/22 16/24 22/12 22/25 23/6 23/14 23/19 24/17 27/15 30/3 30/6 30/14 31/2 32/4 35/25 36/7 39/4 43/16 45/14 47/21 49/11 50/3 50/4 50/15 50/24 55/6
RIOS [1] 3/6
ripe [1] 24/3
rise [1] 4/2
Ritchie [1] 1/22
RMR [2] 56/2 56/8
Roberto [2] 2/16 4/10
roll [1] 40/10
rolling [1] 5/15 24/7 31/11
round [1] 6/5
Rule [3] 24/14 48/19 48/21
Rule 12 [2] 48/19 48/21
run [2] 14/14 33/6

**S**
said [7] 19/4 19/17 37/24 39/8 41/23 47/16 51/18
same [10] 21/6 23/18 31/15 34/9 36/16 42/17 42/18 42/20 47/8 51/3
say [21] 14/7 14/9 15/20 17/14 17/20 18/1 18/5 27/11 28/6 30/22 36/4 36/7 38/4 38/22 40/19 40/20 44/21 44/22 52/11 53/6 54/7
saying [6] 16/22 18/20 26/25 35/24 38/10 54/7
says [1] 16/4
schedule [10] 35/1 36/25 40/17 41/20 45/22 45/23 46/1 46/24 46/25 47/19
scheduled [2] 32/9 46/16

scheduling [2] 47/7
Schuck [1] 3/18
scope [1] 15/3
scoped [5] 13/1 14/8 16/10 16/14 16/15
scott [3] 3/5 3/8 4/23
search [9] 5/25 9/4 14/17 16/7 16/8 16/9 16/17 16/17 17/22
searched [2] 5/18 5/22
searches [5] 8/22 12/23 14/14 14/16 14/17
seated [1] 4/4
second [7] 20/24 22/25 31/4 44/15 48/14 52/17 53/19
secondly [1] 20/17
security [1] 6/14
see [15] 10/21 11/22 22/5 22/10 29/2 30/20 38/7 38/12 38/13 38/20 40/22 46/12 46/19 47/11 47/18
seek [1] 48/21
seeking [2] 9/16 26/7
seems [2] 26/8 29/20
seized [3] 5/18 5/22 8/7
send [1] 12/9
sending [1] 13/6
sense [3] 29/11 39/25 53/15
sentiment [1] 37/2
September [33] 21/24 27/22 31/5 31/19 35/18 38/4 39/10 40/21 41/14 42/5 43/5 43/9 43/19 44/11 44/13 44/19 45/6 45/9 45/15 46/1 46/15 46/21 46/24 47/3 47/10 47/15 49/8 49/12 49/15 50/1 50/5 50/6 51/5
September 5th [1] 47/15
serious [1] 40/14
serve [2] 52/17 54/5
Service [2] 11/15 20/8
services [2] 3/18 32/23
set [12] 22/10 23/16 26/9 30/23 30/24 34/4 38/7 39/21 43/19 44/15 44/19 45/18
setting [1] 11/10
seven [4] 20/2 21/16 24/19 24/21
several [10] 8/2 8/5 11/13 11/14 14/18 16/7 16/7 18/10 18/16 24/22
severance [4] 20/22 20/23 20/25 44/4
shared [1] 9/24
sharing [2] 7/23 28/23
she [7] 12/18 12/18 12/21 18/6 18/6 18/14 28/14
she's [4] 12/17 18/20

Sheriff's [2] 11/17 11/18
Shipley [13] 2/20 2/21 4/20 27/24 28/1 28/2 30/10 31/2 31/17 51/9 52/1 52/20 53/4
shortly [1] 49/1
should [6] 14/7 22/11 22/16 24/17 26/10 34/13
shouldn't [1] 54/6
show [1] 13/19
shows [1] 13/20
sides [1] 24/17
Signal [2] 13/17 16/2
significant [4] 6/25 7/16 7/22 8/11
significantly [1] 7/21
simple [2] 13/8 41/10
simply [1] 31/9
since [6] 5/14 18/16 26/12 41/7 47/8 54/14
sir [5] 11/3 21/25 22/15 28/12 50/1
situation [3] 22/13 25/12 38/15
situations [1] 41/13
six [3] 19/22 19/23 21/16
six-person [1] 19/23
slot [1] 44/14
small [1] 48/13
so [78]
So I think [2] 10/5 10/13
software [1] 28/20
some [27] 5/9 6/18 7/19 11/8 18/12 18/12 19/9 19/11 19/16 24/10 25/8 29/11 29/20 30/5 31/10 31/12 35/8 36/23 37/12 41/18 42/6 42/13 44/5 45/4 45/10 47/10 48/3
somebody [4] 22/19 23/15 23/15 53/16
somehow [1] 35/7
someone [2] 17/10 17/22
something [7] 25/23 28/14 43/23 44/5 48/17 52/9 52/10
sometimes [2] 14/17 14/18
somewhere [1] 20/7
sooner [1] 40/21
sorely [1] 27/8
sorry [1] 30/11
sort [6] 26/11 38/23 41/3 47/19 52/20 52/22
source [1] 52/9
speak [4] 12/15 19/2 28/9 52/24
speakerphone [1] 17/11
special [1] 25/13
specific [11] 5/16 6/10

**S**

**specific... [9]** 6/11 6/15 6/20 8/18 15/24 31/13 31/14 50/11 52/13
**specifically [2]** 13/4 50/9
**speed [1]** 40/9
**speedy [6]** 49/10 49/15 50/6 50/8 51/1 51/3
**Speedy Trial Act [3]** 49/10 49/15 51/1
**spend [1]** 18/3
**Sr [1]** 1/21
**stack [1]** 12/6
**stage [1]** 10/5
**stand [1]** 5/8
**standpoint [1]** 54/10
**stands [1]** 21/23
**start [10]** 5/10 11/1 33/6 39/14 43/17 45/21 46/1 46/14 46/21 47/13
**started [1]** 7/22
**starter's [1]** 21/2
**starting [4]** 14/14 30/1 31/20 46/19
**state [1]** 10/23
**stated [6]** 6/23 7/6 13/17 33/17 39/23 50/13
**statement [2]** 17/9 52/13
**statements [1]** 33/12
**STATES [5]** 1/1 1/3 1/11 4/7 24/13
**stating [1]** 22/1
**status [4]** 1/10 5/7 5/11 23/16
**stay [2]** 32/12 52/7
**staying [1]** 52/8
**stenography [1]** 3/24
**steps [1]** 43/18
**STEWART [1]** 1/7 3/9 4/8 12/20 13/23
**Stewart Rhodes' [2]** 12/20 13/23
**still [4]** 8/6 8/8 8/11 9/9
**stop [1]** 21/15
**stored [1]** 28/21
**Street [4]** 1/16 2/3 2/22 3/15
**strong [1]** 51/20
**stronger [1]** 34/15
**struggle [1]** 47/12
**struggling [1]** 32/24
**stuff [4]** 11/8 14/21 22/3 25/17
**stunned [1]** 39/2
**stunning [1]** 38/24
**SUAREZ [1]** 3/6
**subject [1]** 9/18
**submitting [2]** 28/11 33/2
**subpoenaed [1]** 38/2
**substance [1]** 24/1
**substantial [2]** 47/17 53/13
**such [2]** 21/10 41/2
**suggest [1]** 18/1

**suggesting [1]** 15/15 20/18
**suggestion [2]** 20/6 35/7
**suggests [1]** 15/17
**Suite [6]** 1/22 2/18 2/22 3/7 3/11 3/16
**Sullivan [1]** 31/22
**summary [1]** 13/8
**summer [1]** 9/3
**supplemental [1]** 24/2
**support [2]** 52/15 52/16
**supposed [4]** 46/18 47/13 47/14 47/15
**sure [12]** 8/9 8/16 9/10 23/9 23/24 32/11 32/15 32/15 32/15 33/14 48/7 48/7
**Surprisingly [2]** 25/1 25/5
**surveillance [3]** 24/24 25/2 25/5
**suspect [1]** 18/6
**suspiciously [1]** 25/9
**sympathetic [1]** 7/9
**system [7]** 8/1 8/4 9/11 23/10 29/15 32/24 33/2
**systems [6]** 8/24 25/12 25/13 27/8 27/13 28/17

**T**

**tablet [3]** 29/22 29/22 29/23
**take [6]** 5/9 5/12 14/2 14/17 47/22 53/11
**taken [1]** 53/1
**takes [2]** 14/13 44/14
**taking [2]** 8/14 25/9
**talk [4]** 10/18 11/25 26/2 52/21
**talked [1]** 47/24
**talking [1]** 17/24
**targeted [1]** 14/16
**task [1]** 14/19
**taxing [2]** 25/16 27/12
**team [1]** 25/21
**tell [5]** 14/15 18/2 35/25 43/16 44/2
**telling [1]** 26/21
**tens [1]** 25/7
**terabytes [1]** 7/19
**terms [5]** 6/11 19/21 27/13 31/14 36/23 41/2 43/8 44/11 54/1
**testify [7]** 19/6 19/6 19/10 20/19 20/24 21/1 46/9
**testimonial [1]** 19/9
**testimony [2]** 20/20 21/2
**than [12]** 6/11 13/25 19/3 20/8 24/1 31/9 32/25 40/21 41/3 46/9 53/15 53/20
**Thank [11]** 11/4 17/2 30/21 32/19 39/6 43/7

**Thank you [10]** 11/4 17/2 30/21 32/19 39/6 43/7 48/9 50/3 51/16 55/6
**Thanksgiving [3]** 31/21 33/6 45/20
**that [309]**
**that'll [2]** 45/22 45/22
**that's [44]** 9/11 9/18 9/18 10/13 10/25 13/10 14/13 14/19 16/22 17/17 18/19 20/22 22/25 23/5 24/7 25/14 26/25 28/21 29/8 29/10 30/15 31/1 32/25 33/23 35/10 35/10 37/7 38/3 38/10 39/3 43/20 43/20 44/4 46/18 47/14 50/11 51/7 52/2 52/9 52/19 52/22 53/5 53/6 53/20
**their [18]** 8/19 22/2 24/24 25/23 28/19 32/17 35/1 35/2 35/6 35/8 35/9 38/2 41/19 42/1 42/2 54/14 54/14 54/18
**thelinderfirm.com [1]** 3/13
**them [4]** 12/9 24/18 44/25 48/25
**themselves [1]** 7/2
**then [17]** 5/12 8/17 10/18 16/3 17/5 17/12 17/14 20/24 26/14 29/9 29/23 32/20 35/8 44/15 44/25 50/15 54/11
**then-President Trump [1]** 17/12
**theoretically [2]** 20/20 46/14
**there [44]** 5/8 5/12 5/24 6/8 7/16 7/19 7/25 8/2 8/5 8/10 9/14 10/15 11/16 11/23 12/12 12/19 13/2 14/3 16/12 17/9 20/6 20/13 22/9 23/3 24/5 25/7 26/10 26/13 26/22 29/2 30/18 31/18 32/13 33/22 39/3 41/22 43/3 44/5 45/4 47/21 48/3 48/3 53/22 53/24
**there's [18]** 7/6 8/25 15/9 19/11 20/18 23/2 24/23 25/5 27/15 29/6 31/23 37/6 38/3 40/23 44/5 44/14 48/7 54/9
**thereafter [1]** 6/4
**therein [1]** 7/6
**thereof [1]** 13/19
**these [26]** 6/24 6/25 7/1 7/2 7/8 8/19 8/25 9/10 13/17 13/20 14/1 14/16 15/9 15/10 15/17 19/23 24/12 36/22 38/7 40/13 41/1 41/4 41/8

**they [23]** 6/17 6/17 8/3 8/7 12/6 15/18 16/14 20/9 23/8 23/11 25/22 28/22 29/7 29/21 34/24 34/25 35/1 35/4 41/25 47/8 47/9 48/21 49/2
**they'd [1]** 51/8
**they're [11]** 8/7 9/11 16/10 22/1 26/6 28/16 29/9 31/13 34/9 35/5 46/10
**thing [4]** 12/5 18/25 32/6 32/20
**things [6]** 5/8 10/21 11/5 17/24 26/22 28/23
**think [57]**
**third [3]** 28/11 28/20 34/1
**third-party [1]** 28/11
**this [97]**
**Thomas [2]** 1/21 4/12
**thorough [1]** 16/17
**those [28]** 6/7 9/5 9/6 9/8 14/10 14/14 16/7 16/10 17/23 19/19 20/10 20/11 26/14 29/11 33/2 33/20 41/12 44/10 44/22 44/24 47/1 47/2 47/5 47/5 49/2 50/4 50/8 50/25
**thought [2]** 12/22 40/6
**thousands [1]** 25/7
**three [2]** 24/22 49/1
**through [21]** 6/7 8/22 8/22 11/14 13/15 14/3 22/5 30/24 33/2 33/6 36/13 37/7 39/15 49/7 49/8 49/15 49/25 50/6 50/17 51/1 52/18
**throughout [1]** 19/17
**time [42]** 5/20 6/3 6/23 7/15 8/2 10/1 10/9 11/13 13/17 14/3 18/13 19/4 19/12 20/7 21/6 24/8 25/23 26/5 26/13 27/7 27/9 28/18 31/18 32/7 33/3 35/9 35/24 37/12 38/18 42/2 45/3 46/17 47/10 49/14 49/25 50/5 50/9 50/12 50/17 50/25 51/4 51/5
**timing [1]** 41/9
**title [3]** 16/2 16/5 16/6
**titled [2]** 16/18 56/4
**today [9]** 12/7 18/14 18/18 19/15 21/23 34/4 36/5 36/9 36/20
**together [3]** 19/11 19/20 44/4
**told [4]** 11/16 19/15 19/21 21/13
**toll [4]** 49/14 49/25 50/17 50/25
**tolled [2]** 49/6 50/5
**tolling [1]** 49/9
**ton [1]** 18/21
**too [6]** 13/4 15/24 16/9

**topic [1]** 26/12
**Towers [1]** 1/22
**track [1]** 24/24
**transcript [3]** 1/10 3/24 56/3
**transcription [1]** 3/24
**tremendous [1]** 25/15
**trial [74]**
**trials [5]** 19/3 19/7 35/8 38/8 47/10
**tried [5]** 17/20 23/7 26/20 27/1 44/4
**Trump [1]** 17/11 17/12 17/21
**trust [1]** 21/20
**truth [1]** 41/20
**try [8]** 8/24 11/17 17/16 41/8 44/25 46/10 46/17 48/3
**trying [7]** 9/10 12/10 18/3 40/14 44/7 44/9 47/17
**Tuesday [1]** 45/21
**turn [5]** 26/6 27/15 27/16 28/3 39/4
**turnaround [1]** 25/23
**turned [2]** 5/21 24/6
**two [8]** 19/7 21/7 29/11 47/5 47/5 48/12 49/1 54/22
**TX [1]** 3/11
**typically [1]** 10/11

**U**

**U.S [2]** 1/16 19/18
**unanticipated [1]** 42/7
**unavailability [1]** 19/9
**uncertain [1]** 19/21
**uncovering [1]** 31/13
**under [5]** 21/3 24/12 49/15 50/6 51/1
**undergoing [2]** 8/3 8/8
**understand [16]** 6/24 16/23 18/8 21/12 21/17 25/17 25/17 29/7 34/6 35/13 35/16 37/2 40/11 51/22 52/1 55/1
**understanding [4]** 30/24 31/1 53/14 53/14
**understood [5]** 21/19 21/19 28/8 53/7 53/21
**unique [4]** 25/13 40/25 41/21 44/5
**UNITED [5]** 1/1 1/3 1/11 4/7 24/13
**United States [1]** 24/13
**United States of [1]** 4/7
**unless [2]** 27/15 54/7
**unreasonable [1]** 21/20
**untenable [1]** 38/15
**until [4]** 18/17 29/24 35/8 35/9
**up [23]** 5/9 9/14 11/12 15/24 22/10 22/16

**U**

up... [17]  22/18 28/23
30/12 30/23 30/24 34/7
35/2 35/6 40/9 40/20
44/6 46/14 47/11 47/19
47/22 48/8 53/11
update [3]  5/11 9/12
22/14
upfront [1]  8/10
uploaded [4]  7/20 8/1
8/4 8/23
uploading [1]  7/22
upon [3]  19/17 21/1
35/19
us [16]  6/7 12/18 12/18
13/14 14/21 17/5 18/2
18/14 24/10 25/23
26/21 29/21 43/11 45/9
46/17 46/21
usdoj.gov [2]  1/18
1/19
use [3]  17/20 29/22
29/25
used [3]  28/6 32/25
34/10
using [1]  34/9

**V**

VA [1]  2/9
vacate [1]  44/18
valid [1]  35/14
Vallejo [14]  3/14 4/13
4/25 5/4 37/2 37/4 37/9
40/10 41/2 44/2 44/2
44/12 50/16 50/22
various [1]  10/21
venture [1]  40/19
venue [1]  37/21
version [3]  14/8 15/3
16/19
versus [2]  4/8 44/4
very [11]  6/19 7/6
15/10 24/11 25/20
36/15 40/24 41/4 41/10
53/1
via [4]  1/14 2/1 3/1
51/13
video [4]  7/19 25/2
25/6 25/9
videoconference [1]
51/14
videos [2]  8/23 24/24
view [4]  26/22 33/20
52/20 52/22
visits [1]  48/4
visual [1]  25/15
volume [2]  6/24 7/7
vs [1]  1/6

**W**

wait [1]  38/7
wake [1]  24/4
want [20]  8/9 11/5 11/8
12/4 14/16 19/1 19/9
23/3 25/20 30/6 37/12
37/17 40/3 41/1 41/23
44/23 45/1 48/17 51/24
52/21

wanted [3]  10/2 12/11
12/2 12/12 14/3 21/5
21/6 21/17 30/12 32/21
32/23 44/16 49/3
wanting [1]  32/11
warranted [1]  50/9
was [36]  9/15 9/15
11/10 11/19 11/23
12/22 12/25 12/25 13/1
13/5 14/8 15/2 16/22
18/11 19/15 20/6 23/1
25/15 28/13 28/22
29/16 31/18 32/8 33/22
36/4 37/21 39/1 43/12
45/19 51/12 52/13
52/13 52/14 53/8 53/12
53/13
Washington [4]  1/5
1/17 3/16 3/22
wasn't [1]  36/19
watch [1]  44/9
Watkins [11]  2/2 4/10
4/19 5/2 27/17 28/3
28/5 42/9 44/20 45/16
49/18
wave [1]  45/10
way [7]  17/25 19/11
24/2 26/25 36/16 54/6
54/16
what's [4]  9/19 20/22
34/4 38/13
we [125]
we believe [4]  6/21
15/9 18/11 24/11
we will [3]  23/15 31/5
46/24
we'd [3]  27/2 44/19
45/6
we'll [15]  5/12 23/16
26/25 32/15 33/19
40/22 45/21 47/1 48/7
50/25 51/5 52/23 52/24
54/15 55/2
we're [15]  5/7 8/9 9/9
10/8 18/19 22/11 26/12
31/8 38/4 41/5 43/5
44/12 45/8 45/9 45/11
we've [9]  5/17 5/20
5/22 6/23 18/15 18/21
22/3 24/20 51/4
week [26]  6/4 6/4 7/13
11/11 11/12 12/6 12/8
13/7 14/2 14/20 22/17
23/15 23/16 31/20 33/1
33/6 40/3 40/4 40/4
46/16 46/17 46/20
46/22 47/14 47/15
48/18
weeks [8]  6/19 9/7
24/19 24/21 24/22
24/23 27/1 49/1
weigh [1]  40/14
weighed [1]  44/10
weighty [1]  41/4
Weinberg [6]  3/5 3/6
4/23 33/9 33/22 39/13
welcome [1]  5/6
well [19]  10/18 13/21
15/10 17/13 19/12
19/14 22/24 22/24

were [27]  5/14 5/18 8/7
9/25 13/13 14/8 15/17
16/9 16/13 16/17 16/18
16/25 24/3 24/5 24/6
25/7 25/9 25/14 34/1
34/4 34/5 34/18 38/15
40/15 47/9 49/6 53/10
weren't [1]  51/19
what [54]  12/23 14/10
14/21 14/22 15/17
15/20 15/22 16/15
16/22 17/4 17/13 17/16
18/3 18/5 18/13 18/15
18/19 19/16 19/21
25/11 26/2 26/18 27/13
29/5 29/18 30/4 30/20
31/14 32/25 34/6 35/1
35/24 37/24 37/25 38/7
38/8 38/10 39/1 39/8
41/11 43/11 44/2 44/21
46/10 46/11 46/19
47/11 47/16 47/19
51/18 53/7 53/20 54/1
54/19
whatever [3]  13/19
16/5 52/19
whatsoever [1]  30/14
when [12]  10/22 12/20
12/25 16/2 17/4 17/7
17/13 19/9 22/11 24/5
30/1 52/12
Whenever [1]  25/22
where [17]  5/8 10/21
14/20 19/5 25/4 25/12
25/25 28/10 28/21 29/8
30/14 30/17 31/11
41/24 42/13 46/12 47/9
whereas [1]  30/2
whether [10]  9/17 9/19
10/15 14/6 14/9 15/20
22/23 26/10 44/7 52/10
which [20]  11/7 12/23
13/6 15/3 16/8 16/13
16/18 17/15 18/15 26/9
26/13 29/11 34/11
35/18 35/19 37/5 48/19
48/22 51/11 52/11
while [5]  9/8 12/11
31/15 34/12 54/21
who [15]  17/15 17/17
17/21 17/22 18/2 18/4
18/11 18/11 23/24 25/9
35/11 44/3 49/6 50/5
51/19
who's [2]  40/8 46/16
whole [1]  54/25
why [7]  5/10 11/1 12/9
22/5 27/15 28/21 45/21
will [35]  9/5 18/6 19/2
19/5 19/6 21/23 22/19
23/10 23/15 23/24
26/13 26/19 27/11
29/17 30/22 31/5 34/10

42/24 43/11 44/1 44/21
45/15 45/17 45/18
46/22 46/23 46/24 50/5
51/13 52/11 54/13
William [8]  1/21 2/20
2/21 3/19 4/20 51/9
56/2 56/8
willing [2]  36/5 36/14
Wilson [3]  17/4 17/7
17/19
wish [1]  52/6
withheld [1]  10/13
within [1]  49/1
without [6]  11/15
11/25 15/24 23/10
28/11 28/25
witness [3]  6/13 17/17
19/8
witnesses [3]  24/15
25/8 34/9
won't [1]  13/4
words [1]  53/24
work [7]  8/11 34/20
34/21 35/2 35/6 35/20
36/3
worry [1]  23/11
worse [1]  38/14
worth [2]  19/12 41/18
would [72]
wouldn't [3]  35/13
38/14 43/23
wrap [2]  34/7 41/8
wrapped [2]  22/16
22/18
wrapping [1]  35/2
writing [1]  54/5
wrong [1]  11/21

**Y**

Yeah [2]  17/2 52/5
year [3]  28/24 35/3
35/5
Yep [1]  49/11
yes [25]  5/13 11/3
16/12 16/17 21/25
22/21 23/21 27/23 33/8
39/16 42/8 42/24 47/23
48/16 49/16 49/18
49/21 49/22 50/2 50/19
50/20 50/21 50/22
51/15 51/17
yesterday [2]  9/15 32/8
yet [5]  6/13 10/3 10/13
10/15 14/12
you [136]
you'd [3]  10/21 46/8
53/4
you're [15]  11/6 16/16
16/22 17/3 26/7 27/13
29/23 34/22 35/19
36/24 40/8 40/20 54/7
54/19 54/23
you've [4]  14/6 22/24
26/11 31/17
your [77]
Your Honor [59]

Zaremba [3]  3/19 56/2
56/8
zero [1]  30/14
ZOOM [5]  1/14 2/1 3/1
22/9 32/13