# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Criminal No. 1:22-cr-00015-APM** |
| v. | ) <br> ) |
| **ELMER STUART RHODES, et al.,** | ) <br> ) |
| Defendants. | ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Kelly Meggs's Motion to Continue Trial, it is, this ___ day of July, 2022, hereby:

**ORDERED** that the September 26, 2022, trial date is vacated; and it is further

**ORDERED** that the Parties shall appear before the Court on August 2, 2022, to select a new trial date.

**SO ORDERED.**

_____
The Honorable Amit Mehta
United States District Court Judge