**Suspicious Actors and Close Associates and/or Material Witnesses**

1. **Bill Dunfee – Ohio**



   a. Previously identified as 14-#PastorBill in Suspicious Actors One.
   b. Video shows Dunfee on the east side of the Capitol calling for protestors to storm the building. Dunfee referenced how protestors filled the Wisconsin State Capitol in 2011, and Dunfee repeatedly threatened police that they would take the Capitol if the police would not let them in.
   c. Much of Dunfee's incitement came before President Trump's speech. For instance:
       i. Dunfee said, "They must fear us. We must rise up!"
       ii. Dunfee asked, "What's the purpose of these gates right here? What's the purpose of these gates?" Dunfee then answered, "It's to keep you away from our house! The business is in our house."
       iii. Dunfee asked repeatedly, "Whose building is that?" He then asked, "Why are we here?" And Dunfee answered, "We are here to take our building to have our voices heard." Dunfee also exclaimed, "We will take that building!"
       iv. Dunfee asked, "Do you believe that if we want that building they can stop us?"
       v. Dunfee promised the crowd that "today is the day that it changes in America."
   d. Video shows an individual asking Dunfee whether he was affiliated with the organized rally that had been scheduled for the east side of the Capitol. Dunfee disparaged the other rally and claimed that his bull-horning provocation was a "grass roots" effort.
   e. At around 1:26 p.m. on January 6, Dunfee began calling for people on the east side to move around to help those on the west side of the Capitol. At the same time, #NWScaffoldCommander and others on the west side of the Capitol were frantically trying to get protestors to fill the lawn and push forward.
   f. Later Dunfee began promising that reinforcements would be coming to the east side. Dunfee began distracting police on the east center lines as Ronald Loerke, James Haffner, #LemonyKicket, #LemonZest and #GooseInGrey led a strafe around the northeast corner of the Capitol. When Dunfee and his co-conspirators saw them arrive the Salt and Light Brigade intensified their attack on police lines and pushed through.
   g. After Dunfee accomplished his stated objective of getting people inside the Capitol, video shows him celebrating near the bottom of the east center steps, exclaiming "our house!"

h. In January 2020, Jeff Cline noted that Dunfee had a warrant out for his arrest in Florida for prior criminal activity, and was not able to carry a gun at the Virginia gun rally. Cline also said that Dunfee stated his intention to storm the gates at the Virginia State Capitol during the January 2020 Gun Rally if police wouldn't let protestors in.

i. On May 6, 2020, Daubenmire, Cline, and Dunfee protested outside the Ohio Governor's Mansion. Dunfee, using a bullhorn, repeatedly calling for the Ohio governor to come out and face the people.

j. In late July 2020, Dunfee, Cline, and others who were in Washington D.C. on January 6, protested outside the home of St. Louis District Attorney Kim Gardner.

k. Dunfee, Cline, Daubenmire and other members of the Salt and Light Brigade have for years protested outside an Ohio strip club. The protests have drawn national news coverage on outlets such as CNN and the New York Times. In response, strippers began protesting topless outside Dunfee's church. This conflict led to a federal court case.

2. **Jeff Cline – Ohio**



a. Previously identified as 44-#NewBible in Suspicious Actors One and can be seen working closely with Bill Dunfee and others who coordinated and traveled with Dave Daubenmire's Salt and Light Brigade.

b. Video shows Cline, Dunfee, and #GardenGloves approaching a large group of Proud Boys when the Proud Boys arrived on the East Side of the Capitol before noon. Cline can be seen having a conversation with Ethan Nordean and may have been attempting to recruit the Proud Boys to join the Salt and Light Brigade's conspiracy to storm the capitol.

c. On January 8, 2021, Cline noted on Coach Dave Live that he had missed the previous day's show because they hadn't gotten back to Ohio until 5 a.m. Cline added that the people on their side of the Capitol "were looking for a leader" and "they listened as Pastor Bill stood on the platform with that bullhorn, and he kept just pumping them and pumping them." Cline went on to say, "and buddy when it was time to knock the gates over, they were ready . . . and once we busted the barriers, we were standing up there – cause I kept telling the people – all those three sets of steps, we're going to fill those steps, and the platform at the top."

d. Cline also noted that Dunfee was near the door filming the crowd sing the national anthem. We know from video that on the last stanza of them singing the anthem, a coordinated group of proud boys began pepper spraying police and pulling them away from the Columbus doors. Those Proud Boys were among the much larger group of

Proud Boys that came to the east side of the Capitol around 11:30 a.m. – a group the Dunfee, Cline, and #GardenGloves had intentionally sought out and communicated with.

e. Cline also used a bullhorn to control and manipulate the crowd. Cline called for #BullHornEagle to "come on down here and storm the gates" just moments before they broke through the east center line.

f. Cline has said he has a past criminal record that prevents him from carrying a gun.

g. In the June 15, 2021 episode of Coach Dave Live with guest David Sumrall, Jeff Cline mentioned that the FBI has spoken to Dunfee and told him they had watched many hours of video of his involvement and concluded that he had done nothing wrong. Video shows Dunfee inciting the crowd to riot and fill the capitol, and Dunfee pushing police officers at the barriers and near the Columbus Doors.

h. In the November 24, 2021 episode of Coach Dave Live with guest Chris Burgard the director of the January 6 film Capitol Punishment, Cline again mentioned that the FBI had cleared Dunfee of wrongdoing and added that the FBI had also told Dunfee his men were fine as well. Daubenmire then suggested "the whole thing was patriotic, it was infiltrated on the other side."

### 3. John Brockhoeft – Ohio



a. On January 6, 2021 Brockhoeft noted in a live video taken on the east side of the Capitol that members of their group intended to take down the barriers and storm the capitol.

b. Brockhoeft is a convicted abortion clinic bomber who spent years in federal prison.

c. The Orlando Sentinel quoted Brockhoeft in 2003 as saying "I've never been remorseful," and "I never promised I wouldn't do it again." Brockhoeft notes in his book that the FBI was searching vehicles as he drove up to the vigil for anti-abortion killer Paul Hill, and that the FBI knew who he was, but waved his vehicle through without a search.

d. Brockhoeft often participates in Salt and Light Brigade events around the country. He protested at Joe Biden's house on October 30, 2020, the weekend before the election. The next day he joined the Salt and Light Brigade at President Obama's home and Attorney General Bill Barr's home, however, Brockhoeft was driven away before General Barr came out to greet the group.

e. Daubenmire has used Brockhoeft's bombing of abortion clinics as an example of reasonable, righteous force, and has called for other Christians to consider whether they are honoring God with their lack of action.

    f.   Video from January 5, 2021, shows Brockhoeft with Daubenmire and the Salt and Light Brigade in their Maryland hotel.

    g.   Brockhoeft has admitted to past rioting including "grappling with police." According to Brockhoeft's book, one of those riots was on the steps of the U.S. Supreme Court in January 1986.

### 4.  Thomas Branstool – Ohio



    a.   Video shows Branstool working with Dunfee and others to push through barricades.

    b.   On January 6, Branstool wore what appears to be the same coat and hat he wore when Daubenmire, Cline, Brockhoeft, Lee, and other members of the Salt and Light Brigade had a confrontation with members of the American Indian Movement at Ohio's Serpent Mounds on December 20, 2020.

    c.   Branstool was one of the first to the east center steps. Video shows Branstool conferring with Dunfee on the front line of the east center steps before they pushed past police and up the stairs.

### 5.  Mike Blake – Ohio



    a.   On January 6, 2021, Mike Blake, wore a shirt emblazoned with 'coachdavelive.com'

    b.   Despite Daubenmire saying his entire group would wear the same shirt, Blake seems to be the only one on the east side of the capitol who openly wore a Salt and Light Brigade shirt.

    c.   On video Blake can be heard telling police "You're standing on the wrong side" right before he attempted to push through the barriers and those police officers.

d. Blake has attended numerous Salt and Light Brigade events, including their protests the weekend before the 2020 election outside the homes of then former Vice President Biden, former President Obama, and Attorney General Bill Barr.

e. Video shows Blake with Daubenmire and the Salt and Light Brigade at their hotel in Maryland on January 5, 2021.

f. On January 7, 2021, Daubenmire said on his morning show "I'm so proud of our team, I'm so proud, I was thinking of Mike Blake." Daubenmire and Blake then had an on-air exchange noting how Blake had driven through the night from D.C. to get back to Ohio and had been up for 27 hours straight.

g. On January 15, 2021, Mike Blake posted an image to Facebook showing troops guarding the U.S. Capitol. The photo was captioned "If you need 10,000 armed soldiers to protect your inauguration from the people then you probably weren't elected by the people."



6. **Dave Daubenmire – Ohio**



a. On January 6, 2021, Daubenmire led a large group of his Salt and Light Brigade to the Ellipse on the metro's red line. Daubenmire hosted his daily 7 a.m. show 'Coach Dave Live' while traveling on the metro red line. When Daubenmire's train reached their stop, Daubenmire handed off hosting duties to Dale Sochia, a Salt and Light Brigade member from Louisiana who claims he is on the terrorism watch list and is prevented from flying. Before Daubenmire handed off hosting duties to Sochia, Daubenmire declared "we're at war, we're going to war, we're prepared for war, spiritual war, but if a physical war breaks out there's going to be 4 million of us - they better have a bunch." Daubenmire proceeded to speculate on the size of the police force in D.C. Daubenmire then questioned whether police "have enough to push back" and asked, "What if 500,000

people said they've had enough of it?" Then Daubenmire asked, "What if 200,000 people said they've had enough and decided to storm the capitol?"

b.  Daubenmire has noted that part of their group went directly to the Capitol on January 6, rather than going to the Ellipse. Video from the east side of the Capitol shows Daubenmire associates inciting the crowd from at least 9 a.m., calling for protestors to push past police lines and fill the Capitol. Video also shows Daubenmire associates battling police at the barriers, which resulted in the east police lines being broken.

c.  On the January 7, 2021 episode of Coach Dave Live, Daubenmire noted that Dunfee and Cline had played important logistical roles in their trip to D.C.

d.  Daubenmire Dropped his ministry's 501-c3 status just prior to January 6 to avoid reporting financial information for 2020.

e.  Daubenmire often calls for Christians and patriots to rise up and join in mass arrests.

f.  On the November 16, 2020 episode of Coach Dave Live, Daubenmire recalled their protest trip to Washington the previous weekend and said, "what we needed on Saturday . . . in Washington D.C., was for someone to grab a flag and say 'follow me boys.'" Daubenmire added, "that's what was needed, and they would've, and they're ready to, and they're going to," and "now is the time to fight, right now Is the time to fight." Daubenmire then expressed the need for guerilla warfare and civil disobedience, saying "it's time to fill up the jails."

g.  In January 2020, Daubenmire lamented that there was a lack of leadership at the Virginia gun rally and called for more Christians to follow the example of Bill Dunfee. Daubenmire also said that the armed men at the rally should have returned the following day and marched into Governor Northam's office with their rifles.

h.  During a solo visit to the Clinton house in New York, Daubenmire called for Stewart Rhodes and the Oathkeepers to join him in New York to demand the arrest of Secretary Clinton. On subsequent trips to the Clinton Home in New York, Daubenmire brought his Salt and Light Brigade. During the 2019 Memorial Day Parade near the Clinton Home, the Clinton's and then Governor of New York Andrew Cuomo walked right past Daubenmire and his group as they called for Secretary Clinton to be arrested.

i.  After that trip to the Clinton Home in New York, Daubenmire shared a message on his show from an un-named contact of his in D.C. who had spoken to someone with knowledge of the Clinton's Secret Service detail. Daubenmire's contact relayed, "The word is this: HRC was thrown off balance yesterday but became downright pissed off at her security detail today, asking 'how they could rain on her parade." The contact also noted that the Secret Service agent who had allowed Randy Lunsford to lay his hands on the Clinton's gate "appears to be about to be reassigned" adding of Secretary Clinton "She's on a tear."

j.  Daubenmire hosts events around the country, including tactical trainings, and often pays for large blocks of rooms and rental cars for other Salt and Light Brigade members. On some occasions dozens of his brigade members have traveled across the country in the middle of the week on short notice for political activism.

k.  In 2010, Daubenmire ran for Congress. Daubenmire also encourages other members of his brigade to run for elected offices to expand their influence. However, on his November 27, 2020 episode of Coach Dave Live, Daubenmire said he could never go to

Congress because he would rather settle disputes with fists and flip over tables rather than work across the aisle.

l.  Daubenmire and his associates have also sought out influential positions in conservative organizations such as an organization that give awards for conservative media. Daubenmire often urges his associates to "infiltrate, infiltrate, infiltrate" so they can expand their influence.

m.  Daubenmire appeared as an extra in the 2019 film 'The Reliant,' which was written and produced by Dunfee congregant Dr. Patrick Johnston. The film depicts a breakdown in society and rampant rioting, and pushes the need for Christians to embrace gun use and rise up. Some have compared the film to propaganda, but the messaging is very much in line with narratives Daubenmire pushes on his daily show.

n.  On the December 29, 2020, episode of Coach Dave Live, Daubenmire told Jeff Cline he was "bringing a Coach Dave Live shirt for everybody" who would be with them on January 6. However, most of those who spent the day on the east side of the Capitol and coordinated the breech of police lines dressed incognito. Cline did wear a cross hat, but only Mike Blake was seen wearing a Coach Dave shirt.

o.  Daubenmire has frequently compared the Capitol to a "high place" that he believes needs to be torn down. Regular callers on his daily show, such a Joseph 'Silver' Farrell (who records and transcribes all of the conversations that take place before and after Daubenmire's show) suggested that protestors should trap all members of Congress in the chamber on January 6, "bar the doors," and force them to lick an aborted baby.

p.  On December 16, 2020, Daubenmire played a video of Sam Andrews on his show that called for 500,000 armed men to descend on Washington D.C. on January 4. Daubenmire affirmed that he would be going, and other Salt and Light Brigade members committed to going as well. One brigade member, Geoff Knell, who formerly worked for the Defense Intelligence Agency, commented that Andrews' video had motivated him to stand up against tyranny. Daubenmire said, it was a "time to strap a rifle over your shoulder," and that the moment was an opportunity "to totally redo Washington D.C."

q.  On December 20, 2020 Daubenmire shifted their plans from January 4 to January 6 after President Trump announced a rally in D.C. This demonstrates Daubenmire's plans to disrupt Washington predated any announcement by President Trump for his supporters to come to D.C. Video shows us the Daubenmire's associates on the east side of the Capitol did indeed sabotage thousands of peaceful protestors who were visiting the nation's capital.

r.  On May 1, 2020, Daubenmire praised the Wolverine Watchmen militia (a group largely consisting of FBI agents, FBI informants, and entrapped citizens) for pushing into the Michigan statehouse. Later that day, Daubenmire protested at the Ohio State Capitol and remarked, "when governments become lawless, patriots become law breakers." Daubenmire also asked an associate whether they were going to go into the Capitol, but the associate responded that the open door they had found had just been locked.

s.  On January 7, 2021, Daubenmire said, "the first death of the second American revolution I believe happened yesterday."

t.  Following the events of January 6, Daubenmire has attempted to shift blame to others to prevent scrutiny of his own group.

i.  For instance, on the January 7, 2021 episode of Coach Dave Live, Daubenmire began blaming Antifa. Daubenmire also claimed, "they set us up on a psy-op," however it was actually his men who were conducting a psy-op, attempting to manipulate the crowd to break through police lines and fill the capitol.

ii.  Daubenmire also repeatedly emphasized that they were in an information war, and that his followers needed to convince others that it was antifa and BLM that infiltrated the crowd.

iii.  This misinformation was clearly an attempt by Daubenmire to cover up the conspiracy that his own group carried out.

iv.  Daubenmire has also attempted to convince his audience that "they let us break through." "The most powerful deliberative body in the world was in session inside that building," said Daubenmire, "and not a cop on the outside blocking anybody from getting near the building."

v.  The reality is that Daubenmire had been calling for people to rise up against the government for weeks leading up to January 6, and Daubenmire associates like Bill Dunfee and Mike Blake are on video battling police to force their way through the barricades.

vi.  By January 8, 2021, Daubenmire began claiming that many of the scenes from the Capitol were "stage videos." Daubenmire also began putting more blame on Capitol Police. Daubenmire asked brigade member Joseph Allen (who had work for a federal three letter agency at FLETC) whether the shooting of Ashli Babbitt was justified. Allen responded that it was not and called it an assassination.

vii.  Since January 6, Daubenmire has also attempted to blame Ray Epps for what happened at the Capitol. This criticism of Epps may be fair, but video clearly shows that Dunfee and other Daubenmire associates were at the Capitol long before Epps, provoking the crowd to join in their conspiracy.

u.  To build up his antifa/BLM narrative, on January 7, 2021, Daubenmire shared an article from Natural News written by Daubenmire associate Mike Adams ('The Health Ranger') that attempted to falsely portray Jacob Chansley as being affiliated with BLM and antifa. In the same Natural News article Daubenmire also called attention to a video of police letting protestors through the northeast lines. Daubenmire accused them of not being Trump supporters because they were "dressed in black," however Daubenmire completely avoided talking about how Dunfee dressed in black, how Cline dressed in black, how Brockhoeft dressed in black, and how Salt and Light Brigade members had pushed through the east center lines at the very same time the video of the northeast lines had been taken. Daubenmire also failed to mention that Dunfee had been telling the crowd that reinforcements would be coming around the building, and that Dunfee began his final push through police lines when he saw them at the northeast lines.

i.  Adams also runs Brighteon.TV, which hosts a weekly show by Daubenmire. Salt and Light Brigade members Brett Bohl, Mike Spaulding and John Diamond also host their own shows on Brighteon, as does close Daubenmire and Mike Heath associate Scott Lively.

  ii. Daubenmire and Bohl have also appeared on Ann Vandersteel's Brighteon show promoting their 'Christian Revolution' fundraising organization. Vandersteel witnessed Dunfee and other Salt and Light Brigade members inciting the crowd on the east side of the Capitol on January 6.

  iii. Through their fundraising organization 'The Christian Revolution' Daubenmire and Bohl have also given grants to Tom Renz who hosts a Brighteon show

v. Daubenmire claims he brought 129 people to Washington. They reserved a block of rooms at a hotel in Maryland and took the red line into D.C. on January 6. Only a small number of those have been included on this initial list. Daubenmire also brought his Salt and Light Brigade to Washington for the November 14 and December 12 rallies.

w. On October 30, 2020, Daubenmire's Salt and Light Brigade was in Delaware protesting outside then former Vice President Joe Biden's home. The next day, October 31, 2020 they traveled to D.C. to protest near former President Obama's home and at Attorney General Bill Barr's home. General Barr walked out of his home and greeted each member of Daubenmire's Salt and Light Brigade. As Daubenmire posed with Attorney General Barr for a photograph, Daubenmire exclaimed "when the Secret Service comes again and the FBI comes again, I want them to know who they're looking for."



**7. Jonathan Keener – North Carolina**



a. Keener identifies as a member of Daubenmire's Salt and Light Brigade and says he was on the east side of the Capitol near the center lines when they were broken. Keener attributes the line break to antifa infiltrators even though video clearly shows that Dunfee and Salt and Light Brigade members were the ones responsible.

**8. John Barnett – Ohio**



a. Video shows Barnett on the east side of the Capitol before and after lines were broken.

b. Barnett frequently travels with Daubenmire, such as when they protested outside then former Vice President Joe Biden's home right before the election. When they protested outside Attorney General Bill Barr's home, video shows Barnett shaking General Barr's hand and telling him the Salt and Light Brigade wants equal justice. Despite, this direct call for justice by Barnett, it seems the Department of Justice has entirely ignored the Salt and Light Brigade's stunning conspiracy to storm the Capitol on January 6.

9. **#GardenGloves**



   a. #GardenGloves coordinated with Dunfee and Cline on the east side of the Capitol.
   b. #GardenGloves shadowed the Proud Boys when they came to the east side of the Capitol before noon. #GardenGloves also appears to have been shadowing the Oathkeepers.
   c. Photos also show #GardenGloves with Daubenmire's group in their hotel.
   d. Video shows #GardenGloves inside the Capitol. He has not been arrested.

10. **Sam Andrews – Missouri**



   a. Like Ray Epps, Andrews is a former state chapter president of the Oath Keepers. He was removed from the Oath Keepers due to his activism on the streets of Ferguson, Missouri during the riots. In Ferguson, Andrews also worked as security for Joe Biggs who was representing InfoWars.
   b. In mid-December 2020, Andrews was a guest on the Hagmann Report and called for 500,000 armed men to descend on Washington, D.C. on January 4th. He advised people to get with their local militia, travel in large groups, and coordinate plans.
   c. On January 6, Andrews worked as a correspondent for the Hagmann Report giving live reports from D.C., including from the Capitol Grounds.
   d. A Senate review of Capitol security found that USCP had intelligence on Andrews call for 500,000 armed men by late December.
   e. Andrews has claimed he walked up to the barriers near the Peace Monument at about 12:45 p.m. on January 6, about ten minutes before protestors broke through the line in

that exact location. Andrews and his group then walked around the north side of the Capitol, and Andrews claims that police were constantly watching him and that he heard descriptions of himself on their radio traffic. If true, Andrews presence may have drawn away the attention of police at the very moment the initial breech took place.

f.  Video shows Andrews, Szyszkiewics, and other members of their group walking up to the east side of the Capitol approximately half an hour before Dunfee and the Salt and Light Brigade forced their way through the east center police lines. Andrews and his group then returned to the west side of the Capitol.

g.  On January 6, Andrews lamented that Trump's rally at the Ellipse hadn't been held on January 5, so that protestors could surround the Capitol first thing in the morning on January 6.

## 11. John Moore – Missouri



a.  Moore is a former Green Beret who claims experience in "special operations, covert operations, psychological operations, undercover operations, [and] surveillance operations."

b.  Moore hosts a weekly radio show in Missouri, and frequently has Andrews on as a guest. He also was a guest on the Hagmann Report when Andrews called for 500,000 armed men in D.C.

c.  The archive of Moore's radio show is missing the episode from January 11, 2021 when Andrews is said to have recalled his role at the U.S. Capitol on January 6. No other episodes seem to be missing.

## 12. Doug Hagmann – Pennsylvania



a. Hagmann is a private investigator and runs an intelligence network. He also hosts the show the Hagmann Report, where Sam Andrews called for 500,000 armed men to travel to Washington D.C. on January 4.

b. Hagmann is also a close associate of Dave Daubenmire, and frequently has Daubenmire on his show. Hagmann joined Daubenmire at the Clinton Home in New York in 2019, calling for the arrest of Secretary Clinton.

c. On his January 6, 2021 show, Hagmann reported that approximately 120 to 140 people connected to his show were on the ground in D.C., and that many were on capitol grounds and inside the Capitol building. Hagmann and other commentators repeatedly praised the crowd actions at the capitol and called for traitors to be hung.

### 13. Matt Szyszkiewics – Missouri/New Hampshire



a. Szyszkiewics was with Sam Andrews at the Capitol on January 6, where he gave live reports to the Hagmann show. Szyszkiewics was on the east Capitol walkway approximately half an hour before the Salt and Light Brigade pushed through police lines, and Szyszkiewics may have coordinated with Dunfee, Cline, Brockhoeft, or other members of the Salt and Light Brigade as he passed by.

b. Szyszkiewics is also a member of Dave Daubenmire's Salt and Light Brigade, and he has joined Daubenmire at the Clinton home on multiple occasions.

c. In 2019, Szyszkiewics delivered the Salt and Light Brigade's signed and notarized affidavits calling for the arrest of Secretary Clinton to the FBI in New York. The next day, he reported back to Daubenmire on Coach Dave Live.

### 14. George Amos Tenney III

 

a. Previously identified as 30-George Tenney in Suspicious Actors One.

b. Charging documents reflect that Tenney was aware of efforts to recruit 500,000 armed men to come to Washington D.C. We are seeking more information on whether Tenney learned of this effort from Sam Andrews, Andrews' associates, or members of the Salt and Light Brigade, or whether Tenney was among the 140 people Doug Hagmann claimed he had on the ground and inside the Capitol.

c. We know Tenney was on the inside of the Columbus Doors. We now know Bill Dunfee was directly on the other side of those same doors right before they were pushed open by Tenney.

d. In spite of Tenney's crucial leadership role in opening the inner Columbus Doors and blocking and grappling with police, Tenney was charged and released on his own recognizance.

## 15. Darrell Youngers

 

a. Charging documents show the Youngers was working with Tenney. We seek information of whether Youngers had any connection or material support from Daubenmire, Hagman, Dunfee or any other organized group or individual connected to their conspiracy.

b. Photographs also show Youngers standing with John Banuelos (a man who flashed a gun on Capitol grounds but has not yet been arrested) on a pillar near the Ellipse. Since Younger's accomplice Tenney was seeking to join the 500,000 armed man effort, and since Youngers was also with the armed Banuelos, we seek information on whether Youngers was connected the Sam Andrews plot.

c. In spite of working in coordination with Tenney's and block and grapple with police, Youngers was charged and released on his own recognizance.

16. **#GreenSidesPack**



    a.  #GreenSidesPack entered the Capitol at the same time as Tenney and Youngers and it appears he worked in close coordination with them and other operatives to push open the Columbus Doors. #GreenSidesPack has not yet been arrested.

17. **#SandStoneHoodie**



    a.  #SandstoneHoodie entered the Capitol around the same time as Tenney and Youngers, and it appears he provided intentional support to both the first and second openings of the inner Columbus Doors and helped seal off a police officer. He may have been coordinating with other individuals or groups and may have supervised provocateurs in the Rotunda, but he has not yet been arrested.

18. **Chad Estes – Texas**



    a.  Estes is a former State Trooper in Texas who was charged with perjuring himself.

    b.  Estes began working with Daubenmire's Salt and Light Brigade prior to his retirement as a trooper. He is Daubenmire's designated national leader of the Salt and Light Brigade, and also leads the brigade's Texas state chapter.

    c.  Estes frequently leads firearms training for Salt and Light Brigade tactical training events.

    d.  The website for Daubenmire's 'The Christian Revolution' fundraising organization shows they have sent grant money to Estes.

**19. Bobby Lee – Pennsylvania**



    a.  Lee is head of the Pennsylvania and Kentucky Salt and Light Brigade chapters. Lee also teaches hand to hand combat at Salt and Light Brigade tactical trainings. He attends numerous brigade events, and often serves as the videographer documenting their activities. In October 2020, Lee filmed Jeff Clines tent meeting in Ohio where Daubenmire and Dunfee were featured speakers.

    b.  On January 6, Lee went with Daubenmire's main group to the Ellipse, before walking down to the Capitol. Lee filmed the north door breach as he and other Salt and Light Brigade members looked on and yelled "our house."

    c.  The website for Daubenmire's 'The Christian Revolution' fundraising organization shows they have sent grant money to Lee.

**20. Clay Parker – Kingsport, Tennessee**



    a.  Parker is the leader of the Tennessee Salt and Light Brigade chapter.

    b.  On January 6, Parker was with Daubenmire's main group that went to the Ellipse, then he walked to the Capitol following President Trump's speech. Video shows parker with Daubenmire on the terrace watching a battle at the north doors.

    c.  On January 6, Parker carried an 'Appeal to Heaven' flag. Dr. John Diamond, another Daubenmire associate who wrote a book titled "An Appeal to Heaven," had attempted to send identical flags for the entire group to carry, but they reportedly did not arrive on time. The flag signifies a common theme in the Daubenmire network: that when government becomes tyrannical, an appeal must be made to God who is above all governments.

d. Parker noted seeing several people leaving for the Capitol during the President's speech and expressed his desire to go with them. Had he done so, he likely would have been on the west side of the Capitol during the initial line breach. However, because members of the Salt and Light Brigade who went to the Ellipse were tightly packed in an area around one of the video screens, Parker found it impractical to escape the crowd until after President Trump's speech ended.

e. During the November 18, 2020 episode of Coach Dave Live, Parker said "if they try to swear Joe Biden in on January 20th, that we're coming – all those people that were in Washington this weekend, we'll have ten times that amount to make a citizen's arrest, or whatever we have to do on January 20th.

f. During the December 23, 2021 episode of Mike Heath Live, Parker read from a Facebook post he says he made the day after January 6. Parker read, "It was a staged and planned setup folks, I was there . . . communicate with the people who were there in person, they can tell you about the true Christian patriots . . . they can tell you what happened inside and outside the Capitol while paid hoodlums dressed as Trump supporters went around causing trouble and posing for videos and photos so that the mainstream news could try and turn Americans against Trump supporters." Parker did not mention who Dunfee and the other Salt and Light Brigade 'hoodlums' were paid by.

g. When asked on December 23, 2021 whether he had been interviewed by any government agencies regarding his presence at the Capitol on January 6, Parker replied, "no I have not been contacted by anybody."

21. Randy Lunsford – Oklahoma



a. Lunsford frequently travels with Daubenmire for Salt and Light Brigade events. In 2019, he placed his hands on the gate of the Clinton home.

b. On January 6, Lunsford went with Daubenmire to the Ellipse, then walked to the Capitol with Daubenmire following President Trump's speech.

c. On January 7, 2021, Lunsford attempted to blame antifa and BLM for what happened at the Capitol, calling it a setup.

d. Following January 6, Lunsford traveled back with Rick Simpson, another Salt and Light Brigade member from Springfield, MO.

e. Lunsford is a Salt and Light Brigade leader for their Oklahoma chapter.

## 22. Kevin VanStory – Missouri



a.  On January 6, VanStory went with Daubenmire to the Ellipse.

b.  On January 7, VanStory said he would have gone up to the Capitol and "probably would have been one of the guys who walked in the building" but VanStory instead stayed with another group member who was having a medical emergency.

c.  On January 7, 2021, VanStory expressed dissatisfaction with his senator from Missouri, saying "I'm gonna lock him up as soon as I get an opportunity" and "I'm gonna go on a warpath that you've never seen an Indian go on."

d.  VanStory is the Salt and Light Brigade chapter leader for Missouri, and is listed as the co-leader for Oklahoma with Randy Lunsford. VanStory has also hosted a radio show in southwest Missouri, and has run for Congress, losing in the Republican primary.

e.  VanStory organized a Salt and Light Brigade tactical training that had to be canceled due to lack of interests. After the cancelation received considerable attention in the news, Daubenmire insisted it was canceled due to lack of promotion, not lack of interest, and added that the negative media had greatly increased interest in a future tactical training in Missouri.

## 23. Mark Trump – Virginia



a.  Trump claims to be a former federal intelligence contractor who worked in mass surveillance and data collection.

b.  Trump frequently travels to brigade events with Daubenmire and his other associates, including trips to the Clinton home in New York.

    c. On January 6, Trump went to the Ellipse with Daubenmire's main group, but has said he didn't walk up to the Capitol.

    d. On the January 7, 2021 episode of Coach Dave Live, Mark Trump said he believed the events of January 6 had been orchestrated, and questioned whether President Trump's call for protestors to go to the capitol had been part of it.

        i. Immediately after Mark Trump suggested President Trump had orchestrated the setup, a voice could be heard emphatically whispering on Coach Dave Live "no he's not, no, no, no, no!" That same whispering voice could be heard in several other parts of the same episode. It seems the voice was attempting to correct people who were going off script. The voice would also suggest narratives for Daubenmire to introduce.

        ii. Daubenmire wears an earpiece to get messages directly from his producer. It's possible that on the January 7, 2021 episode the producer mistakenly set their microphone to go to the broadcast channel rather than the private channel going to Daubenmire's earpiece.

**24. Ray LeBlanc – Wisconsin**



    a. On January 6, LeBlanc went with Daubenmire's group to the Ellipse, then walked to the Capitol following President Trump's speech.

    b. LeBlanc is also known by the hashtag #Insider2845, which notes that he entered the capitol building, and video confirms that. It appears he was filming the crowd inside the Capitol. Leblanc has not been arrested.

    c. LeBlanc is the leader of the Wisconsin chapter of the Salt and Light Brigade.

    d. LeBlanc credits both Doug Hagmann and Dave Daubenmire as inspirations for his involvement. LeBlanc frequently protests at abortion clinics and school board meetings. LeBlanc has mentioned Jeff Cline as an exemplar of school board activism.

    e. LeBlanc seems to have an organizing/leadership role within Daubenmire's network. In the July 14, 2021 episode of Wisconsin Christian News, LeBlanc discussed with Mike Heath and Dave Daubenmire an upcoming tactical training he was organizing for the Salt and Light Brigade in Wisconsin. The episode also showed footage from a similar tactical training hosted by Bobby Lee in Pennsylvania featuring active shooter, hand to hand combat, and room clearing scenarios. LeBlanc noted that he had previously attended other tactical trainings with the brigade, including one at Daubenmire's property in Ohio. Daubenmire emphasized to the WCN audience that the Salt and Light Brigade is willing to put on a tactical training "wherever you are."

**25. Mike Heath – Maine**



a. Is a close associate of Daubenmire.

b. Daubenmire credits Heath and his wife for taking care of many of the logistics and for their operation in D.C. on January 6. This included booking a block of hotel rooms in Maryland and coordinating travel plans for Salt and Light Brigade members from across the country.

c. In a prerecorded episode of Wisconsin Christian News that aired on January 6, Heath noted he would be rendezvousing with David Sumrall on January 6 in Washington D.C.

d. Shortly after January 6 Heath announced his campaign for governor of Maine. He failed to get through the Republican primary.

e. On the January 13, 2021, episode of Wisconsin Christian News featuring guest Scott Lively, Heath said "I call politics now in America a psychological operation." Heath also said, "I wouldn't even describe what was going on on Capitol Hill as a mob, because it's very complicated what happened up there, and if it was a mob, and I don't think it was, it was a manipulated mob." Heath added, "and I guess that's part of the definition of a mob; that it is a manipulated kind of thing."

f. In the December 23, 2021, episode of Mike Heath Live, Heath called January 6 (of which many members of his associates played key roles) a false flag and compared it to the Nazi's Reichstag fire, noting it "was part of a political agenda to seize power."

g. On the July 28, 2021, episode of Wisconsin Christian News, Heath declared "I watched the most disturbing 30 minutes of video I've ever seen this morning; it's a documentary that is produced by stophate.com, a friend of mine named David Sumrall." Heath claimed the documentary showed plants in the crowd and wondered whether they might be government agents. Sumrall's documentary also suggests that police let protestors in on the east side of the Capitol. Of course, video from the east side of the capitol shows that members of the Salt and Light Brigade like Bill Dunfee, Mike Blake, and Jeff Cline coordinated to incite the crowd and were battling with police to break through the lines.

**26. Jared Heath – North Carolina**



a. On January 6, Jared Heath went with Daubenmire to the Ellipse, and then walked to the Capitol after President Trump's speech. Video shows Heath helping people over walls to get onto Capitol grounds.

b. Jared Heath is a former Marine embassy guard, and notes that he received special espionage training while working at the U.S. embassy in Cuba.

c. After January 6, Heath proudly declared that he still has a top-secret security clearance, and that going to the U.S. Capitol on January 6 was the most patriotic thing he's ever done.

d. On the February 3, 2021, episode of Wisconsin Christian News, Jared Heath was the guest with his father Mike Heath hosting. Mike categorized Jared's presence at the Capitol on January 6 as "part of an effort to take over the government of the United States." Jared responded, "well damn right we were trying to take over the government, what other alternatives do we have?" Jared later added, "damn right it's an insurrection by the regular people against the oligarchs; yeah, it's an insurrection, yeah sure."

**27. Tom Dunn – Ohio**



a. Dunn is a frequent associate of Daubenmire and has traveled with their group to protest at the Clinton Home in New York. Dunn has also filmed Daubenmire a several protests at the Ohio State Capitol and has lectured at Salt and Light Brigade tactical trainings.

b. On January 6, Dunn was seen on the upper west terrace of the Capitol. In live video, Dunn noted that Daubenmire and the Salt and Light Brigade were also in D.C.

c. The website for Daubenmire's 'The Christian Revolution' fundraising organization shows they have sent grant money to Dunn.

**28. Joseph Allen – South Carolina**



a. Allen is regular caller on Daubenmire's show. During the episode where former CIA station Chief Kevin Shipp was the guest, Allen noted he also worked for a federal "triple-digit" agency. In the November 25, 2020 episode of Coach Dave Live, Allen said he still has his "tenacles" in the feds.

b. Allen has stated that he has a brother who works in the White House who was observing the actions of Mike Flynn. A photo posted to Allen's Facebook account in 2016 shows a man in the White House who Allen says is his younger brother. The same man is in other photos with Allen.

c. When the Salt and Light Brigade protested at the Clinton home in New York, Allen criticized the Oath Keepers for not being there, and called for them to show up.

d. Allen was with Daubenmire when they protested outside the homes of then former Vice President Joe Biden and former President Obama the weekend before Election Day. He also shook hands with Attorney General Bill Barr when they protested at General Barr's home.

**29. 'Ohio' Brett Bohl – Florida**



a. Bohl frequently attends Daubenmire events and appears on Daubenmire's show. Bohl also partners with Daubenmire on their organization 'The Christian Revolution,' which raises funds and gives out grants. Many of the grants listed on the organization's website have gone to other members of the Salt and Light Brigade. The Christian Revolution is not a registered 501c3.

b. On January 6, Bohl went to the Ellipse with Daubenmire, then walked to the Capitol after President Trump's speech.

c. Bohl has stated that Juan O'Savin invited him to Chris Burgard's hotel room to view Capitol Punishment (a film about January 6) before it was released. Burgard said that Bohl was one of only a handful of people who had seen it early, and that Bohl gave him notes to "improve" the film.

   i. Even though Capitol Punishment Producer Nick Searcy was filming on the east side of the Capitol as Dunfee and his co-conspirators pushed through barriers, the film attempts to blame antifa and Capitol Police for January 6, while omitting the Salt and Light Brigade's conspiracy to storm the capitol.

   ii. In Capitol Punishment, Searcy does admit that he knows Eric Christie, and the film includes a photo of Searcy hugging Christie, but Searcy's film did not include footage of Christie inciting the crowd to storm the Capitol.

**30. Richard Howell – Massachusetts**



a. Howell is an associate of Daubenmire, who stayed with the Salt and Light Brigade and wore their trademark cross hat at the November 14, 2020 rally in D.C.

b. According to Howell, he left the Ellipse before President Trump's speech ended, and arrived at the Capitol before 1 p.m. On January 7, 2021, Howell called into Coach Dave Live and stated that he was "at the portico before the trouble started," and that he "saw everything unfold.

c. Howell has described witnessing the flash bangs and tear gas on the west side of the building. He also mentioned later going to the side of the Capitol facing the Supreme Court to meet the rest of his group, noting "all our people would be out at 4:00 or 4:30."

d. On January 7, Howell blamed the events of January 6 on BLM and antifa provocateurs.

**31. Roger Weaver – Ohio/Maryland**



  a. On January 6, Weaver was with Daubenmire's group that went to the Ellipse, but claims he opted not to go to the Capitol because he was on a tight travel schedule.

  b. On January 7, 2021, Weaver claimed that events at the capitol had been a setup.

  c. Weaver is a regular caller on Daubenmire's show, and Daubenmire has referred to Weaver as his attorney. Daubenmire's son also works for Weaver as a law clerk.

  d. Weaver frequently encourages listeners on Daubenmire's show to participate in mass arrests and has advised them on strategy for jamming the court system.

**32. #Insider52**



  a. Photos show #Insider52 with Daubenmire's group that walked from the Ellipse to the Capitol, and with them on Capitol grounds. At times, #Insider52 carried the Salt and Light Brigade's cross that was used to keep the group together and serve as a rally point.

  b. #Insider52 was one of the more than 2800 people who went into the Capitol, but has not been arrested.

### 33. #GreySteerHat and #ScarfaceInBlack



    a. Photos show #GreySteerHat and #ScarFaceInBlack with Daubenmire's group at their Maryland hotel.

    b. Video shows them at the east center line battling with police at the barriers, and coordinating with members of the Salt and Light Brigade

    c. #GreySteerHat and ScarfaceInBlack stayed close together on the east center steps, and appear at times to have signaled to other below and to have urged the crowd forward on the steps.

### 34. Ann Vandersteel



    a. Also known as #Insider509 and #AnnVandersteel.

    b. On the east side of the Capitol, Vandersteel can be seen milling among Salt and Light Brigade members and watching Dunfee incite the crowd.

    c. Vandersteel has had Daubenmire and Bohl on her Brighteon show to promote their 'Christian Revolution' fundraising organization.

    d. On the morning of January 6, video shows Vandersteel on the east side of the Capitol pushing the Italygate conspiracy theory, which traces back to former CIA state chief Bradley Johnson. The January 6 committee has suggested the Italygate narrative was used to incite protestors on January 6.

    e. Video from January 6 shows Vandersteel inside the capitol. She has not yet been arrested.

### 35. Keith Lee & Kenny Lee



a. Video shows the Lee brothers on the east side of the Capitol urging the crowd to break through the lines and suggesting that police cannot arrest everyone if everyone goes at once. Later in the day, the Lee brothers said is was mostly peaceful other than a few people trying to "goad" the crowd on.

b. Video shows Keith Lee inside the Capitol. He has not yet been arrested.

c. The Lee brothers led the 'MAGA Drag the Interstate' group that was promoting efforts to "Occupy the Capitol" on January 6. At least one Salt and Light Brigade member, Jack McCarthy of Maine, promoted the Lee's Occupy the Capitol effort on his Facebook page immediately prior to January 6. This is unusual since on the December 16, 2020 episode of Coach Dave Live, McCarthy remarked that "if I went even into a place that was off limits I would have lost my secret clearance."

### 36. Eric Christie



a. On January 6, Eric Christie was seen wearing a "Fags for Trump" shirt and a rainbow flag. He also can be seen with a carpenter's hammer hanging from his belt.

b. On the morning of January 6, video shows Christie greeting Megan Paradise near 15th and Constitution Avenue, and later they both played an active role on the east side of the capitol inciting and directing the crowd.

c. On January 3, Christie was seen with Megan Paradise, #SwedishScarf, and Gina Bisignano protesting masks at a grocery store in Beverly Hills, California. Christie, #SwedishScarf, and Paradise then went to a nearby mall, creating chaotic scenes that made it on NBC Nightly News on January 4, 2021

d. After Christie helped #BullhornEagle, Edward McAlanis, and the Salt and Light Brigade pull barriers and push through the east center lines, Christie then stood on top a federal vehicle in front of the east center steps, calling for people to storm the capitol.

e. Christie used his bullhorn multiple times to call up to Megan Paradise, who was on the landing at the top of the east center steps inciting the crowd to take police shields and breach the capitol.

**37. Megan Paradise**



a. On the morning of January 6, Megan Paradise was seen around the Ellipse and can be heard calling for protestors to storm the capitol when Trump is done speaking.

b. Paradise later went to the east side of the capitol where she called for protestors to storm the east lines, the steps, and then to take police shields and storm the Columbus Doors. Paradise also encouraged others to break the law by saying she herself didn't care if she got arrested. Ironically, her identity has been known since January 2021, yet paradise has still not been arrested.

c. In a podcast, Paradise's aunt claims that Paradise spoke with the FBI shortly after January 6 and gave them her phone. Her aunt also said the FBI told Megan to say that everything had been taken care of. This is strange since the DOJ has been harshly prosecuting many others who went into the Capitol and into Speaker Pelosi's office.

**38. #BullhornEagle**



a. Previously identified as 15-#BullHornEagle. Here he is using his cellphone on the planter in front of the East steps to broadcast the President's speech at the ellipse with his bullhorn. At 1:59 he co-led the assault on the racks with Bill Dunphee, timed to coordinate with SA's coming through the Senate bike racks and the Vice President motorcade's exit. He led SA's on the steps and in front of the Columbus Doors.

b. #BullhornEagle used his megaphone to urge the crowd to "take the gates" as they battled police at the east center lines. He later worked with McAlanis to pull away police barricades, then ran to the east center steps where he again incited the crowd. #BullhornEagle then staked out a position by the Columbus Doors and worked against

police. When Tenney opened the Columbus Doors from the inside, #BullhornEagle entered the Capitol. He has not yet been arrested.

c.  #BullhornEagle entered the Capitol during a gap in video clips that had been presented as Door Opening One and Door Opening Two by the Capitol Siege Unit.  Bullhorn Eagle was not discovered entering the Capitol and disappearing until March 2022 when Evidence.Com was brought on-line.

### 39. Edward McAlanis



a.  Previously identified as 17-Edward McAlanis.

b.  Charged with misdemeanors, release pre-trial and sentenced to probation.

c.  Video shows McAlanis coordinating with #BullHornEagle to pull police barricades, removing chain barricades on the east center steps, and recording the Oathkeepers inside the Capitol.

### 40. Clayton Norris



a.  Previously identified as 16-#Clayton. Norris is also identified as #Insider360, which denotes that he entered the Capitol. He has not been arrested.

b.  On January 6, Norris stationed himself on the east side of the Capitol. He used his bullhorn to harass police and call for protestors to storm the lines. Video also shows him coordinating with Dunfee and Cline, and photos show him leading the attack on Barriers with Dunfee. Video then shows him leading the attack with Dunfee on the front line of the crowd at the east center streps.

c.  In news articles Norris has said he has a criminal background, but in the summer of 2020 he suddenly began enthusiastically appearing at 'Back the Blue' rallies.

d.  Video of Norris at the December 12, 2020 rally in Washington D.C. shows him yelling "Fuck the FBI" into his bullhorn at the FBI's Hoover Building and Main Justice. He also threatened to go to Attorney General Bill Barr's house in Virginia.

**41.  Samuel Earl Di Gangi - Ohio**



 a. Di Gangi is also known as #Insider1891

 b. On January 6, Di Gangi filmed himself on the front lines of the east side, interacting with Bill Dunfee, Clayton Norris, and others. He later entered the Capitol but has not yet been arrested.

 c. Video shows that Di Gangi has previously appeared at political rallies with Norris in northeast Ohio.

**42.  #TauntingPussy**



 a. Video shows #TauntingPussy battling at the east center police lines, pulling police away from the Columbus Doors right before the second opening, and going inside the Capitol.

 b. Right before the east center lines broke, #TauntingPussing borrows a bullhorn from #ClaytonNorris to provoke members of the crowd who had not aided the previous attempts to push through police lines. On the bullhorn #TauntingPussy can be heard taunting the crowd, "you stood up there like a bunch of fucking antifa, a bunch of bitches, a bunch of fucking pussies."

 c. Video shows #TauntingPussy interacting with Norris, Di Gangi, and others who traveled from northeast Ohio.

**43. John Guandolo – Former FBI Liaison to U.S. Capitol Police**



a. Video from the Nick Searcy and Chris Burgard documentary Capitol Punishment shows Guandolo on the east side of the Capitol on January 6 near where Dunfee was inciting the crowd to storm the Capitol. We seek information on whether Guandolo was working with Dunfee, Andrews, Daubenmire, or any of their associates, and whether Guandolo communicated with the FBI or any other federal agency on January 6.

b. We seek information on why so many members of the Salt and Light Brigade have previously worked for intelligence agencies and hold government security clearances, and whether employment in federal intelligence agencies has radicalized Guandolo and members of the Salt and Light Brigade. We also seek information on whether Guandolo and members of the Salt and Light Brigade continue to be employed, supported, or work as informants or proxies for federal agencies.