# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER:** |
| | : | |
| **ELMER STEWART RHODES III,** | : | 22-cr-15-APM |
| **KELLY MEGGS,** | : | |
| **KENNETH HARRELSON,** | : | |
| **JESSICA WATKINS,** | : | |
| **ROBERTO MINUTA,** | : | |
| **JOSEPH HACKETT,** | : | |
| **DAVID MOERSCHEL,** | : | |
| **THOMAS CALDWELL, and** | : | |
| **EDWARD VALLEJO,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

A portion of the hearing that took place on August 2, 2022, was sealed. It is HEREBY ordered that the court reporter is authorized to create a transcript of the sealed portion of the hearing and provide that transcript to the parties. The sealed portion of the hearing shall remain sealed for all other purposes.

Date: August __, 2022

_____
HONORABLE AMIT P. MEHTA
United States District Judge

3