# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CAUSE NO.: 1:22-CR-15 |
| § | |
| ELMER STEWART RHODES, III § | |

## NOTICE OF DEFENSE EXPERTS

**COME NOW** PHILLIP LINDER and JAMES LEE BRIGHT, Counsel for Elmer Stewart Rhodes, and inform the United States Attorney's Office, more specifically Jeffrey Nestler and Kathryn Rakoczy, and the Court that they are joining in the Defense Notice of Experts sent by David Fischer on behalf of Caldwell on July 22, 2022.

In addition, consider this or own designation of Experts on behalf of Rhodes designating Brian K. Ingram as the defense team's forensic data expert regarding the searches and data extractions done by the FBI and other government agencies of all of the electronic devices seized by the government from the defendants in this case. *See attached CV*. We plan to have him in the courtroom to assist the defense team in evaluating any testimony and opinions elicited from the government's expert for the same purposes. The government designated their forensic data expert, Jennifer Kathryn Cain, in the letter to all defense counsel dated June 23, 2022.

It is the defense team's belief that the government's position stated on page two of their Expert Notice letter that "electronic evidence seized from digital devices….will be admissible through lay/fact witness testimony" is correct.

Therefore, even though Brian K. Ingram will be prepared to testify as an expert as to how the digital download and analysis procedure works in regarding electronic devices as well as how texting apps and Signal chats, etc. work, he will be able to testify as a lay witness as to specific evidence found on the individual device downloads.

In addition to testifying as an expert on how the digital extraction process works regarding electronic devices, he is also qualified to testify as to how cell phone towers work regarding call capacity/call handoffs between towers and geo-location of phones.

The defense team further lists Ilya Shapiro from the Manhattan Institute as a Constitutional Law expert who will be prepared to testify either directly or in rebuttal about the Constitution and its application regarding the election process, more specifically the application of the 20th Amendment regarding the transfer of power. In addition, he will be prepared to testify about the Insurrection Act. More specifically when and how it can be enacted and by whom and how the Insurrection Act applies to a militia.

In the event Ilya Shapiro is unable to testify, the defense teams reserves it's right to call another qualified expert on the same above listed subjects and will notify the attorneys for the government as soon as practicle.

RESPECTFULLY SUBMITTED,

  /S/ PHILLIP A. LINDER
PHILLIP A. LINDER

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

  /S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a copy of the foregoing Designation of Experts was served on the United States Attorney's Office via email, specifically to Assistant United States Attorneys Jeffrey Nestler and Kathryn Rakoczy.

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

  /S/ PHILLIP A. LINDER
PHILLIP A. LINDER