IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 22-cr-15 (APM)** |
| : | |
| **ELMER STEWART RHODES III,** : | |
| **KELLY MEGGS,** : | |
| **KENNETH HARRELSON,** : | |
| **JESSICA WATKINS,** : | |
| **ROBERTO MINUTA,** : | |
| **JOSEPH HACKETT,** : | |
| **DAVID MOERSCHEL,** : | |
| **THOMAS CALDWELL, and** : | |
| **EDWARD VALLEJO,** : | |
| : | |
| **Defendants.** : | |

**PROPOSED ORDER**

By its Motion, the government requested that the Court issue a protective order to protect from disclosure information regarding ongoing investigations related to certain Federal Bureau of Investigations ("FBI") Confidential Human Sources ("CHSes") who are expected to testify at trial.

The Court has carefully considered the points and authorities cited in the government's motion, and the Court **GRANTS** the government's motion for a protective order.

Accordingly, **IT IS ORDERED** that:

1. The defense shall be prohibited from asking any questions seeking personal identifying information from CHS witnesses, specifically, their address or date of birth;

2. Apart from the instant investigation, the defense shall be prohibited from asking any questions about these witnesses' participation in past or pending investigations or undercover operations; and

3. The defense shall be precluded from eliciting testimony, either on cross-examination or on direct, that would detail the FBI's CHS program and the training and methods used by the

FBI as part of their undercover operations.

SIGNED at Washington, D.C., this \_\_\_\_\_ day of _____, 2022.

_____
Amit P. Mehta
UNITED STATES DISTRICT JUDGE

2