## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 22-cr-15 (APM)** |
| | ) | |
| **ELMER STEWART RHODES, III et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

The court's Amended Pretrial Order, ECF No. 286, is hereby modified as follows:

1. Trial will now commence on **December 5, 2022**, at 9:30 a.m., as to Defendants Minuta, Hackett, Moerschel, and Vallejo ("December Trial Group"). The court will not sit on December 26–30, 2022.

2. Motions in limine shall be filed as to the December Trial Group by **November 7, 2022**; oppositions shall be filed **November 16, 2022**; and replies shall be filed by **November 21, 2022**.

3. The government shall make any remaining Jencks/*Brady* disclosures by **November 18, 2022.**

4. Counsel for the December Trial Group shall appear for a status conference to finalize the jury questionnaire on **November 7, 2022**, at 5:15 p.m. Prospective jurors for the December trial will appear on **November 10, 2022**, to answer the final questionnaire. After prospective jurors answer the questionnaire, the parties shall file under seal their respective lists of jurors they believe should be stricken for cause by **November 17, 2022**. **<u>Jurors shall be identified only by juror</u>**

**number.**  Counsel shall then appear on **November 21, 2022**, at 2:00 p.m. to discuss those lists and for the court to make final rulings.

5.      The Joint Pretrial Statement as to the December Trial Group shall be due **November 18, 2022**.   Counsel shall also submit on the same date (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy Jean Claude Douyon at Jean-Claude_Douyon@dcd.uscourts.gov.

6.      The Pretrial Conference for the December Trial Group shall be held on **November 23, 2022**, at 9:30 a.m., in Courtroom 10.

Date:   October 28, 2022

Amit P. Mehta
United States District Court Judge