IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15 (APM) |
| v. | : |
| (1) ELMER STEWART RHODES III, | : |
| (2) KELLY MEGGS, | : |
| (3) KENNETH HARRELSON, | : |
| (4) JESSICA WATKINS, and | : |
| (5) THOMAS CALDWELL, | : |
| Defendants. | : |

# VERDICT FORM

**Count One: Seditious Conspiracy**

   A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count One?**

      No _____ Yes _____

      If your answer is "No," you must enter a verdict of Not Guilty as to Count One for each defendant listed in C below.

      If your answer is "Yes," answer parts B and C below.

   B. **Did the conspiracy charged in Count One include one or both of the following goals?**

      Goal One:   To oppose by force the authority of the Government of the United States?

      No _____ Yes _____

      Goal Two:   To use force to prevent, hinder, or delay the execution of any law of the United States?

      No _____ Yes _____

**C. Verdict as to each defendant:**

**(1) *Elmer Stewart Rhodes III***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(2) *Kelly Meggs***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(3) *Kenneth Harrelson***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(4) *Jessica Watkins***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(5) *Thomas Caldwell***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

---

**Count Two: Conspiracy to Obstruct an Official Proceeding**

**A. Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Two?**

No \_\_\_\_\_  Yes \_\_\_\_\_

If your answer is "No," you must enter a verdict of Not Guilty as to Count Two for each defendant listed in B below.

If your answer is "Yes," answer part B below.

**B. Verdict as to each defendant:**

**(1) *Elmer Stewart Rhodes III***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(2) *Kelly Meggs***

Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

**(3) Kenneth Harrelson**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(4) Jessica Watkins**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(5) Thomas Caldwell**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**Count Three: Obstruction of an Official Proceeding**

**(1) Elmer Stewart Rhodes III**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(2) Kelly Meggs**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(3) Kenneth Harrelson**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(4) Jessica Watkins**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(5) Thomas Caldwell**

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Four?**

   No \_\_\_\_\_ Yes \_\_\_\_\_

   If your answer is "No," you must enter a verdict of Not Guilty as to Count Four for each defendant listed in part C below.

If your answer is "Yes," answer parts B and C below.

**B. Did the conspiracy charged in Count One include one or both of the following goals?**

    **Goal One:** To prevent a Member of Congress from discharging a duty as a Member of Congress?

    No \_\_\_\_\_   Yes \_\_\_\_\_

    **Goal Two:** To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed?

    No \_\_\_\_\_   Yes \_\_\_\_\_

**C. Verdict as to each defendant:**

    **(1) *Elmer Stewart Rhodes III***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    **(2) *Kelly Meggs***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    **(3) *Kenneth Harrelson***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    **(4) *Jessica Watkins***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    **(5) *Thomas Caldwell***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

---

**Count Five: Destruction of Government Property**

    **(2) *Kelly Meggs***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    **(3) *Kenneth Harrelson***

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

**(4)** *Jessica Watkins*

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**Count Six: Obstructing Officers During a Civil Disorder**

**(4)** *Jessica Watkins*

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

If your decision on Count Four is Not Guilty, skip questions (a) through (d). If your decision on Count Six is Guilty, answer questions (a) through (d).

(a) The civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce.

No \_\_\_\_\_ Yes \_\_\_\_\_

(b) The civil disorder in any way or degree obstructed, delayed, or adversely affected the conduct or performance of a federally protected function, that is, Congress's Certification of the Electoral College Vote.

No \_\_\_\_\_ Yes \_\_\_\_\_

(c) The civil disorder in any way or degree obstructed, delayed, or adversely affected the conduct or performance of a federally protected function, that is, the United States Capitol Police's protection of the United States Capitol building and grounds.

No \_\_\_\_\_ Yes \_\_\_\_\_

(d) The civil disorder in any way or degree obstructed, delayed, or adversely affected the conduct or performance of a federally protected function, that is, the United States Secret Service's protection of protected persons.

No \_\_\_\_\_ Yes \_\_\_\_\_

**Count Seven: Tampering with Documents or Proceedings**

  **(1)** *Elmer Stewart Rhodes III*

 Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

---

**Count Eight: Tampering with Documents or Proceedings**

  **(2)** *Kelly Meggs*

 Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

---

**Count Nine: Tampering with Documents or Proceedings**

  **(3)** *Kenneth Harrelson*

 Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

---

**Count Ten: Tampering with Documents or Proceedings**

  **(5)** *Thomas Caldwell*

 Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

Date: November \_\_\_, 2022         _____

                   Signature of Foreperson