**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v. ) <br> ) <br> **ELMER STUART RHODES, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | **Criminal No. 1:22-cr-00015-APM** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Kelly Meggs's Motion, it is, this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

.

**SO ORDERED.**

 

The Honorable Amit Mehta
United States District Court Judge