## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Criminal No. 1:22-cr-00015-APM** |
|  | ) |
| **v.** | ) |
|  | ) |
| **KELLY MEGGS,** | ) |
|  | ) |
| **Defendants** | ) |
|  | ) |
|  | ) |

## <u>ORDER</u>

The Court grants the Defendants leave to file an Amended Memorandum of Points and

Authorities in further support of their Joint Motion for Judgment of Acquittal pursuant to Rule 29 of the

Criminal Rules of Procedure for the District of Columbia and substitute as the Memorandum in support

of the Motion filed at ECF 432.  It is hereby Ordered that Exhibit A is now substituted for ECF 432.

The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*