UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal No. 22-cr-15 (APM) |
| **ELMER STEWART RHODES, III,** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) | |

### AMENDED OMNIBUS ORDER FOR REMAINING POST-TRIAL FILINGS AND PROCEEDINGS

The amended schedule set forth below shall govern all remaining post-trial filings and proceedings across all nine Defendants:

1. Combined Rule 29 and Rule 33 Motion for Defendants Minuta, Hackett, Moerschel, and Vallejo ("Trial II Defendants") shall be due on or before **February 24, 2023**. The Government's response shall be due on or before **March 24, 2023**. Defendants' combined reply shall be due on or before **April 3, 2023**.

2. The Final Presentence Investigation Reports for Defendants Rhodes, Meggs, Watkins, Harrelson, and Caldwell ("Trial I Defendants") shall be due on or before **April 21, 2023**. The Final Presentence Investigation Reports for Trial II Defendants shall be due on or before **April 28, 2023**.[1]

3. A combined sentencing memorandum for the Government and a sentencing memorandum for each Defendant shall be due on or before **May 5, 2023**. The Government's memorandum shall include any amounts requested as restitution.

---

[1] The Probation Office has requested an additional week to complete Presentence Investigation Reports for Trial II Defendants.

      Any reply memorandum of no more than 25 pages for the Government and 10 pages for each Defendant shall be filed by **May 15, 2023**.

      **All counsel must endeavor to meet the Probation Office's deadlines associated with preparing the Presentence Investigation Reports.**

4. Trial I Defendants shall notify the court by **May 19, 2023**, whether they intend to present witness testimony at sentencing. Such notice shall include the name of the witness and expected length of testimony. Any non-testimonial evidence not otherwise submitted with a sentencing memorandum shall be disclosed by this date.

5. A hearing to resolve sentencing issues common to one or more Defendants will occur on **May 24, 2023**, at 9:30 a.m. in Courtroom 10.

6. Sentencing as to Defendant Thomas Edward Caldwell shall take place on **May 24, 2023**, at 1:30 p.m. in Courtroom 10.

7. Sentencing as to Defendant Elmer Stewart Rhodes, III shall take place on **May 25, 2023**, at 9:30 a.m. in Courtroom 10.

8. Sentencing as to Defendant Kelly Meggs shall take place on **May 25, 2023**, at 1:30 p.m. in Courtroom 10.

9. Sentencing as to Defendant Jessica Watkins shall take place on **May 26, 2023**, at 9:30 a.m. in Courtroom 10.

10. Sentencing as to Defendant Kenneth Harrelson shall take place on **May 26, 2023**, at 1:30 p.m. in Courtroom 10.

11. Trial II Defendants shall notify the court by **May 26, 2023**, whether they intend to present witness testimony at sentencing. Such notice shall include the name of the witness and expected length of testimony. Any non-testimonial evidence not

       otherwise attached to a sentencing memorandum shall be disclosed by this date.

12. Sentencing as to Defendant Roberto A. Minuta shall take place on **June 1, 2023**, at 9:30 a.m. in Courtroom 10.

13. Sentencing as to Defendant Edward Vallejo shall take place on **June 1, 2023**, at 1:30 p.m. in Courtroom 10.

14. Sentencing as to Defendant David Moerschel shall take place on **June 2, 2023**, at 9:30 a.m. in Courtroom 10.

15. Sentencing as to Defendant Joseph Hackett shall take place on **June 2, 2023**, at 1:30 p.m. in Courtroom 10.

Date: February 1, 2022

Amit P. Mehta
United States District Court Judge