IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | Case No. |
| | 22-cr-15 |
| v. | |
| | Assigned to the Honorable |
| | Judge Amit Mehta |
| **KENNETH HARRELSON** | |
| Defendant. | |

**MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMO TO MAY 8**

Defendant, Kenneth Harrelson, through the undersigned counsel, Bradford L. Geyer, moves the Court to set extend the deadline for filing the sentencing memo deadline to permit a trip to United States Penitentiary, Lewisburg, 2400 Robert F Miller Dr, Lewisburg, PA 17837 over this weekend where counsel can meet and confer with his client and review this filing and unrelated civil filings for which a similar request has been made to extend the deadline to May 8, 2023 (District of Columbia v. Proud Boys International, LLC 1:21-CV-03267-APM).

Therefore, Defendant Harrelson, by counsel, requests the Court's indulgence to allow the Sentencing memo deadline to be filed by Monday, May 8, 2023. Undersigned counsel has conferred with the government and it does not consent to this request.

Dated:  May 4, 2023          RESPECTFULLY SUBMITTED
                             KENNETH HARRELSON, *By Counsel*

                             /s/ Brad Geyer

1

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708