**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.: 1:22-CR-15 |
| | § | |
| ELMER STEWART RHODES, III | § | |

## NOTICE OF APPEAL

Notice is hereby given that ELMER STEWART RHODES, Defendant in the above styled and numbered cause, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment in a Criminal Case entered in this action on June 13, 2023.

RESPECTFULLY SUBMITTED,

\_\_\_/s/ PHILLIP A. LINDER_____
PHILLIP A. LINDER

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

\_\_\_/s/ JAMES LEE BRIGHT_____
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO: 24001786

## <u>CERTIFICATE OF SERVICE</u>

On this 20th day of June 2023, a true and correct copy of the foregoing Notice of Appeal was delivered to Attorneys Jeffrey Nestler and Kathryn Rakoczy, Assistant United States Attorneys, via ECF.

s// Phillip A. Linder
PHILLIP A. LINDER