CO-290
Notice of Appeal Criminal
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA  )
)
vs.  )     Criminal No.  22-cr-15 (APM)
)
ELMER STEWART RHODES, III  )

## NOTICE OF APPEAL

Name and address of appellant:  United States of America

Name and address of appellant's attorney:  Jeffrey Nestler, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.1501
Washington, DC 20253

Offense:  18 USC Sec. 2384; 18 USC Secs. 1512(c)(2) and 2; 18 USC Secs. 1512(c)(1) and 2

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on May 25, 2023 (judgment entered on the docket on June 13, 2023), sentencing defendant to a term of 216 months' imprisonment on each count, to run concurrently, followed by a term of 36 months' supervised release on each count, to run concurrently; assessment of $300.00

Name and institution where now confined, if not on bail:  DC Jail/CTF

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

July 12, 2023
DATE

United States of America
APPELLANT
Jeffrey Nestler
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [✔]
CJA, NO FEE  [ ]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]
Does counsel wish to appear on appeal?      YES [ ]    NO [✔]
Has counsel ordered transcripts?            YES [✔]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]    NO [✔]