UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal No. 22-cr-15 (APM) |
| ) | |
| ELMER STEWART RHODES, III, *et al.*, ) | |
| ) | |
| Defendants.   ) | |

# ORDER

The court is aware that the 90-day deadline in which to make an order of restitution under the Mandatory Victim Protection Act, 18 U.S.C. § 3663A, expires today, August 23, 2023, at least as to Defendants Rhodes and Meggs, who were sentenced on May 25, 2023.  *See* 18 U.S.C. § 3664(d)(5).  Because the parties have consented to an extension of the briefing schedule in this case until August 29, 2023, *see* ECF No. 687, the court will make a restitution determination as expeditiously as possible upon the completion of briefing.  *See Dolan v. United States*, 560 U.S. 605, 608 (2010).  The court intends to make an award of restitution if it is convinced, following the completion of briefing, that there is a legal basis to make such an award.  *Id.*

Date:  August 23, 2023

Amit P. Mehta
United States District Court Judge