IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )     CR No. 22-15
                                   )     Washington, D.C.
      vs.                          )     September 7, 2022
                                   )     3:30 p.m.
ELMER STEWART RHODES III (1),      )
                                   )
          Defendant.               )
_____    )

TRANSCRIPT OF HEARING ON EMERGENCY MOTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:              Kathryn L. Rakoczy
                                 Jeffrey S. Nestler
                                 Troy Edwards
                                 Alexandra Hughes
                                 Louis Manzo
                                 Justin Sher
                                 U.S. ATTORNEY'S OFFICE
                                 555 Fourth Street, NW
                                 Washington, D.C. 20530
                                 (202) 252-7277
                                 Email:
                                 kathryn.rakoczy@usdoj.gov
                                 Email:
                                 jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes, III:      Phillip A. Linder
                                BARRETT BRIGHT LASSITER LINDER
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 252-9900
                                Email:
                                phillip@thelinderfirm.com

                                James Lee Bright
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 720-7777
                                Email: jlbrightlaw@gmail.com

                                Edward L. Tarpley, Jr.
                                EDWARD L. TARPLEY, JR.,
                                ATTORNEY AT LAW
                                819 Johnston Street
                                Alexandria, LA 71301
                                (318) 487-1460
                                Email: edwardtarpley@att.net

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.
3              This Court is in session; the Honorable Amit P.
4    Mehta presiding.
5              THE COURT:  Please be seated, everyone.
6              COURTROOM DEPUTY:  Good afternoon, Your Honor.
7    This is Criminal Case No. 22-15-1, the United States of
8    America versus Elmer Stewart Rhodes III.
9              Kathryn Rakoczy, Jeffrey Nestler, Alexandra
10   Hughes, Troy Edwards, Louis Manzo and Justin Sher for the
11   government.
12             Edward Tarpley, James Lee Bright and Phillip
13   Linder for the defendant.
14             Mr. Rhodes is appearing via videoconference for
15   these proceedings.
16             THE COURT:  Okay, Counsel, good afternoon.
17             Mr. Rhodes, can you hear me okay, sir?
18             THE DEFENDANT:  Yes, Your Honor, I can.
19             Can you hear me?
20             THE COURT:  Okay.  If you have any trouble hearing
21   me, just let me know Mr. Rhodes.
22             Mr. Tarpley, welcome.
23             MR. TARPLEY:  Welcome, Judge.
24             THE COURT:  All right.  So the reason for today's
25   hearing is Mr. Rhodes, through Mr. Tarpley, has sought to
```

1    substitute Mr. Tarpley as his new counsel, and Mr. Tarpley

2    has requested a continuance of the trial date for Mr. Rhodes

3    and a request for 90 days so that he can get up to speed.

4          I've reviewed the motion that you filed,

5    Mr. Tarpley.  I want to make sure that you had an

6    opportunity to review what the government filed in response

7    not so long ago?

8          MR. TARPLEY:  Your Honor, I was on the plane when

9    it was filed, on the plane when it was filed.  I just picked

10   up a copy downstairs at the Clerk's Office about 15 minutes

11   ago, so I actually haven't had a chance to review every page

12   of it, but I've glanced at it.

13         THE COURT:  Okay.  All right.  Well, if you need a

14   moment to take a look at it at some point, just let me know

15   and we'll go from there.

16         Let me start with the following.  As I have said,

17   I've reviewed Mr. Rhodes' motion.  I want to, at the outset,

18   make this record completely clear that I think there are a

19   number of incorrect and, frankly, bewildering statements

20   that are made in the motion.  So I want there to be no

21   misunderstanding or misimpression of what the real facts

22   are.

23         The very first allegation is that somehow

24   Mr. Rhodes is being denied a fair trial.  That is simply

25   false.  Mr. Rhodes has received every dispensation from this

1    Court that has been requested by his counsel, including

2    trial dates by which they promised me they would have enough

3    time to be ready; they've asked for a continuance on one

4    occasion from this summer and it was granted.

5          There is undoubtedly a large volume of discovery

6    in this case; however, the government has bent over

7    backwards, as far as I'm concerned and as far as I'm aware,

8    to get Mr. Rhodes and his lawyers the discovery that he is

9    entitled to through counsel.

10         Mr. Rhodes hired out-of-town counsel knowing that

11   he would be tried in the District of Columbia.  That was his

12   choice.  Naturally, that is going to present greater

13   difficulties with client communication and client meetings

14   than if he had hired a lawyer here in the District of

15   Columbia or near the District of Columbia.

16         It should be clear and understood -- it is on the

17   record, but I want to make sure it is understood that

18   Mr. Rhodes is getting dispensation in this case to get

19   access to electronic discovery that no other defendant, no

20   other defendant, to my knowledge, is getting in any case,

21   not in a January 6th case, any case to my knowledge in this

22   district.

23         We have made arrangements through the U.S. Marshal

24   service to bring Mr. Rhodes to this courthouse twice a week

25   so he can be here for six hours at a time so he can review

the electronic discovery.  No other defendant is getting

that kind of accommodation.  No one.

I do not know -- and I'll give Mr. Bright and

Mr. Linder an opportunity to respond in a moment.  I do not

know the extent to which there have been communications or

lack of communications between Mr. Rhodes and his counsel.

But I can say this, we are now less than three weeks from

trial and this is the first I'm hearing of it, and it's not

from Mr. Rhodes' lack of opportunity or ability or

willingness to be heard on his own behalf.

Mr. Rhodes at no point since the time he's been

arrested has remained silent, I think, rarely at any of the

hearings in which he has appeared, and not once, not once

has he complained one iota about his lawyers.  Just in the

last four or five weeks alone, we've had no less than three

in-person hearings; a status hearing on August 2nd, a status

conference on August 23rd, and, most recently, a hearing on

the motions in limine on August 30th.  Never, not once at

one of those hearings have I heard a peep from Mr. Rhodes

about his lack of contact with his lawyers or his

disenchantment with his lawyers' performance.

Beyond that, I have had multiple, multiple

meetings and conversations with Mr. Bright and Mr. Linder on

a variety of issues that Mr. Rhodes is undoubtedly familiar

with.  Those would include how we are going to go about

1  picking this jury, it would include what the jury

2  questionnaire is going to be like, they would include what

3  the setup of the courtroom will be.

4          As far as I'm concerned and from where I sit, his

5  two counsel have not only been competent in representing

6  him, they have shown leadership and competence in helping

7  every other defendant who is scheduled to go to trial in

8  this case.  So the idea that either of those two gentlemen,

9  who I, by the way, have not known in any capacity other than

10  their entry as counsel in this case, are not providing

11  Mr. Rhodes with the effective assistance of counsel to which

12  he's entitled strikes me as complete and utter nonsense.

13          There are a host of other statements made in this

14  motion that suggest the need for delay, which I can easily

15  dispel very quickly.  There's a suggestion that Mr. Rhodes

16  is somehow entitled to an interlocutory appeal of motions

17  denying motions -- orders denying motions to dismiss.

18          The government made this point in its opposition,

19  I was going to make it anyway.  I'm not aware of any right

20  to an interlocutory appeal of an order denying motions to

21  dismiss of a criminal indictment.  I'm not aware of any

22  interlocutory appeal for a defendant of any orders on

23  motions in limine.  So if you want to file a motion -- an

24  interlocutory appeal on behalf of Mr. Rhodes, go for it.

25  I'm not quite sure what the Circuit is going to do; I don't

 1   think it will take them very long to return it to me.

 2          There's also a laundry list of motions here that

 3   are claimed needed to be filed and were not filed and I'll

 4   just go down the list.  There's a motion here that's claimed

 5   to needed to be filed for electronic discovery of those

 6   individuals who are co-defendants who have since pled.

 7          I don't know why there's any motion necessary

 8   because Mr. Rhodes has those materials.  Government's

 9   representation is that he's had them, and, in fact, has them

10   on the very hard drive that he's had with him at the

11   facility.  Now, if that's wrong, we can remediate, we can

12   remedy that.

13          But the United States has provided, as far as I'm

14   aware, all *Jencks* materials -- not all *Jencks* material yet

15   necessarily, but certainly *Giglio* material and other

16   material regarding these co-defendants who have pled and are

17   now cooperating.  So the idea that they haven't gotten this

18   stuff, Mr. Rhodes hasn't gotten it, at least through his

19   lawyers, I find utterly hard to believe.

20          The next reason that's identified is somebody by

21   the name of Ray Epps.  Name has not come up once.  I've been

22   presiding judge in this case and the earlier case since

23   January or February of 2021.  I have not heard the name

24   Ray Epps come up one single time.  And if Mr. Epps is of

25   such outsized importance to Mr. Rhodes' defense, one would

1   have thought a judge who's been presiding over this case, at

2   least his case, since last January, would have heard about

3   it.

4          There's a request of the motion to sever.  It's

5   not clear to me, it's certainly not specified in the motion,

6   what the grounds would be for Mr. Rhodes to seek a severance

7   motion.

8          I am bewildered on what grounds Mr. Rhodes thinks

9   he could move to sever.  He has every right to and he's

10  still free to file one, but let's see what the basis is

11  because it's not spelled out in the motion to continue.

12         He's asked or complained that there's not been a

13  motion to compel the January 6th Committee to turn over

14  documents.  If somebody can point me to the case that

15  authorizes a Federal District Court or empowers a Federal

16  District Court to compel Congress, the coordinate branch of

17  government, to turn over documents, I would like to see that

18  case, because it would give me far more authority than

19  I understand that I have.

20         There's a request here regarding a motion to

21  suppress a GoToMeeting call.  The assertion is it was

22  unlawfully recorded.  Okay.  Maybe it was, and even if it

23  was, somebody needs to tell me how a privately recorded call

24  can be subject to suppression in a federal court that, even

25  in theory, might have violated state law.  There's no case

1    cited for that proposition.

2          There's a motion here that's supposed to be filed

3    or should have been filed that Mr. Rhodes was an innocent

4    firearm purchaser.  Well, that sounds not like a motion in

5    limine but sounds like a trial defense.  The government's

6    theory is that Mr. Rhodes stocked up on weapons before and

7    after January the 6th to prepare to resist the transfer of

8    power.  His defense may be that this was a perfectly

9    innocent purchase of firearms.  That sure as heck is not a

10   basis to suppress the government's evidence; that is a trial

11   defense.

12         There is a suggestion that there should have been

13   expert notice given.  Other than a litany of things as to

14   which it was given, I'm not sure why or how any of it is

15   relevant.

16         Insurrection Act.  I'm not sure there would be an

17   expert even allowed on a legal issue.  I'm not aware of any

18   experts that can be brought in on lead questions of law.

19         Firearm safety and compliance.  I'm not sure what

20   the basis for that would be.

21         And militia history.  You know, if Mr. Rhodes

22   wants to testify about why and how and the reasons for his

23   founding with the Oath Keepers, he has every right to do

24   that.

25         There's a suggestion that they haven't been turned

1   over -- what hasn't been turned over are communications of

2   innocent coordination with law enforcement.  You know, I

3   turned to the government and asked them whether they have

4   turned over every communication that they are aware of

5   between the Oath Keepers and law enforcement.  And I will

6   suspect they will tell you they have looked and they have

7   turned over what they have found.  And if they haven't

8   turned over what they have and know about, there will be

9   consequences, but I suspect it's been turned over.

10          Some motion about the necessity for recessing

11   Congress and perhaps that Mr. Rhodes and the Oath Keepers

12   who've been charged in this case weren't responsible for

13   Congress being recessed.  I've said this from the very

14   beginning of these proceedings:  It does not matter.  It

15   does not matter what the original cause was for the recess

16   of Congress.  The allegation is that these defendants

17   impeded and disrupted Congress from carrying out the

18   execution of the laws that they are duty-bound to execute.

19   And whether they adjourned at 2:30 and somebody else was

20   responsible for that doesn't absolve these defendants of

21   being inside the Capitol building and preventing Congress

22   from reconvening.  Congress did not reconvene until much

23   later that evening.

24          Now, you know you can get up and put on a defense

25   that suggests that somebody else is to blame for Congress's

1    recessing, but it's not an absolute defense, by any stretch

2    of the imagination.

3         There's a request here and a motion regarding pipe

4    bombs.  I have no idea what that has to do with anything.

5    There's no allegation that the Oath Keepers were planting

6    pipe bombs or that they somehow were connected to the

7    planting of pipe bombs in any way, shape, or form.

8         Or Cassidy Hutchinson, I don't know what she's

9    doing in these proceedings.  I understand she may have made

10   a statement about something that she heard, but she has no

11   relevance to these proceedings.  I don't understand that

12   she's being called to testify in these proceedings.  And to

13   the extent that she overheard conversations between the

14   President and his lawyer involving the Oath Keepers, that's

15   not admissible at trial, it has no role in this case, as far

16   as I'm aware.

17        The government has not, and let me repeat, has not

18   alleged or asserted that the Oath Keepers in any way, shape,

19   or form, to my knowledge, have coordinated with anybody at

20   the White House or anyone in the immediate orbit of the

21   President of the United States, not to my knowledge.

22        Prosecutorial misconduct before the grand jury.

23   I'm not sure what you're talking about, but I will say that

24   the time for that motion has long passed.  The Rule 12

25   motion deadline was months ago.  We have had plenty of

1    motions in this case and I've reset deadlines multiple

2    times.  Every time the United States has filed a new

3    indictment, invited every single lawyer and every single

4    defendant in this case to file those motions.  I haven't had

5    one raising questions and concerns about the government's

6    behavior before the grand jury.

7         The motion to dismiss on First Amendment grounds,

8    talked a lot about the First Amendment when we dealt with

9    these motions at the start.  I denied all the motions.  To

10   the extent there was a specific ground of First Amendment

11   dismissal, it certainly was an element.  I don't know if

12   there was a precise ground.  And even if it was, there's no

13   basis to argue that somebody who's engaged in a seditious

14   conspiracy is protected by the First Amendment.  Criminal

15   conduct is not protected by the First Amendment.

16        And to the extent that Mr. Rhodes seems to be

17   suggesting or his new counsel seems to be suggesting that

18   he's only being prosecuted for his words, read the

19   indictment, he's not; he's being prosecuted not only for his

20   words but for organizing and pulling people together to

21   resist the government and the authority of the United States

22   and interfere with Congress.

23        No words in furtherance of such a conspiracy,

24   which the grand jury has found there's probable cause to

25   find they engaged in, is protected by.  That conduct is not.

1   Such words in assembly are not protected by the

2   First Amendment.  Pure and simple.  Full stop.  You don't

3   have to be a constitutional scholar to know that.

4           Informants, we have had a lot of talk about

5   informants.  In fact, it was Mr. Rhodes' counsel who raised

6   the issue of informants at the last hearing.  I have

7   requested information from the government about additional

8   informants, confidential human sources.  I've received that

9   information from the government, and the parties will

10  momentarily find out what the results of that review, that

11  in-camera review is by me.  So it was Mr. Rhodes' counsel

12  that raised this issue, no one else.

13          There's also some suggestion that recent people

14  who've been indicted, Mr. Greene and Ms. SoRelle, may impact

15  Mr. Rhodes' defense.  Mr. Greene was indicted some months

16  ago, and this is the very first time anybody's heard, to my

17  knowledge, about Mr. Greene being a key witness in his

18  defense.

19          As for Ms. SoRelle, I don't know whether she was

20  going to be a defense witness or not, but if that issue

21  presents a problem, then I still haven't gotten any motion

22  in front of me that raises the concern.

23          And there's a comment in here about the

24  indictments of Mr. Greene and Ms. SoRelle, "removing their

25  cell phones from being available to Mr. Rhodes for use at

1    trial."

2              I genuinely do not understand what that means.  If

3    the idea is that those cell phones were seized recently,

4    well, then that presumably means the government has them and

5    they are then available for Mr. Rhodes to use at trial.

6              If Mr. Rhodes was intending to use those phones

7    and not clue the government in on what's on them, well, that

8    would have created problems, too, because I have in my

9    standing order a reciprocal discovery obligation.  And so if

10   Mr. Rhodes is intending to rely on anything that's on these

11   phones that's not already known to the government, it was

12   his obligation to turn that over weeks ago.

13             So that, I think, covers a fair amount of what is

14   already in this motion, and that's even before I give either

15   the government or Mr. Rhodes' current defense counsel an

16   opportunity to even be heard.

17             So that's my next step, which I'm going to turn to

18   Mr. Linder and Mr. Bright and give them the opportunity to

19   be heard.  And in particular, if there are statements in

20   here about your representation and understanding, you are

21   not going to divulge attorney-client communications to

22   correct those or put them in context, I will give you the

23   opportunity to do so, gentlemen.

24             MR. BRIGHT:  Thank you, Your Honor.

25             If I may, Your Honor, I'm going to let Mr. Linder

```
 1    speak first.  He's currently in a jury trial in the Eastern
 2    District of Texas and he'll have to get back to that
 3    shortly, depending on how long the judge gives him, and then
 4    I'll follow up on the back end.
 5                THE COURT:  Okay.
 6                And, Mr. Bright, just clear up for me that you are
 7    actually in your office today?
 8                MR. BRIGHT:  Thank you for making me laugh on a
 9    day like this, Your Honor.
10                To clarify what was said and then I'll hand it to
11    Mr. Linder, on apparently me taking extended vacation, yeah,
12    during the Labor Day weekend for three days, I went with my
13    family to southern Montana.  And while on that trip had my
14    laptop and Mr. Linder and I on Friday of that trip while I'm
15    on vacation, we were working with your Honorable Court on
16    the jury questionnaires on Zoom with the AUSA.
17                So just as you, Judge, there are aspects of this
18    motion that are outright -- have elucidated, Judge, that are
19    outright wrong, and statements such as that regarding me
20    personally that are just salacious at best.
21                So I'm going to turn it over to Mr. Linder and
22    confirm that I am, indeed, in my office in Dallas this week,
23    sir.
24                THE COURT:  Yeah, it didn't look like you were in
25    Montana.
```

1          MR. BRIGHT:  No, sir.

2          THE COURT:  Mr. Linder.

3          MR. LINDER:  He wishes he was.

4          MR. BRIGHT:  I think I agree.

5          MR. LINDER:  Thank you, Your Honor.

6          As far as -- I'll just kind of go through the

7    motion kind of front to back quickly.  I appreciate your

8    input, Your Honor.

9          The beginning part where we talk about not being

10   ready and all, when we got on this case, I promised you back

11   in February we'd be ready.  But as the discovery keeps

12   coming and the discovery keeps coming, it's been more and

13   more difficult to get ready.

14         Now, we've continued to get ready and we're much

15   closer.  But it is one of these things.  It is the biggest

16   case anybody has ever seen, as stipulated by the government

17   in many of their filings.  So it is difficult.

18         And every defense lawyer in this case or in these

19   Oath Keepers cases, as well as others, we're swimming in

20   discovery.  Yes, the government has bent over backwards to,

21   I mean, shove it to us with a bulldozer.  I mean, they're

22   giving us everything they can, but it is difficult to digest

23   in an orderly fashion how we are doing, sir.  So the

24   getting-ready part, that is a difficult part, but we're

25   still working.

1          THE COURT:  Mr. Linder, I'm sorry to interrupt

2   you.

3          I wanted to say one thing and I meant to say it

4   earlier, which is that Mr. Rhodes' counsel are not the only

5   ones who've suggested that the volume of discovery here is

6   great, it obviously is.  But every time I have asked defense

7   counsel, and this isn't directed necessarily to Mr. Linder

8   or Mr. Bright, to tell me what it is you have been unable to

9   review precisely in advance of trial?

10         MR. LINDER:  Well, that's a great question,

11  Your Honor.

12         THE COURT:  Nobody has told me.

13         MR. LINDER:  What happens is, we get summaries and

14  Excel spreadsheets of 212 civilian witnesses per se that the

15  government's interviewed in this case.  And they've updated

16  them every few months, we get to add another 20, 10,

17  whatever it is.

18         When you get these summaries and you've got to go

19  back through Evidence.com or Relativity or on the hard drive

20  and try to find, did they talk to him, is there a 302,

21  is there a transcript or is there an electronic recording.

22         So you've got to search for those things and

23  they're difficult, and sometimes one may not have one of

24  those things.  The government is nice enough to give us a

25  summary, which shows, hey, here's what this witness, the

1    subject matter they would talk about.

2            Well, if it's a witness you want -- and on many of

3    them, there are witnesses we want to hear -- you've got to

4    go through and spend hours and hours searching for where

5    that information is.

6            So that's just one part of it.  There's lots of

7    grand jury testimony we've been given over the time.  I've

8    got an investigator who's calling people all over the

9    country following up with people we want to talk to and a

10   lot of people won't return the calls.  We're getting

11   subpoenas issued.

12           It's very, very difficult in a case where you've

13   been given -- where the government has interviewed a

14   thousand -- or maybe not a thousand -- but 500 or more

15   people and they're providing us summaries of these; it's

16   difficult to follow up with that.  So that is a very hard

17   part of this case.

18           THE COURT:  Fair enough.

19           And look, my comment should not in any way be

20   construed, Mr. Linder and Mr. Bright, as a criticism of

21   you --

22           MR. LINDER:  Oh, I understand.

23           THE COURT:  -- or any other defense counsel.

24           MR. LINDER:  No.  And I understand and I

25   appreciate that.  Thank you.

1          As far as communication with Mr. Rhodes, as we

2    have talked about, it has been difficult.

3          You and your staff have bent over backwards trying

4    to get the jails to give us accommodations, and a month or

5    so we got accommodations for the laptop.

6          But just a couple of weeks or so ago before I

7    started my last trial, Mr. Bright and I tried to call

8    Mr. Rhodes at the jail five different times over a two-day

9    period and we couldn't get connected.  And that's a very

10   common problem with the jail is, they give these two-hour

11   windows that rotate daily and it's kind of first come, first

12   served, you either get through or you didn't.  So it's not

13   ideal.  So, yes, there has been an issue there.

14         Now, I do take issue with a lot of the things he

15   talked about with motions, as do you, Your Honor.  We did

16   bring the motion to compel that dealt with the confidential

17   sources and you did address that.  We have given Mr. Rhodes

18   a list of witnesses that we've put together; we said we

19   haven't prepared witnesses.

20         We hired an investigator at the beginning of this

21   case who's met with Mr. Rhodes numerous times and has

22   updated and given him witness list updates, gotten witness

23   list updates from him as we've gone through this case.  So

24   that has been the bulk of what we've tried to do is just

25   coordinate and assembling witness information.

1          Now, I will say, Your Honor, that it was very

2    surprising to me, because I will say the

3    U.S. Attorney's Office, Ms. Rakoczy and Mr. Nestler, they've

4    got a pretty open dialogue with the defense counsel, they've

5    been very open, we can call, we can text, they get back to

6    us and point us where to get discovery when we can.

7          However, there are, as we talked about, witnesses

8    and witness lists, two of the closest people to Stewart

9    Rhodes were his -- the attorney for the Oath Keepers and his

10   girlfriend at one point, and in addition, his vice

11   president.  Well, both those people have just recently been

12   indicted this summer after it was kind of known to everyone

13   on both sides of the docket here that they were on our

14   witness list, Michael Greene and Kellye SoRelle would be

15   witnesses for us and then all of a sudden they're indicted.

16          So that part of it is a little bit troubling to me

17   because not only are they indicted, they're put on a

18   different indictment.  So it appears to be an attempt to

19   silence them.  And I'm not going to accuse the government of

20   doing that, but it's just very inconvenient when we talk to

21   the Oath Keepers General Counsel and she's a witness for us,

22   we talked to their vice president, who is an

23   African-American and very well-spoken and who would -- who

24   could address some of the claims that the Oath Keepers are

25   racist, that they get indicted two months before trial.  And

```
1   so that part of it is a little troubling, but a lot of these
2   other things you've already addressed, I take issue with,
3   must not be ready.
4           THE COURT:  If I can interject.
5           MR. LINDER:  Yes.
6           THE COURT:  Look, of all the things that were said
7   in the motion to continue, that was the one that struck a
8   chord with me.
9           And that said, again, there hasn't been any motion
10  filed as to this issue.  And, you know, what relief, if any,
11  Mr. Rhodes could theoretically be entitled to if I were to
12  find there to be some conduct by the government that was
13  done in order to compromise Mr. Rhodes' or any other
14  defendant's due-process rights.
15          And if that is a concern, then bring it up.  And,
16  again, this is not directed to you, but, you know, as you
17  all know, this courtroom and this courthouse is open all the
18  time and I'm trying to be as responsive as I can to keep
19  this case on track to start when it's been scheduled to
20  start.
21          MR. LINDER:  I understand.
22          So to me, that's the most troubling part of this
23  case is that -- and not only those two witnesses,
24  Your Honor, as you're aware, Ms. Rakoczy disclosed to me
25  back in June, that's when the whole CHS information came
```

1    out, is that that person was also on our witness list, so

2    the government disclosed to me, hey, by the way, you need to

3    know this.

4            So it's turned out that our top three witnesses

5    have all been compromised in some form or fashion.  Now, one

6    of them was a year in advance, but two just this summer.

7    And so that's been the part that's been the most

8    tail-spinning for us is kind of every time we put someone on

9    the witness list, they get indicted.  So it's kind of, what

10   do we do next?

11           And then for that reason, we've had trouble

12   getting other people to want to return our phone calls and

13   cooperate with our investigator.

14           THE COURT:  Okay.  All right.  Mr. Linder,

15   thank you.

16           Is there anything you'd like to add, Mr. Bright?

17           MR. BRIGHT:  If I may briefly, Your Honor.

18           I would concur with Mr. Linder, and also,

19   Your Honor, with you and what you had said at the outset,

20   and that does have to do with the distance at hand, and that

21   was a knowing decision.  You know, obviously early on we had

22   hoped that Mr. Rhodes would not be detained, we had a motion

23   for reconsideration, we've made our requests to have him

24   housed in different locations.  We get it, that's always

25   been part of the issue.

1          But we have, to the extent possible, made every

2    effort to provide the evidence, meet with Stewart.  I've

3    flown up twice to meet with him from Dallas; we have

4    delivered volumes of evidence.

5          Clearly and understandably, Mr. Rhodes, like many

6    of our clients over the past three decades that are in jail,

7    there are often no way to assuage the experience that

8    they're going through while incarcerated.  Clearly for

9    Mr. Rhodes, this would be the first time in his life that

10   he's ever been in a situation like that.  And out of respect

11   for him, I can say that we do understand that and deeply

12   empathize.

13          The past couple of weeks, I will say that we have

14   had trouble with the jails and getting through, and I have

15   witnesses and records for when we do try and call him.  And

16   during one of his three-hour windows, it's now become

17   impossible to reach him, because that window on Tuesdays is

18   during the one-to-three session -- that one-to-three session

19   is when he's over at the courthouse reviewing evidence for

20   six hours.  So there is a balance of that going on.

21          I am a little confused of the fact that it says

22   that we've not been answering our phones.  That's not

23   accurate.  I would be happy to proffer my phone to the Court

24   to show what calls I have or haven't missed over the past

25   three weeks.

1          In terms of the motions that we --

2          THE COURT:  Mr. Bright, we've got plenty of cell

3    phone records in this case; I do not need yours.

4          MR. BRIGHT:  I understand.

5          What he talks about in some of this motion, as you

6    pointed out, is stuff that's already been done.

7          Since it's not tabulated, I would say it's the

8    fifth page where he starts talking about the necessary

9    motions and witnesses, specifically John Siemens.  Our

10   investigator has been in touch with that family.  We don't

11   need a deposition of this individual.  And we also -- it's

12   an outright lie that we promised to do a deposition of John

13   Semis.  That's an outright mischaracterization and lie.

14   That was never done.

15         In terms of the basic defense strategy, we have

16   vetted that with Mr. Rhodes.  I can recall when I was in

17   D.C. last and I sat in the room with him for three hours, we

18   talked about the Insurrection Act, we talked about how the

19   government intends to play this.  That is something that has

20   been discussed.  It's something that we've discussed from

21   the first day that we met with Mr. Rhodes.

22         I'm not even going to address one regarding the

23   evidence that we have had.  I have no intentions of talking

24   about Ray Epps in this case.

25         I am, Judge, aware of who Ray Epps is alleged to

1    be in the conspiratorial world that surrounds this entire

2    day and event in our history in this case.  He is a red

3    herring to anything in this case.  And it's a wormhole that,

4    as a defense attorney, I have no intentions of going down.

5    I'm not going to do that.

6            I don't think -- and out of respect for

7    Mr. Rhodes, he obviously, in the filing of his motion,

8    disagrees.  I don't think -- and I talked with him the last

9    time we were in court and we talked about whether or not

10   it would be wise to do a motion to sever.  That is not

11   something that we had intended to do; we did not agree to do

12   that.  Any suggestion we had agreed to do that is another

13   mischaracterization to the Court.

14           In terms of the January 6th Committee, Your Honor,

15   on the record at one of our previous hearings about a month

16   and a half, two months ago, you made it clear to all

17   parties, and Mr. Rhodes was there, that you have no

18   jurisdiction to compel the January 6th Committee to turn

19   over evidence that they're not even giving to the DOJ at

20   this point.  Again, another motion I would not be willing to

21   consider.

22           The GoToMeeting, that's a strategy issue to us.

23   If you look at that meeting and you go through it, it has

24   information in there that Mr. Linder and I have talked

25   about, we've looked at.  That's a discussion ongoing within

our law group of other defense lawyers.  And there are
statements made in there that, when presented in the proper
light, I believe are actually helpful to the defense.
Whether or not we could keep that out or not, it's actually
a part of a trial strategy, which is not something that is
aired.

I've never heard of an idea of why on Earth I
would want to subpoena Cassidy Hutchinson.  This is an issue
of first impression for us as a law team.  In all of our
discussions, including the weekend for three days that we
hosted the entire defense team here in Texas, that woman's
name never been mentioned once and it's not anywhere in the
body of evidence at all.

I would agree with the Judge on the necessity of
issues on recessing of Congress.  Again, as a trial issue,
we have our defensive theory of what they did or didn't do.

But regarding the pipe bombs, again, a case of
first impression that this has never even been brought up in
this case.  If they're trying to somehow suggest in this
motion that that references certain issues regarding one of
the -- Co-defendant Watkins that was brought up at the
motions in limine hearing a week and a half ago, that's
already been dealt with, and it was not brought up even at

The firearm purchases, you've already referenced
that and it was the exact reason we didn't address it.

1  that time.  So, again, another issue of first impression

2  that we've never even been made aware of and there is no

3  motion on it.

4         I'm going to say one thing before I close out,

5  Your Honor -- two things; one addressing motion No. 12 that

6  we should have filed.  There is no motion for dismissal for

7  prosecutorial misconduct in this case that I see.  In

8  certain ways, I vehemently disagree with the government in

9  terms of aspects of this prosecution.  We had intended to

10  fight them vigorously.  But I will not in any way on behalf

11  of Mr. Rhodes consider filing a frivolous motion, in my

12  opinion, when it has to do with prosecutorial misconduct for

13  the lawyers that we have been working with at the DOJ.

14  I will not entertain that.  The suggestion that I should

15  have done that, that kind of makes me mad, Judge, like it

16  makes you mad to suggest the other topic regarding SoRelle

17  and Michael Greene being indicted in order to hide them as

18  witnesses.  I do not think there's been prosecutorial

19  misconduct in this case.  I do disagree with the underlying

20  seditious conspiracy charge, but I would never, as

21  Mr. Rhodes' possibly now former lawyer, I would never even

22  entertain that motion.

23         In terms of what the Court chooses to do on the

24  substitution, Your Honor, that's well within the Court's

25  jurisdiction, your decision, Your Honor, but I want to point

1    out something on page 10 of the government's motion that

2    Ms. Rakoczy presented and filed.

3          Per *U.S. v. Gordon*, they're hoping that you tender

4    your colloquy regarding the relationship that we have.  Is

5    it strained or is it broken?  I don't know.  I would be

6    happy to entertain questions from the Court regarding the

7    dynamics of it and how I personally feel at this point.

8    I agree that Mr. Rhodes has a Sixth Amendment right to have

9    counsel of his choice.  I've read the government's motion;

10   I think it's well written.  And whether or not it was on

11   behalf of Mr. Rhodes and Mr. Tarpley filed exclusively for

12   delay, as the Court started out talking about, I don't know.

13         But if Mr. Rhodes truly believes all of the things

14   that he put into this motion that he thinks we should have

15   filed, some of which I think are frivolous, then perhaps it

16   is a broken relationship, Your Honor, because that shows a

17   lack of trust of Mr. Rhodes, and I see that and in the

18   manner in which it was presented making suggestions

19   regarding Mr. Linder and I, I see that as a setup for a 2255

20   letter for grievances, which, if you don't mind, I'll take

21   the first part of your record and save it for grievance

22   hearings later.

23         But I'm real strained right now to not tell the

24   Court that this isn't a broken relationship based on some of

25   the allegations.  I have no ill will in any way for

1  Mr. Rhodes; I truly wish him the best.  I've given seven

2  months of my life to Mr. Rhodes, seven months.  I've missed

3  sporting events for my children, I've missed time from my

4  family for a man I don't know, and I was prepared to come to

5  D.C. for six weeks and be away from my family, my young

6  children.

7          But I'm having a real struggle of conscience

8  believing that I can maintain the collegial relationship

9  with another fellow lawyer like that based on these

10  allegations.

11          That's all I have to say, Your Honor.

12          THE COURT:  All right.  Thank you, Mr. Bright.

13  I appreciate your words and your candor.

14          Let me turn to the government next, see if the

15  government would like to add anything to what's already in

16  its motion -- excuse me, in its opposition.

17          In particular, Mr. Nestler, the one thing that I

18  found wanting in your motion, your opposition -- I keep

19  calling it a motion -- is the impact a delay just for

20  Mr. Rhodes would have on the government's presentation of

21  evidence at the September trial; in other words, how would

22  it impact the government's case if Mr. Rhodes were to be,

23  say, for example, put into the second trial group?

24          MR. NESTLER:  Yes, Your Honor.

25          So first, there's two quick factual issues I

1   wanted to make sure the record was clear on.  One with

2   regard to Mr. Rhodes' location here in Alexandria, I believe

3   the Court is aware, we offered to have -- work with the

4   Marshals Service to have Mr. Rhodes transferred back to

5   Texas to be closer to his counsel and that was declined.

6          I know your Honor started today's hearing by

7   mentioning that Mr. Rhodes chose to hire counsel in Texas;

8   that has its own, of course, logistical complications for

9   not having somebody who's local, we offered to help

10  facilitate that in order to make him closer.

11         THE COURT:  And just so there's no lack of -- so

12  there's no misunderstanding, I have never thought it is the

13  job of a court to tell the U.S. Marshals Service where to

14  designate someone to remain pretrial.  I didn't do it for

15  Mr. Rhodes, I don't do it for any defendant.  And if the

16  United States, through the U.S. Attorney's Office, made the

17  suggestion to the U.S. Marshals Service, as I know you did,

18  terrific.  But ultimately that's the U.S. Marshals Service's

19  call for a whole host of reasons that I am not privy to and

20  I defer to them.

21         MR. NESTLER:  Understood, Your Honor.

22         The second point I want to address is with regard

23  to Mr. Greene and Ms. SoRelle.  Many, many, many months ago,

24  we provided defense counsel, both for Mr. Rhodes and other

25  counsel in these related cases, with the complete FBI files

1    for both of those individuals, as well as their scoped phone
2    extractions, and we informed defense counsel that those
3    individuals had potential criminal exposure.
4            So whether those individuals were indicted
5    recently over the summer or a long time ago or not at all,
6    they've always had this potential criminal exposure and
7    whether they've been indicted or not doesn't affect the
8    defendant's ability to call them as a potential witness at
9    trial.
10           To answer Your Honor's question about the
11   prejudice to the government in terms of not having Defendant
12   Rhodes at the first trial, there is prejudice to the
13   government.  Of course, we turned this around on a fairly
14   quick time frame per the Court's request.
15           We are and we have been working and we are
16   continuing to work hard in order to present our trial.  The
17   five defendants that we chose for this first trial grouping
18   work together with the government's presentation.  So
19   Mr. Rhodes obviously is the leader of the organization.  The
20   other four defendants who are part of this trial grouping
21   are some of his top lieutenants who committed this crime
22   with him.  And so presenting the evidence together with
23   Rhodes and those defendants makes much more logistical
24   sense.  It's going to make more sense to the jury, it's
25   going to make more sense to the Court, it's going to work

```
 1   better, which is why that was the trial grouping we had

 2   chosen.

 3          Like defense counsel many months ago, we discussed

 4   having one trial with nine defendants.  That certainly would

 5   have been our preference, to have one trial.  We know that's

 6   not an option, and so having to choose which defendants are

 7   tried alongside of others, this is the choice we chose, this

 8   is the route we've all settled on, and it was for a reason.

 9          And so moving Mr. Rhodes at this late date when

10   we're only three weeks away from trial would inure prejudice

11   to the government in terms of our presentation of our

12   evidence at trial.  So we would prefer to keep all five of

13   those defendants together to try them together all at once

14   later this month.

15          THE COURT:  Okay.

16          MR. NESTLER:  Thank you, Your Honor.

17          THE COURT:  All right.  Mr. Tarpley, you've sat

18   patiently; I'll give you the opportunity to be heard.

19          MR. TARPLEY:  Thank you, Judge.  It's a pleasure

20   to be in your courtroom.

21          THE COURT:  Welcome.

22          MR. TARPLEY:  I would like to say, first of all,

23   that my involvement with Mr. Rhodes has taken place very

24   rapidly.

25          I did not know Mr. Rhodes until just a couple of
```

1    days ago and I haven't had a chance to really review much of

2    anything.  I helped download and print out and read some of

3    the motions that have been filed, some of the oppositions

4    that have been responded to by the government, and also some

5    of the rulings that Your Honor has made.

6           And I know that this case has been an intensely

7    litigated case.  And I know that Your Honor has previously

8    considered a continuance motion.  And I know that at that

9    motion, Mr. Linder and other attorneys indicated that they

10   were not ready; that they felt like they had more

11   preparation that needed to be conducted because of the huge

12   amounts of discovery material and other issues.  I know

13   that -- I think that was the August 2nd hearing in which

14   that was discussed and there's --

15           THE COURT:  Mr. Tarpley, I'll say what I said

16   then, which is, there's been a lot of discovery in this case

17   from the very beginning and there are a lot of defendants

18   and their counsel who have been in this case since the

19   beginning.  That's not true for Mr. Rhodes and his lawyers,

20   understandably.

21           But I keep saying this over and over again; I'm a

22   broken record:  When defense lawyers want a continuance

23   because they have not had an opportunity to review

24   discovery, they need to tell the trial judge what it is they

25   haven't had an opportunity to review and how it has impacted

1    their ability to prepare in concrete ways.  No one,

2    including the very -- including Mr. Linder and Mr. Bright,

3    who I think have done an admirable job, have articulated to

4    me at any point how the volume of evidence has prevented

5    them from getting prepared or being prepared.

6            MR. TARPLEY:  Thank you, Your Honor.

7            I appreciate your point.  I think that the point

8    that Mr. Linder and Mr. Bright were making, as well as the

9    other attorneys on the August 2nd hearing, was simply that

10   this was not a normal case, that this was a very unusual

11   case, the issues that we have, the constitutional issues,

12   issues involving seditious conspiracy, a charge that's

13   hardly ever prosecuted in our country, only a handful of

14   times.

15           These raise issues that the evidence must be gone

16   through with a fine-toothed comb, because the lives of these

17   men, my client, Mr. Rhodes, are at risk.  Not only is their

18   liberty for a certain period of time but in the memo issued

19   by the Justice Department by Mr. Nestler, they could

20   possibly be exposed to life in prison.

21           THE COURT:  So, Mr. Tarpley, let me be as

22   restrained as I can.

23           Since this case was brought back in February of

24   2021, started with three defendants, it has now grown well

25   past 20.  At every phase of these proceedings, when it was a

single case, two cases, now three cases and now there's some

offshoots, this Court has done nothing other than to give

defense counsel the opportunity to challenge the indictment,

to challenge the evidence, and to get ready for trial at

every stage of these cases.

There's a reason this docket is now well over,

I think we're almost at 300 ECF filings, and this case was

filed in January.  There's a reason I have written hundreds

of pages of decisions in this case, because defense counsel

rightly and zealously have been advocating on behalf of

their clients, have moved appropriately to dismiss charges,

to exclude evidence, and challenge the government's theory

of the case.

Now, I'm not at all suggesting, Mr. Tarpley, that

you may not be someone who could assist Mr. Rhodes, but the

idea that you, having had all but 42 to 72 hours with

Mr. Rhodes to characterize these proceedings, dare I say is

a little problematic, and humility might not be a bad thing.

MR. TARPLEY:  Let me just say this, Your Honor.

That since the decision was rendered by Your Honor on August

the 2nd, the indictment of Kellye SoRelle has been a major

development and one that we feel absolutely will impact the

defense strategy for Mr. Rhodes.  This is something that was

not a fact when the hearing was held on August the 2nd.

Your Honor, I would simply say that what

1    Mr. Linder said is absolutely correct.  The idea that these

2    people, who worked closely with Mr. Rhodes and who were

3    expected to be defense witnesses, are now suddenly under

4    indictment themselves is more than problematic.

5               THE COURT:  Let me ask this.  Was Ms. SoRelle

6    prepared to testify?

7               MR. TARPLEY:  I think she was prepared.

8               THE COURT:  No, no, not you think.  Do you know?

9               MR. TARPLEY:  I don't know the answer to that

10   question.

11              THE COURT:  Okay.  That would be an important

12   thing to advise the trial judge, that you had agreed,

13   knowing full well that she has been under investigation by

14   the Department of Justice, has had her, to my knowledge,

15   telephone taken by search warrant, and she was prepared to

16   get up on the witness stand and testify.  I don't know that

17   to be the case.

18              MR. TARPLEY:  Well, maybe Mr. Bright or Mr. Linder

19   could address that.

20              MR. LINDER:  I'll address that, Your Honor.

21              We spoke with -- we've spoken with Kellye SoRelle

22   off and on since this case began.  And as recently as two

23   weeks ago right before her indictment, she was willing to be

24   a defense witness, as was Michael Greene.  And so this --

25   they've now been -- there's issues of whether their current

1  counsel would allow them to testify, and they may decide to

2  testify, we don't know, but both had agreed to testify.

3            And Ms. SoRelle is a key witness and she was the

4  attorney for the Oath Keepers and there's advice-of-counsel

5  defense issues and she may not be able to testify.  That's a

6  huge shift in the trial strategy of this case, I'll agree

7  with Mr. Tarpley on that.

8            THE COURT:  Well, I will say this, which is --

9  well, I'll say two things; one thing I said earlier, which

10  is, there is no motion pending before me that spells any of

11  this out, one; two, nobody has ever talked about an

12  advice-of-counsel defense, no one, not a person.  And if

13  somebody can tell me how a lawyer could advise somebody

14  about entering the U.S. Capitol building on January the 6th

15  among thousands of other people while a certification is

16  ongoing and how that can rise to an advice-of-counsel

17  defense, I'd love to hear that.

18            MR. LINDER:  No, Your Honor, it's not as to that

19  fact, it's to other things surrounding the Oath Keepers.

20  I don't want to get into the specifics, but it's not about

21  entering the Capitol.

22            MR. TARPLEY:  Well, let me just say this,

23  Your Honor, I'd like to follow up on what Mr. Linder has

24  said.

25            Ms. SoRelle was in Washington, D.C. on January 5

1    and January 6th, and she would be able to testify to the

2    activities of Mr. Rhodes during that time, and so she is a

3    very, very critical witness to our defense.  And like

4    Mr. Linder, I'm not going to go into any further detail, but

5    the fact that she was there with Mr. Rhodes on those two

6    days is extremely important to his defense.

7            Then also Mr. Greene, who is another very, very

8    important witness, and I think that it is beyond

9    coincidental, it seems to me, Your Honor, that two of the

10   very most important witnesses to Stewart Rhodes, who have

11   been out there for many, many, many, many months and now

12   suddenly we find, in the case of Ms. SoRelle, just indicted

13   a few weeks ago, and with Mr. Greene, a little bit further

14   back.  And so that is a real problem for the defense,

15   Your Honor.  And I think that that by itself in my opinion

16   would justify a continuance, above and beyond the mountain

17   of material.

18           Now, I'm sure that Mr. Linder and Mr. Bright have

19   done exactly what they've said and that is that they have

20   gone through as much of the discovery as they possibly

21   could.  I think that's what Mr. Linder said in the hearing

22   on August the 2nd.

23           Mr. Tarpley has not, and so if Mr. Tarpley is

24   allowed to substitute for these two fine attorneys from

25   Texas, then I will have my hands full over the next three

 1    months trying to get ready.

 2         THE COURT:  When do you think you could get ready

 3    for this, Mr. Tarpley?  Do you think you have the ability to

 4    be ready for this case in three months?

 5         MR. TARPLEY:  Well, let me tell you.  I guess if I

 6    worked on it day and night for three months and put every

 7    other case aside, I might get close.

 8         THE COURT:  Right, because no other lawyer who's

 9    entered an appearance in this case has suggested they could

10    be ready in 90 days.

11         MR. TARPLEY:  No, I agree, Your Honor, absolutely.

12    It's a gargantuan task, we know that because --

13         THE COURT:  So bottom line is, you would concede

14    to me that if I granted Mr. Rhodes' continuance, A, you

15    would not be ready in 90 days; and, B, we don't know when he

16    would be tried because I don't have a free trial date for a

17    month until next July.

18         MR. TARPLEY:  Well, let me just say this,

19    Your Honor.  You are right that three months ultimately is

20    not enough for anybody to be prepared for this case, but let

21    me just say it's a lot more than three weeks.  In three

22    weeks, I know that not only myself or no one could be ready

23    for this trial in three weeks.

24         THE COURT:  Well, Mr. Linder and Mr. Bright have

25    had more than three weeks.

1          MR. TARPLEY:  Well, they have definitely had three

2    weeks.  They've got seven months.

3          THE COURT:  And I've got to tell you, if you've

4    agreed to represent Mr. Rhodes in this trial, you may need

5    to get ready in three weeks.

6          MR. TARPLEY:  Well, let me just tell you,

7    Your Honor, I think that my greatest concern is the

8    well-being and liberty of Stewart Rhodes.

9          Now, I believe that Mr. Rhodes has been falsely

10   accused by the government.  Now, the government believes

11   differently.  Obviously, he's indicted, he's here on

12   charges.  But as his counsel, having talked with him and

13   having reviewed the brief amounts of information that I have

14   been able to review --

15         THE COURT:  You know, Mr. Tarpley, look -- you'll

16   forgive me here, okay?

17         MR. TARPLEY:  Sure.

18         THE COURT:  Because, look, here's the bottom line.

19   The idea that, at the eleventh hour, Mr. Rhodes wants to

20   bring in new counsel three weeks before this trial is set to

21   begin, months and months after trial preparation, very

22   recently, you would not know and don't have the benefit, but

23   we have worked very hard to make arrangements in this

24   courthouse to bring 150 jurors in next Tuesday to start

25   filling out questionnaires.  They are subpoenaed -- or they

1    are called to be here next Tuesday.  They will be called to

2    be here on the 27th to start jury selection in this case.

3         You are suggesting three weeks before trial that

4    these two gentlemen are so ill-prepared that I need to

5    remove Mr. Rhodes from the trial calendar, potentially

6    disrupt the government's presentation of evidence, forget

7    about the public's interest in having this case tried and

8    forget about my own docket that wouldn't possibly be able to

9    try Mr. Rhodes until next summer.  So all those factors, you

10    still think I ought to bump Mr. Rhodes from this trial in

11    three weeks?

12         MR. TARPLEY:  Yes, I think you should bump him.

13         THE COURT:  Okay.  Well, here's the thing, I'm not

14    going to do it.  And you all are going to be left with a

15    choice.

16         And, by the way, I've got to give Mr. Rhodes an

17    opportunity to make his -- whatever he'd like to put on the

18    record, too.

19         But let me just say this.  The way this is all

20    going to end up is as follows.  You want to stay in this

21    case and Mr. Rhodes wants you in this case, that's fine.

22    But Mr. Linder and Mr. Bright are going to be at that table

23    representing Mr. Rhodes in this trial starting

24    September 27th, period, full stop, end of story.  And if

25    Mr. Rhodes want to put two other lawyers at the table with

1    him, we can make room, we've got enough tables, come on,

2    it's a big group.

3              But let me tell you something, the notion that you

4    are going to create the kind of havoc you will, and havoc is

5    the only appropriate word I can think of, by moving

6    Mr. Rhodes' trial, not going to happen.

7              MR. BRIGHT:  Your Honor, may I make a comment,

8    please?

9              THE COURT:  Mr. Bright.

10             MR. BRIGHT:  If I could entertain something with

11   the Court.

12             I appreciate your candor.  I have heard what you

13   said.  Based on what you've said, Mr. Linder and I will be

14   ready, we will be present, and we'll do our damndest to give

15   you a good trial.

16             I do not want Ed Tarpley sitting at that table

17   with me.

18             Let me tell you how this all went down.  I got a

19   text message at 1:30 a.m.

20             THE COURT:  Mr. Bright, hang on.  I want to be

21   careful about this --

22             MR. BRIGHT:  I know.

23             THE COURT:  -- and putting all this on the public

24   record, so let's just put a pause on that.

25             MR. BRIGHT:  I would ask then that the Court deny

 1    the motion to substitute or allow Mr. Tarpley in.

 2    Mr. Linder and I have an exceptional working relationship

 3    with the entire body of counselors that are in this case.

 4    We have developed a phenomenal rapport, we have a good

 5    working relationship, and I would like to see that continue,

 6    sir.

 7                THE COURT:  Okay.

 8                Mr. Rhodes -- hang on.  I don't see Mr. Rhodes on

 9    the screen anymore.  There he is.

10                Mr. Rhodes, why don't I turn to you.  You've heard

11    a lot of talking so far.  You've heard from lawyers, me.

12    I'll give you an opportunity to say what you'd like to say

13    on the record.  Just be mindful that everything you say at

14    this point is on the record; and, two, I'm not asking you to

15    make any disclosures of any attorney-client communications

16    or any confidences that you have shared with any of your

17    counsel.

18                THE DEFENDANT:  Hold on one second, Your Honor,

19    they're putting the power cord in.

20                Okay.  I'm back, I think.

21                Your Honor, can you hear me?

22                THE COURT:  I can, Mr. Rhodes.

23                THE DEFENDANT:  Okay.

24                A couple things.

25                Mr. Linder, I think, has done his best to handle

this in a very professional manner.  They both -- the same
is true with Mr. Bright.

THE COURT:  Mr. Rhodes, at least I'm having
difficulty hearing you.  And I don't know if our court
reporter is.  But if there's a microphone that you can get
closer to, that might be helpful.

THE DEFENDANT:  I'm trying.  How about now?  Can
you hear me?

THE COURT:  Yes, that's a little better.
Thank you.

THE DEFENDANT:  One is, they did promise to depose
Colonel Siemens, that is not a lie.  And I take offense to
Mr. Bright accusing me of lying.

Their investigator, Crystal Wallace, can confirm,
I talked to her about it as well; that is, he's had a heart
attack, two heart attacks and two strokes.  I've notified
them of that and asked them to depose him.  And they said,
yes, we'll have to work that out with the prosecutors.  The
prosecutors had to fly to Texas, but they can work that out
and they agreed to do it.  So their investigator and
Mr. Bright agreed to do that.  So that is not a lie, it's
just a fact.

They did promise to do a motion to sever.  They
called me on August the 10th.  That was the last phone call
they made to me on the attorney-client line in my unit.  And

they said that the only thing in the file is a motion to
sever.  They told me that they were going to do that.  So I
mean, there's whole other things that we discussed, a lot of
things that we discussed that have not been done.

        The interlocutory appeal, it wasn't the merits.
I discussed with them my desire to appeal.  Mr. Bright said,
well, we're not -- he actually said, you know more about
appeals than we do, but we have an appellate specialist who
does our appeals.  And I asked him, will you please put me
in touch with him, and he said, yes, he would.  And twice I
asked him to put me in touch with their appellate attorney
to discuss not just the motion to dismiss but also the
denial of a motion for venue change and the denial of
continuance.  Both of those were what I wanted to discuss
with their appellate counsel and they never put him in touch
with me.

        My last phone call with them is on August the
10th.  And I did pipe up in a hearing on August the 23rd,
when we got done doing the closed session about the
financing about my defense, I did pipe up in your presence,
I was in the courtroom, Mr. Bright was coming in by video,
and I asked Mr. Bright, Mr. Bright, can you guys please call
me, and he replied, yes, we will, that was on August 23rd,
and then he never did.

        And that's not the first time that's happened.

1  I have spoken up at two other prior hearings.  Because of

2  the communication problems, I've had to pipe up during

3  hearings and ask them to call me.  I didn't complain to you

4  about that, but it was my only way I could get ahold of them

5  was to do it during hearings.

6          In this last few weeks in contrast, I have spoken

7  to Mr. Tarpley and his paralegal at least six different

8  times.  They've called me and had absolutely no problem

9  calling into the jail.  The guards here will accommodate not

10  just my two-hour brief periods but also meal times.

11          And last night after I got back from looking at

12  discovery there in the District Court, they accommodated me.

13  From 9:00 to 11:00, I was on the phone with lawyers last

14  night going over this motion.

15          So there is a -- certainly it's been difficult,

16  but I think sadly that they are making excuses for why they

17  have not been calling me when other attorneys have had no

18  problem reaching me.  I mean, two visits here and then also

19  at least six phone calls at various times of the day,

20  they've had no issues.  So I think it's a bit of a red

21  herring.

22          I do respect both of them.  I especially respect

23  Mr. Linder.  I do not have any confidence in Mr. Bright,

24  given his false accusations that I'm lying.  That is a

25  breakdown of our relationship, frankly.  So unless it can be

1    rectified, I don't want him at the table.  I would take

2    Mr. Linder and Mr. Tarpley without Mr. Bright any day of the

3    week, frankly, at this time.

4              THE COURT:  Okay.  Thank you, Mr. Rhodes.

5              MR. BRIGHT:  Your Honor, may I address Mr. Rhodes?

6              THE COURT:  I'm sorry, Mr. Bright?

7              MR. BRIGHT:  May I address Mr. Rhodes briefly,

8    Your Honor?

9              I just wanted to apologize to him for that

10   characterization.  If I was out of line for that, it's on

11   me.

12             That was a mischaracterization; I should not have

13   used that word.  I perhaps should have phrased it

14   differently as a pretty dramatic misunderstanding.  And for

15   that, Mr. Rhodes, I am sorry.

16             THE DEFENDANT:  I appreciate that and I thank you.

17             And I understand it might have been cross-wires;

18   I'm talking to you; I'm talking to your investigator.

19             But this is the problem, is that we have not had

20   open communication and it has not been what it could have

21   been.  Other attorneys have had and their paralegals have

22   had zero problem talking to me.

23             And you guys have a large docket with many cases

24   and you're always in court and you just, you know, haven't

25   been able to set aside the time for this case.

1          THE COURT:  Mr. Rhodes, if I can just interject.

2     I don't want to -- well, I don't know that on the public

3     record is where we ought to be mediating these issues.

4          But, look, I think this is fairly straightforward

5     in some sense.  I have a great deal of discretion in what to

6     do here at the eleventh hour when there is a request to both

7     substitute counsel and continue a trial.

8          The government is right, the Circuit's decision in

9     *Burton* lays out a number of factors that I'm to consider and

10    I've considered all of them, and I'll go through them now:

11    The length of the requested delay is not 90 days, it is far

12    greater than 90 days as has just been admitted by

13    Mr. Tarpley.  There is no humanly possible way Mr. Tarpley,

14    having just conceded that -- or suggested that Mr. Linder

15    and Mr. Bright aren't prepared after eight months -- that he

16    could be ready in 90 days.  So the length of requested delay

17    certainly cuts against allowing the substitution.

18         Whether the other continuances have been requested

19    and granted, there has been at least one continuance that

20    was granted in the summer.  Mr. Linder had suggested at the

21    beginning that he would be ready by July, he wasn't, that's

22    okay, I understand, lawyers sometimes think they can get

23    more -- ready sooner than they can.

24         But then I asked again, all defense counsel -- and

25    you can have a seat, Mr. Tarpley -- that whether they -- if

1    I move this case to the end of September, it's on the

2    record, that each of them, I would have their commitment

3    that they would be ready by the end of September, and every

4    one of them said they would be.

5         You know, convenience, inconvenience to the

6    litigants, witnesses, counsel, and Court, we have talked

7    about that at length.  There are -- I don't know how many

8    subpoenas you all have out to people, but undoubtedly quite

9    a few, referring here to the government.  I suspect the

10   defense already has subpoenas out to witnesses as well.

11   Counsel had made arrangements to come from out of town to be

12   here for an extended period of time.  Lawyers have put their

13   lives on hold, as Mr. Bright so passionately described, to

14   try this case.  The prosecution, I am aware, has been

15   working nonstop, and there are four of them at this table

16   and others even in the gallery, getting prepared for this

17   case.

18        I've already described the impact that a

19   continuance of Mr. Rhodes' trial would have on my docket.

20   It is not an exaggeration to say that if Mr. Rhodes sought a

21   delay in this case and was not prepared in, frankly,

22   60 days, which would be in the second trial group, he could

23   not be tried until next summer.  I do not have four weeks on

24   my calendar to devote to Mr. Rhodes' trial alone.  I do not

25   have it.  There are other defendants who've been waiting

1    longer for a trial and cannot -- some of whom who are

2    detained, and I simply cannot set aside their interests and,

3    frankly, the public's interest, in bringing those cases to

4    trial in an expedient manner to have their cases tried.

5    It is just a reality, folks.

6            THE DEFENDANT:  Your Honor, may I speak for a

7    second?

8            THE COURT:  No, Mr. Rhodes, I'm not going to --

9    hang on.

10           It is just the reality of the dockets in this

11   District Court.  January 6th has created a massive traffic

12   jam of cases.  And that is just the reality of it.  And any

13   continuance, particularly of a case of this magnitude -- if

14   this was a case that was a week long, sure, we'd figure it

15   out.  This is not a week-long case.  Trying Mr. Rhodes, even

16   alone, is going to be a month-long trial, no doubt about it.

17   Even without other defendants, it is going to be a

18   multi-week trial.

19           You know, whether the requested delay is for

20   legitimate reasons or whether it is a dilatory,

21   purposeful -- it is dilatory, purposeful, or contrived, I've

22   gone through reason by reason that was set forth in this

23   motion and suggested that there are not legitimate reasons

24   to continue the case.

25           Each of the reasons that were provided, including

1    the various motions that purportedly were not filed,

2    frankly, many of them don't have any merit right off the

3    bat, but none of them are legitimate reasons to delay the

4    case.

5           If there are motions that you still wish to file,

6    you've got time to file them and I'll consider them if

7    I can.

8           So if you want a severance, Mr. Rhodes, you still

9    have time to file for one.  But you already heard my views

10   on the likelihood of success, but I'm not discouraging you

11   from filing it.

12          Whether the defendant has contributed to the

13   circumstances which give rise to the request for a

14   continuance, I think Mr. Rhodes has to some degree.

15          Now, look, Mr. Rhodes is in a tough situation, no

16   doubt about it.  I understand he is detained; that was my

17   decision.  His counsel are in Texas; that was his decision.

18   That makes it difficult to communicate.

19          That said, you know, I have not had a whiff of any

20   dissension, difficulty, conflict, what have you between

21   Mr. Rhodes and his lawyers until yesterday.  So the idea

22   that all of a sudden three weeks before trial there is a

23   complete breakdown of communication and disrepair of the

24   lawyer-client relationship is just not consistent with this

25   record, and, frankly, it's not consistent with what I've

1   just been told.

2           And what Mr. Rhodes has told us today is that it's

3   been difficult to communicate with his lawyers,

4   understandably so.  That certainly as it relates to

5   Mr. Linder, there is not a hopelessly broken relationship.

6   It seems that the issues with Mr. Bright, frankly, have just

7   cropped up today largely in some of the -- just the back and

8   forth that's happened today, but I'm not sure that

9   relationship is in disrepair either.

10          THE DEFENDANT:  Your Honor, may I talk?

11          THE COURT:  Mr. Rhodes, you're going to have to

12  let me get through this because, for some reason, the

13  Circuit thinks there are about a dozen factors I'm supposed

14  to consider.

15          THE DEFENDANT:  Okay.

16          THE COURT:  Whether the defendant has other

17  competent counsel prepared to try the case, including the

18  consideration of whether the other counsel is retained as

19  lead or as associate counsel.

20          You know, I'm not at all casting aspersions on

21  Mr. Tarpley.  I suspect he's a fine, talented lawyer.  But

22  no lawyer is going to be ready to try this case in 90 days,

23  let alone three weeks.  So if I were to substitute

24  Mr. Tarpley for Mr. Linder and Mr. Bright, there is

25  absolutely no way, no way Mr. Rhodes would have

1    constitutionally effective assistance at this trial, no
2    possible way.
3           Whether denying the continuance will result in
4    identifiable prejudice to the defendant's case, and if so,
5    whether this prejudice is of a material or a substantial
6    nature.
7           Again, I've said this earlier, which is that none
8    of the real bases are articulated in a way that actually
9    suggests real prejudice.  There's a desire for more time.
10   I get it, there's always a desire for more time.  No defense
11   lawyer thinks there's enough time to get prepared, but
12   there's not been an articulated basis for prejudice.
13          I will say, and I'll just put on the record, to
14   the extent there is a concern about Ms. SoRelle's recent
15   indictment and the impact that has on Mr. Rhodes' defense,
16   put it in writing.  She's been indicted now, I think, for at
17   least two weeks.  I can't remember when she was arrested,
18   but it's been at least two weeks, I think, and I've not
19   received a speck of paper from anyone suggesting that her
20   charge -- her being charged is going to impact Mr. Rhodes'
21   defense materially until it was raised in this motion
22   yesterday.
23          The complexity of the case clearly weighs against
24   granting any continuance.  This is, as everybody has said,
25   one of the more complex cases in the -- that we've had in

1    this jurisdiction, not only because of the nature of the

2    charges, but also, quite clearly, the volume of the

3    discovery.  And, frankly, you know, there's a public

4    interest in this case that is above and beyond what the

5    ordinary criminal case has.

6         Other relevant factors which may appear in the

7    context of any particular case, again, I'll just emphasize,

8    there is a public interest here.  This case has been

9    docketed multiple times for trial, not just the two that I

10   mentioned.  When it was in its infancy, this case was,

11   I think, scheduled for last fall when it was -- when

12   Mr. Rhodes was not even a defendant.  So there are other

13   defendants to even consider here, which, by the way, haven't

14   really been mentioned at all.  We've got Mr. Meggs, we've

15   got Mr. Harrelson, Ms. Watkins, all three of whom have been

16   detained since they were charged in this case.  I have to

17   consider their interests as well.

18        So for all of those reasons, and I suspect there

19   are more, but for all of those reasons, I'm not going to

20   grant the motion for a continuance, I'm not going to grant

21   the motion to remove Mr. Linder and Mr. Bright as counsel in

22   this case.

23        Where I will leave it is this.  If Mr. Tarpley

24   wants to join this defense team and it is amenable to

25   Mr. Rhodes and his two current counsel and they can work it

 1    out, we'll make room at the table for you, Mr. Tarpley, but

 2    that's about as much as I'm willing to give, okay?

 3              Anybody else like anything to say before we

 4    adjourn?

 5              MR. NESTLER:  Not from the government, Your Honor.

 6              MR. LINDER:  Thank you, Your Honor.

 7              THE COURT:  All right.

 8              Mr. Tarpley, I'm going to need you to come to the

 9    mic because otherwise our court reporter can't hear you.

10              MR. BRIGHT:  Your Honor, thank you for your

11    rulings.  We appreciate your time as always.

12              THE COURT:  Hang on, Mr. Bright.  Mr. Tarpley

13    wants to add one thing.

14              MR. TARPLEY:  Yeah, I just wanted to say that I

15    respect the ruling, I respectfully object on behalf of

16    Mr. Rhodes, but I do respect the Court's ruling.

17              THE COURT:  Understood.  And your objection is

18    noted.

19              Thank you, everybody.  We'll see you next week.

20              MR. BRIGHT:  I just want to note that we will make

21    every effort immediately to rectify some of the concerns

22    that Mr. Rhodes has.  We will bend over backwards and do

23    everything possible to work with counsel if that is what

24    Mr. Rhodes wants and guarantee that for the Court.

25              THE COURT:  I appreciate that, Mr. Bright.

1          And I will say again for the record, and you all

2    know this is a standing offer, to the extent you need my

3    help with the facilities to connect with Mr. Rhodes, just

4    let me know.  I mean, we've had success in the past;

5    I suspect we will have success again if we need to intercede

6    and try and make this work more smoothly than it has,

7    all right?

8          Thank you, everyone.

9          COURTROOM DEPUTY:  All rise.  The Court stands in

10   recess until the return of court.

11          (Proceedings concluded at 4:51 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__September 11, 2022___    

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 3/2 3/6 57/9

**MR. BRIGHT: [14]** 15/24 16/18 17/7 17/4 23/17 25/4 43/7 43/10 43/22 43/25 48/5 48/7 56/10 56/20

**MR. LINDER: [11]** 17/3 17/5 18/10 18/13 19/22 19/24 22/5 22/21 37/20 38/18 56/6

**MR. NESTLER: [4]** 30/24 31/21 33/16 56/5

**MR. TARPLEY: [18]** 3/23 4/8 33/19 33/22 35/6 36/19 37/7 37/9 37/18 38/22 40/5 40/11 40/18 41/1 41/6 41/17 42/12 56/14

**THE COURT: [52]** 3/5 3/16 3/20 3/24 4/13 16/5 16/24 17/2 18/1 18/12 19/18 19/23 22/4 22/6 23/14 25/2 30/12 31/11 33/15 33/17 33/21 34/15 35/21 37/5 37/8 37/11 38/8 40/2 40/8 40/13 40/24 41/3 43/20 43/23 44/7 44/22 45/3 45/9 48/4 48/6 49/1 51/8 53/11 53/16 56/7 56/12 56/17 56/25

**THE DEFENDANT: [9]** 3/18 44/18 44/23 45/7 45/11 48/16 51/6 53/10 53/15

**1**

**10 [2]** 18/16 29/1
**10th [2]** 45/24 46/18
**11 [1]** 58/7
**11:00 [1]** 47/13
**12 [1]** 12/24 28/5
**1460 [1]** 2/13
**15 [2]** 1/4 4/10
**150 [1]** 41/24
**1:30 [1]** 43/19

**2**

**20 [2]** 18/16 35/25
**20001 [1]** 2/17
**202 [2]** 1/18 2/18
**2021 [2]** 8/23 35/24
**2022 [2]** 1/5 58/7
**20530 [1]** 1/18
**212 [1]** 18/14
**214 [2]** 2/5 2/9
**22-15 [1]** 1/4
**22-15-1 [1]** 3/7
**2255 [1]** 29/19
**23rd [3]** 6/17 46/18 46/23
**252-7277 [1]** 1/18
**252-9900 [1]** 2/5
**27th [2]** 42/2 42/24

**2nd [6]** 6/16 34/13 35/9 36/21 36/24 39/22

**3**

**300 [1]** 36/7
**302 [1]** 18/20
**30th [1]** 6/18
**318 [1]** 2/13
**3249 [1]** 2/18
**3300 [2]** 2/3 2/7
**333 [1]** 2/17
**354-3249 [1]** 2/18
**3:30 [1]** 1/6

**4**

**42 [1]** 36/16
**487-1460 [1]** 2/13
**4:51 [1]** 57/11

**5**

**500 [1]** 19/14
**555 [1]** 1/17

**6**

**60 days [1]** 50/22
**6th [8]** 5/21 9/13 10/7 26/14 26/18 38/14 39/1 51/11

**7**

**700 [2]** 2/4 2/8
**71301 [1]** 2/12
**72 [1]** 36/16
**720-7777 [1]** 2/9
**7277 [1]** 1/18
**75219 [2]** 2/4 2/8
**7777 [1]** 2/9

**8**

**819 [1]** 2/12

**9**

**90 [7]** 4/3 40/10 40/15 49/11 49/12 49/16 53/22
**9900 [1]** 2/5
**9:00 [1]** 47/13

**A**

**a.m [1]** 43/19
**ability [4]** 6/9 32/8 35/1 40/3
**able [5]** 38/5 39/1 41/14 42/8 48/25
**about [50]** 4/10 6/14 6/20 6/25 9/2 10/22 11/8 11/10 12/10 12/23 13/5 13/8 14/4 14/7 14/17 14/23 15/20 17/9 19/1 20/2 20/15 21/7 25/5 25/8 25/18 25/18 25/24 26/9 26/15 26/25 29/12 32/10 38/11 38/14 38/20 42/7 42/8 43/21 45/7 45/15 46/7 46/19 46/20 47/4 50/7 51/16 52/16 53/13 54/14 56/2

**above [3]** 39/16 56/9 58/4
**above-titled [1]** 58/4
**absolute [1]** 12/1
**absolutely [5]** 36/22 37/1 40/11 47/8 53/25
**absolve [1]** 11/20
**access [1]** 5/19
**accommodate [1]** 47/9
**accommodated [1]** 47/12
**accommodation [1]** 6/2
**accommodations [2]** 20/4 20/5
**accurate [1]** 24/23
**accusations [1]** 47/24
**accuse [1]** 21/19
**accused [1]** 41/10
**accusing [1]** 45/13
**Act [2]** 10/16 25/18
**activities [1]** 39/2
**actually [6]** 4/11 16/7 27/3 27/4 46/7 54/8
**add [4]** 18/16 23/16 30/15 56/13
**addition [1]** 21/10
**additional [1]** 14/7
**address [9]** 20/17 21/24 25/22 27/8 31/22 37/19 37/20 48/5 48/7
**addressed [1]** 22/2
**addressing [1]** 28/5
**adjourn [1]** 56/4
**adjourned [1]** 11/19
**admirable [1]** 35/3
**admissible [1]** 12/15
**admitted [1]** 49/12
**advance [2]** 18/9 23/6
**advice [3]** 38/4 38/12 38/16
**advise [2]** 37/12 38/13
**advocating [1]** 36/10
**affect [1]** 32/7
**African [1]** 21/23
**African-American [1]** 21/23
**after [5]** 10/7 21/12 41/21 47/11 49/15
**afternoon [2]** 3/6 3/16
**again [12]** 22/9 22/16 26/20 27/17 27/19 28/1 34/21 49/24 54/7 55/7 57/1 57/5
**against [2]** 49/17 54/23
**ago [14]** 4/7 4/11 12/25 14/16 15/12 20/6 26/16 27/24 31/23 32/5 33/3 34/1 37/23 39/13
**agree [6]** 17/4 26/11 27/16 29/8 38/6 40/11
**agreed [6]** 26/12 37/12 38/2 41/4 45/20 45/21
**ahold [1]** 47/4
**aided [1]** 2/19
**aired [1]** 27/6
**Alexandra [2]** 1/15 3/9
**Alexandria [2]** 2/12

**all [46]** 3/2 3/24 4/13 8/14 8/14 13/9 17/10 19/8 21/15 22/6 22/17 22/17 23/5 23/14 26/16 27/11 27/15 29/13 30/11 30/12 32/5 33/8 33/12 33/13 33/17 33/22 36/14 36/16 42/9 42/14 42/19 43/18 43/23 49/10 49/24 50/8 52/22 53/20 55/14 55/15 55/18 55/19 56/7 57/1 57/7 57/9
**all right [1]** 57/7
**allegation [3]** 4/23 11/16 12/5
**allegations [2]** 29/25 30/10
**alleged [2]** 12/18 25/25
**allow [2]** 38/1 44/1
**allowed [2]** 10/17 39/24
**allowing [1]** 49/17
**almost [1]** 36/7
**alone [4]** 6/15 50/24 51/16 53/23
**alongside [1]** 33/7
**already [10]** 15/11 15/14 22/2 25/6 27/7 27/25 30/15 50/10 50/18 52/9
**also [11]** 8/2 14/13 23/1 23/18 25/11 34/4 39/7 46/12 47/10 47/18 55/2
**always [5]** 23/24 32/6 48/24 54/10 56/11
**am [7]** 9/8 16/22 24/21 25/25 31/19 48/15 50/14
**amenable [1]** 55/24
**Amendment [7]** 13/7 13/8 13/10 13/14 13/15 14/2 29/8
**AMERICA [2]** 1/3 3/8
**American [1]** 21/23
**AMIT [2]** 1/9 3/3
**among [1]** 38/15
**amount [1]** 15/13
**amounts [2]** 34/12 41/13
**another [6]** 18/16 26/12 26/20 28/1 30/9 39/7
**answer [2]** 32/10 37/9
**answering [1]** 24/22
**any [38]** 3/20 5/20 5/21 6/12 7/9 7/19 7/21 7/22 8/7 10/14 10/17 12/1 12/7 12/18 14/21 19/19 19/23 22/9 22/10 22/13 26/12 28/10 29/25 31/15 35/4 38/10 39/4 44/15 44/15 44/16 44/16 47/23 48/2 51/12 52/2 52/19 54/24 55/7
**anybody [2]** 12/19

**anybody's [1]** 14/16
**anymore [1]** 44/9
**anyone [2]** 12/20 54/19
**anything [7]** 12/4 15/10 23/16 26/3 30/15 34/2 56/3
**anyway [1]** 7/19
**anywhere [1]** 27/14
**apologize [1]** 48/9
**apparently [1]** 16/11
**appeal [6]** 7/16 7/20 7/22 7/24 46/5 46/6
**appeals [2]** 46/8 46/9
**appear [1]** 55/6
**appearance [1]** 40/9
**APPEARANCES [2]** 1/13 1/21
**appeared [1]** 6/13
**appearing [1]** 3/14
**appears [1]** 21/18
**appellate [3]** 46/8 46/11 46/15
**appreciate [8]** 17/7 19/25 30/13 35/7 43/12 48/16 56/11 56/25
**appropriate [1]** 43/5
**appropriately [1]** 36/11
**are [63]**
**aren't [1]** 49/15
**argue [1]** 13/13
**around [1]** 32/13
**arrangements [3]** 5/23 41/23 50/11
**arrested [2]** 6/12 54/17
**articulated [3]** 35/3 54/8 54/12
**as [75]**
**aside [3]** 40/7 48/25 51/2
**ask [3]** 37/5 43/25 47/3
**asked [9]** 5/3 9/12 11/3 18/6 45/17 46/9 46/11 46/22 49/24
**asking [1]** 44/14
**aspects [2]** 16/17 28/9
**aspersions [1]** 53/20
**assembling [1]** 20/25
**assembly [1]** 14/1
**asserted [1]** 12/18
**assertion [1]** 9/21
**assist [1]** 36/15
**assistance [2]** 7/11 54/1
**associate [1]** 53/19
**assuage [1]** 24/7
**att.net [1]** 2/13
**attack [1]** 45/16
**attacks [1]** 45/16
**attempt [1]** 21/18
**attorney [8]** 2/11 15/21 21/6 26/4 38/4 44/15 45/25 46/11
**ATTORNEY'S [3]** 1/17 21/3 31/16
**attorney-client [3]** 15/21 44/15 45/25
**attorneys [5]** 34/9 35/9

## A

attorneys... [3]  39/24
47/17 48/21
August [12]  6/16 6/17
6/18 34/13 35/9 36/20
36/24 39/22 45/24
46/17 46/18 46/23
AUSA [1]  16/16
authority [2]  9/18
13/21
authorizes [1]  9/15
available [2]  14/25
15/5
Avenue [3]  2/3 2/7 2/17
aware [12]  5/7 7/19
7/21 8/14 10/17 11/4
12/16 22/24 25/25 28/2
31/3 50/14
away [2]  30/5 33/10

## B

back [13]  16/2 16/4
17/7 17/10 18/19 21/5
22/25 31/4 35/23 39/14
44/20 47/11 53/7
backwards [4]  5/7
17/20 20/3 56/22
bad [1]  36/18
balance [1]  24/20
BARRETT [2]  2/3 2/16
based [3]  29/24 30/9
43/13
bases [1]  54/8
basic [1]  25/15
basis [5]  9/10 10/10
10/20 13/13 54/12
bat [1]  52/3
be [86]
because [20]  8/8 9/11
9/18 15/8 21/2 21/17
24/17 29/16 34/11
34/23 35/16 36/9 40/8
40/12 40/16 41/18 47/1
53/12 55/1 56/9
become [1]  24/16
been [75]
before [14]  1/9 10/6
12/22 13/6 15/14 20/6
21/25 28/4 37/23 38/10
41/20 42/3 52/22 56/3
began [1]  37/22
begin [1]  41/21
beginning [6]  11/14
17/9 20/20 34/17 34/19
49/21
behalf [6]  6/10 7/24
28/10 29/11 36/10
56/15
behavior [1]  13/6
being [13]  4/24 11/13
11/21 12/12 13/18
13/19 14/17 14/25 17/9
28/17 35/5 41/8 54/20
believe [4]  8/19 27/3
31/2 41/9
believes [1]  29/13
41/10
believing [1]  30/8

benefit [1]  41/22
bent [3]  5/6 17/20 20/3
best [3]  16/20 30/1
44/25
better [2]  33/1 45/9
between [4]  6/6 11/5
12/13 52/20
bewildered [1]  9/8
bewildering [1]  4/19
beyond [4]  6/22 39/8
39/16 55/4
big [1]  43/2
biggest [1]  17/15
bit [3]  21/16 39/13
47/20
blame [1]  11/25
body [2]  27/15 44/3
bombs [4]  12/4 12/6
12/7 27/19
both [9]  21/11 21/13
31/24 32/1 38/2 45/1
46/14 47/22 49/6
bottom [2]  40/13 41/18
bound [1]  11/18
branch [1]  9/16
breakdown [2]  47/25
52/23
brief [2]  41/13 47/10
briefly [2]  23/17 48/7
BRIGHT [38]  2/3 2/7
3/12 6/3 6/23 15/18
16/6 18/8 19/20 20/7
23/16 25/2 30/12 35/2
35/8 37/18 39/18 40/24
42/22 43/9 43/20 45/2
45/13 45/21 46/6 46/21
46/22 46/22 47/23 48/2
48/6 49/15 50/13 53/6
53/24 55/21 56/12
56/25
bring [5]  5/24 20/16
22/15 41/20 41/24
bringing [1]  51/3
broken [5]  29/5 29/16
29/24 34/22 53/5
brought [5]  10/18
27/20 27/23 27/25
35/23
building [2]  11/21
38/14
bulk [1]  20/24
bulldozer [1]  17/21
bump [2]  42/10 42/12
Burton [1]  49/9

## C

calendar [2]  42/5 50/24
call [11]  9/21 9/23 20/7
21/5 24/15 31/19 32/8
45/24 46/17 46/22 47/3
called [5]  12/12 42/1
42/1 45/24 47/8
calling [1]  19/8 30/19
47/9 47/17
calls [4]  19/10 23/12
24/24 47/19
came [1]  22/25

camera [1]  14/7
can [42]  3/17 3/18 3/19
4/3 5/25 5/25 6/7 7/14
8/11 8/11 9/14 9/24
10/18 11/24 17/22 21/5
21/5 21/6 22/4 22/18
24/11 25/16 30/8 35/22
38/13 38/16 43/1 43/5
44/21 44/22 45/5 45/7
45/14 45/19 46/22
47/25 49/1 49/22 49/23
49/25 52/7 55/25
can't [2]  54/17 56/9
candor [2]  30/13 43/12
cannot [2]  51/1 51/2
capacity [1]  7/9
Capitol [3]  11/21 38/14
38/21
careful [1]  43/21
carrying [1]  11/17
case [83]
cases [10]  17/19 31/25
36/1 36/1 36/5 48/23
51/3 51/4 51/12 54/25
casting [1]  53/20
cause [2]  11/15 13/24
cell [3]  14/25 15/3 25/2
certain [3]  27/22 28/8
35/18
certainly [7]  8/15 9/5
13/11 33/4 47/15 49/17
53/4
certification [1]  38/15
Certified [1]  2/15
certify [1]  58/2
CH [1]  2/16
challenge [3]  36/3 36/4
36/12
chance [2]  4/11 34/1
change [1]  46/13
characterization [1]
48/10
characterize [1]  36/17
charge [3]  28/20 35/12
54/20
charged [3]  11/12
54/20 55/16
charges [3]  36/11
41/12 55/2
children [2]  30/3 30/6
choice [4]  5/12 29/9
33/7 42/15
choose [1]  33/6
chooses [1]  28/23
chord [1]  22/8
chose [3]  31/7 32/17
33/7
chosen [1]  33/2
CHS [1]  22/25
Circuit [2]  7/25 53/13
Circuit's [1]  49/8
circumstances [1]
52/13
cited [1]  10/1
civilian [1]  18/14
claimed [2]  8/3 8/4
claims [1]  21/24

clear [6]  4/18 5/16 9/5
16/6 26/16 31/1
clearly [4]  24/5 24/8
54/23 55/2
Clerk's [1]  4/10
client [5]  5/13 5/13
15/21 35/17 44/15
45/25 52/24
clients [2]  24/6 36/11
close [2]  28/4 40/7
closed [1]  46/19
closely [1]  37/2
closer [4]  17/15 31/5
31/10 45/6
closest [1]  21/8
clue [1]  15/7
co [2]  8/6 8/16 27/23
Co-defendant [1]
27/23
co-defendants [2]  8/6
8/16
coincidental [1]  39/9
collegial [1]  30/8
colloquy [1]  29/4
Colonel [1]  45/12
COLUMBIA [4]  1/1
5/11 5/15 5/15
comb [1]  35/16
come [7]  8/21 8/24
20/11 30/4 43/1 50/11
56/8
coming [3]  17/12 17/12
46/21
comment [3]  14/23
19/19 43/7
commitment [1]  50/2
committed [1]  32/21
Committee [3]  9/13
26/14 26/18
common [1]  40/21
communicate [2]
52/18 53/3
communication [6]
5/13 11/4 20/1 47/2
48/20 52/23
communications [5]
6/5 6/6 11/1 15/21
44/15
compel [4]  9/13 9/16
20/16 26/18
competence [1]  7/6
competent [2]  7/5
53/17
complain [1]  47/3
complained [2]  6/14
9/12
complete [3]  7/12
31/25 52/23
completely [1]  4/18
complex [1]  54/25
complexity [1]  54/23
compliance [1]  10/19
complications [1]  31/8
compromise [2]  22/13
compromised [1]  23/5
computer [1]  2/19
computer-aided [1]

concede [1]  40/13
conceded [1]  49/14
concern [4]  14/22
22/15 41/7 54/14
concerned [2]  5/7 7/4
concerns [2]  13/5
56/21
concluded [1]  57/11
concrete [1]  35/1
concur [1]  23/18
conduct [3]  13/15
13/25 22/12
conducted [1]  34/11
conference [1]  6/17
confidence [1]  47/23
confidences [1]  44/16
confidential [2]  14/8
20/16
confirm [2]  16/22
45/14
conflict [1]  52/20
confused [1]  24/21
Congress [9]  9/16
11/11 11/13 11/16
11/17 11/21 11/22
13/22 27/17
Congress's [1]  11/25
connect [1]  57/3
connected [2]  12/6
20/9
conscience [1]  30/7
consequences [1]
11/9
consider [7]  26/21
28/11 49/9 52/6 53/14
55/13 55/17
consideration [1]
53/18
considered [2]  34/8
49/10
consistent [1]  52/24
52/25
conspiracy [4]  13/14
13/23 28/20 35/12
conspiratorial [1]  26/1
Constitution [1]  2/17
constitutional [2]  14/3
35/11
constitutionally [1]
54/1
construed [1]  19/20
contact [1]  6/20
context [2]  15/22 55/7
continuance [14]  4/2
5/3 34/8 34/22 39/16
40/14 46/14 49/19
50/19 51/13 52/14 54/3
54/24 55/20
continuances [1]
49/18
continue [5]  9/11 22/7
44/5 49/7 51/24
continued [2]  2/1
17/14
continuing [1]  32/16
contrast [1]  47/6
contributed [1]  52/12

**C**

contrived [1] 51/21
convenience [1] 50/5
conversations [2] 6/23 12/13
cooperate [2] 23/13
cooperating [1] 8/17
coordinate [2] 9/16 20/25
coordinated [1] 12/19
coordination [1] 11/2
copy [1] 4/10
cord [1] 44/19
correct [3] 15/22 37/1 58/3
could [17] 9/9 21/24 22/11 27/4 35/19 36/15 37/19 38/13 39/21 40/2 40/9 40/22 43/10 47/4 48/20 49/16 50/22
couldn't [1] 20/9
counsel [47] 3/16 4/1 5/1 5/9 5/10 6/6 7/5 7/10 7/11 13/17 14/5 14/11 15/15 18/4 18/7 19/23 21/4 21/21 29/9 31/5 31/7 31/24 31/25 32/2 33/3 34/18 36/3 36/9 38/1 38/4 38/12 38/16 41/12 41/20 44/17 46/15 49/7 49/24 50/6 50/11 52/17 53/17 53/18 53/19 55/21 55/25 56/23
counselors [1] 44/3
country [2] 19/9 35/13
couple [4] 20/6 24/13 33/25 44/24
course [2] 31/8 32/13
court [31] 1/1 2/14 2/16 3/3 5/1 9/15 9/16 9/24 16/15 24/23 26/9 26/13 28/23 29/6 29/12 29/24 31/3 31/13 32/25 36/2 43/11 43/25 45/4 47/12 48/24 50/6 51/11 56/9 56/24 57/9 57/10
Court's [3] 28/24 32/14 56/16
courthouse [4] 5/24 22/17 24/19 41/24
courtroom [4] 7/3 22/17 33/20 46/21
covers [1] 15/13
CR [1] 1/4
create [1] 43/4
created [2] 15/8 51/11
crime [1] 32/21
criminal [6] 3/7 7/21 13/14 32/3 32/6 55/5
critical [1] 39/3
criticism [1] 19/20
cropped [1] 53/7
cross [1] 48/17
cross-wires [1] 48/17
CRR [2] 58/2 58/8
Crystal [1] 45/14
current [1] 15/15 37/25

currently [1] 16/1
cuts [1] 49/17

**D**

D.C [6] 1/5 1/18 2/17 25/17 30/5 38/25
daily [1] 20/11
Dallas [4] 2/4 2/8 16/22 24/3
damndest [1] 43/14
dare [1] 36/17
date [4] 4/2 33/9 40/16 58/7
dates [1] 5/2
day [8] 16/9 16/12 20/8 25/21 26/2 40/6 47/19 48/2
days [12] 4/3 16/12 27/12 34/1 39/6 40/10 40/15 49/11 49/12 49/16 50/22 53/22
deadline [1] 12/25
deadlines [1] 13/1
deal [1] 49/5
dealt [3] 13/8 20/16 27/25
decades [1] 24/6
decide [1] 38/1
decision [6] 23/21 28/25 36/20 49/8 52/17 52/17
decisions [1] 36/9
declined [1] 31/5
deeply [1] 24/11
defendant [15] 1/7 2/2 3/13 5/19 5/20 6/1 7/7 7/22 13/4 27/23 31/15 32/11 52/12 53/16 55/12
defendant's [3] 22/14 32/8 54/4
defendants [15] 8/6 8/16 11/16 11/20 32/17 32/20 32/23 33/4 33/6 33/13 34/17 35/24 50/25 51/17 55/13
defense [41] 8/25 10/5 10/8 10/11 11/24 12/1 14/15 14/18 14/20 15/15 17/18 18/6 19/23 21/4 25/15 26/4 27/1 27/3 27/13 31/24 32/2 33/3 34/22 36/3 36/9 36/23 37/3 37/24 38/5 38/12 38/17 39/3 39/6 39/14 46/20 49/24 50/10 54/10 54/15 54/21 55/24
defensive [1] 27/18
defer [1] 31/20
definitely [1] 41/1
degree [1] 52/14
delay [8] 7/14 29/12 30/19 49/11 49/16 50/21 51/19 52/3
delivered [1] 24/4
denial [2] 46/13 46/13

deny [1] 43/25
denying [4] 7/17 7/17 7/20 54/3
Department [2] 35/19 37/14
depending [1] 16/3
depose [2] 45/11 45/17
deposition [2] 25/11 25/12
described [2] 50/13 50/18
designate [1] 31/14
desire [3] 46/6 54/9 54/10
detail [1] 39/4
detained [4] 23/22 51/2 52/16 55/16
developed [1] 44/4
development [1] 36/22
devote [1] 50/24
dialogue [1] 21/4
did [13] 11/22 18/20 20/15 20/17 26/11 27/18 31/17 33/25 45/11 45/23 46/18 46/20 46/24
didn't [6] 16/24 20/12 27/8 27/18 31/14 47/3
different [4] 20/8 21/18 23/24 47/7
differently [2] 41/11 48/14
difficult [11] 17/13 17/17 17/22 17/24 18/23 19/12 19/16 20/2 47/15 52/18 53/3
difficulties [1] 5/13
difficulty [2] 45/4 52/20
digest [1] 17/22
dilatory [1] 51/20
directed [2] 18/7 22/16
disagree [2] 28/8 28/19
disagrees [1] 26/8
disclosed [2] 22/24 23/2
disclosures [1] 44/15
discouraging [1] 52/10
discovery [17] 5/5 5/8 5/19 6/1 8/5 15/9 17/11 17/12 17/20 18/5 21/6 34/12 34/16 34/24 39/20 47/12 55/3
discretion [1] 49/5
discuss [2] 46/12 46/14
discussed [7] 25/20 25/20 33/3 34/14 46/3 46/4 46/6
discussion [1] 26/25
discussions [1] 27/12
disenchantment [1] 6/21
dismiss [5] 7/17 7/21 13/7 36/11 46/12
dismissal [2] 13/11

dispel [1] 7/15
dispensation [2] 4/25 5/18
disrepair [2] 52/23 53/9
disrupt [1] 42/6
disrupted [1] 11/17
dissension [1] 52/20
distance [1] 23/20
district [2] 1/1 1/1 1/10 5/11 5/14 5/15 5/22 9/15 9/16 16/2 47/12 51/11
District Court [1] 47/12
divulge [1] 15/21
do [48] 6/3 6/4 7/25 10/23 12/4 15/2 15/23 20/14 20/15 20/24 23/10 23/10 23/20 24/11 24/15 25/3 25/12 26/5 26/10 26/11 26/11 26/12 27/18 28/12 28/18 28/19 28/23 31/14 31/15 37/8 40/2 40/3 42/14 43/14 43/16 45/20 45/21 45/23 46/2 46/8 47/5 47/22 47/23 49/6 50/23 50/24 56/16 56/22
do you [1] 20/15
Do you know [1] 37/8
docket [5] 21/13 36/6 42/8 48/23 50/19
docketed [1] 55/9
dockets [1] 51/10
documents [2] 9/14 9/17
does [4] 11/14 11/15 23/20 46/9
doesn't [2] 11/20 32/7
doing [4] 12/9 17/23 21/20 46/19
DOJ [2] 26/19 28/13
don't [30] 7/25 8/7 12/8 12/11 13/11 14/2 14/19 25/10 26/6 26/8 29/5 29/12 29/20 30/4 31/15 37/9 37/16 38/2 38/20 40/15 40/16 41/22 44/8 44/10 45/4 48/1 49/2 49/2 50/7 52/2
done [10] 22/13 25/6 25/14 28/15 35/3 36/2 39/19 44/25 46/4 46/19
doubt [2] 51/16 52/16
down [3] 8/4 26/4 43/18
download [1] 34/2
downstairs [1] 4/10
dozen [1] 53/13
dramatic [1] 48/14
drive [2] 8/10 18/19
due [1] 22/14
due-process [1] 22/14
during [6] 16/12 24/16 24/18 39/2 47/2 47/5

duly [1] 11/18
duty [1] 11/18
duty-bound [1] 11/18
dynamics [1] 29/7

**E**

each [2] 50/2 51/25
earlier [4] 8/22 18/4 38/9 54/7
early [1] 23/21
Earth [1] 27/9
easily [1] 7/14
Eastern [1] 16/1
ECF [1] 36/7
Ed [1] 43/16
Edward [3] 2/10 2/11 3/12
Edwards [1] 1/15 3/10
edwardtarpley [1] 2/13
effective [2] 7/11 54/1
effort [2] 24/2 56/21
eight [1] 49/15
either [4] 7/8 15/14 20/12 53/9
electronic [4] 5/19 6/1 8/5 18/21
element [1] 13/11
eleventh [2] 41/19 49/6
ELMER [3] 1/6 2/2 3/8
else [4] 11/19 11/25 14/12 56/3
elucidated [1] 16/18
Email [5] 1/19 1/20 2/5 2/9 2/13
EMERGENCY [1] 1/9
empathize [1] 24/12
emphasize [1] 55/7
empowers [1] 9/15
end [5] 16/4 42/20 42/24 50/1 50/3
enforcement [2] 11/2 11/5
engaged [2] 13/13 13/25
enough [6] 5/2 18/24 19/18 40/20 43/1 54/11
entered [1] 40/9
entering [2] 38/14 38/21
entertain [4] 28/14 28/22 29/6 43/10
entire [3] 26/1 27/13 44/3
entitled [4] 5/9 7/12 7/16 22/11
entry [1] 7/10
Epps [5] 8/21 8/24 8/24 25/24 25/25
especially [1] 47/22
even [17] 9/22 9/24 10/17 13/12 15/14 15/16 25/22 26/19 27/20 27/25 28/2 28/21 50/16 51/15 51/17 55/12 55/13
evening [1] 11/23
event [1] 26/2
events [1] 30/3
ever [4] 17/16 24/10

**E**

ever... [2] 35/13 38/11
every [19] 4/11 4/25
7/7 9/9 10/23 11/4 13/2
13/3 13/3 17/18 18/6
18/16 23/8 24/1 35/25
36/5 40/6 50/3 56/21
everybody [2] 54/24
56/19
everyone [3] 3/5 21/12
57/8
everything [3] 17/22
44/13 56/23
evidence [15] 10/10
24/2 24/4 24/19 25/23
26/19 27/15 30/11
32/22 33/12 35/4 35/15
36/4 36/12 42/6
Evidence.com [1]
18/19
exact [1] 27/8
exactly [1] 39/19
exaggeration [1] 50/20
example [1] 30/23
Excel [1] 18/14
exceptional [1] 44/2
exclude [1] 36/12
exclusively [1] 29/11
excuse [1] 30/16
excuses [1] 47/16
execute [1] 11/18
execution [1] 11/18
expected [1] 37/3
expedient [1] 51/4
experience [1] 24/7
expert [2] 10/13 10/17
experts [1] 10/18
exposed [1] 35/20
exposure [2] 32/3 32/6
extended [2] 16/11
50/12
extent [7] 6/5 12/13
13/10 13/16 24/1 54/14
57/2
extractions [1] 32/2
extremely [1] 39/6

**F**

facilitate [1] 31/10
facilities [1] 57/3
facility [1] 8/11
fact [7] 8/9 14/5 24/21
36/24 38/19 39/5 45/22
factors [4] 42/9 49/9
53/13 55/6
facts [1] 4/21
factual [1] 30/25
fair [3] 4/24 15/13
19/18
fairly [2] 32/13 49/4
fall [1] 55/11
false [2] 4/25 47/24
falsely [1] 41/9
familiar [1] 6/24
family [4] 16/13 25/10
30/4 30/5
far [10] 5/7 5/7 7/4 8/13
9/18 12/15 17/6 20/1

fashion [2] 17/23 23/5
FBI [1] 31/25
February [3] 8/23
17/11 35/23
federal [3] 9/15 9/15
9/24
feel [2] 29/7 36/22
fellow [1] 30/9
felt [1] 34/10
few [4] 18/16 39/13
47/6 50/9
fifth [1] 25/8
fight [1] 28/10
figure [1] 51/14
file [7] 7/23 9/10 13/4
46/1 52/5 52/6 52/9
filed [18] 4/4 4/6 4/9
4/9 8/3 8/3 8/5 10/2
10/3 13/2 22/10 28/6
29/2 29/11 29/15 34/3
36/8 52/1
files [1] 31/25
filing [3] 26/7 28/11
52/11
filings [2] 17/17 36/7
filling [1] 41/25
financing [1] 46/20
find [6] 8/19 13/25
14/10 18/20 22/12
39/12
fine [4] 35/16 39/24
42/21 53/21
fine-toothed [1] 35/16
firearm [3] 10/4 10/19
27/7
firearms [1] 10/9
first [23] 4/23 6/8 13/7
13/8 13/10 13/14 13/15
14/2 14/16 16/1 20/11
20/11 24/9 25/21 27/11
27/20 28/1 29/21 30/25
32/12 32/17 33/22
46/25
First Amendment [6]
13/7 13/8 13/10 13/14
13/15 14/2
five [4] 6/15 20/8 32/17
33/12
flown [1] 24/3
fly [1] 45/19
folks [1] 51/5
follow [3] 16/4 19/16
38/23
following [2] 4/16 19/9
follows [1] 42/20
foregoing [1] 58/3
forget [2] 42/6 42/8
forgive [1] 41/16
form [3] 12/7 12/19
23/5
former [1] 28/21
forth [2] 51/22 53/8
found [3] 11/7 13/24
30/18
founding [1] 10/23
four [4] 6/15 32/20
50/15 50/23

frame [1] 32/14
frankly [9] 4/19 47/25
48/3 50/21 51/3 52/2
52/25 53/6 55/3
free [2] 9/10 40/16
Friday [1] 16/14
frivolous [2] 28/11
29/15
front [2] 14/22 17/7
full [4] 14/2 37/13
39/25 42/24
further [2] 39/4 39/13
furtherance [1] 13/23

**G**

gallery [1] 50/16
gargantuan [1] 40/12
General [1] 21/21
gentlemen [3] 7/8
15/23 42/4
genuinely [1] 15/2
get [31] 4/3 5/8 5/18
11/24 16/2 17/13 17/14
18/13 18/16 18/18 20/4
20/9 20/12 21/5 21/6
21/25 23/9 23/24 36/4
37/16 38/20 40/1 40/2
40/7 41/5 45/5 47/4
49/22 53/12 54/10
54/11
getting [9] 5/18 5/20
6/1 17/24 19/10 23/12
24/14 35/5 50/16
getting-ready [1] 17/24
Giglio [1] 8/15
girlfriend [1] 21/10
give [15] 6/3 9/18
15/14 15/18 15/22
18/24 20/4 20/10 33/18
36/2 42/16 43/14 44/12
52/13 56/2
given [8] 10/13 10/14
19/7 19/13 20/17 20/22
30/1 47/24
gives [1] 16/3
giving [2] 17/22 26/19
glanced [1] 4/12
gmail.com [1] 2/9
go [11] 4/15 6/25 7/7
7/24 8/4 17/6 18/18
19/4 26/23 39/4 49/10
going [38] 5/12 6/25
7/2 7/19 7/25 14/20
15/17 15/21 15/25
16/21 21/19 24/8 24/20
25/22 26/4 26/5 28/4
32/24 32/25 32/25 39/4
42/14 42/14 42/20
42/22 43/4 43/6 46/2
47/14 51/8 51/16 51/17
53/11 53/22 54/20
55/19 55/20 56/8
gone [4] 20/23 35/15
39/20 51/22
good [4] 3/6 3/16
43/15 44/4
Gordon [1] 29/3

Fourth [1] 1/11
18/22 19/3 19/8 20/5
21/4 25/2 41/2 41/3
42/16 43/1 43/18 46/19
47/11 52/6 55/14 55/15
GoToMeeting [2] 9/21
26/22
gotten [4] 8/17 8/18
14/21 20/22
government [35] 1/14
3/11 4/6 5/6 7/18 9/17
11/3 12/17 13/21 14/7
14/9 15/4 15/7 15/11
15/15 17/16 17/20
18/24 19/13 21/19
22/12 23/2 25/19 28/8
30/14 30/15 32/11
32/13 33/11 34/4 41/10
41/10 49/8 50/9 56/5
government's [12] 8/8
10/5 10/10 13/5 18/15
29/1 29/9 30/20 30/22
32/18 36/12 42/6
grand [4] 12/22 13/6
13/24 19/7
grant [2] 55/20 55/20
granted [6] 5/4 40/14
49/19 49/20
granting [1] 54/24
great [3] 18/6 18/10
49/5
greater [2] 5/12 49/12
greatest [1] 41/7
Greene [10] 14/14
14/15 14/17 14/24
21/14 28/17 31/23
37/24 39/7 39/13
grievance [1] 29/21
grievances [1] 29/20
ground [2] 13/10 13/12
grounds [3] 9/6 9/8
13/7
group [4] 27/1 30/23
43/2 50/22
grouping [3] 32/17
32/20 33/1
grown [1] 35/24
guarantee [1] 56/24
guards [1] 47/9
guess [1] 40/5
guys [2] 46/22 48/23

**H**

had [47] 4/5 4/11 5/14
6/15 6/22 8/9 8/10
12/25 13/4 14/4 16/13
23/11 23/19 23/21
23/22 24/14 25/23
26/11 26/12 28/9 32/3
32/6 33/1 34/1 34/10
34/23 34/25 36/16
37/12 37/14 38/2 40/25
41/1 45/15 45/19 47/2
47/8 47/17 47/20 48/19
48/21 48/22 49/20
50/11 52/19 54/25 57/4
half [2] 26/16 27/24
hand [2] 16/10 23/20

handful [1] 35/13
handle [1] 44/25
hands [1] 35/23
hang [4] 43/20 44/8
51/9 56/12
happen [1] 43/6
happened [2] 46/25
53/8
happens [1] 18/13
happy [2] 24/23 29/6
hard [6] 8/10 8/19
18/19 19/16 32/16
41/23
hardly [1] 35/13
Harrelson [1] 55/15
has [71]
hasn't [2] 8/18 11/1
22/9
have [135]
haven't [12] 4/11 8/17
10/25 11/17 13/4 14/21
20/19 24/24 34/1 34/25
48/24 55/13
having [11] 30/7 31/9
32/11 33/4 33/6 36/16
41/12 41/13 42/7 45/3
49/14
havoc [2] 43/4 43/4
he [32] 4/3 5/8 5/11
5/14 5/25 5/25 6/13
6/14 9/9 9/9 10/23 17/3
17/3 20/14 25/5 25/8
26/2 26/7 29/14 29/14
40/15 44/9 46/7 46/10
46/10 46/23 46/24
49/15 49/21 49/21
50/22 52/16
he said [1] 46/10
he'd [1] 42/17
he'll [1] 16/2
he's [16] 6/11 7/12 8/9
8/10 9/9 9/12 13/18
13/19 13/19 16/1 24/10
24/19 41/11 41/11
45/15 53/21
hear [7] 3/17 3/19 19/3
38/17 44/21 45/8 56/9
heard [14] 6/10 6/19
8/23 9/2 12/10 14/16
15/16 15/19 27/9 33/18
43/12 44/10 44/11 52/9
hearing [15] 1/9 3/20
3/25 6/8 6/16 6/17 14/6
27/24 31/6 34/13 35/9
36/24 39/21 45/4 46/18
hearings [8] 6/13 6/16
6/19 26/15 29/22 47/1
47/3 47/5
heart [2] 45/15 45/16
heck [2] 10/9
held [1] 36/24
help [2] 31/9 57/3
helped [1] 34/2
helpful [2] 27/3 45/6
helping [1] 7/6
her [5] 37/14 37/23
45/15 54/19 54/20
here [24] 5/14 5/25 8/2

**H**

here... [21] 8/4 9/20
10/2 12/3 14/23 15/20
18/5 21/13 27/13 31/2
41/11 41/16 42/1 42/2
47/9 47/18 49/6 50/9
50/12 55/8 55/13
here's [3] 18/25 41/18
42/13
herring [2] 26/3 47/21
hey [2] 18/25 23/2
hide [1] 28/17
him [26] 7/6 8/10 16/3
18/20 20/22 20/23
23/23 24/3 24/11 24/15
24/17 25/17 26/8 30/1
31/10 32/22 41/12
42/12 43/1 45/17 46/9
46/10 46/11 46/15 48/1
48/9
hire [1] 31/7
hired [3] 5/10 5/14
20/20
his [43] 4/1 5/1 5/8
5/11 6/6 6/10 6/14 6/20
6/20 6/20 6/21 7/4 8/18
9/2 10/8 10/22 12/14
13/17 13/18 13/19
14/17 15/12 21/9 21/9
21/10 24/9 24/16 26/7
29/9 31/5 32/21 34/19
39/6 41/12 42/17 44/25
47/7 47/24 52/17 52/17
52/21 53/3 55/25
history [2] 10/21 26/2
hold [2] 44/18 50/13
Honor [48] 3/6 3/18 4/8
15/24 15/25 16/9 17/5
17/8 18/11 20/15 21/1
22/24 23/17 23/19
26/14 28/5 28/24 28/25
29/16 30/11 30/24 31/6
31/21 33/16 34/5 34/7
35/6 36/19 36/20 36/25
37/20 38/18 38/23 39/9
39/15 40/11 40/19 41/7
43/7 44/18 44/21 48/5
48/8 51/6 53/10 56/5
56/6 56/10
Honor's [1] 32/10
HONORABLE [3] 1/9
3/3 16/15
hoped [1] 23/22
hopelessly [1] 53/5
hoping [1] 29/3
host [2] 7/13 31/19
hosted [1] 27/13
hour [5] 20/10 24/16
41/19 47/10 49/6
hours [6] 5/25 19/4
19/4 24/20 25/17 36/16
House [1] 12/20
housed [1] 23/24
how [16] 6/25 9/23
10/14 10/22 16/3 17/23
25/18 29/7 30/21 34/25
35/4 38/13 38/16 43/18
45/7 50/7

however [2] 5/6 7/20
huge [2] 34/11 38/6
Hughes [2] 1/15 3/10
human [1] 14/8
humanly [1] 49/13
humility [1] 36/18
hundreds [1] 36/8
Hutchinson [2] 12/8
27/10

**I**

I agree [1] 29/8
I am [7] 9/8 16/22
24/21 25/25 31/19
48/15 50/14
I appreciate [1] 30/13
I believe [3] 27/3 31/2
41/9
I can [11] 3/18 6/7 7/14
22/18 24/11 25/16 30/8
35/22 43/5 44/22 52/7
I did [3] 33/25 46/18
46/20
I didn't [2] 31/14 47/3
I discussed [1] 46/6
I don't [4] 7/25 26/8
31/15 38/20
I don't have [1] 40/16
I get [1] 54/10
I guess [1] 40/5
I have [23] 4/16 6/22
9/19 12/4 14/6 15/8
18/6 24/14 24/24 25/23
26/4 26/24 30/11 31/12
36/8 41/13 43/12 44/2
47/1 47/6 49/5 52/19
55/16
I haven't [1] 13/4
I just [3] 4/9 48/9 56/20
I know [8] 31/6 31/17
34/6 34/7 34/8 34/12
40/22 43/22
I say [1] 36/17
I should [1] 28/14
I suspect [1] 57/5
I think [22] 4/18 6/12
15/13 29/10 29/15
34/13 35/3 35/7 36/7
37/7 39/8 39/15 39/21
41/7 42/12 44/25 47/16
49/4 52/14 54/16 54/18
55/11
I understand [8] 9/19
12/9 19/22 19/24 22/21
25/4 48/17 49/22
I want [4] 4/5 4/20
28/25 31/22
I wanted [1] 18/3
I was [2] 30/4 48/10
I went [1] 16/12
I will [13] 11/5 12/23
15/22 21/1 21/2 24/13
28/10 28/14 38/8 39/25
54/13 55/23 57/1
I would [2] 28/20 28/21
I'd [2] 38/17 38/23
I'll [16] 6/3 8/3 16/4
16/10 17/6 29/20 38/17

I'm [49] 5/7 5/7 6/8 7/4
7/19 7/21 7/25 8/13
10/14 10/16 10/17
10/19 12/16 12/23
15/17 15/25 16/14
16/21 18/1 21/19 22/18
25/22 26/5 28/4 29/23
30/7 34/21 36/14 39/4
39/18 42/13 44/14
44/20 45/3 45/7 47/24
48/6 48/18 48/18 49/9
51/8 52/10 53/8 53/13
53/20 55/19 55/20 56/2
56/8
I'm going [2] 28/4 56/8
I'm not [15] 7/19 7/21
7/25 21/19 25/22 26/5
36/14 39/4 42/13 44/14
51/8 52/10 53/20 55/19
55/20
I'm sorry [1] 48/6
I'm sure [1] 39/18
I've [24] 4/4 4/12 4/17
8/21 11/13 13/1 14/8
19/7 24/2 27/9 29/9
30/1 30/2 30/3 41/3
42/16 45/16 47/2 49/10
50/18 51/21 52/25 54/7
54/18
idea [9] 7/8 8/17 12/4
15/3 27/9 36/16 37/1
41/19 52/1
ideal [1] 20/13
identifiable [1] 54/4
identified [1] 8/20
III [3] 1/6 2/2 3/8
ill [2] 29/25 42/4
ill-prepared [1] 42/4
imagination [1] 12/2
immediate [1] 12/20
immediately [1] 56/21
impact [7] 14/14 30/19
30/22 36/22 50/18
54/15 54/20
impacted [1] 34/25
impeded [1] 11/17
importance [1] 8/25
important [4] 37/11
39/6 39/8 39/10
impossible [1] 24/17
impression [3] 27/11
27/20 28/1
incarcerated [1] 47/8
include [3] 6/25 7/1 7/2
including [6] 5/1 27/12
35/2 35/2 51/25 53/17
inconvenience [1]
50/5
inconvenient [1] 21/20
incorrect [1] 4/19
indeed [1] 16/22
indicated [1] 34/9
indicted [13] 14/14
14/15 21/12 21/15
21/17 21/25 23/6 28/17

indictment [9] 7/21
11/3 13/19 21/18 36/3
36/21 37/4 37/23 54/15
indictments [1] 14/24
individual [1] 25/11
individuals [4] 8/6 32/1
32/3 32/4
infancy [1] 55/10
informants [1] 14/4
14/5 14/6 14/8
information [1] 14/7
14/9 19/5 20/25 22/25
26/24 41/13
informed [1] 32/2
innocent [3] 10/3 10/9
11/2
input [1] 17/8
inside [1] 11/21
Insurrection [2] 10/16
25/18
intended [1] 26/11
28/9
intending [2] 15/6
15/10
intends [1] 25/19
intensely [1] 34/6
intentions [2] 25/23
26/4
intercede [1] 57/5
interest [4] 42/7 51/3
55/4 55/8
interests [2] 51/2
55/17
interfere [1] 13/22
interject [2] 22/4 49/1
interlocutory [5] 7/16
7/20 7/22 7/24 46/5
interrupt [1] 18/1
interviewed [2] 18/15
19/13
inure [1] 33/10
investigation [1] 37/13
investigator [7] 19/8
20/20 23/13 25/10
45/14 45/20 48/18
invited [1] 13/3
involvement [1] 33/23
involving [2] 12/14
35/12
iota [1] 6/14
is [178]
is there [4] 18/20 18/21
18/21 23/16
isn't [2] 18/7 29/24
issue [13] 10/17 14/6
14/12 14/20 20/13
20/14 22/2 22/10 23/25
26/22 27/10 27/17 28/1
issued [2] 19/11 35/18
issues [14] 6/24 27/17
27/22 30/25 34/12
35/11 35/11 35/12
35/15 37/25 38/5 47/20
49/3 53/6
it [119]
It is [1] 51/5

I'm could be [1] 26/10
it's [43] 6/8 9/4 9/5
9/11 11/9 12/1 17/12
19/2 19/12 19/15 20/11
20/12 21/20 22/19 23/4
23/9 24/16 25/7 25/7
25/11 25/20 26/3 27/4
27/14 29/10 32/24
32/24 32/25 33/19
38/18 38/19 38/20
40/12 40/21 43/2 45/21
47/15 47/20 48/10 50/1
52/25 53/2 54/18
its [5] 7/18 30/16 30/16
31/8 55/10
itself [1] 39/15

**J**

jail [4] 20/8 20/10 24/6
47/9
jails [2] 20/4 24/14
jam [1] 51/12
James [2] 2/7 3/12
January [12] 5/21 8/23
9/2 9/13 10/7 26/14
26/18 36/8 38/14 38/25
39/1 51/11
January 6th [6] 5/21
9/13 26/14 26/18 39/1
51/11
Jeffrey [2] 1/14 3/9
jeffrey.nestler [1] 1/20
Jencks [2] 8/14 8/14
jlbrightlaw [1] 2/9
job [2] 31/13 35/3
John [2] 25/9 25/12
Johnston [2] 2/12
join [1] 55/24
Jr [2] 2/10 2/11
judge [1] 1/10 3/23
8/22 9/1 16/3 16/17
16/18 25/25 27/16
28/15 33/19 34/24
37/12
July [2] 40/17 49/21
June [1] 22/25
jurisdiction [2] 26/18
28/25 55/1
jurors [1] 41/24
jury [10] 7/1 7/1 12/22
13/6 13/24 16/1 16/16
19/7 32/24 42/2
just [48] 3/21 4/9 4/14
6/14 8/4 16/6 16/16
16/20 17/6 19/6 20/6
20/24 21/11 21/20 23/6
30/19 31/11 33/25
36/19 38/22 39/12
40/18 40/21 41/6 42/19
43/24 44/13 45/22
46/12 47/10 48/9 48/24
49/1 49/12 49/14 51/5
51/10 51/12 52/24 53/1
53/6 53/7 54/13 55/7
55/9 56/14 56/20 57/3
Justice [2] 35/19 37/14
Justice Department [1]
35/19

**J**

justify [1] 39/16
Justin [2] 1/16 3/10

**K**

Kathryn [2] 1/14 3/9
Kathryn Rakoczy [1] 3/9
kathryn.rakoczy [1] 1/19
keep [5] 22/18 27/4 30/18 33/12 34/21
Keepers [12] 10/23 11/5 11/11 12/5 12/14 12/18 17/19 21/9 21/21 21/24 38/4 38/19
keeps [2] 17/11 17/12
Kellye [3] 21/14 36/21 37/21
key [2] 14/17 38/3
kind [9] 6/2 17/6 17/7 20/11 21/12 23/9 23/9 28/15 43/4
know [51] 3/21 4/14 6/3 6/5 8/7 10/21 11/2 11/8 11/24 12/8 13/11 14/3 14/19 22/10 22/16 22/17 23/3 23/21 29/5 29/12 30/4 31/6 31/17 33/5 33/25 34/6 34/7 34/8 34/12 37/8 37/9 37/16 38/2 40/12 40/15 40/22 41/15 41/22 43/22 45/4 46/7 48/24 49/2 50/5 50/7 51/19 52/19 53/20 55/3 57/2 57/4
knowing [3] 5/10 23/21 37/13
knowledge [6] 5/20 5/21 12/19 12/21 14/17 37/14
known [3] 7/9 15/11 21/12

**L**

LA [1] 2/12
Labor [1] 16/12
lack [5] 6/6 6/9 6/20 29/17 31/11
laptop [2] 16/14 20/5
large [2] 5/5 48/23
largely [1] 53/7
LASSITER [1] 2/3
last [12] 6/15 9/24 16/20/7 25/17 26/8 45/24 46/17 47/6 47/11 47/13 55/11
late [1] 33/9
later [3] 11/23 29/22 33/14
laugh [1] 16/8
laundry [1] 8/2
law [7] 2/11 9/25 10/18 11/2 11/5 27/1 27/11
Lawn [2] 2/3 2/7
laws [1] 11/18
lawyer [12] 5/14 12/14

38/13 40/8 52/24 53/21 53/22 54/11
lawyer-client [1] 52/24
lawyers [15] 5/8 6/14 6/20 8/19 27/1 28/13 34/19 34/22 42/25 44/11 47/13 49/22 50/12 52/21 53/3
lawyers' [1] 6/21
lays [1] 49/9
lead [2] 53/18 53/19
leader [1] 32/19
leadership [1] 7/6
least [8] 8/18 9/2 45/3 47/7 47/19 49/19 54/17 54/18
leave [1] 55/23
Lee [2] 2/7 3/12
left [1] 42/14
legal [1] 10/17
legitimate [3] 51/20 51/23 52/3
length [3] 49/11 49/16 50/7
less [2] 6/7 6/15
let [20] 3/21 4/14 4/16 12/17 15/25 30/14 35/21 36/19 37/5 38/22 40/5 40/18 40/20 41/6 42/19 43/3 43/18 53/12 53/23 57/4
let's [2] 9/10 43/24
let's see [1] 9/10
letter [1] 29/20
liberty [2] 35/18 41/8
lie [4] 25/12 25/13 45/12 45/21
lieutenants [1] 32/21
life [3] 24/9 30/2 35/20
light [1] 27/3
like [21] 7/2 9/17 10/4 10/5 16/9 16/24 23/16 24/5 24/10 28/15 30/9 30/15 33/3 33/22 34/10 38/23 39/3 42/17 44/5 44/12 56/3
likelihood [1] 52/10
limine [4] 6/18 7/23 10/5 27/24
Linder [39] 2/2 2/3 3/13 6/4 6/23 15/18 15/25 16/11 16/14 16/21 17/2 18/1 18/7 19/20 23/14 23/18 26/24 29/19 34/9 35/2 35/8 37/1 37/18 38/23 39/4 39/18 39/21 40/24 42/22 43/13 44/2 44/25 47/23 48/2 49/14 49/20 53/5 53/24 55/21
line [1] 40/13 41/18 45/25 48/10
list [8] 8/2 8/4 20/18 20/22 20/23 21/14 23/1 23/9
lists [1] 21/8
litany [1] 10/13

litigated [1] 34/7
little [6] 21/16 22/1 24/21 36/18 39/13 45/9 45/19 51/15 51/15 51/16
long [8] 4/7 8/1 12/24 16/3 32/5 51/14 51/15 51/16
longer [1] 51/1
look [9] 4/14 16/24 19/19 22/6 26/23 41/15 41/18 49/4 52/15
looked [2] 11/6 26/25
looking [1] 47/11
lot [10] 13/8 14/4 19/10 20/14 22/1 34/16 34/17 40/21 44/11 46/3
lots [1] 19/6
Louis [2] 1/16 3/10
love [1] 38/17
lying [2] 45/13 47/24

**M**

mad [2] 28/15 28/16
made [14] 4/20 5/23 7/13 7/18 12/9 23/23 24/1 26/16 27/2 28/2 31/16 34/5 45/25 50/11
magnitude [1] 51/13
maintain [1] 30/8
major [1] 36/21
make [16] 4/5 4/18 5/17 7/19 31/1 31/10 32/24 32/25 41/23 42/17 43/1 43/7 44/15 56/1 56/20 57/6
makes [4] 28/15 28/16 32/23 52/18
making [4] 16/8 29/18 35/8 47/16
man [1] 30/4
manner [3] 29/18 45/1 51/4
many [14] 17/17 19/2 24/5 31/23 31/23 31/23 33/3 39/11 39/11 39/11 39/11 48/23 50/7 52/2
Manzo [2] 1/16 3/10
Marshal [1] 5/23
Marshals [4] 31/4 31/13 31/17 31/18
massive [1] 51/11
material [6] 8/14 8/15 8/16 34/12 39/17 54/5
materially [1] 54/21
materials [2] 8/8 8/14
matter [4] 11/14 11/15 19/1 58/4
may [16] 10/8 12/9 14/14 15/25 18/23 23/17 36/15 38/1 38/5 41/4 43/7 48/5 48/7 51/6 53/10 55/6

may be [3] 27/23 37/18
me [69]
meal [1] 47/10
mean [5] 17/21 17/21 46/3 47/18 57/4
means [2] 15/2 15/4
meant [1] 18/3
mechanical [1] 2/19
mediating [1] 49/3
meet [2] 24/2 24/3
meeting [1] 26/23
meetings [6] 5/18 6/23
Meggs [1] 55/14
MEHTA [2] 1/9 3/4
memo [1] 35/18
men [1] 35/17
mentioned [3] 27/14 55/10 55/14
mentioning [1] 31/7
merit [2] 2/15 52/2
merits [1] 46/5
message [1] 43/19
met [2] 20/21 25/21
mic [1] 56/9
Michael [3] 21/14 28/17 37/24
microphone [1] 45/5
might [5] 9/25 36/18 40/7 45/6 48/17
militia [1] 10/21
mind [1] 29/20
mindful [1] 44/13
minutes [1] 4/10
mischaracterization [3] 25/13 26/13 48/12
misconduct [4] 12/22 28/7 28/12 28/19
misimpression [1] 4/21
missed [3] 24/24 30/2 30/3
misunderstanding [3] 4/21 31/12 48/14
moment [2] 4/14 6/4
momentarily [1] 14/10
Montana [2] 16/13 16/25
month [5] 20/4 26/15 33/14 40/7 51/16
month-long [1] 51/16
months [18] 12/25 14/15 18/16 21/25 26/16 30/2 30/2 31/23 33/3 39/11 40/1 40/4 40/6 40/19 41/2 41/21 41/21 49/15
more [18] 9/18 17/12 17/13 19/14 32/23 32/24 32/25 34/10 37/4 40/21 40/25 46/7 49/23 54/9 54/10 54/25 55/19 57/6
most [4] 6/17 22/22 23/7 39/10
motion [58] 1/9 4/4 4/17 4/20 7/14 7/23 8/4 8/7 9/4 9/5 9/7 9/11

37/18
Mayberry [3] 9/22 9/25 9/25
may [1] 9/20 10/2 10/4 11/10 12/3 12/24 12/25 13/7 14/21 15/14 16/18 17/7 20/16 22/7 22/9 23/22 25/5 26/7 26/10 26/20 27/22 28/3 28/5 28/6 28/11 28/22 29/1 29/9 29/14 30/16 30/18 30/19 34/8 34/9 38/10 44/1 45/23 46/1 46/12 46/13 47/14 51/23 54/21 55/20 55/21
motions [58] 6/18 7/16 7/17 7/17 7/20 7/23 8/2 13/1 13/4 13/9 13/9 20/15 25/1 25/9 27/24 34/3 52/1 52/5
mountain [1] 39/16
move [2] 9/9 50/1
moved [1] 36/11
moving [2] 33/9 43/5
Mr [2] 16/21 48/2
Mr. [230]
Mr. Bright [35] 6/3 6/23 15/18 16/6 18/8 19/20 20/7 23/16 25/2 30/12 35/2 35/8 37/18 39/18 40/24 42/22 43/9 43/20 45/2 45/13 45/21 46/6 46/21 46/22 46/2 47/23 48/2 48/6 49/15 50/13 53/6 53/24 55/21 56/12 56/25
Mr. Epps [1] 8/24
Mr. Greene [7] 14/14 14/15 14/17 14/24 31/23 39/7 39/13
Mr. Harrelson [1] 55/15
Mr. Linder [35] 6/4 6/23 15/18 15/25 16/11 16/14 17/2 18/1 18/7 19/20 23/14 23/18 26/24 29/19 34/9 35/2 35/8 37/1 37/18 38/23 39/4 39/18 39/21 40/24 42/22 43/13 44/2 44/25 47/23 48/2 49/14 49/20 53/5 53/24 55/21
Mr. Meggs [1] 55/14
Mr. Nestler [3] 21/3 30/17 35/19
Mr. Rhodes [104]
Mr. Rhodes' [17] 4/17 6/9 8/25 14/5 14/11 14/15 15/15 18/4 22/13 28/21 31/2 40/14 43/6 50/19 50/24 54/15 54/20
Mr. Tarpley [26] 3/22 3/25 4/1 4/1 4/5 29/11 33/17 34/15 35/21 36/14 38/7 39/23 39/23 40/3 41/15 44/1 47/7 49/13 49/13 49/25 53/21 53/24 55/23 56/1 56/12
Ms. [13] 14/14 14/19

**M**

Ms.... **[11]** 14/24 21/3
22/24 29/2 31/23 37/5
38/3 38/25 39/12 54/14
55/15
Ms. Rakoczy **[3]** 21/3
22/24 29/2
Ms. SoRelle **[8]** 14/14
14/19 14/24 31/23 37/5
38/3 38/25 39/12
Ms. SoRelle's **[1]**
54/14
Ms. Watkins **[1]** 55/15
much **[6]** 11/22 17/14
32/23 34/1 39/20 56/2
multi **[1]** 51/18
multi-week **[1]** 51/18
multiple **[4]** 6/22 6/22
13/1 55/9
must **[2]** 22/3 35/15
my **[37]** 5/20 5/21
12/19 12/21 14/24 15/8
15/17 16/12 16/13
16/22 19/19 20/7 24/23
28/11 30/2 30/3 30/3
30/5 30/5 33/23 35/17
37/14 39/15 39/25 41/7
42/8 45/25 46/6 46/17
46/20 47/4 47/10 50/19
50/24 52/9 52/16 57/2
myself **[1]** 40/22

**N**

name **[4]** 8/21 8/21
8/23 27/14
Naturally **[1]** 5/12
nature **[2]** 54/6 55/1
near **[1]** 5/15
necessarily **[2]** 8/15
18/7
necessary **[2]** 8/7 25/8
necessity **[2]** 11/10
27/16
need **[11]** 4/13 7/14
23/2 25/3 25/11 34/24
41/4 42/4 56/8 57/2
57/5
needed **[3]** 8/3 8/5
34/11
needs **[1]** 9/23
Nestler **[5]** 1/14 3/9
21/3 30/17 35/19
never **[11]** 6/18 25/14
27/9 27/14 27/20 28/2
28/20 28/21 31/12
46/15 46/24
new **[4]** 4/1 13/2 13/17
41/20
next **[11]** 8/20 15/17
23/10 30/14 39/25
40/17 41/24 42/1 42/9
50/23 56/19
nice **[1]** 18/24
night **[3]** 40/6 47/11
47/14
nine **[1]** 33/4
no **[50]** 1/4 3/7 4/20
5/19 5/19 6/1 6/2 6/11

12/10 12/15 13/12
13/23 14/12 17/1 19/24
24/7 25/23 26/4 26/17
28/2 28/5 28/6 29/25
31/11 31/12 35/1 37/8
37/8 38/10 38/12 38/18
40/8 40/11 40/22 47/8
47/17 47/20 49/13 51/8
51/16 52/15 53/22
53/25 53/25 54/1 54/10
nobody **[2]** 18/12
38/11
none **[2]** 52/3 54/7
nonsense **[1]** 7/12
nonstop **[1]** 50/15
normal **[1]** 35/10
not **[148]**
note **[1]** 56/20
noted **[1]** 56/18
nothing **[1]** 36/2
notice **[1]** 10/13
notified **[1]** 45/16
notion **[1]** 43/3
now **[26]** 6/7 8/11 8/17
11/24 17/14 20/14 21/1
23/5 24/16 28/21 29/23
35/24 36/1 36/1 36/6
36/14 37/3 37/25 39/11
39/18 41/9 41/10 45/7
49/10 52/15 54/16
number **[4]** 4/19 49/9
numerous **[1]** 20/21
NW **[2]** 1/17 2/17

**O**

Oak **[2]** 2/3 2/7
Oath **[12]** 10/23 11/5
11/11 12/5 12/14 12/18
17/19 21/9 21/21 21/24
38/4 38/19
object **[1]** 56/15
objection **[1]** 56/17
obligation **[2]** 15/9
15/12
obviously **[5]** 18/6
23/21 26/7 32/19 41/11
occasion **[1]** 5/4
off **[2]** 37/22 52/2
offense **[1]** 45/12
offer **[1]** 57/2
offered **[2]** 31/3 31/9
office **[6]** 1/17 4/10
16/7 16/22 21/3 31/16
Official **[1]** 2/16
offshoots **[1]** 36/2
often **[1]** 24/7
Oh **[1]** 19/22
okay **[18]** 3/16 3/17
3/20 4/13 9/22 16/5
23/14 33/15 37/11
41/16 42/13 44/7 44/20
44/23 48/4 49/22 53/15
56/2
once **[6]** 6/13 6/13 6/18
8/21 27/14 33/13
one **[42]** 5/3 6/2 6/14
6/19 8/24 8/25 9/10

18/23 18/23 19/6 21/10
22/7 23/5 24/16 24/18
24/18 25/22 26/15
27/22 28/4 28/5 30/17
31/1 33/4 33/5 35/1
36/22 38/9 38/11 38/12
40/22 44/18 45/11
49/19 50/4 52/9 54/25
56/13
ones **[1]** 18/5
ongoing **[2]** 26/25
38/16
only **[14]** 7/5 13/18
13/19 18/4 21/17 22/23
33/10 35/13 35/17
40/22 43/5 46/1 47/4
55/1
open **[4]** 21/4 21/5
22/17 48/20
opinion **[2]** 28/12
39/15
opportunity **[12]** 4/6
6/4 6/9 15/16 15/18
15/23 33/18 34/23
34/25 36/3 42/17 44/12
opposition **[3]** 7/18
30/16 30/18
oppositions **[1]** 34/3
option **[1]** 33/6
orbit **[1]** 12/20
order **[6]** 7/20 15/9
22/13 28/17 31/10
32/16
orderly **[1]** 17/23
orders **[2]** 7/17 7/22
ordinary **[1]** 55/5
organization **[1]** 32/19
organizing **[1]** 13/20
original **[1]** 11/15
other **[37]** 5/19 5/20
6/1 7/7 7/9 7/13 8/15
10/13 19/23 22/2 22/13
23/12 27/1 28/16 30/21
31/24 32/20 34/9 34/12
35/9 36/2 38/15 38/19
40/7 40/8 42/25 46/3
47/1 47/17 48/21 49/18
50/25 51/17 53/16
53/18 55/6 55/12
others **[3]** 17/19 33/7
50/16
otherwise **[1]** 56/9
ought **[2]** 42/10 49/3
our **[25]** 21/13 23/1
23/4 23/12 23/13 23/23
24/6 24/22 25/9 26/2
26/15 27/1 27/11 27/18
32/16 33/5 33/11 33/11
35/13 39/3 43/14 45/4
46/9 47/25 56/9
out **[26]** 5/10 9/11
11/17 14/10 23/1 23/4
24/10 25/6 26/6 27/4
28/4 29/1 29/12 34/2
38/11 39/11 41/25
45/18 45/19 48/10 49/9
50/8 50/10 50/11 51/15

outright **[4]** 16/18
16/19 25/12 25/13
outset **[2]** 4/17 23/19
outsized **[1]** 8/25
over **[28]** 5/6 9/1 9/13
9/17 11/1 11/1 11/4
11/7 11/8 11/9 15/12
16/21 17/20 19/7 19/8
20/3 20/8 24/6 24/19
24/24 26/19 32/5 34/21
34/21 36/6 39/25 47/14
56/22
overheard **[1]** 12/13
own **[3]** 6/10 31/8 42/8

**P**

p.m **[2]** 1/6 57/11
page **[3]** 4/11 25/8 29/1
pages **[1]** 36/9
paper **[1]** 54/19
paralegal **[1]** 47/7
paralegals **[1]** 48/21
part **[13]** 17/9 17/24
17/24 19/6 19/17 21/16
22/1 22/22 23/7 23/25
27/5 29/21 32/20
particular **[3]** 15/19
30/17 55/7
particularly **[1]** 51/13
parties **[2]** 14/9 26/17
passed **[1]** 12/24
passionately **[1]** 50/13
past **[5]** 24/6 24/13
24/24 35/25 57/4
patiently **[1]** 33/18
pause **[1]** 43/24
peep **[1]** 6/19
pending **[1]** 38/10
people **[12]** 13/20
14/13 19/8 19/10 19/10
19/15 21/8 21/11 23/12
37/2 38/15 50/8
per **[3]** 18/14 29/3
32/14
perfectly **[1]** 10/8
performance **[1]** 6/21
perhaps **[3]** 11/11
29/15 48/13
period **[4]** 20/9 35/18
42/24 50/12
periods **[1]** 47/10
person **[3]** 6/16 23/1
38/12
personally **[2]** 16/20
29/7
phase **[1]** 35/25
phenomenal **[1]** 44/4
phillip **[3]** 2/2 2/6 3/12
phone **[8]** 23/12 24/23
25/3 32/1 45/24 46/17
47/13 47/19
phones **[5]** 14/25 15/3
15/6 15/11 24/22
phrased **[1]** 48/13
picked **[1]** 4/9
picking **[1]** 7/1
pipe **[7]** 12/3 12/6 12/7

place **[1]** 33/23
Plaintiff **[1]** 1/4
plane **[2]** 4/8 4/9
planting **[2]** 12/5 12/7
play **[1]** 25/19
please **[4]** 3/5 43/8
46/9 46/22
pleasure **[1]** 33/19
pled **[2]** 8/6 8/16
plenty **[2]** 10/21 12/21
point **[14]** 4/14 6/11
7/18 9/14 21/6 21/10
26/20 28/25 29/7 31/22
35/4 35/7 35/7 44/14
pointed **[1]** 25/6
possible **[4]** 24/1 49/13
54/2 56/23
possibly **[4]** 28/21
35/20 39/20 42/8
potential **[3]** 32/3 32/6
32/8
potentially **[1]** 42/5
power **[2]** 10/8 44/19
precise **[1]** 13/12
precisely **[1]** 18/9
prefer **[1]** 33/12
preference **[1]** 33/5
prejudice **[7]** 32/11
32/12 33/10 54/4 54/5
54/9 54/12
preparation **[2]** 34/11
41/21
prepare **[2]** 10/7 35/1
prepared **[14]** 20/19
30/4 35/5 35/5 37/6
37/7 37/15 40/20 42/4
49/15 50/16 50/21
53/17 54/11
presence **[1]** 46/20
present **[5]** 5/12 32/16
43/14
presentation **[4]** 30/20
32/18 33/11 42/6
presented **[1]** 27/2
29/2 29/18
presenting **[1]** 32/22
presents **[1]** 14/21
president **[4]** 12/14
12/21 21/11 21/22
presiding **[3]** 3/4 8/22
9/1
presumably **[1]** 15/4
pretrial **[1]** 31/3
pretty **[2]** 21/4 48/14
Prettyman **[1]** 2/16
prevented **[1]** 35/4
preventing **[1]** 11/21
previous **[1]** 26/15
previously **[1]** 34/7
print **[1]** 34/2
prior **[1]** 47/1
prison **[1]** 35/20
privately **[1]** 9/23
privy **[1]** 31/19
probable **[1]** 13/24
problem **[7]** 14/21
20/10 39/14 47/8 47/18

**P**

problem... [2] 48/19 48/22
problematic [2] 36/18 37/4
problems [2] 15/8 47/2
proceedings [11] 1/9 2/19 3/15 11/14 12/9 12/11 12/12 35/25 36/17 57/11 58/4
process [1] 22/14
produced [1] 2/19
professional [1] 45/1
proffer [1] 24/23
promise [2] 45/11 45/23
promised [3] 5/2 17/10 25/12
proper [1] 27/2
proposition [1] 10/1
prosecuted [3] 13/18 13/19 35/13
prosecution [2] 28/9 50/14
prosecutorial [4] 12/22 28/7 28/12 28/18
prosecutors [2] 45/18 45/19
protected [4] 13/14 13/15 13/25 14/1
provide [1] 24/2
provided [3] 8/13 31/24 51/25
providing [2] 7/10 19/15
public [4] 43/23 49/2 55/3 55/8
public's [2] 42/7 51/3
pulling [1] 13/20
purchase [1] 10/9
purchaser [1] 10/4
purchases [1] 27/7
Pure [1] 14/2
purportedly [1] 52/1
purposeful [2] 51/21 51/21
put [17] 11/24 15/22 20/18 21/17 23/8 29/14 30/23 40/6 42/17 42/25 43/24 46/9 46/11 46/15 50/12 54/13 54/16
putting [2] 43/23 44/19

**Q**

question [3] 18/10 32/10 37/10
questionnaire [1] 7/2
questionnaires [2] 16/16 41/25
questions [3] 10/18 13/5 29/6
quick [2] 30/25 32/14
quickly [2] 7/15 17/7
quite [3] 7/25 50/8 55/2

**R**

racist [1] 21/25
raise [1] 35/15
raised [3] 14/5 16/2 54/21
raises [1] 14/22
raising [1] 13/5
Rakoczy [5] 1/14 3/9 21/3 22/24 29/2
rapidly [1] 33/24
rapport [1] 44/4
rarely [1] 6/12
Ray [4] 8/21 8/24 25/24 25/25
Ray Epps [1] 8/24
reach [1] 24/17
reaching [1] 47/18
read [3] 13/18 29/9 34/2
ready [22] 5/3 17/10 17/11 17/13 17/14 17/24 22/3 34/10 36/4 40/1 40/2 40/4 40/10 40/15 40/22 41/5 43/14 49/16 49/21 49/23 50/3 53/22
real [6] 4/21 29/23 30/7 39/14 54/8 54/9
reality [3] 51/5 51/10 51/12
really [2] 34/1 55/14
Realtime [1] 2/15
reason [10] 3/24 8/20 23/11 27/8 33/8 36/6 36/8 51/22 51/22 53/12
reasons [8] 10/22 31/19 51/20 51/23 51/25 52/3 55/18 55/19
recall [1] 25/16
received [4] 4/25 14/8 54/19
recent [2] 14/13 54/14
recently [6] 6/17 15/3 21/11 32/5 37/22 41/22
recess [2] 11/15 57/10
recessed [1] 11/13
recessing [3] 11/10 12/1 27/17
reciprocal [1] 15/9
reconsideration [1] 23/23
reconvene [1] 11/22
reconvening [1] 11/22
record [16] 4/18 5/17 26/15 29/21 31/1 34/22 42/18 43/24 44/13 44/14 49/3 50/2 52/25 54/13 57/1 58/3
recorded [3] 2/19 9/22 9/23
recording [1] 18/21
records [2] 24/15 25/3
rectified [1] 48/1
rectify [1] 56/21
red [2] 26/2 47/20
referenced [1] 27/7
references [1] 27/22
referring [1] 50/9
regard [2] 31/2 31/22
regarding [11] 8/16 9/20 12/3 16/19 25/22

29/6 29/19
Registered [1] 2/15
related [1] 31/25
relates [1] 53/4
relationship [10] 29/4 29/16 29/24 30/8 44/2 44/5 47/25 52/24 53/5 53/9
Relativity [1] 18/19
relevance [1] 12/11
relevant [2] 10/15 55/6
relief [1] 22/10
rely [1] 15/10
remain [1] 31/14
remained [1] 6/12
remediate [1] 8/11
remedy [1] 8/12
remember [1] 54/17
remove [2] 42/5 55/21
removing [1] 14/24
rendered [1] 36/20
repeat [1] 12/17
replied [1] 46/23
reporter [6] 2/14 2/15 2/15 2/16 45/5 56/9
represent [1] 41/4
representation [2] 8/9 15/20
representing [2] 7/5 42/23
request [7] 4/3 9/4 9/20 12/3 32/14 49/6 52/13
requested [7] 4/2 5/1 14/7 49/11 49/16 49/18 51/19
requests [1] 23/23
reset [1] 13/1
resist [2] 10/7 13/21
respect [6] 24/10 26/6 47/22 47/22 56/15 56/16
respectfully [1] 56/15
respond [1] 6/4
responded [1] 34/4
response [1] 4/6
responsible [2] 11/12 11/20
responsive [1] 22/18
restrained [1] 35/22
result [1] 54/3
results [1] 14/10
retained [1] 53/18
return [4] 8/1 19/10 23/12 57/10
review [10] 4/6 4/11 5/25 14/10 14/11 18/9 34/1 34/23 34/25 41/14
reviewed [4] 4/4 4/17 41/13
reviewing [1] 24/19
RHODES [112]
Rhodes' [17] 4/17 6/9 8/25 14/5 14/11 14/15 15/15 18/4 22/13 28/21 31/2 40/14 43/6 50/19 50/24 54/15 54/20

7/19 9/9 10/23 23/14 29/8 29/23 30/12 33/17 37/23 40/8 40/19 49/8 52/2 56/7 57/7
rightly [1] 36/10
rights [1] 22/14
rise [4] 3/2 38/16 52/13 57/9
risk [1] 35/17
RMR [2] 58/2 58/8
role [2] 12/15
room [3] 25/17 43/1 56/1
rotate [1] 20/11
route [1] 33/8
Rule [1] 12/24
Rule 12 [1] 12/24
ruling [2] 56/15 56/16
rulings [2] 34/5 56/11

**S**

sadly [1] 47/16
safety [1] 10/19
said [24] 4/16 11/13 16/10 20/18 22/6 22/9 23/19 34/15 37/1 38/9 38/24 39/19 39/21 43/13 43/13 45/17 46/1 46/6 46/7 46/10 50/4 52/19 54/7 54/24
salacious [1] 16/20
same [1] 45/1
sat [2] 25/17 33/17
save [1] 29/21
say [31] 6/7 12/23 18/3 18/3 21/1 21/2 24/11 24/13 25/7 28/4 30/11 30/23 33/22 34/15 36/17 36/19 36/25 38/8 38/9 38/22 40/18 40/21 42/19 44/12 44/12 44/13 50/20 54/13 56/3 56/14 57/1
saying [1] 34/21
says [1] 24/21
scheduled [3] 7/7 22/19 55/11
scholar [1] 14/3
scoped [1] 32/1
screen [1] 44/9
se [1] 18/14
search [2] 18/22 37/15
searching [1] 19/4
seat [1] 49/25
seated [1] 3/5
second [5] 30/23 31/22 44/18 50/22 51/7
seditious [3] 13/13 28/20 35/12
see [9] 9/10 9/17 28/7 29/17 29/19 30/14 44/5 44/8 56/19
seek [1] 9/6
seems [4] 13/16 13/17 39/9 53/6
seen [1] 17/16
seized [1] 15/3

section [1] 42/2
Semis [1] 25/13
sense [4] 32/24 32/24 32/25 49/5
September [6] 1/5 30/21 42/24 50/1 50/3 58/7
September 27th [1] 42/24
served [1] 20/12
service [4] 5/24 31/4 31/13 31/17
Service's [4] 3/3 24/18 24/18 46/19
session [4] 3/3 24/18 24/18 46/19
set [4] 41/20 48/25 51/2 51/22
settled [1] 33/8
setup [1] 7/3 29/19
seven [3] 30/1 30/2 41/2
sever [5] 9/4 9/9 26/10 45/23 46/2
severance [2] 9/6 52/8
shape [2] 12/7 12/18
shared [1] 44/16
she [15] 12/9 12/10 12/10 12/13 14/19 37/7 37/13 37/15 37/23 38/3 38/5 39/1 39/2 39/5 54/17
she's [4] 12/8 12/12 21/21 54/16
Sher [1] 1/16 3/10
shift [1] 38/6
shortly [1] 16/3
should [10] 5/16 10/3 10/12 19/19 28/6 28/14 29/14 42/12 48/12 48/13
shove [1] 17/21
show [1] 24/24
shown [1] 7/6
shows [2] 18/25 29/16
sides [1] 21/13
Siemens [2] 25/9 45/12
silence [1] 21/19
silent [1] 6/12
simple [1] 14/2
simply [4] 4/24 35/9 36/25 51/2
since [10] 6/11 8/6 8/22 9/2 25/7 34/18 35/23 36/20 37/22 55/16
single [4] 8/24 13/3 13/3 36/1
sir [5] 3/17 16/23 17/1 17/23 44/6
sit [1] 7/4
sitting [1] 43/16
situation [2] 24/10 52/15
six [5] 5/25 24/20 30/5 47/7 47/19
Sixth [1] 29/8
Sixth Amendment [1] 29/8

**S**

smoothly [1] 57/6
so [71]
So I think [1] 47/20
So it's [1] 20/12
so this [1] 37/24
some [21] 4/14 11/10
14/13 14/15 21/24
22/12 23/5 25/5 29/15
29/24 32/21 34/2 34/3
34/4 36/1 49/5 51/1
52/14 53/7 53/12 56/21
somebody [9] 8/20
9/14 9/23 11/19 11/25
13/13 31/9 38/13 38/13
somehow [4] 4/23 7/16
12/6 27/21
someone [3] 23/8
31/14 36/15
something [9] 12/10
25/19 25/20 26/11 27/5
29/1 36/23 43/3 43/10
sometimes [3] 18/23
49/22
sooner [1] 49/23
SoRelle [12] 14/14
14/19 14/24 21/14
28/16 31/23 36/21 37/5
37/21 38/3 38/25 39/12
SoRelle's [1] 54/14
sorry [3] 18/1 48/6
48/15
sought [2] 3/25 50/20
sounds [2] 10/4 10/5
sources [2] 14/8 20/17
southern [1] 16/13
speak [2] 16/1 51/6
specialist [1] 46/8
specific [1] 13/10
specifically [1] 25/9
specifics [1] 38/20
specified [1] 9/5
speck [1] 54/19
speed [1] 4/3
spelled [1] 9/11
spells [1] 38/10
spend [1] 19/4
spinning [1] 23/8
spoke [1] 37/21
spoken [4] 21/23 37/21
47/1 47/6
sporting [1] 30/3
spreadsheets [1]
18/14
staff [1] 20/3
stage [1] 36/5
stand [1] 37/16
standing [2] 15/9 57/2
stands [1] 57/9
start [6] 4/16 13/9
22/19 22/20 41/24 42/2
started [4] 20/7 29/12
31/6 35/24
starting [1] 42/23
starts [1] 25/8
state [1] 9/25
statement [1] 12/10
statements [5] 4/19

STATES [9] 1/1 1/3
1/10 3/7 8/13 12/21
13/2 13/21 31/16
status [2] 6/16 6/16
stay [1] 42/20
stenography [1] 2/19
step [1] 15/17
STEWART [7] 1/6 2/2
2/8 21/8 24/2 39/10
41/8
still [6] 9/10 14/21
17/25 42/10 52/5 52/8
stipulated [1] 17/16
stocked [1] 10/6
stop [2] 14/2 42/24
story [1] 42/24
straightforward [1]
49/4
strained [2] 29/5 29/23
strategy [5] 25/15
26/22 27/5 36/23 38/6
Street [2] 1/17 2/12
stretch [1] 12/1
strikes [1] 7/12
strokes [1] 45/16
struck [1] 22/7
struggle [1] 30/7
stuff [2] 8/18 25/6
subject [2] 9/24 19/1
subpoena [1] 27/10
subpoenaed [1] 41/25
subpoenas [3] 19/11
50/8 50/10
substantial [1] 54/5
substitute [5] 4/1
39/24 44/1 49/7 53/23
substitution [2] 28/24
49/17
success [3] 52/10 57/4
57/5
such [4] 8/25 13/23
14/1 16/19
sudden [2] 21/15 52/22
suddenly [2] 37/3
39/12
suggest [3] 7/14 27/21
28/16
suggested [5] 18/5
40/9 49/14 49/20 51/23
suggesting [5] 13/17
13/17 36/14 42/3 54/19
suggestion [7] 7/15
10/12 10/25 14/13
26/12 28/14 31/17
suggestions [1] 29/18
suggests [2] 11/25
54/9
Suite [2] 2/4 2/8
summaries [3] 18/13
18/18 19/15
summary [1] 18/25
summer [7] 5/4 21/12
23/6 32/5 42/9 49/20
50/23
supposed [2] 10/2
53/13
suppress [2] 9/21

suppression [1] 9/24
sure [13] 4/5 5/17 7/25
10/9 10/14 10/16 10/19
12/23 31/1 39/18 41/17
51/14 53/8
surprising [1] 21/2
surrounding [1] 38/19
surrounds [1] 26/1
suspect [6] 11/6 11/9
50/9 53/21 55/18 57/5
swimming [1] 17/19

**T**

table [6] 42/22 42/25
43/16 48/1 50/15 56/1
tables [1] 43/1
tabulated [1] 25/7
tail [1] 23/8
tail-spinning [1] 23/8
take [7] 4/14 8/1 20/14
22/2 29/20 45/12 48/1
taken [2] 33/23 37/15
taking [1] 56/11
talented [1] 53/21
talk [7] 14/4 17/9 18/20
19/1 19/9 21/20 53/10
talked [14] 13/8 20/2
20/15 21/7 21/22 25/18
25/18 26/8 26/9 26/24
38/11 41/12 45/15 50/6
talking [8] 12/23 25/8
25/23 29/12 44/11
48/18 48/18 48/22
talks [1] 25/5
Tarpley [31] 2/10 2/11
3/12 3/22 3/25 4/1 4/1
4/5 29/11 33/17 34/15
35/21 36/14 38/7 39/23
39/23 40/3 41/15 43/16
44/1 47/7 48/2 49/13
49/13 49/25 53/21
53/24 55/23 56/1 56/8
56/12
task [1] 40/12
team [3] 27/11 27/13
55/24
telephone [1] 37/15
tell [12] 9/23 11/6 18/8
29/23 31/13 34/24
38/13 40/5 41/3 41/6
43/3 43/18
tender [1] 29/3
terms [7] 25/1 25/15
26/14 28/9 28/23 32/11
33/11
terrific [1] 31/18
testify [9] 10/22 12/12
37/6 37/16 38/1 38/2
38/2 38/5 39/1
testimony [1] 19/7
Texas [7] 16/2 27/13
31/5 31/7 39/25 45/19
52/17
text [2] 21/5 43/19
than [14] 5/14 6/7 6/15
7/9 9/18 10/13 36/2
37/4 40/21 40/25 46/8

thank [16] 15/24 16/8
17/5 19/25 23/15 30/12
33/16 33/19 35/6 45/10
48/4 48/16 56/6 56/10
56/19 57/8
thank you [11] 17/5
19/25 23/15 33/16 35/6
45/10 48/4 48/16 56/6
56/10 56/19
that [335]
that's [38] 8/4 8/11
8/20 10/2 12/14 15/10
15/11 15/14 15/17
18/10 19/6 20/9 22/22
22/25 23/7 23/7 23/24
24/22 25/6 25/13 26/22
26/25 27/24 28/24
30/11 31/18 33/5 34/19
35/12 38/5 39/21 42/21
45/9 46/25 46/25 49/21
53/8 56/2
their [20] 7/10 14/24
17/17 21/22 32/1 34/18
35/1 35/17 36/11 37/25
45/14 45/20 46/11
46/15 48/21 50/2 50/12
51/2 51/4 55/17
thelinderfirm.com [1]
2/6
them [35] 8/1 8/9 8/9
11/3 15/4 15/7 15/18
15/22 18/16 19/3 21/19
23/6 28/10 28/17 31/20
32/8 33/13 35/5 38/1
45/17 45/17 46/6 46/17
47/3 47/4 47/22 49/10
49/10 50/2 50/4 50/15
52/2 52/3 52/6 52/6
themselves [1] 37/4
then [16] 14/21 15/4
15/5 16/3 16/10 21/15
22/15 23/11 29/15
34/16 39/7 39/25 43/25
46/24 47/18 49/24
theoretically [1] 22/11
theory [4] 9/25 10/6
27/18 36/12
there [56] 4/15 4/18
4/20 5/5 6/5 7/13 10/12
10/12 10/16 11/8 13/10
13/12 15/19 16/17
18/20 18/21 18/21 19/3
20/13 20/13 21/7 22/9
22/12 23/16 24/7 24/20
26/17 26/24 27/1 27/2
28/2 28/6 32/12 34/17
38/10 39/5 39/11 44/9
47/12 47/15 49/6 49/13
49/19 50/7 50/15 50/25
51/23 52/5 52/22 53/5
53/13 53/24 54/15 55/8
55/12 55/18
there's [35] 7/15 8/2
8/4 8/7 9/4 9/12 9/20
9/25 10/2 10/25 12/3
12/5 13/12 13/24 14/13
14/23 19/6 28/18 30/25

thank [16]... 31/12 34/14
34/16 36/1 36/6 36/8
37/25 38/4 45/5 46/3
54/9 54/10 54/11 54/12
55/3
these [27] 3/15 8/16
11/14 11/16 11/20 12/9
12/11 12/12 13/9 15/10
17/15 17/18 18/18
19/15 20/10 22/1 30/9
31/25 35/15 35/16
35/25 36/5 36/17 37/1
39/24 42/4 49/3
they [66]
they're [10] 17/21
18/23 19/15 21/15
21/17 24/8 26/19 27/21
29/3 44/19
they've [11] 5/3 18/15
21/3 21/4 32/6 32/7
37/25 39/19 41/2 47/8
47/20
thing [9] 18/3 28/4
30/17 36/18 37/12 38/9
42/13 46/1 56/13
things [14] 10/13 17/15
18/22 18/24 20/14 22/2
22/6 28/5 29/13 38/9
38/19 44/24 46/3 46/4
think [35] 4/18 6/12 8/11
15/13 17/4 26/6 26/8
28/18 29/10 29/15
34/13 35/3 35/7 36/7
37/7 37/8 39/8 39/15
39/21 40/2 40/3 41/7
42/10 42/12 43/5 44/20
44/25 47/16 47/20 49/4
49/22 52/14 54/16
54/18 55/11
thinks [4] 9/8 29/14
53/13 54/11
this [154]
This is [1] 3/7
those [24] 6/19 6/25
7/8 8/5 8/8 13/4 15/3
15/6 15/22 18/22 18/24
21/11 22/23 32/1 32/2
32/4 32/23 33/13 39/5
42/9 46/14 51/3 55/18
55/19
thought [2] 9/1 31/12
thousand [2] 19/14
19/14
thousands [1] 38/15
three [30] 6/7 6/15
16/12 23/4 24/6 24/16
24/18 24/18 24/25
25/17 27/12 33/10
35/24 36/1 39/25 40/4
40/6 40/19 40/21 40/21
40/23 40/25 41/1 41/5
41/20 42/3 42/11 52/22
53/23 55/15
three-hour [1] 24/16
through [18] 3/25 5/9
5/23 8/18 17/6 18/19
19/4 20/12 20/23 24/8
24/14 26/23 31/16

**T**

**through... [5]** 35/16
39/20 49/10 51/22
53/12

**time [29]** 5/3 5/25 6/11
8/24 12/24 13/2 14/16
18/6 19/7 22/18 23/8
24/9 26/9 28/1 30/3
32/5 32/14 35/18 39/2
46/25 48/3 48/25 50/12
52/6 52/9 54/9 54/10
54/11 56/11

**times [8]** 13/2 20/8
20/21 35/14 47/8 47/10
47/19 55/9

**titled [1]** 58/4

**today [4]** 16/7 53/2
53/7 53/8

**today's [2]** 3/24 31/6

**together [6]** 13/20
20/18 32/18 32/22
33/13 33/13

**told [4]** 18/12 46/2 53/1
53/2

**too [2]** 15/8 42/18

**toothed [1]** 35/16

**top [2]** 23/4 32/21

**topic [1]** 28/16

**touch [4]** 25/10 46/10
46/11 46/15

**tough [1]** 52/15

**town [2]** 5/10 50/11

**track [1]** 22/19

**traffic [1]** 51/11

**transcript [4]** 1/9 2/19
18/21 58/3

**transcription [1]** 2/19

**transfer [1]** 10/7

**transferred [1]** 31/4

**trial [54]** 4/2 4/24 5/2
6/8 7/7 10/5 10/10
12/15 15/1 15/5 16/1
18/9 20/7 21/25 27/5
27/17 30/21 30/23 32/9
32/12 32/16 32/17
32/20 33/1 33/4 33/5
33/10 33/12 34/24 36/4
37/12 38/6 40/16 40/23
41/4 41/20 41/21 42/3
42/5 42/10 42/23 43/6
43/15 49/7 50/19 50/22
50/24 51/1 51/4 51/16
51/18 52/22 54/1 55/9

**tried [8]** 5/11 20/7
20/24 33/7 40/16 42/7
50/23 51/4

**trip [2]** 16/13 16/14

**trouble [3]** 3/20 23/11
24/14

**troubling [3]** 21/16
22/1 22/22

**Troy [2]** 1/15 3/10

**true [2]** 34/19 45/2

**truly [2]** 29/13 30/1

**trust [1]** 29/17

**try [8]** 18/20 24/15
33/13 42/9 50/14 53/17
53/22 57/6

**Tuesday [2]** 20/3 22/1
27/21 40/1 45/7 51/15

**Tuesday [7]** 41/24 42/1

**Tuesdays [1]** 24/17

**turn [8]** 9/13 9/17
15/12 15/17 16/21
26/18 30/14 44/10

**turned [9]** 10/25 11/1
11/3 11/4 11/7 11/8
11/9 23/4 32/13

**twice [3]** 5/24 24/3
46/10

**two [30]** 7/5 7/8 20/8
20/10 21/8 21/25 22/23
23/6 26/16 28/5 30/25
36/1 37/22 38/9 38/11
39/5 39/9 39/24 42/4
42/25 44/14 45/16
45/16 47/1 47/10 47/18
54/17 54/18 55/9 55/25

**two-day [1]** 20/8

**two-hour [2]** 20/10
47/10

**TX [2]** 2/4 2/8

**U**

**U.S [7]** 1/17 5/23 29/3
31/13 31/17 31/18
38/14

**U.S. [2]** 21/3 31/16

**U.S. Attorney's Office
[2]** 21/3 31/16

**ultimately [2]** 31/18
40/20

**unable [1]** 18/8

**under [2]** 37/3 37/13

**underlying [1]** 28/19

**understand [12]** 9/19
12/9 12/11 15/2 19/22
19/24 22/21 24/11 25/4
48/17 49/22 52/16

**understandably [3]**
24/5 34/20 53/4

**understanding [1]**
15/20

**understood [4]** 5/16
5/17 31/21 56/17

**undoubtedly [3]** 5/5
6/24 50/8

**unit [1]** 45/25

**UNITED [1]** 1/1 1/3
1/10 3/7 8/13 12/21
13/2 13/21 31/16

**United States [1]** 8/13
12/21 13/2 13/21 31/16

**United States of [1]**
3/7

**unlawfully [1]** 9/22

**unless [1]** 47/25

**until [8]** 11/22 33/25
40/17 42/9 50/23 52/21
54/21 57/10

**unusual [1]** 35/10

**up [23]** 4/3 4/10 8/21
8/24 10/6 11/24 16/4
16/6 19/9 19/16 22/15
24/3 27/20 27/23 27/25
37/16 38/23 42/20

**W**

**waiting [1]** 50/25

**Wallace [1]** 45/14

**want [6]** 4/5 4/17 4/20
5/17 7/23 19/2 19/3
19/9 23/12 27/10 28/25
31/22 34/22 38/20
42/20 42/25 43/16
43/20 48/1 49/2 52/8
56/20

**wanted [5]** 18/3 31/1
46/14 48/9 56/14

**wanting [1]** 30/18

**wants [6]** 10/22 41/19
42/21 55/24 56/13
56/24

**warrant [1]** 37/15

**was [88]**

**Washington [4]** 1/5
1/18 2/17 38/25

**wasn't [2]** 46/5 49/21

**53/7**

**updated [2]** 18/15
20/22

**updates [2]** 20/22

**us [13]** 17/21 17/22
18/24 19/15 20/4 21/6
21/6 21/15 21/21 23/8
26/22 27/11 53/2

**usdoj.gov [2]** 1/19
1/20

**use [3]** 14/25 15/5 15/6

**used [1]** 48/13

**utter [1]** 7/12

**utterly [1]** 8/19

**V**

**vacation [2]** 16/11
16/15

**variety [1]** 6/24

**various [2]** 47/19 52/1

**vehemently [1]** 28/8

**venue [1]** 46/13

**versus [1]** 3/8

**very [26]** 4/23 7/15 8/1
8/10 11/13 14/16 19/12
19/12 19/16 20/9 21/1
21/5 21/20 21/23 33/23
34/17 35/2 35/10 39/3
39/3 39/7 39/7 39/10
41/21 41/23 45/1

**vetted [1]** 25/16

**via [1]** 3/14

**vice [2]** 21/10 21/22

**video [1]** 46/21

**videoconference [1]**
3/14

**views [1]** 52/9

**vigorously [1]** 28/10

**violated [1]** 9/25

**visits [1]** 47/18

**volume [4]** 5/5 18/5
35/4 55/2

**volumes [1]** 24/4

**vs [1]** 1/5

**way [17]** 7/9 12/7
12/18 19/19 23/2 24/7
28/10 29/25 42/16
42/19 47/4 49/13 53/25
53/25 54/2 54/8 55/13

**ways [2]** 28/8 35/1

**we [104]**

**we will [5]** 43/14 46/23
56/20 56/22 57/5

**we'd [2]** 17/11 51/14

**we'll [5]** 4/15 43/14
45/18 56/1 56/19

**we're [7]** 17/14 17/19
17/24 19/10 33/10 36/7
46/7

**we've [20]** 6/15 17/14
19/7 20/18 20/23 20/24
23/11 23/23 24/22 25/2
25/20 26/25 28/2 33/8
37/21 43/1 54/25 55/14
55/14 57/4

**weapons [1]** 10/6

**week [8]** 5/24 16/22
27/24 48/3 51/14 51/15
51/18 56/19

**week-long [1]** 51/15

**weekend [2]** 16/12
27/12

**weeks [25]** 6/7 6/15
15/12 20/6 24/13 24/25
30/5 33/10 37/23 39/13
40/21 40/22 40/23
40/25 41/2 41/5 41/20
42/3 42/11 47/6 50/23
52/22 53/23 54/17
54/18

**weighs [1]** 54/23

**welcome [3]** 3/22 3/23
33/21

**well [32]** 4/13 10/4
15/4 15/7 17/19 18/10
19/2 21/11 21/23 28/24
29/10 32/1 35/8 35/24
36/6 37/13 37/18 38/8
38/9 38/22 40/5 40/18
40/24 41/1 41/6 41/8
42/13 45/15 46/7 49/2
50/10 55/17

**well-being [1]** 41/8

**well-spoken [1]** 21/23

**went [2]** 16/12 43/18

**were [22]** 8/3 12/5 12/6
15/3 16/15 16/24 21/9
21/13 22/6 22/11 26/9
30/22 32/4 34/10 35/8
37/2 46/2 46/14 51/25
52/1 53/23 55/16

**weren't [1]** 11/12

**what [48]** 4/6 4/21 7/1
7/2 7/25 9/6 9/8 9/10
10/19 11/1 11/7 11/8
11/15 12/14 12/8 12/23
14/10 15/2 15/13 16/10
18/8 18/13 18/25 20/24
22/10 23/9 23/19 24/24
25/7 27/18 28/23 34/15

**36/25** 38/23

39/19 39/21 43/12
43/13 44/12 46/14
48/20 49/5 52/20 52/25
53/2 55/4 56/23

**what's [2]** 15/7 30/15

**whatever [2]** 18/17
42/17

**when [27]** 4/8 4/9 13/8
17/10 18/18 21/6 21/20
22/19 22/25 24/15
23/9 34/22 35/25 36/24
40/2 40/15 46/19 47/17
49/6 54/17 55/10 55/11
55/11

**where [10]** 7/4 17/9
19/4 19/12 19/13 21/6
25/8 31/13 49/3 55/23

**whether [18]** 11/3
11/19 14/19 26/9 27/4
29/10 32/4 32/7 37/25
49/18 49/25 51/19
51/20 52/12 53/16
53/18 54/3 54/5

**which [25]** 5/2 6/5 6/13
7/11 7/14 10/14 13/24
15/17 18/4 18/25 27/5
29/15 29/18 29/20 33/1
33/6 34/13 34/16 38/8
38/9 50/22 52/13 54/7
55/6 55/13

**whiff [1]** 52/19

**while [4]** 16/13 16/14
24/8 38/15

**White [1]** 12/20

**White House [1]** 12/20

**who [21]** 7/7 7/9 8/6
8/6 8/16 14/5 21/22
21/23 21/23 25/25
32/20 32/21 34/18 35/3
36/15 37/2 37/2 39/7
39/10 46/8 51/1

**who's [6]** 9/1 13/13
19/8 20/21 31/9 40/8

**who've [4]** 11/12 14/14
18/5 50/25

**whole [3]** 22/25 31/19
46/3

**whom [2]** 51/1 55/15

**why [7]** 8/7 10/14
10/22 27/9 33/1 44/10
47/16

**will [31]** 7/3 8/1 11/5
11/6 11/8 12/23 14/9
15/22 21/1 21/2 24/13
28/10 28/14 29/25
36/22 38/8 39/25 42/1
43/4 43/13 43/14 46/9
46/23 47/9 54/3 54/13
55/23 56/20 56/22 57/1
57/5

**William [3]** 2/14 58/2
58/8

**willing [3]** 26/20 37/23
56/2

**willingness [1]** 6/10

**window [1]** 24/17

**windows [2]** 20/11 24/16
**wires [1]** 48/17
**wise [1]** 26/10
**wish [2]** 30/1 52/5
**wishes [1]** 17/3
**within [2]** 26/25 28/24
**without [2]** 48/2 51/17
**witness [18]** 14/17 14/20 18/25 19/2 20/22 20/22 20/25 21/8 21/14 21/21 23/1 23/9 32/8 37/16 37/24 38/3 39/3 39/8
**witnesses [15]** 18/14 19/3 20/18 20/19 21/7 21/15 22/23 23/4 24/15 25/9 28/18 37/3 39/10 50/6 50/10
**woman's [1]** 27/13
**won't [1]** 19/10
**word [2]** 43/5 48/13
**words [6]** 13/18 13/20 13/23 14/1 30/13 30/21
**work [9]** 31/3 32/16 32/18 32/25 45/18 45/19 55/25 56/23 57/6
**worked [3]** 37/2 40/6 41/23
**working [7]** 16/15 17/25 28/13 32/15 44/2 44/5 50/15
**world [1]** 26/1
**wormhole [1]** 26/3
**would [55]** 5/2 5/11 6/25 7/1 7/2 8/25 9/2 9/6 9/17 9/18 10/16 10/20 15/8 19/1 21/14 21/23 23/18 23/22 24/9 24/23 25/7 26/10 26/20 27/10 27/16 28/20 28/21 29/5 30/15 30/20 30/21 33/4 33/10 33/12 33/22 36/25 37/11 38/1 39/1 39/16 40/13 40/15 40/16 41/22 43/25 44/5 46/10 48/1 49/21 50/2 50/3 50/4 50/19 50/22 53/25
**wouldn't [1]** 42/8
**writing [1]** 54/16
**written [2]** 29/10 36/8
**wrong [2]** 8/11 16/19

**Y**
**yeah [3]** 16/11 16/24 56/14
**year [1]** 23/6
**yes [10]** 3/18 17/20 20/13 22/5 30/24 42/12 45/9 45/18 46/10 46/23
**yesterday [2]** 52/21 54/22
**yet [1]** 8/14
**you [129]**
**you'd [2]** 23/16 44/12
**you'll [1]** 41/15
48/24 53/11
**you've [12]** 18/18 18/22 19/3 19/12 22/2 27/7 33/17 41/3 43/13 44/10 44/11 52/6
**young [1]** 30/5
**your [70]**
**your Honor [47]** 3/6 3/18 15/24 15/25 16/9 17/5 17/8 18/11 20/15 21/1 22/24 23/17 23/19 26/14 28/5 28/24 28/25 29/16 30/11 30/24 31/6 31/21 33/16 34/5 34/7 35/6 36/19 36/20 36/25 37/20 38/18 38/23 39/9 39/15 40/11 40/19 41/7 43/7 44/18 44/21 48/5 48/8 51/6 53/10 56/5 56/6 56/10
**Your Honor's [1]** 32/10
**yours [1]** 25/3

**Z**
**Zaremba [3]** 2/14 58/2 58/8
**zealously [1]** 36/10
**zero [1]** 48/22
**Zoom [1]** 16/16