```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3   UNITED STATES OF AMERICA,          )     Criminal Action
                                        )      No. 22-00015
 4                   Plaintiff,         )
                                        )
 5      vs.                             )     AFTERNOON SESSION
                                        )
 6   ELMER STEWART RHODES, III,         )     Washington, D.C.
     et al.,                            )     October 11, 2022
 7                                      )
                     Defendants.        )     1:45 p.m.
 8                                      )
      * * * * * * * * * * * * * * *    )
 9


10              TRANSCRIPT OF JURY TRIAL - DAY 8
11            BEFORE THE HONORABLE AMIT P. MEHTA,
                  UNITED STATES DISTRICT JUDGE
12


13
     APPEARANCES:
14
     FOR THE GOVERNMENT:     KATHRYN L. RAKOCZY, ESQ.
15                           TROY A. EDWARDS, JR., ESQ.
                             JEFFREY S. NESTLER, ESQ.
16                           LOUIS MANZO, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
17                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
18                           Washington, D.C. 20579

19                           ALEXANDRA S. HUGHES, ESQ.
                             JUSTIN T. SHER, ESQ.
20                           U.S. DEPARTMENT OF JUSTICE
                             950 Pennsylvania Avenue, Northwest
21                           Washington, D.C. 20530

22
     FOR THE DEFENDANT       PHILLIP A. LINDER, ESQ.
23            RHODES:        JAMES L. BRIGHT, ESQ.
                             EDWARD L. TARPLEY, JR., ESQ.
24                           BARRETT BRIGHT LASSITER LINDER
                             3300 Oak Lawn Avenue
25                           Suite 700
                             Dallas, Texas 75219
```

```
1     APPEARANCES, CONT'D:

2     FOR THE DEFENDANT          STANLEY E. WOODWARD, JR., ESQ.
              MEGGS:            BRAND WOODWARD LAW
3                               1808 Park Road, Northwest
                                Washington, D.C. 20010
4
                                JULI HALLER, ESQ.
5                               LAW OFFICES OF JULI HALLER
                                601 Pennsylvania Avenue, Northwest
6                               Suite 900
                                Washington, D.C. 20036
7

8     FOR THE DEFENDANT          BRADFORD L. GEYER, ESQ.
              HARRELSON:        FORMERFEDSGROUP.COM, LLC
9                               141 I Route 130 South
                                Suite 303
10                              Cinnaminson, New Jersey 08077

11
       FOR THE DEFENDANT         JONATHAN W. CRISP, ESQ.
12             WATKINS:         CRISP AND ASSOCIATES, LLC
                                4031 North Front Street
13                              Harrisburg, Pennsylvania 17110

14
       FOR THE DEFENDANT         DAVID W. FISCHER, SR., ESQ.
15             CALDWELL:        FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
16                              Glen Burnie, Maryland 21061

17
       REPORTED BY:             LISA EDWARDS, RDR, CRR
18                              Official Court Reporter
                                United States District Court for the
19                                District of Columbia
                                333 Constitution Avenue, Northwest
20                              Room 6706
                                Washington, D.C. 20001
21                              (202) 354-3269

22

23

24

25
```

```
1                           I N D E X

2

3
                               Direct      Cross       Red.
4

5   WITNESSES FOR THE GOVERNMENT:

6   Justin Eller                 2470       2509        2577
                                            2533
7                                           2546
                                            2549
8                                           2553

9

10  EXHIBITS RECEIVED IN EVIDENCE                       PAGE

11
    Government's Exhibit No. 6825.8                      2471
12  Government's Exhibit No. 6825.12                     2481
    Government's Exhibit No. 6825.13                     2486
13  Government's Exhibit No. 200.P.3                     2495
    Government's Exhibit Nos. 183, 184, 185
14     189 and 194                                       2499
    Government's Exhibit No. 2003.F.418                  2501
15  Government's Exhibit Nos. 4501.10,
       4500.P.4, 4500.P.7                                2504
16  Government's Exhibit No. 1.S.672.298                 2585
    Government's Exhibit No. 200.V.1                     2589
17

18  Defendant Watkins's Exhibit No. 3                    2526
    Defendant Caldwell's Exhibit No. 111                 2565
19  Defendant Caldwell's Exhibit No. 112                 2575
    Defendant Caldwell's Exhibit No. 86                  2575
20  Defendant Caldwell's Exhibit No. 113                 2576

21

22

23

24

25
```

1          THE COURT:  Please be seated, everyone.  I think

2     we've got everybody back -- or at least all the Defendants

3     are back.

4          And so, Mr. Fischer, we were discussing your

5     motion that you had filed last evening in which you've

6     requested that the jury may be -- that the jury be informed,

7     be made aware, that nobody in connection with the

8     North Carolina Oath Keepers has been charged.

9          Mr. Fischer, I guess the issue is -- I mean, you

10    yourself have cited a case that says just the opposite,

11    which is that Government charging decision can be based on a

12    whole host of factors and the fact that somebody hasn't been

13    charged could be attributable to any number of things.  And

14    if it's admitted, it has the potential for causing confusion

15    and certainly would open the door, in theory, to the

16    Government explaining precisely why it hadn't charged these

17    folks.  And it may be a different reason than what you've

18    suggested and could, you know, create a bit of a sideshow,

19    it seems to me.

20         So why is that case wrong and what makes this case

21    unique, in your estimation?

22         MR. FISCHER:  Well, your Honor, ordinarily, under

23    a 403 analysis, I can understand why courts generally don't

24    allow this information in.  But Mr. Stamey, he's on the

25    Government's exhibit as a conspirator in this case.  So --

1    and Mr. Stamey isn't -- his attorney has advised that he's

2    going to invoke his Fifth Amendment privilege.  So

3    Mr. Stamey, we do not have him available to be here to

4    testify.

5           And the Government -- that's their choice.  They

6    don't want to grant immunity.  But in light of that, your

7    Honor, it distorts the trial.  It distorts the trial.

8    Mr. Caldwell does not have access to his most important

9    witness to come to court who would clear his name -- and,

10   your Honor, this witness has given a lengthy statement to

11   the FBI.  It's at least four hours long.  And he says -- as

12   I indicate in my motion, there were multiple statements he

13   made that are exculpatory of Mr. Caldwell.

14          I think the jury -- I know ordinarily there's a

15   prejudicial angle to this, and that's how courts would

16   sustain an objection to this type of evidence.  However, in

17   this case, I'm not sure there's prejudice to the Government

18   because the Government's witness, Mr. Zimmerman, painted --

19   or at least his testimony implicitly painted the North

20   Carolina Oath Keepers, as I indicated, as the good guys, the

21   ones who broke away from Stewart Rhodes.

22          And so if we don't have -- I don't see what

23   prejudice the Government suffers by emphasizing the point

24   that they are the good guys and have not been charged and --

25   but against that, your Honor, there are two things:

 1              Number one, Agent Palian testified about a, quote,
 2    "different plan," unquote.  He was very clear about that.
 3    And that plan, from reading his affidavit, seems to have
 4    included the 40-plus North Carolina Oath Keepers.  So that
 5    would go -- on the issue, it's relevant to show that the
 6    allegation of that plan was incorrect.  The reliability of
 7    his investigation calls into question.
 8              And secondly, your Honor, I would point out as
 9    well, the jury could be left with the distinct impression
10    that Mr. Stamey has actually been charged, or they could be
11    left with the impression that, you know, he's actually been
12    charged and -- or this Ranger Doug Smith, who was just
13    presented, that Mr. Smith, who was just shown in a video
14    right next to Mr. Rhodes, that somehow these individuals are
15    charged.
16              So, your Honor, it distorts the trial.  And I
17    think it is relevant.  I think there's clearly relevance to
18    it.  The question is whether the prejudicial value is of any
19    consequence.  And I think that went out the door when the
20    Government brought in Mr. Zimmerman.
21              Thank you, your Honor.
22              THE COURT:  Thank you.
23              Mr. Nestler, would you like to be heard?
24              MR. NESTLER:  Yes, your Honor.
25              This evidence is both irrelevant and prejudicial.

1    It should be excluded under Rule 403.  I believe your Honor

2    cited the Ninth Circuit case that Mr. Fischer included in

3    his motion.  That case cited back to an Eleventh Circuit

4    case, *United States versus Delgado*, which discussed the many

5    reasons that go into a Government's decision to not charge

6    somebody and how the Government's decision to not charge an

7    individual cannot be read as the Government opining about

8    that individual's innocence.

9         There are many factors that go into charging

10    decisions, including timing, resources, where charges are

11    levied and which charges are levied.

12         The Government has been very clear that we believe

13    Mr. Stamey is an unindicted co-conspirator in this

14    conspiracy.  We've all litigated, I thought before this

15    trial started, the idea that the parties were not going to

16    refer to any other individuals being charged or not charged.

17    And that's where we came out.  We believe that that decision

18    was correct.

19         And as your Honor indicated, if we do get into

20    this, then the Government would be entitled to present

21    evidence about why it charged certain people and when and

22    with what charges and what the Government believes, which of

23    course would be the Government's opinion, about why certain

24    people would be guilty.

25              THE COURT:  Can I just ask you a slightly

1    different -- on an unrelated subject that Mr. Fischer has

2    brought up, which is that -- what is the remedy, if any, in

3    your view, to the fact that Mr. Stamey, if he otherwise

4    would be available, would provide exculpatory evidence --

5    exculpatory testimony, at least according to Mr. Fischer?

6         I understand the Government views him as an

7    unindicted co-conspirator, but they have not charged him.

8    Obviously, he's got a right, it seems to me, to invoke the

9    Fifth; but, you know, it does come at the cost, it seems to

10   me, of allowing the defense to present a full -- make a full

11   presentation of the -- of the facts that they think support

12   them.

13        MR. NESTLER:  We don't believe it's consistent

14   with D.C. Circuit case law that there is a remedy for the

15   defense there.

16        As we went over when we litigated this issue, I

17   believe, last week or two weeks ago, what the D.C. Circuit

18   said, referring back to the D.C. Court of Appeals and the

19   *Carter* decision from the D.C. Court of Appeals that does not

20   exist in the circuit --

21        THE COURT:  I know we talked about that.

22        MR. NESTLER:  And so whether the Government has

23   charged Mr. Stamey previously, or will charge him in the

24   future, doesn't affect -- or never charges him at all does

25   not affect the decision about whether he is an unindicted

1   co-conspirator.

2         I guess, if we're asking about hypotheticals, if

3   we had charged him last week, for instance, I'm not sure the

4   defense would be in a different position than they're in

5   right now.  It's -- the fact that he hasn't, as of today,

6   been charged does not really affect the analysis.

7         THE COURT:  Okay.  So, Mr. Fischer, I can

8   appreciate what you're trying to accomplish here, but I --

9   you know, I just don't think there's any support for it, at

10   least in terms of letting the jury be aware, become -- be

11   told or become advised about what charging decisions the

12   Government has or hasn't made.

13         I mean, if there is any probative value to it, it

14   seems to me it would be low.  And there's a real danger of

15   jury confusion and, frankly, opening the door to the very

16   thing that, you know, I don't want to have happen, and

17   Mr. Nestler has suggested, which is that we have a

18   mini-trial about charging decisions.  I mean, I don't know

19   how that even could come about.  I mean, a prosecutor is not

20   going to take the stand and explain why they made charging

21   decisions.

22         So in some sense, it would potentially create a

23   circumstance where the Government actually wouldn't be able

24   to defend its charging decisions.

25         So while I understand the frustration, I just

1     don't think that's the appropriate remedy here.

2              You know, you've also suggested a missing witness

3     jury instruction.  And we can talk about it at the end, but

4     I'm not sure that a predicate for a missing witness

5     instruction is applicable.  I mean, this isn't a case where

6     the witness is uniquely within the control of the

7     Government.  You know, Mr. Stamey is equally available to

8     both sides.  But he's invoking Five.

9              And then, insofar as, you know, getting to play

10    his videotape, which you suggested, that presents its own

11    problems, given that the Government doesn't have an

12    opportunity to cross-examine a videotape.

13             So, you know, I sympathize, but I'm sort of

14    hard-pressed to come up with a good solution that's

15    consistent with, you know, the Rules of Evidence in a way

16    that can be done lawfully.

17             MR. FISCHER:  Your Honor, just briefly:  The case

18    law that's being cited, the cases have all suggested that,

19    in those particular cases, the facts really don't merit a

20    judicial remedy.

21             This is a little bit different of a case.  This is

22    the one -- this is the one witness who creates a link

23    between Stewart Rhodes and Mr. Caldwell.  And he has already

24    given a lengthy FBI interview.

25             So this isn't a situation where it's some minor

1  little -- like some of these cases, the evidence the

2  defense --

3          THE COURT:  Yes.

4          MR. FISCHER:  This may very well be that case.

5          THE COURT:  Understood.

6          But I'm not sure that the remedy is to alert the

7  jury as to why -- whether he's been charged or not.

8  And again, you know, I can't conceive of a circumstance --

9  well, let me put it differently, which is that if it were to

10  be introduced, what that then opens the door to in terms of

11  the Government presentation and explanation of why.  And in

12  some sense, it may create even blowback for your client.

13  But maybe that's a risk you're willing to take.  But it's

14  not something I'm prepared to allow to happen at this trial.

15  But I can understand why you're asking me to.

16          MR. FISCHER:  Thank you, your Honor.

17          THE COURT:  Thank you, Mr. Fischer.

18          Let's go ahead and bring our jurors in.

19          THE COURTROOM DEPUTY:  Jury panel.

20          (Whereupon, the jury entered the courtroom at 1:56

21  p.m. and the following proceedings were had:)

22          THE COURT:  Have a seat, everybody.  Welcome back,

23  ladies and gentlemen.  I hope you had a nice lunch hour.

24          We are ready to begin our afternoon session.

25          So, Special Agent Eller, why don't you come on

1    back up.

2                Ms. Hughes, we're ready to start when you are.

3                MS. HUGHES:  Thank you, your Honor.

4                     DIRECT EXAMINATION (CONTINUED)

5    BY MS. HUGHES:

6    Q.  Good afternoon, Special Agent Eller.

7    A.  Good afternoon.

8    Q.  Before the lunch break, we spent a good amount of time

9    talking about Ms. Watkins and individuals from Ohio.

10                Do you see Ms. Watkins in the courtroom today?

11   A.  I do.

12   Q.  And by identifying her through articles of clothing,

13   could you please point out where she is in the courtroom?

14   A.  She's seated over there.  She's wearing a green sweater

15   with a purple shirt underneath and she's wearing black

16   plastic glasses.

17                MS. HUGHES:  May the record please reflect a

18   courtroom identification of Ms. Watkins?

19                THE COURT:  Mr. Crisp, any objection?

20                MR. CRISP:  No, your Honor.

21                THE COURT:  The record will reflect an in-court

22   identification of Ms. Watkins.

23   BY MS. HUGHES:

24   Q.  Special Agent Eller, we were talking about some messages

25   before the break.  And I'd like to go back to some of those

 1    messages.

 2              MS. HUGHES:  Could we please bring up, just for

 3    the witness, message -- Government's Exhibit 6825.8.

 4              Could you please scroll through these messages,

 5    Ms. Rohde.

 6    BY MS. HUGHES:

 7    Q.  What are these messages, Special Agent Eller?

 8    A.  These are text messages.

 9    Q.  Where are these text messages from?

10    A.  From Jessica Watkins's cellular telephone.

11    Q.  Have you had an opportunity to compare the information

12    that was extracted from Ms. Watkins's cell phone with the

13    messages that are before you on your screen?

14    A.  Yes.

15    Q.  And are these messages a fair and accurate copy of

16    messages contained on Ms. Watkins's phone?

17    A.  Yes.

18              MS. HUGHES:  The Government seeks to admit and

19    publish Government's Exhibit 6825.8.

20              MR. CRISP:  No objection.

21              THE COURT:  6825.8 will be admitted.

22              (Whereupon, Government's Exhibit No. 6825.8 was

23    entered into evidence.)

24    BY MS. HUGHES:

25    Q.  Special Agent Eller, what is the date of this first

1    message?

2    A.  November 17, 2020.

3    Q.  Who are these messages between?

4    A.  This is between Jessica Watkins and somebody that she

5    has listed in her contacts as Recruit Leah.

6    Q.  And you said listed in her contacts.  Where does this --

7    specifically where does this name, Recruit Leah-OSRM, come

8    from?

9    A.  This comes from her contact list, from Jessica Watkins's

10   telephone contact list.

11   Q.  Could you please read the message.

12   A.  "Well, if Biden get the steal, none of us have a chance

13   in my mind.  We already have our neck in the noose.  They

14   just haven't kicked the chair yet."

15          MS. HUGHES:  Could we please go to the next slide.

16   Thank you.

17   BY MS. HUGHES:

18   Q.  And what is the date of this message?

19   A.  November 17, 2020.

20   Q.  And is this from Recruit Leah to Ms. Watkins?

21   A.  Correct.

22   Q.  What does Recruit Leah write Ms. Watkins?

23   A.  "So I should get comfortable with the idea of death."

24          MS. HUGHES:  Can we please go to the next slide,

25   please.

1    BY MS. HUGHES:

2    Q.  What does Ms. Watkins respond?

3    A.  "That's why I do what I do."

4          MS. HUGHES:  Could we please go to the next slide.

5    BY MS. HUGHES:

6    Q.  And who is this from?

7    A.  This is from Recruit Leah-OSRM to Jessica Watkins.

8    Q.  And what is the date of this?

9    A.  November 17, 2020.

10   Q.  And you said Recruit Leah-OSRM.  Have you seen OSRM,

11   this acronym, before?

12   A.  Yes.

13   Q.  Where have you seen OSRM before?

14   A.  This was posted on the Parler account in other places --

15          MR. CRISP:  Your Honor, we'll stipulate it's the

16   Ohio State -- we'll stipulate to the meaning of it.  We

17   don't need to lay the foundation.  We can move along.

18          MS. HUGHES:  Very well.

19   BY MS. HUGHES:

20   Q.  So what is OSRM?

21   A.  The Ohio State Regular Militia, or Ohio State Regulars.

22   Q.  And is that Ms. Watkins's militia group?

23   A.  Correct.

24   Q.  Could you please read the message?

25   A.  "I hope the training will help me be okay with dying for

1    country."

2            MS. HUGHES:  Could we please go to the next

3    message.

4            Could we please now go to Government's Exhibit

5    6825.10, which is already in evidence, and -- oh, sorry --

6    .9, which is already in evidence, and can we go Page 10 of

7    6825.9.  Sorry.  That's 6825.10, Page 10.  Thank you,

8    Ms. Rhode.

9    BY MS. HUGHES:

10   Q.  Before lunch, we were talking about messages exchanged

11   on Parler.  Did there come a time when Ms. Watkins engaged

12   in conversations regarding travels to D.C. around

13   January 6th?

14   A.  Yes.

15   Q.  And on your screen is a message.  Could you please

16   explain to the jury who this message is from?

17   A.  This is from LEO2211.

18   Q.  And in parentheses it says "Seikerman."  Who is

19   Seikerman?

20   A.  Donald Seikerman.

21   Q.  Who is Donald Seikerman?

22   A.  Donald Seikerman is from Pennsylvania.

23   Q.  How do you know that LEO2211 is Donald Seikerman?

24   A.  Just through the -- throughout the investigation, the

25   phone number that's associated to him, and the username.

1    Q.  And what is the date of this message from Donald

2    Seikerman?

3    A.  This is December 30th, 2020.

4    Q.  And who's the recipient of this message?

5    A.  Ohio State Regulars.

6    Q.  Is that Ms. Watkins?

7    A.  Yes.

8    Q.  What does Donald Seikerman write?

9    A.  "Just to let you know, as per Stewart, Oath Keepers will

10   be in D.C. both the 5th and 6th.  We will need folks for

11   both close security details and general crowd security.

12   More details to come as soon as Stewart has time to get the

13   call to action email together.  Hope to see you there."

14            MS. HUGHES:  Could we please go to the next page.

15   BY MS. HUGHES:

16   Q.  What does Ms. Watkins write to Donald Seikerman?

17   A.  "We are coming again.  I talked to Tom.  I guess he

18   won't be using his property as a rally point again, so we

19   need a new rally point.  I'll TXT Stewart today and sort it

20   out.  We will be there on the 5th as well."

21   Q.  And this reference to Tom letting his property be used

22   as a rally point, have you seen references to sort of rally

23   points in connection with somebody named Tom in other parts

24   of the investigation?

25   A.  Correct.  For the Million MAGA March, they went to

1    Thomas Caldwell's property as a rally point.

2              MS. HUGHES:  Could we please go to the next slide,

3    please.

4    BY MS. HUGHES:

5    Q.  And what does LEO2211, who's Donald Seikerman, write to

6    Ms. Watkins on this slide?

7    A.  "Fantastic.  See you there."

8              MS. HUGHES:  Next slide, please.

9    BY MS. HUGHES:

10   Q.  What is this slide?

11   A.  This is another part of the conversation between Jessica

12   Watkins and Donald Seikerman.

13   Q.  And is Ms. Watkins writing to Donald Seikerman in this

14   slide?

15   A.  Correct.

16   Q.  What is she writing?

17   A.  "Looks like Ranger Doug and NCOK crew should be coming.

18   Tom is not able to have us stage at his property again, so

19   we are sorting out a new RP.  Nice meeting you.  See you

20   there.  Do you have Zello?  We use it as a backup comms, so

21   if you install it, we can set you up before we roll out."

22   Q.  Do you know what Zello is, Special Agent Eller?

23   A.  Yes.

24   Q.  What is Zello?

25   A.  Zello is an application that you can download in your

1    cellular telephone and it replicates a walkie-talkie, or a

2    press-to-talk walkie-talkie so you can communicate

3    between -- like, individual to individual or it can be a

4    group conversation as well.

5            MS. HUGHES:  Can we please go to the next slide.

6    BY MS. HUGHES:

7    Q.  What does Ms. Watkins write in this slide?

8    A.  "I spent four days with OKs in Louisville and went to

9    another one with them in D.C. for the Million MAGA March.  I

10   hope Stewart gets it put together soon.  Time is running

11   out."

12   Q.  What is the date of this message?

13   A.  This is December 30th, 2020.

14           MS. HUGHES:  Could we please go to the next slide.

15   BY MS. HUGHES:

16   Q.  And is this the same date, December 30th?

17   A.  Correct.

18   Q.  What does Mr. Seikerman write Ms. Watkins?

19   A.  "Yep.  I was one of those in D.C.  Met you there.  Old

20   big guy with the white CCW vest in the pic."

21           MS. HUGHES:  Next slide, please.

22   BY MS. HUGHES:

23   Q.  What does Mr. Seikerman continue writing?

24   A.  "Have Zello already set up."

25           MS. HUGHES:  Next slide, please.

Eller - DIRECT - By Ms. Hughes

```
 1    BY MS. HUGHES:
 2    Q.  What does Ms. Watkins respond?
 3    A.  "Awesome.  Glad we could connect on Parler then."
 4            MS. HUGHES:  Next slide, please.
 5    BY MS. HUGHES:
 6    Q.  And this -- is this the same date or is this the next
 7    day?
 8    A.  This is the next date, December 31st.
 9    Q.  What does Mr. Seikerman write Ms. Watkins the next day?
10    A.  "Get in touch with Stewart and get him to add you to the
11    new leadership chat on Signal.
12            MS. HUGHES:  Next slide, please.
13    BY MS. HUGHES:
14    Q.  What does Mr. Seikerman write?
15    A.  "Text me your info.  I will add you to the Signal chat."
16    Q.  And you don't need to read that number.
17            Do they, in fact, move to text communication --
18    A.  Yes.
19    Q.  -- Mr. Seikerman and Ms. Watkins?
20            MS. HUGHES:  Could we please, just for the
21    witness, pull up Government's Exhibit 6825.11.
22    BY MS. HUGHES:
23    Q.  And what are you looking at on your screen, Special
24    Agent Eller?
25    A.  This is a text message between Donald Seikerman and
```

Eller - DIRECT - By Ms. Hughes

1    Jessica Watkins.

2    Q.  Where was this text message found?

3    A.  On Jessica Watkins's telephone.

4    Q.  And did you have an opportunity to compare this message

5    with the information that was extracted from Ms. Watkins's

6    cellular telephone?

7    A.  Yes.

8    Q.  Is this a fair and accurate copy of the information that

9    was extracted from that cellular phone?

10   A.  Yes.

11           MS. HUGHES:  The Government seeks to admit and

12   publish Government's Exhibit 6825.11.

13           MR. CRISP:  No objection.

14           THE COURT:  6825.11 will be admitted.

15           (Whereupon, Government's Exhibit No. 6825.11 was

16   entered into evidence.)

17   BY MS. HUGHES:

18   Q.  Okay.  So you said this was a text message between

19   Donald Seikerman and Jessica Watkins.  What's the date of

20   this text message?

21   A.  This is December 31st, 2020.

22   Q.  Who is writing the message?

23   A.  This is from Donald Seikerman.

24   Q.  What did he write?

25   A.  "Great.  I will put you on the new D.C. Op Signal

1      channel.  We will be having a leadership-only phone

2      conference tonight for those that can make it."

3              MS. HUGHES:  Next message, please.

4      BY MS. HUGHES:

5      Q.  What does Ms. Watkins respond?

6      A.  "Roger that.  We own a bar, so I may be busy tonight,

7      New Year's Eve.  But I will try to make the call if I can."

8              MS. HUGHES:  Next message, please.  That actually

9      may be the end of this exhibit.

10             Can we pull up, just for the witness, what has

11     been marked as Government's Exhibit 6825.12.

12     BY MS. HUGHES:

13     Q.  What is on your screen, Special Agent Eller?

14     A.  This is a Signal communication.

15     Q.  And what specifically is this?  Is this a group chat?

16     Is this from a direct message on Signal?

17     A.  This is Donald Seikerman putting a message into a group

18     chat on Signal.

19     Q.  Where was this group chat found?

20     A.  This was on Stewart Rhodes's phone.

21     Q.  And did you have an opportunity to compare this message

22     with the group chat that was extracted from Mr. Rhodes's

23     phone?

24     A.  I did.

25     Q.  And is this a fair and accurate copy of the messages

 1    contained in that chat?

 2    A.  It is.

 3          MS. HUGHES:  The Government seeks to admit and

 4    publish Government's Exhibit 6825.12.

 5          MR. CRISP:  No objection, your Honor.

 6          THE COURT:  6825.12 will be admitted.

 7          (Whereupon, Government's Exhibit No. 6825.12 was

 8    entered into evidence.)

 9          MS. HUGHES:  Thank you, your Honor.

10    BY MS. HUGHES:

11    Q.  Spacial Agent Eller, if you could just go over that

12    again, please.  So who is sending this message?

13    A.  This is Donald Seikerman sending the message.

14    Q.  What's the date of this message?

15    A.  It's December 31st, 2020.

16    Q.  What's the group name?

17    A.  D.C. Op Jan 6, '21.

18    Q.  What is he -- what did he write on December 31st?

19    A.  "Jess and some of the guys were at the first Mega [sic]

20    March with us with the Ohio Regulars.  Jess, do you know how

21    many from your team may be able to make it?"

22          MS. HUGHES:  Next slide, please.

23    BY MS. HUGHES:

24    Q.  This is a few days later.  Correct?

25    A.  Correct.

```
 1    Q.  What is the date of this message?

 2    A.  This is January 3rd, 2021.

 3    Q.  Who is Jessica?

 4    A.  Jessica Watkins.

 5    Q.  What is Jessica writing to the D.C. Op January 6, '21

 6    chat group?

 7    A.  "D.C. Metro PD are not our friends.  No.  Capitol Hill

 8    PD are awesome, though."

 9            MS. HUGHES:  Next slide, please.

10    BY MS. HUGHES:

11    Q.  What does Ms. Watkins write on January 4th, 2021, to the

12    OK FLDC Op Jan 6 group?

13    A.  "Who is doing the vetting?  I have two folks needing

14    vetted."

15            MS. HUGHES:  Next message, please.

16            And actually, if we could just go back one slide,

17    Ms. Rohde.  My apologies.

18    BY MS. HUGHES:

19    Q.  This chat is not the D.C. Op Jan 6 chat, is it?

20    A.  It is not.  No.

21    Q.  Was this another chat, though, that was extracted from

22    Mr. Rhodes's phone?

23    A.  This was not on Stewart Rhodes's phone.  This was on

24    William Isaacs's phone.

25    Q.  And who is William Isaacs?
```

1    A.  William Isaacs is another individual around January 6th

2    who traveled to D.C. as part of the Oath Keepers.

3              MS. HUGHES:  And, your Honor, I probably should

4    have done this just with the witness first, so I'm happy to

5    do that.

6              If you want to take this down for a moment,

7    Ms. Rohde.  So this is Page 3 of Government's Exhibit

8    6825.12.

9              So if you could just -- you can just put that up

10   just for the witness, Ms. Rohde, please.  Thank you.  And go

11   to the next slide as well.  Thank you.

12   BY MS. HUGHES:

13   Q.  So this group, not from Stewart Rhodes's phone -- did

14   you have an opportunity to compare these messages, however,

15   to the information that was extracted from William Isaacs's

16   phone?

17   A.  Correct.  Yes.

18   Q.  Are these messages a fair and accurate copy of the

19   information that was extracted from William Isaacs's phone?

20   A.  Yes, they are.

21             MS. HUGHES:  The Government would seek to admit

22   these remaining pages of Government's Exhibit 6825.12.

23             MR. CRISP:  Again, no objection.

24             THE COURT:  The remainder of the exhibit will be

25   admitted.

1          (Whereupon, Government's Exhibit No. 6825.12 was

2     entered into evidence.)

3          MS. HUGHES:  If we could put that back up.  Thank

4     you.  If you could go back one, Ms. Rohde.

5     BY MS. HUGHES:

6     Q.  Okay.  So on January 4th -- if you could just explain

7     again, what is this chat group called, Mr. Eller?

8     A.  This is OK FLDC Op Jan 6.

9     Q.  And then you mentioned that this came from an individual

10    named William Isaacs.  Who is William Isaacs?

11    A.  He's another individual who's from Florida.  He's

12    associated to the Oath Keepers.

13    Q.  And is Ms. Watkins again from Florida?

14    A.  She is not from Florida.  No.

15    Q.  Is this a group that is primarily used to coordinate

16    among Florida members of the Oath Keepers?

17    A.  That's my understanding.

18    Q.  Okay.  So if you could read this message just one more

19    time, please.

20    A.  "Who is doing the vetting?  I have two folks needing

21    vetted."

22          MS. HUGHES:  If we could go to the next message,

23    please.

24    BY MS. HUGHES:

25    Q.  Who responds on the same date?

1    A.   OK Gator 1.

2    Q.   Who do you understand OK Gator 1 to be, based on the

3    investigation?

4    A.   Kelly Meggs.

5    Q.   And what does Kelly Meggs write on January 4th to the OK

6    FLDC Op Jan 6 group?

7    A.   "DCvolunteers@protonmail.com."

8             MS. HUGHES:   Next slide, please.

9    BY MS. HUGHES:

10   Q.   What does Ms. Watkins write later in the day on January

11   4th?

12   A.   "We made it safely."

13   Q.   And is this again to the OK FLDC Op Jan 6?

14   A.   Correct.

15   Q.   When Ms Watkins made reference to traveling with two

16   individuals who needed vetting, what is your understanding

17   of who she traveled with from -- to D.C. on January 4th?

18   A.   She traveled from Ohio to Virginia and the D.C. area

19   with Donovan Crowl, Sandra Parker and Bennie Parker.

20            MS. HUGHES:   And if we could show just to the

21   witness what's been marked as Government Exhibit 6825.13.

22   BY MS. HUGHES:

23   Q.   What is the date of this message?

24   A.   January 4, 2021.

25   Q.   Who is this message from?

1    A.  This is from Jessica Watkins.

2    Q.  And who is it to?

3    A.  This is to Recruit Ben-OSRM.

4    Q.  And again, this Recruit Ben -- where does this come

5    from?

6    A.  This is from the contact list or the -- I guess the

7    contact log in Jessica Watkins's phone.

8    Q.  And is this a fair -- if we could scroll through, are

9    these text messages that are on the screen before you, are

10   they a fair and accurate copy from the text messages that

11   was derived from Ms. Watkins's phone?

12   A.  Yes.

13           MS. HUGHES:  The Government seeks to admit and

14   publish Government's Exhibit 6825.13.

15           MR. CRISP:  No objection.

16           THE COURT:  6825.13 will be admitted.

17           (Whereupon, Government's Exhibit No. 6825.13 was

18   entered into evidence.)

19           MS. HUGHES:  Thank you, your Honor.

20   BY MS. HUGHES:

21   Q.  So if you could read this first message here on

22   January 4th, Special Agent Eller.

23   A.  "Pack khaki/tan pants.  Weapons are okay now as well.

24   Sorry for the confusion.  We are packing the car and heading

25   your way shortly."

1    Q.  And again, this Ben, Recruit Ben-OSRM, this is how it

2    was entered in Ms. Watkins's phone?

3    A.  Correct.

4    Q.  And what's the date of this message?

5    A.  This is January 4, 2021.

6    Q.  What was the date of the messages she was sending to the

7    Florida Signal group?

8    A.  I would have to see it again.  I believe it was

9    January 4, 2021, as well.

10              MS. HUGHES:  If we could go to the next message,

11    please.

12    BY MS. HUGHES:

13    Q.  And is this the date -- this is again from Recruit Ben

14    to Ms. Watkins?

15    A.  Correct.

16    Q.  What does Recruit Ben write to Ms. Watkins?

17    A.  "We don't have any khakis.  We have jeans and our BDUs.

18    So can I bring my gun?"

19    Q.  What do you understand BDUs to be?

20    A.  A battle dress uniform.

21    Q.  What is battle dress uniform?

22    A.  That's usually a -- military refer to their uniforms,

23    their camouflage uniforms, as BDUs.  Or it could be -- it

24    doesn't have to be camouflage, but something that matches

25    the venue where they're going to be deploying to.

 1              MS. HUGHES:  Ms. Rohde, I think this is the last

 2     one.

 3              Your Honor, the next group of evidence is physical

 4     evidence.  The parties have agreed and stipulated to its

 5     authenticity.  I have a stipulation that I can read or I can

 6     pass up.

 7              THE COURT:  Is everybody in agreement with it?

 8              MR. CRISP:  What was the question?

 9              THE COURT:  Is everyone in agreement with the

10     stipulation?

11              MS. HUGHES:  I believe we all are.

12              MR. GEYER:  Yes, your Honor.

13              THE COURT:  Why don't you just go ahead and read

14     it into the record, Ms. Hughes.

15              MS. HUGHES:  This is Government's Exhibit 3000B,

16     stipulations regarding physical evidence:

17              The Government and Defendants Elmer Stewart

18     Rhodes, Kelly Meggs, Kenneth Harrelson, Jessica Watkins and

19     Thomas Caldwell hereby agree and stipulate that the

20     following items of physical evidence were all obtained

21     lawfully pursuant to court-authorized search warrant or

22     subpoena or consent on or about the dates listed below.

23              1:  On January 17th, 2021, the FBI collected the

24     following items of evidence, among others, from Defendant

25     Watkins's home:  Exhibit 185, Watkins plate carrier with

1    MK-3 spray and radio (Exhibit 189 for Defendant Watkins);

2    black bag containing helmet radio and belt (Exhibit 194 for

3    Defendant Watkins); a paint-ball gun, Spyder Victor

4    SV07020100503 with reader rubber steel balls cylinder.

5              On January 17th -- this is No. 2:  On

6    January 17th, 2021, the FBI collected the following items,

7    among others, from Defendant Watkins's vehicle:  Exhibit 183

8    for Defendant Watkins, a pool cue with zip ties;

9    Exhibit 184, Watkins, a pool cue with zip tie.

10             No. 3:  On January 17th, 2021, the FBI took the

11   following photographs during the search of Defendant

12   Watkins's home.  The parties agree and stipulate that the

13   images are an accurate copy of the photographs taken during

14   the search of Defendant Watkins's home:  4501.10, a

15   photograph of a spiral notebook page; 4500.P.4, a photograph

16   of a rifle; 4500.P.5, a photograph of rifles and an Oath

17   Keepers flag; and 4500.P.7, a photograph of a rifle.

18             And next --

19             THE COURT:  Before you go on:

20             Ladies and gentlemen, I don't think I've -- you've

21   heard the term "stipulation" before, and I don't think I've

22   told you all what that means, and so I want to read

23   something to you very quickly.

24             The Government and the Defendants may stipulate --

25   that is, agree -- to certain facts.  You should consider any

1    stipulation of fact to be undisputed evidence.

2             Ms. Hughes?

3    BY MS. HUGHES:

4    Q.  Special Agent Eller, did there come a time when Jessica

5    Watkins was arrested in connection with this investigation?

6    A.  Yes.

7    Q.  And was her home and her vehicle searched around the

8    same date of her arrest?

9    A.  Correct.  Her home and the vehicle were searched prior

10   to her arrest.

11   Q.  And if you could just explain that.  When was she

12   arrested?

13   A.  She was arrested -- so the search was in the morning,

14   and then much later in the day, almost leading into the next

15   day, the 18th, she was arrested.  She turned herself in to

16   what would have been a local police department near where

17   she lived.

18   Q.  And what was the date of the search of her home and

19   vehicle?

20   A.  That was on the 17th of January, 2021.

21   Q.  And were there certain items taken from her home and

22   vehicle?

23   A.  Yes.

24   Q.  And were photographs taken during that search?

25   A.  Yes.

1    Q.  I want to now go through a few of the items that were

2    seized from her home and her vehicle --

3    A.  Okay.

4    Q.  -- beginning with Government's Exhibit 185.

5            MS. HUGHES:  May I approach the witness?

6            THE COURT:  You may.

7            MS. HUGHES:  Approaching the witness with

8    Government's Exhibit 185.

9    BY MS. HUGHES:

10   Q.  Special Agent Eller, if you could open that box.

11   A.  Okay.

12   Q.  And just holding up the item, could you please explain,

13   what is Government's Exhibit 185?

14   A.  So this is a vest or a plate carrier.

15   Q.  And what are the other items?  What is specifically on

16   the vest?

17   A.  So there's -- this is a mic that you would key to talk

18   into.  There's a flashlight on a string.  There's also

19   binoculars in here.  It looks like rubber gloves.  And then,

20   additionally, there was a can of pepper spray that was in

21   here as well.  It's just been packaged separately for safety

22   purposes, I guess.

23   Q.  Where was the pepper spray located on the vest?

24   A.  The pepper spray was in this pouch right here.  And

25   also, there's a tourniquet in the last pouch, a black

```
1    tourniquet.
2              MS. HUGHES:  And for the record, the special agent
3    is holding up Government's Exhibit 185.
4    BY MS. HUGHES:
5    Q.  Mr. Eller, about how heavy is this vest?
6    A.  Maybe like 10 or 15 pounds.
7    Q.  So why is it 10 or 15 pounds?  What is --
8    A.  I believe there's a plate in here as well.
9    Q.  What does a plate in a vest do?  What's the purpose of
10   having this plate in a vest?
11   A.  It would be to restrict or stop any -- either, like,
12   gunshots or if you're hit with a blunt object.
13   Q.  And -- you can put that away.  Thank you, Special Agent
14   Eller.
15   A.  (Complies.)
16              MS. HUGHES:  Permission to approach?
17              THE COURT:  You may.
18              MS. HUGHES:  And if we could actually bring up
19   Government's Exhibit 189 now.
20              Permission to approach?
21              THE COURT:  Yes.
22              MS. HUGHES:  For the record, the special agent has
23   Government's Exhibit 189.
24   BY MS. HUGHES:
25   Q.  Special Agent Eller, if you could open that box and show
```

Eller - DIRECT - By Ms. Hughes

1    the items that are in the box.

2    A.  Should I do one thing at a time?

3    Q.  Yes, please.  What are you holding currently?

4    A.  So this is a helmet with goggles on it and several

5    patches.

6    Q.  And what do the patches say?

7    A.  So one of the patches on the side is a plus sign, a red

8    plus sign.  The other one, B-positive.  On the back, MED,

9    for a medic patch.  An Oath Keeper patch.  And then, on the

10   top and the side, there's two additional red plus signs.

11   Q.  Is there anything else in the bag, Special Agent Eller?

12   A.  Yes.  There's a pouch, a set of black gloves; maybe they

13   would be considered knuckle gloves.  There's hard knuckles

14   on the front of them.

15           Do you want me to talk about this more?

16   Q.  No.  That's good.  Thank you.

17   A.  This feels like the front of a visor for the -- so just

18   more inserts for the goggles.

19           There's a Baofeng radio.

20   Q.  What is a Baofeng radio?

21   A.  I'm not an expert on radios.  It's just a type of radio.

22   Q.  It's a radio.

23   A.  Yeah.  I apologize.

24   Q.  That's totally fine.

25           Is there anything else in the bag, Special Agent

1    Eller?

2    A.  There's two reflective vests here -- I'm sorry.

3    Reflective belts.

4    Q.  And is that the last item in the bag?

5    A.  Yes.

6    Q.  Okay.  You can pack that up again.  Thank you.

7    A.  (Complies.)

8        MS. HUGHES:  May I approach?

9        THE COURT:  You may.  You don't need to ask.  You

10    can go ahead and just do it.

11    BY MS. HUGHES:

12    Q.  Special Agent Eller, did you have an opportunity to view

13    photographs of Ms. Watkins on January 6th, 2021?

14    A.  Yes.

15        MS. HUGHES:  Could we bring up, just for the

16    witness, please, Government's Exhibit 200.P.3.

17    BY MS. HUGHES:

18    Q.  And, Special Agent Eller, who is this a photograph of?

19    A.  This is a photograph of Jessica Watkins.

20    Q.  Where was this photograph found?

21    A.  This was on the Parler account as well as Donovan

22    Crowl's phone.

23    Q.  And have you had a chance to compare this photograph to

24    the photograph that was obtained through the extraction of

25    Donovan Crowl's phone?

1    A.  Correct.

2    Q.  Is this an accurate copy of that photograph?

3    A.  Yes.

4            MS. HUGHES:  The Government seeks to admit and

5    publish Government's Exhibit 200.P.3.

6            MR. CRISP:  No objection.

7            THE COURT:  200.P.3 will be admitted.

8            (Whereupon, Government's Exhibit No. 200.P.3 was

9    entered into evidence.)

10   BY MS. HUGHES:

11   Q.  And in this photograph, Special Agent Eller -- again,

12   who is in this photograph?

13   A.  I see Jessica Watkins as well as Bennie Parker behind

14   her.

15   Q.  Is this consistent with other images you've seen of

16   Ms. Watkins on January 6th, 2021?

17   A.  Yes.

18   Q.  And could you identify some of the gear she's wearing in

19   this photograph?

20   A.  Yes.

21   Q.  Please identify some of the gear she's wearing in this

22   photograph.

23   A.  The knuckle gloves are very similar to the gloves that I

24   found in -- or that I showed in the last box.

25           The vest appears to be the same, including the

1    light that is on the string.  You can see part of the -- I

2    guess the hand radio for the mic.

3              And then also the helmet has the same goggles and

4    the same patches as well as the one that I displayed here.

5    Q.  Is one of the patches the B-positive patch?

6    A.  Correct.

7    Q.  Thank you.

8              MS. HUGHES:  You can take that down, Ms. Rohde.

9              Could we have Government's Exhibit 194.

10             For the record, I approached with 194.

11   BY MS. HUGHES:

12   Q.  Special Agent Eller, if you could open that box and

13   identify the items in the box.

14   A.  So this is a canister.  I don't know what type of gas is

15   in here, and I should probably know this.  It's a canister

16   of gas.

17   Q.  A canister of gas.

18   A.  This is a hopper.

19   Q.  What is a hopper?

20   A.  A hopper -- so for paint-ball, you would put the paint

21   balls in here, or another type of item to hold it, so that

22   it can feed down into the paint-ball gun, or the gun.

23   Q.  Is there anything else in the box?

24   A.  There are more things in here.  Yes.

25             MS. HUGHES:  And for the record, the special agent

```
 1    was holding up a gas canister and a hopper.

 2    BY MS. HUGHES:

 3    Q.  What are you holding up now?

 4    A.  This is a Spyder Victor paint-ball gun.

 5    Q.  And again, where was this obtained from?

 6    A.  This was -- this was obtained from her house during the

 7    search warrant.

 8    Q.  You can please -- I'm sorry.  Continue.

 9    A.  I was going to say, 102 Main Street in Woodstock, Ohio.

10    Q.  If you could just repackage those.  Thank you, Special

11    Agent Eller.

12    A.  There's one more thing, too.

13    Q.  Pardon?

14    A.  There's one more thing.

15    Q.  Okay.  What is that final item?

16    A.  These are rubber steel balls.  So these are essentially

17    balls that would go into the hopper and then shoot out of

18    the gun.

19    Q.  So those are paint-ball bullets?

20    A.  So there's -- there would be no paint in them.  Instead

21    of paint, it's steel on the inside with rubber on the

22    outside.

23    Q.  You can package those up again.

24    A.  Okay.

25    Q.  Thank you, Special Agent Eller.
```

```
 1                    MS. HUGHES:  Our next item is going to be
 2      Exhibits 183 and 184, please.
 3                    For the record, the special agent has Government's
 4      Exhibits 183 and 184.
 5      BY MS. HUGHES:
 6      Q.  Could you please open that box.
 7      A.  Yes.  Take the items out?
 8      Q.  Yes, please.
 9                    So what are you holding in your hand, Special
10      Agent Eller?
11      A.  These are pool cues or pool sticks.
12      Q.  And have you played pool before?
13      A.  I have played pool.  Yes.
14      Q.  How are these sticks different or the same to other pool
15      cues you have played with in the past?
16      A.  So these are much shorter and they don't have the tip or
17      the end that would actually strike the ball.
18      Q.  Did the FBI add these zip ties at the end?
19      A.  These zip ties were on there already.
20      Q.  So they were found with the zip ties?
21      A.  Correct.
22      Q.  And where were these specific items found?
23      A.  So two of them were inside of the residence when it was
24      searched.  And then one was inside the vehicle.
25      Q.  And could you just explain, are these all tied together
```

Eller - DIRECT - By Ms. Hughes

1    or --

2    A.  So two of them are together.  The two that were inside

3    of the house were tied together just for evidentiary

4    purposes.

5            So this one was the one that was located in the

6    vehicle.  So this one was not tied to these other two.

7    Q.  And if we could package those up again.

8    A.  Yes.

9    Q.  Thank you.

10           MS. HUGHES:  The Government would seek to admit

11   Government's Exhibits 185, 189, 194 and 193 at this time.

12           I think we stipulated, but we didn't -- 183 and

13   184 at the time we stipulated, but did not move in.

14           MR. CRISP:  No objection.

15           THE COURT:  183 and 184 will be admitted.

16           THE COURT REPORTER:  Sorry, Judge.  Are the other

17   exhibits admitted as well?

18           MS. HUGHES:  It's 185, 189, 194, 183, and 184.

19           THE COURT:  Any objection to those, Ms. Crisp?

20           MR. CRISP:  No, your Honor.

21           THE COURT:  So all of those will be admitted.

22           (Whereupon, Government's Exhibit Nos. 183, 184,

23   185, 189 and 194 were entered into evidence.)

24           MS. HUGHES:  If we could just bring up, for the

25   witness alone, Government's Exhibit 2003.F.418.

Eller - DIRECT - By Ms. Hughes

1    BY MS. HUGHES:

2    Q.  What is --

3              MS. HUGHES:  If you could just scroll down,

4    Ms. Rohde, just so he can see the full two pages.  Thank

5    you.

6    BY MS. HUGHES:

7    Q.  What is this an exhibit -- what is this exhibit from,

8    Special Agent Eller?

9    A.  I'm sorry.  Could you go back to the top one more time?

10   Q.  Yes.

11   A.  This is from Facebook.

12   Q.  Whose Facebook is this from?

13   A.  Jessica Watkins.

14   Q.  And have you had a chance to compare this exhibit with

15   the information that was extracted from Ms. -- that was

16   provided by Facebook in connection with Ms. Watkins's

17   account?

18   A.  Yes.

19   Q.  And is this a fair and accurate copy of those Facebook

20   returns?

21   A.  It is.

22             MS. HUGHES:  The Government seeks to admit and

23   publish Government's Exhibit 2003.F.418.

24             MR. CRISP:  No objection, your Honor.

25             THE COURT:  It will be admitted.

```
 1                    (Whereupon, Government's Exhibit No. 2003.F.418

 2       was entered into evidence.)

 3                    MS. HUGHES:  If we could pull that up.  Thank you,

 4       Ms. Rohde.  If you could just zoom in on the photograph at

 5       the top with the date right below it, Ms. Rohde, just so --

 6       for some context.

 7       BY MS. HUGHES:

 8       Q.  Have you seen this photograph before?

 9       A.  Yes.

10       Q.  Who is generally in this photograph from the

11       investigation specifically?

12       A.  It's so hard to see because it's grainy.  Donovan Crowl

13       is in the photo.

14       Q.  Could you place a dot as you're identifying individuals?

15       A.  Yes.  This is Donovan Crowl.

16                    MS. HUGHES:  And for the record, the special agent

17       has identified the individual in the back row three people

18       over from the last.

19                    THE WITNESS:  This individual is Montana Siniff.

20                    MS. HUGHES:  And the special agent has placed a

21       number 2 over the third individual from the front row from

22       the left.

23                    THE WITNESS:  I'm sorry.  Just because of the

24       quality of the picture, I don't want to --

25
```

Eller - DIRECT - By Ms. Hughes

1    BY MS. HUGHES:

2    Q.  Do you see Ms. Watkins in this photo?

3    A.  Again, it's so grainy.  I could take a guess.  I could

4    tell you what my guess is, but I really don't want to do

5    that.

6    Q.  That's okay.

7         MS. HUGHES:  Let's zoom out, please.  Thank you,

8    Ms. Rohde.  Going on -- if we could zoom in on this area,

9    Ms. Rohde.  Thank you.

10   BY MS. HUGHES:

11   Q.  Special Agent Eller, if you could read the message that

12   is -- that was sent by Jolly Roger on November -- or that

13   was sent by an individual, Bryan Baca, on November 15, 2020.

14   A.  "Did you boys get in on some of the playtime with

15   BLM/Antifa?"

16   Q.  And who is Jolly Roger again?

17   A.  Jessica Watkins.

18   Q.  What does Ms. Watkins reply?

19   A.  "Sadly, no."

20   Q.  And what does Ms. Watkins then write again on the same

21   date?

22   A.  "We brought with us ass sticks, but they didn't get any

23   loving."

24        MS. HUGHES:  Could we please go to the next page,

25   Ms. Rohde, of the same exhibit.  And could we please zoom

1    in, Ms. Rohde.  One down.  Thank you.

2    BY MS. HUGHES:

3    Q.  So is this post that we referred to earlier in your

4    testimony, the Yahoo! News?

5    A.  Yes.

6    Q.  What does Ms. Watkins write below that message that we

7    previously reviewed?  And that was Government's Exhibit

8    2684.1.  What is right below that message?

9    A.  She says, "@DonovanCrowl.  In the background with the

10    green lawn chair bag full of pool cues cut into Antifa

11    smashers."

12         MS. HUGHES:  And if we could please bring up what

13    has already been admitted into evidence as Government's

14    Exhibit 6824B.  This is the video we viewed.  If you could

15    play it just at six seconds, Ms. Rohde.  You can start at

16    three seconds to six seconds.  That's perfect.

17         (Whereupon, segments of Government's Exhibit No.

18    6824B were published in open court.)

19         MS. HUGHES:  I'll ask you to pause in just a

20    moment -- if you could pause right here.

21    BY MS. HUGHES:

22    Q.  Who is this individual?  We've identified the individual

23    to the right of Mr. Rhodes.  Who is the individual to the

24    left of Mr. Rhodes?

25    A.  So this individual is Donovan Crowl.

1    Q.  And what is Mr. Crowl carrying?

2    A.  He's carrying what appears to be a green lawn chair bag,

3    or a folding chair bag.

4         MS. HUGHES:  You can bring that down.  Thank you,

5    Ms. Rohde.

6    BY MS. HUGHES:

7    Q.  Now, Special Agent Eller, you referenced that, in

8    addition to items seized at Ms. Watkins's residence and from

9    her vehicle, there were also photographs taken during this

10   search.  I would like to go through a few of these

11   photographs with you.

12   A.  Okay.

13        MS. HUGHES:  Could we begin with Government's

14   Exhibit 4501.10.

15        And I guess at this point, before we do this, the

16   Government seeks to admit the photos that have been

17   stipulated to, and that would be 4501.10, 4500.P.4, 4500.P.5

18   and 4500.P.7.

19        MR. CRISP:  No objection.

20        THE COURT:  Those will be admitted.

21        (Whereupon, Government's Exhibit Nos. 4501.10,

22   4500.P.4, 4500.P.5 and 4500.P.7 were entered into evidence.)

23        MS. HUGHES:  Starting with the first photograph,

24   please.  This will be 4501.  Thank you, Ms. Rohde.

25

 1    BY MS. HUGHES:

 2    Q.  What is this a photograph of, Special Agent Eller?

 3    A.  It's a notebook with information written in it.

 4    Q.  And what is on this notebook?

 5    A.  There is an email address as well as a phone number.

 6    Q.  What's the email address?

 7    A.  Minecraftgamer98@protonmail.com.

 8    Q.  And below the email, is there a password written?

 9    A.  There is.

10    Q.  I will save you from having to read that.

11              In the top right of the document, is there a phone

12    number?  And I've circled the top right of the document for

13    you.

14    A.  Yes.

15    Q.  Did you have an opportunity, through the course of the

16    investigation, to learn whose number this is?

17    A.  This is for Thomas Caldwell.

18              MS. HUGHES:  If we could go to Government's

19    Exhibit 4500.P.4.

20    BY MS. HUGHES:

21    Q.  Special Agent Eller, during the course of the search of

22    Ms. Watkins's residence, were certain weapons photographed?

23    A.  Yes.

24    Q.  Is this one of those weapons?

25    A.  Yes, it was.

1          MS. HUGHES:  Could we please go to Government's

2     Exhibit 4500.P.5.

3     BY MS. HUGHES:

4     Q.  And is this another photograph of weapons?

5     A.  Correct.

6          MS. HUGHES:  And could you please zoom in on this

7     area, Ms. Rohde.  Thank you.

8     BY MS. HUGHES:

9     Q.  For the record, approximately how many weapons can you

10    see in this photograph?

11    A.  There's three there, but one of them I believe is a

12    rubber rifle or a training rifle.

13    Q.  And do you recognize the script and the color of part of

14    the flag, even though it's folded over?  Is that consistent

15    with a flag you have seen elsewhere?

16          MR. CRISP:  Your Honor, could we do a quick

17    sidebar?

18          (Whereupon, the following proceedings were had at

19    sidebar outside the presence of the jury:)

20          MS. HUGHES:  We did not have to -- that's fine.

21    We can move on, your Honor.

22          THE COURT:  Okay.

23          MR. CRISP:  Yeah.  My concern, though, is I would

24    like a cautionary instruction as to whether that's an Oath

25    Keeper flag.  Because they made a reference to it saying

1    Oath Keeper in the past.  I believe it says Ranger, because

2    she was a former Ranger.  So they've already elicited the

3    idea that that could have been Oath Keeper.  And I don't

4    believe the evidence supports that.

5         THE COURT:  Oh, is this the -- there was earlier

6    testimony about a flag.  Is that -- is this what he would

7    have been referring to?

8         MR. CRISP:  That's my understanding.  If I'm

9    mistaken, I would ask the Government to correct me.  But

10   that's my understanding.

11        MS. HUGHES:  It certainly is consistent with an

12   Oath Keeper flag.

13        THE COURT:  Has he observed it?  Or is there even

14   such a thing as an Oath Keeper flag?

15        MS. HUGHES:  There very much is, your Honor.  The

16   "ER" is consistent with Oath Keeper.  But we do not need

17   to -- we do not need to elicit what he -- what this flag is

18   consistent with.  It is certainly consistent with the Oath

19   Keeper flag in coloring and text.  But there is not

20   testimony that we need to go further on.

21        MR. CRISP:  I can tell you that Ranger is also

22   consistent, and it is black and yellow and it's a Ranger

23   tab.  But I'd like to see the flag.  If I'm wrong, then so

24   be it.

25        THE COURT:  Do we have the flag?

Eller - DIRECT - By Ms. Hughes

1          MS. HUGHES:  I'm not certain if we have the flag,

2     your Honor.  But again, this is not testimony the Government

3     would strongly -- we're happy to move on.

4          THE COURT:  That's fine.  Let's move on, then.

5          MS. HUGHES:  Thank you.

6          (Whereupon, the following proceedings were had in

7     open court:)

8          MS. HUGHES:  If we could go to the next exhibit,

9     please, 4500.P.7.

10    BY MS. HUGHES:

11    Q.  Is this a photograph of another rifle found in

12    Ms. Watkins's residence?

13    A.  This is a shotgun and a pistol.

14    Q.  And where -- if you could just mark on your screen --

15    when you say a shotgun and a pistol, what is the shotgun?

16    A.  So this would be the shotgun.

17    Q.  And what's the pistol?

18    A.  The pistol is here.

19    Q.  And what is the bag that is located behind the shotgun?

20    A.  The Ziploc bag?

21    Q.  Correct.

22    A.  It's a Ziploc bag with different shells in it, different

23    shotgun shells.

24    Q.  Special Agent Eller, we previously talked about a spiral

25    notebook as well.  Was that spiral notebook, in addition to

```
 1    all of these items, were they found inside Ms. Watkins's

 2    home?

 3    A.  Correct.

 4             MS. HUGHES:  The Court's indulgence.

 5             No further questions.

 6             THE COURT:  Mr. Crisp?

 7             MR. CRISP:  Thank you, your Honor.

 8                       CROSS-EXAMINATION

 9    BY MR. CRISP:

10    Q.  Good afternoon, Special Agent Eller.

11    A.  Good afternoon, sir.

12    Q.  So I want to go back to earlier testimony about the pool

13    cues.  So you're aware that those pool cues were also used

14    in a defensive capacity.  Right?

15    A.  Am I aware of that?

16    Q.  Yes.  That they had a defensive capacity capability as

17    opposed to offensive.

18    A.  That's possible.

19    Q.  Okay.  And in fact, that's how it was demonstrated to

20    you at one point?

21    A.  As in who demonstrated them?

22    Q.  My client.

23    A.  I don't recall her demonstrating those.

24             MS. HUGHES:  Objection, your Honor.

25             MR. CRISP:  I'm not sure what the basis is, Judge.
```

1          MS. HUGHES:  We're happy to have a follow-up on

2     the call.

3          THE COURT:  Well, he said he doesn't remember.

4     So...

5          MR. CRISP:  Okay.  I'll rephrase and move on -- or

6     rephrase.

7     BY MR. CRISP:

8     Q.  So they certainly have a defensive capability as opposed

9     to offensive.  Correct?

10    A.  In addition to offensive, they could have a defensive

11    presence.  Yes.

12    Q.  Okay.  Now, you also don't have any indication that she

13    brought them into D.C. on the 6th of January.  Right?

14    A.  Correct.

15    Q.  Similarly, you don't have any indication that she

16    brought weapons to -- and by "weapons," I mean firearms --

17    to D.C. on the 6th of January, or even the 5th of January?

18    A.  That is correct.

19    Q.  So your understanding is that any weapons she had would

20    have been at least a two-hour drive from D.C. on the 6th.

21    Yes?

22    A.  I don't know if it was two hours.  But around there.

23    Q.  They would have been in the Front Royal, Virginia,

24    location?

25          MS. HUGHES:  Objection, your Honor.  This calls

Eller - CROSS - By Mr. Crisp

1   for testimony that is -- it calls for testimony of evidence

2   not on the record.

3           MR. CRISP:  Your Honor, I think the Government has

4   clearly implicated or implied, with the --

5           THE COURT:  Hang on.  Let's use the phone.

6           (Whereupon, the following proceedings were had at

7   sidebar outside the presence of the jury:)

8           THE COURT:  Ms. Hughes, is there a reason this

9   can't come in?  I assume at some point the Government is

10  going to introduce evidence of guns being brought to the

11  area.

12          MS. HUGHES:  It is not currently in evidence.  And

13  it is not proper to -- the Government's position is it won't

14  be proper to bring it in through hearsay.  And there is no

15  testimony actually regarding her traveling with any weapons

16  at this point.

17          THE COURT:  Well, let me -- I mean, look, it may

18  be.  On the other hand, if Mr. Crisp wants to introduce the

19  fact that she brought them to the area, I mean, it's his

20  prerogative to do so.

21          MR. CRISP:  Your Honor, my understanding is they

22  showed a slide where they talked about Ben-OSRM bringing

23  weapons and weapons are okay and things like that.  So they

24  clearly have brought up that implication with the jury.  I

25  don't know how they could say they couldn't in good faith.

1          MS. HUGHES:  The Government's position would be,

2     your Honor, that there hasn't been the bases of admissible

3     evidence that allows this fact to be introduced.  It's

4     hearsay, firmly.

5          THE COURT:  I don't know about that.  But if he's

6     got a good-faith basis to ask the question, then he can

7     answer if he knows.

8          MS. HUGHES:  It's based on Ms. Watkins's own

9     statements.  The Government's position is that it should not

10    be admitted.

11         THE COURT:  It's not an issue of -- again, if he's

12    got a good-faith basis to ask him where these were as of

13    January 6th and whether there's -- I'm not sure what the

14    hearsay basis is.  He's got a good-faith basis to ask.  If

15    the agent knows the answer, he knows the answer.  Now, I

16    don't know whether he has firsthand knowledge of it or

17    whether it comes from another FBI agent.  But I'm not

18    sure -- for present purposes, you aren't going to quibble

19    with that.

20         MS. HUGHES:  We are, your Honor.

21         (Whereupon, the following proceedings were had in

22    open court:)

23         THE COURT:  The objection is overruled.

24    BY MR. CRISP:

25    Q.  Sir, my question earlier was:  There was discussion

1    about weapons being brought to D.C., certainly with respect

2    to Recruit Ben.  Do you remember that?

3    A.  Yes.

4    Q.  Okay.  And during the course of your investigation, you

5    had an opportunity to investigate as to whether or not my

6    client did bring weapons into D.C. on the 6th?

7    A.  Yes, we did.

8    Q.  All right.  And through the course of your

9    investigation, you learned that weapons were brought as far

10   as the Western Virginia location.  Is that fair to say?

11   A.  Correct.

12   Q.  Okay.  There was a number of things you discussed on

13   direct regarding Parler and my client's use of Parler.

14            Do you remember that?

15   A.  Yes.

16   Q.  So you have no evidence to indicate that my client ever

17   spoke with Mr. Rhodes via Parler.

18   A.  I do not.  No.

19   Q.  Okay.  And similarly, regarding the Parler

20   communications, there was a reference to an FRX.  That

21   stands for field exercise.  Right?

22   A.  I believe so.  Yes.

23   Q.  Okay.  And as part of a field exercise, that was being

24   discussed as late as 24 December?

25   A.  I think it was field training exercise and then a

1    training exercise.  There was two words in there.  It wasn't

2    just FRX.

3    Q.  Used interchangeably in relation to the 3 through 9

4    January training event.  Yes?

5    A.  Correct.

6    Q.  And so my question is:  As late as 24 December, there

7    was a discussion about engaging in that training event on 3

8    through 9 January of 2021?

9    A.  That is correct.

10    Q.  Thank you.

11         MR. CRISP:  Your Honor, at this point, I want to

12    show some contextual text messages that we've pulled out

13    based on some of the Government's exhibits.  I don't know if

14    the Government is going to have an objection to them.  I'm

15    happy to take a brief recess to let them go through that so

16    we don't get into a discussion in front of the jury.  But it

17    was based on how far the Government went with some of the

18    exhibits.  Would it be an appropriate time to take a brief

19    recess?

20         THE COURT:  Okay.  Why don't we go ahead and do

21    that.

22         Ladies and gentlemen, why don't we take our

23    afternoon break.  It's a little early, but that's all right.

24    We'll also adjourn probably 15 minutes early today at the

25    request of one of our jurors.

```
 1              So why don't we plan to resume at 3:05.  And I'll
 2    ask just counsel to be back a little bit before then if we
 3    need to resolve anything.
 4              Thank you.
 5              THE COURTROOM DEPUTY:  All rise.
 6              (Whereupon, the jury exited the courtroom at 2:50
 7    p.m. and the following proceedings were had:)
 8              THE COURT:  Okay.  We'll see everybody in a few
 9    minutes.
10              Special Agent Eller, you can step down.
11              Thank you, everybody.
12              (Thereupon a recess was taken, after which the
13    following proceedings were had:)
14              THE COURT:  Please remain seated, everyone.  Thank
15    you.
16              Ms. Watkins, you can have a seat.
17              MR. CRISP:  I'm sorry, Judge?
18              THE COURT:  I'm just telling Ms. Watkins she can
19    have a seat.  She doesn't need to stand.
20              Any issues to raise about 106 material that
21    Mr. Crisp wishes to introduce?
22              MS. HUGHES:  Your Honor, if we could just have a
23    few more moments.  We're having some technological issues.
24              THE COURT:  Okay.
25              MS. HUGHES:  Your Honor, these are only -- there
```

1    are two messages that the Government would disagree that

2    fall under Rule 106 grounds for admissibility.

3                THE COURT:  Okay.

4                MR. CRISP:  What I propose to do, your Honor, so

5    you can see it, is I'm going to plug it in and put it on the

6    screen.  Pending the Court's ruling on whatever it is, I

7    will print it out later for the record, if that's okay.

8                THE COURT:  Sure.

9                MR. CRISP:  Thank you.  And we'll call this

10   Watkins 1 -- or Watkins 2.  Excuse me.  I apologize.  It's

11   Watkins 3.

12               MS. HUGHES:  For the first message -- do you want

13   me to show it on yours?  What would be the easiest way to

14   preview this for the Court?

15               For the first message that the Government would

16   disagree falls within 106 is, without more information about

17   where this message comes from, the way it is presented by

18   defense --

19               THE COURT:  Ms. Hughes, can -- I'm sorry.  Can

20   you -- because I've now seen three in succession.  Can you

21   tell me which one we're referring to?

22               MS. HUGHES:  And Mr. Crisp can correct me, but I

23   believe this is the message the Government is introducing.

24   And so -- oh, I'm sorry.  Okay.  I thought that we were

25   connected here.

```
 1                    MR. CRISP:  She is.  This is --

 2                    MS. HUGHES:  Understood.

 3                    MR. CRISP:  He's looking at this.  You want to go

 4       back one.

 5                    MS. HUGHES:  Go back one.  Okay.

 6                    This is the message that the Government

 7       introduced.

 8                    THE COURT:  Okay.

 9                    MS. HUGHES:  The argument, I believe, Mr. Crisp,

10       is that the next message is in sort of temporal proximity to

11       this message.

12                    MR. CRISP:  The next message.

13                    MS. HUGHES:  But this is Facebook, so it is

14       unclear from this message whether or not it's in the same

15       group, if it's in the same thread, what is -- how these two

16       messages relate to each other, if at all.

17                    MR. CRISP:  Your Honor, this was from an

18       extraction on Facebook that the Government gave us through

19       discovery.  So it's all part of the same chain.  I mean,

20       obviously, I don't have a way to authenticate it sans their

21       expert pulling them in and doing it that way.  But it was

22       all part of the same Facebook extraction that they did.  So

23       I don't know how else to answer that question except to say

24       I think the Government should be stuck with the discovery

25       that they gave us.
```

1            MS. HUGHES:  The way the Facebook returns are

2     produced, your Honor, is that there are threads that are

3     collated together.  And then there can be posts.

4            And so without more, just the fact that this was

5     in the Facebook returns around the same time, there's

6     nothing obviously in this message that links them together

7     in any way.

8            THE COURT:  Can you go back to the earlier one?

9     What's the timing of that one?

10           MR. CRISP:  Eleven minutes earlier is what I'm

11    trying to elicit, your Honor.

12           MS. HUGHES:  And this message was specifically in

13    a chat with Donovan Crowl.  And so if the next message is in

14    that same chat, then it would be something that is -- would

15    be a different -- potentially different group, potentially

16    different conversation.

17           THE COURT:  Do we have any context for where this

18    was posted, Mr. Crisp?

19           MR. CRISP:  I'm going to pull up the extraction

20    from which all these derive, your Honor, and provide that to

21    the Court here in a minute.

22           So this is what was provided as part of the

23    extraction from Facebook, and I believe it was part of the

24    same chat.  I mean, I can put the whole thing in there.  I

25    just think it will be a bit -- there's obviously superfluous

 1      stuff that I was trying to avoid.

 2              MS. HUGHES:  So if you see -- I mean, I think the

 3      conversation helps the context here, where you see:  "I

 4      signed up for Parler.  Nice.  I'll download the app."

 5              And then she interjects with what seems like an

 6      unrelated comment.  And so I think -- you know, Rule 106

 7      would, I think, not allow this statement to come in.

 8              THE COURT:  I think -- to be clear, Ms. Hughes,

 9      what I think you're saying is there is -- there are

10      apparently messages between Mr. Crowl and Ms. Watkins.  And

11      they appear one right after the other.  Whereas the message

12      that Mr. Crisp wants to post or include concerning a news

13      story in Cleveland appears to be simply -- it appears to be

14      divorced from that.  In other words, it may just be a

15      posting generally to Facebook or for some other purpose.

16      Right?

17              MS. HUGHES:  I think this is actually still in

18      their conversation.

19              THE COURT:  Okay.

20              MS. HUGHES:  It's just that it is not related to

21      the conversation that is happening specifically about

22      downloading Parler.  Mr. Crowl responds:  "Nice.  I'll

23      download the app again."

24              And then she responds with a seeming unrelated

25      comment.

```
1            So it's not that -- that comment does not provide
2     context for the recruiting via Parler.  This is a general
3     sort of, you know, running commentary.  And just because
4     they're between the same two people does not mean that it
5     informs or provides context or explains, which is required
6     under 106, the statement "I signed up for Parler, trying to
7     recruit."  And he responds:  "Nice.  I'll download the app
8     again."
9            MR. CRISP:  I'm happy to address that, your Honor,
10     if you'd like.
11            THE COURT:  You're happy to address what?  What's
12     the next message?
13            MR. CRISP:  That is the last of the -- I'm sorry.
14     In the Facebook -- in my proposed exhibit or in the Facebook
15     messages subsequent to that?
16            THE COURT:  The Facebook messages.  I was curious
17     as to what was next.
18            Go ahead.  Mr. Crisp, you were going to respond to
19     Ms. Hughes and the suggestion that this is not related to
20     the recruiting communications and Parler communications.
21            MR. CRISP:  I think it provides context as to why
22     they're talking about recruiting in the first place.  So
23     you've got these initial discussions about, Hey, I'm trying
24     to recruit, that go back to the purpose of a person being
25     shot and then BLM gearing up; we need to do more recruiting.
```

1    And then this puts context into the reason why they are.

2         So from that standpoint, I disagree with the

3    Government in the sense that I think it does provide context

4    and at least gives a colorable argument for the defense to

5    say:  This is our reason.

6         THE COURT:  All right.  I'll let it in.  I mean, I

7    think it's fairly tenuous, but we'll let it in.  There's no

8    harm in allowing it in.

9         What's the other one?

10        MS. HUGHES:  The other two, your Honor, are --

11    it's these two, No. 5 and No. 6.

12        So the defense has proposed adding a series of

13    text messages surrounding the text messages the Government

14    introduced between Jessica Watkins and Recruit Leah on the

15    17th.  These two messages, 5 and 6, are two days before.

16        Ms. Watkins and Recruit Leah have a good amount of

17    communications with one another.  And these messages that

18    were exchanged two days prior, unrelated to the actual

19    messages that we introduced -- the Government introduced, we

20    would argue fall outside Rule 106.

21        MR. CRISP:  So here's why I think it's -- again,

22    the Government, I think, is engaging in a bit of sleight of

23    hand here.

24        This entire -- I mean, she's been talking with

25    Recruit Leah for days and days and days about joining, about

1    why to join, about death.  The text that they put in there

2    is:  Dying or -- something about death and dying.

3         There were many discussions like that, but I think

4    to take one isolated comment in the, quote, "recruitment"

5    efforts of my client without putting in other things would

6    be disingenuous.

7         MS. HUGHES:  And that's why we haven't -- we have

8    not objected to the messages that surround the messages

9    we've sought to introduce two days later.

10        Introducing unrelated topics -- it cannot be that

11   the entirety of their communications are relevant under 106.

12   This does not provide context to the specific evidence the

13   Government has introduced.

14        So these messages two days before -- all of the

15   messages are generally about the election and various other

16   things.  But for the specific messages the Government

17   introduced, it can't be that the entirety of their thread

18   comes in under Rule 106.  And this is two days before.

19        THE COURT:  Okay.  Look, I think this is

20   temporally removed, unlike the last one.  It's temporally

21   removed by at least 48 hours.  You know, it doesn't provide

22   context for the specific text message that the Government

23   introduced some number of days later.

24        I mean, the Government is introducing it not --

25   largely for Ms. Watkins's state of mind and her thinking and

1     what she's telling the recruit on a particular day.  And so,

2     you know, that's what's relevant and that's what needs to be

3     completed as opposed to her thought process two days

4     earlier.

5               So I think this one probably stays out for that

6     reason.  Okay?

7               MS. HUGHES:  Very well.  Thank you, your Honor.

8               THE COURT:  Mr. Crisp?

9               MR. CRISP:  If I -- one moment, your Honor.

10              Based on that context, I may want to modify what

11    I'm putting in subsequent as well, then, your Honor.  If I

12    may have one moment.

13              THE COURT:  Well, if it hasn't been objected to,

14    you can bring in what you like.

15              MR. CRISP:  I understand.

16              THE COURT:  One of the jurors has requested that

17    we adjourn at 4:45 today so I believe she can get to a

18    family commitment.  So we'll go to 4:45 this afternoon, just

19    for everyone's planning purposes.

20              Are we ready to bring them in?  Mr. Crisp?

21              MR. CRISP:  I am, your Honor.  But I need to

22    redact -- I'm taking out additional messages because I don't

23    believe the other ones worked in without the additional

24    context.  So I'm going to remove -- but for the Court's

25    ruling, I'm going to be removing additional ones, and I'll

1      put that on the record.

2                  THE COURT:  Okay.  Well, again, I'm not asking you

3      to remove anything that hasn't been objected to.

4                  MR. CRISP:  Oh, I know you're not.  My argument is

5      a but-for argument.  So I think without those preceding

6      messages and that flavoring the entire conversation, I think

7      it changes the tenor and context.

8                  THE COURT:  Okay.  We can bring them in.

9                  THE COURTROOM DEPUTY:  The jury panel.

10                 (Whereupon, the jury entered the courtroom at 3:18

11     p.m. and the following proceedings were had:)

12                 THE COURT:  Please be seated, everyone.

13                 Retake the stand, please.

14                 (The witness complies.)

15                 THE COURT:  Ladies and gentlemen, so we'll go

16     until about 4:45 and then we'll adjourn for the day.

17                 Mr. Crisp, whenever you're ready.

18                 MR. CRISP:  Thank you, your Honor.

19     BY MR. CRISP:

20     Q.  Special Agent Eller, I want to talk about Government

21     Exhibit 6825.

22                 There was discussion about the Facebook

23     extraction.  You're familiar with that Facebook extraction

24     or series of extractions?

25     A.  Yes.

1    Q.   Okay.  And you're also familiar with, I believe --

2                MR. CRISP:  If you'd go to Slide 3, please.

3    BY MR. CRISP:

4    Q.   This was the Government exhibit discussing "I signed up

5    for Parler" that was admitted through your direct

6    examination.  Do you recall that?

7    A.   Yes.

8    Q.   And this was at 21:31, which would be 9:30 in the

9    evening.  Yes?

10   A.   Yes.

11   Q.   Okay.  And that would be, in fact, 9:30 local time?

12   A.   Correct.

13   Q.   Okay.

14                MR. CRISP:  If you could go to Slide 2, please.

15   BY MR. CRISP:

16   Q.   So as part of these discussions, I believe the

17   discussion was recruitment efforts in which my client was

18   engaging.

19                Do you recall that?

20   A.   Yes.

21   Q.   So in a discussion chat or a discussion with Mr. Crowl,

22   there was a discussion about an armed black man being shot

23   in Columbus.

24                Do you remember that?

25   A.   I'm seeing it now.  I don't recall it prior to this.

```
1              THE COURT:  Mr. Crisp, this isn't being shown to
2      the jury yet.  Has it been marked?
3              MR. CRISP:  It should be Watkins 3, your Honor.  I
4      apologize if I did not do so earlier.
5              THE COURT:  So Watkins 3 will be admitted.
6              (Whereupon, Defendant Watkins's Exhibit No. 3 was
7      entered into evidence.)
8              MR. CRISP:  I was going to say, I move for its
9      admission at this point.  Thank you.
10     BY MR. CRISP:
11     Q.  Sir, are you able to see Slide 2?
12     A.  I'm not sure which slide this is.  Is there one before
13     it?
14     Q.  Do you see the slide that says Jolly Roger with the sent
15     time of 2020/12/05, which is December 12th [sic] of 2020 --
16             THE COURT REPORTER:  I'm sorry, counsel.  Was
17     that --
18             MR. CRISP:  It is December 5th of 2020 -- I
19     misspoke; thank you -- at 21:20 hours and 41 seconds.
20     BY MR. CRISP:
21     Q.  Is that slide in front of you?
22     A.  Yes.
23     Q.  Okay.  Now, you see that this is a text message from my
24     client, who is the Jolly Roger.  Right?
25     A.  I would say --
```

1    Q.  A Facebook --

2    A.  -- a Facebook message.

3    Q.  Excuse me.  Yes.  Sorry.

4    A.  Yes, it is.

5    Q.  All right.  And there was a discussion there.  And

6    the -- this is part of, to your recollection, a discussion

7    between her and Mr. Crowl.  Right?

8    A.  Correct.

9    Q.  All right.  And so part of this discussion pertained to

10   why she was wanting to engage in additional recruiting

11   efforts.  This gives context to that.

12            Would you agree?

13   A.  I don't know what the purpose of her putting this

14   message on there was.

15   Q.  Well, you remember there was a discussion about using

16   Parler as a recruiting effort.  Right?

17   A.  Correct.

18   Q.  And so part of this was, why is she trying to recruit?

19   Right?

20   A.  Correct.

21   Q.  Okay.

22            MR. CRISP:  If we can go to Slide No. 4.

23   BY MR. CRISP:

24   Q.  As a follow-on, on that same date, you will see that

25   this is also another post that my client made through

Eller - CROSS - By Mr. Crisp

1    Facebook.  Correct?

2    A.  Correct.

3    Q.  And the title is:  "Militia group appears at state house

4    to protect people at rallies for Trump and Biden."  Yes?

5    A.  That's the body of the -- I guess the website.  Yes.

6    Q.  Right.  Above the URL, there's a word that says "Title."

7    Correct?

8    A.  Correct.  Okay.  On the bottom.

9    Q.  Yes, sir.

10        And this was all part of the discussion about why

11   signing up for Parler was relevant.

12   A.  Again, it came after it.  I don't know if this is part

13   of that discussion or not.

14   Q.  Okay.  So you're talking about an hour and a half after

15   that discussion is still going on with Mr. Crowl.

16   A.  I'm sorry.  What's the question?

17   Q.  You remember --

18        MR. CRISP:  If we could go back to Slide 3.

19   BY MR. CRISP:

20   Q.  This was Government Exhibit 6825.  This happened at

21   21:31, which we agreed was 9:30.  Would you agree?

22   A.  Yes.

23   Q.  Okay.  This was a Facebook communication between my

24   client and Mr. Crowl.

25   A.  Correct.

1    Q.  Okay.  In that same communication stream, at Slide 4,

2    there's additional discussions about what's going on and

3    what the militia efforts are in Ohio.

4         Would you agree?

5    A.  Correct.

6    Q.  Thank you.

7         MR. CRISP:  Slide 5, please.

8    BY MR. CRISP:

9    Q.  So Recruit Leah, again, was an individual that my client

10   was attempting to recruit to the OSRM.  Yes?

11   A.  Correct.

12   Q.  And there were discussions she had with Ms. Leah over a

13   period of probably 14 days -- well, going back to about the

14   4th of November.  Does that sound right?

15   A.  Yes.  It sounds accurate.

16   Q.  And she continued to communicate with her up through the

17   end of December.  Is that also consistent with your

18   recollection?

19   A.  Yes, sir.

20   Q.  Okay.  And this was from -- and I apologize.  This is --

21   we have:  "Damn.  Do you think that people will fight this?"

22        This was actually, in fact, from Ms. Leah to

23   Ms. Watkins.  Is that your recollection?

24   A.  This says here Watkins to Recruit Leah.

25   Q.  And I apologize.  If we could disregard the title, do

1  you remember whether or not this was from Ms. Leah to

2  Ms. Watkins?

3  A.  I don't.  I apologize.

4       MR. CRISP:  Next slide, please.

5  BY MR. CRISP:

6  Q.  And this -- do you remember whether or not Ms. Watkins

7  answered with something to the effect of:  "I hope not.  I

8  love this country too much to see us killing each other"?

9  A.  Again, I don't recall who said that to who.

10  Q.  Okay.  But you remember these conversations are

11  consistent with those conversations you saw between Leah and

12  Watkins?

13  A.  Correct.

14       MR. CRISP:  Next slide.

15  BY MR. CRISP:

16  Q.  So this was immediately -- or shortly after that earlier

17  conversation, I believe, approximately two hours later.

18  Right?  This is Government Exhibit 6825.

19  A.  Correct.

20       MR. CRISP:  Next slide.

21  BY MR. CRISP:

22  Q.  And again, this is Ms. Leah asking Watkins whether she

23  should be comfortable with the idea of death.  Yes?

24  A.  Correct.

25       MR. CRISP:  Next slide.

```
 1   BY MR. CRISP:

 2   Q.  Ms. Watkins is answering:  "That's why I do what I do."

 3   A.  Correct.

 4   Q.  It says, "D.C. Metro PD are not our friends."  That was

 5   Government Exhibit 1.S.159.668 within that same 6825

 6   exhibit.  Yes?

 7   A.  Correct.  Yeah.  I don't remember the name of the

 8   exhibit.  I do remember this being up there, though.

 9           MR. CRISP:  Next slide, please.

10   BY MR. CRISP:

11   Q.  Do you remember the preceding discussion was from Rook

12   to this chat group discussing how local law enforcement

13   allegedly sold themselves out?  Right?

14   A.  I do not recall this.

15   Q.  Do you remember -- if you take a moment to read through

16   those two slides, please, and see if it refreshes your

17   recollection.

18   A.  If you would go to the next one.

19   Q.  Yes.  We jumped ahead on you too fast, there.  I

20   apologize.  It's backwards.

21   A.  As I said before, I don't recall this.

22   Q.  Okay.  Does this look consistent with what was in there?

23   A.  I'm sorry.  Can you ask the question again?

24   Q.  Does what is on the screen look consistent with what you

25   saw on the extractions?
```

1    A.  It does, yes.

2    Q.  Okay.

3    A.  But again, I did not review this specific message.

4    Q.  Okay.  But for context, this is what my client said.

5    And you understand the Government has stipulated to the

6    admissibility of this document under --

7            MS. HUGHES:  Objection, your Honor.

8            THE COURT:  Sustained.

9            Mr. Crisp, I'll just ask you to avoid --

10           MR. CRISP:  Sure.

11   BY MR. CRISP:

12   Q.  You understand that this preceded the discussion that my

13   client had on this channel, or this chat group, by --

14           MR. CRISP:  If you can go to -- and then back.

15   BY MR. CRISP:

16   Q.  -- approximately -- it was -- not preceded; it was about

17   15 minutes afterwards.  Correct?  Based on the time setting,

18   2:47 to 3:05.

19   A.  So this was posted 15 minutes prior to the other

20   statement.

21   Q.  That is correct.

22   A.  Correct.

23   Q.  Okay.  So this would have been responsive to that

24   earlier comment about D.C. Metro and law enforcement?

25   A.  This followed the other comment.  Correct.

1    Q.  Thank you.

2              MR. CRISP:  No further questions.  Thank you.

3              THE COURT:  Mr. Bright?

4                        CROSS-EXAMINATION

5    BY MR. BRIGHT:

6    Q.  Good afternoon, sir.  How are you today?

7    A.  Good afternoon.  I'm doing well.

8    Q.  Just a few quick questions.

9              The primary focus, it seems, of your part of this

10   investigation was the Ohio contingent and kind of how they

11   mixed and merged a bit with the North Carolina group.  Is

12   that right?

13   A.  In part.

14   Q.  But a good part of what we've discussed today?

15   A.  So the main focus was the Ohio -- the Ohio contingent.

16   Q.  And then also, as we saw it progressing, how they were

17   relating to, via Mr. Caldwell and Doug Smith and Paul

18   Stamey --

19   A.  Correct.

20   Q.  -- the North Carolina chapter.  Correct?

21   A.  Yes, sir.

22   Q.  And you understood that Doug Smith was fundamentally the

23   president of the North Carolina chapter prior to November

24   15th.  Is that accurate?

25   A.  I don't know when he took that role or when he started

1    taking that role.

2    Q.  You understood that was his role at some point?

3    A.  Correct.  Around January 6th, that was the role.

4    Q.  Well, you say it was his role around January 6th of

5    2021.  But you would agree with me that it's fairly evident

6    from the texts and the chats that have been presented

7    through you today that there was an ongoing split within the

8    Oath Keepers.  Correct?

9    A.  I don't know if I would define it as a split.

10                MS. HUGHES:  Objection.  Misstates the evidence.

11                THE COURT:  He's answered in the negative.  So...

12                MR. BRIGHT:  I'm sorry, sir?

13                THE COURT:  I said he's answered in the negative.

14    So we will continue.

15    BY MR. BRIGHT:

16    Q.  So as you read through the texts, you did not see the

17    same thing that I saw that suggested that the North Carolina

18    Oath Keepers were not going to, quote, "roll with Stewart

19    anymore"?  I believe it was referred to as Stewie by

20    Mr. Caldwell.

21    A.  I do recall that message.

22    Q.  Okay.  So if they're not going to roll with them any

23    longer, what would that be indicative of to you?  A lack of

24    cooperation at the national level?

25    A.  I can't -- I can't guess what that was in relation to,

1    if it had anything to do with the national level.

2    Q.  So you didn't see behind-the-scenes communications

3    between Mr. Caldwell going directly to Doug Smith and not

4    through Mr. Rhodes anymore?

5    A.  I did not see those.  No.

6              MR. BRIGHT:  I apologize, your Honor.  I may have

7    written down the wrong exhibit numbers.

8              I'll keep going for a moment until she finds the

9    exhibit.  I apologize, sir.

10   BY MR. BRIGHT:

11   Q.  When you -- I'm going to start and just kind of go

12   through your testimony, if I may.

13             When you reviewed the video that was -- of

14   Mr. Rhodes talking, that was from the December 12th Jericho

15   march in D.C.  Is that correct?

16   A.  That's not correct.

17   Q.  What was that from?

18   A.  I believe that's from the Million MAGA March.

19   Q.  Okay.  And at that march, you identified other

20   individuals that were behind him.  Correct?

21   A.  There was two other individuals that I identified.

22   Correct.

23   Q.  Okay.  How were they dressed?

24   A.  They were -- if you want to pull it back up, I can

25   describe it.

1    Q.  Yeah.

2    A.  But they were wearing tactical gear.

3    Q.  BDUs?

4    A.  I would have to see it again.

5    Q.  Okay.  We can do that.

6            MR. BRIGHT:  This has previously been marked as

7    Government Exhibit 6825B.

8    BY MR. BRIGHT:

9    Q.  This is the video.  Correct?

10   A.  Correct.

11   Q.  Okay.  And the gentleman behind Mr. Rhodes's left

12   shoulder --

13   A.  The one where the pointer is.  Yes.

14   Q.  Yes, sir.  That's Doug Smith.  Correct?

15   A.  Yes, sir.

16   Q.  Okay.  And is the tactical gear that he's wearing what

17   you previously testified to as what were referred to as

18   BDUs?

19   A.  It could be.  As I said before, a BDU is dependent on

20   the environment that you're being deployed to.  So if it's

21   camo, it could be a jungle environment.  If it's more of an

22   urban environment, it doesn't necessarily have to be camo.

23   Q.  So it could also include the type of gloves that they

24   would regularly be seen wearing.  Correct?

25   A.  I don't know if gloves are considered part of BDU.

Eller - CROSS - By Mr. Bright

1    Q.  BDU is a military term.  Correct?

2    A.  Yes.

3    Q.  And you served in the military.  Correct?

4    A.  Yes.

5    Q.  Thank you.

6         The variety of different gear that the Oath

7    Keepers would be seen on the streets in that you have seen

8    and you have reviewed through your extensive investigation,

9    many of those could commonly be called BDUs.  Correct?  That

10   was a term of parlance amongst these men.  Is that accurate?

11   Is that correct?

12   A.  I'm sorry.  Can you ask me that question again?

13   Q.  You've done a deep investigation on this.  You've seen

14   lots of pictures of the Oath Keepers.  Correct?

15   A.  I've seen pictures of them.  Yes.

16   Q.  Okay.  And you've seen pictures of them at various

17   events.  Correct?

18   A.  Correct.

19   Q.  Okay.  You've seen pictures, as part of your

20   investigation, specifically of Jessica Watkins at these

21   events.  Correct?

22   A.  I have.

23   Q.  And you've seen pictures of the Oath Keepers on January

24   5th.  Correct?

25   A.  I don't know if specifically I have.

Eller - CROSS - By Mr. Bright

1    Q.  Have you seen pictures of the Oath Keepers on January

2    6th?

3    A.  Yes, I have.

4    Q.  Okay.  And so you've been able to, through your

5    investigation and seeing those pictures, see the various

6    tactical gear that they would wear at many of their events.

7    Correct?

8    A.  Correct.

9    Q.  And those would be called BDUs.  Correct?

10   A.  Depending on what they wear.  Some probably would fall

11   under BDUs.  Correct.

12   Q.  Okay.  And so therefore, it would not -- from your

13   investigation and your experience, it was not unusual for

14   them to dress in that gear.  Correct?

15   A.  Correct.

16   Q.  At marches that well predate January 6th.  Correct?

17   A.  Again, I can only speak to the ones that I know about,

18   like this one right here, the Million MAGA March.

19   Q.  Okay.  How many -- is this just the only video you've

20   seen of the Million MAGA March?  Or have you seen pictures?

21   A.  There are other photographs.  Yes.

22   Q.  And you've seen those?

23   A.  Correct.

24   Q.  And there are Oath Keepers dressed in BDUs, tactical

25   gear, camouflage, helmets.  All of those were worn at

1    previous events.  Correct?

2    A.  I can speak to what Jessica Watkins and her militia from

3    Ohio were wearing.  I can't speak to what the other

4    individuals were wearing other than outside of this video.

5    Q.  Okay.  In your investigation of them, they would wear

6    all of the above-issued items that I described.  Correct?

7    A.  Correct.

8    Q.  Okay.  So if they wore the same things on January 6th,

9    that would be in conformity with what you've just stated you

10   witnessed at prior events.  Correct?

11   A.  Again, at this event, yes.  And then --

12   Q.  Okay.  Thank you.

13           I'm going to show you, sir, what's been marked

14   6825, I believe, .2.  You've previously spoken about this.

15   Correct?

16   A.  I think this says .1 on here.

17   Q.  I apologize, sir.  .1.  Thank you.

18           You've previously identified this as part of an

19   ongoing discussion between Caldwell and Crowl.  Correct?

20   A.  Correct.

21   Q.  Crowl was part of the Ohio group that you were charged

22   primarily with investigating.  Is that correct?

23   A.  The Ohio State Regular Militia?

24   Q.  Yes, sir.

25   A.  Yes, sir.

1    Q.  And that's a separate militia from the organization of

2    the Oath Keepers.  Correct?

3    A.  Correct.  Yes.

4    Q.  It's completely separate in terms of them defining

5    themselves as an actual militia.  Correct?

6    A.  It's separate, but they also said that they were part of

7    the Oath Keepers, as well as paying dues to the

8    organization.

9    Q.  But Jessica Watkins was clear that she was forming her

10   own independent group.  Correct?

11   A.  So -- yes.  She had an independent group from the Oath

12   Keepers.

13   Q.  And in this text, in this -- what's been previously

14   marked as 6825.1, you would agree with me that Caldwell is

15   detailing to Crowl some level of dissatisfaction between

16   the, quote, N. Carolina boys and Stewart Rhodes, the

17   president -- the founder of the Oath Keepers.  Correct?

18   A.  So yes.  This says:  "Would not roll on op with Stewie

19   again."

20   Q.  Okay.  But they're expressing their dissatisfaction with

21   him in a leadership role.  Is that correct?

22   A.  Correct.  I don't know if it would suggest that they

23   would never go with him again.

24   Q.  Well, according to this, Caldwell is relating that to

25   Crowl.  Correct?

1    A.  That's what he said.

2    Q.  Did you take the time to continue investigating what was

3    going on between the North Carolina group and the Oath

4    Keepers in terms of this?

5    A.  I couldn't -- are you referring to the -- just the

6    sentence "not roll on an op with Stewie again"?

7    Q.  Well, did you continue to at all investigate what was a

8    rift between the two groups?

9    A.  Again, my focus was on the Ohio aspect of this.  I

10    couldn't speak to any type of rift that was happening

11    between North Carolina and Stewart.

12    Q.  At some point, you've testified today that NC Paul

13    Jarhead was known as Paul Stamey.  Right?

14    A.  Yes, sir.

15    Q.  And he was having direct communications also with

16    Donovan Crowl.  Correct, sir?

17    A.  Yes, he was.

18    Q.  And these were direct communications, again, from the

19    North Carolina group?

20    A.  Correct.  Direct conversation with Donovan --

21    Q.  To the --

22    A.  -- Crowl.

23    Q.  -- Ohio group, not to Oath Keepers national.  Correct?

24    A.  To Donovan Crowl, yes.

25    Q.  And as late as 12/7/20, when NC Paul Jarhead was sending

1    information to Crowl, that had to do with some training that

2    was going to be offered by Doug Smith at his farm in

3    North Carolina.  Correct?

4    A.  Correct.

5    Q.  Okay.  And what, to your recollection and your

6    investigation, were the dates that that training was

7    supposed to take place?

8    A.  Again, I believe it was December -- about December 10th

9    to December 14th.  But there were some travel days just

10   because people were arriving from various states.

11   Q.  Do you recall the date of the Jericho march in

12   Washington, D.C.?

13   A.  I don't.  The only recollection I have is just from the

14   other testimony.

15   Q.  So you would agree with me if I told you that it was

16   12/12 -- December 12th of 2020.  Correct?

17   A.  That sounds accurate.  Yes.

18   Q.  And that would have been, in terms of time, a direct

19   conflict with the coordination of Paul Stamey, on behalf of

20   Doug Smith, and reaching out to the Ohio State Regulars to

21   come to training at Doug Smith's farm.  Correct?

22   A.  The training, if it went for those specific dates, would

23   interfere or be at the same time as the Jericho march.

24   Q.  Okay.  So if we can trust the evidence that's been put

25   on by the Government, we could also agree, then, that things

1    were being planned by the North Carolina group that were in

2    direct conflict of other marches or events that the Oath

3    Keepers were planning on the exact same weekend.  Would that

4    be reasonable?

5    A.  Are you asking me if it was planned specifically because

6    it was during the Jericho march?

7    Q.  I am not asking you that.  I'm asking you whether we

8    could agree that they would have been in conflict with one

9    another.

10   A.  Yes, because the dates overlap.

11   Q.  You have previously identified a text directly from

12   Jessica Watkins in response to an ABanderson146.  Correct?

13   A.  Correct.

14   Q.  And that was a potential recruit of Ms. Watkins?

15   A.  I did not say that.

16   Q.  I'm asking you.  Were you able to identify who that

17   person was?

18   A.  I do not know who that person is.

19   Q.  The context of their conversation, though, had to do

20   with the training event that Ms. Watkins was planning.

21   Correct?

22   A.  Correct.

23   Q.  Okay.  And as late as 12/24/20, when that was sent, it

24   was still being -- and proposed to be scheduled for January

25   3rd through January 9th.  Is that accurate?

Eller - CROSS - By Mr. Bright

```
 1    A.  Yes.
 2    Q.  So as late as 12/24/20, events by the Ohio State
 3    Regulars, Jessica Watkins and others in the Ohio group, they
 4    were still planning training events that were -- would have
 5    been in direct conflict with any intended plans for
 6    January 6th.  Correct?
 7    A.  Yes.  Those dates overlapped.
 8    Q.  Fourteen days prior to the events of January 6th, the
 9    Ohio State Regulars were still planning events that would
10    have -- if they went through, would have prohibited them
11    from being at January 6th.  Correct?
12    A.  Correct.
13    Q.  As a matter of fact, other than the lens that we choose
14    to look at things through, of all the events and texts that
15    you've talked about and presented through chats and
16    evidence, we have not seen one bit of evidence that directly
17    incorporates a plan for the events of January 6th in terms
18    of what's been presented through you so far.  Is that
19    correct?
20              MS. HUGHES:  Objection.
21    BY MR. BRIGHT:
22    Q.  Don't look at her.
23              THE COURT:  Hang on.  Can you rephrase your
24    question --
25              THE WITNESS:  I --
```

```
 1                    THE COURT:  Hang on.
 2                    I'll sustain it.  If you can just rephrase the
 3          question, please.
 4                    MR. BRIGHT:  I'm so sorry, sir?
 5                    THE COURT:  Rephrase the question, please.
 6                    MR. BRIGHT:  Thank you, sir.
 7          BY MR. BRIGHT:
 8          Q.  The evidence that has been presented today in these
 9          texts and these chats, they have not formulated, in terms of
10          what's been presented, any plan for January 6th itself.
11          Correct?
12          A.  There was chats about going there.
13          Q.  But nothing illegal at all?
14                    MS. HUGHES:  Objection, your Honor.  Calls for a
15          legal conclusion.
16                    THE COURT:  Sustained.
17                    Reformulate, please.
18          BY MR. BRIGHT:
19          Q.  You did not see or present any chats or texts regarding
20          what the underlying charges in this case are.  Correct?
21                    MS. HUGHES:  Again, objection, your Honor.
22                    THE COURT:  I'll just ask you to re- -- I know
23          what you're getting at, but you've got to rephrase your
24          question.
25                    MR. BRIGHT:  I know you do, your Honor.
```

```
 1                    I pass the witness, your Honor.

 2                    THE COURT:  All right.

 3                    MR. WOODWARD:  I'll pick up where Mr. Bright --

 4                    THE COURT:  Hang on, Mr. Woodward.

 5                    Mr. Geyer, did you wish to cross-examine?

 6                    MR. GEYER:  Yes, sir.

 7                    THE COURT:  All right.  Let's do this in turn.

 8              Oh, I'm sorry.  Mr. Woodward, you can go next.

 9     I'm sorry.  It's my fault.  Sorry about that.

10     Mr. Woodward --

11                    MR. WOODWARD:  It's the haircut.  Nobody

12     recognizes me anymore.

13                    THE COURT:  I actually did have a moment of

14     hesitation this morning.

15                         CROSS-EXAMINATION

16     BY MR. WOODWARD:

17     Q.  Let me ask the question I think Mr. Bright was trying to

18     ask you.

19              In all of the text messages you read to the jury

20     today, all the Facebook posts you read for the jury today,

21     all the Parler messages you read for the jury today, did you

22     see any discussion about the Oath Keepers going into the

23     Capitol Building on January 6th?

24     A.  I did not see any of those or read any of those today.

25     No.
```

1    Q.  Did you read any messages or other communications today

2    about the certification of the Electoral College?

3    A.  On the messages today?  No.  Not that we read here.

4    Q.  And then I presume not about stopping the certification

5    of the Electoral College?

6    A.  Again, not on the messages that we read here today.

7    Q.  You testified a little bit about Signal.  Are you

8    familiar with Signal?

9    A.  Just through this investigation.

10   Q.  So you wouldn't know, then, that, when a message is sent

11   in a group chat on Signal, the sender has no way of knowing

12   whether a specific participant in that chat has received the

13   message?

14   A.  Again, I'm not familiar with how that works.

15   Q.  And so you would have no way of knowing whether, for

16   example, a message that was sent to a chat that Mr. Rhodes

17   was a participant in had actually been received by

18   Mr. Rhodes?

19   A.  Again, I would not know that.

20   Q.  And so -- let's try the technology here.  This is the

21   Government's exhibit that has been admitted.

22           Do you remember reading this chat -- this message

23   for the jury today?

24   A.  Yes.

25   Q.  You don't know whether Mr. Rhodes ever read that

1    message, do you?

2    A.  Correct.  I do not know.

3    Q.  You're not familiar with the Carolina Guard, are you?

4    A.  I'm not.

5    Q.  So you didn't -- you weren't aware that the North

6    Carolina chapter of the Oath Keepers changed its name to the

7    Carolina Guard?

8    A.  I was not aware of that.

9    Q.  And you weren't aware that, at the time that this

10   message was sent, the North Carolina Oath Keepers were no

11   longer affiliating with Stewart Rhodes?

12   A.  Again, my focus was on the Ohio individuals.

13   Q.  Well, your focus was on the Ohio individuals, but you

14   did read this message to the jury today.

15   A.  I'm not sure of what your question is.

16   Q.  Did you read this message to the jury today?

17   A.  I read this message.  Yes.

18   Q.  Who is NC Eastern Lead?

19   A.  Is that Steven or -- it's Steve.  And again, I did not

20   investigate this individual, so I couldn't tell you any more

21   than his first name and botch his last name.

22   Q.  And are you familiar with any Ohio residents in the NCOK

23   county leaders chat?

24   A.  What do you mean by "Ohio residents"?  Like --

25   Q.  Well -- I'm sorry to talk over you.

1    A.  Someone from the group, the Ohio State Regular Militia?

2    Q.  I'm just trying to ask the question in a way that is

3    limited to the folks that you testified you investigated.

4    So why don't you state it for me.  Who did you investigate

5    for this case?

6    A.  Jessica Watkins and Donovan Crowl.

7    Q.  Well, you just testified a minute ago that you're not

8    familiar with folks that aren't in the Ohio -- what was the

9    word you used?

10   A.  The Ohio State Regular Militia?

11   Q.  All right.  So you are familiar with all the members of

12   the Ohio State Regular Militia?

13   A.  Correct.

14   Q.  Are any members of the Ohio State Regular Militia

15   participants in this NCOK county leaders chat?

16   A.  Not to my knowledge.

17   Q.  Are you personally aware of anyone other than Stewart

18   Rhodes that was a participant in that chat?

19   A.  I am not.  I have not reviewed this chat beyond this

20   message here.

21            MR. WOODWARD:  Your Honor, no further questions.

22            THE COURT:  Mr. Geyer?

23            MR. GEYER:  May it please the Court.

24                      CROSS-EXAMINATION

25

Eller - CROSS - By Mr. Woodward

1    BY MR. GEYER:

2    Q.  Hello, Special Agent.  My name is Brad Geyer and I

3    represent Kenneth Harrelson, who's in the back corner.

4    A.  Yes, sir.  Nice to meet you.

5    Q.  You may recall him from the investigation you did

6    regarding January 6th when Kelly Meggs and Kenneth Harrelson

7    came to the rescue of --

8              THE COURT:  Mr. Geyer --

9    BY MR. GEYER:

10    Q.  -- Officer Harry Dunn --

11             THE COURT:  -- Mr. Geyer -- Mr. Geyer, ask

12    questions, not commentary, please.

13             MR. GEYER:  Okay.

14    BY MR. GEYER:

15    Q.  Mr. Harrelson is not on Facebook.  Are you aware of

16    that?

17    A.  I am not aware of that.  I don't have intimate knowledge

18    if he was on Facebook or not.

19    Q.  Okay.  He's never been on Parler.  Yes?

20    A.  I do not know, sir.

21    Q.  Therefore, he's never been on the NCOK county leaders

22    chat.  Is that right?

23    A.  Again, I don't know what chats he's been in or he hasn't

24    been in.

25    Q.  He didn't attend the rally on November 19th, 2020, on

1    behalf of the Oath Keepers or in any capacity?

2    A.   November 19th?  I don't even know what that would be.

3    Q.   Oh, the -- the November rally.  The MAGA --

4    A.   You're referring to November 14th?

5    Q.   Yes.  Thank you for that, Special Agent.  I appreciate

6    that.

7    A.   Not to my knowledge.  I don't know if he went or not.

8    Q.   Okay.  How about the December 12th event?

9    A.   Are you referring to the Jericho march?

10   Q.   Yes.  The Jericho march.

11   A.   I don't -- I really don't have any information about the

12   Jericho march.  I apologize.  So I don't know if he was

13   there.

14   Q.   But it wouldn't surprise you if it turned out he didn't

15   go there either.

16   A.   Would I be surprised?

17   Q.   Yeah.

18   A.   I'm sorry.  Can you ask that question in a different

19   way?

20   Q.   Isn't it true that he wasn't at the Jericho march,

21   either?

22   A.   Sir, I don't know.

23   Q.   He wasn't on the OK leadership chat either at any point

24   in time.  Is that right?

25   A.   Again, I can't speak to that.  I don't know what chats

1    he was in or was not in.

2    Q.  He was added to the DC Op chat on the evening of

3    January 3rd.  Is that your understanding?

4    A.  I do not know when he was added to that chat.

5    Q.  Okay.  As part of your investigation, you mentioned you

6    did 20 to 30 interviews.  Is that correct?

7    A.  No.  I think I said I interviewed about 20 to 30 people

8    and I engaged in about 40 to 50 interviews, I think, is what

9    I said.

10   Q.  Would one of those individuals be Jeffrey A. Brodeur?

11              MS. HUGHES:  Objection, your Honor.  Relevance,

12   scope.

13              THE COURT:  I'll see where it goes.  Go ahead,

14   Mr. Geyer.

15              THE COURT REPORTER:  Can I get a spelling, please,

16   for Brodeur?

17              MR. GEYER:  Jeffrey A. B-R-O-D-E-U-R.

18   BY MR. GEYER:

19   Q.  And on August 20th, '21, you did an interview of Officer

20   Harry Dunn?

21   A.  Yes.

22   Q.  And on --

23              MS. HUGHES:  Objection, your Honor.

24              THE COURT:  I think we are getting beyond where we

25   need to be, Mr. Geyer.

1           You can move on.

2           MR. GEYER:  He testified about interviewing 40 to

3     50 people.

4           THE COURT:  Yes.  But --

5           MR. GEYER:  Save it?  Okay.  Thank you, your

6     Honor.

7           No more questions.

8           Thank you, sir.

9                     CROSS-EXAMINATION

10    BY MR. FISCHER:

11    Q.  Good afternoon, Agent.  How are you doing?

12    A.  I'm doing well.  How are you doing, sir?

13    Q.  Just fine.  As somebody from Cincinnati myself, I say

14    welcome to D.C.

15    A.  Thank you.  Thanks for having me.

16    Q.  Sir, can you tell me, how many investigations,

17    approximately, have you done in your career?  Approximately.

18    A.  So probably -- when you define an investigation, like

19    what?  There's many different levels of investigations.

20    Maybe 30.

21    Q.  Okay.  Fair enough.

22           And obviously, the FBI investigations are your

23    specialty.  Is that fair to say?

24    A.  That's -- yes.  That is one aspect of what we do at the

25    FBI.

1    Q.  Okay.  And you named a bunch of investigative techniques

2    that you did in this case, including interviewing witnesses,

3    issuing subpoenas, obtaining documents, telephone records,

4    messages, that type of thing.  Is that fair to say?

5    A.  Yes, sir.

6    Q.  Okay.  And, sir, I know this may sound like a dumb

7    question, but certainly you would agree that when you do an

8    investigation or when you're handed a file to investigate,

9    as an investigator, you would prefer to be able to take your

10   time and methodically investigate the case, you know,

11   interview witnesses, get documents, issue subpoenas -- you

12   would prefer to do that as opposed to basically making a

13   very quick arrest.  Would that be fair to say?

14   A.  I'm sorry.  Can you rephrase the question?

15   Q.  Sir, you have a choice.  You get handed a file to do an

16   investigation at the FBI.  Right?  Would you prefer to have

17   a substantial amount of time to interview witnesses,

18   subpoena documents, obtain phone records, text messages,

19   et cetera, and do a methodical, lengthy investigation or

20   would you prefer just to make a quick arrest of the suspect?

21   A.  So what I do is I gather the facts and the information

22   and I provide that to, you know, not only my supervisor, but

23   also the attorney's office.  And the speed of the

24   investigation doesn't really depend on that.  I do the

25   investigation.  I pass the facts over.  And, you know,

Eller - CROSS - By Mr. Fischer

1    that's all it is.  It doesn't change how fast something

2    goes.  And it's not what my preference is.

3    Q.  Well, you certainly work in consultation with a U.S.

4    attorney's office -- in this case, the U.S. Attorney's

5    Office here in D.C. -- you certainly work in consultation

6    with the prosecutors to make determinations on filing

7    charges.  Is that correct?

8    A.  So I provide them the information and then they

9    determine what charges there are going to be -- or they

10   would move forward with.

11   Q.  And, sir, I understand there are circumstances when you

12   have to make -- move quickly and make an arrest quickly.

13   But my question is:  You would -- I guess I'm asking, you

14   would certainly prefer to be able to take your time and do a

15   methodical, thorough, lengthy investigation before you

16   charge somebody as opposed to simply going out and arresting

17   somebody without investigating.  You certainly would agree

18   with that.

19   A.  Again, I don't have a preference.

20   Q.  Sir, I presume you attended the FBI Academy.  Is that

21   correct?

22   A.  Yes, sir.

23   Q.  And at the FBI Academy, you were trained on how to do

24   investigations?

25   A.  There was a number of classes there.

Eller - CROSS - By Mr. Fischer

1    Q.  Okay.  Well, certainly, sir, one of the things -- at the

2    Federal Bureau of Investigation, one of the classes you

3    attended was how to investigate.  Is that fair to say?

4    A.  Correct.  There's aspects of it.  There's interview

5    classes.

6    Q.  And, sir, you would certainly agree that, in your

7    training, you're not supposed to jump to conclusions as to

8    whether someone broke the law, but rather you're supposed to

9    investigate and do that methodical witness-by-witness,

10   document-by-document investigation.  Isn't that fair to say?

11   A.  Again, we collect the information and the evidence and

12   the facts and we turn those over, not only to our

13   supervisor, but to the attorney's office as we go forward

14   with the investigation.

15   Q.  All right.  Well, I'll move along, sir.

16         Let me ask you -- you certainly in this case --

17   you indicated you conducted, you know, somewhere along the

18   lines of 40-plus interviews.  Right?

19   A.  Yes, sir.

20   Q.  And many of those involved Oath Keepers, cooperators,

21   affiliates of the Oath Keepers, friends of the Oath Keepers,

22   family of the Oath Keepers, and practically anybody who you

23   believed might have relevance to the events of January 6th.

24   Is that correct?

25   A.  So all those things that you said, I don't know if I can

1    agree to all those.  I mean, maybe a couple in there if you

2    want to, like, talk about each one individually.  But all of

3    those things, I don't think I can agree to that.

4    Q.  Okay.  Well, you certainly have interviewed people who

5    are members of Oath Keepers.  Right?

6    A.  Correct.

7    Q.  And you've certainly interviewed people who are

8    affiliated with the Oath Keepers.  Correct?

9    A.  Yes, sir.

10   Q.  And you've interviewed, I believe, the family of Donovan

11   Crowl.  Is that fair to say?

12   A.  I did not.  No, sir.

13   Q.  Well, I should say either you or your team of agents at

14   the FBI have done interviews.

15   A.  I apologize.  I was actually on one interview with him

16   on the back end.  I did not do the -- one of his family

17   members.

18   Q.  Okay.  Fair enough.

19        So certainly we can agree that you conducted

20   interviews of people you believe are -- have relevant

21   information regarding the events of January 6th.  Correct?

22   A.  Correct.  Yes.

23   Q.  Yeah.

24        And you asked them -- when you interview those

25   individuals, you ask them questions -- I mean, obviously,

1    you're first going to ask:  Do they have personal knowledge

2    of the events?  Did they see them with their own eyes?

3    Right?

4    A.  Are you referring to January 6th?

5    Q.  Yeah.  Yeah.  Sure.  I mean, that's what you are

6    investigating.  Right?  January 6th.

7    A.  Correct.  Yes.

8    Q.  Okay.  So the people you're talking with, you're asking

9    them questions about January 6th?

10   A.  It's not just January 6th, no.  There's a whole host of

11   things leading up to January 6th that would be good to ask

12   about.  Right?  It's not just January 6th.  That's not the

13   way the interviews went, nor is that what the goal was.

14   Q.  Okay.  Well, you certainly are asking folks that you're

15   interviewing questions about whether there was any

16   premeditation or any plan for the Oath Keepers to breach the

17   United States Capitol on January 6th.  That's certainly a

18   question you were asking.  Right?

19   A.  I'm not going to say in every interview that was asked,

20   but that -- I would say that that would be a common focus or

21   a question in those interviews.

22   Q.  And also you asked about the QRFs.  Correct?

23   A.  Correct.  There was questions about QRFs.

24   Q.  And also one of those questions would be whether the QRF

25   was intended specifically to breach the United States

1    Capitol.  Right?

2              MS. HUGHES:  Objection, your Honor.  This falls

3    beyond the scope of what Agent Eller testified to.

4              THE COURT:  It is beyond the scope.

5              MR. FISCHER:  I'll move along, your Honor.

6    BY MR. FISCHER:

7    Q.  And you also asked the individuals you interview as to

8    whether they have any knowledge as to whether the Oath

9    Keepers had a specific plan to stop the election or the

10   Electoral College certification process on January 6th.

11   Right?

12   A.  Again, it would depend who we're interviewing.  But that

13   could be a possible question.

14   Q.  Okay.  Well, as part of your interview with -- regarding

15   the Ohio militia, you also -- the name Thomas Caldwell came

16   on your radar.  Right?

17   A.  I'm sorry.  Could you ask the question again?

18   Q.  As part of your investigation into Jessica Watkins and

19   the Ohio Oath Keepers, the name Thomas Caldwell also came up

20   in your investigation.  Right?

21   A.  Correct.

22   Q.  Okay.  And one of the things that you were particularly

23   focused on early on in your investigation was whether

24   Mr. Caldwell was training military -- doing military-type

25   training on his property in the Shenandoah Valley.  Correct?

1  A.  I do not recall that.  If you're saying that was the

2  focus of the investigation?  I don't recall that.

3  Q.  I'm not saying the focus.  Certainly a significant

4  issue -- or an issue you were investigating early on, after

5  you got on this investigation, was whether Mr. Caldwell was

6  training -- doing military-type training on his property,

7  his farm, in the Shenandoah Valley in Virginia.  Right?

8  A.  I don't recall that.

9  Q.  Okay.  Sir, you are aware -- you've already testified, I

10  believe, about the Million MAGA March that occurred

11  November 14th of 2020.  Right?

12  A.  Correct.

13  Q.  And you certainly are aware that there is evidence or

14  testimony regarding Oath Keepers being on Mr. Caldwell's

15  farm prior to that event and after that event.  Right?

16  A.  I know prior.  I'm not clear on after.

17  Q.  Okay.

18  A.  Prior to November 14th, yes.

19  Q.  And in fact, sir, you do not have any evidence that

20  Mr. Caldwell was training up a tactical band of fighters or

21  doing any type of military training on his farm in Virginia.

22  Right?

23  A.  I do not recall the training on his farm in Virginia.

24  No.

25  Q.  Okay.  And, sir, you worked with other agents on this

1    case.  Right?

2    A.  Yes, sir.

3    Q.  And particularly one of the agents you worked with is

4    Special Agent Michael Palian.  Is that correct?

5    A.  That is one person I worked with.

6    Q.  Okay.  And, sir, another focus of your investigation

7    early on, you mentioned in your testimony, was regarding the

8    use of Zello by members of the Oath Keepers or their

9    affiliates.  Is that correct?

10   A.  Correct.

11   Q.  And in fact, sir, one of the questions you were asking

12   the interviewees that you talked with was whether they had

13   knowledge whether certain people were on Zello or not.

14   Correct?

15   A.  So again, I don't know which specific interview you're

16   talking about, but that would be also a topic of interest.

17   Q.  Well, in fact, sir, one of the very first pieces of

18   information you and your colleagues at the FBI received

19   regarding the Oath Keepers was a news article regarding

20   Zello.  Right?

21        MS. HUGHES:  Objection, your Honor.  Outside the

22   scope.  Not in evidence.

23        MR. FISCHER:  He testified about Zello, your

24   Honor, already.

25        THE COURT:  I'll allow it.

1          Go ahead.

2    BY MR. FISCHER:

3    Q.  Do you recall early on, sir, that one of the first

4    pieces of information you and your colleagues at the FBI

5    received regarding January 6th was a newspaper article that

6    dealt with the use of Zello, or alleged use of Zello, by

7    members of the Oath Keepers?

8    A.  I know what you're referring to.  But I wouldn't agree

9    that that's one of the first pieces of evidence or one of

10   the first pieces at all.

11   Q.  Okay.  Well, sir, I'm not trying to split hairs here.

12   You investigated the use of Zello by members of the Oath

13   Keepers.  Is that right?

14   A.  Correct.

15   Q.  Okay.  And in fact, sir, you -- you obtained some audio

16   recordings that purport to be Zello recordings regarding

17   January 6th.  Right?

18   A.  That's correct.

19   Q.  And in fact, you and your team tried to identify people

20   who were on those Zello recordings.  Correct?

21   A.  The team did.  Yes.

22   Q.  Yes.  Well, certainly, you're privy to the information

23   the team has.  Right?

24   A.  I am.  Yes.

25   Q.  Okay.  And in fact, sir, there was a belief among you

 1    and your team that Mr. Caldwell was on Zello giving out

 2    orders on January 6th.  Do you remember that?

 3                MS. HUGHES:  Objection, your Honor.  Outside the

 4    scope.

 5                THE COURT:  Sustained.

 6                We are getting past the scope of direct

 7    examination, Mr. Fischer.

 8                MR. FISCHER:  The Court's indulgence.

 9    BY MR. FISCHER:

10    Q.  Sir, you spoke about Donovan Crowl before.  He's a

11    person that was from Ohio.  Right?  Correct?

12    A.  He's an individual who was in the Ohio State Regular

13    Militia.

14    Q.  Yes.  Okay.

15                And Mr. Crowl was arrested around

16    January 17th/January 18th, maybe the early-morning hours of

17    the 18th, of 2021.  Right?

18    A.  Yes, sir.

19    Q.  And he was arrested right at the same time as Jessica

20    Watkins -- roughly the same time.  Is that right?

21    A.  Yes, sir.

22    Q.  Okay.  And, sir, I'm going to -- Mr. Crowl, you were

23    able -- you were able to do an investigation of --

24    A.  You said "Mr. Crowl."  Are you referring to me?

25    Q.  Yes.  You were able to do a background investigation of

1    potential witnesses regarding Mr. Crowl through your

2    investigation.  Correct?

3    A.  There's individuals that we deemed would be, you know,

4    of importance to talk to or of interest.

5    Q.  In other words, sir, you went out to talk to people and

6    asked them about Donovan Crowl.  Right?  Fair enough?

7    A.  I'm not going to say I did.  But people did.

8    Q.  Okay.  Well, certainly as part of the FBI investigation,

9    you or your agents went out and spoke to people and asked

10    them questions regarding Donovan Crowl.  Right?

11    A.  Yes.

12    Q.  He was one of the first three people arrested on major

13    charges in the January 6th investigation.  Correct?

14            MS. HUGHES:  Objection, your Honor.

15            THE COURT:  Could you just reformulate the

16    question?  I mean, he said when he was arrested.  So let's

17    move on.

18    BY MR. FISCHER:

19    Q.  Sir, I'm going to show you --

20            MR. FISCHER:  This is just for the witness, not

21    for the jury.

22            THE COURTROOM DEPUTY:  Okay.

23    BY MR. FISCHER:

24    Q.  Sir, I'm going to show you what is marked as

25    Exhibit 111, Caldwell Exhibit 111.

1    A.  I'm sorry.  Did you say Caldwell?

2    Q.  This is Caldwell Exhibit 111.  Can you take a look at

3    that and tell me if you recognize what that document is.

4    A.  This appears to be from Facebook.

5    Q.  Okay.  And at the top of the Facebook, it looks like the

6    author, or the person on Facebook who's -- there's a message

7    between two individuals.  One is Jolly Roger and one is

8    Donovan Crowl.  Correct?

9    A.  Correct.

10   Q.  Okay.  So it appears to be Facebook communications

11   between Jolly Roger, who is Jessica --

12          MS. HUGHES:  Objection, your Honor.  This is

13   hearsay.  It's not in the context of any of the statements

14   the Government has introduced.

15          MR. FISCHER:  State of mind, your Honor.

16          THE COURT:  I'll allow it.  I'll allow it.  Go

17   ahead.

18          MR. FISCHER:  Your Honor, at this time, I

19   introduce Exhibit -- Caldwell Exhibit 111.

20          And if we could publish --

21          THE COURT REPORTER:  I'm sorry.  I just need to

22   know if it's admitted.

23          THE COURT:  Caldwell 111 will be admitted.

24          (Whereupon, Defendant Caldwell's Exhibit No. 111

25   was entered into evidence.)

Eller - CROSS - By Mr. Fischer

1     BY MR. FISCHER:

2     Q.  And so, sir, at the top of the page here, you'll see the

3     word -- you'll see Jolly Roger, which is Jessica Watkins, I

4     believe you said earlier.  Correct?

5     A.  Correct.  Jolly Roger is Jessica Watkins.

6     Q.  Okay.  And it looks like there's a message sent on

7     November 11th, 2011, at 2:07 UTC time.  Correct?

8     A.  Yes, sir.

9     Q.  And it looks like, just below that, there's a message --

10    and I'm sorry.  That message says:  "Sinuses, mad headache."

11           And then right below that, it looks like there is

12    a message by Donovan Crowl sent just a little bit later, at

13    2:07:55 UTC time on November 11th, where Mr. Crowl says,

14    quote:  "All is well, Cap.  Sounds as if you have the

15    situation well in hand."

16           Correct?

17    A.  Correct.

18    Q.  Okay.  And then the next line is from Jessica Watkins

19    to -- and I'll go down here a little bit -- Jessica Watkins

20    to Donovan Crowl.

21    A.  Again, I don't know if this is just a message between

22    these two, unless there was context at the top.  You'd have

23    to go all the way to the top and it would show if it's a

24    group message or if this is a message between these two

25    individuals.

Eller - CROSS - By Mr. Fischer

 1    Q.  Fair enough, sir.

 2          So the next message I'm pointing to, right here,

 3    is on November 11th, 2020, 18:51 hours UTC time.  Could you

 4    please read that to the jury, please.

 5    A.  "Donovan, I need you to be on a conference call at 5:00.

 6    They need to vet you.  I need you sober.  That's mandatory

 7    to participate in D.C.  I understand and honestly agree.

 8    They're weeding out yahoos.  It's smart, honestly.  Wish

 9    they had vetted people before Louisville, honestly.  Be

10    ready to impress.  You're vetting with DOD, so you will be

11    talking with a great guy I trust.  See you then.  Roger."

12    Q.  And then below that --

13          THE COURT:  Mr. Fischer, can I ask this just to be

14    shut down?  I didn't realize there was more than one page.

15    So can I just see the rest of what you wish to admit?

16          MR. FISCHER:  Yes, your Honor.

17          THE COURT:  That's it?

18          MR. FISCHER:  Yes.  Yes, your Honor.

19          THE COURT:  That's fine.  Thank you.  I appreciate

20    it.

21          MR. FISCHER:  Okay.

22    BY MR. FISCHER:

23    Q.  So, sir, under that message, it appears just a little

24    while later that Mr. Crowl indicates, quote:  "Yes, ma'am.

25    You are aware I'm sober more hours of the day than not.

1    Every time you say that, it makes me giggle."

2              Correct?

3    A.  Yes.

4    Q.  All right, sir.  And you're aware Ms. Watkins owned a

5    bar in the -- in the area where Mr. Crowl lived.  Correct?

6    You're aware of that?

7    A.  She owned a bar in Woodstock, Ohio.

8    Q.  Okay.  And, sir, Mr. Crowl, he turned himself in at some

9    point around November 18th -- I'm sorry -- January 18th of

10   2021.  Right?

11   A.  The 17th into the 18th of 2021.

12   Q.  And isn't it true, when he turned himself in, he was

13   intoxicated?

14   A.  He appeared to be intoxicated.  There was no tests done

15   to confirm that.

16   Q.  Okay.  And, sir, regarding Mr. Crowl, I want to show

17   what is marked as Defense Exhibit 112.  In fact, sir, it

18   might be easier -- if I can --

19              MR. FISCHER:  Your Honor, may I approach and give

20   the witness a copy of the same thing?  It might be easier.

21              THE COURT:  Yes.

22              THE WITNESS:  Thank you.

23   BY MR. FISCHER:

24   Q.  Sir, if you could just take a look at that document for

25   a moment and see if you recognize that document or can

 1    identify it.

 2              THE COURT:  Does the Government know what he's

 3    looking at, Mr. Fischer?

 4              MR. FISCHER:  I gave them copies, your Honor.

 5              THE COURT:  Thank you.

 6              MS. HUGHES:  What exhibit number is this,

 7    Mr. Fischer?

 8              MR. FISCHER:  It's going to be 112.

 9              MS. HUGHES:  Is that this?

10              MR. FISCHER:  I apologize.  It's this one.

11              MS. HUGHES:  The Government would object to this

12    as outside the scope of the testimony and hearsay.

13              THE COURT:  Why don't we just let him take a look.

14    I haven't seen it, so...

15    BY MR. FISCHER:

16    Q.  Sir, do you recognize what this document is?

17    A.  It appears to be a message between Mike Metz and Donovan

18    Crowl on Facebook.

19    Q.  Okay.  A Facebook message.  Correct?

20    A.  Yes, sir.

21    Q.  And obviously, you secured Facebook messages -- you or

22    your team, as part of your investigation, secured Facebook

23    messages.  Correct?

24    A.  Yes, sir.

25    Q.  Okay.

1          MR. FISCHER:  Your Honor, if I could show the

2     Court.

3          THE COURT:  Yes.  Get on the phone.

4          (Whereupon, the following proceedings were had at

5     sidebar outside the presence of the jury:)

6          THE COURT:  Mr. Fischer, can I ask what the

7     relevance of the document is?

8          MR. FISCHER:  There's been testimony regarding

9     Donovan Crowl, his arrest, his connection with Watkins.  And

10    what this document shows -- there has also been a picture of

11    Ms. Watkins on January 6th that's been put in.  And what

12    this document shows is state of mind of Mr. Crowl on

13    January 6th.

14         MS. HUGHES:  Your Honor, I fail to see how this is

15    actually relevant to that.  In fact, this is on January 5th

16    through January 6th.  So this is farther than any of the

17    testimony we've covered regarding Mr. Crowl.

18         THE COURT:  I guess I have to see it again.  I'm

19    not quite sure what it's relating to.

20         MR. FISCHER:  Can I just hand it up to you?

21         THE COURT:  Please.

22         (Mr. Fischer tenders document to the Court.)

23         THE COURT:  Thank you.

24         So all we've really gotten is communications

25    between Ms. Watkins and Mr. Crowl back in November, I think.

1    And now you're trying to introduce something sort of on

2    January 5th, maybe into the early-morning hours of the 6th.

3    And I'm just not understanding the linkage between what was

4    coming out on direct relating to Mr. Crowl and what you're

5    proposing to do here with this document.

6         MS. HUGHES:  Your Honor, the Government also is

7    unclear what Donovan Crowl's statement has to do in terms of

8    relevance to sort of the testimony here.

9         MR. FISCHER:  Well, your Honor, I'd say that they

10   brought in several messages between Crowl and Caldwell.  The

11   implication is that those show some type of connection

12   coming up to January 6th.  When they have an exhibit that

13   says Mr. Caldwell said something about there's going to be a

14   big op coming up, they're clearly trying to imply that Crowl

15   and Caldwell are planning something for January 6th.

16        And I think it's perfectly fair game to show that

17   Mr. Crowl's state of mind was not to attack the Capitol, but

18   instead to take a nap on the afternoon of January 6th, which

19   at the bottom of the big paragraph indicates he was going to

20   rest up after the White House.

21        MS. HUGHES:  I'm sorry, your Honor.  I'm not

22   seeing that message.

23        THE COURT:  It just says at the bottom here that

24   "We're doing the White House in the a.m. and early

25   afternoon, rest up at the hotel, then headed back out

1    tomorrow night 'tifa hunting.  We expect good huntin'."

2              MS. HUGHES:  I'm still not sure what this has to

3    do with Mr. Crowl's comments to this individual, Mr. Metz,

4    how that's relevant.

5              MR. FISCHER:  I'm not sure, your Honor, why the

6    Government is putting it in, then, because the only reason

7    they're putting the Crowl and Caldwell in there is this has

8    something to do with January 6th.

9              THE COURT:  Well, of course that's why we are

10   here.

11             All right.  I'm going to -- I'll let it in.  I

12   think it's a little -- there was a text message or a

13   communication between them on Facebook back on December the

14   4th between Mr. Caldwell and Mr. Crowl in which Mr. Caldwell

15   is talking about much larger ops, et cetera, et cetera.  And

16   so I guess this is arguably relevant to establishing that

17   there was no such larger op, at least as of the eve of

18   January 6th.  So I'll let it in.

19             But let's keep moving here so we can get this guy

20   done and get done for the day.

21             MR. FISCHER:  Understood.

22             (Whereupon, the following proceedings were had in

23   open court:)

24   BY MR. FISCHER:

25   Q.  So, Agent Eller, you do have a copy of Exhibit 112 in

Eller - CROSS - By Mr. Fischer

1    front of you.  Is that correct?

2    A.  Yes, sir.

3    Q.  Okay.  And this is a Facebook message, it appears,

4    between a guy named Mike Metz and Donovan Crowl.  Correct?

5    A.  Yes, sir.

6    Q.  Okay.  And I'm going to direct your attention towards

7    the bottom where I have the fuchsia-colored sticky down

8    there.  It appears to be a message that's -- well, first of

9    all, right above that message, it says "Mike Metz."  And it

10   looks like Mr. Metz on January 6th at 3:02 UTC time sends a

11   message to Crowl where he says, quote:  "One more thing.

12   Keep eyes on people with red MAGA hats worn backwards.  Saw

13   a report that they were going to infiltrate crowd tomorrow."

14           Do you see that, sir?

15   A.  I do.  Yes.

16   Q.  Okay.  And then underneath that is a reply, it appears,

17   from Donovan Crowl on January 6th at 3:08 UTC time which, by

18   the way, that would be minus five, so it's actually January

19   5th, 10:16 p.m. Eastern Standard Time.  You would agree with

20   that?

21   A.  Yes, sir.

22   Q.  Okay.  Could you read that quote out where it says:

23   "Thanks, brother"?

24   A.  "Thanks, brother, but we are way ahead on that.  We have

25   infiltrators in their ranks.  We are doing the WH in the

Eller - CROSS - By Mr. Fischer

1    a.m. and early afternoon.  Rest up at hotel.  Then headed

2    back out tomorrow night 'tifa hunting.  We expect good

3    hunting."

4    Q.  All right.  Now, sir, you are certainly aware that on

5    January 6th there was an event planned at the White House,

6    or the Ellipse, in the morning of January 6th where

7    President Trump was going to speak.  Is that right?

8    A.  Correct.

9    Q.  Okay.  And you're aware that the events that -- the

10   unfortunate events that happened at the Capitol on

11   January 6th happened in the early afternoon of January 6th.

12   Correct?

13   A.  Correct.

14   Q.  It appears from this, sir, wouldn't you agree, that

15   Mr. Crowl, instead of having a plan to attack the Capitol,

16   had a plan to, quote, "rest up at the hotel," unquote?

17   A.  I'm not sure that's in relation to that.

18   Q.  Well --

19   A.  I don't know what order that is.

20           THE COURT:  Mr. Fischer, just ask him what it says

21   and --

22           MR. FISCHER:  Understood, your Honor.  Fair

23   enough.

24   BY MR. FISCHER:

25   Q.  All right.  Sir, and you did not -- I'm going to find

 1    one more exhibit.

 2              MR. FISCHER:  The Court's indulgence.

 3    BY MR. FISCHER:

 4    Q.  Well, first of all, we had also referenced earlier --

 5              MR. FISCHER:  And I move in Exhibit 112 at this

 6    time.  Caldwell Exhibit 112.

 7              THE COURT:  It will be admitted.

 8              (Whereupon, Defendant Caldwell's Exhibit No. 112

 9    was entered into evidence.)

10              MR. FISCHER:  Just really quickly -- your Honor,

11    this is by stipulation.

12    BY MR. FISCHER:

13    Q.  Sir, there was a tweet by President Trump.  This is

14    Caldwell Exhibit No. 86.  Are you aware of that tweet that

15    was sent out on December 19th?

16    A.  I'm not aware of that tweet.

17              MR. FISCHER:  Your Honor, by stipulation, I'd move

18    in at this time Caldwell Exhibit No. 86.

19              THE COURT:  Caldwell 86 will be admitted.

20              (Whereupon, Defendant Caldwell's Exhibit No. 86

21    was entered into evidence.)

22              MS. HUGHES:  And, your Honor, also at this time,

23    I'm going to move in Caldwell Exhibit 111, which is a

24    stipulation between the parties.  May I read the stipulation

25    to the jury, your Honor?

```
1                    THE COURT:  Sure.  I have 111 in already.  Right?
2                    MR. FISCHER:  I apologize.  This is actually --
3          this is going to be 113.  Caldwell 113.
4                    THE COURT:  Okay.
5                    MR. FISCHER:  May I publish it, your Honor?
6                    THE COURT:  You may.  Sure.
7                    MR. FISCHER:  Ladies and gentlemen of the jury,
8          there's a stipulation that's been reached between the
9          parties that the Government and all Defendants hereby agree
10         and stipulate as follows:  Number one, the United States
11         Congress was not in session on November 14th of 2020.
12                   And number two, the United States Congress was not
13         in session on December 12th, 2020.
14                   Move in 113 also, your Honor.
15                   THE COURT:  It will be admitted.
16                   (Whereupon, Defendant Caldwell's Exhibit No. 113
17         was entered into evidence.)
18         BY MR. FISCHER:
19         Q.  Sir, to your knowledge, Mr. Caldwell was not on a Signal
20         chat titled North Carolina county leaders.  Is that correct?
21         A.  I do not know if he was on that chat.
22         Q.  He wasn't on a Signal chat called D.C. Signal op chat
23         leadership chat, was he?
24         A.  I don't know, sir.  I'm sorry.
25         Q.  He was not on an old leadership chat of Signal.  Is that
```

1    correct?

2    A.  I do not know, sir.

3    Q.  And he was not a part of a members-only November 9th

4    GoToMeeting -- November 9th, 2020 GoToMeeting, was he?

5    A.  I do not know if he was in that meeting or not.

6    Q.  Sir, you would agree Antifa certainly has nothing to do

7    with the Electoral College vote.  Is that correct?  That's

8    the members of Congress that do that.  Is that fair to say?

9    A.  Is Antifa related to them?  Or have --

10   Q.  I'm asking:  You would certainly agree it's members of

11   Congress that conduct the Electoral College certification,

12   not Antifa.  Correct?

13   A.  That's correct.

14   Q.  Okay.

15            MR. FISCHER:  Your Honor, I have no further

16   questions of this witness.

17            THE COURT:  Thank you, Mr. Fischer.

18            MR. FISCHER:  Thank you, sir.

19            THE WITNESS:  Thank you, sir.

20            THE COURT:  Ms. Hughes, any redirect?

21                    REDIRECT EXAMINATION

22   BY MS. HUGHES:

23   Q.  Good afternoon, Mr. Eller -- Special Agent Eller.

24   A.  Good afternoon.

25   Q.  Just a few more questions.

1   A.  Yes, ma'am.

2   Q.  You were asked by Mr. Crisp regarding several

3   interactions first between Ms. Watkins and Recruit Leah.

4         Are the text messages you testified about today

5   the only messages that were exchanged between Recruit Leah

6   and Ms. Watkins?

7   A.  I am not sure.

8   Q.  Were there other messages between these individuals

9   other than --

10  A.  Other text messages?

11  Q.  -- ones that were put on the slide?

12  A.  Yes.

13        MS. HUGHES:  Could we please put up for the jury

14  what has already been admitted into evidence 192.T.286.

15  BY MS. HUGHES:

16  Q.  Now, Mr. Crisp asked you questions implying that the

17  training was in regards to Black Lives Matter and tying it

18  to an article about Black Lives Matter.

19        Do you recall those questions?

20  A.  I do.

21  Q.  And this message that was on November 9th from Jessica

22  Watkins to Recruit Leah, what does Ms. Watkins in her own

23  words say that she needed Recruit Leah in fighting fit shape

24  by?

25  A.  By inauguration.

1    Q.  And, Mr. Eller, do you recall what else happened on

2    November 9th?

3    A.  On November what?  I'm sorry.

4    Q.  On November 9th, 2020.  Do you recall whether there was

5    a GoToMeeting?

6           MR. CRISP:  Your Honor, I have an objection.  This

7    is not what was part of his direct examination.  This is a

8    separate text message.  And so I'm going to renew my

9    objection on one of the earlier exhibits the Government

10   objected to because -- I would then renew my objection and

11   be able to get into my issues on the 15th because this

12   wasn't elicited through his testimony on the 9th.

13          THE COURT:  Let's discuss this.

14          (Whereupon, the following proceedings were had at

15   sidebar outside the presence of the jury:)

16          MS. HUGHES:  Mr. Crisp's question --

17          THE COURT:  Hang on.  Look, I don't remember

18   whether it was Mr. Crisp or someone else, but there

19   certainly was the -- there was questioning, I think from

20   Mr. Bright, about the overlap between the training from

21   January 3rd through the 9th and the events of January 6th.

22          So this text message which says, from Ms. Watkins

23   to Recruit Leah, "If you want to do that, then basic

24   training is mandatory.  Take the time off work in advance,

25   January 3rd through the 9th.  I need you in fighting fit

Eller - REDIRECT - By Ms. Hughes

 1    shape by inauguration" -- so it rebuts the idea that there
 2    is some inconsistency between having a training from
 3    January 3rd through the 9th and the events of January 6th.
 4    So it will be admitted.
 5            MR. CRISP:  The issue I have, though, is this is
 6    out of context for the conversations with Leah, however,
 7    because Leah -- they did have discussions that had nothing
 8    to do with the inauguration two days earlier, but had to do
 9    with what I was talking about with recruiting for --
10            THE COURT:  Look, I don't know whether it's in
11    context or not.  The bigger issue here is it is in direct
12    response to Mr. Bright's cross-examination about the overlap
13    of the dates and provides an explanation for why, even
14    though January 6th -- although this was as of November the
15    9th -- why training could have been scheduled from
16    January 3rd through the 9th and still conflicted with the
17    6th and yet still been consistent with the overall alleged
18    conspiracy.
19            MS. HUGHES:  Thank you, your Honor.
20            (Whereupon, the following proceedings were had in
21    open court:)
22    BY MS. HUGHES:
23    Q.  Special Agent Eller, this message that was sent on
24    November 9th, was there a GoToMeeting that took place this
25    date?

1    A.  Yes, there was.

2    Q.  And who was on this meeting that was on the board?  Who

3    of these Defendants was on this meeting that you recall?

4    A.  It was -- Stewart Rhodes and Jessica Watkins were two of

5    the individuals.

6    Q.  And was this the only time that Ms. Watkins tied the

7    need to train for fighting with the inauguration?

8    A.  I don't recall other times.  There could have been other

9    times.

10            MS. HUGHES:  Could we please bring up what is

11   already in evidence 129.T.393.

12   BY MS. HUGHES:

13   Q.  Is this another message from Jessica Watkins?

14   A.  Yes.  This is a text message from Jessica Watkins.

15   Q.  Is this also on November 9th?

16   A.  Correct.

17   Q.  Is this to an individual named Whip?

18   A.  Yes.

19   Q.  Who is Whip?

20   A.  It's Michael Greene, or Michael Simmons.

21   Q.  Can you read this message?

22   A.  "Hey, sir.  We have a basic training class (mandatory

23   for Ohio Regulars) for Jan 3rd through 9th.  If you have any

24   guys who don't have formal training that you want to send,

25   feel free to give them my info.  It's a full basic training

1    shoved into a week.  It will be tough.  Grueling, even."

2            MS. HUGHES:  Could we please go to the next page,

3    please.

4            THE WITNESS:  "I want my guys on the same page

5    before inauguration.  If you'd like to involve any of your

6    men, the offer is on the table.  There's a packing list I

7    will distribute before end of week.  Thank you, sir.  You're

8    a rock amongst sand."

9            MS. HUGHES:  Thank you, Ms. Rohde.  You can take

10   that down.

11   BY MS. HUGHES:

12   Q.  And, Mr. Eller, you were also asked a series of

13   questions regarding the relationship between specifically

14   Mr. Rhodes and the North Carolina contingent of the Oath

15   Keepers.

16            Do you recall those messages [sic]?

17   A.  Which?  The messages between Rhodes and --

18   Q.  Oh, sorry.  That's a fair question.

19            Do you remember the questions that were asked to

20   you --

21   A.  Yes.

22   Q.  -- by defense counsel about this -- about this

23   disagreement, as they characterized it, between Mr. Rhodes

24   and the North Carolina contingent?

25   A.  I do, ma'am.

1          MS. HUGHES:  Could we please bring up Government's

2     Exhibit 6825.3.

3     BY MS. HUGHES:

4     Q.  Could you read, Mr. Eller -- Special Agent Eller, could

5     you please read -- first of all, who is this message

6     between?

7     A.  This is between Thomas Caldwell and Donovan Crowl.

8     Q.  And could you read from here, Special Agent Eller, to

9     this part of the message, please?

10    A.  Yes, ma'am.  "I have been talking with the N. Carolina

11    boys and they were, as of today, adamant they would not roll

12    on an op with Stewie again."

13    Q.  What is the date of this message?

14    A.  This is December 4th, 2020.

15          MS. HUGHES:  Could we please bring up what is

16    already in evidence as Government's Exhibit 1005.  And,

17    Ms. Rohde, if we can move to the second page of this

18    message.

19    BY MS. HUGHES:

20    Q.  Special Agent Eller, this open letter to President Trump

21    from Stewart Rhodes --

22          MS. HUGHES:  Could we please zoom in on the date

23    of this message, Ms. Rohde.

24    BY MS. HUGHES:

25    Q.  What is the date of this open letter?

1    A.  December 14th, 2020.

2          MS. HUGHES:  And if we could go to Government's

3    Exhibit 1008, which is already in evidence.  And we can go

4    to Page 8 of this exhibit.  Apologies.  I'm sorry.  Move up,

5    Ms. Rohde.  I must have marked the wrong page number.  If

6    you could just move to the top of this article.

7          One page up, please.  And if you could just zoom

8    in on the date, which I believe is actually the second page.

9    Perfect.  Thank you, Ms. Rohde.

10   BY MS. HUGHES:

11   Q.  What is the date of this open letter?

12   A.  "Today, December 23rd."

13         MS. HUGHES:  And if we could bring up -- and the

14   Government -- we can bring this up just for defense counsel

15   and the witness, please -- 1.S.672.298.

16         Your Honor, this message will be -- the

17   authenticity of this message will be established by a

18   subsequent witness, but the Government seeks to

19   conditionally admit it for purposes of discussing with

20   Special Agent Eller.  The extraction he cannot speak to, but

21   the body of these messages he is familiar with.

22         THE COURT:  Is there any objection to this --

23         Are you introducing this at this time?

24         MR. WOODWARD:  The Court's indulgence, your Honor.

25         (Counsel confer privately.)

1          MR. WOODWARD:  I don't think we've seen this

2    message, your Honor.

3          MS. HUGHES:  It is on the Government's exhibit

4    list and it's been provided both as an exhibit and in

5    discovery.  It is just this page I intend to show at this

6    time, though.

7          THE COURT:  Mr. Woodward?

8          MR. WOODWARD:  Your Honor, we do object, given

9    that it's out of context and our inability to examine the

10   witness.  We don't want to go tit for tat on this.

11         THE COURT:  It's redirect.  That's kind of what

12   happens.

13         This will be admitted.  1.S.672.298 will be

14   admitted.  It's proper rebuttal for the cross-examination.

15         (Whereupon, Government's Exhibit No. 1.S.672.298

16   was entered into evidence.)

17         MS. HUGHES:  If we could please publish this

18   message.  Thank you.

19   BY MS. HUGHES:

20   Q.  What is the date of this message?

21   A.  December 23rd, 2020.

22   Q.  Who is this message from?

23   A.  This is from Ranger Smith.

24   Q.  Is he one of the North Carolina individuals who's

25   associated with the Oath Keepers?

1    A.  Yes.  This is Doug Smith, the North --

2    Q.  What is -- sorry.

3    A.  -- Carolina lead.

4    Q.  Sorry.  What does Doug Smith write to Stewart Rhodes on

5    December 23rd?

6    A.  "Hey, Stewart.  I just read your second part of the

7    letter to President Trump.  Bravo, bravo, bravo.  This is

8    the very best presentation of the truth that has ever been

9    penned.  You and Kelly have literally laid out what could

10   become the most influential writing the United States has

11   seen since its founding men inspired by God."

12          MS. HUGHES:  Could we also put up now what has

13   been admitted into evidence 1.S.159.225.

14   BY MS. HUGHES:

15   Q.  And on December 31st, what does Stewart Rhodes write the

16   DC Op Jan 6th group on Signal?

17   A.  "Added some of the NC leaders and experienced prior op

18   veterans from NC."

19   Q.  And, Special Agent Eller, is it your understanding that

20   Mr. Stamey traveled to D.C., the D.C. area, prior to

21   January 6th?

22   A.  Yes, ma'am.

23   Q.  And is it your understanding that Doug Smith traveled to

24   the D.C. area prior to January 6th?

25   A.  Yes, ma'am.

1    Q.  Okay.  Moving on to some of the questions that were

2    asked of you by Mr. -- by Mr. Caldwell's counsel --

3              MS. HUGHES:  Could we please bring up Defense

4    Exhibit 111.

5              And I may have to ask you for your exhibit.

6    BY MS. HUGHES:

7    Q.  You were asked a series of questions about this exchange

8    between Ms. Watkins and Donovan Crowl.

9              Based on the investigation, when Ms. Watkins at

10   18:51 UTC writes, "They're weeding out yahoos.  It's smart,

11   honestly.  Wish they vetted people before Louisville.  Be

12   ready to impress," who is your understanding about who she's

13   asking Donovan to be ready to impress?

14   A.  This would have been a vetting process for the Oath

15   Keepers.

16   Q.  Special Agent Eller, I want to ask you about one final

17   exhibit.

18              MS. HUGHES:  Could we bring up Government's

19   Exhibit 200.V.1.  We can go to about ten seconds in this

20   exhibit, Ms. Rohde.  It's a video.

21              If we could have sound, please.

22              THE COURTROOM DEPUTY:  Has this been admitted?

23              MS. HUGHES:  This has been admitted.

24              THE COURT:  It has?  I don't think it has.

25              MS. HUGHES:  My apologies.  Could we please

1    conditionally admit -- we could admit this.

2    BY MS. HUGHES:

3    Q.  Special Agent Eller, have you reviewed --

4                MS. HUGHES:  My apologies.  If we could just show

5    this to the witness.

6    BY MS. HUGHES:

7    Q.  Have you reviewed video footage of Ms. Watkins and

8    Mr. Crowl on January 6th?

9    A.  Yes.

10   Q.  Have you reviewed video footage of Ms. Watkins and

11   Mr. Crowl inside the Capitol on January 6th?

12   A.  Yes, ma'am.

13               MS. HUGHES:  The Government would seek to admit

14   and publish -- my apologies -- Government's Exhibit 200.V.1.

15               MR. WOODWARD:  Objection.  Lack of foundation.

16   BY MS. HUGHES:

17   Q.  And have you had a chance to view the video footage of

18   Mr. Crowl inside the Capitol that he filmed of himself?

19   A.  Yes, ma'am.

20               MS. HUGHES:  And if you want to play this video,

21   we can.  Do you want to play a snippet for Special Agent

22   Eller?

23               THE COURT:  Hang on.

24   BY MS. HUGHES:

25   Q.  Do you recognize this video?

1    A.  Yes, ma'am.

2            MS. HUGHES:  The Government seeks to admit and

3    publish Government's Exhibit 200.V.1.

4            MS. HALLER:  We've been limited in addressing

5    January 6th questions.  This is redirect.  We're opening up

6    a whole new line of questioning.

7            THE COURT:  It's overruled.  There was questioning

8    asked about what was being worn on the various dates.  This,

9    I assume, is in response to that.

10            200.V.1 will be admitted.

11            (Whereupon, Government's Exhibit No. 200.V.1 was

12    entered into evidence.)

13            MS. HUGHES:  Please play about ten seconds,

14    Ms. Rohde.

15            (Whereupon, segments of Government's Exhibit

16    No. 200.V.1 were published in open court.)

17            MS. HUGHES:  Can we just pause right there.

18    BY MS. HUGHES:

19    Q.  Who is it that we are seeing on the screen right now?

20    A.  This is Donovan Crowl and Jessica Watkins.

21    Q.  And is Donovan Crowl the one that said:  "Over in the

22    Capitol"?

23    A.  Correct.

24            MS. HUGHES:  Can we go back five seconds, please.

25            (Whereupon, segments of Government's Exhibit

Eller - REDIRECT - By Ms. Hughes

```
 1    No. 200.V.1 were published in open court.)

 2              MS. HUGHES:  We can pause there.

 3    BY MS. HUGHES:

 4    Q.  Who is that with Mr. Crowl?

 5    A.  It was Jessica Watkins.

 6    Q.  So was Mr. Crowl, in fact, sleeping on January 6th, in

 7    the afternoon?

 8    A.  No, he was not.

 9    Q.  Where was he?

10    A.  He was inside the Rotunda in the U.S. Capitol.

11              MS. HUGHES:  No further questions.

12              THE COURT:  Okay.

13              MR. WOODWARD:  I would like time to be heard on

14    that last text message.  We can do it at the end of the day,

15    though.

16              THE COURT:  Okay.  Special Agent Eller, thank you.

17    You may step down.

18              THE WITNESS:  Thank you, sir.

19              THE COURT:  Thank you.

20              (Witness excused.)

21              THE COURT:  Ladies and gentlemen, we have come to

22    the end of the day.  Thank you again for your time and your

23    attention today.  We look forward to seeing you tomorrow.

24    We will get started as close to 9:30 as we can.  Thank you,

25    everyone.  Have a good evening.
```

1          (Whereupon, the jury exited the courtroom at 4:41

2     p.m. and the following proceedings were had:)

3          THE COURT:  Have a seat, everybody.

4          Mr. Woodward, what's the issue?

5          MR. WOODWARD:  Your Honor, I've just looked and I

6     don't see that particular message either in the group of

7     800-and-some that the Court knows I've --

8          THE COURT:  Which message are you referring to?

9          MR. WOODWARD:  Could I ask the Government for

10    assistance in showing the Court the message that Ms. Hughes

11    just admitted on redirect?

12          1.S.672.298.

13          MS. HUGHES:  Your Honor, may I clarify?

14          My apologies.  I said before that it was on an

15    exhibit list in discovery.  It was in discovery; it wasn't

16    on our exhibit list.  So my apologies for not clarifying

17    that point.

18          THE COURT:  Okay.

19          MR. WOODWARD:  The point is that it references

20    Kelly.  We don't believe that to be Kelly Meggs.  We believe

21    that is Kellye SoRelle.  And so we'd like the opportunity to

22    clarify that with the agent and ask that he not be excused.

23    This is not the first time that Kelly Meggs and Kellye

24    SoRelle have been mixed up by the Government.

25          In the transcript of the November 9th GoToMeeting

1    call -- there are several versions of that transcript, the

2    first two of which also reference Kelly Meggs when, in fact,

3    there is a woman speaking, and the Government does not

4    dispute that it is Kellye SoRelle.

5            THE COURT:  Well, this has nothing to do with

6    Mr. Meggs.  I mean, if you want Ms. Hughes to get back up

7    and ask one more question to clarify that this is not a

8    reference to Kelly Meggs, then --

9            MR. WOODWARD:  I'm happy to have Ms. Hughes do it.

10   I don't need to be the one who does it, but I --

11           THE COURT:  Okay.  That's fine.  This is a clear

12   reference to the letter and not anything on a GoToMeeting.

13   And it's pretty clear that Kelly Meggs was not on the open

14   letter; it was Kellye SoRelle.

15           MS. HUGHES:  Your Honor, the Government would

16   stipulate that this is not Kelly Meggs.

17           THE COURT:  Well, why don't we just have -- we'll

18   have Agent Eller retake the stand -- is he available

19   tomorrow?

20           SPECIAL AGENT ELLER:  I'll be here.

21           THE COURT:  Okay.  I mean, I didn't know if you

22   were heading back to Cincinnati or not.

23           SPECIAL AGENT ELLER:  Oh, I'll be here.

24           THE COURT:  We'll just have him retake the stand

25   and then you can ask him that clarifying question and --

```
 1              MS. HUGHES:  I'm happy to, your Honor.

 2              MR. WOODWARD:  Thank you.  Nothing further from

 3    us.

 4              THE COURT:  Okay.  All right.  Let me just ask,

 5    are we -- in terms of -- it would be nice if there was a way

 6    in which the sort of rule-of-completeness issues could get

 7    resolved at the start of the day.  I know some of that may

 8    be unavoidable, but if there's any way for the Government to

 9    sort of indicate what exhibits it's planning to introduce,

10    the range of exhibits, the following day, particularly

11    through an agent so that the defense can be ready to

12    identify what they're intending for --

13              MR. NESTLER:  Yes, your Honor.  We've been doing

14    that.

15              THE COURT:  Oh, okay.

16              MR. NESTLER:  We just haven't always heard back

17    from defense counsel prior to the conclusion of direct about

18    what they intend to do on cross.

19              THE COURT:  I'm sorry.  Say that again,

20    Mr. Nestler.

21              MR. NESTLER:  We just have not always heard back

22    from all of the defense counsel on what they intend to do or

23    attempt to do on cross.

24              THE COURT:  Okay.  Look, you know, this is not

25    criticism.  I would like to avoid the 10 to 15 minutes we're
```

1    taking to deal with this.  I understand it is potentially

2    unavoidable, but if we can deal with it in the morning or

3    on, you know, breaks to get more evidence in, all the

4    better.

5         So I'll just, you know, ask you all to try and

6    strive to be able to allow me to make these rulings and

7    avoid having to take time out of evidence to do so.

8         Mr. Linder?

9         MR. LINDER:  I was just going to follow up on

10   that, your Honor.  The Government has been giving us their

11   stuff early, but as you know, once we get them, we've got to

12   then go through it and figure out what we want to use and

13   then put them in an admissible format.

14        THE COURT:  I get it.  I want to be -- I'm going

15   to be flexible.  I have been flexible.  I understand the

16   fluid nature of cross-examination.  I'm just making a

17   request to try and minimize, you know, the time we're taking

18   away from the jury and the presentation of evidence.  That's

19   all.  Okay?

20        MR. LINDER:  Understood.

21        THE COURT:  All right.  Anything else we need to

22   take up before we adjourn for the day?

23        Just let -- yes, Mr. Nestler.

24        MR. NESTLER:  Just on timing, for the defense

25   counsels' attorney-client privilege issues, I know your

1    Honor wanted an answer today.  I know they need some more

2    time.  We do want to get a resolution on that, and we'd like

3    to have a firm deadline, if we could.

4            THE COURT:  Mr. Linder?

5            MR. LINDER:  I've got to write a brief tonight,

6    your Honor.  I plan on going through those records tonight.

7            THE COURT:  Okay.  I mean, look, you can write

8    something.  You don't have to write something.  I mean,

9    really, unless there's case law that you think is useful,

10   you can always just bring it to J.C.'s attention.  I'll read

11   the cases.

12           Look, the bottom line is, you know, what is the

13   factual proffer going to be from the defense to, one,

14   suggest that there is at least, as of pre-January 6th, some

15   attorney-client relationship between Ms. SoRelle and the

16   Oath Keepers or Ms. SoRelle and any individual Oath Keepers?

17   That's foundational question one.

18           And then, importantly, even if there is one --

19   well, even if there is one, whether the particular message

20   was, in fact, part of that relationship is an open question

21   even if you can establish an attorney-client relationship.

22   So, I mean, I don't need briefing on those things.

23           MR. LINDER:  It won't be long.  I don't have time

24   to write a long brief.  But I do believe we can establish

25   factually that there was an attorney-client relationship

1    between Ms. SoRelle and at least Stewart Rhodes and the Oath

2    Keepers.  I don't know about the other members.  I believe

3    we can establish that.

4            The individual messages is going to be the

5    problem.  There's some that may be and some that may not be.

6    So that's the hard part.

7            THE COURT:  I mean -- well, let's see where things

8    are.  Can we -- today is Tuesday.

9            Mr. Nestler, is Thursday okay?

10           MR. EDWARDS:  Thursday morning is fine, your

11   Honor.  Mr. Nestler is laughing because I think the message

12   itself could be resolved right now.

13           THE COURT:  No.  I know you think that.  And I

14   want to -- my ultimate goal here is to -- if it turns out

15   that that is not a message in furtherance of an

16   attorney-client -- I shouldn't say in furtherance -- as part

17   of an -- if it's not an attorney-client communication -- I

18   want to give Mr. Linder an opportunity to talk about

19   whatever messages may either precede or, you know, come

20   after that so that I can make a firm ruling.  And it's not

21   appropriate for me to just make it in a vacuum.  Mr. Linder

22   has indicated he needs to review the surrounding messages

23   which he only got last night.

24           So if we can, you know, set down Thursday morning

25   for at least that one document, that would be helpful.

1            Mr. Linder?

2            Mr. Woodward.

3            MR. WOODWARD:  I was invoking the Government's ire

4       on my standing on this.

5            The communications that were provided over the

6       weekend are communications that the filter team withheld

7       from Mr. Rhodes's phones only.  And so Mr. Rhodes's counsel

8       does not yet have communications from Ms. SoRelle's phone.

9       And unless and until we have those communications, we cannot

10      be sure that we have constructed the complete picture of

11      what that chat was.

12           MR. EDWARDS:  That's not correct, your Honor.

13      Just to clarify the record, Mr. Rhodes's counsel has the

14      messages that were filtered out of SoRelle's phone.  I

15      believe that was October 6th, so it was a couple of days

16      ago.

17           And I just -- you know, I know your Honor is

18      tracking this.  I just want to reiterate the messages that

19      Mr. Linder got yesterday he had previously, but this was

20      kind of an added benefit for us to just offer, you know, the

21      selected highlighted messages --

22           THE COURT:  Right.

23           MR. EDWARDS:  -- from that large phone.

24           THE COURT:  Look, I mean, you all need to do what

25      you need to do.  I'd like to be able to resolve this

1    Thursday morning before we get started.  And I think giving

2    you the evening and all day tomorrow and tomorrow evening

3    ought to give you the time to review what you need to

4    review.  You've got a large defense team that can take a

5    look and see what messages come before and after that might

6    suggest this is part of an attorney-client communication.

7              So -- you know, maybe I don't even need to reach

8    the issue of whether there's, in fact, an attorney-client

9    relationship if the message is clearly not part of that

10   communication -- I mean, is not an attorney-client

11   communication even if there was a relationship.

12             MR. LINDER:  Understood.

13             THE COURT:  I mean, I don't know what you've read.

14   I don't know what the Government's view is on this.  But I

15   do know Mr. Rhodes -- I've read that Mr. Rhodes and

16   Ms. SoRelle may have had more than a professional

17   relationship.  I don't know whether the Government's

18   position is whether some of these communications are a part

19   of that relationship or something more professional.  And

20   so --

21             MR. LINDER:  There are communications that we

22   would say are privileged and communications we would

23   probably acknowledge are not.

24             THE COURT:  Okay.  Well, the goal is to figure out

25   which -- you know, what bucket they fall into.

1              We'll see everybody tomorrow morning.

2              Thank you.

3              MR. EDWARDS:  Thank you, your Honor.

4              (Proceedings concluded.)

5       8

1                              **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 11th day of October, 2022.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'**

**'21** [3] - 2481:17, 2482:5, 2552:19
**'tifa** [2] - 2572:1, 2574:2

**/**

**/s** [1] - 2600:12

**0**

**08077** [1] - 2460:10

**1**

**1** [6] - 2485:1, 2485:2, 2488:23, 2516:10, 2539:16, 2539:17
  **1.S.159.225** [1] - 2586:13
  **1.S.159.668** [1] - 2531:5
  **1.S.672.298** [5] - 2461:16, 2584:15, 2585:13, 2585:15, 2591:12
**10** [5] - 2474:6, 2474:7, 2492:6, 2492:7, 2593:25
  **1005** [1] - 2583:16
  **1008** [1] - 2584:3
  **102** [1] - 2497:9
  **106** [8] - 2515:20, 2516:2, 2516:16, 2519:6, 2520:6, 2521:20, 2522:11, 2522:18
    **10:16** [1] - 2573:19
  **10th** [1] - 2542:8
  **11** [1] - 2459:6
  **111** [10] - 2461:18, 2564:25, 2565:2, 2565:19, 2565:23, 2565:24, 2575:23, 2576:1, 2587:4
  **112** [7] - 2461:19, 2568:17, 2569:8, 2572:25, 2575:5, 2575:6, 2575:8
  **113** [5] - 2461:20, 2576:3, 2576:14, 2576:16
  **11th** [4] - 2566:7, 2566:13, 2567:3,

**2600:10**
  **12/12** [1] - 2542:16
  **12/24/20** [2] - 2543:23, 2544:2
  **12/7/20** [1] - 2541:25
  **129.T.393** [1] - 2581:11
  **12th** [5] - 2526:15, 2535:14, 2542:16, 2551:8, 2576:13
  **130** [1] - 2460:9
  **14** [1] - 2529:13
  **141** [1] - 2460:9
  **14th** [6] - 2542:9, 2551:4, 2560:11, 2560:18, 2576:11, 2584:1
  **15** [7] - 2492:6, 2492:7, 2502:13, 2514:24, 2532:17, 2532:19, 2593:25
  **15th** [2] - 2533:24, 2579:11
  **17** [3] - 2472:2, 2472:19, 2473:9
  **17110** [1] - 2460:13
  **17th** [7] - 2488:23, 2489:5, 2489:6, 2489:10, 2490:20, 2521:15, 2568:11
  **17th/January** [1] - 2563:16
  **1808** [1] - 2460:3
  **183** [8] - 2461:13, 2489:7, 2498:2, 2498:4, 2499:12, 2499:15, 2499:18, 2499:22
  **184** [8] - 2461:13, 2489:9, 2498:2, 2498:4, 2499:13, 2499:15, 2499:18, 2499:22
  **185** [9] - 2461:13, 2488:25, 2491:4, 2491:8, 2491:13, 2492:3, 2499:11, 2499:18, 2499:23
  **189** [7] - 2461:14, 2489:1, 2492:19, 2492:23, 2499:11, 2499:18, 2499:23
  **18:51** [2] - 2567:3, 2587:10
  **18th** [6] - 2490:15, 2563:16, 2563:17, 2568:9, 2568:11
  **192.T.286** [1] - 2578:14
  **193** [1] - 2499:11

**194** [7] - 2461:14, 2489:2, 2496:9, 2496:10, 2499:1, 2499:18, 2499:23
  **19th** [3] - 2550:25, 2551:2, 2575:15
  **1:45** [1] - 2459:7
  **1:56** [1] - 2469:20

**2**

**2** [6] - 2489:5, 2501:21, 2516:10, 2525:14, 2526:11, 2539:14
  **20** [2] - 2552:6, 2552:7
  **200.P.3** [5] - 2461:13, 2494:16, 2495:5, 2495:7, 2495:8
  **200.V.1** [8] - 2461:16, 2587:19, 2588:14, 2589:3, 2589:10, 2589:11, 2589:16, 2590:1
  **20001** [2] - 2460:20, 2600:14
  **20010** [1] - 2460:3
  **2003.F.418** [4] - 2461:14, 2499:25, 2500:23, 2501:1
  **20036** [1] - 2460:6
  **2011** [1] - 2566:7
  **202** [2] - 2460:21, 2600:15
  **2020** [21] - 2472:2, 2472:19, 2473:9, 2475:3, 2477:13, 2479:21, 2481:15, 2502:13, 2526:15, 2526:18, 2542:16, 2550:25, 2560:11, 2567:3, 2576:11, 2576:13, 2577:4, 2579:4, 2583:14, 2584:1, 2585:21
  **2020/12/05** [1] - 2526:15
  **2021** [16] - 2482:2, 2482:11, 2485:24, 2487:5, 2487:9, 2488:23, 2489:6, 2489:10, 2490:20, 2494:13, 2495:16, 2514:8, 2534:5, 2563:17, 2568:10, 2568:11
  **2022** [2] - 2459:6,

**2600:10**
  **20530** [1] - 2459:21
  **20579** [1] - 2459:18
  **20th** [1] - 2552:19
  **21061** [1] - 2460:16
  **21:20** [1] - 2526:19
  **21:31** [2] - 2525:8, 2528:21
  **22-00015** [1] - 2459:3
  **23rd** [3] - 2584:12, 2585:21, 2586:5
  **24** [2] - 2513:24, 2514:6
  **2470** [1] - 2461:6
  **2471** [1] - 2461:11
  **2481** [1] - 2461:12
  **2486** [1] - 2461:12
  **2495** [1] - 2461:13
  **2499** [1] - 2461:14
  **2501** [1] - 2461:14
  **2504** [1] - 2461:15
  **2509** [1] - 2461:6
  **2526** [1] - 2461:18
  **2533** [1] - 2461:6
  **2546** [1] - 2461:7
  **2549** [1] - 2461:7
  **2553** [1] - 2461:8
  **2565** [1] - 2461:18
  **2575** [2] - 2461:19, 2461:19
  **2576** [1] - 2461:20
  **2577** [1] - 2461:6
  **2585** [1] - 2461:16
  **2589** [1] - 2461:16
  **2684.1** [1] - 2503:8
  **2:07** [1] - 2566:7
  **2:07:55** [1] - 2566:13
  **2:47** [1] - 2532:18
  **2:50** [1] - 2515:6

**3**

**3** [11] - 2461:18, 2483:7, 2489:10, 2514:3, 2514:7, 2516:11, 2525:2, 2526:3, 2526:5, 2526:6, 2528:18
  **30** [3] - 2552:6, 2552:7, 2553:20
  **3000B** [1] - 2488:15
  **303** [1] - 2490:2
  **30th** [3] - 2475:3, 2477:13, 2477:16
  **31st** [5] - 2478:8, 2479:21, 2481:15, 2481:18, 2586:15
  **3300** [1] - 2459:24
  **333** [2] - 2460:19,

**2600:14**
  **354-3269** [2] - 2460:21, 2600:15
  **3:02** [1] - 2573:10
  **3:05** [2] - 2515:1, 2532:18
  **3:08** [1] - 2573:17
  **3:18** [1] - 2524:10
  **3rd** [8] - 2482:2, 2543:25, 2552:3, 2579:21, 2579:25, 2580:3, 2580:16, 2581:23

**4**

**4** [5] - 2485:24, 2487:5, 2487:9, 2527:22, 2529:1
  **40** [2] - 2552:8, 2553:2
  **40-plus** [2] - 2464:4, 2556:18
  **403** [2] - 2462:23, 2465:1
  **4031** [1] - 2460:12
  **41** [1] - 2526:19
  **4500.P.4** [5] - 2461:15, 2489:15, 2504:17, 2504:22, 2505:19
  **4500.P.5** [4] - 2489:16, 2504:17, 2504:22, 2506:2
  **4500.P.7** [5] - 2461:15, 2489:17, 2504:18, 2504:22, 2508:9
  **4501** [1] - 2504:24
  **4501.10** [5] - 2461:15, 2489:14, 2504:14, 2504:17, 2504:21
  **48** [1] - 2522:21
  **4:41** [1] - 2591:1
  **4:45** [3] - 2523:17, 2523:18, 2524:16
  **4th** [9] - 2482:11, 2484:6, 2485:5, 2485:11, 2485:17, 2486:22, 2529:14, 2572:14, 2583:14

**5**

**5** [3] - 2521:11, 2521:15, 2526:7
  **50** [2] - 2552:8, 2553:3

2602

**5:00** [1] - 2567:5
**5th** [8] - 2475:10, 2475:20, 2510:17, 2526:18, 2537:24, 2570:15, 2571:2, 2573:19

## 6

**6** [9] - 2481:17, 2482:5, 2482:12, 2482:19, 2484:8, 2485:6, 2485:13, 2521:11, 2521:15
**601** [2] - 2459:17, 2460:5
**6706** [1] - 2460:20
**6824B** [2] - 2503:14, 2503:18
**6825** [5] - 2524:21, 2528:20, 2530:18, 2531:5, 2539:14
**6825.1** [1] - 2540:14
**6825.10** [2] - 2474:5, 2474:7
**6825.11** [4] - 2478:21, 2479:12, 2479:14, 2479:15
**6825.12** [8] - 2461:12, 2480:11, 2481:4, 2481:6, 2481:7, 2483:8, 2483:22, 2484:1
**6825.13** [5] - 2461:12, 2485:21, 2486:14, 2486:16, 2486:17
**6825.3** [1] - 2583:2
**6825.8** [5] - 2461:11, 2471:3, 2471:19, 2471:21, 2471:22
**6825.9** [1] - 2474:7
**6825B** [1] - 2536:7
**6th** [64] - 2474:13, 2475:10, 2483:1, 2494:13, 2495:16, 2510:13, 2510:17, 2510:20, 2512:13, 2513:6, 2534:3, 2534:4, 2538:2, 2538:16, 2539:8, 2544:6, 2544:8, 2544:11, 2544:17, 2545:10, 2546:23, 2550:6, 2556:23, 2557:21, 2558:4, 2558:6, 2558:9, 2558:10, 2558:11, 2558:12, 2558:17,

2559:10, 2562:5, 2562:17, 2563:2, 2564:13, 2570:11, 2570:13, 2570:16, 2571:2, 2571:12, 2571:15, 2571:18, 2572:8, 2572:18, 2573:10, 2573:17, 2574:5, 2574:6, 2574:11, 2579:21, 2580:3, 2580:14, 2580:17, 2586:16, 2586:21, 2586:24, 2588:8, 2588:11, 2589:5, 2590:6, 2595:14, 2597:15

## 7

**700** [1] - 2459:25
**7310** [1] - 2460:15
**75219** [1] - 2459:25

## 8

**8** [3] - 2459:10, 2584:4, 2599:5
**800-and-some** [1] - 2591:7
**86** [5] - 2461:19, 2575:14, 2575:18, 2575:19, 2575:20

## 9

**9** [3] - 2474:6, 2514:3, 2514:8
**900** [1] - 2460:6
**950** [1] - 2459:20
**9:30** [4] - 2525:8, 2525:11, 2528:21, 2590:24
**9th** [16] - 2543:25, 2577:3, 2577:4, 2578:21, 2579:2, 2579:4, 2579:12, 2579:21, 2579:25, 2580:3, 2580:15, 2580:16, 2580:24, 2581:15, 2581:23, 2591:25

## A

**a.m** [2] - 2571:24, 2574:1
**ABanderson146** [1] - 2543:12

**ability** [1] - 2600:7
**able** [14] - 2467:23, 2476:18, 2481:21, 2526:11, 2538:4, 2543:16, 2554:9, 2555:14, 2563:23, 2563:25, 2579:11, 2594:6, 2597:25
**above-issued** [1] - 2539:6
**Academy** [2] - 2555:20, 2555:23
**access** [1] - 2463:8
**accomplish** [1] - 2467:8
**according** [2] - 2466:5, 2540:24
**account** [3] - 2473:14, 2494:21, 2500:17
**accurate** [14] - 2471:15, 2479:8, 2480:25, 2483:18, 2486:10, 2489:13, 2495:2, 2500:19, 2529:15, 2533:24, 2537:10, 2542:17, 2543:25, 2600:4
**acknowledge** [1] - 2598:23
**acronym** [1] - 2473:11
**Action** [1] - 2459:3
**action** [1] - 2475:13
**actual** [2] - 2521:18, 2540:5
**adamant** [1] - 2583:11
**add** [3] - 2478:10, 2478:15, 2498:18
**added** [4] - 2552:2, 2552:4, 2586:17, 2597:20
**adding** [1] - 2521:12
**addition** [3] - 2504:8, 2508:25, 2510:10
**additional** [6] - 2493:10, 2523:22, 2523:23, 2523:25, 2527:10, 2529:2
**additionally** [1] - 2491:20
**address** [4] - 2505:5, 2505:6, 2520:9, 2520:11
**addressing** [1] - 2589:4
**adjourn** [4] - 2514:24, 2523:17, 2524:16, 2594:22

**admissibility** [2] - 2516:2, 2532:6
**admissible** [2] - 2512:2, 2594:13
**admission** [1] - 2526:9
**admit** [15] - 2471:18, 2479:11, 2481:3, 2483:21, 2486:13, 2495:4, 2499:10, 2500:22, 2504:16, 2567:15, 2584:19, 2588:1, 2588:13, 2589:2
**admitted** [31] - 2462:14, 2471:21, 2479:14, 2481:6, 2483:25, 2486:16, 2495:7, 2499:15, 2499:17, 2499:21, 2500:25, 2503:13, 2504:20, 2512:10, 2525:5, 2526:5, 2547:21, 2565:22, 2565:23, 2575:7, 2575:19, 2576:15, 2578:14, 2580:4, 2585:13, 2585:14, 2586:13, 2587:22, 2587:23, 2589:10, 2591:11
**advance** [1] - 2579:24
**advised** [2] - 2463:1, 2467:11
**affect** [3] - 2466:24, 2466:25, 2467:6
**affidavit** [1] - 2464:3
**affiliated** [1] - 2557:8
**affiliates** [2] - 2556:21, 2561:9
**affiliating** [1] - 2548:11
**afternoon** [17] - 2469:24, 2470:6, 2470:7, 2509:10, 2509:11, 2514:23, 2523:18, 2533:6, 2533:7, 2553:11, 2571:18, 2571:25, 2574:1, 2574:11, 2577:23, 2577:24, 2590:7
**AFTERNOON** [1] - 2459:5
**afterwards** [1] - 2532:17
**AGENT** [2] - 2592:20, 2592:23
**agent** [10] - 2492:2,

2492:22, 2496:25, 2498:3, 2501:16, 2501:20, 2512:15, 2512:17, 2591:22, 2593:11
**Agent** [51] - 2464:1, 2469:25, 2470:6, 2470:24, 2471:7, 2471:25, 2476:22, 2478:24, 2480:13, 2481:11, 2486:22, 2490:4, 2491:10, 2492:13, 2492:25, 2493:11, 2493:25, 2494:12, 2494:18, 2495:11, 2496:12, 2497:11, 2497:25, 2498:10, 2500:8, 2502:11, 2504:7, 2505:2, 2505:21, 2508:24, 2509:10, 2515:10, 2524:20, 2550:2, 2551:5, 2553:11, 2559:3, 2561:4, 2572:25, 2577:23, 2580:23, 2583:4, 2583:8, 2583:20, 2584:20, 2586:19, 2587:16, 2588:3, 2588:21, 2590:16, 2592:18
**agents** [4] - 2557:13, 2560:25, 2561:3, 2564:9
**ago** [3] - 2466:17, 2549:7, 2597:16
**agree** [24] - 2488:19, 2489:12, 2489:25, 2527:12, 2528:21, 2529:4, 2534:5, 2540:14, 2542:15, 2542:25, 2543:8, 2554:7, 2555:17, 2556:6, 2557:1, 2557:3, 2557:19, 2562:8, 2567:7, 2573:19, 2574:14, 2576:9, 2577:6, 2577:10
**agreed** [2] - 2488:4, 2528:21
**agreement** [2] - 2488:7, 2488:9
**ahead** [10] - 2469:18, 2488:13, 2494:10, 2514:20, 2520:18, 2531:19, 2552:13, 2562:1, 2565:17, 2573:24
**al** [1] - 2459:6

**alert** [1] - 2469:6
**ALEXANDRA** [1] - 2459:19
**allegation** [1] - 2464:6
**alleged** [2] - 2562:6, 2580:17
**allegedly** [1] - 2531:13
**allow** [7] - 2462:24, 2469:14, 2519:7, 2561:25, 2565:16, 2594:6
**allowing** [2] - 2466:10, 2521:8
**allows** [1] - 2512:3
**almost** [1] - 2490:14
**alone** [1] - 2499:25
**Amendment** [1] - 2463:2
**AMERICA** [1] - 2459:3
**AMIT** [1] - 2459:11
**amount** [3] - 2470:8, 2521:16, 2554:17
**analysis** [2] - 2462:23, 2467:6
**AND** [1] - 2460:12
**angle** [1] - 2463:15
**answer** [5] - 2512:7, 2512:15, 2517:23, 2595:1
**answered** [3] - 2530:7, 2534:11, 2534:13
**answering** [1] - 2531:2
**Antifa** [4] - 2503:10, 2577:6, 2577:9, 2577:12
**apologies** [7] - 2482:17, 2584:4, 2587:25, 2588:4, 2588:14, 2591:14, 2591:16
**apologize** [14] - 2493:23, 2516:10, 2526:4, 2529:20, 2529:25, 2530:3, 2531:20, 2535:6, 2535:9, 2539:17, 2551:12, 2557:15, 2569:10, 2576:2
**app** [3] - 2519:4, 2519:23, 2520:7
**Appeals** [2] - 2466:18, 2466:19
**appear** [1] - 2519:11
**APPEARANCES** [1] - 2460:1

**aPPEARANCES** [1] - 2459:13
**appeared** [1] - 2568:14
**applicable** [1] - 2468:5
**application** [1] - 2476:25
**appreciate** [3] - 2467:8, 2551:5, 2567:19
**approach** [5] - 2491:5, 2492:16, 2492:20, 2494:8, 2568:19
**approached** [1] - 2496:10
**approaching** [1] - 2491:7
**appropriate** [3] - 2468:1, 2514:18, 2596:21
**area** [8] - 2485:18, 2502:8, 2506:7, 2511:11, 2511:19, 2568:5, 2586:20, 2586:24
**arguably** [1] - 2572:16
**argue** [1] - 2521:20
**argument** [4] - 2517:9, 2521:4, 2524:4, 2524:5
**armed** [1] - 2525:22
**arrest** [6] - 2490:8, 2490:10, 2554:13, 2554:20, 2555:12, 2570:9
**arrested** [8] - 2490:5, 2490:12, 2490:13, 2490:15, 2563:15, 2563:19, 2564:12, 2564:16
**arresting** [1] - 2555:16
**arriving** [1] - 2542:10
**article** [4] - 2561:19, 2562:5, 2578:18, 2584:6
**articles** [1] - 2470:12
**aspect** [2] - 2541:9, 2553:24
**aspects** [1] - 2556:4
**ass** [1] - 2502:22
**assistance** [1] - 2591:10
**associated** [3] - 2474:25, 2484:12, 2585:25
**ASSOCIATES** [1] -

2460:12
**assume** [2] - 2511:9, 2589:9
**attack** [2] - 2571:17, 2574:15
**attempt** [1] - 2593:23
**attempting** [1] - 2529:10
**attend** [1] - 2550:25
**attended** [2] - 2555:20, 2556:3
**attention** [3] - 2573:6, 2590:23, 2595:10
**attorney** [10] - 2463:1, 2595:14, 2595:15, 2595:21, 2595:25, 2596:16, 2596:17, 2598:6, 2598:8, 2598:10
**attorney's** [3] - 2554:23, 2555:4, 2556:13
**ATTORNEY'S** [1] - 2459:16
**Attorney's** [1] - 2555:4
**attorney-client** [9] - 2594:25, 2595:15, 2595:21, 2595:25, 2596:16, 2596:17, 2598:6, 2598:8, 2598:10
**attributable** [1] - 2462:13
**audio** [1] - 2562:15
**August** [1] - 2552:19
**authenticate** [1] - 2517:20
**authenticity** [2] - 2488:5, 2584:17
**author** [1] - 2565:6
**authorized** [1] - 2488:21
**available** [4] - 2463:3, 2466:4, 2468:7, 2592:18
**Avenue** [5] - 2459:20, 2459:24, 2460:5, 2460:19, 2600:14
**avoid** [4] - 2519:1, 2532:9, 2593:25, 2594:7
**aware** [19] - 2462:7, 2467:10, 2509:13, 2509:15, 2548:5, 2548:8, 2548:9, 2549:17, 2550:15, 2550:17, 2560:9,

2560:13, 2567:25, 2568:4, 2568:6, 2574:4, 2574:9, 2575:14, 2575:16
**awesome** [2] - 2478:3, 2482:8

# B

**B-positive** [2] - 2493:8, 2496:5
**B-R-O-D-E-U-R** [1] - 2552:17
**Baca** [1] - 2502:13
**background** [2] - 2503:9, 2563:25
**backup** [1] - 2476:20
**backwards** [2] - 2531:20, 2573:12
**bag** [10] - 2489:2, 2493:11, 2493:25, 2494:4, 2503:10, 2504:2, 2504:3, 2508:19, 2508:20, 2508:22
**ball** [6] - 2489:3, 2496:20, 2496:22, 2497:4, 2497:19, 2498:17
**balls** [4] - 2489:4, 2496:21, 2497:16, 2497:17
**band** [1] - 2560:20
**Baofeng** [2] - 2493:19, 2493:20
**bar** [3] - 2480:6, 2568:5, 2568:7
**BARRETT** [1] - 2459:24
**based** [8] - 2462:11, 2485:2, 2512:8, 2514:13, 2514:17, 2523:10, 2532:17, 2587:9
**bases** [1] - 2512:2
**basic** [3] - 2579:23, 2581:22, 2581:25
**basis** [5] - 2509:25, 2512:6, 2512:12, 2512:14
**battle** [2] - 2487:20, 2487:21
**BDU** [3] - 2536:19, 2536:25, 2537:1
**BDUs** [9] - 2487:17, 2487:19, 2487:23, 2536:3, 2536:18, 2537:9, 2538:9, 2538:11, 2538:24

**become** [3] - 2467:10, 2467:11, 2586:10
**BEFORE** [1] - 2459:11
**begin** [2] - 2469:24, 2504:13
**beginning** [1] - 2491:4
**behalf** [2] - 2542:19, 2551:1
**behind** [5] - 2495:13, 2508:19, 2535:2, 2535:20, 2536:11
**behind-the-scenes** [1] - 2535:2
**belief** [1] - 2562:25
**believes** [1] - 2465:22
**below** [8] - 2488:22, 2501:5, 2503:6, 2503:8, 2505:8, 2566:9, 2566:11, 2567:12
**belt** [1] - 2489:2
**belts** [1] - 2494:3
**Ben** [8] - 2486:3, 2486:4, 2487:1, 2487:13, 2487:16, 2511:22, 2513:2
**Ben-OSRM** [3] - 2486:3, 2487:1, 2511:22
**benefit** [1] - 2597:20
**Bennie** [2] - 2485:19, 2495:13
**best** [2] - 2586:8, 2600:7
**better** [1] - 2594:4
**between** [45] - 2468:23, 2472:3, 2472:4, 2476:11, 2477:3, 2478:25, 2479:18, 2519:10, 2520:4, 2521:14, 2527:7, 2528:23, 2530:11, 2535:3, 2539:19, 2540:15, 2541:3, 2541:8, 2541:11, 2565:7, 2565:11, 2566:21, 2566:24, 2569:17, 2570:25, 2571:3, 2571:10, 2572:13, 2572:14, 2573:4, 2575:24, 2576:8, 2578:3, 2578:5, 2578:8, 2579:20, 2580:2, 2582:13, 2582:17, 2582:23,

2604

2583:6, 2583:7,
2587:8, 2595:15,
2596:1
**beyond** [4] -
2549:19, 2552:24,
2559:3, 2559:4
**Biden** [2] - 2472:12,
2528:4
**big** [3] - 2477:20,
2571:14, 2571:19
**bigger** [1] - 2580:11
**binoculars** [1] -
2491:19
**bit** [10] - 2462:18,
2468:21, 2515:2,
2518:25, 2521:22,
2533:11, 2544:16,
2547:7, 2566:12,
2566:19
**Black** [2] - 2578:17,
2578:18
**black** [6] - 2470:15,
2489:2, 2491:25,
2493:12, 2507:22,
2525:22
**BLM** [1] - 2520:25
**BLM/Antifa** [1] -
2502:15
**blowback** [1] -
2469:12
**blunt** [1] - 2492:12
**board** [1] - 2581:2
**body** [2] - 2528:5,
2584:21
**botch** [1] - 2548:21
**bottom** [5] - 2528:8,
2571:19, 2571:23,
2573:7, 2595:12
**box** [8] - 2491:10,
2492:25, 2493:1,
2495:24, 2496:12,
2496:13, 2496:23,
2498:6
**boys** [3] - 2502:14,
2540:16, 2583:11
**Brad** [1] - 2550:2
**BRADFORD** [1] -
2460:8
**BRAND** [1] - 2460:2
**bravo** [3] - 2586:7
**breach** [2] - 2558:16,
2558:25
**break** [3] - 2470:8,
2470:25, 2514:23
**breaks** [1] - 2594:3
**brief** [4] - 2514:15,
2514:18, 2595:5,
2595:24
**briefing** [1] - 2595:22
**briefly** [1] - 2468:17

**Bright** [4] - 2533:3,
2546:3, 2546:17,
2579:20
**BRIGHT** [15] -
2459:23, 2459:24,
2533:5, 2534:12,
2534:15, 2535:6,
2535:10, 2536:6,
2536:8, 2544:21,
2545:4, 2545:6,
2545:7, 2545:18,
2545:25
**Bright's** [1] -
2580:12
**bring** [21] - 2469:18,
2471:2, 2487:18,
2492:18, 2494:15,
2499:24, 2503:12,
2504:4, 2511:14,
2513:6, 2523:14,
2523:20, 2524:8,
2581:10, 2583:1,
2583:15, 2584:13,
2584:14, 2587:3,
2587:18, 2595:10
**bringing** [1] -
2511:22
**Brodeur** [2] -
2552:10, 2552:16
**broke** [2] - 2463:21,
2556:8
**brother** [2] -
2573:23, 2573:24
**brought** [1] -
2464:20, 2466:2,
2502:22, 2510:13,
2510:16, 2511:10,
2511:19, 2511:24,
2513:1, 2513:9,
2571:10
**Bryan** [1] - 2502:13
**bucket** [1] - 2598:25
**Building** [1] -
2546:23
**bullets** [1] - 2497:19
**bunch** [1] - 2554:1
**Bureau** [1] - 2556:2
**Burnie** [1] - 2460:16
**busy** [1] - 2480:6
**but-for** [1] - 2524:5
**BY** [120] - 2460:17,
2470:5, 2470:23,
2471:6, 2471:24,
2472:17, 2473:1,
2473:5, 2473:19,
2474:9, 2475:15,
2476:4, 2476:9,
2477:6, 2477:15,
2477:22, 2478:1,
2478:5, 2478:13,

2478:22, 2479:17,
2480:4, 2480:12,
2481:10, 2481:23,
2482:10, 2482:18,
2483:12, 2484:5,
2484:24, 2485:9,
2485:22, 2486:20,
2487:12, 2490:3,
2491:9, 2492:4,
2492:24, 2494:11,
2494:17, 2495:10,
2496:11, 2497:2,
2498:5, 2500:1,
2500:6, 2501:7,
2502:1, 2502:10,
2503:2, 2503:21,
2504:6, 2505:1,
2505:20, 2506:3,
2506:8, 2508:10,
2509:9, 2510:7,
2512:24, 2524:19,
2525:3, 2525:15,
2526:10, 2526:20,
2527:23, 2528:19,
2529:8, 2530:5,
2530:15, 2530:21,
2531:1, 2531:10,
2532:11, 2532:15,
2533:5, 2534:15,
2535:10, 2536:8,
2544:21, 2545:7,
2545:18, 2546:16,
2550:1, 2550:9,
2550:14, 2552:18,
2553:10, 2559:6,
2562:2, 2563:9,
2564:18, 2564:23,
2566:1, 2567:22,
2568:23, 2569:15,
2572:24, 2574:24,
2575:3, 2575:12,
2576:18, 2577:22,
2578:15, 2580:22,
2581:12, 2582:11,
2583:3, 2583:19,
2583:24, 2584:10,
2585:19, 2586:14,
2587:6, 2588:2,
2588:6, 2588:16,
2588:24, 2589:18,
2590:3

**C**

**Caldwell** [36] -
2463:8, 2463:13,
2468:23, 2488:19,
2505:17, 2533:17,
2534:20, 2535:3,
2539:19, 2540:14,

2540:24, 2559:15,
2559:19, 2559:24,
2560:5, 2560:20,
2563:1, 2564:25,
2565:1, 2565:2,
2565:19, 2565:23,
2571:10, 2571:13,
2571:15, 2572:7,
2572:14, 2575:6,
2575:14, 2575:18,
2575:19, 2575:23,
2576:3, 2576:19,
2583:7
**CALDWELL** [1] -
2460:15
**Caldwell's** [11] -
2461:18, 2461:19,
2461:19, 2461:20,
2476:1, 2560:14,
2565:24, 2575:8,
2575:20, 2576:16,
2587:2
**camo** [2] - 2536:21,
2536:22
**camouflage** [3] -
2487:23, 2487:24,
2538:25
**canister** [4] -
2496:14, 2496:15,
2496:17, 2497:1
**cannot** [4] - 2465:7,
2522:10, 2584:20,
2597:9
**Cap** [1] - 2566:14
**capability** [2] -
2509:16, 2510:8
**capacity** [3] -
2509:14, 2509:16,
2551:1
**Capitol** [11] - 2482:7,
2546:23, 2558:17,
2559:1, 2571:17,
2574:10, 2574:15,
2588:11, 2588:18,
2589:22, 2590:10
**car** [1] - 2486:24
**career** [1] - 2553:17
**Carolina** [23] -
2462:8, 2463:20,
2464:4, 2533:11,
2533:20, 2533:23,
2534:17, 2540:16,
2541:3, 2541:11,
2541:19, 2542:3,
2543:1, 2548:3,
2548:6, 2548:7,
2548:10, 2576:20,
2582:14, 2582:24,
2583:10, 2585:24,
2586:3

**carrier** [2] - 2488:25,
2491:14
**carrying** [2] - 2504:1,
2504:2
**Carter** [1] - 2466:19
**case** [21] - 2462:10,
2462:20, 2462:25,
2463:17, 2465:2,
2465:3, 2465:4,
2466:14, 2468:5,
2468:17, 2468:21,
2469:4, 2545:20,
2549:5, 2554:2,
2554:10, 2555:4,
2556:16, 2561:1,
2595:9
**cases** [4] - 2468:18,
2468:19, 2469:1,
2595:11
**causing** [1] -
2462:14
**cautionary** [1] -
2506:24
**CCW** [1] - 2477:20
**cell** [1] - 2471:12
**cellular** [4] -
2471:10, 2477:1,
2479:6, 2479:9
**certain** [7] - 2465:21,
2465:23, 2489:25,
2490:21, 2505:22,
2508:1, 2561:13
**certainly** [26] -
2462:15, 2507:11,
2507:18, 2510:8,
2513:1, 2554:7,
2555:3, 2555:5,
2555:14, 2555:17,
2556:1, 2556:6,
2556:16, 2557:4,
2557:7, 2557:19,
2558:14, 2558:17,
2560:3, 2560:13,
2562:22, 2564:8,
2574:4, 2577:6,
2577:10, 2579:19
**CERTIFICATE** [1] -
2600:1
**certification** [4] -
2547:2, 2547:4,
2559:10, 2577:11
**certify** [1] - 2600:4
**cetera** [1] - 2554:19,
2572:15
**chain** [1] - 2517:19
**chair** [4] - 2472:14,
2503:10, 2504:2,
2504:3
**chance** [4] -
2472:12, 2494:23,

2500:14, 2588:17
**change** [1] - 2555:1
**changed** [1] - 2548:6
**changes** [1] - 2524:7
**channel** [2] - 2480:1, 2532:13
**chapter** [3] - 2533:20, 2533:23, 2548:6
**characterized** [1] - 2582:23
**charge** [4] - 2465:5, 2465:6, 2466:23, 2555:16
**charged** [16] - 2462:8, 2462:13, 2462:16, 2463:24, 2464:10, 2464:12, 2464:15, 2465:16, 2465:21, 2466:7, 2466:23, 2467:3, 2467:6, 2469:7, 2539:21
**charges** [8] - 2465:10, 2465:11, 2465:22, 2466:24, 2545:20, 2555:7, 2555:9, 2564:13
**charging** [6] - 2462:11, 2465:9, 2467:11, 2467:18, 2467:20, 2467:24
**chat** [37] - 2478:11, 2478:15, 2480:15, 2480:18, 2480:19, 2480:22, 2481:1, 2482:6, 2482:19, 2482:21, 2484:7, 2518:13, 2518:14, 2518:24, 2525:21, 2531:12, 2532:13, 2547:11, 2547:12, 2547:16, 2547:22, 2548:23, 2549:15, 2549:18, 2549:19, 2550:22, 2551:23, 2552:2, 2552:4, 2576:20, 2576:21, 2576:22, 2576:23, 2576:25, 2597:11
**chats** [7] - 2534:6, 2544:15, 2545:9, 2545:12, 2545:19, 2550:23, 2551:25
**choice** [2] - 2463:5, 2554:15
**choose** [1] - 2544:13
**Cincinnati** [2] - 2553:13, 2592:22
**Cinnaminson** [1] -

2460:10
**circled** [1] - 2505:12
**Circuit** [4] - 2465:2, 2465:3, 2466:14, 2466:17
**circuit** [1] - 2466:20
**circumstance** [2] - 2467:23, 2469:8
**circumstances** [1] - 2555:11
**cited** [4] - 2462:10, 2465:2, 2465:3, 2468:18
**clarify** [4] - 2591:13, 2591:22, 2592:7, 2597:13
**clarifying** [2] - 2591:16, 2592:25
**class** [1] - 2581:22
**classes** [3] - 2555:25, 2556:2, 2556:5
**clear** [4] - 2463:9, 2464:2, 2465:12, 2519:8, 2540:9, 2560:16, 2592:11, 2592:13
**clearly** [5] - 2464:17, 2511:4, 2511:24, 2571:14, 2598:9
**Cleveland** [1] - 2519:13
**client** [21] - 2469:12, 2509:22, 2513:6, 2513:16, 2522:5, 2525:17, 2526:24, 2527:25, 2528:24, 2529:9, 2532:4, 2532:13, 2594:25, 2595:15, 2595:21, 2595:25, 2596:16, 2596:17, 2598:6, 2598:8, 2598:10
**client's** [1] - 2513:13
**close** [2] - 2475:11, 2590:24
**clothing** [1] - 2470:12
**co** [3] - 2465:13, 2466:7, 2467:1
**co-conspirator** [3] - 2465:13, 2466:7, 2467:1
**collated** [1] - 2518:3
**colleagues** [2] - 2561:18, 2562:4
**collect** [1] - 2556:11
**collected** [2] - 2488:23, 2489:6
**College** [5] - 2547:2,

2547:5, 2559:10, 2577:7, 2577:11
**color** [1] - 2506:13
**colorable** [1] - 2521:4
**colored** [1] - 2573:7
**coloring** [1] - 2507:19
**COLUMBIA** [2] - 2459:1, 2459:17
**Columbia** [2] - 2460:19, 2600:13
**Columbus** [1] - 2525:23
**comfortable** [2] - 2472:23, 2530:23
**coming** [5] - 2475:17, 2476:17, 2571:4, 2571:12, 2571:14
**comment** [6] - 2519:6, 2519:25, 2520:1, 2522:4, 2532:24, 2532:25
**commentary** [2] - 2520:3, 2550:12
**comments** [1] - 2572:3
**commitment** [1] - 2523:18
**common** [1] - 2558:20
**commonly** [1] - 2537:9
**comms** [1] - 2476:20
**communicate** [2] - 2477:2, 2529:16
**communication** [9] - 2478:17, 2480:14, 2528:23, 2529:1, 2572:13, 2596:17, 2598:6, 2598:10, 2598:11
**communications** [18] - 2513:20, 2520:20, 2521:17, 2522:11, 2535:2, 2541:15, 2541:18, 2547:1, 2565:10, 2570:24, 2597:5, 2597:6, 2597:8, 2597:9, 2598:18, 2598:21, 2598:22
**compare** [6] - 2471:11, 2479:4, 2480:21, 2483:14, 2494:23, 2500:14
**complete** [2] - 2597:10, 2600:6
**completed** [1] -

2523:3
**completely** [1] - 2540:4
**completeness** [1] - 2593:6
**complies** [3] - 2492:15, 2494:7, 2524:14
**conceive** [1] - 2469:8
**concern** [1] - 2506:23
**concerning** [1] - 2519:12
**concluded** [1] - 2599:4
**conclusion** [2] - 2545:15, 2593:17
**conclusions** [1] - 2556:7
**conditionally** [2] - 2584:19, 2588:1
**conduct** [1] - 2577:11
**conducted** [2] - 2556:17, 2557:19
**confer** [1] - 2584:25
**conference** [2] - 2480:2, 2567:5
**confirm** [1] - 2568:15
**conflict** [4] - 2542:19, 2543:2, 2543:8, 2544:5
**conflicted** [1] - 2580:16
**conformity** [1] - 2539:9
**confusion** [3] - 2462:14, 2467:15, 2486:24
**Congress** [4] - 2576:11, 2576:12, 2577:8, 2577:11
**connect** [1] - 2478:3
**connected** [1] - 2516:25
**connection** [6] - 2462:7, 2475:23, 2490:5, 2500:16, 2570:9, 2571:11
**consent** [1] - 2488:22
**consequence** [1] - 2464:19
**consider** [1] - 2489:25
**considered** [2] - 2493:13, 2536:25
**consistent** [14] - 2466:13, 2468:15,

2495:15, 2506:14, 2507:11, 2507:16, 2507:18, 2507:22, 2529:17, 2530:11, 2531:22, 2531:24, 2580:17
**conspiracy** [2] - 2465:14, 2580:18
**conspirator** [4] - 2462:25, 2465:13, 2466:7, 2467:1
**constitutes** [1] - 2600:4
**Constitution** [2] - 2460:19, 2600:14
**constructed** [1] - 2597:10
**consultation** [2] - 2555:3, 2555:5
**CONT'D** [1] - 2460:1
**contact** [4] - 2472:9, 2472:10, 2486:6, 2486:7
**contacts** [2] - 2472:5, 2472:6
**contained** [2] - 2471:16, 2481:1
**containing** [1] - 2489:2
**context** [21] - 2501:6, 2518:17, 2519:3, 2520:2, 2520:5, 2520:21, 2521:1, 2521:3, 2522:12, 2522:22, 2523:10, 2523:24, 2524:7, 2527:11, 2532:4, 2543:19, 2565:13, 2566:22, 2580:6, 2580:11, 2585:9
**contextual** [1] - 2514:12
**contingent** [4] - 2533:10, 2533:15, 2582:14, 2582:24
**continue** [5] - 2477:23, 2497:8, 2534:14, 2541:2, 2541:7
**CONTINUED** [1] - 2470:4
**continued** [1] - 2529:16
**control** [1] - 2468:6
**conversation** [10] - 2476:11, 2477:4, 2518:16, 2519:3, 2519:18, 2519:21, 2524:6, 2530:17, 2541:20, 2543:19

2606

**conversations** [4] - 2474:12, 2530:10, 2530:11, 2580:6
**cooperation** [1] - 2534:24
**cooperators** [1] - 2556:20
**coordinate** [1] - 2484:15
**coordination** [1] - 2542:19
**copies** [1] - 2569:4
**copy** [10] - 2471:15, 2479:8, 2480:25, 2483:18, 2486:10, 2489:13, 2495:2, 2500:19, 2568:20, 2572:25
**corner** [1] - 2550:3
**correct** [160] - 2465:18, 2472:21, 2473:23, 2475:25, 2476:15, 2477:17, 2481:24, 2481:25, 2483:17, 2485:14, 2487:3, 2487:15, 2490:9, 2495:1, 2496:6, 2498:21, 2506:5, 2507:9, 2508:21, 2509:3, 2510:9, 2510:14, 2510:18, 2513:11, 2514:5, 2514:9, 2516:22, 2525:12, 2527:8, 2527:17, 2527:20, 2528:1, 2528:2, 2528:7, 2528:8, 2528:25, 2529:5, 2529:11, 2530:13, 2530:19, 2530:24, 2531:3, 2531:7, 2532:17, 2532:21, 2532:22, 2532:25, 2533:19, 2533:20, 2534:3, 2534:8, 2535:15, 2535:16, 2535:20, 2535:22, 2536:9, 2536:10, 2536:14, 2536:24, 2537:1, 2537:3, 2537:9, 2537:11, 2537:14, 2537:17, 2537:18, 2537:21, 2537:24, 2538:7, 2538:8, 2538:9, 2538:11, 2538:14, 2538:15, 2538:16, 2538:23, 2539:1, 2539:6, 2539:7, 2539:10,

2539:15, 2539:19, 2539:20, 2539:22, 2540:2, 2540:3, 2540:5, 2540:10, 2540:17, 2540:21, 2540:22, 2540:25, 2541:16, 2541:20, 2541:23, 2542:3, 2542:4, 2542:16, 2542:21, 2543:12, 2543:13, 2543:21, 2543:22, 2544:6, 2544:11, 2544:12, 2544:19, 2545:11, 2545:20, 2548:2, 2549:13, 2552:6, 2555:7, 2555:21, 2556:4, 2556:24, 2557:6, 2557:8, 2557:21, 2557:22, 2558:7, 2558:22, 2558:23, 2559:21, 2559:25, 2560:12, 2561:4, 2561:9, 2561:10, 2561:14, 2562:14, 2562:18, 2562:20, 2563:11, 2564:2, 2564:13, 2565:8, 2565:9, 2566:4, 2566:5, 2566:7, 2566:16, 2566:17, 2568:2, 2568:5, 2569:19, 2569:23, 2573:1, 2573:4, 2574:8, 2574:12, 2574:13, 2576:20, 2577:1, 2577:7, 2577:12, 2577:13, 2581:16, 2589:23, 2597:12
**cost** [1] - 2466:9
**counsel** [10] - 2515:2, 2526:16, 2582:22, 2584:14, 2584:25, 2587:2, 2593:17, 2593:22, 2597:7, 2597:13
**counsels'** [1] - 2594:25
**country** [2] - 2474:1, 2530:8
**county** [4] - 2548:23, 2549:15, 2550:21, 2576:20
**couple** [2] - 2557:1, 2597:15
**course** [6] - 2465:23, 2505:15, 2505:21, 2513:4, 2513:8, 2572:9

**court** [10] - 2463:9, 2470:21, 2488:21, 2503:18, 2508:7, 2512:22, 2572:23, 2580:21, 2589:16, 2590:1
**COURT** [157] - 2459:1, 2462:1, 2464:22, 2465:25, 2466:21, 2467:7, 2469:3, 2469:5, 2469:17, 2469:22, 2470:19, 2470:21, 2471:21, 2479:14, 2481:6, 2483:24, 2486:16, 2488:7, 2488:9, 2488:13, 2489:19, 2491:6, 2492:17, 2492:21, 2494:9, 2495:7, 2499:15, 2499:16, 2499:19, 2499:21, 2500:25, 2504:20, 2506:22, 2507:5, 2507:13, 2507:25, 2508:4, 2509:6, 2510:3, 2511:5, 2511:8, 2511:17, 2512:5, 2512:11, 2512:23, 2514:20, 2515:8, 2515:14, 2515:18, 2515:24, 2516:3, 2516:8, 2516:19, 2517:8, 2518:8, 2518:17, 2519:8, 2519:19, 2520:11, 2520:16, 2521:6, 2522:19, 2523:8, 2523:13, 2523:16, 2524:2, 2524:8, 2524:12, 2524:15, 2524:21, 2526:5, 2526:16, 2532:8, 2533:3, 2534:11, 2534:13, 2544:23, 2545:1, 2545:5, 2545:16, 2545:22, 2546:2, 2546:4, 2546:7, 2546:13, 2549:22, 2550:8, 2550:11, 2552:13, 2552:15, 2552:24, 2553:4, 2559:4, 2561:25, 2563:5, 2564:15, 2565:16, 2565:21, 2565:23, 2567:13, 2567:17, 2567:19, 2568:21, 2569:2, 2569:5, 2569:13, 2570:3, 2570:6,

2570:18, 2570:21, 2570:23, 2571:23, 2572:9, 2574:20, 2575:7, 2575:19, 2576:1, 2576:4, 2576:6, 2576:15, 2577:17, 2577:20, 2579:13, 2579:17, 2580:10, 2584:22, 2585:7, 2585:11, 2587:24, 2588:23, 2589:7, 2590:12, 2590:16, 2590:19, 2590:21, 2591:3, 2591:8, 2591:18, 2592:5, 2592:11, 2592:17, 2592:21, 2592:24, 2593:4, 2593:15, 2593:19, 2593:24, 2594:14, 2594:21, 2595:4, 2595:7, 2596:7, 2596:13, 2597:22, 2597:24, 2598:13, 2598:24
**Court** [13] - 2460:18, 2460:18, 2466:18, 2466:19, 2516:14, 2518:21, 2549:23, 2570:2, 2570:22, 2591:7, 2591:10, 2600:12, 2600:13
**Court's** [6] - 2509:4, 2516:6, 2523:24, 2563:8, 2575:2, 2584:24
**court-authorized** [1] - 2488:21
**COURTROOM** [5] - 2469:19, 2515:5, 2524:9, 2564:22, 2587:22
**courtroom** [7] - 2469:20, 2470:10, 2470:13, 2470:18, 2515:6, 2524:10, 2591:1
**courts** [2] - 2462:23, 2463:15
**covered** [1] - 2570:17
**create** [3] - 2462:18, 2467:22, 2469:12
**creates** [1] - 2468:22
**crew** [1] - 2476:17
**Criminal** [1] - 2459:3
**CRISP** [79] - 2460:11, 2460:12, 2470:20, 2471:20, 2473:15, 2479:13,

2481:5, 2483:23, 2486:15, 2488:8, 2495:6, 2499:14, 2499:20, 2500:24, 2504:19, 2506:16, 2506:23, 2507:8, 2507:21, 2509:7, 2509:9, 2509:25, 2510:5, 2510:7, 2511:3, 2511:21, 2512:24, 2514:11, 2515:17, 2516:4, 2516:9, 2517:1, 2517:3, 2517:12, 2517:17, 2518:10, 2518:19, 2520:9, 2520:13, 2520:21, 2521:21, 2523:9, 2523:15, 2523:21, 2524:4, 2524:18, 2524:19, 2525:2, 2525:3, 2525:14, 2525:15, 2526:3, 2526:8, 2526:10, 2526:18, 2526:20, 2527:22, 2527:23, 2528:18, 2528:19, 2529:7, 2529:8, 2530:4, 2530:5, 2530:14, 2530:15, 2530:20, 2530:21, 2530:25, 2531:1, 2531:9, 2531:10, 2532:10, 2532:11, 2532:14, 2532:15, 2533:2, 2579:6, 2580:5
**Crisp** [18] - 2470:19, 2499:19, 2509:6, 2511:18, 2515:21, 2516:22, 2517:9, 2518:18, 2519:12, 2520:18, 2523:8, 2523:20, 2524:17, 2526:1, 2532:9, 2578:2, 2578:16, 2579:18
**Crisp's** [1] - 2579:16
**criticism** [1] - 2593:25
**cross** [7] - 2468:12, 2546:5, 2580:12, 2585:14, 2593:18, 2593:23, 2594:16
**CROSS** [5] - 2509:8, 2533:4, 2546:15, 2549:24, 2553:9
**Cross** [1] - 2461:3
**cross-examination** [3] - 2580:12, 2585:14,

2594:16

**CROSS-EXAMINATION** [5] - 2509:8, 2533:4, 2546:15, 2549:24, 2553:9

**cross-examine** [2] - 2468:12, 2546:5

**crowd** [2] - 2475:11, 2573:13

**Crowl** [60] - 2485:19, 2501:12, 2501:15, 2503:25, 2504:1, 2518:13, 2519:10, 2519:22, 2525:21, 2527:7, 2528:15, 2528:24, 2539:19, 2539:21, 2540:15, 2540:25, 2541:16, 2541:22, 2541:24, 2542:1, 2549:6, 2557:11, 2563:10, 2563:15, 2563:22, 2563:24, 2564:1, 2564:6, 2564:10, 2565:8, 2566:12, 2566:13, 2566:20, 2567:24, 2568:5, 2568:8, 2568:16, 2569:18, 2570:9, 2570:12, 2570:17, 2570:25, 2571:4, 2571:10, 2571:14, 2572:7, 2572:14, 2573:4, 2573:11, 2573:17, 2574:15, 2583:7, 2587:8, 2588:8, 2588:11, 2588:18, 2589:20, 2589:21, 2590:4, 2590:6

**Crowl's** [5] - 2494:22, 2494:25, 2571:7, 2571:17, 2572:3

**CRR** [3] - 2460:17, 2600:3, 2600:12

**cue** [2] - 2489:8, 2489:9

**cues** [5] - 2498:11, 2498:15, 2503:10, 2509:13

**curious** [1] - 2520:16

**cut** [1] - 2503:10

**cylinder** [1] - 2489:4

---

**D**

---

**D.C** [39] - 2459:6, 2459:18, 2459:21,

2460:3, 2460:6, 2460:20, 2466:14, 2466:17, 2466:18, 2466:19, 2474:12, 2475:10, 2477:9, 2477:19, 2479:25, 2481:17, 2482:5, 2482:7, 2482:19, 2483:2, 2485:17, 2485:18, 2510:13, 2510:17, 2510:20, 2513:1, 2513:6, 2531:4, 2532:24, 2535:15, 2542:12, 2553:14, 2555:5, 2567:7, 2576:22, 2586:20, 2586:24, 2600:14

**Dallas** [1] - 2459:25

**damn** [1] - 2529:21

**danger** [1] - 2467:14

**date** [29] - 2471:25, 2472:18, 2473:8, 2475:1, 2477:12, 2477:16, 2478:6, 2478:8, 2479:19, 2481:14, 2482:1, 2484:25, 2485:23, 2487:4, 2487:6, 2487:13, 2490:8, 2490:18, 2501:5, 2502:21, 2527:24, 2542:11, 2580:25, 2583:13, 2583:22, 2583:25, 2584:8, 2584:11, 2585:20

**Dated** [1] - 2600:10

**dates** [7] - 2488:22, 2542:6, 2542:22, 2543:10, 2544:7, 2580:13, 2589:8

**DAVID** [1] - 2460:14

**DAY** [1] - 2459:10

**days** [17] - 2477:8, 2481:24, 2521:15, 2521:18, 2521:25, 2522:9, 2522:14, 2522:18, 2522:23, 2523:3, 2529:13, 2542:9, 2544:8, 2580:8, 2597:15

**DC** [2] - 2552:2, 2586:16

**DCvolunteers@protonmail.com** [1] - 2485:7

**deadline** [1] - 2595:3

**deal** [2] - 2594:1, 2594:2

**dealt** [1] - 2562:6

**death** [4] - 2472:23, 2522:1, 2522:2, 2530:23

**December** [27] - 2475:3, 2477:13, 2477:16, 2478:8, 2479:21, 2481:15, 2481:18, 2513:24, 2514:6, 2526:15, 2526:18, 2529:17, 2535:14, 2542:8, 2542:9, 2542:12, 2551:8, 2572:13, 2575:15, 2576:13, 2583:14, 2584:1, 2584:12, 2585:21, 2586:5, 2586:15

**decision** [6] - 2462:11, 2465:5, 2465:6, 2465:17, 2466:19, 2466:25

**decisions** [5] - 2465:10, 2467:11, 2467:18, 2467:21, 2467:24

**deemed** [1] - 2564:3

**deep** [1] - 2537:13

**defend** [1] - 2467:24

**DEFENDANT** [5] - 2459:22, 2460:2, 2460:8, 2460:11, 2460:14

**Defendant** [17] - 2461:18, 2461:18, 2461:19, 2461:19, 2461:20, 2488:24, 2489:1, 2489:3, 2489:7, 2489:8, 2489:11, 2489:14, 2526:6, 2565:24, 2575:8, 2575:20, 2576:16

**Defendants** [6] - 2459:7, 2462:2, 2488:17, 2489:24, 2576:9, 2581:3

**Defense** [2] - 2568:17, 2587:3

**defense** [15] - 2466:10, 2466:15, 2467:4, 2469:2, 2516:18, 2521:4, 2521:12, 2582:22, 2584:14, 2593:11, 2593:17, 2593:22, 2594:24, 2595:13, 2598:4

**defensive** [4] - 2509:14, 2509:16, 2510:8, 2510:10

**define** [2] - 2534:9, 2553:18

**defining** [1] - 2540:4

**Delgado** [1] - 2465:4

**demonstrated** [2] - 2509:19, 2509:21

**demonstrating** [1] - 2509:23

**department** [1] - 2490:16

**DEPARTMENT** [1] - 2459:20

**dependent** [1] - 2536:19

**deployed** [1] - 2536:20

**deploying** [1] - 2487:25

**DEPUTY** [5] - 2469:19, 2515:5, 2524:9, 2564:22, 2587:22

**derive** [1] - 2518:20

**derived** [1] - 2486:11

**describe** [1] - 2535:25

**described** [1] - 2539:6

**detailing** [1] - 2540:15

**details** [2] - 2475:11, 2475:12

**determinations** [1] - 2555:6

**determine** [1] - 2555:9

**different** [14] - 2462:17, 2464:2, 2466:1, 2467:4, 2468:21, 2498:14, 2508:22, 2518:15, 2518:16, 2537:6, 2551:18, 2553:19

**differently** [1] - 2469:9

**Direct** [1] - 2461:3

**direct** [15] - 2480:16, 2513:13, 2525:5, 2541:15, 2541:18, 2541:20, 2542:18, 2543:2, 2544:5, 2563:6, 2571:4, 2573:6, 2579:7, 2580:11, 2593:17

**DIRECT** [1] - 2470:4

**directly** [3] - 2535:3, 2543:11, 2544:16

**disagree** [3] - 2516:1, 2516:16, 2521:2

**define** [2] - 2534:9, 2553:18

**disagreement** [1] - 2582:23

**discovery** [5] - 2517:19, 2517:24, 2585:5, 2591:15

**discuss** [1] - 2579:13

**discussed** [4] - 2465:4, 2513:12, 2513:24, 2533:14

**discussing** [4] - 2462:4, 2525:4, 2531:12, 2584:19

**discussion** [19] - 2512:25, 2514:7, 2514:16, 2524:22, 2525:17, 2525:21, 2525:22, 2527:5, 2527:6, 2527:9, 2527:15, 2528:10, 2528:13, 2528:15, 2531:11, 2532:12, 2539:19, 2546:22

**discussions** [6] - 2520:23, 2522:3, 2525:16, 2529:2, 2529:12, 2580:7

**disingenuous** [1] - 2522:6

**displayed** [1] - 2496:4

**dispute** - 2592:4

**disregard** [1] - 2529:25

**dissatisfaction** [2] - 2540:15, 2540:20

**distinct** [1] - 2464:9

**distorts** [3] - 2463:7, 2464:16

**distribute** [1] - 2582:7

**DISTRICT** [4] - 2459:1, 2459:1, 2459:11, 2459:17

**district** [1] - 2600:13

**District** [3] - 2460:18, 2460:19, 2600:13

**divorced** [1] - 2519:14

**document** [15] - 2505:11, 2505:12, 2532:6, 2556:10, 2565:3, 2568:24, 2568:25, 2569:16, 2570:7, 2570:10, 2570:12, 2570:22, 2571:5, 2596:25

**document-by-document** [1] -

2556:10
**documents** [3] -
2554:3, 2554:11,
2554:18
**DOD** [1] - 2567:10
**Donald** [15] -
2474:20, 2474:21,
2474:22, 2474:23,
2475:1, 2475:8,
2475:16, 2476:5,
2476:12, 2476:13,
2478:25, 2479:19,
2479:23, 2480:17,
2481:13
**done** [8] - 2468:16,
2483:4, 2537:13,
2553:17, 2557:14,
2568:14, 2572:20
**Donovan** [29] -
2485:19, 2494:21,
2494:25, 2501:12,
2501:15, 2503:25,
2518:13, 2541:16,
2541:20, 2541:24,
2549:6, 2557:10,
2563:10, 2564:6,
2564:10, 2565:8,
2566:12, 2566:20,
2567:5, 2569:17,
2570:9, 2571:7,
2573:4, 2573:17,
2583:7, 2587:8,
2587:13, 2589:20,
2589:21
**DonovanCrowl** [1] -
2503:9
**door** [4] - 2462:15,
2464:19, 2467:15,
2469:10
**dot** [1] - 2501:14
**Doug** [12] - 2464:12,
2476:17, 2533:17,
2533:22, 2535:3,
2536:14, 2542:2,
2542:20, 2542:21,
2586:1, 2586:4,
2586:23
**down** [14] - 2483:6,
2496:8, 2496:22,
2500:3, 2503:1,
2504:4, 2515:10,
2535:7, 2566:19,
2567:14, 2573:7,
2582:10, 2590:17,
2596:24
**download** [4] -
2476:25, 2519:4,
2519:23, 2520:7
**downloading** [1] -
2519:22

**dress** [3] - 2487:20,
2487:21, 2538:14
**dressed** [2] -
2535:23, 2538:24
**drive** [1] - 2510:20
**dues** [1] - 2540:7
**dumb** [1] - 2554:6
**Dunn** [2] - 2550:10,
2552:20
**during** [8] - 2489:11,
2489:13, 2490:24,
2497:6, 2504:9,
2505:21, 2513:4,
2543:6
**dying** [3] - 2473:25,
2522:2

# E

**early** [12] - 2514:23,
2514:24, 2559:23,
2560:4, 2561:7,
2562:3, 2563:16,
2571:2, 2571:24,
2574:1, 2574:11,
2594:11
**early-morning** [2] -
2563:16, 2571:2
**easier** [2] - 2568:18,
2568:20
**easiest** [1] - 2516:13
**Eastern** [2] -
2548:18, 2573:19
**EDWARD** [1] -
2459:23
**Edwards** [1] -
2600:12
**EDWARDS** [7] -
2459:15, 2460:17,
2596:10, 2597:12,
2597:23, 2599:3,
2600:3
**effect** [1] - 2530:7
**effort** [1] - 2527:16
**efforts** [4] - 2522:5,
2525:17, 2527:11,
2529:3
**either** [7] - 2492:11,
2551:15, 2551:21,
2551:23, 2557:13,
2591:6, 2596:19
**election** [2] -
2522:15, 2559:9
**Electoral** [5] -
2547:2, 2547:5,
2559:10, 2577:7,
2577:11
**eleven** [1] - 2518:10
**Eleventh** [1] - 2465:3

**elicit** [2] - 2507:17,
2518:11
**elicited** [2] - 2507:2,
2579:12
**Eller** [53] - 2461:6,
2469:25, 2470:6,
2470:24, 2471:7,
2471:25, 2476:22,
2478:24, 2480:13,
2481:11, 2484:7,
2486:22, 2490:4,
2491:10, 2492:5,
2492:14, 2492:25,
2493:11, 2494:1,
2494:12, 2494:18,
2495:11, 2496:12,
2497:11, 2497:25,
2500:8, 2500:11,
2502:11, 2504:7,
2505:2, 2505:21,
2508:24, 2509:10,
2515:10, 2524:20,
2559:3, 2572:25,
2577:23, 2579:1,
2580:23, 2582:12,
2583:4, 2583:8,
2583:20, 2584:20,
2586:19, 2587:16,
2588:3, 2588:22,
2590:16, 2592:18
**ELLER** [2] - 2592:20,
2592:23
**Ellipse** [1] - 2574:6
**ELMER** [1] - 2459:6
**Elmer** [1] - 2488:17
**elsewhere** [1] -
2506:15
**email** [4] - 2475:13,
2505:5, 2505:6,
2505:8
**emphasizing** [1] -
2463:23
**end** [9] - 2468:3,
2480:9, 2498:17,
2498:18, 2529:17,
2557:16, 2582:7,
2590:14, 2590:22
**enforcement** [2] -
2531:12, 2532:24
**engage** [1] - 2527:10
**engaged** [2] -
2474:11, 2552:8
**engaging** [3] -
2514:7, 2521:22,
2525:18
**entered** [19] -
2469:20, 2471:23,
2479:16, 2481:8,
2484:2, 2486:18,
2487:2, 2495:9,

2499:23, 2501:2,
2504:22, 2524:10,
2526:7, 2565:25,
2575:9, 2575:21,
2576:17, 2585:16,
2589:12
**entire** [2] - 2521:24,
2524:6
**entirety** [2] -
2522:11, 2522:17
**entitled** [1] - 2465:20
**environment** [3] -
2536:20, 2536:21,
2536:22
**equally** [1] - 2468:7
**ER** [1] - 2507:16
**ESQ** [14] - 2459:14,
2459:15, 2459:15,
2459:16, 2459:19,
2459:19, 2459:22,
2459:23, 2459:23,
2460:2, 2460:4,
2460:8, 2460:11,
2460:14
**essentially** [1] -
2497:16
**establish** [3] -
2595:21, 2595:24,
2596:3
**established** [1] -
2584:17
**establishing** [1] -
2572:16
**estimation** [1] -
2462:21
**et** [4] - 2459:6,
2554:19, 2572:15
**eve** [1] - 2572:17
**Eve** [1] - 2480:7
**evening** [6] - 2462:5,
2525:9, 2552:2,
2590:25, 2598:2
**event** [8] - 2514:4,
2514:7, 2539:11,
2543:20, 2551:8,
2560:15, 2574:5
**events** [19] -
2537:17, 2537:21,
2538:6, 2539:1,
2539:10, 2543:2,
2544:2, 2544:4,
2544:8, 2544:9,
2544:14, 2544:17,
2556:23, 2557:21,
2558:2, 2574:9,
2574:10, 2579:21,
2580:3
**evidence** [55] -
2463:16, 2464:25,
2465:21, 2466:4,

2469:1, 2471:23,
2474:5, 2474:6,
2479:16, 2481:8,
2484:2, 2486:18,
2488:16, 2488:20,
2488:24, 2490:1,
2495:9, 2499:23,
2501:2, 2503:13,
2504:22, 2507:4,
2511:1, 2511:10,
2511:12, 2512:3,
2513:16, 2522:12,
2526:7, 2534:10,
2542:24, 2544:16,
2545:8, 2556:11,
2560:13, 2560:19,
2561:22, 2562:9,
2565:25, 2575:9,
2575:21, 2576:17,
2578:14, 2581:11,
2583:16, 2584:3,
2585:16, 2586:13,
2589:12, 2594:3,
2594:7, 2594:18
**EVIDENCE** [1] -
2461:10
**Evidence** [1] -
2468:15
**evident** [1] - 2534:5
**evidentiary** [1] -
2499:3
**exact** [1] - 2543:3
**EXAMINATION** [7] -
2470:4, 2509:8,
2533:4, 2546:15,
2549:24, 2553:9,
2577:21
**examination** [6] -
2525:6, 2563:7,
2579:7, 2580:12,
2585:14, 2594:16
**examine** [3] -
2468:12, 2546:5,
2585:9
**example** [1] -
2547:16
**except** [1] - 2517:23
**exchange** [1] -
2587:7
**exchanged** [3] -
2474:10, 2521:18,
2578:5
**excluded** [1] -
2465:1
**exculpatory** [3] -
2463:13, 2466:4,
2466:5
**excuse** [2] - 2516:10,
2527:3

2609

**excused** [2] - 2590:20, 2591:22
**exercise** [4] - 2513:21, 2513:23, 2513:25, 2514:1
**exhibit** [26] - 2462:25, 2480:9, 2483:24, 2500:7, 2500:14, 2502:25, 2508:8, 2520:14, 2525:4, 2531:6, 2531:8, 2535:7, 2535:9, 2547:21, 2569:6, 2571:12, 2575:1, 2584:4, 2585:3, 2585:4, 2587:5, 2587:17, 2587:20, 2591:15, 2591:16
**Exhibit** [90] - 2461:11, 2461:12, 2461:12, 2461:13, 2461:13, 2461:14, 2461:15, 2461:16, 2461:16, 2461:18, 2461:18, 2461:19, 2461:19, 2461:20, 2471:3, 2471:19, 2471:22, 2474:4, 2478:21, 2479:12, 2479:15, 2480:11, 2481:4, 2481:7, 2483:7, 2483:22, 2484:1, 2485:21, 2486:14, 2486:17, 2488:15, 2488:25, 2489:1, 2489:2, 2489:7, 2489:9, 2491:4, 2491:8, 2491:13, 2492:3, 2492:19, 2492:23, 2494:16, 2495:5, 2495:8, 2496:9, 2499:22, 2499:25, 2500:23, 2501:1, 2503:7, 2503:14, 2503:17, 2504:14, 2504:21, 2505:19, 2506:2, 2524:21, 2526:6, 2528:20, 2530:18, 2531:5, 2536:7, 2564:25, 2565:2, 2565:19, 2565:24, 2568:17, 2572:25, 2575:5, 2575:6, 2575:8, 2575:14, 2575:18, 2575:20, 2575:23, 2576:16, 2583:2, 2583:16, 2584:3, 2585:15, 2587:4,

2587:19, 2588:14, 2589:3, 2589:11, 2589:15, 2589:25
**Exhibits** [3] - 2498:2, 2498:4, 2499:11
**EXHIBITS** [1] - 2461:10
**exhibits** [6] - 2499:17, 2514:13, 2514:18, 2579:9, 2593:9, 2593:10
**exist** [1] - 2466:20
**exited** [2] - 2515:6, 2591:1
**expect** [2] - 2572:1, 2574:2
**experience** [1] - 2538:13
**experienced** [1] - 2586:17
**expert** [2] - 2493:21, 2517:21
**explain** [6] - 2467:20, 2474:16, 2484:6, 2490:11, 2491:12, 2498:25
**explaining** [1] - 2462:16
**explains** [1] - 2520:5
**explanation** [2] - 2469:11, 2580:13
**expressing** [1] - 2540:20
**extensive** [1] - 2537:8
**extracted** [8] - 2471:12, 2479:5, 2479:9, 2480:22, 2482:21, 2483:15, 2483:19, 2500:15
**extraction** [8] - 2494:24, 2517:18, 2517:22, 2518:19, 2518:23, 2524:23, 2584:20
**extractions** [2] - 2524:24, 2531:25
**eyes** [2] - 2558:2, 2573:12

# F

**Facebook** [33] - 2500:11, 2500:12, 2500:16, 2500:19, 2517:13, 2517:18, 2517:22, 2518:1, 2518:5, 2518:23, 2519:15, 2520:14,

2520:16, 2524:22, 2524:23, 2527:1, 2527:2, 2528:1, 2528:23, 2546:20, 2550:15, 2550:18, 2565:4, 2565:5, 2565:6, 2565:10, 2569:18, 2569:19, 2569:21, 2569:22, 2572:13, 2573:3
**fact** [24] - 2462:12, 2466:3, 2467:5, 2478:17, 2490:1, 2509:19, 2511:19, 2512:3, 2518:4, 2525:11, 2532:22, 2544:13, 2560:19, 2561:11, 2561:17, 2562:15, 2562:19, 2562:25, 2568:17, 2570:15, 2590:6, 2592:2, 2595:20, 2598:8
**factors** [2] - 2462:12, 2465:9
**facts** [6] - 2466:11, 2468:19, 2489:25, 2554:21, 2554:25, 2556:12
**factual** [1] - 2595:13
**factually** [1] - 2595:25
**fail** [1] - 2570:14
**fair** [22] - 2471:15, 2479:8, 2480:25, 2483:18, 2486:8, 2486:10, 2500:19, 2513:10, 2553:21, 2553:23, 2554:4, 2554:13, 2556:3, 2556:10, 2557:11, 2557:18, 2564:6, 2567:1, 2571:16, 2574:22, 2577:8, 2582:18
**fairly** [2] - 2521:7, 2534:5
**faith** [4] - 2511:25, 2512:6, 2512:12, 2512:14
**fall** [4] - 2516:2, 2521:20, 2538:10, 2598:25
**falls** [2] - 2516:16, 2559:2
**familiar** [9] - 2524:23, 2525:1, 2547:8, 2547:14, 2548:3, 2548:22, 2549:8, 2549:11,

2584:21
**family** [4] - 2523:18, 2556:22, 2557:10, 2557:16
**fantastic** [1] - 2476:7
**far** [3] - 2513:9, 2514:17, 2544:18
**farm** [2] - 2542:2, 2542:21, 2560:7, 2560:15, 2560:21, 2560:23
**fast** [2] - 2531:19, 2555:1
**fault** [1] - 2546:9
**FBI** [16] - 2463:11, 2468:24, 2488:23, 2489:6, 2489:10, 2498:18, 2512:17, 2553:22, 2553:25, 2554:16, 2555:20, 2555:23, 2557:14, 2561:18, 2562:4, 2564:8
**Federal** [1] - 2556:2
**feed** [1] - 2496:22
**few** [7] - 2481:24, 2491:1, 2504:10, 2515:8, 2515:23, 2533:8, 2577:25
**field** [3] - 2513:21, 2513:23, 2513:25
**Fifth** [2] - 2463:2, 2466:9
**fight** [1] - 2529:21
**fighters** [1] - 2560:20
**fighting** [3] - 2578:23, 2579:25, 2581:7
**figure** [2] - 2594:12, 2598:24
**file** [2] - 2554:8, 2554:15
**filed** [1] - 2462:5
**filing** [1] - 2555:6
**filmed** [1] - 2588:18
**filter** [1] - 2597:6
**filtered** [1] - 2597:14
**final** [2] - 2497:15, 2587:16
**fine** [7] - 2493:24, 2506:20, 2508:4, 2553:13, 2567:19, 2592:11, 2596:10
**firearms** [1] - 2510:16
**firm** [2] - 2595:3, 2596:20
**firmly** [1] - 2512:4
**first** [21] - 2471:25, 2481:19, 2483:4,

2486:21, 2504:23, 2516:12, 2516:15, 2520:22, 2548:21, 2558:1, 2561:17, 2562:3, 2562:9, 2562:10, 2564:12, 2573:8, 2575:4, 2578:3, 2583:5, 2591:23, 2592:2
**firsthand** [1] - 2512:16
**FISCHER** [50] - 2460:14, 2460:15, 2462:22, 2468:17, 2469:4, 2469:16, 2553:10, 2559:5, 2559:6, 2561:23, 2562:2, 2563:8, 2563:9, 2564:18, 2564:20, 2564:23, 2565:15, 2565:18, 2566:1, 2567:16, 2567:18, 2567:21, 2567:22, 2568:19, 2568:23, 2569:4, 2569:8, 2569:10, 2569:15, 2570:1, 2570:8, 2570:20, 2571:9, 2572:5, 2572:21, 2572:24, 2574:22, 2574:24, 2575:2, 2575:3, 2575:5, 2575:10, 2575:12, 2575:17, 2576:2, 2576:5, 2576:7, 2576:18, 2577:15, 2577:18
**Fischer** [15] - 2462:4, 2462:9, 2465:2, 2466:1, 2466:5, 2467:7, 2469:17, 2563:7, 2567:13, 2569:3, 2569:7, 2570:6, 2570:22, 2574:20, 2577:17
**fit** [2] - 2578:23, 2579:25
**Five** [1] - 2468:8
**five** [2] - 2573:18, 2589:24
**flag** [12] - 2489:17, 2506:14, 2506:15, 2506:25, 2507:6, 2507:12, 2507:14, 2507:17, 2507:19, 2507:23, 2507:25, 2508:1
**flashlight** [1] - 2491:18
**flavoring** [1] - 2524:6

**FLDC** [4] - 2482:12, 2484:8, 2485:6, 2485:13

**flexible** [2] - 2594:15

**Florida** [5] - 2484:11, 2484:13, 2484:14, 2484:16, 2487:7

**fluid** [1] - 2594:16

**focus** [9] - 2533:9, 2533:15, 2541:9, 2548:12, 2548:13, 2558:20, 2560:2, 2560:3, 2561:6

**focused** [1] - 2559:23

**folded** [1] - 2506:14

**folding** [1] - 2504:3

**folks** [7] - 2462:17, 2475:10, 2482:13, 2484:20, 2549:3, 2549:8, 2558:14

**follow** [3] - 2510:1, 2527:24, 2594:9

**follow-on** [1] - 2527:24

**follow-up** [1] - 2510:1

**followed** [1] - 2532:25

**following** [18] - 2469:21, 2488:20, 2488:24, 2489:6, 2489:11, 2506:18, 2508:6, 2511:6, 2512:21, 2515:7, 2515:13, 2524:11, 2570:4, 2572:22, 2579:14, 2580:20, 2591:2, 2593:10

**follows** [1] - 2576:10

**footage** [3] - 2588:7, 2588:10, 2588:17

**FOR** [9] - 2459:1, 2459:14, 2459:17, 2459:22, 2460:2, 2460:8, 2460:11, 2460:14, 2461:5

**foregoing** [1] - 2600:4

**formal** [1] - 2581:24

**format** [1] - 2594:13

**former** [1] - 2507:2

**FORMERFEDSGROUP.COM** [1] - 2460:8

**forming** [1] - 2540:9

**formulated** [1] - 2545:9

**forward** [3] - 2555:10, 2556:13, 2590:23

**foundation** [2] - 2473:17, 2588:15

**foundational** [1] - 2595:17

**founder** [1] - 2540:17

**founding** [1] - 2586:11

**four** [2] - 2463:11, 2477:8

**fourteen** [1] - 2544:8

**frankly** [1] - 2467:15

**free** [1] - 2581:25

**friends** [3] - 2482:7, 2531:4, 2556:21

**front** [6] - 2493:14, 2493:17, 2501:21, 2514:16, 2526:21, 2573:1

**Front** [2] - 2460:12, 2510:23

**frustration** [1] - 2467:25

**FRX** [2] - 2513:20, 2514:2

**fuchsia** [1] - 2573:7

**fuchsia-colored** [1] - 2573:7

**full** [6] - 2466:10, 2500:4, 2503:10, 2581:25, 2600:5

**fundamentally** [1] - 2533:22

**furtherance** [2] - 2596:15, 2596:16

**future** [1] - 2466:24

## G

**game** [1] - 2571:16

**gas** [4] - 2496:14, 2496:16, 2496:17, 2497:1

**gather** [1] - 2554:21

**Gator** [2] - 2485:1, 2485:2

**gear** [8] - 2495:18, 2495:21, 2536:2, 2536:16, 2537:6, 2538:6, 2538:14, 2538:25

**gearing** [1] - 2520:25

**general** [2] - 2475:11, 2520:2

**generally** [4] - 2462:23, 2501:10, 2519:15, 2522:15

**gentleman** [1] - 2536:11

**gentlemen** [6] - 2469:23, 2489:20, 2514:22, 2524:15, 2576:7, 2590:21

**Geyer** [8] - 2546:5, 2549:22, 2550:2, 2550:8, 2550:11, 2552:14, 2552:25

**GEYER** [12] - 2460:8, 2488:12, 2546:6, 2549:23, 2550:1, 2550:9, 2550:13, 2550:14, 2552:17, 2552:18, 2553:2, 2553:5

**giggle** [1] - 2568:1

**given** [4] - 2463:10, 2468:11, 2468:24, 2585:8

**glad** [1] - 2478:3

**glasses** [1] - 2470:16

**Glen** [1] - 2460:16

**gloves** [7] - 2491:19, 2493:12, 2493:13, 2495:23, 2536:23, 2536:25

**goal** [3] - 2558:13, 2596:14, 2598:24

**God** [1] - 2586:11

**goggles** [3] - 2493:4, 2493:18, 2496:3

**good-faith** [3] - 2512:6, 2512:12, 2512:14

**GoToMeeting** [6] - 2577:4, 2579:5, 2580:24, 2591:25, 2592:12

**Government** [74] - 2462:11, 2462:16, 2463:5, 2463:17, 2463:23, 2464:20, 2465:7, 2465:12, 2465:20, 2465:22, 2466:6, 2466:22, 2467:12, 2467:23, 2468:7, 2468:11, 2469:11, 2471:18, 2479:11, 2481:3, 2483:21, 2485:21, 2486:13, 2488:17, 2489:24, 2495:4, 2499:10, 2500:22, 2504:16, 2507:9, 2508:2, 2511:3, 2511:9, 2514:14, 2514:17, 2516:1, 2516:15, 2516:23, 2517:6, 2517:18, 2517:24, 2521:3,

2521:13, 2521:19, 2521:22, 2522:13, 2522:16, 2522:22, 2522:24, 2524:20, 2525:4, 2528:20, 2530:18, 2531:5, 2532:5, 2536:7, 2542:25, 2565:14, 2569:2, 2569:11, 2571:6, 2572:6, 2576:9, 2579:9, 2584:14, 2584:18, 2588:13, 2589:2, 2591:9, 2591:24, 2592:3, 2592:15, 2593:8, 2594:10

**GOVERNMENT** [2] - 2459:14, 2461:5

**government's** [9] - 2461:11, 2461:12, 2461:12, 2461:13, 2461:13, 2461:14, 2461:15, 2461:16, 2461:16

**Government's** [63] - 2462:25, 2463:18, 2465:5, 2465:6, 2465:23, 2471:3, 2471:19, 2471:22, 2474:4, 2478:21, 2479:12, 2479:15, 2480:11, 2481:4, 2481:7, 2483:7, 2483:22, 2484:1, 2486:14, 2486:17, 2488:15, 2491:4, 2491:8, 2491:13, 2492:3, 2492:19, 2492:23, 2494:16, 2495:5, 2495:8, 2496:9, 2498:3, 2499:11, 2499:22, 2499:25, 2500:23, 2501:1, 2503:7, 2503:13, 2503:17, 2504:13, 2504:21, 2505:18, 2506:1, 2511:13, 2512:1, 2512:9, 2514:13, 2547:21, 2583:1, 2583:16, 2584:2, 2585:3, 2585:15, 2587:18, 2588:14, 2589:3, 2589:11, 2589:15, 2589:25, 2597:3, 2598:14, 2598:17

**Governor** [1] - 2460:15

**grainy** [2] - 2501:12,

2502:3

**grant** [1] - 2463:6

**great** [2] - 2479:25, 2567:11

**green** [3] - 2470:14, 2503:10, 2504:2

**Greene** [1] - 2581:20

**grounds** [1] - 2516:2

**group** [34] - 2473:22, 2477:4, 2480:15, 2480:17, 2480:19, 2480:22, 2481:16, 2482:6, 2482:12, 2483:13, 2484:7, 2484:15, 2485:6, 2487:7, 2488:3, 2517:15, 2518:15, 2528:3, 2531:12, 2532:13, 2533:11, 2539:21, 2540:10, 2540:11, 2541:3, 2541:19, 2541:23, 2543:1, 2544:3, 2547:11, 2549:1, 2566:24, 2586:16, 2591:6

**groups** [1] - 2541:8

**grueling** [1] - 2582:1

**Guard** [2] - 2548:3, 2548:7

**guess** [14] - 2462:9, 2467:2, 2475:17, 2486:6, 2491:22, 2496:2, 2502:3, 2502:4, 2504:15, 2528:5, 2534:25, 2555:13, 2570:18, 2572:16

**guilty** [1] - 2465:24

**gun** [6] - 2487:18, 2489:3, 2496:22, 2497:4, 2497:18

**guns** [1] - 2511:10

**gunshots** [1] - 2492:12

**guy** [4] - 2477:20, 2567:11, 2572:19, 2573:4

**guys** [5] - 2463:20, 2463:24, 2481:19, 2581:24, 2582:4

## H

**haircut** [1] - 2546:11

**hairs** [1] - 2562:11

**half** [1] - 2528:14

**HALLER** [3] - 2460:4, 2460:5,

2589:4
  **hand** [6] - 2496:2,
2498:9, 2511:18,
2521:23, 2566:15,
2570:20
  **handed** [2] - 2554:8,
2554:15
  **hang** [6] - 2511:5,
2544:23, 2545:1,
2546:4, 2579:17,
2588:23
  **happy** [8] - 2483:4,
2508:3, 2510:1,
2514:15, 2520:9,
2520:11, 2592:9,
2593:1
  **hard** [4] - 2468:14,
2493:13, 2501:12,
2596:6
  **hard-pressed** [1] -
2468:14
  **harm** [1] - 2521:8
  **Harrelson** [4] -
2488:18, 2550:3,
2550:6, 2550:15
  **HARRELSON** [1] -
2460:8
  **Harrisburg** [1] -
2460:13
  **Harry** [2] - 2550:10,
2552:20
  **hats** [1] - 2573:12
  **headache** [1] -
2566:10
  **headed** [2] -
2571:25, 2574:1
  **heading** [2] -
2486:24, 2592:22
  **heard** [5] - 2464:23,
2489:21, 2590:13,
2593:16, 2593:21
  **hearsay** [5] -
2511:14, 2512:4,
2512:14, 2565:13,
2569:12
  **heavy** [1] - 2492:5
  **hello** [1] - 2550:2
  **helmet** [3] - 2489:2,
2493:4, 2496:3
  **helmets** [1] -
2538:25
  **help** [1] - 2473:25
  **helpful** [1] - 2596:25
  **helps** [1] - 2519:3
  **hereby** [3] - 2488:19,
2576:9, 2600:3
  **herself** [1] - 2490:15
  **hesitation** [1] -
2546:14
  **highlighted** [1] -

2597:21
  **Highway** [1] -
2460:15
  **Hill** [1] - 2482:7
  **himself** [3] - 2568:8,
2568:12, 2588:18
  **hit** [1] - 2492:12
  **hold** [1] - 2496:21
  **holding** [6] -
2491:12, 2492:3,
2493:3, 2497:1,
2497:3, 2498:9
  **home** [9] - 2488:25,
2489:12, 2489:14,
2490:7, 2490:9,
2490:18, 2490:21,
2491:2, 2509:2
  **honestly** [4] -
2567:7, 2567:8,
2567:9, 2587:11
  **Honor** [105] -
2462:22, 2463:7,
2463:10, 2463:25,
2464:8, 2464:16,
2464:21, 2464:24,
2465:1, 2465:19,
2468:17, 2469:16,
2470:3, 2470:20,
2473:15, 2481:5,
2481:9, 2483:3,
2486:19, 2488:3,
2488:12, 2499:20,
2500:24, 2506:16,
2506:21, 2507:15,
2508:2, 2509:7,
2509:24, 2510:25,
2511:3, 2511:21,
2512:2, 2512:20,
2514:11, 2515:22,
2515:25, 2516:4,
2517:17, 2518:2,
2518:11, 2518:20,
2520:9, 2521:10,
2523:7, 2523:9,
2523:11, 2523:21,
2524:18, 2526:3,
2532:7, 2535:6,
2545:14, 2545:21,
2545:25, 2546:1,
2549:21, 2552:11,
2552:23, 2553:6,
2559:2, 2559:5,
2561:21, 2561:24,
2563:3, 2564:14,
2565:12, 2565:15,
2565:18, 2567:16,
2567:18, 2568:19,
2569:4, 2570:1,
2570:14, 2571:6,
2571:9, 2571:21,

2572:5, 2574:22,
2575:10, 2575:17,
2575:22, 2575:25,
2576:5, 2576:14,
2577:15, 2579:6,
2580:19, 2584:16,
2584:24, 2585:2,
2585:8, 2591:5,
2591:13, 2592:15,
2593:1, 2593:13,
2594:10, 2595:1,
2595:6, 2596:11,
2597:12, 2597:17,
2599:3
  **HONORABLE** [1] -
2459:11
  **hope** [5] - 2469:23,
2473:25, 2475:13,
2477:10, 2530:7
  **hopper** [5] - 2496:18,
2496:19, 2496:20,
2497:1, 2497:17
  **host** [2] - 2462:12,
2558:10
  **hotel** [3] - 2571:25,
2574:1, 2574:16
  **hour** [3] - 2469:23,
2510:20, 2528:14
  **hours** [9] - 2463:11,
2510:22, 2522:21,
2526:19, 2530:17,
2563:16, 2567:3,
2567:25, 2571:2
  **house** [3] - 2497:6,
2499:3, 2528:3
  **House** [3] - 2571:20,
2571:24, 2574:5
  **HUGHES** [224] -
2459:19, 2470:3,
2470:5, 2470:17,
2470:23, 2471:2,
2471:6, 2471:18,
2471:24, 2472:15,
2472:17, 2472:24,
2473:1, 2473:4,
2473:5, 2473:18,
2473:19, 2474:2,
2474:9, 2475:14,
2475:15, 2476:2,
2476:4, 2476:8,
2476:9, 2477:5,
2477:6, 2477:14,
2477:15, 2477:21,
2477:22, 2477:25,
2478:4, 2478:12,
2478:5, 2478:12,
2478:13, 2478:20,
2478:22, 2479:11,
2479:17, 2480:3,
2480:4, 2480:8,

2480:12, 2481:3,
2481:9, 2481:10,
2481:22, 2481:23,
2482:9, 2482:10,
2482:15, 2482:18,
2483:3, 2483:12,
2483:21, 2484:3,
2484:5, 2484:22,
2484:24, 2485:8,
2485:9, 2485:20,
2485:22, 2486:13,
2486:19, 2486:20,
2487:10, 2487:12,
2488:1, 2488:11,
2488:15, 2490:3,
2491:5, 2491:7,
2491:9, 2492:2,
2492:4, 2492:16,
2492:18, 2492:22,
2492:24, 2494:8,
2494:11, 2494:15,
2494:17, 2495:4,
2495:10, 2496:8,
2496:11, 2496:25,
2497:2, 2498:1,
2498:5, 2499:10,
2499:18, 2499:24,
2500:1, 2500:3,
2500:6, 2500:22,
2501:3, 2501:7,
2501:16, 2501:20,
2502:1, 2502:7,
2502:10, 2502:24,
2503:2, 2503:12,
2503:19, 2503:21,
2504:4, 2504:6,
2504:13, 2504:23,
2505:1, 2505:18,
2505:20, 2506:1,
2506:3, 2506:6,
2506:8, 2506:20,
2507:11, 2507:15,
2508:1, 2508:5,
2508:8, 2508:10,
2509:4, 2509:24,
2510:1, 2510:25,
2511:12, 2512:1,
2512:8, 2512:20,
2515:22, 2515:25,
2516:12, 2516:22,
2517:2, 2517:5,
2517:9, 2517:13,
2518:1, 2518:12,
2519:2, 2519:17,
2519:20, 2521:10,
2522:7, 2523:7,
2532:7, 2534:10,
2544:20, 2545:14,
2545:21, 2552:11,
2552:23, 2559:2,
2561:21, 2563:3,

2564:14, 2565:12,
2569:6, 2569:9,
2569:11, 2570:14,
2571:6, 2571:21,
2572:2, 2575:22,
2577:22, 2578:13,
2578:15, 2579:16,
2580:19, 2580:22,
2581:10, 2581:12,
2582:2, 2582:9,
2582:11, 2583:1,
2583:3, 2583:15,
2583:19, 2583:22,
2583:24, 2584:2,
2584:10, 2584:13,
2585:3, 2585:17,
2585:19, 2586:12,
2586:14, 2587:3,
2587:6, 2587:18,
2587:23, 2587:25,
2588:2, 2588:4,
2588:6, 2588:13,
2588:16, 2588:20,
2588:24, 2589:2,
2589:13, 2589:17,
2589:18, 2589:24,
2590:2, 2590:3,
2590:11, 2591:13,
2592:15, 2593:1
  **Hughes** [11] -
2470:2, 2488:14,
2490:2, 2511:8,
2516:19, 2519:8,
2520:19, 2577:20,
2591:10, 2592:6,
2592:9
  **huntin'** [1] - 2572:1
  **hunting** [3] - 2572:1,
2574:2, 2574:3
  **hypotheticals** [1] -
2467:2

**I**

  **idea** [5] - 2465:15,
2472:23, 2507:3,
2530:23, 2580:1
  **identification** [2] -
2470:18, 2470:22
  **identified** [6] -
2501:17, 2503:22,
2535:19, 2535:21,
2539:18, 2543:11
  **identify** [7] -
2495:18, 2495:21,
2496:13, 2543:16,
2562:19, 2569:1,
2593:12
  **identifying** [2] -
2470:12, 2501:14

2612

**lll** [1] - 2459:6
**illegal** [1] - 2545:13
**images** [2] - 2489:13, 2495:15
**immediately** [1] - 2530:16
**immunity** [1] - 2463:6
**implicated** [1] - 2511:4
**implication** [2] - 2511:24, 2571:11
**implicitly** [1] - 2463:19
**implied** [1] - 2511:4
**imply** [1] - 2571:14
**implying** [1] - 2578:16
**importance** [1] - 2564:4
**important** [1] - 2463:8
**importantly** [1] - 2595:18
**impress** [3] - 2567:10, 2587:12, 2587:13
**impression** [2] - 2464:9, 2464:11
**IN** [1] - 2461:10
**in-court** [1] - 2470:21
**inability** [1] - 2585:9
**inauguration** [5] - 2578:25, 2580:1, 2580:8, 2581:7, 2582:5
**include** [2] - 2519:12, 2536:23
**included** [2] - 2464:4, 2465:2
**including** [3] - 2465:10, 2495:25, 2554:2
**inconsistency** [1] - 2580:2
**incorporates** [1] - 2544:17
**incorrect** [1] - 2464:6
**independent** [2] - 2540:10, 2540:11
**indicate** [3] - 2463:12, 2513:16, 2593:9
**indicated** [4] - 2463:20, 2465:19, 2556:17, 2596:22
**indicates** [2] - 2567:24, 2571:19

**indication** [2] - 2510:12, 2510:15
**indicative** [1] - 2534:23
**individual** [21] - 2465:7, 2477:3, 2483:1, 2484:9, 2484:11, 2501:17, 2501:19, 2501:21, 2502:13, 2503:22, 2503:23, 2503:25, 2529:9, 2548:20, 2563:12, 2572:3, 2581:17, 2595:16, 2596:4
**individual's** [1] - 2465:8
**individually** [1] - 2557:2
**individuals** [19] - 2464:14, 2465:16, 2470:9, 2485:16, 2501:14, 2535:20, 2535:21, 2539:4, 2548:12, 2548:13, 2552:10, 2557:25, 2559:7, 2564:3, 2565:7, 2566:25, 2578:8, 2581:5, 2585:24
**indulgence** [4] - 2509:4, 2563:8, 2575:2, 2584:24
**infiltrate** [1] - 2573:13
**infiltrators** [1] - 2573:25
**influential** [1] - 2586:10
**info** [2] - 2478:15, 2581:25
**information** [18] - 2462:24, 2471:11, 2479:5, 2479:8, 2483:15, 2483:19, 2500:15, 2505:3, 2516:16, 2542:1, 2551:11, 2554:21, 2555:8, 2556:11, 2557:21, 2561:18, 2562:4, 2562:22
**informed** [1] - 2462:6
**informs** [1] - 2520:5
**initial** [1] - 2520:23
**innocence** [1] - 2465:8
**inserts** [1] - 2493:18
**inside** [8] - 2497:21, 2498:23, 2498:24,

2499:2, 2509:1, 2588:11, 2588:18, 2590:10
**insofar** [1] - 2468:9
**inspired** [1] - 2586:11
**install** [1] - 2476:21
**instance** [1] - 2467:3
**instead** [3] - 2497:20, 2571:18, 2574:15
**instruction** [3] - 2468:3, 2468:5, 2506:24
**intend** [3] - 2585:5, 2593:18, 2593:22
**intended** [2] - 2544:5, 2558:25
**intending** [1] - 2593:12
**interactions** [1] - 2578:3
**interchangeably** [1] - 2514:3
**interest** [2] - 2561:16, 2564:4
**interfere** [1] - 2542:23
**interjects** [1] - 2519:5
**interview** [11] - 2468:24, 2552:19, 2554:11, 2554:17, 2556:4, 2557:15, 2557:24, 2558:19, 2559:7, 2559:14, 2561:15
**interviewed** [4] - 2552:7, 2557:4, 2557:7, 2557:10
**interviewees** [1] - 2561:12
**interviewing** [4] - 2553:2, 2554:7, 2558:15, 2559:12
**interviews** [7] - 2552:6, 2552:8, 2556:18, 2557:14, 2557:20, 2558:13, 2558:21
**intimate** [1] - 2550:17
**intoxicated** [2] - 2568:13, 2568:14
**introduce** [7] - 2511:10, 2511:18, 2515:21, 2522:9, 2565:19, 2571:1, 2593:9
**introduced** [10] -

2469:10, 2512:3, 2517:7, 2521:14, 2521:19, 2522:13, 2522:17, 2522:23, 2565:14
**introducing** [4] - 2516:23, 2522:10, 2522:24, 2584:23
**investigate** [8] - 2513:5, 2541:7, 2548:20, 2549:4, 2554:8, 2554:10, 2556:3, 2556:9
**investigated** [2] - 2549:3, 2562:12
**investigating** [5] - 2539:22, 2541:2, 2555:17, 2558:6, 2560:4
**investigation** [42] - 2464:7, 2474:24, 2475:24, 2485:3, 2490:5, 2501:11, 2505:16, 2513:4, 2513:9, 2533:10, 2537:8, 2537:13, 2537:20, 2538:5, 2538:13, 2539:5, 2542:6, 2547:9, 2550:5, 2552:5, 2553:18, 2554:8, 2554:16, 2554:19, 2554:24, 2554:25, 2555:15, 2556:10, 2556:14, 2559:18, 2559:20, 2559:23, 2561:6, 2563:23, 2563:25, 2564:2, 2564:8, 2564:13, 2569:22, 2587:9
**Investigation** [1] - 2556:2
**investigations** [4] - 2553:16, 2553:19, 2553:22, 2555:24
**investigative** [1] - 2554:1
**investigator** [1] - 2554:9
**invoke** [2] - 2463:2, 2466:8
**invoking** [2] - 2468:8, 2597:3
**involve** [1] - 2582:5
**involved** [1] - 2556:20
**ire** [1] - 2597:3
**irrelevant** [1] - 2464:25

**Isaacs** [4] - 2482:25, 2483:1, 2484:10
**Isaacs's** [3] - 2482:24, 2483:15, 2483:19
**isolated** [1] - 2522:4
**issue** [11] - 2462:9, 2464:5, 2466:16, 2512:11, 2554:11, 2560:4, 2580:5, 2580:11, 2591:4, 2598:8
**issued** [1] - 2539:6
**issues** [5] - 2515:20, 2515:23, 2579:11, 2593:6, 2594:25
**issuing** [1] - 2554:3
**item** [5] - 2491:12, 2494:4, 2496:21, 2497:15, 2498:1
**items** [13] - 2488:20, 2488:24, 2489:6, 2490:21, 2491:1, 2491:15, 2493:1, 2496:13, 2498:7, 2498:22, 2504:8, 2509:1, 2539:6
**itself** [2] - 2545:10, 2596:12

## J

**J.C.'s** [1] - 2595:10
**JAMES** [1] - 2459:23
**Jan** [8] - 2481:17, 2482:12, 2482:19, 2484:8, 2485:6, 2485:13, 2581:23, 2586:16
**January** [89] - 2474:13, 2482:2, 2482:5, 2482:11, 2483:1, 2484:6, 2485:5, 2485:10, 2485:17, 2485:24, 2486:22, 2487:5, 2487:9, 2488:23, 2489:5, 2489:6, 2489:10, 2490:20, 2494:13, 2495:16, 2510:13, 2510:17, 2512:13, 2514:4, 2514:8, 2534:3, 2534:4, 2537:23, 2538:1, 2538:16, 2539:8, 2543:24, 2543:25, 2544:6, 2544:8, 2544:11, 2544:17, 2545:10, 2546:23, 2550:6,

2613

2552:3, 2556:23,
2557:21, 2558:4,
2558:6, 2558:9,
2558:10, 2558:11,
2558:12, 2558:17,
2559:10, 2562:5,
2562:17, 2563:2,
2563:16, 2564:13,
2568:9, 2570:11,
2570:13, 2570:15,
2570:16, 2571:2,
2571:12, 2571:15,
2571:18, 2572:8,
2572:18, 2573:10,
2573:17, 2573:18,
2574:5, 2574:6,
2574:11, 2579:21,
2579:25, 2580:3,
2580:14, 2580:16,
2586:21, 2586:24,
2588:8, 2588:11,
2589:5, 2590:6,
2595:14
    **Jarhead** [2] -
2541:13, 2541:25
    **jeans** [1] - 2487:17
    **JEFFREY** [1] -
2459:15
    **Jeffrey** [2] - 2552:10,
2552:17
    **Jericho** [8] -
2535:14, 2542:11,
2542:23, 2543:6,
2551:9, 2551:10,
2551:12, 2551:20
    **Jersey** [1] - 2460:10
    **Jess** [2] - 2481:19,
2481:20
    **Jessica** [39] -
2471:10, 2472:4,
2472:9, 2473:7,
2476:11, 2479:1,
2479:3, 2479:19,
2482:3, 2482:4,
2482:5, 2486:1,
2486:7, 2488:18,
2490:4, 2494:19,
2495:13, 2500:13,
2502:17, 2521:14,
2537:20, 2539:2,
2540:9, 2543:12,
2544:3, 2549:6,
2559:18, 2563:19,
2565:11, 2566:3,
2566:5, 2566:18,
2566:19, 2578:21,
2581:4, 2581:13,
2581:14, 2589:20,
2590:5
    **join** [1] - 2522:1

    **joining** [1] - 2521:25
    **Jolly** [7] - 2502:12,
2502:16, 2526:14,
2526:24, 2565:7,
2565:11, 2566:3
    **jolly** [1] - 2566:5
    **JONATHAN** [1] -
2460:11
    **JR** [3] - 2459:15,
2459:23, 2460:2
    **Judge** [3] - 2499:16,
2509:25, 2515:17
    **JUDGE** [1] - 2459:11
    **judicial** [1] - 2468:20
    **JULI** [2] - 2460:4,
2460:5
    **jump** [1] - 2556:7
    **jumped** [1] - 2531:19
    **jungle** [1] - 2536:21
    **jurors** [3] - 2469:18,
2514:25, 2523:16
    **jury** [34] - 2462:6,
2463:14, 2464:9,
2467:10, 2467:15,
2468:3, 2469:7,
2469:19, 2469:20,
2474:16, 2506:19,
2511:7, 2511:24,
2514:16, 2515:6,
2524:9, 2524:10,
2526:2, 2546:19,
2546:20, 2546:21,
2547:23, 2548:14,
2548:16, 2564:21,
2567:4, 2570:5,
2575:25, 2576:7,
2578:13, 2579:15,
2591:1, 2594:18
    **JURY** [1] - 2459:10
    **JUSTICE** [1] -
2459:20
    **JUSTIN** [1] - 2459:19
    **Justin** [1] - 2461:6

# K

    **KATHRYN** [1] -
2459:14
    **keep** [3] - 2535:8,
2572:19, 2573:12
    **Keeper** [8] - 2493:9,
2506:25, 2507:1,
2507:3, 2507:12,
2507:14, 2507:16,
2507:19
    **Keepers** [46] -
2462:8, 2463:20,
2464:4, 2475:9,
2483:2, 2484:12,

2484:16, 2489:17,
2534:8, 2534:18,
2537:7, 2537:14,
2537:23, 2538:1,
2538:24, 2540:2,
2540:7, 2540:12,
2540:17, 2541:4,
2541:23, 2543:3,
2546:22, 2548:6,
2548:10, 2551:1,
2556:20, 2556:21,
2556:22, 2557:5,
2557:8, 2558:16,
2559:9, 2559:19,
2560:14, 2561:8,
2561:19, 2562:7,
2562:13, 2582:15,
2585:25, 2587:15,
2595:16, 2596:2
    **Kelly** [12] - 2485:4,
2485:5, 2488:18,
2550:6, 2586:9,
2591:20, 2591:23,
2592:2, 2592:8,
2592:13, 2592:16
    **Kellye** [4] - 2591:21,
2591:23, 2592:4,
2592:14
    **Kenneth** [3] -
2488:18, 2550:3,
2550:6
    **key** [1] - 2491:17
    **khaki/tan** [1] -
2486:23
    **khakis** [1] - 2487:17
    **kicked** [1] - 2472:14
    **killing** [1] - 2530:8
    **kind** [4] - 2533:10,
2535:11, 2585:11,
2597:20
    **knowing** [2] -
2547:11, 2547:15
    **knowledge** [6] -
2512:16, 2549:16,
2550:17, 2551:7,
2558:1, 2559:8,
2561:13, 2576:19
    **known** [1] - 2541:13
    **knows** [4] - 2512:7,
2512:15, 2591:7
    **knuckle** [2] -
2493:13, 2495:23
    **knuckles** [1] -
2493:13

# L

    **lack** [2] - 2534:23,
2588:15

    **ladies** [6] - 2469:23,
2489:20, 2514:22,
2524:15, 2576:7,
2590:21
    **laid** [1] - 2586:9
    **large** [2] - 2597:23,
2598:4
    **largely** [1] - 2522:25
    **larger** [2] - 2572:15,
2572:17
    **LASSITER** [1] -
2459:24
    **last** [13] - 2462:5,
2466:17, 2467:3,
2488:1, 2491:25,
2494:4, 2495:24,
2501:18, 2520:13,
2522:20, 2548:21,
2590:14, 2596:23
    **late** [5] - 2513:24,
2514:6, 2541:25,
2543:23, 2544:2
    **laughing** [1] -
2596:11
    **law** [6] - 2466:14,
2468:18, 2531:12,
2532:24, 2556:8,
2595:9
    **LAW** [2] - 2460:2,
2460:5
    **lawfully** [2] -
2468:16, 2488:21
    **lawn** [2] - 2503:10,
2504:2
    **Lawn** [1] - 2459:24
    **lay** [1] - 2473:17
    **lead** [1] - 2586:3
    **Lead** [1] - 2548:18
    **leaders** [5] -
2548:23, 2549:15,
2550:21, 2576:20,
2586:17
    **leadership** [6] -
2478:11, 2480:1,
2540:21, 2551:23,
2576:23, 2576:25
    **leadership-only** [1] -
2480:1
    **leading** [2] -
2490:14, 2558:11
    **Leah** [23] - 2472:5,
2472:7, 2472:20,
2472:22, 2473:7,
2473:10, 2521:14,
2521:16, 2521:25,
2529:9, 2529:12,
2529:22, 2529:24,
2530:1, 2530:11,
2530:22, 2578:3,
2578:5, 2578:22,

2578:23, 2579:23,
2580:6, 2580:7
    **Leah-OSRM** [3] -
2472:7, 2473:7,
2473:10
    **learn** [1] - 2505:16
    **learned** [1] - 2513:9
    **least** [12] - 2462:2,
2463:11, 2463:19,
2466:5, 2467:10,
2510:20, 2521:4,
2522:21, 2572:17,
2595:14, 2596:1,
2596:25
    **left** [5] - 2464:9,
2464:11, 2501:22,
2503:24, 2536:11
    **legal** [1] - 2545:15
    **lengthy** [4] -
2463:10, 2468:24,
2554:19, 2555:15
    **lens** [1] - 2544:13
    **LEO2211** [3] -
2474:17, 2474:23,
2476:5
    **letter** [6] - 2583:20,
2583:25, 2584:11,
2586:7, 2592:12,
2592:14
    **letting** [2] - 2467:10,
2475:21
    **level** [3] - 2534:24,
2535:1, 2540:15
    **levels** [1] - 2553:19
    **levied** [2] - 2465:11
    **light** [2] - 2463:6,
2496:1
    **limited** [2] - 2549:3,
2589:4
    **Linder** [6] - 2594:8,
2595:4, 2596:18,
2596:21, 2597:1,
2597:19
    **LINDER** [8] -
2459:22, 2459:24,
2594:9, 2594:20,
2595:5, 2595:23,
2598:12, 2598:21
    **line** [3] - 2566:18,
2589:6, 2595:12
    **lines** [1] - 2556:18
    **link** [1] - 2468:22
    **linkage** [1] - 2571:3
    **links** [1] - 2518:6
    **LISA** [3] - 2460:17,
2600:3
    **Lisa** [1] - 2600:12
    **list** [7] - 2472:9,
2472:10, 2486:6,
2582:6, 2585:4,

2591:15, 2591:16
**listed** [3] - 2472:5, 2472:6, 2488:22
**literally** [1] - 2586:9
**litigated** [2] - 2465:14, 2466:16
**lived** [2] - 2490:17, 2568:5
**Lives** [2] - 2578:17, 2578:18
**LLC** [2] - 2460:8, 2460:12
**local** [3] - 2490:16, 2525:11, 2531:12
**located** [3] - 2491:23, 2499:5, 2508:19
**location** [2] - 2510:24, 2513:10
**log** [1] - 2486:7
**look** [17] - 2511:17, 2522:19, 2531:22, 2531:24, 2544:14, 2544:22, 2565:2, 2568:24, 2569:13, 2579:17, 2580:10, 2590:23, 2593:24, 2595:7, 2595:12, 2597:24, 2598:5
**looked** [1] - 2591:5
**looking** [3] - 2478:23, 2517:3, 2569:3
**looks** [7] - 2476:17, 2491:19, 2565:5, 2566:6, 2566:9, 2566:11, 2573:10
**LOUIS** [1] - 2459:16
**Louisville** [3] - 2477:8, 2567:9, 2587:11
**love** [1] - 2530:8
**loving** [1] - 2502:23
**low** [1] - 2467:14
**lunch** [3] - 2469:23, 2470:8, 2474:10

## M

**ma'am** [9] - 2567:24, 2578:1, 2582:25, 2583:10, 2586:22, 2586:25, 2588:12, 2588:19, 2589:1
**mad** [1] - 2566:10
**MAGA** [8] - 2475:25, 2477:9, 2535:18, 2538:18, 2538:20, 2551:3, 2560:10,

2573:12
**Main** [1] - 2497:9
**main** [1] - 2533:15
**major** [1] - 2564:12
**man** [1] - 2525:22
**mandatory** [1] - 2567:6, 2579:24, 2581:22
**MANZO** [1] - 2459:16
**March** [7] - 2475:25, 2477:9, 2481:20, 2535:18, 2538:18, 2538:20, 2560:10
**march** [9] - 2535:15, 2535:19, 2542:11, 2542:23, 2543:6, 2551:9, 2551:10, 2551:12, 2551:20
**marches** [2] - 2538:16, 2543:2
**mark** [1] - 2508:14
**marked** [9] - 2480:11, 2485:21, 2526:2, 2536:6, 2539:13, 2540:14, 2564:24, 2568:17, 2584:5
**Maryland** [1] - 2460:16
**matches** [1] - 2487:24
**material** [1] - 2515:20
**matter** [1] - 2544:13
**Matter** [2] - 2578:17, 2578:18
**mean** [29] - 2462:9, 2467:13, 2467:18, 2467:19, 2468:5, 2510:16, 2511:17, 2511:19, 2517:19, 2518:24, 2519:2, 2520:4, 2521:6, 2521:24, 2522:24, 2548:24, 2557:1, 2557:25, 2558:5, 2564:16, 2592:6, 2592:21, 2595:7, 2595:8, 2595:22, 2596:7, 2597:24, 2598:10, 2598:13
**meaning** [1] - 2473:16
**means** [1] - 2489:22
**MED** [1] - 2493:8
**medic** [1] - 2493:9
**meet** [1] - 2550:4
**meeting** [4] - 2476:19, 2577:5, 2581:2, 2581:3

**Mega** [1] - 2481:19
**MEGGS** [1] - 2460:2
**Meggs** [11] - 2485:4, 2485:5, 2488:18, 2550:6, 2591:20, 2591:23, 2592:2, 2592:6, 2592:8, 2592:13, 2592:16
**MEHTA** [1] - 2459:11
**members** [12] - 2484:16, 2549:11, 2549:14, 2557:5, 2557:17, 2561:8, 2562:7, 2562:12, 2577:3, 2577:8, 2577:10, 2596:2
**members-only** [1] - 2577:3
**men** [3] - 2537:10, 2582:6, 2586:11
**mentioned** [3] - 2484:9, 2552:5, 2561:7
**merged** [1] - 2533:11
**merit** [1] - 2468:19
**message** [111] - 2471:3, 2472:1, 2472:11, 2472:18, 2473:24, 2474:3, 2474:15, 2474:16, 2475:1, 2475:4, 2477:12, 2478:25, 2479:2, 2479:4, 2479:18, 2479:20, 2479:22, 2480:3, 2480:8, 2480:16, 2480:17, 2480:21, 2481:12, 2481:13, 2481:14, 2482:1, 2482:15, 2484:18, 2484:22, 2485:23, 2485:25, 2486:21, 2487:4, 2487:10, 2502:11, 2503:6, 2503:8, 2516:12, 2516:15, 2516:17, 2516:23, 2517:6, 2517:10, 2517:11, 2517:12, 2517:14, 2518:6, 2518:12, 2518:13, 2519:11, 2520:12, 2522:22, 2526:23, 2527:2, 2527:14, 2532:3, 2534:21, 2547:10, 2547:13, 2547:16, 2547:22, 2548:1, 2548:10, 2548:14, 2548:16, 2548:17, 2549:20, 2565:6,

2566:6, 2566:9, 2566:10, 2566:12, 2566:21, 2566:24, 2567:2, 2567:23, 2569:17, 2569:19, 2571:22, 2572:12, 2573:3, 2573:8, 2573:9, 2573:11, 2578:21, 2579:8, 2579:22, 2580:23, 2581:13, 2581:14, 2581:21, 2583:5, 2583:9, 2583:13, 2583:18, 2583:23, 2584:16, 2584:17, 2585:2, 2585:18, 2585:20, 2585:22, 2590:14, 2591:6, 2591:8, 2591:10, 2595:19, 2596:11, 2596:15, 2598:9
**messages** [59] - 2470:24, 2471:1, 2471:4, 2471:7, 2471:8, 2471:9, 2471:13, 2471:15, 2471:16, 2472:3, 2474:10, 2480:25, 2483:14, 2483:18, 2486:9, 2486:10, 2487:6, 2514:12, 2516:1, 2517:16, 2519:10, 2520:15, 2520:16, 2521:13, 2521:15, 2521:17, 2521:19, 2522:8, 2522:14, 2522:15, 2522:16, 2523:22, 2524:6, 2546:19, 2546:21, 2547:1, 2547:3, 2547:6, 2554:4, 2554:18, 2569:21, 2569:23, 2571:10, 2578:4, 2578:5, 2578:8, 2578:10, 2582:16, 2582:17, 2584:21, 2596:4, 2596:19, 2596:22, 2597:14, 2597:18, 2597:21, 2598:5
**met** [1] - 2477:19
**methodical** [3] - 2554:19, 2555:15, 2556:9
**methodically** [1] - 2554:10
**Metro** [3] - 2482:7, 2531:4, 2532:24
**Metz** [5] - 2569:17,

2572:3, 2573:4, 2573:9, 2573:10
**mic** [2] - 2491:17, 2496:2
**Michael** [3] - 2561:4, 2581:20
**might** [4] - 2556:23, 2568:18, 2568:20, 2598:5
**Mike** [3] - 2569:17, 2573:4, 2573:9
**military** [7] - 2487:22, 2537:1, 2537:3, 2559:24, 2560:6, 2560:21
**military-type** [2] - 2559:24, 2560:6
**Militia** [8] - 2473:21, 2528:3, 2539:23, 2549:1, 2549:10, 2549:12, 2549:14, 2563:13
**militia** [6] - 2473:22, 2529:3, 2539:2, 2540:1, 2540:5, 2559:15
**Million** [6] - 2475:25, 2477:9, 2535:18, 2538:18, 2538:20, 2560:10
**mind** [5] - 2472:13, 2522:25, 2565:15, 2570:12, 2571:17
**minecraftgamer98 @protonmail.com** [1] - 2505:7
**mini** [1] - 2467:18
**mini-trial** [1] - 2467:18
**minimize** [1] - 2594:17
**minor** [1] - 2468:25
**minus** [1] - 2573:18
**minute** [2] - 2518:21, 2549:7
**minutes** [6] - 2514:24, 2515:9, 2518:10, 2532:17, 2532:19, 2593:25
**missing** [2] - 2468:2, 2468:4
**misspoke** [1] - 2526:19
**misstates** [1] - 2534:10
**mistaken** [1] - 2507:9
**mixed** [2] - 2533:11, 2591:24
**MK-3** [1] - 2489:1

2615

**modify** [1] - 2523:10
**moment** [8] - 2483:6,
2503:20, 2523:9,
2523:12, 2531:15,
2535:8, 2546:13,
2568:25
**moments** [1] -
2515:23
**Montana** [1] -
2501:19
**morning** [10] -
2490:13, 2546:14,
2563:16, 2571:2,
2574:6, 2594:2,
2596:10, 2596:24,
2598:1, 2599:1
**most** [2] - 2463:8,
2586:10
**motion** [3] - 2462:5,
2463:12, 2465:3
**move** [21] - 2473:17,
2478:17, 2499:13,
2506:21, 2508:3,
2508:4, 2510:5,
2526:8, 2553:1,
2555:10, 2555:12,
2556:15, 2559:5,
2564:17, 2575:5,
2575:17, 2575:23,
2576:14, 2583:17,
2584:4, 2584:6
**moving** [2] -
2572:19, 2587:1
**MR** [181] - 2462:22,
2464:24, 2466:13,
2466:22, 2468:17,
2469:4, 2469:16,
2470:20, 2471:20,
2473:15, 2479:13,
2481:5, 2483:23,
2486:15, 2488:8,
2488:12, 2495:6,
2499:14, 2499:20,
2500:24, 2504:19,
2506:16, 2506:23,
2507:8, 2507:21,
2509:7, 2509:9,
2509:25, 2510:5,
2510:7, 2511:3,
2511:21, 2512:24,
2514:11, 2515:17,
2516:4, 2516:9,
2517:1, 2517:3,
2517:12, 2517:17,
2518:10, 2518:19,
2520:9, 2520:13,
2520:21, 2521:21,
2523:9, 2523:15,
2523:21, 2524:4,
2524:18, 2524:19,

2525:2, 2525:3,
2525:14, 2525:15,
2526:3, 2526:8,
2526:10, 2526:18,
2526:20, 2527:22,
2527:23, 2528:18,
2528:19, 2529:7,
2529:8, 2530:4,
2530:5, 2530:14,
2530:15, 2530:20,
2530:21, 2530:25,
2531:1, 2531:9,
2531:10, 2532:10,
2532:11, 2532:14,
2532:15, 2533:2,
2533:5, 2534:12,
2534:15, 2535:6,
2535:10, 2536:6,
2536:8, 2544:21,
2545:4, 2545:6,
2545:7, 2545:18,
2545:25, 2546:3,
2546:6, 2546:11,
2546:16, 2549:21,
2549:23, 2550:1,
2550:9, 2550:13,
2550:14, 2552:17,
2552:18, 2553:2,
2553:5, 2553:10,
2559:5, 2559:6,
2561:23, 2562:2,
2563:8, 2563:9,
2564:18, 2564:20,
2564:23, 2565:15,
2565:18, 2566:1,
2567:16, 2567:18,
2567:21, 2567:22,
2568:19, 2568:23,
2569:4, 2569:8,
2569:10, 2569:15,
2570:1, 2570:8,
2570:20, 2571:9,
2572:5, 2572:21,
2572:24, 2574:22,
2574:24, 2575:2,
2575:3, 2575:5,
2575:10, 2575:12,
2575:17, 2576:2,
2576:5, 2576:7,
2576:18, 2577:15,
2577:18, 2579:6,
2580:5, 2584:24,
2585:1, 2585:8,
2588:15, 2590:13,
2591:5, 2591:9,
2591:19, 2592:9,
2593:2, 2593:13,
2593:16, 2593:21,
2594:9, 2594:20,
2594:24, 2595:5,
2595:23, 2596:10,

2597:3, 2597:12,
2597:23, 2598:12,
2598:21, 2599:3
**MS** [224] - 2470:3,
2470:5, 2470:17,
2470:23, 2471:2,
2471:6, 2471:18,
2471:24, 2472:15,
2472:17, 2472:24,
2473:1, 2473:4,
2473:18, 2474:2,
2474:9, 2475:14,
2475:15, 2476:2,
2476:4, 2476:8,
2476:9, 2477:5,
2477:6, 2477:14,
2477:15, 2477:21,
2477:22, 2477:25,
2478:1, 2478:4,
2478:5, 2478:12,
2478:13, 2478:20,
2478:22, 2479:11,
2479:17, 2480:3,
2480:4, 2480:8,
2480:12, 2481:3,
2481:9, 2481:10,
2481:22, 2481:23,
2482:9, 2482:10,
2482:15, 2482:18,
2483:3, 2483:12,
2483:21, 2484:3,
2484:5, 2484:22,
2484:24, 2485:8,
2485:9, 2485:20,
2485:22, 2486:13,
2486:19, 2486:20,
2487:10, 2487:12,
2488:1, 2488:11,
2488:15, 2490:3,
2491:5, 2491:7,
2491:9, 2492:2,
2492:4, 2492:16,
2492:18, 2492:22,
2492:24, 2494:8,
2494:11, 2494:15,
2494:17, 2495:4,
2495:10, 2496:8,
2496:11, 2496:25,
2497:2, 2498:1,
2498:5, 2499:10,
2499:18, 2499:24,
2500:1, 2500:3,
2500:6, 2500:22,
2501:3, 2501:7,
2501:16, 2501:20,
2502:1, 2502:7,
2502:10, 2502:24,
2503:2, 2503:12,
2503:19, 2503:21,
2504:4, 2504:6,

2504:13, 2504:23,
2505:1, 2505:18,
2505:20, 2506:1,
2506:3, 2506:6,
2506:8, 2506:20,
2507:11, 2507:15,
2508:1, 2508:5,
2508:8, 2508:10,
2509:4, 2509:24,
2510:1, 2510:25,
2511:12, 2512:1,
2512:8, 2512:20,
2515:22, 2515:25,
2516:12, 2516:22,
2517:2, 2517:5,
2517:9, 2517:13,
2518:1, 2518:12,
2519:2, 2519:17,
2519:20, 2521:10,
2522:7, 2523:7,
2532:7, 2534:10,
2544:20, 2545:14,
2545:21, 2552:11,
2552:23, 2559:2,
2561:21, 2563:3,
2564:14, 2565:12,
2569:6, 2569:9,
2569:11, 2570:14,
2571:6, 2571:21,
2572:2, 2575:22,
2577:22, 2578:13,
2578:15, 2579:16,
2580:19, 2580:22,
2581:10, 2581:12,
2582:2, 2582:9,
2582:11, 2583:1,
2583:3, 2583:15,
2583:19, 2583:22,
2583:24, 2584:2,
2584:10, 2584:13,
2585:3, 2585:17,
2585:19, 2586:12,
2586:14, 2587:3,
2587:6, 2587:18,
2587:23, 2587:25,
2588:2, 2588:4,
2588:6, 2588:13,
2588:16, 2588:20,
2588:24, 2589:2,
2589:4, 2589:13,
2589:17, 2589:18,
2589:24, 2590:2,
2590:3, 2590:11,
2591:13, 2592:15,
2593:1
**multiple** [1] -
2463:12
**must** [1] - 2584:5

**N**

**name** [10] - 2463:9,
2472:7, 2481:16,
2531:7, 2548:6,
2548:21, 2550:2,
2559:15, 2559:19
**named** [5] - 2475:23,
2484:10, 2554:1,
2573:4, 2581:17
**nap** [1] - 2571:18
**national** [3] -
2534:24, 2535:1,
2541:23
**nature** [1] - 2594:16
**NC** [5] - 2541:12,
2541:25, 2548:18,
2586:17, 2586:18
**NCOK** [4] - 2476:17,
2548:22, 2549:15,
2550:21
**near** [1] - 2490:16
**necessarily** [1] -
2536:22
**neck** [1] - 2472:13
**need** [27] - 2473:17,
2475:10, 2475:19,
2478:16, 2494:9,
2507:16, 2507:17,
2507:20, 2515:3,
2515:19, 2520:25,
2523:21, 2552:25,
2565:21, 2567:5,
2567:6, 2579:25,
2581:7, 2592:10,
2594:21, 2595:1,
2595:22, 2597:24,
2597:25, 2598:3,
2598:7
**needed** [2] -
2485:16, 2578:23
**needing** [2] -
2482:13, 2484:20
**needs** [2] - 2523:2,
2596:22
**negative** [2] -
2534:11, 2534:13
**NESTLER** [8] -
2459:15, 2464:24,
2466:13, 2466:22,
2593:13, 2593:16,
2593:21, 2594:24
**Nestler** [6] - 2464:23,
2467:17, 2593:20,
2594:23, 2596:9,
2596:11
**never** [4] - 2466:24,
2540:23, 2550:19,
2550:21

**New** [2] - 2460:10, 2480:7
**new** [5] - 2475:19, 2476:19, 2478:11, 2479:25, 2589:6
**News** [1] - 2503:4
**news** [2] - 2519:12, 2561:19
**newspaper** [1] - 2562:5
**next** [47] - 2464:14, 2472:15, 2472:24, 2473:4, 2474:2, 2475:14, 2476:2, 2476:8, 2477:5, 2477:14, 2477:21, 2477:25, 2478:4, 2478:6, 2478:8, 2478:9, 2478:12, 2480:3, 2480:8, 2481:22, 2482:9, 2482:15, 2483:11, 2484:22, 2485:8, 2487:10, 2488:3, 2489:18, 2490:14, 2498:1, 2502:24, 2508:8, 2517:10, 2517:12, 2518:13, 2520:12, 2520:17, 2530:4, 2530:14, 2530:20, 2530:25, 2531:9, 2531:18, 2546:8, 2566:18, 2567:2, 2582:2
**nice** [7] - 2469:23, 2476:19, 2519:4, 2519:22, 2520:7, 2550:4, 2593:5
**night** [3] - 2572:1, 2574:2, 2596:23
**Ninth** [1] - 2465:2
**nobody** [2] - 2462:7, 2546:11
**none** [1] - 2472:12
**noose** [1] - 2472:13
**North** [20] - 2460:12, 2462:8, 2463:19, 2464:4, 2533:11, 2533:20, 2533:23, 2534:17, 2541:3, 2541:11, 2541:19, 2542:3, 2543:1, 2548:5, 2548:10, 2576:20, 2582:14, 2582:24, 2585:24, 2586:1
**Northwest** [6] - 2459:17, 2459:20, 2460:3, 2460:5, 2460:19, 2600:14

**Nos** [4] - 2461:13, 2461:15, 2499:22, 2504:21
**notebook** [5] - 2489:15, 2505:3, 2505:3, 2508:25
**notes** [1] - 2600:5
**nothing** [6] - 2518:6, 2545:13, 2577:6, 2580:7, 2592:5, 2593:2
**November** [29] - 2472:2, 2472:19, 2473:9, 2502:12, 2502:13, 2529:14, 2533:23, 2550:25, 2551:2, 2551:3, 2551:4, 2560:11, 2560:18, 2566:7, 2566:13, 2567:3, 2568:9, 2570:25, 2576:11, 2577:3, 2577:4, 2578:21, 2579:2, 2579:3, 2579:4, 2580:14, 2580:24, 2581:15, 2591:25
**number** [15] - 2462:13, 2464:1, 2474:25, 2478:16, 2501:21, 2505:5, 2505:12, 2505:16, 2513:12, 2522:23, 2555:25, 2569:6, 2576:10, 2576:12, 2584:5
**numbers** [1] - 2535:7

## O

**Oak** [1] - 2459:24
**Oath** [54] - 2462:8, 2463:20, 2464:4, 2475:9, 2483:2, 2484:12, 2484:16, 2489:16, 2493:9, 2506:24, 2507:1, 2507:3, 2507:12, 2507:14, 2507:16, 2507:18, 2534:8, 2534:18, 2537:6, 2537:14, 2537:23, 2538:1, 2538:24, 2540:2, 2540:7, 2540:11, 2540:17, 2541:3, 2541:23, 2543:2, 2546:22, 2548:6, 2548:10, 2551:1, 2556:20, 2556:21, 2556:22,

2557:5, 2557:8, 2558:16, 2559:8, 2559:19, 2560:14, 2561:8, 2561:19, 2562:7, 2562:12, 2582:14, 2585:25, 2587:14, 2595:16, 2596:1
**object** [3] - 2492:12, 2569:11, 2585:8
**objected** [4] - 2522:8, 2523:13, 2524:3, 2579:10
**objection** [33] - 2463:16, 2470:19, 2471:20, 2479:13, 2481:5, 2483:23, 2486:15, 2495:6, 2499:14, 2499:19, 2500:24, 2504:19, 2509:24, 2510:25, 2512:23, 2514:14, 2532:7, 2534:10, 2544:20, 2545:14, 2545:21, 2552:11, 2552:23, 2559:2, 2561:21, 2563:3, 2564:14, 2565:12, 2579:6, 2579:9, 2579:10, 2584:22, 2588:15
**observed** [1] - 2507:13
**obtain** [1] - 2554:18
**obtained** [5] - 2488:20, 2494:24, 2497:5, 2497:6, 2562:15
**obtaining** [1] - 2554:3
**obviously** [7] - 2466:8, 2517:20, 2518:6, 2518:25, 2553:22, 2557:25, 2569:21
**occurred** [1] - 2560:10
**October** [3] - 2459:6, 2597:15, 2600:10
**OF** [6] - 2459:1, 2459:3, 2459:10, 2459:17, 2459:20, 2460:5
**offensive** [3] - 2509:17, 2510:9, 2510:10
**offer** [2] - 2582:6, 2597:20
**offered** [1] - 2542:2
**office** [3] - 2554:23,

2555:4, 2556:13
**OFFICE** [1] - 2459:16
**Office** [1] - 2555:5
**Officer** [2] - 2550:10, 2552:19
**OFFICES** [1] - 2460:5
**official** [1] - 2600:12
**Official** [1] - 2460:18
**Ohio** [36] - 2470:9, 2473:16, 2473:21, 2475:5, 2481:20, 2485:18, 2497:9, 2529:3, 2533:10, 2533:15, 2539:3, 2539:21, 2539:23, 2541:9, 2541:23, 2542:20, 2544:2, 2544:3, 2544:9, 2548:12, 2548:13, 2548:22, 2548:24, 2549:1, 2549:8, 2549:10, 2549:12, 2549:14, 2559:15, 2559:19, 2563:11, 2563:12, 2568:7, 2581:23
**OK** [7] - 2482:12, 2484:8, 2485:1, 2485:2, 2485:5, 2485:13, 2551:23
**OKs** [1] - 2477:8
**old** [2] - 2477:19, 2576:25
**once** [1] - 2594:11
**one** [82] - 2464:1, 2468:22, 2477:9, 2477:19, 2482:16, 2484:4, 2484:18, 2488:2, 2493:2, 2493:7, 2493:8, 2496:4, 2496:5, 2497:12, 2497:14, 2498:24, 2499:5, 2499:6, 2500:9, 2503:1, 2505:24, 2506:11, 2509:20, 2514:25, 2516:21, 2517:4, 2517:5, 2518:8, 2518:9, 2519:11, 2521:9, 2521:17, 2522:4, 2522:20, 2523:5, 2523:9, 2523:12, 2523:16, 2526:12, 2531:18, 2536:13, 2538:18, 2543:8, 2544:16, 2552:10, 2553:24, 2556:1, 2556:2, 2557:2,

2557:15, 2557:16, 2558:24, 2559:22, 2561:3, 2561:5, 2561:11, 2561:17, 2562:3, 2562:9, 2564:12, 2565:7, 2567:14, 2569:10, 2573:11, 2575:1, 2576:10, 2579:9, 2584:7, 2585:24, 2587:16, 2589:21, 2592:7, 2592:10, 2595:13, 2595:17, 2595:18, 2595:19, 2596:25
**ones** [5] - 2463:21, 2523:23, 2523:25, 2538:17, 2578:11
**ongoing** [2] - 2534:7, 2539:19
**op** [7] - 2540:18, 2541:6, 2571:14, 2572:17, 2576:22, 2583:12, 2586:17
**Op** [10] - 2479:25, 2481:17, 2482:5, 2482:12, 2482:19, 2484:8, 2485:6, 2485:13, 2552:2, 2586:16
**open** [17] - 2462:15, 2491:10, 2492:25, 2496:12, 2498:6, 2503:18, 2508:7, 2512:22, 2572:23, 2580:21, 2583:20, 2583:25, 2584:11, 2589:16, 2590:1, 2592:13, 2595:20
**opening** [2] - 2467:15, 2589:5
**opens** [1] - 2469:10
**opining** [1] - 2465:7
**opinion** [1] - 2465:23
**opportunity** [10] - 2468:12, 2471:11, 2479:4, 2480:21, 2483:14, 2494:12, 2505:15, 2513:5, 2591:21, 2596:18
**opposed** [5] - 2509:17, 2510:8, 2523:3, 2554:12, 2555:16
**opposite** [1] - 2462:10
**ops** [1] - 2572:15
**order** [1] - 2574:19
**orders** [1] - 2563:2
**ordinarily** [2] -

2462:22, 2463:14
**organization** [2] -
2540:1, 2540:8
**OSRM** [10] - 2472:7,
2473:7, 2473:10,
2473:13, 2473:20,
2486:3, 2487:1,
2511:22, 2529:10
**otherwise** [1] -
2466:3
**ought** [1] - 2598:3
**outside** [10] -
2497:22, 2506:19,
2511:7, 2521:20,
2539:4, 2561:21,
2563:3, 2569:12,
2570:5, 2579:15
**overall** [1] - 2580:17
**overlap** [3] -
2543:10, 2579:20,
2580:12
**overlapped** [1] -
2544:7
**overruled** [2] -
2512:23, 2589:7
**own** [6] - 2468:10,
2480:6, 2512:8,
2540:10, 2558:2,
2578:22
**owned** [2] - 2568:4,
2568:7

# P

**P.A** [1] - 2460:15
**p.m** [6] - 2459:7,
2469:21, 2515:7,
2524:11, 2573:19,
2591:2
**pack** [2] - 2486:23,
2494:6
**package** [2] -
2497:23, 2499:7
**packaged** [1] -
2491:21
**packing** [2] -
2486:24, 2582:6
**Page** [4] - 2474:6,
2474:7, 2483:7,
2584:4
**PAGE** [1] - 2461:10
**page** [12] - 2475:14,
2489:15, 2502:24,
2566:2, 2567:14,
2582:2, 2582:4,
2583:17, 2584:5,
2584:7, 2584:8,
2585:5
**pages** [2] - 2483:22,

2500:4
**paint** [8] - 2489:3,
2496:20, 2496:22,
2497:4, 2497:19,
2497:20, 2497:21
**paint-ball** [5] -
2489:3, 2496:20,
2496:22, 2497:4,
2497:19
**painted** [2] -
2463:18, 2463:19
**Palian** [2] - 2464:1,
2561:4
**panel** [2] - 2469:19,
2524:9
**pants** [1] - 2486:23
**paragraph** [1] -
2571:19
**pardon** [1] - 2497:13
**parentheses** [1] -
2474:18
**Park** [1] - 2460:3
**Parker** [3] - 2485:19,
2495:13
**parlance** [1] -
2537:10
**Parler** [18] - 2473:14,
2474:11, 2478:3,
2494:21, 2513:13,
2513:17, 2513:19,
2519:4, 2519:22,
2520:2, 2520:6,
2520:20, 2525:5,
2527:16, 2528:11,
2546:21, 2550:19
**part** [38] - 2476:11,
2483:2, 2496:1,
2506:13, 2513:23,
2517:19, 2517:22,
2518:22, 2518:23,
2525:16, 2527:6,
2527:9, 2527:18,
2528:10, 2528:12,
2533:9, 2533:13,
2533:14, 2536:25,
2537:19, 2539:18,
2539:21, 2540:6,
2552:5, 2559:14,
2559:18, 2564:8,
2569:22, 2577:3,
2579:7, 2583:9,
2586:6, 2595:20,
2596:6, 2596:16,
2598:6, 2598:9,
2598:18
**participant** [3] -
2547:12, 2547:17,
2549:18
**participants** [1] -
2549:15

**participate** [1] -
2567:7
**particular** [4] -
2468:19, 2523:1,
2591:6, 2595:19
**particularly** [3] -
2559:22, 2561:3,
2593:10
**parties** [5] - 2465:15,
2488:4, 2489:12,
2575:24, 2576:9
**parts** [1] - 2475:23
**pass** [3] - 2488:6,
2546:1, 2554:25
**password** [1] -
2505:8
**past** [3] - 2498:15,
2507:1, 2563:6
**patch** [3] - 2493:9,
2496:5
**patches** [5] - 2493:5,
2493:6, 2493:7,
2496:4, 2496:5
**Paul** [5] - 2533:17,
2541:12, 2541:13,
2541:25, 2542:19
**pause** [4] - 2503:19,
2503:20, 2589:17,
2590:2
**paying** [1] - 2540:7
**PD** [3] - 2482:7,
2482:8, 2531:4
**pending** [1] - 2516:6
**penned** [1] - 2586:9
**Pennsylvania** [4] -
2459:20, 2460:5,
2460:13, 2474:22
**people** [22] -
2465:21, 2465:24,
2501:17, 2520:4,
2528:4, 2529:21,
2542:10, 2552:7,
2553:3, 2557:4,
2557:7, 2557:20,
2558:8, 2561:13,
2562:19, 2564:5,
2564:7, 2564:9,
2564:12, 2567:9,
2573:12, 2587:11
**pepper** [3] - 2491:20,
2491:23, 2491:24
**per** [1] - 2475:9
**perfect** [2] - 2503:16,
2584:9
**perfectly** [1] -
2571:16
**period** [1] - 2529:13
**permission** [2] -
2492:16, 2492:20
**person** [6] - 2520:24,

2543:17, 2543:18,
2561:5, 2563:11,
2565:6
**personal** [1] - 2558:1
**personally** [1] -
2549:17
**pertained** [1] -
2527:9
**PHILLIP** [1] -
2459:22
**phone** [26] -
2471:12, 2471:16,
2474:25, 2479:9,
2480:1, 2480:20,
2480:23, 2482:22,
2482:23, 2482:24,
2483:13, 2483:16,
2483:19, 2486:7,
2486:11, 2487:2,
2494:22, 2494:25,
2505:5, 2505:11,
2511:5, 2554:18,
2570:3, 2597:8,
2597:14, 2597:23
**phones** [1] - 2597:7
**photo** [2] - 2501:13,
2502:2
**photograph** [22] -
2489:15, 2489:16,
2489:17, 2494:18,
2494:19, 2494:20,
2494:23, 2494:24,
2495:2, 2495:11,
2495:12, 2495:19,
2495:22, 2501:4,
2501:8, 2501:10,
2504:23, 2505:2,
2506:4, 2506:10,
2508:11
**photographed** [1] -
2505:22
**photographs** [7] -
2489:11, 2489:13,
2490:24, 2494:13,
2504:9, 2504:11,
2538:21
**photos** [1] - 2504:16
**physical** [3] -
2488:3, 2488:16,
2488:20
**pic** [1] - 2477:20
**pick** [1] - 2546:3
**picture** [3] - 2501:24,
2570:10, 2597:10
**pictures** [8] -
2537:14, 2537:15,
2537:16, 2537:19,
2537:23, 2538:1,
2538:5, 2538:20
**pieces** [4] - 2561:17,

2562:4, 2562:9,
2562:10
**pistol** [6] - 2508:13,
2508:15, 2508:17,
2508:18
**place** [4] - 2501:14,
2520:22, 2542:7,
2580:24
**placed** [1] - 2501:20
**places** [1] - 2473:14
**Plaintiff** [1] - 2459:4
**plan** [11] - 2464:2,
2464:3, 2464:6,
2515:1, 2544:17,
2545:10, 2558:16,
2559:9, 2574:15,
2574:16, 2595:6
**planned** [3] - 2543:1,
2543:5, 2574:5
**planning** [7] -
2523:19, 2543:3,
2543:20, 2544:4,
2544:9, 2571:15,
2593:9
**plans** [1] - 2544:5
**plastic** [1] - 2470:16
**plate** [5] - 2488:25,
2491:14, 2492:8,
2492:9, 2492:10
**play** [5] - 2468:9,
2503:15, 2588:20,
2588:21, 2589:13
**played** [3] - 2498:12,
2498:13, 2498:15
**playtime** [1] -
2502:14
**plug** [1] - 2516:5
**plus** [3] - 2493:7,
2493:8, 2493:10
**point** [19] - 2463:23,
2464:8, 2470:13,
2475:18, 2475:19,
2475:22, 2476:1,
2504:15, 2509:20,
2511:9, 2511:16,
2514:11, 2526:9,
2534:2, 2541:12,
2551:23, 2568:9,
2591:17, 2591:19
**pointer** [1] - 2536:13
**pointing** [1] - 2567:2
**points** [1] - 2475:23
**police** [1] - 2490:16
**pool** [10] - 2489:8,
2489:9, 2498:11,
2498:12, 2498:13,
2498:14, 2503:10,
2509:12, 2509:13
**position** [5] - 2467:4,
2511:13, 2512:1,

2512:9, 2598:18
**positive** [2] - 2493:8, 2496:5
**possible** [2] - 2509:18, 2559:13
**post** [3] - 2503:3, 2519:12, 2527:25
**posted** [3] - 2473:14, 2518:18, 2532:19
**posting** [1] - 2519:15
**posts** [2] - 2518:3, 2546:20
**potential** [3] - 2462:14, 2543:14, 2564:1
**potentially** [4] - 2467:22, 2518:15, 2594:1
**pouch** [3] - 2491:24, 2491:25, 2493:12
**pounds** [2] - 2492:6, 2492:7
**practically** [1] - 2556:22
**pre** [1] - 2595:14
**pre-January** [1] - 2595:14
**precede** [1] - 2596:19
**preceded** [2] - 2532:12, 2532:16
**preceding** [2] - 2524:5, 2531:11
**precisely** [1] - 2462:16
**predate** [1] - 2538:16
**predicate** [1] - 2468:4
**prefer** [5] - 2554:9, 2554:12, 2554:16, 2554:20, 2555:14
**preference** [2] - 2555:2, 2555:19
**prejudice** [2] - 2463:17, 2463:23
**prejudicial** [3] - 2463:15, 2464:18, 2464:25
**premeditation** [1] - 2558:16
**prepared** [1] - 2469:14
**prerogative** [1] - 2511:20
**presence** [5] - 2506:19, 2510:11, 2511:7, 2570:5, 2579:15
**present** [4] - 2465:20, 2466:10,

2512:18, 2545:19
**presentation** [4] - 2466:11, 2469:11, 2586:8, 2594:18
**presented** [7] - 2464:13, 2516:17, 2534:6, 2544:15, 2544:18, 2545:8, 2545:10
**presents** [1] - 2468:10
**president** [2] - 2533:23, 2540:17
**President** [4] - 2574:7, 2575:13, 2583:20, 2586:7
**press** [1] - 2477:2
**press-to-talk** [1] - 2477:2
**pressed** [1] - 2468:14
**presume** [1] - 2547:4, 2555:20
**pretty** [1] - 2592:13
**preview** [1] - 2516:14
**previous** [1] - 2539:1
**previously** [10] - 2466:23, 2503:7, 2508:24, 2536:6, 2536:17, 2539:14, 2539:18, 2540:13, 2543:11, 2597:19
**primarily** [2] - 2484:15, 2539:22
**primary** [1] - 2533:9
**print** [1] - 2516:7
**privately** [1] - 2584:25
**privilege** [2] - 2463:2, 2594:25
**privileged** [1] - 2598:22
**privy** [1] - 2562:22
**probative** [1] - 2467:13
**problem** [1] - 2596:5
**problems** [1] - 2468:11
**proceedings** [14] - 2469:21, 2506:18, 2508:6, 2511:6, 2512:21, 2515:7, 2515:13, 2524:11, 2570:4, 2572:22, 2579:14, 2580:20, 2591:2, 2600:6
**Proceedings** [1] - 2599:4
**process** [3] - 2523:3,

2559:10, 2587:14
**produced** [2] - 2518:2, 2600:6
**professional** [2] - 2598:16, 2598:19
**proffer** [1] - 2595:13
**progressing** [1] - 2533:16
**prohibited** [1] - 2544:10
**proper** [3] - 2511:13, 2511:14, 2585:14
**property** [6] - 2475:18, 2475:21, 2476:1, 2476:18, 2559:25, 2560:6
**propose** [1] - 2516:4
**proposed** [3] - 2520:14, 2521:12, 2543:24
**proposing** [1] - 2571:5
**prosecutor** [1] - 2467:19
**prosecutors** [1] - 2555:6
**protect** [1] - 2528:4
**provide** [8] - 2466:2, 2518:20, 2520:1, 2521:3, 2522:12, 2522:21, 2554:22, 2555:8
**provided** [4] - 2500:16, 2518:22, 2585:4, 2597:5
**provides** [3] - 2520:5, 2520:21, 2580:13
**proximity** [1] - 2517:10
**publish** [11] - 2471:19, 2479:12, 2481:4, 2486:14, 2495:5, 2500:23, 2565:20, 2576:5, 2585:17, 2588:14, 2589:3
**published** [3] - 2503:18, 2589:16, 2590:1
**pull** [5] - 2478:21, 2480:10, 2501:3, 2518:19, 2535:24
**pulled** [1] - 2514:12
**pulling** [1] - 2517:21
**purple** [1] - 2470:15
**purport** [1] - 2562:16
**purpose** [4] - 2492:9, 2519:15, 2520:24, 2527:13

**purposes** [5] - 2491:22, 2499:4, 2512:18, 2523:19, 2584:19
**pursuant** [1] - 2488:21
**put** [17] - 2469:9, 2477:10, 2479:25, 2483:9, 2484:3, 2492:13, 2496:20, 2516:5, 2518:24, 2522:1, 2524:1, 2542:24, 2570:11, 2578:11, 2578:13, 2586:12, 2594:13
**puts** [2] - 2521:1
**putting** [6] - 2480:17, 2522:5, 2523:11, 2527:13, 2572:6, 2572:7
**PUTZI** [1] - 2460:15

**Q**

**QRF** [1] - 2558:24
**QRFs** [2] - 2558:22, 2558:23
**quality** [1] - 2501:24
**questioning** [3] - 2579:19, 2589:6, 2589:7
**questions** [23] - 2509:5, 2533:2, 2533:8, 2549:21, 2550:12, 2553:7, 2557:25, 2558:9, 2558:15, 2558:23, 2558:24, 2561:11, 2564:10, 2577:16, 2577:25, 2578:16, 2578:19, 2582:13, 2582:19, 2587:1, 2587:7, 2589:5, 2590:11
**quibble** [1] - 2512:18
**quick** [4] - 2506:16, 2533:8, 2554:13, 2554:20
**quickly** [4] - 2489:23, 2555:12, 2575:10
**quite** [1] - 2570:19
**quote** [9] - 2464:1, 2522:4, 2534:18, 2540:16, 2566:14, 2567:24, 2573:11, 2573:22, 2574:16

**R**

**radar** [1] - 2559:16
**radio** [7] - 2489:1, 2489:2, 2493:19, 2493:20, 2493:21, 2493:22, 2496:2
**radios** [1] - 2493:21
**raise** [1] - 2515:20
**RAKOCZY** [1] - 2459:14
**rallies** [1] - 2528:4
**rally** [7] - 2475:18, 2475:19, 2475:22, 2476:1, 2550:25, 2551:3
**range** [1] - 2593:10
**Ranger** [7] - 2464:12, 2476:17, 2507:1, 2507:2, 2507:21, 2507:22, 2585:23
**ranks** [1] - 2573:25
**rather** [1] - 2556:8
**RDR** [3] - 2460:17, 2600:3, 2600:12
**re** [1] - 2545:22
**reach** [1] - 2598:7
**reached** [1] - 2576:8
**reaching** [1] - 2542:20
**read** [35] - 2465:7, 2472:11, 2473:24, 2478:16, 2484:18, 2486:21, 2488:5, 2488:13, 2489:22, 2502:11, 2505:10, 2531:15, 2534:16, 2546:19, 2546:20, 2546:21, 2546:24, 2547:1, 2547:3, 2547:6, 2547:25, 2548:14, 2548:16, 2548:17, 2567:4, 2573:22, 2575:24, 2581:21, 2583:4, 2583:5, 2583:8, 2586:6, 2595:10, 2598:13, 2598:15
**reader** [1] - 2489:4
**reading** [2] - 2464:3, 2547:22
**ready** [8] - 2469:24, 2470:2, 2523:20, 2524:17, 2567:10, 2587:12, 2587:13, 2593:11
**real** [1] - 2467:14
**realize** [1] - 2567:14

**really** [8] - 2467:6, 2468:19, 2502:4, 2551:11, 2554:24, 2570:24, 2575:10, 2595:9

**reason** [6] - 2462:17, 2511:8, 2521:1, 2521:5, 2523:6, 2572:6

**reasonable** [1] - 2543:4

**reasons** [1] - 2465:3

**rebuts** [1] - 2580:1

**rebuttal** [1] - 2585:14

**received** [4] - 2547:12, 2547:17, 2561:18, 2562:5

**RECEIVED** [1] - 2461:10

**recess** [3] - 2514:15, 2514:19, 2515:12

**recipient** [1] - 2475:4

**recognize** [2] - 2506:13, 2565:3, 2568:25, 2569:16, 2588:25

**recognizes** [1] - 2546:12

**recollection** [6] - 2527:6, 2529:18, 2529:23, 2531:17, 2542:5, 2542:13

**record** [14] - 2470:17, 2470:21, 2488:14, 2492:2, 2492:22, 2496:10, 2496:25, 2498:3, 2501:16, 2506:9, 2511:2, 2516:7, 2524:1, 2597:13

**recordings** [3] - 2562:16, 2562:20

**records** [2] - 2554:3, 2554:18, 2595:6

**recruit** [6] - 2520:7, 2520:24, 2523:1, 2527:18, 2529:10, 2543:14

**Recruit** [22] - 2472:5, 2472:7, 2472:20, 2472:22, 2473:7, 2473:10, 2486:3, 2486:4, 2487:1, 2487:13, 2487:16, 2513:2, 2521:14, 2521:16, 2521:25, 2529:9, 2529:24, 2578:3, 2578:5, 2578:22, 2578:23, 2579:23

**recruiting** [7] - 2520:2, 2520:20, 2520:22, 2520:25, 2527:10, 2527:16, 2580:9

**recruitment** [2] - 2522:4, 2525:17

**Red** [1] - 2461:3

**red** [3] - 2493:7, 2493:10, 2573:12

**redact** [1] - 2523:22

**redirect** [4] - 2577:20, 2585:11, 2589:5, 2591:11

**REDIRECT** [1] - 2577:21

**refer** [2] - 2465:16, 2487:22

**reference** [7] - 2475:21, 2485:15, 2506:25, 2513:20, 2592:2, 2592:8, 2592:12

**referenced** [2] - 2504:7, 2575:4

**references** [2] - 2475:22, 2591:19

**referred** [3] - 2503:3, 2534:19, 2536:17

**referring** [10] - 2466:18, 2507:7, 2516:21, 2541:5, 2551:4, 2551:9, 2558:4, 2562:8, 2563:24, 2591:8

**reflect** [2] - 2470:17, 2470:21

**reflective** [2] - 2494:2, 2494:3

**reformulate** [2] - 2545:17, 2564:15

**refreshes** [1] - 2531:16

**regarding** [22] - 2474:12, 2488:16, 2511:15, 2513:13, 2513:19, 2545:19, 2550:6, 2557:21, 2559:14, 2560:14, 2561:7, 2561:19, 2562:5, 2562:16, 2564:1, 2564:10, 2568:16, 2570:8, 2570:17, 2578:2, 2582:13

**regards** [1] - 2578:17

**Regular** [7] - 2473:21, 2539:23, 2549:1, 2549:10, 2549:12, 2549:14,

2563:12

**regularly** [1] - 2536:24

**Regulars** [7] - 2473:21, 2475:5, 2481:20, 2542:20, 2544:3, 2544:9, 2581:23

**reiterate** [1] - 2597:18

**relate** [1] - 2517:16

**related** [3] - 2519:20, 2520:19, 2577:9

**relating** [4] - 2533:17, 2540:24, 2570:19, 2571:4

**relation** [3] - 2514:3, 2534:25, 2574:17

**relationship** [9] - 2582:13, 2595:15, 2595:20, 2595:21, 2595:25, 2598:9, 2598:11, 2598:17, 2598:19

**relevance** [5] - 2464:17, 2552:11, 2556:23, 2570:7, 2571:8

**relevant** [9] - 2464:5, 2464:17, 2522:11, 2523:2, 2528:11, 2557:20, 2570:15, 2572:4, 2572:16

**reliability** [1] - 2464:6

**remain** [1] - 2515:14

**remainder** [1] - 2483:24

**remaining** [1] - 2483:22

**remedy** [5] - 2466:2, 2466:14, 2468:1, 2468:20, 2469:6

**remember** [17] - 2510:3, 2513:2, 2513:14, 2525:24, 2527:15, 2528:17, 2530:1, 2530:6, 2530:10, 2531:7, 2531:8, 2531:11, 2531:15, 2547:22, 2563:2, 2579:17, 2582:19

**remove** [2] - 2523:24, 2524:3

**removed** [2] - 2522:20, 2522:21

**removing** [1] - 2523:25

**renew** [2] - 2579:8,

2579:10

**repackage** [1] - 2497:10

**rephrase** [7] - 2510:5, 2510:6, 2544:23, 2545:2, 2545:5, 2545:23, 2554:14

**replicates** [1] - 2477:1

**reply** [2] - 2502:18, 2573:16

**report** [1] - 2573:13

**REPORTED** [1] - 2460:17

**REPORTER** [4] - 2499:16, 2526:16, 2552:15, 2565:21

**Reporter** [2] - 2460:18, 2600:12

**represent** [1] - 2550:3

**request** [2] - 2514:25, 2594:17

**requested** [2] - 2462:6, 2523:16

**required** [1] - 2520:5

**rescue** [1] - 2550:7

**residence** [4] - 2498:23, 2504:8, 2505:22, 2508:12

**residents** [2] - 2548:22, 2548:24

**resolution** [1] - 2595:2

**resolve** [2] - 2515:3, 2597:25

**resolved** [2] - 2593:7, 2596:12

**resources** [1] - 2465:10

**respect** [1] - 2513:1

**respond** [4] - 2473:2, 2478:2, 2480:5, 2520:18

**responds** [4] - 2484:25, 2519:22, 2519:24, 2520:7

**response** [3] - 2543:12, 2580:12, 2589:9

**responsive** [1] - 2532:23

**rest** [5] - 2567:15, 2571:20, 2571:25, 2574:1, 2574:16

**restrict** [1] - 2492:11

**resume** [1] - 2515:1

**retake** [3] - 2524:13, 2592:18, 2592:24

**returns** [3] - 2500:20, 2518:1, 2518:5

**review** [4] - 2532:3, 2596:22, 2598:3, 2598:4

**reviewed** [7] - 2503:7, 2535:13, 2537:8, 2549:19, 2588:3, 2588:7, 2588:10

**Rhode** [1] - 2474:8

**Rhodes** [25] - 2463:21, 2464:14, 2468:23, 2488:18, 2503:23, 2503:24, 2513:17, 2535:4, 2535:14, 2540:16, 2547:16, 2547:18, 2547:25, 2548:11, 2549:18, 2581:4, 2582:14, 2582:17, 2582:23, 2583:21, 2586:4, 2586:15, 2596:1, 2598:15

**RHODES** [2] - 2459:6, 2459:23

**Rhodes's** [9] - 2480:20, 2480:22, 2482:22, 2482:23, 2483:13, 2536:11, 2597:7, 2597:13

**rifle** [5] - 2489:16, 2489:17, 2506:12, 2508:11

**rifles** [1] - 2489:16

**rift** [2] - 2541:8, 2541:10

**rise** [1] - 2515:5

**risk** [1] - 2469:13

**Ritchie** [1] - 2460:15

**Road** [1] - 2460:3

**rock** [1] - 2582:8

**Roger** [10] - 2480:6, 2502:12, 2502:16, 2526:14, 2526:24, 2565:7, 2565:11, 2566:3, 2566:5, 2567:11

**Rohde** [25] - 2471:5, 2482:17, 2483:7, 2483:10, 2484:4, 2488:1, 2496:8, 2500:4, 2501:4, 2501:5, 2502:8, 2502:9, 2502:25, 2503:1, 2503:15, 2504:5, 2504:24, 2506:7, 2582:9, 2583:17, 2583:23,

2620

2584:5, 2584:9, 2587:20, 2589:14

**role** [6] - 2533:25, 2534:1, 2534:2, 2534:3, 2534:4, 2540:21

**roll** [6] - 2476:21, 2534:18, 2534:22, 2540:18, 2541:6, 2583:11

**Rook** [1] - 2531:11

**Room** [1] - 2460:20

**Rotunda** [1] - 2590:10

**roughly** [1] - 2563:20

**Route** [1] - 2460:9

**row** [2] - 2501:17, 2501:21

**Royal** [1] - 2510:23

**RP** [1] - 2476:19

**rubber** [5] - 2489:4, 2491:19, 2497:16, 2497:21, 2506:12

**rule** [1] - 2593:6

**Rule** [5] - 2465:1, 2516:2, 2519:6, 2521:20, 2522:18

**rule-of-completeness** [1] - 2593:6

**Rules** [1] - 2468:15

**ruling** [3] - 2516:6, 2523:25, 2596:20

**rulings** [1] - 2594:6

**running** [2] - 2477:10, 2520:3

**S**

**sadly** [1] - 2502:19

**safely** [1] - 2485:12

**safety** [1] - 2491:21

**sand** [1] - 2582:8

**Sandra** [1] - 2485:19

**sans** [1] - 2517:20

**save** [2] - 2505:10, 2553:5

**saw** [5] - 2530:11, 2531:25, 2533:16, 2534:17, 2573:12

**scenes** [1] - 2535:2

**scheduled** [2] - 2543:24, 2580:15

**scope** [7] - 2552:12, 2559:3, 2559:4, 2561:22, 2563:4, 2563:6, 2569:12

**screen** [9] - 2471:13, 2474:15, 2478:23,

2480:13, 2486:9, 2508:14, 2516:6, 2531:24, 2589:19

**script** [1] - 2506:13

**scroll** [3] - 2471:4, 2486:8, 2500:3

**search** [9] - 2488:21, 2489:11, 2489:14, 2490:13, 2490:18, 2490:24, 2497:7, 2504:10, 2505:21

**searched** [3] - 2490:7, 2490:9, 2498:24

**seat** [4] - 2469:22, 2515:16, 2515:19, 2591:3

**seated** [4] - 2462:1, 2470:14, 2515:14, 2524:12

**second** [3] - 2583:17, 2584:8, 2586:6

**secondly** [1] - 2464:8

**seconds** [7] - 2503:15, 2503:16, 2526:19, 2587:19, 2589:13, 2589:24

**secured** [2] - 2569:21, 2569:22

**security** [2] - 2475:11

**see** [45] - 2463:22, 2470:10, 2475:13, 2476:7, 2476:19, 2487:8, 2495:13, 2496:1, 2500:4, 2501:12, 2502:2, 2506:10, 2507:23, 2515:8, 2516:5, 2519:2, 2519:3, 2526:11, 2526:14, 2526:23, 2527:24, 2530:8, 2531:16, 2534:16, 2535:2, 2535:5, 2536:4, 2538:5, 2545:19, 2546:22, 2546:24, 2552:13, 2558:2, 2566:2, 2566:3, 2567:11, 2567:15, 2568:25, 2570:14, 2570:18, 2573:14, 2591:6, 2596:7, 2598:5, 2599:1

**seeing** [5] - 2525:25, 2538:5, 2571:22, 2589:19, 2590:23

**seek** [3] - 2483:21,

2499:10, 2588:13

**seeks** [9] - 2471:18, 2479:11, 2481:3, 2486:13, 2495:4, 2500:22, 2504:16, 2584:18, 2589:22

**seeming** [1] - 2519:24

**segments** [3] - 2503:17, 2589:15, 2589:25

**Seikerman** [22] - 2474:18, 2474:19, 2474:20, 2474:21, 2474:22, 2474:23, 2475:2, 2475:8, 2475:16, 2476:5, 2476:12, 2476:13, 2477:18, 2477:23, 2478:9, 2478:14, 2478:19, 2478:25, 2479:19, 2479:23, 2480:17, 2481:13

**seized** [2] - 2491:2, 2504:8

**selected** [1] - 2597:21

**send** [1] - 2581:24

**sender** [1] - 2547:11

**sending** [4] - 2481:12, 2481:13, 2487:6, 2541:25

**sends** [1] - 2573:10

**sense** [3] - 2467:22, 2469:12, 2521:3

**sent** [11] - 2502:12, 2502:13, 2526:14, 2543:23, 2547:10, 2547:16, 2548:10, 2566:6, 2566:12, 2575:15, 2580:23

**sentence** [1] - 2541:6

**separate** [4] - 2540:1, 2540:4, 2540:6, 2579:8

**separately** [1] - 2491:21

**series** [4] - 2521:12, 2524:24, 2582:12, 2587:7

**served** [1] - 2537:3

**session** [3] - 2469:24, 2576:11, 2576:13

**SESSION** [1] - 2459:5

**set** [4] - 2476:21, 2477:24, 2493:12, 2596:24

**setting** [1] - 2532:17

**several** [4] - 2493:4, 2571:10, 2578:2, 2592:1

**shape** [2] - 2578:23, 2580:1

**shells** [2] - 2508:22, 2508:23

**Shenandoah** [2] - 2559:25, 2560:7

**SHER** [1] - 2459:19

**shirt** [1] - 2470:15

**shoot** [1] - 2497:17

**shorter** [1] - 2498:16

**shortly** [2] - 2486:25, 2530:16

**shot** [2] - 2520:25, 2525:22

**shotgun** [6] - 2508:13, 2508:15, 2508:16, 2508:19, 2508:23

**shoulder** [1] - 2536:12

**shoved** [1] - 2582:1

**show** [15] - 2464:5, 2485:20, 2492:25, 2514:12, 2516:13, 2539:13, 2564:19, 2564:24, 2566:23, 2568:16, 2570:1, 2571:11, 2571:16, 2585:5, 2588:4

**showed** [2] - 2495:24, 2511:22

**showing** [1] - 2591:10

**shown** [2] - 2464:13, 2526:1

**shows** [2] - 2570:10, 2570:12

**shut** [1] - 2567:14

**sic** [3] - 2481:19, 2526:15, 2582:16

**side** [2] - 2493:7, 2493:10

**sidebar** [5] - 2506:17, 2506:19, 2511:7, 2570:5, 2579:15

**sides** [1] - 2468:8

**sideshow** [1] - 2462:18

**sign** [2] - 2493:7, 2493:8

**Signal** [15] - 2478:11, 2478:15, 2479:25, 2480:14, 2480:16, 2480:18, 2487:7, 2547:7,

2547:8, 2547:11, 2576:19, 2576:22, 2576:25, 2586:16

**signed** [3] - 2519:4, 2520:6, 2525:4

**significant** [1] - 2560:3

**signing** [1] - 2528:11

**signs** [1] - 2493:10

**similar** [1] - 2495:23

**similarly** [2] - 2510:15, 2513:19

**Simmons** [1] - 2581:20

**simply** [2] - 2519:13, 2555:16

**Siniff** [1] - 2501:19

**sinuses** [1] - 2566:10

**situation** [2] - 2468:25, 2566:15

**six** [2] - 2503:15, 2503:16

**sleeping** [1] - 2590:6

**sleight** [1] - 2521:22

**slide** [30] - 2472:15, 2472:24, 2473:4, 2476:2, 2476:6, 2476:8, 2476:10, 2476:14, 2477:5, 2477:7, 2477:14, 2477:21, 2477:25, 2478:4, 2478:12, 2481:22, 2482:9, 2482:16, 2483:11, 2485:8, 2511:22, 2526:12, 2526:14, 2526:21, 2530:4, 2530:14, 2530:20, 2530:25, 2531:9, 2578:11

**Slide** [7] - 2525:2, 2525:14, 2526:11, 2527:22, 2528:18, 2529:1, 2529:7

**slides** [1] - 2531:16

**slightly** [1] - 2465:25

**smart** [2] - 2567:8, 2587:10

**smashers** [1] - 2503:11

**Smith** [12] - 2464:12, 2464:13, 2533:17, 2533:22, 2535:3, 2536:14, 2542:2, 2542:20, 2585:23, 2586:1, 2586:4, 2586:23

**Smith's** [1] - 2542:21

**snippet** [1] - 2588:21

2621

**so..** [3] - 2510:4, 2534:11, 2569:14
**sober** [2] - 2567:6, 2567:25
**sold** [1] - 2531:13
**solution** [1] - 2468:14
**someone** [3] - 2549:1, 2556:8, 2579:18
**somewhere** [1] - 2556:17
**soon** [2] - 2475:12, 2477:10
**SoRelle** [8] - 2591:21, 2591:24, 2592:4, 2592:14, 2595:15, 2595:16, 2596:1, 2598:16
**SoRelle's** [2] - 2597:8, 2597:14
**sorry** [38] - 2474:5, 2474:7, 2486:24, 2494:2, 2497:8, 2499:16, 2500:9, 2501:23, 2515:17, 2516:19, 2516:24, 2520:13, 2526:16, 2527:3, 2528:16, 2531:23, 2534:12, 2537:12, 2545:4, 2546:8, 2546:9, 2548:25, 2551:18, 2554:14, 2559:17, 2565:1, 2565:21, 2566:10, 2568:9, 2571:21, 2576:24, 2579:3, 2582:18, 2584:4, 2586:2, 2586:4, 2593:19
**sort** [9] - 2468:13, 2475:19, 2475:22, 2517:10, 2520:3, 2571:1, 2571:8, 2593:6, 2593:9
**sorting** [1] - 2476:19
**sought** [1] - 2522:9
**sound** [3] - 2529:14, 2554:6, 2587:21
**sounds** [3] - 2529:15, 2542:17, 2566:14
**South** [1] - 2460:9
**Spacial** [1] - 2481:11
**speaking** [1] - 2592:3
**Special** [45] - 2469:25, 2470:6, 2470:24, 2471:7, 2471:25, 2476:22,

2478:23, 2480:13, 2486:22, 2490:4, 2491:10, 2492:13, 2492:25, 2493:11, 2493:25, 2494:12, 2494:18, 2495:11, 2496:12, 2497:10, 2497:25, 2498:9, 2500:8, 2502:11, 2504:7, 2505:2, 2505:21, 2508:24, 2509:10, 2515:10, 2524:20, 2550:2, 2551:5, 2561:4, 2577:23, 2580:23, 2583:4, 2583:8, 2583:20, 2584:20, 2586:19, 2587:16, 2588:3, 2588:21, 2590:16
**SPECIAL** [2] - 2592:20, 2592:23
**special** [6] - 2492:2, 2492:22, 2496:25, 2498:3, 2501:16, 2501:20
**specialty** [1] - 2553:23
**specific** [9] - 2498:22, 2522:12, 2522:16, 2522:22, 2532:3, 2542:22, 2547:12, 2559:9, 2561:15
**specifically** [11] - 2472:7, 2480:15, 2491:15, 2501:11, 2518:12, 2519:21, 2537:20, 2537:25, 2543:5, 2558:25, 2582:13
**speed** [1] - 2554:23
**spelling** [1] - 2552:15
**spent** [2] - 2470:8, 2477:8
**spiral** [3] - 2489:15, 2508:24, 2508:25
**split** [3] - 2534:7, 2534:9, 2562:11
**spoken** [1] - 2539:14
**spray** [4] - 2489:1, 2491:20, 2491:23, 2491:24
**Spyder** [2] - 2489:3, 2497:4
**SR** [1] - 2460:14
**stage** [1] - 2476:18
**Stamey** [12] - 2462:24, 2463:1,

2463:3, 2464:10, 2465:13, 2466:3, 2466:23, 2468:7, 2533:18, 2541:13, 2542:19, 2586:20
**stand** [5] - 2467:20, 2515:19, 2524:13, 2592:18, 2592:24
**Standard** [1] - 2573:19
**standing** [1] - 2597:4
**standpoint** [1] - 2521:2
**stands** [1] - 2513:21
**STANLEY** [1] - 2460:2
**start** [4] - 2470:2, 2503:15, 2535:11, 2593:7
**started** [4] - 2465:15, 2533:25, 2590:24, 2598:1
**starting** [1] - 2504:23
**State** [13] - 2473:16, 2473:21, 2475:5, 2539:23, 2542:20, 2544:2, 2544:9, 2549:1, 2549:10, 2549:12, 2549:14, 2563:12
**state** [6] - 2522:25, 2528:3, 2549:4, 2565:15, 2570:12, 2571:17
**statement** [5] - 2463:10, 2519:7, 2520:6, 2532:20, 2571:7
**statements** [3] - 2463:12, 2512:9, 2565:13
**states** [1] - 2542:10
**STATES** [4] - 2459:1, 2459:3, 2459:11, 2459:16
**States** [8] - 2460:18, 2465:4, 2558:17, 2558:25, 2576:10, 2576:12, 2586:10, 2600:13
**stays** [1] - 2523:5
**steal** [1] - 2472:12
**steel** [3] - 2489:4, 2497:16, 2497:21
**stenographic** [1] - 2600:5
**step** [2] - 2515:10, 2590:17
**Steve** [1] - 2548:19
**Steven** [1] - 2548:19

**STEWARD** [1] - 2459:6
**Stewart** [22] - 2463:21, 2468:23, 2475:9, 2475:12, 2475:19, 2477:10, 2478:10, 2480:20, 2482:23, 2483:13, 2488:17, 2534:18, 2540:16, 2541:11, 2548:11, 2549:17, 2581:4, 2583:21, 2586:4, 2586:6, 2586:15, 2596:1
**Stewie** [4] - 2534:19, 2540:18, 2541:6, 2583:12
**sticks** [3] - 2498:11, 2498:14, 2502:22
**sticky** [1] - 2573:7
**still** [8] - 2519:17, 2528:15, 2543:24, 2544:4, 2544:9, 2572:2, 2580:16, 2580:17
**stipulate** [7] - 2473:15, 2473:16, 2488:19, 2489:12, 2489:24, 2576:10, 2592:16
**stipulated** [5] - 2488:4, 2499:12, 2499:13, 2504:17, 2532:5
**stipulation** [9] - 2488:5, 2488:10, 2489:21, 2490:1, 2575:11, 2575:17, 2575:24, 2576:8
**stipulations** [1] - 2488:16
**stop** [2] - 2492:11, 2559:9
**stopping** [1] - 2547:4
**story** [1] - 2519:13
**stream** [1] - 2529:1
**Street** [3] - 2459:17, 2460:12, 2497:9
**streets** [1] - 2537:7
**strike** [1] - 2498:17
**string** [2] - 2491:18, 2496:1
**strive** [1] - 2594:6
**strongly** [1] - 2508:3
**stuck** [1] - 2517:24
**stuff** [2] - 2519:1, 2594:11
**subject** [1] - 2466:1
**subpoena** [2] - 2488:22, 2554:18

**subpoenas** [2] - 2554:3, 2554:11
**subsequent** [3] - 2520:15, 2523:11, 2584:18
**substantial** [1] - 2554:17
**succession** [1] - 2516:20
**suffers** [1] - 2463:23
**suggest** [3] - 2540:22, 2595:14, 2598:6
**suggested** [6] - 2462:18, 2467:17, 2468:2, 2468:10, 2468:18, 2534:17
**suggestion** [1] - 2520:19
**Suite** [3] - 2459:25, 2460:6, 2460:9
**superfluous** [1] - 2518:25
**supervisor** [2] - 2554:22, 2556:13
**support** [2] - 2466:11, 2467:9
**supports** [1] - 2507:4
**supposed** [3] - 2542:7, 2556:7, 2556:8
**surprise** [1] - 2551:14
**surprised** [1] - 2551:16
**surround** [1] - 2522:8
**surrounding** [2] - 2521:13, 2596:22
**suspect** [1] - 2554:20
**sustain** [2] - 2463:16, 2545:2
**sustained** [3] - 2532:8, 2545:16, 2563:5
**SV07020100503** [1] - 2489:4
**sweater** [1] - 2470:14
**sympathize** [1] - 2468:13

**T**

**tab** [1] - 2507:23
**table** [1] - 2582:6
**tactical** [5] - 2536:2,

2622

2536:16, 2538:6, 2538:24, 2560:20

**talkie** [2] - 2477:1, 2477:2

**TARPLEY** [1] - 2459:23

**tat** [1] - 2585:10

**team** [9] - 2481:21, 2557:13, 2562:19, 2562:21, 2562:23, 2563:1, 2569:22, 2597:6, 2598:4

**techniques** [1] - 2554:1

**technological** [1] - 2515:23

**technology** [1] - 2547:20

**telephone** [6] - 2471:10, 2472:10, 2477:1, 2479:3, 2479:6, 2554:3

**temporal** [1] - 2517:10

**temporally** [2] - 2522:20

**ten** [2] - 2587:19, 2589:13

**tenders** [1] - 2570:22

**tenor** [1] - 2524:7

**tenuous** [1] - 2521:7

**term** [3] - 2489:21, 2537:1, 2537:10

**terms** [9] - 2467:10, 2469:10, 2540:4, 2541:4, 2542:18, 2544:17, 2545:9, 2571:7, 2593:5

**testified** [11] - 2464:1, 2536:17, 2541:12, 2547:7, 2549:3, 2549:7, 2553:2, 2559:3, 2560:9, 2561:23, 2578:4

**testify** [1] - 2463:4

**testimony** [19] - 2463:19, 2466:5, 2503:4, 2507:6, 2507:20, 2508:2, 2509:12, 2511:1, 2511:15, 2535:12, 2542:14, 2560:14, 2561:7, 2569:12, 2570:8, 2570:17, 2571:8, 2579:12

**tests** [1] - 2568:14

**Texas** [1] - 2459:20

**text** [28] - 2471:8, 2471:9, 2478:15,

2478:17, 2478:25, 2479:2, 2479:18, 2479:20, 2486:9, 2486:10, 2507:19, 2514:12, 2521:13, 2522:1, 2522:22, 2526:23, 2540:13, 2543:11, 2546:19, 2554:18, 2572:12, 2578:4, 2578:10, 2579:8, 2579:22, 2581:14, 2590:14

**texts** [5] - 2534:6, 2534:16, 2544:14, 2545:9, 2545:19

**THE** [178] - 2459:1, 2459:11, 2459:14, 2459:17, 2459:22, 2460:2, 2460:8, 2460:11, 2460:14, 2461:5, 2462:1, 2464:22, 2465:25, 2466:21, 2467:7, 2469:3, 2469:5, 2469:17, 2469:19, 2469:22, 2470:19, 2470:21, 2471:21, 2479:14, 2481:6, 2483:24, 2486:16, 2488:7, 2488:9, 2488:13, 2489:19, 2491:6, 2492:17, 2492:21, 2494:9, 2495:7, 2499:15, 2499:16, 2499:19, 2499:21, 2500:25, 2501:19, 2501:23, 2504:20, 2506:22, 2507:5, 2507:13, 2507:25, 2508:4, 2509:6, 2510:3, 2511:5, 2511:8, 2511:17, 2512:5, 2512:11, 2512:23, 2514:20, 2515:5, 2515:8, 2515:14, 2515:18, 2515:24, 2516:3, 2516:8, 2516:19, 2517:8, 2518:8, 2518:17, 2519:8, 2519:19, 2520:11, 2520:16, 2521:6, 2522:19, 2523:8, 2523:13, 2523:16, 2524:2, 2524:8, 2524:9, 2524:12, 2524:15, 2526:1, 2526:5, 2526:16, 2532:8, 2533:3, 2534:11, 2534:13, 2544:23,

2544:25, 2545:1, 2545:5, 2545:16, 2545:22, 2546:2, 2546:4, 2546:7, 2546:13, 2549:22, 2550:8, 2550:11, 2552:13, 2552:15, 2552:24, 2553:4, 2559:4, 2561:25, 2563:5, 2564:15, 2564:22, 2565:16, 2565:21, 2565:23, 2567:13, 2567:17, 2567:19, 2568:21, 2568:22, 2569:2, 2569:5, 2569:13, 2570:3, 2570:6, 2570:18, 2570:21, 2570:23, 2571:23, 2572:9, 2574:20, 2575:7, 2575:19, 2576:1, 2576:4, 2576:6, 2576:15, 2577:17, 2577:19, 2577:20, 2579:13, 2579:17, 2580:10, 2582:4, 2584:22, 2585:7, 2585:11, 2587:22, 2587:24, 2588:23, 2589:7, 2590:12, 2590:16, 2590:18, 2590:19, 2590:21, 2591:3, 2591:8, 2591:18, 2592:5, 2592:11, 2592:17, 2592:21, 2592:24, 2593:4, 2593:15, 2593:19, 2593:24, 2594:14, 2594:21, 2595:4, 2595:7, 2596:7, 2596:13, 2597:22, 2597:24, 2598:13, 2598:24

**themselves** [2] - 2531:13, 2540:5

**theory** [1] - 2462:15

**therefore** [2] - 2538:12, 2550:21

**Thereupon** [1] - 2515:12

**they've** [1] - 2507:2

**thinking** [1] - 2522:25

**third** [1] - 2501:21

**Thomas** [6] - 2476:1, 2488:19, 2505:17, 2559:15, 2559:19, 2583:7

**thorough** [1] -

2555:15

**thread** [2] - 2517:15, 2522:17

**threads** [1] - 2518:2

**three** [5] - 2501:17, 2503:16, 2506:11, 2516:20, 2564:12

**throughout** [1] - 2474:24

**Thursday** [4] - 2596:9, 2596:10, 2596:24, 2598:1

**tie** [1] - 2489:9

**tied** [4] - 2498:25, 2499:3, 2499:6, 2581:6

**ties** [4] - 2489:8, 2498:18, 2498:19, 2498:20

**timing** [3] - 2465:10, 2518:9, 2594:24

**tip** [1] - 2498:16

**tit** [1] - 2585:10

**title** [2] - 2528:3, 2529:25

**Title** [1] - 2528:6

**titled** [1] - 2576:20

**today** [26] - 2467:5, 2470:10, 2475:19, 2514:24, 2523:17, 2533:6, 2533:14, 2534:7, 2541:12, 2545:8, 2546:20, 2546:24, 2547:1, 2547:3, 2547:6, 2547:23, 2548:14, 2548:16, 2578:4, 2583:11, 2584:12, 2590:23, 2595:1, 2596:8

**together** [7] - 2475:13, 2477:10, 2498:25, 2499:2, 2499:3, 2518:3, 2518:6

**Tom** [4] - 2475:17, 2475:21, 2475:23, 2476:18

**tomorrow** [8] - 2572:1, 2573:13, 2574:2, 2590:23, 2592:19, 2598:2, 2599:1

**tonight** [4] - 2480:2, 2480:6, 2595:5, 2595:6

**took** [3] - 2489:10, 2533:25, 2580:24

**top** [10] - 2493:10, 2500:9, 2501:5,

2505:11, 2505:12, 2565:5, 2566:2, 2566:22, 2566:23, 2584:6

**topic** [1] - 2561:16

**topics** [1] - 2522:10

**totally** [1] - 2493:24

**touch** [1] - 2478:10

**tough** [1] - 2582:1

**tourniquet** [2] - 2491:25, 2492:1

**towards** [1] - 2573:6

**tracking** [1] - 2597:18

**train** [1] - 2581:7

**trained** [1] - 2555:23

**training** [28] - 2473:25, 2506:12, 2513:25, 2514:1, 2514:4, 2514:7, 2542:1, 2542:6, 2542:21, 2542:22, 2543:20, 2544:4, 2556:7, 2559:24, 2559:25, 2560:6, 2560:20, 2560:21, 2560:23, 2578:17, 2579:20, 2579:24, 2580:2, 2580:15, 2581:22, 2581:24, 2581:25

**TRANSCRIPT** [1] - 2459:10

**transcript** [4] - 2591:25, 2592:1, 2600:5, 2600:6

**travel** [1] - 2542:9

**traveled** [5] - 2483:2, 2485:17, 2485:18, 2586:20, 2586:23

**traveling** [2] - 2485:15, 2511:15

**travels** [1] - 2474:12

**trial** [6] - 2463:7, 2464:16, 2465:15, 2467:18, 2469:14

**TRIAL** [1] - 2459:10

**tried** [1] - 2562:19

**TROY** [1] - 2459:15

**true** [4] - 2551:20, 2568:12, 2600:4, 2600:5

**Trump** [5] - 2528:4, 2574:7, 2575:13, 2583:20, 2586:7

**trust** [2] - 2542:24, 2567:11

**truth** [1] - 2586:8

**try** [4] - 2480:7, 2547:20, 2594:5,

2623

2594:17
**trying** [11] - 2467:8,
2518:11, 2519:1,
2520:6, 2520:23,
2527:18, 2546:17,
2549:2, 2562:11,
2571:1, 2571:14
**Tuesday** [1] - 2596:8
**turn** [2] - 2546:7,
2556:12
**turned** [4] - 2490:15,
2551:14, 2568:8,
2568:12
**turns** [1] - 2596:14
**tweet** [3] - 2575:13,
2575:14, 2575:16
**two** [38] - 2463:25,
2466:17, 2482:13,
2484:20, 2485:15,
2493:10, 2494:2,
2498:23, 2499:2,
2499:6, 2500:4,
2510:20, 2510:22,
2514:1, 2516:1,
2517:15, 2520:4,
2521:10, 2521:11,
2521:15, 2521:18,
2522:9, 2522:14,
2522:18, 2523:3,
2530:17, 2531:16,
2535:21, 2541:8,
2565:7, 2566:22,
2566:24, 2576:12,
2580:8, 2581:4,
2592:2
**two-hour** [1] -
2510:20
**TXT** [1] - 2475:19
**tying** [1] - 2578:17
**type** [11] - 2463:16,
2493:21, 2496:14,
2496:21, 2536:23,
2541:10, 2554:4,
2559:24, 2560:6,
2560:21, 2571:11

## U

**U.S** [4] - 2459:20,
2555:3, 2555:4,
2590:10
**ultimate** [1] -
2596:14
**unavoidable** [2] -
2593:8, 2594:2
**unclear** [2] -
2517:14, 2571:7
**under** [9] - 2462:22,
2465:1, 2516:2,
2520:6, 2522:11,

2522:18, 2532:6,
2538:11, 2567:23
**underlying** [1] -
2545:20
**underneath** [2] -
2470:15, 2573:16
**understood** [8] -
2469:5, 2517:2,
2533:22, 2534:2,
2572:21, 2574:22,
2594:20, 2598:12
**undisputed** [1] -
2490:1
**unfortunate** [1] -
2574:10
**uniform** [2] -
2487:20, 2487:21
**uniforms** [2] -
2487:22, 2487:23
**unindicted** [3] -
2465:13, 2466:7,
2466:25
**unique** [1] - 2462:21
**uniquely** [1] - 2468:6
**United** [7] - 2465:4,
2558:17, 2558:25,
2576:10, 2576:12,
2586:10, 2600:13
**UNITED** [4] - 2459:1,
2459:3, 2459:11,
2459:16
**united** [1] - 2460:18
**unless** [3] - 2566:22,
2595:9, 2597:9
**unlike** [1] - 2522:20
**unquote** [2] - 2464:2,
2574:16
**unrelated** [5] -
2466:1, 2519:6,
2519:24, 2521:18,
2522:10
**unusual** [1] -
2538:13
**up** [61] - 2466:2,
2468:14, 2470:7,
2471:2, 2476:21,
2477:24, 2478:21,
2480:10, 2483:9,
2484:3, 2488:6,
2491:12, 2492:3,
2492:18, 2494:6,
2494:15, 2497:1,
2497:3, 2497:23,
2499:7, 2499:24,
2501:3, 2503:12,
2510:1, 2511:24,
2518:19, 2519:4,
2520:6, 2520:25,
2525:4, 2528:11,
2529:16, 2531:8,

2535:24, 2546:3,
2558:11, 2559:19,
2560:20, 2570:20,
2571:12, 2571:14,
2571:20, 2571:25,
2574:1, 2574:16,
2578:13, 2581:10,
2583:1, 2583:15,
2584:4, 2584:7,
2584:13, 2584:14,
2586:12, 2587:3,
2587:18, 2589:5,
2591:24, 2592:6,
2594:9, 2594:22
**urban** [1] - 2536:22
**URL** [1] - 2528:6
**useful** [1] - 2595:9
**username** [1] -
2474:25
**UTC** [6] - 2566:7,
2566:13, 2567:3,
2573:10, 2573:17,
2587:10

## V

**vacuum** [1] -
2596:21
**Valley** [2] - 2559:25,
2560:7
**value** [2] - 2464:18,
2467:13
**variety** [1] - 2537:6
**various** [5] -
2522:15, 2537:16,
2538:5, 2542:10,
2589:8
**vehicle** [9] - 2489:7,
2490:7, 2490:9,
2490:19, 2490:22,
2491:2, 2498:24,
2499:6, 2504:9
**venue** [1] - 2487:25
**versions** [1] - 2592:1
**versus** [1] - 2465:4
**vest** [8] - 2477:20,
2491:14, 2491:16,
2491:23, 2492:5,
2492:9, 2492:10,
2495:25
**vests** [1] - 2494:2
**vet** [1] - 2567:6
**veterans** [1] -
2586:18
**vetted** [4] - 2482:14,
2484:21, 2567:9,
2587:11
**vetting** [5] - 2482:13,
2484:20, 2485:16,

2567:10, 2587:14
**via** [3] - 2513:17,
2520:2, 2533:17
**Victor** [2] - 2489:3,
2497:4
**video** [12] - 2464:13,
2503:14, 2535:13,
2536:9, 2538:19,
2539:4, 2587:20,
2588:7, 2588:10,
2588:17, 2588:20,
2588:25
**videotape** [2] -
2468:10, 2468:12
**view** [4] - 2466:3,
2494:12, 2588:17,
2598:14
**viewed** [1] - 2503:14
**views** [1] - 2466:6
**Virginia** [6] -
2485:18, 2510:23,
2513:10, 2560:7,
2560:21, 2560:23
**visor** [1] - 2493:17
**vote** [1] - 2577:7
**vs** [1] - 2459:5

## W

**walkie** [2] - 2477:1,
2477:2
**walkie-talkie** [2] -
2477:1, 2477:2
**wants** [2] - 2511:18,
2519:12
**warrant** [2] -
2488:21, 2497:7
**washington** [1] -
2460:6
**Washington** [7] -
2459:6, 2459:18,
2459:21, 2460:3,
2460:20, 2542:12,
2600:14
**Watkins** [98] -
2470:9, 2470:10,
2470:18, 2470:22,
2472:4, 2472:20,
2472:22, 2473:2,
2473:7, 2474:11,
2475:6, 2475:16,
2476:6, 2476:12,
2476:13, 2477:7,
2477:18, 2478:2,
2478:9, 2478:19,
2479:1, 2479:19,
2480:5, 2482:4,
2482:11, 2484:13,
2485:10, 2485:15,

2486:1, 2487:14,
2487:16, 2488:18,
2488:25, 2489:1,
2489:3, 2489:8,
2489:9, 2490:5,
2494:13, 2494:19,
2495:13, 2495:16,
2500:13, 2502:2,
2502:17, 2502:18,
2502:20, 2503:6,
2515:16, 2515:18,
2516:10, 2516:11,
2519:10, 2521:14,
2521:16, 2526:3,
2526:5, 2529:23,
2529:24, 2530:2,
2530:6, 2530:12,
2530:22, 2531:2,
2537:20, 2539:2,
2540:9, 2543:12,
2543:14, 2543:20,
2544:3, 2549:6,
2559:18, 2563:20,
2566:3, 2566:5,
2566:18, 2566:19,
2568:4, 2570:9,
2570:11, 2570:25,
2578:3, 2578:6,
2578:22, 2579:22,
2581:4, 2581:6,
2581:13, 2581:14,
2587:8, 2587:9,
2588:7, 2588:10,
2589:20, 2590:5
**WATKINS** [1] -
2460:12
**Watkins's** [23] -
2461:18, 2471:10,
2471:12, 2471:16,
2472:9, 2473:22,
2479:3, 2479:5,
2486:7, 2486:11,
2487:2, 2488:25,
2489:7, 2489:12,
2489:14, 2500:16,
2504:8, 2505:22,
2508:12, 2509:1,
2512:8, 2522:25,
2526:6
**weapons** [14] -
2486:23, 2505:22,
2505:24, 2506:4,
2506:9, 2510:16,
2510:19, 2511:15,
2511:23, 2513:1,
2513:6, 2513:9
**wear** [3] - 2538:6,
2538:10, 2539:5
**wearing** [9] -
2470:14, 2470:15,

2624

2495:18, 2495:21, 2536:2, 2536:16, 2536:24, 2539:3, 2539:4

**website** [1] - 2528:5

**weeding** [2] - 2567:8, 2587:10

**week** [4] - 2466:17, 2467:3, 2582:1, 2582:7

**weekend** [2] - 2543:3, 2597:6

**weeks** [1] - 2466:17

**welcome** [2] - 2469:22, 2553:14

**Western** [1] - 2513:10

**WH** [1] - 2573:25

**whereas** [1] - 2519:11

**Whip** [2] - 2581:17, 2581:19

**White** [3] - 2571:20, 2571:24, 2574:5

**white** [1] - 2477:20

**whole** [4] - 2462:12, 2518:24, 2558:10, 2589:6

**William** [7] - 2482:24, 2482:25, 2483:1, 2483:15, 2483:19, 2484:10

**willing** [1] - 2469:13

**wish** [4] - 2546:5, 2567:8, 2567:15, 2587:11

**wishes** [1] - 2515:21

**withheld** [1] - 2597:6

**witness** [28] - 2463:9, 2463:10, 2463:18, 2468:2, 2468:4, 2468:6, 2468:22, 2471:3, 2478:21, 2480:10, 2483:4, 2483:10, 2485:21, 2491:5, 2491:7, 2494:16, 2499:25, 2524:14, 2546:1, 2556:9, 2564:20, 2568:20, 2577:16, 2584:15, 2584:18, 2585:10, 2588:5

**WITNESS** [7] - 2501:19, 2501:23, 2544:25, 2568:22, 2577:19, 2582:4, 2590:18

**Witness** [1] - 2590:20

**witness-by-witness** [1] - 2556:9

**witnessed** [1] - 2539:10

**WITNESSES** [1] - 2461:5

**witnesses** [4] - 2554:2, 2554:11, 2554:17, 2564:1

**woman** [1] - 2592:3

**Woodstock** [2] - 2497:9, 2568:7

**Woodward** [6] - 2546:4, 2546:8, 2546:10, 2585:7, 2591:4, 2597:2

**WOODWARD** [17] - 2460:2, 2460:2, 2546:3, 2546:11, 2546:16, 2549:21, 2584:24, 2585:1, 2585:8, 2588:15, 2590:13, 2591:5, 2591:9, 2591:19, 2592:9, 2593:2, 2597:3

**word** [3] - 2528:6, 2549:9, 2566:3

**words** [4] - 2514:1, 2519:14, 2564:5, 2578:23

**wore** [1] - 2539:8

**works** [1] - 2547:14

**worn** [3] - 2538:25, 2573:12, 2589:8

**write** [22] - 2472:22, 2475:8, 2475:16, 2476:5, 2477:7, 2477:18, 2478:9, 2478:14, 2479:24, 2481:18, 2482:11, 2485:5, 2485:10, 2487:16, 2502:20, 2503:6, 2586:4, 2586:15, 2595:5, 2595:7, 2595:8, 2595:24

**writes** [1] - 2587:10

**writing** [6] - 2476:13, 2476:16, 2477:23, 2479:22, 2482:5, 2586:10

**written** [3] - 2505:3, 2505:8, 2535:7

## Y

**Yahoo** [1] - 2503:4

**yahoos** [2] - 2567:8,

2587:10

**Year's** [1] - 2480:7

**yellow** [1] - 2507:22

**yesterday** [1] - 2597:19

**yourself** [1] - 2462:10

## Z

**Zello** [15] - 2476:20, 2476:22, 2476:24, 2476:25, 2477:24, 2561:8, 2561:13, 2561:20, 2561:23, 2562:6, 2562:12, 2562:16, 2562:20, 2563:1

**Zimmerman** [2] - 2463:18, 2464:20

**zip** [5] - 2489:8, 2489:9, 2498:18, 2498:19, 2498:20

**Ziploc** [2] - 2508:20, 2508:22

**zoom** [7] - 2501:4, 2502:7, 2502:8, 2502:25, 2506:6, 2583:22, 2584:7