IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
            vs.                    )    October 24, 2022
                                   )    9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )    Day 17
            Defendants.            )
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com


For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com


For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2             COURTROOM DEPUTY:  All rise.  This Court is in
 3   session.  The Honorable Amit P. Mehta presiding.
 4             THE COURT:  Please be seated, everyone.
 5             COURTROOM DEPUTY:  Good morning, Your Honor.
 6   This is Criminal Case No. 22-15, the United States of
 7   America versus Defendant No. 1, Elmer Stewart Rhodes III;
 8   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9   Defendant 4, Jessica Watkins; and Defendant 10, Thomas
10   Edward Caldwell.
11             Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards, and Louis Manzo for the government.
13             Phillip Linder, James Lee Bright, and Edward
14   Tarpley for Defendant Rhodes.
15             Juli Haller for Defendant Meggs.
16             Bradford Geyer for Defendant Harrelson.
17             Jonathan Crisp for Defendant Watkins.
18             And David Fischer for Defendant Caldwell.
19             Defendants Meggs, Harrelson, Watkins and Caldwell
20   are present in person for these proceedings.
21             Defendant Rhodes is not present.
22             THE COURT:  All right.  Good morning, everyone.
23   I hope everybody had a nice weekend.
24             All right.  By now, I'm sure everybody has heard
25   the unwelcome news about Mr. Rhodes.  So what I've been told
```

1    by the U.S. Marshals Service is that -- well, I don't know

2    how much I ought to put on the public record about his

3    health, but the bottom line is that he's not available here

4    today and won't be at least for the next five days.

5            My hope is, and what I'm asking the Marshals to

6    inquire of at the facility, is whether, if -- the facility's

7    policy right now is a ten-day quarantine.  I'm hoping that

8    sort of more in line with CDC policy is that if he is

9    asymptomatic on Sunday, then we'll test him, and then if he

10   is negative on Sunday, then we can start on Monday.

11           Obviously, if he continues to have symptoms or

12   does not test negative on Sunday, you know, the earliest we

13   can start up is a week from Thursday.  But that's where we

14   are.

15           Mr. Linder.

16           MR. LINDER:  We've discussed it, his lawyers, all

17   three of us have discussed it, have discussed it with the

18   defense team, too.

19           A couple different options.  We would be willing,

20   if they could get a Zoom link feed into him, into the jail,

21   that we would consider proceeding that way.

22           In addition, we would consider waiving his

23   appearance for the last part of Ms. Drew, because Mr. Bright

24   has already cross-examined Ms. Drew, and at least finish

25   with her.

1          And we would also be willing to waive his presence

2   for the next couple of -- what we call the inconsequential

3   witnesses for Mr. Rhodes, the Capitol Police and Secret

4   Service, people that had no contact with Mr. Rhodes and

5   can't testify about his presence or communications inside

6   the Capitol.  At least it could knock a day or two of

7   testimony while we try to see if we can get him some kind of

8   Zoom feed.

9          THE COURT:  Well, I appreciate that.

10          I think, look, if -- ultimately, it's his

11   decision, and I'm not sure whether you've had any contact

12   and communication with him about those possibilities.

13          MR. LINDER:  Correct.

14          THE COURT:  And even merely completing the

15   cross-examination of Agent Drew without having a firm

16   consultation with him, even though Mr. Bright has completed

17   the cross-examination, I think is probably not a wise

18   course.

19          MR. LINDER:  We've got a call into the jail.

20   Fifteen minutes ago, they said he was in total isolation.

21   They're going to try to get him a phone so that we can

22   process that with him.

23          But if he would okay that, I don't see any reason

24   why we couldn't get a handful of witnesses on and off in the

25   next couple of days while we wait to test him again.

1          THE COURT:  Look, if we can do that, if that's

2     something he's prepared to do, terrific.  I don't know

3     whether the facility -- we'll have to inquire -- can Zoom

4     link him in for a full day.  I know -- well, we'll just have

5     to ask.  I know Alexandria -- I understand the facility,

6     until recently, it sort of changed its protocols for remote

7     visits and the like and they were moving away from that.

8          MR. LINDER:  There is a third option that we

9     talked about, and this would be up to the Marshals Service

10    about transporting him, if there's a way to transport him to

11    this building, to a work room or a courtroom that would be

12    an overflow where he could have the Zoom link and we could

13    at least pass him notes and talk to him that way.

14         THE COURT:  I mean, I'd have to talk to the U.S.

15    Marshal about that, but I certainly am not going to require

16    any Marshals to be in his presence while he is symptomatic

17    and transmissible.

18         MR. BRIGHT:  Your Honor, I would say one option is

19    if there's a question of counsel being present, if the

20    facility was able to set it up and it was a question of

21    counsel being present with Mr. Rhodes, I would volunteer to

22    go over and sit with him every day and exclude myself to get

23    this trial going.

24         MR. LINDER:  We could take turns.

25         MR. BRIGHT:  I've had what we're talking about and

1    I'm not concerned about it.  And if that's necessary, I

2    would volunteer to do that.

3            THE COURT:  Well, I appreciate that, and I thank

4    all of you for thinking creatively about this.

5            What have you been told about hearing from him?

6            MR. LINDER:  They told us -- go ahead.

7            MR. TARPLEY:  I spoke to the jail this morning,

8    Your Honor, about 25 minutes ago.  They said he was in total

9    isolation and they would not bring him out for a phone call.

10           And they said that they would work to try to get a

11   phone into him, but at that point, they told me not to call

12   back till noon.  I told him I'd call back sooner than that,

13   but they didn't give me any assurance that they would do

14   anything on a speedy or rapid basis.

15           But right now at this point he's in total

16   isolation and they will not bring him out for a phone call.

17           THE COURT:  Okay.

18           All right.  Well, we also have the issue of one of

19   our counsel who has -- why don't we get on the phone.

20           Do we have an update on where things stand?

21           (Sealed bench conference)

22   ████████████  ████████████████████

23   ████████████████████████████████████

24   ███████████████████████████████████

25   ████████████████████████

5028



5029



5030





5032



10          (Open court)

11          THE COURT:  We'll be in recess till tomorrow

12   morning.  Stay tuned, everyone.

13          Ms. Haller, please keep us up to date.

14          COURTROOM DEPUTY:  All rise.

15          MR. BRIGHT:  We're tentatively done for the full

16   day.  We're back at 9:30 unless I hear otherwise?

17          THE COURT:  Yes.

18          MR. BRIGHT:  Thank you, Your Honor.

19          (Recess from 9:47 a.m. to 4:45 p.m.)

20          COURTROOM DEPUTY:  Good afternoon, Your Honor.

21   This is Criminal Case No. 22-15, the United States of

22   America versus Defendant No. 1, Elmer Stewart Rhodes III;

23   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

24   Defendant 4, Jessica Watkins; and Defendant 10, Thomas

25   Edward Caldwell.

     1              Kathryn Rakoczy and Jeffrey Nestler for the

     2    government.

     3              Phillip Linder, James Lee Bright, and Edward

     4    Tarpley for Defendant Rhodes.

     5              Stanley Woodward and Juli Haller for Defendant

     6    Meggs.

     7              Bradford Geyer for Defendant Harrelson.

     8              Jonathan Crisp for Defendant Watkins.

     9              And David Fischer for Defendant Caldwell.

    10              The defendants' presence was waived by counsel for

    11    this hearing.

    12              THE COURT:  Okay.  Good afternoon, everybody;

    13    I hope everybody is doing well.

    14              The first lesson I learned from this is that the

    15    defense lawyers get into casual clothing far more quickly

    16    than the prosecutors do.  I don't know what that means, but

    17    in any event.

    18              So let me work backwards from what I've learned

    19    and where we are in terms of the scope of what you all have

    20    asked for as possible alternatives.

    21              In terms of alternative -- the broadest

    22    alternative or the most resource intensive alternative which

    23    would bring Mr. Rhodes to court and sort of put him in a

    24    separate room and have him closed-circuit observing, that's

    25    not something we can do and I'll explain why in a moment.

1    Option 2, which was to have him in by Zoom from the

2    facility, that is also not something we can do.

3              The reason we can't do either of those options is

4    that the facility is under the directives of the county,

5    which prevents unnecessary movement of people in Mr. Rhodes'

6    situation.

7              And obviously getting him here would require a

8    considerable amount of movement back and forth.  And then

9    even within the facility, it would require movement,

10   commitment of resources, cleaning of whatever areas that

11   he's been in, et cetera, et cetera.  And so it really is not

12   something that, I think, is not really feasible, nor is it

13   fair to ask the folks over there to make that kind of

14   commitment.

15             What is, however, potentially possible is, if

16   Mr. Rhodes is willing to fully waive, and, again, I'm not

17   asking him to, I'm just telling him what the option is, if

18   he's willing to fully waive, that is, both his personal

19   appearance and any kind of remote appearance, we can get on

20   a phone call with him tomorrow morning at 9:00 on the record

21   from the courtroom into the attorney line, the same line

22   that you all are planning on using this evening, in which

23   I can get him on the record, conduct the colloquy.  If he's

24   prepared to waive and I'm satisfied that he's doing so

25   knowingly and voluntarily, that we could then proceed in

```
 1   that fashion, it seems to me.  So that's where things stand
 2   and I'm happy to get your thoughts based on that.
 3            MR. LINDER:  Thank you, Your Honor.
 4            And just so we're on the same page, we're going to
 5   talk to him about it at 6:00, if the call does happen, is
 6   his desire to waive in regards to those -- the finishing of
 7   Ms. Drew and the alleged inconsequential witnesses to
 8   Mr. Rhodes, the Capitol architect and the parliamentarian or
 9   whatever those people are.  So that's what we're willing to
10   do at this time, and that's what we're going to talk to him
11   about at 6:00, I hope.
12            THE COURT:  Okay.
13            Well, you all sound like you know who the
14   government is intending to call.  And I don't know whether
15   this is now being potentially done out of order or trying to
16   accommodate -- or this is how they were going to do it in
17   any event.  But at a minimum, I would like to know who these
18   "inconsequential witnesses" are to Mr. Rhodes so that if
19   I -- we talk to him tomorrow morning, I'm satisfied he knows
20   exactly as to whose testimony he's waiving his right to be
21   present and confront.
22            MR. BRIGHT:  Your Honor, at this time, what we
23   have been made aware of, and obviously the Court's aware
24   that we do receive regular, often we receive updates late in
25   the evening that there's a scheduling conflict, that there's
```

1    a change, that we're going out of order.

2           But what we understand to be the potential lineup

3    at this time is the continuation of former SA Whitney Drew.

4    We had been given notice regarding Virginia Brown, who

5    I believe was a page on that day; USCP Ryan Salke.

6           We had been given notice originally for somebody

7    that would -- we'd been given notice on Friday that a

8    co-conspirator Caleb Berry was going to be testifying, but

9    Mr. Nestler sent out an email around 11:00 last night with

10   the kind of -- it seemed to push him back.  That would be

11   somebody that, I think without question, Mr. Rhodes would

12   want to be here for that.  But, again, the email we received

13   last night seemed to push him back at least a day, which

14   would be in conformity with Brian Ulrich and Graydon Young

15   who have been interminably pushed back, it seems.

16          And then USSSA Lanelle Hawa, which we've reviewed

17   the discovery on already, and, it appears, is greatly

18   lacking in terms of direct context to Mr. Rhodes' case and

19   having more to do with the interior of the Capitol.

20          And then MPD Officer Christopher Owens, I think

21   that falls into the same category as Lanelle Hawa.  If that

22   is changed, if the government has met and has some different

23   decision, we would be happy to listen.  But as of the email

24   last night from Mr. Nestler, I believe that I've given you

25   the order that we are now aware of, at least in terms of

1    that email.  I don't have anything further than that, sir.

2         THE COURT:  Okay.

3         And can you -- what was it, Lanelle Hawa?

4         MR. BRIGHT:  H-a-w-a, sir.

5         MS. RAKOCZY:  And, Your Honor, we'd be happy to

6    send the Court and counsel the list we've been rejiggering.

7    And we will take some people out of order if that would be

8    in the interest of moving the trial forward.

9         So I think that we could -- we have -- put

10   together a list of probably an additional two or three

11   witnesses, who I think are either law enforcement witnesses

12   from inside the Capitol or individuals who would explain

13   evidence having to do with 1512(c)(1), deletion-of-evidence

14   charges, for defendants other than Mr. Rhodes.  There are --

15   we could probably put together a few extra witnesses who we

16   would take slightly out of order.  We're obviously

17   approaching the end of our case, but we would take a few

18   witnesses slightly out of order.

19        And then any civilian witnesses who would bear

20   more upon the conspiracy at large, we would push until a

21   time where Mr. Rhodes would be capable of joining in the

22   proceedings again.  And so we have that list, we discussed

23   it orally with counsel earlier today, but we can send a

24   written list to the Court and counsel after this.

25        I will just note, since Mr. Bright took the

1    opportunity to bring it up, that we have been trying to

2    send, at least 24 hours if not sometimes 48 hours or more in

3    advance, our lists, and there have, at times, been changes

4    that have been necessitated by scheduling or just the way

5    the evidence has come in.  And so I do apologize if that's

6    causing trouble for counsel.

7             COURTROOM DEPUTY:  Judge Mehta's feed froze; he'll

8    be logging back in shortly.

9             MS. RAKOCZY:  Okay.

10            MR. BRIGHT:  And, Kate, I will say, that was not

11   meant to throw you under the bus.  It had to do with the

12   scheduling.  I will confirm to Judge Mehta that you all

13   have, indeed, been doing that.  That was not meant in a

14   negative fashion.

15            MS. RAKOCZY:  That's okay.

16            MR. BRIGHT:  If it sounded that way, I apologize.

17            MS. HALLER:  I would have a question on who some

18   of those witnesses are, because we do have this challenge of

19   Stanley being out of pocket as well, to the extent that we

20   know who they may be.

21            MS. RAKOCZY:  Sure.  Yeah, no, we'll send it to

22   everyone.

23            MR. BRIGHT:  Hey, Kate, do you think that that is

24   something that you all would be able to email us before?

25            MR. NESTLER:  Mr. Bright, just so we all know,

1    I think we're all still on the record, so maybe we want to

2    have this conversation offline when we're not still on the

3    record.

4           MR. BRIGHT:  Thank you for the note.  I appreciate

5    it, Jeffrey.

6           (Pause)

7           THE COURT:  All right.  Sorry about that,

8    everybody; I got kicked off of the WiFi somehow.

9           Ms. Rakoczy, you were saying that -- last I caught

10   of what you were saying is that you had -- there were

11   potential witnesses regarding the obstruction charges

12   against individual defendants other than Mr. Rhodes, and

13   that's the last thing I heard from you.

14          MS. RAKOCZY:  Yes, Your Honor.

15          So I think the long story short is, we have,

16   I think, six or seven witnesses who we think we could put

17   on, who would be less central or not central at all to the

18   evidence against Mr. Rhodes in particular.

19          It's certainly evidence of the case and, we would

20   allege, the impact of the conspiracy, but we could

21   understand why Mr. Rhodes might be willing to waive his

22   appearance for those -- or consent to not being here for

23   those witnesses' testimony.

24          And so we'll get that list to counsel and the

25   Court right after this hearing so that everyone is aware of

```
1    what we would propose.  And we're happy to strike any of
2    those witnesses that Mr. Rhodes does not consent to -- or
3    not strike them but move them later.
4              MR. LINDER:  Your Honor, may I ask a question
5    about the COVID protocol at the jail?
6              THE COURT:  Sure.  To the extent I can help you
7    answer it, I'll do it.
8              MR. LINDER:  Yeah.
9              If we're able to waive Mr. Rhodes' appearance for
10   the next few days and get through these witnesses, does the
11   jail have a strict ten-day lockdown for him; or if he tests
12   negative on Friday and Saturday, do we know we can start
13   back on Monday?  What is the Court's knowledge on that?
14             THE COURT:  The answer is, I don't know with any
15   degree of certainty.
16             What I've been asking our Marshals Service to pin
17   down is the alternatives for him if he's prepared to waive
18   or if we could have him here remotely.  I've not asked the
19   additional question of, you know, if he's better and testing
20   negative by Sunday, whether they would agree to transport
21   him over by Monday.  I don't know the answer to that.
22             MR. LINDER:  Okay.
23             MS. RAKOCZY:  Your Honor, may I ask a question
24   about just when we would proceed if there were to be
25   Mr. Rhodes' consent to proceeding?  We'd then proceed
```

1    tomorrow at 9:30 or would we proceed on Wednesday then?

2                THE COURT:  No, we would start tomorrow at 9:30.

3                What I've been told, and these are the best-laid

4    plans, is that we would have access to the attorney line

5    into his unit at 9:00 a.m., which would enable me to -- all

6    of us on the single line in the courtroom -- to -- for me to

7    conduct the colloquy with him.  And if he's prepared to

8    waive and I'm satisfied he's done so, then we can begin at

9    9:30.

10               What I've been told is they'll give us about 15

11   minutes, so I can't imagine the colloquy would last much

12   longer than that.  So that would be the plan.

13               MR. CRISP:  There is one other issue in terms of

14   Stanley Woodward's appearance or lack thereof, and obviously

15   his personal medical matter, in addition to his, well, two

16   medical matters --

17               THE COURT:  Right.

18               MR. CRISP:  -- I think we need to address as well.

19               THE COURT:  Yeah, I was going to do that off the

20   public record.  I don't want to --

21               MR. CRISP:  That's fine.  I wasn't sure.

22               THE COURT:  Well, let's do it this way.

23               I think the question to Mr. Woodward and

24   Ms. Haller is, if we proceed in the matter that has been

25   suggested, how, if at all, is that going to impact your

```
 1   abilities to cross-examine any and all of these witnesses on
 2   behalf of Mr. Meggs?
 3         MS. HALLER:  Well, thank you, Your Honor, for
 4   raising that, because it's an obvious concern if the focus
 5   turns to inside the Capitol and the officers inside the
 6   Capitol, I assume that includes Mr. Dunn -- or Officer Dunn,
 7   some very important witnesses for the Meggs defense team.
 8         And so the challenge we have is that, you know, we
 9   split our witnesses, as the Court may have noticed.  And so
10   he's the one prepped to do certain witnesses on the
11   officers; I'm prepped to do other officers on that.  So we
12   do have a challenge in that regard.
13         Our client certainly views us as a team.  And so
14   while I could go forward on a few -- you know, on some of
15   these witnesses, I certainly cannot represent that I can go
16   forward on all of them when it comes to inside the Capitol.
17         THE COURT:  I know Mr. Woodward is on the line so
18   it's up to him whether he wants to answer this or not, but
19   what do we understand to be how long, if at all, he's going
20   to be out?
21         MR. WOODWARD:  Hi, Judge.
22         I mean, my biggest question is going to be, is
23   anyone going to object if I'm not there, Your Honor?
24   I'm kidding.
25         THE COURT:  Well, first, Mr. Woodward, you know,
```

```
 1    I'm sorry what happened, I hope you're doing okay, you sound
 2    all right.
 3             MR. WOODWARD:  Well, the hospitals have a way of
 4    making that possible, I'll leave it at that.
 5             THE COURT:  I just remind you, Mr. Woodward, you
 6    are not a young man anymore.
 7             MR. WOODWARD:  Yes, sir.
 8             I am going to do everything I can to get in front
 9    of you as soon as I possibly can.  I don't know if that will
10    be -- I don't think that can be tomorrow.  I am going to
11    be -- I will get more information on Wednesday, but I'm
12    happy to send more specific information to Mr. Douyon and
13    copy the government if that's helpful.
14             THE COURT:  It certainly is.  I mean, it's
15    certainly -- the more information, the better.
16             I think the immediate question is, would your
17    absence -- to what impact -- to what degree do you think
18    that will impair Mr. Meggs' ability to move forward over the
19    next couple days with respect to the witnesses that we might
20    be able to tee up?
21             MR. WOODWARD:  I just don't know because I have
22    not -- I know who was slated to go today but I have not --
23    so we'll look at the list very promptly as soon as the
24    government is prepared to send it to us, and we can
25    communicate with the government and the Court about the
```

1  witnesses and what our views on the witnesses are.

2          We don't view any witnesses inconsequential,

3  I think I'll put it that way.

4          But certainly I would concede that we did not have

5  any cross prepared for, I'm blanking on her name, but the

6  young -- the page who was --

7          MR. BRIGHT:  Virginia Brown.

8          MR. WOODWARD:  We weren't anticipating a cross of

9  Ms. Brown.  And we'll just look at the other witnesses and

10 we'll get back to the Court and the government as promptly

11 as possible.

12         THE COURT:  Okay.

13         So I guess the upshot of all this is, we just need

14 to stay tuned.

15         And you all will speak to Mr. Rhodes at 6:00.  As

16 soon as the government can send out information about

17 potential witnesses, and I would appreciate, at least for my

18 purposes and then whatever inquiry I'm going to make of

19 Mr. Rhodes tomorrow, if I could have just a one-,

20 two-sentence summary as to what the subject matter of that

21 witness's testimony is expected to be so that I can ask

22 Mr. Rhodes that he, in fact, knows what the subject matter

23 of the witness is going to be and that he's prepared not to

24 be present for that person's testimony and then we'll see

25 how that affects Mr. Woodward's and Ms. Haller's thinking

 1   about their ability to go forward.

 2          MR. LINDER:  Your Honor, would it be too much to

 3   ask if we could also have the information from the jail on

 4   how they would treat negative COVID tests for Mr. Rhodes, if

 5   he were to get some Friday, Saturday, or Sunday, as far as

 6   their ability to bring him Monday or not?

 7          THE COURT:  Yeah, I can certainly try and get that

 8   information.

 9          I mean, I think you can -- let's put it this way:

10   He's not coming this week.

11          MR. LINDER:  Right.

12          THE COURT:  So the earliest he could be here in

13   theory is Monday.  So I can find out whether a negative test

14   by Sunday would enable them to transport him.

15          I also need to ask -- frankly, I also need to ask

16   our Marshals Service whether they'd be comfortable with that

17   because they're ones who actually bring him over, not the

18   folks at the facility.

19          MR. LINDER:  Right.  Thank you.

20          THE COURT:  Okay.  Anything else we need to

21   discuss?

22          MR. LINDER:  Not on behalf of Mr. Rhodes.

23          MS. RAKOCZY:  Not for the government, Your Honor.

24   Thank you.

25          MS. HALLER:  Not for us.  Thank you, Your Honor.

1          THE COURT:  Okay.

2          So, Mr. Linder and Mr. Bright, let us know where

3    things stand this evening; and then, Mr. Woodward and

4    Ms. Haller, please do the same.

5          We've advised the jurors that they should just be

6    essentially on call for tomorrow and we'll notify them as

7    soon as we learn whether we can proceed or not tomorrow.

8          MR. BRIGHT:  Thank you, Your Honor.

9          MR. LINDER:  We'll alert the Court as soon as we

10   have the call with Mr. Rhodes.

11         THE COURT:  All right.  I appreciate it, we'll

12   look forward to hearing from you soon.

13         MR. BRIGHT:  Thank you, Your Honor, for your time,

14   sir.

15         MS. RAKOCZY:  Thank you, Your Honor.

16         (Proceedings concluded at 5:12 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 24, 2022____    

William P. Zaremba, RMR, CRR

**COURTROOM
DEPUTY: [5]** 5023/2
5023/5 5032/14
5032/20 5038/7
**MR. BRIGHT: [15]**
5026/18 5026/25
5030/10 5031/21
5032/15 5032/18
5035/22 5037/4
5038/10 5038/16
5038/23 5039/4 5044/7
5046/8 5046/13
**MR. CRISP: [4]**
5029/18 5041/13
5041/18 5041/21
**MR. FISCHER: [2]**
5029/22 5030/11
**MR. LINDER: [19]**
5024/16 5025/13
5025/19 5026/8
5026/24 5027/6
5029/21 5030/1 5030/7
5032/8 5035/3 5040/4
5040/8 5040/22 5045/2
5045/22 5046/9
**MR. NESTLER: [1]**
5038/25
**MR. TARPLEY: [1]**
5027/7
**MR. WOODWARD: [5]**
5042/21 5043/3 5043/7
5043/21 5044/8
**MS. HALLER: [8]**
5027/22 5028/5 5028/9
5028/14 5032/3
5038/17 5042/3
5045/25
**MS. RAKOCZY: [12]**
5028/25 5030/9 5031/2
5032/7 5037/5 5038/9
5038/15 5038/21
5039/14 5040/23
5045/23 5046/15
**THE COURT: [41]**

**0**

**08077 [1]** 5021/9
**0826 [1]** 5021/14

**1**

**10 [2]** 5023/9 5032/24
**11:00 [1]** 5036/9
**1460 [1]** 5020/12
**15 [4]** 5019/4 5023/6
5032/21 5041/10
**1512 [1]** 5037/13
**17 [1]** 5019/7
**17110 [1]** 5020/15

**2**

**20001 [1]** 5022/5
**20036 [1]** 5021/5
**2006 [1]** 5021/8
**202 [3]** 5019/18 5021/5
5022/5
**2022 [2]** 5019/5 5047/7

**21061-3065 [1]**
5021/14
**214 [2]** 5020/5 5020/9
**22-15 [1]** 5019/4
5023/6 5032/21
**24 [3]** 5019/5 5038/2
5047/7
**25 [1]** 5027/8
**252-7277 [1]** 5019/18
**252-9900 [1]** 5020/5
**2615 [1]** 5021/5

**3**

**300 [1]** 5021/13
**3065 [1]** 5021/14
**318 [1]** 5020/12
**3249 [1]** 5022/5
**3300 [2]** 5020/3 5020/7
**333 [1]** 5022/4
**352-2615 [1]** 5021/5
**354-3249 [1]** 5022/5

**4**

**4031 [1]** 5020/15
**410 [1]** 5021/14
**412-4676 [1]** 5020/16
**4676 [1]** 5020/16
**48 [1]** 5038/2
**487-1460 [1]** 5020/12
**4:45 [1]** 5032/19

**5**

**5708 [1]** 5021/9
**5:12 [1]** 5046/16

**6**

**601 [2]** 5019/17 5021/3
**607-5708 [1]** 5021/9
**6:00 [3]** 5035/5
5035/11 5044/15

**7**

**700 [2]** 5020/4 5020/8
**71301 [1]** 5020/11
**717 [1]** 5020/16
**720-7777 [1]** 5020/9
**7277 [1]** 5019/18
**7310 [1]** 5021/13
**75219 [2]** 5020/4
5020/8
**7777 [1]** 5020/9
**787-0826 [1]** 5021/14

**8**

**819 [1]** 5020/11
**856 [1]** 5021/9

**9**

**900 [1]** 5021/4
**9900 [1]** 5020/5
**9:00 [2]** 5034/20
5041/5
**9:30 [5]** 5019/6
5032/16 5041/1 5041/2
5041/9
**9:47 [1]** 5032/19

**a.m [3]** 5019/6 5032/19
5041/5
**abilities [1]** 5042/1
**ability [3]** 5043/18
5045/1 5045/6
**able [4]** 5026/20
5038/24 5040/9
5043/20
**about [21]** 5023/25
5024/2 5025/5 5025/12
5026/9 5026/10
5026/15 5026/25
5027/1 5027/4 5027/5
5027/8 5035/5 5035/11
5039/7 5040/5 5040/24
5041/10 5043/25
5044/16 5045/1
**above [1]** 5047/4
**above-titled [1]** 5047/4
**absence [1]** 5043/17
**access [1]** 5041/4
**accommodate [1]**
5035/16
**actually [1]** 5045/17
**addition [2]** 5024/22
5041/15
**additional [2]** 5037/10
5040/19
**address [1]** 5041/18
**advance [1]** 5038/3
**advised [1]** 5046/5
**affects [1]** 5044/25
**after [2]** 5037/24
5039/25
**afternoon [2]** 5032/20
5033/12
**again [4]** 5025/25
5034/16 5036/12
5037/22
**against [2]** 5039/12
5039/18
**Agent [1]** 5025/15
**Agent Drew [1]**
5025/15
**ago [2]** 5025/20 5027/8
**agree [1]** 5040/20
**ahead [1]** 5027/6
**aided [1]** 5022/7
**AL [1]** 5019/6
**alert [1]** 5046/9
**Alexandra [2]** 5019/15
5023/11
**Alexandria [2]** 5020/11
5026/5
**all [25]** 5023/2 5023/22
5023/24 5024/16
5027/4 5027/18
5032/14 5033/19
5034/22 5035/13
5038/12 5038/24
5038/25 5039/1 5039/7
5039/17 5041/5
5041/25 5042/1
5042/16 5042/19
5043/2 5044/13
5044/15 5046/11
**allege [1]** 5039/20

**alleged [1]** 5024/24
5036/17
**already [1]** 5024/24
5036/17
**also [6]** 5025/1
5027/18 5034/2 5045/3
5045/15 5045/15
**alternative [3]** 5033/21
5033/22 5033/22
**alternatives [2]**
5033/20 5040/17
**am [3]** 5026/15 5043/8
5043/10
**AMERICA [1]** 5019/3
5023/7 5032/22
**AMIT [2]** 5019/9 5023/3
**Amit P. Mehta [1]**
5023/3
**amount [1]** 5034/8
**answer [7]** 5040/7
5040/14 5040/21
5042/18
**anticipating [1]** 5044/8
**any [13]** 5025/11
5025/23 5026/16
5027/13 5033/17
5034/19 5035/17
5037/19 5040/1
5040/14 5042/1 5044/2
5044/5
**anymore [1]** 5043/6
**anyone [1]** 5042/23
**anything [3]** 5027/14
5037/1 5045/20
**apologize [2]** 5038/5
5038/16
**appearance [1]**
5024/23 5034/19
**APPEARANCES [4]**
5019/13 5019/20
5020/17 5021/16
**appears [1]** 5036/17
**appreciate [5]** 5025/9
5027/3 5039/4 5044/17
5046/11
**approaching [1]**
5037/17
**architect [1]** 5035/8
**are [13]** 5023/20
5024/14 5033/19
5034/22 5035/9
5035/18 5036/25
5037/11 5037/14
5038/18 5041/3 5043/6
5044/1
**areas [1]** 5034/10
**around [1]** 5036/9
**as [23]** 5033/20
5035/20 5036/21
5036/23 5038/19
5041/18 5042/9
5042/13 5043/9 5043/9
5043/23 5043/23
5044/10 5044/11
5044/15 5044/16
5044/25 5045/5 5045/5
5046/6 5046/7 5046/9

**ask [8]** 5026/5 5034/13
5040/4 5044/2 5040/23
5044/21 5045/3
5045/15 5045/15
**asked [2]** 5033/20
5040/18
**asking [3]** 5024/5
5034/17 5040/16
**ASSOCIATES [1]**
5019/16
**assume [1]** 5042/6
**assurance [1]** 5027/13
**asymptomatic [1]**
5024/9
**att.net [1]** 5020/12
**attorney [3]** 5034/21
5041/4
**ATTORNEY'S [1]**
5019/16
**available [1]** 5024/3
**Avenue [4]** 5020/3
5020/7 5021/3 5022/4
**aware [2]** 5035/23
5035/23 5036/25
5039/25
**away [1]** 5026/7

**B**

**back [10]** 5027/12
5027/12 5032/16
5034/8 5036/10
5036/13 5036/15
5038/8 5040/13
5044/10
**backwards [1]** 5033/18
**BARRETT [2]** 5020/3
5022/4
**based [1]** 5035/2
**basis [1]** 5027/14
**be [39]**
**bear [1]** 5037/19
**because [5]** 5024/23
5038/18 5042/4
5043/21 5045/17
**been [17]** 5023/25
5027/5 5034/11
5035/23 5036/4 5036/6
5036/7 5036/15 5037/6
5038/1 5038/3 5038/4
5038/13 5040/14
5041/3 5041/10
5041/24
**before [2]** 5019/9
5038/24
**begin [1]** 5041/8
**behalf [2]** 5042/2
5045/22
**being [5]** 5026/19
5026/21 5035/15
5038/19 5039/22
**believe [2]** 5036/5
5036/24
**bench [1]** 5027/21
**Berry [1]** 5036/8
**Berwick [1]** 5021/8
**best [1]** 5041/3
**best-laid [1]** 5041/3

**B**

better [2] 5040/19 5043/15
biggest [1] 5042/22
blanking [1] 5044/5
both [1] 5034/18
bottom [1] 5024/3
Bradford [4] 5021/7 5021/10 5023/16 5033/7
Brian [1] 5036/14
Brian Ulrich [1] 5036/14
BRIGHT [9] 5020/3 5020/7 5023/13 5024/23 5025/16 5033/3 5037/25 5038/25 5046/2
bring [6] 5027/9 5027/16 5033/23 5038/1 5045/6 5045/17
broadest [1] 5033/21
Brown [3] 5036/4 5044/7 5044/9
building [2] 5021/4 5026/11
Burnie [1] 5021/14
bus [1] 5038/11

**C**

Caldwell [6] 5021/12 5023/10 5023/18 5023/19 5032/25 5033/9
Caleb [1] 5036/8
Caleb Berry [1] 5036/8
call [11] 5025/2 5025/19 5027/9 5027/11 5027/12 5027/16 5034/20 5035/5 5035/14 5046/6 5046/10
can [26] 5024/10 5024/13 5025/7 5025/21 5026/1 5026/3 5033/25 5034/2 5034/19 5034/23 5037/3 5037/23 5040/6 5040/12 5041/8 5042/15 5043/8 5043/9 5043/10 5043/24 5044/16 5044/21 5045/7 5045/9 5045/13 5046/7
can't [3] 5025/5 5034/3 5041/11
cannot [1] 5042/15
capable [1] 5037/21
Capitol [8] 5025/3 5025/6 5035/8 5036/19 5037/12 5042/5 5042/6 5042/16
Capitol Police [1] 5025/3
case [5] 5023/6 5032/21 5036/18 5037/17 5039/19
casual [1] 5033/15
category [1] 5036/22
caught [1] 5039/9
causing [1] 5038/6
CDC [1] 5024/8
central [2] 5039/17 5039/17
certain [1] 5042/10
certainly [8] 5026/15 5039/19 5042/13 5042/15 5043/14 5043/15 5044/4 5045/7
certainty [1] 5040/15
Certified [1] 5022/3
certify [1] 5047/2
cetera [2] 5034/11 5034/11
CH [1] 5022/4
challenge [1] 5038/18
5042/8 5042/12
change [1] 5036/1
changed [2] 5026/6 5036/22
changes [1] 5038/3
charges [2] 5037/14 5039/11
Christopher [1] 5036/20
Cinnaminson [1] 5021/9
circuit [1] 5033/24
civilian [1] 5037/19
cleaning [1] 5034/10
client [1] 5042/13
closed [1] 5033/24
closed-circuit [1] 5033/24
clothing [1] 5033/15
co [1] 5036/8
co-conspirator [1] 5036/8
colloquy [3] 5034/23 5041/7 5041/11
COLUMBIA [1] 5019/1
come [1] 5038/5
comes [1] 5042/16
comfortable [1] 5045/16
coming [1] 5045/10
commitment [2] 5034/10 5034/14
communicate [1] 5043/25
communication [1] 5025/12
communications [1] 5025/5
completed [1] 5025/14
completing [1] 5025/14
computer [1] 5022/7
computer-aided [1] 5022/7
concede [1] 5044/4
concern [1] 5042/4
concerned [1] 5027/1
concluded [1] 5046/16
conduct [2] 5034/23 5041/7
conference [1] 5027/21
confirm [1] 5038/12
conflict [1] 5035/25
conformity [1] 5036/14
confront [1] 5035/21
consent [3] 5039/22 5040/2 5040/25
consider [2] 5024/21 5024/22
considerable [1] 5034/8
conspiracy [2] 5037/20 5039/20
conspirator [1] 5036/8
Constitution [1] 5022/4
consultation [1] 5025/16
contact [2] 5025/4 5025/11
context [1] 5036/18
continuation [1] 5036/3
CONTINUED [3] 5020/1 5021/1 5022/1
continues [1] 5024/11
conversation [1] 5039/2
copy [1] 5043/13
correct [3] 5025/13 5047/3
could [15] 5024/20 5025/6 5026/12 5026/12 5026/24 5034/25 5037/9 5037/15 5039/16 5039/20 5040/18 5042/14 5044/19 5045/3 5045/12
couldn't [1] 5025/24
counsel [9] 5026/19 5026/21 5027/19 5033/10 5037/6 5037/23 5037/24 5038/6 5039/24
county [1] 5034/4
couple [4] 5024/19 5025/2 5025/25 5043/19
course [1] 5025/18
court [13] 5019/1 5022/2 5022/3 5023/2 5032/10 5033/23 5037/6 5037/24 5039/25 5042/9 5043/25 5044/10 5046/9
Court's [2] 5035/23 5040/13
courtroom [3] 5026/11 5034/21 5041/6
COVID [2] 5040/5 5045/4
CR [1] 5019/4
creatively [1] 5027/4
Criminal [2] 5023/6 5032/21
D.C [4] 5019/5 5019/17 5021/5 5022/5
Dallas [2] 5020/4 5020/8
date [2] 5032/13 5047/7
David [5] 5021/12 5023/18 5033/9
day [9] 5019/7 5024/7 5025/6 5026/4 5026/22 5032/16 5036/5 5036/13 5040/11
days [4] 5024/4 5025/25 5040/10 5043/19
decision [1] 5025/11 5036/23
Defendant [26] 5020/2 5020/13 5021/2 5021/7 5021/11 5023/7 5023/8 5023/8 5023/9 5023/9 5023/14 5023/15 5023/16 5023/17 5023/18 5023/21 5032/22 5032/23 5032/23 5032/24 5032/24 5033/4 5033/5 5033/7 5033/8 5033/9 Defendant Rhodes [1] 5023/21
defendants [4] 5019/7 5023/19 5037/14 5039/12
defendants' [1] 5033/10
defense [3] 5024/18 5033/15 5042/7
degree [2] 5040/15 5043/17
deletion [1] 5037/13
desire [1] 5035/6
did [1] 5044/4
didn't [1] 5027/13
different [2] 5024/19 5036/22
direct [1] 5036/18
directives [1] 5034/4
discovery [1] 5036/17
discuss [1] 5045/21
discussed [4] 5024/16 5024/17 5024/17
DISTRICT [3] 5019/1 5019/1 5019/10
do [29] 5026/1 5026/2 5027/2 5027/13 5027/20 5033/16 5033/25 5034/2 5034/3 5035/10 5035/16 5035/24 5036/19 5037/13 5038/5 5038/11 5038/18 5038/23 5040/7 5040/12 5041/19 5041/22 5042/10 5042/11 5042/12 5042/19 5043/8 5043/17 5046/4
does [4] 5024/12 5035/5 5040/9 5040/10
doing [4] 5033/13 5034/24 5038/13 5043/1
don't [14] 5024/1 5025/23 5026/2 5027/19 5033/16 5035/14 5037/1 5040/14 5040/21 5041/20 5043/9 5043/10 5043/21 5044/2
done [6] 5032/15 5035/15 5041/8
Douyon [1] 5043/12
down [1] 5040/17
Drew [5] 5024/23 5024/24 5025/15 5035/7 5036/3
Drive [1] 5021/8
Dunn [2] 5042/6 5042/6

**E**

earlier [1] 5037/23
earliest [2] 5024/12 5045/12
Edward [5] 5020/10 5023/10 5023/13 5032/25 5033/3
Edwards [2] 5019/16 5023/12
edwardtarpley [1] 5020/12
either [2] 5034/3 5037/11
ELMER [4] 5019/6 5020/2 5023/7 5032/22
else [1] 5045/20
email [14] 5019/18 5019/19 5020/5 5020/9 5020/12 5020/16 5021/6 5021/10 5021/15 5036/9 5036/12 5036/23 5037/1 5038/24
Empire [1] 5021/13
enable [2] 5041/5 5045/14
end [1] 5037/17

5050

**enforcement [1]** 5037/11
**essentially [1]** 5046/6
**et [3]** 5019/6 5034/11 5034/11
**et cetera [2]** 5034/11 5034/11
**even [3]** 5025/14 5025/16 5034/9
**evening [3]** 5034/22 5035/25 5046/3
**event [2]** 5033/17 5035/17
**every [1]** 5026/22
**everybody [5]** 5023/23 5023/24 5033/12 5033/13 5039/8
**everyone [5]** 5023/4 5023/22 5032/12 5038/22 5039/25
**everything [1]** 5043/8
**evidence [5]** 5037/13 5037/13 5038/5 5039/18 5039/19
**exactly [1]** 5035/20
**examination [2]** 5025/15 5025/17
**examine [1]** 5042/1
**examined [1]** 5024/24
**exclude [1]** 5026/22
**expected [1]** 5044/21
**explain [2]** 5033/25 5037/12
**extent [2]** 5038/19 5040/6
**extra [1]** 5037/15

**F**
**facility [8]** 5024/6 5026/3 5026/5 5026/20 5034/2 5034/4 5034/9 5045/18
**facility's [1]** 5024/6
**fact [1]** 5044/22
**fair [1]** 5034/13
**falls [1]** 5036/21
**far [2]** 5033/15 5045/5
**fashion [2]** 5035/1 5038/14
**feasible [1]** 5034/12
**feed [2]** 5024/20 5025/8 5038/7
**few [4]** 5037/15 5037/17 5040/10 5042/14
**Fifteen [1]** 5025/20
**find [1]** 5045/13
**fine [1]** 5041/21
**finish [1]** 5024/24
**finishing [1]** 5035/6
**firm [1]** 5025/15
**first [2]** 5033/14 5042/25
**Fischer [4]** 5021/12 5021/12 5023/18 5033/9
**fischerandputzi [1]**

**five [18]** 5024/4
**focus [1]** 5042/4
**folks [2]** 5034/13 5045/18
**foregoing [1]** 5047/3
**former [1]** 5036/3
**FormerFeds [1]** 5021/8
**formerfedsgroup.com [1]** 5021/10
**forth [1]** 5034/8
**forward [6]** 5037/8 5042/14 5042/16 5043/18 5045/1 5046/12
**frankly [1]** 5045/15
**Friday [3]** 5036/7 5040/12 5045/5
**front [2]** 5020/15 5043/8
**froze [1]** 5038/7
**full [2]** 5026/4 5032/15
**fully [2]** 5034/16 5034/18
**further [1]** 5037/1

**G**
**get [18]** 5024/20 5025/7 5025/21 5025/24 5026/22 5027/10 5027/19 5033/15 5034/19 5034/23 5035/2 5039/24 5040/10 5043/8 5043/11 5044/10 5045/5 5045/7
**getting [1]** 5034/7
**Geyer [3]** 5021/7 5023/16 5033/7
**give [2]** 5027/13 5041/10
**given [4]** 5036/4 5036/6 5036/7 5036/24
**Glen [1]** 5021/14
**gmail.com [1]** 5020/9
**go [6]** 5026/22 5027/6 5042/14 5042/15 5043/22 5045/1
**go ahead [1]** 5027/6
**going [17]** 5025/21 5026/15 5026/23 5035/4 5035/10 5035/16 5036/1 5036/8 5041/19 5041/25 5042/19 5042/22 5042/23 5043/8 5043/10 5044/18 5044/23
**Good [4]** 5023/5 5023/22 5032/20 5033/12
**Good morning [1]** 5023/5
**got [2]** 5025/19 5039/8
**government [11]** 5019/14 5023/12 5033/2 5035/14 5036/22 5043/13

**5040/1** 5043/21 5043/25
5044/10 5044/16 5045/23
**Governor [1]** 5021/13
**Graydon [1]** 5036/14
**Graydon Young [1]** 5036/14
**greatly [1]** 5036/17
**guess [1]** 5044/13

**H**
**H-a-w-a [1]** 5037/4
**had [8]** 5023/23 5025/4 5025/11 5026/25 5036/4 5036/6 5038/11 5039/10
**Haller [7]** 5021/2 5021/3 5023/15 5032/13 5033/5 5041/24 5046/4
**Haller's [1]** 5044/25
**hallerjulia [1]** 5021/6
**handful [1]** 5025/24
**happen [1]** 5035/5
**happened [1]** 5043/1
**happy [5]** 5035/2 5036/23 5037/5 5040/1 5043/12
**Harrelson [6]** 5021/7 5023/8 5023/16 5023/19 5032/23 5033/7
**Harrisburg [1]** 5020/15
**has [8]** 5023/24 5024/24 5025/16 5027/19 5036/22 5036/22 5038/5 5041/24
**have [39]**
**having [3]** 5025/15 5036/19 5037/13
**Hawa [3]** 5036/16 5036/21 5037/3
**he [24]** 5024/8 5024/9 5024/11 5025/20 5025/23 5026/12 5026/16 5027/8 5035/19 5040/11 5042/18 5044/22 5045/5 5045/12
**he'll [1]** 5038/7
**he's [16]** 5024/3 5026/2 5027/15 5034/11 5034/18 5034/23 5034/24 5035/20 5040/17 5040/19 5041/7 5041/8 5042/10 5042/19 5044/23 5045/10
**health [1]** 5024/3
**hear [1]** 5032/16
**heard [2]** 5023/24 5039/13
**hearing [4]** 5027/5 5033/11 5039/25 5046/12
**help [1]** 5040/6
**helpful [1]** 5043/13

**here [6]** 5024/3 5034/7 5036/12 5039/22 5040/18 5045/12
**Hey [1]** 5038/23
**Hi [1]** 5042/21
**Highway [1]** 5021/13
**him [41]**
**his [14]** 5024/2 5024/16 5024/22 5025/1 5025/5 5025/10 5026/16 5034/18 5035/6 5035/20 5039/21 5041/5 5041/15 5041/15
**Honor [19]** 5023/5 5026/18 5027/8 5032/18 5032/20 5035/3 5035/22 5037/5 5039/14 5040/4 5040/23 5042/3 5042/23 5045/2 5045/23 5045/22 5046/8 5046/13 5046/15
**HONORABLE [2]** 5019/3 5023/3
**hope [5]** 5023/23 5024/5 5033/13 5035/11 5043/1
**hoping [1]** 5024/7
**hospitals [1]** 5043/3
**hotmail.com [1]** 5021/15
**hours [2]** 5038/2 5038/2
**how [6]** 5024/2 5035/16 5041/25 5042/19 5044/25 5045/4
**however [1]** 5034/15
**Hughes [2]** 5019/15 5023/12

**I**
**I also [1]** 5045/15
**I am [2]** 5043/8 5043/10
**I assume [1]** 5042/6
**I believe [2]** 5036/5 5036/24
**I can [7]** 5034/23 5040/6 5042/15 5043/8 5044/21 5045/7 5045/13
**I can't [1]** 5041/11
**I don't [1]** 5043/10
**I don't have [1]** 5037/1
**I guess [1]** 5044/13
**I have [2]** 5043/21 5043/22
**I hope [2]** 5023/23 5033/13
**I just [2]** 5043/5 5043/21
**I know [4]** 5026/4 5026/5 5042/17 5043/21

**I mean [2]** 5043/14 5045/9
**I think [13]** 5025/10 5025/17 5034/12 5036/11 5036/20 5037/11 5039/1 5039/16 5041/18 5041/23 5043/16 5044/3 5045/9
**I told [1]** 5027/12
**I understand [1]** 5026/5
**I will [3]** 5037/25 5038/12 5043/11
**I'd [2]** 5026/14 5027/12
**I'll [4]** 5033/25 5040/7 5043/4 5044/3
**I'm [18]** 5023/24 5024/5 5024/7 5025/11 5027/1 5034/16 5034/17 5034/24 5035/2 5035/19 5041/8 5042/11 5042/23 5042/24 5043/1 5043/11 5044/5 5044/18
**I'm going [1]** 5044/18
**I'm just [1]** 5034/17
**I'm kidding [1]** 5042/24
**I'm not [2]** 5027/1 5042/23
**I'm not sure [1]** 5025/11
**I'm sorry [1]** 5043/1
**I'm sure [1]** 5023/24
**I've [8]** 5023/25 5026/25 5033/18 5036/24 5040/16 5040/18 5041/3 5041/10
**III [4]** 5019/6 5020/2 5023/7 5032/22
**imagine [1]** 5041/11
**immediate [1]** 5043/16
**impact [3]** 5039/20 5041/25 5043/17
**impair [1]** 5043/18
**important [1]** 5042/7
**includes [1]** 5042/6
**inconsequential [4]** 5025/2 5035/7 5035/18 5044/2
**indeed [1]** 5038/13
**individual [1]** 5039/12
**individuals [1]** 5037/12
**information [6]** 5043/11 5043/12 5043/15 5044/16 5045/3 5046/18
**inquire [2]** 5024/6 5026/3
**inquiry [1]** 5044/18
**inside [5]** 5025/5 5037/12 5042/5 5042/5 5042/16
**intending [1]** 5035/14
**intensive [1]** 5033/22

## I

interest [1] 5037/8
interior [1] 5036/19
interminably [1] 5036/15
is [61]
isolation [3] 5025/20 5027/9 5027/16
issue [2] 5027/18 5041/13
it [35]
it's [5] 5025/10 5039/19 5042/4 5042/18 5043/14
its [1] 5026/6

## J

jail [6] 5024/20 5025/19 5027/7 5040/5 5040/11 5045/3
James [3] 5020/7 5023/13 5033/3
jcrisp [1] 5020/16
Jeffrey [4] 5019/14 5023/11 5033/1 5039/5
jeffrey.nestler [1] 5019/20
Jessica [3] 5020/14 5023/9 5032/24
jlbrightlaw [1] 5020/9
Johnston [1] 5020/11
joining [1] 5037/21
Jonathan [3] 5020/14 5023/17 5033/8
Jr [1] 5020/10
JUDGE [4] 5019/10 5038/7 5038/12 5042/21
Judge Mehta [1] 5038/12
Judge Mehta's [1] 5038/7
Juli [3] 5021/2 5023/15 5033/5
JULIA [1] 5021/3
jurors [1] 5046/5
JURY [1] 5019/9
just [13] 5026/4 5034/17 5035/4 5037/25 5038/4 5038/25 5040/24 5043/5 5043/21 5044/9 5044/13 5044/19 5046/5

## K

Kate [2] 5038/10 5038/23
Kathryn [3] 5019/14 5023/11 5033/1
kathryn.rakoczy [1] 5019/19
keep [1] 5032/13
Kelly [3] 5021/2 5023/8 5032/23
Kenneth [3] 5021/7 5023/8 5032/23
kicked [1] 5039/8

kind [4] 5025/7 5034/13 5034/19 5036/10
knock [1] 5025/6
know [23] 5024/1 5024/12 5026/2 5026/4 5026/5 5033/16 5035/13 5035/14 5035/17 5038/20 5038/25 5040/12 5040/14 5040/19 5040/21 5042/8 5042/14 5042/17 5042/25 5043/9 5043/21 5043/22 5046/2
knowingly [1] 5034/25
knowledge [1] 5040/13
knows [2] 5035/19 5044/22

## L

LA [1] 5020/11
lack [1] 5041/14
lacking [1] 5036/18
laid [1] 5041/3
Lanelle [3] 5036/16 5036/21 5037/3
large [1] 5037/20
LASSITER [1] 5020/3
last [7] 5024/23 5036/9 5036/13 5036/24 5039/9 5039/13 5041/11
late [1] 5035/24
later [1] 5040/3
law [2] 5021/3 5037/11
Lawn [2] 5020/3 5020/7
lawyers [2] 5024/16 5033/15
learn [1] 5046/7
learned [2] 5033/14 5033/18
least [8] 5024/4 5024/24 5025/6 5026/13 5036/13 5036/25 5038/2 5044/17
leave [1] 5043/4
Lee [3] 5020/7 5023/13 5033/3
less [1] 5039/17
lesson [1] 5033/14
let [2] 5033/18 5046/2
let's [2] 5041/22 5045/9
like [3] 5026/7 5035/13 5035/17
Linder [6] 5020/2 5020/3 5023/13 5024/15 5033/3 5046/2
line [7] 5024/3 5024/8 5034/21 5034/21 5041/4 5041/6 5042/17
lineup [1] 5036/2
link [3] 5024/20 5026/4

list [6] 5037/6 5037/10 5037/22 5037/24 5039/24 5043/23
listen [1] 5036/23
lists [1] 5036/23
LLC [2] 5020/14 5021/8
lockdown [1] 5040/11
logging [1] 5038/8
long [2] 5039/15 5042/19
longer [1] 5041/12
look [5] 5025/10 5026/1 5043/23 5044/9 5046/12
Louis [2] 5019/15 5023/12

## M

made [1] 5035/23
make [2] 5034/13 5044/18
making [1] 5043/4
man [1] 5043/6
Manzo [2] 5019/15 5023/12
Marshal [1] 5026/15
Marshals [6] 5024/1 5024/5 5026/9 5026/16 5040/16 5045/16
matter [5] 5041/15 5041/24 5044/20 5044/22 5047/4
matters [1] 5041/16
may [4] 5038/20 5040/4 5040/23 5042/9
maybe [1] 5039/1
MD [1] 5021/14
me [6] 5027/11 5027/13 5033/18 5035/1 5041/5 5041/6
mean [4] 5026/14 5042/22 5043/14 5045/9
means [1] 5033/16
meant [2] 5038/11 5038/13
mechanical [1] 5022/6
medical [2] 5041/15 5041/16
Meggs [8] 5021/2 5023/8 5023/15 5023/19 5032/23 5033/6 5042/2 5042/7
Meggs' [1] 5043/18
MEHTA [3] 5019/9 5023/3 5038/12
Mehta's [1] 5038/7
merely [1] 5025/14
Merit [1] 5022/2
met [1] 5036/22
might [2] 5039/21 5043/19
minimum [1] 5035/17
minutes [3] 5025/20 5027/8 5041/11
moment [1] 5033/25

## Monday [5]

Monday [5] 5040/13 5040/21
5040/15 5040/21 5045/6 5045/13
more [8] 5024/8 5033/15 5036/19 5037/20 5038/2 5043/11 5043/12 5043/15
morning [6] 5023/5 5023/22 5027/7 5032/12 5034/20 5035/19
most [1] 5033/22
move [2] 5040/3 5043/18
movement [3] 5034/5 5034/8 5034/9
moving [2] 5026/7 5037/8
MPD [1] 5036/20
Mr. [44]
Mr. Bright [5] 5024/23 5025/16 5037/25 5038/25 5046/2
Mr. Douyon [1] 5043/12
Mr. Dunn [1] 5042/6
Mr. Linder [2] 5024/15 5046/2
Mr. Meggs [1] 5042/2
Mr. Meggs' [1] 5043/18
Mr. Nestler [2] 5036/9 5036/24
Mr. Rhodes [21] 5023/25 5025/3 5025/4 5026/21 5033/23 5034/16 5035/8 5035/18 5036/11 5037/14 5037/21 5039/12 5039/18 5039/21 5040/2 5044/15 5044/19 5044/22 5045/4 5045/22 5046/10
Mr. Rhodes' [4] 5034/5 5036/18 5040/9 5040/25
Mr. Woodward [5] 5041/23 5042/17 5042/25 5043/5 5046/3
Mr. Woodward's [1] 5044/25
Ms. [9] 5024/23 5024/24 5032/13 5035/7 5039/9 5041/24 5044/9 5044/25 5046/4
Ms. Brown [1] 5044/9
Ms. Drew [3] 5024/23 5024/24 5035/7
Ms. Haller [3] 5032/13 5041/24 5046/4
Ms. Haller's [1] 5044/25
Ms. Rakoczy [1] 5039/9
much [3] 5024/2 5041/11 5045/2
my [3] 5024/5 5042/22

myself [1] 5026/22

## N

name [1] 5044/5
necessary [1] 5027/1
necessitated [1] 5038/4
need [5] 5041/18 5044/13 5045/15 5045/15 5045/20
negative [7] 5024/10 5024/12 5038/14 5040/12 5040/20 5045/4 5045/13
Nestler [5] 5019/14 5023/11 5033/1 5036/9 5036/24
news [1] 5023/25
next [5] 5024/4 5025/2 5025/25 5040/10 5043/19
nice [1] 5023/23
night [3] 5036/9 5036/13 5036/24
NJ [1] 5021/9
no [8] 5019/4 5023/6 5023/7 5025/4 5032/21 5032/22 5038/21 5041/2
noon [1] 5027/12
North [1] 5020/15
not [38]
note [2] 5037/25 5039/4
notes [1] 5026/13
notice [3] 5036/4 5036/6 5036/7
noticed [1] 5042/9
notify [1] 5046/6
now [5] 5023/24 5024/7 5027/15 5035/15 5036/25
NW [3] 5019/17 5021/3 5022/4

## O

Oak [2] 5020/3 5020/7
object [1] 5042/23
observing [1] 5033/24
obstruction [1] 5039/11
obvious [1] 5042/4
obviously [5] 5024/11 5034/7 5035/23 5037/16 5041/14
October [3] 5019/5 5047/7
off [3] 5025/24 5039/8 5041/19
OFFICE [1] 5019/16
Officer [2] 5036/20 5042/6
Officer Dunn [1] 5042/6
officers [3] 5042/5 5042/11 5042/11
OFFICES [1] 5021/3

**O**

**Official** [1] 5022/3
**offline** [1] 5039/2
**often** [1] 5035/24
**okay** [12] 5025/23
5027/17 5033/12
5035/12 5037/2 5038/9
5038/15 5040/22
5043/1 5044/12
5045/20 5046/1
**one** [5] 5026/18
5027/18 5041/13
5042/10 5044/19
**ones** [1] 5045/17
**Open** [1] 5032/10
**opportunity** [1] 5038/1
**option** [4] 5026/8
5026/18 5034/1
5034/17
**Option 2** [1] 5034/1
**options** [2] 5024/19
5034/3
**orally** [1] 5037/23
**order** [6] 5035/15
5036/1 5036/25 5037/7
5037/16 5037/18
**originally** [1] 5036/6
**other** [5] 5037/14
5039/12 5041/13
5042/11 5044/9
**otherwise** [1] 5032/16
**ought** [1] 5024/2
**our** [8] 5027/19
5037/17 5038/3
5040/16 5042/9
5042/13 5044/1
5045/16
**out** [12] 5027/9
5027/16 5035/15
5036/1 5036/9 5037/7
5037/16 5037/18
5038/19 5042/20
5044/16 5045/13
**outlook.com** [1]
5021/6
**over** [5] 5026/22
5034/13 5040/21
5043/18 5045/17
**overflow** [1] 5026/12
**Owens** [1] 5036/20

**P**

**P.** [1] 5023/3
**P.A** [1] 5021/12
**p.m** [2] 5032/19
5046/16
**PA** [1] 5020/15
**page** [3] 5035/4 5036/5
5044/6
**parliamentarian** [1]
5035/8
**part** [1] 5024/23
**particular** [1] 5039/18
**pass** [1] 5026/13
**Pause** [1] 5039/6
**Pennsylvania** [1]
5021/3
**people** [1] 5025/4

**person** [1] 5023/20
**person's** [1] 5044/24
**personal** [2] 5034/14
5041/15
**phillip** [4] 5020/2
5020/6 5023/13 5033/3
**phone** [6] 5025/21
5027/9 5027/11
5027/16 5027/19
5034/20
**pin** [1] 5040/16
**Plaintiff** [1] 5019/4
**plan** [1] 5041/12
**planning** [1] 5034/22
**plans** [1] 5041/4
**please** [3] 5023/4
5032/13 5046/4
**pocket** [1] 5038/19
**point** [2] 5027/11
5027/15
**Police** [1] 5025/3
**policy** [2] 5024/7
5024/8
**possibilities** [1]
5025/12
**possible** [4] 5033/20
5034/15 5043/4
5044/11
**possibly** [1] 5043/9
**potential** [3] 5036/2
5039/11 5044/17
**potentially** [2] 5034/15
5035/15
**prepared** [7] 5026/2
5034/24 5040/17
5041/7 5043/24 5044/5
5044/23
**prepped** [2] 5042/10
5042/11
**presence** [4] 5025/1
5025/5 5026/16
5033/10
**present** [6] 5023/20
5023/21 5026/19
5026/21 5035/21
5044/24
**presiding** [1] 5023/3
**Prettyman** [1] 5022/4
**prevents** [1] 5034/5
**probably** [3] 5025/17
5037/10 5037/15
**proceed** [6] 5034/25
5040/24 5040/25
5041/1 5041/24 5046/7
**proceeding** [2]
5024/21 5040/25
**proceedings** [6]
5019/9 5022/6 5023/20
5037/22 5046/16
5047/4
**process** [1] 5025/22
**produced** [1] 5022/7
**promptly** [2] 5043/23
5044/10
**propose** [1] 5040/1
**prosecutors** [1]
5033/16

**protocols** [1] 5026/6
**public** [2] 5024/2
5041/20
**purposes** [1] 5044/18
**push** [3] 5036/10
5036/13 5037/20
**pushed** [1] 5036/15
**put** [7] 5024/2 5033/23
5037/9 5037/15
5039/16 5044/3 5045/9
**PUTZI** [1] 5021/12

**Q**

**quarantine** [1] 5024/7
**question** [10] 5026/19
5026/20 5036/11
5038/17 5040/4
5040/19 5040/23
5041/23 5042/22
5043/16
**quickly** [1] 5033/15

**R**

**raising** [1] 5042/4
**Rakoczy** [4] 5019/14
5023/11 5033/1 5039/9
**rapid** [1] 5027/14
**really** [2] 5034/11
5034/12
**Realtime** [1] 5022/3
**reason** [2] 5025/23
5034/3
**receive** [2] 5035/24
5035/24
**received** [1] 5036/12
**recently** [1] 5026/6
**recess** [2] 5032/11
5032/19
**record** [7] 5024/2
5034/20 5034/23
5039/1 5039/3 5041/20
5047/3
**recorded** [1] 5022/6
**regard** [1] 5042/12
**regarding** [2] 5036/4
5039/11
**regards** [1] 5035/6
**Registered** [1] 5022/2
**regular** [1] 5035/24
**rejiggering** [1] 5037/6
**remind** [1] 5043/5
**remote** [2] 5026/6
5034/19
**remotely** [1] 5040/18
**Reporter** [4] 5022/2
5022/2 5022/3 5022/3
**represent** [1] 5042/15
**require** [5] 5026/15
5034/7 5034/9
**resource** [1] 5033/22
**resources** [1] 5034/10
**respect** [1] 5043/19
**reviewed** [1] 5036/16
**RHODES** [28] 5019/6
5020/2 5023/7 5023/14
5023/21 5023/25
5025/3 5025/4 5026/21

5033/23 5034/16
5035/8 5035/15
5036/11 5037/14
5037/21 5039/12
5039/18 5039/21
5040/2 5044/15
5044/19 5044/22
5045/4 5045/22
5046/10
**Rhodes'** [4] 5034/5
5036/18 5040/9
5040/25
**right** [13] 5023/22
5023/24 5024/7
5027/15 5027/18
5035/20 5039/7
5039/25 5041/17
5043/2 5045/11
5045/19 5046/11
**rise** [2] 5023/2 5032/14
**Ritchie** [1] 5021/13
**RMR** [2] 5047/2 5047/8
**room** [2] 5026/11
5033/24
**Ryan** [1] 5036/5

**S**

**SA** [1] 5036/3
**said** [3] 5025/20
5027/8 5027/10
**Salke** [1] 5036/5
**same** [4] 5034/21
5035/4 5036/21 5046/4
**satisfied** [3] 5034/24
5035/19 5041/8
**Saturday** [2] 5040/12
5045/5
**say** [2] 5026/18
5038/10
**saying** [2] 5039/9
5039/10
**scheduling** [3]
5035/25 5038/4
5038/12
**scope** [1] 5033/19
**Sealed** [1] 5027/21
**seated** [1] 5023/4
**Secret** [1] 5035/22
**see** [3] 5025/7 5025/23
5044/24
**seemed** [2] 5036/10
5036/13
**seems** [2] 5035/1
5036/15
**send** [7] 5037/6
5037/23 5038/2
5038/21 5043/12
5043/24 5044/16
**sent** [1] 5036/9
**sentence** [1] 5044/20
**separate** [1] 5033/24
**Service** [5] 5024/1
5025/4 5026/9 5040/16
5045/16
**session** [1] 5023/3
**set** [1] 5026/20
**seven** [1] 5039/16

**short** [1] 5039/15
**shortly** [1] 5038/8
**should** [1] 5046/5
**since** [1] 5037/25
**single** [1] 5041/6
**sir** [4] 5037/1 5037/4
5043/7 5046/14
**sit** [1] 5026/22
**situation** [1] 5034/6
**six** [1] 5039/16
**slated** [1] 5043/22
**slightly** [2] 5037/15
5037/18
**so** [31]
**So I think** [2] 5037/9
5039/15
**some** [7] 5025/7
5036/22 5037/7
5038/17 5042/7
5042/14 5045/5
**somebody** [2] 5036/6
5036/11
**somehow** [1] 5039/8
**something** [5] 5026/2
5033/25 5034/2
5034/12 5038/24
**sometimes** [1] 5038/2
**soon** [6] 5043/9
5043/23 5044/16
5046/7 5046/9 5046/12
**sooner** [1] 5027/12
**sorry** [2] 5039/7
5043/1
**sort** [3] 5024/8 5026/6
5033/23
**sound** [1] 5035/13
**sounded** [1] 5038/16
**speak** [1] 5044/15
**specific** [1] 5043/12
**speedy** [1] 5027/14
**split** [1] 5042/9
**spoke** [1] 5027/7
**Sr** [1] 5021/12
**stand** [3] 5027/20
5035/1 5046/3
**Stanley** [3] 5033/5
5038/19 5041/14
**start** [4] 5024/10
5024/13 5040/12
5041/2
**STATES** [5] 5019/1
5019/3 5019/10 5023/6
5032/21
**stay** [2] 5032/12
5044/14
**stenography** [1]
5022/6
**STEWART** [4] 5019/6
5020/2 5023/7 5032/22
**still** [2] 5039/1 5039/2
**story** [1] 5039/15
**Street** [3] 5019/17
5020/11 5020/25
**strict** [1] 5040/11
**strike** [2] 5040/1
5040/3
**subject** [2] 5044/20

**S**

**subject... [1]** 5044/22
**suggested [1]** 5041/25
**Suite [4]** 5020/4 5020/8
5021/4 5021/13
**summary [1]** 5044/20
**Sunday [6]** 5024/9
5024/10 5024/12
5040/20 5045/5
5045/14
**sure [5]** 5023/24
5025/11 5038/21
5040/6 5041/22
**symptomatic [1]**
5026/16
**symptoms [1]** 5024/11

**T**

**take [4]** 5026/24
5037/7 5037/16
5037/17
**talk [5]** 5026/13
5026/14 5035/5
5035/10 5035/19
**talked [1]** 5026/9
**Tarpley [3]** 5020/10
5023/14 5033/4
**team [3]** 5024/18
5042/7 5042/13
**tee [1]** 5043/20
**telling [1]** 5034/17
**ten [2]** 5024/7 5040/11
**ten-day [2]** 5024/7
5040/11
**tentatively [1]** 5032/15
**terms [5]** 5033/19
5033/21 5036/18
5036/25 5041/13
**terrific [1]** 5026/2
**test [4]** 5024/9 5024/12
5025/25 5045/13
**testify [1]** 5025/5
**testifying [1]** 5036/8
**testimony [5]** 5025/7
5035/20 5039/23
5044/21 5044/24
**testing [1]** 5040/19
**tests [2]** 5040/11
5045/4
**than [6]** 5027/12
5033/16 5037/1
5037/14 5039/12
5041/12
**thank [11]** 5027/3
5032/18 5035/3 5039/4
5042/3 5045/19
5045/24 5045/25
5046/8 5046/13
5046/15
**thank you [10]**
5032/18 5035/3 5039/4
5042/3 5045/19
5045/24 5045/25
5046/8 5046/13
5046/15
**that [105]**
**that's [12]** 5024/13

5025/15 5027/1
5035/1 5035/9 5035/10
5038/5 5038/15
5039/13 5041/21
5043/13
**their [2]** 5045/1 5045/6
**thelinderfirm.com [1]**
5020/6
**them [5]** 5040/3 5040/3
5042/16 5045/14
5046/6
**then [14]** 5024/9
5024/9 5024/10 5034/8
5034/25 5036/16
5036/20 5037/19
5040/25 5041/1 5041/8
5044/18 5044/24
5046/3
**theory [1]** 5045/13
**there [8]** 5026/8
5034/13 5037/14
5038/3 5039/10
5040/24 5041/13
5042/23
**There is [1]** 5026/8
**there's [4]** 5026/10
5026/19 5035/25
5035/25
**thereof [1]** 5041/14
**these [6]** 5023/20
5035/17 5040/10
5041/3 5042/1 5042/15
**they [17]** 5024/20
5025/20 5026/7 5027/6
5027/8 5027/9 5027/10
5027/10 5027/11
5027/13 5027/13
5027/16 5035/16
5038/20 5040/20
5045/4 5046/5
**they'd [1]** 5045/16
**they'll [1]** 5041/10
**they're [2]** 5025/21
5045/17
**thing [1]** 5039/13
**things [3]** 5027/20
5035/1 5046/3
**think [19]** 5025/10
5025/17 5034/12
5036/11 5036/20
5037/9 5037/11
5038/23 5039/1
5039/15 5039/16
5039/16 5041/10
5041/23 5043/10
5043/16 5043/17
5044/3 5045/9
**thinking [2]** 5027/4
5044/25
**third [1]** 5026/8
**this [27]** 5023/2 5023/6
5026/9 5026/11
5026/23 5027/4 5027/7
5027/15 5032/21
5033/11 5033/14
5034/22 5035/10
5035/15 5035/16
5035/22 5036/3

5039/2 5039/25
5041/22 5042/18
5044/13 5045/9
5045/10 5046/3
**This is [2]** 5023/6
5032/21
**Thomas [3]** 5021/12
5023/9 5032/24
**those [8]** 5025/12
5034/3 5035/6 5035/9
5038/18 5039/22
5039/23 5040/2
**though [1]** 5025/16
**thoughts [1]** 5035/2
**three [2]** 5024/17
5037/10
**through [1]** 5040/10
**throw [1]** 5038/11
**Thursday [1]** 5024/13
**till [2]** 5027/12 5032/11
**time [5]** 5035/10
5035/22 5036/3
5037/21 5046/13
**times [1]** 5038/3
**titled [1]** 5047/4
**today [3]** 5024/9
5037/23 5043/22
**together [2]** 5037/10
5037/15
**told [7]** 5023/25 5027/5
5027/6 5027/11
5027/12 5041/3
5041/10
**tomorrow [9]** 5032/11
5034/20 5035/19
5041/1 5041/2 5043/10
5044/19 5046/6 5046/7
**too [2]** 5024/18 5045/2
**took [1]** 5037/25
**total [3]** 5025/20
5027/8 5027/15
**Towers [1]** 5021/13
**transcript [3]** 5019/9
5022/6 5047/3
**transcription [1]**
5022/7
**transmissible [1]**
5026/17
**transport [3]** 5026/10
5040/20 5045/14
**transporting [1]**
5026/10
**treat [1]** 5045/4
**trial [3]** 5019/9 5026/23
5037/8
**trouble [1]** 5038/6
**Troy [2]** 5019/16
5023/12
**try [4]** 5025/7 5025/21
5027/10 5045/7
**trying [2]** 5035/15
5038/1
**tuned [2]** 5032/12
5044/14
**turns [2]** 5026/24
5042/5
**two [4]** 5025/6 5037/10

**two-sentence [1]**
5044/20
**TX [2]** 5020/4 5020/8

**U**

**U.S [3]** 5019/16 5024/1
5026/14
**Ulrich [1]** 5036/14
**ultimately [1]** 5025/10
**under [2]** 5034/4
5038/11
**understand [4]** 5026/5
5036/2 5039/21
5042/19
**unit [1]** 5041/5
**UNITED [5]** 5019/1
5019/3 5019/10 5023/6
5032/21
**unless [1]** 5032/16
**unnecessary [1]**
5034/5
**until [2]** 5026/6
5037/20
**unwelcome [1]**
5023/25
**up [7]** 5024/13 5026/9
5026/20 5032/13
5038/1 5042/18
5043/20
**update [1]** 5027/20
**updates [1]** 5035/24
**upon [1]** 5037/20
**upshot [1]** 5044/13
**us [10]** 5024/17 5027/6
5032/13 5038/24
5041/6 5041/10
5042/13 5043/24
5045/25 5046/2
**USCP [1]** 5036/5
**usdoj.gov [2]** 5019/19
5019/20
**using [1]** 5034/22
**USSSA [1]** 5036/16

**V**

**versus [2]** 5023/7
5032/22
**very [2]** 5042/7
5043/23
**view [1]** 5044/2
**views [2]** 5042/13
5044/1
**Virginia [2]** 5036/4
5044/7
**visits [1]** 5026/7
**voluntarily [1]** 5034/25
**volunteer [2]** 5026/21
**vs [1]** 5019/5

**W**

**wait [1]** 5025/25
**waive [9]** 5025/1
5034/16 5034/18
5034/24 5035/6
5039/21 5040/9
5040/17 5041/8

**waived [1]** 5033/10
**waiving [2]** 5024/22
5035/20
**want [3]** 5036/12
5039/1 5041/20
**wants [1]** 5042/18
**was [14]** 5025/20
5026/20 5026/20
5027/8 5033/10 5034/1
5036/5 5036/8 5037/3
5038/10 5038/13
5041/19 5043/22
5044/6
**Washington [4]** 5019/5
5019/17 5021/5 5022/5
**wasn't [1]** 5041/21
**Watkins [6]** 5020/14
5023/9 5023/17
5023/19 5032/24
5033/8
**way [9]** 5024/21
5026/10 5026/13
5038/4 5038/16
5041/22 5043/3 5044/3
5045/9
**we [82]**
**we will [1]** 5037/7
**we would [1]** 5039/19
**we'd [3]** 5036/7 5037/5
5040/25
**we'll [13]** 5024/9
5026/3 5026/4 5032/11
5038/21 5039/24
5043/23 5044/9
5044/10 5044/24
5046/6 5046/9 5046/11
**we're [13]** 5026/25
5032/15 5032/16
5035/4 5035/4 5035/9
5035/10 5036/1
5037/16 5039/1 5039/2
5040/1 5040/9
**we've [5]** 5024/16
5025/19 5036/16
5037/6 5046/5
**Wednesday [2]** 5041/1
5043/11
**week [2]** 5024/13
5045/10
**weekend [1]** 5023/23
**well [14]** 5024/1
5025/9 5026/4 5027/3
5027/18 5033/13
5035/13 5038/19
5041/15 5041/18
5041/22 5042/2
5042/25 5043/3
**were [7]** 5026/7
5035/16 5039/9
5039/10 5039/10
5040/24 5045/5
**weren't [1]** 5044/8
**what [28]** 5023/25
5024/5 5025/2 5026/25
5027/5 5026/10
5033/18 5033/19
5034/15 5034/17
5035/9 5035/10

**W**

**what... [16]** 5035/22
5036/2 5037/3 5039/10
5040/1 5040/13
5040/16 5041/3
5041/10 5042/19
5043/1 5043/17
5043/17 5044/1
5044/20 5044/22
**whatever [3]** 5034/10
5035/9 5044/18
**when [3]** 5039/2
5040/24 5042/16
**where [7]** 5024/13
5026/12 5027/20
5033/19 5035/1
5037/21 5046/2
**whether [9]** 5024/6
5025/11 5026/3
5035/14 5040/20
5042/18 5045/13
5045/16 5046/7
**which [7]** 5033/22
5034/1 5034/5 5034/22
5036/13 5036/16
5041/5
**while [4]** 5025/7
5025/25 5026/16
5042/14
**Whitney [1]** 5036/3
**Whitney Drew [1]**
5036/3
**who [16]** 5027/19
5035/13 5035/17
5036/4 5036/15
5037/11 5037/12
5037/15 5037/19
5038/17 5038/20
5039/16 5039/17
5043/22 5044/6
5045/17
**whose [1]** 5035/20
**why [4]** 5025/24
5027/19 5033/25
5039/21
**WiFi [1]** 5039/8
**will [9]** 5027/16 5037/7
5037/25 5038/10
5038/12 5043/9
5043/11 5043/18
5044/15
**William [4]** 5021/12
5022/2 5047/2 5047/8
**willing [6]** 5024/19
5025/1 5034/16
5034/18 5035/9
5039/21
**wise [1]** 5025/17
**within [1]** 5034/9
**without [2]** 5025/15
5036/11
**witness [1]** 5044/23
**witness's [1]** 5044/21
**witnesses [25]** 5025/3
5025/24 5035/7
5035/18 5037/11
5037/11 5037/15
5037/18 5037/19

5039/16 5040/2
5040/10 5042/1 5042/7
5042/9 5042/10
5042/15 5043/19
5044/1 5044/1 5044/2
5044/9 5044/17
**witnesses' [1]** 5039/23
**won't [1]** 5024/4
**Woodward [6]** 5033/5
5041/23 5042/17
5042/25 5043/5 5046/3
**Woodward's [2]**
5041/14 5044/25
**work [3]** 5026/11
5027/10 5033/18
**would [48]**
**written [1]** 5037/24

**Y**

**Yeah [4]** 5038/21
5040/8 5041/19 5045/7
**Yes [3]** 5032/17
5039/14 5043/7
**you [40]**
**you're [1]** 5043/1
**you've [1]** 5025/11
**young [3]** 5036/14
5043/6 5044/6
**your [23]** 5023/5
5026/18 5027/8
5032/18 5032/20
5035/2 5035/3 5035/22
5037/5 5039/14 5040/4
5040/23 5041/25
5042/3 5042/23
5043/16 5045/2
5045/23 5045/25
5046/8 5046/13
5046/13 5046/15
**Your Honor [19]**
5023/5 5026/18 5027/8
5032/18 5032/20
5035/3 5035/22 5037/5
5039/14 5040/4
5040/23 5042/3
5042/23 5045/2
5045/23 5045/25
5046/8 5046/13
5046/15

**Z**

**Zaremba [3]** 5022/2
5047/2 5047/8
**Zoom [5]** 5024/20
5025/8 5026/3 5026/12
5034/1
**Zsuzsa [1]** 5021/2