IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          CR No. 22-15
                                   )          Washington, D.C.
          vs.                      )          October 25, 2022
                                   )          9:00 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )          Day 18
          Defendants.              )          Morning Session
_____   )
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

WHITNEY DREW                    5089
WHITNEY DREW                    5126

- - -

INDEX OF EXHIBITS

- - -

DEFENDANT'S                              ADMITTED

H-10                                       5090

H-13b                                      5103

H-14                                       5113

H-28                                       5119

H-15a                                      5120

H-34                                       5122

```
 1                      P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4            THE COURT:  Please be seated, everyone.
 5   Good morning.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, the United States of
 8   America versus Defendant No. 1, Elmer Stewart Rhodes III;
 9   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
10   Defendant 4, Jessica Watkins; and Defendant 10,
11   Thomas Edward Caldwell.
12            Kathryn Rakoczy, Jeffrey Nestler,
13   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
14   government.
15            Phillip Linder, James Lee Bright, and
16   Edward Tarpley for Defendant Rhodes.
17            Stanley Woodward and Juli Haller for
18   Defendant Meggs.  To clarify, only Juli Haller is present
19   for Defendant Meggs.
20            Bradford Geyer for Defendant Harrelson.
21            Jonathan Crisp for Defendant Watkins.
22            And David Fischer for Defendant Caldwell.
23            Defendants Meggs, Harrelson, Watkins, and Caldwell
24   are present in the courtroom for these proceedings.
25            Defendant Rhodes will be joining via
```

1    teleconference but is not yet connected.

2              THE COURT:  All right.  Good morning, everyone.

3    I hope everybody is doing well.

4              Okay.  So I got word last night that Mr. Rhodes is

5    prepared to waive his personal appearance for a handful of

6    witnesses.

7              MR. LINDER:  Yes, Your Honor.

8              It's my understanding, after talking with

9    Mr. Rhodes last night, that he's prepared to waive his

10   in-person presence or even his presence entirely to the

11   first eight witnesses listed on the government's email that

12   they sent last night.  He does not want to waive Drew's

13   recall, but he will waive the continuation of her

14   cross-examination and redirect.

15             THE COURT:  Okay.  Mr. Linder, thank you.

16             What, Mr. Linder, would you like me to say to the

17   jury?

18             MR. LINDER:  That's a great question.

19             Even though they're not supposed to read the news,

20   I'm sure people have heard, it's been plastered everywhere,

21   that he's got COVID, so I don't know -- and they're going to

22   when they come in, they're going to see that he's not here.

23             THE COURT:  I'll actually start from the

24   assumption that they don't know he has COVID.  And as

25   I think they've been diligent in avoiding these things.

```
 1   So...
 2                COURTROOM DEPUTY:  Hi.  Good morning, this is
 3   Jean-Claude, Judge Mehta's Courtroom Deputy.  We're calling
 4   live from the courtroom.
 5                CORPORAL:  One moment.
 6                THE COURT:  So I can -- I mean, look, he's
 7   obviously not going to be present, they will notice.
 8   I think the question is how much detail you want me to
 9   provide about the reason.  I will certainly tell them not to
10   draw any inference one way or another.
11                MR. LINDER:  Yeah, let me visit with my
12   colleagues.  I don't know if we just want to say he has a
13   medical issue, but they'll probably surmise it's COVID but
14   give us a minute to --
15                THE COURT:  Go ahead, just chat real quick.
16                And then in terms of Mr. Woodward's --
17                DEFENDANT RHODES:  Hello.
18                THE COURT:  Hello.  Mr. Rhodes?
19                DEFENDANT RHODES:  Yes.
20                THE COURT:  Hi.  It's Judge Mehta.  Can you hear
21   me okay?
22                DEFENDANT RHODES:  Yes, sir.
23                THE COURT:  How are you feeling?
24                DEFENDANT RHODES:  Like crap.
25                THE COURT:  I'm sorry to hear that.  I'm sorry to
```

1   hear that.

2          All right.  So we are all here convened in the

3   courtroom.  You are with us telephonically from the

4   facility.  All counsel are present.  All the defendants are

5   present.  All the government counsel are present.

6          And the purpose of having you on the phone is my

7   understanding is that you had a conversation with your

8   counsel last night and are prepared to waive your appearance

9   with respect to a certain number of witnesses that the

10  government is planning to call over the next couple days; is

11  that right?

12          DEFENDANT RHODES:  Yes, sir.

13          THE COURT:  Okay.

14          So before I accept your waiver, I want to make

15  sure you fully understand your rights and what the potential

16  implications are of your not being present, and so it's

17  going to just -- I want to ask you handful of questions,

18  this may take a few minutes, as well, to ensure that

19  you understand which witnesses precisely the government is

20  intending to call and whose testimony you would not be

21  physically present for or remotely present for.

22          But just to be clear at the start, Mr. Rhodes,

23  when we're talking about waiver, do you understand that we

24  are talking about complete waiver, that is, not access

25  either in person nor remotely to these proceedings?

1          DEFENDANT RHODES:  Yes, sir.  I understand that.

2          THE COURT:  Okay.

3          And you are wear, Mr. Rhodes, or are you aware

4     that you have a right to personally be present in court for

5     these trial proceedings?

6          DEFENDANT RHODES:  Yes.

7          THE COURT:  And that you have the right to have --

8     you have a right to confrontation, that is, that you have

9     the right to confront the witnesses that have been called

10    against you, meaning that your lawyers have the right to

11    cross-examine them.  Do you understand that?

12         DEFENDANT RHODES:  Yes.

13         THE COURT:  And you have the right to have those

14    lawyers or have your lawyers cross-examination them in your

15    presence while you are in the courtroom.  Do you understand

16    that, sir?

17         DEFENDANT RHODES:  Yes.

18         THE COURT:  But if you are not here, what that

19    means, Mr. Rhodes, is that you are giving up your right to

20    be present to hear witness testimony.  Do you understand

21    that?

22         DEFENDANT RHODES:  Yes.

23         THE COURT:  And you are giving up your right to be

24    present for any cross-examination that your lawyers may or

25    may not conduct of any government witness that is called?

1        DEFENDANT RHODES:  Yes.

2        THE COURT:  At the same time, Mr. Rhodes, you are

3   also forfeiting or waiving the opportunity to hear other

4   defense counsel cross-examine other witnesses -- the

5   government's witnesses.  Do you understand that?

6        DEFENDANT RHODES:  Yes.

7        THE COURT:  And you will be giving up the right

8   to -- or the opportunity to consult with your counsel and

9   potentially even other counsel during the examination of

10  those witnesses.  Is that understood?

11       DEFENDANT RHODES:  Yes.

12       THE COURT:  Now, we'll talk about the witnesses in

13  a moment, Mr. Rhodes, but do you understand, at least as a

14  general proposition, that even though the general

15  understanding here is that these witnesses may not refer to

16  you directly, they could potentially provide testimony

17  against you.  Do you understand that?

18       DEFENDANT RHODES:  Yes.

19       THE COURT:  And that even may be indirectly, as

20  you know, you are charged with a conspiracy, and evidence

21  against a different defendant also is potentially admissible

22  against you and can be considered against you by the jury.

23  Is that understood?

24       DEFENDANT RHODES:  Yes.

25       THE COURT:  And do you understand that it is

 1    likely, although we were just talking about this,

 2    Mr. Rhodes, precisely how we were going to let the jury

 3    know -- the jury will obviously be aware of your absence.

 4    Do you understand that?

 5                DEFENDANT RHODES:  Yes.

 6                THE COURT:  And I will instruct the jury that your

 7    absence shouldn't be viewed adversely toward you; however,

 8    you're aware that by waiving, the jury will certainly know

 9    that you are not physically present for these trial

10    proceedings for the immediate number of witnesses.  Do you

11    understand that?

12                DEFENDANT RHODES:  Yes.

13                THE COURT:  And, you know, although I will

14    certainly advise the jury and instruct the jury that that --

15    your absence can't be held against you, ultimately, I just

16    want you to be aware that the jurors will be aware of your

17    absence and, notwithstanding any instruction, each

18    individual juror will come to their own -- have their own

19    views about your presence or absence during these

20    proceedings.  Do you understand that?

21                DEFENDANT RHODES:  They will be told I have COVID?

22                THE COURT:  I'm sorry, what's that?

23                DEFENDANT RHODES:  They're going to be told I have

24    COVID?

25                THE COURT:  That's what we're talking about right

1    now.  We were just talking about it when you came on and we

2    were discussing what the right wording is.

3              Mr. Linder, do you have any --

4              MR. LINDER:  Mr. Rhodes, I don't know if you want

5    us to tell them you have COVID or you just have a short-term

6    medical condition.  Which would you prefer?

7              DEFENDANT RHODES:  I think the truth is always

8    best.

9              MR. LINDER:  Okay.

10             I don't have a problem with that.

11             DEFENDANT RHODES:  Okay.

12             THE COURT:  Okay.

13             So we'll advise the jury of that.  These jurors

14   have already had this issue come up once before so I don't

15   think it's going to really throw them one way or another.

16             All right.  So knowing all of these rights,

17   Mr. Rhodes, do you still wish to waive your personal

18   appearance at this trial for the following witnesses?  It

19   would include the continuation of the cross-examination and

20   redirect examination of Special Agent Whitney Drew?

21             DEFENDANT RHODES:  Yes.

22             THE COURT:  The government is expecting to call

23   United States Capitol Police Officer Ryan Salke.  Officer

24   Salke was on duty in the area near the east Rotunda doors on

25   January 6th.  Do you waive your presence for his testimony?

```
 1              DEFENDANT RHODES:  Yes.

 2              THE COURT:  The government also intends to call

 3    District of Columbia Metropolitan Police Department Officer

 4    Christopher Owens, who guarded a hallway down which

 5    Defendant Watkins and other defendants in this case and in

 6    others, including Defendant Crowl, Parker, Isaacs, Young,

 7    and Steele and Beeks, attempted to push in order to access

 8    the Senate Chamber.  Do you waive your presence for that

 9    officer's testimony?

10              DEFENDANT RHODES:  Allegedly, right?

11              THE COURT:  I'm sorry?

12              DEFENDANT RHODES:  I said, "allegedly."

13              THE COURT:  Allegedly.  Yes, of course, allegedly.

14              DEFENDANT RHODES:  Yes.

15              THE COURT:  The Architect of the Capitol -- excuse

16    me, an employee of the Architect of the Capitol,

17    Jason McIntyre, who will testify about the damage that was

18    caused to the Capitol on January the 6th?

19              DEFENDANT RHODES:  Yes.

20              THE COURT:  U.S. Secret Service Special Agent

21    Lanelle Hawa, H-a-w-a, who will be testifying about the

22    security measures that were necessitated for the Vice

23    President of the United States because of the events of

24    January 6th?

25              DEFENDANT RHODES:  Yes.
```

1          THE COURT:  There is a custodian of records from

2    Meta or Facebook, Tyler Harmon, who will testify about

3    certain evidence deleted by Mr. Caldwell?

4          DEFENDANT RHODES:  Yes.

5          THE COURT:  And then there is Officer Harry Dunn,

6    who is alleged to have encountered Mr. Meggs and

7    Mr. Harrelson and others in the area near the small Rotunda,

8    small House Rotunda on January 6th.  Do you waive your

9    presence for his testimony?

10         DEFENDANT RHODES:  Yes.

11         THE COURT:  And then United States Capitol Police

12   Special Agent David Lazarus, who witnessed part of the

13   interaction between Mr. Meggs and Harrelson and others and

14   Officer Dunn.  Do you waive your presence for his testimony?

15         DEFENDANT RHODES:  What's his name again?

16         THE COURT:  Special Agent David Lazarus.

17         DEFENDANT RHODES:  The FBI agent?

18         THE COURT:  His testimony would concern

19   observations of the interactions between Officer Dunn and

20   Defendants Meggs, Harrelson and others?

21         DEFENDANT RHODES:  Okay.

22         THE COURT:  Okay.  That's a yes, sir?

23         DEFENDANT RHODES:  Yes.

24         THE COURT:  Okay.

25         All right.  Are there additional questions that

1    I have not asked Mr. Rhodes that I should have?

2            MR. LINDER:  No, but I want to make it clear.

3            Mr. Rhodes, understand that we will be able to

4    cross-examine them if we need to.  We will have transcripts

5    of this testimony that you can review when you're back.

6            DEFENDANT RHODES:  Good to go, yeah.

7            THE COURT:  Okay.

8            Ms. Rakoczy, do you have anything you'd like me to

9    ask Mr. Rhodes?

10            MS. RAKOCZY:  Your Honor, would the Court consider

11    asking just a few more questions about any medication

12    Mr. Rhodes is taking?

13            I know he said he did not feel well, but just a

14    few more questions about how he's feeling and his ability to

15    understand and then just a few questions about whether he

16    has had sufficient time to consult with his attorneys and

17    consider this decision, whether anyone has coerced or

18    pressured him into making this decision.  Some questions

19    along those lines might be helpful just to make sure

20    Mr. Rhodes is completely comfortable with what he's doing

21    here.

22            THE COURT:  Okay.  All right.  That's fair.

23            Mr. Rhodes, are you on any medication right now

24    due to --

25            DEFENDANT RHODES:  All they've given me is

```
 1   ibuprofen --
 2              THE COURT:  Okay.
 3              DEFENDANT RHODES:  -- Robitussin, and then some
 4   Tramazac.
 5              THE COURT:  All right.
 6        And as a consequence of those medications, are you
 7   having any difficulty understanding me or understanding
 8   these proceedings?
 9              DEFENDANT RHODES:  No.
10              THE COURT:  Have you had enough time to consult
11   with your counsel about your decision to waive your
12   appearance, Mr. Rhodes?
13              DEFENDANT RHODES:  Yes, I have.
14              THE COURT:  Okay.
15        And are you satisfied in terms of the advice your
16   lawyers have provided you with respect to your decision to
17   waive?
18              DEFENDANT RHODES:  Yes.
19              THE COURT:  All right.
20        Anything else, Ms. Rakoczy?
21              MS. RAKOCZY:  Has anyone pressured or coerced him?
22              THE COURT:  Oh, right.
23        And has anybody pressured you or coerced you to
24   make the decision to waive your appearance, Mr. Rhodes?
25              DEFENDANT RHODES:  No.
```

1          THE COURT:  Are there any questions that you have

2    about any rights that you are giving up by deciding not to

3    appear in person for these proceedings, Mr. Rhodes?

4          DEFENDANT RHODES:  No, sir.

5          THE COURT:  Okay.

6          All right.  So I do find that Mr. Rhodes is

7    knowingly and voluntarily waiving his right to appear for

8    the eight witnesses that I listed earlier.  We will proceed

9    with the direct examination -- well, the continued

10   cross-examination and direct examination of Special Agent

11   Whitney Drew without Mr. Rhodes' presence.

12         We also will hear testimony from the remaining

13   eight -- excuse me, seven witnesses, their direct,

14   cross-examination, and any redirect examination from those

15   witnesses.

16         And then at that point, we will see where we are,

17   and we will await Mr. Rhodes' health report about Mr. Rhodes

18   in determining how we go from there.

19         MR. LINDER:  May I ask Mr. Rhodes a question?

20         Hey, Stewart, Mr. Rhodes --

21         DEFENDANT RHODES:  Yes.

22         MR. LINDER:  -- has the jail, in light of the

23   conversation we had last night about if you were to get a

24   negative test, have they given you any other indication on

25   what they might do next week?

1          DEFENDANT RHODES:  They didn't say anything about

2     a negative test.  All they said was I'd be in a ten-day

3     quarantine even if I'm no longer showing symptoms, but they

4     didn't say anything about a negative test.

5          MR. LINDER:  Yesterday, did they consider that as

6     day one?

7          DEFENDANT RHODES:  I think so, yep.

8          THE COURT:  Okay.

9          All right.  Well, as I said, Mr. Rhodes, we're

10    going to go through these witnesses.  We'll then see where

11    we are in terms of the schedule.  We'll see where we are in

12    terms of your health.  And I will make some further

13    inquiries through the Marshals Service of what, if anything,

14    we can do if you are asymptomatic by Sunday, if we can get

15    you tested by Sunday, and if all of those stars align, then

16    perhaps we can keep going on Monday.  But that all remains

17    to be seen, okay?

18          DEFENDANT RHODES:  Good to go.

19          And, Judge, I requested zinc, vitamin C, and

20    vitamin D here.  I've been told by the staff that they don't

21    give out vitamins.  I'm trying to shorten my exposure to

22    shorten my time, but all we do is treat symptoms here.

23          THE COURT:  I'm sorry.  Can you say that again,

24    Mr. Rhodes.

25          DEFENDANT RHODES:  Well, I requested zinc,

```
 1    vitamin C, and vitamin D, which are known to help the body
 2    to fight viruses and shorten the length of illness.  But the
 3    staff here says that the doctor will not give out minerals
 4    and vitamins.  He will only treat the symptoms.
 5              THE COURT:  Hang on for a second, Mr. Rhodes.
 6              Oh, I understand, Mr. Rhodes.  You were asking
 7    about vitamins.
 8              Look, you know, it's hard for me as a judge to
 9    order medical staff at a facility to allow you or anyone
10    else for that matter to take certain vitamins or other
11    medication.  So there's not much, unfortunately, I can do
12    about that.
13              DEFENDANT RHODES:  Okay.
14              THE COURT:  Okay?
15              All right.  Mr. Rhodes, anything else you would
16    like to ask of me or of your counsel, mindful that we are in
17    an open, public proceeding?
18              DEFENDANT RHODES:  No, sir, just to let counsel
19    know to give me a call and we'll follow up.
20              THE COURT:  I think he asked you to give you all a
21    call this evening.
22              MR. LINDER:  Yeah, Mr. Rhodes, we'll call you
23    tonight.
24              DEFENDANT RHODES:  Okay.
25              THE COURT:  Thank you, Mr. Rhodes.
```

1           DEFENDANT RHODES:  Thank you.  All right, bye.

2           THE COURT:  Okay.  So I think that takes care of

3    that issue.  So we'll advise the jury that Mr. Rhodes has

4    been infected with COVID; he has agreed to waive his

5    personal appearance for a certain number of witnesses; that

6    we will proceed with those witnesses.  The jury should draw

7    no inference, adverse inference against Mr. Rhodes by virtue

8    of his absence, and we'll take it from there.

9           MR. LINDER:  Okay.

10          And do we think we'll get some kind of word from

11   the jail on this ten-day rule at some point if he tests

12   negative?

13          THE COURT:  Yes.  I'll look as soon as I get an

14   opportunity.  Now that we've passed this, I'll talk to

15   Marshal Ruffin and see what we can get done about that.

16          MR. LINDER:  Thank you, sir.

17          THE COURT:  It seems reasonable to me, given what

18   the CDC guidance is, that if by Sunday, which would,

19   I think, would be day 7, because I think he started having

20   symptoms last Sunday or this past Sunday, if he's

21   asymptomatic and if he tests negative, they ought to be able

22   to bring him over -- or at least make him available to the

23   Marshals to bring him over, it seems to me.

24          MR. LINDER:  I know the Court is aware; but just

25   so it's on the record, running a private law practice and a

```
 1   team like this is different than the government's side.  We
 2   have investigators that we've flown in this week.  We have
 3   witnesses that we started to fly in Friday.
 4              We put great expense for starting our
 5   case-in-chief kind of Friday/Monday, and all that is getting
 6   put off, potentially, a half a week to a week.  And that's
 7   stuff that we're having to fund.
 8              So that's a little bit of the burden that comes
 9   with this side of it.  I know the government has scheduling
10   issues, too, but the financial part, they don't have
11   concerns with it quite like we do.  So I just wanted to make
12   the Court aware of that.
13              THE COURT:  Okay.  Look, I appreciate that.  And
14   I know everybody has been working cooperatively to try and
15   work through these issues, and we're just doing the best we
16   can.
17              MR. LINDER:  Thank you, sir.
18              MR. BRIGHT:  May I ask a brief question,
19   Your Honor?
20              THE COURT:  Sure, Mr. Bright.
21              (Defense counsel conferred off the record.)
22              THE COURT:  Mr. Bright.
23              MR. BRIGHT:  Good morning, Your Honor.
24   I apologize for taking unnecessary time, if it is.
25              It kind of dovetails on what Mr. Linder was just
```

1    talking about.  It has to do with travel schedules, family,

2    things like that.  Obviously, I wouldn't be asking these

3    questions if I lived in the District or in Northern

4    Virginia.

5              But it has been brought to our attention, and

6    I think you mentioned it moment ago, regarding the potential

7    flexibility of the Alexandria jail and what had been

8    previously a hard ten-day quarantine rule.

9              Can the Court enlighten us at all as to what level

10   of flexibility in that that they've perceived, in other

11   words?  Or is this, in terms of planning and schedules, is

12   this something that we're probably more safely reliant on

13   them enforcing their ten-day and we come back next Thursday?

14   Is there any indication you can give us in terms of flight

15   schedules and stuff?

16             THE COURT:  The short answer is, I do not know

17   right now.  I will -- now that we're sort of past this

18   moment, I will do everything I can to try and get an answer

19   for everyone, hopefully, as soon as today.  I'll ask our

20   Marshals Service to reach out and start having discussions

21   with their folks over there, and hopefully we can reach an

22   agreement.

23             MR. BRIGHT:  Thank you, sir.

24             THE COURT:  Okay.

25             Mr. Woodward, what are his plans?  And you all

```
 1    have agreed to proceed without Mr. Woodward, at least as to
 2    all of the witnesses other than Officer Dunn, Special Agent
 3    Lazarus, and those two.
 4              MS. HALLER:  It would become those two, yes,
 5    Your Honor, because Mr. Rhodes has not waived on the
 6    bringing back of Whitney Drew.
 7              So it would just be those two.  The other ones, my
 8    client consents to going forward today.
 9              THE COURT:  Okay.
10              But in terms of -- what's the current
11    understanding of his --
12              MS. HALLER:  Situation?
13              THE COURT:  -- health and when we expect him back,
14    when we might expect him back?
15              MS. HALLER:  Your Honor, I wish I could tell you
16    exactly.  But I think yesterday, because the accident, he
17    was released, as far as I know, and is at home.  But he's
18    going back tomorrow, from what I understand.
19              THE COURT:  Right.
20              MS. HALLER:  So I would hold off on making any
21    representations.  I just think for these few days or, you
22    know, this -- for these few days, those two witnesses, if we
23    can move them --
24              THE COURT:  Well, that was going to be my next
25    question of the government, is whether they are able to
```

1    structure this in a way to put those two witnesses at the

2    end of the queue.

3            MS. RAKOCZY:  So, Your Honor, we're -- we could

4    put those witnesses at the end of the queue of what we have

5    lined up for the next few days.  That probably is only going

6    to get us midday tomorrow, possibly Thursday morning,

7    though.  I think, optimistically, we'll get through three

8    witnesses today.

9            And so I think that we could reasonably begin the

10   testimony of Officer Dunn and Special Agent Lazarus tomorrow

11   afternoon.  So we're happy to work with that flexibility.

12           I think we certainly want to work with Ms. Haller

13   and Mr. Woodward.  We want him to get well, and he has a lot

14   of things going on that we want to try to support him in.

15   But if he's going to need -- if he's going to be out for a

16   long time, then we would rather not put those witnesses off

17   until next week if he's not going to be here next week

18   either.

19           I think that's what we're trying to say is that if

20   he's not going to be here next week, then we might as well

21   just do these witnesses this week.

22           If it's clear that he'll return on Thursday of

23   this week or Monday of next week, then we don't mind waiting

24   a little bit.  That's where the government shakes down,

25   because we just want to make sure we maximize this jury's

```
 1    time and that we proceed with everything that we possibly
 2    can.
 3              I think that we are also -- we would just note
 4    we're not in a very dissimilar situation that we anticipated
 5    being because of Mr. Woodward's other issues.  And so I
 6    think we take the same position that we took before, that we
 7    are certainly willing to try to restructure things for a day
 8    or two; but beyond that, we start to get concerned that
 9    we're just going to waste the jury's time.
10              MS. HALLER:  I would only respond, Your Honor,
11    that Mr. Rhodes is going -- we're looking at ten days, or at
12    least till next Thursday, before Mr. Rhodes is back.  We
13    don't at this time -- obviously injuries are always worse
14    when they're acute, so the fact is that we're dealing with
15    an acute injury right now and can't give a precise estimate.
16    But to give us until tomorrow, considering that everybody in
17    this courtroom knows Mr. Woodward is critical to our defense
18    team and that we are trying to be as available as possible
19    by being available for a number of witnesses, 1 through 5
20    and 8, so six witnesses, but I don't see any prejudice to
21    the jury or to the government to wait on two witnesses since
22    Mr. Rhodes is out anyway for longer, because we are
23    obviously, I mean, we're here and we're trying to do what we
24    can.
25              THE COURT:  Well, okay.
```

1          Well, here's what I will say.  Ms. Haller, you

2     ought to be prepared to cross-examine Officer Dunn and Agent

3     Lazarus and we'll just see where we are in terms of timing

4     and what I can find out about when Mr. Rhodes.  I mean, if I

5     can get a firm commitment from the facility that they will

6     make Mr. Rhodes available Monday if he tests negative on

7     Sunday, that will have some impact on my thinking.  If I

8     don't get that kind of commitment, then I need to move this

9     case along as efficiently as I can.  You're certainly more

10    than capable of cross-examining these witnesses and we've

11    just got to get done as much as we can under the constraints

12    that we're operating under.

13          I should also mention that we actually have two

14    juror issues that I need to bring everybody's attention.

15    We -- JC got a text last night from the juror in seat 16 who

16    says, "Thanks for the update.  I owe you information about

17    my move.  I've scheduled movers for November 19th and I

18    intend to be in Houston after that.  If absolutely necessary

19    I can return to D.C. to wrap up, but it's not -- definitely

20    not a long-term solution."  So we have that out there.

21          I also have the juror in seat, I guess he's in 12,

22    who advised us that his sciatica flared up yesterday and he

23    seemed to have some difficulty yesterday when I saw him

24    briefly yesterday morning.  He hasn't told us that he's

25    going to have any difficulty proceeding, but I may ask him

1    that question this morning before we get going, but he also

2    is having some health issues.  So we've got a lot of wild

3    cards, shall we say, out there that we're trying to manage,

4    and the more we can get done with everybody present, the

5    better off we will be.  So that's where I am, okay?

6              MS. HALLER:  We would only respectfully request

7    then that if the Court is requiring that -- to give us a

8    heads-up on Dunn so we can get ready before that.

9              THE COURT:  Well, it sounds like, at the earliest,

10    he'll be called tomorrow afternoon and then possibly

11    Thursday morning, right?

12              MR. NESTLER:  Yes, Your Honor.

13              MS. HALLER:  Thank you, Your Honor.

14              THE COURT:  Okay.

15              MR. NESTLER:  Can I just make a point on the juror

16    issue?  It might be prudent at some point to ask Juror 16

17    about her intentions to leave the District just for the

18    purposes of our record to make sure her residency is stable

19    throughout the pendency of the case.  I just wanted to make

20    sure -- she could, of course, go on vacation anywhere she

21    wants or have movers, but we just want to make sure we're

22    making that record clear, if we get to that point.

23              THE COURT:  That's an interesting question and one

24    I'll have to think about.  The idea that a juror would move

25    mid-trial, I mean, I think you obviously have to be a D.C.

1  resident when you are called to serve.  If you have to

2  maintain that residence during deliberations, I don't know

3  the answer to that.

4       MR. NESTLER:  Well, it's just an issue we ought to

5  mull over.  And if anybody has any objections or Your Honor

6  had to make additional inquiries, we have three or four

7  weeks till we get there, but I wanted to make sure we were

8  on our plans.

9       THE COURT:  I certainly will at some point to take

10 this up with her.  And also, defense counsel should all be

11 on notice of this issue.  And if anybody is going to

12 object -- let's say, hypothetically, her movers arrive on

13 the 19th and she's prepared to come back to complete

14 deliberations and perhaps technically has given up her

15 residency in the District of Columbia, whether you all would

16 object to her continuing to be on the jury is something you

17 need to start thinking about now for obvious reasons.

18       MR. NESTLER:  And then with regard to Mr. Rhodes,

19 so our understanding is that he'll be tested at the jail on

20 Sunday and if he's negative, there's a possibility we'll be

21 able to resume the trial on Monday.  That's all assuming two

22 things; one, he tests.

23       THE COURT:  That's your understanding based on

24 what?

25       MR. NESTLER:  Based on what we just went over

5084

1    today?

2          THE COURT:  Okay.

3          MR. NESTLER:  So I'm assuming there's two

4    assumptions there:  One, he tests negative on Sunday and,

5    two, there's an arrangement with Marshals and the detention

6    facility to have him transported here.  So if either of

7    those two things don't hold, just for planning purposes, our

8    understanding is that we would then be resuming on Thursday.

9    Is that fair to say?  We're just trying to game out our

10   witnesses.

11         THE COURT:  I think the answer is we will resume

12   as soon as we are able, and whether that's as a result of

13   the expiration of ten days or, say, hypothetically, the jail

14   is amenable but he tests positive on Sunday but tests

15   negative Monday, then we could start Tuesday.  I mean,

16   there's --

17         MR. NESTLER:  Understood.

18         THE COURT:  -- some fluidity to that.

19         MR. NESTLER:  So the latest in time should be next

20   Thursday.

21         THE COURT:  I believe so.

22         MR. NESTLER:  Understood.

23         THE COURT:  I mean, I think that's -- if day zero

24   is Sunday, I think that puts us at Wednesday.

25         MR. NESTLER:  Right.  So his ten days would expire

1    next Wednesday.  We're just trying to game out if either no

2    accommodations can be made with the Marshals and the

3    detention facility or he's not testing negative prior to

4    that, that should be as late as we would go under this

5    current scenario.

6            THE COURT:  Right.

7            MR. NESTLER:  Understood.  Thank you.

8            THE COURT:  All right.  Anything else, folks?

9            All right.  So...

10            MS. HALLER:  Yes, Your Honor.

11            There are exhibits they raised that I objected to

12    yesterday regarding, not Ms. Drew but the next witness.  So

13    I'm just putting that out there if we want it discuss it

14    now.

15            MS. HUGHES:  It's not the next witness.  It's the

16    witness afterwards so I think we can safely address this

17    during lunch if that will be better.

18            THE COURT:  Okay.

19            MS. HALLER:  Thank you.

20            THE COURT:  All right.  Anything else?

21            All right.  Let me just see where JC is with the

22    jurors.  I'm going to take a couple minutes.

23            MR. CRISP:  Restroom break.

24            THE COURT:  I think I will call in juror 12 just

25    to ask him what his health condition is and just ensure that

```
 1   he's going to be able to sit both literally and figuratively

 2   today and going forward.  All right?  Just hang on,

 3   everybody, don't go too far, but feel free to leave the

 4   courtroom for a few minutes.

 5                (Pause)

 6                COURTROOM DEPUTY:  All rise.

 7                THE COURT:  Have a seat, everybody.  Thank you.

 8           Sir, how are you?

 9                A JUROR:  I'm good.

10                THE COURT:  Have a seat, everybody.

11           So I just want to make sure you're the juror in

12   seat 12, correct.

13                A JUROR:  Correct.

14                THE COURT:  All right.

15           So I just wanted to bring you in because

16   Mr. Douyon informed me that you've had a back flare-up; is

17   that right?

18                A JUROR:  Yeah.

19                THE COURT:  Can you just sort of just tell us

20   generally how that's affecting you and what your level of

21   pain is right now?

22                A JUROR:  Right now I'm good.  It's just like

23   right in the small of by back.  It's sciatica.  I've had it

24   for --

25                THE COURT:  Okay.
```

1        A JUROR:  But sometime it will shoot down my leg

2   but that's mostly like later on in the evening, but right

3   now I'm good.

4        THE COURT:  You're good right now?

5        Are you taking any medication to address your pain

6   or conditions?

7        A JUROR:  Aleve and stuff.

8        THE COURT:  All right.

9        Do you think you'll have any difficulty continuing

10  to focus on the testimony and listen to the evidence in this

11  case?

12       A JUROR:  No.  If I do, I'll be sure and let you

13  know though.

14       THE COURT:  Okay.  I appreciate that.

15       So if you have a need to stand up at any point in

16  time, even if it's during the testimony, just raise your

17  hand and we'll interrupt the testimony and let you do that.

18  If you need a break because you're having a flare-up or

19  something, again, just raise your hand and just let us know

20  and we'll accommodate you as best we can, okay?

21       A JUROR:  All right.  Thank you.

22       THE COURT:  Hang on one second.

23       Any questions either side would like to follow up

24  with?

25       MS. RAKOCZY:  No, Your Honor.

1          MR. LINDER:  No, Your Honor.

2          MR. BRIGHT:  No, Your Honor.

3          THE COURT:  All right.  Thank you, sir.  We'll see

4    you in a second.

5          A JUROR:  All right.

6          THE COURT:  All right.  Do we have

7    Special Agent Drew nearby?  Why don't we bring her in.

8          COURTROOM DEPUTY:  Jury panel.

9          (Jury entered the courtroom.)

10          THE COURT:  All right.  Please be seated,

11    everyone.  Welcome back, ladies and gentlemen.

12          Agent Drew, why don't you go ahead and take the

13    stand.

14          So before we begin, first, let me thank you for

15    your patience yesterday.  We have had a few curve balls

16    thrown at us in the last 24 hours.  Mainly, you will notice,

17    if you have not yet already, that Mr. Rhodes is not with us

18    today.  The reason Mr. Rhodes is not with us is that he has

19    been infected with COVID and will, therefore, be absent for

20    the remaining days of this week.

21          However, Mr. Rhodes has agreed to waive his

22    personal appearance for a certain number of witnesses who

23    will be called in the coming days, and so we will continue

24    on with our trial.

25          That said, I will be instructing you, and am

```
 1    instructing you, that the fact that Mr. Rhodes' absence here
 2    today and in the coming days, you should draw no inference
 3    from that, and you should not certainly hold the fact of his
 4    absence against him in any way.  Regrettably, things like
 5    this happen, and we're doing the best we can to move
 6    forward, and so we will do just that.
 7              Mr. Geyer, are you ready with your
 8    cross-examination, continue your cross-examination?
 9              MR. GEYER:  Thank you, Your Honor.
10                            - - -
11    WHITNEY DREW, WITNESS FOR THE GOVERNMENT, HAVING BEEN
12    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
13    FOLLOWS:
14                   CROSS-EXAMINATION (CONTINUED)
15                            - - -
16                            - - -
17    BY MR. GEYER:
18        Q    Special Agent, thank you for returning today.
19        A    Good morning.
20        Q    I think when we last left off last week, we were
21    talking about the personal security details.
22        A    Yes.
23        Q    And I thought it would be a good opportunity to
24    maybe go to an earlier point in the day and pick up retired
25    Sergeants Harrelson and Dolan over by the Ellipse?
```

```
 1        A     Okay.

 2        Q     Is that part of your investigation was?

 3        A     A small part, yes.

 4        Q     Okay.

 5              I have what's been marked as Exhibit H-10, which

 6   is simply CCTV camera footage that covers the personal

 7   security detail from The Ellipse to the First and

 8   Constitution.

 9              Without objection, I'd like to move that into

10   evidence.

11              MR. NESTLER:  The Court's brief indulgence.

12              (Counsel conferred off the record.)

13              MR. NESTLER:  No, sir, we have no objection,

14   Your Honor.

15              Just to be clear, this is not Capitol Police CCTV.

16              THE COURT:  Okay.

17              So H-10 will be admitted.

18                                    (Defendant's Exhibit H-10
                                       received into evidence.)
19

20   BY MR. GEYER:

21        Q     First of all, this is --

22              MR. GEYER:  Could we publish it to the jury,

23   please.  Thank you.

24   BY MR. GEYER:

25        Q     In the background, you see behind the expandable
```

1    green lifts, there's a large screen.

2        A    Yes.

3        Q    And behind that screen, I believe, you see former

4    President Trump speaking; is that correct?

5        A    Yes, I see him on the screen.

6        Q    So I'm going to begin playing this.  I just want

7    to confirm that this is the event over by The Ellipse.

8            (Video played)

9    BY MR. GEYER:

10       Q    Do you know where President Trump is standing on

11   the dais behind the green expandable platforms?

12       A    Do I know -- I know this took place in

13   The Ellipse.  I don't -- I can't tell you exactly where he

14   was standing.

15       Q    Okay.

16            Please direct your attention to the center of the

17   screen, and I'm going to see if we can identify

18   Ken Harrelson with his hand up.

19            Do you see there where the cursor is?

20       A    I see him.

21       Q    I'm going to hit play.

22            (Video played)

23   BY MR. GEYER:

24       Q    Can you identify Kenneth Harrelson there?

25       A    Yes, I can.

1    Q    Okay.  And he's waving to some people;

2  is that correct?

3    A    He's waving his arm.  I don't know what he's --

4    Q    Does it appear to you that he's behind security

5  barriers?

6    A    I would assume so.

7    Q    And if you look at -- let me see if I can find

8  him.  He'll pop up again in a moment.

9         I'm going to advance it a little bit.

10        I think he comes closer into view.

11        (Video played)

12  BY MR. GEYER:

13    Q    Would you be able to recognize Tom Burgess?

14    A    Not in this -- at this exact moment, but...

15    Q    Okay.

16    A    Yes, I can see him.

17    Q    It's Tom Burgess at the center of the screen.

18        And can you see where the cursor is?  Is this

19  Kenneth Harrelson running from the porta potties here?  I'm

20  following him with my cursor.

21    A    Yes, he's running from that direction.

22    Q    Okay.

23        Now, you see the crowd over on the right.  They

24  seem to be on the public side of the barriers;

25  is that correct?

1      A    I'm sorry?

2      Q    They seem to be on the public side of the

3 barriers; is that correct?

4      A    I don't know where you mean "public side," but

5 they appear to be inside the barriers.

6      Q    I'm sorry.  I meant to say the public side where

7 the members of the public are, attendees at the rally.

8      A    Yes, they are --

9      Q    They're not the staff, so to speak?

10      A    They do not appear to be the staff, no.

11      Q    Right.

12           And it looks like they're all looking at the

13 president speaking, correct?  In other words, their backs

14 for facing the camera?

15      A    I can't see a large portion of them, but it

16 appears to be, I would say, facing the President.

17      Q    And is this Mr. Dolan?  I'm following him with my

18 cursor.

19      A    That appears to be Mr. Dolan, yes.

20      Q    Okay.

21           I'm going to advance.

22           And I'm going to follow Mr. Harrelson coming back

23 over to the group, standing around talking; isn't that

24 correct?

25      A    They appear to be talking, yes.

5094

 1      Q    Is it fair to say they're not watching the

 2   President's speech, from what you can see?

 3      A    I don't know.  Some of them are, and some of them

 4   are talking.  So I don't -- but they appear to be talking

 5   amongst themselves at this moment.

 6           (Video played)

 7   BY MR. GEYER:

 8      Q    Here's Mr. Harrelson on the left at 5:04 tape

 9   counter and Mr. Dolan on the right; is that correct?

10      A    Yes.

11      Q    And they're certainly not facing the jumbotron?

12      A    I mean, they're facing towards that general area,

13   but I can't tell you whether they're watching the screen or

14   not.

15           THE COURT:  Mr. Geyer, do you want to move to

16   wherever the next relevant point is.

17           (Video playing continuously)

18   BY MR. GEYER:

19      Q    Now, at the center of this screen, you'll see a

20   group walking towards some of these Oath Keepers standing

21   around talking.  Can you identify any of those?  My cursor

22   is on them right now.

23      A    There appears to be a group walking, and they do

24   appear to be -- some of them speaking with the Oath Keepers.

25      Q    Okay.

```
 1              There's Mr. Harrelson with the cursor?

 2      A    Yes.

 3              (Video playing continuously)

 4  BY MR. GEYER:

 5      Q    10:36.

 6              Here they walk away.  Do you see them walking

 7  away now?

 8      A    I see a large group of people walking off-screen.

 9      Q    Just to show you real quick, if I go back to

10  12:08, 12:09.

11              Is that Mr. Harrelson walking away, where my

12  cursor is, with the --

13      A    Yes.

14      Q    -- with the security detail?

15              Thank you.

16              I'm going to go forward.

17              Is this a security detail walking here that you

18  can identify where my cursor is at 13:11?

19      A    Sir, it looks to be a group of people walking

20  through some barricades or walking, excuse me, towards the

21  left side of the screen.  I cannot tell you whether it's a

22  security detail.

23      Q    Can you tell me if this is Mr. Dolan here --

24      A    It appears to be.

25      Q    -- where my cursor is at 13:15?
```

5096

1     A     Yes, it appears to be.

2     Q     Okay.  Thank you.

3           And is this Mr. Burgess?  Right here, Mr. Burgess?

4     A     It appears to be Mr. Burgees.

5     Q     And Ken Harrelson.  And the security detail.

6           Do you see how they have their arms on each

7     other's soldiers?  Were you able to see that?

8     A     If you can go back, please.

9     Q     Right here, she has her hand on the person in

10    front.

11    A     They do.

12    Q     He's got his hand on his shoulder.

13          Do you see that?

14    A     They do.

15    Q     They're walking with their hands on their

16    shoulders, right?

17    A     They appear to be.

18    Q     Like little ducklings with hands on shoulders --

19    A     They appear --

20    Q     -- is that correct?

21    A     They appear to have their hands on each other's

22    shoulders.

23    Q     Thank you.

24          Mr. Burgess, I believe, is right here.  And this

25    is, I believe, Ken Harrelson right there.  Right here.

1          Do you see those?

2          Here's Ken Harrelson.

3          Obviously --

4     A    Yes.

5     Q    -- they were teaming crowds, correct?

6     A    There appears to be a large crowd leaving

7   The Ellipse.

8     Q    And did you see the PSD there?  I'll do it again

9   for you.  This is 14:09.  I know it's small; I apologize.

10          Here's Mr. Burgess right here.

11          Here's Mr. Dolan right here; yes.

12          Okay.  Here's Mr. Harrelson right there?

13    A    Yes.

14    Q    Do you see Mr. Harrelson?

15    A    Uh-huh.

16    Q    Thank you?

17    A    Yes.

18    Q    Go to the next one.

19          And this is where we picked up with Government's

20   Exhibit H-3.  If we could continue following the personal

21   security detail all the way in.

22          Does it appear that Mr. Burgess, Mr. Coudry, and

23   others are asking the police officer for directions at First

24   and Constitution Avenue?

25    A    I have no idea what they're speaking with that

5098

```
1    police officer about.
2         Q     And is this Ken Harrelson right here, as best you
3    can tell?
4         A     It appears to be, yes.
5         Q     Thank you.
6               We're at 1:10.
7               And I just want to, in the bottom right, camera
8    0907 at 1:14, in the bottom, you'll see that the
9    provocateurs who showed up early in the morning are quite
10   busy to the left, and they're giving the police officers a
11   hard time even before the security detail arrived in the
12   grassy area from the Capitol?
13              MR. NESTLER:  Objection as to form.
14              THE COURT:  Sustained.
15   BY MR. GEYER:
16        Q     Are you able to see that at the bottom right, that
17   there's some provocateurs in action there?
18        A     I don't know what a provocateur means in this
19   instance.
20        Q     People who are not holding to the line and/or
21   attacking police.
22        A     Yes, it appears to be a large crowd attempting to
23   breach barricades.
24        Q     Okay.  And you don't have any evidence whatsoever
25   that they have any connection to my client, Ken Harrelson;
```

1    isn't that correct?

2        A    I don't know.  It's a very large -- I can't tell

3    who's in that crowd at this point.

4        Q    Okay.

5             Move forward.

6             1:47.

7             And, by the way, it's 1:48 now.  So, basically, a

8    war is being waged in the west by this point for up to an

9    hour; isn't that correct?

10       A    You mean the west side of the Capitol?

11       Q    Yes.

12       A    I know that the initial breaches happened shortly

13   before 1:00 p.m. across the western side of the

14   U.S. Capitol, yes.

15       Q    12:47, the peace circle breach.

16       A    Yeah.

17       Q    Then a minute later, they went through the next

18   barrier at 12:48.  Then they went to the west.

19       A    My recollection is approximately 12:55.

20       Q    And then by 1:10, the police had no choice but to

21   send munitions into the crowd and use less lethal, by 1:10.

22       A    I do not know the exact timing of any of that.

23       Q    Looking in the lower right, looking at the broken

24   line, certainly not even, can you conclude from that that

25   the police are really kind of having a hard time controlling

```
 1   this unruly crowd in this area?
 2        A    It appears the police are trying to push back
 3   against barriers, yes.
 4        Q    Try to fast-forward.
 5             It's going to pick up in the upper left.  You'll
 6   see, don't you, the course of the personal security detail
 7   that Ken Harrelson was serving anchor for, is 1:51:27.
 8             Do you see that?
 9        A    I see individuals in the white circle, yes.
10        Q    The white circle is continuing in the upper left.
11             In the upper right, you see Tom Burgess leading
12   the group, don't you, right here at 1:52:42?
13        A    That appears to be Mr. Burgees.
14        Q    And this is Mr. Dolan right here?
15        A    Yes.
16        Q    And then in a little bit, you're going to see
17   Mr. Harrelson with a straggler; isn't that correct?  You're
18   going to see him coming on the other side of the screen any
19   moment.
20             Here he is?
21        A    Yes.
22        Q    Thank you.
23             And looking down below there, there's some serious
24   problems on the police line directly below an 0907.
25             I'm going to fast-forward.
```

```
1              (Video played)
2   BY MR. GEYER:
3       Q    Now, from the battle that's been raging in the
4   west since 12:47, 12:48, actually, in terms of -- I used the
5   word battle, withdrawn.
6              By 1:10, police were required to use munitions to
7   hold back the crowd that was attacking them;
8   isn't that correct?
9       A    I don't know the exact timeline that the police
10  began using munitions, sir.
11      Q    It's now approximately, math, 45 minutes later?
12      A    Approximately.
13      Q    They've been battling it out over there.
14             This group in the upper left, this is by the
15  northeast barriers by the Senate.
16             (Video played)
17  BY MR. GEYER:
18      Q    Now, at this point in the upper right, do you see
19  any noticeable reaction by either Mr. Dolan or
20  Mr. Harrelson?  This is 1:57:03.
21      A    No, but I don't know where the video from the top
22  left is.
23             (Video played)
24  BY MR. GEYER:
25      Q    So 1:57:32 roughly, give or take, the northeast
```

1    barricades fail; isn't that correct?

2           And in this mix, regular people, provocateurs,

3    knows; isn't that correct.

4        A    I'm sorry, sir?  What was the question?

5        Q    There's a mixture of individuals in this group.

6    Like for instance here, this man with the red ski cap, the

7    white scarf over his face concealing his nose and mouth

8    holes, if there are any, he might be a provocateur.  But say

9    somebody like this --

10          THE COURT:  All right, Mr. Geyer, can we -- come

11   on, let's move it forward.  I mean, the jury has seen this

12   video multiple times and I've given you a little, but let's

13   move forward, please.

14   BY MR. GEYER:

15       Q    I'm going to pause this here.

16          Now, this was the government's opening exhibit, so

17   in the government's opening statement and in your testimony,

18   you began the retired Sergeants Harrelson and Dolan account

19   with the camera in the upper right.

20          Do you see in the upper right how the tape counter

21   is 1:59?

22       A    Yes.

23       Q    Would you agree that the actual time was 1:59:50

24   in the upper right?

25       A    I have no reason to disagree.

5103

1    Q    Thank you.

2         COURTROOM DEPUTY:  Is this Government's 1056?

3         MR. GEYER:  Oh, sorry.

4         I have an exhibit that is -- does a comparison

5    with CCTV footage and Government's Exhibits that they've

6    previously admitted, 503 and 500, and I'm seeking to

7    introduce this now.

8         THE COURT:  What's the exhibit number?

9         MR. GEYER:  Any objection?

10        MR. NESTLER:  I'm sorry, what's the number?

11        MR. GEYER:  This is -- the number is H-13b.

12        MR. NESTLER:  No, sir.  No objection, Your Honor.

13        THE COURT:  H-13b will be admitted.

14                            (Defendant's Exhibit H-13b
                                 received into evidence.)
15

16        MR. GEYER:  Please publish to the jury, JC.

17        (Video played)

18   BY MR. GEYER:

19    Q    So we're going to let the counter continue.

20         So in actuality, we're into the 2:00 time frame,

21    aren't we, in the upper right?

22    A    According to this video on the top right, yes.

23    Q    Okay.

24         And the conditions on the ground at 2:00, as they

25    actually were, can be seen at the bottom left and bottom

 1    right; isn't that right?

 2              MR. NESTLER:  Objection, Your Honor.  I did not

 3    see Mr. Geyer has added some text to the video before he

 4    introduced it.

 5              THE COURT:  I know.

 6              MR. NESTLER:  So we do object to that.

 7              THE COURT:  We'll have the text removed before

 8    it's submitted to the jury.  But let's please continue

 9    moving, Mr. Geyer, please.

10    BY MR. GEYER:

11        Q    So the government's exhibit is showing 1:59 but

12    the actual time is 2:38 at this point, isn't that correct,

13    in the upper right?

14        A    In the video on the upper right, it shows the time

15    is rolling.

16        Q    And we can all acknowledge that there were things

17    that happened prior to the government's opening -- beginning

18    to this story as contained in the upper left?

19        A    I'm sorry, what was the question?

20        Q    There was a full morning of personal security

21    detail and security, there was an initial breach of the

22    northeast gates, and there was a breach at the -- in front

23    of the east steps.

24              MR. NESTLER:  Objection; form.

25              THE COURT:  It's overruled.  Go ahead.

1            THE WITNESS:  There were multiple events that took

2    place in the lead-up to 2:00 p.m. that day.

3    BY MR. GEYER:

4        Q    Okay.  Thank you.

5            (Video played)

6    BY MR. GEYER:

7        Q    Now, here in the upper left is another

8    government's exhibit and you can see the Vice Presidential

9    motorcade pulling out in the upper left, can't you?

10       A    I see a motorcade.

11       Q    And you see the group of provocateurs that are way

12   out in front by the reflective pools.

13            Do you see that?

14       A    I do see rioters have breached the perimeter.

15       Q    But the problem is, even though the time is

16   accurate, 1:59 and 1:59 in the upper left and upper right,

17   Mr. Dolan and Mr. Harrelson are back with their protectees,

18   have no idea this is going on; isn't that true?

19       A    I have no idea what their awareness is at this

20   point.

21       Q    But you played this video after you played the

22   earlier video and that's deceptive, isn't it?

23            THE COURT:  Sustained.

24            Go ahead.  Come on, Mr. Geyer.

25

 1    BY MR. GEYER:

 2        Q    Now, third, you went to what happened first, which

 3    was the breach in the northeast, isn't that true?

 4             THE COURT:  I'm sorry, what was the question,

 5    Mr. Geyer?

 6             Mr. Geyer, do you have the question, please?

 7    BY MR. GEYER:

 8        Q    Isn't it true that this breach in the northeast

 9    occurred before the breach in front of the Columbus steps in

10    the east and before Mr. Harrelson and Mr. Dolan walked to

11    the edge of the crowd.

12        A    The initial breaches?

13        Q    This is in reverse order of time.  It's in reverse

14    order.

15        A    Yes, sir, and you just showed that, too.

16        Q    Okay.

17        A    The initial breaches and pushing against the

18    barricades started before 2:00 p.m.

19        Q    And you wouldn't be surprised if I matched up the

20    government's exhibit on the left with what looks to be the

21    time on the right, and on -- the actual time is 1:59:26, not

22    2:00 p.m.

23             (Video played)

24    BY MR. GEYER:

25        Q    And in the upper right, you'll see the personal

```
 1   security detail walking to the outskirts of the crowd;
 2   isn't that correct.
 3        A    I see a circle with individuals.  I cannot tell
 4   you who's in it at this point.
 5        Q    That's fair.
 6             You notice we never get to 2:00;
 7   isn't that correct?
 8        A    I'm sorry?
 9             THE COURT:  All right.  Hang on.
10             Mr. Geyer, can you take this down.  There's a lot
11   of --
12             MR. GEYER:  May I speak to you on the phone,
13   Your Honor.
14             THE COURT:  Sure.
15             (Bench conference)
16             MR. GEYER:  Your Honor, can you hear me?
17             THE COURT:  I can hear you.
18             MR. GEYER:  I can use one that doesn't have the
19   flashy graphics.
20             THE COURT:  Okay.  That's fine, but, Mr. Geyer,
21   you'll forgive me, but the jury has seen these videos a
22   number of times.  The timeline of your client and
23   Mr. Dolan's approach to the east side is largely undisputed,
24   and I think given all the circumstances of where we are in
25   this case, I would urge you to not use your time going over
```

1   evidence that is already in evidence and that is clearly

2   well-established.

3          MR. GEYER:  Your Honor, the problem is the

4   evidence went in the wrong way, the timing is all off,

5   that's what I'm trying to establish.

6          THE COURT:  Mr. Geyer, it's off by 30 seconds to a

7   minute.

8          MR. GEYER:  The Oath Keepers were in front of the

9   door for 30 seconds before the door opened, maybe 35

10  seconds, we can document that.

11         THE COURT:  Was there any dispute that they were

12  in front of the door for 30 seconds before it opened?

13         MR. GEYER:  No, but it's mischaracterized.  They

14  jumbled their exhibits to make it look like they were

15  present when the police were being attacked.

16         THE COURT:  All right.  Well, if you've got

17  something to that effect, let's get to it.  There's a lot of

18  lead up here to get to something that is apparently more

19  important so let's move to that.

20         MR. GEYER:  Okay.  Thank you.

21         (Open court)

22  BY MR. GEYER:

23     Q   We took some of the exhibits and put them on to a

24  timeline by sticking them all up.  I'd like you to take a

25  look at this now.

```
 1              THE COURT:  Is this H-13a?  That's what I thought
 2   we were on.
 3              MR. GEYER:  13a is 13b without the splashy
 4   graphics, Your Honor.
 5              THE COURT:  Okay.  All right.  So we're looking at
 6   H-13a without the splashy graphics.
 7              You can show it.
 8   BY MR. GEYER:
 9       Q    The exhibit on the bottom right, 1083, shows
10   Isaacs in front of the door on the steps at 2:37 p.m.;
11   isn't that correct?
12       A    Yes, approximately 2:37 p.m.
13       Q    Will you accept that the actual team was 2:37:59
14   in the upper right?
15       A    Sir, these videos from my understanding are
16   approximate because there is no official CCTV footage in
17   this location.
18       Q    Okay.
19              (Video played)
20   BY MR. GEYER:
21       Q    Now, it's 2:38:09.
22              2:38:03 and the door opens at 2:38:30;
23   isn't that correct?
24              (Video played)
25
```

```
 1   BY MR. GEYER:
 2        Q    So in the bottom right, the government's exhibit
 3   states 2:37 and the actual time is 2:38:25;
 4   isn't that correct?
 5        A    Sir, I don't know where you got that 2:38:25 time
 6   but I understand is to be 2:37 to be an approximation of
 7   when these events took place.
 8        Q    Okay.
 9             (Video played)
10   BY MR. GEYER:
11        Q    So here you have the video, on the lower right, of
12   Jason Dolan swinging his phone around, he captures the
13   Oath Keepers behind him, and you have that at 2:37;
14   isn't that correct?
15        A    Correct.
16        Q    But it's really 2:38:27, which is three seconds
17   prior to the door opening; isn't that correct?
18        A    Sir, again, I don't know where you're getting
19   2:38:27 from.  But I know based off of the metadata from the
20   video from Jason Dolan at 2:37.
21        Q    Okay.  The door opens at 2:38:30, doesn't it?
22        A    I'm not -- I'm not -- I don't know the exact
23   second that the doors opened.
24        Q    Well, I do.
25             If you look at the upper right, if you look at the
```

```
 1    upper right, watch the door open.
 2              MR. NESTLER:  Objection.
 3              THE COURT:  Sustained.
 4              MR. NESTLER:  Form.
 5    BY MR. GEYER:
 6        Q    Do you see how the door opened in it upper left?
 7        A    I see it, yes.
 8        Q    So is it 2:38:30?
 9        A    It appears to be approximately 2:38:30.
10        Q    Okay.  That's a minute-and-a-half, isn't it,
11    difference between --
12        A    From the start of the video, of Jason Dolan's
13    video at 2:37, that's what the metadata points to.
14        Q    So Exhibit 5300V2 is 90 seconds off, isn't it?
15        A    2:37 represents the time that Jason Dolan started
16    filming the video.
17        Q    Okay.  Do you find that to be at all confusing?
18        A    No.
19              THE COURT:  Mr. Geyer --
20              THE WITNESS:  2:37 --
21              THE COURT:  Mr. Geyer, I've got to tell you what's
22    confusing.  Let's move on, all right?
23              (Video played)
24    BY MR. GEYER:
25        Q    This Exhibit 1082, this is the stack walking up
```

```
1    the stairs; isn't that correct?

2        A    Yes.

3        Q    That video actually goes longer, doesn't it?

4        A    There is additional video from this moment.

5             (Video played)

6             THE COURT:  All right.  Mr. Geyer, can you get on

7    the phone, please.

8             (Bench conference)

9             THE COURT:  You'll forgive me, Mr. Geyer, but this

10   is not show-and-tell.  This is cross-examination.  If there

11   are aspects you want to show, we are losing this jury.  They

12   have no idea what points you're trying to make.  So if you

13   need to make them, let's make them.  But just sitting here

14   letting this video run between the questions or between

15   30 seconds, they're not happy, I'm not happy, okay?  Move on

16   from here, okay?

17            MR. GEYER:  Okay.  Thank you, Your Honor.

18            (Open court)

19   BY MR. GEYER:

20       Q    You cut off the last two stanzas of the

21   national anthem in this video, too, didn't you?

22       A    I didn't cut off those last two stanzas, but --

23       Q    Okay.

24            Now, we took all the videos and queued them up

25   together that were introduced in the government's case.
```

1    I'd like to play that, if I could, and ask some questions

2    about it.

3              THE COURT:  What exhibit in this?

4              MR. GEYER:  This is H-14, just videos that I

5    submitted for your consideration back in August and videos

6    that you submitted in your case-in-chief.

7              MR. NESTLER:  No objection, but I have not seen

8    it.

9              MR. GEYER:  Okay.

10              THE COURT:  Okay.  H-14 is admitted.

11                                  (Defendant's Exhibit H-14
                                     received into evidence.)

12

13    BY MR. GEYER:

14         Q    So is the time 2:35 in the upper right.

15         A    It does show 2:35.

16         Q    The upper right is the French video.  Can you see

17    somebody handing mace or a can of something to somebody else

18    here?

19         A    I was not paying -- I was not looking at that one,

20    so can you please rewind.

21         Q    All right.

22         A    I have no idea what that object is.

23         Q    Okay.

24              On the left, do you see the stack beginning to

25    walk up the stairs.

1          We have a reference video in the center, which is

2     the video you're probably familiar with.

3          In the upper left, Oath Keepers are clearly on the

4     steps right now, aren't they?

5     A    That's correct.

6     Q    In the bottom left, do you see the people spraying

7     mace on the police officers in front of the Columbus Door?

8     A    I do see individuals appearing to be spraying a

9     chemical irritant at the door, yes, in the direction of --

10    Q    And you see in the upper right a hand that's also

11    spraying mace on police?

12    A    I see, yes.

13    Q    In the upper right, do you see two hands spraying

14    mace on officers at the Capitol?

15    A    They appear to be, yes.

16    Q    And the main attack, the two filmmakers that got

17    the best on the attack -- I won't pronounce it as well as

18    Mr. Nestler -- Ms. Gousset LaCroix?

19    A    LaCroix, yes.

20    Q    And Nigrotime.

21         But you can see that while they're on the steps,

22    here are the Oath Keepers right here, aren't they, while the

23    attacks are happening up here?

24    A    They are near the top of the steps, yes.

25    Q    They are.  The door is way back there, isn't it?

1    A    Yes.  You're pointing to the door.

2    Q    You see more mace being used or chemical irritants

3    in the bottom left.  They're getting blasted in the face,

4    aren't they?

5    A    Yes.

6    Q    The upper left is the Watkins video that was also

7    a government's exhibit, 192.V.3.

8         Here are the Oath Keepers clearly on the steps

9    still, right?

10   A    Yes.

11   Q    Now, last week, the tape on the bottom right, the

12   Los Angeles times video where police are being maced and

13   shuffled off to the side, was placed so that it occurred

14   after the Oath Keepers were put on the steps.  But as we can

15   see, the Oath Keepers are still on the steps, aren't they?

16   A    I believe chronologically they were placed before

17   that.

18   Q    Oath Keepers in the white circle in the

19   upper left.

20        It's 2:37:19.

21        It's 2:37:31.  The door will be opened in exactly

22   one minute; isn't that correct?  They're still on

23   the stairs.

24        Now we can see them moving up, can't you, on

25   the left --

1        A     Yes.

2        Q     -- upper left?

3              You see the back of Isaacs' head on the upper

4     right underneath the hand filming?

5        A     Yes.

6        Q     It's 2:38.  In 30 seconds, the door is going to

7     open, isn't it?

8              The upper left for a reference point, the door is

9     going to open in three seconds again.

10       A     Okay.

11       Q     Do you see the people in the upper left

12    high-fiving from the outside and the inside?

13       A     Yes, and I see Mr. Isaacs as well.

14       Q     Does it appear to you that anyone has any freedom

15    of movement inside that doorway at this point?

16       A     I'm sorry?

17       Q     Does it appear to you that anyone has any freedom

18    of movement inside that doorway?

19       A     Yes.  They are walking -- they are walking in,

20    moving their way in.  And Mr. Isaacs pushes his way to the

21    front of the crowd, so, yes.

22       Q     Okay.  We'll come back to that, and we'll take a

23    look at that in a minute.

24       A     Okay.

25       Q     It doesn't look to you that Mr. Isaacs is trapped.

1  I have this cursor on him.  He can just walk away right now?

2       A    He pushes his way forward in through the

3  crowd, yes.

4       Q    Upper left, Mr. Harrelson's camera?

5       A    The video, yes.

6       Q    The video, yes.  Thank you.

7            THE COURT:  Mr. Geyer, I've requested and asked

8  you now, if you're going to ask about particular aspects of

9  the video, move to it and ask the question.  Let's just not

10  play it uninterrupted, okay, please?

11            MR. GEYER:  Okay.

12  BY MR. GEYER:

13       Q    You testified that he could just walk in and could

14  push his way in, but can you see that it's taking a lot

15  of -- it's taking people quite some time to get through the

16  door?  Are you able to see that?

17       A    I testified that Mr. Isaacs was able to push his

18  way forward, yes.  And the rest of the crowd appears to push

19  their way forward.

20       Q    Now, in the upper right as is a French journalist.

21  Bottom left is Nigrotime.  Bottom right is Los Angeles Times

22  videographer.  And can you tell me who made it across the

23  threshold first --

24       A    Mr. Isaacs --

25       Q    -- between those three and Mr. Harrelson?

1          In the upper left, you see a man with a bullhorn

2   chanting, "Treason."

3          Do you know who that is?

4   A    I do not know who that is.

5          There were a lot of individuals yelling,

6   "Treason" --

7   Q    It's fair --

8   A    -- to include Mr. Harrelson.

9   Q    I actually don't think that's true, but we'll get

10  into that.

11         This is going to close out in 16 seconds.  And we

12  can pay attention to Mr. Harrelson's mouth.  In the center

13  top on the Derrick Evans' video, he's going to walk past.

14         Mr. Harrelson, that's --

15         Let's focus on the camera on Mr. Isaacs.

16         We can see how much freedom of movement

17  Mr. Isaacs had.

18         In the government government's exhibit, the

19  fast-forward seems to have been hit.  So I'd like to just

20  play it through as it actually happened to provide the

21  proper context.

22         And so we can all know how long it actually took

23  for the Oath Keepers to come in after the door was open,

24  because that's kind of important; would you agree?

25  A    It's approximately two minutes, three minutes?

5119

```
 1   Two minutes.

 2              COURTROOM DEPUTY:  What's the exhibit number?

 3              MR. GEYER:  This is Exhibit H-28.

 4              I'd like to move it in evidence without objection.

 5              MR. NESTLER:  No objection, although I'll note

 6   this video does not have the time stamp on it.

 7              MR. GEYER:  That's correct.  Thank you.

 8   It's true.

 9              THE COURT:  H-28 will be admitted.

10                                  (Defendant's Exhibit H-28
                                       received into evidence.)
11

12              THE COURT:  Mr. Geyer, please, if you want to move

13   to particular parts of it, we can then use the queue to

14   determine how much time has elapsed.  So please don't let it

15   play for two minutes.

16   BY MR. GEYER:

17      Q    So here's Mr. Isaacs.

18           In your estimation, he can move now?

19      A    He appears to be moving.

20      Q    Who's that guy behind him with his elbow on

21   his head?

22      A    I'm sorry?

23      Q    It's okay.  I withdraw that question.  Come back

24   to that another time.

25           Turning to Mr. Dolan -- I'm sorry.
```

1           Turning to Mr. Dunn, Officer Dunn, you testified

2     that there was an interaction between Mr. Dunn and the

3     Oath Keepers?

4         A    There appeared to be some interaction.

5         Q    And in your opinion, were the Oath Keepers

6     intervening on his behalf?

7         A    I cannot tell that from the video.  There are

8     videos showing them facing Mr. Dunn, there are videos of

9     Oath Keepers facing away from Mr. Dunn and there are videos

10    I have seen of Oath Keepers standing in various formations

11    around Mr. Dunn.  So I cannot tell based on the video the

12    nature of the interaction.

13        Q    Didn't key eyewitnesses say --

14             THE COURT:  Sustained.

15             MR. GEYER:  Can I have a moment with Mr. Nestler,

16    Your Honor?

17             (Counsel confer off the record.)

18             MR. GEYER:  I have what has been marked as H-15a,

19    which is a video produced by Stephen Horn.  I'd like to

20    introduce it into evidence without objection.

21             MR. NESTLER:  No objection.

22             THE COURT:  Admitted H-15a.

23                              (Defendant's Exhibit H-15a
                                    received into evidence.)
24

25             (Video played)

1    BY MR. GEYER:

2        Q    This is Stephen Horn walking into the small round

3    room that adjoins the Rotunda, isn't it?

4        A    It appears to be that location.

5        Q    And is this Kenneth Harrelson?

6        A    That appears to be Mr. Harrelson.

7        Q    And is this his arm, is he straight-arming

8    somebody?

9        A    I can't see what he's doing with his arm, but it

10   appears to be his arm.

11       Q    And is Harry Dunn, Officer Harry Dunn back behind

12   Mr. Meggs and another Oath Keeper here?

13       A    If you play the video forward.

14            (Video played)

15            THE WITNESS:  I know him to be in that location,

16   yes, but I can't tell from this video right now.

17   BY MR. GEYER:

18       Q    Can you see his arm at tape counter 16?

19       A    I see his arm up.

20       Q    He's straight-arming some provocateur, isn't he?

21       A    Sir, I don't know if he's straight-arming someone

22   or not.

23       Q    Let's watch it again.

24            (Video played)

25            MR. GEYER:  Take it from another angle.

1          This is CCTV footage of a north camera filming at

2     the end of the room where the interaction occurred with

3     Mr. Dunn and the Oath Keepers, who intervened on his behalf.

4          I would like to move this into evidence without

5     objection.

6          MR. NESTLER:  Which exhibit number, please?

7          MR. GEYER:  Exhibit number is H-34.

8          MR. NESTLER:  No objection, Your Honor.

9          THE COURT:  Admitted.

10                              (Defendant's Exhibit H-34
                                   received into evidence.)
11

12          MR. GEYER:  I would also like to introduce H-21,

13     which is an FBI report on Mr. Dolan's and Mr. Harrelson's

14     exact movements while they were inside the Capitol.

15          MR. NESTLER:  Objection.

16          THE COURT:  I have to see what this is.  I do not

17     know what it is so...

18          MR. GEYER:  It's basically, Your Honor, a story

19     board --

20          THE COURT:  Hang on, hang on.

21          MR. GEYER:  Oh, sorry.

22          THE COURT:  If you could please leaf through it?

23          If you would leaf through it, move through it.

24          No.  Move through the exhibit so I can see it.

25          MR. GEYER:  Oh, sure, Your Honor.  I'm sorry.

1          THE COURT:  Okay.  What's the objection?

2          MR. NESTLER:  Foundation, Your Honor.  It includes

3  texts I don't believe that Agent Drew authored or adopted.

4          No objection to the still frames.

5          MR. GEYER:  Your Honor, the still frames are not

6  that useful without the -- just the facts, Joe Friday facts

7  next to.

8          THE COURT:  Hang on.  Get on the phone, please.

9          (Bench conference)

10          MR. GEYER:  Your Honor, this document has been

11  referred to in multiple pleadings, I believe.  It's very

12  factual.  It's a statement against party interest.  It's

13  also extremely probative and reliable as to Mr. Harrelson's

14  exact movements at the exact times, and it's accurate.

15          THE COURT:  Look, I think the question is the

16  foundation -- I don't know who prepared this document.

17          MR. GEYER:  It was a similar document prepared for

18  every defendant in the case, I believe, who went inside the

19  Capitol where they did this kind of story boarding and

20  documented every movement essentially.

21          THE COURT:  Right.  But to what end?  For -- it's

22  not an exhibit.  I mean, it's -- in other words, this is a

23  compilation that the government put together for what

24  purpose?

25          MR. GEYER:  Conducting this investigation,

1    I think, for proffers and to see relationships with others.

2    There's a whole host of reasons why this was created, but

3    the reason it's important to me is I really have to prove a

4    negative and this document is pretty definitively, they did

5    nothing untoward inside the Capitol except for -- that can't

6    be said for certain except for when they're not in CCTV

7    coverage, which is covered by the zoomed in exhibit that

8    I just introduced into evidence.

9             THE COURT:  I'm sorry, I'm not -- what's the

10   purpose of the exhibit, to show what?

11            MR. GEYER:  It allows me to present what

12   Mr. Harrelson did the entire time he was in the Capitol.

13   It provides an accounting.

14            THE COURT:  Okay.

15            MR. GEYER:  And --

16            THE COURT:  Is there any objection in terms of the

17   accuracy of this document, Mr. Nestler?

18            MR. NESTLER:  This was prepared by an FBI intel

19   analyst to assist agents and prosecutors with tracking

20   certain individuals inside the Capitol.  It includes

21   opinions by certain intel analysts about what people were

22   doing at certain times.  So it is helpful for people when

23   they're reviewing surveillance video, we provided it to the

24   defense to assist the defense in identifying their clients

25   inside the Capitol on surveillance video.  I don't believe

5125

```
 1   it's appropriate to show the jury or to cross-examine the

 2   agent about the narrative that she did not author or adopt

 3   about what people were doing at certain times.

 4            As I said, the CCTV stills and video we have no

 5   objection to, of course, or the green arrow -- the green

 6   circles to help highlight people.  But a description from

 7   someone who's not this witness about what someone was doing

 8   is not appropriate to show to the jury or cross-examine this

 9   witness with.

10            THE COURT:  So, look, I agree there is arguably

11   somebody against whom this is admitted or can be admitted,

12   but it's not an appropriate record to put in front of this

13   agent who didn't prepare it, for purposes of

14   cross-examination.  I mean, you can -- again, you can show

15   the images, but the narrative is arguably hearsay, and

16   whether it's an admission or not, it seems to me, depends

17   upon -- I mean, this agent isn't in a position to confirm

18   the accuracy of those statements.  Maybe there is somebody

19   and Mr. Nestler can identify who that person is if you want

20   to call them in your case-in-chief, but I don't think it

21   comes in against this witness.  Okay?

22            MR. GEYER:  Okay.  Thank you.

23            (Open court)

24            (Pause)

25            (Video played)
```

```
 1              THE COURT:  Mr. Geyer.
 2              MR. GEYER:  I'm trying to find it, Your Honor.
 3   I'm going to have to get this in through another witness.
 4   This is not showing up.  It's going to have to be enhanced.
 5              THE COURT:  Okay.
 6              MR. GEYER:  I have no more questions,
 7   Special Agent.  Thank you.
 8              THE WITNESS:  Thank you.
 9              THE COURT:  All right.  Mr. Geyer, thank you.
10              Mr. Crisp, I think you are still left to go; is
11   that right?
12              MR. CRISP:  I did not hear you.
13              THE COURT:  I'd have to look.  Have you not yet
14   cross-examined?
15              MR. CRISP:  I have not.  Do you want to do the
16   morning break?
17              THE COURT:  Not yet.
18              MR. CRISP:  Okay.
19                           - - -
20                      CROSS-EXAMINATION
21   BY MR. CRISP:
22         Q    Good morning.
23         A    Good morning.
24         Q    So I want to focus on a little bit different --
25   I want to go back to Thursday, talk about Signal chats.  So
```

1    I'm trying to recollect as best I can here.

2            Do you recall discussing the Signal chats that you

3    mentioned regarding a "D.C. Op Jan. 6, 21"?

4    A    I do recall discussing Signal chats from

5    "D.C. Op Jan. 6, 21".

6    Q    Okay.

7            For the jury's, refreshing their recollection and

8    potentially yours, Cellebrite was used to do that, pulling

9    data from the phones, right?

10   A    Yes.

11   Q    And when you do that, Cellebrite gives you the

12   opportunity to put it in a PDF form?

13   A    Yes.

14   Q    Or an Excel spreadsheet?

15   A    Yes.

16   Q    And in certain cases, depending on the phone, both

17   were done or one was done?

18   A    Yes.

19   Q    So some of the exhibits the government had used,

20   for example, 6740, which were phone call logs, was a

21   compilation of extractions.

22   A    CDRs.

23   Q    Okay.

24   A    Yes, sir.

25   Q    And a CDR, for the jury's understanding, is?

1    A    Call detail record that we received from the major

2  communications providers, T-Mobile, Verizon, AT&T.

3    Q    Okay.

4        And the call detail records should, theoretically,

5  match up with the Cellebrite extractions, right?

6    A    In some cases -- I'm not sure.

7        I did not compare them prior to this -- in

8  preparation for this testimony to -- the CDRs to the phones

9  and the Cellebrite reports, no.

10    Q    Okay.

11        So you're going to have an extraction from a phone

12  through Cellebrite and that's going to show when a call was

13  received and a call was made, correct?

14    A    I haven't used Cellebrite in quite a while but

15  I can agree, yes, that they should theoretically be on the

16  Cellebrite.

17    Q    Okay.  Same thing with the text message, it will

18  pull text messages?

19    A    If the messages weren't deleted, it would pull it

20  from the phone.

21    Q    Okay.

22        And same thing for email, if it has email on the

23  phone, it will pull that, assuming it's not deleted?

24    A    Yes.

25    Q    Okay.

5129

```
 1              Now, you have used Cellebrite in the past, yes

 2   remember yes.

 3              And it's been how long?

 4     A    I would say since I used Cellebrite, probably four

 5   to five months.

 6     Q    Okay.  So we're not talking four to five years?

 7     A    No.

 8     Q    So you had some experience at least in this last

 9   year?

10     A    Yes.

11     Q    Okay.

12              And Cellebrite is a proprietary program, right?

13     A    As far as I'm aware, yes.

14     Q    All right.

15              They restrict -- the makers of Cellebrite restrict

16   who can have access to it?

17     A    I'm not -- I don't know the agreements.  I know

18   that for my job as -- in the FBI, I was able to view it

19   through Cellebrite.

20     Q    Okay.

21              So is it your understanding that Cellebrite is

22   available to defense attorneys?

23     A    It is my understanding, yes.

24     Q    Okay.

25              And as part of discovery, typically what's going
```

5130

1    happen is you'll do a Cellebrite extraction -- and when I
2    say you, I'm talking big, wide government?
3        A    Yes.
4        Q    And that'll be provided to the defense attorneys?
5        A    Yes.
6        Q    And the Cellebrite program that opens it up will
7    also be provided as part of that, yes?
8        A    I don't know if it's provided as part of it or if
9    you get it separately, but I do know that you have access to
10   it.
11       Q    Okay.
12            The extractions that were done for, say, the
13   Signal chats on the Excel spreadsheets, you've reviewed
14   them?
15       A    I'm sorry?
16       Q    The extractions on the "D.C. Op Jan. 6" Excel
17   spreadsheet, you've reviewed those extractions, yes.
18       A    The -- yes.
19       Q    And there was also an extraction that was done
20   that, I believe her name was Kate Cain.  She was a CART
21   examiner?
22       A    I am familiar with Ms. Cain, yes.
23       Q    And CART stands for computer analysis response
24   team, yes?
25       A    Yes, something very similar, if not that, yes.

1    Q    I had to look that up, too.

2    A    Okay.

3    Q    She is a forensic examiner for the FBI?

4    A    As far as I'm aware.

5    Q    And what she will do is she will do these

6    extractions from the phones using Cellebrite?

7    A    Yes.

8    Q    And then provide them either to yourself or to the

9    government counsel?

10   A    Yes, generally, yes.

11   Q    There's one extraction that was an amalgamated

12   extraction that I just referenced, the "D.C. Op Jan. 6 21"

13   Excel spreadsheet, and amalgamated is a combination, right?

14   A    I believe that was pulled from Mr. Rhodes' phone.

15   Q    So the amalgamated one is Rhodes, SoRelle, and

16   Greene.

17        Do you remember seeing that one?

18   A    I do remember seeing it from Mr. Rhodes' phone.

19   Q    Okay.

20        So, again, when I'm talking about an amalgamated

21   compilation, what I'm talking about is multiple phones were

22   extracted and then put together to create one Excel

23   spreadsheet.

24        Do you remember seeing that?

25   A    I don't recall seeing an amalgamation.  I just

5132

```
 1    recall reviewing Mr. Rhodes' --
 2             MR. CRISP:  Okay.
 3             If I could, just for the witness, please, pull up
 4    Watkins 6, please.
 5             And I'm going out of the order in terms of exhibit
 6    numbers, Your Honor.  I apologize.
 7             THE COURT:  That's okay.
 8             MR. CRISP:  This was a bit of a moving target.
 9    BY MR. CRISP:
10        Q    So you recognize this document, ma'am, in terms of
11    the header is U.S. Department of Justice?
12        A    I do recognize those.  I've never seen this
13    document myself.
14        Q    And it references Kate Cain?
15        A    I do see her name there.
16        Q    And paragraph 4 talks about an --
17             MR. NESTLER:  Objection.
18             MR. CRISP:  Basis, Your Honor?
19             MR. NESTLER:  Foundation.
20             MR. CRISP:  I'm using it to see I can refresh her
21    memory as to the basis of this amalgamated exhibit,
22    Your Honor.
23             THE COURT:  I'll let it play for a little bit.
24    Let's see what comes of this.
25
```

```
 1   BY MR. CRISP:
 2       Q    It discusses the "D.C. Op Jan. 6, 21" Excel
 3   spreadsheet as an amalgamation.
 4            Do you remember ever seeing that particular
 5   document?
 6       A    No, I've never seen this.
 7            MR. CRISP:  If we can pull up Watkins 5, please.
 8   BY MR. CRISP:
 9       Q    Ma'am, are you able to see this?  We'll make it a
10   little bigger here?
11       A    I am, yes.
12       Q    Okay.
13            This is a compilation of -- you see on the column
14   alpha, you have SoRelle and Rhodes.
15            Would you agree?
16       A    Yes.
17       Q    Okay.
18            And what that means, to your understanding, is?
19       A    I assume it means from the device.
20       Q    Of the respective person whose name is on there?
21       A    Yes, here, I assume.
22       Q    Okay.
23            And this is what an Excel extraction spreadsheet
24   would look like when you pull it from Cellebrite, correct?
25       A    An extraction, it would just be to the
```

 1   individual's device that's it was pulled from, yes.

 2        Q    Okay.

 3             And an amalgamation, as we discussed earlier, is a

 4   combination of more than one phone?

 5        A    Yes.

 6        Q    Okay.

 7             You've seen amalgamated Excel spreadsheets in the

 8   past?

 9        A    I don't recall specifically, but this -- yeah,

10   this appears to be an example.

11        Q    Okay.

12             So for the jury's understanding, when you have --

13   let's go look at the column or, excuse me, row.

14             MR. NESTLER:  Objection as to foundation.

15             (Bench conference)

16             THE COURT:  Mr. Crisp, if she hasn't seen this, is

17   she in a position to testify about it?

18             MR. CRISP:  My question is not going to be to

19   admit this.  I want to ask if she understands how this works

20   and how the spreadsheet will be read.  I mean, she's

21   certainly testified to a number of documents the government

22   has utilized that do this -- that pull from this exact same

23   type of document.

24             THE COURT:  The difficulty here is that if she

25   hasn't seen it, you're asking her to sort of speculate,

5135

```
 1   potentially, as to what this is and how it's put together
 2   and what it means.  And that's my concern.
 3             I mean, she hasn't seen it.  She's seen
 4   amalgamations before, it sounds like, but I don't know that
 5   she can identify this one.
 6             MR. CRISP:  The purpose is not to admit this
 7   particular document.  The purpose is to at least be able to
 8   express that this is how an Excel spreadsheet appears, and
 9   this is now the timing of the Signal chats would come in.
10             THE COURT:  I guess I'm not following, but --
11             MR. CRISP:  Well, the concern I have is, Judge,
12   the government has admitted an earlier compilation exhibit
13   showing text messages that are exactly from this document or
14   that are similar to this document showing when texts or
15   Signal chats were sent and received.  And they were
16   discussed at length on Thursday, and I want to be able to
17   talk about when they were actually sent and received.
18             THE COURT:  Does this show that?
19             MR. CRISP:  Indeed it does.
20             THE COURT:  All right.
21             I mean, I only see one column that has a time
22   stamp on it.  I don't see anything that shows when it was
23   sent and received.
24             MR. CRISP:  It would be consistent with the
25   document that the government displayed on her direct is what
```

5136

1    I'm going to demonstrate at some point to show that this

2    document is consistent with what the government's already

3    admitted.

4            THE COURT:  Mr. Nestler?

5            MR. NESTLER:  This document was prepared by

6    somebody else, Special Agent -- the forensic examiner,

7    Kate Cain.  It was not prepared by this agent.  She has not

8    reviewed it.

9            This is -- I believe Mr. Crisp was correct -- an

10   amalgamation.

11           So Kate Cain took lots of different extractions

12   and put them all together into one format.  I don't believe

13   it's appropriate to ask Special Agent Drew about what this

14   data is or what it means because she didn't see it and she

15   didn't prepare it.  And we also did not introduce evidence

16   on her direct about when Signal messages were received.

17           MS. HALLER:  Your Honor, this is on behalf of

18   Mr. Meggs.

19           They did bring up on direct times of -- and she,

20   in fact, testified that they had, when they went back to the

21   original opening of the PDF, when they went to the original

22   export of the PDF, they did realize that messages sent by

23   Mr. Rhodes to Mr. Meggs were not delivered until after

24   7:00 p.m.

25           THE COURT:  Right, but this amalgamation doesn't

1    show that.

2            MR. CRISP:  It does later because it combines

3    Greene's phone as well.  That was my point in showing this.

4            THE COURT:  Okay.

5            But, again, I think the difficulty at the end of

6    the day is, fundamentally, showing a witness something she

7    has never seen before and asking her to explain it I think

8    risks confusing the jury.

9            And again, this is the same issue that we had with

10   Mr. Geyer, which is that if there's a document you want to

11   have shown and explained, it ought to come in against the

12   person who prepared it and can actually explain it or

13   somebody who's seen it before and used it.  And she

14   doesn't -- she hasn't done either.

15           So I'm not saying that you can't try and bring

16   this in at some point, but it's just I don't know if this is

17   the right witness to do it with.

18           MR. CRISP:  Your Honor, they actually introduced

19   6730 of this document through her.

20           MS. HALLER:  And, Your Honor, she actually

21   created --

22           THE COURT:  Hang on.  One lawyer at a time, okay?

23   This is Mr. Crisp's witness right now.  It's his exhibit.

24   So I'll hear from him.

25           MR. CRISP:  So my concern, Judge, is, they

1    introduced 6731, is my understanding --

2                THE COURT:  Hang on for a second.

3                (Open court)

4                THE COURT:  Okay.  Let's go ahead and take our

5    morning break, ladies and gentlemen.  It's a little bit

6    after 11:00.  We will resume at 11:20.  Thank you, all, very

7    much.  We'll see you shortly.

8                COURTROOM DEPUTY:  All rise.

9                (Jury exited the courtroom.)

10               THE COURT:  All right.  Agent Drew, you can step

11   down.  I'll ask you to step outside the courtroom, please.

12               THE WITNESS:  Yes, Your Honor.

13               THE COURT:  Thank you.

14               Go ahead, Mr. Crisp.

15               MR. CRISP:  So the concern I have is, Judge,

16   is they --

17               THE COURT:  Sorry to interrupt.

18               Can you bring it back up again so I can see it,

19   while I hear Mr. Crisp.

20               MR. CRISP:  I can do this a couple different ways.

21               If Your Honor doesn't want me to go through

22   this -- and I understand, and the government is not wrong;

23   she didn't prepare this particular document.  They did,

24   however, introduce Stewart Rhodes' text message or Signal

25   chats on 6730 --

1              THE COURT:  Right.

2              MR. CRISP:  -- that she may or may not have

3     produced, okay?  So what I'm trying to do is do this in a

4     much more, you know, quick fashion.

5              I mean, I provided this document to the

6     government.  I don't think they're arguing about its

7     authenticity.  And I think that was, in fact, stipulated to.

8              So where it's disingenuous is they want her to be

9     able to say, Look, I've seen this.  I've gone through this.

10    I recognize this.  But when it's the same -- I mean, the

11    document I'm providing, the government provided us.  And it

12    really quickly shows --

13             THE COURT:  Sorry to interrupt.

14             MR. CRISP:  Sure.

15             THE COURT:  To be clear, you're right.  She didn't

16    prepare the slides.  But I think every witness who has

17    testified about Signal chats has said, Look, I've seen the

18    original Cellebrite extraction report, I've compared what's

19    up on the screen to the Cellebrite extraction.  So if we're

20    talking about the original Cellebrite extraction, then

21    presumably she would be in a position to say, yeah, I've

22    seen this and I can testify about it.  But this is not that.

23             MR. CRISP:  Well, I'm not sure she's going to say

24    she saw the -- did she, in fact, testify that she saw the

25    original Cellebrite extraction for the Signal chats for

1   Mr. Rhodes?

2           MR. NESTLER:  Yes, and I think some of the

3   distinctions here is that she's testified about seeing the

4   Cellebrite extraction from Mr. Rhodes' phone and Signal

5   chats.

6           MR. CRISP:  Right.

7           MR. NESTLER:  And Mr. Crisp is trying to

8   indicate -- and he is correct -- that the FBI also extracted

9   the same chat from other people's phones, Mr. Greene,

10  Ms. SoRelle, and others.

11          And depending on which version of Cellebrite was

12  used and what the data of that phone shows, there may be

13  differences in data depending on how the extraction takes

14  place, what was deleted, what version of Cellebrite, all

15  sort of other things.  And Ms. Cain, of course, is better

16  equipped to explain those things than Ms. Drew.

17          So she testified that she prepared 6730 or she

18  reviewed it against the Cellebrite for Mr. Rhodes' phone.

19  That's it.  End.

20          I think Mr. Crisp is trying to show her Cellebrite

21  extractions from other people's phones from the same Signal

22  chat and talk about some of the differences.

23          MR. CRISP:  And receipt times, that's correct, and

24  particularly as it pertains to Mr. Greene.

25          That was a portion of her direct on Thursday where

1    they showed when a text was sent, where Mr. Greene was

2    located, when he ostensibly would have received it.

3            There's a, what I would consider to be, at times a

4    significant delta in the receipt times.

5            THE COURT:  So here's the thing.  I think -- first

6    of all, I didn't see receipt times on this document.

7    Maybe I --

8            MR. CRISP:  I can pull it up through the Cell- --

9    what I'm prepared to do, this is going to take more time --

10   I'm prepared to pull up the Cellebrite program, go to

11   Mr. Greens's phone, and walk her through it that way if we

12   have to do it painfully.  You've been trying to speed this

13   up.  So if the government wants me to draw this out and go

14   step by step, I can do that.

15           THE COURT:  Let's pause.

16           Can you bring me to a specific set of lines you

17   want to show her and ask her questions about?  That might

18   help make this be a little more concrete.

19           MR. CRISP:  I can make it simple and just show the

20   defense exhibits that will do that.  But are you talking

21   about on the Watkins 5, the spreadsheet itself?

22           THE COURT:  Right.  This is what you want to show

23   her, so I want to understand what you want to show her to

24   make the point you want to make.

25           MR. CRISP:  So what I'm going to do, Your Honor,

1   is you're going to see Watkins 9, Alpha through Charlie.

2           9 Alpha and Bravo are the extractions from SoRelle

3   and Rhodes and then Charlie is Greene.  So you have two --

4   this was a -- I believe the government may have shown this

5   particular Signal chat from Mr. Rhodes' phone, and it shows

6   the time at 2541, and then we can go all the way down to

7   1836 on Mr. Greene's phone.  So you have a significant time

8   differential in receipt.

9           THE COURT:  So the time stamp -- again, I want to

10  make sure -- the time stamp is indicative of the time if

11  somebody is a recipient, when they receive it?

12          MR. CRISP:  Well, in the case of this one -- if we

13  can go back up to the first two, please -- it was sent by

14  Rhodes at 18:25 and received by SoRelle at the same time.

15          THE COURT:  Right.

16          MR. CRISP:  So I would lay the foundation as to

17  why that is.

18          And then in the subsequent one, it's also showing

19  the actual receipt time by Mr. Greene.

20          Now, there is Cellebrite, not the extraction but

21  Cellebrite program, if you pull it up and go through the

22  program, and again, I understand your concern it, will

23  show -- it will say "received."  Now, this doesn't say it

24  but the government, I'm sure, would acknowledge that's what

25  that means, because the program itself, either Cellebrite or

```
 1    Axiom, which is another program the government used to read
 2    these, literally says "sent" or "received."
 3              So I'm not being disingenuous in saying the sender
 4    time stamp shows when it was sent, and when it's to the
 5    recipients it shows "received."
 6              THE COURT:  Right, that's what I was trying to get
 7    at because what I'm looking at doesn't have that column
 8    heading.
 9              MR. CRISP:  It's just slow to do it through
10    Cellebrite because it's a really dense program, but I'm
11    prepared to do that if that's what Your Honor and government
12    wants to do that.  I just thought we would stipulate to the
13    authenticity to speed things along.
14              THE COURT:  I don't think there's an issue of
15    authenticity.  I think the issue is, is this something she's
16    going to be in a position to testify about.
17              MR. CRISP:  My intent was to say this is what
18    these extractions look like, this is what this column means,
19    this means, just like what I went through with you ten
20    seconds ago, that it was sent at this time, it was received
21    at this time, that's it, and move on.
22              THE COURT:  Okay.
23              MR. NESTLER:  So Mr. Greene's phone was extracted
24    using Axiom, not using Cellebrite.  I'm not sure that
25    Agent Drew has reviewed the Axiom extraction from
```

 1   Mr. Greene's phone.  I don't know the answer to that right

 2   now.  And so she testified as to this -- the comparing the

 3   government's slides, 6730, 6731, against the time as listed

 4   in the Cellebrite extraction from Mr. Rhodes' phone.

 5          Mr. Crisp is attempting to show her that some

 6   extraction using a different program called Axiom on

 7   Mr. Greene's phone, shows different times for the same

 8   message.

 9          THE COURT:  Well, I guess the question is,

10   do you have any reason to believe that when it says "time

11   stamp," in column D of this exhibit, that the recipient at

12   the time is, in fact, the time of receipt, irrespective of

13   whether it's a Cellebrite extraction or an Axiom extraction.

14          MR. NESTLER:  I do not know the answer to that.

15          THE COURT:  Okay.

16          MR. NESTLER:  And I'm not sure that Agent Drew

17   knows the answer to that either.

18          MR. CRISP:  May I speak with co-counsel?

19          (Counsel conferred off the record.)

20          MR. CRISP:  So, Your Honor, I think at this

21   point -- so what I'm showing the Court now is Axiom.  This

22   is what was used to pull Mr. Greene's phone, and you can see

23   at the bottom of the document that will be marked as Watkins

24   7 -- keep that back up, please -- it shows receipt, and it

25   points to the time, at 1:42.

1          I'm sorry.

2          THE COURT:  This is by who?

3          MR. CRISP:  This is not Axiom, is it?

4          So this shows when this was received by Greene.

5          THE COURT:  Okay.

6          All right.

7          MR. CRISP:  And then I'll have to go through and

8    do the same process for Mr. Rhodes.

9          MR. NESTLER:  Right.

10          So my point is, one, I don't know if Special Agent

11    Drew has seen this or seen the Axiom and looked at this data

12    before.  And I also don't know the answer to the question

13    that Mr. Crisp intends to pose, which is what does that

14    column of "receive" mean, is that when the data hits the

15    phone, when the person reviews it on the phone, can it be

16    viewed on the home screen without unlocking it.  I just

17    don't know the answer to those questions.  I'm not sure the

18    witness will either.  It sounds like something that an

19    expert witness will need to explain.  I agree that the data

20    is here.  I just don't believe this is an appropriate line

21    of cross-examination for this witness.

22          MR. CRISP:  But they showed through this witness

23    movement and they argued essentially movement based on these

24    text messages between Rhodes and Greene.  While they didn't

25    show Greene's text messages, I think it's misleading for me

 1    not to be able to pull out through this witness, okay, you

 2    have an extraction here with a program that you guys use.

 3                THE COURT:  So here's what we're going to do.

 4                MR. CRISP:  Sure.

 5                THE COURT:  If this is authentic and it purports

 6    to be what it is, you can use it to cross-examine her.  If

 7    she says she hasn't seen it, she hasn't seen it, and if the

 8    government believes at this is inaccurate or misleading in

 9    some other way, call in the CART examiner to come in and

10    explain what this means, okay?

11                All right.  I'll see everybody in a couple

12    minutes.

13                Thank you, all.

14                But to be clear, the compilation, I think we ought

15    to say away from that, the amalgamation.

16                MR. CRISP:  That's fine.

17                (Recess from 11:14 a.m. to 11:26 a.m.)

18                COURTROOM DEPUTY:  Jury panel.

19                (Jury entered the courtroom.)

20                THE COURT:  All right.  Please be seated,

21    everyone.

22                Mr. Crisp.

23                MR. CRISP:  Thank you, Your Honor.

24    BY MR. CRISP:

25         Q    All right.  So I apologize we're going to have to

5147

```
 1    go through this a little differently and a little slower?

 2         A    Okay.

 3         Q    I was trying to get through this quickly for

 4    obvious reasons.

 5              So what I'd like to do it pull up, if I may, what

 6    was previously marked and admitted as Government's

 7    Exhibit 6731.

 8              This is an exhibit that you testified to, to your

 9    recollection, yes?

10         A    Yes.

11         Q    And to be clear, this was extracted from

12    Mr. Rhodes' phone?

13         A    Yes.

14         Q    And on the upper left, you have 1:15:20 p.m.

15         A    Yes.

16         Q    What does that mean?

17         A    That means that the message was sent at 1:15:20

18    p.m.

19         Q    How do we know it wasn't received?

20         A    There's -- from my understanding, Signal

21    extractions from Cellebrite do not show if it was read,

22    received, whatever.  And this is also a group message so

23    it would be difficult to show that.

24         Q    Okay.

25              And I'm sorry, maybe my question -- maybe I didn't
```

5148

1    phrase it right or ask what I was asking so I apologize.

2        A    Okay.

3        Q    You're saying Cellebrite doesn't show whether it

4    was sent or received; in other words, if I send you a Signal

5    chat from my phone and we do extractions on both my phone

6    and your phone, on this exhibit, how would we know that at

7    1:15:20 p.m. Eastern Time that it was me sending it as

8    opposed to me receiving it?

9        A    I don't know if I understand exactly what you're

10   asking.  All I know is that this came from Mr. Rhodes' phone

11   and the time, according to this Signal app on the phone, was

12   1:15:20 p.m.

13       Q    Okay.

14            There's also a program called Axiom, right?

15       A    Yes.

16       Q    And that is another Cellebrite like program?

17       A    Yes.

18       Q    You've seen that?

19       A    Yes.

20       Q    And you've used that?

21       A    Yes.

22       Q    Okay.

23            And, JC, if I may, I'm going to plug in my

24   computer.

25            So on the screen -- and this is just for the

 1    witness, please, sir -- on the screen in front of you, you

 2    have an Axiom shot, shall we say?

 3         A    Yes.

 4         Q    This is the program.

 5         A    Yes.

 6         Q    And you're able to tell from this particular

 7    document, I believe, that we know whose phone this is?

 8         A    Not at face value, I don't know whose phone this

 9    is.

10         Q    All right.

11              You're aware who Mr. Greene is, right?

12         A    Yes.

13         Q    And his phone was extracted?

14         A    Yes.

15         Q    And it was -- they used Axiom to assess or

16    evaluate his phone?

17         A    I do recall that, yes.

18         Q    All right.

19              And the Case No. 176WF-3497644, so on and so

20    forth, what does that tell you?

21         A    That is a case file number.

22         Q    Okay.

23              And what I'm going to do now is click on

24    communications and that will text message whether there are

25    Signal -- and, again, I apologize -- didn't want to go

5150

 1   through it this way but it's going to take a little bit of

 2   time -- that's going to give me the different types of

 3   methods and forms of communication that exist on this phone,

 4   right?

 5       A    Correct.

 6       Q    Okay.

 7            Now, you have in front of you -- what am I looking

 8   at now?

 9       A    This appears to be different forms of

10   communication that are on the phone, different apps,

11   different --

12       Q    I'm going to change it to classic view here.

13       A    Okay.

14            THE COURT:  I'm sorry.  Is there any objection to

15   showing this to the jurors?

16            MR. NESTLER:  Yes, Your Honor.  There's a lot of

17   data that's being displayed.

18            THE COURT:  Well --

19            MR. CRISP:  I will narrow it down to a point in

20   which I think I can show it, and I also have a screenshot

21   here.

22            THE COURT:  All right.

23            MR. NESTLER:  Can we have an exhibit number,

24   please?

25            MR. CRISP:  I don't have an exhibit number I

5151

```
 1   wasn't planning on this.  But when I get to them and I want
 2   to show, it would have been Watkins 16 -- yeah, 7 was the
 3   action screenshot.  So we are showing essentially what
 4   I will introduce as Watkins 7.
 5   BY MR. CRISP:
 6       Q    All right.  So you would agree that it talks about
 7   dates and times of communications on this particular
 8   document, correct?
 9       A    That's what's displayed on the far-right column.
10       Q    Okay.
11            Now, to your understanding, this is Mr. Greene's
12   phone; is that accurate?
13       A    If you say so.
14       Q    Okay.  Any reason --
15       A    I don't recall the last time --
16       Q    Any reason to question that this is Mr. Greene's
17   phone?
18       A    No, I don't.
19       Q    Okay.
20            So I'm going to scroll down to 1/6.
21       A    It shut down.
22            MR. CRISP:  I know it did.  It's a pretty dense
23   program, so I'm going to try and open it backup here.
24            THE WITNESS:  It is.  I agree, sir.
25            MR. CRISP:  Now I know why these investigations
```

```
 1    take so long.
 2    BY MR. CRISP:
 3        Q    I'm going to quit right there and just scroll down
 4    really slowly here.  Just bear with me.
 5        A    Okay.
 6             MR. CRISP:  Members of the panel, I do apologize.
 7    This was not the intended method.
 8             THE COURT:  Mr. Crisp, if you're intending to open
 9    this up to something you've already captured, then --
10             MR. CRISP:  I have as exhibits, yes.
11             So what I could do --
12             THE COURT:  Why don't we just show her that, and
13    it's probably something she would recognize perhaps.  Even
14    if she hasn't seen it, she'd recognize the format,
15    et cetera.
16             MR. CRISP:  We could switch back to her computer.
17    BY MR. CRISP:
18        Q    So you've seen how Axiom pulls Signal messages in
19    the past, I assume, correct?
20        A    Yes.
21        Q    Okay.
22             Now, I'm showing you a screenshot that was marked
23    as Watkins 7.
24             Can we blow that up a little bit.
25             So what you have is on the left-hand side is --
```

```
 1              MR. CRISP:  And, Government, any objections to its
 2    admission?
 3              MR. NESTLER:  We don't think you laid the
 4    foundation through the witness.
 5              MR. CRISP:  Well, again, Your Honor, it was my
 6    understanding.
 7              THE COURT:  I'll admit it.  Go ahead.
 8              MR. CRISP:  Thank you.
 9    BY MR. CRISP:
10         Q    Ma'am, on the left-hand column, the sender is 406.
11         A    Yes.
12         Q    That would be Mr. Rhodes' phone number, correct?
13         A    Yes.
14         Q    And --
15         A    His phone number.
16         Q    I'm sorry?
17         A    His phone number, yes, sir.
18         Q    Yes.  I'm sorry if I said something different.
19              That would have been part of the
20    "D.C. Op Jan. 6, 21" chat, which is indicated in column 2.
21         A    Yes.
22         Q    Okay.
23              And that content of the message is, "Whip, lots
24    your location?  I'm trying to get to you."
25              Right?
```

```
 1        A     Yes.
 2        Q     And you remember that this was sent, as we
 3   displayed on the earlier screen, at approximately 15 --
 4   1:15.  So you're looking at about a seven- to eight-minute
 5   time differential.
 6        A     I'm sorry.
 7        Q     So at 2:06, so it was received by Mr. Greene at
 8   2:24, so about 18 minutes?
 9        A     I don't see where it was received by Mr. Greene at
10   2:24.
11        Q     Okay.
12              We can switch back to the other one, please.
13              You can blow that up.
14              You can see at the bottom, it says, "Received."
15              Stop.  Go back up.
16              It says, "Received at 1" -- I'm sorry --
17   "at 2:24."
18              Correct?
19        A     Sent, date, time on here appears to be 2:24.
20        Q     Okay.
21              So that's, again, an 18-minute differential?
22        A     I'm not familiar with how the data is pulled and
23   extracted and processed in Axiom.
24        Q     Well, let me ask you a question.  You would agree
25   that the Axiom program that the government uses has
```

5155

```
 1   indicated that this message was received at 2:24?
 2        A    I see that it was sent at 2:24.
 3        Q    Well, this is -- the sender is Mr. Rhodes at 4:06,
 4   right?
 5        A    Yes.
 6        Q    Mr. Rhodes sent this, according to the
 7   government exhibit, at 2:06; would you agree?
 8        A    According to the Cellebrite extraction of
 9   Mr. Rhodes' phone, yes.
10        Q    Yes.
11             And now we're looking at Mr. Greene's phone,
12   correct?
13        A    That's correct.
14        Q    And this says, when you click on the particular
15   message, it shows, as you can see -- for example, let's go
16   four rows up, three rows up.
17             "All I see Trump doing is complaining.  I see no
18   intent."
19             When you click on that, it shows the receipt dated
20   1:42, so that's the sent time.
21             Would you agree with me then that that sent, date,
22   time column actually indicates when this message was
23   received, when it says 1:42?
24        A    Sir, I don't -- I see a sent column.  I see
25   received and another time, so I can't -- I'm not an expert
```

1    on Axiom, so --

2        Q    Okay.  So you've never used this program?

3        A    I have used it, but I'm not an expert in it.

4    I cannot tell you, especially however many months removed

5    from the time that I viewed it, what this means.

6        Q    So I'm curious.  Did you take any efforts to

7    confirm when Mr. Greene would have received the messages

8    that Mr. Rhodes was sending?

9        A    Via the exhibits that I was given and the data

10    that I was given, yes.

11            I have not viewed this in Axiom in a very long

12    time.

13        Q    Okay.

14        A    But the extractions, the extracted evidence, yes.

15        Q    So what I'm curious about, though, is, Axiom is a

16    program that was used to dump his phone, Mr. Green's phone,

17    right?

18        A    Yes.

19        Q    So the message that I referenced, "Whip, what's

20    your location?  I'm trying to get to you," is one that the

21    government introduced through Mr. Rhodes' phone, right?

22        A    Yes.

23        Q    And they said it was at 2:06, right?

24        A    Yes; from Mr. Rhodes' phone, yes.

25        Q    What efforts did you make to see when Mr. Greene

5157

```
1    actually received that message?
2        A    I have not done this -- I did not prepare the
3    exhibit.  I just referenced Mr. Rhodes' Signal chat, which
4    is where the evidence was derived from.
5        Q    My question was a little bit different.  What
6    efforts did you make to confirm when he received it, any?
7        A    I personally, no, none.
8        Q    Okay.  That's what I'm trying to find out?
9        A    Okay.
10       Q    So there are no efforts that you made to actually
11   try and say, did he receive it on or about the same time?
12       A    No.
13       Q    Okay.
14            THE COURT:  Can I ask you to get on the phone for
15   a second, Mr. Crisp?
16            All right, folks.
17            (Bench conference)
18            THE COURT:  Maybe I'm -- can you bring that
19   back up.
20            All right.  Can be bring back up the Cellebrite --
21   I'm sorry, the static exhibit that was the extraction.
22            So maybe I'm just -- I'm not following here.
23            MR. CRISP:  You're not following what, Judge?
24   I'm sorry.  What is your request?
25            THE COURT:  Now I understand, okay, because I was
```

5158

1    looking at what you -- what you're showing is this message

2    below being received at 1:42, but that's not the message

3    you're talking about.  You're talking about the message that

4    follows on the next screen, which is shown above, right?

5            But what you were showing to the jury is a

6    different message than the one that you actually were

7    referencing Mr. Rhodes sent.

8            So if you go back down, if you go to the next

9    screen, that's what you wanted to show them, that that was

10    received at 2:24, right?

11            MR. CRISP:  Yes, Judge.

12            THE COURT:  Can you show them that.  Because I

13    think right now -- I certainly was left with the impression

14    that somehow the message was received before it was sent.

15    So can we show them that, because that conforms with the log

16    above showing 2:24 as the received time as opposed to

17    something that says "sent," under the "sent" column.

18            MR. CRISP:  No.  I understand, Judge.  There was

19    some confusion between me and Ms. Wintermeyer here.

20            (Open court)

21    BY MR. CRISP:

22    Q    Ma'am, are you able to see the screen now?

23    A    Yes.

24    Q    Okay.

25            And this document or this screenshot here shows

1    that it was received, the message, "Whip, what's your

2    location?  I'm trying to get to you," was received at 2:24;

3    would you agree with me?

4         A    I see "received," and I see a "date, time" group,

5    yes.

6         Q    Okay.

7         A    I'm not extremely familiar, having been so many

8    months removed from understanding what exactly this says,

9    but it appears to say, "Received:  1/6, 2:24 p.m."  And I

10   believe that would be Central Time because his phone was

11   extracted in Central Time.

12        Q    Actually, it references that it is in Eastern.

13        A    Okay.

14        Q    But we can pull that out.

15             So you said you used it four or five months ago.

16   How often did you use it?

17        A    A handful of times.  We generally relied on

18   Cellebrite.

19        Q    Okay.

20             Did you have a Cellebrite extraction of

21   Mr. Greene's phone, or did you just use Axiom?

22        A    No.  Just Axiom.

23        Q    So are you familiar enough with Axiom to have used

24   it for Mr. Greene's phone, right?

25        A    Yes.

5160

```
 1         Q    And Mr. Greene was a focus of your direct on
 2    Thursday?
 3         A    He was, yes.
 4         Q    Okay.
 5              And there were communications that were purported
 6    to be between Mr. Rhodes and Mr. Greene that were
 7    highlighted as part of that government exhibit, yes?
 8         A    Yes.
 9         Q    And from what you testified to earlier, you did
10    not make any efforts to ascertain when Mr. Greene received
11    those messages that were ostensibly sent from Mr. Rhodes to
12    Mr. Greene?
13         A    I did not.  I was primarily relying on the Signal
14    extraction from Mr. Rhodes' phone.
15         Q    Okay.
16              Which doesn't show when the recipient would have
17    received it, correct?
18         A    Correct.
19         Q    Okay.
20              MR. CRISP:  The Court's indulgence, Your Honor.
21    BY MR. CRISP:
22         Q    And it's your understanding that there were a
23    number of messages that Mr. Greene received at around 5:30
24    p.m. East Coast time that were Signal messages from a number
25    of people there on the 5th or the 6th of January, correct?
```

5161

1      A    I don't recall specifically at this point, but

2   I don't have any reason to disagree that he did receive

3   messages around that time.  I don't...

4            MR. CRISP:  Your Honor, I am going to show what's

5   been marked as Watkins 11C.

6   BY MR. CRISP:

7      Q    You recognize this format, ma'am?

8      A    It appears to be an Excel, yes.

9      Q    Okay.

10           And the text messages that were discussed through

11  your direct, if you can look at about a quarter of the page

12  down, "Trump better do his damn duty."  Do you remember

13  that?

14     A    Yes, but the time appears to be --

15     Q    Let's start at the top.

16     A    Okay.

17     Q    Any of those text messages, do you remember

18  reading, "South side of Capitol"?

19     A    Yes.

20     Q    You will agree with me that says 5:36 Eastern

21  Standard time, right?

22           MR. NESTLER:  Objection to foundation.  I believe

23  this is extracted from the Excel document we were talking

24  about earlier before the break.

25           MR. CRISP:  I'm simply asking if she recognizes

5162

1      these text messages, Judge.

2                  THE COURT:  Okay.

3                  MR. CRISP:  She testified to them on direct.

4                  THE COURT:  You can answer if you recognize the

5      message.

6                  THE WITNESS:  I recognize the content of the

7      message, yes.

8      BY MR. CRISP:

9          Q      Okay.

10             And your understanding is that Mr. Rhodes sent

11     those text messages at around 2:00 to 2:30 time frame?

12         A      Yes, my recollection, yes.

13         Q      And this particular document is what was pulled

14     from Mr. Greene's phone to your understanding?  Does that

15     look like a format that you're familiar with?

16         A      I don't recall it being purple, and I don't -- it

17     appears to be an Excel spreadsheet.  I don't -- I don't

18     think I've ever viewed this exactly, no.

19         Q      Any reason to question that he received the texts

20     that are listed on this sheet at 5:30 or later on the 6th?

21         A      I recognize the content of the messages, yes.

22         Q      My question is a little bit different.

23         A      Okay.

24         Q      Any reason to question that Mr. Greene received

25     those text messages at 5:30 or later on the 6th?

5163

1       A    I don't have any reason to disagree other than

2   what I testified to earlier from Mr. Rhodes' phone.  So I

3   don't know the discrepancy here in the time.

4       Q    Okay.

5            I want to go and change it up a little bit here

6   and let's talk a little bit about, as part of your direct,

7   you talked about the stacks, right?

8       A    Yes.

9       Q    All right.

10           So you talked about them in terms of you're aware

11  of their use in the military, yes?

12      A    And law enforcement, yes.

13      Q    Okay.

14           So I think when we first met back in May, we

15  discussed our respective military experiences?

16      A    I don't know if we actually did, sir.  I had a

17  feeling you were military, but I don't think we actually got

18  into the detail.

19      Q    One of the agents brought it up while we were

20  sitting there eating lunch, do you remember that, and said

21  you were in the military and that's how I learned you were

22  an MI officer?

23      A    I don't recall that but I have no reason to doubt

24  that it happened.

25      Q    So you've been in, I think you said, roughly 14

years?

    A    Roughly, yes.

    Q    Okay.

    And your rank is a major or lieutenant colonel?

    A    Major.

    Q    Okay.

    And you will agree that someone that has -- I was a 20-year judge advocate, plus, and an MI officer, we don't do room clearing, building clearing procedures typically?

    A    We train on them especially in preparation for deployment, but actively, no, I never did that in the military, just law enforcement.

    Q    That's typically left up to the line units, would you agree?

    A    Yes.

    Q    So infantry, combat engineers, they might be doing room clearing, maybe MPs?

    A    I mean, depending on the makeup of the unit and the mission they have, yes.

    Q    Okay.

    And as you said, as an MI officer, you certainly have knowledge of the basic infantry tactics that we are supposed to deploy in the Army?

    A    Foundational, yes.

    Q    And you're required to take military education

1    classes that talk about that, right?

2        A    Very long time ago, yes.

3        Q    Sure.  CAS Cube or Captain's Career Course, say?

4        A    Yes.

5        Q    And your familiarity with them pertains to

6    briefings you would get as well, would you agree?

7        A    Yes, in some scenarios, yes.

8        Q    And you have to be -- and there's Army

9    publications, military publications in many forms, right?

10       A    A lot of them, yes.

11       Q    Army Regulations, field manuals?

12       A    Yes.

13       Q    I think it's ATTPs, which stands for tactics,

14   training, and procedures, right?

15       A    Yes.

16       Q    Okay.

17            All of these things govern how the Army conducts

18   their business, would you agree?

19       A    Yes.

20       Q    All right.

21            And in particular, there's ATT 3-06.11.

22            Are you familiar with that one?

23       A    Not off the top of my head, no.

24       Q    All right.

25            That says, combined arms operations in urban

1  terrain.

2      A    Okay.

3      Q    Do you remember there's a field manual that was

4  similarly named?

5      A    Yes.

6      Q    Would it surprise you to know that they don't talk

7  about, in that document, using stacks to do anything other

8  than clear a room?

9      A    I have not read it in a very long time, so I would

10  not be surprised.

11      Q    And there are no field manuals, Army Regulations,

12  SOPs that talk about, to your knowledge, using a military

13  stack to go through a crowded -- to go through a crowd?

14      A    Based on my knowledge of the actual texts and

15  military doctrine, not that I can recall.

16      Q    Okay.

17          So when you breach a building or breach a room,

18  you have a weapon in your hands typically?

19      A    You would hope, yes.

20      Q    You're certainly not going to go in and just throw

21  rocks?

22      A    Yes.

23      Q    Correct?

24      A    Yes, I'm sorry.

25      Q    And we're taught to actually maintain weapon

1    control and accountability at all times, yes?

2        A    Yes, at the ready.

3        Q    And when you're going into a hostile situation to

4    do a room clearing procedure or building clearing procedure,

5    you're not going to take your hands off your weapon?

6        A    In the military.

7        Q    In the process of doing a building clearing or

8    room clearing procedure.

9        A    Well, generally, I've seen it where -- it's

10   dependent on the unit and dependent on the training on the

11   ground.  In my unit, we would squeeze the arm of the person

12   in front of us to let them know that there was someone

13   behind them before they maneuvered forward.

14       Q    In that context you're using it as a directional

15   or awareness technique, right?

16       A    Yes, and accountability, so you know someone is

17   behind you.

18       Q    When you go through that entry point, whether it

19   is a door or window, you're not holding on to them, are you?

20       A    You're in close -- extremely close contact so that

21   they know the person is behind you.

22       Q    That wasn't my question.  You're not holding onto

23   them because you're holding onto your weapon, aren't you?

24       A    Correct.

25       Q    Okay.

5168

1              So when you're going through a building or an

2   entry point, you're holding your weapon because what happens

3   is there's vectors with fire that are set up when you walk

4   into a room, right?

5        A     Correct.

6        Q     If you're holding a rifle, you can't maintain a

7   vector of fire with one hand very effectively, can you?

8        A     Effectively, no.

9        Q     Okay.

10             And, in fact, that's not something that has ever

11   been taught, to have an M4 with one hand maintaining a

12   vector of fire?

13        A     Taught, has ever been taught, I'm not sure.  In my

14   experience, no.

15        Q     Okay.

16             So, and the stack formations that they talk about

17   in the FMs, in the ARs, they actually have them lined up in

18   a single file line parallel to the wall where the entry

19   point of the room is, right?

20        A     It depends on the setup of the room, but, yes.

21        Q     They're not lined up single file to walk straight

22   through because that's going to actually make them more

23   susceptible to being shot, would you agree?

24        A     In my law enforcement experience, we do stack up

25   single file to have one silhouette and not fan everybody out

5169

```
 1   and expose the entire line to fire.
 2        Q    I'm asking military.  We'll get to law enforcement
 3   here in a minute.
 4        A    Okay.
 5        Q    You would agree in the military that's not how
 6   it's taught, right?
 7        A    I'm sorry, can you repeat the question?
 8        Q    You're not lined up single file to walk into the
 9   door, you're lined up parallel to the door?
10        A    Prior to entry, yes.
11        Q    Correct.  Okay.
12             And you're aware that in a law enforcement context
13   oftentimes shields are used for breaching rooms in a single
14   file fashion that you described, right?
15        A    If available, yes.
16        Q    Okay.
17             And they are often used?
18        A    If available.
19        Q    Okay.
20             And you're aware that my client has prior military
21   training and experience?
22        A    Yes.
23        Q    Okay.
24             And she was with, I think, the 82nd as well as the
25   Range Battalion, right?
```

5170

1          A    Yes.

2          Q    All right.

3               To your knowledge, she's never been a police

4    officer, has she?

5          A    Not to my knowledge, no.

6          Q    Okay.

7               An EMT, yes?

8          A    I believe so.

9          Q    I want to go and switch up here for a minute and

10   talk about the phone calls that you mentioned between

11   Ms. Watkins and Mr. Caldwell.

12               I believe this was Government's Exhibit 6740.

13               If we can pull that up, please.

14               So sensing I'm probably going to get the same

15   objections about the exhibits that I prepared from the

16   extractions.  Let's just talk about this right here.

17               There are, ostensibly, seven communications

18   between Mr. Caldwell and Ms. Watkins, right?

19          A    Yes, it appears to be -- yes.

20          Q    Okay.

21               And I believe Mr. Woodward talked with you a

22   little bit about that, and it looks like there are a number

23   of calls.  So, say, for example, 10:59:29 a.m.

24               Do you see that call at 1/6?

25          A    At 10:54:29?

5171

1    Q    I'm sorry.  10:54:29.  Thank you.

2    A    I do, yes.

3    Q    All right.

4         And the one beneath that is 10:44, and the one

5    beneath that is 10:04:00?

6    A    Correct.

7    Q    Now, there was also the same exact call five hours

8    earlier at 5:04:40, 5:43:14, and so on.

9         Would you agree?

10   A    5:04:40, 5:43:14, yes.

11   Q    Now --

12   A    They appear to be phone calls that morning, yes.

13   Q    Is it your understanding that these all happened

14   in East Coast time?

15   A    That's my understanding, yes.

16   Q    Can we pull up 2411, please.

17        And before you do that -- I'm sorry.

18        This summary exhibit was derived from the exhibits

19   that are contained up there, correct?

20   A    Yes.

21   Q    And 2411 is a government exhibit, is it not?

22   A    Correct.

23   Q    Please pull up 2411.

24        And what is 2411, if you can identify it as we're

25   going that quickly.  If not, I'll slow down and we'll take a

1    look at it.

2        A    This appears to be records from AT&T.

3        Q    From -- do you know from whose phone?

4        A    If I look at the phone number.

5        Q    We'll go to the very beginning here.

6            Do you recognize this as Mr. Caldwell's phone, the

7    540 number?

8        A    Yes, I recognize the 540 number.

9        Q    If we can please go down to 1/6.

10            So this is a CDR report, right?

11            That's what you referenced.  You got this from the

12    cell phone carrier, yes?

13        A    From AT&T, yes.

14        Q    Correct.  A cell phone carrier?

15        A    Yes.

16        Q    Okay.

17            I'd like to direct your attention to the lower

18    portion of the page.  You have -- I think it's going to --

19    let's start with 1168.

20        A    Yes.

21        Q    That has 10:04.  Would you agree?

22        A    Correct.

23        Q    Now, who made the conversions for this particular

24    document?

25        A    I am not aware of who actually made the

5173

conversions.

Q    Column 3 indicates this is, UTC time, doesn't it?

A    It does.

Q    And so 10:04 should have actually been 5:04, shouldn't it?

A    Correct.

Q    And 10:43 should have been 5:43?

A    It appears to be, yes.

Q    And this is Mr. Caldwell's phone, yes?

A    Phone number -- yes.

Q    Originating number is 540?

A    Correct.

Q    And then the number to whom the call is being made starts with 937?

A    Yes.

Q    That's Ms. Watkins' phone, right?

A    Correct.

Q    So you would agree, if we can, at 1:06 on Mr. Caldwell's phone on the date of 6th of January, there are no calls from Mr. Caldwell's phone at 5:00 in the morning, right, to 937, unless you convert it to UTC?

A    That's correct.

     I mean, it is in UTC, so that would be --
I'm sorry.  Which number?  Which line number are you referencing?

1    Q    Well, again, if you're looking at this document,

2  going back to line 1168 --

3    A    Yes.

4    Q    -- in UTC time, that's 10:04, right?

5    A    That's correct.

6    Q    In East Coast time, that's 5:04?

7    A    That's correct.

8    Q    There are no calls in the corresponding East Coast

9  time at 10:00, are there?  Based on the document that the

10  government has provided in Exhibit 2411?

11    A    1172 would be at 10:07.

12    Q    That is made to --

13    A    You're right.  You're right.  That's correct.

14  That's not Mr. Caldwell.

15    Q    Okay.

16    A    If you continue scrolling.

17        Yeah, that appears to be correct.

18    Q    Okay.

19        So according to the exhibit from which the

20  government drew this information, there are no calls to my

21  client at 10:00 in the morning, thereabouts.

22        Would you agree?

23    A    It appears, based on these call detail records,

24  that that's correct.

25    Q    Okay.

1           And this is the government's exhibit, yes?

2      A    Yes.

3           MR. CRISP:  Okay.

4           And I want to go to what would be 1406 East Coast

5  time, please, Ms. Wintermeyer.  Can you highlight that.

6  I think it's going to be 11.  I believe it's 11 -- go down

7  one more page, please.

8  BY MR. CRISP:

9      Q    All right.  We're highlighting what's column 1178,

10  right?

11          So 1908 UTC?

12     A    Yes.  2:08 Eastern.

13     Q    Okay.

14          Now, you're not able to determine from that

15  particular line whether or not that call was actually

16  received by the recipient or are you?

17     A    I see --

18     Q    Meaning a voicemail or anything like that.

19     A    I see a 32-second connection.

20     Q    Which would mean voicemail or -- right, you have

21  no idea?

22     A    No idea.

23     Q    Okay.

24          And did you check the cell phone Cellebrite

25  extraction from my client to determine whether or not that

5176

```
1    call was actually received?

2         A    I did not.

3         Q    Okay.

4              Are you aware of whether anyone did as part of

5    this investigation?

6         A    I was not involved in that portion of the

7    investigation, so I can't -- I know there are multiple

8    agents that reviewed the phone.  I don't -- I don't know who

9    it was.

10        Q    So just so I'm clear in answering the question,

11   are you aware whether or not someone checked to see whether

12   or not she received it on her phone?

13        A    I'm not specifically aware, no.

14             MR. CRISP:  And, Mr. Douyon, if you can switch to

15   my screen, please.

16   BY MR. CRISP:

17        Q    All right.  So now I know why you prefer

18   Cellebrite.

19        A    Yes.

20        Q    Can you see what's on the screen here?

21        A    Yes.

22        Q    This is a Cellebrite extraction, yes?

23        A    It appears to be.

24        Q    And it was done -- the examiner's name was

25   Mr. Raleston, and the investigators were Special Agent
```

1    Palian and Special Agent Eller?

2         A    Yes.

3         Q    You've seen this Cellebrite extraction in the

4    past, I assume?

5         A    At some point, yes.

6         Q    Okay.

7              So I'm going to click on the call logs here.  And,

8    by the way, do we know whose phone this is?

9         A    I assume it would be Ms. Watkins.

10        Q    Okay.

11             Good assumption.

12             MR. CRISP:  Now, I hope this doesn't shut down as

13   quickly as the other one, so let's scroll down here.

14             I'll do it this way so we don't lose it.

15             Watkins 16A and B.

16             Government counsel's been provided a copy already.

17             THE COURT:  I'm sorry.  What was the number?  16A

18   and B.

19             MR. CRISP:  Your Honor, to speed this up, if I

20   may, may I approach the witness?

21   BY MR. CRISP:

22        Q    Ma'am, I'm going to show you what's been marked

23   as -- this would be 16A and 16B.  So would you please take a

24   quick look at them.

25        A    (Witness complied.)

1          MR. CRISP:  Your Honor, unless the government has

2   any objections, I'd like to admit this as well and publish

3   it to the jury.

4          THE COURT:  Mr. Nestler?

5          MR. NESTLER:  I'd like to see if the witness has a

6   foundation first before I weigh in on whether we object.

7          THE COURT:  Okay.

8   BY MR. CRISP:

9      Q   Do you recognize that, ma'am?

10     A   It appears to be a screenshot of a call log in

11  Cellebrite.

12     Q   And I'd like to direct your attention back to the

13  video screen as well since the program has now caught up.

14         This is part of the Cellebrite, traction; would

15  you agree.  This is the Cellebrite program of my client's

16  phone, yes?

17     A   Yes, it appears to be your client's phone, yeah.

18     Q   And it is substantially similar to the document

19  that I gave you as 16 alpha?

20     A   Sorry.  I just have to find the correct -- yes.

21     Q   All right.

22         And I'm going to direct your attention to what is

23  labeled as row 212, I believe, and that is a phone call from

24  the person marked as Commander Tom?

25     A   Yes.

```
 1        Q    To my client, yes?

 2        A    Yes.

 3        Q    And Cellebrite will tell you whether or not the

 4   call has been missed or received; would you agree?

 5        A    According to the screen, yes.

 6        Q    Any reason to -- this is the Cellebrite program

 7   we're looking at on the screen, right?

 8        A    That's correct.

 9        Q    All right.

10             Missed call?

11        A    That's what's labeled, yes.

12        Q    Well, this is the Cellebrite program.  Do you have

13   any reason to question the program I just pulled up?

14        A    No, I don't -- I don't have any reason to question

15   it.

16        Q    So she had a missed call at 2:07:59 from

17   Commander Tom, yes.

18        A    Yes, it appears to be.

19        Q    And while we're there, let's go down to 2:16.

20             That's a call from number Commander Tom at 5:00 in

21   the morning, right?

22        A    Yes.

23        Q    Another one at 5:40, 5:53?

24        A    Yes.

25        Q    So between 2:12 to 2:16, you have a total of four
```

5180

1    calls, five calls, four of which were actually consummated,

2    shall we say?

3        A    Yes, four calls, yes.

4        Q    So five total attempts, four which actually went

5    through?

6        A    It looks -- according this, yes, there's --

7        Q    And I want to back out of the Cellebrite

8    extraction here.  Can we just take it off the screen.

9            Referencing Government's Exhibit 6740, you would

10   agree with me that that's not what that exhibit contains.

11   It has seven calls in total, right.

12       A    Yes, the CDR shows seven calls.

13       Q    And the CDR extraction from which this is derived

14   shows only calls in UTC time for Mr. Caldwell, right,

15   Exhibit 2411 we showed earlier?

16       A    Yes.

17       Q    So the very documents from which the government

18   pulled do not display any phone calls between Mr. Caldwell

19   and Ms. Watkins in the 10:00 hour?

20       A    Correct.

21       Q    Okay.

22            You can remove that.

23            In a totally different area, let's talk about when

24   you're brought into a chat group, you said you had some

25   familiarity with the program Signal because you researched

1    it when you got into the case.  Am I recalling correctly?

2        A    That was Zello, but I do have familiarity with

3    Signal based off of what I've seen in the case, yes.

4        Q    Did you ever create a Signal account?

5        A    No.

6        Q    Okay.

7             Do you know anything about when you're brought

8    into chat groups, what you can and cannot see?

9        A    Me specifically, no.

10       Q    Okay.

11            What do you know about them?  Is it just from

12   talking with others?

13       A    Yes, and then just reading the Signal messages

14   themselves.

15       Q    Now, just because someone's in a Signal chat

16   doesn't mean you actually see the messages that precede your

17   entry into the chat group, correct?

18       A    I'm not sure if I -- I don't have any reason to

19   disagree with you, but I don't recall that specifically, no.

20       Q    And do you remember when Ms. Watkins was admitted

21   into the "Old Leadership" chat?  Does 5 December of 2020

22   sound about right?

23       A    Yep, I have no reason to doubt you.

24       Q    And I think government counsel also talked about

25   that Serbian posting that occurred on or about the 7th of

```
 1    November through you.  Am I recalling correctly?  It's been
 2    a little while too.
 3         A    It's been a while for me too.  I don't recall when
 4    that posting was made.
 5         Q    Do you remember talking about it?
 6         A    Specifically -- I don't remember testifying to it,
 7    but I do --
 8         Q    That's what I mean.
 9         A    -- I do remember it being an event, yes.  I don't
10    remember the exact date.
11         Q    All right.
12              And I believe it was a video and audio that you
13    played or that government counsel played through your
14    testimony of when my client and others were standing at the
15    top of the Capitol steps, yes?
16         A    Yes.
17         Q    Do you remember that?
18         A    Yes.
19         Q    And it was -- that video was extracted from
20    Ms. Watkins' phone?
21         A    Yes.
22         Q    And so when she's panning the crowd, you can hear
23    the crowd noise in the background, would you agree?
24         A    Yes.
25         Q    It's pretty loud?
```

5183

1        A      Yes.

2        Q      And while you can mute the crowd noise and hear

3    other things, you can't mute the crowd, you would agree, as

4    you're standing there, right?

5        A      Correct.

6        Q      Okay.

7               So while the phone may have muted something, it

8    doesn't necessarily mean that she heard it if the crowd

9    noise was so loud?

10       A      It was clearly audible in the video itself, but I

11   don't know what Ms. Watkins heard at that moment.  I was not

12   in her head.

13       Q      You can't tell whether she was focusing on the

14   crowd or how loud the crowd noise was relative to what was

15   being played on the phone, right?

16       A      Correct.  Again, I'm not Ms. Watkins so I could

17   not tell you.

18              MR. CRISP:  The Court's indulgence, Your Honor.

19              Your Honor, I don't have any additional questions,

20   thank you.

21              Thank you, ma'am.

22              THE WITNESS:  Thank you, sir.

23              THE COURT:  Thank you.

24              MR. CRISP:  I'm sorry.  Maybe I do.  I apologize.

25              No.  Thank you, Judge.

1      THE COURT:  All right.  Thank you, Mr. Crisp.

2      Mr. Nestler, just get on phone.

3      MR. NESTLER:  Yes, Your Honor.

4      (Bench conference)

5      THE COURT:  How long of a redirect do you

6  anticipate?

7      MR. NESTLER:  Perhaps about a half hour.

8      THE COURT:  All right.

9      Why don't we just go ahead and start up after

10  lunch.  And we'll take an early lunch break, and then we'll

11  start with the redirect after lunch.

12      MR. NESTLER:  Yes, Your Honor.  There's an issue

13  I probably want to flag before I ask it anyway so that's

14  fine.

15      THE COURT:  All right.

16      (Open court)

17      THE COURT:  Folks, just given the timing of

18  things, I think it makes sense to take our lunch break now

19  before the redirect examination begins.

20      It's 12:15.  We'll return at 1:15, start the

21  afternoon session.  Have a nice lunch break.  We look

22  forward to seeing you then.

23      COURTROOM DEPUTY:  All rise.

24      (Jury exited the courtroom.)

25      THE COURT:  All right.  Agent Drew, you may step

1   down.

2           MR. MANZO:  Your Honor, this can be taken up.

3           THE COURT:  Have a seat, everyone.  I'm going to

4   wait for Agent Drew to leave the courtroom.

5           Okay.  Mr. Nestler.

6           MR. NESTLER:  Sure.

7           So, first of all, on redirect, Mr. Fischer asked

8   Agent Drew, sometime last week when he cross-examined her,

9   about the nature of charges that were pending against

10  Mr. Caldwell, and he used a phrase "an alibi" and he asked,

11  are you aware that Mr. Caldwell's charged with obstruction

12  of an official proceeding, and I guess conspiring to drive

13  members of Congress out of the building.

14          I do intend to ask Agent Drew about the other

15  related charges that Mr. Caldwell is facing, including

16  attempt to obstruct an official proceeding, aiding and

17  abetting others to do so, and conspiring with others to do

18  so.  I just wanted to flag for the Court that I do intend to

19  ask those questions.

20          THE COURT:  Okay.

21          MR. NESTLER:  There are some additional issues

22  with exhibits, I believe, defense is objecting to for our

23  afternoon witnesses if Your Honor has a few minutes now.

24          THE COURT:  Let's do it now.

25          MR. NESTLER:  Thank you.  Mr. Manzo is handling

 1   those.

 2          THE COURT:  Okay.

 3          MR. MANZO:  Maybe only partially.

 4          I'm handling Officer Salke, who's going to be

 5   coming up next, and Ms. Haller has provided an exhibit that

 6   she intends to use on cross and we're objecting to that

 7   exhibit, and it's an interview with a known third person

 8   outside the east doors and we just don't think -- it's

 9   hearsay, we don't think it's admissible, and so we'd be

10   objecting to that.

11          THE COURT:  Okay.

12          MS. HALLER:  May I respond, Your Honor?

13          That exhibit is an exhibit from YouTube that the

14   government brought an individual here to authenticate.  It's

15   the last seven minutes of that hourlong video that we've

16   already agreed to as an exhibit.

17          To the extent that they say there's a third person

18   speaking as to hearsay, we're not seeking to admit it for

19   the truth of the matter asserted.  We're seeking to show the

20   state of mind of the officer who speaks to that individual,

21   and that video speaks to the officer who will be testifying.

22          THE COURT:  I'm not following, but, okay.

23          MS. HALLER:  There's a clip, which is a clip of a

24   longer video that we've already agreed upon as far as

25   authenticity goes.  But I believe where counsel is objecting

 1   is to a portion of the statement that a third party makes

 2   when he's speaking into the camera, and I'm simply saying

 3   we're not seeking to admit that for the truth of the matter

 4   asserted.  That person's behavior is relevant to the police

 5   officer who he was interacting with who is about to testify.

 6              THE COURT:  Okay.

 7              Well, help me understand why a statement made by a

 8   third party at some time later after his interaction with

 9   the officer is relevant to cross-examine the officer.

10              MS. HALLER:  Because I want to ask the officer

11   about the officer's state of mind, because the statement

12   relates to what he claims the officer said, so I simply want

13   to ask the officer what he said.

14              THE COURT:  Okay.

15              MS. HALLER:  And show him the video.

16              THE COURT:  Well, you can ask the officer --

17              MS. HALLER:  Depending on his answer, of course.

18              THE COURT:  I'm sorry?

19              MS. HALLER:  Of course, depending on the officer's

20   answer.

21              THE COURT:  You can show him -- well, excuse me.

22   You can ask him, isn't it true you said X, but you can't

23   then show the video of somebody saying, officer so-and-so

24   said X.

25              MS. HALLER:  I don't necessarily need to show the

 1    video showing -- it depends.
 2              THE COURT:  My point is you can't do that.
 3    I mean, in theory, you could bring that individual in, put
 4    them on the stand and say, officer so-and-so said the
 5    following, and that person would then be subject to
 6    cross-examination, but you can't just roll the video that
 7    says, officer X told me whatever.
 8              MS. HALLER:  Well, it would be potentially
 9    information for the state of mind of the officer if the
10    officer does not recognize it.
11              THE COURT:  What's the --
12              MS. HALLER:  Then obviously it's not --
13              THE COURT:  What's the statement?
14              MS. HALLER:  I mean, I would lay the foundation
15    with the officer.
16              THE COURT:  What's the statement?
17              MS. HALLER:  The statement was the officer said
18    that we need to leave by a certain time.
19              MR. MANZO:  It's a bit more than that.  But I
20    agree with Your Honor that under no circumstances is a third
21    party interview, who has nothing to do with this case,
22    outside these Capitol steps admissible for any reason that
23    I can fathom.
24              MS. HALLER:  Well, Your Honor, there's no
25    prejudice the government and we'll lay the foundation with

1   the witness before we raise the exhibit.

2           THE COURT:  But how can the witness say anything

3   about the exhibit?  He's undoubtedly not seen it before, and

4   how can he say one word about what somebody else has said

5   about what he's said?

6           MS. HALLER:  Well, I would show it to him first,

7   Your Honor.

8           THE COURT:  And he's going to say, I've never seen

9   it before.

10          MS. HALLER:  But we don't know that, do we?  It's

11  not -- this is a government's exhibit.  This was given to

12  me.

13          THE COURT:  I guess we can play this by ear, but

14  it's not at all clear to me how what somebody says the

15  officer said bears on his state of mind, which frankly I'm

16  not sure what the relevance of the officer's state of mind

17  is.  It's these defendants' state of mind that's relevant.

18  And so I'm not understanding the relevance of either his

19  state of mind or any effort to establish what his state of

20  mind is, unless, unless it goes to his ability to recall the

21  events.

22          MS. HALLER:  That's what I seek to find out,

23  Your Honor.

24          THE COURT:  Through the video?

25          MS. HALLER:  Yes, because he's in the video.  The

 1    officer is in the video with this gentleman.

 2            MR. MANZO:  He's not in the video with the

 3    gentleman.  He is maybe 30 feet away from the interview.  It

 4    would be impossible for him -- it's tough to figure out

 5    where this could even -- there's 20 reasons this is not

 6    admissible, but I guess the basic one is, the officer was

 7    not present during this interview; this is a

 8    third-party-talking hearsay.

 9            And Ms. Haller is free to ask the officer, Well,

10    didn't you say you could come in the building or anything?

11            But she then can't impeach the officer --

12            THE COURT:  Right.

13            MR. MANZO:  -- with a third party giving an

14    interview.

15            THE COURT:  That's what I said.

16            MR. MANZO:  Yeah.

17            MS. HALLER:  I would show him, potentially,

18    depending on his testimony.

19            THE COURT:  You cannot show him the video,

20    Ms. Haller.  You can ask him if he said X to somebody.  You

21    cannot then impeach him with an interview of that person.

22    You can call that person in to testify that officer said

23    so-and-so if he denies it.

24            But you cannot use a video out-of-court statement

25    to impeach the officer.  You have to bring that person into

5191

```
 1    court so that person is subject to cross-examination.
 2              MS. HALLER:  I understand, Your Honor.
 3              THE COURT:  Okay?
 4              MS. HALLER:  Yes.
 5              THE COURT:  Thank you, all.  See you in a little
 6    bit.
 7              COURTROOM DEPUTY:  All rise.
 8              MS. HUGHES:  Your Honor, there is one more
 9    evidentiary issue.  We can take a bathroom break to confer.
10    But it's about the second witness after.
11              THE COURT:  Okay.  So what time did I say to come
12    back, 1:15?  So just be back at 12:10 [sic] so we can deal
13    with the other evidentiary matter.
14              1:10.  Excuse me.
15              Thank you, all.
16              (Recess from 12:24 p.m. to 1:10 p.m.)
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 25, 2022____        

                     William P. Zaremba, RMR, CRR

**A JUROR: [9]** 5086/9
5086/13 5086/18
5086/22 5087/1 5087/7
5087/12 5087/21
5088/5
**BY MR. CRISP: [17]**
5126/21 5132/9
5132/25 5133/8
5146/24 5151/5 5152/2
5152/17 5153/9
5158/21 5160/21
5161/6 5162/8 5175/8
5176/16 5177/21
5178/8
**BY MR. GEYER: [34]**
5089/17 5090/20
5090/24 5091/9
5091/23 5092/12
5094/7 5094/18 5095/4
5098/15 5101/2
5101/17 5101/24
5102/14 5103/18
5104/10 5105/3 5105/6
5105/25 5106/7
5106/24 5108/22
5109/8 5109/20
5109/25 5110/10
5111/5 5111/24
5112/19 5113/13
5117/12 5119/16
5121/1 5121/17
**CORPORAL: [1]**
5062/5
**COURTROOM
DEPUTY: [11]** 5060/2
5060/6 5062/2 5086/6
5088/8 5103/2 5119/2
5138/8 5146/18
5184/23 5191/7
**DEFENDANT
RHODES: [51]**
5062/17 5062/19
5062/22 5062/24
5063/12 5064/1 5064/6
5064/12 5064/17
5064/22 5065/1 5065/6
5065/11 5065/18
5065/24 5066/5
5066/12 5066/21
5066/23 5067/7
5067/11 5067/21
5068/1 5068/10
5068/12 5068/14
5068/19 5068/25
5069/4 5069/10
5069/15 5069/17
5069/21 5069/23
5070/6 5070/25 5071/3
5071/9 5071/13
5071/18 5071/25
5072/4 5072/21 5073/1
5073/7 5073/18
5073/25 5074/13
5074/18 5074/24
5075/1
**MR. BRIGHT: [4]**
5076/18 5076/23

**MR. CRISP: [63]**
5085/23 5126/12
5126/15 5126/18
5132/2 5132/8 5132/18
5132/20 5133/7
5134/18 5135/6
5135/11 5135/19
5135/24 5137/2
5137/18 5137/25
5138/15 5138/20
5139/2 5139/14
5139/23 5140/6
5140/23 5141/8
5141/19 5141/25
5142/12 5142/16
5143/9 5143/17
5144/18 5144/20
5145/3 5145/7 5145/22
5146/4 5146/16
5146/23 5150/19
5150/25 5151/22
5151/25 5152/6
5152/10 5152/16
5153/1 5153/5 5153/8
5157/23 5158/11
5158/18 5160/20
5161/4 5161/25 5162/3
5175/3 5176/14
5177/12 5177/19
5178/1 5183/18
5183/24
**MR. GEYER: [37]**
5089/9 5090/22 5103/3
5103/9 5103/11
5103/16 5107/12
5107/16 5107/18
5108/3 5108/8 5108/13
5108/20 5109/3
5112/17 5113/4 5113/9
5117/11 5119/3 5119/7
5120/15 5120/18
5121/25 5122/7
5122/12 5122/18
5122/21 5122/25
5123/5 5123/10
5123/17 5123/25
5124/11 5124/15
5125/22 5126/2 5126/6
**MR. LINDER: [15]**
5061/7 5061/18
5062/11 5067/4 5067/9
5070/2 5072/19
5072/22 5073/5
5074/22 5075/9
5075/16 5075/24
5076/17 5088/1
**MR. MANZO: [6]**
5185/2 5186/3 5188/19
5190/2 5190/13
5190/16
**MR. NESTLER: [50]**
5082/12 5082/15
5083/4 5083/18
5083/25 5084/3
5084/17 5084/19
5084/22 5084/25
5085/7 5090/11

5103/10 5103/12
5104/2 5104/6 5104/24
5111/2 5111/4 5113/7
5119/5 5120/21 5122/6
5122/8 5122/15 5123/2
5124/18 5132/17
5132/19 5134/14
5136/5 5140/2 5140/7
5143/23 5144/14
5144/16 5145/9
5150/16 5150/23
5153/3 5161/22 5178/5
5184/3 5184/7 5184/12
5185/6 5185/21
5185/25
**MS. HALLER: [30]**
5078/4 5078/12
5078/15 5078/20
5080/10 5082/6
5082/13 5085/10
5085/19 5136/17
5137/20 5186/12
5186/23 5187/10
5187/15 5187/17
5187/19 5187/25
5188/8 5188/12
5188/14 5188/17
5188/24 5189/6
5189/10 5189/22
5189/25 5190/17
5191/2 5191/4
**MS. HUGHES: [2]**
5085/15 5191/8
**MS. RAKOCZY: [4]**
5070/10 5071/21
5079/3 5087/25
**THE COURT: [225]**
**THE WITNESS: [8]**
5105/1 5111/20
5121/15 5126/8
5138/12 5151/24
5162/6 5183/22

---

**0**

**06.11 [1]** 5165/21
**08077 [1]** 5057/9
**0826 [1]** 5057/14
**0907 [2]** 5098/8
5100/24

---

**1**

**1/6 [4]** 5151/20 5159/9
5170/24 5172/9
**10 [4]** 5060/10 5090/5
5090/17 5090/18
**1056 [1]** 5103/2
**1082 [1]** 5111/25
**1083 [1]** 5109/9
**10:00 [3]** 5174/9
5174/21 5180/19
**10:04 [3]** 5172/21
5173/4 5174/4
**10:04:00 [1]** 5171/5
**10:07 [1]** 5174/11
**10:36 [1]** 5095/5
**10:43 [1]** 5173/7
**10:44 [1]** 5171/4

**5171/1**
**10:59:29 [1]** 5170/23
**11 [2]** 5175/6 5175/6
**1168 [2]** 5172/19
5174/2
**1172 [1]** 5174/11
**1178 [1]** 5175/9
**11:00 [1]** 5138/6
**11:14 [1]** 5146/17
**11:20 [1]** 5138/6
**11:26 [1]** 5146/17
**11C [1]** 5161/5
**12 [3]** 5081/21 5085/24
5086/12
**12:08 [1]** 5095/10
**12:09 [1]** 5095/10
**12:10 [1]** 5191/12
**12:15 [1]** 5184/20
**12:24 [1]** 5191/16
**12:47 [2]** 5099/15
5101/4
**12:48 [2]** 5099/18
5101/4
**12:55 [1]** 5099/19
**13:11 [1]** 5095/18
**13:15 [1]** 5095/25
**13a [3]** 5109/1 5109/3
5109/6
**13b [4]** 5103/11
5103/13 5103/14
5109/3
**14 [4]** 5113/4 5113/10
5113/11 5163/25
**1406 [1]** 5175/4
**1460 [1]** 5056/12
**14:09 [1]** 5097/9
**15 [3]** 5055/4 5060/7
5154/3
**15a [3]** 5120/18
5120/22 5120/23
**16 [6]** 5081/15 5082/16
5118/11 5121/18
5151/2 5178/19
**16A [3]** 5177/15
5177/17 5177/23
**16B [1]** 5177/23
**17110 [1]** 5056/15
**176WF-3497644 [1]**
5149/19
**18 [2]** 5055/7 5154/8
**18-minute [1]** 5154/21
**1836 [1]** 5142/7
**18:25 [1]** 5142/24
**1908 [1]** 5175/11
**192.V.3 [1]** 5115/7
**19th [2]** 5081/17
5083/13
**1:00 [1]** 5099/13
**1:06 [1]** 5173/18
**1:10 [5]** 5098/9
5099/20 5099/21
5101/6 5191/14
**1:10 p.m [1]** 5191/16
**1:14 [1]** 5098/8
**1:15 [3]** 5154/4
5184/20 5191/12
**1:15:20 [4]** 5147/14

**5171/1**
**10:59:29 [1]** 5170/23
5148/12
**1:42 [4]** 5144/25
5155/20 5155/23
5158/2
**1:47 [1]** 5099/6
**1:48 [1]** 5099/7
**1:51:27 [1]** 5100/7
**1:52:42 [1]** 5100/12
**1:57:03 [1]** 5101/20
**1:57:32 [1]** 5101/25
**1:59 [4]** 5102/21
5104/11 5105/16
5105/16
**1:59:26 [1]** 5106/21
**1:59:50 [1]** 5102/23

---

**2**

**20 [1]** 5190/5
**20-year [1]** 5164/8
**20001 [1]** 5058/5
**20036 [1]** 5057/5
**2006 [1]** 5057/8
**202 [3]** 5055/18 5057/5
5058/5
**2020 [1]** 5181/21
**2022 [2]** 5055/5 5192/7
**20579 [1]** 5055/17
**21 [6]** 5122/12 5127/3
5127/5 5131/12 5133/2
5153/20
**21061-3065 [1]**
5057/14
**212 [1]** 5178/23
**214 [2]** 5056/5 5056/9
**22-15 [2]** 5055/4
5060/7
**24 [1]** 5088/16
**2411 [6]** 5171/16
5171/21 5171/23
5171/24 5174/10
5180/15
**25 [2]** 5055/5 5192/7
**252-7277 [1]** 5055/18
**252-9900 [1]** 5056/5
**2541 [1]** 5142/6
**2615 [1]** 5057/5
**28 [3]** 5119/3 5119/9
5119/10
**2:00 [7]** 5103/20
5103/24 5105/2
5106/18 5106/22
5107/6 5162/11
**2:06 [3]** 5154/7 5155/7
5156/23
**2:07:59 [1]** 5179/16
**2:08 [1]** 5175/12
**2:12 [1]** 5179/25
**2:16 [2]** 5179/19
5179/25
**2:24 [10]** 5154/8
5154/10 5154/17
5154/19 5155/1 5155/2
5158/10 5158/16
5159/2 5154/9
**2:30 [1]** 5162/11
**2:35 [2]** 5113/14
5113/15

**2:37 [9]** 5109/10
5109/12 5110/3 5110/6
5110/13 5110/20
5111/13 5111/15
5111/20
**2:37:19 [1]** 5115/20
**2:37:31 [1]** 5115/21
**2:37:59 [1]** 5109/13
**2:38 [2]** 5104/12
5116/6
**2:38:03 [1]** 5109/22
**2:38:09 [1]** 5109/21
**2:38:25 [2]** 5110/3
5110/5
**2:38:27 [2]** 5110/16
5110/19
**2:38:30 [4]** 5109/22
5110/21 5111/8 5111/9

**3**

**3-06.11 [1]** 5165/21
**30 [5]** 5108/6 5108/9
5108/12 5116/6 5190/3
**30 seconds [1]**
5112/15
**300 [1]** 5057/13
**3065 [1]** 5057/14
**318 [1]** 5056/12
**32-second [1]** 5175/19
**3249 [1]** 5058/5
**3300 [2]** 5056/3 5056/7
**333 [1]** 5058/4
**34 [2]** 5122/7 5122/10
**3497644 [1]** 5149/19
**35 [1]** 5108/9
**352-2615 [1]** 5057/5
**354-3249 [1]** 5058/5

**4**

**4031 [1]** 5056/15
**406 [1]** 5153/10
**410 [1]** 5057/14
**412-4676 [1]** 5056/16
**45 [1]** 5101/11
**4676 [1]** 5056/16
**487-1460 [1]** 5056/12
**4:06 [1]** 5155/3

**5**

**500 [1]** 5103/6
**503 [1]** 5103/6
**5300V2 [1]** 5111/14
**540 [3]** 5172/7 5172/8
5173/11
**5708 [1]** 5057/9
**5:00 [2]** 5173/20
5179/20
**5:04 [3]** 5094/8 5173/4
5174/6
**5:04:40 [2]** 5171/8
5171/10
**5:30 [3]** 5160/23
5162/20 5162/25
**5:36 [1]** 5161/20
**5:40 [1]** 5179/23
**5:43 [1]** 5173/7
**5:43:14 [2]** 5171/8

**5:53 [1]** 5179/23
**5th [1]** 5160/25

**6**

**601 [2]** 5055/17 5057/3
**607-5708 [1]** 5057/9
**6730 [4]** 5137/19
5138/25 5140/17
5144/3
**6731 [3]** 5138/1 5144/3
5147/7
**6740 [3]** 5127/20
5170/12 5180/9
**6th [8]** 5067/25
5068/18 5068/24
5069/8 5160/25
5162/20 5162/25
5173/19

**7**

**700 [2]** 5056/4 5056/8
**71301 [1]** 5056/11
**717 [1]** 5056/16
**720-7777 [1]** 5056/9
**7277 [1]** 5055/18
**7310 [1]** 5057/13
**75219 [2]** 5056/4
5056/8
**7777 [1]** 5056/9
**787-0826 [1]** 5057/14
**7:00 p.m [1]** 5136/24
**7th [1]** 5181/25

**8**

**819 [1]** 5056/11
**82nd [1]** 5169/24
**856 [1]** 5057/9

**9**

**9 Alpha [1]** 5142/2
**90 [1]** 5111/14
**900 [1]** 5057/4
**937 [2]** 5173/14
5173/21
**9900 [1]** 5056/5
**9:00 [1]** 5055/6

**A**

**a.m [4]** 5055/6 5146/17
5146/17 5170/23
**abetting [1]** 5185/17
**ability [2]** 5070/14
5189/20
**able [20]** 5070/3
5075/21 5078/25
5083/21 5084/12
5086/1 5092/13 5096/7
5098/16 5117/16
5117/17 5129/18
5133/9 5135/7 5135/16
5139/9 5146/1 5149/6
5158/22 5175/14
**about [90]** 5062/9
5063/23 5063/24
5065/12 5066/1
5066/19 5066/25
5067/1 5068/17
5068/21 5069/2

5070/3 5070/15 5071/11
5070/15 5071/11
5072/2 5072/17
5072/23 5073/1 5073/4
5074/7 5074/12
5075/15 5077/1 5081/4
5081/16 5082/17
5082/24 5083/17
5089/21 5098/1 5113/2
5117/8 5124/21 5125/2
5125/3 5125/7 5126/25
5131/20 5131/21
5132/16 5134/17
5135/17 5136/13
5136/16 5139/6
5139/17 5139/20
5139/22 5140/3
5140/22 5141/17
5141/21 5143/16
5151/6 5154/4 5154/8
5156/15 5157/11
5158/3 5158/3 5161/11
5161/24 5163/6 5163/7
5163/10 5165/1 5166/7
5166/12 5168/16
5170/10 5170/15
5170/16 5170/22
5180/23 5181/7
5181/11 5181/22
5181/24 5181/25
5182/5 5184/7 5185/9
5185/14 5187/5
5187/11 5189/3 5189/4
5189/5 5191/10
**about it [1]** 5113/2
**above [3]** 5158/4
5158/16 5192/4
**above-titled [1]** 5192/4
**absence [8]** 5066/3
5066/7 5066/15
5066/17 5066/19
5075/8 5089/1 5089/4
**absent [1]** 5088/19
**absolutely [1]** 5081/18
**accept [2]** 5063/14
5109/13
**access [4]** 5063/24
5068/7 5129/16 5130/9
**accident [1]** 5078/16
**accommodate [1]**
5087/20
**accommodations [1]**
5085/2
**according [7]** 5103/22
5148/11 5155/6 5155/8
5174/19 5179/5 5180/6
**account [2]** 5102/18
5181/4
**accountability [2]**
5167/1 5167/16
**accounting [1]**
5124/13
**accuracy [2]** 5124/17
5125/18
**accurate [3]** 5105/16
5123/14 5151/12
**acknowledge [2]**
5104/16 5142/24

**across [2]** 5069/17
5117/22
**action [2]** 5098/17
5151/3
**actively [1]** 5164/11
**actual [7]** 5102/23
5104/12 5106/21
5109/13 5110/3
5142/19 5166/14
**actuality [1]** 5103/20
**actually [29]** 5061/23
5081/13 5101/4
5103/25 5112/3 5118/9
5118/20 5118/22
5135/17 5137/12
5137/18 5137/20
5155/22 5157/1
5157/10 5158/6
5159/12 5163/16
5163/17 5166/25
5168/17 5168/22
5172/25 5173/4
5175/15 5176/1 5180/1
5180/4 5181/16
**acute [2]** 5080/14
5080/15
**added [1]** 5104/3
**additional [5]** 5069/25
5083/6 5112/4 5183/19
5185/21
**address [2]** 5085/16
5087/5
**adjoins [1]** 5121/3
**admissible [4]** 5065/21
5186/9 5188/22 5190/6
**admission [2]** 5125/16
5153/2
**admit [6]** 5134/19
5135/6 5153/7 5178/2
5186/18 5187/3
**admitted [14]** 5059/10
5090/17 5103/6
5103/13 5113/10
5119/9 5120/22 5122/9
5125/11 5125/11
5135/12 5136/3 5147/6
5181/20
**adopt [1]** 5125/2
**adopted [1]** 5123/3
**advance [2]** 5092/9
5093/21
**adverse [1]** 5075/7
**adversely [1]** 5066/7
**advice [1]** 5071/15
**advise [3]** 5066/14
5067/13 5075/3
**advised [1]** 5081/22
**advocate [1]** 5164/8
**affecting [1]** 5086/20
**after [11]** 5061/8
5081/18 5105/21
5115/14 5118/22
5136/23 5138/6 5184/9
5184/11 5187/8
5191/10
**afternoon [4]** 5079/11
5082/10 5184/21
5185/23

**afterwards [1]** 5085/16
**again [20]** 5069/15
5073/23 5087/19
5092/8 5097/8 5110/18
5116/9 5121/23
5125/14 5131/20
5137/5 5137/9 5138/18
5142/9 5142/22
5149/25 5153/5
5154/21 5174/1
5182/19
**against [17]** 5064/10
5065/17 5065/21
5065/22 5065/22
5066/15 5075/7 5089/4
5100/3 5106/17
5123/12 5125/11
5125/21 5137/11
5140/18 5144/3 5185/9
**agent [30]** 5067/20
5068/20 5069/12
5069/16 5069/17
5072/10 5078/2
5079/10 5081/2 5088/7
5088/12 5089/18
5123/3 5125/2 5125/13
5125/17 5126/7 5136/6
5136/7 5136/13
5138/10 5143/25
5144/16 5145/10
5176/25 5177/1
5184/25 5185/4 5185/8
5185/14
**Agent Drew [7]**
5088/12 5138/10
5143/25 5144/16
5184/25 5185/8
5185/14
**agents [3]** 5124/19
5163/19 5176/8
**ago [4]** 5077/6 5143/20
5159/15 5165/2
**agree [29]** 5102/23
5118/24 5125/10
5128/15 5133/15
5145/19 5151/6
5151/24 5154/24
5155/7 5155/21 5159/3
5161/20 5164/7
5164/14 5165/6
5165/18 5168/23
5169/5 5171/9 5172/21
5173/18 5174/22
5178/15 5179/4
5180/10 5182/23
5183/3 5188/20
**agreed [5]** 5075/4
5078/1 5088/21
5186/16 5186/24
**agreement [1]** 5077/22
**agreements [1]**
5129/17
**ahead [8]** 5062/15
5088/12 5104/25
5105/24 5138/4
5138/14 5153/7 5184/9
**aided [1]** 5058/7
**aiding [1]** 5185/16

5195

**AL [1]** 5055/6
**Aleve [1]** 5087/7
**Alexandra [2]** 5055/15 5060/13
**Alexandra Hughes [1]** 5060/13
**Alexandria [2]** 5056/11 5077/7
**alibi [1]** 5185/10
**align [1]** 5073/15
**all [106]** 5060/2 5061/2 5063/2 5063/2 5063/4 5063/4 5063/5 5067/16 5067/16 5069/25 5070/22 5070/25 5071/5 5071/19 5072/6 5073/2 5073/9 5073/15 5073/16 5073/22 5074/15 5074/20 5075/1 5076/5 5077/9 5077/25 5078/2 5083/10 5083/15 5083/21 5085/8 5085/9 5085/20 5085/21 5086/2 5086/6 5086/14 5087/8 5087/21 5088/3 5088/5 5088/6 5088/10 5090/21 5093/12 5097/21 5102/10 5104/16 5107/9 5107/24 5108/4 5108/16 5108/24 5109/5 5111/17 5111/22 5112/6 5112/24 5113/21 5118/22 5126/9 5129/14 5135/20 5136/12 5138/6 5138/8 5138/10 5140/14 5141/6 5142/6 5145/6 5146/11 5146/13 5146/20 5146/25 5148/10 5149/10 5149/18 5150/22 5151/6 5155/17 5157/16 5157/20 5163/9 5165/17 5165/20 5165/24 5167/1 5170/2 5171/3 5171/13 5175/9 5176/17 5178/21 5179/9 5182/11 5184/1 5184/8 5184/15 5184/23 5184/25 5185/7 5189/14 5191/5 5191/7 5191/15
**all right [10]** 5075/1 5086/2 5086/14 5087/8 5088/5 5102/10 5111/22 5145/6 5150/22 5165/20
**alleged [1]** 5069/6
**allegedly [4]** 5068/10 5068/12 5068/13 5068/13
**allow [1]** 5074/9
**allows [1]** 5124/11

**along [1]** 5070/20
**alpha [1]** 5133/14
**already [8]** 5067/14 5088/17 5108/1 5136/2 5152/9 5177/16 5186/16 5186/24
**also [24]** 5065/3 5065/21 5068/2 5072/12 5080/3 5081/13 5081/21 5082/1 5083/10 5114/10 5115/6 5122/12 5123/13 5130/7 5130/19 5136/15 5140/8 5142/18 5145/12 5147/22 5148/14 5150/20 5171/7 5181/24
**although [3]** 5066/1 5066/13 5119/5
**always [2]** 5067/7 5080/13
**am [9]** 5082/5 5088/25 5130/22 5133/11 5150/7 5161/4 5172/25 5181/1 5182/1
**amalgamated [6]** 5131/11 5131/13 5131/15 5131/20 5132/21 5134/7
**amalgamation [6]** 5131/25 5133/3 5134/3 5136/10 5136/25 5146/15
**amalgamations [1]** 5135/4
**amenable [1]** 5084/14
**AMERICA [2]** 5055/3 5060/8
**AMIT [2]** 5055/9 5060/3
**Amit P. Mehta [1]** 5060/3
**amongst [1]** 5094/5
**analysis [1]** 5130/23
**analyst [1]** 5124/19
**analysts [1]** 5124/21
**anchor [1]** 5100/7
**Angeles [2]** 5115/12 5117/21
**angle [1]** 5121/25
**another [11]** 5062/10 5067/15 5105/7 5119/24 5121/12 5121/25 5126/3 5143/1 5148/16 5155/25 5179/23
**answer [12]** 5077/16 5077/18 5083/3 5084/11 5144/1 5144/14 5144/17 5145/12 5145/17 5162/4 5187/17 5187/20
**answering [1]** 5176/10
**anthem [1]** 5112/21

**anticipate [1]** 5064/25
**anticipated [1]** 5080/4
**any [56]** 5062/10 5064/24 5064/25 5066/17 5067/3 5070/11 5070/23 5071/7 5072/1 5072/2 5072/14 5072/24 5077/14 5078/20 5080/20 5081/25 5083/5 5087/5 5087/9 5087/15 5087/23 5089/4 5094/21 5098/24 5098/25 5099/22 5100/18 5101/19 5102/8 5103/9 5108/11 5116/14 5116/17 5124/16 5144/10 5150/14 5151/14 5151/16 5153/1 5156/6 5157/6 5160/10 5161/2 5161/17 5162/19 5162/24 5163/1 5178/2 5179/6 5179/13 5179/14 5180/18 5181/18 5183/19 5188/22 5189/19
**anybody [3]** 5071/23 5083/5 5083/11
**anyone [6]** 5070/17 5071/21 5074/9 5116/14 5116/17 5176/4
**anything [14]** 5070/8 5071/20 5073/1 5073/4 5073/13 5074/15 5085/8 5085/20 5135/22 5166/7 5175/18 5181/7 5189/2 5190/10
**anyway [2]** 5080/22 5184/13
**anywhere [1]** 5082/20
**apologize [8]** 5076/24 5097/9 5132/6 5146/25 5148/1 5149/25 5152/6 5183/24
**app [1]** 5148/11
**apparently [1]** 5108/18
**appear [16]** 5072/3 5072/7 5092/4 5093/5 5093/10 5093/25 5094/4 5094/24 5096/17 5096/19 5096/21 5097/22 5114/15 5116/14 5116/17 5171/12
**appearance [7]** 5061/5 5063/8 5067/18 5071/12 5071/24 5075/5 5088/22
**APPEARANCES [4]** 5055/13 5055/20 5056/17 5057/16 5187/20
**appeared [1]** 5120/4
**appearing [1]** 5114/8
**appears [34]** 5093/16

**appearance [1]** 5080/4
**5095/24 5096/1 5096/4 5097/6 5098/4 5098/22 5100/2 5100/13 5111/9 5117/18 5119/19 5121/4 5121/6 5121/10 5134/10 5135/8 5150/9 5154/19 5159/9 5161/8 5161/14 5162/17 5170/19 5172/2 5173/8 5174/17 5174/23 5176/23 5178/10 5178/17 5179/18**
**appreciate [2]** 5076/13 5087/14
**approach [2]** 5107/23 5177/20
**appropriate [5]** 5125/1 5125/8 5125/12 5136/13 5145/20
**approximate [1]** 5109/16
**approximately [7]** 5099/19 5101/11 5101/12 5109/12 5111/9 5118/25 5154/3
**approximation [1]** 5110/6
**apps [1]** 5150/10
**Architect [2]** 5068/15 5068/16
**are [111]** 5060/24 5062/23 5063/2 5063/3 5063/4 5063/4 5063/5 5063/8 5063/16 5063/24 5064/3 5064/2 5064/15 5064/18 5064/19 5064/23 5065/2 5065/20 5066/9 5069/25 5070/23 5071/6 5071/15 5072/1 5072/2 5072/16 5073/11 5073/11 5073/14 5074/1 5074/16 5077/25 5078/25 5080/3 5080/7 5080/13 5080/18 5080/22 5081/3 5083/1 5084/12 5085/11 5086/8 5087/5 5089/7 5093/7 5093/8 5094/3 5094/4 5097/23 5098/9 5098/16 5098/20 5099/25 5100/2 5102/8 5105/11 5105/17 5107/24 5109/15 5112/11 5112/11 5114/3 5114/22 5114/23 5114/24 5114/25 5115/8 5115/12 5115/15 5116/19 5116/19 5117/16 5120/7 5120/8 5120/9 5123/5 5126/10 5133/9 5135/13 5135/14 5141/20 5142/2 5149/24 5150/10 5151/3**
**appreciate [1]** 5080/4

**area [6]** 5067/24 5069/7 5094/12 5098/12 5100/1 5102/23
**aren't [6]** 5103/21 5114/4 5114/22 5115/4 5115/15 5167/23
**aren't you [1]** 5167/23
**arguably [2]** 5125/10 5125/15
**argued [1]** 5145/23
**arguing [1]** 5139/6
**arm [7]** 5092/3 5121/7 5121/9 5121/10 5121/18 5121/19 5167/11
**arming [3]** 5121/7 5121/20 5121/21
**arms [2]** 5096/6 5165/25
**Army [5]** 5164/23 5165/8 5165/11 5165/17 5166/11
**around [7]** 5093/23 5094/21 5110/12 5120/11 5160/23 5161/3 5162/11
**arrangement [1]** 5084/5
**arrive [1]** 5083/12
**arrived [1]** 5098/11
**arrow [1]** 5125/5
**ARs [1]** 5168/17
**as [98]** 5061/24 5063/18 5065/13 5065/19 5071/6 5073/5 5073/9 5074/8 5075/13 5075/13 5077/9 5077/19 5077/19 5078/1 5078/17 5078/17 5079/20 5080/18 5080/18 5081/9 5081/9 5081/11 5081/11 5084/12 5084/12 5085/4 5085/4 5087/20 5089/12 5090/5 5090/8 5098/13 5103/24 5104/18 5114/17 5114/17 5115/14 5116/13 5117/20 5118/20 5120/18 5123/13 5125/4 5127/1 5129/13 5129/13 5129/18 5129/25 5130/7 5130/8 5131/4**

**as...** [46] 5131/4
5132/21 5133/3 5134/3
5134/14 5135/1 5137/3
5140/24 5142/16
5144/2 5144/3 5144/23
5147/6 5148/7 5151/4
5152/10 5152/23
5154/2 5155/15
5158/16 5158/16
5160/7 5161/5 5163/6
5164/21 5164/21
5165/6 5167/14
5169/24 5169/24
5171/24 5172/6 5176/4
5177/12 5177/13
5177/23 5178/2
5178/13 5178/19
5178/23 5178/24
5183/3 5186/16
5186/18 5186/24
5186/24
**ascertain** [1] 5160/10
**ask** [28] 5063/17
5070/9 5072/19
5074/16 5076/18
5077/19 5081/25
5082/16 5085/25
5113/1 5117/8 5117/9
5134/19 5136/13
5138/11 5141/17
5148/1 5154/24
5157/14 5184/13
5185/14 5185/19
5187/10 5187/13
5187/16 5187/22
5190/9 5190/20
**asked** [5] 5070/1
5074/20 5117/7 5185/7
5185/10
**asking** [10] 5070/11
5074/6 5077/2 5097/23
5134/25 5137/7 5148/1
5148/10 5161/25
5169/2
**aspects** [2] 5112/11
5117/8
**asserted** [2] 5186/19
5187/4
**assess** [1] 5149/15
**assist** [2] 5124/19
5124/24
**ASSOCIATES** [1]
5056/14
**assume** [6] 5092/6
5133/19 5133/21
5152/19 5177/4 5177/9
**assuming** [3] 5083/21
5084/3 5128/23
**assumption** [2]
5061/24 5177/11
**assumptions** [1]
5084/4
**asymptomatic** [2]
5073/14 5075/21
**ATT** [1] 5165/21
**att.net** [1] 5056/12
**attack** [2] 5114/16

**attacked** [1] 5108/15
**attacking** [2] 5098/21
5101/7
**attacks** [1] 5114/23
**attempt** [1] 5185/16
**attempted** [1] 5068/7
**attempting** [2] 5098/22
5144/5
**attempts** [1] 5180/4
**attendees** [1] 5093/7
**attention** [7] 5077/5
5081/14 5091/16
5118/12 5172/17
5178/12 5178/22
**ATTORNEY'S** [1]
5055/16
**attorneys** [3] 5070/16
5129/22 5130/4
**ATTPs** [1] 5165/13
**audible** [1] 5183/10
**audio** [1] 5182/12
**August** [1] 5113/5
**authentic** [1] 5146/5
**authenticate** [1]
5186/14
**authenticity** [4] 5139/7
5143/13 5143/15
5186/25
**author** [1] 5125/2
**authored** [1] 5123/3
**available** [7] 5075/22
5080/18 5080/19
5081/6 5129/22
5169/15 5169/18
**Avenue** [5] 5056/3
5056/7 5057/3 5058/4
5097/24
**avoiding** [1] 5061/25
**await** [1] 5072/17
**aware** [18] 5064/3
5066/3 5066/8 5066/16
5066/16 5075/24
5076/12 5129/13
5131/4 5149/11
5163/10 5169/12
5169/20 5172/25
5176/4 5176/11
5176/13 5185/11
**awareness** [2] 5105/19
5167/15
**away** [7] 5095/6 5095/7
5095/11 5117/1 5120/9
5146/15 5190/3
**away now** [1] 5095/7
**Axiom** [20] 5143/1
5143/24 5143/25
5144/6 5144/13
5144/21 5145/3
5145/11 5148/14
5149/2 5149/15
5152/18 5154/23
5154/25 5156/1
5156/11 5156/15
5159/21 5159/22
5159/23

**B**

**back** [40] 5070/5
5077/13 5078/6
5078/13 5078/14
5078/18 5080/12
5083/13 5086/16
5086/23 5088/11
5093/22 5095/9 5096/8
5100/2 5101/7 5105/17
5113/5 5114/25 5116/3
5116/22 5119/23
5121/11 5126/25
5136/20 5138/18
5142/13 5144/24
5152/16 5154/12
5154/15 5157/19
5157/20 5158/8
5163/14 5174/2
5178/12 5180/7
5191/12 5191/12
**back up** [1] 5157/19
**background** [2]
5090/25 5182/23
**backs** [1] 5093/13
**backup** [1] 5151/23
**balls** [1] 5088/15
**BARRETT** [2] 5056/3
5058/4
**barricades** [4] 5095/20
5098/23 5102/1
5106/18
**barrier** [1] 5099/18
**barriers** [6] 5092/5
5092/24 5093/3 5093/5
5100/3 5101/15
**based** [9] 5083/23
5083/25 5110/19
5120/11 5145/23
5166/14 5174/9
5174/23 5181/3
**basic** [2] 5164/22
5190/6
**basically** [2] 5099/7
5122/18
**basis** [2] 5132/18
5132/21
**bathroom** [1] 5191/9
**Battalion** [1] 5169/25
**battle** [2] 5101/3
5101/5
**battling** [1] 5101/13
**be** [158]
**bear** [1] 5152/4
**bears** [1] 5189/15
**because** [28] 5068/23
5075/19 5078/5
5078/16 5079/25
5080/5 5080/22
5086/15 5087/18
5109/16 5118/24
5136/14 5137/2
5142/25 5143/7
5143/10 5157/25
5158/12 5158/15
5159/10 5167/23
5168/2 5168/22
5180/25 5181/15
5187/10 5187/11

**become** [1] 5078/4
**Beeks** [1] 5068/7
**been** [33] 5061/20
5061/25 5064/9
5073/20 5075/4
5076/14 5077/5 5077/7
5088/19 5089/11
5090/5 5101/3 5101/13
5118/19 5120/18
5123/10 5129/3
5141/12 5151/2
5153/19 5159/7 5161/5
5163/25 5168/11
5168/13 5170/3 5173/4
5173/7 5177/16
5177/22 5179/4 5182/1
5182/3
**before** [32] 5055/9
5063/14 5067/14
5080/6 5080/12 5082/1
5082/8 5088/14
5098/11 5099/13
5104/3 5104/7 5106/9
5106/10 5106/18
5108/9 5108/12
5115/16 5135/4 5137/7
5137/13 5145/12
5158/14 5161/24
5167/13 5171/17
5178/6 5184/13
5184/19 5189/1 5189/3
5189/9
**began** [2] 5101/10
5102/18
**begin** [5] 5079/9
5088/14 5091/6
**beginning** [3] 5104/17
5113/24 5172/5
**begins** [1] 5184/19
**behalf** [3] 5120/6
5122/3 5136/17
**behavior** [1] 5187/4
**behind** [10] 5090/25
5091/3 5091/11 5092/4
5110/13 5119/20
5121/11 5167/13
5167/17 5167/21
**being** [15] 5063/16
5080/5 5080/19 5099/8
5108/15 5115/2
5115/12 5143/3
5150/17 5158/2
5162/16 5168/23
5173/13 5182/9
5183/15
**believe** [27] 5084/21
5091/3 5096/24
5096/25 5115/16
5123/3 5123/11
5123/18 5124/25
5130/20 5131/14
5136/9 5136/12 5142/4
5144/10 5145/20
5149/7 5159/10
5161/22 5170/8
5170/12 5170/21
5175/6 5178/23

**believes** [1] 5146/8
**below** [3] 5100/23
5100/24 5158/2
**Bench** [6] 5107/15
5112/8 5123/9 5134/15
5157/17 5184/4
**beneath** [3] 5171/4
5171/5
**Berwick** [1] 5057/8
**best** [7] 5067/8
5076/15 5087/20
5089/5 5098/2 5114/17
5127/1
**better** [4] 5082/5
5085/17 5140/15
5161/12
**between** [14] 5069/13
5069/19 5111/11
5112/14 5112/14
5117/25 5120/2
5145/24 5158/19
5160/6 5170/10
5170/18 5179/25
5180/18
**beyond** [1] 5080/4
**big** [1] 5130/2
**bigger** [1] 5133/10
**bit** [17] 5076/8 5079/24
5092/9 5100/16
5126/24 5132/8
5132/23 5138/5 5150/1
5152/24 5157/5
5162/22 5163/5 5163/6
5170/22 5188/19
5191/6
**blasted** [1] 5115/3
**blow** [2] 5152/24
5154/13
**board** [1] 5122/19
**boarding** [1] 5123/19
**body** [1] 5074/1
**both** [3] 5086/1
5127/16 5148/5
**bottom** [14] 5098/7
5098/8 5098/16
5103/25 5103/25
5109/9 5110/2 5114/6
5115/3 5115/11
5117/21 5117/21
5144/23 5154/14
**Bradford** [3] 5057/7
5057/10 5060/20
**Bradford Geyer** [1]
5060/20
**Bravo** [1] 5142/2
**breach** [9] 5098/23
5099/15 5104/21
5104/22 5106/3 5106/8
5106/9 5166/17
5166/17
**breached** [1] 5105/14
**breaches** [3] 5099/12
5106/12 5106/17
**breaching** [1] 5169/13
**break** [9] 5085/23
5087/18 5126/16

**B**

**break... [6]** 5138/5
5161/24 5184/10
5184/18 5184/21
5191/9
**brief [2]** 5076/18
5090/11
**briefings [1]** 5165/6
**briefly [1]** 5081/24
**BRIGHT [5]** 5056/3
5056/7 5060/15
5076/20 5076/22
**bring [13]** 5075/22
5075/23 5081/14
5086/15 5088/7
5136/19 5137/15
5138/18 5141/16
5157/18 5157/20
5188/3 5190/25
**bringing [1]** 5078/6
**broken [1]** 5099/23
**brought [5]** 5077/5
5163/19 5180/24
5181/7 5186/14
**building [8]** 5057/4
5164/9 5166/17 5167/4
5167/7 5168/1 5185/13
5190/10
**bullhorn [1]** 5118/1
**burden [1]** 5076/8
**Burgees [2]** 5096/4
5100/13
**Burgess [8]** 5092/13
5092/17 5096/3 5096/3
5096/24 5097/10
5097/22 5100/11
**Burnie [1]** 5057/14
**business [1]** 5165/18
**busy [1]** 5098/10
**bye [1]** 5075/1

**C**

**Cain [6]** 5130/20
5130/22 5132/14
5136/7 5136/11
5140/15
**Caldwell [12]** 5057/12
5060/11 5060/22
5060/23 5069/3
5170/11 5170/18
5174/14 5180/14
5180/18 5185/10
5185/15
**Caldwell's [5]** 5172/6
5173/9 5173/19
5173/20 5185/11
**call [29]** 5063/10
5063/20 5067/22
5068/2 5074/19
5074/21 5074/22
5085/24 5125/20
5127/20 5128/1 5128/4
5128/12 5128/13
5146/9 5170/24 5171/7
5173/13 5174/23
5175/15 5176/1 5177/7
5178/10 5178/23
5179/4 5179/10
5190/22
**called [7]** 5064/9
5064/25 5082/10
5083/1 5088/23 5144/6
5148/14
**calling [1]** 5062/3
**calls [13]** 5170/10
5170/23 5171/12
5173/20 5174/8
5174/20 5180/1 5180/1
5180/3 5180/11
5180/12 5180/14
5180/18
**came [2]** 5067/1
5148/10
**camera [8]** 5090/6
5093/14 5098/7
5102/19 5117/4
5118/15 5122/1 5187/2
**can [140]**
**can't [21]** 5066/15
5080/15 5091/13
5093/15 5094/13
5099/2 5105/9 5115/24
5121/9 5121/16 5124/5
5137/15 5155/25
5168/6 5176/7 5183/3
5183/13 5187/22
5188/2 5188/6 5190/11
**cannot [9]** 5095/21
5107/3 5120/7 5120/11
5156/4 5181/8 5190/19
5190/21 5190/24
**cap [1]** 5102/6
**capable [1]** 5081/10
**Capitol [19]** 5067/23
5068/15 5068/16
5068/18 5069/11
5090/15 5098/12
5099/10 5099/14
5114/14 5122/14
5123/19 5124/5
5124/12 5124/20
5124/25 5161/18
5182/15 5188/22
**Capitol Police [2]**
5069/11 5090/15
**Captain's [1]** 5165/3
**captured [1]** 5152/9
**captures [1]** 5110/12
**cards [1]** 5082/3
**care [1]** 5075/2
**Career [1]** 5165/3
**carrier [2]** 5172/12
5172/14
**CART [3]** 5130/20
5130/23 5146/9
**CAS [1]** 5165/3
**case [17]** 5060/7
5068/5 5076/5 5081/9
5082/19 5087/11
5107/25 5112/25
5113/6 5123/18
5125/20 5142/12
5149/19 5149/21
5181/1 5181/3 5188/21
**cases [2]** 5127/16

**caught [1]** 5178/13
**caused [1]** 5068/18
**CCTV [7]** 5090/6
5090/15 5103/5
5109/16 5122/1 5124/6
5125/4
**CDC [1]** 5075/18
**CDR [4]** 5127/25
5172/10 5180/12
5180/13
**CDRs [2]** 5127/22
5128/8
**cell [4]** 5141/8 5172/12
5172/14 5175/24
**Cellebrite [52]** 5127/8
5127/11 5128/5 5128/9
5128/12 5128/14
5128/16 5129/1 5129/4
5129/12 5129/15
5129/19 5129/21
5130/1 5130/6 5131/6
5133/24 5139/18
5139/19 5139/20
5139/25 5140/4
5140/11 5140/14
5140/18 5140/20
5141/10 5142/20
5142/21 5142/25
5143/10 5143/24
5144/4 5144/13
5147/21 5148/3
5148/16 5155/8
5157/20 5159/18
5159/20 5175/24
5176/18 5176/22
5177/3 5178/11
5178/14 5178/15
5179/3 5179/6 5179/12
5180/7
**center [5]** 5091/16
5092/17 5094/19
5114/1 5118/12
**Central [2]** 5159/10
5159/11
**certain [12]** 5063/9
5069/3 5074/10 5075/5
5088/22 5124/6
5124/20 5124/21
5124/22 5125/3
5127/16 5188/18
**certainly [14]** 5062/9
5066/8 5066/14
5079/12 5080/7 5081/9
5083/9 5089/3 5094/11
5099/24 5134/21
5158/13 5164/21
5166/20
**Certified [1]** 5058/3
**certify [1]** 5192/2
**cetera [1]** 5152/15
**CH [1]** 5058/4
**Chamber [1]** 5068/8
**change [2]** 5150/12
5163/5
**chanting [1]** 5118/2
**charged [2]** 5065/20
5185/11

**charges [2]** 5065/22
5185/15
**Charlie [2]** 5142/1
5142/3
**chat [12]** 5062/15
5140/9 5140/22 5142/5
5148/5 5153/20 5157/3
5180/24 5181/8
5181/15 5181/17
5181/21
**chats [10]** 5126/25
5127/2 5127/4 5130/13
5135/9 5135/15
5138/25 5139/17
5139/25 5140/5
**check [1]** 5175/24
**checked [1]** 5176/11
**chemical [2]** 5114/9
5115/2
**chief [3]** 5076/5 5113/6
5125/20
**choice [1]** 5099/20
**Christopher [1]** 5068/4
**chronologically [1]**
5115/16
**Cinnaminson [1]**
5057/9
**circle [5]** 5099/15
5100/9 5100/10 5107/3
5115/18
**circles [1]** 5125/6
**circumstances [2]**
5107/24 5188/20
**claims [1]** 5187/12
**clarify [1]** 5060/17
**classes [1]** 5165/1
**classic [1]** 5150/12
**Claude [1]** 5062/3
**clear [11]** 5063/22
5070/2 5079/22
5082/22 5090/15
5139/15 5146/14
5147/11 5166/8
5176/10 5189/14
**clearing [7]** 5164/9
5164/9 5164/17 5167/4
5167/4 5167/7 5167/8
**clearly [4]** 5108/1
5114/3 5115/8 5183/10
**click [4]** 5149/23
5155/14 5155/19
5177/7
**client [8]** 5078/8
5098/25 5107/22
5169/20 5174/21
5175/25 5179/1
5182/14
**client's [2]** 5178/15
5178/17
**clients [1]** 5124/24
**clip [2]** 5186/23
5186/23
**close [3]** 5118/11
5167/20 5167/20
**closer [1]** 5092/10
**co [1]** 5144/18
**co-counsel [1]**
5144/18

**charges [2]** 5160/24
5171/14 5174/6 5174/8
5175/4
**coerced [3]** 5070/1
5071/21 5071/23
**colleagues [1]** 5062/12
**colonel [1]** 5164/4
**COLUMBIA [3]** 5055/1
5068/3 5083/15
**Columbus [2]** 5106/9
5114/7
**column [15]** 5133/13
5134/13 5135/21
5143/7 5143/18
5144/11 5145/14
5151/9 5153/10
5153/20 5155/22
5155/24 5158/17
5173/2 5175/9
**combat [1]** 5164/16
**combination [2]**
5131/13 5134/4
**combined [1]** 5165/25
**combines [1]** 5137/2
**come [15]** 5061/24
5066/18 5067/14
5077/13 5083/13
5102/10 5105/24
5116/22 5118/23
5119/23 5135/9
5137/11 5146/9
5190/10 5191/11
**comes [4]** 5076/8
5092/10 5125/21
5132/24
**comfortable [1]**
5070/20
**coming [5]** 5088/23
5089/2 5093/22
5100/18 5186/5
**Commander [3]**
5178/24 5179/17
5179/20
**Commander Tom [2]**
5179/17 5179/20
**commitment [2]**
5081/5 5081/8
**communication [2]**
5150/3 5150/10
**communications [5]**
5128/2 5149/24 5151/7
5160/5 5170/17
**compare [1]** 5128/7
**compared [1]** 5139/18
**comparing [1]** 5144/2
**comparison [1]** 5103/4
**compilation [6]**
5123/23 5127/21
5131/21 5133/13
5135/12 5146/14
**complaining [1]**
5155/17
**complete [2]** 5063/24
5083/13
**completely [1]** 5070/20
**complied [1]** 5177/25
**computer [4]** 5058/7
5130/23 5148/24

5198

computer... [1] 5152/16
computer-aided [1] 5058/7
concealing [1] 5102/7
concern [6] 5069/18 5135/2 5135/11 5137/25 5138/15 5142/22
concerned [1] 5080/8
concerns [1] 5076/11
conclude [1] 5099/24
concrete [1] 5141/18
condition [2] 5067/6 5085/25
conditions [2] 5087/6 5103/24
conduct [1] 5064/25
Conducting [1] 5123/25
conducts [1] 5165/17
confer [2] 5120/17 5191/9
conference [6] 5107/15 5112/8 5123/9 5134/15 5157/17 5184/4
conferred [3] 5076/21 5090/12 5144/19
confirm [4] 5091/7 5125/17 5156/7 5157/6
conforms [1] 5158/15
confront [1] 5064/9
confrontation [1] 5064/8
confusing [3] 5111/17 5111/22 5137/8
confusion [1] 5158/19
Congress [1] 5185/13
connected [1] 5061/1
connection [2] 5098/25 5175/19
consents [1] 5078/8
consequence [1] 5071/6
consider [4] 5070/10 5070/17 5073/5 5141/3
consideration [1] 5113/5
considered [1] 5065/22
considering [1] 5080/16
consistent [2] 5135/24 5136/2
conspiracy [1] 5065/20
conspiring [2] 5185/12 5185/17
Constitution [3] 5058/4 5090/8 5097/24
Constitution Avenue [1] 5097/24
constraints [1] 5081/11
consult [3] 5065/8 5070/16 5071/10

contact [1] 5167/20
contained [2] 5104/18 5171/19
contains [1] 5180/10
content [3] 5153/23 5162/6 5162/21
context [3] 5118/21 5167/14 5169/12
continuation [2] 5061/13 5067/19
continue [6] 5088/23 5089/8 5097/20 5103/19 5104/8 5174/16
continued [5] 5056/1 5057/1 5058/1 5072/9 5089/14
continuing [3] 5083/16 5087/9 5100/10
continuously [2] 5094/17 5095/3
control [1] 5167/1
controlling [1] 5099/25
convened [1] 5063/2
conversation [2] 5063/7 5072/23
conversions [2] 5172/23 5173/1
convert [1] 5173/21
cooperatively [1] 5076/14
copy [1] 5177/16
correct [70] 5086/12 5086/13 5091/4 5092/2 5092/25 5093/3 5093/13 5093/24 5094/9 5096/20 5097/5 5099/1 5099/9 5100/17 5101/8 5102/1 5102/3 5104/12 5107/2 5107/7 5109/11 5109/23 5110/4 5110/14 5110/15 5110/17 5112/1 5114/5 5115/22 5119/7 5128/13 5133/24 5136/9 5140/8 5140/23 5150/5 5151/8 5152/19 5153/12 5154/18 5155/12 5155/13 5160/17 5160/18 5160/25 5166/23 5167/24 5168/5 5169/11 5171/6 5171/19 5171/22 5172/14 5172/22 5173/6 5173/12 5173/17 5173/22 5174/5 5174/7 5174/13 5174/17 5174/24 5178/20 5179/8 5180/20 5181/17 5183/5 5183/16 5192/3
correct -- yes [1] 5178/20
correctly [2] 5181/1 5182/1

Coudry [1] 5097/22
could [19] 5065/16 5078/15 5079/3 5079/9 5082/20 5084/15 5090/22 5097/20 5113/1 5117/13 5117/13 5122/22 5132/3 5152/11 5152/16 5183/16 5188/3 5190/5 5190/10
counsel [19] 5063/4 5063/5 5063/8 5065/4 5065/8 5065/9 5071/11 5074/16 5074/18 5076/21 5083/10 5090/12 5120/17 5131/9 5144/18 5144/19 5181/24 5182/13 5186/25
counsel's [1] 5177/16
counter [1] 5094/9 5102/20 5103/19 5121/18
couple [4] 5063/10 5085/22 5138/20 5146/11
course [8] 5068/13 5082/20 5100/6 5125/5 5140/15 5165/3 5187/17 5187/19
court [19] 5055/1 5058/2 5058/3 5064/4 5070/10 5075/24 5076/12 5077/9 5082/7 5108/21 5112/18 5125/23 5138/3 5144/21 5158/20 5184/16 5185/18 5190/24 5191/1
Court's [3] 5090/11 5160/20 5183/18
courtroom [13] 5060/24 5062/3 5062/4 5063/3 5064/15 5080/17 5086/4 5088/9 5138/9 5138/11 5146/19 5184/24 5185/4
coverage [1] 5124/7
covered [1] 5124/7
covers [1] 5090/6
COVID [8] 5061/21 5061/24 5062/13 5066/21 5066/24 5067/5 5075/4 5088/19
CR [1] 5055/4
crap [1] 5062/24
create [2] 5131/22 5181/4
created [2] 5124/2 5137/21
Criminal [1] 5060/7
Crisp [16] 5056/14 5056/14 5060/21 5126/10 5134/16 5136/9 5138/14

consummated [1] correspondingly [1]

5140/20 5144/5 5145/13 5146/22 5152/8 5157/15 5184/1
Crisp's [1] 5137/23
crisplegal.com [1] 5056/16
critical [1] 5080/17
cross [28] 5059/4 5061/14 5064/11 5064/14 5064/24 5065/4 5067/19 5070/4 5072/10 5072/14 5081/2 5081/10 5089/8 5089/8 5089/14 5112/10 5125/1 5125/8 5125/14 5126/14 5126/20 5145/21 5146/6 5185/8 5186/6 5187/9 5188/6 5191/1
cross-examination [15] 5061/14 5064/14 5064/24 5067/19 5072/10 5072/14 5089/8 5089/8 5089/14 5112/10 5125/1 5126/20 5145/21 5188/6 5191/1
cross-examine [8] 5064/11 5065/4 5070/4 5081/2 5125/1 5125/8 5146/6 5187/9
cross-examined [2] 5126/14 5185/8
cross-examining [1] 5081/10
crowd [19] 5092/23 5097/6 5098/22 5099/3 5099/21 5100/1 5101/7 5106/11 5107/1 5116/21 5117/18 5166/13 5182/22 5182/23 5183/2 5183/3 5183/8 5183/14 5183/14
crowd, [1] 5117/3
crowd, yes [1] 5117/3
crowded [1] 5166/13
crowds [1] 5097/5
Crowl [1] 5068/6
CRR [2] 5192/2 5192/8
Cube [1] 5165/3
curious [2] 5156/6 5156/15
current [2] 5078/10 5085/5
cursor [10] 5091/19 5092/18 5092/20 5093/18 5094/21 5095/1 5095/12 5095/18 5095/25 5117/1
curve [1] 5088/15
custodian [1] 5069/1
cut [2] 5112/20 5112/22

D.C [7] 5055/5 5055/17 5057/5 5058/5 5081/19 5082/25 5127/3
D.C. [5] 5127/5 5130/16 5131/12 5133/2 5153/20
D.C. Op Jan. 6 [1] 5130/16
D.C. Op Jan. 6 21 [1] 5131/12
D.C. Op Jan. 6, 21 [3] 5127/5 5133/2 5153/20
dais [1] 5091/11
Dallas [2] 5056/4 5056/8
damage [1] 5068/17
damn [1] 5161/12
data [10] 5127/9 5136/14 5140/12 5140/13 5145/11 5145/14 5145/19 5150/17 5154/22 5156/9
date [6] 5154/19 5155/21 5159/4 5173/19 5182/10 5192/7
dated [1] 5155/19
dates [1] 5151/7
David [4] 5057/12 5060/22 5069/12 5069/16
David Fischer [1] 5060/22
day [12] 5055/7 5073/2 5073/6 5075/11 5075/19 5077/8 5077/13 5080/7 5084/23 5089/24 5105/2 5137/6
days [10] 5063/10 5078/21 5078/22 5079/5 5080/11 5084/13 5084/25 5088/20 5088/23 5089/2
deal [1] 5191/12
dealing [1] 5080/14
December [1] 5181/21
deceptive [1] 5105/22
deciding [1] 5072/2
decision [5] 5070/17 5070/18 5071/11 5071/16 5071/24
defendant [21] 5056/2 5056/13 5057/2 5057/7 5057/11 5060/8 5060/9 5060/9 5060/10 5060/10 5060/16 5060/18 5060/19 5060/20 5060/22 5060/25 5065/21 5068/5 5068/6 5123/18
Defendant 10 [1] 5060/10
Defendant 2 [1] 5060/9

5199

**Defendant 3 [1]** 5060/9
**Defendant 4 [1]**
5060/10
**Defendant Caldwell [1]**
5060/22
**Defendant Harrelson**
**[1]** 5060/20
**Defendant Meggs [2]**
5060/18 5060/19
**Defendant Rhodes [2]**
5060/16 5060/25
**Defendant Watkins [2]**
5060/21 5068/5
**DEFENDANT'S [7]**
5059/10 5060/18
5103/14 5113/11
5119/10 5120/23
5122/10
**defendants [5]** 5055/7
5060/23 5063/4 5068/5
5069/20
**Defendants Meggs [1]**
5060/23
**defendants' [1]**
5189/17
**defense [10]** 5065/4
5076/21 5080/17
5083/10 5124/24
5124/24 5129/22
5130/4 5141/20
5185/22
**definitely [1]** 5081/19
**definitively [1]** 5124/4
**deleted [4]** 5069/3
5128/19 5128/23
5140/14
**deliberations [2]**
5083/2 5083/14
**delivered [1]** 5136/23
**delta [1]** 5141/4
**demonstrate [1]**
5136/1
**denies [1]** 5190/23
**dense [2]** 5143/10
5151/22
**Department [2]** 5068/3
5132/11
**dependent [2]** 5167/10
5167/10
**depending [7]** 5127/16
5140/11 5140/13
5164/18 5187/17
5187/19 5190/18
**depends [3]** 5125/16
5168/20 5188/1
**deploy [1]** 5164/23
**deployment [1]**
5164/11
**Deputy [1]** 5062/3
**derived [3]** 5157/4
5171/18 5180/13
**Derrick [1]** 5118/13
**Derrick Evans' [1]**
5118/13
**described [1]** 5169/14
**description [1]** 5125/6
**detail [15]** 5062/8

5095/14
5095/17 5095/22
5096/5 5097/21
5098/11 5100/6
5104/21 5107/1 5128/1
5128/4 5163/18
5174/23
**details [2]** 5089/21
**detention [2]** 5084/5
5085/3
**determine [3]** 5119/14
5175/14 5175/25
**determining [1]**
5072/18
**device [2]** 5133/19
5134/1
**did [34]** 5070/13
5073/5 5097/8 5104/2
5123/19 5124/4
5124/12 5125/2
5126/12 5128/7
5136/15 5136/19
5136/22 5138/23
5139/24 5151/22
5156/6 5156/25 5157/2
5157/6 5157/11
5159/16 5159/20
5159/21 5160/9
5160/13 5161/2
5163/16 5164/11
5175/24 5176/2 5176/4
5181/4 5191/11
**Did you [1]** 5156/6
**didn't [15]** 5073/1
5073/4 5112/21
5112/22 5120/13
5125/13 5136/14
5136/15 5138/23
5139/15 5141/6
5145/24 5147/25
5149/25 5190/10
**difference [1]** 5111/11
**differences [2]**
5140/13 5140/22
**different [16]** 5065/21
5076/1 5126/24
5136/11 5138/20
5144/6 5144/7 5150/2
5150/9 5150/10
5150/11 5153/18
5157/5 5158/6 5162/22
5180/23
**differential [3]** 5142/8
5154/5 5154/21
**differently [1]** 5147/1
**difficult [1]** 5147/23
**difficulty [6]** 5071/7
5081/23 5081/25
5087/9 5134/24 5137/5
**diligent [1]** 5061/25
**direct [16]** 5059/4
5072/9 5072/10
5072/13 5091/16
5135/25 5136/16
5136/19 5140/25
5160/1 5161/11 5162/3
5163/6 5172/17
5178/12 5178/22

5114/9
**directional [2]** 5167/14
**directions [1]** 5097/23
**directly [2]** 5065/16
5100/24
**disagree [4]** 5102/25
5161/2 5163/1 5181/19
**discovery [1]** 5129/25
**discrepancy [1]**
5163/3
**discuss [1]** 5085/13
**discussed [4]** 5134/3
5135/16 5161/10
5163/15
**discusses [1]** 5133/2
**discussing [3]** 5067/2
5127/2 5127/4
**discussions [1]**
5077/20
**disingenuous [2]**
5139/8 5143/3
**display [1]** 5180/18
**displayed [4]** 5135/25
5150/17 5151/9 5154/3
**dispute [1]** 5180/11
**dissimilar [1]** 5080/4
**distinctions [1]** 5140/3
**DISTRICT [7]** 5055/1
5055/1 5055/10 5068/3
5077/3 5082/17
5083/15
**do [146]**
**do you [12]** 5063/23
5065/5 5065/25
5066/10 5067/17
5067/25 5068/8 5069/8
5069/14 5127/2
5161/12 5182/17
**do you have [3]**
5070/8 5106/6 5144/10
**do you know [2]**
5181/7 5181/11
**Do you recognize [1]**
5172/6
**do you remember [6]**
5131/17 5131/24
5161/17 5166/3
5181/20 5182/5
**do you see [11]**
5091/19 5095/6 5096/6
5096/13 5097/1
5097/14 5100/8
5101/18 5102/20
5105/13 5113/24
**do you understand [1]**
5065/13
**doctor [1]** 5074/3
**doctrine [1]** 5166/15
**document [33]**
5108/10 5123/10
5123/16 5123/17
5124/4 5124/17
5132/10 5132/13
5133/5 5134/23 5135/7
5135/13 5135/14
5135/25 5136/2 5136/5
5137/10 5137/19

5139/11 5141/6
5144/23 5149/7 5151/8
5158/25 5161/23
5162/13 5166/7
5172/24 5174/1 5174/9
5178/18
**documented [1]**
5123/20
**documents [2]**
5134/21 5180/17
**does [18]** 5061/12
5092/4 5097/22 5103/4
5113/15 5116/14
5116/17 5119/6
5135/18 5135/19
5137/2 5145/13
5147/16 5149/20
5162/14 5173/3
5181/21 5188/10
**doesn't [15]** 5107/18
5110/21 5112/3
5116/25 5136/25
5137/14 5138/21
5142/23 5143/7 5148/3
5160/16 5173/2
5177/12 5181/16
5183/8
**doing [11]** 5061/3
5070/20 5076/15
5089/5 5121/9 5124/22
5125/3 5125/7 5155/17
5164/16 5167/7
**Dolan [15]** 5089/25
5093/17 5093/19
5094/9 5095/23
5097/11 5100/14
5101/19 5102/18
5105/17 5106/10
5110/12 5110/20
5111/15 5119/25
**Dolan's [3]** 5107/23
5111/12 5122/13
**don't [94]** 5061/21
5061/24 5062/12
5067/4 5067/10
5067/14 5073/20
5076/10 5079/23
5080/13 5080/20
5081/8 5083/2 5084/7
5086/3 5088/7 5088/12
5091/13 5092/3 5093/4
5094/3 5094/4 5098/18
5098/24 5099/2 5100/6
5100/12 5101/9
5101/21 5110/5
5110/18 5110/22
5118/9 5119/14
5121/21 5123/3
5123/16 5124/25
5125/20 5129/17
5130/8 5131/25 5134/9
5135/4 5135/22
5136/12 5137/16
5139/6 5143/14 5144/1
5145/10 5145/12
5145/17 5145/20
5148/9 5149/8 5150/25

5151/8 5151/18
5152/12 5153/3 5154/9
5155/24 5161/1 5161/2
5161/3 5162/16
5162/16 5162/17
5162/17 5163/1 5163/3
5163/16 5163/17
5163/23 5164/8 5166/6
5176/8 5176/8 5177/14
5179/14 5179/14
5181/18 5181/19
5182/3 5182/6 5182/9
5183/11 5183/19
5184/9 5186/8 5186/9
5187/25 5189/10
**done [10]** 5075/15
5081/11 5082/4
5127/17 5127/17
5130/12 5130/19
5137/14 5157/2
5176/24
**door [21]** 5108/9
5108/9 5108/12
5109/10 5109/22
5110/17 5110/21
5111/1 5111/6 5114/7
5114/9 5114/25 5115/1
5115/21 5116/6 5116/8
5117/16 5118/23
5167/19 5169/9 5169/9
**doors [3]** 5067/24
5110/23 5186/8
**doorway [2]** 5116/15
5116/18
**doubt [2]** 5163/23
5181/23
**Douyon [2]** 5086/16
5176/14
**dovetails [1]** 5076/25
**down [20]** 5068/4
5079/24 5087/1
5100/23 5107/10
5138/11 5142/6
5150/19 5151/20
5151/21 5152/3 5158/8
5161/12 5171/25
5172/9 5175/6 5177/12
5177/13 5179/19
5185/1
**draw [4]** 5062/10
5075/6 5089/2 5141/13
**drew [19]** 5067/20
5072/11 5078/6
5085/12 5088/7
5088/12 5089/11
5123/3 5136/13
5138/10 5140/16
5143/25 5144/16
5145/11 5174/20
5184/25 5185/4 5185/8
5185/14
**Drew's [1]** 5061/12
**drive [2]** 5057/8
5185/12
**ducklings [1]** 5096/18
**due [1]** 5070/24
**dump [1]** 5156/16
**Dunn [16]** 5069/5

5200

## D

**Dunn... [15]** 5069/14 5069/19 5078/2 5079/10 5081/2 5082/8 5120/1 5120/1 5120/2 5120/8 5120/9 5120/11 5121/11 5121/11 5122/3
**during [6]** 5065/9 5066/19 5083/2 5085/17 5087/16 5190/7
**duty [2]** 5067/24 5161/12

## E

**each [3]** 5066/17 5096/6 5096/22
**ear [1]** 5189/13
**earlier [11]** 5072/8 5089/24 5105/22 5134/3 5135/12 5154/3 5160/9 5161/24 5163/2 5171/8 5180/15
**earliest [1]** 5082/9
**early [2]** 5098/9 5184/10
**east [10]** 5067/24 5104/23 5106/10 5107/23 5160/24 5171/14 5174/6 5174/8 5175/4 5186/8
**East Coast [4]** 5171/14 5174/6 5174/8 5175/4
**Eastern [4]** 5148/7 5159/12 5161/20 5175/12
**eating [1]** 5163/20
**edge [1]** 5106/11
**education [1]** 5164/25
**Edward [3]** 5056/10 5060/11 5060/16
**Edward Tarpley [1]** 5060/16
**Edwards [2]** 5055/16 5060/13
**edwardtarpley [1]** 5056/12
**effect [1]** 5108/17
**effectively [2]** 5168/7 5168/8
**efficiently [1]** 5081/9
**effort [1]** 5189/19
**efforts [5]** 5156/6 5156/25 5157/6 5157/10 5160/10
**eight [4]** 5061/11 5072/8 5072/13 5154/4
**eight-minute [1]** 5154/4
**either [12]** 5063/25 5079/18 5084/6 5085/1 5087/23 5101/19 5131/8 5137/14 5142/25 5144/17 5145/18 5189/18
**elapsed [1]** 5119/14
**elbow [1]** 5119/20

**Ellipse [5]** 5089/25 5090/7 5091/7 5091/13 5097/7
**ELMER [3]** 5055/6 5056/2 5060/8
**Elmer Stewart Rhodes [1]** 5060/8
**else [8]** 5071/20 5074/10 5074/15 5085/8 5085/20 5113/17 5136/6 5189/4
**email [12]** 5055/18 5055/19 5056/5 5056/9 5056/12 5056/16 5057/6 5057/10 5057/15 5061/11 5128/22 5128/22
**Empire [1]** 5057/13
**employee [1]** 5068/16
**EMT [1]** 5170/7
**encountered [1]** 5069/6
**end [6]** 5079/2 5079/4 5122/2 5123/21 5137/5 5140/19
**enforcement [5]** 5163/12 5164/12 5168/24 5169/2 5169/12
**enforcing [1]** 5077/13
**engineers [1]** 5164/16
**enhanced [1]** 5126/4
**enlighten [1]** 5077/9
**enough [2]** 5071/10 5159/23
**ensure [2]** 5063/18 5085/25
**entered [2]** 5088/9 5146/19
**entire [2]** 5124/12 5169/1
**entirely [1]** 5061/10
**entry [5]** 5167/18 5168/2 5168/18 5169/10 5181/17
**equipped [1]** 5140/16
**especially [2]** 5156/4 5164/10
**essentially [3]** 5123/20 5145/23 5151/3
**establish [3]** 5108/5 5189/19
**established [1]** 5108/2
**estimate [1]** 5080/15
**estimation [1]** 5119/18
**et [2]** 5055/6 5152/15
**et cetera [1]** 5152/15
**evaluate [1]** 5149/16
**Evans' [1]** 5118/13
**even [12]** 5061/10 5061/19 5065/9 5065/14 5065/19 5073/3 5087/16 5098/11 5099/24 5105/15 5152/13 5190/5
**evening [2]** 5074/21

**event [2]** 5091/7 5182/9
**events [4]** 5068/23 5105/1 5110/7 5189/21
**ever [5]** 5133/4 5162/18 5168/10 5168/13 5181/4
**every [3]** 5123/18 5123/20 5139/16
**everybody [9]** 5061/3 5076/14 5080/16 5082/4 5086/3 5086/7 5086/10 5146/11 5168/25
**everybody's [1]** 5081/14
**everyone [6]** 5060/4 5061/2 5077/19 5088/11 5146/21 5185/3
**everything [2]** 5077/18 5080/1
**everywhere [1]** 5061/20
**evidence [21]** 5065/20 5069/3 5087/10 5090/10 5090/18 5098/24 5103/14 5108/1 5108/1 5108/4 5113/11 5119/4 5119/10 5120/20 5120/23 5122/4 5122/10 5124/4 5136/15 5156/14 5157/4
**evidentiary [2]** 5191/9 5191/13
**exact [10]** 5092/14 5099/22 5101/9 5110/22 5122/14 5123/14 5123/14 5134/22 5171/7 5182/10
**exactly [7]** 5078/16 5091/13 5115/21 5135/13 5148/9 5159/8 5162/18
**examination [21]** 5061/14 5064/14 5064/24 5065/9 5067/19 5067/20 5072/9 5072/10 5072/10 5072/10 5072/14 5089/8 5089/8 5089/14 5112/10 5125/14 5126/20 5145/21 5184/19 5188/6 5191/1
**examine [8]** 5064/11 5065/4 5070/4 5081/2 5125/1 5125/8 5146/6 5187/9
**examined [2]** 5126/14 5185/8
**examiner [4]** 5130/21 5131/3 5136/6 5146/9
**examiner's [1]** 5176/24

**example [4]** 5127/20 5134/10 5155/15 5170/23
**Excel [12]** 5127/14 5130/13 5130/16 5131/3 5131/22 5133/2 5133/23 5134/7 5135/8 5161/8 5161/23 5162/17
**except [2]** 5124/5 5124/6
**excuse [6]** 5068/15 5072/13 5095/20 5134/13 5187/21 5191/14
**exhibit [60]** 5090/5 5090/18 5097/20 5102/16 5103/4 5103/8 5103/14 5104/11 5105/8 5106/20 5109/9 5110/2 5111/14 5111/25 5113/3 5113/11 5115/7 5118/18 5119/2 5119/3 5119/10 5120/23 5122/6 5122/7 5122/10 5122/24 5123/22 5124/7 5124/10 5132/5 5132/21 5135/12 5137/23 5144/11 5147/7 5147/8 5148/6 5150/23 5150/25 5155/7 5157/3 5157/21 5160/7 5170/12 5171/18 5171/21 5174/10 5174/19 5175/1 5180/9 5180/10 5180/15 5186/5 5186/7 5186/13 5186/13 5186/16 5189/1 5189/3 5189/11
**Exhibit 2411 [1]** 5180/15
**Exhibit 6731 [1]** 5147/7
**exhibit is [1]** 5104/11
**exhibits [12]** 5059/8 5085/11 5103/5 5108/14 5108/23 5127/19 5141/20 5152/10 5156/9 5170/15 5171/18 5185/22
**exist [1]** 5150/3
**exited [2]** 5138/9 5184/24
**expandable [2]** 5090/25 5091/11
**expect [2]** 5078/13 5078/14
**expecting [1]** 5067/22
**expense [1]** 5076/4
**experience [4]** 5129/8 5168/14 5168/24 5169/21
**experiences [1]** 5163/15

**expert [3]** 5145/19 5155/25 5156/3
**expiration [1]** 5084/13
**expire [1]** 5084/25
**explain [5]** 5137/7 5137/12 5140/16 5145/19 5146/10
**explained [1]** 5137/11
**export [1]** 5136/22
**expose [1]** 5169/1
**exposure [1]** 5073/21
**express [1]** 5135/8
**extent [1]** 5186/17
**extracted [10]** 5131/22 5140/8 5143/23 5147/11 5149/13 5154/23 5156/14 5159/11 5161/23 5182/19
**extraction [29]** 5128/11 5130/1 5130/19 5131/11 5131/12 5133/23 5133/25 5139/18 5139/19 5139/20 5139/20 5140/4 5140/13 5142/20 5143/25 5144/4 5144/6 5144/13 5144/13 5146/2 5155/8 5157/21 5159/20 5160/14 5175/25 5176/22 5177/3 5180/8 5180/13
**extractions [14]** 5127/21 5128/5 5130/12 5130/16 5130/17 5131/6 5136/11 5140/21 5142/2 5143/18 5147/21 5148/5 5154/16 5170/16
**extremely [3]** 5123/13 5159/7 5167/20
**eyewitnesses [1]** 5120/13

## F

**face [3]** 5102/7 5115/3 5149/8
**Facebook [1]** 5069/2
**facility [5]** 5063/4 5074/9 5081/5 5084/6 5085/3
**facing [7]** 5093/14 5093/16 5094/11 5094/12 5120/8 5120/9 5185/15
**fact [8]** 5080/14 5089/1 5089/3 5136/20 5139/7 5139/24 5144/12 5168/10
**facts [2]** 5123/6 5123/6
**factual [1]** 5123/12
**fail [1]** 5102/1
**fair [5]** 5070/22 5084/9 5094/1 5107/5 5118/7
**familiar [7]** 5114/2 5130/22 5154/22

**familiar... [4]** 5159/7
5159/23 5162/15
5165/22
**familiarity [3]** 5165/5
5180/25 5181/2
**family [1]** 5077/1
**fan [1]** 5168/25
**far [6]** 5078/17 5086/3
5129/13 5131/4 5151/9
5186/24
**far-right [1]** 5151/9
**fashion [2]** 5139/4
5169/14
**fast [3]** 5100/4 5100/25
5118/19
**fast-forward [3]**
5100/4 5100/25
5118/19
**fathom [1]** 5188/23
**FBI [6]** 5069/17
5122/13 5124/18
5129/18 5131/3 5140/8
**feel [2]** 5070/13 5086/3
**feeling [3]** 5062/23
5070/14 5163/17
**feet [1]** 5190/3
**few [10]** 5063/18
5070/11 5070/14
5070/15 5078/21
5078/22 5079/5 5086/4
5088/15 5185/23
**field [3]** 5165/11
5166/3 5166/11
**fight [1]** 5074/2
**figuratively [1]** 5086/1
**figure [1]** 5190/4
**file [6]** 5149/21
5168/18 5168/21
5168/25 5169/8
5169/14
**filming [3]** 5111/16
5116/4 5122/1
**filmmakers [1]**
5114/16
**financial [1]** 5076/10
**find [8]** 5072/6 5081/4
5092/7 5111/17 5126/2
5157/8 5178/20
5189/22
**fine [3]** 5107/20
5146/16 5184/14
**fire [4]** 5168/3 5168/7
5168/12 5169/1
**firm [1]** 5081/5
**first [13]** 5061/11
5088/14 5090/17
5090/21 5097/23
5106/2 5117/23 5141/5
5142/13 5163/14
5178/6 5185/7 5189/6
**Fischer [4]** 5057/12
5057/12 5060/22
5185/7
**fischerandputzi [1]**
5057/15
**five [6]** 5129/5 5129/6
5159/15 5171/7 5180/1

**fiving [1]** 5116/12
**flag [2]** 5184/13
5185/18
**flare [2]** 5086/16
5087/18
**flare-up [2]** 5086/16
5087/18
**flared [1]** 5081/22
**flashy [1]** 5107/19
**flexibility [3]** 5077/7
5077/10 5079/11
**flight [1]** 5077/14
**flown [1]** 5076/2
**fluidity [1]** 5084/18
**fly [1]** 5076/3
**FMs [1]** 5168/17
**focus [4]** 5087/10
5118/15 5126/24
5160/1
**focusing [1]** 5183/13
**folks [4]** 5077/21
5085/8 5157/16
5184/17
**follow [3]** 5074/19
5087/23 5093/22
**following [9]** 5067/18
5092/20 5093/17
5097/20 5135/10
5157/22 5157/23
5186/22 5188/5
**follows [2]** 5089/13
5158/4
**footage [4]** 5090/6
5103/5 5109/16 5122/1
**foregoing [1]** 5192/3
**forensic [2]** 5131/3
5136/6
**forfeiting [1]** 5065/3
**forgive [2]** 5107/21
5112/9
**form [4]** 5098/13
5104/24 5111/4
5127/12
**format [4]** 5136/12
5152/14 5161/7
5162/15
**formations [2]** 5120/10
5168/16
**former [1]** 5091/3
**FormerFeds [1]** 5057/8
**formerfedsgroup.com
[1]** 5057/10
**forms [3]** 5150/3
5150/9 5165/9
**forth [1]** 5149/20
**forward [16]** 5078/8
5086/2 5089/6 5095/16
5099/5 5100/4 5100/25
5102/11 5102/13
5117/2 5117/18
5117/19 5118/19
5121/13 5167/13
5184/22
**foundation [10]** 5123/2
5123/16 5132/19
5134/14 5142/16
5153/4 5161/22 5178/6

**Foundational [1]**
5164/24
**four [9]** 5083/6 5129/4
5129/6 5155/16
5159/15 5179/25
5180/1 5180/3 5180/4
**frame [2]** 5103/20
5162/11
**frames [2]** 5123/4
5123/5
**frankly [1]** 5189/15
**free [2]** 5086/3 5190/9
**freedom [3]** 5116/14
5116/17 5118/16
**French [2]** 5113/16
5117/20
**Friday [3]** 5076/3
5076/5 5123/6
**Friday/Monday [1]**
5076/5
**front [14]** 5056/15
5096/10 5104/22
5105/12 5106/9 5108/8
5108/12 5109/10
5114/7 5116/21
5125/12 5149/1 5150/7
5167/12
**full [1]** 5104/20
**fully [1]** 5063/15
**fund [1]** 5076/7
**fundamentally [1]**
5137/6
**further [2]** 5073/12
5089/12

## G

**game [2]** 5084/9
5085/1
**gates [1]** 5104/22
**gave [1]** 5178/19
**general [3]** 5065/14
5065/14 5094/12
**generally [4]** 5086/20
5131/10 5159/17
5167/9
**gentleman [2]** 5190/1
5190/3
**gentlemen [2]** 5088/11
5138/5
**get [38]** 5072/23
5073/14 5075/10
5075/13 5075/15
5077/18 5079/6 5079/7
5079/13 5080/8 5081/5
5081/8 5081/11 5082/1
5082/4 5082/8 5082/22
5083/7 5107/6 5108/17
5108/18 5112/6
5117/15 5118/9 5123/8
5126/3 5130/9 5143/6
5147/3 5151/1 5153/24
5156/20 5157/14
5159/2 5165/6 5169/2
5170/14 5184/2
**getting [3]** 5076/5
5110/18 5115/3
**Geyer [22]** 5057/7

5094/15 5102/10
5104/3 5104/9 5105/24
5106/5 5106/6 5107/10
5107/20 5108/6
5111/19 5111/21
5112/6 5112/9 5117/7
5119/12 5126/1 5126/9
5137/10
**give [11]** 5062/14
5073/21 5074/3
5074/19 5074/20
5077/14 5080/15
5080/16 5082/7
5101/25 5150/2
**given [10]** 5070/25
5072/24 5075/17
5083/14 5102/12
5107/24 5156/9
5156/10 5184/17
5189/11
**gives [1]** 5127/11
**giving [6]** 5064/19
5064/23 5065/7 5072/2
5098/10 5190/13
**Glen [1]** 5057/7
**gmail.com [1]** 5056/9
**go [47]** 5062/15 5070/6
5072/18 5073/10
5073/18 5082/20
5085/4 5086/3 5088/12
5089/24 5095/9
5095/16 5096/8
5097/18 5104/25
5105/24 5126/10
5126/25 5134/13
5138/4 5138/14
5138/21 5141/10
5141/13 5142/6
5142/13 5142/21
5145/7 5147/1 5149/25
5153/7 5154/15
5155/15 5158/8 5158/8
5163/5 5166/13
5166/13 5166/20
5167/18 5170/9 5172/5
5172/9 5175/4 5175/6
5179/19 5184/9
**go ahead [6]** 5062/15
5104/25 5105/24
5138/4 5153/7 5184/9
**goes [3]** 5112/3
5186/25 5189/20
**going [86]** 5061/21
5061/22 5062/7
5063/17 5066/2
5066/23 5067/15
5073/10 5073/16
5078/8 5078/18
5078/24 5079/5
5079/14 5079/15
5079/15 5079/17
5079/20 5080/9
5080/11 5081/25
5082/1 5083/11
5085/22 5086/1 5086/2
5091/6 5091/17
5091/21 5092/9

5095/16 5100/5
5100/16 5100/18
5100/25 5102/15
5103/19 5105/18
5107/25 5116/6 5116/9
5117/8 5118/11
5118/13 5126/3 5126/4
5128/11 5128/12
5129/25 5132/5
5134/18 5136/1
5139/23 5141/9
5141/25 5142/1
5143/16 5146/3
5146/25 5148/23
5149/23 5150/1 5150/2
5150/12 5151/20
5151/23 5152/3 5161/4
5166/20 5167/3 5167/5
5168/1 5168/22
5170/14 5171/25
5172/18 5174/2 5175/6
5177/7 5177/22
5178/22 5185/3 5186/4
5189/8
**gone [1]** 5139/9
**good [16]** 5060/5
5060/6 5061/2 5062/2
5070/6 5073/18
5076/23 5086/9
5086/22 5087/3 5087/4
5089/19 5089/23
5126/22 5126/23
5177/11
**Good morning [6]**
5060/5 5061/2 5062/2
5089/19 5126/22
5126/23
**got [13]** 5061/4
5061/21 5081/11
5081/15 5082/2
5096/12 5108/16
5110/5 5111/21
5114/16 5163/17
5172/11 5181/1
**Gousset [1]** 5114/18
**govern [1]** 5165/17
**government [45]**
5055/14 5060/14
5063/5 5063/10
5063/19 5064/25
5067/22 5068/2 5076/9
5078/25 5079/24
5080/21 5089/11
5118/18 5123/23
5127/19 5130/2 5131/9
5134/21 5135/12
5135/25 5138/22
5139/6 5139/11
5141/13 5142/4
5142/24 5143/1
5143/11 5146/8 5153/1
5154/25 5155/7
5156/21 5160/7
5171/21 5174/10
5174/20 5177/16
5178/1 5180/17
5181/24 5182/13

**G**

**government... [2]**
5186/14 5188/25
**government exhibit [1]**
5155/7
**government's [24]**
5059/5 5061/11 5065/5
5076/1 5097/19
5102/16 5102/17
5103/2 5103/5 5104/11
5104/17 5105/8
5106/20 5110/2
5112/25 5115/7
5118/18 5136/2 5144/3
5147/6 5170/12 5175/1
5180/9 5189/11
**Government's Exhibit
6740 [1]** 5180/9
**Governor [1]** 5057/13
**graphics [3]** 5107/19
5109/4 5109/6
**grassy [1]** 5098/12
**great [2]** 5061/18
5076/4
**green [4]** 5091/1
5091/11 5125/5 5125/5
**Green's [1]** 5156/16
**Greene [19]** 5131/16
5140/9 5140/24 5141/1
5142/3 5142/19 5145/4
5145/24 5149/11
5154/7 5154/9 5156/7
5156/25 5160/1 5160/6
5160/10 5160/12
5160/23 5162/24
**Greene's [13]** 5137/3
5142/7 5143/23 5144/1
5144/7 5144/22
5145/25 5151/11
5151/16 5155/11
5159/21 5159/24
5162/14
**Greens's [1]** 5141/11
**ground [2]** 5103/24
5167/11
**group [13]** 5093/23
5094/20 5094/23
5095/8 5095/19
5100/12 5101/14
5102/5 5105/11
5147/22 5159/4
5180/24 5181/17
**groups [1]** 5181/8
**guarded [1]** 5068/4
**guess [6]** 5081/21
5135/10 5144/9
5185/12 5189/13
5190/6
**guidance [1]** 5075/18
**guy [1]** 5119/20
**guys [1]** 5146/2

**H**

**H-10 [3]** 5090/5
5090/17 5090/18
**H-13a [2]** 5109/1
5109/6
**H-13b [3]** 5103/11

**H-14 [3]** 5113/4
5113/10 5113/11
**H-15a [3]** 5120/18
5120/22 5120/23
**H-21 [1]** 5122/12
**H-28 [3]** 5119/3 5119/9
5119/10
**H-3 [1]** 5097/20
**H-34 [2]** 5122/7
5122/10
**H-a-w-a [1]** 5068/21
**had [20]** 5063/7
5067/14 5070/16
5071/10 5072/23
5077/7 5083/6 5086/16
5086/23 5088/15
5099/20 5118/17
5127/19 5129/8 5131/1
5136/20 5137/9
5163/16 5179/16
5180/24
**half [3]** 5076/6 5111/10
5184/7
**Haller [9]** 5057/2
5057/3 5060/17
5060/18 5079/12
5081/1 5186/5 5190/9
5190/20
**hallerjulia [1]** 5057/6
**hallway [1]** 5068/4
**hand [11]** 5087/17
5087/19 5091/18
5096/9 5096/12
5114/10 5116/4
5152/25 5153/10
5168/7 5168/11
**handful [3]** 5061/5
5063/17 5159/17
**handing [1]** 5113/17
**handling [2]** 5185/25
5186/4
**hands [6]** 5096/15
5096/18 5096/21
5114/13 5166/18
5167/5
**hang [9]** 5074/5 5086/2
5087/22 5107/9
5122/20 5122/20
5123/8 5137/22 5138/2
**happen [2]** 5089/5
5130/1
**happened [6]** 5099/12
5104/17 5106/2
5118/20 5163/24
5171/13
**happening [1]** 5114/23
**happens [1]** 5168/2
**happy [3]** 5079/11
5112/15 5112/15
**hard [4]** 5074/8 5077/8
5098/11 5099/25
**Harmon [1]** 5069/2
**Harrelson [34]** 5057/7
5060/9 5060/20
5060/23 5069/7
5069/13 5069/20
5089/25 5091/18

5093/22 5094/8 5095/1
5095/11 5096/5
5096/25 5097/2
5097/12 5097/14
5098/2 5098/25 5100/7
5100/17 5101/20
5102/18 5105/17
5106/10 5117/25
5118/8 5118/14 5121/5
5121/6 5124/12
**Harrelson's [4]** 5117/4
5118/12 5122/13
5123/13
**Harrisburg [1]** 5056/15
**Harry [3]** 5069/5
5121/11 5121/11
**Harry Dunn [3]** 5069/5
5121/11 5121/11
**has [55]** 5061/24
5062/12 5070/16
5070/17 5071/21
5071/23 5072/22
5075/3 5075/4 5076/9
5076/14 5077/1 5077/5
5078/5 5079/13 5083/5
5083/14 5088/18
5088/21 5096/9
5102/11 5104/3
5107/21 5116/14
5116/17 5119/14
5120/18 5123/10
5128/22 5134/22
5135/12 5135/21
5136/7 5137/7 5139/16
5139/17 5143/25
5145/11 5154/25
5164/7 5168/10
5168/13 5169/20
5170/4 5172/21
5174/10 5178/1 5178/5
5178/13 5179/4
5180/11 5185/23
**hasn't [8]** 5081/24
5134/16 5134/25
5135/3 5137/14 5146/7
5146/7 5152/14
**have [153]**
**haven't [1]** 5128/14
**having [10]** 5063/6
5071/7 5075/19 5076/7
5077/20 5082/2
5087/18 5089/11
5099/25 5159/7
**Hawa [1]** 5068/21
**he [54]** 5061/12
5061/13 5061/24
5062/12 5070/13
5070/13 5070/15
5074/4 5074/20 5075/4
5075/11 5075/19
5075/21 5078/16
5079/13 5081/6
5081/22 5081/24
5082/1 5083/22 5084/4
5084/14 5088/18
5091/13 5092/10

5110/12 5117/1 5117/2
5117/13 5119/18
5119/19 5121/7
5121/20 5124/12
5140/8 5141/2 5157/6
5157/11 5160/3 5161/2
5162/19 5185/8
5185/10 5185/10
5187/5 5187/12
5187/13 5189/4 5190/3
5190/20 5190/23
**he said [3]** 5070/13
5187/13 5190/20
**he'll [4]** 5079/22
5082/10 5083/19
5092/8
**he's [33]** 5061/9
5061/21 5061/22
5062/6 5070/14
5070/20 5075/20
5078/17 5079/15
5079/15 5079/17
5079/20 5081/21
5081/24 5083/20
5085/3 5086/1 5092/1
5092/3 5092/3 5092/4
5092/21 5096/12
5118/13 5121/9
5121/20 5121/21
5187/2 5189/3 5189/5
5189/8 5189/25 5190/2
**head [4]** 5116/3
5119/21 5165/23
5183/12
**header [1]** 5132/11
**heading [1]** 5143/8
**heads [1]** 5082/8
**heads-up [1]** 5082/8
**health [5]** 5072/17
5073/12 5078/13
5082/2 5085/25
**hear [13]** 5062/20
5062/25 5063/1
5064/20 5065/3
5072/12 5107/16
5107/17 5126/12
5137/24 5138/19
5182/22 5183/2
**heard [3]** 5061/20
5183/8 5183/11
**hearsay [4]** 5125/15
5186/9 5186/18 5190/8
**held [1]** 5066/15
**Hello [2]** 5062/17
5062/18
**help [4]** 5074/1 5125/6
5141/18 5187/7
**helpful [2]** 5070/19
5124/22
**her [32]** 5061/13
5082/17 5082/18
5083/10 5083/12
5083/13 5083/16
5088/7 5096/9 5130/20
5132/15 5132/20
5134/25 5135/25
5136/16 5137/7

5140/20 5140/25
5141/1 5141/17
5141/17 5141/23
5141/23 5144/5 5146/6
5152/12 5152/16
5176/12 5183/12
5185/8
**here [66]** 5061/22
5063/2 5064/18
5065/15 5070/21
5073/20 5073/22
5074/3 5079/17
5079/20 5080/23
5084/6 5089/1 5092/19
5095/6 5095/17
5095/23 5096/3 5096/9
5096/24 5096/25
5097/10 5097/11
5098/2 5100/12
5100/14 5100/20
5102/6 5102/15 5105/7
5108/18 5110/11
5112/13 5112/16
5113/18 5114/22
5114/22 5114/23
5115/8 5121/12 5127/1
5133/10 5133/21
5134/24 5140/3
5145/20 5146/2
5150/12 5150/21
5151/23 5152/4
5154/19 5157/22
5158/19 5158/25
5163/3 5163/5 5169/3
5170/9 5170/16 5172/5
5176/20 5177/7
5177/13 5180/8
5186/14
**here's [9]** 5081/1
5094/8 5097/2 5097/10
5097/11 5097/12
5119/17 5141/5 5146/3
**Hey [1]** 5072/20
**Hi [2]** 5062/2 5062/20
**high [1]** 5116/12
**high-fiving [1]** 5116/12
**highlight [2]** 5125/6
5175/5
**highlighted [1]** 5160/7
**highlighting [1]** 5175/9
**Highway [1]** 5057/13
**him [35]** 5070/18
5071/21 5075/22
5075/22 5075/23
5078/13 5078/14
5079/13 5079/14
5081/23 5081/25
5084/6 5085/25 5089/4
5091/5 5091/20 5092/8
5092/16 5092/20
5093/17 5100/18
5110/3 5117/1
5119/20 5121/15
5137/24 5187/15
5187/21 5187/22
5189/6 5190/4 5190/17
5190/19 5190/20

**him.** [1] 5190/21
**his** [55] 5061/5 5061/9
5061/10 5067/25
5069/9 5069/14
5069/15 5069/18
5070/14 5070/16
5072/7 5075/4 5075/8
5077/25 5078/11
5081/22 5084/25
5085/25 5088/21
5089/3 5091/18 5092/3
5096/12 5096/12
5102/7 5102/7 5110/12
5116/20 5117/2
5117/14 5117/17
5119/20 5119/21
5120/6 5121/7 5121/9
5121/10 5121/18
5121/19 5122/3
5137/23 5149/13
5149/16 5153/15
5153/17 5156/16
5159/10 5161/12
5187/8 5187/17
5189/15 5189/18
5189/19 5189/20
5190/18
**his head** [1] 5119/21
**hit** [2] 5091/21 5118/19
**hits** [1] 5145/14
**hold** [4] 5078/20
5084/7 5089/3 5101/7
**holding** [6] 5098/20
5167/19 5167/22
5167/23 5168/2 5168/6
**holes** [1] 5102/8
**home** [2] 5078/17
5145/16
**Honor** [64] 5060/6
5061/7 5070/10
5076/19 5076/23
5078/5 5078/15 5079/3
5080/10 5082/12
5082/13 5083/5
5085/10 5087/25
5088/1 5088/2 5089/9
5090/14 5103/12
5104/2 5107/13
5107/16 5108/3 5109/4
5112/17 5120/16
5122/8 5122/18
5122/25 5123/2 5123/5
5123/10 5126/2 5132/6
5132/18 5132/22
5136/17 5137/18
5137/20 5138/12
5138/21 5141/25
5143/11 5144/20
5146/23 5150/16
5153/5 5160/20 5161/4
5177/19 5178/1
5183/18 5183/19
5184/3 5184/12 5185/2
5185/23 5186/12
5188/20 5188/24
5189/7 5189/23 5191/2
5191/8

**hope** [3] 5061/3
5166/19 5177/12
**hopefully** [2] 5077/19
5077/21
**Horn** [2] 5120/19
5121/2
**host** [1] 5124/2
**hostile** [1] 5167/3
**hotmail.com** [1]
5057/15
**hour** [3] 5099/9
5180/19 5184/7
**hourlong** [1] 5186/15
**hours** [2] 5088/16
5171/7
**House** [1] 5069/8
**Houston** [1] 5081/18
**how** [32] 5062/8
5062/23 5066/2
5070/14 5072/18
5086/8 5086/20 5096/6
5102/20 5111/6
5118/16 5118/22
5119/14 5129/3
5134/19 5134/20
5135/1 5135/8 5140/13
5147/19 5148/6
5152/18 5154/22
5159/16 5163/21
5165/17 5169/5
5183/14 5184/5 5189/2
5189/4 5189/14
**however** [4] 5066/7
5088/21 5138/24
5156/4
**Hughes** [2] 5055/15
5060/13
**huh** [1] 5097/15
**hypothetically** [2]
5083/12 5084/13

**I**

**I also** [2] 5081/21
5150/20
**I am** [3] 5082/5
5130/22 5133/11
**I apologize** [6] 5076/24
5097/9 5132/6 5146/25
5149/25 5183/24
**I assume** [4] 5133/21
5152/19 5177/4 5177/9
**I believe** [16] 5091/3
5096/24 5096/25
5115/16 5123/11
5130/20 5131/14
5136/9 5142/4 5149/7
5161/22 5170/12
5175/6 5178/23
5182/12 5186/25
**I can** [20] 5062/6
5074/11 5077/18
5081/4 5081/9 5081/19
5091/25 5107/17
5107/18 5122/24
5127/1 5128/15
5138/18 5138/20

5141/19 5150/20
5145/15 5188/23
**I can't** [6] 5091/13
5094/13 5099/2
5121/16 5155/25
5176/7
**I cannot** [2] 5095/21
5107/3 5120/7 5120/11
5156/4
**I did** [5] 5104/2
5126/12 5128/7
5160/13 5176/2
**I didn't** [2] 5112/22
5147/25
**I didn't see** [1] 5141/6
**I don't** [13] 5067/14
5094/4 5123/3 5125/20
5136/12 5161/3
5162/16 5162/17
5162/17 5163/17
5182/6 5182/9 5187/25
**I don't have** [6]
5067/10 5150/25
5161/2 5163/1 5181/18
5183/19
**I don't recall** [6]
5134/9 5161/1 5162/16
5163/23 5181/19
5182/3
**I guess** [4] 5081/21
5135/10 5185/12
5189/13
**I have** [16] 5070/1
5090/5 5097/25
5102/25 5103/4
5105/19 5113/7 5117/1
5120/18 5122/16
5126/6 5126/15
5135/11 5163/23
5166/9 5181/23
**I haven't** [1] 5128/14
**I hope** [2] 5061/3
5177/12
**I just** [11] 5076/11
5082/19 5086/11
5091/6 5124/8 5131/12
5131/25 5143/12
5145/16 5145/20
5185/18
**I know** [17] 5070/13
5075/24 5076/9
5076/14 5078/17
5091/12 5091/12
5097/9 5099/12 5104/5
5110/19 5121/15
5129/17 5148/10
5151/22 5151/25
5176/7
**I mean** [15] 5062/6
5080/23 5081/4
5082/25 5102/11
5123/22 5125/14
5134/20 5135/3
5135/21 5139/5
5173/23 5182/8 5188/3
5188/14
**I probably** [1] 5184/13

**I should** [2] 5070/1
5081/13
**I think** [40] 5061/25
5062/8 5067/7 5074/20
5075/19 5075/19
5077/6 5078/16 5079/7
5079/12 5079/19
5082/25 5084/11
5084/23 5084/24
5085/24 5089/20
5092/10 5123/15
5124/1 5126/10 5137/5
5137/7 5139/7 5140/2
5140/20 5141/5
5143/15 5144/20
5145/25 5146/14
5150/20 5163/14
5163/25 5165/13
5169/24 5172/18
5175/6 5181/24
5184/18
**I thought** [1] 5089/23
**I understand** [9]
5064/1 5074/6 5078/18
5110/6 5138/22
5142/22 5157/25
5158/18 5191/2
**I want** [12] 5063/14
5063/17 5070/2
5126/24 5126/25
5134/19 5135/16
5141/23 5142/9 5163/5
5180/7 5187/10
**I was** [7] 5113/19
5129/18 5143/6 5147/3
5148/1 5156/9 5160/13
**I went** [1] 5143/19
**I will** [10] 5062/9
5066/6 5066/13
5073/12 5077/17
5077/18 5081/1
5085/24 5088/25
5151/4
**I wouldn't** [1] 5077/2
**I'd** [13] 5073/2 5090/9
5108/24 5113/1
5118/19 5119/4
5120/19 5126/15
5147/5 5172/17 5178/2
5178/5 5178/12
**I'd like** [1] 5113/1
**I'll** [16] 5061/23
5075/13 5075/14
5077/19 5082/24
5087/12 5097/8 5119/5
5132/23 5137/24
5138/11 5145/7
5146/11 5153/7
5171/25 5177/14
**I'm** [127] 5061/20
5062/25 5062/25
5066/22 5068/11
5073/3 5073/21
5073/23 5084/3
5085/13 5085/22
5086/9 5086/22 5087/3
5091/6 5091/17

5092/19 5093/1 5093/6
5093/17 5093/21
5093/22 5095/16
5100/25 5102/4
5102/15 5103/6
5103/10 5104/19
5106/4 5107/8 5108/5
5110/22 5110/22
5112/15 5116/16
5119/22 5119/25
5122/25 5124/9 5124/9
5126/2 5126/3 5127/1
5128/6 5129/13
5129/17 5130/2
5130/15 5131/4
5131/20 5131/21
5132/5 5132/20
5135/10 5136/1
5137/15 5139/3
5139/11 5139/23
5141/9 5141/10
5141/25 5142/24
5143/3 5143/7 5143/10
5143/24 5144/16
5144/21 5145/1
5145/17 5147/25
5148/23 5149/23
5150/12 5150/14
5151/20 5151/23
5152/3 5152/22
5153/16 5153/18
5153/24 5154/6
5154/16 5154/22
5155/25 5156/3 5156/6
5156/15 5156/20
5157/8 5157/18
5157/21 5157/22
5157/22 5157/24
5159/2 5159/7 5161/25
5166/24 5168/13
5169/2 5169/7 5170/14
5171/1 5171/17
5173/24 5176/10
5176/13 5177/7
5177/17 5177/22
5178/22 5181/18
5183/16 5183/24
5185/3 5186/4 5186/22
5187/2 5187/18
5189/15 5189/18
**I'm going** [12] 5085/22
5091/6 5092/9 5093/21
5100/25 5132/5 5136/1
5148/23 5149/23
5151/20 5178/22
5185/3
**I'm just** [1] 5157/22
**I'm not** [11] 5110/22
5112/15 5124/9
5129/17 5135/10
5143/3 5154/22
5157/22 5183/16
5186/22 5189/18
**I'm not sure** [5] 5128/6
5143/24 5144/16
5163/18 5181/18
**I'm sorry** [31] 5062/25

**I**

**I'm sorry... [30]**
5062/25 5066/22
5068/11 5073/23
5093/1 5093/6 5103/10
5104/19 5106/4 5107/8
5119/22 5119/25
5122/25 5124/9
5130/15 5145/1
5147/25 5150/14
5153/16 5153/18
5154/6 5154/16
5157/21 5157/24
5166/24 5169/7
5171/17 5173/24
5177/17 5187/18
**I'm sure [1]** 5061/20
**I've [17]** 5073/20
5081/17 5086/23
5102/12 5111/21
5117/7 5132/12 5133/6
5139/9 5139/9 5139/17
5139/18 5139/21
5162/18 5167/9 5181/3
5189/8
**ibuprofen [1]** 5071/1
**idea [8]** 5082/24
5097/25 5105/18
5105/19 5112/12
5113/22 5175/21
5175/22
**identify [7]** 5091/17
5091/24 5094/21
5095/18 5125/19
5135/5 5171/24
**identifying [1]** 5124/24
**III [3]** 5055/6 5056/2
5060/8
**illness [1]** 5074/2
**images [1]** 5125/15
**immediate [1]** 5066/10
**impact [1]** 5081/7
**impeach [3]** 5190/11
5190/21 5190/25
**implications [1]**
5063/16
**important [2]** 5108/19
5118/24 5124/3
**impossible [1]** 5190/4
**impression [1]**
5158/13
**inaccurate [1]** 5146/8
**include [2]** 5067/19
5118/8
**includes [2]** 5123/2
5124/20
**including [2]** 5068/6
5185/15
**Indeed [1]** 5135/19
**INDEX [2]** 5059/2
5059/8
**indicate [1]** 5140/8
**indicated [2]** 5153/20
5155/1
**indicates [2]** 5155/22
5173/2
**indication [2]** 5072/24
5077/14

**indirectly [1]** 5065/19
**individual [4]** 5066/18
5186/14 5186/20
5188/3
**individual's [1]** 5134/1
**individuals [6]** 5100/9
5102/5 5107/3 5114/8
5118/5 5124/20
**indulgence [3]**
5090/11 5160/20
5183/18
**infantry [2]** 5164/16
5164/22
**infected [2]** 5075/4
5088/19
**inference [4]** 5062/10
5075/7 5075/7 5089/2
**information [3]**
5081/16 5174/20
5188/9
**informed [1]** 5086/16
**initial [4]** 5099/12
5104/21 5106/12
5106/17
**injuries [1]** 5080/13
**injury [1]** 5080/15
**inquiries [2]** 5073/13
5083/6
**inside [9]** 5093/5
5116/12 5116/15
5116/18 5122/14
5123/18 5124/5
5124/20 5124/25
**instance [2]** 5098/19
5102/6
**instruct [2]** 5066/6
5066/14
**instructing [2]** 5088/25
5089/1
**instruction [1]** 5066/17
**intel [2]** 5124/18
5124/21
**intend [3]** 5081/18
5185/14 5185/18
**intended [1]** 5152/7
**intending [2]** 5063/20
5152/8
**intends [3]** 5068/2
5145/13 5186/6
**intent [2]** 5143/17
5155/18
**intentions [1]** 5082/17
**interacting [1]** 5187/5
**interaction [6]** 5069/13
5120/2 5120/4 5120/12
5122/2 5187/8
**interactions [1]**
5069/19
**interest [1]** 5123/12
**interesting [1]** 5082/23
**interrupt [3]** 5087/17
5138/17 5139/13
**intervened [1]** 5122/3
**intervening [1]** 5120/6
**interview [6]** 5186/7
5188/21 5190/3 5190/7
5190/14 5190/21

**individual [6]**
5120/20 5122/12
5136/15 5138/24
5151/4
**introduced [6]** 5104/4
5112/25 5124/8
5137/18 5138/1
5156/21
**investigation [4]**
5090/2 5123/25 5176/5
5176/7
**investigations [1]**
5151/25
**investigators [2]**
5076/2 5176/25
**involved [1]** 5176/6
**irrespective [1]**
5144/12
**irritant [1]** 5114/9
**irritants [1]** 5115/2
**is [356]**
**is that correct [4]**
5091/4 5092/2 5092/25
5094/9
**Is that fair [1]** 5084/9
**Is there [3]** 5077/14
5124/16 5150/14
**is they [1]** 5138/16
**Isaacs [10]** 5068/6
5109/10 5116/13
5116/20 5116/25
5117/17 5117/24
5118/15 5118/17
5119/17
**Isaacs' [1]** 5116/3
**isn't [30]** 5093/23
5099/1 5099/9 5100/17
5101/8 5102/1 5102/3
5104/1 5104/12
5105/18 5105/22
5106/3 5106/8 5107/2
5107/7 5109/11
5109/23 5110/4
5110/14 5110/17
5111/10 5111/14
5112/1 5114/25
5115/22 5116/7 5121/3
5121/20 5125/17
5187/22
**isn't that correct [14]**
5099/1 5099/9 5100/17
5101/8 5102/1 5102/3
5107/2 5107/7 5109/11
5109/23 5110/4
5110/14 5110/17
5115/22
**issue [11]** 5062/13
5067/14 5075/3
5082/16 5083/4
5083/11 5137/9
5143/14 5143/15
5184/12 5191/9
**issues [6]** 5076/10
5076/15 5080/5
5081/14 5082/2
5185/21
**it [295]**
**It provides [1]** 5124/13

5089/23 5147/23
5188/8
**it's [92]** 5061/8
5061/20 5062/13
5062/20 5063/16
5067/15 5074/8
5075/25 5079/22
5081/19 5083/4
5085/15 5085/15
5086/22 5086/23
5087/16 5092/17
5095/21 5097/9 5099/2
5099/7 5100/5 5101/11
5104/8 5104/25
5106/13 5108/6
5108/13 5109/21
5110/16 5115/20
5115/21 5116/6
5117/14 5117/15
5118/7 5118/25 5119/8
5119/23 5122/18
5123/11 5123/12
5123/12 5123/14
5123/21 5123/22
5124/3 5125/1 5125/12
5125/16 5126/4
5128/23 5129/3 5130/8
5135/1 5136/13
5137/16 5137/23
5138/5 5139/8 5139/10
5142/18 5143/4 5143/9
5143/10 5144/13
5145/25 5150/1
5151/22 5152/13
5160/22 5165/13
5167/9 5169/6 5172/18
5175/6 5175/6 5182/1
5182/3 5182/25
5184/20 5186/7 5186/8
5186/9 5186/14
5188/12 5188/19
5189/10 5189/14
5189/17 5190/4
5191/10
**It's true [1]** 5119/8
**its [2]** 5139/6 5153/1
**itself [3]** 5141/21
5142/25 5183/10

**J**

**jail [5]** 5072/22
5075/11 5077/7
5083/19 5084/13
**James [2]** 5056/7
5060/15
**James Lee Bright [1]**
5060/15
**Jan [1]** 5127/3
**Jan. [5]** 5127/5
5130/16 5131/12
5133/2 5153/20
**January [6]** 5067/25
5068/18 5068/24
5069/8 5160/25
5173/19
**January 6th [2]**
5067/25 5068/24

**Jason [5]** 5068/17
**Jason Dolan [3]**
5110/12 5110/20
5111/15
**Jason Dolan's [1]**
5111/12
**Jason McIntyre [1]**
5068/17
**JC [4]** 5081/15 5085/21
5103/16 5148/23
**jcrisp [1]** 5056/16
**Jean [1]** 5062/3
**Jean-Claude [1]**
5062/3
**Jeffrey [2]** 5055/14
5060/12
**Jeffrey Nestler [1]**
5060/12
**jeffrey.nestler [1]**
5055/20
**Jessica [2]** 5056/14
5060/10
**Jessica Watkins [1]**
5060/10
**jlbrightlaw [1]** 5056/9
**job [1]** 5129/18
**Joe [1]** 5123/6
**Johnston [1]** 5056/11
**joining [1]** 5060/25
**Jonathan [2]** 5056/14
5060/21
**Jonathan Crisp [1]**
5060/21
**journalist [1]** 5117/20
**Jr [1]** 5056/10
**judge [14]** 5055/10
5062/3 5062/20
5073/19 5074/8
5135/11 5137/25
5138/15 5157/23
5158/11 5158/18
5162/1 5164/8 5183/25
**Judge Mehta [1]**
5062/20
**Judge Mehta's [1]**
5062/3
**Juli [3]** 5057/2 5060/17
5060/18
**Juli Haller [1]** 5060/17
**JULIA [1]** 5057/3
**jumbled [1]** 5108/14
**jumbotron [1]** 5094/11
**juror [9]** 5066/18
5081/14 5081/15
5081/21 5082/15
5082/16 5082/24
5085/24 5086/11
**jurors [4]** 5066/16
5067/13 5085/22
5150/15
**jury [31]** 5055/9
5061/17 5065/22
5066/2 5066/3 5066/6
5066/8 5066/14
5066/14 5067/13
5075/3 5075/6 5080/21

**jury... [18]** 5083/16
5088/8 5088/9 5090/22
5102/11 5103/16
5104/8 5107/21
5112/11 5125/1 5125/8
5137/8 5138/9 5146/18
5146/19 5158/5 5178/3
5184/24
**jury's [5]** 5079/25
5080/9 5127/7 5127/25
5134/12
**just [97]** 5062/12
5062/15 5063/17
5063/22 5066/1
5066/15 5067/1 5067/5
5070/11 5070/13
5070/15 5070/19
5074/18 5075/24
5076/11 5076/15
5076/25 5078/7
5078/21 5079/21
5079/25 5080/3 5080/9
5081/3 5081/11
5082/15 5082/17
5082/19 5082/21
5083/4 5083/25 5084/7
5084/9 5085/1 5085/13
5085/21 5085/24
5085/25 5086/2
5086/11 5086/15
5086/19 5086/19
5086/22 5087/16
5087/19 5087/19
5089/6 5090/15 5091/6
5095/9 5098/7 5106/15
5112/13 5113/4 5117/1
5117/9 5117/13
5118/19 5123/6 5124/8
5131/12 5131/25
5132/3 5133/25
5137/16 5141/19
5143/9 5143/12
5143/19 5145/16
5145/20 5148/25
5152/3 5152/4 5152/12
5157/3 5157/22
5159/21 5159/22
5164/12 5166/20
5170/16 5176/10
5178/20 5179/13
5180/8 5181/11
5181/13 5181/15
5184/2 5184/9 5184/17
5185/18 5186/8 5188/6
5191/12
**Justice [1]** 5132/11

**K**

**Kate [4]** 5130/20
5132/14 5136/7
5136/11
**Kate Cain [4]** 5130/20
5132/14 5136/7
5136/11
**Kathryn [2]** 5055/14
5060/12
**Kathryn Rakoczy [1]**

**kathryn.rakoczy [1]**
5055/19
**keep [2]** 5073/16
5144/24
**Keeper [1]** 5121/12
**Keepers [16]** 5094/20
5094/24 5108/8
5110/13 5114/3
5114/22 5115/8
5115/14 5115/15
5115/18 5118/23
5120/3 5120/5 5120/9
5120/10 5122/3
**Kelly [2]** 5057/2 5060/9
**Kelly Meggs [1]**
5060/9
**Ken [7]** 5091/18 5096/5
5096/25 5097/2 5098/2
5098/25 5100/7
**Ken Harrelson [3]**
5091/18 5098/25
5100/7
**Kenneth [5]** 5057/7
5060/9 5091/24
5092/19 5121/5
**Kenneth Harrelson [4]**
5060/9 5091/24
5092/19 5121/5
**key [1]** 5120/13
**kind [7]** 5075/10
5076/5 5076/25 5081/8
5099/25 5118/24
5123/19
**know [80]** 5061/21
5061/24 5062/12
5065/20 5066/3 5066/8
5066/13 5067/4
5070/13 5074/8
5074/19 5075/24
5076/9 5076/14
5077/16 5078/17
5078/22 5083/2
5087/13 5087/19
5091/10 5091/12
5091/12 5092/3 5093/4
5094/3 5097/9 5098/18
5099/2 5099/12
5099/22 5101/9
5101/21 5104/5 5110/5
5110/18 5110/19
5110/22 5113/8 5118/4
5118/22 5121/15
5121/21 5122/17
5123/16 5129/17
5129/17 5130/8 5130/9
5135/4 5137/16 5139/4
5144/1 5144/14
5145/10 5145/12
5145/17 5147/19
5148/6 5148/9 5148/10
5149/7 5149/8 5151/22
5151/25 5163/3
5163/16 5166/6
5167/12 5167/16
5167/21 5172/3 5176/7
5176/8 5176/17 5177/8
5181/7 5181/11

**knowing [1]** 5067/16
**knowingly [1]** 5072/7
**knowledge [5]** 5164/22
5166/12 5166/14
5170/3 5170/5
**known [2]** 5074/1
5186/7
**knows [3]** 5080/17
5102/3 5144/17

**L**

**LA [1]** 5056/11
**labeled [2]** 5178/23
5179/11
**LaCroix [2]** 5114/18
5114/19
**ladies [2]** 5088/11
5138/5
**laid [1]** 5153/3
**Lanelle [1]** 5068/21
**large [6]** 5091/1
5093/15 5095/8 5097/6
5098/22 5099/2
**largely [1]** 5107/23
**LASSITER [1]** 5056/3
**last [17]** 5061/4 5061/9
5061/12 5063/8
5072/23 5075/20
5081/15 5088/16
5089/20 5089/20
5112/20 5112/22
5115/11 5129/8
5151/15 5185/8
5186/15
**late [1]** 5085/4
**later [7]** 5087/2
5099/17 5101/11
5137/2 5162/20
5162/25 5187/8
**latest [1]** 5084/19
**law [7]** 5057/3 5075/25
5163/12 5164/12
5168/24 5169/2
5169/12
**Lawn [2]** 5056/3
5056/7
**lawyer [1]** 5137/22
**lawyers [5]** 5064/10
5064/14 5064/14
5064/24 5071/16
**lay [3]** 5142/16
5188/14 5188/25
**Lazarus [5]** 5069/12
5069/16 5078/3
5079/10 5081/3
**lead [2]** 5105/2
5108/18
**lead-up [1]** 5105/2
**Leadership [1]**
5181/21
**leading [1]** 5100/11
**leaf [2]** 5122/22
5122/23
**learned [1]** 5163/21
**least [6]** 5065/13
5075/22 5078/1
5080/12 5129/8 5135/7

**leaving [1]** 5097/6
**Lee [2]** 5056/7 5060/15
**left [34]** 5089/20
5094/8 5095/21
5098/10 5100/5
5100/10 5101/14
5101/22 5103/25
5104/18 5105/7 5105/9
5105/16 5106/20
5111/6 5113/24 5114/3
5114/6 5115/3 5115/6
5115/19 5115/25
5116/2 5116/8 5116/11
5117/4 5117/21 5118/1
5126/10 5147/14
5152/25 5153/10
5158/13 5164/13
**left-hand [2]** 5152/25
5153/10
**leg [1]** 5087/1
**length [2]** 5074/2
5135/16
**less [1]** 5099/21
**let [14]** 5062/11 5066/2
5074/18 5085/21
5087/12 5087/17
5087/19 5088/14
5092/7 5103/19
5119/14 5132/23
5154/24 5167/12
**let's [24]** 5083/12
5102/11 5102/12
5104/8 5108/17
5108/19 5111/22
5112/13 5117/9
5118/15 5121/23
5132/24 5134/13
5138/4 5141/15
5155/15 5161/15
5163/6 5170/16
5172/19 5177/13
5179/19 5180/23
5185/24
**lethal [1]** 5099/21
**letting [1]** 5112/14
**level [2]** 5077/9
5086/20
**lieutenant [1]** 5164/4
**lifts [1]** 5088/23
**light [1]** 5072/22
**like [39]** 5061/16
5062/24 5070/8
5074/16 5076/1
5076/11 5077/2 5082/9
5086/22 5087/2
5087/23 5089/4 5090/9
5093/12 5096/18
5102/6 5102/9 5108/14
5108/24 5113/1
5118/19 5119/4
5120/19 5122/4
5122/12 5133/24
5135/4 5143/18
5143/19 5145/18
5147/5 5148/16
5162/15 5170/22

**leaving [1]** 5178/2 5178/5 5178/12
**likely [1]** 5066/1
**Linder [7]** 5056/2
5056/3 5060/15
5061/15 5061/16
5067/3 5076/25
**line [10]** 5098/20
5099/24 5100/24
5145/20 5164/13
5168/18 5169/1
5173/24 5174/2
5175/15
**lined [5]** 5079/5
5168/17 5168/21
5169/8 5169/9
**lines [2]** 5070/19
5141/16
**listed [4]** 5061/11
5072/8 5144/3 5162/20
**listen [1]** 5087/10
**literally [2]** 5086/1
5143/2
**little [22]** 5076/8
5079/24 5092/9
5096/18 5100/16
5102/12 5126/24
5132/23 5133/10
5138/5 5141/18 5147/1
5147/1 5150/1 5152/24
5157/5 5162/22 5163/5
5163/6 5170/22 5182/2
5191/5
**live [1]** 5062/4
**lived [1]** 5077/3
**LLC [2]** 5056/14
5057/8
**located [1]** 5141/2
**location [6]** 5109/17
5121/4 5121/15
5153/24 5156/20
5159/2
**log [2]** 5158/15
5178/10
**logs [2]** 5127/20
5177/7
**long [9]** 5079/16
5081/20 5118/22
5129/3 5152/1 5156/11
5165/2 5166/9 5184/5
**long-term [1]** 5081/20
**longer [4]** 5073/3
5080/22 5112/3
5186/24
**look [26]** 5062/6
5074/8 5075/13
5076/13 5092/7
5108/14 5108/25
5110/25 5110/25
5116/23 5116/25
5123/15 5125/10
5126/13 5131/1
5133/24 5134/13
5139/9 5139/17
5143/18 5161/11
5162/15 5172/1 5172/4
5177/24 5184/21
**looked [1]** 5145/11

5206

**L**

**looking [14]** 5080/11
5093/12 5099/23
5099/23 5100/23
5109/5 5113/19 5143/7
5150/7 5154/4 5155/11
5158/1 5174/1 5179/7
**looks [5]** 5093/12
5095/19 5106/20
5170/22 5180/6
**Los [2]** 5115/12
5117/21
**Los Angeles [1]**
5115/12
**Los Angeles Times [1]**
5117/21
**lose [1]** 5177/14
**losing [1]** 5112/11
**lot [8]** 5079/13 5082/2
5107/10 5108/17
5117/14 5118/5
5150/16 5165/10
**lots [2]** 5136/11
5153/23
**loud [3]** 5182/25
5183/9 5183/14
**Louis [2]** 5055/15
5060/13
**Louis Manzo [1]**
5060/13
**lower [3]** 5099/23
5110/11 5172/17
**lunch [7]** 5085/17
5163/20 5184/10
5184/10 5184/11
5184/18 5184/21

**M**

**M4 [1]** 5168/11
**ma'am [8]** 5132/10
5133/9 5153/10
5158/22 5161/7
5177/22 5178/9
5183/21
**mace [5]** 5113/17
5114/7 5114/11
5114/14 5115/2
**maced [1]** 5115/12
**made [10]** 5085/2
5117/22 5128/13
5157/10 5172/23
5172/25 5173/13
5174/12 5182/4 5187/7
**main [1]** 5114/16
**Mainly [1]** 5088/16
**maintain [3]** 5083/2
5166/25 5168/6
**maintaining [1]**
5168/11
**major [3]** 5128/1
5164/4 5164/5
**make [30]** 5063/14
5070/2 5070/19
5071/24 5073/12
5075/22 5076/11
5079/25 5081/6
5082/15 5082/18
5082/19 5082/21

5108/14 5112/12
5112/13 5112/13
5133/9 5141/18
5141/19 5141/24
5141/24 5142/10
5156/25 5157/6
5160/10 5168/22
**makers [1]** 5129/15
**makes [2]** 5184/18
5187/1
**makeup [1]** 5164/18
**making [3]** 5070/18
5078/20 5082/22
**man [2]** 5102/6 5118/1
**manage [1]** 5082/3
**maneuvered [1]**
5167/13
**manual [1]** 5166/3
**manuals [2]** 5165/11
5166/11
**many [3]** 5156/4
5159/7 5165/9
**Manzo [3]** 5055/15
5060/13 5185/25
**marked [8]** 5090/5
5120/18 5144/23
5147/6 5152/22 5161/5
5177/22 5178/24
**Marshal [1]** 5075/15
**Marshal Ruffin [1]**
5075/15
**Marshals [5]** 5073/13
5075/23 5077/20
5084/5 5085/2
**match [1]** 5128/5
**matched [1]** 5106/19
**math [1]** 5101/11
**matter [5]** 5074/10
5186/19 5187/3
5191/13 5192/4
**maximize [1]** 5079/25
**may [22]** 5063/18
5064/24 5064/25
5065/15 5065/19
5072/19 5076/18
5081/25 5107/12
5139/2 5139/2 5140/12
5142/4 5144/18 5147/5
5148/23 5163/14
5177/20 5177/20
5183/7 5184/25
5186/12
**maybe [12]** 5089/24
5108/9 5125/18 5141/7
5147/25 5147/25
5157/18 5157/22
5164/17 5183/24
5186/3 5190/3
**Maybe I [1]** 5141/7
**McIntyre [1]** 5068/17
**MD [1]** 5057/14
**me [50]** 5061/11
5062/8 5062/11
5062/21 5068/16
5070/8 5070/25 5071/7
5072/13 5074/8
5074/16 5074/19

5085/21 5086/16
5088/14 5092/7
5095/20 5095/23
5107/16 5107/21
5112/9 5117/22 5124/3
5124/11 5125/16
5134/13 5138/21
5141/13 5141/16
5145/25 5148/7 5148/8
5150/2 5152/4 5154/24
5155/21 5158/19
5159/3 5161/20
5180/10 5181/9 5182/3
5187/7 5187/21 5188/7
5189/12 5189/14
5191/14
**mean [28]** 5062/6
5080/23 5081/4
5082/25 5084/15
5084/23 5093/4
5094/12 5099/10
5102/11 5123/22
5125/14 5125/17
5134/20 5135/3
5135/21 5139/5
5139/10 5145/14
5147/16 5164/18
5173/23 5175/20
5181/16 5182/8 5183/8
5188/3 5188/14
**meaning [2]** 5064/10
5175/18
**means [12]** 5064/19
5098/18 5133/18
5133/19 5135/2
5136/14 5142/25
5143/18 5143/19
5146/10 5147/17
5156/5
**meant [1]** 5093/6
**measures [1]** 5068/22
**mechanical [1]** 5058/6
**medical [3]** 5062/13
5067/6 5074/9
**medication [4]**
5070/11 5070/23
5074/11 5087/5
**medications [1]**
5071/6
**Meggs [11]** 5057/2
5060/9 5060/18
5060/19 5060/23
5069/6 5069/13
5069/20 5121/12
5136/18 5136/23
**MEHTA [3]** 5055/9
5060/3 5062/20
**Mehta's [1]** 5062/3
**members [3]** 5093/7
5152/6 5185/13
**memory [1]** 5132/21
**mention [1]** 5081/13
**mentioned [3]** 5077/6
5127/3 5170/10
**Merit [1]** 5058/2
**message [20]** 5128/17
5138/24 5144/8

5149/24 5153/23
5155/1 5155/15
5155/22 5156/19
5157/1 5158/1 5158/2
5158/3 5158/6 5158/7
5159/1 5162/5 5162/7
**messages [21]**
5128/18 5128/19
5135/13 5136/16
5136/22 5145/24
5145/25 5152/18
5156/7 5160/11
5160/23 5160/24
5161/3 5161/10
5161/17 5162/1
5162/11 5162/21
5162/25 5181/13
5181/16
**met [1]** 5163/14
**Meta [1]** 5069/2
**metadata [2]** 5110/19
5111/13
**method [1]** 5152/7
**methods [1]** 5150/3
**Metropolitan [1]**
5068/3
**MI [3]** 5163/22 5164/8
5164/21
**mid [1]** 5082/25
**mid-trial [1]** 5082/25
**midday [1]** 5079/6
**might [8]** 5070/19
5072/25 5078/14
5079/20 5082/16
5102/8 5141/17
5164/16
**military [13]** 5163/11
5163/15 5163/17
5163/21 5164/12
5164/25 5165/9
5166/12 5166/15
5167/6 5169/2 5169/5
5169/20
**mind [9]** 5079/23
5186/20 5187/11
5188/9 5189/15
5189/16 5189/17
5189/19 5189/20
**mindful [1]** 5074/16
**minerals [1]** 5074/22
**minute [10]** 5062/14
5099/17 5108/7
5111/10 5115/22
5116/23 5154/4
5154/21 5169/3 5170/9
**minutes [12]** 5063/18
5085/22 5086/4
5101/11 5118/25
5118/25 5119/1
5119/15 5146/12
5154/8 5185/23
5186/15
**mischaracterized [1]**
5108/13
**misleading [2]** 5145/25
5146/8
**missed [3]** 5179/4

**mission [1]** 5164/19
**mix [1]** 5102/2
**mixture [1]** 5102/5
**Mobile [1]** 5128/2
**moment [11]** 5062/5
5065/13 5077/6
5077/18 5092/8
5092/14 5094/5
5100/19 5112/4
5120/15 5183/11
**Monday [6]** 5073/16
5076/5 5079/23 5081/6
5083/21 5084/15
**months [4]** 5129/5
5156/4 5159/8 5159/15
**more [16]** 5070/11
5070/14 5077/12
5081/9 5082/4 5108/18
5115/2 5126/6 5134/4
5139/4 5141/9 5141/18
5168/22 5175/7
5188/19 5191/8
**morning [21]** 5055/7
5060/5 5060/6 5061/2
5062/2 5076/23 5079/6
5081/24 5082/1
5082/11 5089/19
5098/9 5104/20
5126/16 5126/22
5126/23 5138/5
5171/12 5173/21
5174/21 5179/21
**mostly [1]** 5087/2
**motorcade [2]** 5105/9
5105/10
**mouth [2]** 5102/7
5118/12
**move [21]** 5078/23
5081/8 5081/17
5082/24 5089/5 5090/9
5094/15 5099/5
5102/11 5102/13
5108/19 5111/22
5112/15 5117/9 5119/4
5119/12 5119/18
5122/4 5122/23
5122/24 5143/21
**movement [6]** 5116/15
5116/18 5118/16
5123/20 5145/23
5145/23
**movements [2]**
5122/14 5123/14
**movers [3]** 5081/17
5082/21 5083/12
**moving [5]** 5104/9
5115/24 5116/20
5119/19 5132/8
**MPs [1]** 5164/17
**Mr [2]** 5061/15 5126/1
**Mr. [230]**
**Mr. Bright [2]** 5076/20
**Mr. Burgees [2]** 5096/4
5100/13
**Mr. Burgess [5]** 5096/4
5096/3 5096/24

**Mr. Burgess... [2]**
5097/10 5097/22

**Mr. Caldwell [8]**
5069/3 5170/11
5170/18 5174/14
5180/14 5180/18
5185/10 5185/15

**Mr. Caldwell's [5]**
5172/6 5173/9 5173/19
5173/20 5185/11

**Mr. Coudry [1]**
5097/22

**Mr. Crisp [13]** 5126/10
5134/16 5136/9
5138/14 5138/19
5140/7 5140/20 5144/5
5145/13 5146/22
5152/8 5157/15 5184/1

**Mr. Crisp's [1]** 5137/23

**Mr. Dolan [10]** 5093/17
5093/19 5094/9
5095/23 5097/11
5100/14 5101/19
5105/17 5106/10
5119/25

**Mr. Dolan's [2]**
5107/23 5122/13

**Mr. Douyon [2]**
5086/16 5176/14

**Mr. Dunn [6]** 5120/1
5120/2 5120/8 5120/9
5120/11 5122/3

**Mr. Fischer [1]** 5185/7

**Mr. Geyer [19]** 5089/7
5094/15 5102/10
5104/3 5104/9 5105/24
5106/5 5106/6 5107/10
5107/20 5108/6
5111/19 5111/21
5112/6 5112/9 5117/7
5119/12 5126/9
5137/10

**Mr. Green's [1]**
5156/16

**Mr. Greene [15]** 5140/9
5140/24 5141/1
5142/19 5149/11
5154/7 5154/9 5156/7
5156/25 5160/1 5160/6
5160/10 5160/12
5160/23 5162/24

**Mr. Greene's [11]**
5142/7 5143/23 5144/1
5144/7 5144/22
5151/11 5151/16
5155/11 5159/21
5159/24 5162/14

**Mr. Greens's [1]**
5141/11

**Mr. Harrelson [16]**
5069/7 5093/22 5094/8
5095/1 5095/11
5097/12 5097/14
5100/17 5101/20
5105/17 5106/10
5117/25 5118/8
5118/14 5121/6

**Mr. Harrelson's [4]**
5117/4 5118/12
5122/13 5123/13

**Mr. Isaacs [7]** 5116/13
5116/20 5116/25
5117/17 5117/24
5118/15 5119/17

**Mr. Isaacs had [1]**
5118/17

**Mr. Linder [3]** 5061/16
5067/3 5076/25

**Mr. Manzo [1]** 5185/25

**Mr. Meggs [5]** 5069/6
5069/13 5121/12
5136/18 5136/23

**Mr. Nestler [8]** 5114/18
5120/15 5124/17
5125/19 5136/4 5178/4
5184/2 5185/5

**Mr. Raleston [1]**
5176/25

**Mr. Rhodes [53]**
5061/4 5061/9 5062/18
5063/22 5064/3
5064/19 5065/2
5065/13 5066/2 5067/4
5067/17 5070/1 5070/3
5070/9 5070/12
5070/20 5070/23
5071/12 5071/24
5072/3 5072/6 5072/17
5072/19 5072/20
5073/9 5073/24 5074/5
5074/6 5074/15
5074/22 5074/25
5075/3 5075/7 5078/5
5080/11 5080/12
5080/22 5081/4 5081/6
5083/18 5088/17
5088/18 5088/21
5136/23 5140/1 5145/8
5155/3 5155/6 5156/8
5158/7 5160/6 5160/11
5162/10

**Mr. Rhodes' [19]**
5072/11 5072/17
5089/1 5131/14
5131/18 5132/1 5140/4
5140/18 5142/5 5144/4
5147/12 5148/10
5153/12 5155/9
5156/21 5156/24
5157/3 5160/14 5163/2

**Mr. Woodward [5]**
5077/25 5078/1
5079/13 5080/17
5170/21

**Mr. Woodward's [2]**
5062/16 5080/5

**Ms. [24]** 5070/8
5071/20 5079/12
5081/1 5085/12
5114/18 5130/22
5140/10 5140/15
5140/16 5158/19
5170/11 5170/18
5173/16 5175/5 5177/9

**Mr. Harrelson's [4]**
5182/20 5183/11
5183/16 5186/5 5190/9
5190/20

**Ms. Cain [2]** 5130/22
5140/15

**Ms. Drew [2]** 5085/12
5140/16

**Ms. Gousset LaCroix
[1]** 5114/18

**Ms. Haller [5]** 5079/12
5081/1 5186/5 5190/9
5190/20

**Ms. Rakoczy [2]**
5070/8 5071/20

**Ms. SoRelle [1]**
5140/10

**Ms. Watkins [7]**
5170/11 5170/18
5177/9 5180/19
5181/20 5183/11
5183/16

**Ms. Watkins' [2]**
5173/16 5182/20

**Ms. Wintermeyer [2]**
5158/19 5175/5

**much [7]** 5062/8
5074/11 5081/11
5118/16 5119/14
5138/7 5139/4

**mull [1]** 5083/5

**multiple [5]** 5102/12
5105/1 5123/11
5131/21 5176/7

**munitions [3]** 5099/21
5101/6 5101/10

**mute [2]** 5183/2 5183/3

**muted [1]** 5183/7

**my [53]** 5061/8
5062/11 5063/6
5073/21 5073/22
5078/7 5078/24 5081/7
5081/17 5087/1
5092/20 5093/17
5094/21 5095/11
5095/18 5095/25
5098/25 5099/19
5109/15 5129/18
5129/23 5134/18
5135/2 5137/3 5137/25
5138/1 5143/17
5145/10 5147/20
5147/25 5148/5 5148/5
5148/23 5153/5 5157/5
5162/12 5162/22
5165/23 5166/14
5167/11 5167/22
5168/13 5168/24
5169/20 5170/5
5171/15 5174/20
5175/25 5176/15
5178/15 5179/1
5182/14 5188/2

**myself [1]** 5132/13

**N**

**name [5]** 5069/15
5130/20 5132/15

**named [1]** 5166/4

**narrative [2]** 5125/2
5125/15

**narrow [1]** 5150/19

**national [1]** 5112/21

**national anthem [1]**
5112/21

**nature [2]** 5120/12
5185/9

**near [3]** 5067/24
5069/7 5114/24

**nearby [1]** 5088/7

**necessarily [2]** 5183/8
5187/25

**necessary [1]** 5081/18

**necessitated [1]**
5068/22

**need [11]** 5070/4
5079/15 5081/8
5081/14 5083/17
5087/15 5087/18
5112/13 5145/19
5187/25 5188/18

**negative [11]** 5072/24
5073/2 5073/4 5075/12
5075/21 5081/6
5083/20 5084/4
5084/15 5085/3 5124/4

**Nestler [10]** 5055/14
5060/12 5114/18
5120/15 5124/17
5125/19 5136/4 5178/4
5184/2 5185/5

**never [8]** 5107/6
5132/12 5133/6 5137/7
5156/2 5164/11 5170/3
5189/8

**news [1]** 5061/19

**next [21]** 5063/10
5072/25 5077/13
5078/24 5079/5
5079/17 5079/17
5079/20 5079/23
5080/12 5084/19
5085/1 5085/12
5085/15 5094/16
5097/18 5099/17
5123/7 5158/4 5158/8
5186/5

**nice [1]** 5184/21

**night [6]** 5061/4 5061/9
5061/12 5063/8
5072/23 5081/15

**Nigrotime [2]** 5114/20
5117/21

**NJ [1]** 5057/9

**no [73]** 5055/4 5060/7
5060/8 5070/2 5071/9
5071/25 5072/4 5073/3
5074/18 5075/7 5085/1
5087/12 5087/25
5088/1 5088/2 5089/2
5090/13 5090/13
5093/10 5097/25
5099/20 5101/21
5102/25 5103/12
5103/12 5105/18

**noise [4]** 5182/23
5183/2 5183/9 5183/14

**none [1]** 5157/7

**north [2]** 5056/15
5122/1

**northeast [5]** 5101/15
5101/25 5104/22
5106/3 5106/8

**Northern [1]** 5077/3

**nose [1]** 5102/7

**not [162]**

**note [2]** 5080/3 5119/5

**nothing [2]** 5124/5
5188/21

**notice [4]** 5062/7
5083/11 5088/16
5107/6

**noticeable [1]** 5101/19

**notwithstanding [1]**
5066/17

**November [2]** 5081/17
5182/1

**now [64]** 5065/12
5067/1 5070/23
5075/14 5077/17
5077/17 5080/15
5083/17 5085/14
5086/21 5086/22
5087/3 5087/4 5092/23
5094/19 5094/22
5095/7 5099/7 5101/3
5101/11 5101/18
5102/16 5103/7 5105/7
5106/2 5108/25
5109/21 5112/24
5114/4 5115/11
5115/24 5117/1 5117/8
5117/20 5119/18
5121/16 5129/1 5135/9
5137/23 5142/20
5142/23 5144/2
5144/21 5149/23
5150/7 5150/8 5151/11
5151/25 5152/22
5155/11 5157/25
5158/13 5158/22

**narrative [2]** (col 4 continued)
5109/16 5111/18
5112/12 5113/7
5113/22 5119/5
5120/21 5122/8
5122/24 5123/4 5125/4
5126/6 5128/9 5129/7
5133/6 5149/19
5151/18 5155/17
5157/7 5157/10
5157/12 5158/18
5159/22 5162/18
5163/23 5164/11
5165/23 5166/11
5168/8 5168/14 5170/5
5173/20 5174/8
5174/20 5175/21
5175/22 5176/13
5179/14 5181/5 5181/9
5181/19 5181/23
5183/25 5188/20
5188/24

## N

now... [11] 5171/7
5171/11 5172/23
5175/14 5176/17
5177/12 5178/13
5181/15 5184/18
5185/23 5185/24
number [32] 5063/9
5066/10 5075/5
5080/19 5088/22
5103/8 5103/10
5103/11 5107/22
5119/2 5122/6 5122/7
5134/21 5149/21
5150/23 5150/25
5153/12 5153/15
5153/17 5160/23
5160/24 5170/22
5172/4 5172/7 5172/8
5173/10 5173/11
5173/13 5173/24
5173/24 5177/17
5179/20
numbers [1] 5132/6
NW [3] 5055/17 5057/3
5058/4

## O

Oak [2] 5056/3 5056/7
Oath [17] 5094/20
5094/24 5108/8
5110/13 5114/3
5114/22 5115/8
5115/14 5115/15
5115/18 5118/23
5120/3 5120/5 5120/9
5120/10 5121/12
5122/3
Oath Keepers [15]
5094/20 5094/24
5108/8 5110/13 5114/3
5114/22 5115/14
5115/15 5115/18
5118/23 5120/3 5120/5
5120/9 5120/10 5122/3
object [5] 5083/12
5083/16 5104/6
5113/22 5178/6
objected [1] 5085/11
objecting [4] 5185/22
5186/6 5186/10
5186/25
objection [24] 5090/9
5090/13 5098/13
5103/9 5103/12 5104/2
5104/24 5111/2 5113/7
5119/4 5119/5 5120/20
5120/21 5122/5 5122/8
5122/15 5123/1 5123/4
5124/16 5125/5
5132/17 5134/14
5150/14 5161/22
objections [4] 5083/5
5153/1 5170/15 5178/2
observations [1]
5069/19
obstruct [1] 5185/16
obstruction [1]

obvious [2] 5083/17
5147/4
obviously [8] 5062/7
5066/3 5077/2 5080/13
5080/23 5082/25
5097/3 5188/12
occurred [4] 5106/9
5115/13 5122/2
5181/25
October [2] 5055/5
5192/7
off [21] 5076/6 5076/21
5078/20 5079/16
5082/5 5089/20
5090/12 5095/8 5108/4
5108/6 5110/19
5111/14 5112/20
5112/22 5115/13
5120/17 5144/19
5165/23 5167/5 5180/8
5181/3
off-screen [1] 5095/8
OFFICE [1] 5055/16
officer [41] 5067/23
5067/23 5068/3 5069/5
5069/14 5069/19
5078/2 5079/10 5081/2
5097/23 5098/1 5120/1
5121/11 5163/22
5164/8 5164/21 5170/4
5186/4 5186/20
5186/21 5187/5 5187/9
5187/9 5187/10
5187/12 5187/13
5187/16 5187/23
5188/4 5188/7 5188/9
5188/10 5188/15
5188/17 5189/15
5190/1 5190/6 5190/9
5190/11 5190/22
5190/25
Officer Dunn [6]
5069/14 5069/19
5078/2 5079/10 5081/2
5120/1
officer's [4] 5068/9
5187/11 5187/19
5189/16
officers [3] 5098/10
5114/7 5114/14
OFFICES [1] 5057/3
official [4] 5058/3
5109/16 5185/12
5185/16
often [2] 5159/16
5169/17
oftentimes [1] 5169/13
Oh [5] 5071/22 5074/6
5103/3 5122/21
5122/25
okay [184]
Old [1] 5181/21
Old Leadership [1]
5181/21
once [2] 5067/14
one [41] 5062/5
5062/10 5067/15

5083/22 5084/4
5087/22 5097/18
5107/18 5113/19
5115/22 5127/17
5131/11 5131/15
5131/17 5131/22
5134/4 5135/5 5135/21
5136/12 5137/22
5142/12 5142/18
5145/10 5154/12
5156/20 5158/6
5163/19 5165/22
5168/7 5168/11
5168/25 5171/4 5171/4
5175/7 5177/13
5179/23 5189/4 5190/6
5191/8
ones [1] 5078/7
only [8] 5060/18
5074/4 5079/5 5080/10
5082/6 5135/21
5180/14 5186/3
Op [6] 5127/3 5127/5
5130/16 5131/12
5133/2 5153/20
open [13] 5074/17
5108/21 5111/1
5112/18 5116/7 5116/9
5118/23 5125/23
5138/3 5151/23 5152/8
5158/20 5184/16
opened [5] 5108/9
5108/12 5110/23
5111/6 5115/21
opening [5] 5102/16
5102/17 5104/17
5110/17 5136/21
opens [3] 5109/22
5110/21 5130/6
operating [1] 5081/12
operations [1] 5165/25
opinion [1] 5120/5
opinions [1] 5124/21
opportunity [5] 5065/3
5065/8 5075/14
5089/23 5127/12
opposed [2] 5148/8
5158/16
optimistically [1]
5079/7
order [5] 5068/7
5074/9 5106/13
5106/14 5132/5
original [5] 5136/21
5136/21 5139/18
5139/20 5139/25
Originating [1]
5173/11
ostensibly [3] 5141/2
5160/11 5170/17
other [25] 5065/3
5065/4 5065/9 5068/5
5072/24 5074/10
5077/10 5078/2 5078/7
5080/5 5093/13
5100/18 5123/22
5140/9 5140/15

5154/12 5163/1 5166/7
5177/13 5183/9
5185/14 5191/13
other's [2] 5096/7
5096/21
others [11] 5068/6
5069/7 5069/13
5069/20 5097/23
5124/1 5140/10
5181/12 5182/14
5185/17 5185/17
ought [5] 5075/21
5081/2 5083/4 5137/11
5146/14
our [14] 5076/4 5077/5
5077/19 5080/17
5082/18 5083/8
5083/19 5084/7 5084/9
5088/24 5138/4
5163/15 5184/18
5185/22
out [26] 5073/21
5074/3 5077/20
5079/15 5080/22
5081/4 5081/20 5082/3
5084/9 5085/1 5085/13
5101/13 5105/9
5105/12 5118/11
5132/5 5141/13 5146/1
5157/8 5159/14
5168/25 5180/7
5185/13 5189/22
5190/4 5190/24
outlook.com [1]
5057/6
outside [4] 5116/12
5138/11 5186/8
5188/22
outskirts [1] 5107/1
over [13] 5063/10
5075/22 5075/23
5077/21 5083/5
5083/25 5089/25
5091/7 5092/23
5093/23 5101/13
5102/7 5107/25
overruled [1] 5104/25
owe [1] 5081/16
Owens [1] 5068/4
own [2] 5066/18
5066/18

## P

P. [1] 5060/3
P.A [1] 5057/12
p.m [15] 5099/13
5105/2 5106/18
5106/22 5109/10
5109/12 5136/24
5147/14 5147/18
5148/7 5148/12 5159/9
5160/24 5191/16
5191/16
PA [1] 5056/15
page [3] 5161/11
5172/18 5175/7
pain [2] 5086/21

painfully [1] 5141/12
Palian [1] 5177/1
panel [3] 5088/3
5146/18 5152/6
panning [1] 5182/22
paragraph [1] 5132/16
parallel [3] 5168/18
5169/9
Parker [1] 5068/6
part [12] 5069/12
5076/10 5090/2 5090/3
5129/25 5130/7 5130/8
5153/19 5160/7 5163/6
5176/4 5178/14
partially [1] 5186/3
particular [13] 5117/8
5119/13 5133/4 5135/7
5138/23 5142/5 5149/6
5151/7 5155/14
5162/13 5165/21
5172/23 5175/15
particularly [1]
5140/24
parts [1] 5119/13
party [6] 5123/12
5187/1 5187/8 5188/21
5190/8 5190/13
passed [1] 5075/14
past [7] 5075/20
5077/17 5118/13
5129/1 5134/8 5152/19
5177/4
patience [1] 5088/15
pause [4] 5086/5
5102/15 5125/24
5141/15
pay [1] 5118/12
paying [1] 5113/19
PDF [3] 5127/12
5136/21 5136/22
peace [1] 5099/15
pendency [1] 5082/19
pending [1] 5185/9
Pennsylvania [1]
5057/3
people [14] 5061/20
5092/1 5095/8 5095/19
5098/20 5102/2 5114/6
5116/11 5117/15
5124/21 5124/22
5125/3 5125/6 5160/25
people's [2] 5140/9
5140/21
perceived [1] 5077/10
perhaps [4] 5073/16
5083/14 5152/13
5184/7
perimeter [1] 5105/14
person [18] 5061/10
5063/25 5072/3 5096/9
5125/19 5133/20
5137/12 5145/15
5167/11 5167/21
5178/24 5186/7
5186/17 5188/5
5190/21 5190/22
5190/25 5191/1

**P**

**person's [1]** 5187/4
**personal [10]** 5061/5
5067/17 5075/5
5088/22 5089/21
5090/6 5097/20 5100/6
5104/20 5106/25
**personally [2]** 5064/4
5157/7
**pertains [2]** 5140/24
5165/5
**phillip [3]** 5056/2
5056/6 5060/15
**Phillip Linder [1]**
5060/15
**phone [81]** 5063/6
5107/12 5110/12
5112/7 5123/8 5127/16
5127/20 5128/11
5128/20 5128/23
5131/14 5131/18
5134/4 5137/3 5140/4
5140/12 5140/18
5141/11 5142/5 5142/7
5143/23 5144/1 5144/4
5144/7 5144/22
5145/15 5145/15
5147/12 5148/5 5148/5
5148/6 5148/10
5148/11 5149/7 5149/8
5149/13 5149/16
5150/3 5150/10
5151/12 5151/17
5153/12 5153/15
5153/17 5155/9
5155/11 5156/16
5156/16 5156/21
5156/24 5157/14
5159/10 5159/21
5159/24 5160/14
5162/14 5163/2
5170/10 5171/12
5172/3 5172/4 5172/6
5172/12 5172/14
5173/9 5173/10
5173/16 5173/19
5173/20 5175/24
5176/8 5176/12 5177/8
5178/16 5178/17
5178/23 5180/18
5182/20 5183/7
5183/15 5184/2
**phones [6]** 5127/9
5128/8 5131/6 5131/21
5140/9 5140/21
**phrase [2]** 5148/1
5185/10
**physically [2]** 5063/21
5066/9
**pick [2]** 5089/24
5100/5
**picked [1]** 5097/19
**place [4]** 5091/12
5105/2 5110/7 5140/14
**placed [2]** 5115/13
5115/16
**Plaintiff [1]** 5055/4
**planning [4]** 5063/10

**plans [2]** 5077/25
5083/8
**plastered [1]** 5061/20
**platforms [1]** 5091/11
**play [8]** 5091/21
5113/1 5117/10
5118/20 5119/15
5121/13 5132/23
5189/13
**played [24]** 5091/8
5091/22 5092/11
5094/6 5101/1 5101/16
5101/23 5103/17
5105/5 5105/21
5105/21 5106/23
5109/19 5109/24
5110/9 5111/23 5112/5
5120/25 5121/14
5121/24 5125/25
5182/13 5182/13
5183/15
**playing [3]** 5091/6
5094/17 5095/3
**pleadings [1]** 5123/11
**please [36]** 5060/4
5088/10 5090/23
5091/16 5096/8
5102/13 5103/16
5104/8 5104/9 5106/6
5112/7 5113/20
5117/10 5119/12
5119/14 5122/6
5122/22 5123/8 5132/3
5132/4 5133/7 5138/11
5142/13 5144/24
5146/20 5149/1
5150/24 5154/12
5170/13 5171/16
5171/23 5172/9 5175/5
5175/7 5176/15
5177/23
**plug [1]** 5148/23
**plus [1]** 5164/8
**point [30]** 5072/16
5075/11 5082/15
5082/16 5082/22
5083/9 5087/15
5089/24 5094/16
5099/3 5099/8 5101/18
5104/12 5105/20
5107/4 5116/8 5116/15
5136/1 5137/3 5137/16
5141/24 5144/21
5145/10 5150/19
5161/1 5167/18 5168/2
5168/19 5177/5 5188/2
**pointing [1]** 5115/1
**points [3]** 5111/13
5112/12 5144/25
**police [20]** 5067/23
5068/3 5069/11
5090/15 5097/23
5098/1 5098/10
5098/21 5099/10
5099/25 5100/2
5100/24 5101/6 5101/9
5108/15 5114/7

**pools [1]** 5105/12
**pop [1]** 5092/8
**porta [1]** 5092/19
**portion [5]** 5093/15
5140/25 5172/18
5176/6 5187/1
**pose [1]** 5145/13
**position [5]** 5080/6
5125/17 5134/17
5139/21 5143/16
**positive [1]** 5084/14
**possibility [1]** 5083/20
**possible [1]** 5080/18
**possibly [3]** 5079/6
5080/1 5082/10
**posting [1]** 5181/25
5182/4
**potential [2]** 5063/15
5077/6
**potentially [8]** 5065/9
5065/16 5065/21
5076/6 5127/8 5135/1
5188/8 5190/17
**potties [1]** 5092/19
**practice [1]** 5075/25
**precede [1]** 5181/16
**precise [1]** 5080/15
**precisely [2]** 5063/19
5066/2
**prefer [2]** 5067/6
5176/17
**prejudice [2]** 5080/20
5188/25
**preparation [2]** 5128/8
5164/10
**prepare [5]** 5125/13
5136/15 5138/23
5139/16 5157/2
**prepared [16]** 5061/5
5061/9 5063/8 5081/2
5083/13 5123/16
5123/17 5124/18
5136/5 5136/7 5137/12
5140/17 5141/9
5141/10 5143/11
5170/15
**presence [9]** 5061/10
5061/10 5064/15
5066/19 5067/25
5068/8 5069/9 5069/14
5072/11
**present [17]** 5060/18
5060/24 5062/7 5063/4
5063/5 5063/5 5063/16
5063/21 5063/21
5064/4 5064/20
5064/24 5066/9 5082/4
5108/15 5124/11
5190/7
**president [5]** 5068/23
5091/4 5091/10
5093/13 5093/16
**President Trump [2]**
5091/4 5091/10
**President's [1]** 5094/2
**Presidential [1]** 5105/8

**presiding [1]** 5105/8
**pressured [3]** 5070/18
5071/21 5071/23
**presumably [1]**
5139/21
**pretty [3]** 5124/4
5151/22 5182/25
**Prettyman [1]** 5058/4
**previously [4]** 5077/8
5089/12 5103/6 5147/6
**primarily [1]** 5160/13
**prior [6]** 5085/3
5104/17 5110/17
5128/7 5169/10
5169/20
**private [1]** 5075/25
**probably [8]** 5062/13
5077/12 5079/5 5114/2
5129/4 5152/13
5170/14 5184/13
**probative [1]** 5123/13
**problem [3]** 5067/10
5105/15 5108/3
**problems [1]** 5100/24
**procedure [3]** 5167/4
5167/4 5167/8
**procedures [2]** 5164/9
5165/14
**proceed [4]** 5072/8
5075/6 5078/1 5080/1
**proceeding [4]**
5074/17 5081/25
5185/12 5185/16
**proceedings [10]**
5055/9 5058/6 5060/24
5063/25 5064/5
5066/10 5066/20
5071/8 5072/3 5192/4
**process [2]** 5145/8
5167/7
**processed [1]** 5154/23
**produced [3]** 5058/7
5120/19 5139/3
**proffers [1]** 5124/1
**program [23]** 5129/12
5130/6 5141/10
5142/21 5142/22
5142/25 5143/1
5143/10 5144/6 5146/2
5148/14 5148/16
5149/4 5151/23
5154/25 5156/2
5156/16 5178/13
5178/15 5179/6
5179/12 5179/13
5180/25
**pronounce [1]** 5114/17
**proper [1]** 5118/21
**proposition [1]**
5065/14
**proprietary [1]**
5129/12
**prosecutors [1]**
5124/19
**protectees [1]** 5105/17
**prove [1]** 5124/3
**provide [4]** 5062/9
5065/16 5118/20

**provided [10]** 5071/16
5124/23 5130/4 5130/7
5130/8 5139/5 5139/11
5174/10 5177/16
5186/5
**providers [1]** 5128/2
**provides [1]** 5124/13
**providing [1]** 5139/11
**provocateur [3]**
5098/18 5102/8
5121/20
**provocateurs [4]**
5098/9 5098/17 5102/2
5105/11
**prudent [1]** 5082/16
**PSD [1]** 5097/8
**public [6]** 5074/17
5092/24 5093/2 5093/4
5093/6 5093/7
**publications [2]**
5165/9 5165/9
**publish [3]** 5090/22
5103/16 5178/2
**pull [17]** 5128/18
5128/19 5128/23
5132/3 5133/7 5133/24
5134/22 5141/8
5141/10 5142/21
5144/22 5146/1 5147/5
5159/14 5170/13
5171/16 5171/23
**pulled [6]** 5131/14
5134/1 5154/22
5162/13 5179/13
5180/18
**pulling [2]** 5105/9
5127/8
**pulls [1]** 5152/18
**purple [1]** 5162/16
**purported [1]** 5160/5
**purports [1]** 5146/5
**purpose [5]** 5063/6
5123/24 5124/12
5135/6 5135/7
**purposes [3]** 5082/18
5084/7 5125/13
**push [5]** 5068/7 5100/2
5117/14 5117/17
5117/18
**pushes [1]** 5116/20
5117/2
**pushing [1]** 5106/17
**put [17]** 5076/4 5076/6
5079/1 5079/4 5079/16
5108/23 5115/14
5123/23 5125/12
5127/12 5131/22
5135/1 5136/12 5188/3
**puts [1]** 5084/24
**putting [1]** 5085/13
**PUTZI [1]** 5057/12

**Q**

**quarantine [2]** 5073/3
5077/8
**quarter [1]** 5161/11
**question [29]** 5061/18

**Q**

**question... [28]** 5062/8
5072/19 5076/18
5078/25 5082/1
5082/23 5102/4
5104/19 5106/4 5106/6
5117/9 5119/23
5144/9 5145/12
5147/25 5151/16
5154/24 5157/5
5162/19 5162/22
5162/24 5167/22
5169/7 5176/10
5179/13 5179/14
**questions [16]**
5063/19 5069/25
5070/11 5070/14
5070/15 5070/18
5072/1 5077/3 5087/23
5112/14 5113/1 5126/6
5141/17 5145/17
5183/19 5185/19
**queue [3]** 5079/2
5079/4 5119/13
**queued [1]** 5112/24
**quick [4]** 5062/15
5095/9 5139/4 5177/24
**quickly [4]** 5139/12
5147/3 5171/25
5177/13
**quit [1]** 5152/3
**quite [4]** 5076/11
5098/9 5117/15
5128/14

**R**

**raging [1]** 5101/3
**raise [3]** 5087/16
5087/19 5189/1
**raised [1]** 5085/11
**Rakoczy [4]** 5055/14
5060/12 5070/8
5071/20
**Raleston [2]** 5176/25
**rally [1]** 5093/7
**Range [1]** 5169/25
**rank [1]** 5164/4
**rather [1]** 5079/16
**reach [2]** 5077/20
5077/21
**reaction [1]** 5101/19
**read [5]** 5061/19
5134/20 5143/1
5147/21 5166/9
**reading [2]** 5161/18
5181/13
**ready [3]** 5082/8
5089/7 5167/2
**real [2]** 5062/15 5095/9
**realize [1]** 5136/22
**really [7]** 5067/15
5099/25 5110/16
5124/3 5139/12
5143/10 5152/4
**Realtime [1]** 5058/3
**reason [18]** 5062/9
5088/18 5102/25

5154/3 5154/10
5151/14 5151/16
5161/2 5162/19
5162/24 5163/1
5163/23 5179/6
5179/13 5179/14
5181/18 5181/23
5188/22
**reasonable [1]**
5075/17
**reasonably [1]** 5079/9
**reasons [4]** 5083/17
5124/2 5147/4 5190/5
**recall [15]** 5061/13
5127/2 5127/4 5131/25
5132/1 5134/9 5149/17
5151/15 5161/1
5162/16 5163/23
5166/15 5181/19
5182/3 5189/20
**recalling [2]** 5181/1
5182/1
**receipt [8]** 5140/23
5141/4 5141/6 5142/8
5142/19 5144/12
5144/24 5155/19
**receive [4]** 5142/11
5145/14 5157/11
5161/2
**received [49]** 5090/14
5103/14 5113/11
5119/10 5120/23
5122/10 5128/1
5128/13 5135/15
5135/17 5135/23
5136/16 5141/2
5142/14 5142/23
5143/2 5143/5 5143/20
5145/4 5147/19
5147/22 5148/4 5154/7
5154/9 5154/14
5154/16 5155/1
5155/23 5155/25
5156/7 5157/1 5157/6
5158/2 5158/10
5158/14 5158/16
5159/1 5159/2 5159/4
5159/9 5160/10
5160/17 5160/23
5162/19 5162/24
5175/16 5176/1
5176/12 5179/4
**receiving [1]** 5148/8
**Recess [2]** 5146/17
5191/16
**recipient [4]** 5142/11
5144/11 5160/16
5175/16
**recipients [1]** 5143/5
**recognize [14]** 5092/13
5132/10 5132/12
5139/10 5152/13
5152/14 5161/7 5162/4
5162/6 5162/21 5172/6
5172/8 5178/9 5188/10
**recognizes [1]** 5161/25
**recollect [1]** 5127/1
**recollection [4]**

5099/18 5127/17
5162/12
**record [10]** 5075/25
5076/21 5082/18
5082/22 5090/12
5120/17 5125/12
5128/1 5144/19 5192/3
**recorded [1]** 5058/6
**records [4]** 5069/1
5128/4 5172/2 5174/23
**RECROSS [1]** 5059/4
**red [1]** 5102/6
**redirect [8]** 5059/4
5061/14 5067/20
5072/14 5184/5
5184/11 5184/19
5185/7
**refer [1]** 5065/15
**reference [2]** 5114/1
5116/8
**referenced [4]** 5131/12
5156/19 5157/3
5172/11
**references [1]** 5132/14
5159/12
**referencing [3]** 5158/7
5173/25 5180/9
**referred [1]** 5123/11
**reflective [1]** 5105/12
**refresh [1]** 5132/20
**refreshing [1]** 5127/7
**regard [1]** 5083/18
**regarding [3]** 5077/6
5085/12 5127/3
**Registered [1]** 5058/2
**Regrettably [1]** 5089/4
**regular [1]** 5102/2
**Regulations [2]**
5165/11 5166/11
**related [1]** 5185/15
**relates [1]** 5187/12
**relationships [1]**
5124/1
**relative [1]** 5183/14
**released [1]** 5078/17
**relevance [2]** 5189/16
5189/18
**relevant [4]** 5094/16
5187/4 5187/9 5189/17
**reliable [1]** 5123/13
**reliant [1]** 5077/12
**relied [1]** 5159/17
**relying [1]** 5160/13
**remaining [1]** 5072/12
5088/20
**remains [1]** 5073/16
**remember [16]** 5129/2
5131/17 5131/18
5131/24 5133/4 5154/2
5161/12 5161/17
5163/20 5166/3
5181/20 5182/5 5182/6
5182/9 5182/10
5182/17
**remotely [2]** 5063/21
5063/25
**remove [1]** 5180/22
**removed [3]** 5104/7

**repeat [1]** 5169/7
**report [4]** 5072/17
5122/13 5139/18
5172/10
**Reporter [4]** 5058/2
5058/2 5058/3 5058/3
**reports [1]** 5128/9
**representations [1]**
5078/21
**represents [1]** 5111/15
**request [2]** 5082/6
5157/24
**requested [3]** 5073/19
5073/25 5117/7
**required [2]** 5101/6
5164/25
**requiring [1]** 5082/7
**researched [1]**
5180/25
**residence [1]** 5083/2
**residency [2]** 5082/18
5083/15
**resident [1]** 5083/1
**respect [2]** 5063/9
5071/16
**respectfully [1]** 5082/6
**respective [2]** 5133/20
5163/15
**respond [1]** 5080/10
5186/12
**response [1]** 5130/23
**rest [1]** 5117/18
**restrict [2]** 5129/15
5129/15
**Restroom [1]** 5085/23
**restructure [1]** 5080/7
**result [1]** 5084/12
**resume [2]** 5083/21
5084/11 5138/6
**RESUMED [1]** 5089/12
**resuming [1]** 5084/8
**retired [2]** 5089/24
5102/18
**return [3]** 5079/22
5081/19 5184/20
**returning [1]** 5089/18
**reverse [2]** 5106/13
5106/13
**review [1]** 5070/5
**reviewed [6]** 5130/13
5130/17 5136/8
5140/18 5143/25
5176/8
**reviewing [2]** 5124/23
5132/1
**reviews [1]** 5145/15
**rewind [1]** 5113/20
**RHODES [63]** 5055/6
5056/2 5060/8 5060/16
5060/25 5061/4 5061/9
5062/18 5063/22
5064/3 5064/19 5065/2
5065/13 5066/2 5067/4
5067/17 5070/1 5070/3
5070/9 5070/12
5070/20 5070/23
5071/12 5071/24

5072/6 5072/17
5072/19 5072/20
5073/9 5073/24 5074/1
5074/6 5074/15
5074/22 5074/25
5075/3 5075/7 5078/5
5080/11 5080/12
5080/22 5081/4 5081/6
5083/18 5088/17
5088/18 5088/21
5131/15 5133/14
5136/23 5140/1 5142/3
5142/14 5145/8
5145/24 5155/3 5155/6
5156/8 5158/7 5160/6
5160/11 5162/10
**Rhodes' [20]** 5072/11
5072/17 5089/1
5131/14 5131/18
5132/1 5138/24 5140/4
5140/18 5142/5 5144/4
5147/12 5148/10
5153/12 5155/9
5156/21 5156/24
5157/3 5160/14 5163/2
**rifle [1]** 5168/6
**right [199]**
**rights [3]** 5063/15
5067/16 5072/2
**rioters [1]** 5105/14
**rise [5]** 5060/2 5086/6
5138/8 5184/23 5191/7
**risks [1]** 5137/8
**Ritchie [1]** 5057/13
**RMR [2]** 5192/2 5192/8
**Robitussin [1]** 5071/3
**rocks [1]** 5166/21
**roll [1]** 5188/6
**rolling [1]** 5104/15
**room [11]** 5121/3
5122/2 5164/9 5164/17
5166/8 5166/17 5167/4
5167/8 5168/4 5168/19
5168/20
**rooms [1]** 5169/13
**Rotunda [4]** 5067/24
5069/7 5069/8 5121/3
**roughly [3]** 5101/25
5163/25 5164/2
**round [1]** 5121/2
**row [2]** 5134/13
5178/23
**rows [1]** 5155/16
5155/16
**Ruffin [1]** 5075/15
**rule [2]** 5075/11 5077/8
**run [1]** 5112/14
**running [3]** 5075/25
5092/19 5092/21
**Ryan [1]** 5067/23

**S**

**safely [2]** 5077/12
5085/16
**said [27]** 5068/12
5070/13 5073/2 5073/9
5088/25 5124/6 5125/4
5139/17 5153/18

**said... [18]** 5156/23
5159/15 5163/20
5163/25 5164/21
5180/24 5187/12
5187/13 5187/22
5187/24 5188/4
5188/17 5189/4 5189/5
5189/15 5190/15
5190/20 5190/22
**Salke [3]** 5067/23
5067/24 5186/4
**same [15]** 5065/2
5080/6 5128/17
5128/22 5134/22
5137/9 5139/10 5140/9
5140/21 5142/14
5144/7 5145/8 5157/11
5170/14 5171/7
**satisfied [1]** 5071/15
**saw [3]** 5081/23
5139/24 5139/24
**say [40]** 5061/16
5062/12 5073/1 5073/4
5073/23 5079/19
5081/1 5082/3 5083/12
5084/9 5084/13 5093/6
5093/16 5094/1 5102/8
5120/13 5129/4 5130/2
5130/12 5139/9
5139/21 5139/23
5142/23 5142/23
5143/17 5146/15
5149/2 5151/13
5157/11 5159/9 5165/3
5170/23 5180/2
5186/17 5188/4 5189/2
5189/4 5189/8 5190/10
5191/11
**saying [5]** 5137/15
5143/3 5148/3 5187/2
5187/23
**says [15]** 5074/3
5081/16 5143/2
5144/10 5146/7
5154/14 5154/16
5155/14 5155/23
5158/17 5159/8
5161/20 5165/25
5188/7 5189/14
**scarf [1]** 5102/7
**scenario [1]** 5085/5
**scenarios [1]** 5165/7
**schedule [1]** 5073/11
**scheduled [1]** 5081/17
**schedules [3]** 5077/1
5077/11 5077/15
**scheduling [1]** 5076/9
**sciatica [2]** 5081/22
5086/23
**screen [24]** 5091/1
5091/3 5091/5 5091/17
5092/17 5094/13
5094/19 5095/8
5095/21 5100/18
5139/19 5145/16
5148/25 5149/1 5154/3
5158/4 5158/9 5158/22

5178/13 5179/5 5179/7
5180/8
**screenshot [5]**
5150/20 5151/3
5152/22 5158/25
5178/10
**scroll [1]** 5151/20
5152/3 5177/13
**scrolling [1]** 5174/16
**seat [6]** 5081/15
5081/21 5086/7
5086/10 5086/12
5185/3
**seated [3]** 5060/4
5088/10 5146/20
**second [8]** 5074/5
5087/22 5088/4
5110/23 5138/2
5157/15 5175/19
5191/10
**seconds [11]** 5108/6
5108/9 5108/10
5108/12 5110/16
5111/14 5112/15
5116/6 5116/9 5118/11
5143/20
**Secret [1]** 5068/20
**security [14]** 5068/22
5089/21 5090/7 5092/4
5095/14 5095/17
5095/22 5096/5
5097/21 5098/11
5100/6 5104/20
5104/21 5107/1
**see [109]** 5061/22
5072/16 5073/10
5073/11 5075/15
5080/20 5081/3
5085/21 5088/3
5090/25 5091/3 5091/5
5091/17 5091/19
5091/20 5092/7
5092/16 5092/18
5092/23 5093/15
5094/2 5094/19 5095/6
5095/8 5096/6 5096/7
5096/13 5097/1 5097/8
5097/14 5098/8
5098/16 5100/6 5100/8
5100/9 5100/11
5100/16 5100/18
5101/18 5102/20
5104/3 5105/8 5105/10
5105/11 5105/13
5105/14 5106/25
5107/3 5111/6 5111/7
5113/16 5113/24
5114/6 5114/8 5114/10
5114/12 5114/13
5114/21 5115/2
5115/15 5115/24
5116/3 5116/11
5116/13 5117/14
5117/16 5118/1
5118/16 5121/9
5121/18 5121/19
5122/16 5122/24

5132/20 5132/24
5133/9 5133/13
5135/21 5135/22
5136/14 5138/7
5138/18 5141/6 5142/1
5144/22 5146/11
5154/9 5154/14 5155/2
5155/15 5155/17
5155/17 5155/24
5155/24 5156/25
5158/22 5159/4 5159/4
5170/24 5175/17
5175/19 5176/11
5176/20 5178/5 5181/8
5181/16 5191/5
**seeing [7]** 5131/17
5131/18 5131/24
5131/25 5133/4 5140/3
5184/22
**seek [1]** 5189/22
**seeking [4]** 5103/6
5186/18 5186/19
5187/3
**seem [2]** 5092/24
5093/2
**seemed [1]** 5081/23
**seems [4]** 5075/17
5075/23 5118/19
5125/16
**seen [30]** 5073/17
5102/11 5103/25
5107/21 5113/7
5110/12 5132/12
5133/6 5134/7 5134/16
5134/25 5135/3 5135/3
5137/7 5137/13 5139/9
5139/17 5139/22
5145/11 5145/11
5146/7 5146/7 5148/18
5152/14 5152/18
5167/9 5177/3 5181/3
5189/3 5189/8
**Senate [2]** 5068/8
5101/15
**send [2]** 5099/21
5148/4
**sender [3]** 5143/3
5153/10 5155/3
**sending [2]** 5148/7
5156/8
**sense [1]** 5184/18
**sensing [1]** 5170/14
**sent [25]** 5061/12
5135/15 5135/17
5135/23 5136/22
5141/1 5142/13 5143/2
5143/4 5143/20
5147/17 5148/4 5154/2
5154/19 5155/2 5155/6
5155/20 5155/21
5155/24 5158/7
5158/14 5158/17
5158/17 5160/11
5162/10
**separately [1]** 5130/9
**Serbian [1]** 5181/25
**Sergeants [2]** 5089/25

**serious [1]** 5100/23
**serve [1]** 5083/1
**Service [3]** 5068/20
5073/13 5077/20
**serving [1]** 5100/7
**session [2]** 5055/7
5184/21
**set [2]** 5141/16 5168/3
**setup [1]** 5168/20
**seven [6]** 5072/13
5154/4 5170/17
5180/11 5180/12
5186/15
**shakes [1]** 5079/24
**shall [3]** 5082/3 5149/2
5180/2
**she [48]** 5082/20
5082/20 5096/9 5125/2
5130/20 5131/3 5131/5
5131/5 5134/16
5134/17 5134/19
5134/24 5135/3 5135/5
5136/7 5136/14
5136/14 5136/19
5137/6 5137/13
5137/14 5137/20
5138/23 5139/2
5139/15 5139/21
5139/24 5139/24
5139/24 5140/17
5140/17 5140/17
5144/2 5146/7 5146/7
5146/7 5152/13
5152/14 5161/25
5162/3 5169/24 5170/4
5176/12 5179/16
5183/8 5183/13 5186/6
5190/11
**she'd [1]** 5152/14
**she's [8]** 5083/13
5134/20 5135/3
5139/23 5140/3
5143/15 5170/3
5182/22
**sheet [1]** 5162/20
**shields [1]** 5169/13
**shoot [1]** 5087/1
**short [2]** 5067/5
5077/16
**short-term [1]** 5067/5
**shorten [3]** 5073/21
5073/22 5074/2
**shortly [2]** 5099/12
5138/7
**shot [2]** 5149/2
5168/23
**should [12]** 5070/1
5075/6 5081/13
5083/10 5084/19
5085/4 5089/2 5089/3
5128/4 5128/15 5173/4
5173/7
**shoulder [1]** 5096/12
**shoulders [3]** 5096/16
5096/18 5096/22
**shouldn't [2]** 5066/7
5173/5

**show [41]** 5095/9
5109/7 5112/10
5112/11 5113/15
5124/10 5125/1 5125/8
5125/14 5128/12
5135/18 5136/1 5137/1
5140/20 5141/17
5141/19 5141/22
5141/23 5142/23
5144/5 5145/25
5147/21 5147/23
5148/3 5150/20 5151/2
5152/12 5158/9
5158/12 5158/15
5160/16 5161/4
5177/22 5186/19
5187/15 5187/21
5187/23 5187/25
5189/6 5190/17
5190/19
**showed [5]** 5098/9
5106/15 5141/1
5145/22 5180/15
**showing [17]** 5073/3
5104/11 5120/8 5126/4
5135/13 5135/14
5137/3 5137/6 5142/18
5144/21 5150/15
5151/3 5152/22 5158/1
5158/5 5158/16 5188/1
**shown [3]** 5137/11
5142/4 5158/4
**shows [16]** 5104/14
5109/9 5135/22
5139/12 5140/12
5142/5 5143/4 5143/5
5144/7 5144/24 5145/4
5155/15 5155/19
5158/25 5180/12
5180/14
**shuffled [1]** 5115/13
**shut [2]** 5151/21
5177/12
**sic [1]** 5191/12
**side [15]** 5076/1
5076/9 5087/23
5092/24 5093/2 5093/4
5093/6 5095/21
5099/10 5099/13
5100/18 5107/23
5115/13 5152/25
5161/18
**Signal [26]** 5126/25
5127/2 5127/4 5130/13
5135/9 5135/15
5136/16 5138/24
5139/17 5139/25
5140/4 5140/21 5142/5
5147/20 5148/4
5148/11 5149/25
5152/18 5157/3
5160/13 5160/24
5180/25 5181/3 5181/4
5181/13 5181/11
**significant [2]** 5141/4
5142/7
**silhouette [1]** 5168/25
**similar [4]** 5123/17

**similar... [3]** 5130/25 5135/14 5178/18
**similarly [1]** 5166/4
**simple [1]** 5141/19
**simply [4]** 5090/6 5161/25 5187/2 5187/12
**since [4]** 5080/21 5101/4 5129/4 5178/13
**single [5]** 5168/18 5168/21 5168/25 5169/8 5169/13
**sir [29]** 5062/22 5063/12 5064/1 5064/16 5069/22 5072/4 5074/18 5075/16 5076/17 5077/23 5086/8 5088/3 5090/13 5095/19 5101/10 5102/4 5103/12 5106/15 5109/15 5110/5 5110/18 5121/21 5127/24 5149/1 5151/24 5153/17 5155/24 5163/16 5183/22
**sit [1]** 5086/1
**sitting [2]** 5112/13 5163/20
**situation [3]** 5078/12 5080/4 5167/3
**six [1]** 5080/20
**ski [1]** 5102/6
**slides [2]** 5139/16 5144/3
**slow [2]** 5143/9 5171/25
**slower [1]** 5147/1
**slowly [1]** 5152/4
**small [6]** 5069/7 5069/8 5086/23 5090/3 5097/9 5121/2
**so [203]**
**so I think [2]** 5079/9 5085/16
**so on [1]** 5171/8
**So this shows [1]** 5145/4
**soldiers [1]** 5096/7
**solution [1]** 5081/20
**some [40]** 5070/18 5071/3 5073/12 5075/10 5075/11 5081/7 5081/23 5082/2 5082/16 5083/9 5084/18 5092/1 5094/3 5094/3 5094/20 5094/24 5095/20 5098/17 5100/23 5104/3 5108/23 5113/1 5117/15 5120/4 5121/20 5127/19 5128/6 5129/8 5136/1 5137/16 5140/2 5140/22 5144/5 5146/9 5158/19 5165/7 5177/5
**so... [1]** 5185/2
**somebody [13]** 5102/9 5113/17 5113/17 5121/8 5125/11 5125/18 5136/6 5137/13 5142/11 5187/23 5189/4 5189/14 5190/20
**somehow [1]** 5158/14
**someone [7]** 5121/21 5125/7 5125/7 5164/7 5167/12 5167/16 5176/11
**someone's [1]** 5181/15
**something [16]** 5077/12 5083/16 5087/19 5108/17 5108/18 5113/17 5130/25 5137/6 5143/15 5145/18 5152/9 5152/13 5153/18 5158/17 5168/10 5183/7
**sometime [2]** 5087/1 5185/8
**soon [3]** 5075/13 5077/19 5084/12
**SOPs [1]** 5166/12
**SoRelle [5]** 5131/15 5133/14 5140/10 5142/2 5142/14
**sorry [40]** 5062/25 5062/25 5066/22 5068/11 5073/23 5093/1 5093/6 5102/4 5103/3 5103/10 5104/19 5106/4 5107/8 5116/16 5119/22 5119/25 5122/21 5122/25 5124/9 5130/15 5138/17 5139/13 5145/1 5147/25 5150/14 5153/16 5153/18 5154/6 5154/16 5157/21 5157/24 5166/24 5169/7 5171/1 5171/17 5173/24 5177/17 5178/20 5183/24 5187/18
**sort [4]** 5077/17 5086/19 5134/25 5140/15
**sound [1]** 5181/22
**sounds [3]** 5082/9 5135/4 5145/18
**South [1]** 5161/18
**speak [3]** 5093/9 5107/12 5144/18
**speaking [6]** 5091/4 5093/13 5094/24 5097/25 5186/18 5187/2
**speaks [2]** 5186/20 5186/21
**Special [15]** 5067/20 5068/20 5069/12

5078/2 5079/10 5088/7 5089/18 5126/7 5136/6 5136/13 5145/10 5176/25 5177/1
**Special Agent [9]** 5067/20 5068/20 5069/12 5069/16 5072/10 5078/2 5079/10 5126/7 5145/10
**Special Agent Drew [2]** 5088/7 5136/13
**specific [1]** 5141/16
**specifically [6]** 5134/9 5161/1 5176/13 5181/9 5181/19 5182/6
**speculate [1]** 5134/25
**speech [1]** 5094/2
**speed [3]** 5141/12 5143/13 5177/19
**splashy [1]** 5109/3 5109/6
**spraying [4]** 5114/6 5114/8 5114/11 5114/13
**spreadsheet [10]** 5127/14 5130/17 5131/13 5131/23 5133/3 5133/23 5134/20 5135/8 5141/21 5162/17
**spreadsheets [2]** 5130/13 5134/7
**squeeze [1]** 5167/11
**Sr [1]** 5057/12
**stable [1]** 5082/18
**stack [5]** 5111/25 5113/24 5166/13 5168/16 5168/24
**stacks [2]** 5163/7 5166/7
**staff [5]** 5073/20 5074/3 5074/9 5093/9 5093/10
**stairs [3]** 5112/1 5113/25 5115/23
**stamp [6]** 5119/6 5135/22 5142/9 5142/10 5143/4 5144/11
**stand [4]** 5087/15 5088/13 5089/12 5188/4
**Standard [1]** 5161/21
**standing [7]** 5091/10 5091/14 5093/23 5094/20 5120/10 5182/14 5183/4
**stands [2]** 5130/23 5165/13
**Stanley [1]** 5060/17
**Stanley Woodward [1]** 5060/17
**stanzas [2]** 5112/20 5112/22
**stars [1]** 5073/14
**start [12]** 5061/23

5080/8 5083/17
**Stark [1]** 5111/12
**Steele [1]** 5068/7
**stenography [1]** 5058/6
**step [5]** 5138/10 5138/11 5141/14 5141/14 5184/25
**Stephen [2]** 5120/19 5121/2
**steps [11]** 5104/23 5106/9 5109/10 5114/4 5114/21 5114/24 5115/8 5115/14 5115/15 5182/15 5188/22
**STEWART [5]** 5055/6 5056/2 5060/8 5072/20 5138/24
**Stewart Rhodes' [1]** 5138/24
**sticking [1]** 5108/24
**still [7]** 5067/17 5115/9 5115/15 5115/22 5123/4 5123/5 5126/10
**stills [1]** 5125/4
**stipulate [1]** 5143/12
**stipulated [1]** 5139/7
**Stop [1]** 5154/15
**story [3]** 5104/18 5122/18 5123/19
**straggler [1]** 5100/17
**straight [4]** 5121/7 5121/20 5121/21 5168/21
**straight-arming [3]** 5121/7 5121/20 5121/21
**Street [3]** 5055/17 5056/11 5056/15
**structure [1]** 5079/1
**stuff [3]** 5076/7

**subject [2]** 5188/5 5191/1
**submitted [3]** 5104/4 5113/5 5113/6
**subsequent [1]** 5142/18
**substantially [1]** 5178/18
**sufficient [1]** 5070/16
**Suite [2]** 5056/4 5056/8 5057/4 5057/13
**summary [1]** 5171/18
**Sunday [10]** 5073/14 5073/15 5075/18 5075/20 5075/20 5081/7 5083/20 5084/4 5084/14 5084/24
**support [1]** 5079/14
**supposed [2]** 5061/19 5164/23
**sure [27]** 5061/20 5063/15 5070/19 5076/20 5079/25 5082/18 5082/20 5082/21 5083/7 5086/11 5087/12 5107/14 5122/25 5128/6 5139/14 5139/23 5142/10 5142/24 5143/24 5144/16 5145/17 5146/4 5165/3 5168/13 5181/18 5185/6 5189/16
**surmise [1]** 5062/13
**surprise [1]** 5166/6
**surprised [2]** 5106/19 5166/10
**surveillance [2]** 5124/23 5124/25
**susceptible [1]** 5168/23
**Sustained [4]** 5098/14 5105/23 5111/3 5120/14
**swinging [1]** 5110/12
**switch [4]** 5152/16 5154/12 5170/9 5176/14
**SWORN [1]** 5089/12
**symptoms [4]** 5073/3 5073/22 5074/4 5075/20

**T**

**T-Mobile [1]** 5128/2
**tactics [2]** 5164/22 5165/13
**take [25]** 5063/18 5074/10 5075/8 5080/6 5083/9 5085/22 5088/12 5101/25 5107/10 5108/24 5116/22 5121/25 5138/4 5141/9 5150/1 5152/1 5156/6 5164/25 5167/5 5171/25

**take... [5]** 5177/23
5180/8 5184/10
5184/18 5191/9
**taken [1]** 5185/4
**takes [2]** 5075/2
5140/13
**taking [5]** 5070/12
5076/24 5087/5
5117/14 5117/15
**talk [13]** 5065/12
5075/14 5126/25
5135/17 5140/22
5163/6 5165/1 5166/6
5166/12 5168/16
5170/10 5170/16
5180/23
**talked [4]** 5163/7
5163/10 5170/21
5181/24
**talking [25]** 5061/8
5063/23 5063/24
5066/1 5066/25 5067/1
5077/1 5089/21
5093/23 5093/25
5094/4 5094/4 5094/21
5129/6 5130/2 5131/20
5131/21 5139/20
5141/20 5158/3 5158/3
5161/23 5181/12
5182/5 5190/8
**talks [2]** 5132/16
5151/6
**tape [4]** 5094/8
5102/20 5115/11
5121/18
**target [1]** 5132/8
**Tarpley [2]** 5056/10
5060/16
**taught [5]** 5166/25
5168/11 5168/13
5168/13 5169/6
**team [4]** 5076/1
5080/18 5109/13
5130/24
**teaming [1]** 5097/5
**technically [1]** 5083/14
**technique [1]** 5167/15
**teleconference [1]**
5061/1
**telephonically [1]**
5063/3
**tell [23]** 5062/9 5067/5
5078/15 5086/19
5091/13 5094/13
5095/21 5095/23
5098/3 5099/2 5107/3
5111/21 5112/10
5117/22 5120/7
5120/11 5121/16
5149/6 5149/20 5156/4
5179/3 5183/13
5183/17
**ten [8]** 5073/2 5075/11
5077/8 5077/13
5080/11 5084/13
5084/25 5143/19
**ten-day [4]** 5073/2

5077/16
**term [2]** 5067/5
5081/20
**terms [13]** 5062/16
5071/15 5073/11
5073/12 5077/11
5077/14 5078/10
5081/3 5101/4 5124/16
5132/5 5132/10
5163/10
**terrain [1]** 5166/1
**test [3]** 5072/24 5073/2
5073/4
**tested [2]** 5073/15
5083/19
**testified [14]** 5089/12
5117/13 5117/17
5120/1 5134/21
5136/20 5139/17
5140/3 5140/17 5144/2
5147/8 5160/9 5162/3
5163/2
**testify [8]** 5068/17
5069/2 5134/17
5139/22 5139/24
5143/16 5187/5
5190/22
**testifying [3]** 5068/21
5182/6 5186/21
**testimony [18]**
5063/20 5064/20
5065/16 5067/25
5068/9 5069/9 5069/14
5069/18 5070/5
5072/12 5079/10
5087/10 5087/16
5087/17 5102/17
5128/8 5182/14
5190/18
**testing [1]** 5085/3
**tests [7]** 5075/11
5075/21 5081/6
5083/22 5084/4
5084/14 5084/14
**text [16]** 5081/15
5104/3 5104/7 5128/17
5128/18 5135/13
5138/24 5141/1
5145/24 5145/25
5149/24 5161/10
5161/17 5162/1
5162/11 5162/25
**texts [4]** 5123/3
5135/14 5162/19
5166/14
**than [9]** 5076/1 5078/2
5081/10 5134/4
5140/16 5158/6 5163/1
5166/8 5188/19
**thank [47]** 5061/15
5074/25 5075/1
5075/16 5076/17
5077/23 5082/13
5085/7 5085/19 5086/7
5087/21 5088/3
5088/14 5089/9
5089/18 5090/23

5096/23 5097/16
5098/5 5100/22 5103/1
5105/4 5108/20
5112/17 5117/6 5119/7
5125/22 5126/7 5126/8
5126/9 5138/6 5138/13
5146/13 5146/23
5153/8 5171/1 5183/20
5183/21 5183/22
5183/23 5183/25
5184/1 5185/25 5191/5
5191/15
**thank you [32]**
5077/23 5082/13
5085/7 5086/7 5087/21
5088/3 5088/14 5089/9
5089/18 5090/23
5095/15 5096/2
5097/16 5098/5 5103/1
5105/4 5112/17 5117/6
5119/7 5125/22 5126/7
5126/9 5138/13
5146/13 5146/23
5153/8 5183/20
5183/22 5183/23
5184/1 5191/5 5191/15
**Thanks [1]** 5081/16
**that [532]**
**that'll [1]** 5130/4
**that's [75]** 5061/18
5066/25 5069/22
5070/22 5076/6 5076/8
5079/19 5079/24
5082/5 5082/23
5083/21 5083/23
5084/12 5084/23
5086/20 5087/2 5101/3
5105/22 5107/5
5107/20 5108/5 5109/1
5111/10 5111/13
5114/5 5114/10 5118/9
5118/14 5118/24
5119/7 5128/12 5132/7
5134/1 5135/2 5140/19
5140/23 5142/24
5143/6 5143/11
5143/21 5146/16
5150/2 5150/17 5151/9
5154/21 5155/13
5155/20 5157/8 5158/2
5158/9 5163/21
5164/13 5168/10
5168/22 5169/5
5171/15 5172/11
5173/16 5173/22
5174/4 5174/5 5174/6
5174/7 5174/13
5174/14 5174/24
5179/8 5179/11
5179/20 5180/10
5182/8 5184/13
5189/17 5189/22
5190/15
**their [19]** 5066/18
5066/18 5072/13
5077/13 5077/21
5093/13 5096/6

5096/21 5105/17
5105/19 5108/14
5116/20 5117/19
5124/24 5127/7
5163/11 5165/18
**thelinderfirm.com [1]**
5056/6
**them [45]** 5062/9
5064/11 5064/14
5067/5 5067/15 5070/4
5077/13 5078/23
5093/15 5094/3 5094/3
5094/22 5094/24
5095/6 5101/7 5108/23
5108/24 5112/13
5112/13 5112/24
5115/24 5120/8
5125/20 5128/7
5130/14 5131/8
5136/12 5151/1 5158/9
5158/12 5158/15
5162/3 5163/10
5164/10 5165/5
5165/10 5167/12
5167/13 5167/19
5167/23 5168/17
5168/22 5177/24
5181/11 5188/4
**themselves [2]** 5094/5
5181/14
**then [40]** 5062/16
5069/5 5069/11
5070/15 5071/3
5072/16 5073/10
5073/15 5079/16
5079/20 5079/23
5081/8 5082/7 5082/10
5083/18 5084/8
5084/15 5099/17
5099/18 5099/20
5100/16 5119/13
5131/8 5131/22
5139/20 5142/3 5142/6
5142/18 5145/7 5152/9
5155/21 5173/13
5181/13 5184/10
5184/22 5187/23
5188/5 5188/12
5190/11 5190/21
**theoretically [2]**
5128/4 5128/15
**theory [1]** 5188/3
**there [73]** 5069/1
5069/5 5069/25 5072/1
5072/18 5075/8
5077/14 5077/21
5081/20 5082/3 5083/7
5084/4 5085/11
5085/13 5091/19
5091/24 5094/23
5096/25 5097/6 5097/8
5097/12 5098/17
5100/23 5101/13
5102/8 5104/16
5104/20 5104/21
5104/22 5105/1
5108/11 5109/16

5114/25 5118/5 5120/2
5120/4 5120/7 5120/8
5120/9 5124/16
5125/10 5125/18
5130/19 5132/15
5133/20 5140/12
5142/20 5149/24
5150/4 5152/3
5157/10 5158/18
5160/5 5160/22
5160/25 5163/20
5166/11 5167/12
5170/17 5170/22
5171/7 5171/19
5173/19 5174/8 5174/9
5174/20 5176/7
5179/19 5183/4
5185/21 5191/8
**there's [30]** 5074/11
5083/20 5084/3 5084/5
5084/16 5091/1 5095/1
5098/17 5100/23
5102/5 5107/10
5108/17 5124/2
5131/1 5137/10
5141/3 5143/14
5147/20 5148/14
5150/16 5165/8
5165/21 5166/3 5168/3
5180/6 5184/12
5186/17 5186/23
5188/24 5190/5
**thereabouts [1]**
5174/21
**therefore [1]** 5088/19
**these [33]** 5060/24
5061/25 5063/25
5064/5 5065/15 5066/9
5066/19 5067/13
5067/16 5071/8 5072/3
5073/10 5076/15
5077/2 5078/21
5078/22 5079/21
5081/10 5094/20
5107/21 5109/15
5110/7 5131/5 5143/2
5143/18 5145/23
5151/25 5162/1
5165/17 5171/13
5174/23 5188/22
5189/17
**they [86]** 5061/12
5061/22 5061/24
5062/7 5065/16
5066/21 5072/24
5072/25 5073/1 5073/2
5073/3 5073/5 5073/20
5075/21 5076/10
5078/25 5081/5
5085/11 5092/23
5093/2 5093/5 5093/8
5093/10 5093/25
5094/4 5094/23 5095/6
5096/6 5096/11
5096/14 5096/17
5096/19 5096/21
5097/5 5098/25

**they... [51]** 5099/17
5099/18 5103/24
5108/11 5108/13
5108/14 5112/11
5114/4 5114/15
5114/22 5114/24
5114/25 5115/4
5115/15 5115/16
5116/19 5116/19
5122/14 5123/19
5124/4 5128/15
5129/15 5135/15
5135/17 5136/19
5136/20 5136/20
5136/21 5136/22
5137/18 5137/25
5138/16 5138/23
5139/8 5141/1 5142/11
5145/22 5145/23
5145/24 5149/15
5156/23 5164/16
5164/19 5166/6
5167/13 5167/21
5168/16 5168/17
5169/17 5171/12
5186/17
**they'll [1]** 5062/13
**they're [22]** 5061/19
5061/21 5061/22
5066/23 5080/14
5093/9 5093/12 5094/1
5094/11 5094/12
5094/13 5096/15
5097/25 5098/10
5112/15 5114/21
5115/3 5115/22 5124/6
5124/23 5139/6
5168/21
**they've [5]** 5061/25
5070/25 5077/10
5101/13 5103/5
**thing [3]** 5128/17
5128/22 5141/5
**things [14]** 5061/25
5077/2 5079/14 5080/7
5083/22 5084/7 5089/4
5104/16 5140/15
5140/16 5143/13
5165/17 5183/3
5184/18
**think [63]** 5061/25
5062/8 5067/7 5067/15
5073/7 5074/20 5075/2
5075/10 5075/19
5075/19 5077/6
5078/16 5078/21
5079/7 5079/9 5079/12
5079/19 5080/3 5080/6
5082/24 5082/25
5084/11 5084/23
5084/24 5085/16
5085/24 5087/9
5089/20 5092/10
5107/24 5118/9
5123/15 5124/1
5125/20 5126/10
5137/5 5137/7 5139/6

5140/20 5141/5
5143/14 5143/15
5144/20 5145/25
5146/14 5150/20
5153/3 5158/13
5162/18 5163/14
5163/17 5163/25
5165/13 5169/24
5172/18 5175/6
5181/24 5184/18
5186/8 5186/9
**thinking [2]** 5081/7
5083/17
**third [8]** 5106/2 5186/7
5186/17 5187/1 5187/8
5188/20 5190/8
5190/13
**third-party-talking [1]**
5190/8
**this [292]**
**This is [1]** 5060/7
**Thomas [2]** 5057/12
5060/11
**Thomas Edward
Caldwell [1]** 5060/11
**those [30]** 5064/13
5065/10 5070/19
5071/6 5072/14
5073/15 5075/6 5078/3
5078/4 5078/7 5078/22
5079/1 5079/4 5079/16
5084/7 5094/21 5097/1
5112/22 5117/25
5125/18 5130/17
5132/12 5140/16
5145/17 5160/11
5161/17 5162/11
5162/25 5185/19
5186/1
**though [6]** 5061/19
5065/14 5079/7
5087/13 5105/15
5156/15
**thought [3]** 5089/23
5109/1 5143/12
**three [7]** 5079/7 5083/6
5110/16 5116/9
5117/25 5118/25
5155/16
**threshold [1]** 5117/23
**through [44]** 5073/10
5073/13 5076/15
5079/7 5080/19
5095/20 5099/17
5117/2 5117/15
5118/20 5122/22
5122/23 5122/23
5122/24 5126/3
5128/12 5129/19
5137/19 5138/21
5139/9 5141/8 5141/11
5142/1 5142/21 5143/9
5143/19 5145/7
5145/22 5146/1 5147/1
5147/3 5150/1 5153/4
5156/21 5161/10
5166/13 5166/13

5168/22 5180/5 5182/1
5182/13 5189/24
**throughout [1]**
5082/19
**throw [2]** 5067/15
5166/20
**thrown [1]** 5088/16
**Thursday [11]** 5077/13
5079/6 5079/22
5080/12 5082/11
5084/8 5084/20
5126/25 5135/16
5140/25 5160/2
**till [2]** 5080/12 5083/7
**time [83]** 5065/2
5070/16 5071/10
5073/22 5076/24
5079/16 5080/1 5080/9
5080/13 5084/19
5087/16 5098/11
5099/25 5102/23
5103/20 5104/12
5104/14 5105/15
5106/13 5106/21
5106/21 5107/25
5110/3 5110/5 5111/15
5113/14 5117/15
5119/6 5119/14
5119/24 5124/12
5135/21 5137/22
5141/9 5142/6 5142/7
5142/9 5142/10
5142/10 5142/14
5142/19 5143/4
5143/20 5143/21
5144/3 5144/10
5144/12 5144/12
5144/25 5148/7
5148/11 5150/2
5151/15 5154/5
5154/19 5155/20
5155/22 5155/25
5156/5 5156/12
5157/11 5158/16
5159/4 5159/10
5159/11 5160/24
5161/3 5161/14
5161/21 5162/11
5163/3 5165/2 5166/9
5171/14 5173/2 5174/4
5174/6 5174/9 5175/5
5180/14 5187/8
5188/18 5191/11
**timeline [3]** 5101/9
5107/22 5108/24
**times [16]** 5102/12
5107/22 5115/12
5117/21 5123/14
5124/22 5125/3
5136/19 5140/23
5141/3 5141/4 5141/6
5144/7 5151/7 5159/17
5167/1
**timing [5]** 5081/3
5099/22 5108/4 5135/9
5184/17
**titled [1]** 5192/4

5078/4 5079/8 5084/1
5086/2 5088/18 5089/2
5089/18
**together [5]** 5112/25
5123/23 5131/22
5135/1 5136/12
**told [5]** 5066/21
5066/23 5073/20
5081/24 5188/7
**Tom [6]** 5092/13
5092/17 5100/11
5178/24 5179/17
5179/20
**Tom Burgess [3]**
5092/13 5092/17
5100/11
**tomorrow [5]** 5078/18
5079/6 5079/10
5080/16 5082/10
**tonight [1]** 5074/23
**too [7]** 5076/10 5086/3
5106/15 5112/21
5131/1 5182/2 5182/3
**took [8]** 5080/6
5091/12 5105/1
5108/23 5110/7
5112/24 5118/22
5136/11
**top [7]** 5101/21
5103/22 5114/24
5118/13 5161/15
5165/23 5182/15
**total [3]** 5179/25
5180/4 5180/11
**totally [1]** 5180/23
**tough [1]** 5190/4
**toward [1]** 5066/7
**towards [3]** 5094/12
5094/20 5095/20
**Towers [1]** 5057/13
**tracking [1]** 5124/19
**traction [1]** 5178/14
**train [1]** 5164/10
**training [3]** 5165/14
5167/10 5169/21
**Tramazac [1]** 5071/4
**transcript [3]** 5055/9
5058/6 5192/3
**transcription [1]**
5058/7
**transcripts [1]** 5070/4
**transported [1]** 5084/6
**trapped [1]** 5116/25
**travel [1]** 5077/1
**Treason [2]** 5118/2
5118/6
**treat [2]** 5073/22
5074/4
**trial [7]** 5055/9 5064/5
5066/9 5067/18
5082/25 5083/21
5088/24
**Troy [2]** 5055/16
5060/13
**Troy Edwards [1]**
5060/13
**true [6]** 5105/18 5106/3

5187/22
**Trump [4]** 5091/4
5091/10 5155/17
5161/12
**truth [3]** 5067/7
5186/19 5187/3
**try [8]** 5076/14 5077/18
5079/14 5080/7 5100/4
5137/15 5151/23
5157/11
**trying [22]** 5073/21
5079/19 5080/18
5080/23 5082/3 5084/9
5085/1 5100/2 5108/5
5112/12 5126/2 5127/1
5139/3 5140/7 5140/20
5141/12 5143/6 5147/3
5153/24 5156/20
5157/8 5159/2
**Tuesday [1]** 5084/15
**Turning [2]** 5119/25
5120/1
**two [21]** 5078/3 5078/4
5078/7 5078/22 5079/1
5080/8 5080/21
5081/13 5083/21
5084/3 5084/5 5084/7
5112/20 5112/22
5114/13 5114/16
5118/25 5119/1
5119/15 5142/3
5142/13
**TX [2]** 5056/4 5056/8
**Tyler [1]** 5069/2
**type [1]** 5134/23
**types [1]** 5150/2
**typically [4]** 5129/25
5164/9 5164/13
5166/18

**U**

**U.S [3]** 5055/16
5068/20 5132/11
**U.S. [1]** 5099/14
**U.S. Capitol [1]**
5099/14
**Uh [1]** 5097/15
**Uh-huh [1]** 5097/15
**ultimately [1]** 5066/15
**under [5]** 5081/11
5081/12 5085/4
5158/17 5188/20
**underneath [1]** 5116/4
**understand [27]**
5063/15 5063/19
5063/23 5064/1
5064/11 5064/15
5064/20 5065/5
5065/13 5065/17
5065/25 5066/4
5066/11 5066/20
5070/3 5070/15 5074/6
5078/18 5110/6
5138/22 5141/23
5142/22 5148/9
5157/25 5158/18
5187/7 5191/2

**U**

**understanding [26]**
5061/8 5063/7 5065/15
5071/7 5071/7 5078/11
5083/19 5083/23
5084/8 5109/15
5127/25 5129/21
5129/23 5133/18
5134/12 5138/1
5147/22 5151/11
5153/6 5159/8 5160/22
5162/10 5162/14
5171/13 5171/15
5189/18
**understands [1]**
5134/19
**understood [5]**
5065/10 5065/23
5084/17 5084/22
5085/7
**undisputed [1]**
5107/23
**undoubtedly [1]**
5189/3
**unfortunately [1]**
5074/11
**uninterrupted [1]**
5117/10
**unit [3]** 5164/18
5167/10 5167/11
**UNITED [7]** 5055/1
5055/3 5055/10 5060/7
5067/23 5068/23
5069/11
**United States [2]**
5067/23 5069/11
**units [1]** 5164/13
**unless [4]** 5173/21
5178/1 5189/20
5189/20
**unlocking [1]** 5145/12
**unnecessary [1]**
5076/24
**unruly [1]** 5100/1
**until [3]** 5079/17
5080/16 5136/23
**untoward [1]** 5124/5
**up [77]** 5064/19
5064/23 5065/7
5067/14 5072/2
5074/19 5079/5
5081/19 5081/22
5082/8 5083/10
5083/14 5086/16
5087/15 5087/18
5087/23 5089/24
5091/18 5092/8
5097/19 5098/9 5099/8
5100/5 5105/2 5106/19
5108/18 5108/24
5111/25 5112/24
5113/25 5114/23
5115/24 5121/19
5126/4 5128/5 5130/6
5131/1 5132/3 5133/7
5136/19 5138/18
5139/19 5141/8
5141/10 5141/13

5144/24 5147/5 5152/9
5152/24 5154/13
5154/15 5155/16
5155/16 5157/19
5157/20 5163/5
5163/19 5164/13
5168/3 5168/17
5168/21 5168/24
5169/8 5169/9 5170/9
5170/13 5171/16
5171/19 5171/23
5177/19 5178/13
5179/13 5184/9 5185/2
5186/5
**update [1]** 5081/16
**upon [2]** 5125/17
5186/24
**upper [36]** 5100/5
5100/10 5100/11
5101/14 5101/18
5102/19 5102/20
5102/24 5103/21
5104/13 5104/14
5104/18 5105/7 5105/9
5105/16 5105/16
5106/25 5109/14
5110/25 5111/1 5111/6
5113/14 5113/16
5114/3 5114/10
5114/13 5115/6
5115/19 5116/2 5116/3
5116/8 5116/11 5117/4
5117/20 5118/1
5147/14
**upper left [1]** 5115/19
**urban [1]** 5165/25
**urge [1]** 5107/25
**us [18]** 5062/14 5063/3
5067/5 5077/9 5077/14
5079/6 5080/16
5081/22 5081/24
5082/7 5084/24
5086/19 5087/19
5088/16 5088/17
5088/18 5139/11
5167/12
**usdoj.gov [2]** 5055/19
5055/20
**use [12]** 5099/21
5101/6 5107/18
5107/25 5119/13
5146/2 5146/6 5159/16
5159/21 5163/11
5186/6 5190/24
**used [21]** 5101/4
5115/2 5127/8 5127/19
5128/14 5129/1 5129/4
5137/13 5140/12
5143/1 5144/22
5148/20 5149/15
5156/2 5156/3 5156/16
5159/15 5159/23
5169/13 5169/17
5185/10
**useful [1]** 5123/6
**uses [1]** 5154/25
**using [9]** 5101/10

5143/24 5143/24
5144/6 5166/7 5166/12
5167/14
**UTC [6]** 5173/2
5173/21 5173/23
5174/4 5175/11
5180/14
**utilized [1]** 5134/22

**V**

**vacation [1]** 5082/20
**value [1]** 5149/8
**various [1]** 5120/10
**vector [2]** 5168/7
5168/12
**vectors [1]** 5168/3
**Verizon [1]** 5128/2
**version [2]** 5140/11
5140/14
**versus [1]** 5060/8
**very [11]** 5080/4
5099/2 5123/11
5130/25 5138/6
5156/11 5165/2 5166/9
5168/7 5172/5 5180/17
**via [2]** 5060/25 5156/9
**Vice [2]** 5068/22
5105/8
**video [72]** 5091/8
5091/22 5092/11
5094/6 5094/17 5095/3
5101/1 5101/16
5101/21 5101/23
5102/12 5103/17
5103/22 5104/3
5104/14 5105/5
5105/21 5105/22
5106/23 5109/19
5109/24 5110/9
5110/11 5110/20
5111/12 5111/13
5111/16 5111/23
5112/3 5112/4 5112/5
5112/14 5112/21
5113/16 5114/1 5114/2
5115/6 5115/12 5117/5
5117/6 5117/9 5118/13
5119/6 5120/7 5120/11
5120/19 5120/25
5121/13 5121/14
5121/16 5121/24
5124/23 5124/25
5125/4 5125/25
5178/13 5182/12
5182/19 5183/10
5186/15 5186/21
5186/24 5187/15
5187/23 5188/1 5188/6
5189/24 5189/25
5190/1 5190/2 5190/19
5190/24
**videographer [1]**
5117/22
**videos [8]** 5107/21
5109/15 5112/24
5113/4 5113/5 5120/8
5120/8 5120/9

5129/18 5150/12
**viewed [5]** 5066/7
5145/16 5156/5
5156/11 5162/18
**views [1]** 5066/19
**Virginia [1]** 5077/4
**virtue [1]** 5075/7
**viruses [1]** 5074/2
**visit [1]** 5062/11
**vitamin [4]** 5073/19
5073/20 5074/1 5074/1
**vitamin C [1]** 5074/1
**vitamin D [1]** 5074/1
**vitamins [4]** 5073/21
5074/4 5074/7 5074/10
**voicemail [2]** 5175/18
5175/20
**voluntarily [1]** 5072/7
**vs [1]** 5055/5

**W**

**waged [1]** 5099/8
**wait [2]** 5080/21
5185/4
**waiting [1]** 5079/23
**waive [15]** 5061/5
5061/9 5061/12
5061/13 5063/8
5067/17 5067/25
5068/8 5069/8 5069/14
5071/11 5071/17
5071/24 5075/4
5088/21
**waived [1]** 5078/5
**waiver [3]** 5063/14
5063/23 5063/24
**waiving [3]** 5065/3
5066/8 5072/7
**walk [9]** 5095/6
5113/25 5117/1
5117/13 5118/13
5141/11 5168/3
5168/21 5169/8
**walked [1]** 5106/10
**walking [14]** 5094/20
5094/23 5095/6 5095/8
5095/11 5095/17
5095/19 5095/20
5096/15 5107/1
5111/25 5116/19
5116/19 5121/2
**wall [1]** 5168/18
**want [44]** 5061/12
5062/8 5062/12
5063/14 5063/17
5066/16 5067/4 5070/2
5079/12 5079/13
5079/14 5079/25
5082/21 5085/13
5086/11 5091/6
5094/15 5098/7
5112/11 5119/12
5125/19 5126/15
5126/24 5126/25
5134/19 5135/16
5137/10 5138/21
5139/8 5141/17

5141/23 5141/24
5142/9 5149/25 5151/1
5163/5 5170/9 5175/4
5180/7 5184/13
5187/10 5187/12
**wanted [6]** 5076/11
5082/19 5083/7
5086/15 5158/9
5185/18
**wants [3]** 5082/21
5141/13 5143/12
**war [1]** 5099/8
**was [140]**
**Washington [4]** 5055/5
5055/17 5057/5 5058/5
**wasn't [3]** 5147/19
5151/1 5167/22
**waste [1]** 5080/9
**watch [2]** 5111/1
5121/23
**watching [2]** 5094/1
5094/13
**Watkins [23]** 5056/14
5060/10 5060/21
5060/23 5068/5 5115/6
5132/4 5133/7 5141/21
5142/1 5144/23 5151/2
5151/4 5152/23 5161/5
5170/11 5170/18
5177/9 5177/15
5180/19 5181/20
5183/11 5183/16
**Watkins 6 [1]** 5132/4
**Watkins 7 [2]** 5151/4
5152/23
**Watkins' [2]** 5173/16
5182/20
**waving [1]** 5092/1
5092/3
**way [21]** 5062/10
5067/15 5079/1 5089/4
5097/21 5099/7
5105/11 5108/4
5114/25 5116/20
5116/20 5117/2
5117/14 5117/18
5117/19 5141/11
5142/6 5146/9 5150/1
5177/8 5177/14
**ways [1]** 5138/20
**we [181]**
**we will [10]** 5070/3
5070/4 5072/8 5072/16
5072/17 5075/6 5082/5
5084/11 5088/23
5089/6
**we'd [1]** 5186/9
**we'll [28]** 5065/12
5067/13 5073/10
5073/11 5074/19
5074/22 5075/3 5075/8
5075/10 5079/7 5081/3
5083/20 5087/17
5087/20 5088/3 5104/7
5116/22 5116/22
5118/9 5133/9 5138/7
5169/2 5171/25 5172/5

**we'll... [4]** 5184/10
5184/10 5184/20
5188/25
**we're [41]** 5062/3
5063/23 5066/25
5073/9 5076/7 5076/15
5077/12 5077/17
5079/3 5079/11
5079/19 5080/4 5080/9
5080/11 5080/14
5080/23 5080/23
5081/12 5082/3
5082/21 5084/9 5085/1
5089/5 5098/6 5103/19
5103/20 5109/5 5129/6
5139/19 5146/3
5146/25 5155/11
5166/25 5171/24
5175/9 5179/7 5179/19
5186/6 5186/18
5186/19 5187/3
**we've [6]** 5075/14
5076/2 5081/10 5082/2
5186/15 5186/24
**weapon [5]** 5166/18
5166/25 5167/5
5167/23 5168/2
**wear [1]** 5064/3
**Wednesday [2]**
5084/24 5085/1
**week [14]** 5072/25
5076/2 5076/6 5076/6
5079/17 5079/17
5079/20 5079/21
5079/23 5079/23
5088/20 5089/20
5115/11 5185/8
**weeks [1]** 5083/7
**weigh [1]** 5178/6
**Welcome [1]** 5088/11
**well [41]** 5061/3
5063/18 5070/13
5072/9 5073/9 5073/25
5078/24 5079/13
5079/20 5080/25
5081/1 5082/9 5083/4
5108/2 5108/16
5110/24 5114/17
5116/13 5135/11
5137/3 5139/23
5142/12 5144/9
5150/18 5153/5
5154/24 5155/3 5165/6
5167/9 5169/24 5174/1
5178/2 5178/13
5179/12 5187/7
5187/16 5187/21
5188/8 5188/24 5189/6
5190/9
**well-established [1]**
5108/2
**went [10]** 5083/25
5099/17 5099/18
5106/2 5108/4 5123/18
5136/20 5136/21
5143/19 5180/4
**were [55]** 5066/1

5068/22 5072/23
5074/6 5083/7 5089/20
5096/7 5097/5 5101/6
5103/25 5104/16
5105/1 5108/8 5108/11
5108/14 5108/15
5109/2 5112/25
5115/14 5115/16
5118/5 5120/5 5122/14
5124/21 5125/3
5127/17 5127/20
5130/12 5131/21
5135/15 5135/15
5135/17 5136/16
5136/23 5158/5 5158/6
5160/5 5160/5 5160/6
5160/11 5160/22
5160/24 5161/10
5161/23 5163/17
5163/19 5163/21
5163/21 5176/25
5180/1 5182/14 5185/9
**weren't [1]** 5128/19
**west [4]** 5099/8
5099/10 5099/18
5101/4
**western [1]** 5099/13
**what [133]** 5061/16
5063/15 5064/18
5066/25 5067/2
5070/20 5072/25
5073/13 5075/15
5075/17 5076/25
5077/7 5077/9 5077/25
5078/18 5079/4
5079/19 5080/23
5081/1 5081/4 5083/24
5083/25 5085/25
5086/20 5092/3 5094/2
5097/25 5098/18
5102/4 5104/19
5105/19 5106/2 5106/4
5106/20 5108/5 5109/1
5111/13 5112/12
5113/3 5113/22
5120/18 5121/9
5122/16 5122/17
5123/21 5123/23
5124/10 5124/11
5124/21 5125/3 5125/7
5131/5 5131/21
5132/24 5133/18
5133/23 5135/1 5135/2
5135/25 5136/2
5136/13 5136/14
5139/3 5140/12
5140/14 5140/14
5141/3 5141/9 5141/22
5141/23 5141/25
5142/24 5143/6 5143/7
5143/11 5143/17
5143/18 5143/19
5144/21 5144/22
5145/13 5146/3 5146/6
5146/10 5147/5 5147/5
5147/16 5148/1 5148/9
5149/20 5149/23

5152/25 5156/5
5156/15 5156/25
5157/5 5157/8 5157/23
5157/24 5158/1 5158/1
5158/5 5158/9 5159/8
5160/9 5162/13 5163/2
5168/2 5171/24
5172/11 5175/4
5177/17 5178/22
5180/10 5181/3 5181/8
5181/11 5182/8
5183/11 5183/14
5187/12 5187/13
5189/4 5189/5 5189/14
5189/16 5189/19
5189/22 5190/15
5191/11
**what's [23]** 5066/22
5069/15 5078/10
5090/5 5103/8 5103/10
5111/21 5119/2 5123/1
5124/9 5129/25
5139/18 5151/9
5156/19 5159/1 5161/4
5175/9 5176/20
5177/22 5179/11
5188/11 5188/13
5188/16
**whatever [2]** 5147/22
5188/7
**whatsoever [1]**
5098/24
**when [62]** 5061/22
5063/23 5067/1 5070/5
5078/13 5078/14
5080/14 5081/4
5081/23 5083/1
5089/20 5108/15
5110/7 5124/6 5124/22
5127/11 5128/12
5130/1 5131/20
5133/24 5134/12
5135/14 5135/17
5135/22 5136/16
5136/20 5136/21
5139/10 5141/1 5141/2
5142/11 5143/4 5143/4
5144/10 5145/4
5145/14 5145/15
5151/1 5155/14
5155/19 5155/22
5155/23 5156/7
5156/25 5157/6
5160/10 5160/16
5163/14 5166/17
5167/3 5167/18 5168/1
5168/3 5180/23 5181/1
5181/7 5181/20 5182/3
5182/14 5182/22
5185/8 5187/2
**where [33]** 5072/16
5073/10 5073/11
5079/24 5081/3 5082/5
5085/21 5091/10
5091/13 5091/19
5092/18 5093/4 5093/6
5095/11 5095/18

5101/21 5107/24
5110/5 5110/18
5115/12 5122/2
5123/19 5139/8
5140/25 5141/1 5154/9
5157/4 5167/9 5168/18
5186/25 5190/5
**wherever [1]** 5094/16
**whether [20]** 5070/15
5070/17 5078/25
5083/15 5084/12
5094/13 5095/21
5125/16 5144/13
5148/3 5149/24
5167/18 5175/15
5175/25 5176/4
5176/11 5176/11
5178/6 5179/3 5183/13
**which [34]** 5063/19
5067/6 5068/4 5074/1
5075/18 5090/5 5106/2
5110/16 5114/1
5120/19 5122/6
5122/13 5124/7
5127/20 5137/10
5140/11 5143/1
5145/13 5150/20
5153/20 5157/3 5158/4
5160/16 5165/13
5173/24 5173/24
5174/19 5175/20
5180/1 5180/4 5180/13
5180/17 5186/23
5189/15
**while [13]** 5064/15
5114/21 5114/22
5122/14 5128/14
5138/19 5145/24
5163/19 5179/19
5182/2 5182/3 5183/2
5183/7
**Whip [3]** 5153/23
5156/19 5159/1
**white [4]** 5100/9
5100/10 5102/7
5115/18
**Whitney [4]** 5067/20
5072/11 5078/6
5089/11
**Whitney Drew [3]**
5067/20 5072/11
5078/6
**who [32]** 5068/4
5068/17 5068/21
5069/2 5069/6 5069/12
5081/15 5081/22
5088/22 5098/9
5098/20 5117/22
5118/3 5118/4 5122/3
5123/16 5123/18
5125/13 5125/19
5129/16 5137/12
5138/16 5145/2
5149/11 5172/23
5172/25 5176/8
5186/20 5186/21
5187/5 5187/5 5188/21

**who's [6]** 5099/3
5107/4 5119/20 5125/7
5137/13 5166/4
**whole [1]** 5124/2
**whom [2]** 5125/11
5173/13
**whose [6]** 5063/20
5133/20 5149/7 5149/8
5172/3 5177/8
**why [9]** 5088/7
5088/12 5124/2
5142/17 5151/25
5152/12 5176/17
5184/9 5187/7
**wide [1]** 5130/2
**wild [1]** 5082/1
**will [67]** 5060/25
5061/13 5062/7 5062/9
5065/7 5066/3 5066/6
5066/8 5066/13
5066/16 5066/18
5066/21 5068/17
5068/21 5069/2 5070/3
5070/4 5072/8 5072/12
5072/16 5072/17
5073/12 5074/3 5074/4
5075/6 5077/17
5077/18 5081/1 5081/5
5081/7 5082/5 5083/9
5084/11 5085/17
5085/24 5087/1
5088/16 5088/19
5088/23 5088/23
5088/25 5089/6
5090/17 5103/13
5109/13 5115/21
5119/9 5128/17
5128/23 5130/6 5131/5
5131/5 5134/20 5138/6
5141/20 5142/22
5142/23 5144/23
5145/18 5145/19
5149/24 5150/19
5151/4 5161/20 5164/7
5179/3 5186/21
**William [4]** 5057/12
5058/2 5192/2 5192/8
**willing [1]** 5080/7
**window [1]** 5167/19
**Wintermeyer [2]**
5158/19 5175/5
**wish [2]** 5067/17
5078/15
**withdraw [1]** 5119/23
**withdrawn [1]** 5101/5
**without [10]** 5072/11
5078/1 5090/9 5109/3
5109/6 5119/4 5120/20
5122/4 5123/6 5145/16
**witness [29]** 5059/2
5064/20 5064/25
5085/12 5085/15
5085/16 5089/11
5125/7 5125/9 5125/21
5126/3 5132/3 5137/6
5137/17 5137/23
5139/16 5145/18
5145/19 5145/21

**W**

**witness... [10]** 5145/22
5146/1 5149/1 5153/4
5177/20 5177/25
5178/5 5189/1 5189/2
5191/10
**witnessed [1]** 5069/12
**witnesses [34]** 5059/4
5061/6 5061/11 5063/9
5063/19 5064/9 5065/4
5065/5 5065/10
5065/12 5065/15
5066/10 5067/18
5072/8 5072/13
5072/15 5073/10
5075/5 5075/6 5076/3
5078/2 5078/22 5079/1
5079/4 5079/8 5079/16
5079/21 5080/19
5080/20 5080/21
5081/10 5084/10
5088/22 5185/23
**won't [1]** 5114/17
**Woodward [6]** 5060/17
5077/25 5078/1
5079/13 5080/17
5170/21
**Woodward's [2]**
5062/16 5080/5
**word [4]** 5061/4
5075/10 5101/5 5189/4
**wording [1]** 5067/2
**words [4]** 5077/11
5093/13 5123/22
5148/4
**work [3]** 5076/15
5079/11 5079/12
**working [1]** 5076/14
**works [1]** 5134/19
**worse [1]** 5080/13
**would [91]** 5061/16
5063/20 5067/6
5067/19 5069/18
5070/10 5074/15
5075/18 5075/19
5078/4 5078/7 5078/20
5079/16 5080/3
5080/10 5082/6
5082/24 5083/15
5084/8 5084/25 5085/4
5087/23 5089/23
5092/6 5092/13
5093/16 5102/23
5107/25 5118/24
5122/4 5122/12
5122/23 5128/19
5129/4 5133/15
5133/24 5133/25
5135/9 5135/24
5139/21 5141/2 5141/3
5142/16 5142/24
5143/12 5147/23
5148/6 5151/2 5151/6
5152/13 5153/12
5153/19 5154/24
5155/7 5155/21 5156/7
5159/3 5159/10
5160/16 5164/13

5166/6 5166/9 5166/19
5167/11 5168/23
5169/5 5171/9 5172/21
5173/18 5173/23
5174/11 5174/22
5175/4 5175/20 5177/9
5177/23 5177/23
5178/14 5179/4 5180/9
5182/23 5183/3 5188/5
5188/8 5188/14 5189/6
5190/4 5190/17
**wouldn't [2]** 5077/2
5106/19
**wrap [1]** 5081/19
**wrong [2]** 5108/4
5138/22

**Y**

**yeah [11]** 5062/11
5070/6 5074/22
5086/18 5099/16
5134/9 5139/21 5151/2
5174/17 5178/17
5190/16
**year [2]** 5129/9 5164/8
**years [2]** 5129/6
5164/1
**yelling [1]** 5118/5
**yep [2]** 5073/7 5181/23
**yes [242]**
**yesterday [7]** 5073/5
5078/16 5081/22
5081/23 5081/24
5085/12 5088/15
**yet [4]** 5061/1 5088/17
5126/13 5126/17
**you [485]**
**you understand [1]**
5063/19
**you'd [1]** 5070/8
**you'll [8]** 5087/9
5094/19 5098/8 5100/5
5106/25 5107/21
5112/9 5130/1
**you're [52]** 5066/8
5070/5 5081/9 5086/11
5087/4 5087/18
5100/16 5100/17
5110/18 5112/12
5114/2 5115/1 5117/8
5128/11 5134/25
5139/15 5142/1 5148/3
5148/9 5149/6 5149/11
5152/8 5154/4 5157/23
5158/1 5158/3 5158/3
5162/15 5163/10
5164/25 5166/20
5167/3 5167/5 5167/14
5167/19 5167/20
5167/22 5167/23
5168/1 5168/2 5168/6
5169/8 5169/9 5169/12
5169/20 5174/1
5174/13 5174/13
5175/14 5180/24
5181/7 5183/4
**you've [13]** 5086/16

5130/17 5134/7
5141/12 5148/18
5148/20 5152/9
5152/18 5156/2
5163/25 5177/3
**Young [1]** 5068/6
**your [144]**
**Your Honor [62]**
5060/6 5061/7 5070/10
5076/19 5076/23
5078/5 5078/15 5079/3
5080/10 5082/12
5082/13 5083/5
5085/10 5087/25
5088/1 5088/2 5089/9
5090/14 5103/12
5104/2 5107/13
5107/16 5108/3 5109/4
5112/17 5120/16
5122/8 5122/18
5122/25 5123/2 5123/5
5123/10 5126/2 5132/6
5132/18 5132/22
5136/17 5137/18
5137/20 5138/12
5138/21 5141/25
5143/11 5144/20
5146/23 5150/16
5160/20 5161/4
5177/19 5178/1
5183/18 5183/19
5184/3 5185/2 5185/23
5186/12 5188/20
5188/24 5189/7
5189/23 5191/2 5191/8
**yours [1]** 5127/8
**yourself [1]** 5131/8
**YouTube [1]** 5186/13

**Z**

**Zaremba [3]** 5058/2
5192/2 5192/8
**Zello [1]** 5181/2
**zero [1]** 5084/23
**zinc [2]** 5073/19
5073/25
**zoomed [1]** 5124/7
**Zsuzsa [1]** 5057/2