IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 22-15
                                   )      Washington, D.C.
          vs.                      )      November 3, 2022
                                   )      9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )      Day 23
          Defendants.              )      Morning Session
_____   )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                        -  -  -

                   WITNESS INDEX

                        -  -  -

WITNESSES           DIRECT  CROSS  REDIRECT  RECROSS

GOVERNMENT'S:

SA JOHN MOORE              6703    6762
SA JOHN MOORE              6745
                        -  -  -

                INDEX OF EXHIBITS

                        -  -  -


DEFENDANT'S                              ADMITTED

CALDWELL 54                                6718

CALDWELL 127                               6739

WATKINS 33                                 6759

WATKINS 32                                 6755
```

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4            THE COURT:  Please be seated, everyone.
 5            Good morning.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, the
 8   United States of America versus Defendant No. 1,
 9   Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;
10   Defendant 3, Kenneth Harrelson; Defendant 4,
11   Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.
12            Kathryn Rakoczy, Jeffrey Nestler,
13   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
14   government.
15            Phillip Linder, James Lee Bright, and
16   Edward Tarpley for Defendant Rhodes.
17            Juli Haller for Defendant Meggs.
18            Bradford Geyer for Defendant Harrelson.
19            Jonathan Crisp for Defendant Watkins.
20            And David Fischer for Defendant Caldwell.
21            All named defendants are present in the courtroom
22   for these proceedings.
23            THE COURT:  Okay.  Good morning, everyone.  Nice
24   to see everyone again.
25            All right.  So where we left off last night
```

1    concerned the Rule 29 and the sequencing of all of this.  I

2    sent you all a more recent decision or a different decision

3    from the D.C. Circuit, *U.S. versus Wall*, which, at least I

4    read to suggest that when the Court defers on a Rule 29,

5    there's no forfeiture if the defense puts on its case.

6              Does everybody agree?

7              MR. LINDER:  Yes, sir.

8              THE COURT:  Okay.

9              MS. RAKOCZY:  Yes, Your Honor.

10             THE COURT:  So I guess the one open question is --

11   and the case doesn't precisely specify it, but it doesn't

12   sort of speak to whether you -- it speaks to when the Court

13   reserves, not to when the argument is made.

14             And so does everybody agree that if you sort of

15   wait to make your argument, that that doesn't result in a

16   forfeiture?  In other words, I obviously can't defer until

17   you make your argument.  And if you make your argument after

18   the case has started, does anybody think that poses a

19   problem?

20             MR. CRISP:  The only concern I think I would have,

21   Judge, is that it -- when we make it is a point at which the

22   evidence should freeze for Your Honor's analysis.  So if we

23   defer -- if we wait until making those arguments, my concern

24   is I wanted to be able to say, I'm making my argument today

25   at the close of the government's case.  If I wait until we

```
 1   start doing some aspect of our case-in-chief, then you're

 2   allowed to then incorporate aspects of that.

 3              THE COURT:  But not if I'm considering the

 4   Rule 29.  You're not making the argument to a jury.  You're

 5   making it to me, and I can --

 6              MR. CRISP:  As long that is what Your Honor's

 7   analysis would be --

 8              THE COURT:  Yes, of course.

 9              MR. CRISP:  -- then, no, I don't have that

10   concern.  That was my -- under 29(b), that was my driving

11   consideration.

12              THE COURT:  Obviously, my marching orders are any

13   Rule 29 is based only on the evidence that exists at the

14   time the government closes its case-in-chief.

15              MR. CRISP:  And if that's the lens through which

16   Your Honor is viewing it, then, no.  Thank you.

17              THE COURT:  Okay.

18              Everybody in agreement on that?

19              MS. RAKOCZY:  Yes, Your Honor.

20              And the government is as well.  It just might be

21   prudent if we all assume or if the defense actually makes

22   just the motion without necessarily argument at the close of

23   the case where we can all just assume that that motion has

24   been made so that the record is clear that there is a

25   Rule 29 motion pending.
```

```
 1              THE COURT:  That's fine.  Yes, we can do that.
 2              And I guess I'd like to have the government on the
 3   record as saying that they essentially are waiving or
 4   forfeiting the argument that if the actual argument itself
 5   is not made in between the government's case and the defense
 6   case, that that's not going to be argued on appeal, if there
 7   is one, as a forfeiture of some kind?
 8              MS. RAKOCZY:  Correct, Your Honor.
 9              We are all sitting here today understanding that
10   you will rule on the Rule 29 on the basis of the evidence up
11   until the point of the government's close, and the defense
12   putting on evidence would not result in a waiver of their
13   motion.
14              THE COURT:  Okay.  Even if the argument is made
15   after the commencement of the defense case?
16              MS. RAKOCZY:  Yes, Your Honor, that's correct.
17              THE COURT:  All right.  I just want everybody to
18   be clear.  The record is clear on that.
19              All right.  Good.
20              Okay.  So I think that resolve that.
21              And then so, Mr. Crisp, you had said you wanted to
22   poll the jury out about a matter.
23              MR. CRISP:  So, Judge, Your Honor, President Biden
24   made comments yesterday analogizing and enjoining distinct
25   parallels between the language that was allegedly used by
```

 1  the attacker against Nancy Pelosi's husband to the riots

 2  that -- or the events that took place on 6 January.

 3          My concern is -- obviously, my hope is the jury is

 4  doing a very good job in honoring Your Honor's directives to

 5  not follow anything about the trial.  But, you know, we

 6  don't expect the President to make comments about defendants

 7  involved in this case.

 8          THE COURT:  Well, but did he specifically

 9  reference the defendants in this case, in this case?

10          MR. CRISP:  He referenced the conduct.  He

11  referenced the individuals who stormed the Capitol.

12          THE COURT:  Right.  Right.  That's what I've

13  understood.  That's what I understood.  I didn't see the

14  speech last night.

15          I read the coverage.  I didn't understand him to

16  be making a specific statement about these defendants or the

17  Oath Keepers.

18          MR. CRISP:  He did not say "Oath Keepers," but he

19  certainly analogized the conduct and the behavior and the

20  motivations, in his mind, that led them to engage in the

21  behavior that they did and said -- and analogized it to the

22  attack against him.

23          So I want to make sure that the jury, if they

24  heard it, just probe that.  If they didn't hear it, just

25  move on.  Just say, Did anyone hear about President Biden's

```
 1   comments regarding the --
 2           THE COURT:  Here's the problem --
 3           MR. CRISP:  Yes, sir.
 4           THE COURT:  -- which is, we're already 24 hours or
 5   more past that news cycle, the start of the news cycle, and
 6   a lot has been said.
 7           MR. CRISP:  I didn't hear -- I thought he said it
 8   during the middle of trial.
 9           THE COURT:  I mean from the date of the attack.
10           MR. CRISP:  Correct.
11           THE COURT:  The attack happened Monday, I think
12   it is.
13           MR. CRISP:  It did, yes.
14           THE COURT:  So, I mean, his speech wasn't until
15   last evening, and a lot has been said.  And I certainly
16   never directed the jurors not to look at that news.  And he
17   certainly would not have been the only one who has
18   analogized it to the events of January 6th.  In fact, a
19   number of people have.  And so I'm not sure --
20           MR. CRISP:  It's a little different, I think, when
21   you have the President making a comment in that regard
22   versus a political commentator.
23           THE COURT:  It hasn't just been political
24   commentators.  I think a lot of politicians have, but it's
25   not the President; I agree.
```

```
 1              MR. CRISP:  I understand.

 2              THE COURT:  Then when somebody says, Yes, heard

 3    him say that, then what?

 4              MR. CRISP:  Then I think we ask about what their

 5    impressions were.  Do they believe that there is a

 6    similarity.

 7              What I would want to do is basically rehabilitate

 8    them and say, You recognize that whatever happened there has

 9    nothing to do with what may have occurred here on the events

10    of 6 January and in regards to what others may have said --

11    something like that, almost like a cautionary instruction so

12    that they can't have in their mind, like, Yep, guys that do

13    that or the guys that do this.  That's my concern.

14              THE COURT:  What if I just did that generally?

15              MR. CRISP:  Then if they didn't hear about it,

16    then you're planting some ideas in their mind they may not

17    have known about.

18              THE COURT:  Unless no one has been paying

19    attention to the news, period, at a minimum there are going

20    to be some jurors who will have read about the story.

21              MR. CRISP:  One moment, if I may, Your Honor.

22              (Pause)

23              MR. CRISP:  I'm trying to strike a Democratic

24    solution here, Judge.

25              I think the request would be just an additional
```

```
1   cautionary instruction about making sure you're not reading
2   anything relating to or anal- -- I'm not sure how you even
3   do that.
4            THE COURT:  I'm happy to hear --
5            MR. CRISP:  My personal preference is to ask them
6   if they've heard and individually voir dire.  That is my
7   personal preference.  In all candor to the Court, my
8   colleagues don't want that.  They want to say nothing or
9   to -- or a general instruction, which I think -- I think has
10  the idea to plant a seed without being more specific.
11           So I would ask on my behalf to ask the specific:
12  Has anyone heard any comments from the President?  And then
13  do individual voir dire.
14           I can represent that Mr. Fischer is asking for
15  nothing.  So I would -- you know, I'll have to put it -- on
16  behalf of my client, I have to make that request.
17           THE COURT:  But here's my concern, Mr. Crisp, is
18  that, I can ask specifically to the President; but as I
19  said, a number of people have made similar comments.  And
20  while --
21           MR. CRISP:  Sure.
22           THE COURT:  -- you may think that the President's
23  comments may have greater weight than others, the fact that
24  they have been exposed to the comment is the point you're
25  driving home --
```

```
 1            MR. CRISP:  Correct.

 2            THE COURT:  -- and a comment and the analogy.

 3            And if we're going to make the inquiry, I wouldn't

 4    propose to do it only limited to anything the President has

 5    said.

 6            MR. CRISP:  You're right, and I apologize.

 7    Thank you.

 8            THE COURT:  No, you don't have to apologize.

 9    I just -- and I'm wondering whether we're opening up a can

10    of worms here by making a connection that they may not have

11    made previously.  Now, maybe they have; maybe they haven't.

12    I don't know.  But if you ask them --

13            MR. CRISP:  If they've heard the comments, then

14    clearly someone has made that connection for them already in

15    that comment.

16            THE COURT:  Right.  That's true.  That's true.

17            MR. CRISP:  I think the horse is already out of

18    the barn at that point.  So that is my request, that if

19    anyone has heard that, to then guide them and say, You

20    understand that has no bearing and there's no relationship

21    to whatever may have occurred there as to what the

22    allegations are here, something in that vein.

23            THE COURT:  So what would you ask -- have the

24    question be?  Have you heard any -- have you heard any

25    anyone --
```

1          MR. CRISP:  Comments.

2          THE COURT:  -- compare the events of January 6th

3    to the events that happened the other day at the home of the

4    Speaker of the House and to her husband?  Is that what you'd

5    like me to ask?

6          MR. CRISP:  Well, has anyone heard about the

7    attack on the husband of the Speaker of the House?  And has

8    anyone heard anyone make any comments about that as it

9    relates to what may or may not have occurred on January 6th?

10         So if no one's really -- as I'm sure you know,

11   I think they probably would have heard about it.  But, yeah,

12   I think we need to make sort of a two-step analysis.

13         THE COURT:  All right.  What's everybody else's

14   thoughts here?

15         MR. NESTLER:  On behalf of the government, we

16   think the other defendants should weigh in, considering that

17   there seems to be some dissension amongst their ranks.  And

18   this probably -- is more fraught with more peril for them

19   than it is for us.

20         MR. FISCHER:  Your Honor, I agree.  I know

21   Mr. Crisp, I respect his opinion, but I disagree.  I think

22   bringing it to the attention of the jurors would be

23   emphasizing a point instead of diluting the situation.

24         I would add for the record, though, I think as

25   part of our prior change of venue request, I think this is

```
 1    just another additional reason why I believe that request
 2    should have been granted; however, we respectfully disagree
 3    with the Court on that.  And that's our position.
 4    Thank you.
 5              THE COURT:  All right.  Well, at least --
 6              MR. LINDER:  Your Honor --
 7              THE COURT:  Hang on.
 8              At least as to that last point, there's no way to
 9    anticipate something like that would have happened.  And
10    it's been a national story that I don't think has gotten any
11    more -- well, I don't have any evidence that it's gotten any
12    more play here than it has anywhere else; let's put it
13    that way.
14              Mr. Geyer?
15              MR. GEYER:  Your Honor, with all due respect to
16    Mr. Crisp, even with the two-step process, I think it
17    creates a serious risk, we're going to be inserting things
18    into the jurors' minds that might not have been there to
19    begin with, so I have to concur with Mr. Fischer.
20              THE COURT:  Mr. Linder.
21              MR. LINDER:  I'm neutral.
22              THE COURT:  You're Switzerland.
23              MR. LINDER:  I'm neutral either way on that.
24              I see both sides of the argument.  I really don't
25    have a dog in that night at this time.
```

1              THE COURT:  Okay.

2              MS. HALLER:  I would respectfully request just a

3     gentle reminder about media and focusing on the evidence in

4     this case.

5              THE COURT:  Okay.

6              MS. HALLER:  As opposed to anything they may hear

7     outside.

8              THE COURT:  Okay.

9              Well, look, I think my view right now is that it's

10    probably -- I'm not going make the inquiry, and I actually

11    do think I agree with Mr. Fischer that it is something that

12    probably will unduly emphasize what are disparate events.

13             And this unlike the situation we had earlier in

14    the trial where we had the Congressional Hearing ongoing,

15    there was some mention of the Oath Keepers during that

16    hearing, and so it was appropriate to ask these jurors

17    whether they'd seen the hearing or read anything about it,

18    in particular because we had told them not to.

19             But this is something that, in some sense, it

20    wasn't something that was specifically instructed that

21    they -- obviously since we couldn't anticipate, we couldn't

22    tell them not to read the news about it.  And so I think

23    this emphasizes a connection that I think otherwise, I don't

24    think we ought to emphasize, and I think it creates a

25    potential for prejudice for the defendants by bringing it to

```
 1   the attention of the jury in a way that links the two that
 2   perhaps they have not in their minds.  So, okay?
 3               MR. CRISP:  Thank you, Your Honor.
 4               THE COURT:  Thank you.
 5               MR. LINDER:  One more procedural question,
 6   Your Honor.
 7               THE COURT:  Okay.
 8               MR. LINDER:  We were talking about it amongst
 9   ourselves earlier.
10               THE COURT:  Okay.
11               MR. LINDER:  When we start our case-in-chief,
12   after, for instance, Mr. Crisp or I direct our client, what
13   is the order -- and in the cases I've done in the past,
14   co-defendants' counsel then go next and then government
15   counsel gets to cross at the end.  How does this Court like
16   to proceed with the order of questioning?
17               THE COURT:  I've been in this job for seven and a
18   half years.  I've never had a defendant testify so I haven't
19   been confronted with the issue.
20               MR. LINDER:  It's going to be unique.
21               THE COURT:  I don't think it's ever happened,
22   certainly not in a co-defendant case.
23               I think given -- unless everybody thinks
24   otherwise, I think it makes sense for the defense to
25   cross-examine first.
```

1           MR. LINDER:  That's what I've done in the past

2     but...

3           THE COURT:  That would enable the government to

4     cross-examine against any testimony that's elicited by

5     defense counsel.

6           MR. LINDER:  Okay.

7           THE COURT:  Is everybody okay with that?

8           MR. NESTLER:  May I, Your Honor?

9           So this is a unique circumstance and we think the

10    law is actually fairly clear from other circuits, the

11    D.C. Circuit has not weighed in on this because it comes up

12    so infrequently.

13          Defendants do not have a right to cross-examine

14    other defendants or other defense witnesses unless the

15    testimony of the witness inculpates the defendant.

16          And so our position is that if, let's say,

17    Stewart Rhodes testifies and he inculpates Kelly Meggs, of

18    course, Kelly Meggs can cross-examine Defendant Rhodes, and

19    that that should happen in the sequence Your Honor just said

20    and Mr. Linder just said.

21          THE COURT:  So -- go ahead.

22          MR. NESTLER:  So in terms of sequencing, if a

23    witness, when the defendant becomes a witness or they call

24    somebody else, if the witness inculpates a particular

25    defendant, that defendant has an opportunity to

 1    cross-examine the witness and that should occur before the
 2    government cross-examines.
 3                If a witness does not inculpate a defendant, the
 4    defendant does not have a right to cross-examine the
 5    witness.
 6                THE COURT:  And what constitutes inculpation in
 7    your mind?  Is it the mere acknowledgement, for example,
 8    that they were all in D.C. on January the 6th?  Is that
 9    inculpation in your mind?
10                MR. NESTLER:  No.
11                No, it's not.  It has to be pointing the finger at
12    somebody else, and that is the way -- we have case law we
13    can provide to the Court to look at this question.  It
14    doesn't come up that frequently, but I think there's six or
15    seven different circuit cases over the past 30 or 40 years
16    where this has come up, and that has been the consensus view
17    of the different appellate courts.
18                THE COURT:  Well, we've got some time before that
19    happens, so if you can get me the case law, I'll take a look
20    at it.
21                MR. NESTLER:  Sure.
22                THE COURT:  And we can go from there.
23                MR. NESTLER:  And just to be clear, we're not
24    saying that a different defendant couldn't sponsor
25    Stewart Rhodes, for instance, Kelly Meggs could sponsor

```
 1   Stewart Rhodes as a witness and do a direct examination.
 2   We're not saying that's not possible.  We're saying that
 3   that cross-examination is not appropriate unless the witness
 4   is adverse to the particular defendant.
 5            MR. CRISP:  I just want to give a hypothetical,
 6   though, if I may.
 7            What if on the cross from the government of a
 8   defendant, their questions inculpate another defendant?
 9   Then I should be allowed to get up and cross hypothetically
10   if they inculpated my client in that scenario.  If they're
11   drawing a connection between, you know, let's say,
12   Stewart Rhodes and Ms. Watkins in some way that's
13   deleterious to my case, that to me would be inculpation.
14            MR. NESTLER:  It may be.
15            I think the case law is as I said.  I'll send it
16   around, but if the witness testifies, whether it's on direct
17   or on cross, to inculpate a defendant, then that witness
18   becomes a witness against the defendant and that defendant
19   has an opportunity to cross-examine the witness.
20            THE COURT:  So but -- all right, we've got these
21   folks waiting, but I guess I don't know how that works, if,
22   for instance, let's say Mr. Rhodes gets up, testifies,
23   doesn't mention a single other defendant, the government's
24   cross-examination clearly is going to, I would think, bring
25   up the other defendants.  Does that then mean you think the
```

```
 1    defense counsel then get to cross-examine after you and try
 2    rehabilitate Mr. Rhodes and that, therefore, you don't have
 3    an opportunity to cross-examine after that rehabilitation
 4    has occurred?  That doesn't make a whole lot of sense to me
 5    either.
 6              MR. NESTLER:  We agree with you, but that would be
 7    the defendants' potentially doing a redirect and not a
 8    cross.
 9              THE COURT:  I don't think they get a redirect
10    without having done a direct.
11              MR. NESTLER:  And we can send around the case law
12    and we could all think about this.
13              THE COURT:  All right.
14              MR. NESTLER:  I know it's a tricky question.  What
15    we don't want to see is Rhodes testifying and then all four
16    other defense counsel crossing him with leading questions to
17    elicit information favorable to their clients that were that
18    was not elicited on direct with Mr. Rhodes, which we don't
19    think is appropriate because he would not in that situation
20    be a witness adverse to those other defendants.
21              THE COURT:  Okay.  All right.  We'll figure it
22    out.
23              I'll amend my statement.  I have had a defendant
24    testify but not in a multi co-defendant case.  It happened
25    at the last trial.
```

```
 1              (Pause)
 2              COURTROOM DEPUTY:  Jury panel.
 3              (Jury entered the courtroom.)
 4              THE COURT:  Okay.  Have a seat, everyone.
 5              Ladies and gentlemen, good morning again.
 6  I always like a standing apology for the reason for the late
 7  start, but, again, just some legal matters that we needed to
 8  take care of before we could have you all with us.
 9              In any event, we are ready to continue with
10  Special Agent Moore.
11              Come on back up.  Thank you, Special Agent Moore.
12                       - - -
13  SA JOHN MOORE, WITNESS FOR THE GOVERNMENT, HAVING BEEN
14  PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
15  FOLLOWS:
16                  CROSS-EXAMINATION (CONTINUED)
17                       - - -
18                       - - -
19  BY MR. FISCHER:
20      Q    Good morning, Agent Moore.
21      A    Good morning, sir.
22      Q    Sir, I've just put an exhibit up in front you.
23  I'm actually going to mark this -- I believe it's Caldwell
24  125, we're at, if I'm not mistaken.  126.  Caldwell 126.
25              Sir, do you recognize this chart?
```

1    A    I do.

2    Q    Okay.

3         And, sir, you'd agree that this chart in front of

4    you, would you tell the ladies -- would you tell me what it

5    depicts, please?

6    A    It depicts all five defendants and then their

7    status as members in various Signal chats.

8    Q    Okay.

9         MR. FISCHER:  At this time, we'd ask to admit

10   Caldwell 126.

11        MS. RAKOCZY:  Objection; foundation with this

12   particular witness.

13        Maybe it would be helpful to get on the phone.

14        (Bench conference)

15        MS. RAKOCZY:  Your Honor, this is an exhibit that

16   the government prepared for potential use with this witness,

17   and the reason we did not use it with this witness is he has

18   not examined the extractions from every single phone

19   implicated and was not prepared to talk about the exact data

20   in every single cell here.  He knows some of the information

21   but not all of it, and that's the reason why we did not

22   present this through this witness.

23        So I think if Mr. Fischer were to ask more

24   questions, the witness would say that he could testify to

25   some of this, he's familiar with some of this information

```
 1   but not all of it, and so I think our concern is there's

 2   just -- this is not an appropriate witness for this exhibit.

 3             MS. HALLER:  Your Honor, this --

 4             THE COURT:  Hang on, Ms. Haller.

 5             MS. HALLER:  Okay.

 6             THE COURT:  It's Mr. Fischer's witness.

 7             MR. FISCHER:  Your Honor, he just identified the

 8   exhibit.  The exhibit was sent to the defense under the --

 9   we were told this was going to be introduced through this

10   witness.

11             THE COURT:  Can I ask the following, which is,

12   is there any question about the accuracy of the contents of

13   the exhibit?

14             MS. RAKOCZY:  I think there may be some things

15   that are slightly off.

16             After I prepared this exhibit, I talk about it

17   with our CART examiner, who was going to be our expert

18   witness, who we have ultimately not called to testify, and

19   I think she tweaked some of this data.

20             This was an exhibit that I put together, and

21   so I think there may be some things that are slightly off;

22   I don't know off the top of my head right now which of them

23   may be slightly off.

24             THE COURT:  And, Mr. Fischer, are you going to ask

25   him about anybody other than Mr. Caldwell?
```

1              MR. FISCHER:  No, I'm not.

2              THE COURT:  Okay.  Then can we just all agree that

3    he'll ask him, isn't it true Mr. Caldwell wasn't on any

4    chats other than -- on any of these chats, and we don't have

5    to show the exhibit?

6              MS. RAKOCZY:  No objection to that line of

7    questioning, Your Honor.

8              THE COURT:  Is that all right, Mr. Fischer, as an

9    alternative?

10             MR. FISCHER:  That's fine, Judge.

11             THE COURT:  Okay.

12             (Open court)

13   BY MR. NESTLER:

14        Q    Agent Moore, you could agree that Mr. Caldwell did

15   not appear on the "Old Leadership" Signal chat with the

16   Oath Keepers; is that correct?

17        A    That's correct.

18        Q    And you'd agree Mr. Caldwell did not appear on the

19   "D.C. Op January 6, 21" chat; is that correct?

20        A    That's correct.

21        Q    You'd agree that Mr. Caldwell did not appear on

22   the "OK Florida D.C. Op January 6th" chat through Signal; is

23   that correct?

24        A    That's correct.

25        Q    And you also agree he did not appear on the

```
 1   "OK Florida Hangout" Signal chat; is that correct?

 2        A    That's correct.

 3        Q    And, also, he did not appear on the

 4   "Vetted OK Florida Hangout" Signal chat; is that correct as

 5   well?

 6        A    That's correct.

 7        Q    All right.

 8             We can take down that, please.

 9             And, sir, as to Signal, I just want to make clear,

10   the FBI did recover nearly 20,000 Signal messages during the

11   investigation; is that right?

12        A    I don't know the number, even the ballpark.

13        Q    Well, you would agree it's thousands at least?

14        A    It's thousands, yes, sir.

15        Q    So despite the fact there's been allegations of

16   deletions of Signal messages, the messages -- the Signal

17   messages have been recovered from other individuals who did

18   not delete any messages; is that fair to say?

19        A    I can't definitively say that every deleted

20   message was recovered on another device.

21        Q    Okay.

22             But you could certainly agree that, at least the

23   lion's share of the Signal messages have been recovered?

24        A    Again, I don't know if it's the lion's share.

25        Q    Sir, if --
```

 1              MR. FISCHER:  Ms. Rohde, if we could pull up 9079,

 2    please.

 3              And if we could go to slide 38.

 4    BY MR. FISCHER:

 5        Q    Sir, I'm going to pull up to you -- you testified

 6    yesterday from Exhibit 9079.

 7              Do you recall that?

 8        A    I need to see the exhibit.

 9        Q    Okay.  Fair enough.

10              Well, there were a series of exhibits regarding

11    Mr. Caldwell that happened after January 6th.

12              Do you recall testifying about those exhibits?

13        A    I do.

14        Q    And so what is going to be pulled up here in a

15    second is 9079, and we're going to go to slide 38.

16              Okay.  So this appears to be a message from

17    Mr. Caldwell to a guy named Rob Picco.

18              Does that sound right?

19        A    That's correct.

20        Q    It's on January 13th, 2021, around 9:14 a.m.; is

21    that right?

22        A    That's right.

23        Q    Okay.

24              Isn't it true the FBI has not interviewed

25    Rob Picco?

1    A    I don't know if we've interviewed him.

2    Q    Okay.  And, sir, Mr. Picco in this he indicates --

3  or Mr. Caldwell indicates in the second sentence, "Don't

4  know how hard it is for you to get those uppers."

5         Do you see that at the top there?

6    A    I do.

7    Q    Okay.

8         So yesterday there were some discussions about

9  firearms, sir.  You would agree, basically, a rifle has

10 three components.  It has a lower receiver, an upper

11 receiver, and a barrel.

12        Does that sound right?

13   A    I mean, in the case of an AR, I believe the barrel

14 is part of the upper receiver.

15   Q    Okay.

16        Well, you also know that the upper -- in fact,

17 isn't it true an upper receiver is a replacement gun part

18 that's about maybe 10, 11 inches long?

19        Does that sound right?

20   A    An upper receiver is a key component of a firearm.

21 If you're building a firearm, it's a component; it's not

22 necessarily a replacement.

23   Q    Well, I agree it's a key component to a firearm,

24 but it's also -- a "component" means it's a part.  It's one

25 part of a firearm, correct?

6710

1      A     That's correct.

2      Q     Okay.

3            And an upper receiver -- sir, I apologize.  Did

4   you indicate, did you serve in the military at one time,

5   I believe?

6      A     That's correct.

7      Q     Okay.

8            Certainly you fired rifles during your service in

9   the military; is that right?

10     A     Yes, sir.

11     Q     And certainly you must be aware that the upper

12  receiver is a part -- it's about the length of this pen --

13  that goes right above the area where ammunition is fed into

14  a rifle, correct?  Does that sound right?

15     A     My understanding, the upper receiver is the whole

16  barrel and hand grip portion of the rifle.

17     Q     I'm not sure.  Are you aware -- there's already

18  been evidence presented in this case that Mr. Caldwell was a

19  concealed carry permit holder in the state of Virginia

20  during the alleged conspiracy in this case.

21            Are you aware of that?

22     A     I'm not aware of that.

23     Q     Are you aware that a concealed carry permit holder

24  in Virginia can buy an unlimited number of guns at any time?

25     A     No, I'm not aware of that.

1   Q    Okay.

2        So, in fact, what Mr. Caldwell in this message is

3   doing, in fact, he is getting -- he is requesting or

4   discussing the possibility of getting a replacement part or

5   a component to an already-existing firearm, right?

6   A    He could be getting a replacement part, or he

7   could be building a new one.

8   Q    Okay.

9   A    I can't say that from this.  I believe I just

10  testified that he was likely referencing an upper receiver.

11  Q    Well, sir, again, you understand that Mr. Caldwell

12  is completely eligible at the time to go out to any gun

13  store in the state of Virginia and unload their shells with

14  rifles and walk out the door as long as he paid for them;

15  are you aware of that?

16  A    I'm aware of that, but he would not be allowed to

17  then take that rifle and commit another act of violence

18  against the U.S. Government.

19  Q    Well, sir, yesterday when the government, they

20  asked you probably at least 100-plus questions; is that

21  right?

22  A    That's probably accurate.

23  Q    And not once did you ad lib to the government's

24  questions any gratuitous testimony like you just did about

25  using something against the government, did you?

1          MS. RAKOCZY:  Objection; argumentative.

2          MR. FISCHER:  I'll withdraw that.

3   BY MR. FISCHER:

4      Q    In fact, sir, how many times did you go over your

5   testimony with the prosecutors before you testified

6   yesterday?

7      A    I believe three times.

8      Q    And, sir, you certainly do not have any evidence

9   that Mr. Caldwell took any upper to use against the

10  United States Government?

11     A    No, I do not.

12     Q    Okay.

13         MR. FISCHER:  And -- Court's indulgence.  If we

14  could move along to slide 40, please.

15         Keep going down.  I think it might be one more.

16         One more.

17  BY MR. FISCHER:

18     Q    All right.  Sir, there were a series of messages

19  we just went through here regarding Donovan Crowl and

20  Jessica Watkins going to Mr. Caldwell's farm around

21  January 14th of 2021.

22         Does that sound right?

23     A    Yes, sir.

24     Q    And, in fact, isn't it true that at the time these

25  messages were sent on January 14th, isn't it true that

```
1    neither Mr. Crowl nor Ms. Watkins had been charged with a

2    crime at that time, correct?

3         A    That's correct.

4         Q    Okay.

5              And, in fact, you'll see at the top it says,

6    "Tom Commander," right?

7         A    That's right.

8         Q    And that's because this came from Donovan Crowl's

9    phone or his Facebook records; is that right?

10        A    That's correct.

11        Q    Okay.

12             Were you aware that one of the agents in this

13   case, Agent Palian, took that moniker, Tom Commander, to

14   believe that Mr. Caldwell was the commander in the

15   Oath Keepers?

16             THE COURT:  Sustained.  Next.

17             MR. FISCHER:  The Court's indulgence.

18   BY MR. FISCHER:

19        Q    Isn't it true that after -- isn't it true that

20   upon being notified -- that upon Mr. Crowl and Ms. Watkins

21   being notified that they had been charged by federal

22   authorities, that they immediately turned them

23   themselves in?

24        A    That's correct.

25        Q    Okay.
```

1              And, sir, are you aware Mr. Caldwell has not been
2    charged with harboring a fugitive in this case?  That's
3    correct?
4         A    I believe that's correct.  I would need to see his
5    indictment.
6         Q    And you're aware that the FBI actually questioned
7    Mr. Caldwell and asked him about Ms. Watkins and Mr. Crowl
8    being at his farm.  You're aware of that?
9         A    I'm not aware of that.
10             MR. FISCHER:  Okay.  If we could go -- if I could
11   actually have Ms. Rohde, if you could pull 9079, and this
12   is -- 9079.1, please.
13   BY MR. FISCHER:
14        Q    Sir, in this slide, it's 9079.1 that's being shown
15   to the jury right now.  This appears to be a message from
16   Matthew Truong to Mr. Caldwell; is that right?
17        A    That's correct.
18        Q    Okay.
19             Were you aware that Mr. Truong was a Republican
20   candidate for Congress in Northern Virginia four years ago?
21        A    I was not aware.
22        Q    Were you aware that he was the President of Asian
23   Americans for Trump?
24        A    I was not aware.
25        Q    Were you aware that the organization Asian

1    Americans for Trump in Northern Virginia had nearly 500
2    members?
3         A    I was not aware.
4         Q    Isn't it true Mr. Truong has been interviewed by
5    the FBI?
6         A    I don't know that.
7         Q    Well, isn't it true Mr. Truong has given grand
8    jury testimony in this case?
9         A    I don't know that.
10             MR. FISCHER:  Ms. Rohde, if we could pull up 9077,
11   please.
12             I think we're going to go -- okay.
13   BY MR. FISCHER:
14        Q    Sir, what's up on the stage here, it says -- could
15   you read out for the jury, please?
16        A    Yes, sir.
17             It's a message from Mr. Caldwell to someone he has
18   saved as Trees Shawn Pugh.
19             It says, "Yeah.  Just got back from D.C. just now.
20   Had after-action neeting" -- I think he means "meeting" --
21   "with the higher Ohio Oath Keepers in Arlington after late
22   checkout."
23        Q    Sir, isn't it true what Mr. Caldwell is referring
24   to is he met with Donovan Crowl and Jessica Watkins at the
25   breakfast bar at the Comfort Inn on the morning of

1    January 7th before he checked out of the hotel?

2        A    I don't know who from the Ohio contingent he met

3    with, if it was just those two or if there were others.

4        Q    Okay.

5            Well, sir, switching topics here for a second.

6    Would you explain to the jury, what does it mean when

7    something is open source?

8        A    In my understanding, it's something that's

9    publicly available from the news media, from the Internet,

10   something that anyone could access without any kind of

11   security clearance.

12       Q    Okay.

13           So something is open source, you can access it,

14   I can access it, the entire country can access it because

15   it's in the public domain, correct?

16       A    Yes, sir.

17       Q    And certainly the FBI and a grand jury could

18   access it as well; is that correct?

19       A    That's correct.

20       Q    Okay.

21           And if we could pull up No. 9079, please,

22   Ms. Rohde.

23           Sir, I'm going to show you the slides that

24   involve -- that were in evidence yesterday regarding the

25   unsending of a message.

1            So first of all, we have slide number 1, which
2    says, "Tom, send an attachment"; right?
3        A    That's right.
4        Q    That's right.
5            We go to slide number two.
6            And says, "You and Jess appear at about 3:21 mark
7    of this great video.  That's as far as I've gotten."  Is
8    that correct?
9        A    That's correct.
10        Q    This is Caldwell to Mr. Crowl on January 7, 2021,
11    at 4:25 p.m.; does that sound right?
12        A    That's correct.
13        Q    And he's referencing that News2Share video that
14    was played yesterday at the 3:21 mark; is that right?
15        A    That's right.
16        Q    And that's the video that shows, among other
17    things, I guess, Jessica Watkins and Donovan Crowl and other
18    Oath Keepers on the east side of the Capitol, does that
19    sound right?
20        A    That's correct.
21        Q    In fact, are you aware Mr. Caldwell is not even in
22    that video?  Are you aware of that?
23        A    I am aware of that.
24        Q    Okay.
25            And if we could go down another slide, please.

```
 1   Go down one more, please.
 2            And this appears to be Mr. Crowl responding to the
 3   video saying, "That's sweet."  Does that sound right?
 4       A    That's correct.
 5       Q    Next slide, please.
 6            And then in the second sentence, this is from
 7   Crowl, Mr. Crowl to Mr. Caldwell, in the second sentence
 8   where it says "can," that reads, "Can you send me that last
 9   video again in a text message"; does that sound right?
10       A    It does.
11       Q    Okay.
12            And so I'm going to show what's been marked -- if
13   you can come up here -- I'm going you what's been marked as
14   Exhibit 54.
15            MR. FISCHER:  Your Honor, I spoke with Ms. Rakoczy
16   yesterday, she had no objection to this so I'm going to ask
17   Caldwell 54 be admitted.
18            MS. RAKOCZY:  No objection.
19            THE COURT:  Caldwell 54 is admitted.
20                              (Defendant Caldwell Exhibit 54
21                                received into evidence.)
22   BY MR. FISCHER:
23       Q    Sir, I'm going to just walk you through this a
24   little bit.
25            Sir, I'm going to show you what appears to be --
```

1    well, first of all, I'll point down here.  You can see in

2    Exhibit 54 it says, "Tom Caldwell here."  Do you see that?

3         A    I do.

4         Q    And it has an address, "My address is 274

5    Wadesville Road, Berryville," is that right?

6         A    That's right.

7         Q    And there are participants on here, including

8    Keepers Donovan Crowl -- in the box I'm pointing to where it

9    says "Keepers, Donovan Crowl."  Do you see that?

10        A    I do.

11        Q    And to the right of that, you'll see what appears

12   to be a link to that same News2Share video, does that sound

13   right?

14        A    It looks like the same URL or a similar URL.

15        Q    And so if I were to tell you these were text

16   messages, this is one page of a text message record from

17   Mr. Caldwell's records where he's interacting with

18   Mr. Crowl, does that sound -- do you have any reason to

19   disbelieve that?

20        A    I don't, but I'm just looking at this for the

21   first time.

22        Q    That's fine.  I understand.

23             And so if you go over here, it looks like the

24   link, this was sent to Donovan Crowl, it's from the owner,

25   Tom Caldwell, and it's apparently sent January 8th, 1:54 at

1   UTC time; is that right?

2       A    I'm having a little trouble seeing where the

3   sender is depicted on this.

4       Q    Okay.

5            Well, sir, it says the participants over here.  It

6   says -- for example, it says, do you see the word "to" up

7   here?

8       A    "To."

9       Q    Where my pen is at?

10      A    Right.

11      Q    Below that it means it's sent to Donovan Crowl,

12  right?

13      A    Right.

14      Q    And then over here we have -- there is a link

15  that's been sent, right?

16      A    Yes, I'm with you on both of those things.  I just

17  don't see the "from" or the sender phone number and/or name.

18      Q    And I understand that, sir.  I'm not trying to

19  split hairs here.  But the bottom line is you can see a

20  message down here where it appears Mr. Caldwell is saying,

21  "Hi, John," and giving his address, right?

22      A    That's right.

23      Q    Okay.

24            And so the time that the link here, it indicates

25  January 8th, 2021, 1:54 a.m. UTC time; is that right?

1    A    It does.

2    Q    If I can take that down.  If we can pull 9079 back

3  up, please.

4         And I think --

5         Okay.  So, sir, 1:46 or the time -- if I could see

6  that one more time.

7         The time that we've just read out on Caldwell

8  Exhibit 54 was 1:54 a.m. UTC time, and it appears that --

9  the Court's indulgence -- 1:54.  It indicates at this point

10  he's saying -- Mr. Crowl is asking at 8:46, that would be

11  few minutes before, for him to send that video as a text

12  message, right?

13    A    That's right.

14    Q    Okay.

15         So if we could go to next slide, please.

16         And to be clear, sir, this is the message at

17  slide, I believe it's No. 6.  This is the message that

18  Mr. Caldwell has been charged with -- one of the messages

19  he's charged with unsending; is that right?

20    A    That's right.

21    Q    Okay.

22         And this is the News2Share video that was played

23  in court yesterday, right?

24    A    Right.

25    Q    Okay.

```
1              If we could go to the next slide, please.
2              Okay.  In here, at 8:55 p.m., which would be
3    1:55 -- 1:55 a.m. UTC time on January 8th, in fact,
4    Mr. Caldwell indicated, "I just sent it as a message to your
5    phone."  Right?
6         A    That's correct, that's the message he sent.
7         Q    Okay.
8         A    As far as UTC time, I'm not trying to be
9    difficult, but the text message you sent were at UTC time
10   and this is UTC minus 5, so as far as a time-by-time
11   comparison, I would need to look at them side by side like
12   I did yesterday.
13        Q    Trust me, you're not the only one confused on the
14   time issue here?
15        A    I believe.
16        Q    But the bottom line, sir, it appears that the
17   message in Caldwell No. 54, which arrived or was sent at
18   about January 8th at 1:54 a.m., it appears that this would
19   look like UTC time at 1:55 p.m., in other words, one minute
20   after the text message came across in the record.  Does that
21   sound about right?
22        A    That sounds very close.
23             I thought your -- I thought UTC -- I thought we
24   were on UTC minus 6 at some point here.  I could have been
25   wrong, looking at your exhibit.
```

1    Q    And, sir, just to clarify, UTC minus 5, I don't

2  think the government will disagree but I'm not sure they'll

3  stand up if they do, UTC minus 5 is on Eastern Standard

4  Time?

5    A    That's correct.

6    Q    You're in Texas, so it would be UTC minus 6?

7    A    That's correct.  I could have misread your

8  exhibit.  I'm just saying I would need to see a side by side

9  to verify the time.

10    Q    Understood.

11         Sir, how long have you been with the FBI for?

12    A    Six and a half years.

13    Q    And during that time, have you had a chance to be

14  involved in dozens of investigations?

15    A    I've been involved to some extent in dozens of

16  investigations.  I've personally been involved in, I would

17  say, less than dozens but multiple investigations.

18    Q    Understood.

19         And, sir, would you agree that -- would you agree

20  that in conducting an investigation, it is preferable to

21  take your time in doing an investigation methodically

22  question witnesses, get subpoenas and get documents and

23  thoroughly cross the Is -- cross the Ts and dot the Is

24  before moving forward with charging somebody.  Would you

25  agree with that?

1      A    I think the circumstances of the investigation and
2   the crime being investigated kind of determine the exigency.
3      Q    Well, sir, and, look I understand, for example, if
4   the FBI witnesses a bank robbery and arrests somebody on the
5   scene, that that's not going to require a lot of
6   investigation.  But I'm asking you, is it preferable as an
7   investigator to want to have plenty of time to go through
8   and methodically investigate, interview witnesses, obtain
9   documents, review records before going forward with charging
10  somebody?  Wouldn't you agree that's preferable?
11     A    If the crime that you're investigating the person
12  for is a crime of particular exigence, time is often --
13  saving time and ensuring the public well-being is often the
14  biggest priority, not at the expense of anything else,
15  but...  I've worked white collar and I've worked
16  counterterrorism.  I've been in white-collar investigations
17  that take multiple years.  I've been in counterterrorism
18  investigations that take less than a day, and it's been
19  because of the exigency of the person's conduct.
20     Q    Well, I'm not sure you answered my question.  My
21  question was, is it preferable to have more time to
22  methodically do an investigation, interview multiple
23  witnesses, get documents, get records, and do a very
24  thorough, like you said, months- or years-long
25  investigation, like in those white-collar cases, or is it

```
 1   preferable to simply just arrest somebody and then go out
 2   and investigate?
 3            MS. RAKOCZY:  Objection; asked and answered.
 4            MR. FISCHER:  I'll withdraw it, Your Honor.
 5   BY MR. FISCHER:
 6        Q    Sir, were you aware that the government charged
 7   Mr. Caldwell with evidence tampering regarding unsending
 8   this "video" back in January of 2021?  Are you aware of
 9   that?
10        A    I'm not aware of that.
11        Q    Sir, you just indicated earlier when I asked you
12   about what open source means, you indicated it's available
13   to the public in general, right?
14        A    Yes, sir.
15        Q    Including the FBI and the grand jury, correct?
16        A    Yes, sir.
17        Q    And, in fact, Mr. Caldwell, contrary to the
18   government's claim that he unsent a video, in fact, did not
19   unsend a video but instead recalled a linked -- or recalled
20   a link to a publicly open source news agency?
21        A    I mean, I testified that Mr. Caldwell removed
22   multiple messages.
23        Q    Sir, I'm not talking about anything else.  I'm
24   talking about, as far as what we've just testified -- what
25   you've testified here today regarding, I believe it was
```

1    slide number six, the News2Share link that was in

2    Mr. Caldwell's Facebook record, right?

3         A    Yes.

4         Q    Okay.

5              And you apparently are not aware that

6    Mr. Caldwell, since January of 2021, has been accused by the

7    government of evidence tampering as one allegation based on

8    that link?  Are you aware of that?

9              MS. RAKOCZY:  Objection; compound and asked and

10   answered.

11             THE COURT:  It's overruled.  He can answer.

12             Go ahead, sir.

13             THE WITNESS:  I'm not aware that the charges

14   specifically linked to that News2Share link.

15             MR. FISCHER:  Your Honor, this is going to be for

16   the witness only, which is Defense Exhibit 52.

17   BY MR. FISCHER:

18        Q    Sir, if you would just take maybe 30 seconds to go

19   ahead and read this document.

20             Just let me know when you're finished, sir.

21        A    I'm finished.

22        Q    Okay.

23             Sir, at the bottom, this appears to be an email,

24   correct?

25        A    That's correct.

1    Q    And at the bottom of the email, there appears to
2    be an attachment sent with this; is that right?
3    A    Yes, sir.
4    Q    Okay.
5         And this email appears to be from Ms. Rakoczy, the
6    Assistant U.S. Attorney at the table, and myself; is that
7    right?
8    A    That's correct.
9    Q    And, in fact, sir, isn't it true that as of --
10        MS. RAKOCZY:  Objection; foundation.
11        THE COURT:  Let's hear the question.
12        MR. FISCHER:  Your Honor, can we get on the phone?
13        (Bench conference)
14        MR. FISCHER:  Your Honor, this is an email where
15   the government indicated that they did not know what the
16   content of the unsent message was.  This was sent in
17   February of this year, more than a year after Mr. Caldwell
18   had been charged with unsending this link.  And the
19   government, as an attachment, sent me what the witness has
20   already testified to, all the messages and the link.
21        So this comes in under 801 or if he wants to agree
22   and say that the government did not have this message until
23   February of 2022...
24        THE COURT:  Ms. Rakoczy.
25        MS. RAKOCZY:  Your Honor, first of all, there's a

```
 1   lack of foundation.  I don't think this witness has ever
 2   seen this email before, so I don't think that it's proper
 3   here.
 4          I also have response on the substance of the
 5   relevance of this email.  But I think more pertinently right
 6   now, this witness has never seen this email before, I'm
 7   quite confident, and so can't testify as to what this email
 8   is or what it means.
 9          THE COURT:  I think that's correct.
10          Look, I think the question is Mr. Fischer is
11   trying to establish that the government discovered the
12   unsent messages on Mr. Crowl's phone, not until February of
13   this year.
14          MS. RAKOCZY:  Yes, Your Honor, and the problem
15   with that is he's linking that to the fact that Mr. Caldwell
16   was charged with this crime earlier.
17          Mr. Caldwell was charged with this crime earlier
18   on the basis of other evidence of deletion, namely, the 175
19   unsent messages in the Facebook records that we did have at
20   that time.  So there's no logical connection here.
21          THE COURT:  Well, I could understand that, and
22   that may be something you'll want to bring out on redirect.
23   But it's not improper for him to suggest, as he has been all
24   along, that the government moved too quickly on
25   Mr. Caldwell.
```

1          Look, Mr. Fischer, instead of focusing on the

2    email, can you ask him very specifically:  Isn't it true,

3    based upon your review of this email, that the government

4    did not disclose or the government did not become aware that

5    these messages were on Mr. Crowl's phone until earlier this

6    year?

7          MR. FISCHER:  I will do that.

8          THE COURT:  Okay.

9          (Open court)

10   BY MR. FISCHER:

11       Q    Sir, now, after your review of the email, you

12   would agree that the government did not become aware of what

13   the content of the unsent message was until February of

14   2022; is that correct?

15       A    This is the first time I've reviewed this email.

16   This email suggests that the government had recently

17   determined the content of those emails, and the email was

18   sent in February.

19       Q    The content of the Facebook message?

20       A    Sorry.  That's right.

21       Q    Fair enough, sir.

22          THE COURT:  I'm sorry.  I don't think the jury

23   heard the date.

24          MR. FISCHER:  The date of the?

25          THE COURT:  Of when that was sent.

```
 1   BY MR. FISCHER:
 2       Q    And, sir, the email, you would agree -- I
 3   apologize -- was sent on February 18th of 2022; is
 4   that correct?
 5       A    That's correct.
 6            THE COURT:  Thank you.
 7   BY MR. FISCHER:
 8       Q    Sir, yesterday you testified about the grand jury.
 9   There was a grand jury indictment in this case on
10   January 27th of 2021; is that right?
11       A    That's correct.
12       Q    And Mr. Caldwell was in that indictment; is
13   that right?
14       A    That's correct.
15       Q    And isn't it true in that January 2021 indictment,
16   Mr. Caldwell was charged with evidence tampering and one of
17   the reasons was because of the very unsent link we were
18   talking about, right?
19       A    I would prefer to review the indictment before I
20   talk about the specifics of the aspects of the charges.
21       Q    Okay.
22            Sir, I'm going to put up --
23            MR. FISCHER:  The Court's indulgence.
24            The Court's indulgence.  I apologize.
25   BY MR. FISCHER:
```

1    Q    So, in fact, sir, a couple of things.

2         Number one, the link that was unsent by

3    Mr. Caldwell in the message, the link was actually also sent

4    to Mr. Crowl's phone as the same link, right, on the same

5    day that he had sent it as a Facebook message, right?

6    A    That's what the phone records you showed

7    reflected.

8    Q    Sure.

9         MR. FISCHER:  Ms. Rohde, 9079 again, if we can put

10   the link up.  I think it's Slide 6.

11   BY MR. FISCHER:

12   Q    All right.  So, sir, what's up on the screen right

13   now in front of the jury, this link right here, which is the

14   unsent message, okay, this -- just to be clear for the

15   record, this unsent message was just minutes later sent by

16   Mr. Caldwell via a text message to Mr. Crowl also, right?

17   A    That's what the phone records that you introduced

18   to me this morning appear to show.

19   Q    Okay.

20        And, sir --

21        MR. FISCHER:  And if we could pull up now

22   Government's 1051.1, please.

23        Ms. Rohde, if you could go to the 3:15 time mark

24   and play it to 3:21 and stop at that point, please.

25        It's only a one-minute-long video.

1           Your Honor, I apologize.

2           If you could play it to the part where it shows

3    Ms. Watkins, I'd appreciate it.

4           (Video played)

5    BY MR. FISCHER:

6       Q    Sir, in the video, this is obviously what

7    Mr. Caldwell was sharing through Facebook and the text.  At

8    one point in this video, it shows Ms. Caldwell -- or

9    Ms. Watkins, which we'll show here in a minute, and just

10   for -- right here, stop, please.

11          Just for the record, this is the very video that

12   was unsent by Mr. Caldwell, right?

13      A    That's correct.

14      Q    Okay.

15          So it appears, sir, that the government and

16   defense both agree that this is the same thing that was

17   unsent.  You agree, and certainly I agree, that this was the

18   video Mr. Caldwell unsent.

19          Does that sound right?

20      A    That's right.

21      Q    Sir --

22          MR. FISCHER:  The Court's indulgence.

23          The Court's indulgence.

24   BY MR. FISCHER:

25      Q    In fact, sir, were you aware that the FBI actually

1    obtained this very video just a couple of days after

2    January 6th?

3         A    I was not aware.

4         Q    Were you aware that this -- that still shots of

5    this same video appear in the affidavit that was submitted

6    to charge Mr. Caldwell on January 17th, 2021?  Were you

7    aware of that?

8         A    I was not aware.

9         Q    In fact, sir, the FBI, before Mr. Caldwell ever

10   unsent this link, both the FBI, and by extension, the

11   grand jury, had this video available to them in the public

12   domain, right?

13        A    Again, I was not aware what was submitted to the

14   grand jury.

15        Q    Yeah.  This is News2Share, right?  That's where

16   this is from, News2Share, right?

17        A    It -- yes, that appears to be the News2Share video

18   that we watched previously.

19        Q    Yeah.  And News2Share is a media outlet.

20             They're a media outlet, right?

21        A    I'm not familiar with News2Share.  I'm not

22   familiar with how one would access News2Share.

23             MR. FISCHER:  The Court's indulgence.

24   BY MR. FISCHER:

25        Q    So, in other words, let's just cut to the chase

1    here, Agent.

2            Your colleagues with the FBI assumed that what

3    Mr. Caldwell had unsent was a "video" when, in fact, what he

4    sent was something that was linked to an open-source news

5    agency, right?

6        A    I talked -- you've asked me about what open source

7    is.  I am not familiar with News2Share.  I don't know how

8    anyone accessed this video.

9        Q    Okay.

10           MR. FISCHER:  The Court's indulgence.

11   BY MR. FISCHER:

12       Q    And, sir, you're aware -- I know the government

13   talked about some other messages that were unsent yesterday;

14   is that right?

15       A    That's right.

16       Q    And, in fact, the FBI has not recovered the

17   content of those messages; is that right?  The other

18   messages?

19       A    Which ones?

20       Q    Well, there were multiple ones.  I'll just ask

21   this way.  Has the FBI, besides the News2Share link here,

22   has the FBI recovered the contents of any of the other

23   allegedly unsent messages by Mr. Caldwell, to your

24   knowledge?

25       A    The FBI has recovered some of those messages off

1    of Mr. Crowl's phone.  I can't say whether or not the FBI

2    has recovered all messages that were unsent.

3        Q    Okay.

4             MR. FISCHER:  Ms. Rohde, if you could pull up

5    Government's 5151, please.

6    BY MR. FISCHER:

7        Q    Sir, yesterday, as Ms. Rohde is pulling that up,

8    yesterday you testified about Zello; is that right?

9        A    That's right.

10       Q    And Zello, as everybody knows by now, is the

11   push-to-talk walkie-talkie app, right?

12       A    Yes, sir.

13       Q    Okay.

14            And you mentioned the name Holden Haney yesterday,

15   right?

16       A    That's right.

17       Q    Mr. Haney is an Oath Keeper that's been

18   investigated by the FBI, right?

19       A    I know him to be an Oath Keeper.  I know him to be

20   on that Zello chat.  I don't know the extent of his

21   investigation.

22       Q    Okay.

23            And then we had a witness in here you may know,

24   Micah Loewinger, who wrote an article about Zello, right?

25            It's up on your screen; is that correct?

```
 1              Does that article look familiar?

 2              This is for the jury --

 3      A    Yes, I believe it's been referenced previously.

 4      Q    I apologize.  It's up in front of you.  This is

 5  already in evidence.

 6              All right.  And so, sir, this article is printed

 7  on January 13th, 2021, right?

 8      A    That's correct.

 9      Q    And so early on in the FBI investigation, I mean,

10  this is about a week after January 6th, early on, the FBI

11  started looking into some conversations that were on Zello.

12              Does that sound right?

13      A    That's correct.

14              Okay.

15              MR. FISCHER:  And if we could pull up 1502,

16  please, Government 1502.  This is already in evidence.

17              Okay.  If we could just play that for ten seconds.

18              Sir, I'm going to play what's marked as

19  Government's Exhibit 1502.  This appears to be a Zello

20  recording.  You can agree or disagree with me, but I think

21  you'll agree this appears to be a Zello recording at 1502.

22              (Audio played)

23  BY MR. FISCHER:

24      Q    Do you agree, sir, this appears to be a Zello that

25  was recovered by the FBI?
```

1        A      Yes, sir.

2        Q      Sir, there were several -- there were obviously

3  multiple people on this channel, including someone that went

4  by One Percent Watchdog and somebody who went by the name

5  Dozer, and other people; does that sound right?

6        A      That's right.

7        Q      Okay.

8               In fact, sir, yesterday, you testified that

9  Mr. Caldwell was arrested on January 19th of 2021; is that

10  right?

11       A      That's correct.

12       Q      And I believe you testified about a Grand Jury

13  indictment that came down on January 27th of 2021; does that

14  sound right?

15       A      That does.

16       Q      Okay.

17              And, sir, are you aware that after Mr. Caldwell

18  was arrested on January 19th, 2021, that he was interviewed

19  by a couple of your agents at the FBI for almost three

20  hours?

21       A      I don't know the length of the interview, but

22  I know he was interviewed.

23       Q      And you know he was interviewed and you're also

24  aware the interview was videotaped and audiotaped.  Are you

25  aware of that?

```
 1        A     I'm not.

 2        Q     Okay.

 3              And, sir, I'm going to show what's been marked,

 4   for the witness only, and actually if I can -- the Court's

 5   indulgence.

 6              MR. FISCHER:  Your Honor, I'm going to show what's

 7   going to be marked as what's Caldwell Exhibit 127, for the

 8   witness only.  Actually I have a hard copy, Your Honor.  May

 9   I approach the witness, it probably would be easier.

10              MS. RAKOCZY:  Your Honor, I would object to this.

11   I think we've discussed this issue already.

12              THE COURT:  Let's get on the phone.  I can't

13   recall it, but go ahead.

14              (Bench conference)

15              THE COURT:  Go ahead, Ms. Rakoczy.

16              MS. RAKOCZY:  I think that the Court ruled that

17   this could come in but not through a witness who had no

18   knowledge of it, and this witness obviously was not present

19   in the Grand Jury during another agent's testimony.

20              THE COURT:  So remind me what this is again.

21              MR. FISCHER:  Your Honor, this is the 801

22   testimony of Special Agent David Lochner regarding Zello.

23   The Court -- in fact, I asked the Court about --

24              THE COURT:  Right, right, right.  I remember.

25              I'll allow it.  I mean, it may not be procedurally
```

 1    exactly how you want to do it, but that's okay.  You can ask

 2    him to -- you can confer with him and tell him to put it in.

 3              (Open court)

 4              MR. FISCHER:  May I approach the witness to make

 5    this easier?  I have a hard copy.

 6              THE COURT:  Yes.  I've already ruled that this is

 7    admitted so go ahead.

 8              MR. FISCHER:  I introduce this as Caldwell 127.

 9                              (Defendant Caldwell Exhibit 127

                                     received into evidence.)

10

11    BY MR. FISCHER:

12        Q    Sir, you can take a minute to read that.

13              THE COURT:  Mr. Fischer, do you have an extra hard

14    copy?

15              MR. FISCHER:  I don't.  I gave it to the

16    government.

17              THE COURT:  That's okay.

18              (Pause)

19              THE COURT:  Special Agent Moore, why don't we at

20    least have him identify what it is and then if you want to

21    direct him to a particular portion, let's do that.

22    BY MR. FISCHER:

23        Q    Sir, up on the overhead here, you would agree this

24    appears to be Grand Jury testimony regarding Special Agent

25    David Lochner of the FBI; does that sound right?

6740

1        A     I would agree.

2        Q     And the Grand Jury testimony took place on

3   Wednesday, January 27th, 2021, right?

4        A     That's correct.

5        Q     And the Grand Jury testimony, according to the

6   heading, appears to be regarding Thomas Caldwell, Donovan

7   Crowl and Jessica Watkins, would you agree with that?

8        A     That's correct.

9        Q     And prosecutors involve, the first prosecutor

10  asking questions that will be read was Mr. Baset, Mr. Ahmed

11  Baset, and then Ms. Rakoczy is obviously here in the

12  courtroom.  Do you agree with that?

13       A     I would agree.

14       Q     Go to page 2.

15             You'd agree that Special Agent Lochner was sworn

16  and then a series of questions were asked of him after that;

17  is that correct?

18       A     That's correct.

19       Q     And he was asked what his assignment was with the

20  FBI and he indicated he was in counterintelligence; does

21  that sound right?

22       A     It does.

23       Q     And then he was asked what generally does the

24  assignment entail, and he indicated, "We investigate

25  national security measures from foreign adversaries."  Does

1    that sound right?

2         A    It does.

3         Q    He was then asked -- question Special Agent

4    Lochner was asked, "Now, did you have an opportunity to

5    investigate any criminal conduct arising out of the siege at

6    the United States Capitol on January 6th?"  Is that correct?

7         A    That's correct.

8         Q    And he answered yes.  All right.

9              That was on page 4 of the testimony.

10             And we have redactions here, but we're going to

11   move to page 14.

12             And, Mr. Baset, the federal prosecutor, then at

13   line 21 asked, "I'm going to move on to the next slide.

14   Now, are you aware of any additional audio from the

15   communications that you previously referenced from Zello

16   that were made?"  Is that correct?

17        A    That's right.

18        Q    Agent Lochner, of the FBI, answered yes; right?

19        A    Correct.

20        Q    And at line 25, the prosecutor asked, "Now I'll

21   play this recording."

22        A    That's correct.

23        Q    Okay.

24             Whereupon it appears the Zello recording was

25   played, and then Mr. Baset asked a question.  "And are you

1  aware of the individual -- who the individual, the male

2  voice is in this recording?"  Is that correct?

3      A    That's right.

4      Q    And will you read out the answer he gave at

5  line 5?

6      A    He said, "I believe that is Mr. Caldwell,

7  Thomas Caldwell."

8      Q    Okay.

9           And then Mr. Baset then asked the question, and

10 the question was, "How are you aware of that?  And to be

11 clear, do you know that for sure, or is that just something

12 that you are -- just at this point you think it might be but

13 you're not sure?"  Is that correct?

14     A    That's correct.

15     Q    And would you read out his answer,

16 Special Agent -- FBI Agent Lochner's answer at line 10?

17     A    "There's more additional evidence that would

18 suggest Mr. Caldwell made those statements."

19     Q    Thank you, sir.

20          And then, sir, let's put this in perspective.

21 This testimony was given on January 27th of 2021, right?

22     A    That's correct.

23     Q    That's the same day that Mr. Caldwell was

24 originally indicted on federal charges in this case, was

25 January 7th, 2021, right?

1        A     That's correct.

2        Q     One week earlier, on January 19th, 2021,

3   Mr. Caldwell was interviewed in person by your colleagues at

4   the FBI, correct?

5        A     That's correct.

6        Q     And at that time, they heard his voice for almost

7   three hours?

8        A     I don't know how long the interview lasted but

9   they did interview him.

10       Q     Yet here they are in a grand jury one week after

11  they sat down and heard his voice during an interview,

12  suggesting that they have evidence that Mr. Caldwell was on

13  Zello, right?

14             MS. RAKOCZY:  Objection.  Assumes facts not in

15  evidence, for example, whether Special Agent Lochner was

16  present during that interview.

17             THE COURT:  That's sustained.

18  BY MR. FISCHER:

19       Q     You and your -- you certainly work with other

20  agents during this investigation; is that correct?

21       A     That's correct.

22       Q     Okay.

23             Have you worked with Agent Whitney Drew?

24       A     I have, yes.

25       Q     And have you worked with Agent Michael Palian,

1    Special Agent Michael Palian?

2        A    I have.

3        Q    And you're aware that Special Agent Michael Palian

4    was one of those individuals from the FBI that personally

5    interviewed Mr. Caldwell on January 19th, 2021?

6        A    Yes.

7        Q    Okay.

8             And, sir, are you aware that even -- it appears

9    even the government concedes that Mr. Caldwell, after a

10   forensic analysis of his cell phone, that Mr. Caldwell was

11   not utilizing the Zello app at any time after mid-November

12   of 2020, all the way through and including January 6th; are

13   you aware of that?

14            MS. RAKOCZY:  Objection; foundation.

15            THE COURT:  He can answer if he -- he can answer

16   if he knows.

17            THE WITNESS:  I'm not aware of Mr. Caldwell's

18   Zello tendencies.

19   BY MR. FISCHER:

20       Q    Well, sir -- that's fine.

21            The Court's indulgence.

22            Were you aware that at one point the FBI also

23   believed that Stewart Rhodes was on Zello?

24       A    I'm not aware of that.

25       Q    Were you aware that they even went through the

 1    trouble of trying to get a voice analysis, an exemplar, and

 2    send it to their experts to figure out if he was on Zello?

 3        A    I'm not aware of any efforts taken either way.

 4        Q    Sir, the bottom line is would you agree that the

 5    government incorrectly believed that Mr. Caldwell was on

 6    Zello giving out orders to Jessica Watkins on January 6th

 7    and that was certainly incorrect?

 8        A    Not having reviewed Mr. Caldwell's Zello history,

 9    I would not like to answer that.

10        Q    Thank you, sir.

11            MR. FISCHER:  Your Honor, I have no further

12    questions.

13            THE COURT:  All right, thank you, Mr. Fischer.

14            All right.  Mr. Crisp.

15            MR. CRISP:  Thank you, Your Honor.

16                        -  -  -

17                    CROSS-EXAMINATION

18    BY MR. CRISP:

19        Q    Good morning, sir.

20        A    Good morning, sir.

21        Q    I just want to touch base with one aspect of what

22    Mr. Caldwell -- I'm sorry, Mr. Fischer, my apologies -- said

23    about the Zello chat.

24            You're aware that Mr. Rhodes was never a part of

25    that Zello chat, right?

```
 1        A     I'm not aware.

 2        Q     Okay.

 3              You don't have any knowledge that he was or was

 4   not either way?

 5        A     That's correct.

 6        Q     Okay.

 7              Going to your testimony yesterday about -- you

 8   testified about my client going to the Caldwells.  Do you

 9   remember that?

10        A     Yes.

11        Q     All right.

12              And do you know why or did you come to learn why

13   she went to the Caldwells'?

14        A     I recall her saying something to the effect that

15   she was going to lay low at Mr. Caldwell's until the media

16   found another carcass to pick clean.

17        Q     Which would clearly imply it had to do with the

18   fact that the media was hounding her or questioning her in

19   some form?

20        A     I don't know what media presence she had.  I think

21   she may have been concerned with other factors besides the

22   media.

23        Q     Well, let's go back to what you said, and let's

24   talk about what the implication of that statement is.

25              You said she told you something to the effect of
```

the media had some other carcass to pick clean.

A    I said that's a message that was sent that I've read.  I think that she was, perhaps, concerned with criminal exposure.

THE COURT:  Agent, I'll just ask you to not presume what a message -- and just answer counsel's question, please, about what the message says.

BY MR. CRISP:

Q    So let's go back through this again and let me ask my question a little bit differently so that we can understand.

Are you aware that she had concerns about media coming after her?

A    Yes.

Q    Thank you.

Are you aware that when she left, she had packed up all of her battle rattle gear and left it at her apartment?

A    I'm not aware.

Q    So you didn't participate in the search, right?

A    That's correct.

Q    You didn't read any FBI reports of investigation that talked about what was discovered and where it was discovered in her residence?

A    I don't recall any documents -- I don't recall the

1    specifics of the search log in this case.

2        Q    Okay.

3             Similarly, let's talk about what was found at the

4    residence.  Do you know anything about what specifically was

5    found at her residence at the time of the search?

6        A    One thing that I spoke about yesterday was her

7    cellular -- or mobile telephone.

8        Q    Okay.

9             So the mobile telephone that was used when she was

10   in January -- when she was in D.C. at or around January 6th,

11   right?

12       A    I understood it to be her primary telephone, so I

13   would assume that that is what she would normally carry.

14       Q    Okay.

15            You said you did a Cellebrite analysis on various

16   phones during the course of your investigation, right?

17       A    That's right.

18       Q    Did you do any on hers?

19       A    Yes.

20       Q    Okay.  So you know the phone that was seized in

21   her residence that was there was the phone that had

22   correspondence relating to what she did on January 6th,

23   right?

24       A    In what medium?

25       Q    Signal, text messages, things like that.

1      A    The phone that we took, yes, the primary phone

2   that had applications and text messages was what was seized

3   at the residence.

4      Q    Okay.

5           You were not the one who went to the house and

6   searched.  You were not the one that did an interview of

7   her, right, or multiple interviews, right?

8      A    That's correct.

9      Q    You read about them?

10     A    I did.

11     Q    You're aware that after the search of her

12  residence, that she came back and turned herself in within

13  the same day?

14     A    That's correct.

15     Q    Okay.

16          You didn't have to send the Marshals to pick her

17  up, did you?

18     A    No, sir.

19     Q    All right.

20          And there, in fact, was a methodology in place for

21  Montana Siniff to contact her should law enforcement show

22  up; right?

23     A    I don't know that they had a contingency plan for

24  law enforcement.

25     Q    Okay.

1          Do you know how she was able to determine to come

2    back from wherever she was?

3          A    I believe she had an alternate phone and was

4    contacted by Mr. Siniff.

5          Q    And as a result of that contact, within five

6    hours, she was back in Ohio, right?

7          A    I don't know the exact timeline, but that sounds

8    pretty close.

9          Q    Within the same day of the search?

10         A    Yes.

11         Q    Okay.

12              And when you're talking about why she went to the

13   Caldwells', are you aware that the media had gone to her

14   mother's house and asked her questions about her involvement

15   on January 6th?  And by "her," I mean, Ms. Watkins.

16         A    I'm not aware.

17         Q    Are you aware that the media had shown up at her

18   bar?

19         A    I'm not aware.

20         Q    Are you aware whether they showed up at her

21   apartment?

22         A    I'm not aware.

23         Q    Okay.

24              You were shown -- let me ask you another,

25   actually, same line of questioning about what was found.

1          They found firearms at her residence during the

2    search?

3        A    I believe so.

4        Q    Okay.

5          So these firearms were ones that she was alleged

6    to have taken to at least Mr. Crowl, Jed Crowl's residence;

7    is that your understanding?

8        A    I don't know that.

9        Q    Okay.

10         So there's a fair number of things you don't know,

11   it would strike me, as to what was done at or around the

12   time of the search of her residence; fair to say?

13       A    I wasn't there, so there are some things I don't

14   know.

15       Q    You certainly had the opportunity to read the

16   reports of investigations by your colleagues, did you not?

17         MS. RAKOCZY:  Objection; beyond the scope,

18   argumentative.

19         THE COURT:  It's overruled.

20         THE WITNESS:  I did have that ability.

21   BY MR. CRISP:

22       Q    Okay.

23         You also talked about her military service, so I'm

24   assuming they -- well, you said you were in the service for

25   about six years?

```
 1       A    I was active duty for about six years and I'm

 2  actually still in the Army Reserve.

 3       Q    Okay.

 4            You joined when?

 5       A    I joined in 2000 in ROTC and then active duty in

 6  2004.

 7       Q    So you were certainly in the Army at the time when

 8  "don't ask, don't tell" was in place?

 9       A    I was.

10       Q    Okay.

11            And "don't ask, don't tell," for the jury's

12  understanding, is what?

13       A    It was a DoD -- my understanding is it was a DoD

14  policy about sexuality.

15       Q    Homosexuality?

16       A    Right about homosexuality, that homosexuals could

17  not voice their sexuality.  But they were able to join the

18  military; they just couldn't talk about it.

19       Q    They couldn't openly engage in homosexual

20  behavior, right?

21            MS. RAKOCZY:  Your Honor, objection to relevance

22  and scope.

23            THE COURT:  Mr. Crisp, can you --

24            MR. CRISP:  Sure.

25            (Bench conference)
```

1           THE COURT:  Mr. Crisp, can you just elucidate me

2    on why this is relevant?

3           MR. CRISP:  I just want to make sure he

4    understands that what the policy is, because they talked

5    about her military service, and it's going to be relevant in

6    other aspects of the defense case-in-chief.  So certainly he

7    can speak to it.  If I can get to it through this witness,

8    I'm just going to make sure that it's clear as to what

9    that was.

10          THE COURT:  Maybe I'm not following.  But, I mean,

11   it certainly doesn't relate to his direct examination, so

12   I'm trying to understand how it relates to anything he's

13   presently testified about.

14          MR. CRISP:  He talked about her service and the

15   length of her service, which was two years.  She was in from

16   '01 to '03, and it's a short time period.  But in terms of

17   the reasons why she was no longer in will become relevant,

18   again, as part of the defense case-in-chief, but he did talk

19   about the periods of her service.

20          MS. RAKOCZY:  Just to be clear, Your Honor, he

21   didn't testify about it, we read a stipulation to that

22   effect during his testimony.

23          THE COURT:  Yeah, right, that's what I thought, it

24   was a stipulation.

25          I mean, if where you're headed, Mr. Crisp, is that

```
 1   she was either removed or left because of that policy, okay,

 2   but...

 3          MR. CRISP:  Not through this witness, no.  But

 4   just to establish what the principles of "don't ask, don't

 5   tell" are; that's all.  Just from a judicial expediency

 6   purpose, I thought it was simplest to get it through this

 7   witness and then I'll move on.

 8          THE COURT:  All right.  If you want to ask a few

 9   more questions, I'll allow it.  But let's move forward

10   because it's not clear to me he has any expertise on it.

11   And you can ask him about it generally, but...

12          MR. CRISP:  Okay.  Thanks, sir.

13          (Open court)

14   BY MR. CRISP:

15     Q    So to move forward real quick, the "don't ask,

16   don't tell" policy was, they won't kick you out as long as

17   you're not actively engaging in homosexual behavior or

18   saying you are a homosexual at the time, right?

19     A    That sounds about right.

20     Q    And if you gid say, "I'm gay.  I want to live a

21   lifestyle consistent with that," they would dismiss you from

22   the service?

23     A    That's correct.

24     Q    And that has now changed, correct?

25     A    It has.
```

1        Q    Okay.

2             Sir, I'm going to show you what has been marked

3    as, just for the witness at this point, Watkins 32.

4             This is a compilation of -- can you see what's on

5    the screen, sir?

6        A    I can.

7        Q    Okay.  So you testified to this yesterday.  This

8    was --

9             THE COURT:  Mr. Crisp, is this your exhibit or are

10   you referring to a government exhibit?

11            MR. CRISP:  It's a compilation of government's

12   exhibit and then subsequent text messages, from a rule of

13   completeness, that follow on that were not part of that.

14            THE COURT:  Do you want to give it your own

15   exhibit number?

16            MR. CRISP:  I'm sorry.  I thought I said

17   Watkins 32.

18            THE COURT:  Oh, I missed that.  All right.

19            MR. CRISP:  I may have not spoken loudly.

20   I apologize.

21            THE COURT:  Any objection to the admission of

22   Watkins 32?

23            MS. RAKOCZY:  No, Your Honor.

24            THE COURT:  All right.  Watkins 32 is admitted.

25                        (Defendant Watkins Exhibit 32
                             received into evidence.)

```
 1
 2   BY MR. CRISP:
 3        Q    So, sir, you recall reading these messages.  These
 4   are -- I believe they were text messages, correct?
 5        A    That's correct.
 6        Q    Okay.
 7             And what I have is.
 8             MR. CRISP:  If we can publish for the jury now,
 9   please.
10   BY MR. CRISP:
11        Q    So you had testified that there was a message from
12   Dozer to Watkins.  What number do you have for Stewart
13   regarding concerns about reaching him, right?
14        A    That's right.
15        Q    I'm going to blast through these ones that you've
16   already spoken to, and the ones that you've already
17   addressed are marked with Exhibit 9060 at the bottom.
18             Let me know if there's any you don't recognize
19   having testified to.  If I'm going too quickly, please
20   stop me.
21             So the one I have up now is No. 20:  "He posted
22   recently.  Stand by."
23             That was from Jessica to Dozer, right?
24        A    That's right.
25        Q    There's a follow-on in which he acknowledged and
```

1    Dozer acknowledged that.

2            And then it says, "Last night at 8:00 p.m.  Might

3    need to check on him."

4            That's from Watkins to Dozer checking on when that

5    post occurred.

6            Now, this was from Watkins to Dozer saying,

7    "Trying to get ahold of his lawyer to find out a way to get

8    in touch with him."

9            So these are posts that were not read.

10           And then here it says, Dozer saying to Watkins,

11    "You said he posted recently, right?"

12    A    That's right.

13    Q    All right.  You remember seeing something like

14    this as part of that same chat?

15    A    Yes.

16    Q    Okay.

17           Her response was -- I'm sorry, his response to

18    that again as a followup, "He hasn't and I should raise

19    concerns," because he's questioning whether or not he, in

20    fact, posted recently.  Would you agree?

21    A    That's what it looks like.

22    Q    All right.

23           And Ms. Watkins is saying, "Well, I did just

24    receive it, but the time stamp says last night," which would

25    imply that there was a 24-plus-hour delay in the

1  communications on the Signal group or Signal chats, right?

2      A    I don't -- I mean, I don't know what she meant by

3  this message.

4      Q    Well, the message says, "I did just receive it,

5  but the time stamp says last night."  Is that, in fact, what

6  it says?

7      A    That's what it says.

8      Q    Okay.

9           And are you saying you don't think it implies that

10  there was a delay in receipt?

11      A    It definitely implies there's a delay in receipt.

12  It's just that with the intricacies of the time-stamping

13  that we've gone over here, I don't want to make broad

14  generalizations based on one statement.

15      Q    All right.  And then they continue to talk about

16  keeping in touch with one another through the course of

17  that, right?

18      A    That's right.

19      Q    All right.

20           Final area of inquiry -- I'm sorry, there was

21  the --

22           One additional area that you talked about was a

23  series of Facebook communications.  Do you remember that?

24      A    Yes, sir.

25      Q    Okay.

1          MR. CRISP:  Defense will mark this as Watkins 33,

2    and with no objections from the government would move to

3    admit and publish to the jury.

4          THE COURT:  Watkins 33 is admitted.

5                              (Defendant Watkins Exhibit 33

6                               received into evidence.)

7          MR. CRISP:  Thank you.

8    BY MR. CRISP:

9      Q    Do you recognize that?

10     A    I do.

11     Q    All right.

12          So there were certain of those Messenger

13    communications that you read but not all of them.  Would you

14    agree?

15     A    Excuse me, I'm just going to read all these here.

16     Q    Absolutely.  When you're done, please look up so

17    I know when to ask.

18     A    (Witness complied.)

19          Okay.

20     Q    So you talked about a bug-out plan yesterday in

21    terms of discussions or going to Kentucky.  Do you remember

22    that?

23     A    Yes.

24     Q    Okay.

25          Did you understand the context of that in terms of

1    what the idea was and why that would be necessary in theory?

2        A    I understood that they were going to potentially

3    fortify a position in Kentucky.

4        Q    That wasn't my question.  My question was a little

5    bit different, sir.  My question was why, not what they were

6    going to do.

7            Did you understand why they thought it might be

8    necessary?

9        A    Well, I started to give you my understanding.

10       Q    Sure.

11       A    My understanding is, as I read it, they're in a

12   fortified position against a potential arrest by law

13   enforcement.

14       Q    So it's your belief that they were going to do

15   this because they thought they were going to be arrested and

16   they wanted to resist being arrested.  Is that what your

17   testimony is today?

18       A    Yes.

19       Q    Okay.

20           Did you ever read any discussions or

21   communications among the individuals involved as to whether

22   or not they thought they would be -- the U.N. would be

23   overrunning the United States after the election?

24       A    No.

25       Q    Okay.

```
 1              Did you ever read any communications about whether
 2   or not they thought China would come across the border from
 3   Canada?
 4        A    I've read several comments about the Chinese
 5   overtaking the country, not necessarily over the Canadian
 6   border but from lots of places.
 7        Q    Okay.
 8              So your belief that this was to fortify their
 9   positions against being arrested was, in fact, speculation?
10   You don't know for certain.
11        A    I can't say for certain what thought exists in
12   someone's head, no.
13        Q    Okay.
14              So you're speculating?
15              MS. RAKOCZY:  Objection.  He was asked to
16   speculate.
17              THE COURT:  Let's move on.
18              MR. CRISP:  All right.
19              THE COURT:  He can testify to what's on the
20   document.  I don't think that he can read anybody's mind,
21   I think that's pretty clear.
22   BY MR. CRISP:
23        Q    To be clear, she turned herself in within 24 hours
24   of FBI showing up at her place, right?
25        A    That's correct.
```

```
 1        Q    She wasn't in Kentucky?

 2        A    That's correct.

 3             She was not in Kentucky when she found out that

 4   there was an arrest warrant issued for her nor was she in

 5   Kentucky when she turned herself.

 6        Q    And she voluntarily went to a police station and

 7   said, I understand there's a warrant for my arrest, or words

 8   to that effect?

 9        A    That's correct.

10        Q    Okay.

11             The Court's indulgence if I may, Your Honor.

12             MR. CRISP:  Thank you, sir.

13             We can take down Watkins 33, please.

14             THE COURT:  Thank you, Mr. Crisp.

15             All right.  I think, Mr. Geyer, you're last but

16   not least.

17             MR. GEYER:  No cross, Your Honor.

18             THE COURT:  All right.  Redirect, Ms. Rakoczy.

19             MS. RAKOCZY:  Thank you, Your Honor.

20                           -  -  -

21                    REDIRECT EXAMINATION

22   BY MS. RAKOCZY:

23        Q    Special Agent Moore, yesterday, you were asked

24   some questions and today you were also asked some questions

25   about different individuals' participations in Signal chats.
```

```
 1              Do you recall those questions?
 2     A    Yes, ma'am.
 3     Q    Okay.
 4              In this investigation, have you reviewed many,
 5     perhaps hundreds of Signal messages from various chats that
 6     we've been talking about in this case?
 7     A    I have.
 8     Q    Have you reviewed all of the Signal chats?
 9     A    I have not.
10     Q    Why not?
11     A    That would be quite a task.  I've reviewed as many
12     as I could.  I just have not read every message and every
13     chat.
14     Q    Based on looking at the Signal chats that you've
15     reviewed, can you tell with precision when someone entered
16     and when someone exited a chat?
17     A    I can't in looking at a phone.  I can collaborate
18     with other FBI professionals to do so.
19     Q    So to be clear, are you an expert in extracting
20     data from cell phones?
21     A    I'm not.
22     Q    And when you look at the data from, say, a Signal
23     chat, are you looking primarily at the content of the
24     messages?
25     A    Yes.
```

```
1                MS. HALLER:  Objection.

2                THE COURT:  It's overruled.  He can answer.

3   BY MS. RAKOCZY:

4        Q    Are you looking primarily at the content of the

5   messages?

6        A    Yes.

7        Q    With your level of expertise, are you able to tell

8   if someone sent a message on, say, December 18th, but never

9   sent a message after that date, are you able to tell, as a

10  lay agent, whether that person didn't send any messages

11  because they just didn't send any messages or whether they

12  didn't send any messages because they left the chat?

13       A    I'm not able to tell.

14               MS. HALLER:  Objection.

15               THE COURT:  It's overruled.

16               THE WITNESS:  No, I'm not able to tell.

17  BY MS. RAKOCZY:

18       Q    Now, if you wanted to know whether someone was

19  still in a Signal chat, would it help you to look at their

20  phone to see if that chat was on their phone?

21       A    It would.

22       Q    If that person had deleted the Signal app or

23  deleted the Signal chat from their phone, would that hinder

24  your ability to tell when they left a chat?

25       A    Yes, it would.
```

1      Q    And you mentioned on your direct testimony that

2  the cell phone of Defendant Kelly Meggs was seized and

3  searched in this case; is that right?

4      A    That's correct.

5      Q    Can you remind us, was -- did it appear that there

6  was any Signal content that had been deleted from the device

7  at the time it was searched?

8      A    It did appear that some was deleted.

9      Q    Was there sort of a certain date before which

10 there didn't appear to be content?

11     A    Yes, and I don't remember the exact date, but he

12 was arrested on February 17th and it was, I believe he

13 didn't have content from before January of 2021.

14     Q    You were asked, speaking of Signal messages, some

15 questions by Mr. Fischer about Defendant Thomas Caldwell and

16 whether he was present in certain Signal group chats.

17 Do you remember those questions?

18     A    I do.

19     Q    Okay.

20          Notwithstanding not being present in some of these

21 chats, was Mr. Caldwell in communication with certain other

22 people who were part of those chats?

23     A    He was.

24     Q    Was he in communication with Jessica Watkins?

25     A    He was.

1      Q    Was he in communications with Donovan Crowl?

2      A    He was.

3      Q    Was he in communications with Paul Stamey from

4 North Carolina?

5      A    He was.

6      Q    I'd like to now ask you some questions about some

7 questions Mr. Fischer asked you about certain messages that

8 you testified were unsent or deleted from Mr. Caldwell's

9 Facebook account, okay?

10     A    Okay.

11          MS. RAKOCZY:  If we could bring up Government's

12 Exhibit 9077, just the first two pages.  We'll start with

13 page 1 of the exhibit.

14          I apologize.  I think I meant 9079.

15          Thank you very much.

16 BY MS. RAKOCZY:

17     Q    So for the record, we have Government's

18 Exhibit 9079, and we're looking at the first page of that

19 exhibit.

20          Do you remember these Facebook messages between

21 Mr. Caldwell and Mr. Crowl?

22     A    I do.

23     Q    And the version of the messages that we're looking

24 at here, can you remind the jury where this version of the

25 messages comes from?

1     A    It comes from Mr. Crowl's phone.

2     Q    Okay.

3          And so we see in this first message that

4    Mr. Caldwell sent an attachment according to what was

5    preserved on Mr. Crowl's phone; is that right?

6     A    That's right.

7     Q    Were we able to tell from Mr. Crowl's phone what

8    that attachment was?

9     A    We were not.

10     Q    Could it have been a video?

11     A    It could have.

12     Q    Could it have been something else?

13     A    It could have.

14     Q    Okay.

15          If we could go to the next slide, please.

16          This message, could you read it to the jury?

17     A    It says, "You and Jess appear at about 3:21 mark

18    of this great video.  That's as far as I've gotten."

19     Q    Okay.

20          And based on the content here of this message,

21    does that suggest anything about what was in the prior

22    message containing an attachment?

23     A    It suggests the prior message was a video.

24     Q    Now, both the prior message with the attachment

25    and this message with content, were those present in

1    Mr. Caldwell's Facebook account when the government got

2    records for it?  Or had they been deleted or unsent?

3         A    They had been unsent.

4         Q    Now, we looked at this video or part of this

5    video -- a version of this video during your direct

6    testimony yesterday.

7              Do you recall that?

8         A    I do.

9         Q    And that's Government's Exhibit 1051.1.

10             If we could bring that up on the screen.

11             Now, we're starting this at the beginning of the

12   clip, 1051.1.  Is this where the entire News2Share video on

13   the Internet began in time?

14        A    I don't know because I've never accessed it from

15   the Internet.

16        Q    Okay.

17             If we could take this video down and go back to

18   9079, please, this page 2 of the exhibit as we see here.

19             Mr. Caldwell indicates -- what does Mr. Caldwell

20   indicate the video shows?

21        A    It says, "You and jess appear at about the 3:21 of

22   this great video.  That's as far as I've gotten."

23        Q    And in the video, do you see Mr. Crowl?  The video

24   that we were just looking at --

25        A    Yes.

1     Q    -- the News2Share video.

2     A    Yes.

3     Q    In the video, do you see Ms. Watkins?

4     A    Yes.

5     Q    Where are they?

6     A    They're walking up the steps to the, I believe,

7 the Columbus Doors of the Capitol.

8     Q    As an FBI agent, if you were to see that video,

9 would that be evidence that you would collect as possibly

10 being pertinent to your investigation of the attack on the

11 Capitol?

12     A    It would be.

13     Q    That video, Mr. Fischer pointed out, was available

14 on the Internet for the FBI to find; is that right?

15     A    Presumably.  As I said to him, I've just -- I've

16 never accessed News2Share myself.

17     Q    But if we could just go forward a few slides, if

18 you would just keep going.  Sorry.  One more.  One more.

19          Thank you.

20          Mr. Caldwell also later sent a link to a video; is

21 that right?

22     A    That's correct.

23     Q    And did you look at what this link showed?

24     A    I did.

25     Q    Okay.

1          Does it show -- what does it show?

2     A     It shows the same video.

3     Q     And so that video is out there on the Internet; is

4     that fair to say?

5     A     That's right.

6     Q     Okay.

7          But if we could go back a couple of slides to

8     page 2 of this exhibit, this message, does this suggest

9     anything about whether Mr. Caldwell is aware of what

10    Mr. Crowl and Ms. Watkins did at the Capitol that day?

11    A     It does.

12    Q     And if we could go -- if we could advance a few

13    slides right here on page 3 of 9079, what does Mr. Caldwell

14    say in this message?

15    A     He says, "It starts out with early happenings on

16    our side of the building, then moves to yours."

17    Q     And was this message also deleted or unsent from

18    Mr. Caldwell's account?

19    A     Yes.

20    Q     But we see it here on Mr. Crowl's phone?

21    A     That's correct.

22    Q     As an FBI Agent, does this message -- would this

23    message be significant to you at all with respect to an

24    investigation into what happened at the Capitol on

25    January 6th?

1    A    It would.

2    Q    Why?

3    A    Because it's speaking to their locations on what

4  is a crime scene.

5    Q    And if you had just gotten Mr. Caldwell's Facebook

6  records in this case, would you have known about the content

7  of this message?

8    A    I would not have.

9    Q    Thank you.  We can take that down.

10         THE COURT:  Ms. Rakoczy, can I interrupt you and

11  ask you to get on to the phone.

12         MS. RAKOCZY:  Yes, Your Honor.

13         (Bench conference)

14         THE COURT:  How much longer do you think you have

15  in your redirect?

16         MS. RAKOCZY:  10, 15 minutes.

17         THE COURT:  Why don't be take a break.  We've been

18  going for a little while, and then we'll resume the redirect

19  when the jury returns, okay?

20         MS. RAKOCZY:  Yes, Your Honor.

21         (Open court)

22         THE COURT:  Ladies and gentlemen, let's take our

23  morning break.  It's now 11:15.  We will resume at 11:30.

24  We will see you all shortly.

25         COURTROOM DEPUTY:  All rise.

1          (Jury exited)

2          THE COURT:  All right.  Agent Moore, you may step

3    down.

4          All right.  So 15 minutes, government rests.

5          MR. WOODWARD:  Hi, Judge.

6          THE COURT:  Mr. Woodward, it's good to see you.

7          Rest, you all can make your 29 motions for the

8    record.  We'll do argument tomorrow.  And then Mr. Woodward,

9    Ms. Haller, Mr. Geyer, you're ready to open afterwards,

10   right?

11         I forgot to ask yesterday.  Are either of you or

12   any of you intending to use documents, slides, exhibits in

13   your openings?

14         MR. WOODWARD:  Not anymore.

15         THE COURT:  Okay.

16         MR. BRIGHT:  Same.

17         THE COURT:  All right.

18         Okay.  We'll see you all shortly.

19         (Recess from 11:15 a.m. to 11:33 a.m.)

20         THE COURT:  Please have a seat, everyone.

21   Thank you.

22         Counsel, could I ask you to get on the phone

23   quickly.  It doesn't have to be everybody.

24         (Bench conference)

25         THE COURT:  Just a small thing.  I made

```
 1   arrangements for the jurors to have -- you know, they get
 2   lunch every day.  I just made arrangements for them to have
 3   some nice cupcakes today to -- just because they've been at
 4   this a long time and make sure nobody objects to that.
 5            MS. RAKOCZY:  We wholeheartedly endorse that
 6   decision.
 7            MR. BRIGHT:  Are there enough for everybody?
 8            THE COURT:  You're on your own, pal.
 9            (Open court)
10            COURTROOM DEPUTY:  Jury panel.
11            (Jury entered the courtroom.)
12            THE COURT:  Okay.  Welcome back, everyone.
13            Ms. Rakoczy, Agent Moore, come on back up.
14   BY MS. RAKOCZY:
15       Q    Good morning again, Special Agent Moore.
16       A    Good morning, ma'am.
17       Q    Where we left off, we were talking about the
18   messages that Mr. Caldwell deleted from his Facebook
19   account.
20            Do you recall?
21       A    I do.
22            MS. RAKOCZY:  Would it be possible to bring up
23   from the defense side what I think was Thomas Caldwell 54,
24   the text messages, or maybe 52?
25            We can also just talk about it.
```

1          That's okay.  We'll just talk about it.

2          Thank you, though.  I appreciate it.

3    BY MS. RAKOCZY:

4      Q    Special Agent Moore --

5          MS. RAKOCZY:  Thank you very much.

6          Thank you so much.

7    BY MS. RAKOCZY:

8      Q    Special Agent Moore, we're now showing Defense

9    Exhibit TC-54 or Thomas Caldwell 54.  Do you remember

10   Mr. Fischer asking you about line 331 here, sort of a

11   message that was sent to Donovan Crowl with a link?  I've

12   just circled it here on the exhibit.

13     A    I do.

14     Q    And now this is the same link that Mr. Caldwell

15   sent in his Facebook message to Mr. Crowl; is that right?

16   It appears should be the same link?

17     A    It looks very -- yes.

18     Q    And he deleted that sending of the link from his

19   Facebook account; is that right?

20     A    That's correct.

21          MR. FISCHER:  Objection to leading.

22   BY MS. RAKOCZY:

23     Q    Okay.  He unsent that message from his Facebook

24   account; is that fair to say?

25     A    He did unsend it.

1        Q    That's what the records show, right?

2        A    That's right.

3        Q    Okay.  It appears here that he forgot or failed to

4    delete that from his text messages; is that right?

5        A    That's right.

6        Q    Okay.

7             Let me ask you this, Special Agent Moore:  How

8    does law enforcement, the FBI, obtain records from a

9    Facebook account generally?

10       A    Generally, issue a search warrant to Facebook for

11   certain a subscriber's account information.

12       Q    And how is the FBI able to obtain text message

13   content?  Can you get that from a third-party provider or do

14   you actually have to go and get a phone?

15       A    You have to get a phone for -- get the phone for

16   content and then do a search warrant on the phone.

17       Q    So it's fair to say there's more steps involved to

18   trying to get text messages from someone's phone; is that

19   right?

20       A    That's correct.

21            MS. RAKOCZY:  Thank you very much.

22   BY MS. RAKOCZY:

23       Q    Special Agent Moore, you were asked some questions

24   about the basis of the obstruction charges that were brought

25   against Thomas Caldwell back in January of 2021.

```
 1                Do you recall those questions?

 2       A    I do.

 3       Q    Were you here in D.C. and part of this

 4   investigation at that time?

 5       A    I was not.

 6       Q    So are you aware of what evidence the government

 7   was relying on for those charges at that time?

 8       A    I'm not.

 9       Q    Are you aware of when the government obtained

10   Mr. Caldwell's Facebook records?

11       A    I don't remember the exact date.

12       Q    Would looking at a Sentinel report from

13   Mr. Caldwell's FBI case file refresh your recollection?

14       A    It would.

15            MS. RAKOCZY:  If we could bring up on the screen

16   Government's Exhibit 9090 just for the witness, please.

17            And if we could just zoom in on the first -- if

18   you could first zoom in -- yeah, zoom in there.  Thank you.

19   BY MS. RAKOCZY:

20       Q    Special Agent Moore, if you could just take a look

21   at this report for a minute and read it to yourself.

22       A    (Witness complied.)

23            Okay.

24       Q    Does this refresh your recollection at all as

25   to --
```

1              We can take that down.

2              Does this refresh your recollection at all as to

3    when the records from Mr. Caldwell's account were first

4    obtained by law enforcement?

5        A    It does.

6        Q    When roughly was that?

7        A    January 16th, 2021.

8        Q    Now, Mr. Fischer brought out through you some

9    questions of when the government found the actual content of

10   the unsent messages from Mr. Crowl's phone.  Do you remember

11   those questions?

12       A    I do.

13       Q    And you didn't know that before Mr. Fischer showed

14   you that email; is that fair to say?

15       A    No, I did not.

16       Q    Okay.

17             But what did you learn from looking at that email?

18       A    That you and Mr. Fischer had been in contact about

19   some of the specifics of the indictment.

20       Q    And is it fair to say that from that email, you

21   learned that the government found the unsent messages in

22   Mr. Crowl's phone sometime after January of 2021?

23       A    Yes.

24       Q    Okay.

25             If we can bring up Government's Exhibit 2001.T.1,

1    please.

2            Are these the Facebook records from Mr. Caldwell's

3    account?

4        A    They are.

5        Q    And you just told us these records were obtained

6    around January 16th of 2021; is that right?

7        A    That's correct.

8        Q    And we could publish this to the jury because it

9    is in evidence.

10           And if we could go to page 189 of this exhibit.

11           Thank you very much.

12           Beginning here, do we see that there were well

13   over 100 unsent messages from Mr. Caldwell -- messages

14   unsent by Mr. Caldwell in these records?

15       A    That's correct.

16       Q    These records that the government had back on

17   January 16th of 2021; is that right?

18       A    I can't see the content or the entirety of the

19   content here, but, yes, it shows several unsent messages.

20       Q    Thank you.  We could take that down.

21           Now, without lucking into another person

22   downloading the content of those messages to their phone,

23   it would be hard to know the exact content of what was

24   deleted by Mr. Caldwell; is that right?

25       A    It would.

```
 1       Q    That being said, is there any way to tell what
 2   might have been deleted from the content of the surrounding
 3   messages?
 4             THE COURT:  Ms. Rakoczy, just be mindful of the
 5   use of the term?
 6             MS. RAKOCZY:  Yes, Your Honor.
 7   BY MS. RAKOCZY:
 8       Q    If a message was unsent, you can't know the
 9   precise content of that message unless you have it from
10   somebody else's device where they saved it before the
11   unsending, correct?
12       A    That's correct.
13       Q    That being said, can you tell anything about what
14   an unsent message might have contained from the content of
15   surrounding messages?
16       A    Yes, you can make logical inferences.
17             MS. RAKOCZY:  If we could bring up on the screen
18   what's already been admitted into evidence as Government's
19   Exhibit 6923.  And if we could go to page 32 of this
20   exhibit.
21             The Court's indulgence.
22             (Pause)
23   BY MS. RAKOCZY:
24       Q    Sorry about that.
25             If we can bring up instead Government's Exhibit
```

1    2001.T.1, the same Facebook records we were looking at just

2    a moment ago.  If we could publish this to the jury since it

3    is in evidence.

4             Sorry, if we could go to page 174 of that exhibit.

5             And if we could zoom in on the message starting at

6    23:13 UTC and the message that follows.

7             Special Agent Moore, on January 2nd of 2021 at

8    23:13 UTC, what message did Mr. Caldwell send?

9        A    It says, "Damn, I wish I did.  LOL.  I'd be your

10   captain for sure."

11       Q    Sorry, the one above that?

12       A    I'm sorry.

13       Q    Did Mr. Caldwell send, do you know?

14       A    I don't know.  It says it was unsent.

15       Q    Did someone named Matt Combs then respond to that

16   message, though, about 11 minutes later?

17       A    He did.

18       Q    What did Matt Combs say in response?

19       A    Matt Combs said, "Damn, I wish I did.  LOL.  I'd

20   be your captain for sure.  And off the top of my head, I

21   can't think of anyone with a boat.  Smoot has a bass boat.

22   It wouldn't go on the Potomac though."

23       Q    Are you aware of whether Mr. Caldwell was asking

24   people for boats around this time?

25       A    Yes.

1    Q    Thank you.  We can take that down.

2         Special Agent Moore, I'd like to ask you now about

3    some questions that Mr. Crisp asked you about

4    Jessica Watkins.

5         Mr. Crisp asked you if you knew why Ms. Watkins

6    went to Mr. Caldwell's residence in the time around January

7    14th of 2021.  Do you remember those questions?

8    A    I do.

9    Q    You obviously cannot be inside of Ms. Watkins'

10   head at that moment in time, right?

11   A    Right.

12   Q    Did you see anything in her messages that

13   suggested why she may have gone?

14   A    Yes.

15   Q    What messages did you see that were relevant?

16   A    I referenced the message about her wanting to lay

17   low while the media found another carcass to pick clean,

18   which I think she was also concerned about law enforcement.

19        MR. FISCHER:  Objection to what he thinks.

20        THE COURT:  Just lay the foundation for it,

21   Ms. Rakoczy.  It will be sustained.

22        MS. RAKOCZY:  Yes, Your Honor.

23   BY MS. RAKOCZY:

24   Q    To be fair, you were asked by Mr. Crisp what you

25   took that to mean.  Do you remember that being asked that?

1       A      I did.

2       Q      Now, you suggested that, just right now and you

3  suggested earlier on cross-examination, that there may have

4  been other factors implicated by her concerns about the

5  media.  Do you remember saying that?

6       A      Yes.

7       Q      You're an FBI agent, yes?

8       A      Yes.

9       Q      When you investigate cases, do you watch for news

10  reports or things on the Internet that could shed light or

11  give clues as to your case, your investigation?

12      A      Yes.

13      Q      And can you then explain what follows media

14  attention of somebody suggesting from the media's point of

15  view evidence that someone was involved in the crime.  What

16  next steps would you take as the FBI if you read such

17  accounts?

18           MR. CRISP:  Objecting to the legal conclusion.

19  Can we get on the phone real quick?

20           (Bench conference)

21           MR. CRISP:  So, Judge, when she's talking about

22  the crime, it calls for a presumption, and, two, I don't

23  think this is the appropriate foundation because she's

24  talking about his belief, not necessarily what her --

25  I mean, I don't think the foundation is equatable to her

 1    because it's what he would do with media, not what he does.

 2              MS. RAKOCZY:  In fairness, Your Honor, he was

 3    asked to speculate as to the reasons on redirect and he was

 4    not allowed to fully give his answer so I'm really just

 5    trying to follow up and give him that opportunity on

 6    redirect.

 7              THE COURT:  He was asked on cross-examination

 8    about what her reasoning was, not just simply what was said.

 9    So that's why I'm giving some leeway here on redirect

10    examination.  So I don't know if there's some other message,

11    for example, that might support a different view, so that's

12    what I was trying to get at in terms of foundation, but

13    I'm not sure where you're going with this, Ms. Rakoczy.

14              MS. RAKOCZY:  I can wrap it up, Your Honor.

15              THE COURT:  Okay.

16              (Open court)

17    BY MS. RAKOCZY:

18         Q    Special Agent Moore, you saw in Ms. Watkins'

19    messages that she was aware that there had been news

20    coverage suggesting she was involved in that Stop the Steal

21    January 6th Zello channel.  Do you remember testifying about

22    that message on direct examination?

23         A    Yes.

24         Q    And after she sent a message suggesting she had

25    seen that news coverage, where did she go?

6784

1      A      She went to Mr. Caldwell's home in Virginia.

2      Q      Special Agent Moore, Mr. Bright asked you some

3   questions yesterday about Mr. Rhodes' purchase of

4   firearms-related equipment in the period -- in the weeks

5   after January 6th of 2021.  Do you remember those questions?

6      A      I do.

7      Q      Mr. Bright asked you whether those weapons were

8   purchased legally and you said that essentially it depends

9   on for what purpose.  Do you remember saying that?

10     A      I do.

11     Q      Why did you say that?

12     A      Because if the weapon is used in furtherance of a

13   crime, that's not a legal use of the weapon.

14     Q      Did you see any messages sent by Mr. Rhodes in

15   that period of January 6th through 20th when he was

16   purchasing these weapons that suggested an intent to use

17   firearms for an unlawful purpose?

18     A      Yes.

19     Q      I'd like to show on the screen now Government's

20   Exhibit 9073.1.

21            Do you remember what this is?

22     A      I do.

23     Q      Can you remind the jury again.

24     A      This was a letter to -- an open letter to patriots

25   that Mr. Rhodes pushed out to the Oath Keepers through

6785

1    Signal.

2        Q    And if we could go down to the final paragraph on

3    page 8 of this message -- I'm sorry, page 7 of this message,

4    and zoom in on that, please, thank you.

5            You don't have to read this entire thing, but in

6    this last paragraph, Special Agent Moore, what is Mr. Rhodes

7    calling for?

8        A    For his followers to take action because

9    President Trump doesn't appear to be taking any action.

10       Q    Thank you.  We could take that exhibit down.

11           Special Agent Moore, you were asked some questions

12   yesterday about Ms. Haller on behalf of Kelly Meggs about

13   whether he expressed any plans to travel to Texas himself in

14   the time period of the weeks after January 6th of 2021.

15   Do you recall those messages?

16       A    I do.

17       Q    And did you see any such messages suggesting an

18   intent to go to Texas?

19       A    As I stated yesterday, I interpreted the "Florida

20   is not going to leave unless shots are fired" as at least an

21   expression that he would travel to Texas if called upon or

22   needed.

23       Q    Did you find any direct messages between

24   Mr. Rhodes and Mr. Meggs, where Mr. Meggs was asked by

25   Mr. Rhodes directly to come to Texas?

6786

1         A    I don't recall any.

2         Q    You served in the military, you told us; is that

3    right?

4         A    That's right.

5         Q    Which branch did you serve in?

6         A    Army.

7         Q    From your time in the Army, are you familiar with

8    a concept called commander's intent?

9         A    I am.

10         Q    What is that concept?

11         A    It's the commander's intent for an operation,

12    speaking specifically to end state so that the commander's

13    staff and ultimately subordinates know where the unit is

14    supposed to be at end state and how to get there.  It's more

15    of a broad, overarching concept of a plan to allow others to

16    make more-specific plans to get there.

17         Q    Have you seen any evidence in this investigation

18    that Mr. Rhodes served in a commander's position with

19    respect to the allegations of this conspiracy?

20         A    Yeah.

21              MS. HALLER:  Objection.

22              THE COURT:  It's overruled.

23              THE WITNESS:  Yes.

24    BY MS. RAKOCZY:

25         Q    What types of evidence have you seen?

1    A    I've seen several messages from his followers,

2   both before and after January 6th, asking for direction,

3   sometimes specifically asking where to go and what to do and

4   people referring to him by various titles, suggesting that

5   he's an authority figure to them.

6    Q    I'd like to go back now to some questions that

7   Mr. Fischer asked you about some grand jury testimony that

8   occurred on January 27th of 2021.

9         And if I could use the ELMO, please.

10        Special Agent Moore, before today, had you seen

11  this grand jury transcript?

12    A    I had not.

13    Q    Were you present in the grand jury on January 27th

14  of 2021?

15    A    I was not.

16    Q    In fact, when one FBI witness testifies in the

17  grand jury, are other FBI witnesses allowed to watch?

18    A    They are not.

19    Q    Now, this grand jury testimony occurred on

20  January 27th of 2021.  Is that what the transcript

21  indicates?

22    A    It does.

23    Q    And this is the testimony of a Special Agent named

24  David Lochner; is that right?

25    A    That's right.

6788

1    Q    Now, Mr. Fischer read you some lines from this

2    transcript where Special Agent Lochner suggested that

3    Thomas Caldwell was on that "Stop the Steal J6" Zello

4    channel that Ms. Watkins was on.

5         Do you remember questions to that effect?

6    A    I do.

7    Q    And he showed you portions of the transcript where

8    Special Agent Lochner suggested he thought Mr. Caldwell was

9    on that transcript --

10   A    That's correct.

11   Q    -- was on that recording?

12   A    That's correct.

13   Q    Okay.  And I neglected to say for the record I'm

14   reading now from Defense Exhibit Caldwell Exhibit 52,

15   I think, the grand jury transcript -- 127.  Sorry.

16   Completely off.

17        In that very same transcript that is part of

18   Defense Exhibit 127, I'd like to show you now page 43 of

19   that exhibit.

20        Later in Special Agent Lochner's testimony, was he

21   asked the question, "Okay.  Special Agent, Mr. Baset played

22   you several excerpts from a recording from a Zello radio

23   channel; is that right?"

24        Was he asked that question?

25   A    He does.

1          Q    What did he say?

2          A    "Yes."

3          Q    And then was he asked then:  "And you identified a

4    male voice on that channel as being that of Thomas Caldwell.

5    We do not have any certain evidence at this time that that

6    is Thomas Caldwell, do we?"

7               Was he asked that question?

8          A    He was.

9          Q    What did he say in response to that question?

10         A    He said, "I don't at this time."

11         Q    So pages later in that very same grand jury

12   appearance, Special Agent Lochner corrected himself,

13   didn't he?

14         A    He did.

15         Q    Special Agent Moore, this was three weeks after --

16   not quite three weeks after January 6th of 2021, right?

17         A    That's right.

18         Q    Hundreds, if not thousands, of people breached the

19   Capitol building and Capitol Grounds on January 6 of 2021,

20   fair to say?

21         A    That's right.

22         Q    And were any people arrested that day or many

23   people arrested that day?

24              MS. HALLER:  Objection.

25              THE COURT:  Overruled.

6790

1          THE WITNESS:  Not many compared to the amount of

2   people that committed the crime.

3   BY MS. RAKOCZY:

4       Q    So as of January 7th of 2021, how many subjects

5   were the FBI trying to find and investigate?

6       A    Probably thousands.

7       Q    As part of the FBI, are you aware of the efforts

8   that were undertaken in the weeks after January 6th to

9   investigate this crime?

10      A    I am.

11      Q    Can you describe what kind of resources the FBI

12  put into that investigation?

13      A    We put all available resources into that

14  investigation.

15           We reviewed quite a bit of open-source media, as

16  well as looking at footage from Capitol police and from the

17  Capitol to identify subjects.  Because of the overwhelming

18  amount of evidence to be gone through, as well as public --

19  tips from the public about who may or may not have been at

20  the Capitol, we used people from other squads that don't

21  necessarily work these sort of cases to assist with the

22  investigation.

23      Q    Mr. Fischer asked you about whether, in your

24  experience as a law enforcement officer, it's better to move

25  quickly or showily in investigations.

1          Do you recall that?

2     A    I do.

3     Q    Can you remind us what your answer was?

4     A    I said, basically, it depends on the exigency of

5 the investigation and the threat to public safety.

6     Q    And the investigation into the events at the

7 Capitol on January 6, what kind of investigation was that?

8     A    It was a domestic terrorism investigation.

9     Q    Was that the type of investigation where you had

10 months and months and years to figure out what happened?

11    A    No.

12    Q    Why not?

13    A    Because of the potential for more violence;

14 specifically, you know, the inauguration was coming up on

15 January 20th, which was definitely a potential target for a

16 similar attack.

17    Q    Special Agent Moore, you talked on direct about

18 receiving a recording that had been made on January 10th of

19 2021 by someone named Jason Alpers.

20         Do you recall that testimony?

21    A    I do.

22    Q    In that recording, did Mr. Rhodes make any

23 statements on January 10th of 2021 that reflected his intent

24 on that date?

25    A    He did.

```
 1              MS. RAKOCZY:  If we could bring up on the screen
 2    now Government's Exhibit 1202.5, the last slide of that
 3    exhibit.
 4              If we could play that last slide of the exhibit,
 5    please.
 6              (Audio played)
 7              MS. RAKOCZY:  I'm sorry.  Can you play that again.
 8              (Audio played)
 9    BY MS. RAKOCZY:
10        Q    Special Agent Moore, were those Mr. Rhodes's words
11    on January 10th of 2021?
12        A    They were.
13        Q    Do words like that at all reflect the reasons that
14    you and other members of the FBI moved quickly after
15    January 6th of 2021?
16        A    They do.
17              MS. RAKOCZY:  Thank you, Your Honor.  I have no
18    further questions.
19              THE COURT:  All right.  Thank you.
20              Agent Moore, you may step down, sir.
21              THE WITNESS:  Thank you, sir.
22              THE COURT:  Ms. Rakoczy.
23              MS. RAKOCZY:  Thank you, Your Honor.  With that,
24    the government rests its case.
25              THE COURT:  Okay.
```

1        I'll just ask that everybody get on the phone

2   quickly.

3            (Bench conference)

4        THE COURT:  All right.  I'll just have each

5   defense counsel to state for the record that they're moving

6   under Rule 29, and then we'll take up the arguments

7   tomorrow.

8        MR. LINDER:  On behalf of Rhodes, we're moving for

9   Rule 29, judgment of acquittal.

10       THE COURT:  Ms. Haller?

11       MS. HALLER:  I'm sorry, Your Honor.  What was the

12  question?

13       THE COURT:  Just can you put on the record that

14  you are moving for acquittal under Rule 29?

15       MS. HALLER:  Yes, of course, Your Honor.  We are

16  moving, on behalf of Kelly Meggs, under Rule 29.

17       THE COURT:  Okay.  Mr. Geyer?

18       MR. GEYER:  Yes, Your Honor.  We will be moving

19  for full acquittal under Rule 29 for Mr. Harrelson.

20       THE COURT:  Okay.

21       Mr. Crisp?

22       MR. CRISP:  On behalf of Jessica Watkins, we'll be

23  moving, same.

24       THE COURT:  All right.

25       And Mr. Fischer?

```
 1                    I can't hear you, Mr. Fischer.  I don't know if
 2      you're --
 3                    MR. FISCHER:  Your Honor, on behalf of
 4      Thomas Caldwell, I move for judgment of acquittal as to all
 5      counts.
 6                    THE COURT:  Okay.  Thank you, Counsel.
 7                    (Open court)
 8                    THE COURT:  All right.  Ladies and gentlemen,
 9      we've reached an important milestone.  The government has
10      now rested its case.  What that means is that the government
11      has completed its case-in-chief.
12                    We are now at a point where the defense can
13      present evidence if it wishes.  So you will recall that at
14      least two -- well, that there were two defendants who
15      reserved opening statements.  So I will now ask those
16      counsel whether they wish to make opening statements at this
17      point.
18                    MR. GEYER:  Yes, Your Honor, I do.
19                    THE COURT:  All right.
20                    MS. HALLER:  Yes, Your Honor, we do on behalf of
21      Mr. Meggs.  Thank you.
22                    MR. BRIGHT:  I'll go get Mr. Woodward, Your Honor,
23      let him know.
24                    THE COURT:  Why don't we...
25                    (Bench conference)
```

1            MR. LINDER:  Your Honor, I've been told by

2    Mr. Woodward and Mr. Geyer, that they each plan to use about

3    an hour, which would be two hours for opening statements.

4            Do you want to take an early lunch break and do

5    them in concert or just do one and break?

6            THE COURT:  I thought it was going to be a half

7    hour each, which is what I was told yesterday.

8            MR. GEYER:  I'm probably somewhere between

9    50 minutes to an hour.  I wanted to conform with the judge's

10   directions, so I've pretty much drafted everything out.

11   I re-drafted everything.

12           THE COURT:  All right.  Well --

13           MS. HALLER:  I'm not doing the opening,

14   Your Honor, so I cannot speak to the time.

15           THE COURT:  You'll forgive me, but you think you

16   need an hour to open on your defense case?

17           MR. GEYER:  Yes, I do.  There's a lot of

18   unraveling that needs to be done.

19           THE COURT:  Okay.  Then I guess it makes some

20   sense to go ahead and break for lunch now, and then we'll

21   start when we get back.

22           (Open court)

23           THE COURT:  All right.  So given the timing of

24   what I expect will unfold next, I think it makes sense now

25   to break for lunch a little early today.

1           So it's now 12:05.  I've got a matter at 1:00 that

2  shouldn't take, hopefully, more than 15 minutes or so.  So

3  why don't we plan to start at 1:20.  So, everybody, have a

4  nice lunch hour.  We will see you all shortly.

5           Thank you very much.

6           COURTROOM DEPUTY:  All rise.

7           (Jury exited the courtroom.)

8           THE COURT:  Have a seat, everybody.

9           Hang on, everyone.

10          (Pause)

11          THE COURT:  Sorry.

12          All right.  So we'll be back at 1:20.  It

13 surprises me that you need that long, but we'll see how it

14 goes.

15          MR. NESTLER:  Just two housekeeping matters,

16 Your Honor.

17          THE COURT:  Yeah.

18          MR. NESTLER:  One is, yesterday I think

19 Ms. Rakoczy indicated we had sent an email to chambers and

20 the defense with all of the exhibits that we tried to

21 reconcile.  We wanted to formally move those in.  We were

22 waiting for Mr. Woodward's return, Ms. Haller wanted that.

23 We do now -- we wanted to move them before our case

24 officially rested, but we wanted to make sure they are in

25 the record.  We thought we would just file that list that we

1    had sent to chambers and defense counsel so that it's part

2    of the record.

3              THE COURT:  Okay.

4              MR. NESTLER:  I wanted to make sure everyone knew

5    that.

6              THE COURT:  That's fine.  Ms. Haller.

7              MS. HALLER:  Well, just that we sent them an

8    objection in relation to one of those exhibits and I would

9    just note that.

10             MS. RAKOCZY:  It's been a long couple days so it's

11   possible I missed it, but I missed it.

12             MR. NESTLER:  The objection has to do with the

13   business record for the FBI's documentation of the tip with

14   the audio recording from Mr. Abdullah that we introduced a

15   long time ago.

16             THE COURT:  I thought we already laid the

17   foundation for that.

18             MR. NESTLER:  We did, and then we redacted some of

19   it.

20             THE COURT:  No, I know.  I thought the foundation

21   as a business record was already laid for it.

22             MS. HALLER:  That's not the objection, Your Honor.

23             THE COURT:  Okay.  What's the objection?

24             MS. HALLER:  The level of redaction they took to

25   it.

6798

1          THE COURT:  Oh.

2          MS. HALLER:  They blacked out the whole thing.

3    And we're simply asking that the last paragraph, which does

4    not actually address the conclusion that the FBI closed

5    the -- determination made by the FBI at that time is not in

6    the section we're asking to be unredacted.  Just the date

7    and the fact that there were two reviewers.

8          But the redaction we had discussed back at that

9    time was limited to the conclusion by the FBI and the

10   statement by the individual, AKA, Sergei Krivenko or

11   whatever.  And I'm just asking that the last paragraph be

12   unredacted, which has the date and the review.

13         MS. RAKOCZY:  We can send it to chambers so the

14   Court can take a look at it.

15         My recollection was Ms. Haller wanted to show

16   those portions and then the government said that's fine, but

17   then sort of the substantive account of the tipster should

18   come in as well and that Ms. Haller ultimately decided just

19   to ask a Special Agent and to bring out those facts through

20   testimony.  So our position would be either it goes back

21   nearly fully redacted as it is with the exception of just

22   sort of the date and time and I think a name for the

23   tipster.

24         THE COURT:  Well, send me the redaction that's

25   proposed and the original so I can compare and then we can

6799

```
 1   figure it out.
 2           MS. RAKOCZY:  Just to complete, Your Honor, if
 3   what Ms. Haller wants in, then we would say then that the
 4   tip should come in as well, the substance of it.
 5           MS. HALLER:  I have, Your Honor -- just for
 6   clarity, I haven't asked for the conclusion by the FBI to be
 7   unredacted.  I've only asked that the date and the fact that
 8   there was a review done be unredacted, which is the last
 9   paragraph -- the last, like, couple of sentences at the
10   bottom, which I can forward.  I'm not asking --
11           THE COURT:  Okay.
12           MS. HALLER:  -- for --
13           THE COURT:  Send me --
14           MS. HALLER:  Okay.
15           THE COURT:  Send me the original, the government's
16   redaction and what you're proposing be redacted.
17           MS. HALLER:  Thank you, your Honor.
18           MS. RAKOCZY:  Yes, Your Honor.
19           MR. NESTLER:  So to be clear, we're moving in the
20   rest of those exhibits, we will file that on the record, and
21   then we are also seeking the admission of all of the
22   exhibits with the transcripts which we forwarded to chambers
23   last night, just to make sure the record is clear, as part
24   of our case we're doing that.
25           And then the other housekeeping matter, Your
```

1    Honor, I don't believe Mr. Woodward is currently in the

2    courtroom or was yesterday when Your Honor admonished

3    defense for Mr. Meggs and Mr. Geyer in opening statements

4    they cannot reference the evidence that's already been

5    introduced.  I just wanted to make sure that that was --

6    that admonishment was given to Mr. Woodward before he

7    started.  He wasn't here for the benefit of that yesterday.

8              THE COURT:  Well, I'll just --

9              MR. LINDER:  I'll convey that to him.  I just want

10   to remind the Court that we are still preserving our

11   objection to the transcript part of the Esposito.

12             THE COURT:  I understand.  Anything else, Counsel?

13             MS. HALLER:  No, thank you.

14             THE COURT:  All right.  Thank you.  We'll see you

15   all soon.

16             COURTROOM DEPUTY:  All rise.

17             The Court stands in recess.

18             (Recess from 12:12 p.m. to 1:20 p.m.)

19

20

21

22

23

24

25

**BY MR. CRISP: [8]**
6745/18 6747/8
6751/21 6754/14
6756/2 6756/10 6759/8
6761/22
**BY MR. FISCHER: [25]**
6703/19 6708/4 6712/3
6712/17 6713/18
6714/3 6715/13
6718/22 6725/5
6726/17 6729/10
6730/1 6730/7 6730/25
6731/11 6732/5
6732/24 6733/24
6734/11 6735/6
6736/23 6739/11
6739/22 6743/18
6744/19
**BY MR. NESTLER: [1]**
6706/13
**BY MS. RAKOCZY:**
**[17]** 6762/22 6764/3
6764/17 6766/16
6773/14 6774/3 6774/7
6774/22 6775/22
6776/19 6779/7
6779/23 6781/23
6783/17 6786/24
6790/3 6792/9
**COURTROOM
DEPUTY: [7]** 6686/2
6686/6 6703/2 6771/25
6773/10 6796/6
6800/16
**MR. BRIGHT: [3]**
6772/16 6773/7
6794/22
**MR. CRISP: [44]**
6687/20 6688/6 6688/9
6688/15 6689/23
6690/10 6690/18
6691/3 6691/7 6691/10
6691/13 6691/20
6692/1 6692/4 6692/15
6692/21 6692/23
6693/5 6693/21 6694/1
6694/6 6694/13
6694/17 6695/1 6695/6
6698/3 6701/5 6745/15
6752/24 6753/3
6753/14 6754/3
6754/12 6755/11
6755/16 6755/19
6756/8 6759/1 6759/7
6761/18 6762/12
6782/18 6782/21
6793/22
**MR. FISCHER: [35]**
6695/20 6704/9 6705/7
6706/1 6706/10 6708/1
6712/2 6712/13
6713/17 6714/10
6715/10 6718/15
6725/4 6726/15
6727/12 6727/14
6729/7 6729/24
6730/23 6731/9

6733/23 6734/10
6735/4 6736/15 6738/6
6738/21 6739/4 6739/8
6739/15 6745/11
6774/21 6781/19
6794/3
**MR. GEYER: [6]**
6696/15 6762/17
6793/18 6794/18
6795/8 6795/17
**MR. LINDER: [13]**
6687/7 6696/6 6696/21
6696/23 6698/5 6698/8
6698/11 6698/20
6699/1 6699/6 6793/8
6795/1 6800/9
**MR. NESTLER: [16]**
6695/15 6699/8
6699/22 6700/10
6700/21 6700/23
6701/14 6702/6
6702/11 6702/14
6796/15 6796/18
6797/4 6797/12
6797/18 6799/19
**MR. WOODWARD: [2]**
6772/5 6772/14
**MS. HALLER: [21]**
6697/2 6697/6 6705/3
6705/5 6764/1 6764/14
6786/21 6789/24
6793/11 6793/15
6794/20 6795/13
6797/7 6797/22
6797/24 6798/2 6799/5
6799/12 6799/14
6799/17 6800/13
**MS. RAKOCZY: [47]**
6687/9 6688/19 6689/8
6689/16 6704/11
6704/15 6705/14
6706/6 6712/1 6718/18
6725/3 6726/9 6727/10
6727/25 6728/14
6738/10 6738/16
6743/14 6744/14
6751/17 6752/21
6753/20 6755/23
6761/15 6762/19
6766/11 6771/12
6771/16 6771/20
6773/5 6773/22 6774/5
6775/21 6776/15
6779/6 6779/17
6781/22 6783/2
6783/14 6792/1 6792/7
6792/17 6792/23
6797/10 6798/13
6799/2 6799/18
**THE COURT: [154]**
**THE WITNESS: [7]**
6726/13 6744/17
6751/20 6764/16
6786/23 6790/1
6792/21

**'01 [1]** 6753/16
**'03 [1]** 6753/16

**0**

**08077 [1]** 6683/13
**0826 [1]** 6683/18

**1**

**10 [4]** 6686/11 6709/18
6742/16 6771/16
**100 [1]** 6778/13
**100-plus [1]** 6711/20
**1051.1 [3]** 6731/22
6768/9 6768/12
**10th [3]** 6717/8
6791/23 6792/11
**11 [2]** 6709/18 6780/16
**11:15 [1]** 6771/23
**11:15 a.m [1]** 6772/19
**11:30 [1]** 6771/23
**11:33 a.m [1]** 6772/19
**1202.5 [1]** 6792/2
**125 [1]** 6703/24
**126 [3]** 6703/24
6703/24 6704/10
**127 [5]** 6738/7 6739/8
6739/9 6788/15
6788/18
**12:05 [1]** 6796/1
**12:12 [1]** 6800/18
**13th [2]** 6708/20
6736/7
**14 [1]** 6741/11
**1460 [1]** 6682/12
**14th [3]** 6712/21
6712/25 6781/7
**15 [5]** 6681/4 6686/7
6771/16 6772/4 6796/2
**1502 [4]** 6736/15
6736/16 6736/19
6736/21
**16th [3]** 6777/7 6778/6
6778/17
**17110 [1]** 6682/15
**174 [1]** 6780/4
**175 [1]** 6728/18
**17th [2]** 6733/6
6765/12
**1808 [1]** 6683/3
**189 [1]** 6778/10
**18th [2]** 6730/3 6764/8
**19th [4]** 6737/9
6737/18 6743/2 6744/5
**1:00 [1]** 6796/1
**1:20 [3]** 6796/3
6796/12 6800/18
**1:46 [1]** 6721/5
**1:54 [5]** 6719/25
6720/25 6721/8 6721/9
6722/18
**1:55 [3]** 6722/3 6722/3
6722/19

**2**

**20 [1]** 6756/21
**20,000 [1]** 6707/10
**2000 [1]** 6752/5

**2001.T.1 [2]** 6777/25
6780/1
**20010 [1]** 6683/4
**20036 [1]** 6683/9
**2004 [1]** 6752/6
**2006 [1]** 6683/12
**202 [4]** 6681/18 6683/4
6683/9 6684/5
**2020 [1]** 6744/12
**2021 [38]** 6708/20
6712/21 6717/10
6720/25 6725/8 6726/6
6730/10 6730/15
6733/6 6736/7 6737/9
6737/13 6737/18
6740/3 6742/21
6742/25 6743/2 6744/5
6765/13 6775/25
6777/7 6777/22 6778/6
6778/17 6780/7 6781/7
6784/5 6785/14 6787/8
6787/14 6787/20
6789/16 6789/19
6790/4 6791/19
6791/23 6792/11
6792/15
**2022 [4]** 6681/5
6727/23 6729/14
6730/3
**20579 [1]** 6681/17
**20th [2]** 6784/15
6791/15
**21 [2]** 6706/19 6741/13
**21061-3065 [1]**
6683/18
**214 [2]** 6682/5 6682/9
**22-15 [1]** 6681/4
**23 [1]** 6681/7
**23:13 [2]** 6780/6
6780/8
**24 [2]** 6691/4 6761/23
**24-plus-hour [1]**
6757/25
**25 [1]** 6741/20
**252-7277 [1]** 6681/18
**252-9900 [1]** 6682/5
**2615 [1]** 6683/9
**274 [1]** 6719/4
**27th [7]** 6730/10
6737/13 6740/3
6742/21 6787/8
6787/13 6787/20
**29 [13]** 6687/1 6687/4
6688/4 6688/10
6688/13 6688/25
6689/10 6772/7 6793/6
6793/9 6793/14
6793/16 6793/19
**2nd [1]** 6780/7

**3**

**30 [2]** 6700/15 6726/18
**300 [1]** 6683/17
**3065 [1]** 6683/18
**318 [1]** 6682/12
**32 [6]** 6755/3 6755/17
6755/22 6755/24

**3249 [1]** 6684/5
**33 [4]** 6759/1 6759/4
6759/5 6762/13
**3300 [2]** 6682/3 6682/7
**331 [1]** 6774/10
**333 [1]** 6684/4
**352-2615 [1]** 6683/9
**354-3249 [1]** 6684/5
**38 [2]** 6708/3 6708/15
**3:15 [1]** 6731/23
**3:21 [5]** 6717/6
6717/14 6731/24
6767/17 6768/21

**4**

**40 [2]** 6700/15 6712/14
**4031 [1]** 6682/15
**410 [1]** 6683/18
**412-4676 [1]** 6682/16
**43 [1]** 6788/18
**4676 [1]** 6682/16
**487-1460 [1]** 6682/12
**4:25 [1]** 6717/11

**5**

**50 minutes [1]** 6795/9
**500 [1]** 6715/1
**5151 [1]** 6735/5
**52 [3]** 6726/16 6773/24
6788/14
**54 [10]** 6718/14
6718/17 6718/19
6718/20 6719/2 6721/8
6722/17 6773/23
6774/9 6774/9
**5708 [1]** 6683/13

**6**

**6 January [1]** 6692/10
**601 [2]** 6681/17 6683/7
**607-5708 [1]** 6683/13
**6923 [1]** 6779/19
**6th [23]** 6691/18
6695/2 6695/9 6700/8
6706/22 6708/11
6733/2 6736/10 6741/6
6744/12 6745/6
6748/10 6748/22
6750/15 6770/25
6783/21 6784/5
6784/15 6785/14
6787/2 6789/16 6790/8
6792/15

**7**

**700 [2]** 6682/4 6682/8
**71301 [1]** 6682/11
**717 [1]** 6682/16
**720-7777 [1]** 6682/9
**7277 [1]** 6681/18
**7310 [1]** 6683/17
**7447 [1]** 6683/4
**75219 [2]** 6682/4
6682/8
**7777 [1]** 6682/9
**787-0826 [1]** 6683/18
**7th [3]** 6716/1 6742/25
6790/4

**8**

**801 [2]** 6727/21
6738/21
**819 [1]** 6682/11
**856 [1]** 6683/13
**8:00 [1]** 6757/2
**8:46 [1]** 6721/10
**8:55 [1]** 6722/2
**8th [4]** 6719/25
6720/25 6722/3
6722/18

**9**

**900 [1]** 6683/8
**9060 [1]** 6756/17
**9073.1 [1]** 6784/20
**9077 [2]** 6715/10
6766/12
**9079 [11]** 6708/1
6708/6 6708/15
6714/11 6716/21
6721/2 6731/9 6766/14
6766/18 6768/18
6770/13
**9079.1 [2]** 6714/12
6714/14
**9090 [1]** 6776/16
**9900 [1]** 6682/5
**996-7447 [1]** 6683/4
**9:14 [1]** 6708/20
**9:30 [1]** 6681/6

**A**

**a.m [8]** 6681/6 6708/20
6720/25 6721/8 6722/3
6722/18 6772/19
6772/19
**Abdullah [1]** 6797/14
**ability [2]** 6751/20
6764/24
**able [9]** 6687/24
6750/1 6752/17 6764/7
6764/9 6764/13
6764/16 6767/7
6775/12
**about [113]** 6689/22
6690/5 6690/6 6690/16
6690/25 6692/4
6692/15 6692/17
6692/20 6693/1 6695/6
6695/8 6695/11 6697/3
6697/17 6697/22
6698/8 6702/12
6704/19 6705/12
6705/16 6705/25
6708/12 6709/8
6709/18 6710/12
6711/24 6714/7 6717/6
6722/18 6722/21
6725/12 6725/23
6725/24 6730/8
6730/18 6730/20
6734/6 6734/13 6735/8
6735/24 6736/10
6737/12 6738/23
6745/23 6746/7 6746/8
6746/24 6747/7
6747/12 6747/23

6749/9 6750/12
6750/14 6750/25
6751/23 6751/25
6752/1 6752/14
6752/16 6752/18
6753/5 6753/13
6753/14 6753/19
6753/21 6754/11
6754/19 6756/13
6758/15 6758/22
6759/20 6761/1 6761/4
6762/25 6763/6
6765/15 6766/6 6766/7
6767/17 6767/21
6768/21 6770/9 6771/6
6773/17 6773/25
6774/1 6774/10
6775/24 6777/18
6779/13 6779/24
6780/16 6781/2 6781/3
6781/16 6781/18
6782/4 6782/21
6782/24 6783/8
6783/21 6784/3
6785/12 6785/12
6787/7 6790/19
6790/23 6791/17
6795/2
**above [2]** 6710/13
6780/11
**Absolutely [1]** 6759/16
**access [6]** 6716/10
6716/13 6716/14
6716/14 6716/18
6733/22
**accessed [3]** 6734/8
6768/14 6769/16
**according [2]** 6740/5
6767/4
**account [11]** 6766/9
6768/1 6770/18
6773/19 6774/19
6774/24 6775/9
6775/11 6777/3 6778/3
6798/17
**accounts [1]** 6782/17
**accuracy [1]** 6705/12
**accurate [1]** 6711/22
**accused [1]** 6726/6
**acknowledged [2]**
6756/25 6757/1
**acknowledgement [1]**
6700/7
**acquittal [4]** 6793/9
6793/14 6793/19
6794/4
**across [2]** 6722/20
6761/2
**act [1]** 6711/17
**action [3]** 6715/20
6785/8 6785/9
**active [2]** 6752/1
6752/5
**actively [1]** 6754/17
**actual [2]** 6689/4
6777/9
**actually [14]** 6688/21

6703/23 6714/6
6714/11 6731/3
6732/25 6738/4 6738/8
6750/25 6752/2
6775/14 6798/4
**ad [1]** 6711/23
**ad lib [1]** 6711/23
**add [1]** 6695/24
**additional [5]** 6692/25
6696/1 6741/14
6742/17 6758/22
**address [4]** 6719/4
6719/4 6720/21 6798/4
**addressed [1]** 6756/17
**admission [2]** 6755/21
6799/21
**admit [2]** 6704/9
6759/3
**admitted [7]** 6685/10
6718/17 6718/19
6739/7 6755/24 6759/4
6779/18
**admonished [1]**
6800/2
**admonishment [1]**
6800/6
**advance [1]** 6770/12
**adversaries [1]**
6740/25
**adverse [2]** 6701/4
6702/20
**affidavit [1]** 6733/5
**after [33]** 6687/17
6689/15 6698/12
6702/1 6702/3 6705/16
6708/11 6713/19
6715/20 6715/21
6722/20 6727/17
6729/11 6733/1
6736/10 6737/17
6740/16 6743/10
6744/9 6744/11
6747/13 6749/11
6760/23 6764/9
6777/22 6783/24
6784/5 6785/14 6787/2
6789/15 6789/16
6790/8 6792/14
**after-action [1]**
6715/20
**afterwards [1]** 6772/9
**again [15]** 6686/24
6703/5 6703/7 6707/24
6711/11 6718/9 6731/9
6733/13 6738/20
6747/9 6753/18
6757/18 6773/15
6784/23 6792/7
**against [10]** 6690/1
6690/22 6699/4
6701/18 6711/18
6711/25 6712/9
6760/12 6761/9
6775/25
**agency [2]** 6725/20
6734/5
**agent [51]** 6703/10

6706/14 6713/13
6734/1 6738/22
6739/19 6739/24
6740/15 6741/3
6741/18 6742/16
6742/16 6743/15
6743/23 6743/25
6744/1 6744/3 6747/5
6762/23 6764/10
6769/8 6770/22 6772/2
6773/13 6773/15
6774/4 6774/8 6775/7
6775/23 6776/20
6780/7 6781/2 6782/7
6783/18 6784/2 6785/6
6785/11 6787/10
6787/23 6788/2 6788/8
6788/20 6788/21
6789/12 6789/15
6791/17 6792/10
6792/20 6798/19
**Agent Moore [5]**
6703/20 6706/14
6772/2 6773/13
6792/20
**Agent Palian [1]**
6713/13
**agent's [1]** 6738/19
**agents [3]** 6713/12
6737/19 6743/20
**ago [3]** 6714/20 6780/2
6797/15
**agree [38]** 6687/6
6687/14 6691/25
6695/20 6697/11
6702/6 6704/3 6706/2
6706/14 6706/18
6706/21 6706/25
6707/13 6707/22
6709/9 6709/23
6723/19 6723/19
6723/25 6724/10
6727/21 6729/12
6730/2 6732/16
6732/17 6732/17
6736/20 6736/21
6736/24 6739/23
6740/1 6740/7 6740/12
6740/13 6740/15
6745/4 6757/20
6759/14
**agreement [1]** 6688/18
**ahead [7]** 6699/21
6726/12 6726/19
6738/13 6738/15
6739/7 6795/20
**Ahmed [1]** 6740/10
**ahold [1]** 6757/7
**aided [1]** 6684/7
**AKA [1]** 6798/10
**AL [1]** 6681/6
**Alexandra [2]** 6681/15
6686/13
**Alexandra Hughes [1]**
6686/13
**Alexandria [1]** 6682/11
**all [86]** 6686/2 6686/21

6688/21 6688/23
6689/9 6689/17
6689/19 6693/7
6695/13 6696/5
6696/15 6700/8
6701/20 6702/12
6702/13 6702/15
6702/21 6703/8 6704/6
6704/21 6705/1 6706/2
6706/8 6707/7 6712/18
6717/1 6719/1 6727/20
6727/25 6728/23
6731/12 6735/2 6736/6
6741/8 6744/12
6745/13 6745/14
6746/11 6747/17
6749/19 6754/5 6754/8
6755/18 6755/24
6757/13 6757/22
6758/15 6758/19
6759/11 6759/13
6759/15 6761/18
6762/15 6762/18
6763/8 6770/23
6771/24 6771/25
6772/2 6772/4 6772/7
6772/17 6772/18
6776/24 6777/2
6790/13 6792/13
6792/19 6793/4
6793/24 6794/4 6794/8
6794/19 6795/12
6795/23 6796/4 6796/6
6796/12 6796/20
6799/21 6800/14
6800/15 6800/16
**all right [8]** 6701/20
6707/7 6745/13
6757/22 6793/24
6794/19 6795/12
6795/23
**allegation [1]** 6726/7
**allegations [3]** 6694/22
6707/15 6786/19
**alleged [2]** 6710/20
6751/5
**allegedly [1]** 6689/25
6734/23
**allow [3]** 6738/25
6754/9 6786/15
**allowed [5]** 6688/2
6701/9 6711/16 6783/4
6787/17
**almost [3]** 6692/11
6737/19 6743/6
**along [2]** 6712/14
6728/24
**Alpers [1]** 6791/19
**already [16]** 6691/4
6694/14 6694/17
6710/17 6711/5
6727/20 6736/5
6736/16 6738/11
6739/6 6756/16
6756/16 6779/18
6797/16 6797/21
6800/4

**already-existing [1]** 6711/5

**also [16]** 6706/25 6707/3 6709/16 6709/24 6728/4 6731/3 6731/16 6737/23 6744/22 6751/23 6762/24 6769/20 6770/17 6773/25 6781/18 6799/21

**alternate [1]** 6750/3

**alternative [1]** 6706/9

**always [1]** 6703/6

**am [4]** 6717/23 6734/7 6786/9 6790/10

**amend [1]** 6702/23

**AMERICA [2]** 6681/3 6686/8

**Americans [2]** 6714/23 6715/1

**AMIT [2]** 6681/9 6686/3

**Amit P. Mehta [1]** 6686/3

**ammunition [1]** 6710/13

**among [2]** 6717/16 6760/21

**amongst [2]** 6695/17 6698/8

**amount [2]** 6790/1 6790/18

**anal [1]** 6693/2

**analogized [3]** 6690/19 6690/21 6691/18

**analogizing [1]** 6689/24

**analogy [1]** 6694/2

**analysis [6]** 6687/22 6688/7 6695/12 6744/10 6745/1 6748/15

**another [11]** 6696/1 6701/8 6707/20 6711/17 6717/25 6738/19 6746/16 6750/24 6758/16 6778/21 6781/17

**answer [11]** 6726/11 6742/4 6742/15 6742/16 6744/15 6744/15 6745/9 6747/6 6764/2 6783/4 6791/3

**answered [5]** 6724/20 6725/3 6726/10 6741/8 6741/18

**anticipate [2]** 6696/9 6697/21

**any [51]** 6688/12 6693/12 6694/24 6694/24 6695/8 6696/10 6696/11 6696/11 6699/4 6703/9 6705/12 6706/3 6706/4 6707/18 6710/24 6711/12 6711/24 6712/8 6712/9 6716/10 6719/18 6734/22

6744/11 6745/3 6746/3 6747/22 6747/25 6748/18 6754/10 6755/21 6756/18 6760/20 6761/1 6764/10 6764/11 6764/12 6765/6 6772/12 6779/1 6784/14 6785/9 6785/13 6785/17 6785/23 6786/1 6786/17 6789/5 6789/22 6791/22

**anybody [2]** 6687/18 6705/25

**anybody's [2]** 6761/20

**anymore [1]** 6772/14

**anyone [10]** 6690/25 6693/12 6694/19 6694/25 6695/6 6695/8 6695/8 6716/10 6734/8 6780/21

**anything [14]** 6690/6 6693/2 6694/4 6697/6 6697/17 6724/14 6725/23 6748/4 6753/12 6767/21 6770/9 6779/13 6781/12 6800/10

**anywhere [1]** 6696/12

**apartment [2]** 6747/18 6750/21

**apologies [1]** 6745/22

**apologize [9]** 6694/6 6694/8 6710/3 6730/3 6730/24 6732/1 6736/4 6755/20 6766/14

**apology [1]** 6703/6

**app [3]** 6735/11 6744/11 6764/22

**apparently [2]** 6719/25 6726/5

**appeal [1]** 6689/6

**appear [14]** 6706/15 6706/18 6706/21 6706/25 6707/3 6717/6 6731/18 6733/5 6765/5 6765/8 6765/10 6767/17 6768/21 6785/9

**appearance [1]** 6789/12

**APPEARANCES [4]** 6681/13 6681/20 6682/17 6683/20

**appears [23]** 6708/16 6714/15 6718/2 6718/25 6719/11 6720/20 6721/8 6722/16 6722/18 6726/23 6727/1 6727/5 6732/15 6733/17 6736/19 6736/21 6736/24 6739/24 6740/6 6741/24 6744/8 6774/16 6775/3

**appellate [1]** 6700/17

**applications [17]** 6749/2

**appreciate [2]** 6732/3 6774/2

**approach [2]** 6738/9 6739/4

**appropriate [5]** 6697/16 6701/3 6702/19 6705/2 6782/23

**AR [1]** 6709/13

**are [68]** 6686/21 6688/12 6689/3 6689/9 6692/19 6694/22 6697/12 6703/9 6705/15 6705/21 6705/24 6710/17 6710/21 6710/23 6711/15 6714/1 6717/21 6717/22 6719/7 6725/8 6726/5 6726/8 6737/17 6737/24 6741/14 6741/25 6742/10 6742/12 6743/10 6744/8 6744/12 6747/12 6747/16 6750/13 6750/17 6750/20 6751/13 6754/5 6754/18 6755/9 6756/4 6756/17 6757/9 6758/9 6763/19 6763/23 6764/4 6764/7 6764/9 6769/5 6772/11 6773/7 6776/6 6776/9 6778/2 6778/4 6780/23 6785/20 6786/7 6787/17 6787/18 6790/7 6793/15 6794/12 6796/24 6799/21 6800/10

**area [3]** 6710/13 6758/20 6758/22

**argued [1]** 6689/6

**argument [12]** 6687/13 6687/15 6687/17 6687/17 6687/24 6688/4 6688/22 6689/4 6689/4 6689/14 6696/24 6772/8

**argumentative [2]** 6712/1 6751/18

**arguments [2]** 6687/23 6793/6

**arising [1]** 6741/5

**Arlington [1]** 6715/21

**Army [4]** 6752/2 6752/7 6786/6 6786/7

**around [9]** 6701/16 6702/11 6708/20 6712/20 6748/10 6751/11 6778/6 6780/24 6781/6

**arrangements [2]** 6773/1 6773/2

**arrest [4]** 6725/1 6760/16 6762/4 6762/7

**arrested [8]** 6737/7 6737/18 6760/15 6760/16 6761/9 6765/12 6789/22 6789/23

**arrests [1]** 6724/4

**arrived [1]** 6722/17

**article [3]** 6735/24 6736/1 6736/6

**as [92]** 6688/6 6688/20 6689/3 6689/7 6693/18 6694/21 6695/8 6695/10 6695/24 6696/8 6697/6 6701/1 6701/15 6703/14 6704/7 6706/8 6707/4 6707/9 6711/14 6711/14 6715/18 6716/18 6717/7 6717/7 6718/13 6721/11 6722/4 6722/8 6722/8 6722/10 6722/10 6724/6 6725/24 6725/24 6726/7 6727/9 6727/19 6728/7 6728/23 6731/4 6731/5 6735/7 6735/10 6736/18 6738/7 6739/8 6750/5 6751/11 6753/8 6753/18 6754/16 6754/16 6755/3 6757/14 6757/18 6759/1 6760/11 6760/21 6763/11 6763/12 6764/9 6767/18 6767/18 6768/18 6768/22 6768/22 6769/8 6769/9 6769/15 6770/22 6776/24 6777/2 6779/18 6782/1 6782/16 6783/3 6785/19 6785/20 6789/4 6790/4 6790/7 6790/15 6790/16 6790/18 6790/24 6794/4 6797/21 6798/18 6798/21 6799/4 6799/23

**Asian [2]** 6714/22 6714/25

**ask [37]** 6692/4 6693/5 6693/11 6693/11 6693/18 6694/12 6694/23 6695/5 6697/16 6704/9 6704/23 6705/11 6705/24 6706/3 6718/16 6729/2 6734/20 6739/1 6747/5 6747/9 6750/24 6752/8 6752/11 6754/4 6754/8 6754/11 6754/15 6759/17 6766/6 6771/11 6772/11 6772/22 6775/7 6781/2 6793/1 6794/15

**asked [41]** 6711/20 6714/7 6725/3 6725/11 6726/9 6734/6 6738/23 6740/16 6740/19 6740/23 6741/3 6741/4 6741/13 6741/20 6741/25 6742/9 6750/14 6761/15 6762/23 6762/24 6765/14 6766/7 6775/23 6781/3 6781/5 6781/24 6781/25 6783/3 6783/7 6784/2 6784/7 6785/11 6785/24 6787/7 6788/21 6788/24 6789/3 6789/7 6790/23 6799/6 6799/7

**asking [12]** 6693/14 6721/10 6724/6 6740/10 6774/10 6780/23 6787/2 6787/3 6798/3 6798/6 6798/11 6799/10

**aspect [2]** 6688/1 6745/21

**aspects [3]** 6688/2 6730/20 6753/6

**assignment [2]** 6740/19 6740/24

**assist [1]** 6790/21

**Assistant [1]** 6727/6

**Assistant U.S. Attorney [1]** 6727/6

**ASSOCIATES [1]** 6682/14

**assume [3]** 6688/21 6688/23 6748/13

**assumed [1]** 6734/2

**Assumes [1]** 6743/14

**assuming [1]** 6751/24

**att.net [1]** 6682/12

**attachment [7]** 6717/2 6727/2 6727/19 6767/4 6767/8 6767/22 6767/24

**attack [6]** 6690/22 6691/9 6691/11 6695/7 6769/10 6791/16

**attacker [1]** 6690/1

**attention [4]** 6692/19 6695/22 6698/1 6782/14

**Attorney [1]** 6727/6

**ATTORNEY'S [1]** 6681/16

**audio [5]** 6736/22 6741/14 6792/6 6792/8 6797/14

**audiotaped [1]** 6737/24

**authorities [1]** 6713/22

**authority [1]** 6787/5

**available [5]** 6716/9 6725/12 6733/11 6769/13 6790/13

**Avenue [4]** 6682/3

6804

## A

**Avenue... [3]** 6682/7
6683/7 6684/4
**aware [69]** 6710/11
6710/17 6710/21
6710/22 6710/23
6710/25 6711/15
6711/16 6713/12
6714/1 6714/6 6714/8
6714/9 6714/19
6714/21 6714/22
6714/24 6714/25
6715/3 6717/21
6717/22 6717/23
6725/6 6725/8 6725/10
6726/5 6726/8 6726/13
6729/4 6729/12
6732/25 6733/3 6733/4
6733/7 6733/8 6733/13
6734/12 6737/17
6737/24 6737/25
6741/14 6742/1
6742/10 6744/3 6744/8
6744/13 6744/17
6744/22 6744/24
6744/25 6745/3
6745/24 6746/1
6747/12 6747/16
6747/19 6749/11
6750/13 6750/16
6750/17 6750/19
6750/20 6750/22
6770/9 6776/6 6776/9
6780/23 6783/19
6790/7

## B

**back [20]** 6703/11
6715/19 6721/2 6725/8
6746/23 6747/9
6749/12 6750/2 6750/6
6768/17 6770/7
6773/12 6773/13
6775/25 6778/16
6787/6 6795/21
6796/12 6798/8
6798/20
**ballpark [1]** 6707/12
**bank [1]** 6724/4
**bar [2]** 6715/25
6750/18
**barn [1]** 6694/18
**barrel [3]** 6709/11
6709/13 6710/16
**BARRETT [2]** 6682/3
6684/4
**base [1]** 6745/21
**based [6]** 6688/13
6726/7 6729/3 6758/14
6763/14 6767/20
**Baset [6]** 6740/10
6740/11 6741/12
6741/25 6742/9
6788/21
**basically [3]** 6692/7
6709/9 6791/4
**basis [3]** 6689/10
6728/18 6775/24

**battle [1]** 6747/17
**be [107]** 6686/4
6687/24 6688/7
6688/20 6689/6
6689/18 6690/16
6692/20 6692/25
6694/24 6695/17
6695/22 6696/17
6698/20 6700/11
6700/23 6701/9
6701/13 6701/14
6702/6 6702/20
6704/13 6705/9
6705/14 6705/17
6705/21 6705/23
6708/4 6708/16
6710/11 6711/6 6711/7
6711/16 6712/15
6714/15 6718/2
6718/17 6718/25
6719/12 6721/10
6721/16 6722/2 6722/8
6723/6 6723/13
6726/15 6726/23
6727/2 6727/5 6728/22
6731/14 6733/17
6735/19 6735/19
6736/19 6736/21
6736/24 6738/7 6738/9
6738/25 6739/24
6740/6 6740/10
6742/10 6742/12
6748/12 6753/5
6753/20 6760/1 6760/7
6760/15 6760/22
6760/22 6761/23
6763/11 6763/19
6765/10 6769/9
6769/12 6770/23
6771/17 6772/23
6773/22 6774/16
6778/23 6779/4 6780/9
6780/20 6781/9
6781/21 6781/24
6785/9 6786/14
6790/18 6793/18
6793/22 6795/3 6795/6
6795/18 6796/12
6798/6 6798/11
6798/20 6799/6 6799/8
6799/16 6799/19
**bearing [1]** 6694/20
**because [24]** 6697/18
6699/11 6702/19
6713/8 6716/14
6724/19 6730/17
6753/4 6754/1 6754/10
6757/19 6760/15
6764/11 6764/12
6768/14 6771/3 6773/3
6778/8 6782/23 6783/1
6784/12 6785/8
6790/17 6791/13
**become [3]** 6729/4
6729/12 6753/17
**becomes [2]** 6699/23
6701/18

**been [69]** 6685/4
6691/6 6691/15
6691/17 6691/23
6692/18 6693/24
6696/2 6696/10
6696/18 6698/17
6698/19 6700/16
6703/13 6707/15
6707/17 6707/23
6710/18 6713/1
6713/21 6714/1 6715/4
6718/12 6718/13
6720/15 6721/18
6722/24 6723/11
6723/15 6723/16
6724/16 6724/17
6724/18 6726/6
6727/18 6728/23
6735/17 6736/3 6738/3
6746/21 6755/2 6763/6
6765/6 6767/10
6767/12 6768/2 6768/3
6771/17 6773/3
6777/18 6779/2
6779/18 6782/4
6783/19 6790/19
6791/18 6795/1
6797/10 6800/4
**before [21]** 6681/9
6700/1 6700/18 6703/8
6712/5 6716/1 6721/11
6723/24 6724/9 6728/2
6728/6 6730/19 6733/9
6765/9 6765/13
6777/13 6779/10
6787/2 6787/10
6796/23 6800/6
**began [1]** 6768/13
**begin [1]** 6696/19
**beginning [2]** 6768/11
6778/12
**behalf [9]** 6693/11
6693/16 6695/15
6785/12 6793/8
6793/16 6793/22
6794/3 6794/20
**behavior [4]** 6690/19
6690/21 6752/20
6754/17
**being [15]** 6693/10
6713/20 6713/21
6714/8 6714/14 6724/2
6724/13 6760/16
6761/9 6765/20
6769/10 6779/1
6779/13 6781/25
6789/4
**belief [3]** 6760/14
6761/8 6782/24
**believe [21]** 6692/5
6696/1 6703/23
6709/13 6710/5 6711/9
6712/7 6713/14 6714/4
6721/17 6722/16
6725/25 6736/3
6737/12 6742/6 6750/3
6751/3 6756/4 6765/12
6769/6 6800/1

**believed [2]** 6744/24
6745/5
**Below [1]** 6720/11
**Bench [9]** 6704/14
6727/13 6738/14
6752/25 6771/13
6772/24 6782/20
6793/3 6794/25
**benefit [1]** 6800/7
**Berryville [1]** 6719/5
**Berwick [1]** 6683/12
**besides [2]** 6734/21
6746/21
**better [1]** 6790/24
**between [6]** 6689/5
6689/25 6701/11
6766/20 6785/23
6795/8
**beyond [1]** 6751/17
**Biden [1]** 6689/23
**Biden's [1]** 6690/25
**biggest [1]** 6724/14
**bit [4]** 6718/24 6747/10
6760/5 6790/15
**blacked [1]** 6798/2
**blast [1]** 6756/15
**boat [2]** 6780/21
6780/21
**boats [1]** 6780/24
**border [2]** 6761/2
6761/6
**both [6]** 6696/24
6720/16 6732/16
6733/10 6767/24
6787/2
**bottom [7]** 6720/19
6722/16 6726/23
6727/1 6745/4 6756/17
6799/10
**box [1]** 6719/8
**Bradford [3]** 6683/11
6683/14 6686/18
**Bradford Geyer [1]**
6686/18
**branch [1]** 6786/5
**BRAND [1]** 6683/3
**brandwoodwardlaw.c
om [1]** 6683/5
**breached [1]** 6789/18
**break [6]** 6771/17
6771/23 6795/4 6795/5
6795/20 6795/25
**breakfast [1]** 6715/25
**BRIGHT [5]** 6682/3
6682/7 6686/15 6784/2
6784/7
**bring [11]** 6701/24
6728/22 6766/11
6768/10 6773/22
6776/15 6777/25
6779/17 6779/25
6792/1 6798/19
**bringing [2]** 6695/22
6697/25
**broad [2]** 6758/13
6786/15
**brought [2]** 6775/24
6777/8

## C

**Caldwell [100]** 6683/16
6686/11 6686/20
6703/23 6703/24
6704/10 6705/25
6706/3 6706/14
6706/18 6706/21
6708/11 6708/17
6709/3 6710/18 6711/2
6711/11 6712/9
6713/14 6714/1 6714/7
6714/16 6715/17
6715/23 6717/10
6717/21 6718/7
6718/17 6718/19
6718/20 6719/2
6719/25 6720/20
6721/7 6721/18 6722/4
6722/17 6725/7
6725/17 6725/21
6726/6 6727/17
6728/15 6728/17
6728/25 6730/12
6730/16 6731/3
6731/16 6732/7 6732/8
6732/12 6732/18
6733/6 6733/9 6734/3
6734/23 6737/9
6737/17 6738/7 6739/8
6739/9 6740/6 6742/6
6742/7 6742/18
6742/23 6743/3
6743/12 6744/5 6744/9
6744/10 6745/5
6745/22 6765/15
6765/21 6766/21
6767/4 6768/19
6768/19 6769/20
6770/9 6770/13
6773/18 6773/23
6774/9 6774/14
6775/25 6778/13
6778/14 6778/24
6780/8 6780/13
6780/23 6788/3 6788/8
6788/14 6789/4 6789/6
6794/4
**Caldwell Exhibit 52 [1]**
6788/14
**Caldwell's [16]**
6712/20 6719/17
6726/2 6744/17 6745/8
6746/15 6766/8 6768/1
6770/18 6771/5
6776/10 6776/13
6777/3 6778/2 6781/6
6784/1
**Caldwells [1]** 6746/8

**Caldwells'** [2] 6746/13 6750/13
**call** [1] 6699/23
**called** [3] 6705/18 6785/21 6786/8
**calling** [1] 6785/7
**calls** [1] 6782/22
**came** [4] 6713/8 6722/20 6737/13 6749/12
**can** [78] 6688/5 6688/23 6689/1 6693/14 6693/18 6694/9 6699/18 6700/13 6700/19 6700/22 6702/11 6705/11 6706/2 6707/8 6710/24 6716/13 6716/14 6716/14 6718/8 6718/8 6718/13 6719/1 6720/19 6721/2 6721/2 6726/11 6727/12 6729/2 6731/9 6736/20 6738/4 6739/1 6739/2 6739/12 6744/15 6744/15 6747/10 6752/23 6753/1 6753/7 6753/7 6754/11 6755/4 6755/6 6756/8 6761/19 6761/20 6762/13 6763/15 6763/17 6764/2 6765/5 6766/24 6771/9 6771/10 6772/7 6773/25 6775/13 6777/1 6777/25 6779/13 6779/16 6779/25 6781/1 6782/13 6782/19 6783/14 6784/23 6790/11 6791/3 6792/7 6793/13 6794/12 6798/13 6798/14 6798/25 6798/25 6799/10
**can't** [13] 6687/16 6692/12 6707/19 6711/9 6728/7 6735/1 6738/12 6761/11 6763/17 6778/18 6779/8 6780/21 6794/1
**Canada** [1] 6761/3
**Canadian** [1] 6761/5
**candidate** [1] 6714/20
**candor** [1] 6693/7
**cannot** [3] 6781/9 6795/14 6800/4
**Capitol** [13] 6690/11 6717/18 6741/6 6769/7 6769/11 6770/10 6770/24 6789/19 6789/19 6790/16 6790/17 6790/20 6791/7
**captain** [2] 6780/10 6780/20
**carcass** [3] 6746/16

**care** [1] 6703/8
**Carolina** [1] 6766/4
**carry** [3] 6710/19 6710/23 6748/13
**CART** [1] 6705/17
**case** [45] 6686/7 6687/5 6687/11 6687/18 6687/25 6688/1 6688/14 6688/23 6689/5 6689/6 6689/15 6690/7 6690/9 6690/9 6697/4 6698/11 6698/22 6700/12 6700/19 6701/13 6701/15 6702/11 6702/24 6709/13 6710/18 6710/20 6713/13 6714/2 6715/8 6730/9 6742/24 6748/1 6753/6 6753/18 6763/6 6765/3 6771/6 6776/13 6782/11 6792/24 6794/10 6794/11 6795/16 6796/23 6799/24
**Case No. 22-15** [1] 6686/7
**cases** [5] 6698/13 6700/15 6724/25 6782/9 6790/21
**cautionary** [2] 6692/11 6693/1
**cell** [4] 6704/20 6744/10 6763/20 6765/2
**cell phone** [2] 6744/10 6765/2
**Cellebrite** [1] 6748/15
**cellular** [1] 6748/7
**certain** [9] 6759/12 6761/10 6761/11 6765/9 6765/16 6765/21 6766/7 6775/11 6789/5
**certainly** [16] 6690/19 6691/15 6691/17 6698/22 6707/22 6710/8 6710/11 6712/8 6716/17 6732/17 6743/19 6745/7 6751/15 6752/7 6753/6 6753/11
**Certified** [1] 6684/3
**CH** [1] 6684/4
**chambers** [4] 6796/19 6797/1 6798/13 6799/22
**chance** [1] 6723/13
**change** [1] 6695/25
**changed** [1] 6754/24
**channel** [5] 6737/3 6783/21 6788/4 6788/23 6789/4
**charge** [1] 6733/6
**charged** [10] 6713/1 6713/21 6714/2 6721/18 6721/19

**charges** [5] 6726/13 6710/23 6748/13
**chase** [1] 6733/25
**chat** [17] 6706/15 6706/19 6706/22 6707/1 6707/4 6735/20 6745/23 6745/25 6757/14 6763/13 6763/16 6763/23 6764/12 6764/19 6764/20 6764/23 6764/24
**chats** [11] 6704/7 6706/4 6706/4 6758/1 6762/25 6763/5 6763/8 6763/14 6765/16 6765/21 6765/22
**check** [1] 6757/3
**checked** [1] 6716/1
**checking** [1] 6757/4
**checkout** [1] 6715/22
**chief** [6] 6688/1 6688/14 6698/11 6753/6 6753/18 6794/11
**China** [1] 6761/2
**Chinese** [1] 6761/4
**Cinnaminson** [1] 6683/13
**circled** [1] 6774/12
**circuit** [3] 6687/3 6699/11 6700/15
**circuits** [1] 6699/10
**circumstance** [1] 6699/9
**circumstances** [1] 6724/1
**claim** [1] 6725/18
**clarify** [1] 6723/1
**clarity** [1] 6799/6
**clean** [3] 6746/16 6747/1 6781/17
**clear** [17] 6688/24 6689/18 6689/18 6699/10 6700/23 6707/9 6721/16 6731/14 6742/11 6753/8 6753/20 6754/10 6761/21 6761/23 6763/19 6799/19 6799/23
**clearance** [1] 6716/11
**clearly** [3] 6694/14 6701/24 6746/17
**client** [4] 6693/16 6698/12 6701/10 6746/8
**clients** [1] 6702/17
**clip** [1] 6768/12
**close** [5] 6687/25

**closed** [1] 6798/4
**closes** [1] 6688/14
**clues** [1] 6782/11
**co** [3] 6698/14 6698/22 6702/24
**co-defendant** [2] 6698/22 6702/24
**co-defendants'** [1] 6698/14
**collaborate** [1] 6763/17
**collar** [3] 6724/15 6724/16 6724/25
**colleagues** [4] 6693/8 6734/2 6743/3 6751/16
**collect** [1] 6769/9
**COLUMBIA** [1] 6681/4
**Columbus** [1] 6769/7
**Combs** [3] 6780/15 6780/18 6780/19
**come** [12] 6700/14 6700/16 6703/11 6718/13 6738/17 6746/12 6750/1 6761/2 6773/13 6785/25 6798/18 6799/4
**comes** [4] 6699/11 6727/21 6766/25 6767/1
**Comfort** [1] 6715/25
**coming** [2] 6747/13 6791/14
**commander** [3] 6713/6 6713/13 6713/14
**commander's** [4] 6786/8 6786/11 6786/12 6786/18
**commencement** [1] 6689/15
**comment** [4] 6691/21 6693/24 6694/2 6694/15
**commentator** [1] 6691/22
**commentators** [1] 6691/24
**comments** [10] 6689/24 6690/6 6691/1 6693/12 6693/19 6693/23 6694/13 6695/1 6695/8 6761/4
**commit** [1] 6711/17
**committed** [1] 6790/2
**communication** [2] 6765/21 6765/24
**communications** [8] 6741/15 6758/1 6758/23 6759/13 6760/21 6761/1 6766/1 6766/3
**compare** [2] 6695/2 6798/25
**compared** [1] 6790/1
**comparison** [1] 6722/11
**compilation** [2] 6755/4

**complete** [1] 6799/2
**completed** [1] 6794/11
**completely** [2] 6711/12 6788/16
**completeness** [1] 6755/13
**complied** [1] 6759/18
**component** [5] 6709/20 6709/21 6709/23 6709/24 6711/5
**components** [1] 6709/10
**compound** [1] 6726/9
**computer** [1] 6684/7
**computer-aided** [1] 6684/7
**concealed** [2] 6710/19 6710/23
**concedes** [1] 6744/9
**concept** [3] 6786/8 6786/10 6786/15
**concern** [7] 6687/20 6687/23 6688/10 6690/3 6693/10 6693/17 6705/1
**concerned** [4] 6687/1 6746/21 6747/3 6781/18
**concerns** [4] 6747/12 6756/13 6757/19 6782/4
**concert** [1] 6795/5
**conclusion** [4] 6782/18 6798/4 6798/9 6799/6
**concur** [1] 6696/19
**conduct** [4] 6690/10 6690/19 6724/19 6741/5
**conducting** [1] 6723/20
**confer** [1] 6739/2
**conference** [9] 6704/14 6727/13 6738/14 6752/25 6771/13 6772/24 6782/20 6793/3 6794/25
**confident** [1] 6728/7
**conform** [1] 6795/9
**confronted** [1] 6698/19
**confused** [1] 6722/13
**Congress** [1] 6714/20
**Congressional** [1] 6697/14
**connection** [5] 6694/10 6694/14 6697/23 6701/11 6707/23 6701/11
**consensus** [1] 6700/16
**consideration** [1] 6688/11
**considering** [2] 6688/3 6695/16
**consistent** [1] 6754/21

**conspiracy [2]**
6710/20 6786/19
**constitutes [1]** 6700/6
**Constitution [1]**
6684/4
**contact [3]** 6749/21
6750/5 6777/18
**contacted [1]** 6750/4
**contained [1]** 6779/14
**containing [1]** 6767/22
**content [23]** 6727/16
6729/13 6729/17
6729/19 6734/17
6763/23 6764/4 6765/6
6765/10 6765/13
6767/20 6767/25
6771/6 6775/13
6775/16 6777/9
6778/18 6778/19
6778/22 6778/23
6779/2 6779/9 6779/14
**contents [2]** 6705/12
6734/22
**context [1]** 6759/25
**contingency [1]**
6749/23
**contingent [1]** 6716/2
**continue [2]** 6703/9
6758/15
**CONTINUED [4]**
6682/1 6683/1 6684/1
6703/16
**contrary [1]** 6725/17
**conversations [1]**
6736/11
**convey [1]** 6800/9
**copy [3]** 6738/8 6739/5
6739/14
**correct [92]** 6689/8
6689/16 6691/10
6694/1 6706/16
6706/17 6706/19
6706/20 6706/23
6706/24 6707/1 6707/2
6707/4 6707/6 6708/19
6709/25 6710/1 6710/6
6710/14 6713/2 6713/3
6713/10 6713/24
6714/3 6714/4 6714/17
6716/15 6716/18
6716/19 6717/8 6717/9
6717/12 6717/20
6718/4 6722/6 6723/5
6723/7 6725/15
6726/24 6726/25
6727/8 6728/9 6729/14
6730/4 6730/5 6730/11
6730/14 6732/13
6735/25 6736/8
6736/13 6737/11
6740/4 6740/8 6740/17
6740/18 6741/6 6741/7
6741/16 6741/19
6741/22 6742/2
6742/13 6742/14
6742/22 6743/1 6743/4
6743/5 6743/20

6747/2 6746/5
6747/21 6749/8
6749/14 6754/23
6754/24 6756/4 6756/5
6761/25 6762/2 6762/9
6765/4 6769/22
6770/21 6774/20
6775/20 6778/7
6778/15 6779/11
6779/12 6788/10
6788/12
**corrected [1]** 6789/12
**correspondence [1]**
6748/22
**could [67]** 6700/25
6702/12 6703/8
6704/24 6706/14
6707/22 6708/1 6708/3
6711/6 6711/7 6712/14
6714/10 6714/10
6714/11 6715/10
6715/14 6716/10
6716/17 6716/21
6717/25 6721/5
6721/15 6722/1
6722/24 6723/7
6728/21 6731/21
6731/23 6732/2 6735/4
6736/15 6736/17
6738/17 6752/16
6763/12 6766/11
6767/10 6767/11
6767/12 6767/13
6767/15 6767/16
6768/10 6768/17
6769/17 6770/7
6770/12 6770/12
6772/22 6776/15
6776/17 6776/18
6776/20 6778/8
6778/10 6778/20
6779/17 6779/19
6780/2 6780/4 6780/5
6782/10 6785/2
6785/10 6787/9 6792/1
6792/4
**couldn't [5]** 6697/21
6697/21 6700/24
6752/18 6752/19
**counsel [11]** 6698/14
6698/15 6699/5 6702/1
6702/16 6772/22
6793/5 6794/6 6794/16
6797/1 6800/12
**counsel's [1]** 6747/6
**counterintelligence [1]**
6740/20
**counterterrorism [2]**
6724/16 6724/17
**country [2]** 6716/14
6761/5
**counts [1]** 6794/5
**couple [6]** 6731/1
6733/1 6737/19 6770/7
6797/10 6799/9
**course [5]** 6688/8
6699/18 6748/16
6758/16 6793/15

6684/2 6684/3 6687/4
6687/12 6693/7 6696/3
6698/15 6700/13
6706/12 6721/23
6729/9 6738/16
6738/23 6738/23
6739/3 6754/13
6771/21 6773/9
6783/16 6794/7
6795/22 6798/14
6800/10 6800/17
**Court's [13]** 6712/13
6713/17 6721/9
6730/23 6730/24
6732/22 6732/23
6733/23 6734/10
6738/4 6744/21
6762/11 6779/21
**courtroom [6]** 6686/21
6703/3 6740/12
6773/11 6796/7 6800/2
**courts [1]** 6700/17
**coverage [3]** 6690/15
6783/20 6783/25
**CR [1]** 6681/4
**creates [2]** 6696/17
6697/24
**crime [12]** 6713/2
6724/2 6724/11
6724/12 6728/16
6728/17 6771/4
6782/15 6782/22
6784/13 6790/2 6790/9
**criminal [3]** 6686/7
6741/5 6747/4
**Crisp [18]** 6682/14
6682/14 6686/19
6689/21 6693/17
6695/21 6696/16
6698/12 6745/14
6752/23 6753/1
6753/25 6755/9
6762/14 6781/3 6781/5
6781/24 6793/21
**crisplegal.com [1]**
6682/16
**cross [25]** 6685/4
6698/15 6698/25
6699/4 6699/13
6699/18 6700/1 6700/2
6700/4 6701/3 6701/7
6701/9 6701/17
6701/19 6701/24
6702/1 6702/3 6702/8
6703/16 6723/23
6723/23 6745/17
6762/17 6782/3 6783/7
**cross-examination [6]**
6701/3 6701/24
6703/16 6745/17
6782/3 6783/7
**cross-examine [9]**
6698/25 6699/4
6699/13 6699/18
6700/1 6700/4 6701/19
6702/1 6702/3
**cross-examines [1]**

**crossing [1]** 6702/16
**Crowl [25]** 6712/19
6713/1 6713/20 6714/7
6715/24 6717/10
6717/17 6718/2 6718/7
6718/7 6719/8 6719/9
6719/18 6719/24
6720/11 6721/10
6731/16 6740/7 6751/6
6766/1 6766/21
6768/23 6770/10
6774/11 6774/15
**Crowl's [12]** 6713/8
6728/12 6729/5 6731/4
6735/1 6751/6 6767/1
6767/5 6767/7 6770/20
6777/10 6777/22
**cupcakes [1]** 6773/3
**currently [1]** 6800/1
**cut [1]** 6733/25
**cycle [2]** 6691/5
6691/5

**D**

**D.C [9]** 6681/5 6681/17
6683/4 6683/9 6684/5
6700/8 6715/19
6748/10 6776/3
**D.C. [4]** 6687/3
6699/11 6706/19
6706/22
**D.C. Circuit [2]** 6687/3
6699/11
**D.C. Op January 6 [1]**
6706/19
**Dallas [2]** 6682/4
6682/8
**Damn [2]** 6780/9
6780/19
**data [4]** 6704/19
6705/19 6763/20
6763/22
**date [12]** 6691/9
6729/23 6729/24
6764/9 6765/9 6765/11
6776/11 6791/24
6798/6 6798/12
6798/22 6799/7
**David [5]** 6683/16
6686/20 6738/22
6739/25 6787/24
**David Fischer [1]**
6686/20
**David Lochner [1]**
6787/24
**day [11]** 6681/7 6695/3
6724/18 6731/5
6742/23 6749/13
6750/9 6770/10 6773/2
6789/22 6789/23
**days [2]** 6733/1
6797/10
**December [1]** 6764/8
**decided [1]** 6798/18
**decision [3]** 6687/2
6687/2 6773/6
**defendant [40]** 6682/2

6683/11 6683/15
6686/8 6686/9 6686/10
6686/10 6686/11
6686/16 6686/17
6686/18 6686/19
6686/20 6698/18
6698/22 6699/15
6699/18 6699/23
6699/25 6699/25
6700/3 6700/4 6700/24
6701/4 6701/8 6701/8
6701/17 6701/18
6701/18 6701/23
6702/23 6702/24
6718/20 6739/9
6755/25 6759/5 6765/2
6765/15
**Defendant 10 [1]**
6686/11
**Defendant 2 [1]** 6686/9
**Defendant 3 [1]**
6686/10
**Defendant 4 [1]**
6686/10
**Defendant Caldwell [1]**
6686/20
**Defendant Harrelson**
**[1]** 6686/18
**Defendant Kelly**
**Meggs [1]** 6765/2
**Defendant Meggs [1]**
6686/17
**Defendant No. 1 [1]**
6686/8
**Defendant Rhodes [2]**
6686/16 6699/18
**Defendant Watkins [1]**
6686/19
**DEFENDANT'S [1]**
6685/10
**defendants [13]**
6681/7 6686/21 6690/6
6690/9 6690/16
6695/16 6697/25
6699/13 6699/14
6701/25 6702/20
6704/6 6794/14
**defendants' [2]**
6698/14 6702/1
**defense [26]** 6687/5
6688/21 6689/5
6689/11 6689/15
6698/24 6699/5
6699/14 6702/1
6702/16 6705/8
6726/16 6732/16
6753/6 6753/18 6759/1
6773/23 6774/8
6788/14 6788/18
6793/5 6794/12
6796/16 6796/20
6797/1 6800/3
**Defense Exhibit 127**
**[1]** 6788/18
**Defense Exhibit 52 [1]**
6726/16
**defer [1]** 6687/16

**D**

defer... [1] 6687/23
defers [1] 6687/4
definitely [2] 6758/11 6791/15
definitively [1] 6707/19
delay [3] 6757/25 6758/10 6758/11
delete [2] 6707/18 6775/4
deleted [12] 6707/18 6764/22 6764/23 6765/6 6765/8 6766/8 6768/2 6770/17 6773/18 6774/18 6778/24 6779/2
deleterious [1] 6701/13
deletion [1] 6728/18
deletions [1] 6707/16
Democratic [1] 6692/23
depends [2] 6784/8 6791/4
depicted [1] 6720/3
depicts [2] 6704/5 6704/6
describe [1] 6790/11
despite [1] 6707/15
determination [1] 6798/5
determine [2] 6724/2 6750/1
determined [1] 6729/17
device [3] 6707/20 6765/6 6779/10
did [77] 6690/8 6690/18 6690/21 6690/25 6691/13 6692/14 6704/17 6704/21 6706/14 6706/18 6706/21 6706/25 6707/3 6707/10 6707/17 6710/3 6710/4 6711/23 6711/24 6711/25 6712/4 6722/12 6725/18 6727/15 6727/22 6728/19 6729/4 6729/4 6729/12 6741/4 6743/9 6746/12 6748/15 6748/18 6748/22 6749/6 6749/10 6749/17 6751/16 6751/20 6753/18 6757/23 6758/4 6759/25 6760/7 6760/20 6761/1 6765/5 6765/8 6769/23 6769/24 6770/10 6774/25 6777/15 6777/17 6780/8 6780/9 6780/13 6780/15 6780/17 6780/18 6780/19 6781/12 6781/15 6782/1 6783/25 6784/11

did you [5] 6711/25 6746/12 6749/17 6777/17 6786/5
didn't [16] 6690/13 6690/15 6690/24 6691/7 6692/15 6747/20 6747/22 6749/16 6753/21 6764/10 6764/11 6764/12 6765/10 6765/13 6777/13 6789/13
didn't he [1] 6789/13
different [8] 6687/2 6691/20 6700/15 6700/17 6700/24 6760/5 6762/25 6783/11
differently [1] 6747/10
difficult [1] 6722/9
diluting [1] 6695/23
dire [2] 6693/6 6693/13
direct [13] 6685/4 6698/12 6701/1 6701/16 6702/10 6702/18 6739/21 6753/11 6765/1 6768/5 6783/22 6785/23 6791/17
directed [1] 6691/16
direction [1] 6787/2
directions [1] 6795/10
directives [1] 6690/4
directly [1] 6785/25
disagree [4] 6695/21 6696/2 6723/2 6736/20
disbelieve [1] 6719/19
disclose [1] 6729/4
discovered [3] 6728/11 6747/23 6747/24
discussed [2] 6738/11 6798/8
discussing [1] 6711/4
discussions [3] 6709/8 6759/21 6760/20
dismiss [1] 6754/21
disparate [1] 6697/12
dissension [1] 6695/17
distinct [1] 6689/24
DISTRICT [3] 6681/1 6681/1 6681/10
do [109] 6689/1 6692/5 6692/7 6692/9 6692/12 6692/13 6693/3 6693/13 6694/4 6697/11 6699/13 6701/1 6703/25 6704/1 6708/7 6708/12 6708/13 6709/6 6709/6 6712/8 6712/11 6719/2 6719/3 6719/9 6719/10 6719/18 6720/6 6723/3

6785/23 6786/5 6789/1 6789/9 6789/14 6791/22 6791/25 6797/18
did you [5] 6711/25
6746/12 6749/17
6777/17 6786/5
didn't he [1] 6789/13
6729/7 6736/24 6739/1 6739/13 6739/21 6740/12 6742/11 6746/8 6746/12 6746/17 6748/4 6748/18 6750/1 6755/14 6756/12 6758/23 6759/9 6759/10 6759/21 6760/6 6760/14 6763/1 6763/18 6765/17 6765/18 6766/20 6766/22 6768/7 6768/8 6768/23 6769/3 6771/14 6772/8 6773/20 6773/21 6774/9 6774/13 6775/13 6775/16 6776/1 6776/2 6777/10 6777/12 6778/12 6780/13 6781/7 6781/8 6781/25 6782/5 6782/9 6783/1 6783/21 6784/5 6784/6 6784/9 6784/10 6784/21 6784/22 6785/15 6785/16 6787/3 6788/5 6788/6 6789/5 6789/6 6791/1 6791/2 6791/20 6791/21 6792/13 6792/16 6794/18 6794/20 6795/4 6795/4 6795/5 6795/17 6796/23 6797/12
do you [14] 6708/7 6708/12 6740/12 6746/8 6758/23 6759/21 6763/1 6768/7 6782/9 6785/15 6791/1 6791/20
do you have [1] 6739/13
do you know [3] 6742/11 6746/12 6780/13
do you recognize [2] 6703/25 6759/9
Do you remember [10] 6765/17 6774/9 6777/10 6781/7 6782/5 6783/21 6784/5 6784/9 6784/21 6788/5
do you see [3] 6709/5 6719/9 6720/6
document [2] 6726/19 6761/20
documentation [1] 6797/13
documents [5] 6723/22 6724/9 6724/23 6747/25 6772/12
DoD [2] 6752/13 6752/13
does [50] 6687/6 6687/14 6687/18

6701/25 6708/18 6709/12 6709/19 6710/14 6712/22 6716/6 6717/11 6717/18 6718/3 6718/9 6718/10 6719/12 6719/18 6721/1 6722/20 6732/19 6736/1 6736/12 6737/5 6737/13 6737/15 6739/25 6740/20 6740/22 6740/23 6740/25 6741/2 6767/21 6768/19 6770/1 6770/1 6770/8 6770/11 6770/13 6770/22 6775/8 6776/24 6777/2 6777/5 6783/1 6787/22 6788/25 6798/3
doesn't [9] 6687/11 6687/11 6687/15 6700/14 6701/23 6702/4 6753/11 6772/23 6785/9
dog [1] 6696/25
doing [7] 6688/1 6690/4 6702/7 6711/3 6723/21 6795/13 6799/24
domain [2] 6716/15 6733/12
domestic [1] 6791/8
don't [76] 6688/9 6690/6 6693/8 6694/8 6694/12 6696/10 6696/11 6696/24 6697/23 6698/21 6701/21 6702/2 6702/9 6702/15 6702/18 6705/22 6706/4 6707/12 6707/24 6709/1 6709/3 6715/6 6715/9 6716/2 6719/20 6720/17 6723/1 6728/1 6728/2 6729/22 6734/7 6735/20 6737/21 6739/15 6739/19 6743/8 6746/3 6746/20 6747/25 6747/25 6749/23 6750/7 6751/8 6751/10 6751/13 6752/1 6754/4 6754/4 6754/15 6754/16 6756/18 6758/2 6758/2 6758/9 6758/13 6761/10 6761/20 6765/11 6768/14 6771/17 6776/11 6780/14 6782/22 6782/25 6783/10 6785/5 6786/1 6789/10 6790/20 6794/1 6794/24 6796/3 6800/1
done [7] 6698/13 6699/1 6702/10

6754/1 6785/1 6785/13 6792/4 6798/4
did you [5] 6711/25
6724/7 6724/7 6724/7
6724/23 6729/25 6759/13
6724/7 6698/15 6699/10 6713/11 6759/16
6795/18 6799/8
Donovan [11] 6712/19 6713/8 6715/24 6717/17 6719/8 6719/9 6719/24 6720/11 6740/6 6766/1 6774/11
Donovan Crowl [8] 6712/19 6715/24 6717/17 6719/8 6719/24 6720/11 6766/1 6774/11
Donovan Crowl's [1] 6713/8
door [1] 6711/14
Doors [1] 6769/7
dot [1] 6723/23
down [19] 6707/8 6712/15 6717/25 6718/1 6719/1 6720/20 6721/2 6737/13 6743/11 6762/13 6768/17 6771/9 6772/3 6777/1 6778/20 6781/1 6785/2 6785/10 6792/20
downloading [1] 6778/22
dozens [3] 6723/14 6723/15 6723/17
Dozer [7] 6737/5 6756/12 6756/23 6757/1 6757/4 6757/6 6757/10
drafted [2] 6795/10 6795/11
drawing [1] 6701/11
Drew [1] 6743/23
Drive [1] 6683/12
driving [2] 6688/10 6693/25
due [1] 6696/15
during [14] 6691/2 6697/15 6707/10 6710/8 6710/20 6723/13 6738/19 6743/11 6743/16 6743/20 6748/16 6751/1 6753/22 6768/5
duty [2] 6752/1 6752/5

**E**

each [3] 6793/4 6795/2 6795/7
earlier [8] 6697/13 6698/9 6725/11 6728/16 6728/17 6729/5 6743/2 6782/3
early [5] 6736/9 6736/10 6770/15 6795/4 6795/25
easier [2] 6738/9 6739/5
east [1] 6717/18
Eastern [1] 6723/3
Edmund [1] 6683/2
Edward [3] 6682/10 6686/11 6686/16

## E

Edward Tarpley [1] 6686/16

Edwards [2] 6681/16 6686/13

edwardtarpley [1] 6682/12

effect [5] 6746/14 6746/25 6753/22 6762/8 6788/5

efforts [2] 6745/3 6790/7

either [7] 6696/23 6702/5 6745/3 6746/4 6754/1 6772/11 6798/20

election [1] 6760/23

elicit [1] 6702/17

elicited [2] 6699/4 6702/18

eligible [1] 6711/12

ELMER [3] 6681/6 6682/2 6686/9

Elmer Stewart Rhodes III [1] 6686/9

ELMO [1] 6787/9

else [5] 6696/12 6699/24 6700/12 6724/14 6725/23 6767/12 6800/12

else's [2] 6695/13 6779/10

elucidate [1] 6753/1

email [29] 6681/18 6681/19 6682/5 6682/9 6682/12 6682/16 6683/5 6683/10 6683/14 6683/19 6726/23 6727/1 6727/5 6727/14 6728/2 6728/5 6728/6 6728/7 6729/2 6729/3 6729/11 6729/15 6729/16 6729/17 6730/2 6777/14 6777/17 6777/20 6796/19

emails [1] 6729/17

emphasize [2] 6697/12 6697/24

emphasizes [1] 6697/23

emphasizing [1] 6695/23

Empire [1] 6683/17

enable [1] 6699/3

end [3] 6698/15 6786/12 6786/14

endorse [1] 6773/5

enforcement [7] 6749/21 6749/24 6760/13 6775/8 6777/4 6781/18 6790/24

engage [2] 6690/20 6752/19

engaging [1] 6754/17

enjoining [1] 6689/24

enough [3] 6708/9 6729/21 6773/7

entail [1] 6740/24

entered [3] 6703/3 6763/15 6773/11

entire [3] 6716/14 6768/12 6785/5

entirety [1] 6778/18

equatable [1] 6782/25

equipment [1] 6784/4

Esposito [1] 6800/11

essentially [2] 6689/3 6784/8

establish [2] 6728/11 6754/4

ET [1] 6681/6

even [8] 6689/14 6693/2 6696/16 6707/12 6717/21 6744/8 6744/9 6744/25

evening [1] 6691/15

event [1] 6703/9

events [7] 6690/2 6691/18 6692/9 6695/2 6695/3 6697/12 6791/6

ever [5] 6698/21 6728/1 6733/9 6760/20 6761/1

every [6] 6704/18 6704/20 6707/19 6763/12 6763/12 6773/2

everybody [13] 6687/6 6687/14 6688/18 6689/17 6695/13 6698/23 6699/7 6735/10 6772/23 6773/7 6793/1 6796/3 6796/8

everyone [8] 6686/4 6686/23 6686/24 6703/4 6772/20 6773/12 6796/9 6797/4

everything [2] 6795/10 6795/11

evidence [34] 6687/22 6688/13 6689/10 6689/12 6696/11 6697/3 6710/18 6712/8 6716/24 6718/20 6725/7 6726/7 6728/18 6730/16 6736/5 6736/16 6739/9 6742/17 6743/12 6743/15 6755/25 6759/5 6769/9 6776/6 6778/9 6779/18 6780/3 6782/15 6786/17 6786/25 6789/5 6790/18 6794/13 6800/4

exact [5] 6704/19 6750/7 6765/11 6776/11 6778/23

exactly [1] 6739/1

examination [11] 6701/1 6701/3 6701/24 6703/16 6745/17 6753/11 6762/21

examine [9] 6698/25 6699/4 6699/13 6699/18 6700/1 6700/4 6701/19 6702/1 6702/3

examined [1] 6704/18

examiner [1] 6705/17

examines [1] 6700/2

example [5] 6700/7 6720/6 6724/3 6743/15 6783/11

exception [1] 6798/21

excerpts [1] 6788/22

Excuse [1] 6759/15

exemplar [1] 6745/1

exhibit [53] 6703/22 6704/15 6705/2 6705/8 6705/8 6705/13 6705/16 6705/20 6706/5 6708/6 6708/8 6718/14 6718/20 6719/2 6721/8 6722/25 6723/8 6726/16 6736/19 6738/7 6739/9 6755/9 6755/10 6755/12 6755/15 6755/25 6756/17 6759/5 6766/12 6766/13 6766/18 6766/19 6768/9 6768/18 6770/8 6774/9 6774/12 6776/16 6777/25 6778/10 6779/19 6779/20 6779/25 6780/4 6784/20 6785/10 6788/14 6788/14 6788/18 6788/19 6792/2 6792/3 6792/4

Exhibit 1202.5 [1] 6792/2

Exhibit 9060 [1] 6756/17

Exhibit 9077 [1] 6766/12

Exhibit 9079 [2] 6708/6 6766/18

Exhibit 9090 [1] 6776/16

exhibits [8] 6685/8 6708/10 6708/12 6772/12 6796/20 6797/8 6799/20 6799/22

exigence [1] 6724/12

exigency [3] 6724/2 6724/19 6791/4

existing [1] 6711/5

exists [2] 6688/13 6761/11

exited [3] 6763/16 6772/1 6796/7

expect [2] 6690/6 6795/24

expediency [1] 6754/5

expense [1] 6724/14

experience [1] 6790/24

6783/22

expertise [2] 6754/10 6764/7

experts [1] 6745/2

explain [2] 6716/6 6782/13

exposed [1] 6693/24

exposure [1] 6747/4

expressed [1] 6785/13

expression [1] 6785/21

extension [1] 6733/10

extent [2] 6723/15 6735/20

extra [1] 6739/13

extracting [1] 6763/19

extractions [1] 6704/18

## F

Facebook [20] 6713/9 6726/2 6728/19 6729/19 6731/5 6732/7 6758/23 6766/9 6766/20 6768/1 6771/5 6773/18 6774/15 6774/19 6774/23 6775/9 6775/10 6776/10 6778/2 6780/1

fact [30] 6691/18 6693/23 6707/15 6709/16 6711/2 6711/3 6712/6 6712/24 6713/5 6717/21 6722/3 6725/17 6725/18 6727/9 6728/15 6731/1 6732/25 6733/9 6734/3 6734/16 6737/8 6738/23 6746/18 6749/20 6757/20 6758/5 6761/9 6787/16 6798/7 6799/7

factors [2] 6746/21 6782/4

facts [2] 6743/14 6798/19

failed [1] 6775/3

fair [12] 6707/18 6708/9 6729/21 6751/10 6751/12 6770/4 6774/24 6775/17 6777/14 6777/20 6781/24 6789/20

fairly [1] 6699/10

fairness [1] 6783/2

familiar [6] 6704/25 6733/21 6733/22 6734/7 6736/1 6786/7

far [6] 6717/7 6722/8 6722/10 6725/24 6767/18 6768/22

farm [2] 6712/20 6714/8

favorable [1] 6702/17

FBI [50] 6707/10 6708/24 6714/6 6715/5

6763/19

6723/11 6724/4 6725/15 6732/25 6733/9 6733/10 6734/2 6734/16 6734/21 6734/22 6734/25 6735/1 6735/18 6736/9 6736/10 6736/25 6737/19 6739/25 6740/20 6741/18 6742/16 6743/4 6744/4 6744/22 6747/22 6761/24 6763/18 6769/8 6769/14 6770/22 6775/8 6775/12 6776/13 6782/7 6782/16 6787/16 6787/17 6790/5 6790/7 6790/11 6792/14 6798/4 6798/5 6798/9 6799/6

FBI's [1] 6797/13

February [7] 6727/17 6727/23 6728/12 6729/13 6729/18 6730/3 6765/12

fed [1] 6710/13

federal [3] 6713/21 6741/12 6742/24

few [4] 6721/11 6754/8 6769/17 6770/12

figure [5] 6702/21 6745/2 6787/5 6791/10 6799/1

file [3] 6776/13 6796/25 6799/20

final [2] 6758/20 6785/2

find [4] 6757/7 6769/14 6785/23 6790/5

fine [6] 6689/1 6706/10 6719/22 6744/20 6797/6 6798/16

finger [1] 6700/11

finished [2] 6726/20 6726/21

firearm [5] 6709/20 6709/21 6709/23 6709/25 6711/5

firearms [5] 6709/9 6751/1 6751/5 6784/4 6784/17

firearms-related [1] 6784/4

fired [2] 6710/8 6785/20

first [13] 6698/25 6717/1 6719/1 6719/21 6727/25 6729/15 6740/9 6766/12 6766/18 6767/3 6776/17 6776/18 6777/3

Fischer [26] 6683/16 6683/16 6686/20 6693/14 6696/19 6697/11 6704/23 6705/24 6706/8

6809

**F**

**Fischer... [17]** 6728/10
6729/1 6739/13
6745/13 6745/22
6765/5 6766/7
6769/13 6774/10
6777/8 6777/13
6777/18 6787/7 6788/1
6790/23 6793/25
6794/1

**Fischer's [1]** 6705/6
**fischerandputzi [1]**
6683/19
**five [2]** 6704/6 6750/5
**Florida [4]** 6706/22
6707/1 6707/4 6785/19
**focusing [2]** 6697/3
6729/1
**folks [1]** 6701/21
**follow [4]** 6690/5
6755/13 6756/25
6783/5
**follow-on [1]** 6756/25
**followers [2]** 6785/8
6787/1
**following [2]** 6705/11
6753/10
**follows [3]** 6703/15
6780/6 6782/13
**followup [1]** 6757/18
**footage [1]** 6790/16
**foreign [1]** 6740/25
**forensic [1]** 6744/10
**forfeiting [1]** 6689/4
**forfeiture [3]** 6687/5
6687/16 6689/7
**forgive [1]** 6795/15
**forgot [2]** 6772/11
6775/3
**form [1]** 6746/19
**formally [1]** 6796/21
**FormerFeds [1]**
6683/12
**formerfedsgroup.com
[1]** 6683/14
**fortified [1]** 6760/12
**fortify [2]** 6760/3
6761/8
**forward [6]** 6723/24
6724/9 6754/9 6754/15
6769/17 6799/10
**forwarded [1]** 6799/22
**found [9]** 6746/16
6748/3 6748/5 6750/25
6751/1 6762/3 6777/9
6777/21 6781/17
**foundation [10]**
6704/11 6727/10
6728/1 6744/14
6781/20 6782/23
6782/25 6783/12
6797/17 6797/20
**four [2]** 6702/15
6714/20
**fraught [1]** 6695/18
**freeze [1]** 6687/22
**frequently [1]** 6700/14
**front [5]** 6682/15

6731/13 6736/4
**fugitive [1]** 6714/2
**full [1]** 6793/19
**fully [2]** 6783/4
6798/21
**further [3]** 6703/14
6745/11 6792/18
**furtherance [1]**
6784/12

**G**

**gave [2]** 6739/15
6742/4
**gay [1]** 6754/20
**gear [1]** 6747/17
**general [2]** 6693/9
6725/13
**generalizations [1]**
6758/14
**generally [5]** 6692/14
6740/23 6754/11
6775/9 6775/10
**gentle [1]** 6697/3
**gentlemen [3]** 6703/5
6771/22 6794/8
**get [32]** 6700/19
6701/9 6702/1 6702/9
6704/13 6709/4
6723/22 6723/22
6724/23 6724/23
6727/12 6738/12
6745/1 6753/7 6754/6
6757/7 6757/7 6771/11
6772/22 6773/1
6775/13 6775/14
6775/15 6775/15
6775/18 6782/19
6783/12 6786/14
6786/16 6793/1
6794/22 6795/21
**gets [2]** 6698/15
6701/22
**getting [3]** 6711/3
6711/4 6711/6
**Geyer [8]** 6683/11
6686/18 6696/14
6762/15 6772/9
6793/17 6795/2 6800/3
**gid [1]** 6754/20
**give [6]** 6701/5
6755/14 6760/9
6782/11 6783/4 6783/5
**given [5]** 6698/23
6715/7 6742/21
6795/23 6800/6
**giving [3]** 6720/21
6745/6 6783/9
**Glen [1]** 6683/18
**gmail.com [1]** 6682/9
**go [43]** 6698/14
6699/21 6700/22
6708/3 6708/15
6711/12 6712/4
6714/10 6715/12
6717/5 6717/25 6718/1
6719/23 6721/15
6722/1 6724/7 6725/1

6731/23 6738/13
6738/15 6739/7
6740/14 6746/23
6747/9 6767/15
6768/17 6769/17
6770/7 6770/12
6775/14 6778/10
6779/19 6780/4
6780/22 6783/25
6785/2 6785/18 6787/3
6787/6 6794/22
6795/20
**Go down [1]** 6718/1
**goes [3]** 6710/13
6796/14 6798/20
**going [52]** 6689/6
6692/19 6694/3
6696/17 6697/10
6698/20 6701/24
6703/23 6705/9
6705/17 6705/24
6708/5 6708/14
6708/15 6712/15
6712/20 6715/12
6716/23 6718/12
6718/13 6718/16
6718/23 6718/25
6724/5 6724/9 6726/15
6730/22 6736/18
6738/3 6738/6 6738/7
6741/10 6741/13
6746/7 6746/8 6746/15
6753/5 6753/8 6755/2
6756/15 6756/19
6759/15 6759/21
6760/2 6760/6 6760/14
6760/15 6769/18
6771/18 6783/13
6785/20 6795/6
**gone [4]** 6750/13
6758/13 6781/13
6790/18
**good [13]** 6686/5
6686/6 6686/23
6689/19 6690/4 6703/5
6703/20 6703/21
6745/19 6745/20
6772/6 6773/15
6773/16
**Good morning [4]**
6703/21 6745/20
6773/15 6773/16
**got [5]** 6700/18
6701/20 6715/19
6768/1 6796/1
**gotten [6]** 6696/10
6696/11 6717/7
6767/18 6768/22
6771/5
**government [47]**
6681/14 6686/14
6688/14 6688/20
6689/2 6695/15
6698/14 6699/3 6700/2

6704/16 6711/18
6711/19 6711/25
6712/10 6723/2 6725/6
6726/7 6727/15
6727/19 6727/22
6728/11 6728/24
6729/3 6729/4 6729/12
6729/16 6732/15
6734/12 6736/16
6739/16 6744/9 6745/5
6755/10 6759/2 6768/1
6772/4 6776/6 6776/9
6777/9 6777/21
6778/16 6792/24
6794/9 6794/10
6798/16
**Government 1502 [1]**
6736/16
**government exhibit [1]**
6755/10
**government's [21]**
6685/5 6687/25 6689/5
6689/11 6701/23
6711/23 6725/18
6731/22 6735/5
6736/19 6755/11
6766/11 6766/17
6768/9 6776/16
6777/25 6779/18
6779/25 6784/19
6792/2 6799/15
**Government's 1051.1
[1]** 6731/22
**Government's 5151 [1]**
6735/5
**Governor [1]** 6683/17
**grand [20]** 6715/7
6716/17 6725/15
6730/8 6730/9 6733/11
6733/14 6737/12
6738/19 6739/24
6740/2 6740/5 6743/10
6787/7 6787/11
6787/13 6787/17
6787/19 6788/15
6789/11
**grand jury [1]** 6733/11
**granted [1]** 6696/2
**gratuitous [1]** 6711/24
**great [3]** 6717/7
6767/18 6768/22
**greater [1]** 6693/23
**grip [1]** 6710/16
**Grounds [1]** 6789/19
**group [2]** 6758/1
6765/16
**guess [5]** 6687/10
6689/2 6701/21
6717/17 6795/19
**guide [1]** 6694/19
**gun [2]** 6709/17
6711/12
**guns [1]** 6710/24
**guy [1]** 6708/17
**guys [2]** 6692/12
6692/13

**had [48]** 6689/21
6697/13 6697/14
6697/18 6698/18
6702/23 6713/1
6713/21 6715/1
6715/20 6718/16
6723/13 6727/18
6729/16 6731/5
6733/11 6734/3
6735/23 6738/17
6746/17 6746/20
6747/1 6747/12
6747/16 6748/21
6749/2 6749/23 6750/3
6750/13 6750/17
6751/15 6756/11
6764/22 6765/6 6768/2
6768/3 6771/5 6777/18
6778/16 6783/19
6783/24 6787/10
6787/12 6791/9
6791/18 6796/19
6797/1 6798/8
**hairs [1]** 6720/19
**half [3]** 6698/18
6723/12 6795/6
**Haller [12]** 6683/6
6683/7 6686/17 6705/4
6772/9 6785/12
6793/10 6796/22
6797/6 6798/15
6798/18 6799/3
**hallerjulia [1]** 6683/10
**hand [1]** 6710/16
**Haney [2]** 6735/14
6735/17
**Hang [3]** 6696/7
6705/4 6796/9
**Hangout [2]** 6707/1
6707/4
**happen [1]** 6699/19
**happened [9]** 6691/11
6692/8 6695/3 6696/9
6698/21 6702/24
6708/11 6770/24
6791/10
**happenings [1]**
6770/15
**happens [1]** 6700/19
**happy [1]** 6693/4
**harboring [1]** 6714/2
**hard [5]** 6709/4 6738/8
6739/5 6739/13
6778/23
**Harrelson [4]** 6683/11
6686/10 6686/18
6793/19
**Harrisburg [1]** 6682/15
**has [53]** 6687/18
6688/23 6691/6
6691/15 6691/17
6692/8 6692/18 6693/9
6693/12 6694/4
6694/14 6694/19
6694/20 6695/6 6695/7
6696/10 6696/12
6699/11 6699/25

6810

**has... [34]** 6700/11
6700/16 6700/16
6701/19 6702/4
6704/17 6708/24
6709/9 6709/10 6714/1
6715/4 6715/7 6715/17
6719/4 6721/18 6726/6
6727/19 6728/1 6728/6
6728/23 6734/16
6734/21 6734/22
6734/25 6735/2
6754/10 6754/24
6754/25 6755/2
6780/21 6794/9
6794/11 6797/12
6798/12
**hasn't [2]** 6691/23
6757/18
**have [114]** 6687/20
6688/9 6689/2 6691/17
6691/19 6691/21
6691/24 6692/9
6692/10 6692/12
6692/17 6692/20
6693/15 6693/16
6693/19 6693/23
6693/24 6694/8
6694/10 6694/11
6694/21 6694/23
6694/24 6694/24
6695/9 6695/11 6696/2
6696/9 6696/11
6696/18 6696/19
6696/25 6698/2
6699/13 6700/4
6700/12 6702/2
6702/23 6703/4 6703/8
6705/18 6706/4
6707/17 6707/23
6712/8 6714/11 6717/1
6719/18 6720/14
6722/24 6723/7
6723/11 6723/13
6724/7 6724/21
6727/22 6728/4
6728/19 6738/8 6739/5
6739/13 6739/20
6741/4 6741/10
6743/12 6743/23
6743/24 6743/25
6744/2 6745/11 6746/3
6746/21 6749/16
6751/6 6751/20
6755/19 6756/7
6756/12 6756/21
6763/4 6763/7 6763/8
6763/9 6763/12
6765/13 6766/17
6767/10 6767/11
6767/12 6767/13
6771/6 6771/8 6771/14
6772/20 6772/23
6773/1 6773/2 6775/14
6775/15 6779/2 6779/9
6779/14 6781/13
6782/3 6785/5 6786/17
6786/25 6789/5

6793/4 6796/3 6796/8
6799/5
**haven't [3]** 6694/11
6698/18 6799/6
**having [5]** 6702/10
6703/13 6720/2 6745/8
6756/19
**he [110]** 6690/8
6690/10 6690/10
6690/18 6690/18
6691/7 6691/16
6699/17 6702/19
6704/17 6704/20
6704/24 6705/7
6706/25 6707/3 6709/2
6711/3 6711/3 6711/6
6711/6 6711/10
6711/14 6711/16
6714/22 6715/17
6715/20 6715/24
6716/1 6716/2 6722/6
6725/18 6726/11
6727/21 6728/23
6731/5 6734/3 6737/18
6737/22 6737/23
6740/19 6740/20
6740/20 6740/23
6740/24 6741/3 6741/8
6742/4 6742/6 6744/15
6744/15 6744/15
6744/16 6745/2 6746/3
6753/3 6753/6 6753/14
6753/18 6753/20
6754/10 6756/21
6756/25 6757/11
6757/18 6757/19
6761/15 6761/19
6761/20 6764/2
6765/11 6765/12
6765/16 6765/23
6765/24 6765/25
6766/1 6766/2 6766/3
6766/5 6770/15
6774/18 6774/23
6774/25 6775/3
6780/17 6781/19
6783/1 6783/1 6783/2
6783/3 6783/7 6784/15
6785/13 6785/21
6788/7 6788/8 6788/20
6788/24 6788/25
6789/1 6789/3 6789/7
6789/8 6789/9 6789/10
6789/13 6789/14
6791/25 6800/6 6800/7
**He said [1]** 6789/10
**he'll [1]** 6706/3
**he's [9]** 6704/25
6717/13 6719/17
6721/10 6721/19
6728/15 6753/12
6757/19 6787/5
**head [4]** 6705/22
6761/12 6780/20
6781/10
**headed [1]** 6753/25
**heading [1]** 6740/6

6690/25 6691/7
6692/15 6693/4 6697/6
6727/11 6794/1
**heard [14]** 6690/24
6692/2 6693/6 6693/12
6694/13 6694/19
6694/24 6694/24
6695/6 6695/8 6695/11
6729/23 6743/6
6743/11
**hearing [3]** 6697/14
6697/16 6697/17
**help [1]** 6764/19
**helpful [1]** 6704/13
**her [38]** 6695/4
6746/14 6746/16
6746/18 6747/13
6747/17 6747/17
6747/24 6748/5 6748/6
6748/12 6748/21
6749/7 6749/11
6749/16 6749/21
6750/13 6750/14
6750/14 6750/15
6750/17 6750/20
6751/1 6751/12
6751/23 6753/5
6753/14 6753/15
6753/19 6757/17
6761/24 6762/4
6781/12 6781/16
6782/4 6782/24
6782/25 6783/8
**here [55]** 6689/9
6692/9 6692/24
6694/10 6694/22
6695/14 6696/12
6704/20 6708/14
6712/19 6715/14
6716/5 6718/13 6719/1
6719/2 6719/7 6719/23
6720/5 6720/7 6720/14
6720/19 6720/20
6720/24 6722/2
6722/14 6722/24
6725/25 6728/3
6728/20 6731/13
6732/9 6732/10 6734/1
6734/21 6735/23
6739/23 6741/10
6741/10 6743/10
6757/10 6758/13
6759/15 6766/24
6767/20 6768/18
6770/13 6770/20
6774/10 6774/12
6775/3 6776/3 6778/12
6778/19 6783/9 6800/7
**here's [2]** 6691/2
6693/17
**hers [1]** 6748/18
**herself [3]** 6749/12
6761/23 6762/5
**Hi [2]** 6720/21 6772/5
**higher [1]** 6715/21
**Highway [1]** 6683/17
**him [29]** 6690/15

6702/16 6705/25
6706/3 6709/1 6714/7
6721/11 6728/23
6729/2 6735/19
6735/19 6739/2 6739/2
6739/2 6739/20
6739/21 6740/16
6743/9 6754/11
6756/13 6757/3 6757/8
6769/15 6783/5 6787/4
6794/23 6800/9
**himself [2]** 6785/13
6789/12
**hinder [1]** 6764/23
**his [27]** 6690/20
6691/14 6695/21
6713/9 6714/4 6714/8
6720/21 6735/20
6740/19 6742/15
6743/6 6743/11
6744/10 6753/11
6753/22 6757/7
6757/17 6773/18
6774/15 6774/18
6774/23 6775/4
6782/24 6783/4 6785/8
6787/1 6791/23
**history [1]** 6745/8
**Holden [1]** 6735/14
**Holden Haney [1]**
6735/14
**holder [2]** 6710/19
6710/23
**home [3]** 6693/25
6695/3 6784/1
**homosexual [3]**
6752/19 6754/17
6754/18
**homosexuality [2]**
6752/15 6752/16
**homosexuals [1]**
6752/16
**Honor [64]** 6686/6
6687/9 6688/16
6688/19 6689/8
6689/16 6689/23
6692/21 6695/20
6696/6 6696/15 6698/3
6698/6 6699/8 6699/19
6704/15 6705/3 6705/7
6706/7 6718/15 6725/4
6726/15 6727/12
6727/14 6727/25
6728/14 6732/1 6738/6
6738/8 6738/10
6738/21 6745/11
6745/15 6752/21
6753/20 6755/23
6762/11 6762/17
6762/19 6771/12
6771/20 6779/6
6781/22 6783/2
6783/14 6792/17
6792/23 6793/11
6793/15 6793/18
6794/3 6794/18
6794/20 6794/22

6796/16 6797/22
6799/2 6799/5 6799/17
6799/18 6800/1 6800/2
**Honor's [3]** 6687/22
6688/6 6690/4
**HONORABLE [2]**
6681/9 6686/2
**honoring [1]** 6690/4
**hope [1]** 6690/3
**hopefully [1]** 6796/2
**horse [1]** 6694/17
**hotel [1]** 6716/1
**hotmail.com [1]**
6683/19
**hounding [1]** 6746/18
**hour [6]** 6757/25
6795/3 6795/7 6795/9
6795/16 6796/4
**hours [6]** 6691/4
6737/20 6743/7 6750/6
6761/23 6795/3
**house [4]** 6695/4
6695/7 6749/5 6750/14
**housekeeping [2]**
6796/15 6799/25
**how [19]** 6693/2
6698/15 6701/21
6709/4 6712/4 6723/11
6733/22 6734/7 6739/1
6742/10 6743/8 6750/1
6753/12 6771/14
6775/7 6775/12
6786/14 6790/4
6796/13
**however [1]** 6696/2
**Hughes [2]** 6681/15
6686/13
**hundreds [2]** 6763/5
6789/18
**husband [3]** 6690/1
6695/4 6695/7
**hypothetical [1]**
6701/5
**hypothetically [1]**
6701/9

**I**

**I always [1]** 6703/4
**I am [3]** 6717/23
6786/9 6790/10
**I apologize [3]** 6710/3
6755/20 6766/14
**I believe [10]** 6709/13
6710/5 6721/17
6722/15 6725/25
6737/12 6742/6 6756/4
6765/12 6769/6
**I can [6]** 6688/5
6693/14 6693/18
6716/14 6763/17
6783/14 6798/25
6799/10
**I can't [3]** 6711/9
6763/17 6794/1
**I cannot [1]** 6795/14
**I did [5]** 6722/12
6757/23 6758/4 6760/9

6811

6800/5

**I did... [1]** 6780/19
**I don't [16]** 6696/10
6697/23 6698/21
6702/9 6705/22
6719/20 6723/1
6729/22 6739/15
6758/2 6761/20
6765/11 6782/22
6782/25 6789/10
6800/1
**I don't have [1]** 6688/9
**I don't recall [1]**
6786/1
**I gave [1]** 6739/15
**I guess [3]** 6687/10
6689/2 6701/21
**I have [10]** 6696/19
6702/23 6738/8 6744/2
6745/11 6756/7 6763/7
6763/9 6792/17 6799/5
**I just [8]** 6694/9 6701/5
6707/9 6720/16 6722/4
6763/12 6800/5 6800/9
**I know [5]** 6695/20
6702/14 6737/22
6759/17 6797/20
**I mean [8]** 6691/9
6691/14 6709/13
6725/21 6736/9
6738/25 6753/25
6782/25
**I re-drafted [1]** 6795/11
**I recall [1]** 6746/14
**I should [2]** 6701/9
6757/18
**I think [37]** 6687/20
6691/20 6692/25
6693/9 6693/9 6695/11
6695/24 6695/25
6696/16 6697/9
6697/22 6697/23
6697/24 6698/24
6701/15 6705/14
6705/19 6712/15
6721/4 6724/1 6728/9
6728/10 6731/10
6736/20 6738/11
6738/16 6761/21
6762/15 6766/14
6773/23 6781/18
6788/15 6795/24
6796/18 6798/22
**I thought [8]** 6691/7
6722/23 6722/23
6722/23 6753/23
6795/6 6797/16
6797/20
**I understand [5]**
6719/22 6720/18
6724/3 6762/7 6800/12
**I want [1]** 6754/20
**I was [6]** 6714/24
6715/3 6752/1 6752/9
6776/5 6783/12
**I will [2]** 6729/7
6794/15

**I wouldn't [1]** 6694/3
**I'd [9]** 6689/2 6732/3
6766/6 6780/9 6780/19
6781/2 6784/19 6787/6
6788/18
**I'll [18]** 6693/15
6700/19 6701/15
6702/23 6712/2 6719/1
6725/4 6734/20
6738/25 6741/20
6747/5 6754/7 6754/9
6793/1 6793/4 6794/22
6800/8 6800/9
**I'm [89]** 6687/24
6688/3 6691/19
6692/23 6693/2 6693/4
6694/9 6695/10
6696/21 6696/23
6697/10 6703/23
6703/24 6706/1 6708/5
6710/17 6710/22
6710/25 6711/16
6714/9 6716/23
6718/12 6718/13
6718/16 6718/23
6718/25 6719/8
6719/20 6720/2
6720/16 6720/18
6722/8 6723/2 6723/8
6724/6 6724/20
6725/10 6725/23
6725/23 6726/13
6726/21 6728/6
6729/22 6730/22
6733/21 6733/21
6736/18 6738/1 6738/3
6738/6 6741/13
6744/17 6744/24
6745/3 6745/22 6746/1
6747/19 6750/16
6750/19 6750/22
6751/23 6752/1 6753/8
6753/10 6753/12
6754/20 6755/2
6755/16 6756/15
6756/19 6757/17
6758/20 6759/15
6763/21 6764/13
6764/16 6776/8
6780/12 6783/4 6783/9
6783/13 6785/3
6788/13 6792/7
6793/11 6795/8
6795/13 6798/11
6799/10
**I'm going [5]** 6716/23
6718/16 6718/23
6730/22 6741/13
**I'm just [4]** 6719/20
6723/8 6759/15
6798/11
**I'm not [13]** 6697/10
6722/8 6725/10
6725/23 6733/21
6738/1 6744/17
6744/24 6746/1
6763/21 6764/13

**I'm not sure [1]**
6783/13
**I'm sorry [9]** 6729/22
6745/22 6755/16
6757/17 6758/20
6780/12 6785/3 6792/7
6793/11
**I've [29]** 6690/12
6698/13 6698/17
6698/18 6699/1
6703/22 6717/7
6723/15 6723/16
6724/15 6724/15
6724/16 6724/17
6729/15 6736/9 6747/2
6761/4 6763/11
6767/18 6768/14
6768/22 6769/15
6769/15 6774/11
6787/1 6795/1 6795/10
6796/1 6799/7
**idea [2]** 6693/10
6760/1
**ideas [1]** 6692/16
**identified [2]** 6705/7
6789/3
**identify [2]** 6739/20
6790/17
**III [3]** 6681/6 6682/2
6686/9
**immediately [1]**
6713/22
**implicated [2]** 6704/19
6782/4
**implication [1]**
6746/24
**implies [2]** 6758/9
6758/11
**imply [2]** 6746/17
6757/25
**important [1]** 6794/9
**impressions [1]**
6692/5
**improper [1]** 6728/23
**inauguration [1]**
6791/14
**inches [1]** 6709/18
**including [4]** 6719/7
6725/15 6737/3
6744/12
**incorporate [1]** 6688/2
**incorrect [1]** 6745/7
**incorrectly [1]** 6745/5
**inculpate [3]** 6700/3
6701/8 6701/17
**inculpated [1]** 6701/10
**inculpates [3]** 6699/15
6699/17 6699/24
**inculpation [3]** 6700/6
6700/9 6701/13
**INDEX [2]** 6685/2
6685/8
**indicate [2]** 6710/4
6768/20
**indicated [7]** 6722/4
6725/11 6725/12
6727/15 6740/20

**indicates [6]** 6709/2
6709/3 6720/24 6721/9
6768/19 6787/21
**indicted [1]** 6742/24
**indictment [7]** 6714/5
6730/9 6730/12
6730/15 6730/19
6737/13 6777/19
**individual [4]** 6693/13
6742/1 6742/1 6798/10
**individually [1]** 6693/6
**individuals [4]** 6690/11
6707/17 6744/4
6760/21
**individuals' [1]**
6762/25
**indulgence [13]**
6712/13 6713/17
6721/9 6730/23
6730/24 6732/22
6732/23 6733/23
6734/10 6738/5
6744/21 6762/11
6779/21
**inferences [1]** 6779/16
**information [4]**
6702/17 6704/20
6704/25 6775/11
**infrequently [1]**
6699/12
**Inn [2]** 6715/25
**inquiry [3]** 6694/3
6697/10 6758/20
**inserting [1]** 6696/17
**inside [1]** 6781/9
**instance [3]** 6698/12
6700/25 6701/22
**instead [4]** 6695/23
6725/19 6729/1
6779/25
**instructed [1]** 6697/20
**instruction [3]** 6692/11
6693/1 6693/9
**intending [1]** 6772/12
**intent [5]** 6784/16
6785/18 6786/8
6786/11 6791/23
**interacting [1]** 6719/17
**Internet [6]** 6716/9
6768/13 6768/15
6769/14 6770/3
6782/10
**interpreted [1]** 6785/19
**interrupt [1]** 6771/10
**interview [9]** 6724/8
6724/22 6737/21
6737/24 6743/8 6743/9
6743/11 6743/16
6749/6
**interviewed [8]**
6708/24 6709/1 6715/4
6737/18 6737/22
6737/23 6743/3 6744/9
**interviews [1]** 6749/7
**intricacies [1]** 6758/12
**introduce [1]** 6739/8
**introduced [4]** 6705/9

6800/5
**investigate [7]** 6724/8
6725/2 6740/24 6741/5
6782/9 6790/5 6790/9
**investigated [2]**
6724/2 6735/18
**investigating [1]**
6724/11
**investigation [26]**
6707/11 6723/20
6723/21 6724/1 6724/6
6724/22 6724/25
6735/21 6736/9
6743/20 6747/22
6748/16 6763/4
6769/10 6770/24
6776/4 6782/11
6786/17 6790/12
6790/14 6790/22
6791/5 6791/6 6791/7
6791/8 6791/9
**investigations [7]**
6723/14 6723/16
6723/17 6724/16
6724/18 6751/16
6790/25
**investigator [1]** 6724/7
**involve [2]** 6716/24
6740/9
**involved [8]** 6690/7
6723/14 6723/15
6723/16 6760/21
6775/17 6782/15
6783/20
**involvement [1]**
6750/14
**is [237]**
**is that correct [12]**
6706/16 6706/19
6707/1 6707/4 6716/18
6735/25 6740/17
6741/6 6741/16 6742/2
6742/13 6743/20
**is that fair [1]** 6707/18
**is that right [4]**
6707/11 6717/14
6721/19 6788/23
**is there [2]** 6705/12
6779/1
**isn't [13]** 6706/3
6708/24 6709/17
6712/24 6712/25
6713/19 6713/19
6715/4 6715/7 6715/23
6727/9 6729/2 6730/15
**issue [4]** 6698/19
6722/14 6738/11
6775/10
**issued [1]** 6762/4
**it [234]**
**It happened [1]**
6702/24
**it is [1]** 6691/12
**it would be [3]**
6704/13 6723/6
6778/23
**it's [64]** 6691/20

6812

**it's... [63]** 6691/24
6696/10 6696/11
6697/9 6698/20
6698/21 6700/11
6701/16 6702/10
6703/23 6705/6
6707/13 6707/14
6707/24 6708/20
6709/21 6709/21
6709/23 6709/24
6709/24 6709/24
6710/12 6714/14
6715/17 6716/8
6716/15 6719/24
6719/25 6720/11
6721/17 6724/18
6725/12 6726/11
6728/2 6728/23
6731/10 6731/25
6735/25 6736/3 6736/4
6751/19 6753/5 6753/8
6753/16 6754/10
6755/11 6758/12
6760/14 6764/2
6764/15 6771/3
6771/23 6772/6
6775/17 6783/1
6786/11 6786/14
6786/22 6790/24
6796/1 6797/1 6797/10
6797/10
**its [5]** 6687/5 6688/14
6792/24 6794/10
6794/11
**itself [1]** 6689/4

**J**

**J6 [1]** 6788/3
**James [2]** 6682/7
6686/15
**James Lee Bright [1]**
6686/15
**January [68]** 6690/2
6691/18 6692/10
6695/2 6695/9 6700/8
6706/19 6706/22
6708/11 6708/20
6712/21 6712/25
6716/1 6717/10
6719/25 6720/25
6722/3 6722/18 6725/8
6726/6 6730/10
6730/15 6733/2 6733/6
6736/7 6736/10 6737/9
6737/13 6737/18
6740/3 6741/6 6742/21
6742/25 6743/2 6744/5
6744/12 6745/6
6748/10 6748/10
6748/22 6750/15
6765/13 6770/25
6775/25 6777/7
6777/22 6778/6
6778/17 6780/7 6781/6
6783/21 6784/5
6784/15 6785/14
6787/2 6787/8 6787/13

**on [24]** 6683/16
6789/19 6790/4 6790/8
6791/7 6791/15
6791/18 6791/23
6792/11 6792/15
**January 14th [1]**
6712/21
**January 20th [1]**
6791/15
**January 27th [2]**
6730/10 6787/20
**January 6 [1]** 6791/7
**January 6th [16]**
6691/18 6695/2 6695/9
6708/11 6733/2 6741/6
6744/12 6745/6
6748/22 6750/15
6770/25 6783/21
6784/15 6787/2 6790/8
6792/15
**January 7th [3]** 6716/1
6742/25 6790/4
**Jason [1]** 6791/19
**Jason Alpers [1]**
6791/19
**jcrisp [1]** 6682/16
**Jed [1]** 6751/6
**Jed Crowl's [1]** 6751/6
**Jeffrey [2]** 6681/14
6686/12
**Jeffrey Nestler [1]**
6686/12
**jeffrey.nestler [1]**
6681/20
**jess [3]** 6717/6
6767/17 6768/21
**Jessica [11]** 6682/14
6686/11 6712/20
6715/24 6717/17
6740/7 6745/6 6756/22
6765/24 6781/4
6793/22
**Jessica Watkins [8]**
6686/11 6712/20
6715/24 6717/17
6745/6 6765/24 6781/4
6793/22
**jlbrightlaw [1]** 6682/9
**job [2]** 6690/4 6698/17
**JOHN [2]** 6703/13
6720/21
**Johnston [1]** 6682/11
**join [1]** 6752/17
**joined [2]** 6752/4
6752/5
**Jonathan [2]** 6682/14
6686/19
**Jonathan Crisp [1]**
6686/19
**Jr [2]** 6682/10 6683/2
**JUDGE [7]** 6681/10
6687/21 6689/23
6692/24 6706/10
6772/5 6782/21
**judge's [1]** 6795/9
**judgment [2]** 6793/9
6794/4
**judicial [1]** 6754/5

**Juli Haller [1]** 6686/17
**JULIA [1]** 6683/7
**jurors [5]** 6691/16
6692/20 6695/22
6697/16 6773/1
**jurors' [1]** 6696/18
**jury [46]** 6681/9 6688/4
6689/22 6690/3
6690/23 6698/1 6703/2
6703/3 6714/15 6715/8
6715/15 6716/6
6716/17 6725/15
6729/22 6730/8 6730/9
6731/13 6733/11
6733/14 6736/2
6737/12 6738/19
6739/24 6740/2 6740/5
6743/10 6756/8 6759/3
6766/24 6767/16
6771/19 6772/1
6773/10 6773/11
6778/8 6780/2 6784/23
6787/7 6787/11
6787/13 6787/17
6787/19 6788/15
6789/11 6796/7
**jury's [1]** 6752/11
**just [108]** 6688/20
6688/22 6688/23
6689/17 6690/24
6690/24 6690/25
6691/23 6692/14
6692/25 6694/9 6696/1
6697/2 6699/19
6699/20 6700/23
6701/5 6703/7 6703/22
6705/2 6705/7 6706/2
6707/9 6711/9 6711/24
6712/19 6715/19
6715/19 6716/3
6718/23 6719/20
6720/16 6721/7 6722/4
6723/1 6723/8 6725/1
6725/11 6725/24
6726/18 6726/20
6731/14 6731/15
6732/9 6732/11 6733/1
6733/25 6734/20
6736/17 6742/11
6742/12 6745/21
6747/5 6747/6 6752/18
6753/1 6753/3 6753/8
6753/20 6754/4 6755/6
6755/3 6757/23 6758/4
6758/12 6759/15
6763/12 6764/11
6766/12 6768/24
6769/15 6769/17
6769/18 6771/5
6772/25 6773/2 6773/3
6773/25 6774/1
6774/12 6776/16
6776/17 6776/20
6778/5 6779/4 6780/1
6781/20 6782/2 6783/4
6783/8 6793/1 6793/4
6793/13 6795/5

**K**

**Kathryn [2]** 6681/14
6686/12
**Kathryn Rakoczy [1]**
6686/12
**kathryn.rakoczy [1]**
6681/19
**keep [2]** 6712/15
6769/18
**Keeper [2]** 6735/17
6735/19
**Keepers [10]** 6690/17
6690/18 6697/15
6706/16 6713/15
6715/21 6717/18
6719/8 6719/9 6784/25
**keeping [1]** 6758/16
**Kelly [8]** 6683/2 6686/9
6699/17 6699/18
6700/25 6765/2
6785/12 6793/16
**Kelly Meggs [6]**
6686/9 6699/17
6699/18 6700/25
6785/12 6793/16
**Kenneth [2]** 6683/11
6686/10
**Kenneth Harrelson [1]**
6686/10
**Kentucky [5]** 6759/21
6760/3 6762/1 6762/3
6762/5
**key [2]** 6709/20
6709/23
**kick [1]** 6754/16
**kind [5]** 6689/7
6716/10 6724/2
6790/11 6791/7
**knew [2]** 6781/5
6797/4
**know [58]** 6690/5
6693/15 6694/12
6695/10 6695/20
6701/11 6701/21
6702/14 6705/22
6707/12 6707/24
6709/1 6709/4 6709/16
6715/6 6715/9 6716/2
6726/20 6727/15
6734/7 6734/12
6735/19 6735/19
6735/20 6735/23
6737/21 6737/22
6737/23 6742/11
6743/8 6746/12
6746/20 6748/4
6748/20 6749/23
6750/1 6750/7 6751/8
6751/10 6751/14
6756/18 6758/2
6759/17 6761/10

**6797/7 6797/9 6798/6
6798/11 6798/18
6798/21 6799/2 6799/5
6799/23 6800/5 6800/8
6800/9

**knowledge [1]** 6734/12
6738/18 6746/3
**known [2]** 6692/17
6771/6
**knows [3]** 6704/20
6735/10 6744/16
**Krivenko [1]** 6798/10

**L**

**LA [1]** 6682/11
**lack [1]** 6728/1
**ladies [2]** 6703/5
6704/4 6771/22 6794/3
**laid [2]** 6797/16
6797/21
**language [1]** 6689/25
**LASSITER [1]** 6682/3
**last [18]** 6686/25
6690/14 6691/15
6696/8 6702/25 6718/8
6757/2 6757/24 6758/5
6762/15 6785/6 6792/2
6792/4 6798/3 6798/11
6799/8 6799/9 6799/23
**lasted [1]** 6743/8
**late [2]** 6703/6 6715/21
**later [5]** 6731/15
6769/20 6780/16
6788/20 6789/11
**law [14]** 6683/3 6683/7
6699/10 6700/12
6700/19 6701/15
6702/11 6749/21
6749/24 6760/12
6775/8 6777/4 6781/18
6790/24
**Lawn [2]** 6682/3
6682/7
**lawyer [1]** 6757/7
**lay [4]** 6746/15
6764/10 6781/16
6781/20
**Leadership [1]**
6706/15
**leading [2]** 6702/16
6774/21
**learn [2]** 6746/12
6777/17
**learned [1]** 6777/21
**least [11]** 6687/3
6696/5 6696/8 6707/13
6707/22 6711/20
6739/20 6751/6
6762/16 6785/20
6794/14
**leave [1]** 6785/20
**led [1]** 6690/20
**Lee [2]** 6682/7 6686/15
**leeway [1]** 6783/9
**left [7]** 6686/25
6747/16 6747/17

**L**

left... [4] 6754/1
6764/12 6764/24
6773/17
legal [3] 6703/7
6782/18 6784/13
legally [1] 6784/8
length [3] 6710/12
6737/21 6753/15
lens [1] 6688/15
less [2] 6723/17
6724/18
let [6] 6726/20 6747/9
6750/24 6756/18
6775/7 6794/23
let's [16] 6696/12
6699/16 6701/11
6701/22 6727/11
6733/25 6738/12
6739/21 6742/20
6746/23 6746/23
6747/9 6748/3 6754/9
6761/17 6771/22
letter [2] 6784/24
6784/24
level [2] 6764/7
6797/24
lib [1] 6711/23
lifestyle [1] 6754/21
light [1] 6782/10
like [26] 6689/2
6692/11 6692/11
6692/12 6695/5 6696/9
6698/15 6703/6
6711/24 6719/14
6719/23 6722/11
6722/19 6724/24
6724/25 6745/9
6748/25 6757/13
6757/21 6766/6 6781/2
6784/19 6787/6
6788/18 6792/13
6799/9
likely [1] 6711/10
limited [2] 6694/4
6798/9
Linder [5] 6682/2
6682/3 6686/15
6696/20 6699/20
line [10] 6706/6
6720/19 6722/16
6741/13 6741/20
6742/5 6742/16 6745/4
6750/25 6774/10
line 5 [1] 6742/5
lines [1] 6788/1
link [24] 6719/12
6719/24 6720/14
6720/24 6725/20
6726/1 6726/8 6726/14
6727/18 6727/20
6730/17 6731/2 6731/3
6731/4 6731/10
6731/13 6733/10
6734/21 6769/20
6769/23 6774/11
6774/14 6774/16
6774/18

linked [3] 6725/1
6726/14 6734/4
linking [1] 6728/15
links [1] 6698/1
lion's [2] 6707/23
6707/24
list [1] 6796/25
little [7] 6691/20
6718/24 6720/2
6747/10 6760/4
6771/18 6795/25
live [1] 6754/20
LLC [2] 6682/14
6683/12
locations [1] 6771/3
Lochner [10] 6738/22
6739/25 6740/15
6741/4 6741/18
6743/15 6787/24
6788/2 6788/8 6789/12
Lochner's [2] 6742/16
6788/20
Loewinger [1] 6735/24
log [1] 6748/1
logical [2] 6728/20
6779/16
LOL [2] 6780/9
6780/19
long [12] 6688/6
6709/18 6711/14
6723/11 6724/24
6731/25 6743/8
6754/16 6773/4
6796/13 6797/10
6797/15
longer [2] 6753/17
6771/14
look [16] 6691/16
6697/9 6700/13
6700/19 6722/11
6722/19 6724/3
6728/10 6729/1 6736/1
6759/16 6763/22
6764/19 6769/23
6776/20 6798/14
looked [1] 6768/4
looking [14] 6719/20
6722/25 6736/11
6763/14 6763/17
6763/23 6764/4
6766/18 6766/23
6768/24 6776/12
6777/17 6780/1
6790/16
looks [4] 6719/14
6719/23 6757/21
6774/17
lot [6] 6691/6 6691/15
6691/24 6702/4 6724/5
6795/17
lots [1] 6761/6
loudly [1] 6755/19
Louis [2] 6681/15
6686/13
Louis Manzo [1]
6686/13
low [2] 6746/15
6781/17

**lower [1]** 6709/14
lucking [1] 6778/21
lunch [5] 6773/2
6795/4 6795/20
6795/25 6796/4

**M**

ma'am [2] 6763/2
6773/16
made [14] 6687/13
6688/24 6689/5
6689/14 6689/24
6693/19 6694/11
6694/14 6741/16
6742/18 6772/25
6773/2 6791/18 6798/5
make [27] 6687/15
6687/17 6687/17
6687/21 6690/6
6690/23 6693/16
6694/3 6695/8 6695/12
6697/10 6702/4 6707/9
6739/4 6753/3 6753/8
6758/13 6772/7 6773/4
6779/16 6786/16
6791/22 6794/16
6796/24 6797/4
6799/23 6800/5
makes [4] 6688/21
6698/24 6795/19
6795/24
making [8] 6687/23
6687/24 6688/4 6688/5
6690/16 6691/21
6693/1 6694/10
male [2] 6742/1 6789/4
many [6] 6712/4
6763/4 6763/11
6763/22 6790/1 6790/4
Manzo [2] 6681/15
6686/13
marching [1] 6688/12
mark [6] 6703/23
6717/6 6717/14
6731/23 6759/1
6767/17
marked [7] 6718/12
6718/13 6736/18
6738/3 6738/7 6755/2
6756/17
Marshals [1] 6749/16
Matt [3] 6780/15
6780/18 6780/19
Matt Combs [2]
6780/18 6780/19
matter [3] 6689/22
6796/1 6799/25
matters [2] 6703/7
6796/15
Matthew [1] 6714/16
Matthew Truong [1]
6714/16
may [31] 6692/9
6692/10 6692/16
6692/21 6693/22
6693/23 6694/10
6694/21 6695/9 6695/9
6697/6 6699/8 6701/6

6705/21 6705/23
6728/22 6735/23
6738/8 6738/25 6739/4
6746/21 6755/19
6762/11 6772/2
6781/13 6782/3
6790/19 6790/19
6792/20
maybe [7] 6694/11
6694/11 6704/13
6709/18 6726/18
6753/10 6773/24
MD [1] 6683/18
me [28] 6688/5 6695/5
6700/19 6701/13
6702/4 6704/4 6718/8
6722/13 6726/20
6727/19 6731/18
6734/6 6736/20
6738/20 6747/9
6750/24 6751/11
6753/1 6754/10
6756/18 6756/20
6759/15 6775/7
6795/15 6796/13
6798/24 6799/13
6799/15
mean [14] 6691/9
6691/14 6701/25
6709/13 6716/6
6725/21 6736/9
6738/25 6750/15
6753/10 6753/25
6758/2 6781/25
6782/25
means [6] 6709/24
6715/20 6720/11
6725/12 6728/8
6794/10
meant [2] 6758/2
6766/14
measures [1] 6740/25
mechanical [1] 6684/6
media [17] 6697/3
6716/9 6733/19
6733/20 6746/15
6746/18 6746/20
6746/22 6747/1
6747/12 6750/13
6750/17 6781/17
6782/5 6782/13 6783/1
6790/15
media's [1] 6782/14
medium [1] 6748/24
meeting [1] 6715/20
Meggs [13] 6683/2
6686/9 6686/17
6699/17 6699/18
6700/25 6765/2
6785/12 6785/24
6785/24 6793/16
6794/21 6800/3
MEHTA [2] 6681/9
6686/3
members [3] 6704/7
6715/2 6792/14
mention [2] 6697/15

mentioned [2] 6735/14
6765/1
mere [1] 6700/7
Merit [1] 6684/2
message [65] 6707/20
6708/16 6711/2
6714/15 6715/17
6716/25 6718/9
6719/16 6720/20
6721/12 6721/16
6721/17 6722/4 6722/6
6722/9 6722/17
6722/20 6727/16
6727/22 6729/13
6729/19 6731/3 6731/5
6731/14 6731/15
6731/16 6747/2 6747/6
6747/7 6756/11 6758/3
6758/4 6763/12 6764/8
6764/9 6767/3 6767/16
6767/20 6767/22
6767/23 6767/24
6767/25 6770/8
6770/14 6770/17
6770/22 6770/23
6771/7 6774/11
6774/15 6774/24
6775/12 6779/8 6779/9
6779/14 6780/5 6780/6
6780/8 6780/16
6781/16 6783/10
6783/22 6783/24
6785/3 6785/3
messages [57]
6707/10 6707/16
6707/16 6707/17
6707/18 6707/23
6712/18 6712/25
6719/16 6721/18
6725/22 6727/20
6728/12 6728/19
6729/5 6734/13
6734/17 6734/18
6734/23 6734/25
6735/2 6748/25 6749/2
6755/12 6756/3 6756/4
6763/5 6763/24 6764/5
6764/10 6764/11
6764/12 6765/14
6766/7 6766/20
6766/23 6766/25
6773/18 6773/24
6775/4 6775/18
6777/10 6777/21
6778/13 6778/13
6778/19 6778/22
6779/3 6779/15
6781/12 6781/15
6783/19 6784/14
6785/15 6785/17
6785/23 6787/1
Messenger [1] 6759/12
met [2] 6715/24 6716/2
methodically [3]
6723/21 6724/8
6724/22
methodology [1]

6814

methodology... [1] 6749/20

Micah [1] 6735/24

Micah Loewinger [1] 6735/24

Michael [3] 6743/25 6744/1 6744/3

mid [1] 6744/11

mid-November [1] 6744/11

middle [1] 6691/8

might [9] 6688/20 6696/18 6712/15 6742/12 6757/2 6760/7 6779/2 6779/14 6783/11

milestone [1] 6794/9

military [6] 6710/4 6710/9 6751/23 6752/18 6753/5 6786/2

mind [6] 6690/20 6692/12 6692/16 6700/7 6700/9 6761/20

mindful [1] 6779/4

minds [5] 6696/18 6698/2

minimum [1] 6692/19

minus [5] 6722/10 6722/24 6723/1 6723/3 6723/6

minute [5] 6722/19 6731/25 6732/9 6739/12 6776/21

minutes [7] 6721/11 6731/15 6771/16 6772/4 6780/16 6795/9 6796/2

misread [1] 6723/7

missed [3] 6755/18 6797/11 6797/11

mistaken [1] 6703/24

mobile [2] 6748/7 6748/9

moment [3] 6692/21 6780/2 6781/10

Monday [1] 6691/11

moniker [1] 6713/13

Montana [1] 6749/21

Montana Siniff [1] 6749/21

months [3] 6724/24 6791/10 6791/10

Moore [26] 6703/10 6703/11 6703/13 6703/20 6706/14 6739/19 6762/23 6772/2 6773/13 6773/15 6774/4 6774/8 6775/7 6775/23 6776/20 6780/7 6781/2 6783/18 6784/2 6785/6 6785/11 6787/10 6789/15 6791/17 6792/10 6792/20

more [25] 6687/2 6691/5 6693/10 6695/18 6695/18

6698/5 6704/23 6712/15 6712/16 6718/1 6721/6 6724/21 6727/17 6728/5 6742/17 6754/9 6769/18 6769/18 6775/17 6786/14 6786/16 6791/13 6796/2

more-specific [1] 6786/16

morning [14] 6681/7 6686/5 6686/6 6686/23 6703/5 6703/20 6703/21 6715/25 6731/18 6745/19 6745/20 6771/23 6773/15 6773/16

mother's [1] 6750/14

motion [4] 6688/22 6688/23 6688/25 6689/13

motions [1] 6772/7

motivations [1] 6690/20

move [13] 6690/25 6712/14 6741/11 6741/13 6754/7 6754/9 6754/15 6759/2 6761/17 6790/24 6794/4 6796/21 6796/23

moved [2] 6728/24 6792/14

moves [1] 6770/16

moving [8] 6723/24 6793/5 6793/8 6793/14 6793/16 6793/18 6793/23 6799/19

Mr [2] 6739/13 6800/3

Mr. [196]

Mr. Abdullah [1] 6797/14

Mr. Ahmed [1] 6740/10

Mr. Baset [5] 6740/10 6741/12 6741/25 6742/9 6788/21

Mr. Bright [2] 6784/2 6784/7

Mr. Caldwell [71] 6705/25 6706/3 6706/14 6706/18 6706/21 6708/11 6708/17 6709/3 6710/18 6711/2 6711/11 6712/9 6713/14 6714/1 6714/7 6714/16 6715/17 6715/23 6717/21 6718/7 6720/20 6721/18 6722/4 6725/7 6725/17 6725/21 6726/6 6727/17 6728/15 6728/17 6728/25 6730/12 6730/16 6731/3 6731/16 6732/7

6733/6 6733/9 6734/3 6734/23 6737/9 6737/17 6742/6 6742/18 6742/23 6743/3 6743/12 6744/5 6744/9 6744/10 6745/5 6745/22 6765/21 6766/21 6767/4 6768/19 6768/19 6769/20 6770/9 6770/13 6773/18 6774/14 6778/13 6778/14 6778/24 6780/8 6780/13 6782/8 6788/8

Mr. Caldwell's [16] 6712/20 6719/17 6726/2 6744/17 6745/8 6746/15 6766/8 6768/1 6770/18 6771/5 6776/10 6776/13 6777/3 6778/2 6781/6 6784/1

Mr. Crisp [15] 6689/21 6693/17 6695/21 6696/16 6698/12 6745/14 6752/23 6753/1 6753/25 6755/9 6762/14 6781/3 6781/5 6781/24 6793/21

Mr. Crowl [14] 6713/1 6713/20 6714/7 6717/10 6718/2 6718/7 6719/18 6721/10 6731/16 6751/6 6766/21 6768/23 6770/10 6774/15

Mr. Crowl's [10] 6728/12 6729/5 6731/4 6735/1 6767/1 6767/5 6767/7 6770/20 6777/10 6777/22

Mr. Fischer [22] 6693/14 6696/19 6697/11 6704/23 6705/24 6706/8 6728/10 6729/1 6745/13 6745/22 6765/15 6766/7 6769/13 6774/10 6777/8 6777/13 6777/18 6787/7 6788/1 6790/23 6793/25 6794/1

Mr. Fischer's [1] 6705/6

Mr. Geyer [6] 6696/14 6762/15 6772/9 6793/17 6795/2 6800/3

Mr. Haney [1] 6735/17

Mr. Harrelson [1] 6793/19

Mr. Linder [2] 6696/20 6699/20

Mr. Meggs [3] 6785/24 6785/24 6794/21

Mr. Picco [1] 6709/2

Mr. Rhodes [20] 6701/22 6702/2 6702/18 6745/6 6784/14 6784/25 6785/6 6785/24 6785/25 6786/18 6791/22

Mr. Rhodes' [1] 6784/3

Mr. Rhodes's [1] 6792/10

Mr. Siniff [1] 6750/4

Mr. Truong [3] 6714/19 6715/4 6715/7

Mr. Woodward [6] 6772/6 6772/8 6794/22 6795/2 6800/1 6800/6

Mr. Woodward's [1] 6796/22

Ms. [45] 6701/12 6705/4 6708/1 6713/1 6713/20 6714/7 6714/11 6715/10 6716/22 6718/15 6727/5 6727/24 6731/9 6731/23 6732/3 6732/8 6732/9 6735/4 6735/7 6738/15 6740/11 6750/15 6757/23 6762/18 6769/3 6770/10 6771/10 6772/9 6773/13 6779/4 6781/5 6781/9 6781/21 6783/13 6783/18 6785/12 6788/4 6792/22 6793/10 6796/19 6796/22 6797/6 6798/15 6798/18 6799/3

Ms. Caldwell [3] 6732/8

Ms. Haller [9] 6705/4 6772/9 6785/12 6793/10 6796/22 6797/6 6798/15 6798/18 6799/3

Ms. Rakoczy [13] 6718/15 6727/5 6727/24 6738/15 6740/11 6762/18 6771/10 6773/13 6779/4 6781/21 6783/13 6792/22 6796/19

Ms. Rohde [8] 6708/1 6714/11 6715/10 6716/22 6731/9 6731/23 6735/4 6735/7

Ms. Watkins [12] 6701/12 6713/1 6713/20 6714/7 6732/3 6732/9 6750/15 6757/23 6769/3 6770/10 6781/5 6788/4

Ms. Watkins' [2] 6781/9 6783/18

much [8] 6766/15 6771/14 6774/5 6774/6 6775/21 6778/11

Mr. Rhodes [20] 6701/22 6702/2 6702/18 6784/14 6784/25 6796/5

multi [1] 6702/24

multiple [7] 6723/17 6724/17 6724/22 6725/22 6734/20 6737/3 6749/7

must [1] 6710/11

my [38] 6687/23 6687/24 6688/10 6688/10 6688/12 6690/3 6690/3 6692/13 6693/5 6693/6 6693/7 6693/11 6693/16 6693/17 6694/18 6697/9 6701/10 6701/13 6702/22 6705/22 6710/15 6716/8 6719/4 6720/9 6724/20 6724/20 6745/22 6746/8 6747/10 6752/13 6760/4 6760/4 6760/5 6760/9 6760/11 6762/7 6780/20 6798/15

myself [2] 6727/6 6769/16

**N**

name [4] 6720/17 6735/14 6737/4 6798/22

named [5] 6686/21 6708/17 6680/15 6787/23 6791/19

namely [1] 6728/18

Nancy [1] 6690/1

national [2] 6696/10 6740/25

nearly [3] 6707/10 6715/1 6798/21

necessarily [5] 6688/22 6709/22 6761/5 6782/24 6790/21

necessary [2] 6760/1 6760/8

need [8] 6695/12 6708/8 6714/4 6722/11 6723/8 6757/3 6795/16 6796/13

needed [2] 6703/7 6785/22

needs [1] 6795/18

neeting [1] 6715/20

neglected [1] 6788/13

neither [1] 6713/1

Nestler [2] 6681/14 6686/12

neutral [2] 6696/21 6696/23

never [7] 6691/16 6698/18 6728/6 6745/24 6764/8 6768/14 6769/16

new [1] 6711/7

news [11] 6691/5 6691/5 6691/16 6692/19 6697/22

Case 1:22-cr-00015-APM Document 746 Filed 01/08/24 Page 135 of 143
6815

**N**

news... [6] 6716/9
6725/20 6734/4 6782/9
6783/19 6783/25
**News2Share [16]**
6717/13 6719/12
6721/22 6726/1
6726/14 6733/15
6733/16 6733/17
6733/19 6733/21
6733/22 6734/7
6734/21 6768/12
6769/1 6769/16
**next [9]** 6698/14
6713/16 6718/5
6721/15 6722/1
6741/13 6767/15
6782/16 6795/24
**nice [3]** 6686/23
6773/3 6796/4
**night [7]** 6686/25
6690/14 6696/25
6757/2 6757/24 6758/5
6799/23
**NJ [1]** 6683/13
**no [39]** 6681/4 6687/5
6688/9 6688/16
6692/18 6694/8
6694/20 6694/20
6695/10 6696/8
6700/10 6700/11
6706/1 6706/6 6710/25
6712/11 6716/21
6718/16 6718/18
6721/17 6722/17
6728/20 6738/17
6745/11 6749/18
6753/17 6754/3
6755/23 6756/21
6759/2 6760/24
6761/12 6762/17
6764/16 6777/15
6791/11 6792/17
6797/20 6800/13
**No. [2]** 6686/7 6686/8
**nobody [1]** 6773/4
**normally [1]** 6748/13
**North [2]** 6682/15
6766/4
**North Carolina [1]**
6766/4
**Northern [2]** 6714/20
6715/1
**not [166]**
**note [1]** 6797/9
**nothing [3]** 6692/9
6693/8 6693/15
**notified [2]** 6713/20
6713/21
**Notwithstanding [1]**
6765/20
**November [2]** 6681/5
6744/11
**now [44]** 6694/11
6697/9 6705/22
6714/15 6715/19
6728/6 6729/11
6731/13 6731/21

**O**

**Oak [2]** 6682/3 6682/7
**Oath [10]** 6690/17
6690/18 6697/15
6706/16 6713/15
6715/21 6717/18
6735/17 6735/19
6784/25
**Oath Keeper [2]**
6735/17 6735/19
**Oath Keepers [8]**
6690/17 6690/18
6697/15 6706/16
6713/15 6715/21
6717/18 6784/10
**object [1]** 6738/10
**Objecting [1]** 6782/18
**objection [25]** 6704/11
6706/6 6712/1 6718/16
6718/18 6725/3 6726/9
6727/10 6743/14
6744/14 6751/17
6752/21 6755/21
6761/15 6764/1
6764/14 6774/21
6781/19 6786/21
6789/24 6797/8
6797/12 6797/22
6797/23 6800/11
**objections [1]** 6759/2
**objects [1]** 6773/4
**obstruction [1]**
6775/24
**obtain [3]** 6724/8
6775/8 6775/12
**obtained [4]** 6733/1
6776/9 6777/4 6778/5
**obviously [9]** 6687/16
6688/12 6690/3
6697/21 6732/6 6737/2
6738/18 6740/11
6781/9
**occur [1]** 6700/1

6741/14 6741/20
6741/14 6741/20
6754/24 6756/8
6756/21 6757/6
6764/18 6766/6
6767/24 6768/4
6768/11 6771/23
6774/8 6774/14 6777/8
6778/21 6781/2 6782/2
6782/2 6784/19 6787/6
6787/19 6788/1
6788/14 6788/18
6792/2 6794/10
6794/12 6794/10
6795/20 6795/24
6796/1 6796/10
**number [12]** 6691/19
6693/19 6707/12
6710/24 6717/1 6717/5
6720/17 6726/1 6731/2
6751/10 6755/15
6756/12
**NW [4]** 6681/17 6683/3
6683/7 6684/4

**occurred [7]** 6820/1
6694/21 6695/9 6702/4
6757/5 6787/8 6787/18
**off [9]** 6686/25 6705/15
6705/21 6705/22
6705/23 6734/25
6773/17 6780/20
6788/16
**OFFICE [1]** 6681/16
**officer [1]** 6790/24
**OFFICES [1]** 6683/7
**Official [1]** 6684/3
**officially [1]** 6796/24
**often [2]** 6724/12
6724/13
**Oh [2]** 6755/18 6798/1
**Ohio [3]** 6715/21
6716/2 6750/6
**OK [3]** 6706/22 6707/1
6707/4
**OK Florida [1]** 6707/1
**OK Florida D.C. Op**
**January 6th [1]**
6706/22
**okay [138]**
**Old [1]** 6706/15
**once [1]** 6711/23
**one [44]** 6687/10
6689/7 6691/17
6692/18 6692/21
6698/5 6709/24 6710/4
6711/7 6712/15
6712/16 6713/12
6718/1 6719/16 6721/6
6721/18 6722/13
6722/19 6726/7
6730/16 6731/2
6731/25 6732/8
6733/22 6737/4 6743/2
6743/10 6744/4
6744/22 6745/21
6748/6 6749/5 6749/6
6756/21 6758/14
6758/16 6758/22
6769/18 6769/18
6780/11 6787/16
6795/5 6796/18 6797/8
**one's [1]** 6695/10
**one-minute-long [1]**
6731/25
**ones [5]** 6734/19
6734/20 6751/5
6756/15 6756/16
**ongoing [1]** 6697/14
**only [10]** 6687/20
6688/13 6691/17
6694/4 6722/13
6726/16 6731/25
6738/4 6738/8 6799/7
**Op [2]** 6706/19
6706/22
**open [20]** 6687/10
6706/12 6716/7
6716/13 6725/12
6725/20 6729/9 6734/4
6734/6 6739/3 6754/13
6771/21 6772/9 6773/9
6783/16 6784/24

6795/16 6795/22
**open-source [2]**
6734/4 6790/15
**opening [6]** 6694/9
6794/15 6794/16
6795/3 6795/13 6800/3
**openings [1]** 6772/13
**openly [1]** 6752/19
**operation [1]** 6786/11
**opinion [1]** 6695/21
**opportunity [6]**
6699/25 6701/19
6702/3 6741/4 6751/15
6783/5
**opposed [1]** 6697/6
**order [2]** 6698/13
6698/16
**orders [2]** 6688/12
6745/6
**organization [1]**
6714/25
**original [1]** 6798/25
6799/15
**originally [1]** 6742/24
**other [34]** 6687/16
6695/3 6695/16
6699/10 6699/14
6699/14 6701/23
6701/25 6702/16
6702/20 6705/25
6706/4 6707/17
6717/16 6717/17
6722/19 6728/18
6733/25 6734/13
6734/17 6734/22
6737/5 6743/19
6746/21 6747/1 6753/6
6763/18 6765/21
6782/4 6783/10
6787/17 6790/20
6792/14 6799/25
**others [4]** 6692/10
6693/23 6716/3
6786/15
**otherwise [2]** 6697/23
6698/24
**ought [1]** 6697/24
**our [15]** 6688/1
6695/25 6696/3
6698/11 6698/12
6699/16 6705/1
6705/17 6705/17
6770/16 6771/22
6796/23 6798/20
6799/24 6800/10
**ourselves [1]** 6698/9
**out [29]** 6689/22
6694/17 6702/22
6711/12 6711/14
6715/15 6716/1 6721/7
6725/1 6728/22 6741/5
6742/4 6742/15 6745/2
6745/6 6754/16 6757/7
6759/20 6762/3
6769/13 6770/3
6770/15 6777/8
6784/7 6784/24

6795/10 6798/2
6798/19 6799/1
**outlet [1]** 6733/19
6733/20
**outlook.com [1]**
6683/10
**outside [1]** 6697/7
**over [8]** 6700/15
6712/4 6719/23 6720/5
6720/14 6758/13
6761/5 6778/13
**overarching [1]**
6786/15
**overhead [1]** 6739/23
**overruled [6]** 6726/11
6751/19 6764/2
6764/15 6786/22
6789/25
**overrunning [1]**
6760/23
**overtaking [1]** 6761/5
**overwhelming [1]**
6790/17
**own [2]** 6755/14
6773/8
**owner [1]** 6719/24

**P**

**P. [1]** 6686/3
**P.A [1]** 6683/16
**p.m [6]** 6717/11 6722/2
6722/19 6757/2
6800/18 6800/18
**PA [1]** 6682/15
**packed [1]** 6747/16
**page [15]** 6719/16
6740/14 6741/9
6741/11 6766/13
6766/18 6768/18
6770/8 6770/13
6778/10 6779/19
6780/4 6785/3 6785/3
6788/18
**page 1 [1]** 6766/13
**page 2 [1]** 6770/8
**page 3 [1]** 6770/13
**pages [1]** 6766/12
6789/11
**paid [1]** 6711/14
**pal [1]** 6773/8
**Palian [2]** 6713/13
6743/25 6744/1 6744/3
**panel [2]** 6703/2
6773/10
**paragraph [5]** 6785/2
6785/6 6798/3 6798/11
6799/9
**parallels [1]** 6689/25
**Park [1]** 6682/25
**part [21]** 6695/25
6709/14 6709/17
6709/24 6709/25
6710/12 6711/4 6711/6
6732/2 6745/24
6753/18 6755/13
6757/14 6765/22
6768/4 6776/3 6788/17
6790/7 6797/1 6799/23

## P

part... [1] 6800/11
participants [2] 6719/7
6720/5
participate [1] 6747/20
participations [1]
6762/25
particular [6] 6697/18
6699/24 6701/4
6704/12 6724/12
6739/21
party [1] 6775/13
past [4] 6691/5
6698/13 6699/1
6700/15
patriots [1] 6784/24
Paul [1] 6766/3
Paul Stamey [1]
6766/3
Pause [5] 6692/22
6703/1 6739/18
6779/22 6796/10
paying [1] 6692/18
Pelosi's [1] 6690/1
pen [2] 6710/12 6720/9
pending [1] 6688/25
Pennsylvania [1]
6683/7
people [12] 6691/19
6693/19 6737/3 6737/5
6765/22 6780/24
6787/4 6789/18
6789/22 6789/23
6790/2 6790/20
Percent [1] 6737/4
perhaps [3] 6698/2
6747/3 6763/5
peril [1] 6695/18
period [5] 6692/19
6753/16 6784/4
6784/15 6785/14
periods [1] 6753/19
permit [2] 6710/19
6710/23
person [5] 6724/11
6743/3 6764/10
6764/22 6778/21
person's [1] 6724/19
personal [2] 6693/5
6693/7
personally [2] 6723/16
6744/4
perspective [1]
6742/20
pertinent [1] 6769/10
pertinently [1] 6728/5
phillip [3] 6682/2
6682/6 6686/15
Phillip Linder [1]
6686/15
phone [40] 6704/13
6704/18 6713/9
6720/17 6722/5
6727/12 6728/12
6729/5 6731/4 6731/6
6731/17 6735/1
6738/12 6744/10
6748/20 6748/21

6759/13 6760/19/1
6763/17 6764/20
6764/20 6764/23
6765/2 6767/1 6767/5
6767/7 6770/20
6771/11 6772/22
6775/14 6775/15
6775/15 6775/16
6775/18 6777/10
6777/22 6778/22
6782/19 6793/1
phones [2] 6748/16
6763/20
Picco [3] 6708/17
6708/25 6709/2
pick [4] 6746/16
6747/1 6749/16
6781/17
place [5] 6690/2
6740/2 6749/20 6752/8
6761/24
places [1] 6761/6
Plaintiff [1] 6681/4
plan [5] 6749/23
6759/20 6786/15
6795/2 6796/3
plans [2] 6785/13
6786/16
plant [1] 6693/10
planting [1] 6692/16
play [8] 6696/12
6731/24 6732/2
6736/17 6736/18
6741/21 6792/4 6792/7
played [8] 6717/14
6721/22 6732/4
6736/22 6741/25
6788/21 6792/6 6792/8
please [33] 6686/4
6704/5 6707/8 6708/2
6712/14 6714/12
6715/11 6715/15
6716/21 6717/25
6718/1 6718/5 6721/3
6721/15 6722/1
6731/22 6731/24
6732/10 6735/5
6736/16 6747/7 6756/9
6756/19 6759/16
6762/13 6767/15
6768/18 6772/20
6776/16 6778/1 6785/4
6787/9 6792/5
plenty [1] 6724/7
plus [2] 6711/20
6757/25
point [17] 6687/21
6689/11 6693/24
6694/18 6695/23
6696/8 6719/1 6721/9
6722/24 6731/24
6732/8 6742/12
6744/22 6755/3
6782/14 6794/12
6794/17
pointed [1] 6769/13
pointing [2] 6700/11
6719/8

police [1] 6690/19
6790/16
policy [4] 6752/14
6753/4 6754/1 6754/16
political [1] 6691/22
6691/23
politicians [1] 6691/24
poll [1] 6689/22
portion [2] 6710/16
6739/21
portions [2] 6788/7
6798/16
poses [1] 6687/18
position [6] 6696/3
6699/16 6760/3
6760/12 6786/18
6798/20
positions [1] 6761/9
possibility [1] 6711/4
possible [3] 6701/2
6773/22 6797/11
possibly [1] 6769/9
post [1] 6757/5
posted [2] 6756/21
6757/11 6757/20
posts [1] 6757/9
potential [5] 6697/25
6704/16 6760/12
6791/13 6791/15
potentially [2] 6702/7
6760/2
Potomac [1] 6780/22
precise [1] 6779/9
precisely [1] 6687/11
precision [1] 6763/15
prefer [1] 6730/19
preferable [5] 6723/20
6724/6 6724/10
6724/21 6725/1
preference [2] 6693/5
6693/7
prejudice [1] 6697/25
prepared [3] 6704/16
6704/19 6705/16
presence [1] 6746/20
present [9] 6686/21
6704/22 6738/18
6743/16 6765/16
6765/20 6767/25
6787/13 6794/13
presented [1] 6761/10
presently [1] 6753/13
preserved [1] 6767/5
preserving [1] 6800/10
President [10] 6689/23
6690/6 6690/25
6691/21 6691/25
6693/12 6693/18
6694/4 6714/22 6785/9
President Biden [1]
6689/23
President Biden's [1]
6690/25
President Trump [1]
6785/9
President's [1]
6693/22
presiding [1] 6686/3

presumably [1]
6769/15
presume [1] 6747/6
presumption [1]
6782/22
pretty [3] 6750/8
6761/21 6795/10
Prettyman [1] 6684/4
previously [5] 6694/11
6703/14 6733/18
6736/3 6741/15
primarily [2] 6763/23
6764/4
primary [2] 6748/12
6749/1
principles [1] 6754/4
printed [1] 6736/6
prior [4] 6695/25
6767/21 6767/23
6767/24
priority [1] 6724/14
probably [9] 6695/11
6695/18 6697/10
6697/12 6711/20
6711/22 6738/9 6790/6
6795/8
probe [1] 6690/24
problem [3] 6687/19
6691/2 6728/14
procedural [1] 6698/5
procedurally [1]
6738/25
proceed [1] 6698/16
proceedings [3]
6681/9 6684/6 6686/22
process [1] 6696/16
produced [1] 6684/7
professionals [1]
6763/18
proper [1] 6728/2
propose [1] 6694/4
proposed [1] 6798/25
proposing [1] 6799/16
prosecutor [3] 6740/9
6741/12 6741/20
prosecutors [2] 6712/5
6740/9
provide [1] 6700/13
provider [1] 6775/13
prudent [1] 6688/21
public [7] 6716/15
6724/13 6725/13
6733/11 6790/18
6790/19 6791/5
publicly [2] 6716/9
6725/20
publish [4] 6756/8
6759/3 6778/8 6780/2
Pugh [1] 6715/18
pull [9] 6708/1 6708/5
6714/11 6715/10
6716/21 6721/2
6731/21 6735/4
6736/15
pulled [1] 6708/14
pulling [1] 6735/7
purchase [1] 6784/3
purchased [1] 6784/8

purchasing [1]
6784/16
purpose [3] 6754/6
6784/9 6784/17
push [1] 6735/11
pushed [1] 6784/25
put [11] 6693/15
6696/12 6703/22
6705/20 6730/22
6731/9 6739/2 6742/20
6790/12 6790/13
6793/13
puts [1] 6687/5
putting [1] 6689/12
PUTZI [1] 6683/16

## Q

question [25] 6687/10
6694/24 6698/5
6700/13 6702/14
6705/12 6723/22
6724/20 6724/21
6727/11 6728/10
6741/3 6741/25 6742/9
6742/10 6747/7
6747/10 6760/4 6760/4
6760/5 6788/21
6788/24 6789/7 6789/9
6793/12
questioned [1] 6714/6
questioning [5]
6698/16 6706/7
6746/18 6750/25
6757/19
questions [29] 6701/8
6702/16 6704/24
6711/20 6711/24
6740/10 6740/16
6745/12 6750/14
6754/9 6762/24
6762/24 6763/1
6765/15 6765/17
6766/6 6766/7 6775/23
6776/1 6777/9 6777/11
6781/3 6781/7 6784/3
6784/5 6785/11 6787/6
6788/5 6792/18
quick [2] 6754/15
6782/19
quickly [6] 6728/24
6756/19 6772/23
6790/25 6792/14
6793/2
quite [4] 6728/7
6763/11 6789/16
6790/15

## R

radio [1] 6788/22
raise [1] 6757/18
Rakoczy [15] 6681/14
6686/12 6718/15
6727/5 6727/24
6738/15 6740/11
6762/18 6771/10
6773/13 6779/4
6781/21 6783/13
6792/22 6796/19

**R**

**ranks** [1]  6695/17
**rattle** [1]  6747/17
**re** [1]  6795/11
**reached** [1]  6794/9
**reaching** [1]  6756/13
**read** [31]  6687/4
6690/15 6692/20
6697/17 6697/22
6715/15 6721/7
6726/19 6739/12
6740/10 6742/4
6742/15 6747/3
6747/22 6749/9
6751/15 6753/21
6757/9 6759/13
6759/15 6760/11
6760/20 6761/1 6761/4
6761/20 6763/12
6767/16 6776/21
6782/16 6785/5 6788/1
**reading** [3]  6693/1
6756/3 6788/14
**reads** [1]  6718/8
**ready** [2]  6703/9
6772/9
**real** [2]  6754/15
6782/19
**really** [3]  6695/10
6696/24 6783/4
**Realtime** [1]  6684/3
**reason** [5]  6696/1
6703/6 6704/17
6704/21 6719/18
**reasoning** [1]  6783/8
**reasons** [4]  6730/17
6753/17 6783/3
6792/13
**recall** [16]  6708/7
6708/12 6738/13
6746/14 6747/25
6747/25 6756/3 6763/1
6768/7 6773/20 6776/1
6785/15 6786/1 6791/1
6791/20 6794/13
**recalled** [2]  6725/19
6725/19
**receipt** [2]  6758/10
6758/11
**receive** [2]  6757/24
6758/4
**received** [4]  6718/20
6739/9 6755/25 6759/5
**receiver** [9]  6709/10
6709/11 6709/14
6709/17 6709/20
6710/3 6710/12
6710/15 6711/10
**receiving** [1]  6791/18
**recent** [1]  6687/2
**recently** [4]  6729/16
6756/22 6757/11
6757/20
**recess** [3]  6772/19
6800/17 6800/18
**recognize** [4]  6692/8
6703/25 6756/18
6759/9

**recollection** [4]
6776/13 6776/24
6777/2 6798/15
**reconcile** [1]  6796/21
**record** [20]  6688/24
6689/3 6689/18
6695/24 6719/16
6722/20 6726/2
6731/15 6732/11
6766/17 6772/8
6788/13 6793/5
6793/13 6796/25
6797/2 6797/13
6797/21 6799/20
6799/23
**recorded** [1]  6684/6
**recording** [10]  6736/20
6736/21 6741/21
6741/24 6742/2
6788/11 6788/22
6791/18 6791/22
6797/14
**records** [18]  6713/9
6719/17 6724/9
6724/23 6728/19
6731/6 6731/17 6768/2
6771/6 6775/1 6775/8
6776/10 6777/3 6778/2
6778/5 6778/14
6778/16 6780/1
**recover** [1]  6707/10
**recovered** [8]  6707/17
6707/20 6707/23
6734/16 6734/22
6734/25 6735/2
6736/25
**RECROSS** [1]  6685/4
**redacted** [3]  6797/18
6798/21 6799/16
**redaction** [4]  6797/24
6798/8 6798/24
6799/16
**redactions** [1]  6741/10
**redirect** [11]  6685/4
6702/7 6702/9 6728/22
6762/18 6762/21
6771/15 6771/18
6783/3 6783/6 6783/9
**reference** [2]  6690/9
6800/4
**referenced** [5]  6690/10
6690/11 6736/3
6741/15 6781/16
**referencing** [2]
6711/10 6717/13
**referring** [3]  6715/23
6755/10 6787/4
**reflect** [1]  6792/13
**reflected** [2]  6731/7
6791/23
**refresh** [3]  6776/13
6776/24 6777/2
**regard** [1]  6691/21
**regarding** [10]  6691/1
6708/10 6712/19
6716/24 6725/7
6725/25 6738/22
6739/24 6740/6

**regards** [1]  6692/10
**Registered** [1]  6684/2
**rehabilitate** [2]  6692/7
6702/2
**rehabilitation** [1]
6702/3
**relate** [1]  6753/11
**related** [1]  6784/4
**relates** [2]  6695/9
6753/12
**relating** [1]  6693/2
6748/22
**relation** [1]  6797/8
**relationship** [1]
6694/20
**relevance** [2]  6728/5
6752/21
**relevant** [4]  6753/2
6753/5 6753/17
6781/15
**relying** [1]  6776/7
**remember** [19]
6738/24 6746/9
6757/13 6758/23
6759/21 6765/11
6765/17 6766/20
6774/9 6776/11
6777/10 6781/7
6781/25 6782/5
6783/21 6784/5 6784/9
6784/21 6788/5
**remind** [6]  6738/20
6765/5 6766/24
6784/23 6791/3
6800/10
**reminder** [1]  6697/3
**removed** [2]  6725/21
6754/1
**replacement** [4]
6709/17 6709/22
6711/4 6711/6
**report** [2]  6776/12
6776/21
**Reporter** [4]  6684/2
6684/2 6684/3 6684/3
**reports** [3]  6747/22
6751/16 6782/10
**represent** [1]  6693/14
**Republican** [1]
6714/19
**request** [6]  6692/25
6693/16 6694/18
6695/25 6696/1 6697/2
**requesting** [1]  6711/3
**require** [1]  6724/5
**Reserve** [1]  6752/2
**reserved** [1]  6794/15
**reserves** [1]  6687/13
**residence** [10]  6747/24
6748/4 6748/5 6748/21
6749/3 6749/12 6751/1
6751/6 6751/12 6781/6
**resist** [1]  6760/16
**resolve** [1]  6689/20
**resources** [2]  6790/11
6790/13
**respect** [4]  6695/21

6786/19
**respectfully** [2]  6696/2
6697/2
**respond** [1]  6780/15
**responding** [2]  6718/2
**response** [5]  6728/4
6757/17 6757/17
6780/18 6789/9
**rest** [2]  6772/7 6799/20
**rested** [2]  6794/10
6796/24
**rests** [2]  6772/4
6792/24
**result** [3]  6687/15
6689/12 6750/5
**resume** [1]  6771/18
6771/23
**RESUMED** [1]  6703/14
**return** [1]  6796/22
**returns** [1]  6771/19
**review** [6]  6724/9
6729/3 6729/11
6730/19 6798/12
6799/8
**reviewed** [7]  6729/15
6745/8 6763/4 6763/8
6763/11 6763/15
6790/15
**reviewers** [1]  6798/7
**RHODES** [23]  6681/6
6682/2 6686/9 6686/16
6699/17 6699/18
6700/25 6701/1
6701/12 6701/22
6702/2 6702/15
6702/18 6744/23
6745/24 6784/14
6784/25 6785/6
6785/24 6785/25
6786/18 6791/22
6793/8
**Rhodes'** [1]  6784/3
**Rhodes's** [1]  6792/10
**rifle** [4]  6709/9 6710/14
6710/16 6711/17
**rifles** [2]  6710/8
6711/14
**right** [201]
**riots** [1]  6690/1
**rise** [4]  6686/2 6671/25
6796/6 6800/16
**risk** [1]  6696/17
**Ritchie** [1]  6683/17
**Road** [2]  6683/3
6719/5
**Rob** [2]  6708/17
6708/25
**Rob Picco** [2]  6708/17
6708/25
**robbery** [1]  6724/4
**Rohde** [8]  6708/1
6714/11 6715/10
6716/22 6731/9
6731/23 6735/4 6735/7
**ROTC** [1]  6752/5
**roughly** [1]  6777/6
**rule** [13]  6687/1 6687/4

6688/25 6689/10
6689/10 6755/12
6793/6 6793/9 6793/14
6793/16 6793/19
**Rule 29** [11]  6687/1
6687/4 6688/4 6688/13
6688/25 6689/10
6793/6 6793/9 6793/14
6793/16 6793/19
**ruled** [2]  6738/16
6739/6

**S**

**SA** [1]  6703/13
**safety** [1]  6791/5
**said** [31]  6689/21
6690/21 6691/6 6691/7
6691/15 6692/10
6693/19 6694/5
6699/19 6699/20
6701/15 6724/24
6742/6 6745/22
6746/23 6746/25
6747/2 6748/15
6751/24 6755/16
6757/11 6762/7
6769/15 6779/1
6779/13 6780/19
6783/8 6784/8 6789/10
6791/4 6798/16
**same** [19]  6719/12
6719/14 6731/4 6731/4
6732/16 6733/5
6742/23 6749/13
6750/9 6750/25
6757/14 6770/2
6772/16 6774/14
6774/16 6780/1
6788/17 6789/11
6793/23
**sat** [1]  6743/11
**saved** [2]  6715/18
6779/10
**saving** [1]  6724/13
**saw** [1]  6783/18
**say** [35]  6687/24
6690/18 6690/25
6692/3 6692/8 6693/8
6694/19 6699/16
6701/11 6701/22
6704/24 6707/18
6707/19 6711/9
6723/17 6727/22
6735/1 6751/12
6754/20 6761/11
6763/22 6764/8 6770/4
6770/14 6774/24
6775/17 6777/14
6777/20 6780/18
6784/11 6788/17
6789/1 6789/9 6789/20
6799/3
**saying** [16]  6689/23
6700/24 6701/2 6701/2
6718/3 6720/20
6721/10 6723/8
6746/14 6754/18

**saying: [6]** 6757/6
6757/10 6757/23
6758/9 6782/5 6784/9
**says [25]** 6692/2
6713/5 6715/14
6715/19 6717/2 6717/6
6718/8 6719/2 6719/9
6720/5 6720/6 6720/6
6747/7 6757/2 6757/10
6757/24 6758/4 6758/5
6758/6 6758/7 6767/17
6768/21 6770/15
6780/9 6780/14
**scenario [1]** 6701/10
**scene [2]** 6724/5
6771/4
**scope [2]** 6751/17
6752/22
**screen [8]** 6731/12
6735/25 6755/5
6768/10 6776/15
6779/17 6784/19
6792/1
**search [9]** 6747/20
6748/1 6748/5 6749/11
6750/9 6751/2 6751/12
6775/10 6775/16
**searched [3]** 6749/6
6765/3 6765/7
**seat [3]** 6703/4
6772/20 6796/8
**seated [1]** 6686/4
**second [5]** 6708/15
6709/3 6716/5 6718/6
6718/7
**seconds [2]** 6726/18
6736/17
**section [1]** 6798/6
**security [2]** 6716/11
6740/25
**see [37]** 6686/24
6690/13 6696/24
6702/15 6708/8 6709/5
6713/5 6714/4 6719/1
6719/2 6719/9 6719/11
6720/6 6720/17
6720/19 6721/5 6723/8
6755/4 6764/20 6767/3
6768/18 6768/23
6769/3 6769/8 6770/20
6771/24 6772/6
6772/18 6778/12
6778/18 6781/18
6781/15 6784/14
6785/17 6796/4
6796/13 6800/14
**seed [1]** 6693/10
**seeing [2]** 6720/2
6757/13
**seeking [1]** 6799/21
**seems [1]** 6695/17
**seen [8]** 6697/17
6728/2 6728/6 6783/25
6786/17 6786/25
6787/1 6787/10
**seized [3]** 6748/20
6749/2 6765/2

**sex [16]** 6701/20
6702/11 6717/2 6718/8
6721/11 6745/2
6749/16 6764/10
6764/11 6764/12
6780/8 6780/13
6798/13 6798/24
6799/13 6799/15
**sender [2]** 6720/3
6720/17
**sending [1]** 6774/18
**sense [5]** 6697/19
6698/24 6702/4
6795/20 6795/24
**sent [33]** 6687/2
6705/8 6712/25
6719/24 6719/25
6720/11 6720/15
6722/4 6722/6 6722/9
6722/17 6727/2
6727/16 6727/19
6729/18 6729/25
6730/3 6731/3 6731/5
6731/15 6734/4 6747/2
6764/8 6764/9 6767/4
6769/20 6774/11
6774/15 6783/24
6784/14 6796/19
6797/1 6797/7
**sentence [3]** 6709/3
6718/6 6718/7
**sentences [1]** 6799/9
**Sentinel [1]** 6776/12
**sequence [1]** 6699/19
**sequencing [2]** 6687/1
6699/22
**Sergei [1]** 6798/10
**series [4]** 6708/10
6712/18 6740/16
6758/23
**serious [1]** 6696/17
**serve [2]** 6710/4
6786/5
**served [2]** 6786/2
6786/18
**service [8]** 6710/8
6751/23 6751/24
6753/5 6753/14
6753/15 6753/19
6754/22
**Session [1]** 6681/7
**seven [2]** 6698/17
6700/15
**several [5]** 6737/2
6761/4 6778/19 6787/1
6788/22
**sexuality [2]** 6752/14
6752/17
**share [2]** 6707/23
6707/24
**sharing [1]** 6732/7
**Shawn [1]** 6715/18
**she [41]** 6705/19
6718/16 6746/13
6746/15 6746/20
6746/21 6746/25
6747/3 6747/12
6747/16 6747/16

6748/13 6748/22
6749/12 6750/1 6750/2
6750/3 6750/6 6750/12
6751/5 6753/15
6753/17 6754/1 6758/2
6761/23 6762/1 6762/3
6762/3 6762/4 6762/5
6762/6 6781/13
6781/18 6783/19
6783/20 6783/24
6783/24 6783/25
6784/1
**she's [2]** 6782/21
6782/23
**shed [1]** 6782/10
**shells [1]** 6711/13
**short [1]** 6753/16
**shortly [3]** 6771/24
6772/18 6796/4
**shots [2]** 6733/4
6785/20
**should [11]** 6687/22
6695/16 6696/2
6699/19 6700/1 6701/9
6749/21 6757/18
6774/16 6798/17
6799/4
**shouldn't [1]** 6796/2
**show [16]** 6706/5
6716/23 6718/12
6718/25 6731/18
6732/9 6738/3 6738/6
6749/21 6755/2 6770/1
6770/1 6775/1 6784/19
6788/18 6798/15
**showed [5]** 6731/6
6750/20 6769/23
6777/13 6788/7
**showily [1]** 6790/25
**showing [2]** 6761/24
6774/8
**shown [3]** 6714/14
6750/17 6750/24
**shows [6]** 6717/16
6732/2 6732/8 6768/20
6770/2 6778/19
**side [7]** 6717/18
6722/11 6722/11
6723/8 6723/8 6770/16
6773/23
**sides [1]** 6696/24
**siege [1]** 6741/5
**Signal [25]** 6704/7
6706/15 6706/22
6707/1 6707/4 6707/9
6707/10 6707/16
6707/16 6707/23
6748/25 6758/1 6758/1
6762/25 6763/5 6763/8
6763/14 6763/22
6764/19 6764/22
6764/23 6765/6
6765/14 6765/16
6785/1
**significant [1]** 6770/23
**similar [3]** 6693/19
6719/14 6791/16

**Similarly [1]** 6748/3
**simplest [1]** 6754/6
**simply [3]** 6725/1
6783/8 6798/3
**since [3]** 6697/21
6726/6 6780/2
**single [3]** 6701/23
6704/18 6704/20
**Siniff [2]** 6749/21
6750/4
**sir [94]** 6687/7 6691/3
6703/21 6703/22
6703/25 6704/4 6707/9
6707/14 6707/25
6708/5 6709/2 6709/9
6710/3 6710/10
6711/11 6711/19
6712/4 6712/8 6712/18
6712/23 6714/1
6714/14 6715/14
6715/16 6715/23
6716/5 6716/16
6716/23 6718/23
6718/25 6720/5
6720/18 6721/5
6721/16 6722/16
6723/1 6723/11
6723/19 6724/3 6725/6
6725/11 6725/14
6725/16 6725/23
6726/12 6726/18
6726/20 6726/23
6727/3 6727/9 6729/11
6729/21 6730/2 6730/8
6730/22 6731/1
6731/12 6731/20
6732/6 6732/15
6732/21 6732/25
6733/9 6734/12 6735/7
6735/12 6736/6
6736/18 6736/24
6737/1 6737/2 6737/8
6737/17 6738/3
6739/12 6739/23
6742/19 6742/20
6744/8 6744/20 6745/4
6745/10 6745/19
6745/20 6749/18
6754/12 6755/2 6755/5
6756/3 6758/24 6760/5
6762/12 6792/20
6792/21
**sitting [1]** 6689/9
**situation [3]** 6695/23
6697/13 6702/19
**six [5]** 6700/14
6723/12 6726/1
6751/25 6752/1
**slide [17]** 6708/3
6708/15 6712/14
6714/14 6717/1 6717/5
6717/25 6718/5
6721/15 6721/17
6722/1 6726/1 6731/10
6741/13 6767/15
6792/2 6792/4
**slide 38 [2]** 6708/3

**slide 40 [1]** 6712/14
**Slide 6 [1]** 6731/10
**slides [5]** 6716/23
6769/17 6770/7
6770/13 6772/12
**slightly [3]** 6705/15
6705/21 6705/23
**small [1]** 6772/25
**Smoot [1]** 6780/21
**so [119]** 6686/20
6687/10 6687/14
6687/22 6688/24
6689/20 6689/21
6689/23 6690/23
6691/14 6691/19
6692/11 6693/11
6693/15 6694/18
6694/23 6695/10
6696/19 6697/16
6697/22 6698/2
6698/18 6699/9
6699/12 6699/16
6699/21 6699/22
6700/19 6701/20
6704/23 6705/1
6705/21 6707/15
6708/14 6708/16
6709/8 6711/2 6716/13
6717/1 6718/12
6718/16 6719/15
6719/23 6720/24
6721/5 6721/15
6722/10 6723/6
6727/21 6728/2 6728/7
6728/20 6731/1
6731/12 6732/15
6733/25 6736/6 6736/9
6738/20 6739/7 6747/9
6747/10 6747/20
6748/9 6748/12
6748/20 6751/3 6751/5
6751/10 6751/13
6751/23 6752/7 6753/6
6753/11 6754/15
6755/7 6756/3 6756/11
6756/21 6757/9
6759/12 6759/16
6759/20 6760/14
6761/8 6761/14
6763/18 6763/19
6766/17 6767/3 6770/3
6772/4 6774/6 6775/17
6776/6 6782/21 6783/4
6783/9 6782/10
6783/11 6786/12
6789/11 6790/4
6794/13 6794/15
6795/10 6795/14
6795/23 6796/1 6796/2
6796/2 6796/3 6796/12
6797/1 6797/10
6798/13 6798/20
6798/25 6799/19
**so I think [3]** 6704/23
6705/1 6705/21
**So this is [1]** 6699/9
**solution [1]** 6692/24

**S**

some [46] 6688/1
6689/7 6692/16
6692/20 6695/17
6697/15 6697/19
6700/18 6701/12
6703/7 6704/20
6704/25 6704/25
6705/14 6705/19
6705/21 6709/8
6722/24 6723/15
6734/13 6734/25
6736/11 6746/19
6747/1 6751/13
6762/24 6762/24
6765/8 6765/14
6765/20 6766/6 6766/6
6773/3 6775/23 6777/8
6777/19 6781/3 6783/9
6783/10 6784/2
6785/11 6787/6 6787/7
6788/1 6795/19
6797/18
somebody [10] 6692/2
6699/24 6700/12
6723/24 6724/4
6724/10 6725/1 6737/4
6779/10 6782/14
someone [10] 6694/14
6715/17 6737/3
6763/15 6763/16
6764/8 6764/18
6780/15 6782/15
6791/19
someone's [2] 6761/12
6775/18
something [18]
6692/11 6694/22
6696/9 6697/11
6697/19 6697/20
6711/25 6716/7 6716/8
6716/10 6716/13
6728/22 6734/4
6742/11 6746/14
6746/25 6757/13
6767/12
sometime [1] 6777/22
sometimes [1] 6787/3
somewhere [1] 6795/8
soon [1] 6800/15
sorry [16] 6729/20
6729/22 6745/22
6755/16 6757/17
6758/20 6769/18
6779/24 6780/4
6780/11 6780/12
6785/3 6788/15 6792/7
6793/11 6796/11
sort [8] 6687/12
6687/14 6695/12
6765/9 6774/10
6790/21 6798/17
6798/22
sound [19] 6708/18
6709/12 6709/19
6710/14 6712/22
6717/11 6717/19
6718/3 6718/9 6719/12

6732/19 6736/12
6737/5 6737/14
6739/25 6740/21
6741/1
sounds [3] 6722/22
6750/7 6754/19
source [7] 6716/7
6716/13 6725/12
6725/20 6734/4 6734/6
6790/15
speak [3] 6687/12
6753/7 6795/14
Speaker [2] 6695/4
6695/7
speaking [3] 6765/14
6771/3 6786/12
speaks [1] 6687/12
Special [35] 6703/10
6703/11 6738/22
6739/19 6739/24
6740/15 6741/3
6742/16 6743/15
6744/1 6744/3 6762/23
6773/15 6774/4 6774/8
6775/7 6775/23
6776/20 6780/7 6781/2
6783/18 6784/2 6785/6
6785/11 6787/10
6787/23 6788/2 6788/8
6788/20 6788/21
6789/12 6789/15
6791/17 6792/10
6798/19
Special Agent [18]
6703/10 6703/11
6738/22 6739/19
6739/24 6742/16
6744/1 6762/23 6774/4
6780/7 6783/18 6784/2
6785/6 6785/11
6787/23 6788/8
6788/21 6798/19
Special Agent Lochner
[2] 6788/2 6789/12
Special Agent
Lochner's [1] 6788/20
Special Agent Moore
[10] 6773/15 6774/8
6775/7 6775/23
6776/20 6781/2
6787/10 6789/15
6791/17 6792/10
specific [4] 6690/16
6693/10 6693/11
6786/16
specifically [9] 6690/8
6693/18 6697/20
6726/14 6729/2 6748/4
6786/12 6787/3
6791/14
specifically instructed
[1] 6697/20
specifics [3] 6730/20
6748/1 6777/19
specify [1] 6687/11
speculate [2] 6761/16
6783/3

speculating [1]
6761/14
speculation [1] 6761/9
speech [2] 6690/14
6691/14
split [1] 6720/19
spoke [2] 6718/15
6748/6
spoken [2] 6755/19
6756/16
sponsor [2] 6700/24
6700/25
squads [1] 6790/20
Sr [1] 6683/16
staff [1] 6786/13
stage [1] 6715/14
Stamey [1] 6766/3
stamp [2] 6757/24
6758/5
stamping [1] 6758/12
stand [3] 6703/14
6723/3 6756/22
Standard [1] 6723/3
standing [1] 6703/6
stands [1] 6800/17
stanley [1] 6683/2
6683/5
start [7] 6688/1 6691/5
6698/11 6703/7
6766/12 6795/21
6796/3
started [4] 6687/18
6736/11 6760/9 6800/7
starting [2] 6768/11
6780/5
starts [1] 6770/15
state [5] 6710/19
6711/13 6786/12
6786/14 6793/5
stated [1] 6785/19
statement [1] 6690/16
6702/23 6746/24
6758/14 6798/10
statements [6]
6742/18 6791/23
6794/15 6794/16
6795/3 6800/3
STATES [7] 6681/1
6681/3 6681/10 6686/8
6712/10 6741/6
6760/23
station [1] 6762/6
status [1] 6704/7
Steal [2] 6783/20
6788/3
stenography [1]
6684/6
step [4] 6695/12
6696/16 6772/2
6792/20
steps [3] 6769/6
6775/17 6782/16
STEWART [9] 6681/6
6682/2 6686/9 6699/17
6700/25 6701/1
6701/12 6744/23
6756/12
Stewart Rhodes [5]

6701/1 6701/12
6744/23
still [4] 6733/4 6752/2
6764/19 6800/10
stipulation [2] 6753/21
6753/24
stop [5] 6731/24
6732/10 6756/20
6783/20 6788/3
stop me [1] 6756/20
store [1] 6711/13
stormed [1] 6690/11
story [2] 6692/20
6696/10
Street [3] 6681/17
6682/11 6682/15
strike [2] 6692/23
6751/11
subjects [2] 6790/4
6790/17
submitted [2] 6733/5
6733/13
subordinates [1]
6786/13
subpoenas [1]
6723/22
subscriber's [1]
6775/11
subsequent [1]
6755/12
substance [2] 6728/4
6799/4
substantive [1]
6798/17
such [2] 6782/16
6785/17
suggest [5] 6687/4
6728/23 6742/18
6767/21 6770/8
suggested [6] 6681/13
6782/2 6782/3 6784/16
6788/2 6788/8
suggesting [6]
6743/12 6782/14
6783/20 6783/24
6785/17 6787/4
suggests [2] 6729/16
6767/23
Suite [4] 6682/4 6682/8
6683/8 6683/17
support [1] 6783/11
supposed [1] 6786/14
sure [25] 6690/23
6691/19 6693/1 6693/2
6693/21 6695/10
6700/21 6710/17
6723/2 6724/20 6731/8
6742/11 6742/13
6752/24 6753/2 6753/8
6760/10 6773/4
6780/10 6780/20
6783/13 6796/24
6797/4 6799/23 6800/5
surprises [1] 6796/13
surrounding [2]
6779/2 6779/15
sustained [3] 6713/16

sweet [1] 6718/3
switching [1] 6716/5
Switzerland [1]
6696/22
sworn [2] 6703/14
6740/15

**T**

table [1] 6727/6
take [26] 6700/19
6703/8 6707/8 6711/17
6721/2 6723/21
6724/17 6724/18
6726/18 6739/12
6762/13 6768/17
6771/9 6771/17
6771/22 6776/20
6777/1 6778/20 6781/1
6782/16 6785/8
6785/10 6793/6 6795/4
6796/2 6798/14
taken [2] 6745/3
6751/6
taking [1] 6785/9
talk [11] 6704/19
6705/16 6730/20
6735/11 6746/24
6748/3 6752/18
6753/18 6758/15
6773/25 6774/1
talked [9] 6734/6
6734/13 6747/23
6751/23 6753/4
6753/14 6758/22
6759/20 6791/17
talkie [1] 6735/11
talking [9] 6698/8
6725/23 6725/24
6730/18 6750/12
6763/6 6773/17
6782/21 6782/24
tampering [3] 6725/7
6726/7 6730/16
target [1] 6791/15
Tarpley [2] 6682/10
6686/16
task [1] 6763/11
TC [1] 6774/9
TC-54 [1] 6774/9
telephone [3] 6748/7
6748/9 6748/12
tell [18] 6697/22
6704/4 6704/4 6719/15
6739/2 6752/8 6752/11
6754/5 6754/16
6763/15 6764/7 6764/9
6764/13 6764/16
6764/24 6767/7 6779/1
6779/13
ten [1] 6736/13
tendencies [1] 6744/18
term [1] 6779/5
terms [5] 6699/22
6753/16 6759/21
6759/25 6783/12
terrorism [1] 6791/8
testified [18] 6703/14

**testified... [17]** 6708/5
6711/10 6712/5
6725/21 6725/24
6725/25 6727/20
6730/8 6735/8 6737/8
6737/12 6746/8
6753/13 6755/7
6756/11 6756/19
6766/8
**testifies [4]** 6699/17
6701/16 6701/22
6787/16
**testify [7]** 6698/18
6702/24 6704/24
6705/18 6728/7
6753/21 6761/19
**testifying [3]** 6702/15
6708/12 6783/21
**testimony [23]** 6699/4
6699/15 6711/24
6712/5 6715/8 6738/19
6738/22 6739/24
6740/2 6740/5 6741/9
6742/21 6746/7
6753/22 6760/17
6765/1 6768/6 6787/7
6787/19 6787/23
6788/20 6791/20
6798/20
**Texas [5]** 6723/6
6785/13 6785/18
6785/21 6785/25
**text [16]** 6718/9
6719/15 6719/16
6721/11 6722/9
6722/20 6731/16
6732/7 6748/25 6749/2
6755/12 6756/4
6773/24 6775/4
6775/12 6775/18
**than [9]** 6693/23
6695/19 6696/12
6705/25 6706/4
6723/17 6724/18
6727/17 6796/2
**thank [40]** 6688/16
6694/7 6696/4 6698/3
6698/4 6703/11 6730/6
6742/19 6745/10
6745/13 6745/15
6747/15 6759/7
6762/12 6762/14
6762/19 6766/15
6769/19 6771/9
6772/21 6774/2 6774/5
6774/6 6775/21
6776/18 6778/11
6778/20 6781/1 6785/4
6785/10 6792/17
6792/19 6792/21
6792/23 6794/6
6794/21 6796/5
6799/17 6800/13
6800/14
**thank you [27]**
6688/16 6694/7 6696/4
6698/3 6698/4 6703/11

6762/14 6762/19
6769/19 6771/9
6772/10 6774/2
6775/21 6776/18
6778/11 6781/1 6785/4
6785/10 6792/17
6792/19 6792/21
6792/23 6796/5
6800/14
**Thanks [1]** 6754/12
**that [635]**
**that correct [1]** 6730/4
**that right [1]** 6730/13
**that was [1]** 6753/9
**that way [1]** 6696/13
**that's [149]**
**their [18]** 6689/12
6692/4 6692/12
6692/16 6695/17
6698/2 6701/8 6702/17
6704/6 6711/13 6745/2
6752/17 6761/8
6764/19 6764/20
6764/23 6771/3
6778/22
**thelinderfirm.com [1]**
6682/6
**them [21]** 6690/20
6692/8 6693/5 6694/12
6694/14 6694/19
6695/18 6697/18
6697/22 6705/22
6711/14 6713/22
6722/11 6733/11
6749/9 6759/13 6773/2
6787/5 6795/5 6796/23
6797/7
**themselves [1]**
6713/23
**themselves in [1]**
6713/23
**then [62]** 6688/1
6688/2 6688/9 6688/16
6689/21 6692/2 6692/3
6692/4 6692/15
6692/16 6693/12
6694/13 6694/19
6698/14 6698/14
6701/9 6701/17
6701/25 6702/1
6702/15 6704/6 6706/2
6711/17 6718/6
6720/14 6725/1
6735/23 6739/20
6740/11 6740/16
6740/23 6741/3
6741/12 6741/25
6742/9 6742/9 6742/20
6752/5 6754/7 6755/12
6757/2 6757/10
6758/15 6770/16
6771/18 6772/8
6775/16 6780/15
6782/13 6789/3 6789/3
6793/6 6795/19
6795/20 6797/18
6798/16 6798/17

6799/21 6799/25
**theory [1]** 6760/1
**there [50]** 6688/24
6689/6 6692/5 6692/8
6692/19 6694/21
6695/17 6696/18
6697/15 6700/22
6705/12 6705/14
6705/21 6708/10
6709/5 6709/8 6712/18
6716/3 6719/7 6720/14
6727/1 6730/9 6734/20
6737/2 6737/2 6748/21
6749/20 6751/13
6751/13 6756/11
6757/25 6758/10
6758/20 6759/12
6762/4 6765/5 6765/9
6765/10 6770/3 6773/7
6776/18 6778/12
6779/1 6782/3 6783/19
6786/14 6786/16
6794/14 6798/7 6799/8
**there's [18]** 6687/5
6694/20 6696/8
6700/14 6705/1
6707/15 6710/17
6727/25 6728/20
6742/17 6751/10
6756/18 6756/25
6758/11 6762/7
6775/17 6783/10
6795/17
**therefore [1]** 6702/2
**these [22]** 6686/22
6690/16 6697/16
6701/20 6706/4
6712/24 6719/15
6729/5 6751/5 6756/3
6756/3 6756/15 6757/9
6759/15 6765/20
6766/20 6778/2 6778/5
6778/14 6778/16
6784/16 6790/21
**they [73]** 6689/3
6690/21 6690/23
6690/24 6692/5
6692/12 6692/15
6692/16 6693/8
6693/24 6694/10
6694/11 6694/11
6695/11 6697/6
6697/21 6698/2
6699/23 6700/8
6701/10 6702/9
6711/19 6713/21
6713/22 6723/3
6727/15 6743/6 6743/9
6743/10 6743/11
6743/12 6744/25
6749/23 6750/20
6751/1 6751/24
6752/17 6752/18
6752/19 6753/4
6754/16 6754/21
6756/4 6758/15 6760/2
6760/5 6760/7 6760/14

6760/16 6760/22
6760/22 6761/2
6764/11 6764/11
6764/12 6764/24
6768/2 6768/3 6769/5
6773/1 6778/4 6779/10
6787/18 6792/12
6792/16 6794/16
6795/2 6796/24
6797/24 6798/2 6800/4
**they'd [1]** 6697/17
**they'll [1]** 6723/2
**they're [5]** 6701/10
6733/20 6760/11
6769/6 6793/5
**they've [3]** 6693/6
6694/13 6773/3
**thing [5]** 6732/16
6748/6 6772/25 6785/5
6798/2
**things [10]** 6696/17
6705/14 6705/21
6717/17 6720/16
6731/7 6748/25
6751/10 6751/13
6782/10
**think [77]** 6687/18
6687/20 6689/20
6691/11 6691/20
6691/24 6692/4
6692/25 6693/9 6693/9
6693/22 6694/17
6695/11 6695/12
6695/16 6695/21
6695/24 6695/25
6696/10 6696/16
6697/9 6697/11
6697/22 6697/23
6697/24 6697/24
6698/21 6698/23
6698/24 6699/9
6700/14 6701/15
6701/24 6701/25
6702/9 6702/12
6702/19 6704/23
6705/1 6705/14
6705/19 6705/21
6712/15 6715/12
6715/20 6721/4 6723/2
6724/1 6728/1 6728/2
6728/5 6728/9 6728/10
6729/22 6731/10
6736/20 6738/11
6738/16 6742/12
6746/20 6747/3 6758/9
6761/20 6761/21
6762/15 6766/14
6771/14 6773/23
6780/21 6781/18
6782/23 6782/25
6788/15 6795/15
6795/24 6796/18
6798/22
**thinks [2]** 6698/23
6781/19
**third [1]** 6775/13
**third-party [1]** 6775/13

**This is [1]** 6686/7
**Thomas [12]** 6683/16
6686/11 6740/6 6742/7
6765/15 6773/23
6774/9 6775/25 6788/3
6789/4 6789/6 6794/4
**Thomas Caldwell [6]**
6742/7 6765/15 6788/3
6789/4 6789/6 6794/4
**Thomas Caldwell 54
[2]** 6773/23 6774/9
**Thomas Edward
Caldwell [1]** 6686/11
**thorough [1]** 6724/24
**thoroughly [1]** 6723/23
**those [32]** 6687/23
6702/20 6708/12
6709/4 6716/3 6720/16
6724/25 6729/17
6734/17 6734/25
6742/16 6744/4
6759/12 6763/1
6765/17 6765/22
6767/25 6776/1 6776/7
6777/11 6778/22
6781/7 6784/5 6784/7
6785/15 6792/10
6794/15 6796/21
6797/8 6798/16
6798/19 6799/20
**though [5]** 6695/24
6701/6 6774/2 6780/16
6780/22
**thought [17]** 6691/7
6722/23 6722/23
6722/23 6753/23
6754/6 6755/16 6760/7
6760/15 6760/22
6761/2 6761/11 6788/8
6795/6 6796/25
6797/16 6797/20
**thoughts [1]** 6695/14
**thousands [4]** 6707/13
6707/14 6789/18
6790/6
**threat [1]** 6791/5
**three [6]** 6709/10
6712/7 6737/19 6743/7
6789/15 6789/16
**through [22]** 6688/15
6704/22 6705/9
6706/22 6712/19
6718/23 6724/7 6732/7
6738/17 6744/12
6744/25 6747/9 6753/7
6754/3 6754/6 6756/15
6758/16 6777/8
6784/15 6784/25
6790/18 6798/19
**time [62]** 6688/14
6696/25 6700/18
6704/9 6710/4 6710/24
6711/12 6712/24
6713/2 6719/21 6720/1
6720/24 6720/25
6721/5 6721/6 6721/7
6721/8 6722/3 6722/8

**T**

**time... [43]** 6722/9
6722/10 6722/10
6722/14 6722/19
6723/4 6723/9 6723/13
6723/21 6724/7
6724/12 6724/13
6724/21 6728/20
6729/15 6731/23
6743/6 6744/11 6748/5
6751/12 6752/7
6753/16 6754/18
6757/24 6758/5
6758/12 6765/7
6768/13 6773/4 6776/4
6776/7 6780/24 6781/6
6781/10 6785/14
6786/7 6789/5 6789/10
6795/14 6797/15
6798/5 6798/9 6798/22
**time-stamping [1]**
6758/12
**timeline [1]** 6750/7
**times [2]** 6712/4
6712/7
**timing [1]** 6795/23
**tip [2]** 6797/13 6799/4
**tips [1]** 6790/19
**tipster [2]** 6798/17
6798/23
**titles [1]** 6787/4
**today [8]** 6687/24
6689/9 6725/25
6760/17 6762/24
6773/3 6787/10
6795/25
**together [1]** 6705/20
**told [7]** 6697/18 6705/9
6746/25 6778/5 6786/2
6795/1 6795/7
**Tom [5]** 6713/6
6713/13 6717/2 6719/2
6719/25
**Tom Caldwell [2]**
6719/2 6719/25
**Tom Commander [2]**
6713/6 6713/13
**tomorrow [2]** 6772/8
6793/7
**too [2]** 6728/24
6756/19
**took [7]** 6690/2 6712/9
6713/13 6740/2 6749/1
6781/25 6797/24
**top [4]** 6705/22 6709/5
6713/5 6780/20
**topics [1]** 6716/5
**touch [3]** 6745/21
6757/8 6758/16
**Towers [1]** 6683/17
**transcript [10]** 6681/9
6684/6 6787/11
6787/20 6788/2 6788/7
6788/9 6788/15
6788/17 6800/11
**transcription [1]**
6684/7
**transcripts [1]** 6799/22

Trees [1] 6715/18
6785/21
**Trees [1]** 6715/18
**Trees Shawn Pugh [1]**
6715/18
**trial [5]** 6681/9 6690/5
6691/8 6697/14
6702/25
**tricky [1]** 6702/14
**tried [1]** 6796/20
**trouble [2]** 6720/2
6745/1
**Troy [2]** 6681/16
6686/13
**Troy Edwards [1]**
6686/13
**true [15]** 6694/16
6694/16 6706/3
6708/24 6709/17
6712/24 6712/25
6713/19 6713/19
6715/4 6715/7 6715/23
6727/9 6729/2 6730/15
**Trump [3]** 6714/23
6715/1 6785/9
**Truong [4]** 6714/16
6714/19 6715/4 6715/7
**Trust [1]** 6722/13
**try [1]** 6702/1
**trying [11]** 6692/23
6720/18 6722/8
6728/11 6745/1
6753/12 6757/7
6775/18 6783/5
6783/12 6790/5
**Ts [1]** 6723/23
**turned [4]** 6713/22
6749/12 6761/23
6762/5
**tweaked [1]** 6705/19
**two [13]** 6695/12
6696/16 6698/1 6716/3
6717/5 6753/15
6766/12 6782/22
6794/14 6794/14
6795/3 6796/15 6798/7
**two-step [2]** 6695/12
6696/16
**TX [2]** 6682/4 6682/8
**type [1]** 6791/9
**types [1]** 6786/25

**U**

**U.N [1]** 6760/22
**U.S [3]** 6681/16 6687/3
6711/18
**U.S. [1]** 6727/6
**ultimately [3]** 6705/18
6786/13 6798/18
**under [7]** 6688/10
6705/8 6727/21 6793/6
6793/14 6793/16
6793/19
**understand [14]**
6690/15 6692/1
6694/20 6711/11
6719/22 6723/8
6724/3 6728/21

6759/25 6760/7 6762/7
6800/12
**understanding [8]**
6689/9 6710/15 6716/8
6751/7 6752/12
6752/13 6760/9
6760/11
**understands [1]**
6753/4
**understood [6]**
6690/13 6690/13
6723/10 6723/18
6748/12 6760/2
**undertaken [1]** 6790/8
**unduly [1]** 6697/12
**unfold [1]** 6795/24
**unique [2]** 6698/20
6699/9
**unit [1]** 6786/13
**UNITED [7]** 6681/1
6681/3 6681/10 6686/8
6712/10 6741/6
6760/23
**United States [2]**
6712/10 6760/23
**unlawful [1]** 6784/17
**unless [6]** 6692/18
6698/23 6699/14
6701/3 6779/9 6785/20
**unlike [1]** 6697/13
**unlimited [1]** 6710/24
**unload [1]** 6711/13
**unraveling [1]** 6795/18
**unredacted [4]** 6798/6
6798/12 6799/7 6799/8
**unsend [2]** 6725/19
6774/25
**unsending [5]** 6716/25
6721/19 6725/7
6727/18 6779/11
**unsent [30]** 6725/18
6727/16 6728/12
6728/19 6729/13
6730/17 6731/2
6731/14 6731/15
6732/12 6732/17
6732/18 6733/10
6734/3 6734/13
6734/23 6735/2 6766/8
6768/2 6768/3 6770/17
6774/23 6777/10
6777/21 6778/13
6778/14 6778/19
6779/8 6779/14
6780/14
**until [10]** 6687/16
6687/23 6687/25
6689/11 6691/14
6727/22 6728/12
6729/5 6729/13
6746/15
**up [52]** 6689/10 6694/9
6699/11 6700/14
6700/16 6701/9
6701/22 6701/25
6703/11 6703/22
6708/1 6708/5 6708/14

6716/21 6718/13
6720/6 6721/3 6723/3
6730/22 6731/10
6731/12 6731/21
6735/4 6735/7 6735/25
6736/4 6736/15
6739/23 6747/17
6749/17 6749/22
6750/17 6750/20
6756/21 6759/16
6761/24 6766/11
6768/10 6769/6
6773/13 6773/22
6776/15 6777/25
6779/17 6779/25
6783/5 6783/14
6791/14 6792/1 6793/6
6795/21
**upon [4]** 6713/20
6713/20 6729/3
6785/21
**upper [10]** 6709/10
6709/14 6709/16
6709/17 6709/20
6710/3 6710/11
6710/15 6711/10
6712/9
**uppers [1]** 6709/4
**URL [2]** 6719/14
6719/14
**us [6]** 6695/19 6703/8
6765/5 6778/5 6786/2
6791/3
**usdoj.gov [2]** 6681/19
6681/20
**use [9]** 6704/16
6704/17 6712/9
6772/12 6779/5
6784/13 6784/16
6787/9 6795/2
**used [4]** 6689/25
6748/9 6784/12
6790/20
**using [1]** 6711/25
**UTC [15]** 6720/1
6720/25 6721/8 6722/3
6722/8 6722/9 6722/10
6722/19 6722/23
6722/24 6723/1 6723/3
6723/6 6780/6 6780/8
**utilizing [1]** 6744/11

**V**

**various [4]** 6704/7
6748/15 6763/5 6787/4
**vein [1]** 6694/22
**venue [1]** 6695/25
**verify [1]** 6723/9
**version [3]** 6766/23
6766/24 6768/5
**versus [3]** 6686/8
6687/3 6691/22
**very [15]** 6690/4
6722/22 6724/23
6729/2 6730/17
6732/11 6733/1
6766/15 6774/5
6774/17 6775/21

6789/11 6796/5
**very -- yes [1]** 6774/17
**Vetted [1]** 6707/4
**Vetted OK Florida [1]**
6707/4
**via [1]** 6731/16
**video [43]** 6717/7
6717/13 6717/16
6717/22 6718/3 6718/9
6719/12 6721/11
6721/22 6725/8
6725/18 6725/19
6731/25 6732/4 6732/6
6732/8 6732/11
6732/18 6733/1 6733/5
6733/11 6733/17
6734/3 6734/8 6767/10
6767/18 6767/23
6768/4 6768/5 6768/5
6768/12 6768/17
6768/20 6768/22
6768/23 6768/23
6769/1 6769/3 6769/8
6769/13 6769/20
6770/2 6770/3
**videotaped [1]**
6737/24
**view [4]** 6697/9
6700/16 6782/15
6783/11
**viewing [1]** 6688/16
**violence [2]** 6711/17
6791/13
**Virginia [6]** 6710/19
6710/24 6711/13
6714/20 6715/1 6784/1
**voice [6]** 6742/2
6743/6 6743/11 6745/1
6752/17 6789/4
**voir [2]** 6693/6 6693/13
**voluntarily [1]** 6762/6
**vs [1]** 6681/5

**W**

**Wadesville [1]** 6719/5
**wait [3]** 6687/15
6687/23 6687/25
**waiting [2]** 6701/21
6796/22
**waiver [1]** 6689/12
**waiving [1]** 6689/3
**walk [2]** 6711/14
6718/23
**walkie [1]** 6735/11
**walkie-talkie [1]**
6735/11
**walking [1]** 6769/6
**Wall [1]** 6687/3
**want [20]** 6689/17
6690/23 6692/7 6693/8
6693/8 6701/5 6702/15
6707/9 6724/7 6728/22
6739/1 6739/20
6745/21 6753/3 6754/8
6754/20 6755/14
6758/13 6795/4 6800/9
**wanted [12]** 6687/24

6822

**wanted... [11]** 6689/21
6760/16 6764/18
6795/9 6796/21
6796/22 6796/23
6796/24 6797/4
6798/15 6800/5
**wanting [1]** 6781/16
**wants [2]** 6727/21
6799/3
**warrant [4]** 6762/4
6762/7 6775/10
6775/16
**was [221]**
**Washington [5]** 6681/5
6681/17 6683/4 6683/9
6684/5
**wasn't [7]** 6691/14
6697/20 6706/3
6751/13 6760/4 6762/1
6800/7
**watch [2]** 6782/9
6787/17
**Watchdog [1]** 6737/4
**watched [1]** 6733/18
**Watkins [36]** 6682/14
6686/11 6686/19
6701/12 6712/20
6713/1 6713/20 6714/7
6715/24 6717/17
6732/3 6732/9 6740/7
6745/6 6750/15 6755/3
6755/17 6755/22
6755/24 6755/25
6756/12 6757/4 6757/6
6757/10 6757/23
6759/1 6759/4 6759/5
6762/13 6765/24
6769/3 6770/10 6781/4
6781/5 6788/4 6793/22
**Watkins 32 [4]** 6755/3
6755/17 6755/22
6755/24
**Watkins' [2]** 6781/9
6783/18
**way [12]** 6696/8
6696/13 6696/23
6698/1 6700/12
6701/12 6734/21
6744/12 6745/3 6746/4
6757/7 6779/1
**we [153]**
**we will [2]** 6793/18
6799/20
**we'd [1]** 6704/9
**we'll [13]** 6702/21
6732/9 6766/12
6771/18 6772/8
6772/18 6774/1 6793/6
6793/22 6795/20
6796/12 6796/13
6800/14
**we're [20]** 6691/4
6694/3 6694/9 6696/17
6700/23 6701/2 6701/2
6703/24 6708/15
6715/12 6741/10
6766/18 6766/23

6798/3 6798/6 6799/19
6799/24
**we've [10]** 6700/18
6701/20 6709/1 6721/7
6725/24 6738/11
6758/13 6763/6
6771/17 6794/9
**weapon [2]** 6784/12
6784/13
**weapons [2]** 6784/7
6784/16
**Wednesday [1]** 6740/3
**week [3]** 6736/10
6743/2 6743/10
**weeks [5]** 6784/4
6785/14 6789/15
6789/16 6790/8
**weigh [1]** 6695/16
**weighed [1]** 6699/11
**weight [1]** 6693/23
**Welcome [1]** 6773/12
**well [40]** 6688/20
6690/8 6695/6 6696/5
6696/11 6697/9
6700/18 6707/5
6707/13 6708/10
6709/16 6709/23
6711/11 6711/19
6715/7 6716/5 6716/18
6719/1 6720/5 6724/3
6724/13 6724/20
6728/21 6734/20
6746/20 6746/23
6751/24 6757/23
6758/4 6760/9 6778/12
6790/16 6790/18
6794/14 6795/12
6797/7 6798/18
6798/24 6799/4 6800/8
**well-being [1]** 6724/13
**went [10]** 6712/19
6737/3 6737/4 6744/25
6746/13 6749/5
6750/12 6762/6 6781/6
6784/1
**were [82]** 6692/5
6698/8 6700/8 6702/17
6704/23 6705/9
6708/10 6709/8
6712/18 6712/25
6713/12 6714/19
6714/22 6714/25
6716/3 6716/24
6719/15 6719/15
6722/9 6722/24 6725/6
6729/5 6730/17
6732/25 6733/4 6733/6
6734/13 6734/20
6735/2 6736/11 6737/2
6737/2 6740/16
6741/16 6744/22
6744/25 6749/5 6749/6
6750/24 6751/5
6751/24 6752/17
6752/17 6755/13
6756/4 6757/9 6759/12
6760/2 6760/5 6760/14

6762/24 6765/14
6765/22 6766/8 6767/7
6767/9 6767/25
6768/24 6769/8
6773/17 6775/23
6775/24 6776/3 6777/3
6778/5 6778/12 6780/1
6781/15 6781/24
6784/7 6785/11
6787/13 6789/22
6790/5 6790/8 6792/10
6792/12 6794/14
6796/21 6798/7
**what [125]**
**what's [13]** 6695/13
6715/14 6718/12
6718/13 6731/12
6736/18 6738/3 6738/6
6738/7 6755/4 6761/19
6779/18 6797/23
**whatever [3]** 6692/8
6694/21 6798/11
**when [41]** 6687/4
6687/12 6687/13
6687/21 6691/20
6692/2 6698/11
6699/23 6711/19
6716/6 6725/11
6726/20 6729/25
6734/3 6747/16 6748/9
6748/10 6750/12
6752/4 6752/7 6757/4
6759/16 6759/17
6762/3 6762/5 6763/15
6763/16 6763/22
6764/24 6768/1
6771/19 6776/9 6777/3
6777/6 6777/9 6782/9
6782/21 6784/15
6787/16 6795/21
6800/2
**where [30]** 6686/25
6688/23 6697/14
6700/16 6710/13
6718/8 6719/8 6719/17
6720/2 6720/9 6720/20
6727/14 6732/2
6733/15 6747/23
6753/25 6766/24
6768/12 6769/5
6773/17 6779/10
6783/13 6783/25
6785/24 6786/13
6787/3 6788/2 6788/7
6791/9 6794/12
**Whereupon [1]**
6741/24
**wherever [1]** 6750/2
**whether [20]** 6687/12
6694/9 6697/17
6701/16 6735/1
6743/15 6750/20
6757/19 6760/21
6761/1 6764/10
6765/16 6770/9
6780/23 6784/7

6794/16
**which [30]** 6687/3
6687/21 6688/15
6691/4 6693/9 6702/18
6705/11 6705/22
6717/1 6722/2 6722/17
6726/16 6731/13
6732/9 6734/19
6746/17 6753/15
6756/25 6757/24
6765/9 6781/18 6786/5
6791/15 6795/3 6795/7
6798/3 6798/12 6799/8
6799/10 6799/22
**while [3]** 6693/20
6771/18 6781/17
**white [3]** 6724/15
6724/16 6724/25
**white-collar [2]**
6724/16 6724/25
**Whitney [1]** 6743/23
**Whitney Drew [1]**
6743/23
**who [15]** 6690/11
6691/17 6692/20
6705/17 6705/18
6707/17 6716/2
6735/24 6737/4
6738/17 6742/1 6749/5
6765/22 6790/19
6794/14
**whole [3]** 6702/4
6710/15 6798/2
**wholeheartedly [1]**
6773/5
**why [21]** 6696/1
6704/21 6739/19
6746/12 6746/12
6750/12 6753/2
6753/17 6760/1 6760/5
6760/7 6763/10 6771/2
6771/17 6781/5
6781/13 6783/9
6784/11 6791/12
6794/24 6796/3
**will [18]** 6689/10
6692/20 6697/12
6723/2 6729/7 6740/10
6742/4 6753/17 6759/1
6771/23 6771/24
6781/21 6793/18
6794/13 6794/15
6795/24 6796/4
6799/20
**William [2]** 6683/16
6684/2
**wish [3]** 6780/9
6780/19 6794/16
**wishes [1]** 6794/13
**withdraw [2]** 6712/2
6725/4
**within [4]** 6749/21
6750/5 6750/9 6761/23
**without [5]** 6688/22
6693/10 6702/10
6716/10 6778/21
**witness [44]** 6685/2

6699/23 6699/24
6700/1 6700/3 6700/5
6701/1 6701/3 6701/16
6701/17 6701/18
6701/19 6702/20
6703/13 6704/12
6704/16 6704/17
6704/22 6704/24
6705/2 6705/6 6705/10
6705/18 6726/16
6727/19 6728/1 6728/6
6735/23 6738/4 6738/8
6738/9 6738/17
6738/18 6739/4 6753/7
6754/3 6754/7 6755/3
6759/18 6776/16
6776/22 6787/16
**witnesses [7]** 6685/4
6699/14 6723/22
6724/4 6724/8 6724/23
6787/17
**won't [1]** 6754/16
**wondering [1]** 6694/9
**Woodward [8]** 6683/2
6683/3 6772/6 6772/8
6794/22 6795/2 6800/1
6800/6
**Woodward's [1]**
6796/22
**word [1]** 6720/6
**words [6]** 6687/16
6722/19 6733/25
6762/7 6792/10
6792/13
**work [2]** 6743/19
6790/21
**worked [4]** 6724/15
6724/15 6743/23
6743/25
**works [1]** 6701/21
**worms [1]** 6694/10
**would [92]** 6687/20
6688/7 6689/12
6691/17 6692/7
6692/25 6693/11
6693/15 6694/23
6695/24 6696/9 6697/2
6699/3 6701/13
6702/19 6704/4 6704/4
6704/13 6704/24
6707/13 6709/9
6711/16 6714/4 6716/6
6721/10 6722/2
6722/11 6722/18
6723/6 6723/8 6723/16
6723/19 6723/19
6723/24 6726/18
6729/12 6730/2
6730/19 6733/22
6738/9 6738/10
6739/23 6740/1 6740/7
6740/13 6742/15
6742/17 6745/4 6745/9
6746/17 6748/13
6748/13 6751/11

6823

**would... [35]** 6754/21
6757/20 6757/24
6759/2 6759/13 6760/1
6760/22 6760/22
6761/2 6763/11
6764/19 6764/21
6764/23 6764/25
6769/9 6769/9 6769/12
6769/18 6770/22
6771/1 6771/6 6771/8
6773/22 6776/12
6776/14 6778/23
6778/25 6782/16
6783/1 6785/21 6795/3
6796/25 6797/8
6798/20 6799/3
**wouldn't [3]** 6694/3
6724/10 6780/22
**wrap [1]** 6783/14
**wrong [1]** 6722/25
**wrote [1]** 6735/24

**Y**

**yeah [8]** 6695/11
6715/19 6733/15
6733/19 6753/23
6776/18 6786/20
6796/17
**year [4]** 6727/17
6727/17 6728/13
6729/6
**years [10]** 6698/18
6700/15 6714/20
6723/12 6724/17
6724/24 6751/25
6752/1 6753/15
6791/10
**years-long [1]** 6724/24
**Yep [1]** 6692/12
**yes [71]** 6687/7 6687/9
6688/8 6688/19 6689/1
6689/16 6691/3
6691/13 6692/2
6707/14 6710/10
6712/23 6715/16
6716/16 6720/16
6725/14 6725/16
6726/3 6727/3 6728/14
6733/17 6735/12
6736/3 6737/1 6739/6
6741/8 6741/18
6743/24 6744/6
6746/10 6747/14
6748/19 6749/1
6750/10 6757/15
6758/24 6759/23
6760/18 6763/2
6763/25 6764/6
6764/25 6765/11
6768/25 6769/2 6769/4
6770/19 6771/12
6771/20 6774/17
6777/23 6778/19
6779/6 6779/16
6780/25 6781/14
6781/22 6782/6 6782/7
6782/8 6782/12

6786/23 6789/2
6793/15 6793/18
6794/18 6794/20
6795/17 6799/18
**yesterday [30]** 6689/24
6708/6 6709/8 6711/19
6712/6 6716/24
6717/14 6718/16
6721/23 6722/12
6730/8 6734/13 6735/7
6735/8 6735/14 6737/8
6746/7 6748/6 6755/7
6759/20 6762/23
6768/6 6772/11 6784/3
6785/12 6785/19
6795/7 6796/18 6800/2
6800/7
**Yet [1]** 6743/10
**you [420]**
**you'd [5]** 6695/4
6704/3 6706/18
6706/21 6740/15
**you'll [5]** 6713/5
6719/11 6728/22
6736/21 6795/15
**you're [33]** 6688/1
6688/4 6688/4 6692/16
6693/1 6693/24 6694/6
6696/22 6709/21
6714/6 6714/8 6722/13
6723/6 6724/11
6726/20 6734/12
6737/23 6742/13
6744/3 6745/24
6749/11 6750/12
6753/25 6754/17
6759/16 6761/14
6762/15 6772/9 6773/8
6782/7 6783/13 6794/2
6799/16
**you've [5]** 6725/25
6734/6 6756/15
6756/16 6763/14
**your [116]** 6686/6
6687/9 6687/15
6687/17 6687/17
6687/22 6688/6
6688/16 6688/19
6689/8 6689/16
6689/23 6690/4
6692/21 6695/20
6696/6 6696/15 6698/3
6698/6 6699/8 6699/19
6700/7 6700/9 6704/15
6705/3 6705/7 6706/7
6710/8 6712/4 6718/15
6722/4 6722/23
6722/25 6723/7
6723/21 6725/4
6726/15 6727/12
6727/14 6727/25
6728/14 6729/3
6729/11 6732/1 6734/2
6734/23 6735/25
6737/19 6738/6 6738/8
6738/10 6738/21
6743/3 6743/19

6746/7 6748/16 6751/7
6751/16 6752/21
6753/20 6755/9
6755/14 6755/23
6760/14 6760/16
6761/8 6762/11
6762/17 6762/19
6764/7 6764/24 6765/1
6768/5 6769/10
6771/12 6771/15
6771/20 6772/7
6772/13 6773/8
6776/13 6776/24
6777/2 6779/6 6780/9
6780/20 6781/22
6782/11 6782/11
6783/2 6783/14 6786/7
6790/23 6791/3
6792/17 6792/23
6793/11 6793/15
6793/18 6794/3
6794/18 6794/20
6794/22 6795/1
6795/14 6795/16
6796/16 6797/22
6799/2 6799/5 6799/17
6799/18 6799/25
6800/2
**your Honor [59]**
6686/6 6687/9 6688/16
6688/19 6689/8
6689/16 6689/23
6692/21 6695/20
6696/15 6698/3 6698/6
6699/8 6699/19
6704/15 6705/3 6705/7
6706/7 6718/15 6725/4
6726/15 6727/12
6727/14 6727/25
6728/14 6738/6 6738/8
6738/10 6738/21
6745/11 6745/15
6752/21 6755/23
6762/11 6762/17
6762/19 6771/12
6771/20 6779/6
6781/22 6783/2
6783/14 6792/17
6792/23 6793/11
6793/15 6793/18
6794/3 6794/18
6794/20 6794/22
6795/14 6796/16
6797/22 6799/2 6799/5
6799/17 6799/18
6800/2
**Your Honor's [3]**
6687/22 6688/6 6690/4
**yours [1]** 6770/16
**yourself [1]** 6776/21

**Z**

**Zaremba [1]** 6684/2
**Zello [23]** 6735/8
6735/10 6735/20
6735/24 6736/11
6736/19 6736/21

6741/15 6741/24
6743/13 6744/11
6744/18 6744/23
6745/2 6745/6 6745/8
6745/23 6745/25
6783/21 6788/3
6788/22
**zoom [5]** 6776/17
6776/18 6776/18
6780/5 6785/4
**Zsuzsa [1]** 6683/6