```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
        * * * * * * * * * * * * * * *   )
 3      UNITED STATES OF AMERICA,       )      Criminal Action
                                        )       No. 22-00015
 4                   Plaintiff,         )
                                        )
 5        vs.                           )      AFTERNOON SESSION
                                        )
 6      ELMER STEWART RHODES, III,      )      Washington, D.C.
        et al.,                         )      November 3, 2022
 7                                      )
                     Defendants.        )      1:26 p.m.
 8                                      )
        * * * * * * * * * * * * * * *   )
 9


10
                     TRANSCRIPT OF JURY TRIAL - DAY 23
11                BEFORE THE HONORABLE AMIT P. MEHTA,
                     UNITED STATES DISTRICT JUDGE
12


13
        APPEARANCES:
14
        FOR THE GOVERNMENT:      KATHRYN L. RAKOCZY, ESQ.
15                               TROY A. EDWARDS, JR., ESQ.
                                 JEFFREY S. NESTLER, ESQ.
16                               LOUIS MANZO, ESQ.
                                 UNITED STATES ATTORNEY'S OFFICE
17                                 FOR THE DISTRICT OF COLUMBIA
                                 601 D Street, Northwest
18                               Washington, D.C. 20579

19                               ALEXANDRA S. HUGHES, ESQ.
                                 JUSTIN T. SHER, ESQ.
20                               U.S. DEPARTMENT OF JUSTICE
                                 950 Pennsylvania Avenue, Northwest
21                               Washington, D.C. 20530

22
        FOR THE DEFENDANT        PHILLIP A. LINDER, ESQ.
23             RHODES:           JAMES L. BRIGHT, ESQ.
                                 EDWARD L. TARPLEY, JR., ESQ.
24                               BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
25                               Suite 700
                                 Dallas, Texas 75219
```

```
 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT        STANLEY E. WOODWARD, JR., ESQ.
               MEGGS:          BRAND WOODWARD LAW
 3                             1808 Park Road, Northwest
                               Washington, D.C. 20010
 4
                               JULI HALLER, ESQ.
 5                             LAW OFFICES OF JULI HALLER
                               601 Pennsylvania Avenue, Northwest
 6                             Suite 900
                               Washington, D.C. 20036
 7

 8     FOR THE DEFENDANT        BRADFORD L. GEYER, ESQ.
             HARRELSON:        FORMERFEDSGROUP.COM, LLC
 9                             141 I Route 130 South
                               Suite 303
10                             Cinnaminson, New Jersey 08077

11
       FOR THE DEFENDANT        JONATHAN W. CRISP, ESQ.
12            WATKINS:         CRISP AND ASSOCIATES, LLC
                               4031 North Front Street
13                             Harrisburg, Pennsylvania 17110

14
       FOR THE DEFENDANT        DAVID W. FISCHER, SR., ESQ.
15            CALDWELL:        FISCHER & PUTZI, P.A.
                               7310 Governor Ritchie Highway
16                             Glen Burnie, Maryland 21061

17
       REPORTED BY:            LISA EDWARDS, RDR, CRR
18                             Official Court Reporter
                               United States District Court for the
19                               District of Columbia
                               333 Constitution Avenue, Northwest
20                             Room 6706
                               Washington, D.C. 20001
21                             (202) 354-3269

22

23

24

25
```

<pre>
 1                            I N D E X

 2

 3
      Opening Statements by Mr. Geyer               Page 6828
 4
      Opening Statements by Mr. Woodward            Page 6848
 5

 6

 7
                            Direct      Cross       Red.
 8

 9    WITNESSES FOR THE DEFENDANT WATKINS:

10    Montana Siniff            6869        6918        6937

11

12

13

14    EXHIBITS RECEIVED IN EVIDENCE                 PAGE

15    Defendant Watkins's Exhibit No. 43             6877
      Defendant Watkins's Exhibit No. 42             6879
16    Defendant Watkins's Exhibit No. 47             6902
      Defendant Watkins's Exhibit Nos. 48-49         6903
17    Defendant Watkins's Exhibit No. 35             6911
      Defendant Watkins's Exhibit No. 50             6911
18    Defendant Watkins's Exhibit Nos. 47-49         6913

19

20

21

22

23

24

25
</pre>

1          THE COURT:  Please remain seated, everyone.

2          Do we have everyone?  Mr. Woodward, is he here?

3          MS. HALLER:  Mr. Geyer is going first, your Honor.

4          THE COURT:  Okay.

5          MR. GEYER:  Your Honor, I didn't pick up on it,

6     but I think Mr. Nestler stretched the -- what the record

7     said in terms of what we're able to do -- what was said at

8     the last hearing about what we could do for the people that

9     reserved openings.

10          Mr. Nestler, I think, said that you can't

11    reference it.  I think what you said was we can't attack it.

12    And that was what I was basing my opening statement on.

13          The case wasn't cryogenically frozen like, you

14    know, Michael Jackson or something.  The jury has heard the

15    evidence.

16          THE COURT:  If you reserve opening, it's an

17    opening of your defense case.  It is not an opening that

18    references any shortcomings you may think the Government

19    case has.

20          MR. GEYER:  Agreed.

21          THE COURT:  So it is limited to what you intend to

22    put on in your defense.  So, you know, it's got to have a

23    lot of these "We will show," you know, "Mr. Harrelson's case

24    will show."  It cannot be the Government's -- "You can't

25    believe Government witness X; you can't believe the evidence

1    they presented Y."  I mean, you can't do that.

2              MR. GEYER:  Okay.  I don't see a conflict.  But

3    I'm sure we'll see.

4              THE COURT:  I guess we'll find out.

5              THE COURTROOM DEPUTY:  Jury panel.

6              (Whereupon, the jury entered the courtroom at 1:28

7    p.m. and the following proceedings were had:)

8              THE COURT:  Please have a seat, everyone.  Welcome

9    back.  I hope everybody had a nice lunch break.  We are

10   ready to begin with Mr. Harrelson's opening statement.

11             Mr. Geyer.

12             MR. GEYER:  May it please the Court.

13             Ladies and gentlemen of the jury, nice to meet you

14   finally.

15             My name is Bradford Geyer and I stand here proudly

16   for Kenny Harrelson.

17             This is a case of no ordinary magnitude that

18   addresses an event which shook the entire nation, and no

19   less so your city, as well as your own lives, being in such

20   direct proximity to those events on January 6th, 2021.

21             What transpired on that terrible day came about

22   because of the wounds of a deeply divided nation.  Rather

23   than uniting us, as did the tragedies of 9-11, those events

24   on January 6th left this country even more grossly divided

25   with our emotions and feelings about that day inflamed by a

1    polarized political landscape and extremist media sources

2    that see such events through entirely different interpretive

3    lenses.

4             On the one side, it seems, half the nation

5    believes that every person that traveled to your city that

6    day, our nation's capital, had nothing in their heart but

7    insurrection against our very democracy.  Many of even the

8    most reasonable among us watched the unfolding story in

9    horror on their televisions and were left believing that

10   every person who visited this city that day had contempt in

11   their hearts for our republic and our democracy.

12            On the other side, equally reasonable people were

13   also aghast at the violence against the United States

14   Capitol Police and the Metro Police Department and that the

15   property destruction committed against the country's most

16   sacred symbol of democracy -- I think it's probably a tossup

17   between the Capitol and the White House, but it's one of the

18   two -- in any event, it's sacred.

19            As you know, because so many believed the stories

20   of a controversial election result, they felt sympathy for

21   the frustrations which ignited those terrible and

22   misdirected actions.

23            Reasonable people, though, from both sides know

24   that the extremes are rarely true.  Hyperbolic headlines

25   sell papers or, in today's world, thousands and thousands or

Opening Statements by Mr. Geyer

1    millions of clicks.

2              But hundreds of thousands of people did peacefully

3    gather on that cold January morning to express their

4    frustrations about what they sincerely had been led to

5    believe might be a manipulated election result.

6              We know now that only a small fraction of those

7    hundreds of thousands actually participated in violence,

8    mayhem and property destruction.

9              Unfortunately, a few thousand of that larger mass

10   did watch; and, unfortunately, many cheered.  But the vast

11   majority of that larger number traveled back home the next

12   day, embarrassed at the misrepresentations of their own and

13   all of our shared values as Americans perverted before our

14   very eyes by so few of those they thought to be, quote, "on

15   the same side," unquote.

16             One of those most dear of all shared values -- and

17   it's why we've asked you all to put in this tremendous

18   sacrifice and spend these days and weeks really focusing on

19   tough material -- both sides desperately cling to, though,

20   the concept of justice, the American system of justice.  And

21   that's why we are here today.  That's why you're here for so

22   many weeks.

23             I'm going to soon get around to tell you why Kenny

24   is innocent of the charges the Government has lodged against

25   him and how we will show you that the Government's most

1    serious charges, seditious conspiracy, doesn't apply to any

2    of his intentions, his actions or his words leading up to

3    January 6th, but also doesn't come close to representing his

4    behavior and deeds of that terrible day.

5         But first, I'm reminded of another trial of

6    similar magnitude which took place 252 years ago this

7    October -- last October, I should say, a month ago -- in

8    October of 1770.  Similarly, the trial was a result of a

9    violent and tragic event that equally shook the people of

10   its town, and likewise, it was a result of a deeply divided

11   political schism amongst the people both in that town and

12   far and wide, through towns and then small burgeoning cities

13   in early America.

14        So horrific was the alleged crime, it also left

15   the citizens of that town almost universally predisposed to

16   the Defendants' guilt.  This is anathema to the American

17   experience.

18        But according to the lawyer for the eight

19   Defendants in that particular trial, John Adams, who would

20   later become the second president of the United States, he

21   famously said in a statement before the jurors:  Facts are

22   stubborn things; and whatever may be our wishes, our

23   inclinations or the dictates of our passion, they cannot

24   alter the state of facts and evidence.

25        What became known as the Boston Massacre trial

Opening Statements by Mr. Geyer

 1    created a highly prejudicial environment among the people of

 2    Boston who wanted swift justice, understandably.

 3            But as I said, they were close to near unanimously

 4    predisposed to the guilt of those eight enlisted British

 5    soldiers and their captain, and pretty much they wanted the

 6    death penalty for all.

 7            John Adams would later describe his role as those

 8    nine soldiers' lawyer as "the greatest service I've ever

 9    rendered for my country."

10            Why?  Because in a town where all British soldiers

11    were hated, those soldiers had still been afforded a fair

12    trial by jury.

13            That's why you're here.  This is the most serious

14    thing that you could possibly be involved in in your

15    lifetimes; this in a time and in a young land where mobs

16    could sway events, I'd like to think more commonly back then

17    than today.

18            But Adams allowed the entire world to see that

19    justice and liberty were valued as the legal rights of all

20    people, even those who were among the most despised by the

21    very people determining their guilt or innocence, the very

22    genesis of the American jury, your predecessors.

23            Before moving on to the specifics of Kenny's

24    innocence, please allow me to give you one more quote from

25    John Adams at that trial, eerily reminiscent of the events

1    you are hearing evidence on today.

2           Mr. Adams said that if a number of persons being

3    met together at a fair or market, or on any other lawful and

4    innocent occasion, happen on a sudden quarrel, they are not

5    guilty of a riot, but only those who actually engage in it

6    or actually had previous knowledge of the designs thereof.

7    Ah, the guilty are only those who engage in the violence and

8    property damage of a riot, not those who simply -- and I

9    quote -- happen upon a sudden quarrel or like, in this very

10   case, where Kenny is charged with a conspiracy to do that

11   violence, he is not guilty unless he -- and I quote --

12   actually had previous knowledge of the design thereof.

13           MR. NESTLER:  Objection.  Misstates the law.

14           THE COURT:  Ladies and gentlemen, I'll just remind

15   you that, ultimately, the instructions will be mine, not

16   Mr. Adams's.

17           But, Mr. Geyer, go ahead.

18           MR. GEYER:  That glue doesn't seem to be working.

19           One of the clearest objectives of our judicial

20   process given to us by this nation's founders is the idea

21   that the process itself, including those who sit as a jury

22   of the Defendant's peers, is to provide a nonpolitical

23   balance to whatever the political influence might be --

24   influences might be on a particular trial's outcome.

25           We all know that nothing has no more divided this

1    nation politically than the circumstances and cast of

2    political characters leading up to January 6th.

3            This is your opportunity to look past those

4    political pressures and biases and determine the guilt or

5    innocence of a man who himself had no political objectives

6    that day.  Yes, that's right.  I said it.  He had no

7    political objectives that day.  That's what the evidence

8    will show.

9            A man who had never even voted in a presidential

10   election.  Kenny is literally apolitical.  No deeply held

11   positions either way.  Just a man who served his country in

12   the U.S. Army and then worked for SpaceX as a welder, or

13   SpaceX subcontractors.

14           He went -- at some point, he went searching on the

15   internet in hope of finding an honorable organization

16   through which he could continue serving his community using

17   the skills and training he learned in the Armed Forces.

18           Like three other of the Government's own

19   cooperative witnesses, which they presented in this court

20   over the past four weeks, Kenny found a website to an

21   organization called the Oath Keepers whose basic statement

22   of faith seemingly aligned with his values of service to

23   community and might also afford him the opportunity to

24   continue his life in accordance to that oath he had

25   previously taken to defend our democracy and our

1    Constitution.

2            Basic love of country and his family, his wife,

3    Angel, and their three children, and surprisingly, in

4    Kenny's case, without the entitlement of any political

5    baggage -- certainly no extremist political baggage -- or

6    really any interest in politics at all.  These people still

7    exist.  I'm from New Jersey.  We're here in Washington, D.C.

8    There's areas of the country and pockets where it's just not

9    their thing.  It's not their bag.  They're not interested in

10   it.

11           In fact, as you've already learned from this

12   trial, like most of the rest of us who now get most of our

13   news and political discourse from social media, Kenny hasn't

14   had a social media account pretty much of any kind since

15   2014.  Imagine all the controversy over Twitter.  Didn't hit

16   him.  No Facebook.  Didn't hit him.  For years and years and

17   years.

18           Imagine being on a news fast, not just for a month

19   when you're trying to take on some new skills or whatever,

20   go to school.  A news fast for years.  That's Kenny.

21           No Facebook, no Twitter, no daily diet of

22   political memes or extremist political blog links.  Just

23   hard work for his family and his wife who adores him and who

24   has sacrificed greatly in order to be sitting -- his wife

25   who sacrificed greatly in order to be sitting in this

1    courtroom almost daily far away from their home and family

2    down in Florida.

3            So apolitical and so non-antigovernment is Kenny

4    that despite the legal jeopardy he's faced for over 21

5    months now, brought against him by the very government of

6    the country he loves, his own son has joined the Army during

7    this time.  His daughter, who's a minor, is in JROTC in high

8    school.

9            Additionally, just like we've all learned from

10    those three Government cooperative witnesses, one of the

11    primary reasons Kenny was attracted to the Oath Keepers was

12    their commitment to disaster relief services.  Just like

13    those other three Government witnesses, also all from

14    Florida, Kenny had a keen sense of duty for helping those

15    communities hardest hit by the hurricanes that so frequently

16    visit their state.

17            Ironically, that's exactly how he and his wife,

18    Angel, had met, when he was at Fort Polk and Hurricane

19    Gustav destroyed Angel Harrelson's trailer in Louisiana.

20    That trailer was on a street named Devil's Swamp.  That's

21    where she lived.  And Angel had to move, pick up her things,

22    take her son and move nearby to where Ken was at Fort Polk

23    and they met.

24            Since then, his own neighbors have grown to love

25    Kenny because he's the guy, when a hurricane is coming their

 1    way, would go around to his neighbors and tell them to strap

 2    things down, button up, put boards up, get their families to

 3    safety.  If they're going -- and if they're going to

 4    evacuate and he was staying behind, he would watch their

 5    stuff.

 6            Hurricane and disaster relief opportunities, as

 7    you can now understand, is something near and dear to his

 8    heart.  That, and service to his community with other

 9    individuals of shared training and experience, common

10    identity and background, not politics and political rallies.

11    Those were just something else that came along with the

12    territory.  And it didn't matter which political party a

13    particular VIP might be with when he operated in a personal

14    security detail, or what we call PSDs.

15            He wasn't going to vote for them either way.

16    Politics is not his thing.

17            If somebody has problems with access to an

18    abortion facility or a women's health facility or somebody

19    is having trouble demonstrating for pro-life issues, it

20    makes no difference to him.  The issue is that people are

21    being -- they have the potential of being attacked and he

22    can play a productive role in protecting those people

23    expressing their rights.

24            He's not so much into expressing his rights and

25    protesting, but he recognizes that many Americans are; and

1          that's part of the American experience.

2                  It's kind of funny -- and I hope Kenny will

3          forgive me for sharing this story, but when I met him a

4          little bit over -- more than a year ago, he didn't know

5          there was a House of Representatives and a Senate.  He

6          didn't know anything about the Electoral College.  He

7          thought that's where politicians went to get educated or

8          whatever.

9                  But preventing the certification of an election or

10         what that even entails is the last thing to ever cross his

11         mind.  It was not in his awareness or his imagination.

12                 But more on that are later.

13                 As a disabled military veteran, honorably

14         discharged, Kenny, too, had his own struggles with alcohol.

15         We heard a similar -- we heard similar testimony from the

16         Government's witness, Staff Sergeant Jason Dolan.  He

17         testified about having some of the same issues.  It's a

18         tough problem for guys to go through that.

19                 Kenny used to drink a lot.  A lot.  But he found a

20         way to overcome that excess through hard work, service to

21         his community and devotion to family.

22                 Kenny also had a pretty good mouth on him, just --

23         just as we've heard in this trial from the other retired

24         members of the military who joined the Oath Keepers.  The

25         only difference is, and as you heard me point out during

Opening Statements by Mr. Geyer

1    cross-examinations of many of the Government witnesses, the

2    one guy who was never engaged in that kind of disturbing

3    language to some, among all those hundreds of Signal chats,

4    texts, GoToMeeting conference calls and Zello walkie-talkie

5    app conversations, was Kenny Harrelson, mainly because he

6    almost was never on those chats and calls.  And in the rare

7    instances when he was on the list, he didn't participate.

8         Everyone has probably hosted some kind of

9    GoToMeeting or something where you're the administrator, you

10   set it up, and you go and you do something else.

11        The whole politically charged rah-rah bravado,

12   braggadocio, 1776, don't tread on me, death to tyrants stuff

13   is just simply not his thing, not his bag.  It's not in his

14   awareness.

15        That said, the language of soldiers and cops are

16   harsh.  They're full of bravado -- not something most of us

17   use; it's not language most of us use -- and for which many

18   of us are not comfortable hearing.  But that's who they are.

19   It's what they do.  But they're the ones who also stand in

20   the foxholes and defend our nation.

21        They run toward the fire so the rest of us can run

22   away.  The language is part of their genetic code.  It's a

23   shared common bond and experience.  And we forgive them for

24   it usually.  We forgive them for it.  Because they do the

25   hard things most of us can't contemplate doing.  And they

Opening Statements by Mr. Geyer

1    speak in a manner most of us would never contemplate.

2            It's like in football, American football.  Think

3    about it.  The quarterback throws a bomb or throws a bullet

4    to the tight end.  The defense uses a blitz.  That's a

5    reference to blitzkrieg in the 1930s and 1940s by Germany,

6    particularly in the -- in the eastern campaign.  To blow

7    away the other team means to beat them so soundly that it's

8    a humiliating defeat.  But in war, that means kill with

9    gunfire.

10           The term "formation" was adapted from military

11   lingo for many sports.  A battle in the trenches describes

12   what happens between the offensive and defensive lines in a

13   football game.  But in World War I, trench warfare was

14   horrifying.

15           The newest one that I've noticed is the red zone.

16   That referred to unsecured areas in Baghdad.  But in

17   football, it's the last 20 years [sic] before the end zone,

18   a similarly dangerous area for the defense.

19           You get the point.  Military guys speak

20   differently than the rest of us and use different-sounding

21   terminology.  They belly-ache and they complain and they --

22   there's another B-word I won't use -- but it's usually all

23   just talk.  And we've heard a lot of that this past four and

24   a half weeks.

25           THE COURT:  Mr. Geyer.

1          MR. GEYER:  If you recall, he wasn't even added to

2     the OK J6 Op Signal chat group until he was finally talked

3     into coming to D.C. on the evening of January 3rd.  Even

4     then we heard nary a peep out of him until January 7th when

5     Kenny dropped a couple of choice F-bombs because he couldn't

6     find his gear when packing up to go home, and he had started

7     to see press coverage of some of the horrors and

8     embarrassments of what had happened that day.

9          You may remember the reference to blue falcons,

10    which is actually a really harsh term for that community.

11         But you never heard from him on any of those

12    political bitching and moaning --

13         THE COURT:  Mr. Geyer, can you pick up the phone,

14    please.  I'm sorry to interrupt you.

15         (Whereupon, the following proceedings were had at

16    sidebar outside the presence of the jury:)

17         MR. GEYER:  Yes, your Honor.

18         THE COURT:  So, Mr. Geyer, I'm loath to interrupt

19    counsel, but this is more of a dissertation than it is an

20    opening, and I'd like you to get to the evidence you're

21    going to introduce in your case.  We've commented a number

22    of times about what we've heard in the past.  Let it go.

23    But this is an opening about your defense and what evidence

24    you're going to present in your case.

25         So I'd like you to stick to that directive and do

1    that now, please.  Okay?

2            MR. GEYER:  Okay.  Thank you, your Honor.

3            THE COURT:  Thank you.

4            (Whereupon, the following proceedings were had in

5    open court:)

6            MR. GEYER:  You're going to hear evidence that

7    Kenny had no intention of coming to D.C. for the January 6th

8    rallies and other scheduled and related events.  That's why

9    he didn't participate in all those planning calls, if you

10   can call them planning calls.  That's why you never saw him

11   spouting off with any of that hyperbolic, rancorous

12   language.

13           Not that he can't do it, too, but he simply wasn't

14   going to -- and, therefore, going to the January 6th event.

15   And therefore, he simply didn't participate in any of the

16   planning, and therefore could not have been involved in any

17   kind of conspiracy.

18           But on the evening -- the evidence is going to

19   show that on the evening of January 3rd, Kenny received a

20   phone call from Mr. Meggs about doing security details for

21   congressional detailees.

22           The goal eventually became to get the detailees in

23   and around the Ellipse and then to the subsequent events on

24   January 6th that were around the Capitol.  There were six

25   scheduled events.

1          Kenny originally responded that he couldn't afford

2    the trip.  But he was assured by Mr. Meggs that his expenses

3    for both travel and lodging would be covered if he could

4    clear his way to go and help.

5          So there you have it.  It's no more complicated

6    than that.  On the morning of the 4th, Kenny got in the car

7    with Jason Dolan and Terry Cummings.  You've already heard

8    some of that, and the evidence will continue to confirm

9    that.

10          But both Government witnesses who both testified

11    under oath here in this courtroom testified that in the

12    four full days --

13          MR. NESTLER:  Objection.

14          THE COURT:  Mr. Geyer, we just talked about this,

15    please.

16          MR. GEYER:  I'm sorry, your Honor?

17          THE COURT:  We just talked about this.

18          MR. GEYER:  Okay.  You're going to hear evidence

19    about how there was no discussion on the 3rd, 4th, 5th, 6th

20    or 7th at any time during the many hours they spent together

21    about armed insurrection, about attacking law enforcement

22    officers, about invading or occupying the Capitol, about

23    attacking congressional staff or about preventing the

24    peaceful transfer of power from President Trump to

25    President-Elect Biden, or most certainly, illegally taking

1    weapons into the District.

2            The evidence is going to show that Kenny Harrelson

3    never engaged in any such conspiratorial discussions during

4    that entire time.

5            But facts being a stubborn thing, we will also

6    hear evidence that Oath Keeper founder and leader Stewart

7    Rhodes never issued any order to the other Defendants in

8    this trial to go into the Capitol, invade the Capitol,

9    attack the Capitol, storm the Capitol or attack the

10    Congress, nor did he issue instructions, orders or plans to

11    stop the election confirmation.

12            Did Kenny bring firearms to the Virginia -- or a

13    gun case with a firearm to the Virginia hotel?

14            The evidence is going to show that, yes, he most

15    certainly did.

16            Why?  Because, as you've learned from testimony

17    during this trial, a QRF, or quick reaction --

18            MR. NESTLER:  Objection.

19            THE COURT:  The objection is sustained.

20            Mr. Geyer, the parameters we've discussed, please.

21            MR. GEYER:  The evidence will continue to show

22    that there is no Oath Keeper, including Kenny, who ever

23    violated D.C.'s strict gun laws by bringing their personal

24    firearms into the District.

25            This is why Kenny's guns weren't taken when his

1    house was searched.  And you'll hear more evidence about

2    that.

3              THE COURT REPORTER:  I'm sorry.  Were taken or

4    weren't?

5              MR. GEYER:  Weren't taken.  Were not taken.  The

6    weapons were left in the home.

7              We will show you by way of those stubborn facts

8    that there's no way Kenny participated in whatever

9    conspiracy it is the Government has alleged.

10              The evidence is going to show that nobody told

11    Kenny to do anything on January 6th except take care of some

12    speakers at a permitted event.  The evidence will show that

13    he personally had no motive for planning any alleged illegal

14    actions on January 6th.  He had no anger about the

15    certification.  He frankly didn't care.

16              The evidence will show that his actions on the

17    east side at the Columbus doors and inside the Capitol were

18    well-intentioned and had very innocent explanations.  He was

19    not aware that he was on restricted grounds, nor that

20    violence had been used to breach the middle police line on

21    the steps.

22              While on the steps, shortly after the national

23    anthem, a person told him that someone needed help near the

24    Columbus doors.  The evidence will show that, when he

25    reached there, the doors mysteriously opened and the surging

Opening Statements by Mr. Geyer

1    crowd swept him inside.

2         Once inside, he decided to look around and took

3    some pictures, video to be precise.  He also participated in

4    a group prayer.

5         He helped an officer inside who needed assistance.

6    And when he learned for the first time that there were

7    significant police injuries, you'll hear that he said:

8    "Really?"  And it completely ruined everything about the day

9    for him and he promptly exited.

10         And by the way, although in Mr. Nestler's opening

11    he stated that at 2:35 the crowd on the east steps of the

12    United States Capitol parted as a group of 14 people and

13    marched up the stairs towards the doors to the Capitol, it

14    was not until 2:37:50 -- this is what the evidence is going

15    to show -- that it was at 2:37:50 when they got in front of

16    the door.  And those two minutes and 50 seconds are

17    absolutely crucial.  We're going to present ironclad

18    evidence to you about that.

19         At the time Kenny was engaged in his personal

20    security detail, which brought him to the Capitol at 1:47

21    p.m., the battle had already been raging in the west for --

22    since at least 1:00.  Hundreds of people with whom the

23    Government has not even made an attempt to connect to the

24    Oath Keepers were already pouring into the Capitol Building

25    by the time he arrived there, not a single one an Oath

1    Keeper, not a single one shown to be connected to the Oath

2    Keepers in any way so far.

3            And in fact, it was they who breached the west

4    side and also forced open the east side doors and attacked

5    police.  Certainly not Kenny Harrelson.

6            If there's a conspiracy to violently attack the

7    Capitol, where is the evidence of connections to the Oath

8    Keepers by those who were attacking police officers at the

9    east Columbus doors?  This occurred during the last two

10   stanzas of the national anthem where they were blasted with

11   chemical weapons; also, some blunt force objects.

12           The evidence is going to show that during that

13   time, Kenny and the other Oath Keepers were on the stairs.

14   It's very, very clear.

15           If they were leaders of this, as the Government

16   has asserted -- I suppose I should explain why the crowd may

17   have been chanting "Oath Keepers, Oath Keepers."  We've

18   heard some of that already.  We'll hear more.

19           Not because they were their leaders, but because

20   in their 13-year history of doing different events, many

21   while they were armed legally, perfectly legally, the Oath

22   Keepers had never caused a disturbance at any event in which

23   they provided personal security services, protected private

24   property, worked alongside local law enforcement to help

25   keep the peace in areas where riots had broken out or

```
 1   providing -- or in providing disaster relief services.
 2   Never.  If they had ever been charged with anything, we
 3   would have heard about it.
 4           MR. NESTLER:  Objection.
 5           THE COURT:  Sustained.
 6           MR. GEYER:  The standard that you're going to be
 7   asked to apply is reasonable doubt, not just reasonable
 8   doubt, but beyond -- beyond doubt.  And we are going to
 9   prove to you beyond reasonable doubt that Kenny Harrelson is
10   innocent of the charges brought against him.
11           Thank you all for your sacrifice in performing
12   your duty.  Thank you.
13           THE COURT:  Thank you, Mr. Geyer.
14           On behalf of Mr. Meggs?
15           MS. HALLER:  With the Court's indulgence.
16           MR. WOODWARD:  Ready, your Honor?
17           THE COURT:  Mr. Woodward.
18           MR. WOODWARD:  Thank you, your Honor.
19           Ladies and gentlemen, let's take a step back.
20   Let's remind ourselves where we are, where we were.
21           It was the summer of 2020.  The pandemic had
22   plagued us for months.  We were working from home.  Our kids
23   were learning on iPads.  And that summer, there was
24   protesting across the country.  Some of those protests had
25   turned violent.  There were riots in Kenosha, Wisconsin; in
```

1    Portland, Oregon; in Louisville, Kentucky; and here in our

2    own streets.

3         So many of us watched it on the news.  So many of

4    us read about it on Facebook, on Instagram, chat groups.  We

5    talked about it with our families over the dinner table, at

6    work.  We talked about it.  We watched it.  It affected us.

7         Some of us did more than talk.  Lots joined in

8    those protests.  Lots saw what was happening as a threat to

9    the fabric of our democracy.  We were concerned for where

10   our country was headed.

11        No doubt many of you remember waking up one

12   morning to learn that the mayor had painted the words "Black

13   Lives Matter" on 16th Street.

14        MR. NESTLER:  Objection.  Personalizing for the

15   jury.

16        THE COURT:  Go ahead.

17        MR. WOODWARD:  16th Street, the entrance to the

18   White House, where then-President Trump lived.  No doubt

19   many of you remember the burning of a utility building in

20   Lafayette Square and the protests nightly that occurred

21   there.  No doubt many of you remember when the square was

22   cleared so that President Trump could come across the park,

23   hold a Bible and speak before our sacred church there.

24        The testimony in this case will show that, like so

25   many others, many of the Oath Keepers decided to act, to get

1    involved.  They, too, were watching what was happening in

2    the summer of 2020, watching the protests, watching the

3    riots, watching the political discord that they, too, felt

4    was threatening the bedrock of our democracy.

5            Yes, the testimony in this case will show that the

6    Oath Keepers leaned conservative, that they supported former

7    President Trump.

8            But what the testimony in this case will show is

9    that they fundamentally feared for the future of our

10    country.

11           Ultimately, you decide.  We will ask you to decide

12    what the many messages that were exchanged by and between

13    the Oath Keepers meant.  Were they intended as literal

14    truths?  Or were they intended as hyperbole, political

15    rhetoric?  You decide.  Not the prosecutors.  Not FBI agents

16    who may read messages.  Not those who have agreed to

17    cooperate in exchange for pleas.  You.

18           Now, ladies and gentlemen, my name is Stanley

19    Woodward.  And at last, along with my co-counsel, Juli

20    Haller, I have the privilege of introducing you as the

21    lawyer for Kelly Meggs.

22           Mr. Meggs is a 53 years old -- 53 years young

23    father of two, grandfather of three, and nearly his entire

24    life he has worked in auto sales, most recently as a manager

25    at a Honda dealership in Ocala, Florida.  That's near Tampa.

1    I also had to look it up.

2              Mr. Meggs lives with his wife on a farm where they

3    keep rescue horses, donkeys, pigs, chickens, geese and even

4    dogs.

5              And the evidence in this case will show that

6    Mr. Meggs, in addition to all of this, has long been

7    involved in public service, in disaster relief, that

8    Mr. Meggs facilitated sending over eight tons of food and

9    supplies to the Bahamas as hurricane relief.

10             And Mr. Meggs, like so many others, spent his time

11   in 2020 watching the news, reading Facebook, seeing the

12   discord and vitriol that had consumed our nation and asking:

13   What can we do?  He, like so many others, was distraught by

14   what he was seeing happen to the fabric of our country.

15             And when he learned about the Oath Keepers, an

16   organization whose mission involves helping the community

17   and those in need, he was immediately interested in joining,

18   for some of the things that he was reading suggested that

19   the riots he was seeing at night were coming even to Ocala,

20   Florida.  And he did not want to be unprepared.

21             The evidence will show that while the events of

22   2020 were taking place, the Oath Keepers, like so many

23   others, decided to act, decided to get involved, decided to

24   make a difference.  And you will be asked to determine how

25   Mr. Meggs got involved.

Opening Statements by Mr. Woodward

1          Did he reach an agreement, a conspiracy, to stop

2    the lawful transfer of power by opposing the authority of

3    the government forcefully?  Or was he just trying to help?

4          In the coming days, you will hear an alternative

5    theory of this case, an alternative motivation for

6    Mr. Meggs's presence in Washington, D.C., on January 6th.

7          You will hear that Mr. Meggs decided to involve

8    himself in the Oath Keepers, to attend rallies, to attend

9    speeches, and even to come to Washington, D.C., on

10   January 6th because he believed he could help.

11         The testimony in this case will show that the Oath

12   Keepers chose community involvement, disaster recovery

13   relief, security, personal security.

14         Now, don't take my word for it.  Listen to the

15   evidence.  Hear what it tells you.

16         There are text messages.  Oh, are there text

17   messages.  There is video, some of it production-quality

18   video.  And then there are people, real live people.

19         And in the coming days, those people will sit in

20   that chair and they will tell you in their own words what

21   they understood the Oath Keepers stood for, what they

22   understood the mission, the op, to be on January 6th, why

23   Kelly Meggs was here that day.

24         We will ask you to listen, hear their words and

25   decide for yourselves what that purpose was.

1          And the evidence will provide some background,

2    some history.  The evidence will tell you about how the

3    Florida chapter of the Oath Keepers was barely existent

4    prior to the summer of 2020, had few members.  And yet over

5    the months leading up to January of 2021, its rosters grew,

6    filled with those wanting be involved, like-minded

7    individuals watching the nightly news, seeing the discord

8    across our nation.

9          The evidence will chronicle the fact that this

10   group of individuals would routinely gather and talk about

11   matters that mattered to them.

12         They would gather and they would talk the only way

13   we could:  electronically.  Our town halls had been replaced

14   by our Zoom halls.  We learned what Webex and Teams and

15   FaceTime really were.  And, yes, GoToMeeting.

16         And Kelly Meggs and his Florida colleagues would

17   get on the phone weekly and talk about what mattered to

18   them.

19         The evidence will show that Mr. Meggs's first

20   involvement in an Oath Keepers op was in Louisville,

21   Kentucky.  Louisville.  You may recall that, in March of

22   2020, Breonna Taylor was killed in her apartment.  And you

23   may recall in September of 2020 the officers responsible for

24   her death were not indicted for her murder.

25         And you may recall that as a result of that fact,

1    protesters filled the streets of Louisville, Kentucky.  And

2    so the Oath Keepers decided to involve themselves, not to

3    join in the protest, not to oppose the protest, but because

4    they were getting calls from so many others about a fear

5    that there would be rioting and looting, that storefronts

6    would be ransacked.

7         The evidence will show, for example, that one

8    business owner contacted the Oath Keepers and asked them to

9    provide a security assessment.  Where should I place

10   security cameras?  Where are the egresses and ingresses to

11   my business?

12        And that the Oath Keepers, at no charge, sent one

13   of their own, former military, to Louisville, Kentucky, to

14   conduct that security assessment, that the Oath Keepers had

15   a form for just this purpose.

16        And the evidence will show that, in addition to

17   providing that security assessment, members of the Oath

18   Keepers gathered on the streets of Louisville.  Now, they

19   didn't do this willy-nilly.  The evidence will show that

20   there was planning, meticulous planning, a Signal group chat

21   in which to plan.  And the evidence will show that the Oath

22   Keepers coordinated their efforts, that they reached out to

23   law enforcement, to fire, to EMS.  They made clear their

24   plans.  They made sure they weren't going to be in the way.

25   They made sure that everyone understood they were coming to

1    help.

2              And the evidence will show that the Oath Keepers

3    stood in the face of those rioters who had taken the protest

4    too far.  And the evidence will show that the Oath Keepers

5    believed that they were helping, that Kelly Meggs was among

6    them, that he traveled from Ocala, Florida, to Louisville to

7    provide whatever assistance he could.  And that he did so

8    with firearms.

9              Now the evidence will show that in Louisville, the

10   law does not prevent one from bringing firearms.

11             And later, the evidence will show that not every

12   state or not every district has such laws.

13             After participating in the security op in

14   Louisville, the evidence will show that the Oath Keepers

15   were gaining publicity.  The evidence will show that the

16   Oath Keepers' leader, Stewart Rhodes, was invited on a

17   podcast or a talk show with Alex Jones.

18             The evidence will show that Stewart Rhodes and

19   Alex Jones not only knew each other personally, but

20   professionally.  And so far as -- the evidence will show

21   that Alex Jones would begin to ask the Oath Keepers and

22   Mr. Meggs to provide security for Alex Jones.

23             And the evidence will show that through Alex

24   Jones, Stewart Rhodes met another.

25             If we could publish for the jury what has been

1     admitted as KM-8.

2              THE COURT:  It doesn't matter.

3              Go ahead.  It's in.  It's opening statement.

4              MR. WOODWARD:  Okay.  The evidence will show that

5     the individual you see there, Alex Jones, had asked the Oath

6     Keepers to provide him security.  And again, the evidence

7     will show that, through Alex Jones, Stewart Rhodes came to

8     meet another:  Roger Stone.

9              Now, Roger Stone is known for many things.  He has

10    a tattoo of Nixon on his back.  He's an outspoken supporter

11    of former President Trump.  And the evidence will show that

12    Stewart Rhodes asked Kelly Meggs and the Florida Oath

13    Keepers to provide security for Roger Stone at events in

14    Florida, speaking events.

15             The evidence will show that Kelly Meggs gladly did

16    so, that he drove to the airport, picked Roger Stone up,

17    drove him to the speaking event, served as security at that

18    event, drove him back to the airport.

19             The evidence will also show that Roger Stone

20    himself invited Kelly Meggs to Washington, D.C., on

21    January 6th.

22             But before that, Kelly Meggs participated in

23    another event.  The evidence will show that Kelly Meggs

24    traveled to Washington, D.C., for the Million MAGA March.

25             Now, the evidence will show that at that march, a

1    march that was to be held by those who supported

2    president -- former -- then-President Trump, the fear was

3    that those supporters would be attacked.  And so security

4    would be needed.

5         And the evidence will show that a QRF, a quick

6    reaction force, would be established, because, in

7    Washington, D.C., unlike in Louisville, Kentucky, the

8    evidence will show that firearms can't be carried.  You know

9    that.

10        Following the Million MAGA March, the evidence

11   will show that Kelly Meggs and others returned to

12   Washington, D.C., on January 5th, 2021.  The evidence will

13   show that Mr. Meggs was there on the 5th to provide

14   security, that immediately upon arriving in the city,

15   Mr. Meggs and others went to the Supreme Court, where a

16   stage had been set up and a speech was being given literally

17   across the street from the United States Capitol.

18        The evidence will show that after providing

19   security to those speaking on January 5th, Mr. Meggs, his

20   wife and others retired to their hotel in Washington, D.C.,

21   where they anticipated returning -- waking early the next

22   morning and coming back into the city.

23        And the evidence will show that they did that,

24   that before the sun had risen, they traveled back to the

25   Mall.  They traveled to the Ellipse.

1          Now, the evidence will show that some were unaware

2     of where the rally point was, where they were supposed to

3     be.  But the evidence will show that Mr. Meggs did know that

4     there was an event being held, the Save America rally.  The

5     evidence will show former President Trump tweeted:  Be

6     there.  It's gonna be wild.

7          And Mr. Meggs had been called to be there by one

8     of the organizers of the rally, Ali Alexander, an affiliate

9     of Alex Jones.

10          And so that morning, the evidence will show,

11    Mr. Meggs proceeded to the VIP entrance of the rally, a

12    place only those with credentials could access, credentials

13    given by the organizers of the rally, and that he entered an

14    area protected by the United States Secret Service, that he

15    was screened before entering that protected area because the

16    evidence will show that he was going to stand just yards

17    from the president of the United States.

18          Indeed, the evidence will show that the Secret

19    Service didn't allow Mr. Meggs to bring all of the gear that

20    he was wearing, that he had to remove the vest that he was

21    wearing, and that Kelly Meggs and others -- but that Kelly

22    Meggs and others were permitted to lay that gear on the

23    ground just outside the Secret Service-protected area where

24    one of the Oath Keepers stood and watched it.

25          And the evidence will show that Kelly Meggs and

1    others walked through security, walked through

2    magnetometers, and stood just yards from former President

3    Trump.

4            The evidence will show that, once in the

5    VIP-protected area, Kelly Meggs and the other Oath Keepers

6    offered their services in any way that would be of benefit

7    to the organizers of the Save America rally that morning, to

8    include passing out signs to others who were attending the

9    rally.

10           They were there to help.

11           Now, the evidence may also show that they were

12   privileged -- they felt privileged, honored, humbled, to see

13   the president speak.

14           The evidence will show that their attendance at

15   that rally -- excuse me -- that Mr. Meggs's attendance at

16   that rally was interrupted and that the evidence will show

17   that Mr. Meggs was asked to provide a personal security

18   detail to a family member for one of those speaking at the

19   rally.

20           And the evidence will show that Mr. Meggs and

21   others escorted that family member from the Ellipse just

22   behind the White House down the Mall and toward the Capitol

23   Building.

24           The evidence will show that by the time they had

25   gotten close to the Capitol Building, it was already

1    surrounded by protesters, dozens, hundreds, thousands there

2    because they, too, were upset.  They, too, were experiencing

3    the political discord that engulfed our country.

4           And so the evidence will show that at that time

5    Kelly Meggs and the other Oath Keepers concluded that it was

6    probably prudent for their protectee not to continue on to

7    the Supreme Court, where the next speech was to happen on

8    the steps across the street from the Capitol Building, but

9    for their protectee to return to her hotel room.

10          What happened next, of course, has been chronicled

11   in the last few weeks.  And we won't now rebut the

12   Government's theory of this case.  But instead, after having

13   presented all of our evidence to you, ladies and gentlemen,

14   we'll come before you and argue a different version of

15   events explains why Mr. Meggs was there that day.

16          A question you will be asked to decide:  Was it,

17   as the Government suggests, to prevent Joe Biden from taking

18   office?  Or was it because Kelly Meggs, as he had time and

19   time again, come to Washington, D.C., to provide security

20   and assistance to those he believed would benefit from it?

21          I won't ask you to agree with Mr. Meggs's

22   political beliefs, his preference for the president of the

23   United States.  I will ask you to read, to hear the evidence

24   in this case, the messages, and to decide whether they

25   evidence a plan, a scheme, something nefarious, or whether,

1    as others have observed, they represent hyperbole, political

2    rhetoric.

3            Please consider all the facts, not just the text

4    messages, not just the Facebook posts, not just the video,

5    but the people, the real, live people who are going to sit

6    before you and who are going to tell you there was no plan,

7    no plan to go into the Capitol Building, no plan to stop the

8    certification of the election.

9            Now, let me break that down, because credibility

10   is critical.  I'm not suggesting there wasn't any agreement

11   at all.  Obviously, Mr. Meggs and others agreed to come to

12   Washington.  Obviously, Mr. Meggs and others had agreed to

13   provide security.

14           But when the judge instructs you at the end of

15   this case, he will ask you whether the agreement as alleged

16   by the Government existed.  He will instruct you on

17   seditious conspiracy.

18           And as you consider the evidence, all the

19   evidence, we will ask you whether the Government has proven

20   beyond any reasonable doubt that Mr. Meggs entered an

21   agreement to stop the lawful transfer of power by opposing

22   by force the authority of the government, whether Mr. Meggs

23   entered an agreement to obstruct an official proceeding, the

24   certification of the Electoral College vote, whether

25   Mr. Meggs entered an agreement to stop members of Congress

Opening Statements by Mr. Woodward

 1    from doing their official duties.

 2              As you hear the evidence in this case, we will ask

 3    you whether the Government has met its burden beyond any

 4    reasonable doubt.  And as you consider all the evidence in

 5    this case and as you ask yourselves why Mr. Meggs was in

 6    Washington, D.C., on January 6th, 2021, we ask you to return

 7    the only verdict that the evidence will allow, and that's

 8    not guilty.

 9              Thank you.

10              THE COURT:  Thank you, Mr. Woodward.

11              I'll ask you to -- everybody to hop on the phone

12    real quick.

13              (Whereupon, the following proceedings were had at

14    sidebar outside the presence of the jury:)

15              THE COURT:  So are you all ready to call somebody

16    as a witness?  And if so, who's doing it?

17              MS. WINTERMYER:  Yes, your Honor.  Mr. Crisp is

18    going to be calling Mr. Siniff.  He is out right now.  I'm

19    going to go and grab him.

20              THE COURT:  So am I to tell the jury that we're

21    going to start with Ms. Watkins's case, just for scheduling

22    purposes, and then we will revert to Mr. Rhodes's case?  Is

23    that the idea?

24              MR. LINDER:  Yes, sir.  And I will ask the

25    Court -- I'm assuming that Ms. Watkins's witness won't go

1    the rest of the afternoon.  But if we get beyond 4:00, I am

2    going to ask the Court to let me start in the morning simply

3    because I had six days where I couldn't talk to Mr. Rhodes.

4    But we would be ready to go in the morning.

5            THE COURT:  Okay.  Let's get started and get

6    Mr. Siniff on the stand.

7            MS. HUGHES:  When Mr. Crisp returns, the

8    Government would like to address eliciting testimony

9    regarding specific acts of good deeds just prior to any

10   testimony so that we are not objecting in the midst of

11   testimony.

12           THE COURT:  Okay.  Well, why don't we go ahead and

13   have the jury -- I mean, I'll have the jury step out for a

14   minute.  We can deal with that and then bring them back.

15   Okay?

16           (Whereupon, the following proceedings were had in

17   open court:)

18           THE COURT:  Before we hear from the first witness

19   for the -- for one of the Defendants, why don't we take a

20   short break.  Why don't we take an early afternoon break.

21   Why don't we plan to reconvene at five of 3:00, and we will

22   go from there.

23           Thank you, everyone.

24           (Whereupon, the jury exited the courtroom at 2:37

25   p.m. and the following proceedings were had:)

```
1              THE COURT:  Have a seat, everyone.

2         Okay.  Ms. Hughes?

3              MS. HUGHES:  Thank you, your Honor.

4         Prior to any defense testimony, the Government

5    would like to just note that any sort of -- any eliciting of

6    testimony regarding specific good acts, as opposed to

7    reputation or opinions, has to be relevant to a pertinent

8    trait under 404.

9              So to the degree -- and we have no -- we --

10             THE COURT:  Pertinent to what?  Sorry?

11             MS. HUGHES:  Pertinent to a defense of some nature

12   under 404.

13             So this is in advance of any testimony, so we're

14   not aware of any specific testimony that defense intends to

15   elicit.  But to the degree there are specific good acts, the

16   Government would just note that pursuant to the rules, that

17   they would have to be -- it would have to be relevant to

18   some defense or some element of the charged -- of the

19   charges.  And we have not been proffered this evidence,

20   again, but we would like to note that we -- in advance of

21   objecting, we would like to sort of front that if that

22   testimony is anticipated.

23             THE COURT:  Okay.

24             MR. CRISP:  So, your Honor, certainly I would --

25   during the course of the trial, the purpose of either the
```

1    OSRM or the Oath Keepers -- and in my case, it's going to be

2    the OSRM -- the intent or purpose of it has been impugned.

3          So what I certainly did intend to elicit through

4    at least one witness, if not two, was the idea of, you know:

5    What did you do?

6          We rendered aid.  We did this; we did that.

7          We're not going to get into anything much more

8    detailed than that, because I think -- to me, it rebuts what

9    was raised by the Government, that this was a militant-type

10   organization solely.  So I think that's appropriate.

11         THE COURT:  Ms. Hughes, any objection to that

12   general testimony?

13         MS. HUGHES:  Testimony regarding rendering aid is

14   not -- the Government fails to grasp how this is relevant to

15   a pertinent trait.  So, I mean, if it is sort of in general

16   OSRM and their general operations, that I think would be

17   relevant and permissible.

18         But as we get into sort of specific acts of

19   rendering aid unrelated to Oath Keepers, unrelated to the

20   charged conspiracy timeline, that is where I think the rules

21   of 404 would require more of a proffer than just what was

22   provided, frankly.

23         THE COURT:  Well, what I understand Mr. Crisp to

24   be saying is that he intends to elicit sort of first

25   principles of the Ohio Regular State Militia, the reason it

1    was founded and some of the activities it performed.  And if

2    it's limited to that, I don't think there's any problem with

3    that.

4              Mr. Crisp, if you're looking to go beyond that --

5    I don't know if that's what you're intending to do.

6              MR. CRISP:  So to be clear, what I would say is:

7    When it was formed, did you go to various events?  What did

8    you do here?

9              We rendered aid here.  We did security here.  And

10   so on.

11             So it's in sort of that fashion.  I'm not going to

12   get -- again, I'm not going to get in gory detail.  But, you

13   know, what -- what was your purpose in going?  For example,

14   we will talk about Columbus, Ohio.  What did you do in

15   Columbus, Ohio?

16             We rendered medical aid to people who were injured

17   as a result of the protests that was going on.

18             So again, I think it's relevant to rebut the

19   presumption that the only purpose of this entity at any

20   point was, you know --

21             THE COURT:  Look, I'll allow some of it.

22             MR. CRISP:  Sure.

23             THE COURT:  I think that's appropriate.  You know,

24   let's not get carried away with it.  But I think it's

25   appropriate to bring some of that in.  I mean, this is,

1    obviously, a case only against individuals, but, you know,

2    the nature of the organization has been brought into

3    question.  And I think some of that's appropriate, you know,

4    within bounds.  And if I think you've gone too far, then

5    we'll rein it in, but it doesn't sound like you're intending

6    to go any further than what's reasonable.

7            MR. CRISP:  No, I don't.  And if I may step

8    outside real quick just to give some limiting instructions

9    to my witness to make sure that they don't, so I don't have

10   to get messy in the middle of this.

11           THE COURT:  I think you were outside the

12   courtroom, Mr. Crisp.  But what I intend to tell the jury is

13   that we'll start with your witness in your case, but for

14   scheduling reasons; and then, after that, we'll turn to

15   Mr. Rhodes's case immediately after, and that you'll

16   continue your case at some time in the future.

17           MR. CRISP:  Correct.  Thank you, sir.

18           THE COURT:  Thank you all.  See you shortly.

19           (Thereupon a recess was taken, after which the

20   following proceedings were had:)

21           THE COURT:  Please be seated, everyone.

22           Sorry for the delay, folks.  I apologize.

23           THE COURTROOM DEPUTY:  Jury panel.

24           (Whereupon, the jury entered the courtroom at 3:06

25   p.m. and the following proceedings were had:)

```
 1                THE COURT:  Please be seated, everybody.

 2                Apologies for the delay, everyone.

 3                So we're going to -- the way this is going to work

 4    is Mr. Crisp, on behalf of Ms. Watkins, is going to call a

 5    witness at this point just to accommodate scheduling.  And

 6    then, after that witness has completed his testimony, we'll

 7    then turn to Mr. Rhodes's case.

 8                Mr. Crisp will continue his case at a later date.

 9    Okay?

10                Mr. Crisp.

11                MR. CRISP:  Thank you, your Honor.

12                The defense for Ms. Watkins calls Montana Siniff,

13    please.

14                (Thereupon, Montana Siniff entered the courtroom

15    and the following proceedings were had:)

16                MR. CRISP:  If you could please approach the

17    witness stand, Mr. Siniff.

18                THE COURTROOM DEPUTY:  Before you have a seat, if

19    you could please raise your right hand.

20                MONTANA SINIFF, DEFENSE WITNESS, SWORN.

21                THE COURT:  Mr. Siniff, welcome.  Have a seat.

22    And if you're comfortable with your mask off, I'll ask you

23    to remove it.  Thank you.

24                MR. CRISP:  May I proceed, your Honor?

25                THE COURT:  You may.
```

1          DIRECT EXAMINATION

2   BY MR. CRISP:

3   Q.  Mr. Siniff, would you please state your full name and

4   city and state of residence.

5   A.  My name is Montana Siniff.  I reside in London, Ohio.

6   Q.  Okay.  And if I can have you pull the microphone a

7   little bit closer to you so -- the court reporter will

8   absolutely let you know if she can't hear you.  You don't

9   want to do that more than once.

10          Could you please spell your last name.

11  A.  S-I-N-I-F-F.

12  Q.  Thank you.

13          Do you know Jessica Watkins?

14  A.  Yes, sir.

15  Q.  And how do you know her?

16  A.  She's my fiancée.

17  Q.  All right.  A little bit of background about you real

18  quick.

19          You reside in what town now, you said?

20  A.  I now reside in London, Ohio.

21  Q.  All right.  And are you employed?

22  A.  Yes.

23  Q.  By whom are you employed?

24  A.  I'm employed by Stanley Electric U.S. to produce

25  taillights.

1    Q.  Okay.  When did you meet Ms. Watkins?

2    A.  I met her in the spring of 2015 at a comic book shop in

3    Hilliard, Ohio.

4    Q.  Doing what?

5    A.  We were playing Magic:  The Gathering.

6    Q.  And what is that?

7    A.  It is a trading card game.

8    Q.  Did you continue to have an interaction or relationship

9    with Ms. Watkins after that game?

10   A.  Yes.  We continued to chat, continued to bond over other

11   formats of the game that were not as well played in the

12   comic book club that we met in.

13   Q.  How long after meeting her did you begin a dating

14   relationship?

15   A.  It wasn't until after close to a year or more of

16   meeting, talking with her and hanging out with her that I

17   finally worked up the courage to ask her out in the summer

18   of 2016.

19   Q.  How did that go?

20   A.  Well, it started off -- I was still doing my best to

21   kind of get it off my chest.  She was a friend, and I was

22   concerned about losing that friendship by asking, for some

23   reason.

24   Q.  Okay.

25   A.  And I went and I, like, told her I needed to ask her

Siniff - DIRECT - By Mr. Crisp

1    something.

2            And she was also feeling like she had to get

3    something off her chest.  And she was like, I also need to

4    get something off my chest with you as well.  And I just

5    blurted out:  Well, I really like you; I would like to see

6    this progress to something more and would like to take you

7    out sometimes.

8    Q.  Okay.  And what was her concern?

9    A.  Well, she almost blurted out immediately:  I'm trans.

10   She was, I guess, very concerned that I wouldn't like her or

11   something.

12           By that time, I had absolutely fallen in love with

13   her and I wanted to date her.  And I told her it didn't

14   matter and I loved her deeply, and shortly after that we

15   planned our first date.

16   Q.  Okay.  At some point in time, did you two move in

17   together after that?

18   A.  Not -- I can't exactly recall the exact timeframe, but

19   yes, we did move in together.

20   Q.  Okay.  About how long ago do you think it was from

21   today?

22   A.  About five years ago.

23   Q.  All right.  And during the course of the time that you

24   got to know Jessica, did you come to learn about her

25   experience in the military?

1    A.  I did.

2    Q.  And her other experiences as a firefighter?

3    A.  I did.

4    Q.  Okay.  And an EMT?

5    A.  Yes.

6    Q.  And have you heard of the acronym OSRM?

7    A.  I have.

8    Q.  What is that?

9    A.  It is a militia group myself and Jess started up in 2019

10   to render aid where we could.

11   Q.  And --

12   A.  And respond mostly to natural disasters, was our

13   original hopeful thought.

14   Q.  Did the intent or the idea of that organization sort of

15   change or transmogrify?

16   A.  As more protests featured unruly elements throughout the

17   summer, it did become more into a security focus instead of

18   a pure medical rendering aid focus.

19   Q.  So do you have any military experience personally?

20   A.  I do not.

21   Q.  All right.  So whose brainchild was the OSRM?

22   A.  It was primarily Jessica's idea in terms of what we

23   would be doing, what we would be capable of doing, what

24   would be required to perform those actions.

25   Q.  Why was this something that was of interest to either

```
 1    one of you?
 2    A.  I think in a respect she missed the military life, as
 3    well as the firefighter/EMT life.  And as far as myself, I
 4    just wanted to serve in a way that didn't necessarily
 5    involve working for the Federal -- for the U.S. Government.
 6    Q.  All right.  And are you aware of the circumstances
 7    surrounding her -- the termination of her military service?
 8    A.  I am aware of the circumstances of her discharge.
 9    Q.  Was that something that was painful for her?
10    A.  It was.
11    Q.  Why?
12    A.  She felt it was cut short.  She performed adamantly
13    [sic], but she was -- felt like she had to choose between
14    her life or her honor, and -- in order -- a condition of
15    staying.
16    Q.  And you're aware that at one point she went AWOL during
17    the course of her military service.  Right?
18    A.  Yes.
19    Q.  And are you aware of why?
20    A.  Yes.  She was hazed at the point in one of her
21    deployments that she felt it was -- that -- the point where
22    she feared for her life and --
23              MS. HUGHES:  Objection.
24              MR. CRISP:  Basis, your Honor?
25              MS. HUGHES:  Calls for hearsay.
```

Siniff - DIRECT - By Mr. Crisp

1           MR. CRISP:  I can give an answer, if you want to

2     get on the phone, Judge, as to why, the response as to why

3     it's admissible.

4           THE COURT:  It's overruled for now.

5           Go ahead, Mr. Crisp.

6     BY MR. CRISP:

7     Q.  So if you -- just continue with finishing your

8     explanation as to why this was something that was

9     problematic.

10    A.  She was hazed to the point of fearing for her life and

11    decided to attempt to find some avenue out of being killed.

12    Q.  Okay.  When you say an avenue out of the guilt [sic],

13    what was that avenue at this point, in 2018-2019?

14    A.  She had found someone supposedly that would help her

15    transition in Alaska.

16    Q.  Okay.  And was it your understanding that part of the

17    basis for forming the OSRM was her way of trying to continue

18    to serve?

19    A.  It was.  She loved serving people in general.  She very

20    much loved both her military experience and her

21    EMT/firefighter experience.

22    Q.  Okay.  And was it your understanding she was discharged

23    in 2003?

24    A.  That sounds correct.

25    Q.  Okay.  And you formed the OSRM in the 2019 timeframe?

1    A.  That is correct.

2    Q.  Now, what were you and Jess doing in terms of employment

3    in the 2019-2020 timeframe?

4    A.  We had also just started a -- well, took over a bar in

5    the town of Woodstock, Ohio.

6    Q.  Okay.  Had you guys ever run a business like that

7    before?

8    A.  I have not.  Jess had some management experience at

9    different food places, but not necessarily a bar place.  And

10   this was a completely new step for me as well.

11   Q.  What year did you start the business in, just to be

12   clear?

13   A.  The very tailest end of 2018, like, one week before

14   2019.

15   Q.  All right.  And in the 2020 timeframe, was the business

16   struggling?

17   A.  It was indeed.

18   Q.  And in part as a result of why, based on your knowledge

19   as managing a business?

20   A.  It was in most largest part due to the coronavirus

21   lockdowns imposed by Governor Mike DeWine of Ohio.

22   Q.  Okay.  Did that put a damper on your business?

23   A.  Yes.

24   Q.  All right.  Now, as part of the OSRM, tell me about --

25   who were the original members of the OSRM?

1    A.  Myself and Jessica.

2    Q.  Okay.  And did you later get additional members?

3    A.  We did eventually fully recruit a Brendan Dylan and a

4    Donovan Crowl.

5    Q.  We'll come back to the recruiting piece here, but let's

6    talk about -- what was the first event that you can remember

7    attending as a member of the OSRM?

8    A.  Columbus, Ohio.

9    Q.  Okay.  And why did you choose that and what was going on

10   there that made you decide you wanted to go?

11   A.  It was due to the George Floyd protest in June.  We had

12   heard many reports of violence and especially on -- and just

13   people that might need aid, and we felt it would be good to

14   go down there and render aid to whomever needed it.

15   Q.  All right.  And did you go?

16   A.  Yes.

17   Q.  All right.  And what do you recall doing while you were

18   there?

19   A.  We rendered aid.  We -- where we saw what happened, it

20   was needed.

21   Q.  Did you observe violence?

22   A.  We did observe -- well, we observed crowd control from

23   the police on protesters.

24   Q.  Okay.

25   A.  And we did observe unlawful action that could have

1    resulted in injury.

2    Q.  All right.  Did you render any medical aid during the

3    course of the Columbus protest?

4    A.  We did render medical aid to certain -- to protesters.

5    Q.  All right.  And so that I'm tracking this correctly,

6    there were some videos we discussed earlier.  Were those

7    videos of Columbus or was that another event?

8    A.  Four of those videos were of Columbus.

9            MR. CRISP:  Your Honor, if we can have what's

10   called Watkins -- labeled as Watkins Exhibit 43 played for

11   the witness as well as the jury.

12           I assume there's no objection from Government

13   counsel.

14           MS. HUGHES:  No objection.

15           THE COURT:  Watkins 43?

16           MR. CRISP:  Yes.

17           THE COURT:  Watkins 43 will be admitted.

18           (Whereupon, Defendant Watkins's Exhibit No. 43 was

19   entered into evidence.)

20           (Whereupon, segments of Defendant Watkins's

21   Exhibit No. 43 were published in open court.)

22   BY MR. CRISP:

23   Q.  So, Mr. Siniff, what are we looking at here?

24   A.  This is the streets of Columbus, Ohio.

25   Q.  Okay.  And in the background on the right, there appears

1    to be smoke.  What is that from?

2    A.  One of those columns is from an attempt to burn Grant

3    Hospital by means of a dumpster fire, and another is a

4    separate fire on --

5              MS. HUGHES:  Objection.  Lack of foundation as to

6    what's happening on this video.

7              THE COURT:  Overruled.

8              Go ahead.

9    BY MR. CRISP:

10    Q.  Please continue.  And if you could pull the microphone

11    down a little bit more.  It's getting hard to hear you

12    again.  Thank you.

13    A.  My apologies.

14              THE COURT:  Mr. Siniff, it might just be helpful

15    to keep your voice up a little bit.  You've got a soft

16    voice.  I'd appreciate it.  Thank you, sir.

17              THE WITNESS:  And so first of the fires was an

18    attempt by -- to burn Grant Hospital by means of a dumpster

19    fire.

20              And the second one was an attempt -- was the

21    burning of a mental health facility that was nearby.

22    BY MR. CRISP:

23    Q.  All right.  And this was the event at which you were

24    able to render medical aid to various parties.  Correct?

25    A.  Correct.

1              MR. CRISP:  If we could have Watkins 42, your

2    Honor.  I apologize.  I went out of order, so I apologize.

3              THE COURT:  Watkins 42.  Any objection to its

4    admission?

5              MS. HUGHES:  No objection.

6              THE COURT:  42 will be admitted.

7              (Whereupon, Defendant Watkins's Exhibit No. 42 was

8    entered into evidence.)

9              (Whereupon, segments of Defendant Watkins's

10   Exhibit No. 42 were published in open court.)

11   BY MR. CRISP:

12   Q.  Again, is this a similar -- are you located in the same

13   location as the earlier video?

14   A.  It appears to be the same location.

15   Q.  And what was going on here?  What can we see -- there

16   seems to be a bright light in front of the crowd there.

17   What was going on?

18   A.  Some individuals had deigned to light fireworks in

19   the -- it was between the protesters and the police line.

20   It seemed to be attempted to be aimed at the police line,

21   but it was generally almost more hitting protesters.  They

22   scurried very -- they ran away from the fireworks very

23   quickly.

24   Q.  All right.  How many events did you attend in total in

25   the 2020 timeframe from -- between June of 2020 and October

1    of 2020?

2    A.  Four that I recall.

3    Q.  Okay.

4    A.  No.  Sorry.  Five that I recall.

5    Q.  And what were those five in that timeframe?

6    A.  Columbus, three separate trips to Louisville, and one to

7    the -- for the Million MAGA March in November in Washington,

8    D.C.

9    Q.  Okay.  So four in the October to June -- the fifth one

10   would have been November.  Right?  Is that fair to say?

11   A.  Correct.  I'm sorry.  Correct.

12   Q.  That's okay.  That's okay.

13            Why go to Louisville?

14   A.  There was a person -- individual by the name of -- who

15   went by Grandmaster Jay of the NFAC who had threatened to,

16   quote, burn Louisville to the ground if he -- if a specific

17   verdict wasn't reached in the Breonna Taylor case.

18   Q.  Okay.  Were you aware of whether rioting actually

19   occurred at any point in time?

20   A.  There was awareness of riots that happened very early in

21   that case, but we weren't aware of riots happening at the

22   day we were heading there.

23   Q.  And was one of those events an event in which you met

24   individuals from the organization Oath Keepers?

25   A.  The second version of Louisville -- second time we went

1    to Louisville, there was that reason, and there was more

2    unrest that was known about on that trip.

3    Q.  Okay.  And were Oath Keepers present there?

4    A.  Yes, sir.

5    Q.  Is that the first time you had any interactions with

6    Oath Keepers?

7    A.  That is the first time I had interaction with the Oath

8    Keepers.

9    Q.  All right.  And had you heard of the Oath Keepers prior

10   to going to Louisville in this timeframe?

11   A.  Yes.

12   Q.  All right.  And the event in which you went to

13   Louisville with the Oath Keepers, approximately when was

14   that?

15   A.  Late fall of 2020.

16   Q.  Okay.  So tell me a little bit about what you had heard

17   about the Oath Keepers.  And how had you heard of them?

18   A.  I had heard of them first from Ferguson, where they

19   simply helped to provide security to businesses that were

20   being ignored by law enforcement resources in those -- in --

21   Q.  We don't need to get into the details.  Just based on

22   their involvement in Ferguson.  Right?

23   A.  Yes.

24   Q.  And at some point, did either you or Jess reach out to

25   or make contact with members of the Oath Keepers?

1    A.  Yes.

2    Q.  Okay.  And when was that?

3    A.  A few days prior to when we went to Louisville the

4    second time to meet up with them.

5    Q.  Why?

6    A.  To help them provide security services and render aid.

7    Q.  Is it fair to say that you had heard that they were

8    going to be going to Louisville?

9    A.  Yes.

10   Q.  All right.  Did you want to assist them in some fashion?

11   Was that your intent?

12   A.  Yes.

13   Q.  Okay.  And at some point, so the jury understands, in

14   case I forget, did you become a member of the Oath Keepers?

15   A.  Yes.

16   Q.  Approximately when did you become a member of the Oath

17   Keepers?

18   A.  During the event of the second Louisville trip.

19   Q.  All right.  So you met them and then, assumedly -- well,

20   did you go through a vetting process?

21   A.  It was a very small one.  I think they were mostly just

22   happy with how I was behaving myself there at the time.

23   Q.  Okay.  And what was your role at -- or how many members

24   of the OSRM went to Louisville on the second event with the

25   Oath Keepers?

Siniff - DIRECT - By Mr. Crisp

1    A.  Two.

2    Q.  Okay.  How many members went to Louisville the first

3    time, members of the OSRM?

4    A.  Three.

5    Q.  Who were those three?

6    A.  Jessica, Brendan Dylan and myself.

7    Q.  You said Brendan Dylan.  When did he become a member of

8    the OSRM?

9    A.  Shortly before the first Louisville visit, like --

10   Q.  How did you meet him?  How did he become a member?

11   A.  He was a -- just a member of the town we were -- lived

12   in, and he came to us and expressed a desire, after hearing

13   about what we did in Columbus, to join up.

14   Q.  Okay.  Did you guys actively recruit?

15   A.  No.

16   Q.  How did recruiting occur, if at all?

17   A.  Generally, people who were actively interested came to

18   us and we would, like, kind of, like, take note of them and

19   decide whether they were being serious about joining or if

20   they were just in it for some kind of other-than-civic

21   reason.

22   Q.  All right.  And was -- do you know Donovan Crowl?  Does

23   that name sound familiar to you?

24   A.  Yes, sir.

25   Q.  Did he become a member of the OSRM?

1    A.  Yes, sir.

2    Q.  And when did he become a member?

3    A.  After the second Louisville operation.

4    Q.  How did you meet Donovan?

5    A.  We met him at the bar that we opened up in Woodstock.

6    Q.  Okay.  So he was a customer?

7    A.  Yes.

8    Q.  All right.  Let me ask you a quick question about your

9    membership in the Oath Keepers.  Is there a difference

10   between wearing a patch and swearing in?

11   A.  Yes.

12   Q.  Okay.  And were you -- did you just wear a patch in

13   Kentucky or were you actually sworn in in Kentucky, in

14   Louisville?

15   A.  I don't remember a full swearing ceremony or anything

16   like that, but I did file in an online registration form and

17   pay the fee.

18   Q.  Okay.  And do you remember when that was?

19   A.  It was at the time of the second Louisville operation.

20   We had went back to Woodstock, took care of some business,

21   and signed up there and came back.

22   Q.  Okay.  So it was sort of in or around that time?

23   A.  Yes.

24   Q.  All right.  As a member of the OSRM, did you have to

25   attend any training?

1    A.  We were attempting to have some training set up,

2    including mostly fitness drills, some basic firearm

3    training, firearm maintenance.

4    Q.  Okay.  Why?

5    A.  One should understand what they're doing with their

6    firearms or -- as well as understand what they're doing when

7    rendering first aid, know not to, like, just suddenly move

8    someone who's, like, injured, because you don't know what's

9    going on in the spinal region necessarily when you first

10   just walk up on a person.

11   Q.  So there was testimony earlier in the trial that there

12   was supposed to be a training session in the first week of

13   June.

14            Were you aware of that?  I'm sorry.  Not June.  I

15   apologize.  January of '21.  Sorry.

16   A.  I was aware of the originally planned training in

17   January.

18   Q.  All right.  What was supposed to happen at that training

19   event, to your understanding?

20   A.  To my understanding, it would be a mix of an Army-style

21   basic training combined with more EMT stuff and more focus

22   on crowd control --

23   Q.  Okay.

24   A.  -- security details.

25   Q.  How many people were supposed to attend?

1    A.  We were looking at potentially myself and two others for

2    the full week training.

3    Q.  And was that just for members of the OSRM?

4    A.  Yes.

5    Q.  All right.  And do you know whether or not there was an

6    effort to get other people to participate in the training?

7    A.  I think there was an effort to get more members that

8    were already existing members to do some of the other EMT

9    and security detail training specifically.  And I feel like

10   I remember Jess extending the offer to other Oath Keepers.

11   Q.  Okay.  Now, you mentioned attending an event in

12   November, the Million MAGA March.  Do you remember that?

13   A.  Yes.

14   Q.  And with whom did you go and why?

15   A.  We went with -- I went with Jessica, Donovan and then,

16   of course, myself.

17   Q.  Okay.

18   A.  We went there with -- under the understanding that we

19   would be providing security to speakers at the rally.

20   Q.  All right.  And do you know who Thomas Caldwell is?

21   A.  I do.

22   Q.  All right.  And did you stay at his place prior to going

23   to that event, or stop at his place?

24   A.  Yes.

25   Q.  Okay.  Who drove to D.C. from his house?

1    A.  From his house?

2    Q.  Yes.

3    A.  To D.C.?  Thomas Caldwell did.

4    Q.  Okay.  Fair to say -- well, did you know Thomas Caldwell

5    well?

6    A.  Not very.  We had just met the day before.

7    Q.  All right.  And how did you refer to him?

8    A.  Well, he had a nickname from his previous service in the

9    Navy of Commander, and so that's how we just referred to

10   him --

11   Q.  Okay.

12   A.  -- as Commander Tom.

13   Q.  Commander Tom?

14   A.  Tom specifically.  Yes.  But -- yes.

15   Q.  So when you get to D.C., do you remember when that was?

16   Was it approximately the 14th timeframe of November?

17   A.  I'm not 100 percent familiar with which exact date the

18   Million MAGA March happened, but it was the day prior to

19   when the march itself was supposed to take place.

20   Q.  Okay.  What did you do when you got there?

21   A.  Well, we parked our car and we -- kind of just for the

22   night and stayed up and got ready for the next day to go

23   down into D.C.

24   Q.  I'm sorry.  I meant -- I should have been more specific.

25   The day of the event, what ended up happening?  What did you

1    do?

2    A.  Well, first we ended up being late from our scheduled

3    departure waiting for Stewart Rhodes to arrive to the rally

4    point.

5    Q.  Okay.

6    A.  Then, after that, we slogged through the much more

7    intense traffic that was attempted to be avoided to get to

8    D.C.

9    Q.  Uh-huh.

10   A.  After such delays, we were -- virtually all the speakers

11   were in process, already going, and we basically marched

12   around, following Mr. Rhodes.

13   Q.  Okay.  Was -- in your opinion, was what happened that

14   day with the Oath Keepers an organized event or a

15   disorganized event?

16   A.  It appeared to be a very disorganized event.

17   Q.  Okay.  When you said you followed Stewart Rhodes around

18   that day, what do you mean by that?

19   A.  Well, we would walk around and kind of just follow him

20   to where we expected the speaker place would be.  But then

21   we kind of got there and we sort of hung in the back within

22   the crowd and get people who recognized us as the Oath

23   Keepers and talk with us.

24            And any time that he came -- viewed any kind of

25   camera, Mr. Rhodes would go to it and talk about -- kind

Siniff - DIRECT - By Mr. Crisp

1    of buff up the Oath Keepers and talk about different

2    conspiracies that -- potential conspiracies for the control

3    of the government.

4    Q.  Was it a fulfilling experience?

5    A.  Not at all.

6    Q.  Did you want to repeat that?

7    A.  I do not want to repeat that experience.

8    Q.  All right.  Now, did you bring or did anyone bring, to

9    your knowledge, weapons to Virginia?

10   A.  We did bring firearms to Virginia.

11   Q.  Okay.  What did you do with them?

12   A.  We handed them in to the security of someone who was

13   maintaining the QRF vehicle.

14   Q.  And what did you understand a QRF to be?

15   A.  I understood it to be a contingency, last-minute resort

16   if something like the Insurrection Act were called and if

17   law enforcement needed additional military or, as the

18   original statute read, militia personnel to fall into ranks

19   and help them regain order.

20   Q.  Was there ever a discussion about how that would

21   actually be implemented?

22   A.  There was not really any real discussion about how that

23   would even really be implemented, to my knowledge.

24   Q.  Okay.  And after the events of that day, did you go

25   home?

1    A.  Yes.

2    Q.  All right.  How soon after that day?

3    A.  We woke up the next day, hung around a little bit with

4    some of the other people that were waking up, took a little

5    bit of a group photo to remember that we were there.

6            Then we heard that Rhodes wanted to come by a

7    couple hours later.  And we were, like, Well, we've all kind

8    of got stuff to do still, and we -- most of us at that point

9    packed up and went home.

10   Q.  And when you say "most of us," was that -- were you one

11   of "most of us"?

12   A.  I was -- myself, Jessica and Donovan were among the

13   "most of us."

14   Q.  Okay.  So I want to ask you a little bit about the

15   training camp that was going to take place.

16           Was there a discussion -- what was the reason for

17   the training if -- let me rephrase the question.  I'm sorry.

18           How did you understand the function of the OSRM in

19   the November-December timeframe of 2020 to be?

20   A.  We were mostly concerned about potential election --

21   well, potential violence following the election.

22   Q.  Why?

23   A.  It seemed like it was going to be a contested race even

24   before the election.  And it seemed like no matter who won,

25   nobody -- there was definitely going to be a side that was

Siniff - DIRECT - By Mr. Crisp

1   upset about the result.

2   Q.  Okay.  And did you have discussions regarding the U.N.

3   involvement in the American election system?

4   A.  There was concern among ourselves, primarily Jess, that

5   the -- primarily Jess -- that the U.N. would be involved in

6   some capacity if then-President Biden elected to involve

7   some unconstitutional executive orders that sort of

8   splintered the government and made it unable to enforce

9   those measures.

10  Q.  So there was a phrase that was discussed earlier here

11  about needing to be fighting fit by inauguration.

12              Was that ever discussed?  Have you seen that

13  phrase, I should say?

14  A.  I have seen that phrase.

15  Q.  Okay.  And what did you understand that concept or that

16  idea to be and why?

17  A.  I think she was mostly concerned about U.N. involvement

18  following President Biden's election -- inauguration, and

19  subsequent executive orders.

20  Q.  Did you and Jess ever have a plan to go in and stop the

21  election?

22  A.  No.

23  Q.  Did you ever have a plan to go in and stop the

24  transition from Trump to President Biden?

25  A.  No, sir.

1    Q.  So why get fit?  Why have a training camp?  Help me

2    understand that.

3    A.  It seemed like just good protocol to be prepared.

4    Q.  Prepared for what?

5    A.  Anything.

6    Q.  Okay.

7    A.  It just -- we did not know what kind of direction things

8    were going to go after inauguration.  And it's always better

9    to be prepared than it is to wait around for something to

10   happen.

11   Q.  Was the discussions about the vaccination and

12   vaccination status also something of a concern in this time

13   period?

14   A.  Absolutely.

15   Q.  Okay.  And did you have a concern that there was going

16   to be an enforced vaccination program?

17   A.  I did.

18   Q.  Okay.  And how did you think that was going to happen?

19   A.  Well, I figured it would -- I mean, unfortunately,

20   there's been a lot of time that's passed since then where it

21   has been tried, but I figured it would start by executive

22   action -- sorry.

23             THE COURT REPORTER:  Has been tried, you said?

24             THE WITNESS:  Yes.

25             I figured it would be first by executive action

Siniff - DIRECT - By Mr. Crisp

1    and then as -- there would be people that refused, including

2    members of the government, and then there's any number of

3    things that could have happened after the fallout of people

4    being dismissed or -- I mean, thankfully, it didn't get that

5    far, but there was even concern of it being forcefully

6    pushed on people, something that we imagined most members of

7    the government would not have wanted to be a part of.

8    BY MR. CRISP:

9    Q.  So when you're talking about things happening after the

10   election, or the inauguration, I should say, explain a

11   little bit for me what you thought of what might happen

12   shortly thereafter, if not immediately thereafter.

13   A.  That there would be any number of executive orders, such

14   as vaccination status, that would push members of the

15   government to make a choice and, when they chose not to

16   enforce such actions, that President Biden would then call

17   in the U.N. to restore order and deliver the -- ensure the

18   execution of those orders.

19   Q.  Is that why you needed to be fighting fit for the OSRM

20   during that time period?

21   A.  It could be among one of the reasons.

22   Q.  Okay.  Let's talk about January 6th.

23              You didn't go.  Right?

24   A.  I did not go.

25   Q.  Why not?

1    A.  It sounded like I heard that we would be, again,

2    security for VIP speakers and, from what I remembered of the

3    first event at MMM, that it was a very peaceful event,

4    almost festive, people dressing up in costumes, rolling

5    around, people kind of just demonstrating their love of

6    then-President Trump.

7            And it was then -- and, like, then going -- people

8    generally going home, with the exception of a few events

9    such as a Proud Boy stabbing shortly after MMM.  But it

10   seemed like all fringe stuff and stuff most people were,

11   like, going to avoid during the main day.

12   Q.  Did you have concerns about the -- your business as

13   well?

14   A.  I absolutely did.

15   Q.  All right.  And did you want to stay back to make sure

16   the business at least was running?

17   A.  I absolutely had to.  It felt -- I had to.  It was very

18   low on funds.  And December is one of the, sadly -- well,

19   December into early January was one of the slower months.

20   There was New Year's Eve, thankfully, but then, after that,

21   it comes down again.  And our New Year's was sadly cut quite

22   short because of the political environment of the day, Mike

23   DeWine's orders to close the bar well before midnight.

24   Q.  Did you have any concerns about Jess going down to D.C.

25   on the 6th?

1    A.  I did -- my only -- I had concerns, but they were not of

2    the -- being physically injured or anything.  I --

3    Q.  What were those concerns?

4    A.  I was kind of concerned about -- I felt like we were

5    kind of, like, looked at with a very scrutinous eye by law

6    enforcement the last time we were at MMM.

7    Q.  Okay.  And tell me about why or what made you think

8    that.

9    A.  Well, I don't know if it was just maybe people

10   representing more of where they live, but different

11   things -- like, people would say hi to the police, including

12   ourselves, and we'd just be met with scoffs or "Get out of

13   the way."

14           Or other times people would just scowl, like, very

15   much -- almost, like, "Please do something in front of us"

16   kind of thing.  And I was concerned about her opening

17   herself in some way to anything involving that.

18           But otherwise, I was generally not concerned.

19   She'd be in the middle of a festive crowd, and I was under

20   the understanding she would take a medical aid role.

21   Q.  Okay.  Did she ever tell you that she was going to go

22   down and stop the certification?

23   A.  Absolutely not.

24   Q.  If she had said that, would you have had concerns?

25   A.  I would have been exercising more means to prevent her

1    from going.

2    Q.  Now I want to talk to you about the place you were

3    staying at, the -- you said you were running a bar.  Right?

4    A.  Yes.

5    Q.  Were you living above the bar?

6    A.  Yes.

7    Q.  Was it an older building?

8    A.  It was a very old building.

9    Q.  And did there come a time when Jess and Donovan were

10   exploring in the basement of that building?

11   A.  Yes.  I was woken up after their little adventure.

12   They -- Jess had climbed down and -- there's a basement and

13   a little cubbyhole that one has to, like, practically raise

14   oneself up by the low ceiling rafters and swing oneself

15   through, or crawl through very laboriously forward.  Jess

16   had done so and tried to hang onto something other than the

17   rafters, a piece of rock or cement, and it fell on her and

18   crushed her arm.

19   Q.  What injuries did she have as a result of that?

20   A.  Some head trauma and her -- part of her right arm was

21   very broken afterwards.

22   Q.  Okay.  Did she have any broken ribs?

23   A.  She did also break some ribs.

24   Q.  Okay.  And this would have been when?  How many days --

25   A.  It would have been December of -- I believe of 2020.

1  Q.  How many days before January 6th, approximately, would

2  that have been?

3  A.  I can only speculate.  But it felt like two weeks.

4  Q.  Okay.  What effect did that have, if any, on the

5  training that was to occur the first week of January?

6  A.  Well, I imagine, if it was to occur, she could have

7  still trained.  Jess couldn't demonstrate for her -- on her

8  own.  She would have required more of Donovan's help for

9  some of the stuff.

10            And as for medical stuff, there would have been

11  other things that she could have demonstrated, a lot more

12  bookwork on, like, how to do -- handle C-spine, how to stop

13  bleeding, et cetera.

14  Q.  To the best of your recollection, when did Jess first

15  learn of or when did you first learn of any events going on

16  in D.C. on the 6th?

17  A.  I can't fully recall.  I feel like it was a very, very

18  short timeframe, like perhaps a week.

19  Q.  Okay.  A week before the event itself?

20  A.  To the best of my knowledge.

21  Q.  When you shake your head, I have to say -- you should

22  say "yes" for the court reporter to take it down.  They have

23  to have an audible response.

24            Okay.  So at some point did you come to learn that

25  Jess went into the Capitol?

Siniff - DIRECT - By Mr. Crisp

1    A.  I did.

2    Q.  How did you feel about that?

3    A.  I was very concerned about it.  I thought it was a --

4    like, I never doubted her intentions, but I thought it was a

5    stupid idea.

6    Q.  Okay.  So during the time period that you've gotten to

7    know her, have you had an opportunity to form an opinion as

8    to her character for law-abidingness?

9    A.  Yes.

10   Q.  And what is your opinion of her character for

11   law-abidingness?

12   A.  She is a law-abiding person.

13   Q.  And was it surprising to learn that she went into that

14   building?

15   A.  Yes.

16   Q.  Okay.  When she got back, did you guys talk about it a

17   little bit?

18   A.  Yes.

19   Q.  Were you upset?

20   A.  I was mostly concerned.

21   Q.  Okay.  Why?

22   A.  I don't -- I felt like she didn't even know if she broke

23   the law or not, which is a sad thing that can occur.  And I

24   was also very concerned because the news was very much

25   making it seem like the worst thing that has happened since

1      9-11.

2      Q.  So let me ask you -- you talk about the news.  Did you

3      ever have any media types show up at your door?

4      A.  Almost immediately.

5      Q.  Okay.  How insistent?  How frequent?  What was that

6      like?

7      A.  We woke up around -- on -- I can't recall the exact

8      date, but after she came back, which was a couple of days

9      afterwards, a day after that, I believe she posted some

10     things to Parler.  And then a day after that, we woke up to

11     her mom calling to ask why reporters were coming to her

12     door.

13              And this is in Hilliard, Ohio, which is

14     approximately an hour's drive from Woodstock, Ohio.

15     Q.  Can you please spell that for the court reporter?

16     A.  H-I-L-L-I-A-R-D.

17     Q.  Mr. Siniff, I apologize.  I didn't tell you earlier --

18     you probably have water up there.  Do you have water up

19     there?  And if not --

20              MR. CRISP:  The Court's indulgence.  May I grab a

21     cup of water for Mr. Siniff?

22              THE COURT:  Sure.  Of course.

23              MR. CRISP:  May I approach the witness, Judge?

24              THE COURT:  You may.  Of course.

25              (Mr. Crisp assists the witness.)

6900

```
 1    BY MR. CRISP:
 2    Q.  Are you good?
 3    A.  Yes, sir.
 4    Q.  I know I need one, too.
 5              When you were -- all right.  So let me get back in
 6    the mindset here.
 7              They showed up how soon after she posted
 8    something?
 9    A.  So, like, the next day.
10    Q.  Okay.
11    A.  And I think it was actually the night she returned is
12    when she posted.  And then the next day we woke up to her
13    mom calling about two English ladies at her door.  And
14    approximately an hour later, if even, we -- they were at our
15    bar.
16    Q.  Okay.  And were they the only ones?
17    A.  They were not the only media to attempt to contact us.
18    At that time, there was a reporter from the Capital Journal
19    that called Jess.
20    Q.  Did you get phone calls?
21    A.  Yes.
22    Q.  Did you get emails?
23    A.  I do not recall emails.
24    Q.  All right.  Did you ever end up having any conversation
25    with a reporter about being doxed?
```

 1   A.  I do recall Jess having a conversation with a reporter

 2   where she asked how they got the bar's number, since it

 3   wasn't necessarily posted together.  And he told her that he

 4   had -- that he doxed her.

 5   Q.  And because I had to have this explained to me by my

 6   assistant, doxing means what?

 7   A.  That one's occupation, residence, telephone number,

 8   potentially emails, any number of other things have been

 9   leaked online to -- for the general public to make use of.

10   Q.  Was this concerning to you?

11   A.  It was.

12   Q.  And did Jess express any concern as well?

13   A.  She was very concerned and very stressed.

14   Q.  So what, if anything, did Jessica decide to do?

15   A.  Well, she decided that it might be best to try to lay

16   low from the media influence for a week.  She was kind of

17   hopeful that much of the fervor going on around the

18   Capitol --

19             MS. HUGHES:  Objection.  Hearsay.

20             THE COURT:  Sustained.

21             Rephrase the question.

22             MR. CRISP:  I'll rephrase it, Judge.

23   BY MR. CRISP:

24   Q.  As a result of the media attention, did Jessica go

25   anywhere?

Siniff - DIRECT - By Mr. Crisp

1    A.  Yes.

2    Q.  Where did she go?

3    A.  She went to Thomas Caldwell's in Berryville, Virginia.

4    Q.  All right.  And prior to going there, did she leave any

5    instructions for you?

6    A.  Yes.

7    Q.  What were you to do?

8    A.  I was to show the location of the items that she had

9    took to D.C., which were all laid out in the hallway with

10   the exception of her phone, which there was no proper

11   charging outlet, so that was held in our general apartment.

12   And I was to hand over her phone and those equipment to the

13   lawful authorities if they had a warrant to -- asking for

14   them.

15            MR. CRISP:  And if I may show -- at this point,

16   your Honor, we're going to show -- if we may show to the

17   jury what's called Watkins's 47.  And I believe the

18   Government does not have any objections to its admission.

19            THE COURT:  Ms. Hughes?

20            MS. HUGHES:  No objection.

21            THE COURT:  47 will be admitted.

22            (Whereupon, Defendant Watkins's Exhibit No. 47 was

23   entered into evidence.)

24            MR. CRISP:  And just to try and expedite this,

25   it's going to be 47 through 49.  They're all images of a

1    slightly different perspective of the same area.  I would

2    seek to admit all of them simultaneously.

3                THE COURT:  So 47, 48 and 49, Mr. Crisp?

4                MR. CRISP:  Yes, sir.

5                THE COURT:  Okay.

6                (Whereupon, Defendant Watkins's Exhibit Nos. 48

7    and 49 were entered into evidence.)

8    BY MR. CRISP:

9    Q.  Montana, what are we looking at?

10   A.  We are looking at some of the equipment that Jess took

11   with her to the 6th.

12   Q.  Okay.  And where was this stacked?

13   A.  This is in the main hallway directly from the door to

14   the apartment, which is directly in front in the photo.

15   Q.  All right.  And I see an object in the background.  I'm

16   going to circle it here.  What is that?

17   A.  It appears to be a rifle case with a rifle.

18   Q.  Was that also placed there for the police?

19   A.  I don't recall if that was specifically there for the

20   police or just kind of left there from a previous occasion.

21   Q.  Okay.

22   A.  I'd have to zoom in closer to see what it actually is to

23   know that.

24   Q.  We're going to move on to 48.

25                MR. CRISP:  I'm sorry.  We're going to show

1    Government Exhibit -- what I believe has previously been

2    marked and admitted as Government's Exhibit 4500.P.4.

3    BY MR. CRISP:

4    Q.  Have you ever seen that before, sir?

5    A.  That appears -- yes.

6    Q.  Okay.  What is that?

7    A.  That is a .308 hunting rifle.

8    Q.  And whose rifle is that?

9    A.  That is Jessica's.

10   Q.  All right.  Is that a rifle that she has taken on

11   various events in the past?

12   A.  Yes.

13   Q.  Okay.  And is that one of the rifles that she left at

14   the door?

15   A.  That is a rifle that she left at -- that we left at the

16   door.

17   Q.  Okay.  So what were you to do -- what were your

18   instructions and what were you to do in the event that law

19   enforcement showed up at your door?

20   A.  I was to cooperate with them, to show them where the

21   evidence was, to surrender her phone, and call her.

22   Q.  Okay.  Now, how were you going to call her?  What -- by

23   what means, if she had -- what number were you given?

24   A.  I was given a landline to Thomas Caldwell's residence.

25   Q.  Okay.  And at some point, did law enforcement show up at

1    your door?

2    A.  Yes.

3    Q.  Okay.  And why were you supposed to call her?

4    A.  That was to turn herself in if she was wanted for a

5    questioning or more.

6    Q.  Okay.  And at some point in time -- after law

7    enforcement showed up, did you, in fact, call her?

8    A.  Yes.

9    Q.  And what did you tell her?

10   A.  I told her that the FBI were -- was looking for her and

11   that it may be time to turn herself in.

12   Q.  How far is it from your place to Thomas Caldwell's?

13   A.  I'm not sure of exact mileage.  In terms of general

14   driving distance, approximately eight hours.

15   Q.  I'm sorry?

16   A.  Approximately eight hours.

17   Q.  Eight hours?  Okay.

18          And when the FBI -- well, do you remember who it

19   was that showed up at your door in terms of law enforcement?

20   A.  Well, it was FBI, a -- what I assume was either an FBI

21   or some federal form of SWAT.

22   Q.  Okay.

23   A.  And -- as well as local sheriffs to help maintain the

24   scene.

25   Q.  So was the house surrounded?

Siniff - DIRECT - By Mr. Crisp

```
 1    A.  Yes, sir.

 2    Q.  Okay.  Was it somewhat intimidating?

 3    A.  Very much so.

 4    Q.  After calling Jess to come back, did she come back?

 5    A.  She did.

 6    Q.  About how long after you called did it take for her to

 7    show back up?

 8    A.  About ten -- eight to ten hours --

 9    Q.  Okay.

10    A.  -- given driving time and stopping.

11              MR. CRISP:  If we could please show the witness

12    4500.P.5.

13    BY MR. CRISP:

14    Q.  And what is that a picture of?

15    A.  That is a picture of two Airsoft rifles, a dummy rubber

16    duck rifle and a Ranger flag.

17    Q.  All right.  When you say a dummy rubber duck rifle, what

18    is that?

19    A.  It was a training implement used to get used to the feel

20    and heft of a firearm and to get used to carrying it around

21    more.

22    Q.  Okay.  Is it a functioning firearm?

23    A.  Not what -- in any way whatsoever.

24    Q.  Is it a solid metal -- I'm sorry -- solid rubber weapon

25    or looking like an M-16-type weapon?
```

Siniff - DIRECT - By Mr. Crisp

1    A.  It looked like an M-16, but it was -- with the exception

2    of the barrel, which was previously used to the point where

3    it could not fire accurately anymore.  They then take that

4    barrel out and put it in this mold for training purposes.

5    Q.  Okay.  And --

6              MR. CRISP:  The Court's indulgence, if I may, your

7    Honor.

8    BY MR. CRISP:

9    Q.  So -- I'm sorry.  I neglected to get into this.  When

10   you called her, what were your instructions to do when you

11   called her?

12   A.  To let her know that she -- that the FBI was after her

13   and wanted to -- and that she was -- it was time for her to

14   turn herself in as she said she would.

15   Q.  All right.  Did she end up calling you back?

16   A.  She did end up calling me back.

17   Q.  On that same line or a different line?

18   A.  She used a different line from a cell phone that she

19   picked up between there and back home.

20   Q.  When you say "there," "there" is where?

21   A.  Berryville, Virginia.

22   Q.  Okay.  Was it a flip phone?

23   A.  I would find out later it was a flip phone.

24   Q.  And were you aware that she had this phone at the time

25   you initially made the call to Tom's house?

1    A.  I was not aware.

2    Q.  Okay.  And in this picture that's marked as 4500.P.5, in

3    the image we see a flag.  What is that flag?

4    A.  That is a Ranger flag.

5            MR. CRISP:  I'm going to approach the witness,

6    your Honor, if I may.

7    BY MR. CRISP:

8    Q.  Do you recognize this?

9    A.  That -- I do recognize that.

10   Q.  And is this the flag that was hanging in your house?

11   A.  That was the flag that was hanging in our closet.

12   Q.  Okay.  Now, did anyone ever ask about that flag?

13   A.  I was asked about it in a preparation prior to a --

14   prior to proceeding with an Agent Eller and an attorney for

15   the U.S., Dingeldein.

16           THE COURT REPORTER:  Can I get those two names

17   again, please?

18           THE WITNESS:  Agent Eller, E-L-L-E-R.  And I do

19   not believe I would be capable of correctly spelling

20   Mr. Dingeldein's name.

21           MR. CRISP:  Okay.  I believe it would be

22   D-I-N-G-E-L-D-E-I-N.

23           THE COURT REPORTER:  Thank you.

24   BY MR. CRISP:

25   Q.  Was there -- did they question whether or not it was an

1    Oath Keeper versus a Ranger flag?

2    A.  They did prior to that proceeding ask me if it was a

3    Ranger flag.  I responded no -- I'm sorry.  They had asked

4    me if it was an Oath Keeper flag, and I had responded that

5    it was a Ranger flag.

6    Q.  All right.  Did you offer to provide it to them, to your

7    recollection?

8    A.  I did not offer -- I do not recall offering the flag as

9    evidence at the time.  But I would have if asked.

10   Q.  Why did you have a Ranger flag in your house?

11   A.  Jess had served with the Rangers for a year as part of

12   her prior military service.

13   Q.  Okay.  She was not a Ranger.  Right?

14   A.  No.

15   Q.  But she was in the regiment at one point?

16   A.  She served in a Ranger battalion.

17   Q.  And you shook your head yes?

18   A.  Yes.  Sorry.

19   Q.  That's okay.

20           All right.  I want to talk about Jess coming back.

21   So when she came back, what did you do?

22   A.  I drove to meet them at Donovan Crowl's residence.

23   Q.  Why there?

24   A.  He had parked his car there and he didn't want it to be

25   towed later by police forces for his car being parked there.

Siniff - DIRECT - By Mr. Crisp

1    So he was hoping that they needed a ride to turn themselves

2    in.

3    Q.  So who drove them where?

4    A.  I then drove them from -- Donovan and Jessica from

5    Donovan's residence to the -- first the Champagne County

6    sheriff.  However, their office was, for whatever reason,

7    not receiving people them.  And so I then -- we then drove

8    to the Urbana Police Department.  And Jessica and Donovan

9    turned themselves in there.

10   Q.  All right.  I want to go back to the idea of what we

11   talked about earlier in terms of the U.N.

12            Have you ever seen discussions about going to

13   Kentucky?

14   A.  I had not, prior to the initiation of these events, seen

15   anything about Kentucky.

16   Q.  All right.  So did you have any idea or any knowledge

17   about bugging out to Kentucky or anything like that prior to

18   what happened here, the arrests and so on?

19   A.  I was not aware of any plans to bug out to Kentucky.

20   Q.  Okay.  And was it something -- so fair to say it's

21   obviously something that Jess never talked with you about.

22   Right?

23   A.  That is correct.

24   Q.  Okay.

25            MR. CRISP:  One moment, if I may, your Honor.

```
 1    BY MR. CRISP:

 2    Q.  There's a couple of things I wanted to touch base on.  I

 3    want to show you what's been marked as Watkins 35.

 4              MR. CRISP:  And, your Honor, 35 and 36.  I would

 5    seek their admission as well, your Honor.

 6              THE COURT:  Any objection?

 7              MS. HUGHES:  Can we just see those?

 8              MR. CRISP:  Yes.

 9              THE COURT:  So 35 and 36 will be admitted.

10              (Whereupon, Defendant Watkins's Exhibit Nos. 35

11    and 36 were entered into evidence.)

12              THE COURT:  Mr. Crisp, did you want the flag

13    admitted as well?

14              MR. CRISP:  I did.  I will take a picture of it,

15    if I may, and just submit that in lieu of the flag.

16              THE COURT:  Sure.  So Watkins 50 will be admitted

17    as well.

18              (Whereupon, Defendant Watkins's Exhibit No. 50 was

19    entered into evidence.)

20    BY MR. CRISP:

21    Q.  Again, I said it was Watkins 35 and 36.

22              What are we looking at?

23    A.  We are looking at the training implement, the rubber

24    duck, as it's called.

25    Q.  All right.  And that is a solid rubber gun?
```

1    A.  It is a solid plastic training implement.

2    Q.  Okay.  And 36 is a closeup of that same weapon, or dummy

3    weapon.

4            So it's fair to say it's meant to look real,

5    including down even to the stamp.  Correct?

6    A.  Correct.

7    Q.  And it is not an operable -- it's just a solid rubber

8    plastic device?

9    A.  That is correct.

10            MR. CRISP:  Your Honor, I'd like to approach and

11    show the witness what will be marked as Watkins's 46.

12    BY MR. CRISP:

13    Q.  Montana, what are we looking at here?

14    A.  This is Jessica's medic bag.

15    Q.  Her what bag?

16    A.  Primarily medic bag.

17    Q.  Okay.  And what's contained within that bag?  If you can

18    pull out some of the items, please.

19    A.  I forgot that she was smart enough to label things.

20            MR. CRISP:  For expediency purposes, your Honor,

21    what I can do is -- we have images of it packed and unpacked

22    that the Government had taken earlier.  So just to speed

23    things along, what I'll do --

24            THE COURT:  Okay.

25            MR. CRISP:  And I can -- does the Government have

 1    any objections to stipulating to what's in 47 through 49 are
 2    accurate representations of the contents as it sits there
 3    now?
 4              MS. HUGHES:  So long as those are the photos that
 5    were taken of the bag, no objection.
 6              THE COURT:  So 46 through 49 will be admitted.
 7              MR. CRISP:  47 through 49.
 8              THE COURT:  I'm sorry.  47 through 49.
 9              (Whereupon, Defendant Watkins's Exhibit Nos. 47
10    through 49 were entered into evidence.)
11    BY MR. CRISP:
12    Q.  So were those -- do you see the contents of the bag
13    there?  And I'll just kind of go through some of this.
14    You've got MREs, it looks like, or the commercial variant of
15    MREs?
16    A.  Yes.
17    Q.  And MREs are what?
18    A.  They are meals in a vacuum-sealed bag meant for
19    single-person consumption.
20    Q.  All right.  And you've seen the inside of her bag in the
21    past.  What are some of the medical items that she would
22    carry?
23    A.  Bandages, some small pairs of scissors for those
24    bandages, medical tape.
25    Q.  Are the contents as laid out in --

1    A.  Splint.

2    Q.  -- 47 and 48, please, and 49 -- yeah -- consistent with

3    what she would bring to events?

4    A.  Yes.

5    Q.  Okay.  I want to go to -- back to the Million MAGA

6    event.  What logistics or planning occurred relative to your

7    participation or Jess's participation in that particular

8    event, to your recollection?

9    A.  To my recollection, Jess was there as well to provide

10   medical services, and I was just a type of a junior grunt

11   with on-the-job learning how to help with the security

12   detail from more experienced people.

13   Q.  All right.  And did you bring any medical material?

14   A.  Yes.

15   Q.  And in terms of how you guys would communicate with one

16   another, what communication apps did they use?  Do you know

17   if they used Signal or any other communication apps?

18   A.  I wasn't aware of communication apps within the Oath

19   Keeper group to be used.  I was -- we were just kind of all

20   basically very close together, didn't stray too far from

21   each other.

22   Q.  All right.  So it was not something you were personally

23   aware of?

24   A.  It was not something I was personally aware of.

25   Q.  Okay.

Siniff - DIRECT - By Mr. Crisp

1          MR. CRISP:  Judge, I don't have any additional

2     questions at this time.

3          THE COURT:  Okay.

4          MR. CRISP:  At this time I tender for however we

5     want to characterize it, whether it be cross or direct.

6          THE COURT:  I think -- if I can just have

7     everybody on the phone, please, real quick.

8          MR. CRISP:  Actually, your Honor, I'm sorry.  Real

9     quick.  There was one other line of inquiry I just

10    remembered.  I apologize.

11    BY MR. CRISP:

12    Q.  There's a Proton Mail.  Are you familiar with

13    Proton Mail?

14    A.  I am familiar with a Proton Mail.

15    Q.  Okay.  And how are you familiar with it?

16    A.  It is an encrypted email server meant to be difficult to

17    hack.

18    Q.  And was this something that was discussed with you and

19    Jess right after the January 6th event?

20    A.  It was some -- I can't recall when it was -- the idea

21    was floated to us, but the idea of using an email as a

22    journal log was relayed to us by someone.

23    Q.  As a what log?

24    A.  Journal type of log, like, between each other.

25    Q.  Okay.  Why?

1    A.  It was a way of avoiding the encryption -- the weakness

2    of having two ends to work with.  We were worried,

3    especially after the doxing that had happened right after

4    the January 6th event.

5    Q.  Okay.  Was there any -- was it done to avoid detection

6    by law enforcement, to your knowledge?

7    A.  No.

8    Q.  Okay.  Was it done to be able to communicate with --

9    whom?

10   A.  I'm sorry?  Was it done --

11   Q.  What did you -- I'm going to show you what's been

12   marked --

13           MR. CRISP:  Just for the witness, please --

14   BY MR. CRISP:

15   Q.  -- what's been marked as 4500.P.10.

16           MR. CRISP:  And I apologize.  I believe it has

17   been admitted, so we can show the jury, then.  I wasn't sure

18   if it had.

19           THE COURT:  I believe it has.

20   BY MR. CRISP:

21   Q.  What is that?

22   A.  That is the -- at the very top right, the landline I was

23   supposed to call her for.  And otherwise an email for which

24   we would communicate with each other daily, especially about

25   how the effects of media attention to the event was going.

1    And she had planned on returning very shortly before the --

2    well, very shortly after the FBI raided anyways.

3    Q.  Okay.  Why?

4    A.  We were of the impression that media attention was dying

5    down.

6    Q.  Okay.  So is it fair to say that you set this up to be

7    able to communicate with her to avoid media detection?

8    A.  Yes.

9    Q.  Okay.  The number in the upper right-hand corner, do you

10   remember whose number that was?

11   A.  That was to the residence of Thomas Caldwell.

12   Q.  Okay.  And this is in a spiral-bound notebook.  Yes?

13   A.  Yes.

14   Q.  And where was this spiral-bound notebook?

15   A.  I either left it on the coffee table or couch that I was

16   sleeping on at the time.

17   Q.  Okay.

18          MR. CRISP:  Now, your Honor, I do tender the

19   witness at this point.  Thank you.

20          Thank you, sir.

21          THE COURT:  All right.  Folks, feel free to stand

22   up and stretch momentarily while I just handle this issue

23   with the parties.

24          (Whereupon, the following proceedings were had at

25   sidebar outside the presence of the jury:)

1          THE COURT:  Is there a request from any defense

2     counsel to question?

3          MR. WOODWARD:  Not from Mr. Meggs.

4          MR. GEYER:  Not from Mr. Harrelson.

5          THE COURT:  So hearing none, we'll go, then,

6     straight into the cross-examination by the Government.

7     Okay?

8          (Whereupon, the following proceedings were had in

9     open court:)

10          THE COURT:  Ms. Hughes, do you have

11     cross-examination?

12          MS. HUGHES:  Yes, your Honor.

13                    CROSS-EXAMINATION

14     BY MS. HUGHES:

15     Q.  Good afternoon, Mr. Siniff.

16     A.  Good afternoon, Ms. Hughes.

17     Q.  Mr. Siniff, my name is Alexandra Hughes and I represent

18     the Government.  I represent the United States.

19          We've met before.  Correct?

20     A.  Correct.

21     Q.  We met in Ohio, and you met with myself and you met with

22     a member of the FBI.  Is that correct?

23     A.  Agent Eller.  Correct.

24     Q.  And I want to ask you a few questions, most of which

25     we've covered before.

1          So I want to start with Louisville.  You went to

2    Louisville twice; is that correct?

3    A.  A total of three times.

4    Q.  A total of three times.  And you went twice in the fall

5    of 2020.  Is that correct?

6    A.  Yes.

7    Q.  And these trips to Louisville followed the death of

8    Breonna Taylor.  Correct?

9    A.  Correct.

10   Q.  And the first time you went to Louisville, this was not

11   an Oath Keepers event?

12   A.  That is correct.

13   Q.  The second time you went to Louisville, this was as part

14   of a broader Oath Keepers operation?

15   A.  That is correct.

16   Q.  And the way you got plugged into the second event is

17   through Mr. Rhodes?

18   A.  That -- I suppose that would be correct.

19   Q.  Mr. Rhodes reached out to Ms. Watkins on a website?

20   A.  Yes.

21   Q.  And he invited her to come to Louisville again?

22   A.  Yes.

23   Q.  But this time as part of an Oath Keepers mission?

24   A.  That is correct.

25   Q.  And this was in September 2020 when you went back to

Siniff - CROSS - By Ms. Hughes

1    Louisville?

2    A.  I believe so.

3    Q.  And you attended?

4    A.  I did.

5    Q.  Ms. Watkins attended?

6    A.  Yes.

7    Q.  And Mr. Rhodes was there?

8    A.  That is correct.

9            MS. HUGHES:  I would like to bring up Government's

10   Exhibit -- that has already been admitted into evidence.  If

11   we could please publish -- this is Government's

12   Exhibit 6863.3.

13   BY MS. HUGHES:

14   Q.  Now, Mr. Siniff, this video --

15           MS. HUGHES:  If we could please play it.  We need

16   sound.

17   BY MS. HUGHES:

18   Q.  I'm going to pause this video at a certain point and I'm

19   going to ask you to identify yourself and Ms. Watkins.

20           (Whereupon, segments of Government's Exhibit No.

21   6863.3 were published in open court.)

22           MS. HUGHES:  If we could pause there, please.

23   BY MS. HUGHES:

24   Q.  Who is in this video now at a minute 11, please,

25   Mr. Siniff?

1    A.  Several independent reporters, myself and Jessica

2    Watkins.

3    Q.  And so that's Ms. Watkins on the left.  Correct?

4    A.  Correct.

5    Q.  And that's you on the right?

6    A.  That is correct.

7         MS. HUGHES:  If we can please keep playing,

8    Ms. Rohde.

9         (Whereupon, segments of Government's Exhibit No.

10    6863.3 were published in open court.)

11         MS. HUGHES:  And if we could pause there, please,

12    Ms. Rohde.

13    BY MS. HUGHES:

14    Q.  Now, this DefendAmericaNow.com, this is, in fact, the

15    website through which Mr. Rhodes reached out to Ms. Watkins.

16    Correct?

17    A.  Yes.

18         MS. HUGHES:  Please keep playing, Ms. Rohde.

19         (Whereupon, segments of Government's Exhibit No.

20    6863.3 were published in open court.)

21    BY MS. HUGHES:

22    Q.  Now, Mr. Siniff, when you went to Louisville, there was

23    a QRF.  Is that correct?

24    A.  I was not aware of one at the time.

25    Q.  Did you later learn that there was a quick reaction

1    force, or QRF, during the Louisville operation?

2    A.  Correct.

3    Q.  And was -- the purpose of the QRF at that time, as you

4    understood it, it was to be responding to arsons or

5    responding to damage to buildings, primarily?

6    A.  To my knowledge, that was what its intent would have

7    been.

8    Q.  And that purpose, that mission of the QRF, that was

9    different than the QRF that was in place from the Million

10    MAGA March and for January 6th?

11    A.  Correct.

12    Q.  I'll get there in a moment, but I want to ask you some

13    more questions about Mr. Rhodes's conduct in Louisville.

14              Now, you were in Louisville and Mr. Rhodes was in

15    Louisville?

16    A.  That is correct.

17    Q.  And Mr. Rhodes instructed you on what you could wear on

18    the mission in Louisville?

19    A.  He attempted to.  Yes.

20    Q.  He attempted to.

21              He also -- he instructed you that before any

22    action is taken --

23              THE COURT:  Hang on one second.  I think a juror

24    was having difficulty hearing.

25              Mr. Siniff, I'll ask you to keep your voice up.

1              THE WITNESS:  If you need me to repeat anything.

2    BY MS. HUGHES:

3    Q.  Thank you, Mr. Siniff.

4              So Mr. Rhodes instructed you on what you should be

5    wearing on the mission in Louisville.  Isn't that correct?

6    A.  That is correct.

7    Q.  And he also instructed you that, before any action was

8    taken, that you call him?

9    A.  That was one of the stipulations I believe I remember.

10   But that was an incomplete --

11   Q.  And let me ask the next point.  You've described

12   Mr. Rhodes as a bit of a micromanager.

13   A.  I have thought of him as such.

14   Q.  And when you were in Louisville, you were receiving

15   instructions from Mr. Rhodes, but through Ms. Watkins.

16   A.  I don't believe that is a fully correct question.

17   Q.  Were instructions being delivered primarily from

18   Mr. Rhodes?

19   A.  That would be a correct observation.

20   Q.  I want to turn now to the Million MAGA March.

21              Now, this is in November 2020.  Correct?

22   A.  Correct.

23   Q.  And at that point, there was also a QRF?

24   A.  Yes.

25   Q.  Now, for this QRF, instead of protecting buildings from

1    protesters or rioters, you are protecting the protesters.

2    You are one of the protesters, one of the rioters.  Isn't

3    that correct?

4              MR. WOODWARD:  Objection.

5              THE COURT:  It's overruled.

6              MS. HUGHES:  I can rephrase.

7    BY MS. HUGHES:

8    Q.  In Louisville, the QRF's job was to protect things and

9    people from the protesters.  Correct?

10   A.  Correct.

11   Q.  And at Million MAGA, in November, your mission was to

12   protect those who were protesting.  That was the primary

13   goal of the QRF.

14   A.  That was not the primary goal of the QRF.  The primary

15   goal of the people on mission in D.C. was to protect

16   speakers.

17   Q.  And for Million MAGA, you attended the November event in

18   D.C.

19   A.  That is correct.

20   Q.  And Ms. Watkins attended the event in D.C.

21   A.  That is correct.

22   Q.  And Mr. Rhodes attended the event in D.C.

23   A.  That is correct.

24   Q.  And when you went -- when you came to D.C. in November,

25   you stopped at Mr. Caldwell's house -- and you mentioned

1    that in your testimony just now -- Mr. Thomas Caldwell in

2    Berryville, Virginia.

3    A.  Correct.

4    Q.  And in addition to the people I just mentioned, there

5    were also 15 to 30 individuals in total?

6    A.  Sounds like a correct estimation.  I was -- I would not

7    be -- be able to give a direct count.

8    Q.  Fair enough.

9            And you and Ms. Watkins, you brought guns with you

10   to Mr. Caldwell's home.

11   A.  We did.

12   Q.  As did other attendees.

13   A.  Correct.

14   Q.  And at a certain point, you loaded your guns into a

15   white van.

16   A.  I do not recall the color of the van.  It was a bit

17   dark, but we did load the weapons to a QRF.

18   Q.  You loaded your guns into a van.  My apologies.  Is that

19   correct?

20   A.  Yes.

21   Q.  As did the other attendees at Mr. Caldwell's farm.

22   A.  As did many attendees at Caldwell's farm.

23   Q.  In fact, so many people loaded their guns into this van

24   that it looked like an assembly line.

25   A.  More like congestion as people kept -- like, sometimes

1    it would build up as more people that were a bit closer came

2    with their firearms.  And it would die down and other people

3    would wait until the line died down and then come out with

4    their -- come forward with their firearms.

5    Q.  And after this congestion of loading their weapons into

6    this gun -- loading their guns into this van, there was a

7    stack of guns that was about knee high in this van.

8    A.  I feel like that would be a slight overestimation of the

9    number of firearms.

10   Q.  I want to move to January 6th now.

11            On January 6th, Ms. Watkins traveled to D.C.

12   A.  To my knowledge, yes.

13   Q.  As did Mr. Crowl.

14   A.  Yes.

15   Q.  You did not.

16   A.  I did not.

17   Q.  They brought two additional members from the Ohio State

18   Regular Militia, Sandra Parker and Bennie Parker?

19   A.  They did bring Ben and Sandra Parker with them.

20   Q.  Now, you mentioned that you did not attend because you

21   felt like law enforcement was suspicious of you when you

22   were in D.C.?

23   A.  That is correct.

24   Q.  I want to ask you a little bit more about why you did

25   not travel to D.C. for January 6th.

1          Now, you mentioned that this was a hard time, that

2     your bar was struggling.

3     A.   That is correct.

4     Q.   And so it was important for you to stay with the bar,

5     but you also thought that the QRF could ratchet up the

6     situation.

7     A.   I would disagree with that version --

8     Q.   You thought that the QRF and the guns that the QRF

9     contained could draw attention from law enforcement.

10    A.   I felt it would be something that law enforcement would

11    do on -- after any kind of event involving the Oath Keepers,

12    up to and including jaywalking.

13    Q.   You were so concerned about this attention, though,

14    Mr. Siniff, that having traveled to Louisville twice,

15    Million MAGA once, being Ms. Watkins's fiancé and her

16    partner in this militia, you stayed back in Ohio.

17    A.   I did stay back in Ohio.  Yes.

18    Q.   And you tried to tell Ms. Watkins that she should not go

19    to D.C.?

20    A.   I did express my -- some of my concerns that things

21    might get rougher than normal.  I was hoping against that.

22    I didn't think that it would be -- any kind of Trump protest

23    would get out of hand.  But it seemed like it very well

24    could have, that tensions were increasing.

25    Q.   And when Ms. Watkins went to D.C. for January 6th, she

Siniff - CROSS - By Ms. Hughes

1     took her guns.

2     A.  That is correct.

3     Q.  But unlike in Louisville and unlike for Million MAGA,

4     she did not tell you she took her guns prior to leaving

5     Ohio.

6     A.  I was not aware that the guns were en route with herself

7     to -- out of Ohio.

8     Q.  She told you on a jail call after she was arrested?

9     A.  Yes.

10    Q.  I want to talk about the guns she took with her to

11    Washington, D.C., for January 6th.

12                    She took a Mini-14?

13    A.  Correct.

14    Q.  What is a Mini-14?

15    A.  A .223 chambered rifle.

16    Q.  She took a Mossberg .12-gauge.

17               MS. HUGHES:  And, Ms. Rohde, if we could bring up

18    what's already been admitted as Government's Exhibit

19    4500.P.7.

20    BY MS. HUGHES:

21    Q.  Is this the Mossberg?

22    A.  That is the Mossberg.

23    Q.  And she brought this with her to -- she left Ohio,

24    rather, with this gun in advance of January 6th?

25    A.  Correct.

1    Q.  And this gun isn't made of rubber.

2    A.  It is not.

3    Q.  And she brought a Model 39?

4    A.  I would not be surprised.

5    Q.  What is a Model 39?

6    A.  It is a .39 caliber handgun.

7    Q.  And she brought a Walther P22 .22 caliber handgun?

8    A.  Yes.

9    Q.  What is that?

10   A.  A .22-caliber handgun, shooting .22 caliber bullets.

11   Q.  And you later learned that Sandra Parker and Bennie

12   Parker also brought guns?

13   A.  I have -- still have no knowledge of what they did or

14   did not bring with them to January 6th.

15   Q.  Now, when you brought guns with you to Million MAGA,

16   Ms. Watkins told you, "We are bringing our long guns."  Is

17   that correct?

18   A.  That is correct.

19   Q.  And you assumed that was from Mr. Rhodes?

20   A.  I do not know where the estimation or choice to bring

21   those came in.

22   Q.  Were you in touch with Mr. Rhodes?

23   A.  Not at the time personally, until the drive down.  My

24   phone was then used.  But mostly Jess did the talking.

25   Q.  And you were also not a part of the Oath Keepers Signal

1    groups?

2    A.  I was not.

3    Q.  You were not part of the GoToMeetings that were used to

4    coordinate Oath Keeper activities?

5    A.  I would occasionally listen in on some different

6    national calls, but I was not privy to many mission-specific

7    meetings.

8    Q.  You didn't have Zello?

9    A.  I did not have Zello.

10   Q.  When Ms. Watkins returned to Ohio after January 6th, she

11   then left again for Mr. Caldwell's house.

12   A.  Eventually, yes.

13   Q.  And she left her phone?

14   A.  She did.

15   Q.  She intentionally left her phone?

16   A.  She intentionally left her phone.

17   Q.  And you also -- we discussed this Proton Mail email

18   address.

19           MS. HUGHES:  If we could bring up again

20   Government's Exhibit 4501.10.  And we can zoom in again,

21   Ms. Rohde.

22   BY MS. HUGHES:

23   Q.  This password that is included, this was so that you

24   could communicate with each other using drafts?

25   A.  That is correct.

```
 1   Q.  So beyond just sending emails, you would write drafts
 2   and you would each read each other's drafts?
 3   A.  That is correct.
 4   Q.  And she created this account after January 6th?
 5   A.  That is correct.
 6           MS. HUGHES:  We can bring that down.  Thank you,
 7   Ms. Rohde.
 8   BY MS. HUGHES:
 9   Q.  Eventually, Ms. Watkins was arrested?
10   A.  That is correct.
11   Q.  And an individual named Dozer, or Holden Haney, came to
12   visit you?
13   A.  Yes.
14   Q.  Now, Dozer, Holden Haney, traveled to Woodstock, Ohio,
15   to meet with you?
16           MR. CRISP:  Outside the scope of direct, Judge.
17           THE COURT:  I'll give a little leeway.  It's
18   cross-examination.
19           Go ahead, Ms. Hughes.
20   BY MS. HUGHES:
21   Q.  Dozer is not from Ohio, is he?
22   A.  That is correct.
23   Q.  He drove to Woodstock to find you because he could not
24   communicate with you via phone?
25   A.  That is correct.
```

1    Q.  And Jess was arrested and he had no way of contacting --

2    and Ms. Watkins was arrested and he had no way of contacting

3    her?

4    A.  That is correct.

5    Q.  And he found your bar by asking around?

6    A.  Yes.

7    Q.  And when he found you, he arranged for a phone call

8    between yourself and Stewart Rhodes?

9    A.  That is correct.

10   Q.  And he asked you -- Mr. Dozer asked you the names of the

11   special agents that were investigating Ms. Watkins's arrest?

12   A.  He wondered who the specific case agent was, as well as

13   case agent for the marshals too.

14   Q.  So he asked for two things.  He asked for the name of

15   the special agents and he asked for the name of the U.S.

16   marshal?

17   A.  Only one agent.  Just the case agent on file.

18   Q.  And on this three-way call that eventually was arranged

19   between Mr. Dozer, yourself and Mr. Rhodes, Mr. Rhodes

20   offered to assist with Ms. Watkins's legal defense?

21   A.  He did offer to try and help provide -- what's the

22   word? -- advertise any kind of fundraiser to pay for her

23   defense.

24   Q.  And he gave you the names of lawyers you could contact?

25   A.  That is correct.

1    Q.  And one of those lawyers was named Ed McMahon?

2    A.  That sounds correct.

3    Q.  And one of them was Kellye SoRelle?

4    A.  That is correct.

5    Q.  And you thought that these efforts, while perhaps

6    sincere, were also potentially to keep him in your good

7    graces?

8    A.  I don't know if I would phrase it in quite that fashion.

9    I do think he was attempting to.  But that is a correct

10   estimation.

11   Q.  Now, after January 6th, both prior to Ms. Watkins's

12   arrest and after she was arrested, you spoke to the FBI?

13   A.  That is correct.

14   Q.  And early on, you told the FBI in January of 2021 that

15   Ms. Watkins went into the Capitol to look at paintings.

16   A.  I would like to see the part of -- or listen to the part

17   of the 302 where that is claimed.

18   Q.  Sure.  I can -- I'm happy to refresh your recollection.

19           MR. FISCHER:  Objection.  Foundation.

20   BY MS. HUGHES:

21   Q.  So during your interview with the FBI --

22           THE COURT:  Overruled.  She can refresh his

23   recollection with the 302.

24           MR. CRISP:  Your Honor, can we get on the phone?

25   I have concerns about the 302s.

Siniff - CROSS - By Ms. Hughes

 1              MS. HUGHES:  I'm not intending to show them.  I

 2     was just going to give them to the witness.

 3              (Whereupon, the following proceedings were had at

 4     sidebar outside the presence of the jury:)

 5              MR. CRISP:  Your Honor, they're actually audios of

 6     the interviews.  I have listened to both.  I don't believe

 7     that the 302s accurately capture what was said at various

 8     times.  So if we're going to use the 302 to refresh his

 9     memory, I'd rather do the audio to see exactly what he said.

10              MS. HUGHES:  I'm not intending to introduce

11     anything.  He's asked to see his 302.  And I'll move on

12     pretty quickly.  We can spend time going through the audios,

13     but I'm literally going to show him his 302 and ask him if

14     he -- it if refreshes your recollection.  If he says no,

15     that's it.

16              THE COURT:  Okay.  It either does or it doesn't.

17     So we'll see where it goes.

18              (Whereupon, the following proceedings were had in

19     open court:)

20              MS. HUGHES:  Permission to approach the witness?

21              THE COURT:  Yes.

22     BY MS. HUGHES:

23     Q.  (Tendering document to the witness) And once you're

24     done, Mr. Siniff -- let me know when you're done reading and

25     I'll come retrieve the document.

1    A.  Oh, I see.  You've got to take it back.  Okay.  Okay.

2    (Tenders document to counsel.)

3    Q.  Mr. Siniff, does that refresh your recollection about

4    what you said regarding Ms. Watkins's activities at the

5    Capitol?

6    A.  I do recall more of what was -- I said during that first

7    interview of what I was relayed to by Jess of her activity

8    in the Capitol.

9    Q.  And you said that this was relayed to you by Ms. Watkins

10   about what her activities were in the Capitol?

11   A.  About what some of her activities included.  Yes.

12   Q.  And she also told you she didn't go anywhere outside of

13   the Rotunda.

14   A.  It was my understanding at the time that she did not go

15   outside of the Rotunda.

16   Q.  And your understanding also from Ms. Watkins was that

17   Ms. Sandra Parker also did not go into the Capitol?

18   A.  Was not my recollection at the time?  I was not fully

19   aware of who did or did not go in the Capitol, aside from

20   Jess and Donovan for certain.

21   Q.  And, Mr. Siniff, to be clear, you said this to protect

22   Ms. Watkins.

23   A.  Said --

24   Q.  This was not an effort to mislead the FBI.  This was an

25   effort to protect Ms. Watkins, your fiancée.

1    A.  I was not engaging in any effort to mislead the FBI.

2    Q.  Understood.

3           MS. HUGHES:  If we could bring up Government's

4    Exhibit 67.34, Page 2.

5    BY MS. HUGHES:

6    Q.  Mr. Siniff, on January 6th at 5:54 p.m., Ms. Watkins

7    sent you a text message that read:  "We were in the thick of

8    it.  Stormed the Capitol.  Forced our way into the Senate

9    and House.  Got teargassed and muscled the cops back like

10   Spartans."

11          Isn't that true?

12   A.  I did receive that text.

13          MS. HUGHES:  If we could bring up Government's

14   Exhibit 200.V.1, also already into evidence.

15          (Whereupon, segments of Government's Exhibit No.

16   200.V.1 were published in open court.)

17          MS. HUGHES:  Pause there, Ms. Rohde.

18   BY MS. HUGHES:

19   Q.  Now, in that video was Ms. Watkins.  Correct?

20   A.  That was Ms. Watkins.

21   Q.  And Mr. Crowl.  Correct?

22   A.  Correct.

23          MS. HUGHES:  No further questions.

24          THE COURT:  Any redirect exam?

25          MR. CRISP:  Yes, sir.

1                    REDIRECT EXAMINATION

2    BY MR. CRISP:

3    Q.  Montana, let's kind of pick it back up where they just

4    left off.

5              The 302 that you used to refresh your

6    recollection, you didn't just tell them that she was there

7    to look at paintings, did you?

8    A.  I did not.

9    Q.  Did you tell them that she admitted to getting into two

10   altercations with the Capitol Police?

11   A.  I did relay my instructions that she had gotten into at

12   least an altercation with police.  I do not recall from the

13   interview how many.  But I do recall also an incident --

14   yes.  At least one altercation with Capitol Police.

15   Q.  And so just to be clear, a 302, you didn't type this up,

16   did you?

17   A.  I did not.

18   Q.  All right.  Who did?

19   A.  It would have been the agent involved in the case.

20   Q.  Did they give you an opportunity to take a look at the

21   302 upon the conclusion of your interview?

22   A.  They did not.

23   Q.  Did you -- so fair to say you didn't have an opportunity

24   to say, "That's not accurate; you should flesh this out

25   more, make any changes to that"?  You didn't have that

1  chance?

2  A.  I did not have any opportunity to add any input to the

3  302.

4  Q.  Okay.  And then I want to talk about the -- there were

5  actually recordings of your interviews with the FBI.  Right?

6  A.  Correct.  I would imagine so.

7  Q.  Okay.  Well, was that your understanding?

8  A.  Yes.

9  Q.  All right.  Let's talk about those prison calls.

10         Certainly you could infer that -- the fact that

11  Ms. -- Government counsel -- Ms. Hughes; sorry -- referenced

12  those discussions -- those calls are recorded?

13         MS. HUGHES:  Objection.  If we could get on the

14  phone.

15         (Whereupon, the following proceedings were had at

16  sidebar outside the presence of the jury:)

17         MS. HUGHES:  The reason I said jail call is

18  because Mr. Siniff told the FBI, and it's documented in the

19  302, that he told her over the jail call.  It was not from

20  any Government-reviewed jail call.

21         To the extent this is going to get into any

22  extraneous review by the Government of jail calls, this was

23  not where they came from.  This was Mr. Siniff's assumption

24  that he relayed to the FBI.

25         THE COURT:  He relayed an assumption?  I'm sorry.

1    I'm not following.

2         MS. HUGHES:  Mr. Siniff told the Government that

3    he told Ms. Watkins in a jail call.  This was not from our

4    review of jail calls.  To the degree this is in any actual

5    jail call, that is not what that testimony related to.

6         THE COURT:  I see.  So in other words, the

7    Government doesn't have any recordings of the jail calls?

8         MR. CRISP:  That's not true.

9         MS. HUGHES:  Not that I've reviewed -- I mean, I

10   can bring up the 302 for Mr. Crisp.  But that testimony was

11   in regards to his -- that was his words.  I don't know if

12   that exists in the jail call.

13        MR. CRISP:  But we have jail calls.  I've listened

14   to the jail calls.  The Government can listen to the jail

15   calls.  If that's what he said, I want to be able to get

16   into that.

17        THE COURT:  I guess the question is:  Do we know

18   when precisely the call was made and which calls you

19   actually have, Mr. Crisp?  Is it only calls from the D.C.

20   Jail?  Or --

21        MR. CRISP:  The problem is, I don't think it's an

22   accurate statement.  I don't think she ever said, I took

23   guns to D.C.  I think she said completely the opposite.  It

24   was Virginia.  That's what I want to get into, because I

25   think if they had her saying guns to D.C., they'd admit the

1      bloody statement.

2                    MS. HUGHES:  That was not the testimony.  That was

3      my fear, is he's getting into the absence of this in any

4      recorded jail call when this was the result of his

5      recollection about telling her that she called him from

6      jail.

7                    THE COURT:  So the testimony was that she told him

8      he -- she had taken guns to D.C. only after she was arrested

9      and from a jail call.  Correct?

10                    MS. HUGHES:  Correct.

11                    THE COURT:  And that's what he then relayed to the

12      FBI.  Right?

13                    MS. HUGHES:  Correct.

14                    THE COURT:  And you want to, Mr. Crisp, do what in

15      terms of examining him about the phone call?

16                    MR. CRISP:  I need to get into how the jail calls

17      work and the fact that they are all recorded, for one -- the

18      Government can certainly play that -- and clarify what

19      actually was said to his recollection.

20                    THE COURT:  Well, the only issue I've got here is

21      it's not clear to me -- Ms. Watkins has spent time in a

22      handful of facilities, so it's not clear to me which call.

23      I mean, she would have been -- do we know this was from --

24      when was this interview?

25                    MS. HUGHES:  I can pull up the precise interview.

1            Apologies.  I'm just trying to find it.

2            THE COURT:  Let me ask you this:  Mr. Crisp, to

3    the extent that we have recordings, what are they recordings

4    of and from where?

5            MR. CRISP:  The recordings I have from her in the

6    D.C. Jail.  I have no recordings that reflect what -- that

7    she ever said she took guns to D.C.

8            THE COURT:  Okay.  So --

9            MS. HUGHES:  I have the 302.

10            THE COURT:  All right.  What's the date of the

11    interview?

12            MS. HUGHES:  The date of the interview is March

13    9th, 2021.

14            THE COURT:  And she was arrested when?

15            MS. HUGHES:  January 17th, 2021.

16            MR. CRISP:  I'm sorry.  What was the date?  I had

17    to take the phone away.

18            MS. HUGHES:  March 9.

19            THE COURT:  When did she get to D.C. and when

20    would she have been here?  It would have been earlier than

21    March 9th, presumably.

22            MS. HUGHES:  The exact quote is:  Siniff was not

23    aware she took the firearms because he did not notice that

24    they were missing when she left.  He only later found out

25    that she took the firearms with her during the jail call.

Siniff - REDIRECT - By Mr. Crisp

```
 1                    THE COURT:  Okay.

 2                    MR. CRISP:  See, that's what's misleading about

 3        the cross question, because she said D.C.; and he never said

 4        that.  And even in the 302 it doesn't say that.

 5                    THE COURT:  What does the 302 say again?

 6                    MS. HUGHES:  It does not say D.C.

 7                    THE COURT:  Okay.  So let's get that point

 8        clarified.  If we can avoid the issue of the recordings --

 9        and it doesn't sound like there's going to be any issue

10        about what the 302 actually says.  So let's go ahead and go

11        down that route without worrying about the recordings.

12                    (Whereupon, the following proceedings were had in

13        open court:)

14                    MR. CRISP:  Your Honor, I'm just looking for the

15        date of the 302, if I may have your indulgence for a moment.

16                    THE COURT:  Of course.

17                    MR. CRISP:  One moment, Judge.

18        BY MR. CRISP:

19        Q.  Mr. Siniff, do you have any specific recollection of

20        that conversation regarding taking firearms or the -- the

21        call you had with Ms. Watkins?

22        A.  I recall letting her know that I was unaware that she

23        had taken firearms.

24                    And she said:  Oh, no.  I did take a couple, but

25        we went to drop them off at the relative of Donovan
```

Siniff - REDIRECT - By Mr. Crisp

 1    Crowl's -- I'm still fully unfamiliar with the first name,

 2    Jed or Jeb -- and that she had taken her Mini-14 and

 3    Mossberg .12-gauge.

 4    Q.  Do you know where -- do you remember where, to your

 5    recollection, she took them based on your conversations with

 6    her?

 7    A.  Is sounded like she had taken them to just Virginia, not

 8    even the hotel, but Donovan Crowl's residence -- relative's

 9    place, and then picked them up on the way back from the 6th

10    to Ohio.

11    Q.  Do you remember the specific conversation you had in the

12    302?  Or would seeing a copy of that help refresh your

13    recollection?

14    A.  That might be helpful.

15            MR. CRISP:  Your Honor, may I approach?

16            THE COURT:  Sure.

17    BY MR. CRISP:

18    Q.  (Tendering document to the witness) Mr. Siniff, if you

19    could please read beginning at the highlighted piece down to

20    the end of that paragraph.  And when you're done, please

21    look up.

22    A.  I have read.

23    Q.  All right.  Retrieving the document.

24            Is it fair to say that you never indicated that

25    she took guns to D.C. in this 302?

```
 1    A.  I'm sorry.  What's the question again?

 2    Q.  Is it fair to say that you never said that she told you

 3    she took guns to D.C. in this 302?

 4    A.  She did not take guns to D.C.  No.

 5    Q.  My question is a little bit different.  I'm sorry.  I

 6    have to say:  Did you say in this 302 that she told you she

 7    took guns to D.C.?

 8              And if you need to see the document again, I'm --

 9    A.  I might need to.  I'm confused as to the question,

10    because I don't believe I ever said she took them to D.C.  I

11    would be...

12    Q.  (Tenders document to the witness.)

13              As you're going through that, my question to you

14    is going to be:  Do you ever say in that 302 that she told

15    you she took guns to D.C.?

16    A.  No.

17    Q.  Okay.  What do you actually say in that 302 that she

18    told you occurred with the weapons?

19    A.  That they were deposited at a relative of Donovan

20    Crowl's.

21              MS. HUGHES:  Objection.

22              MR. CRISP:  Basis?

23              THE COURT:  It's overruled.

24    BY MR. CRISP:

25    Q.  You may answer.
```

1    A.  That they were deposited at the home of a Jed or Jeb

2    Crowl in Virginia.

3            MR. CRISP:  Retrieving the document from the

4    witness, your Honor.

5    BY MR. CRISP:

6    Q.  Now, there was a discussion on cross about Holden Haney

7    and Mr. Rhodes.  Right?

8    A.  About who and Mr. Rhodes?

9    Q.  Mr. Haney, or Dozer.

10   A.  Yes.

11   Q.  Okay.  Did you ever get any assistance from Mr. Rhodes

12   in terms of financial assistance or any legal assistance?

13   A.  Ultimately, no.

14   Q.  Okay.

15           MR. CRISP:  Your Honor, the next video I'm going

16   to play is approximately ten minutes long.  It is the full

17   video of what the Government introduced of a compilation

18   video.  So we can either play it now or I can wait until

19   first thing in the morning, Judge.

20           THE COURT:  It's going to have to be.  I don't

21   want to keep them any longer than 5:00.

22           I'm sorry.  This is --

23           MR. CRISP:  Probably now is a good time to rest.

24   We can just pick it back up tomorrow.

25           THE COURT:  I'm sorry.  This is a full video of

1    what the Government showed?

2          MR. CRISP:  The Government showed what occurred in

3    Louisville.  And I actually have the full video of what

4    happened that isn't pieced together in a piecemeal video

5    that he can recognize and describe what actually happened

6    involving him and my client.

7          THE COURT:  Well, let's take this up.  We'll let

8    the jury go and then we'll figure out --

9          MR. CRISP:  Sure.

10          THE COURT:  -- what we can do about that.

11          Actually, before we -- could I ask all of you to

12    quick -- before we adjourn.

13          (Whereupon, the following proceedings were had at

14    sidebar outside the presence of the jury:)

15          THE COURT:  Can we start at 9:00 tomorrow?

16          MR. CRISP:  Not a problem with me, Judge.

17          (Whereupon, the following proceedings were had in

18    open court:)

19          THE COURT:  Ladies and gentlemen, we're going to

20    adjourn for the day.

21          Just a scheduling issue:  We will actually start

22    tomorrow at 9:00 instead of 9:30.  The reason for that is

23    that I need to probably end the day around 11:00, 11:15 or

24    so, because I've got some legal matters I need to take up

25    with the lawyers, and so we don't want to keep you any

1     longer than we need to, but we also want to try and move

2     things along.

3               So we'll see you all tomorrow starting at 9:00.

4     Thank you all very much.  Have a good night.

5               THE COURTROOM DEPUTY:  All rise.

6               (Whereupon, the jury exited the courtroom at 4:56

7     p.m. and the following proceedings were had:)

8               THE COURT:  Mr. Siniff, you can step down.  Since

9     you will be coming back tomorrow, sir, I'll ask you not to

10    discuss your testimony with anyone overnight.  Okay?  Thank

11    you, sir.

12              (Witness excused.)

13              THE COURT:  If you all could just have

14    Mr. Siniff -- escort him outside the courtroom so we can

15    continue our discussion.

16              (Thereupon, Montana Siniff retired from the

17    courtroom and the following proceedings were had:)

18              THE COURT:  Please be seated, everybody.

19              So the Government showed a quick portion -- I

20    guess there were two instances of what was shown in

21    Louisville, I think, on that video.  I think there were two

22    clips or two images on the video that was shown, or at least

23    one.

24              MR. CRISP:  They played the entire video.  So it

25    was the entire video that -- it was a compilation video

1    that, apparently, someone in the Oath Keepers generated that

2    had stuff that had nothing to do with him as well as pieces

3    that did, and my client.

4            THE COURT:  Well, but the video was already in

5    evidence and it was the video, if I remember correctly, that

6    Mr. Meggs had sent to other members of the January 6th Op

7    chat.

8            MR. CRISP:  Yes.

9            THE COURT:  So it was kind of a mashup that he

10   himself put together, and it happened to just include an

11   image of Ms. Watkins and Mr. Siniff in Louisville.

12           So I'm not sure what the point is going to be of

13   playing all ten minutes of the --

14           MR. CRISP:  And I'm going to look at it again -- I

15   mean, obviously, I'm going to try and narrow it down if I

16   can.  My concern was the phrasing of the questioning and

17   what it implied.

18           I want to -- and we had 20-second snippets of what

19   they were doing.  I'd like to focus in -- and it probably

20   won't be the full ten minutes -- of what my client and

21   Mr. Siniff were actually doing at that event.  Because the

22   way the questions were phrased and how they're juxtaposing

23   it with that I think implies something very different,

24   certainly as to my client's involvement in that event.

25           THE COURT:  Okay.

1          MS. HUGHES:  And for the record, the Government

2     has not seen this and is not aware of what this video is.

3          THE COURT:  Okay.  So we'll just ask -- make sure

4     that the Government has --

5          MR. CRISP:  I will send it.

6          THE COURT:  -- a copy overnight.

7          Also, I try to take notes, but I don't remember

8     the exact questioning about the video, so I'll just -- I

9     know we're getting dailies done, so hopefully I'll have a

10    chance to look at what the exact questions were that were

11    asked about that video.  And then we can make a decision

12    from there.

13         Okay.  So after Mr. Siniff's testimony is done,

14    we'll return to Mr. Rhodes's case.  I did look at the cases

15    that were sent about cross-examination -- that Mr. Nestler

16    sent by defense counsel of defense witnesses, particularly

17    of a defendant who decides to testify.

18         I also, coincidentally, was corrected immediately

19    by a lawyer who appeared at my 1:00 hearing to tell me that

20    I, in fact, did have a defendant testify in a

21    multi-co-defendant case.  It was quite -- the testimony was

22    quite something.  I can't believe I forgot it.  But in any

23    event, it's happened before.

24         But what's the defense's view on the case law that

25    Mr. Nestler sent around, which basically says:  Look, unless

1    there's inculpatory testimony provided by a defense witness,

2    the other defendants don't get to cross-examine on the

3    theory that you have a right to confront your accusers,

4    but -- so if a witness is not actually accusing you of

5    anything, you don't have a right of confrontation?

6              MR. CRISP:  Judge, I have to be honest.  I did not

7    look at it.

8              THE COURT:  Okay.

9              MR. CRISP:  If we're going to make a decision -- I

10   don't mind coming in at 8:30 or 8:45 just to do a quick, you

11   know, discussion on that point.

12             I can't speak intelligently to it, and I

13   apologize.

14             THE COURT:  That's all right.  Well, why don't we

15   plan to do that.  I'll ask everybody to be here at 8:30

16   tomorrow.  We can deal with both this confrontation issue

17   and the video issue and anything else that may come up.

18   Okay?

19             MR. NESTLER:  I will just point out, I don't think

20   we need to address it first thing tomorrow, because

21   Mr. Siniff is still on, and Mr. Rhodes ought to take the

22   rest of the morning.  So I'm not sure this is going to be an

23   issue that will come up until after Mr. Rhodes is done

24   testifying.

25             THE COURT:  That's probably true.

```
1            MR. NESTLER:  I'm just pointing that out for
2       efficiency.
3            THE COURT:  I'd rather resolve it sooner rather
4       than later if for no other reason than -- look, I mean, they
5       may structure their examination in a way that might take
6       that into account.  So think about that.
7            MR. FISCHER:  Judge, can we handle an issue on the
8       phone real quick?
9            (Whereupon, the following proceedings were had at
10      sidebar:)
11           MR. FISCHER:  Your Honor, there are multiple FBI
12      agents who are in the courtroom in the audience.  And if --
13      certainly, if they're not going to testify for impeachment
14      purposes, or other reasons, if that's possible -- we
15      certainly don't mind them being in the courtroom.  They have
16      a right to.
17           But if the Government intends on bringing these
18      witnesses here, they're entitled to one case agent.  And if
19      all these individuals or any of these individuals
20      potentially could testify, they should be sequestered.
21           MR. NESTLER:  I'm not sure why this needs to be on
22      the phone.  If he wants to make that request, it can be in
23      open court, and I'm happy to address it.
24           I don't understand why we're only entitled to one
25      case agent.  I've never heard of that before.  And I flagged
```

1    before the case started we had multiple case agents due to

2    the nature of this case.

3            THE COURT:  Right.  I mean, look -- yes.  On the

4    other hand, I think Mr. Fischer's point is the correct one,

5    which is that if there is a witness in -- on taking the

6    stand, and there's an FBI agent that interviewed that

7    witness, and the potential is there for that FBI agent to be

8    re-called in your case in order to impeach that witness, I

9    think it is appropriate that the FBI agent not be present

10   absent some compelling reason.

11           MR. NESTLER:  Understood.  If we're looking to

12   complete an impeachment with a civilian witness on the

13   stand, we will discuss whether to have an agent who would be

14   completing the impeachment here.  I'm not sure that's going

15   to be coming up very often.

16           THE COURT:  Okay.  Well, I think that's

17   Mr. Fischer's point primarily, and I think it's a fair one,

18   which is that, you know, an FBI agent who could potentially

19   be there -- be called to impeach a civilian witness for

20   saying something differently here than they may have said in

21   the 302 -- excuse me; at the interview -- I think it is

22   appropriate that the agent not be present to hear that

23   testimony.

24           And I don't know how often that's going to come

25   up, but you've got a number of agents and you probably have

```
 1    a number of civilian witnesses, all of whom are likely to
 2    have been interviewed at some point in time, I think.
 3              MR. FISCHER:  Thank you, your Honor.
 4              MR. WOODWARD:  Your Honor, this is Mr. Woodward.
 5              Just one housekeeping matter that I should have
 6    mentioned yesterday.
 7              I actually am still in a considerable amount of
 8    pain.  I moved over here so I can step in and out of the
 9    courtroom and stretch my back.  If the Court has any issues,
10    of course, let me know.  I'm trying to be as discreet about
11    it as I can.  But that's why I moved.
12              THE COURT:  That's fine, Mr. Woodward.  I mean,
13    look, we're not in your case.  Certainly tomorrow, if you
14    don't feel like you need -- that you need to be here,
15    obviously, take the day.  We are only here for a half day.
16              MR. WOODWARD:  Yes, your Honor.
17              (Whereupon, the following proceedings were had in
18    open court:)
19              MR. NESTLER:  Could I flag one additional issue,
20    your Honor?
21              I heard a couple of objections today from defense
22    counsel during Ms. Hughes's cross-examination who had not
23    sponsored this witness.  We believe it would be appropriate
24    for only the attorney who sponsored the witness on direct to
25    be able to object to a cross-examination.
```

6954

 1          THE COURT:  I think that is generally fair.  We've

 2    been at this for a while.  I think we can handle it.

 3          Thanks, everybody.  Have a good night.

 4          MR. WOODWARD:  Thank you, your Honor.

 5          MS. HALLER:  Thank you, your Honor.

 6          (Proceedings concluded.)

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10                    Dated this 3rd day of November, 2022.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'**

**'21** [1] - 6885:15

**/**

**/s** [1] - 6955:12

**0**

**08077** [1] - 6825:10

**1**

**100** [1] - 6887:17
**11** [1] - 6920:24
**11:00** [1] - 6946:23
**11:15** [1] - 6946:23
**12-gauge** [1] - 6928:16, 6943:3
**13-year** [1] - 6847:20
**130** [1] - 6825:9
**14** [1] - 6846:12
**141** [1] - 6825:9
**14th** [1] - 6887:16
**15** [1] - 6925:5
**16th** [2] - 6849:13, 6849:17
**17110** [1] - 6825:13
**1770** [1] - 6831:8
**1776** [1] - 6839:12
**17th** [1] - 6941:15
**1808** [1] - 6825:3
**1930s** [1] - 6840:5
**1940s** [1] - 6840:5
**1:00** [1] - 6846:22, 6949:19
**1:26** [1] - 6824:7
**1:28** [1] - 6828:6
**1:47** [1] - 6846:20

**2**

**2** [1] - 6936:4
**20** [1] - 6840:17
**20-second** [1] - 6948:18
**200.V.1** [2] - 6936:14, 6936:16
**20001** [2] - 6825:20, 6955:14
**20010** [1] - 6825:3
**2003** [1] - 6874:23
**20036** [1] - 6825:6
**2014** [1] - 6835:15
**2015** [1] - 6870:2

**2016** [1] - 6870:18
**2018** [1] - 6875:13
**2018-2019** [1] - 6874:13
**2019** [3] - 6872:9, 6874:25, 6875:14
**2019-2020** [1] - 6875:3
**202** [2] - 6825:21, 6955:15
**2020** [17] - 6848:21, 6850:2, 6851:11, 6851:22, 6853:4, 6853:22, 6853:23, 6875:15, 6879:25, 6880:1, 6881:15, 6890:19, 6896:25, 6919:5, 6919:25, 6923:21
**2021** [7] - 6828:20, 6853:5, 6857:12, 6862:6, 6933:14, 6941:13, 6941:15
**2022** [2] - 6824:6, 6955:10
**20530** [1] - 6824:21
**20579** [1] - 6824:18
**21** [1] - 6836:4
**21061** [1] - 6825:16
**22** [2] - 6929:7, 6929:10
**22-00015** [1] - 6824:3
**22-caliber** [1] - 6929:10
**223** [1] - 6928:15
**23** [1] - 6824:10
**252** [1] - 6831:6
**2:35** [1] - 6846:11
**2:37** [1] - 6863:24
**2:37:50** [2] - 6846:14, 6846:15

**3**

**3** [1] - 6824:6
**30** [1] - 6925:5
**302** [23] - 6933:17, 6933:23, 6934:8, 6934:11, 6934:13, 6937:5, 6937:15, 6937:21, 6938:3, 6938:19, 6939:10, 6941:9, 6942:4, 6942:5, 6942:10, 6942:15, 6943:12, 6943:25, 6944:3, 6944:6, 6944:14, 6944:17, 6952:21
**302s** [1] - 6933:25,

6934:7
**303** [1] - 6825:9
**308** [1] - 6904:7
**3300** [1] - 6824:24
**333** [2] - 6825:19, 6955:14
**35** [6] - 6826:17, 6911:3, 6911:4, 6911:9, 6911:10, 6911:21
**354-3269** [2] - 6825:21, 6955:15
**36** [5] - 6911:4, 6911:9, 6911:11, 6911:21, 6912:2
**39** [3] - 6929:3, 6929:5, 6929:6
**3:00** [1] - 6863:21
**3:06** [1] - 6867:24
**3rd** [4] - 6841:3, 6842:19, 6843:19, 6955:10

**4**

**4031** [1] - 6825:12
**404** [3] - 6864:8, 6864:12, 6865:21
**42** [6] - 6826:15, 6879:1, 6879:3, 6879:6, 6879:7, 6879:10
**43** [6] - 6826:15, 6877:10, 6877:15, 6877:17, 6877:18, 6877:21
**4500.P.10** [1] - 6916:15
**4500.P.4** [1] - 6904:2
**4500.P.5** [2] - 6906:12, 6908:2
**4500.P.7** [1] - 6928:19
**4501.10** [1] - 6930:20
**46** [2] - 6912:11, 6913:6
**47** [11] - 6826:16, 6902:17, 6902:21, 6902:22, 6902:25, 6903:3, 6913:1, 6913:7, 6913:8, 6913:9, 6914:2
**47-49** [1] - 6826:18
**48** [4] - 6903:3, 6903:6, 6903:24, 6914:2
**48-49** [1] - 6826:16
**49** [9] - 6902:25, 6903:3, 6903:7,

6913:1, 6913:6, 6913:7, 6913:8, 6913:10, 6914:2
**4:00** [1] - 6863:1
**4:56** [1] - 6947:6
**4th** [2] - 6843:6, 6843:19

**5**

**50** [4] - 6826:17, 6846:16, 6911:16, 6911:18
**53** [2] - 6850:22
**5:00** [1] - 6945:21
**5:54** [1] - 6936:6
**5th** [4] - 6843:19, 6857:12, 6857:13, 6857:19

**6**

**601** [2] - 6824:17, 6825:5
**67.34** [1] - 6936:4
**6706** [1] - 6825:20
**6828** [1] - 6826:3
**6848** [1] - 6826:4
**6863.3** [4] - 6920:12, 6920:21, 6921:10, 6921:20
**6869** [1] - 6826:10
**6877** [1] - 6826:15
**6879** [1] - 6826:15
**6902** [1] - 6826:16
**6903** [1] - 6826:16
**6911** [2] - 6826:17, 6826:17
**6913** [1] - 6826:18
**6918** [1] - 6826:10
**6937** [1] - 6826:10
**6th** [36] - 6828:20, 6828:24, 6831:3, 6834:2, 6842:7, 6842:14, 6842:24, 6843:19, 6845:11, 6845:14, 6852:6, 6852:10, 6852:22, 6856:21, 6862:6, 6893:22, 6894:25, 6897:1, 6897:16, 6903:11, 6915:19, 6916:4, 6922:10, 6926:10, 6926:11, 6926:25, 6927:25, 6928:11, 6928:24, 6929:14, 6930:10, 6931:4, 6933:11, 6936:6, 6943:9,

6913:1, 6913:6, 6913:7, 6913:8, 6913:10, 6914:2
**4:00** [1] - 6863:1
**4:56** [1] - 6947:6
**4th** [2] - 6843:6, 6843:19

6948:6

**7**

**700** [1] - 6824:25
**7310** [1] - 6825:15
**75219** [1] - 6824:25
**7th** [2] - 6841:4, 6843:20

**8**

**8:30** [2] - 6950:10, 6950:15
**8:45** [1] - 6950:10

**9**

**9** [1] - 6941:18
**9-11** [2] - 6828:23, 6899:1
**900** [1] - 6825:6
**950** [1] - 6824:20
**9:00** [3] - 6946:15, 6946:22, 6947:3
**9:30** [1] - 6946:22
**9th** [2] - 6941:13, 6941:21

**A**

**abiding** [1] - 6898:12
**abidingness** [2] - 6898:8, 6898:11
**ability** [1] - 6955:7
**able** [7] - 6827:7, 6878:24, 6916:8, 6917:7, 6925:7, 6939:15, 6953:25
**abortion** [1] - 6837:18
**absence** [1] - 6940:3
**absent** [1] - 6952:10
**absolutely** [7] - 6846:17, 6869:8, 6871:12, 6892:14, 6894:14, 6894:17, 6895:23
**access** [2] - 6837:17, 6858:12
**accommodate** [1] - 6868:5
**accordance** [1] - 6834:24
**according** [1] - 6831:18
**account** [3] -

6957

6835:14, 6931:4, 6951:6

**accurate** [4] - 6913:2, 6937:24, 6939:22, 6955:4

**accurately** [2] - 6907:3, 6934:7

**accusers** [1] - 6950:3

**accusing** [1] - 6950:4

**ache** [1] - 6840:21

**acronym** [1] - 6872:6

**Act** [1] - 6889:16

**act** [2] - 6849:25, 6851:23

**Action** [1] - 6824:3

**action** [5] - 6876:25, 6892:22, 6892:25, 6922:22, 6923:7

**actions** [6] - 6829:22, 6831:2, 6845:14, 6845:16, 6872:24, 6893:16

**actively** [2] - 6883:14, 6883:17

**activities** [5] - 6866:1, 6930:4, 6935:4, 6935:10, 6935:11

**activity** [1] - 6935:7

**acts** [4] - 6863:9, 6864:6, 6864:15, 6865:18

**actual** [1] - 6939:4

**adamantly** [1] - 6873:12

**Adams** [5] - 6831:19, 6832:7, 6832:18, 6832:25, 6833:2

**Adams's** [1] - 6833:16

**adapted** [1] - 6840:10

**add** [1] - 6938:2

**added** [1] - 6841:1

**addition** [3] - 6851:6, 6854:16, 6925:4

**additional** [5] - 6876:2, 6889:17, 6915:1, 6926:17, 6953:19

**additionally** [1] - 6836:9

**address** [4] - 6863:8, 6930:18, 6950:20, 6951:23

**addresses** [1] - 6828:18

**adjourn** [2] -

6946:12, 6946:20

**administrator** [1] - 6839:9

**admissible** [1] - 6874:3

**admission** [3] - 6879:4, 6902:18, 6911:5

**admit** [2] - 6903:2, 6939:25

**admitted** [13] - 6856:1, 6877:17, 6879:6, 6902:21, 6904:2, 6911:9, 6911:13, 6911:16, 6913:6, 6916:17, 6920:10, 6928:18, 6937:9

**adores** [1] - 6835:23

**advance** [3] - 6864:13, 6864:20, 6928:24

**adventure** [1] - 6896:11

**advertise** [1] - 6932:22

**affected** [1] - 6849:6

**affiliate** [1] - 6858:8

**afford** [2] - 6834:23, 6843:1

**afforded** [1] - 6832:11

**afternoon** [4] - 6863:1, 6863:20, 6918:15, 6918:16

**AFTERNOON** [1] - 6824:5

**afterwards** [2] - 6896:21, 6899:9

**agent** [13] - 6932:12, 6932:13, 6932:17, 6937:19, 6951:18, 6951:25, 6952:6, 6952:7, 6952:9, 6952:13, 6952:18, 6952:22

**Agent** [3] - 6908:14, 6908:18, 6918:23

**agents** [6] - 6850:15, 6932:11, 6932:15, 6951:12, 6952:1, 6952:25

**aghast** [1] - 6829:13

**ago** [5] - 6831:6, 6831:7, 6838:4, 6871:20, 6871:22

**agree** [1] - 6860:21

**agreed** [4] - 6827:20, 6850:16, 6861:11, 6861:12

**agreement** [6] - 6852:1, 6861:10, 6861:15, 6861:21, 6861:23, 6861:25

**ahead** [8] - 6833:17, 6849:16, 6856:3, 6863:12, 6874:5, 6878:8, 6931:19, 6942:10

**aid** [16] - 6865:6, 6865:13, 6865:19, 6866:9, 6866:16, 6872:10, 6872:18, 6876:13, 6876:14, 6876:19, 6877:2, 6877:4, 6878:24, 6882:6, 6885:7, 6895:20

**aimed** [1] - 6879:20

**airport** [2] - 6856:16, 6856:18

**Airsoft** [1] - 6906:15

**al** [1] - 6824:6

**Alaska** [1] - 6874:15

**alcohol** [1] - 6838:14

**Alex** [8] - 6855:17, 6855:19, 6855:21, 6855:22, 6855:23, 6856:5, 6856:7, 6858:9

**Alexander** [1] - 6858:8

**ALEXANDRA** [1] - 6824:19

**Alexandra** [1] - 6918:17

**Ali** [1] - 6858:8

**aligned** [1] - 6834:22

**alleged** [4] - 6831:14, 6845:9, 6845:13, 6861:15

**allow** [4] - 6832:24, 6858:19, 6862:7, 6866:21

**allowed** [1] - 6832:18

**almost** [8] - 6831:15, 6836:1, 6839:6, 6871:9, 6879:21, 6894:4, 6895:15, 6899:4

**alongside** [1] - 6847:24

**alter** [1] - 6831:24

**altercation** [2] - 6937:12, 6937:14

**altercations** [1] - 6937:10

**alternative** [2] - 6852:4, 6852:5

**America** [3] -

6831:13, 6858:4, 6859:7

**AMERICA** [1] - 6824:3

**American** [6] - 6830:20, 6831:16, 6832:22, 6838:1, 6840:2, 6891:3

**Americans** [2] - 6830:13, 6837:25

**AMIT** [1] - 6824:11

**amount** [1] - 6953:7

**anathema** [1] - 6831:16

**AND** [1] - 6825:12

**Angel** [4] - 6835:3, 6836:18, 6836:19, 6836:21

**anger** [1] - 6845:14

**answer** [2] - 6874:1, 6944:25

**anthem** [2] - 6845:23, 6847:10

**anticipated** [2] - 6857:21, 6864:22

**antigovernment** [1] - 6836:3

**anyways** [1] - 6917:2

**apartment** [3] - 6853:22, 6902:11, 6903:14

**apolitical** [2] - 6834:10, 6836:3

**apologies** [4] - 6868:2, 6878:13, 6925:18, 6941:1

**apologize** [8] - 6867:22, 6879:2, 6885:15, 6899:17, 6915:10, 6916:16, 6950:13

**app** [1] - 6839:5

**APPEARANCES** [1] - 6825:1

**aPPEARANCES** [1] - 6824:13

**appeared** [2] - 6888:16, 6949:19

**apply** [2] - 6831:1, 6848:7

**appreciate** [1] - 6878:16

**approach** [6] - 6868:16, 6899:23, 6908:5, 6912:10, 6934:20, 6943:15

**appropriate** [7] - 6865:10, 6866:23, 6866:25, 6867:3, 6952:9, 6952:22,

6953:23

**apps** [3] - 6914:16, 6914:17, 6914:18

**area** [6] - 6840:18, 6858:14, 6858:15, 6858:23, 6859:5, 6903:1

**areas** [3] - 6835:8, 6840:16, 6847:25

**argue** [1] - 6860:14

**arm** [2] - 6896:18, 6896:20

**armed** [3] - 6843:21, 6847:21

**Armed** [1] - 6834:17

**Army** [3] - 6834:12, 6836:6, 6885:20

**Army-style** [1] - 6885:20

**arranged** [2] - 6932:7, 6932:18

**arrest** [2] - 6932:11, 6933:12

**arrested** [7] - 6928:8, 6931:9, 6932:1, 6932:2, 6933:12, 6940:8, 6941:14

**arrests** [1] - 6910:18

**arrive** [1] - 6888:3

**arrived** [1] - 6846:25

**arriving** [1] - 6857:14

**arsons** [1] - 6922:4

**aside** [1] - 6935:19

**assembly** [1] - 6925:24

**asserted** [1] - 6847:16

**assessment** [3] - 6854:9, 6854:14, 6854:17

**assist** [2] - 6882:10, 6932:20

**assistance** [6] - 6846:5, 6855:7, 6860:20, 6945:11, 6945:12

**assistant** [1] - 6901:6

**assists** [1] - 6899:25

**ASSOCIATES** [1] - 6825:12

**assume** [2] - 6877:12, 6905:20

**assumed** [1] - 6929:19

**assumedly** [1] - 6882:19

**assuming** [1] - 6862:25

**assumption** [2] -

6938:23, 6938:25
**assured** [1] - 6843:2
**attack** [4] - 6827:11, 6844:9, 6847:6
**attacked** [3] - 6837:21, 6847:4, 6857:3
**attacking** [3] - 6843:21, 6843:23, 6847:8
**attempt** [6] - 6846:23, 6874:11, 6878:2, 6878:18, 6878:20, 6900:17
**attempted** [4] - 6879:20, 6888:7, 6922:19, 6922:20
**attempting** [2] - 6885:1, 6933:9
**attend** [6] - 6852:8, 6879:24, 6884:25, 6885:25, 6926:20
**attendance** [2] - 6859:14, 6859:15
**attended** [5] - 6920:3, 6920:5, 6924:17, 6924:20, 6924:22
**attendees** [3] - 6925:12, 6925:21, 6925:22
**attending** [3] - 6859:8, 6876:7, 6886:11
**attention** [5] - 6901:24, 6916:25, 6917:4, 6927:9, 6927:13
**attorney** [2] - 6908:14, 6953:24
**ATTORNEY'S** [1] - 6824:16
**attracted** [1] - 6836:11
**audible** [1] - 6897:23
**audience** [1] - 6951:12
**audio** [1] - 6934:9
**audios** [2] - 6934:5, 6934:12
**authorities** [1] - 6902:13
**authority** [2] - 6852:2, 6861:22
**auto** [1] - 6850:24
**avenue** [3] - 6874:11, 6874:12, 6874:13
**Avenue** [5] - 6824:20, 6824:24,

6825:5, 6825:19, 6955:14
**avoid** [4] - 6894:11, 6916:5, 6917:7, 6942:8
**avoided** [1] - 6888:7
**avoiding** [1] - 6916:1
**aware** [21] - 6845:19, 6864:14, 6873:6, 6873:8, 6873:16, 6873:19, 6880:18, 6880:21, 6885:14, 6885:16, 6907:24, 6908:1, 6910:19, 6914:18, 6914:23, 6914:24, 6921:24, 6928:6, 6935:19, 6941:23, 6949:2
**awareness** [2] - 6838:11, 6839:14, 6880:20
**AWOL** [1] - 6873:16

**B**

**B-word** [1] - 6840:22
**background** [5] - 6837:10, 6853:1, 6869:17, 6877:25, 6903:15
**bag** [10] - 6835:9, 6839:13, 6912:14, 6912:15, 6912:16, 6912:17, 6913:5, 6913:12, 6913:18, 6913:20
**baggage** [2] - 6835:5
**Baghdad** [1] - 6840:16
**Bahamas** [1] - 6851:9
**balance** [1] - 6833:23
**bandages** [2] - 6913:23, 6913:24
**bar** [10] - 6875:4, 6875:9, 6884:5, 6894:23, 6896:3, 6896:5, 6900:15, 6927:2, 6927:4, 6932:5
**bar's** [1] - 6901:2
**barely** [1] - 6853:3
**barrel** [2] - 6907:2, 6907:4
**BARRETT** [1] - 6824:24
**base** [1] - 6911:2
**based** [3] - 6875:18,

6881:21, 6943:5
**basement** [2] - 6896:10, 6896:12
**basic** [4] - 6834:21, 6835:2, 6885:2, 6885:21
**basing** [1] - 6827:12
**basis** [3] - 6873:24, 6874:17, 6944:22
**battalion** [1] - 6909:16
**battle** [2] - 6840:11, 6846:21
**be..** [1] - 6944:11
**beat** [1] - 6840:7
**became** [2] - 6831:25, 6842:22
**become** [8] - 6831:20, 6872:17, 6882:14, 6882:16, 6883:7, 6883:10, 6883:25, 6884:2
**bedrock** [1] - 6850:4
**BEFORE** [1] - 6824:11
**begin** [3] - 6828:10, 6855:21, 6870:13
**beginning** [1] - 6943:19
**behalf** [2] - 6848:14, 6868:4
**behaving** [1] - 6882:22
**behavior** [1] - 6831:4
**behind** [2] - 6837:4, 6859:22
**beliefs** [1] - 6860:22
**believes** [1] - 6829:5
**belly** [1] - 6840:21
**belly-ache** [1] - 6840:21
**Ben** [1] - 6926:19
**benefit** [2] - 6859:6, 6860:20
**Bennie** [2] - 6926:18, 6929:11
**Berryville** [3] - 6902:3, 6907:21, 6925:2
**best** [5] - 6870:20, 6897:14, 6897:20, 6901:15, 6955:7
**better** [1] - 6892:8
**between** [11] - 6829:17, 6840:12, 6850:12, 6873:13, 6879:19, 6879:25, 6884:10, 6907:19, 6915:24, 6932:8, 6932:19

**beyond** [8] - 6848:8, 6848:9, 6861:20, 6862:3, 6863:1, 6866:4, 6931:1
**biases** [1] - 6834:4
**Bible** [1] - 6849:23
**Biden** [5] - 6843:25, 6860:17, 6891:6, 6891:24, 6893:16
**Biden's** [1] - 6891:18
**bit** [16] - 6838:4, 6869:7, 6869:17, 6878:11, 6878:15, 6881:16, 6890:3, 6890:5, 6890:14, 6893:11, 6898:17, 6923:12, 6925:16, 6926:1, 6926:24, 6944:5
**bitching** [1] - 6841:12
**Black** [1] - 6849:12
**blasted** [1] - 6847:10
**bleeding** [1] - 6897:13
**blitz** [1] - 6840:4
**blitzkrieg** [1] - 6840:5
**blog** [1] - 6835:22
**bloody** [1] - 6940:1
**blow** [1] - 6840:6
**blue** [1] - 6841:9
**blunt** [1] - 6847:11
**blurted** [2] - 6871:5, 6871:9
**boards** [1] - 6837:2
**bomb** [1] - 6840:3
**bombs** [1] - 6841:5
**bond** [2] - 6839:23, 6870:10
**book** [2] - 6870:2, 6870:12
**bookwork** [1] - 6897:12
**Boston** [2] - 6831:25, 6832:2
**bound** [2] - 6917:12, 6917:14
**bounds** [1] - 6867:4
**Boy** [1] - 6894:9
**BRADFORD** [1] - 6825:8
**Bradford** [1] - 6828:15
**braggadocio** [1] - 6839:12
**brainchild** [1] - 6872:21
**BRAND** [1] - 6825:2
**bravado** [2] -

6839:11, 6839:16
**breach** [1] - 6845:20
**breached** [1] - 6847:3
**break** [5] - 6828:9, 6861:9, 6863:20, 6896:23
**Brendan** [2] - 6876:3, 6883:6, 6883:7
**Breonna** [3] - 6853:22, 6880:17, 6919:8
**bright** [1] - 6879:16
**BRIGHT** [2] - 6824:23, 6824:24
**bring** [19] - 6844:12, 6858:19, 6863:14, 6866:25, 6889:8, 6889:10, 6914:3, 6914:13, 6920:9, 6926:19, 6928:17, 6929:14, 6929:20, 6930:19, 6931:6, 6936:3, 6936:13, 6939:10
**bringing** [4] - 6844:23, 6855:10, 6929:16, 6951:17
**British** [2] - 6832:4, 6832:10
**broader** [1] - 6919:14
**broke** [1] - 6898:22
**broken** [3] - 6847:25, 6896:21, 6896:22
**brought** [11] - 6836:5, 6846:20, 6848:10, 6867:2, 6925:9, 6926:17, 6928:23, 6929:3, 6929:7, 6929:12, 6929:15
**buff** [1] - 6889:1
**bug** [1] - 6910:19
**bugging** [1] - 6910:17
**build** [1] - 6926:1
**building** [5] - 6849:19, 6896:7, 6896:8, 6896:10, 6898:14
**Building** [5] - 6846:24, 6859:23, 6859:25, 6860:8, 6861:7
**buildings** [2] - 6922:5, 6923:25
**bullet** [1] - 6840:3
**bullets** [1] - 6929:10

**burden** [1] - 6862:3
**burgeoning** [1] - 6831:12
**burn** [3] - 6878:2, 6878:18, 6880:16
**Burnie** [1] - 6825:16
**burning** [2] - 6849:19, 6878:21
**business** [10] - 6854:8, 6854:11, 6875:6, 6875:11, 6875:15, 6875:19, 6875:22, 6884:20, 6894:12, 6894:16
**businesses** [1] - 6881:19
**button** [1] - 6837:2
**BY** [44] - 6825:17, 6869:2, 6874:6, 6877:22, 6878:9, 6878:22, 6879:11, 6893:8, 6900:1, 6901:23, 6903:8, 6904:3, 6906:13, 6907:8, 6908:7, 6908:24, 6911:1, 6911:20, 6912:12, 6913:11, 6915:11, 6916:14, 6916:20, 6918:14, 6920:13, 6920:17, 6920:23, 6921:13, 6921:21, 6923:2, 6924:7, 6928:20, 6930:22, 6931:8, 6931:20, 6933:20, 6934:22, 6936:5, 6936:18, 6937:2, 6942:18, 6943:17, 6944:24, 6945:5

## C

**C-spine** [1] - 6897:12
**Caldwell** [5] - 6886:20, 6887:3, 6887:4, 6917:11, 6925:1
**CALDWELL** [1] - 6825:15
**Caldwell's** [8] - 6902:3, 6904:24, 6905:12, 6924:25, 6925:10, 6925:21, 6925:22, 6930:11
**caliber** [3] - 6929:6, 6929:7, 6929:10
**camera** [1] - 6888:25
**cameras** [1] - 6854:10

**camp** [2] - 6890:15, 6892:1
**campaign** [1] - 6840:6
**cannot** [2] - 6827:24, 6831:23
**capable** [2] - 6872:23, 6908:19
**capacity** [1] - 6891:6
**Capital** [1] - 6900:18
**capital** [1] - 6829:6
**Capitol** [30] - 6829:14, 6829:17, 6842:24, 6843:22, 6844:8, 6844:9, 6845:17, 6846:12, 6846:13, 6846:20, 6846:24, 6847:7, 6857:17, 6859:22, 6859:25, 6860:8, 6861:7, 6897:25, 6901:18, 6933:15, 6935:5, 6935:8, 6935:10, 6935:17, 6935:19, 6936:8, 6937:10, 6937:14
**captain** [1] - 6832:5
**capture** [1] - 6934:7
**car** [4] - 6843:6, 6887:21, 6909:24, 6909:25
**card** [1] - 6870:7
**care** [3] - 6845:11, 6845:15, 6884:20
**carried** [2] - 6857:8, 6866:24
**carry** [1] - 6913:22
**carrying** [1] - 6906:20
**case** [48] - 6827:13, 6827:17, 6827:19, 6827:23, 6828:17, 6833:10, 6835:4, 6841:21, 6841:24, 6844:13, 6849:24, 6850:5, 6850:8, 6851:5, 6852:5, 6852:11, 6860:12, 6860:24, 6861:15, 6862:2, 6862:5, 6862:21, 6862:22, 6865:1, 6867:1, 6867:13, 6867:15, 6867:16, 6868:7, 6868:8, 6880:17, 6880:21, 6882:14, 6903:17, 6932:12, 6932:13, 6932:17, 6937:19, 6949:14, 6949:21, 6949:24,

6951:18, 6951:25, 6952:1, 6952:2, 6952:8, 6953:13
**cases** [1] - 6949:14
**cast** [1] - 6834:1
**caused** [1] - 6847:22
**ceiling** [1] - 6896:14
**cell** [1] - 6907:18
**cement** [1] - 6896:17
**ceremony** [1] - 6884:15
**certain** [4] - 6877:4, 6920:18, 6925:14, 6935:20
**certainly** [12] - 6835:5, 6843:25, 6844:15, 6847:5, 6864:24, 6865:3, 6938:10, 6940:18, 6948:24, 6951:13, 6951:15, 6953:13
**CERTIFICATE** [1] - 6955:1
**certification** [5] - 6838:9, 6845:15, 6861:8, 6861:24, 6895:22
**certify** [1] - 6955:4
**cetera** [1] - 6897:13
**chair** [1] - 6852:20
**chambered** [1] - 6928:15
**Champagne** [1] - 6910:5
**chance** [2] - 6938:1, 6949:10
**change** [1] - 6872:15
**changes** [1] - 6937:25
**chanting** [1] - 6847:17
**chapter** [1] - 6853:3
**character** [2] - 6898:8, 6898:10
**characterize** [1] - 6915:5
**characters** [1] - 6834:2
**charge** [1] - 6854:12
**charged** [5] - 6833:10, 6839:11, 6848:2, 6864:18, 6865:20
**charges** [4] - 6830:24, 6831:1, 6848:10, 6864:19
**charging** [1] - 6902:11
**chat** [5] - 6841:2, 6849:4, 6854:20,

6870:10, 6948:7
**chats** [2] - 6839:3, 6839:6
**cheered** [1] - 6830:10
**chemical** [1] - 6847:11
**chest** [3] - 6870:21, 6871:3, 6871:4
**chickens** [1] - 6851:3
**children** [1] - 6835:3
**choice** [3] - 6841:5, 6893:15, 6929:20
**choose** [2] - 6873:13, 6876:9
**chose** [2] - 6852:12, 6893:15
**chronicle** [1] - 6853:9
**chronicled** [1] - 6860:10
**church** [1] - 6849:23
**Cinnaminson** [1] - 6825:10
**circle** [1] - 6903:16
**circumstances** [3] - 6834:1, 6873:6, 6873:8
**cities** [1] - 6831:12
**citizens** [1] - 6831:15
**city** [6] - 6828:19, 6829:5, 6829:10, 6857:14, 6857:22, 6869:4
**civic** [1] - 6883:20
**civilian** [3] - 6952:12, 6952:19, 6953:1
**claimed** [1] - 6933:17
**clarified** [1] - 6942:8
**clarify** [1] - 6940:18
**clear** [9] - 6843:4, 6847:14, 6854:23, 6866:6, 6875:12, 6935:21, 6937:15, 6940:21, 6940:22
**cleared** [1] - 6849:22
**clearest** [1] - 6833:19
**clicks** [1] - 6830:1
**client** [3] - 6946:6, 6948:3, 6948:20
**client's** [1] - 6948:24
**climbed** [1] - 6896:12
**cling** [1] - 6830:19
**clips** [1] - 6947:22
**close** [6] - 6831:3, 6832:3, 6859:25,

6870:15, 6894:23, 6914:20
**closer** [1] - 6869:7, 6903:22, 6926:1
**closet** [1] - 6908:11
**closeup** [1] - 6912:2
**club** [1] - 6870:12
**co** [2] - 6850:19, 6949:21
**co-counsel** [1] - 6850:19
**code** [1] - 6839:22
**coffee** [1] - 6917:15
**coincidentally** [1] - 6949:18
**cold** [1] - 6830:3
**colleagues** [1] - 6853:16
**College** [2] - 6838:6, 6861:24
**color** [1] - 6925:16
**Columbia** [2] - 6825:19, 6955:13
**COLUMBIA** [2] - 6824:1, 6824:17
**Columbus** [12] - 6845:17, 6845:24, 6847:9, 6866:14, 6866:15, 6876:8, 6877:3, 6877:7, 6877:8, 6877:24, 6880:6, 6883:13
**columns** [1] - 6878:2
**combined** [1] - 6885:21
**comfortable** [2] - 6839:18, 6868:22
**comic** [1] - 6870:2, 6870:12
**coming** [13] - 6836:25, 6841:3, 6842:7, 6851:19, 6852:4, 6852:19, 6854:25, 6857:22, 6899:11, 6909:20, 6947:9, 6950:10, 6952:15
**Commander** [3] - 6887:9, 6887:12, 6887:13
**commented** [1] - 6841:21
**commercial** [1] - 6913:14
**commitment** [1] - 6836:12
**committed** [1] - 6829:15
**common** [2] - 6837:9, 6839:23

**commonly** [1] - 6832:16

**communicate** [6] - 6914:15, 6916:8, 6916:24, 6917:7, 6930:24, 6931:24

**communication** [3] - 6914:16, 6914:17, 6914:18

**communities** [1] - 6836:15

**community** [7] - 6834:16, 6834:23, 6837:8, 6838:21, 6841:10, 6851:16, 6852:12

**compelling** [1] - 6952:10

**compilation** [2] - 6945:17, 6947:25

**complain** [1] - 6840:21

**complete** [2] - 6952:12, 6955:6

**completed** [1] - 6868:6

**completely** [3] - 6846:8, 6875:10, 6939:23

**completing** [1] - 6952:14

**complicated** [1] - 6843:5

**concept** [2] - 6830:20, 6891:15

**concern** [7] - 6871:8, 6891:4, 6892:12, 6892:15, 6893:5, 6901:12, 6948:16

**concerned** [13] - 6849:9, 6870:22, 6871:10, 6890:20, 6891:17, 6895:4, 6895:16, 6895:18, 6898:3, 6898:20, 6898:24, 6901:13, 6927:13

**concerning** [1] - 6901:10

**concerns** [7] - 6894:12, 6894:24, 6895:1, 6895:3, 6895:24, 6927:20, 6933:25

**concluded** [2] - 6860:5, 6954:6

**conclusion** [1] - 6937:21

**condition** [1] - 6873:14

**conduct** [2] - 6854:14, 6922:13

**conference** [1] - 6839:4

**confirm** [1] - 6843:8

**confirmation** [1] - 6844:11

**conflict** [1] - 6828:2

**confront** [1] - 6950:3

**confrontation** [2] - 6950:5, 6950:16

**confused** [1] - 6944:9

**congestion** [2] - 6925:25, 6926:5

**Congress** [1] - 6844:10, 6861:25

**congressional** [2] - 6842:21, 6843:23

**connect** [1] - 6846:23

**connected** [1] - 6847:1

**connections** [1] - 6847:7

**conservative** [1] - 6850:6

**consider** [3] - 6861:3, 6861:18, 6862:4

**considerable** [1] - 6953:7

**consistent** [1] - 6914:2

**conspiracies** [2] - 6889:2

**conspiracy** [8] - 6831:1, 6833:10, 6842:17, 6845:9, 6847:6, 6852:1, 6861:17, 6865:20

**conspiratorial** [1] - 6844:3

**constitutes** [1] - 6955:4

**Constitution** [3] - 6825:19, 6835:1, 6955:14

**consumed** [1] - 6851:12

**consumption** [1] - 6913:19

**CONT'D** [1] - 6825:1

**contact** [3] - 6881:25, 6900:17, 6932:24

**contacted** [1] - 6854:8

**contacting** [2] - 6932:1, 6932:2

**contained** [2] - 6912:17, 6927:9

**contemplate** [2] - 6839:25, 6840:1

**contempt** [1] - 6829:10

**contents** [3] - 6913:2, 6913:12, 6913:25

**contested** [1] - 6890:23

**contingency** [1] - 6889:15

**continue** [12] - 6834:16, 6834:24, 6843:8, 6844:21, 6860:6, 6867:16, 6868:8, 6870:8, 6874:7, 6874:17, 6878:10, 6947:15

**continued** [2] - 6870:10

**control** [3] - 6876:22, 6885:22, 6889:2

**controversial** [1] - 6829:20

**controversy** [1] - 6835:15

**conversation** [4] - 6900:24, 6901:1, 6942:20, 6943:11

**conversations** [2] - 6839:5, 6943:5

**cooperate** [2] - 6850:17, 6904:20

**cooperative** [2] - 6834:19, 6836:10

**coordinate** [1] - 6930:4

**coordinated** [1] - 6854:22

**cops** [2] - 6839:15, 6936:9

**copy** [2] - 6943:12, 6949:6

**corner** [1] - 6917:9

**coronavirus** [1] - 6875:20

**correct** [76] - 6867:17, 6874:24, 6875:1, 6878:24, 6878:25, 6880:11, 6910:23, 6912:5, 6912:6, 6912:9, 6918:19, 6918:20, 6918:22, 6918:23, 6919:2, 6919:5, 6919:8, 6919:9, 6919:12, 6919:15, 6919:18, 6919:24,

6920:8, 6921:3, 6921:4, 6921:6, 6921:16, 6921:23, 6922:2, 6922:11, 6922:16, 6923:5, 6923:6, 6923:16, 6923:19, 6923:21, 6923:22, 6924:3, 6924:9, 6924:10, 6924:19, 6924:21, 6924:23, 6925:3, 6925:6, 6925:13, 6925:19, 6926:23, 6927:3, 6928:2, 6928:13, 6928:25, 6929:17, 6929:18, 6930:25, 6931:3, 6931:5, 6931:10, 6931:22, 6931:25, 6932:4, 6932:9, 6932:25, 6933:2, 6933:4, 6933:9, 6933:13, 6936:19, 6936:21, 6936:22, 6938:6, 6940:9, 6940:10, 6940:13, 6952:4

**corrected** [1] - 6949:18

**correctly** [3] - 6877:5, 6908:19, 6948:5

**costumes** [1] - 6894:4

**couch** [1] - 6917:15

**counsel** [8] - 6841:19, 6850:19, 6877:13, 6918:2, 6935:2, 6938:11, 6949:16, 6953:22

**count** [1] - 6925:7

**country** [11] - 6828:24, 6832:9, 6834:11, 6835:2, 6835:8, 6836:6, 6848:24, 6849:10, 6850:10, 6851:14, 6860:3

**country's** [1] - 6829:15

**County** [1] - 6910:5

**couple** [6] - 6841:5, 6890:7, 6899:8, 6911:2, 6942:24, 6953:21

**courage** [1] - 6870:17

**course** [10] - 6860:10, 6864:25, 6871:23, 6873:17,

6877:3, 6886:16, 6899:22, 6899:24, 6942:16, 6953:10

**COURT** [118] - 6824:1, 6827:1, 6827:4, 6827:16, 6827:21, 6828:4, 6828:8, 6833:14, 6840:25, 6841:13, 6841:18, 6842:3, 6843:14, 6843:17, 6844:19, 6845:3, 6848:5, 6848:13, 6848:17, 6849:16, 6856:2, 6862:10, 6862:15, 6862:20, 6863:5, 6863:12, 6863:18, 6864:1, 6864:10, 6864:23, 6865:11, 6865:23, 6866:21, 6866:23, 6867:11, 6867:18, 6867:21, 6868:1, 6868:21, 6868:25, 6874:4, 6877:15, 6877:17, 6878:7, 6878:14, 6879:3, 6879:6, 6892:23, 6899:22, 6899:24, 6901:20, 6902:19, 6902:21, 6903:3, 6903:5, 6908:16, 6908:23, 6911:6, 6911:9, 6911:12, 6911:16, 6912:24, 6913:6, 6913:8, 6915:3, 6915:6, 6916:19, 6917:21, 6918:1, 6918:5, 6918:10, 6922:23, 6924:5, 6931:17, 6933:22, 6934:16, 6934:21, 6936:24, 6938:25, 6939:6, 6939:17, 6940:7, 6940:11, 6940:14, 6940:20, 6941:2, 6941:8, 6941:10, 6941:14, 6941:19, 6942:1, 6942:5, 6942:7, 6942:16, 6943:16, 6944:23, 6945:20, 6945:25, 6946:7, 6946:10, 6946:15, 6946:19, 6947:8, 6947:13, 6947:18, 6948:4, 6948:9, 6948:25, 6949:3, 6949:6, 6950:8, 6950:14, 6950:25, 6951:3,

6952:3, 6952:16, 6953:12, 6954:1
**court** [18] - 6834:19, 6842:5, 6863:17, 6869:7, 6877:21, 6879:10, 6897:22, 6899:15, 6918:9, 6920:21, 6921:10, 6921:20, 6934:19, 6936:16, 6942:13, 6946:18, 6951:23, 6953:18
**Court** [10] - 6825:18, 6825:18, 6828:12, 6857:15, 6860:7, 6862:25, 6863:2, 6953:9, 6955:12, 6955:13
**Court's** [3] - 6848:15, 6899:20, 6907:6
**COURTROOM** [4] - 6828:5, 6867:23, 6868:18, 6947:5
**courtroom** [13] - 6828:6, 6836:1, 6843:11, 6863:24, 6867:12, 6867:24, 6868:14, 6947:6, 6947:14, 6947:17, 6951:12, 6951:15, 6953:9
**coverage** [1] - 6841:7
**covered** [2] - 6843:3, 6918:25
**crawl** [1] - 6896:15
**created** [2] - 6832:1, 6931:4
**credentials** [2] - 6858:12
**credibility** [1] - 6861:9
**crime** [1] - 6831:14
**Criminal** [1] - 6824:3
**Crisp** [16] - 6862:17, 6863:7, 6865:23, 6866:4, 6867:12, 6868:4, 6868:8, 6868:10, 6874:5, 6899:25, 6903:3, 6911:12, 6939:10, 6939:19, 6940:14, 6941:2
**CRISP** [94] - 6825:11, 6825:12, 6864:24, 6866:6, 6866:22, 6867:7, 6867:17, 6868:11, 6868:16, 6868:24,

6869:2, 6873:24, 6874:1, 6874:6, 6877:9, 6877:16, 6877:22, 6878:9, 6878:22, 6879:1, 6879:11, 6893:8, 6899:20, 6899:23, 6900:1, 6901:22, 6901:23, 6902:15, 6902:24, 6903:4, 6903:8, 6903:25, 6904:3, 6906:11, 6906:13, 6907:9, 6907:8, 6908:5, 6908:7, 6908:21, 6908:24, 6910:25, 6911:1, 6911:4, 6911:8, 6911:14, 6911:20, 6912:10, 6912:12, 6912:20, 6912:25, 6913:7, 6913:11, 6915:1, 6915:4, 6915:8, 6915:11, 6916:13, 6916:14, 6916:16, 6916:20, 6917:18, 6931:16, 6933:24, 6934:5, 6936:25, 6937:2, 6939:8, 6939:13, 6939:21, 6940:16, 6941:5, 6941:16, 6942:2, 6942:14, 6942:17, 6942:18, 6943:15, 6943:17, 6944:22, 6944:24, 6945:3, 6945:5, 6945:15, 6945:23, 6946:2, 6946:9, 6946:16, 6947:24, 6948:8, 6948:14, 6949:5, 6950:6, 6950:9
**critical** [1] - 6861:10
**Cross** [1] - 6826:7
**CROSS** [1] - 6918:13
**cross** [12] - 6838:10, 6839:1, 6915:5, 6918:6, 6918:11, 6931:18, 6942:3, 6945:6, 6949:15, 6950:2, 6953:22, 6953:25
**cross-examination** [6] - 6918:6, 6918:11, 6931:18, 6949:15, 6953:22, 6953:25
**CROSS-EXAMINATION** [1] - 6918:13
**cross-**

**examinations** [1] - 6839:1
**cross-examine** [1] - 6950:2
**crowd** [8] - 6846:1, 6846:11, 6847:16, 6876:22, 6879:16, 6885:22, 6888:22, 6895:19
**Crowl** [5] - 6876:4, 6883:22, 6926:13, 6936:21, 6945:2
**Crowl's** [4] - 6909:22, 6943:1, 6943:8, 6944:20
**CRR** [3] - 6825:17, 6955:3, 6955:12
**crucial** [1] - 6846:17
**crushed** [1] - 6896:18
**cryogenically** [1] - 6827:13
**cubbyhole** [1] - 6896:13
**Cummings** [1] - 6843:7
**cup** [1] - 6899:21
**customer** [1] - 6884:6
**cut** [2] - 6873:12, 6894:21

## D

**D-I-N-G-E-L-D-E-I-N** [1] - 6908:22
**D.C** [54] - 6824:6, 6824:18, 6824:21, 6825:3, 6825:6, 6825:20, 6835:7, 6841:3, 6842:7, 6852:6, 6852:9, 6856:20, 6856:24, 6857:7, 6857:12, 6857:20, 6860:19, 6862:6, 6880:8, 6886:25, 6887:3, 6887:15, 6887:23, 6888:8, 6894:24, 6897:16, 6902:9, 6924:15, 6924:18, 6924:20, 6924:22, 6924:24, 6926:11, 6926:22, 6926:25, 6927:19, 6927:25, 6928:11, 6939:19, 6939:23, 6939:25, 6940:8, 6941:6, 6941:7, 6941:19, 6942:3, 6942:6,

6943:25, 6944:3, 6944:4, 6944:7, 6944:10, 6944:15, 6955:14
**D.C.'s** [1] - 6844:23
**dailies** [1] - 6949:9
**daily** [3] - 6835:21, 6836:1, 6916:24
**Dallas** [1] - 6824:25
**damage** [2] - 6833:8, 6922:5
**damper** [1] - 6875:22
**dangerous** [1] - 6840:18
**dark** [1] - 6925:17
**date** [9] - 6868:8, 6871:13, 6871:15, 6887:17, 6899:8, 6941:10, 6941:12, 6941:16, 6942:15
**Dated** [1] - 6955:10
**dating** [1] - 6870:13
**daughter** [1] - 6836:7
**DAVID** [1] - 6825:14
**DAY** [1] - 6824:10
**days** [9] - 6830:18, 6843:12, 6852:4, 6852:19, 6863:3, 6882:3, 6896:24, 6897:1, 6899:8
**deal** [2] - 6863:14, 6950:16
**dealership** [1] - 6850:25
**dear** [2] - 6830:16, 6837:7
**death** [4] - 6832:6, 6839:12, 6853:24, 6919:7
**December** [4] - 6890:19, 6894:18, 6894:19, 6896:25
**decide** [9] - 6850:11, 6850:15, 6852:25, 6860:16, 6860:24, 6876:10, 6883:19, 6901:14
**decided** [9] - 6846:2, 6849:25, 6851:23, 6852:7, 6854:2, 6874:11, 6901:15
**decides** [1] - 6949:17
**decision** [2] - 6949:11, 6950:9
**deeds** [2] - 6831:4, 6863:9
**deeply** [4] - 6828:22, 6831:10, 6834:10,

6871:14
**defeat** [1] - 6840:8
**defend** [2] - 6834:25, 6839:20
**DefendAmericaNow.com** [1] - 6921:14
**defendant** [3] - 6949:17, 6949:20, 6949:21
**DEFENDANT** [6] - 6824:22, 6825:2, 6825:8, 6825:11, 6825:14, 6826:9
**Defendant** [16] - 6826:15, 6826:15, 6826:16, 6826:16, 6826:17, 6826:17, 6826:18, 6877:18, 6877:20, 6879:7, 6879:9, 6902:22, 6903:6, 6911:10, 6911:18, 6913:9
**Defendant's** [1] - 6833:22
**Defendants** [4] - 6824:7, 6831:19, 6844:7, 6863:19
**defendants** [1] - 6950:2
**Defendants'** [1] - 6831:16
**defense** [17] - 6827:17, 6827:22, 6840:4, 6840:18, 6841:23, 6864:4, 6864:11, 6864:14, 6864:18, 6868:12, 6918:1, 6932:20, 6932:23, 6949:16, 6950:1, 6953:21
**DEFENSE** [1] - 6868:20
**defense's** [1] - 6949:24
**defensive** [1] - 6840:12
**definitely** [1] - 6890:25
**degree** [3] - 6864:9, 6864:15, 6939:4
**deigned** [1] - 6879:18
**delay** [2] - 6867:22, 6868:2
**delays** [1] - 6888:10
**deliver** [1] - 6893:17
**delivered** [1] - 6923:17
**democracy** [6] - 6829:7, 6829:11,

6829:16, 6834:25, 6849:9, 6850:4

**demonstrate** [1] - 6897:7

**demonstrated** [1] - 6897:11

**demonstrating** [2] - 6837:19, 6894:5

**DEPARTMENT** [1] - 6824:20

**Department** [2] - 6829:14, 6910:8

**departure** [1] - 6888:3

**deployments** [1] - 6873:21

**deposited** [2] - 6944:19, 6945:1

**DEPUTY** [4] - 6828:5, 6867:23, 6868:18, 6947:5

**describe** [2] - 6832:7, 6946:5

**described** [1] - 6923:11

**describes** [1] - 6840:11

**design** [1] - 6833:12

**designs** [1] - 6833:6

**desire** [1] - 6883:12

**desperately** [1] - 6830:19

**despised** [1] - 6832:20

**despite** [1] - 6836:4

**destroyed** [1] - 6836:19

**destruction** [2] - 6829:15, 6830:8

**detail** [6] - 6837:14, 6846:20, 6859:18, 6866:12, 6886:9, 6914:12

**detailed** [1] - 6865:8

**detailees** [2] - 6842:21, 6842:22

**details** [3] - 6842:20, 6881:21, 6885:24

**detection** [2] - 6916:5, 6917:7

**determine** [2] - 6834:4, 6851:24

**determining** [1] - 6832:21

**device** [1] - 6912:8

**Devil's** [1] - 6836:20

**devotion** [1] - 6838:21

**DeWine** [1] - 6875:21

**DeWine's** [1] -

6894:23

**dictates** [1] - 6831:23

**die** [1] - 6926:2

**died** [1] - 6926:3

**diet** [1] - 6835:21

**difference** [4] - 6837:20, 6838:25, 6851:24, 6884:9

**different** [14] - 6829:2, 6840:20, 6847:20, 6860:14, 6875:9, 6889:1, 6895:10, 6903:1, 6907:17, 6907:18, 6922:9, 6930:5, 6944:5, 6948:23

**different-sounding** [1] - 6840:20

**differently** [2] - 6840:20, 6952:20

**difficult** [1] - 6915:16

**difficulty** [1] - 6922:24

**Dingeldein** [1] - 6908:15

**Dingeldein's** [1] - 6908:20

**dinner** [1] - 6849:5

**DIRECT** [1] - 6869:1

**Direct** [1] - 6826:7

**direct** [5] - 6828:20, 6915:5, 6925:7, 6931:16, 6953:24

**direction** [1] - 6892:7

**directive** [1] - 6841:25

**directly** [2] - 6903:13, 6903:14

**disabled** [1] - 6838:13

**disagree** [1] - 6927:7

**disaster** [5] - 6836:12, 6837:6, 6848:1, 6851:7, 6852:12

**disasters** [1] - 6872:12

**discharge** [1] - 6873:8

**discharged** [2] - 6838:14, 6874:22

**discord** [4] - 6850:3, 6851:12, 6853:7, 6860:3

**discourse** [1] - 6835:13

**discreet** [1] - 6953:10

**discuss** [2] -

6947:10, 6952:13

**discussed** [6] - 6844:20, 6877:6, 6891:10, 6891:12, 6915:18, 6930:17

**discussion** [7] - 6843:19, 6889:20, 6889:22, 6890:16, 6945:6, 6947:15, 6950:11

**discussions** [5] - 6844:3, 6891:2, 6892:11, 6910:12, 6938:12

**dismissed** [1] - 6893:4

**disorganized** [2] - 6888:15, 6888:16

**dissertation** [1] - 6841:19

**distance** [1] - 6905:14

**distraught** [1] - 6851:13

**District** [5] - 6825:18, 6825:19, 6844:1, 6844:24, 6955:13

**district** [2] - 6855:12, 6955:13

**DISTRICT** [4] - 6824:1, 6824:1, 6824:11, 6824:17

**disturbance** [1] - 6847:22

**disturbing** [1] - 6839:2

**divided** [4] - 6828:22, 6828:24, 6831:10, 6833:25

**document** [8] - 6934:23, 6934:25, 6935:2, 6943:18, 6943:23, 6944:8, 6944:12, 6945:3

**documented** [1] - 6938:18

**dogs** [1] - 6851:4

**Dolan** [2] - 6838:16, 6843:7

**done** [10] - 6896:16, 6916:5, 6916:8, 6916:10, 6934:24, 6943:20, 6949:9, 6949:13, 6950:23

**donkeys** [1] - 6851:3

**Donovan** [13] - 6876:4, 6883:22, 6884:4, 6886:15, 6890:12, 6896:9,

6909:22, 6910:4, 6910:8, 6935:20, 6942:25, 6943:8, 6944:19

**Donovan's** [2] - 6897:8, 6910:5

**door** [10] - 6846:16, 6899:3, 6899:12, 6900:13, 6903:13, 6904:14, 6904:16, 6904:19, 6905:1, 6905:19

**doors** [6] - 6845:17, 6845:24, 6845:25, 6846:13, 6847:4, 6847:9

**doubt** [9] - 6848:7, 6848:8, 6848:9, 6849:11, 6849:18, 6849:21, 6861:20, 6862:4

**doubted** [1] - 6898:4

**down** [22] - 6836:2, 6837:2, 6859:22, 6861:9, 6876:14, 6878:11, 6887:23, 6894:21, 6894:24, 6895:22, 6896:12, 6897:22, 6912:5, 6917:5, 6926:2, 6926:3, 6929:23, 6931:6, 6942:11, 6943:19, 6947:8, 6948:15

**doxed** [2] - 6900:25, 6901:4

**doxing** [2] - 6901:6, 6916:3

**dozens** [1] - 6860:1

**Dozer** [4] - 6931:11, 6931:14, 6932:10, 6945:9

**dozer** [2] - 6931:21, 6932:19

**drafts** [3] - 6930:24, 6931:1, 6931:2

**draw** [1] - 6927:9

**dressing** [1] - 6894:4

**drills** [1] - 6885:2

**drink** [1] - 6838:19

**drive** [2] - 6899:14, 6929:23

**driving** [2] - 6905:14, 6906:10

**drop** [1] - 6942:25

**dropped** [1] - 6841:5

**drove** [9] - 6856:16, 6856:17, 6856:18, 6886:25, 6909:22, 6910:3, 6910:4,

6910:7, 6931:23

**duck** [3] - 6906:16, 6906:17, 6911:24

**due** [3] - 6875:20, 6876:11, 6952:1

**dummy** [3] - 6906:15, 6906:17, 6912:2

**dumpster** [2] - 6878:3, 6878:18

**during** [20] - 6836:6, 6838:25, 6843:20, 6844:3, 6844:17, 6847:9, 6847:12, 6864:25, 6871:23, 6873:16, 6877:2, 6882:18, 6893:20, 6894:11, 6898:6, 6922:1, 6933:21, 6935:6, 6941:25, 6953:22

**duties** [1] - 6862:1

**duty** [2] - 6836:14, 6848:12

**dying** [1] - 6917:4

**Dylan** [3] - 6876:3, 6883:6, 6883:7

## E

**E-L-L-E-R** [1] - 6908:18

**early** [6] - 6831:13, 6857:21, 6863:20, 6880:20, 6894:19, 6933:14

**east** [4] - 6845:17, 6846:11, 6847:4, 6847:9

**eastern** [1] - 6840:6

**Ed** [1] - 6933:1

**educated** [1] - 6838:7

**EDWARD** [1] - 6824:23

**EDWARDS** [3] - 6824:15, 6825:17, 6955:3

**Edwards** [1] - 6955:12

**eerily** [1] - 6832:25

**effect** [1] - 6897:4

**effects** [1] - 6916:25

**efficiency** [1] - 6951:2

**effort** [5] - 6886:6, 6886:7, 6935:24, 6935:25, 6936:1

**efforts** [2] - 6854:22,

6933:5
**egresses** [1] -
6854:10
**eight** [7] - 6831:18,
6832:4, 6851:8,
6905:14, 6905:16,
6905:17, 6906:8
**either** [9] - 6834:11,
6837:15, 6864:25,
6872:25, 6881:24,
6905:20, 6917:15,
6934:16, 6945:18
**Elect** [1] - 6843:25
**elected** [1] - 6891:6
**election** [13] -
6829:20, 6830:5,
6834:10, 6838:9,
6844:11, 6861:8,
6890:20, 6890:21,
6890:24, 6891:3,
6891:18, 6891:21,
6893:10
**Electoral** [2] -
6838:6, 6861:24
**Electric** [1] - 6869:24
**electronically** [1] -
6853:13
**element** [1] -
6864:18
**elements** [1] -
6872:16
**elicit** [3] - 6864:15,
6865:3, 6865:24
**eliciting** [2] - 6863:8,
6864:5
**Eller** [3] - 6908:14,
6908:18, 6918:23
**Ellipse** [3] - 6842:23,
6857:25, 6859:21
**ELMER** [1] - 6824:6
**email** [4] - 6915:16,
6915:21, 6916:23,
6930:17
**emails** [4] - 6900:22,
6900:23, 6901:8,
6931:1
**embarrassed** [1] -
6830:12
**embarrassments** [1]
- 6841:8
**emotions** [1] -
6828:25
**employed** [3] -
6869:21, 6869:23,
6869:24
**employment** [1] -
6875:2
**EMS** [1] - 6854:23
**EMT** [3] - 6872:4,
6885:21, 6886:8

**EMT/firefighter** [1] -
6874:21
**en** [1] - 6928:6
**encrypted** [1] -
6915:16
**encryption** [1] -
6916:1
**end** [9] - 6840:4,
6840:17, 6861:14,
6875:13, 6900:24,
6907:15, 6907:16,
6943:20, 6946:23
**ended** [2] - 6887:25,
6888:2
**ends** [1] - 6916:2
**enforce** [2] - 6891:8,
6893:16
**enforced** [1] -
6892:16
**enforcement** [14] -
6843:21, 6847:24,
6854:23, 6881:20,
6889:17, 6895:6,
6904:19, 6904:25,
6905:7, 6905:19,
6916:6, 6926:21,
6927:9, 6927:10
**engage** [2] - 6833:5,
6833:7
**engaged** [3] -
6839:2, 6844:3,
6846:19
**engaging** [1] -
6936:1
**English** [1] - 6900:13
**engulfed** [1] - 6860:3
**enlisted** [1] - 6832:4
**ensure** [1] - 6893:17
**entails** [1] - 6838:10
**entered** [14] -
6828:6, 6858:13,
6861:20, 6861:23,
6861:25, 6867:24,
6868:14, 6877:19,
6879:8, 6902:23,
6903:7, 6911:11,
6911:19, 6913:10
**entering** [1] -
6858:15
**entire** [6] - 6828:18,
6832:18, 6844:4,
6850:23, 6947:24,
6947:25
**entirely** [1] - 6829:2
**entitled** [2] -
6951:18, 6951:24
**entitlement** [1] -
6835:4
**entity** [1] - 6866:19
**entrance** [2] -

6849:17, 6858:11
**environment** [2] -
6832:1, 6894:22
**equally** [2] -
6829:12, 6831:9
**equipment** [2] -
6902:12, 6903:10
**escort** [1] - 6947:14
**escorted** [1] -
6859:21
**especially** [3] -
6876:12, 6916:3,
6916:24
**ESQ** [14] - 6824:14,
6824:15, 6824:15,
6824:16, 6824:19,
6824:19, 6824:22,
6824:23, 6824:23,
6825:2, 6825:4,
6825:8, 6825:11,
6825:14
**established** [1] -
6857:6
**estimation** [3] -
6925:6, 6929:20,
6933:10
**et** [2] - 6824:6,
6897:13
**evacuate** [1] - 6837:4
**Eve** [1] - 6894:20
**evening** [3] - 6841:3,
6842:18, 6842:19
**event** [42] - 6828:18,
6829:18, 6831:9,
6842:14, 6845:12,
6847:22, 6856:17,
6856:18, 6856:23,
6858:4, 6876:6,
6877:7, 6878:23,
6880:23, 6881:12,
6882:18, 6882:24,
6885:19, 6886:11,
6886:23, 6887:25,
6888:14, 6888:15,
6888:16, 6894:3,
6897:19, 6904:18,
6914:6, 6914:8,
6915:19, 6916:4,
6916:25, 6919:11,
6919:16, 6924:17,
6924:20, 6924:22,
6927:11, 6948:21,
6948:24, 6949:23
**events** [22] -
6828:20, 6828:23,
6829:2, 6832:16,
6832:25, 6842:8,
6842:23, 6842:25,
6847:20, 6851:21,
6856:13, 6856:14,

6860:15, 6866:7,
6879:24, 6880:23,
6889:24, 6894:8,
6897:15, 6904:11,
6910:14, 6914:3
**eventually** [5] -
6842:22, 6876:3,
6930:12, 6931:9,
6932:18
**evidence** [92] -
6827:15, 6827:25,
6831:24, 6833:1,
6834:7, 6841:20,
6841:23, 6842:6,
6842:18, 6843:8,
6843:18, 6844:2,
6844:6, 6844:14,
6844:21, 6845:1,
6845:10, 6845:12,
6845:16, 6845:24,
6846:14, 6846:18,
6847:7, 6847:12,
6851:5, 6851:21,
6852:15, 6853:1,
6853:2, 6853:9,
6853:19, 6854:7,
6854:16, 6854:19,
6854:21, 6855:2,
6855:4, 6855:9,
6855:11, 6855:14,
6855:15, 6855:18,
6855:20, 6855:23,
6856:4, 6856:6,
6856:11, 6856:15,
6856:19, 6856:23,
6856:25, 6857:5,
6857:8, 6857:10,
6857:12, 6857:18,
6857:23, 6858:1,
6858:3, 6858:5,
6858:10, 6858:16,
6858:18, 6858:25,
6859:4, 6859:11,
6859:14, 6859:16,
6859:20, 6859:24,
6860:4, 6860:13,
6860:23, 6860:25,
6861:18, 6861:19,
6862:2, 6862:4,
6862:7, 6864:19,
6877:19, 6879:8,
6902:23, 6903:7,
6904:21, 6909:9,
6911:11, 6911:19,
6913:10, 6920:10,
6936:14, 6948:5
**EVIDENCE** [1] -
6826:14
**exact** [7] - 6871:18,
6887:17, 6899:7,
6905:13, 6941:22,

6949:8, 6949:10
**exactly** [3] - 6836:17,
6871:18, 6934:9
**exam** [1] - 6936:24
**EXAMINATION** [3] -
6869:1, 6918:13,
6937:1
**examination** [7] -
6918:6, 6918:11,
6931:18, 6949:15,
6951:5, 6953:22,
6953:25
**examinations** [1] -
6839:1
**examine** [1] - 6950:2
**examining** [1] -
6940:15
**example** [2] -
6854:7, 6866:13
**except** [1] - 6845:11
**exception** [2] -
6894:8, 6902:10,
6907:1
**excess** [1] - 6838:20
**exchange** [1] -
6850:17
**exchanged** [1] -
6850:12
**excuse** [2] - 6859:15,
6952:21
**excused** [1] -
6947:12
**execution** [1] -
6893:18
**executive** [5] -
6891:7, 6891:19,
6892:21, 6892:25,
6893:13
**exercising** [1] -
6895:25
**Exhibit** [29] -
6826:15, 6826:15,
6826:16, 6826:16,
6826:17, 6826:17,
6826:18, 6877:10,
6877:18, 6877:21,
6879:7, 6879:10,
6902:22, 6903:6,
6904:1, 6904:2,
6911:10, 6911:18,
6913:9, 6920:10,
6920:12, 6920:20,
6921:9, 6921:19,
6928:18, 6930:20,
6936:4, 6936:14,
6936:15
**EXHIBITS** [1] -
6826:14
**exist** [1] - 6835:7
**existed** [1] - 6861:16

**existent** [1] - 6853:3
**existing** [1] - 6886:8
**exists** [1] - 6939:12
**exited** [3] - 6846:9, 6863:24, 6947:6
**expected** [1] - 6888:20
**expediency** [1] - 6912:20
**expedite** [1] - 6902:24
**expenses** [1] - 6843:2
**experience** [11] - 6831:17, 6837:9, 6838:1, 6839:23, 6871:25, 6872:19, 6874:20, 6874:21, 6875:8, 6889:4, 6889:7
**experienced** [1] - 6914:12
**experiences** [1] - 6872:2
**experiencing** [1] - 6860:2
**explain** [2] - 6847:16, 6893:10
**explained** [1] - 6901:5
**explains** [1] - 6860:15
**explanation** [1] - 6874:8
**explanations** [1] - 6845:18
**exploring** [1] - 6896:10
**express** [3] - 6830:3, 6901:12, 6927:20
**expressed** [1] - 6883:12
**expressing** [2] - 6837:23, 6837:24
**extending** [1] - 6886:10
**extent** [2] - 6938:21, 6941:3
**extraneous** [1] - 6938:22
**extremes** [1] - 6829:24
**extremist** [3] - 6829:1, 6835:5, 6835:22
**eye** [1] - 6895:5
**eyes** [1] - 6830:14

# F

**F-bombs** [1] - 6841:5
**fabric** [2] - 6849:9, 6851:14
**face** [1] - 6855:3
**Facebook** [5] - 6835:16, 6835:21, 6849:4, 6851:11, 6861:4
**faced** [1] - 6836:4
**FaceTime** [1] - 6853:15
**facilitated** [1] - 6851:8
**facilities** [1] - 6940:22
**facility** [3] - 6837:18, 6878:21
**fact** [10] - 6835:11, 6847:3, 6853:9, 6853:25, 6905:7, 6921:14, 6925:23, 6938:10, 6940:17, 6949:20
**facts** [5] - 6831:21, 6831:24, 6844:5, 6845:7, 6861:3
**fails** [1] - 6865:14
**fair** [14] - 6832:11, 6833:3, 6880:10, 6882:7, 6887:4, 6910:20, 6912:4, 6917:6, 6925:8, 6937:23, 6943:24, 6944:2, 6952:17, 6954:1
**faith** [1] - 6834:22
**falcons** [1] - 6841:9
**fall** [3] - 6881:15, 6889:18, 6919:4
**fallen** [1] - 6871:12
**fallout** [1] - 6893:3
**familiar** [5] - 6883:23, 6887:17, 6915:12, 6915:14, 6915:15
**families** [2] - 6837:2, 6849:5
**family** [6] - 6835:2, 6835:23, 6836:1, 6838:21, 6859:18, 6859:21
**famously** [1] - 6831:21
**far** [10] - 6831:12, 6836:1, 6847:2, 6855:4, 6855:20, 6867:4, 6873:3,

6893:5, 6905:12, 6914:20
**farm** [3] - 6851:2, 6925:21, 6925:22
**fashion** [3] - 6866:11, 6882:10, 6933:8
**fast** [2] - 6835:18, 6835:20
**father** [1] - 6850:23
**FBI** [22] - 6850:15, 6905:10, 6905:18, 6905:20, 6907:12, 6917:2, 6918:22, 6933:12, 6933:14, 6933:21, 6935:24, 6936:1, 6938:5, 6938:18, 6938:24, 6940:12, 6951:11, 6952:6, 6952:7, 6952:9, 6952:18
**fear** [3] - 6854:4, 6857:2, 6940:3
**feared** [2] - 6850:9, 6873:22
**fearing** [1] - 6874:10
**featured** [1] - 6872:16
**federal** [1] - 6905:21
**Federal** [1] - 6873:5
**fee** [1] - 6884:17
**feelings** [1] - 6828:25
**fell** [1] - 6896:17
**felt** [13] - 6829:20, 6850:3, 6859:12, 6873:12, 6873:13, 6873:21, 6876:13, 6894:17, 6895:4, 6897:3, 6898:22, 6926:21, 6927:10
**Ferguson** [2] - 6881:18, 6881:22
**fervor** [1] - 6901:17
**festive** [2] - 6894:4, 6895:19
**few** [7] - 6830:9, 6830:14, 6853:4, 6860:11, 6882:3, 6894:8, 6918:24
**fiancé** [1] - 6927:15
**fiancée** [2] - 6869:16, 6935:25
**fifth** [1] - 6880:9
**fighting** [2] - 6891:11, 6893:19
**figure** [1] - 6946:8
**figured** [3] - 6892:19, 6892:21, 6892:25
**file** [2] - 6884:16,

6932:17
**filled** [2] - 6853:6, 6854:1
**finally** [3] - 6828:14, 6841:2, 6870:17
**financial** [1] - 6945:12
**fine** [1] - 6953:12
**finishing** [1] - 6874:7
**fire** [6] - 6839:21, 6854:23, 6878:3, 6878:4, 6878:19, 6907:3
**firearm** [5] - 6844:13, 6885:2, 6885:3, 6906:20, 6906:22
**firearms** [4] - 6844:12, 6844:24, 6855:8, 6855:10, 6857:8, 6885:6, 6889:10, 6926:2, 6926:4, 6926:9, 6941:23, 6941:25, 6942:20, 6942:23
**firefighter** [1] - 6872:2
**firefighter/EMT** [1] - 6873:3
**fires** [1] - 6878:17
**fireworks** [2] - 6879:18, 6879:22
**first** [29] - 6827:3, 6831:5, 6846:6, 6853:19, 6863:18, 6865:24, 6871:15, 6876:6, 6878:17, 6881:5, 6881:7, 6881:18, 6883:22, 6883:9, 6885:7, 6885:9, 6885:12, 6888:2, 6892:25, 6894:3, 6897:5, 6897:14, 6897:15, 6910:5, 6919:10, 6935:6, 6943:1, 6945:19, 6950:20
**FISCHER** [6] - 6825:14, 6825:15, 6933:19, 6951:7, 6951:11, 6953:3
**Fischer's** [2] - 6952:4, 6952:17
**fit** [3] - 6891:11, 6892:1, 6893:19
**fitness** [1] - 6885:2
**five** [4] - 6863:21, 6871:22, 6880:4, 6880:5
**flag** [16] - 6906:16, 6908:3, 6908:4,

6908:10, 6908:11, 6908:12, 6909:1, 6909:3, 6909:4, 6909:5, 6909:8, 6909:10, 6911:12, 6911:15, 6953:19
**flagged** [1] - 6951:25
**flesh** [1] - 6937:24
**flip** [2] - 6907:22, 6907:23
**floated** [1] - 6915:21
**Florida** [9] - 6836:2, 6836:14, 6850:25, 6851:20, 6853:3, 6853:16, 6855:6, 6856:12, 6856:14
**Floyd** [1] - 6876:11
**focus** [4] - 6872:17, 6872:18, 6885:21, 6948:19
**focusing** [1] - 6830:18
**folks** [2] - 6867:22, 6917:21
**follow** [1] - 6888:19
**followed** [2] - 6888:17, 6919:7
**following** [26] - 6828:7, 6841:15, 6842:4, 6857:10, 6862:13, 6863:16, 6863:25, 6867:20, 6867:25, 6868:15, 6888:12, 6890:21, 6891:18, 6917:24, 6918:8, 6934:3, 6934:18, 6938:15, 6939:1, 6942:12, 6946:13, 6946:17, 6947:7, 6947:17, 6951:9, 6953:17
**food** [2] - 6851:8, 6875:9
**football** [4] - 6840:2, 6840:13, 6840:17
**FOR** [9] - 6824:1, 6824:14, 6824:17, 6824:22, 6825:2, 6825:8, 6825:11, 6825:14, 6826:9
**force** [4] - 6847:11, 6857:6, 6861:22, 6922:1
**forced** [2] - 6847:4, 6936:8
**forcefully** [2] - 6852:3, 6893:5
**Forces** [1] - 6834:17
**forces** [1] - 6909:25
**foregoing** [1] -

6955:4
 **forget** [1] - 6882:14
 **forgive** [3] - 6838:3,
6839:23, 6839:24
 **forgot** [2] - 6912:19,
6949:22
 **form** [4] - 6854:15,
6884:16, 6898:7,
6905:21
 **formation** [1] -
6840:10
 **formats** [1] - 6870:11
 **formed** [2] - 6866:7,
6874:25
 **former** [6] - 6850:6,
6854:13, 6856:11,
6857:2, 6858:5,
6859:2
 **FORMERFEDSGR**
**OUP.COM** [1] - 6825:8
 **forming** [1] -
6874:17
 **Fort** [2] - 6836:18,
6836:22
 **forward** [2] -
6896:15, 6926:4
 **foundation** [2] -
6878:5, 6933:19
 **founded** [1] - 6866:1
 **founder** [1] - 6844:6
 **founders** [1] -
6833:20
 **four** [6] - 6834:20,
6840:23, 6843:12,
6877:8, 6880:2,
6880:9
 **foxholes** [1] -
6839:20
 **fraction** [1] - 6830:6
 **frankly** [2] - 6845:15,
6865:22
 **free** [1] - 6917:21
 **frequent** [1] - 6899:5
 **frequently** [1] -
6836:15
 **friend** [1] - 6870:21
 **friendship** [1] -
6870:22
 **fringe** [1] - 6894:10
 **front** [5] - 6846:15,
6864:21, 6879:16,
6895:15, 6903:14
 **Front** [1] - 6825:12
 **frozen** [1] - 6827:13
 **frustrations** [2] -
6829:21, 6830:4
 **fulfilling** [1] - 6889:4
 **full** [10] - 6839:16,
6843:12, 6869:3,
6884:15, 6886:2,

6945:16, 6945:25,
6946:3, 6948:20,
6955:5
 **fully** [5] - 6876:3,
6897:17, 6923:16,
6935:18, 6943:1
 **function** [1] -
6890:18
 **functioning** [1] -
6906:22
 **fundamentally** [1] -
6850:9
 **fundraiser** [1] -
6932:22
 **funds** [1] - 6894:18
 **funny** [1] - 6838:2
 **future** [2] - 6850:9,
6867:16

**G**

 **gaining** [1] - 6855:15
 **game** [4] - 6840:13,
6870:7, 6870:9,
6870:11
 **gather** [3] - 6830:3,
6853:10, 6853:12
 **gathered** [1] -
6854:18
 **Gathering** [1] -
6870:5
 **gear** [3] - 6841:6,
6858:19, 6858:22
 **geese** [1] - 6851:3
 **general** [7] -
6865:12, 6865:15,
6866:16, 6874:19,
6901:9, 6902:11,
6905:13
 **generally** [5] -
6879:21, 6883:17,
6894:8, 6895:18,
6954:1
 **generated** [1] -
6948:1
 **genesis** [1] -
6832:22
 **genetic** [1] - 6839:22
 **gentlemen** [6] -
6828:13, 6833:14,
6848:19, 6850:18,
6860:13, 6946:19
 **George** [1] - 6876:11
 **Germany** [1] -
6840:5
 **Geyer** [11] - 6826:3,
6827:3, 6828:11,
6828:15, 6833:17,
6840:25, 6841:13,

6841:18, 6843:14,
6844:20, 6848:13
 **GEYER** [16] - 6825:8,
6827:5, 6827:20,
6828:2, 6828:12,
6833:18, 6841:1,
6841:17, 6842:2,
6842:6, 6843:16,
6843:18, 6844:21,
6845:5, 6848:6,
6918:4
 **given** [6] - 6833:20,
6857:16, 6858:13,
6904:23, 6904:24,
6906:10
 **gladly** [1] - 6856:15
 **Glen** [1] - 6825:16
 **glue** [1] - 6833:18
 **goal** [4] - 6842:22,
6924:13, 6924:14,
6924:15
 **gonna** [1] - 6858:6
 **gory** [1] - 6866:12
 **GoToMeeting** [3] -
6839:4, 6839:9,
6853:15
 **GoToMeetings** [1] -
6930:3
 **GOVERNMENT** [1] -
6824:14
 **government** [8] -
6836:5, 6852:3,
6861:22, 6889:3,
6891:8, 6893:2,
6893:7, 6893:15
 **Government** [41] -
6827:18, 6827:25,
6830:24, 6836:10,
6836:13, 6839:1,
6843:10, 6845:9,
6846:23, 6847:15,
6860:17, 6861:16,
6861:19, 6862:3,
6863:8, 6864:4,
6864:16, 6865:9,
6865:14, 6873:5,
6877:12, 6902:18,
6904:1, 6912:22,
6912:25, 6918:6,
6918:18, 6938:11,
6938:20, 6938:22,
6939:2, 6939:7,
6939:14, 6940:18,
6945:17, 6946:1,
6946:2, 6947:19,
6949:1, 6949:4,
6951:17
 **Government's** [16] -
6827:24, 6830:25,
6834:18, 6838:16,

6860:12, 6904:2,
6920:9, 6920:11,
6920:20, 6921:9,
6921:19, 6928:18,
6930:20, 6936:3,
6936:13, 6936:15
 **Government-**
**reviewed** [1] - 6938:20
 **Governor** [2] -
6825:15, 6875:21
 **grab** [2] - 6862:19,
6899:20
 **graces** [1] - 6933:7
 **grandfather** [1] -
6850:23
 **Grandmaster** [1] -
6880:15
 **Grant** [2] - 6878:2,
6878:18
 **grasp** [1] - 6865:14
 **greatest** [1] - 6832:8
 **greatly** [2] - 6835:24,
6835:25
 **grew** [1] - 6853:5
 **grossly** [1] - 6828:24
 **ground** [2] -
6858:23, 6880:16
 **grounds** [1] -
6845:19
 **group** [8] - 6841:2,
6846:4, 6846:12,
6853:10, 6854:20,
6872:9, 6890:5,
6914:19
 **groups** [2] - 6849:4,
6930:1
 **grown** [1] - 6836:24
 **grunt** [1] - 6914:10
 **guess** [4] - 6828:4,
6871:10, 6939:17,
6947:20
 **guilt** [5] - 6831:16,
6832:4, 6832:21,
6834:4, 6874:12
 **guilty** [4] - 6833:5,
6833:7, 6833:11,
6862:8
 **gun** [6] - 6844:13,
6844:23, 6911:25,
6926:6, 6928:24,
6929:1
 **gunfire** [1] - 6840:9
 **guns** [24] - 6844:25,
6925:9, 6925:14,
6925:18, 6925:23,
6926:6, 6926:7,
6927:8, 6928:1,
6928:4, 6928:6,
6928:10, 6929:12,
6929:15, 6929:16,

6939:23, 6939:25,
6940:8, 6941:7,
6943:25, 6944:3,
6944:4, 6944:7,
6944:15
 **Gustav** [1] - 6836:19
 **guy** [2] - 6836:25,
6839:2
 **guys** [6] - 6838:18,
6840:19, 6875:6,
6883:14, 6898:16,
6914:15

**H**

 **H-I-L-L-I-A-R-D** [1] -
6899:16
 **hack** [1] - 6915:17
 **half** [3] - 6829:4,
6840:24, 6953:15
 **Haller** [1] - 6850:20
 **HALLER** [5] -
6825:4, 6825:5,
6827:3, 6848:15,
6954:5
 **halls** [2] - 6853:13,
6853:14
 **hallway** [2] - 6902:9,
6903:13
 **hand** [5] - 6868:19,
6902:12, 6917:9,
6927:23, 6952:4
 **handed** [1] - 6889:12
 **handful** [1] - 6940:22
 **handgun** [3] -
6929:6, 6929:7,
6929:10
 **handle** [4] - 6897:12,
6917:22, 6951:7,
6954:2
 **Haney** [4] - 6931:11,
6931:14, 6945:6,
6945:9
 **hang** [2] - 6896:16,
6922:23
 **hanging** [3] -
6870:16, 6908:10,
6908:11
 **happy** [3] - 6882:22,
6933:18, 6951:23
 **hard** [5] - 6835:23,
6838:20, 6839:25,
6878:11, 6927:1
 **hardest** [1] - 6836:15
 **Harrelson** [6] -
6828:16, 6839:5,
6844:2, 6847:5,
6848:9, 6918:4
 **HARRELSON** [1] -

6966

6825:8
**Harrelson's** [3] -
6827:23, 6828:10,
6836:19
**Harrisburg** [1] -
6825:13
**harsh** [2] - 6839:16,
6841:10
**hated** [1] - 6832:11
**hazed** [2] - 6873:20,
6874:10
**head** [3] - 6896:20,
6897:21, 6909:17
**headed** [1] - 6849:10
**heading** [1] -
6880:22
**headlines** [1] -
6829:24
**health** [2] - 6837:18,
6878:21
**hear** [16] - 6842:6,
6843:18, 6844:6,
6845:1, 6846:7,
6847:18, 6852:4,
6852:7, 6852:15,
6852:24, 6860:23,
6862:2, 6863:18,
6869:8, 6878:11,
6952:22
**heard** [23] - 6827:14,
6838:15, 6838:23,
6838:25, 6840:23,
6841:4, 6841:11,
6841:22, 6843:7,
6847:18, 6848:3,
6872:6, 6876:12,
6881:9, 6881:16,
6881:17, 6881:18,
6882:7, 6890:6,
6894:1, 6951:25,
6953:21
**hearing** [7] - 6827:8,
6833:1, 6839:18,
6883:12, 6918:5,
6922:24, 6949:19
**hearsay** [2] -
6873:25, 6901:19
**heart** [2] - 6829:6,
6837:8
**hearts** [1] - 6829:11
**heft** [1] - 6906:20
**held** [4] - 6834:10,
6857:1, 6858:4,
6902:11
**help** [16] - 6843:4,
6845:23, 6847:24,
6852:3, 6852:10,
6855:1, 6859:10,
6874:14, 6882:6,
6889:19, 6892:1,

6897:8, 6905:23,
6914:11, 6932:21,
6943:12
**helped** [2] - 6846:5,
6881:19
**helpful** [2] - 6878:14,
6943:14
**helping** [3] -
6836:14, 6851:16,
6855:5
**hereby** [1] - 6955:3
**herself** [5] - 6895:17,
6905:4, 6905:11,
6907:14, 6928:6
**hi** [1] - 6895:11
**high** [2] - 6836:7,
6926:7
**highlighted** [1] -
6943:19
**highly** [1] - 6832:1
**Highway** [1] -
6825:15
**Hilliard** [2] - 6870:3,
6899:13
**himself** [4] - 6834:5,
6852:8, 6856:20,
6948:10
**history** [2] - 6847:20,
6853:2
**hit** [3] - 6835:15,
6835:16, 6836:15
**hitting** [1] - 6879:21
**hold** [1] - 6849:23
**Holden** [3] - 6931:11,
6931:14, 6945:6
**home** [11] - 6830:11,
6836:1, 6841:6,
6845:6, 6848:22,
6889:25, 6890:9,
6894:8, 6907:19,
6925:10, 6945:1
**Honda** [1] - 6850:25
**honest** [1] - 6950:6
**honor** [1] - 6873:14
**Honor** [39] - 6827:3,
6827:5, 6841:17,
6842:2, 6843:16,
6848:16, 6848:18,
6862:17, 6864:3,
6864:24, 6868:11,
6868:24, 6873:24,
6877:9, 6879:2,
6902:16, 6907:7,
6908:6, 6910:25,
6911:4, 6911:5,
6912:10, 6912:20,
6915:8, 6917:18,
6918:12, 6933:24,
6934:5, 6942:14,
6943:15, 6945:4,

6945:15, 6951:11,
6953:3, 6953:4,
6953:16, 6953:20,
6954:4, 6954:5
**honorable** [1] -
6834:15
**HONORABLE** [1] -
6824:11
**honorably** [1] -
6838:13
**honored** [1] -
6859:12
**hop** [1] - 6862:11
**hope** [3] - 6828:9,
6834:15, 6838:2
**hopeful** [2] -
6872:13, 6901:17
**hopefully** [1] -
6949:9
**hoping** [2] - 6910:1,
6927:21
**horrific** [1] - 6831:14
**horrifying** [1] -
6840:14
**horror** [1] - 6829:9
**horrors** [1] - 6841:7
**horses** [1] - 6851:3
**Hospital** [2] - 6878:3,
6878:18
**hosted** [1] - 6839:8
**hotel** [4] - 6844:13,
6857:20, 6860:9,
6943:8
**hour** [1] - 6900:14
**hour's** [1] - 6899:14
**hours** [6] - 6843:20,
6890:7, 6905:14,
6905:16, 6905:17,
6906:8
**house** [9] - 6845:1,
6886:25, 6887:1,
6905:25, 6907:25,
6908:10, 6909:10,
6924:25, 6930:11
**House** [5] - 6829:17,
6838:5, 6849:18,
6859:22, 6936:9
**housekeeping** [1] -
6953:5
**Hughes** [8] - 6864:2,
6865:11, 6902:19,
6918:10, 6918:16,
6918:17, 6931:19,
6938:11
**HUGHES** [64] -
6824:19, 6863:7,
6864:3, 6864:11,
6865:13, 6873:23,
6873:25, 6877:14,
6878:5, 6879:5,

6901:19, 6902:20,
6911:7, 6913:4,
6918:12, 6918:14,
6920:9, 6920:13,
6920:15, 6920:17,
6920:22, 6920:23,
6921:7, 6921:11,
6921:13, 6921:18,
6921:21, 6923:2,
6924:6, 6924:7,
6928:17, 6928:20,
6930:19, 6930:22,
6931:6, 6931:8,
6931:20, 6933:20,
6934:1, 6934:10,
6934:20, 6934:22,
6936:3, 6936:5,
6936:13, 6936:17,
6936:18, 6936:23,
6938:13, 6938:17,
6939:2, 6939:9,
6940:2, 6940:10,
6940:13, 6940:25,
6941:9, 6941:12,
6941:15, 6941:18,
6941:22, 6942:6,
6944:21, 6949:1
**Hughes's** [1] -
6953:22
**humbled** [1] -
6859:12
**humiliating** [1] -
6840:8
**hundreds** [5] -
6830:2, 6830:7,
6839:3, 6846:22,
6860:1
**hung** [2] - 6888:21,
6890:3
**hunting** [1] - 6904:7
**Hurricane** [1] -
6836:18
**hurricane** [3] -
6836:25, 6837:6,
6851:9
**hurricanes** [1] -
6836:15
**hyperbole** [2] -
6850:14, 6861:1
**hyperbolic** [2] -
6829:24, 6842:11

**I**

**idea** [11] - 6833:20,
6862:23, 6865:4,
6872:14, 6872:22,
6891:16, 6898:5,
6910:10, 6910:16,
6915:20, 6915:21

**identify** [1] - 6920:19
**identity** [1] - 6837:10
**ignited** [1] - 6829:21
**ignored** [1] - 6881:20
**III** [1] - 6824:6
**illegal** [1] - 6845:13
**illegally** [1] - 6843:25
**image** [2] - 6908:3,
6948:11
**images** [3] -
6902:25, 6912:21,
6947:22
**imagination** [1] -
6838:11
**imagine** [4] -
6835:15, 6835:18,
6897:6, 6938:6
**imagined** [1] -
6893:6
**immediately** [7] -
6851:17, 6857:14,
6867:15, 6871:9,
6893:12, 6899:4,
6949:18
**impeach** [2] -
6952:8, 6952:19
**impeachment** [3] -
6951:13, 6952:12,
6952:14
**implement** [3] -
6906:19, 6911:23,
6912:1
**implemented** [2] -
6889:21, 6889:23
**implied** [1] - 6948:17
**implies** [1] - 6948:23
**important** [1] -
6927:4
**imposed** [1] -
6875:21
**impression** [1] -
6917:4
**impugned** [1] -
6865:2
**IN** [1] - 6826:14
**inauguration** [4] -
6891:11, 6891:18,
6892:8, 6893:10
**incident** [1] -
6937:13
**inclinations** [1] -
6831:23
**include** [2] - 6859:8,
6948:10
**included** [2] -
6930:23, 6935:11
**including** [7] -
6833:21, 6844:22,
6885:2, 6893:1,
6895:11, 6912:5,

6927:12
**incomplete** [1] - 6923:10
**increasing** [1] - 6927:24
**inculpatory** [1] - 6950:1
**indeed** [2] - 6858:18, 6875:17
**independent** [1] - 6921:1
**indicated** [1] - 6943:24
**indicted** [1] - 6853:24
**individual** [3] - 6856:5, 6880:14, 6931:11
**individuals** [9] - 6837:9, 6853:7, 6853:10, 6867:1, 6879:18, 6880:24, 6925:5, 6951:19
**indulgence** [4] - 6848:15, 6899:20, 6907:6, 6942:15
**infer** [1] - 6938:10
**inflamed** [1] - 6828:25
**influence** [2] - 6833:23, 6901:16
**influences** [1] - 6833:24
**ingresses** [1] - 6854:10
**initiation** [1] - 6910:14
**injured** [3] - 6866:16, 6885:8, 6895:2
**injuries** [2] - 6846:7, 6896:19
**injury** [1] - 6877:1
**innocence** [3] - 6832:21, 6832:24, 6834:5
**innocent** [4] - 6830:24, 6833:4, 6845:18, 6848:10
**input** [1] - 6938:2
**inquiry** [1] - 6915:9
**inside** [5] - 6845:17, 6846:1, 6846:2, 6846:5, 6913:20
**insistent** [1] - 6899:5
**Instagram** [1] - 6849:4
**instances** [2] - 6839:7, 6947:20
**instead** [4] - 6860:12, 6872:17,

6923:25, 6946:22
**instruct** [1] - 6861:16
**instructed** [4] - 6922:17, 6922:21, 6923:4, 6923:7
**instructions** [9] - 6833:15, 6844:10, 6867:8, 6902:5, 6904:18, 6907:10, 6923:15, 6923:17, 6937:11
**instructs** [1] - 6861:14
**insurrection** [2] - 6829:7, 6843:21
**Insurrection** [1] - 6889:16
**intelligently** [1] - 6950:12
**intend** [3] - 6827:21, 6865:3, 6867:12
**intended** [1] - 6850:13, 6850:14
**intending** [4] - 6866:5, 6867:5, 6934:1, 6934:10
**intends** [3] - 6864:14, 6865:24, 6951:17
**intense** [1] - 6888:7
**intent** [4] - 6865:2, 6872:14, 6882:11, 6922:6
**intention** [1] - 6842:7
**intentionally** [2] - 6930:15, 6930:16
**intentioned** [1] - 6845:18
**intentions** [2] - 6831:2, 6898:4
**interaction** [2] - 6870:8, 6881:7
**interactions** [1] - 6881:5
**interest** [2] - 6835:6, 6872:25
**interested** [3] - 6835:9, 6851:17, 6883:17
**internet** [1] - 6834:15
**interpretive** [1] - 6829:2
**interrupt** [2] - 6841:14, 6841:18
**interrupted** [1] - 6859:16
**interview** [9] - 6933:21, 6935:7, 6937:13, 6937:21, 6940:24, 6940:25,

6941:11, 6941:12, 6952:21
**interviewed** [1] - 6952:6, 6953:2
**interviews** [2] - 6934:6, 6938:5
**intimidating** [1] - 6906:2
**introduce** [2] - 6841:21, 6934:10
**introduced** [1] - 6945:17
**introducing** [1] - 6850:20
**invade** [1] - 6844:8
**invading** [1] - 6843:22
**investigating** [1] - 6932:11
**invited** [3] - 6855:16, 6856:20, 6919:21
**involve** [4] - 6852:7, 6854:2, 6873:5, 6891:6
**involved** [9] - 6832:14, 6842:16, 6850:1, 6851:7, 6851:23, 6851:25, 6853:6, 6891:5, 6937:19
**involvement** [6] - 6852:12, 6853:20, 6881:22, 6891:3, 6891:17, 6948:24
**involves** [1] - 6851:16
**involving** [3] - 6895:17, 6927:11, 6946:6
**iPads** [1] - 6848:23
**ironclad** [1] - 6846:17
**ironically** [1] - 6836:17
**issue** [12] - 6837:20, 6844:10, 6917:22, 6940:20, 6942:8, 6942:9, 6946:21, 6950:16, 6950:17, 6950:23, 6951:7, 6953:19
**issued** [1] - 6844:7
**issues** [3] - 6837:19, 6838:17, 6953:9
**items** [3] - 6902:8, 6912:18, 6913:21
**itself** [3] - 6833:21, 6887:19, 6897:19

# J

**J6** [1] - 6841:2
**Jackson** [1] - 6827:14
**jail** [18] - 6928:8, 6938:17, 6938:19, 6938:20, 6938:22, 6939:3, 6939:4, 6939:5, 6939:7, 6939:12, 6939:13, 6939:14, 6940:4, 6940:6, 6940:9, 6940:16, 6941:25
**Jail** [2] - 6939:20, 6941:6
**JAMES** [1] - 6824:23
**January** [44] - 6828:20, 6828:24, 6830:3, 6831:3, 6834:2, 6841:3, 6841:4, 6842:7, 6842:14, 6842:19, 6842:24, 6845:11, 6845:14, 6852:6, 6852:10, 6852:22, 6853:5, 6856:21, 6857:12, 6857:19, 6862:6, 6885:15, 6885:17, 6893:22, 6894:19, 6897:1, 6897:5, 6915:19, 6916:4, 6922:10, 6926:10, 6926:11, 6926:25, 6927:25, 6928:11, 6928:24, 6929:14, 6930:10, 6931:4, 6933:11, 6933:14, 6936:6, 6941:15, 6948:6
**Jason** [2] - 6838:16, 6843:7
**Jay** [1] - 6880:15
**jaywalking** [1] - 6927:12
**Jeb** [2] - 6943:2, 6945:1
**Jed** [2] - 6943:2, 6945:1
**JEFFREY** [1] - 6824:15
**jeopardy** [1] - 6836:4
**Jersey** [2] - 6825:10, 6835:7
**Jess** [29] - 6872:9, 6875:2, 6875:8, 6881:24, 6886:10, 6891:4, 6891:5, 6891:20, 6894:24,

6896:9, 6896:12, 6896:15, 6897:7, 6897:14, 6897:25, 6900:19, 6901:1, 6901:12, 6903:10, 6906:4, 6909:11, 6909:20, 6910:21, 6914:9, 6915:19, 6929:24, 6932:1, 6935:7, 6935:20
**Jess's** [1] - 6914:7
**Jessica** [11] - 6869:13, 6871:24, 6876:1, 6883:6, 6886:15, 6890:12, 6901:14, 6901:24, 6910:4, 6910:8, 6921:1
**Jessica's** [3] - 6872:22, 6904:9, 6912:14
**job** [2] - 6914:11, 6924:8
**Joe** [1] - 6860:17
**John** [3] - 6831:19, 6832:7, 6832:25
**join** [2] - 6854:3, 6883:13
**joined** [3] - 6836:6, 6838:24, 6849:7
**joining** [2] - 6851:17, 6883:19
**JONATHAN** [1] - 6825:11
**Jones** [8] - 6855:17, 6855:19, 6855:21, 6855:22, 6855:24, 6856:5, 6856:7, 6858:9
**Journal** [1] - 6900:18
**journal** [2] - 6915:22, 6915:24
**JR** [3] - 6824:15, 6824:23, 6825:2
**JROTC** [1] - 6836:7
**Judge** [8] - 6874:2, 6899:23, 6901:22, 6915:1, 6931:16, 6942:17, 6945:19, 6946:16
**judge** [5] - 6861:14, 6950:6, 6951:7
**JUDGE** [1] - 6824:11
**judicial** [1] - 6833:19
**Juli** [1] - 6850:19
**JULI** [2] - 6825:4, 6825:5
**June** [5] - 6876:11, 6879:25, 6880:9, 6885:13, 6885:14

junior [1] - 6914:10
juror [1] - 6922:23
jurors [1] - 6831:21
JURY [1] - 6824:10
jury [28] - 6827:14,
6828:5, 6828:6,
6828:13, 6832:12,
6832:22, 6833:21,
6841:16, 6849:15,
6855:25, 6862:14,
6862:20, 6863:13,
6863:24, 6867:12,
6867:23, 6867:24,
6877:11, 6882:13,
6902:17, 6916:17,
6917:25, 6934:4,
6938:16, 6946:8,
6946:14, 6947:6
justice [4] - 6830:20,
6832:2, 6832:19
JUSTICE [1] -
6824:20
JUSTIN [1] - 6824:19
juxtaposing [1] -
6948:22

### K

KATHRYN [1] -
6824:14
keen [1] - 6836:14
keep [9] - 6847:25,
6851:3, 6878:15,
6921:7, 6921:18,
6922:25, 6933:6,
6945:21, 6946:25
Keeper [7] - 6844:6,
6844:22, 6847:1,
6909:1, 6909:4,
6914:19, 6930:4
Keepers [59] -
6834:21, 6836:11,
6838:24, 6846:24,
6847:2, 6847:8,
6847:13, 6847:17,
6847:22, 6849:25,
6850:6, 6850:13,
6851:15, 6851:22,
6852:8, 6852:12,
6852:21, 6853:3,
6853:20, 6854:2,
6854:8, 6854:12,
6854:14, 6854:18,
6854:22, 6855:2,
6855:4, 6855:14,
6855:21, 6856:6,
6856:13, 6858:24,
6859:5, 6860:5,
6865:1, 6865:19,
6880:24, 6881:3,

6881:6, 6881:8,
6881:9, 6881:13,
6881:17, 6881:25,
6882:14, 6882:17,
6882:25, 6884:9,
6886:10, 6888:14,
6888:23, 6889:1,
6919:11, 6919:14,
6919:23, 6927:11,
6929:25, 6948:1
Keepers' [1] -
6855:16
Kelly [16] - 6850:21,
6852:23, 6853:16,
6855:5, 6856:12,
6856:15, 6856:20,
6856:22, 6856:23,
6857:11, 6858:21,
6858:25, 6859:5,
6860:5, 6860:18
Kellye [1] - 6933:3
Ken [1] - 6836:22
Kenny [30] -
6828:16, 6830:23,
6833:10, 6834:10,
6834:20, 6835:13,
6835:20, 6836:3,
6836:11, 6836:14,
6836:25, 6838:2,
6838:14, 6838:19,
6838:22, 6839:5,
6841:5, 6842:7,
6842:19, 6843:1,
6843:6, 6844:2,
6844:12, 6844:22,
6845:8, 6845:11,
6846:19, 6847:5,
6847:13, 6848:9
Kenny's [3] -
6832:23, 6835:4,
6844:25
Kenosha [1] -
6848:25
Kentucky [11] -
6849:1, 6853:21,
6854:1, 6854:13,
6857:7, 6884:13,
6910:13, 6910:15,
6910:17, 6910:19
kept [1] - 6925:25
kids [1] - 6848:22
kill [1] - 6840:8
killed [2] - 6853:22,
6874:11
kind [28] - 6835:14,
6838:2, 6839:2,
6839:8, 6842:17,
6870:21, 6883:18,
6883:20, 6887:21,
6888:19, 6888:21,

6888:24, 6888:25,
6890:7, 6892:7,
6894:5, 6895:4,
6895:5, 6895:16,
6901:16, 6903:20,
6913:13, 6914:19,
6927:11, 6927:22,
6932:22, 6937:3,
6948:9
KM-8 [1] - 6856:1
knee [1] - 6926:7
knowledge [11] -
6833:6, 6833:12,
6875:18, 6889:9,
6889:23, 6897:20,
6910:16, 6916:6,
6922:6, 6926:12,
6929:13
known [3] - 6831:25,
6856:9, 6881:2

### L

label [1] - 6912:19
labeled [1] - 6877:10
laboriously [1] -
6896:15
lack [1] - 6878:5
ladies [7] - 6828:13,
6833:14, 6848:19,
6850:18, 6860:13,
6900:13, 6946:19
Lafayette [1] -
6849:20
laid [2] - 6902:9,
6913:25
land [1] - 6832:15
landline [2] -
6904:24, 6916:22
landscape [1] -
6829:1
language [5] -
6839:3, 6839:15,
6839:17, 6839:22,
6842:12
larger [2] - 6830:9,
6830:11
largest [1] - 6875:20
LASSITER [1] -
6824:24
last [10] - 6827:8,
6831:7, 6838:10,
6840:17, 6847:9,
6850:19, 6860:11,
6869:10, 6889:15,
6895:6
last-minute [1] -
6889:15
late [2] - 6881:15,

6888:2
law [21] - 6833:13,
6843:21, 6847:24,
6854:23, 6855:10,
6881:20, 6889:17,
6895:5, 6898:9,
6898:11, 6898:12,
6898:23, 6904:18,
6904:25, 6905:6,
6905:19, 6916:6,
6926:21, 6927:9,
6927:10, 6949:24
LAW [2] - 6825:2,
6825:5
law-abiding [1] -
6898:12
law-abidingness [2]
- 6898:8, 6898:11
lawful [4] - 6833:3,
6852:2, 6861:21,
6902:13
Lawn [1] - 6824:24
laws [2] - 6844:23,
6855:12
lawyer [4] - 6831:18,
6832:8, 6850:21,
6949:19
lawyers [3] -
6932:24, 6933:1,
6946:25
lay [2] - 6858:22,
6901:15
leader [2] - 6844:6,
6855:16
leaders [2] -
6847:15, 6847:19
leading [3] - 6831:2,
6834:2, 6853:5
leaked [1] - 6901:9
leaned [1] - 6850:6
learn [2] - 6849:12,
6871:24, 6897:15,
6897:24, 6898:13,
6921:25
learned [8] -
6834:17, 6835:11,
6836:9, 6844:16,
6846:6, 6851:15,
6853:14, 6929:11
learning [2] -
6848:23, 6914:11
least [6] - 6846:22,
6865:4, 6894:16,
6937:12, 6937:14,
6947:22
leave [1] - 6902:4
leaving [1] - 6928:4
led [1] - 6830:4
leeway [1] - 6931:17
left [17] - 6828:24,

6829:9, 6831:14,
6845:6, 6903:20,
6904:13, 6904:15,
6917:15, 6921:3,
6928:23, 6930:11,
6930:13, 6930:15,
6930:16, 6937:4,
6941:24
legal [5] - 6832:19,
6836:4, 6932:20,
6945:12, 6946:24
legally [2] - 6847:21
lenses [1] - 6829:3
less [1] - 6828:19
letting [1] - 6942:22
liberty [1] - 6832:19
lieu [1] - 6911:15
life [8] - 6834:24,
6837:19, 6850:24,
6873:2, 6873:3,
6873:14, 6873:22,
6874:10
lifetimes [1] -
6832:15
light [2] - 6879:16,
6879:18
like-minded [1] -
6853:6
likely [1] - 6953:1
likewise [1] -
6831:10
limited [2] - 6827:21,
6866:2
limiting [1] - 6867:8
LINDER [3] -
6824:22, 6824:24,
6862:24
line [9] - 6845:20,
6879:19, 6879:20,
6907:17, 6907:18,
6915:9, 6925:24,
6926:3
lines [1] - 6840:12
lingo [1] - 6840:11
links [1] - 6835:22
LISA [2] - 6825:17,
6955:3
Lisa [1] - 6955:12
list [1] - 6839:7
listen [5] - 6852:14,
6852:24, 6930:5,
6933:16, 6939:14
listened [2] - 6934:6,
6939:13
literal [1] - 6850:13
literally [3] -
6834:10, 6857:16,
6934:13
live [3] - 6852:18,
6861:5, 6895:10

6969

**lived** [3] - 6836:21, 6849:18, 6883:11
**lives** [2] - 6828:19, 6851:2
**Lives** [1] - 6849:13
**living** [1] - 6896:5
**LLC** [2] - 6825:8, 6825:12
**load** [1] - 6925:17
**loaded** [3] - 6925:14, 6925:18, 6925:23
**loading** [2] - 6926:5, 6926:6
**loath** [1] - 6841:18
**local** [2] - 6847:24, 6905:23
**located** [1] - 6879:12
**location** [3] - 6879:13, 6879:14, 6902:8
**lockdowns** [1] - 6875:21
**lodged** [1] - 6830:24
**lodging** [1] - 6843:3
**log** [3] - 6915:22, 6915:23, 6915:24
**logistics** [1] - 6914:6
**London** [2] - 6869:5, 6869:20
**look** [17] - 6834:3, 6846:2, 6851:1, 6866:21, 6912:4, 6933:15, 6937:7, 6937:20, 6943:21, 6948:14, 6949:10, 6949:14, 6949:25, 6950:7, 6951:4, 6952:3, 6953:13
**looked** [3] - 6895:5, 6907:1, 6925:24
**looking** [12] - 6866:4, 6877:23, 6886:1, 6903:9, 6903:10, 6905:10, 6906:25, 6911:22, 6911:23, 6912:13, 6942:14, 6952:11
**looks** [1] - 6913:14
**looting** [1] - 6854:5
**losing** [1] - 6870:22
**LOUIS** [1] - 6824:16
**Louisiana** [1] - 6836:19
**Louisville** [47] - 6849:1, 6853:20, 6853:21, 6854:1, 6854:13, 6854:18, 6855:6, 6855:9, 6855:14, 6857:7, 6880:6, 6880:13,

6880:16, 6880:25, 6881:1, 6881:10, 6881:13, 6882:3, 6882:8, 6882:18, 6882:24, 6883:2, 6883:9, 6884:3, 6884:14, 6884:19, 6919:1, 6919:2, 6919:7, 6919:10, 6919:13, 6919:21, 6920:1, 6921:22, 6922:1, 6922:13, 6922:14, 6922:15, 6922:18, 6923:5, 6923:14, 6924:8, 6927:14, 6928:3, 6946:3, 6947:21, 6948:11
**love** [4] - 6835:2, 6836:24, 6871:12, 6894:5
**loved** [3] - 6871:14, 6874:19, 6874:20
**loves** [1] - 6836:6
**low** [3] - 6894:18, 6896:14, 6901:16
**lunch** [1] - 6828:9

## M

**M-16** [1] - 6907:1
**M-16-type** [1] - 6906:25
**MAGA** [13] - 6856:24, 6857:10, 6880:7, 6886:12, 6887:18, 6914:5, 6922:10, 6923:20, 6924:11, 6924:17, 6927:15, 6928:3, 6929:15
**Magic** [1] - 6870:5
**magnetometers** [1] - 6859:2
**magnitude** [2] - 6828:17, 6831:6
**Mail** [4] - 6915:12, 6915:13, 6915:14, 6930:17
**main** [2] - 6894:11, 6903:13
**maintain** [1] - 6905:23
**maintaining** [1] - 6889:13
**maintenance** [1] - 6885:3
**majority** [1] - 6830:11
**Mall** [2] - 6857:25,

6859:22
**man** [3] - 6834:5, 6834:9, 6834:11
**management** [1] - 6875:8
**manager** [1] - 6850:24
**managing** [1] - 6875:19
**manipulated** [1] - 6830:5
**manner** [1] - 6840:1
**MANZO** [1] - 6824:16
**march** [3] - 6856:25, 6857:1, 6887:19
**March** [11] - 6853:21, 6856:24, 6857:10, 6880:7, 6886:12, 6887:18, 6922:10, 6923:20, 6941:12, 6941:18, 6941:21
**marched** [2] - 6846:13, 6888:11
**marked** [6] - 6904:2, 6908:2, 6911:3, 6912:11, 6916:12, 6916:15
**market** [1] - 6833:3
**marshal** [1] - 6932:16
**marshals** [1] - 6932:13
**Maryland** [1] - 6825:16
**mashup** [1] - 6948:9
**mask** [1] - 6868:22
**mass** [1] - 6830:9
**Massacre** [1] - 6831:25
**material** [2] - 6830:19, 6914:13
**Matter** [1] - 6849:13
**matter** [5] - 6837:12, 6856:2, 6871:14, 6890:24, 6953:5
**mattered** [2] - 6853:11, 6853:17
**matters** [2] - 6853:11, 6946:24
**mayhem** [1] - 6830:8
**mayor** [1] - 6849:12
**McMahon** [1] - 6933:1
**meals** [1] - 6913:18
**mean** [13] - 6828:1, 6863:13, 6865:15, 6866:25, 6888:18, 6892:19, 6893:4, 6939:9, 6940:23, 6948:15, 6951:4,

6952:3, 6953:12
**means** [7] - 6840:7, 6840:8, 6878:3, 6878:18, 6895:25, 6901:6, 6904:23
**meant** [5] - 6850:13, 6887:24, 6912:4, 6913:18, 6915:16
**measures** [1] - 6891:9
**media** [10] - 6829:1, 6835:13, 6835:14, 6899:3, 6900:17, 6901:16, 6901:24, 6916:25, 6917:4, 6917:7
**medic** [2] - 6912:14, 6912:16
**medical** [11] - 6866:16, 6872:18, 6877:2, 6877:4, 6878:24, 6895:20, 6897:10, 6913:21, 6913:24, 6914:10, 6914:13
**meet** [8] - 6828:13, 6856:8, 6870:1, 6882:4, 6883:10, 6884:4, 6909:22, 6931:15
**meeting** [2] - 6870:13, 6870:16
**meetings** [1] - 6930:7
**MEGGS** [1] - 6825:2
**Meggs** [45] - 6842:20, 6843:2, 6848:14, 6850:21, 6850:22, 6851:2, 6851:6, 6851:8, 6851:10, 6851:25, 6852:7, 6852:23, 6853:16, 6855:5, 6855:22, 6856:12, 6856:15, 6856:20, 6856:22, 6856:23, 6857:11, 6857:13, 6857:15, 6857:19, 6858:3, 6858:7, 6858:11, 6858:19, 6858:21, 6858:22, 6858:25, 6859:5, 6859:17, 6859:20, 6860:5, 6860:15, 6860:18, 6861:11, 6861:12, 6861:20, 6861:22, 6861:25, 6862:5, 6918:3, 6948:6
**Meggs's** [4] - 6852:6,

6853:19, 6859:15, 6860:21
**MEHTA** [1] - 6824:11
**member** [12] - 6859:18, 6859:21, 6876:7, 6882:14, 6882:16, 6883:7, 6883:10, 6883:11, 6883:25, 6884:2, 6884:24, 6918:22
**members** [18] - 6838:24, 6853:4, 6854:17, 6861:25, 6875:25, 6876:2, 6881:25, 6882:23, 6883:2, 6883:3, 6886:3, 6886:7, 6886:8, 6893:2, 6893:6, 6893:14, 6926:17, 6948:6
**membership** [1] - 6884:9
**memes** [1] - 6835:22
**memory** [1] - 6934:9
**mental** [1] - 6878:21
**mentioned** [6] - 6886:11, 6924:25, 6925:4, 6926:20, 6927:1, 6953:6
**message** [1] - 6936:7
**messages** [6] - 6850:12, 6850:16, 6852:16, 6852:17, 6860:24, 6861:4
**messy** [1] - 6867:10
**met** [17] - 6833:3, 6836:18, 6836:23, 6838:3, 6855:24, 6862:3, 6870:2, 6870:12, 6880:23, 6882:19, 6884:5, 6887:6, 6895:12, 6918:19, 6918:21
**metal** [1] - 6906:24
**meticulous** [1] - 6854:20
**Metro** [1] - 6829:14
**Michael** [1] - 6827:14
**micromanager** [1] - 6923:12
**microphone** [2] - 6869:6, 6878:10
**middle** [3] - 6845:20, 6867:10, 6895:19
**midnight** [1] - 6894:23
**midst** [1] - 6863:10
**might** [13] - 6830:5, 6833:23, 6833:24,

6970

6834:23, 6837:13, 6876:13, 6878:14, 6893:11, 6901:15, 6927:21, 6943:14, 6944:9, 6951:5

**Mike** [2] - 6875:21, 6894:22

**mileage** [1] - 6905:13

**militant** [1] - 6865:9

**militant-type** [1] - 6865:9

**military** [13] - 6838:13, 6838:24, 6840:10, 6840:19, 6854:13, 6871:25, 6872:19, 6873:2, 6873:7, 6873:17, 6874:20, 6889:17, 6909:12

**Militia** [2] - 6865:25, 6926:18

**militia** [3] - 6872:9, 6889:18, 6927:16

**Million** [13] - 6856:24, 6857:10, 6880:7, 6886:12, 6887:18, 6914:5, 6922:9, 6923:20, 6924:11, 6924:17, 6927:15, 6928:3, 6929:15

**millions** [1] - 6830:1

**mind** [1] - 6838:11, 6950:10, 6951:15

**minded** [1] - 6853:6

**mindset** [1] - 6900:6

**mine** [1] - 6833:15

**Mini-14** [3] - 6928:12, 6928:14, 6943:2

**minor** [1] - 6836:7

**minute** [3] - 6863:14, 6889:15, 6920:24

**minutes** [4] - 6846:16, 6945:16, 6948:13, 6948:20

**misdirected** [1] - 6829:22

**mislead** [2] - 6935:24, 6936:1

**misleading** [1] - 6942:2

**misrepresentations** [1] - 6830:12

**missed** [1] - 6873:2

**missing** [1] - 6941:24

**mission** [9] - 6851:16, 6852:22,

6919:23, 6922:8, 6922:18, 6923:5, 6924:11, 6924:15, 6930:6

**mission-specific** [1] - 6930:6

**misstates** [1] - 6833:13

**mix** [1] - 6885:20

**MMM** [3] - 6894:3, 6894:9, 6895:6

**moaning** [1] - 6841:12

**mobs** [1] - 6832:15

**Model** [2] - 6929:3, 6929:5

**mold** [1] - 6907:4

**mom** [2] - 6899:11, 6900:13

**moment** [4] - 6910:25, 6922:12, 6942:15, 6942:17

**momentarily** [1] - 6917:22

**Montana** [8] - 6826:10, 6868:12, 6868:14, 6869:5, 6903:9, 6912:13, 6937:3, 6947:16

**MONTANA** [1] - 6868:20

**month** [2] - 6831:7, 6835:18

**months** [4] - 6836:5, 6848:22, 6853:5, 6894:19

**morning** [10] - 6830:3, 6843:6, 6849:12, 6857:22, 6858:10, 6859:7, 6863:2, 6863:4, 6945:19, 6950:22

**Mossberg** [4] - 6928:16, 6928:21, 6928:22, 6943:3

**most** [23] - 6829:8, 6829:15, 6830:16, 6830:25, 6832:13, 6832:20, 6835:12, 6839:16, 6839:17, 6839:25, 6840:1, 6843:25, 6844:14, 6850:24, 6875:20, 6890:8, 6890:10, 6890:11, 6890:13, 6893:6, 6894:10, 6918:24

**mostly** [7] - 6872:12, 6882:21, 6885:2, 6890:20, 6891:17,

6898:20, 6929:24

**motivation** [1] - 6852:5

**motive** [1] - 6845:13

**mouth** [1] - 6838:22

**move** [9] - 6836:21, 6836:22, 6871:16, 6871:19, 6885:7, 6903:24, 6926:10, 6934:11, 6947:1

**moved** [2] - 6953:8, 6953:11

**moving** [1] - 6832:23

**MR** [131] - 6827:5, 6827:20, 6828:2, 6828:12, 6833:13, 6833:18, 6841:1, 6841:17, 6842:2, 6842:6, 6843:13, 6843:16, 6843:18, 6844:18, 6844:21, 6845:5, 6848:4, 6848:6, 6848:16, 6848:18, 6849:14, 6849:17, 6856:4, 6866:24, 6866:24, 6867:7, 6867:17, 6868:11, 6868:16, 6868:24, 6869:2, 6873:24, 6874:1, 6874:6, 6877:9, 6877:16, 6877:22, 6878:9, 6878:22, 6879:1, 6879:11, 6893:8, 6899:20, 6899:23, 6900:1, 6901:22, 6901:23, 6902:15, 6902:24, 6903:4, 6903:8, 6903:25, 6904:3, 6906:11, 6906:13, 6907:6, 6907:8, 6908:5, 6908:7, 6908:21, 6908:24, 6910:25, 6911:1, 6911:4, 6911:8, 6911:14, 6911:20, 6912:10, 6912:12, 6912:20, 6912:25, 6913:7, 6913:11, 6915:1, 6915:4, 6915:8, 6915:11, 6916:13, 6916:14, 6916:16, 6916:20, 6917:18, 6918:3, 6918:4, 6924:4, 6931:16, 6933:19, 6933:24, 6934:5, 6936:25, 6937:2,

6939:8, 6939:13, 6939:21, 6940:16, 6941:5, 6941:16, 6942:2, 6942:14, 6942:17, 6942:18, 6943:15, 6943:17, 6944:22, 6944:24, 6945:3, 6945:5, 6945:15, 6945:23, 6946:2, 6946:9, 6946:16, 6947:24, 6948:8, 6948:14, 6949:5, 6950:6, 6950:9, 6950:19, 6951:1, 6951:7, 6951:11, 6951:21, 6952:11, 6953:3, 6953:4, 6953:16, 6953:19, 6954:4

**MREs** [3] - 6913:14, 6913:15, 6913:17

**MS** [67] - 6827:3, 6848:15, 6862:17, 6863:7, 6864:3, 6864:11, 6865:13, 6873:23, 6873:25, 6877:14, 6878:5, 6879:5, 6901:19, 6902:20, 6911:7, 6913:4, 6918:12, 6918:14, 6920:9, 6920:13, 6920:15, 6920:17, 6920:22, 6920:23, 6921:7, 6921:11, 6921:13, 6921:18, 6921:21, 6923:2, 6924:6, 6924:7, 6928:17, 6928:20, 6930:19, 6930:22, 6931:6, 6931:8, 6931:20, 6933:20, 6934:1, 6934:10, 6934:20, 6934:22, 6936:3, 6936:5, 6936:13, 6936:17, 6936:18, 6936:23, 6938:13, 6938:17, 6939:2, 6939:9, 6940:2, 6940:10, 6940:13, 6940:25, 6941:9, 6941:12, 6941:15, 6941:18, 6941:22, 6942:6, 6944:21, 6946:24, 6947:1, 6950:20, 6953:14

**multi** [1] - 6949:21

**multi-co-defendant** [1] - 6949:21

**multiple** [2] - 6951:11, 6952:1

**murder** [1] - 6853:24

**muscled** [1] - 6936:9

**mysteriously** [1] - 6845:25

## N

**name** [12] - 6828:15, 6850:18, 6869:3, 6869:5, 6869:10, 6880:14, 6883:23, 6908:20, 6918:17, 6932:14, 6932:15, 6943:1

**named** [3] - 6836:20, 6931:11, 6933:1

**names** [3] - 6908:16, 6932:10, 6932:24

**narrow** [1] - 6948:15

**nary** [1] - 6841:4

**nation** [7] - 6828:18, 6828:22, 6829:4, 6834:1, 6839:20, 6851:12, 6853:8

**nation's** [2] - 6829:6, 6833:20

**national** [3] - 6845:22, 6847:10, 6930:6

**natural** [1] - 6872:12

**nature** [3] - 6864:11, 6867:2, 6952:2

**Navy** [1] - 6887:9

**near** [4] - 6832:3, 6837:7, 6845:23, 6850:25

**nearby** [2] - 6836:22, 6878:21

**nearly** [1] - 6850:23

**necessarily** [4] - 6873:4, 6875:9, 6885:9, 6901:3

**need** [16] - 6851:17, 6871:3, 6876:13, 6881:21, 6900:4, 6920:15, 6923:1, 6940:16, 6944:8, 6944:9, 6946:23, 6946:24, 6947:1, 6950:20, 6953:14

**needed** [9] - 6845:23, 6846:5, 6857:4, 6870:25, 6876:14, 6876:20, 6889:17, 6893:19, 6910:1

**needing** [1] - 6891:11

**needs** [1] - 6951:21

6971

**nefarious** [1] - 6860:25

**neglected** [1] - 6907:9

**neighbors** [2] - 6836:24, 6837:1

**Nestler** [4] - 6827:6, 6827:10, 6949:15, 6949:25

**NESTLER** [11] - 6824:15, 6833:13, 6843:13, 6844:18, 6848:4, 6849:14, 6950:19, 6951:1, 6951:21, 6952:11, 6953:19

**Nestler's** [1] - 6846:10

**never** [16] - 6834:9, 6839:2, 6839:6, 6840:1, 6841:11, 6842:10, 6844:3, 6844:7, 6847:22, 6848:2, 6898:4, 6910:21, 6942:3, 6943:24, 6944:2, 6951:25

**New** [4] - 6825:10, 6835:7, 6894:20, 6894:21

**new** [2] - 6835:19, 6875:10

**newest** [1] - 6840:15

**news** [8] - 6835:13, 6835:18, 6835:20, 6849:3, 6851:11, 6853:7, 6898:24, 6899:2

**next** [10] - 6830:14, 6857:21, 6860:7, 6860:10, 6887:22, 6890:3, 6900:9, 6900:12, 6923:11, 6945:15

**NFAC** [1] - 6880:15

**nice** [2] - 6828:9, 6828:13

**nickname** [1] - 6887:8

**night** [5] - 6851:19, 6887:22, 6900:11, 6947:4, 6954:3

**nightly** [2] - 6849:20, 6853:7

**nilly** [1] - 6854:19

**nine** [1] - 6832:8

**Nixon** [1] - 6856:10

**nobody** [2] - 6845:10, 6890:25

**non** [1] - 6836:3

**non-antigovernment** [1] - 6836:3

**none** [1] - 6918:5

**nonpolitical** [1] - 6833:22

**normal** [1] - 6927:21

**North** [1] - 6825:12

**Northwest** [6] - 6824:17, 6824:20, 6825:3, 6825:5, 6825:19, 6955:14

**Nos** [5] - 6826:16, 6826:18, 6903:6, 6911:10, 6913:9

**note** [4] - 6864:5, 6864:16, 6864:20, 6883:19

**notebook** [2] - 6917:12, 6917:14

**notes** [2] - 6949:7, 6955:5

**nothing** [3] - 6829:6, 6833:25, 6948:2

**notice** [1] - 6941:23

**noticed** [1] - 6840:15

**November** [11] - 6824:6, 6880:7, 6880:10, 6886:12, 6887:16, 6890:19, 6923:21, 6924:11, 6924:17, 6924:24, 6955:10

**November-December** [1] - 6890:19

**number** [14] - 6830:11, 6833:2, 6841:21, 6893:2, 6893:13, 6901:2, 6901:7, 6901:8, 6904:23, 6917:9, 6917:10, 6926:9, 6952:25, 6953:1

## O

**Oak** [1] - 6824:24

**Oath** [67] - 6834:21, 6836:11, 6838:24, 6844:6, 6844:22, 6846:24, 6846:25, 6847:1, 6847:7, 6847:13, 6847:17, 6847:21, 6849:25, 6850:6, 6850:13, 6851:15, 6851:22, 6852:8, 6852:11, 6852:21, 6853:3,

6853:20, 6854:2, 6854:8, 6854:12, 6854:14, 6854:17, 6854:21, 6855:2, 6855:4, 6855:14, 6855:16, 6855:21, 6856:5, 6856:12, 6858:24, 6859:5, 6860:5, 6865:1, 6865:19, 6880:24, 6881:3, 6881:6, 6881:7, 6881:9, 6881:13, 6881:17, 6881:25, 6882:14, 6882:16, 6882:25, 6884:9, 6886:10, 6888:14, 6888:22, 6889:1, 6909:1, 6909:4, 6914:18, 6919:11, 6919:14, 6919:23, 6927:11, 6929:25, 6930:4, 6948:1

**oath** [2] - 6834:24, 6843:11

**object** [2] - 6903:15, 6953:25

**objecting** [2] - 6863:10, 6864:21

**objection** [21] - 6833:13, 6843:13, 6844:18, 6844:19, 6848:4, 6849:14, 6865:11, 6873:23, 6877:12, 6877:14, 6878:5, 6879:3, 6879:5, 6901:19, 6902:20, 6911:6, 6913:5, 6924:4, 6933:19, 6938:13, 6944:21

**objections** [3] - 6902:18, 6913:1, 6953:21

**objectives** [3] - 6833:19, 6834:5, 6834:7

**objects** [1] - 6847:11

**observation** [1] - 6923:19

**observe** [3] - 6876:21, 6876:22, 6876:25

**observed** [2] - 6861:1, 6876:22

**obstruct** [1] - 6861:23

**obviously** [6] - 6861:11, 6861:12, 6867:1, 6910:21,

6948:15, 6953:15

**Ocala** [3] - 6850:25, 6851:19, 6855:6

**occasion** [2] - 6833:4, 6903:20

**occasionally** [1] - 6930:5

**occupation** [1] - 6901:7

**occupying** [1] - 6843:22

**occur** [4] - 6883:16, 6897:5, 6897:6, 6898:23

**occurred** [6] - 6847:9, 6849:20, 6880:19, 6914:6, 6944:18, 6946:2

**October** [5] - 6831:7, 6831:8, 6879:25, 6880:9

**OF** [6] - 6824:1, 6824:3, 6824:10, 6824:17, 6824:20, 6825:5

**offensive** [1] - 6840:12

**offer** [4] - 6886:10, 6909:6, 6909:8, 6932:21

**offered** [2] - 6859:6, 6932:20

**offering** [1] - 6909:8

**OFFICE** [1] - 6824:16

**office** [2] - 6860:18, 6910:6

**officer** [1] - 6846:5

**officers** [3] - 6843:22, 6847:8, 6853:23

**OFFICES** [1] - 6825:5

**Official** [1] - 6825:18

**official** [3] - 6861:23, 6862:1, 6955:12

**often** [2] - 6952:15, 6952:24

**Ohio** [23] - 6865:25, 6866:14, 6866:15, 6869:5, 6869:20, 6870:3, 6875:5, 6875:21, 6876:8, 6877:24, 6899:13, 6899:14, 6918:21, 6926:17, 6927:16, 6927:17, 6928:5, 6928:7, 6928:23, 6930:10, 6931:14, 6931:21, 6943:10

**OK** [1] - 6841:2

**old** [2] - 6850:22, 6896:8

**older** [1] - 6896:7

**on-the-job** [1] - 6914:11

**once** [5] - 6846:2, 6859:4, 6869:9, 6927:15, 6934:23

**one** [59] - 6829:4, 6829:17, 6830:16, 6832:24, 6833:19, 6836:10, 6839:2, 6840:15, 6846:25, 6847:1, 6849:11, 6854:7, 6854:12, 6855:10, 6858:7, 6858:24, 6859:18, 6863:19, 6865:4, 6873:1, 6873:16, 6873:20, 6875:13, 6878:2, 6878:20, 6880:6, 6880:9, 6880:23, 6882:21, 6885:5, 6890:10, 6893:21, 6894:18, 6894:19, 6896:13, 6900:4, 6904:13, 6909:15, 6910:25, 6914:15, 6915:9, 6921:24, 6922:23, 6923:9, 6924:2, 6932:17, 6933:1, 6933:3, 6937:14, 6940:17, 6942:17, 6947:23, 6951:18, 6951:24, 6952:4, 6952:17, 6953:5, 6953:19

**one's** [1] - 6901:7

**ones** [2] - 6839:19, 6900:16

**oneself** [1] - 6896:14

**online** [2] - 6884:16, 6901:9

**op** [3] - 6852:22, 6853:20, 6855:13

**Op** [2] - 6841:2, 6948:6

**open** [15] - 6842:5, 6847:4, 6863:17, 6877:21, 6879:10, 6918:9, 6920:21, 6921:10, 6921:20, 6934:19, 6936:16, 6942:13, 6946:18, 6951:23, 6953:18

**opened** [2] - 6845:25, 6884:5

**opening** [10] - 6827:12, 6827:16,

6972

6827:17, 6828:10, 6841:20, 6841:23, 6846:10, 6856:3, 6895:16

**Opening** [2] - 6826:3, 6826:4

**openings** [1] - 6827:9

**operable** [1] - 6912:7

**operated** [1] - 6837:13

**operation** [4] - 6884:3, 6884:19, 6919:14, 6922:1

**operations** [1] - 6865:16

**opinion** [3] - 6888:13, 6898:7, 6898:10

**opinions** [1] - 6864:7

**opportunities** [1] - 6837:6

**opportunity** [6] - 6834:3, 6834:23, 6898:7, 6937:20, 6937:23, 6938:2

**oppose** [1] - 6854:3

**opposed** [1] - 6864:6

**opposing** [2] - 6852:2, 6861:21

**opposite** [1] - 6939:23

**order** [8] - 6835:24, 6835:25, 6844:7, 6873:14, 6879:2, 6889:19, 6893:17, 6952:8

**orders** [6] - 6844:10, 6891:7, 6891:19, 6893:13, 6893:18, 6894:23

**ordinary** [1] - 6828:17

**Oregon** [1] - 6849:1

**organization** [7] - 6834:15, 6834:21, 6851:16, 6865:10, 6867:2, 6872:14, 6880:24

**organized** [1] - 6888:14

**organizers** [3] - 6858:8, 6858:13, 6859:7

**original** [3] - 6872:13, 6875:25, 6889:18

**originally** [2] - 6843:1, 6885:16

**OSRM** [18] - 6865:1,

6865:2, 6865:16, 6872:6, 6872:21, 6874:17, 6874:25, 6875:24, 6875:25, 6876:7, 6882:24, 6883:3, 6883:8, 6883:25, 6884:24, 6886:3, 6890:18, 6893:19

**other-than-civic** [1] - 6883:20

**otherwise** [2] - 6895:18, 6916:23

**ought** [1] - 6950:21

**ourselves** [3] - 6848:20, 6891:4, 6895:12

**outcome** [1] - 6833:24

**outlet** [1] - 6902:11

**outside** [13] - 6841:16, 6858:23, 6862:14, 6867:8, 6867:11, 6917:25, 6931:16, 6934:4, 6935:12, 6935:15, 6938:16, 6946:14, 6947:14

**outspoken** [1] - 6856:10

**overcome** [1] - 6838:20

**overestimation** [1] - 6926:8

**overnight** [2] - 6947:10, 6949:6

**overruled** [5] - 6874:4, 6878:7, 6924:5, 6933:22, 6944:23

**own** [10] - 6828:19, 6830:12, 6834:18, 6836:6, 6836:24, 6838:14, 6849:2, 6852:20, 6854:13, 6897:8

**owner** [1] - 6854:8

---

## P

**P.A** [1] - 6825:15

**p.m** [7] - 6824:7, 6828:7, 6846:21, 6863:25, 6867:25, 6936:6, 6947:7

**P22** [1] - 6929:7

**packed** [2] - 6890:9, 6912:21

**packing** [1] - 6841:6

**Page** [3] - 6826:3, 6826:4, 6936:4

**PAGE** [1] - 6826:14

**pain** [1] - 6953:8

**painful** [1] - 6873:9

**painted** [1] - 6849:12

**paintings** [2] - 6933:15, 6937:7

**pairs** [1] - 6913:23

**pandemic** [1] - 6848:21

**panel** [2] - 6828:5, 6867:23

**papers** [1] - 6829:25

**paragraph** [1] - 6943:20

**parameters** [1] - 6844:20

**Park** [1] - 6825:3

**park** [1] - 6849:22

**parked** [3] - 6887:21, 6909:24, 6909:25

**Parker** [6] - 6926:18, 6926:19, 6929:11, 6929:12, 6935:17

**Parler** [1] - 6899:10

**part** [15] - 6838:1, 6839:22, 6874:16, 6875:18, 6875:20, 6875:24, 6893:7, 6896:20, 6909:11, 6919:13, 6919:23, 6929:25, 6930:3, 6933:16

**parted** [1] - 6846:12

**participate** [4] - 6839:7, 6842:9, 6842:15, 6886:6

**participated** [4] - 6830:7, 6845:8, 6846:3, 6856:22

**participating** [1] - 6855:13

**participation** [2] - 6914:7

**particular** [4] - 6831:19, 6833:24, 6837:13, 6914:7

**particularly** [2] - 6840:6, 6949:16

**parties** [2] - 6878:24, 6917:23

**partner** [1] - 6927:16

**party** [1] - 6837:12

**passed** [1] - 6892:20

**passing** [1] - 6859:8

**passion** [1] - 6831:23

**password** [1] - 6930:23

**past** [6] - 6834:3, 6834:20, 6840:23, 6841:22, 6904:11, 6913:21

**patch** [2] - 6884:10, 6884:12

**pause** [4] - 6920:18, 6920:22, 6921:11, 6936:17

**pay** [2] - 6884:17, 6932:22

**peace** [1] - 6847:25

**peaceful** [2] - 6843:24, 6894:3

**peacefully** [1] - 6830:2

**peep** [1] - 6841:4

**peers** [1] - 6833:22

**penalty** [1] - 6832:6

**Pennsylvania** [3] - 6824:20, 6825:5, 6825:13

**people** [46] - 6827:8, 6829:12, 6829:23, 6830:2, 6831:9, 6831:11, 6832:1, 6832:20, 6832:21, 6835:6, 6837:20, 6837:22, 6846:12, 6846:22, 6852:18, 6852:19, 6861:5, 6866:16, 6874:19, 6876:13, 6883:17, 6885:25, 6886:6, 6888:22, 6890:4, 6893:1, 6893:3, 6893:6, 6894:4, 6894:5, 6894:7, 6894:10, 6895:9, 6895:11, 6895:14, 6910:7, 6914:12, 6924:9, 6924:15, 6925:4, 6925:23, 6925:25, 6926:1, 6926:2

**percent** [1] - 6887:17

**perfectly** [1] - 6847:21

**perform** [1] - 6872:24

**performed** [2] - 6866:1, 6873:12

**performing** [1] - 6848:11

**perhaps** [2] - 6897:18, 6933:5

**period** [3] - 6892:13, 6893:20, 6898:6

**permissible** [1] - 6865:17

**permission** [1] - 6934:20

**permitted** [2] - 6845:12, 6858:22

**person** [7] - 6829:5, 6829:10, 6845:23, 6880:14, 6885:10, 6898:12, 6913:19

**personal** [6] - 6837:13, 6844:23, 6846:19, 6847:23, 6852:13, 6859:17

**personalizing** [1] - 6849:14

**personally** [6] - 6845:13, 6855:19, 6872:19, 6914:22, 6914:24, 6929:23

**personnel** [1] - 6889:18

**persons** [1] - 6833:2

**perspective** [1] - 6903:1

**pertinent** [4] - 6864:7, 6864:10, 6864:11, 6865:15

**perverted** [1] - 6830:13

**PHILLIP** [1] - 6824:22

**phone** [26] - 6841:13, 6842:20, 6853:17, 6862:11, 6874:2, 6900:20, 6902:10, 6902:12, 6904:21, 6907:18, 6907:22, 6907:23, 6907:24, 6915:7, 6929:24, 6930:13, 6930:15, 6930:16, 6931:24, 6932:7, 6933:24, 6938:14, 6940:15, 6941:17, 6951:8, 6951:22

**photo** [2] - 6890:5, 6903:14

**photos** [1] - 6913:4

**phrase** [4] - 6891:10, 6891:13, 6891:14, 6933:8

**phrased** [1] - 6948:22

**phrasing** [1] - 6948:16

**physically** [1] - 6895:2

**pick** [5] - 6827:5, 6836:21, 6841:13, 6937:3, 6945:24

**picked** [3] - 6856:16,

6973

6907:19, 6943:9
**picture** [4] - 6906:14, 6906:15, 6908:2, 6911:14
**pictures** [1] - 6846:3
**piece** [3] - 6876:5, 6896:17, 6943:19
**pieced** [1] - 6946:4
**piecemeal** [1] - 6946:4
**pieces** [1] - 6948:2
**pigs** [1] - 6851:3
**place** [14] - 6831:6, 6851:22, 6854:9, 6858:12, 6875:9, 6886:22, 6886:23, 6887:19, 6888:20, 6890:15, 6896:2, 6905:12, 6922:9, 6943:9
**placed** [1] - 6903:18
**places** [1] - 6875:9
**plagued** [1] - 6848:22
**Plaintiff** [1] - 6824:4
**plan** [9] - 6854:21, 6860:25, 6861:6, 6861:7, 6863:21, 6891:20, 6891:23, 6950:15
**planned** [3] - 6871:15, 6885:16, 6917:1
**planning** [7] - 6842:9, 6842:10, 6842:16, 6845:13, 6854:20, 6914:6
**plans** [3] - 6844:10, 6854:24, 6910:19
**plastic** [2] - 6912:1, 6912:8
**play** [5] - 6837:22, 6920:15, 6940:18, 6945:16, 6945:18
**played** [3] - 6870:11, 6877:10, 6947:24
**playing** [4] - 6870:5, 6921:7, 6921:18, 6948:13
**pleas** [1] - 6850:17
**plugged** [1] - 6919:16
**pockets** [1] - 6835:8
**podcast** [1] - 6855:17
**point** [35] - 6834:14, 6838:25, 6840:19, 6858:2, 6866:20, 6868:5, 6871:16, 6873:16, 6873:20,

6873:21, 6874:10, 6874:13, 6880:19, 6881:24, 6882:13, 6888:4, 6890:8, 6897:24, 6902:15, 6904:25, 6905:6, 6907:2, 6909:15, 6917:19, 6920:18, 6923:11, 6923:23, 6925:14, 6942:7, 6948:12, 6950:11, 6950:19, 6952:4, 6952:17, 6953:2
**pointing** [1] - 6951:1
**polarized** [1] - 6829:1
**police** [12] - 6845:20, 6846:7, 6847:5, 6847:8, 6876:23, 6879:19, 6879:20, 6895:11, 6903:18, 6903:20, 6909:25, 6937:12
**Police** [5] - 6829:14, 6910:8, 6937:10, 6937:14
**political** [21] - 6829:1, 6831:11, 6833:23, 6834:2, 6834:4, 6834:5, 6834:7, 6835:4, 6835:5, 6835:13, 6835:22, 6837:10, 6837:12, 6841:12, 6850:3, 6850:14, 6860:3, 6860:22, 6861:1, 6894:22
**politically** [2] - 6834:1, 6839:11
**politicians** [1] - 6838:7
**politics** [3] - 6835:6, 6837:10, 6837:16
**Polk** [2] - 6836:18, 6836:22
**portion** [1] - 6947:19
**Portland** [1] - 6849:1
**positions** [1] - 6834:11
**possible** [1] - 6951:14
**possibly** [1] - 6832:14
**posted** [4] - 6899:9, 6900:7, 6900:12, 6901:3
**posts** [1] - 6861:4
**potential** [5] - 6837:21, 6889:2, 6890:20, 6890:21,

6952:7
**potentially** [5] - 6886:1, 6901:8, 6933:6, 6951:20, 6952:18
**pouring** [1] - 6846:24
**power** [3] - 6843:24, 6852:2, 6861:21
**practically** [1] - 6896:13
**prayer** [1] - 6846:4
**precise** [2] - 6846:3, 6940:25
**precisely** [1] - 6939:18
**predecessors** [1] - 6832:22
**predisposed** [2] - 6831:15, 6832:4
**preference** [1] - 6860:22
**prejudicial** [1] - 6832:1
**preparation** [1] - 6908:13
**prepared** [3] - 6892:3, 6892:4, 6892:9
**presence** [7] - 6841:16, 6852:6, 6862:14, 6917:25, 6934:4, 6938:16, 6946:14
**present** [5] - 6841:24, 6846:17, 6881:3, 6952:9, 6952:22
**presented** [3] - 6828:1, 6834:19, 6860:13
**President** [14] - 6843:24, 6843:25, 6849:18, 6849:22, 6850:7, 6856:11, 6857:2, 6858:5, 6859:2, 6891:6, 6891:18, 6891:24, 6893:16, 6894:6
**president** [5] - 6831:20, 6857:2, 6858:17, 6859:13, 6860:22
**President-Elect** [1] - 6843:25
**presidential** [1] - 6834:9
**press** [1] - 6841:7
**pressures** [1] - 6834:4

**presumably** [1] - 6941:21
**presumption** [1] - 6866:19
**pretty** [4] - 6832:5, 6835:14, 6838:22, 6934:12
**prevent** [3] - 6855:10, 6860:17, 6895:25
**preventing** [2] - 6838:9, 6843:23
**previous** [4] - 6833:6, 6833:12, 6887:8, 6903:20
**previously** [3] - 6834:25, 6904:1, 6907:2
**primarily** [7] - 6872:22, 6891:4, 6891:5, 6912:16, 6922:5, 6923:17, 6952:17
**primary** [4] - 6836:11, 6924:12, 6924:14
**principles** [1] - 6865:25
**prison** [1] - 6938:9
**private** [1] - 6847:23
**privilege** [1] - 6850:20
**privileged** [2] - 6859:12
**privy** [1] - 6930:6
**pro** [1] - 6837:19
**pro-life** [1] - 6837:19
**problem** [4] - 6838:18, 6866:2, 6939:21, 6946:16
**problematic** [1] - 6874:9
**problems** [1] - 6837:17
**proceed** [1] - 6868:24
**proceeded** [1] - 6858:11
**proceeding** [3] - 6861:23, 6908:14, 6909:2
**proceedings** [22] - 6828:7, 6841:15, 6842:4, 6862:13, 6863:16, 6863:25, 6867:20, 6867:25, 6868:15, 6917:24, 6918:8, 6934:3, 6934:18, 6938:15, 6942:12, 6946:13,

6946:17, 6947:7, 6947:17, 6951:9, 6953:17, 6955:6
**Proceedings** [1] - 6954:6
**process** [4] - 6833:20, 6833:21, 6882:20, 6888:11
**produce** [1] - 6869:24
**produced** [2] - 6955:6
**production** [1] - 6852:17
**production-quality** [1] - 6852:17
**productive** [1] - 6837:22
**professionally** [1] - 6855:20
**proffer** [1] - 6865:21
**proffered** [1] - 6864:19
**program** [1] - 6892:16
**progress** [1] - 6871:6
**promptly** [1] - 6846:9
**proper** [1] - 6902:10
**property** [4] - 6829:15, 6830:8, 6833:8, 6847:24
**prosecutors** [1] - 6850:15
**protect** [5] - 6924:8, 6924:12, 6924:15, 6935:21, 6935:25
**protected** [5] - 6847:23, 6858:14, 6858:15, 6858:23, 6859:5
**protectee** [2] - 6860:6, 6860:9
**protecting** [3] - 6837:22, 6923:25, 6924:1
**protest** [6] - 6854:3, 6855:3, 6876:11, 6877:3, 6927:22
**protesters** [10] - 6854:1, 6860:1, 6876:23, 6877:4, 6879:19, 6879:21, 6924:1, 6924:2, 6924:9
**protesting** [3] - 6837:25, 6848:24, 6924:12
**protests** [6] -

6848:24, 6849:8, 6849:20, 6850:2, 6866:17, 6872:16
**protocol** [1] - 6892:3
**Proton** [4] - 6915:12, 6915:13, 6915:14, 6930:17
**Proud** [1] - 6894:9
**proudly** [1] - 6828:15
**prove** [1] - 6848:9
**proven** [1] - 6861:19
**provide** [16] - 6833:22, 6853:1, 6854:9, 6855:7, 6855:22, 6856:6, 6856:13, 6857:13, 6859:17, 6860:19, 6861:13, 6881:19, 6882:6, 6909:6, 6914:9, 6932:21
**provided** [3] - 6847:23, 6865:22, 6950:1
**providing** [5] - 6848:1, 6854:17, 6857:18, 6886:19
**proximity** [1] - 6828:20
**prudent** [1] - 6860:6
**PSDs** [1] - 6837:14
**public** [2] - 6851:7, 6901:9
**publicity** [1] - 6855:15
**publish** [2] - 6855:25, 6920:11
**published** [6] - 6877:21, 6879:10, 6920:21, 6921:10, 6921:20, 6936:16
**pull** [4] - 6869:6, 6878:10, 6912:18, 6940:25
**pure** [1] - 6872:18
**purpose** [8] - 6852:25, 6854:15, 6864:25, 6865:2, 6866:13, 6866:19, 6922:3, 6922:8
**purposes** [4] - 6862:22, 6907:4, 6912:20, 6951:14
**pursuant** [1] - 6864:16
**push** [1] - 6893:14
**pushed** [1] - 6893:6
**put** [6] - 6827:22, 6830:17, 6837:2, 6875:22, 6907:4, 6948:10

**PUTZI** [1] - 6825:15

## Q

**QRF** [17] - 6844:17, 6857:5, 6889:13, 6889:14, 6921:23, 6922:1, 6922:3, 6922:8, 6922:9, 6923:23, 6923:25, 6924:13, 6924:14, 6925:17, 6927:5, 6927:8
**QRF's** [1] - 6924:8
**quality** [1] - 6852:17
**quarrel** [2] - 6833:4, 6833:9
**quarterback** [1] - 6840:3
**questioning** [3] - 6905:5, 6948:16, 6949:8
**questions** [6] - 6915:2, 6918:24, 6922:13, 6936:23, 6948:22, 6949:10
**quick** [13] - 6844:17, 6857:5, 6862:12, 6867:8, 6869:18, 6884:8, 6915:7, 6915:9, 6921:25, 6946:12, 6947:19, 6950:10, 6951:8
**quickly** [2] - 6879:23, 6934:12
**quite** [4] - 6894:21, 6933:8, 6949:21, 6949:22
**quote** [6] - 6830:14, 6832:24, 6833:9, 6833:11, 6880:16, 6941:22

## R

**race** [1] - 6890:23
**rafters** [2] - 6896:14, 6896:17
**raging** [1] - 6846:21
**rah** [2] - 6839:11
**rah-rah** [1] - 6839:11
**raided** [1] - 6917:2
**raise** [2] - 6868:19, 6896:13
**raised** [1] - 6865:9
**RAKOCZY** [1] - 6824:14
**rallies** [3] - 6837:10, 6842:8, 6852:8

**rally** [12] - 6858:2, 6858:4, 6858:8, 6858:11, 6858:13, 6859:7, 6859:9, 6859:15, 6859:16, 6859:19, 6886:19, 6888:3
**ran** [1] - 6879:22
**rancorous** [1] - 6842:11
**Ranger** [8] - 6906:16, 6908:4, 6909:1, 6909:3, 6909:5, 6909:10, 6909:13, 6909:16
**Rangers** [1] - 6909:11
**ranks** [1] - 6889:18
**ransacked** [1] - 6854:6
**rare** [1] - 6839:6
**rarely** [1] - 6829:24
**ratchet** [1] - 6927:5
**rather** [5] - 6828:22, 6928:24, 6934:9, 6951:3
**RDR** [3] - 6825:17, 6955:3, 6955:12
**re** [1] - 6952:8
**re-called** [1] - 6952:8
**reach** [2] - 6852:1, 6881:24
**reached** [5] - 6845:25, 6854:22, 6880:17, 6919:19, 6921:15
**reaction** [3] - 6844:17, 6857:6, 6921:25
**read** [8] - 6849:4, 6850:16, 6860:23, 6889:18, 6931:2, 6936:7, 6943:19, 6943:22
**reading** [3] - 6851:11, 6851:18, 6934:24
**ready** [5] - 6828:10, 6848:16, 6862:15, 6863:4, 6887:22
**real** [10] - 6852:18, 6861:5, 6862:12, 6867:8, 6869:17, 6889:22, 6912:4, 6915:7, 6915:8, 6951:8
**really** [8] - 6830:18, 6835:6, 6841:10, 6846:8, 6853:15, 6871:5, 6889:22,

6889:23
**reason** [10] - 6865:25, 6870:23, 6881:1, 6883:21, 6890:16, 6910:6, 6938:17, 6946:22, 6951:4, 6952:10
**reasonable** [9] - 6829:8, 6829:12, 6829:23, 6848:7, 6849:9, 6861:20, 6862:4, 6867:6
**reasons** [4] - 6836:11, 6867:14, 6893:21, 6951:14
**rebut** [2] - 6860:11, 6866:18
**rebuts** [1] - 6865:8
**receive** [1] - 6936:12
**RECEIVED** [1] - 6826:14
**received** [1] - 6842:19
**receiving** [2] - 6910:7, 6923:14
**recently** [1] - 6850:24
**recess** [1] - 6867:19
**recognize** [3] - 6908:8, 6908:9, 6946:5
**recognized** [1] - 6888:22
**recognizes** [1] - 6837:25
**recollection** [15] - 6897:14, 6909:7, 6914:8, 6914:9, 6933:18, 6933:23, 6934:14, 6935:3, 6935:18, 6937:6, 6940:5, 6940:19, 6942:19, 6943:5, 6943:13
**reconvene** [1] - 6863:21
**record** [2] - 6827:6, 6949:1
**recorded** [3] - 6938:12, 6940:4, 6940:17
**recordings** [8] - 6938:5, 6939:7, 6941:3, 6941:5, 6941:6, 6942:8, 6942:11
**recovery** [1] - 6852:12
**recruit** [2] - 6876:3, 6883:14

**recruiting** [2] - 6876:5, 6883:16
**red** [1] - 6840:15
**Red** [1] - 6826:7
**redirect** [1] - 6936:24
**REDIRECT** [1] - 6937:1
**refer** [1] - 6887:7
**reference** [3] - 6827:11, 6840:5, 6841:9
**referenced** [1] - 6938:11
**references** [1] - 6827:18
**referred** [2] - 6840:16, 6887:9
**reflect** [1] - 6941:6
**refresh** [6] - 6933:18, 6933:22, 6934:8, 6935:3, 6937:5, 6943:12
**refreshes** [1] - 6934:14
**refused** [1] - 6893:1
**regain** [1] - 6889:19
**regarding** [6] - 6863:9, 6864:6, 6865:13, 6891:2, 6935:4, 6942:20
**regards** [1] - 6939:11
**regiment** [1] - 6909:15
**region** [1] - 6885:9
**registration** [1] - 6884:16
**Regular** [2] - 6865:25, 6926:18
**rein** [1] - 6867:5
**related** [2] - 6842:8, 6939:5
**relationship** [2] - 6870:8, 6870:14
**relative** [3] - 6914:6, 6942:25, 6944:19
**relative's** [1] - 6943:8
**relay** [1] - 6937:11
**relayed** [6] - 6915:22, 6935:7, 6935:9, 6938:24, 6938:25, 6940:11
**relevant** [5] - 6864:7, 6864:17, 6865:14, 6865:17, 6866:18
**relief** [6] - 6836:12, 6837:6, 6848:1, 6851:7, 6851:9, 6852:13
**remain** [1] - 6827:1

6975

**remember** [18] - 6841:9, 6849:11, 6849:19, 6849:21, 6876:6, 6884:15, 6884:18, 6886:10, 6886:12, 6887:15, 6890:5, 6905:18, 6917:10, 6923:9, 6943:4, 6943:11, 6948:5, 6949:7

**remembered** [2] - 6894:2, 6915:10

**remind** [2] - 6833:14, 6848:20

**reminded** [1] - 6831:5

**reminiscent** [1] - 6832:25

**remove** [2] - 6858:20, 6868:23

**render** [6] - 6872:10, 6876:14, 6877:2, 6877:4, 6878:24, 6882:6

**rendered** [5] - 6832:9, 6865:6, 6866:9, 6866:16, 6876:19

**rendering** [4] - 6865:13, 6865:19, 6872:18, 6885:7

**repeat** [3] - 6889:6, 6889:7, 6923:1

**rephrase** [4] - 6890:17, 6901:21, 6901:22, 6924:6

**replaced** [1] - 6853:13

**REPORTED** [1] - 6825:17

**REPORTER** [4] - 6845:3, 6892:23, 6908:16, 6908:23

**Reporter** [2] - 6825:18, 6955:12

**reporter** [6] - 6869:7, 6897:22, 6899:15, 6900:18, 6900:25, 6901:1

**reporters** [2] - 6899:11, 6921:1

**reports** [1] - 6876:12

**represent** [3] - 6861:1, 6918:17, 6918:18

**representations** [1] - 6913:2

**Representatives** [1] - 6838:5

**representing** [2] -

6831:3, 6895:10

**republic** [1] - 6829:11

**reputation** [1] - 6864:7

**request** [2] - 6918:1, 6951:22

**require** [1] - 6865:21

**required** [2] - 6872:24, 6897:8

**rescue** [1] - 6851:3

**reserve** [1] - 6827:16

**reserved** [1] - 6827:9

**reside** [3] - 6869:5, 6869:19, 6869:20

**residence** [7] - 6869:4, 6901:7, 6904:24, 6909:22, 6910:5, 6917:11, 6943:8

**resolve** [1] - 6951:3

**resort** [1] - 6889:15

**resources** [1] - 6881:20

**respect** [1] - 6873:2

**respond** [1] - 6872:12

**responded** [3] - 6843:1, 6909:3, 6909:4

**responding** [2] - 6922:4, 6922:5

**response** [2] - 6874:2, 6897:23

**responsible** [1] - 6853:23

**rest** [6] - 6835:12, 6839:21, 6840:20, 6863:1, 6945:23, 6950:22

**restore** [1] - 6893:17

**restricted** [1] - 6845:19

**result** [11] - 6829:20, 6830:5, 6831:8, 6831:10, 6853:25, 6866:17, 6875:18, 6891:1, 6896:19, 6901:24, 6940:4

**resulted** [1] - 6877:1

**retired** [2] - 6838:23, 6857:20, 6947:16

**retrieve** [1] - 6934:25

**retrieving** [2] - 6943:23, 6945:3

**return** [3] - 6860:9, 6862:6, 6949:14

**returned** [2] - 6857:11, 6900:11, 6930:10

**returning** [2] - 6857:21, 6917:1

**returns** [1] - 6863:7

**revert** [1] - 6862:22

**review** [2] - 6938:22, 6939:4

**reviewed** [2] - 6938:20, 6939:9

**rhetoric** [2] - 6850:15, 6861:2

**RHODES** [2] - 6824:6, 6824:23

**Rhodes** [33] - 6844:7, 6855:16, 6855:18, 6855:24, 6856:7, 6856:12, 6863:3, 6888:3, 6888:12, 6888:17, 6888:25, 6890:6, 6919:17, 6919:19, 6920:7, 6921:15, 6922:14, 6922:17, 6923:4, 6923:12, 6923:15, 6923:18, 6924:22, 6929:19, 6929:22, 6932:8, 6932:19, 6945:7, 6945:8, 6945:11, 6950:21, 6950:23

**Rhodes's** [5] - 6862:22, 6867:15, 6868:7, 6922:13, 6949:14

**ribs** [2] - 6896:22, 6896:23

**ride** [1] - 6910:1

**rifle** [9] - 6903:17, 6904:7, 6904:8, 6904:10, 6904:15, 6906:16, 6906:17, 6928:15

**rifles** [2] - 6904:13, 6906:15

**right-hand** [1] - 6917:9

**rights** [3] - 6832:19, 6837:23, 6837:24

**riot** [2] - 6833:5, 6833:8

**rioters** [3] - 6855:3, 6924:1, 6924:2

**rioting** [2] - 6854:5, 6880:18

**riots** [6] - 6847:25, 6848:25, 6850:3, 6851:19, 6880:20, 6880:21

**rise** [1] - 6947:5

**risen** [1] - 6857:24

**Ritchie** [1] - 6825:15

**Road** [1] - 6825:3

**rock** [1] - 6896:17

**Roger** [5] - 6856:8, 6856:9, 6856:13, 6856:16, 6856:19

**Rohde** [7] - 6921:8, 6921:12, 6921:18, 6928:17, 6930:21, 6931:7, 6936:17

**role** [4] - 6832:7, 6837:22, 6882:23, 6895:20

**rolling** [1] - 6894:4

**Room** [1] - 6825:20

**room** [1] - 6860:9

**rosters** [1] - 6853:5

**Rotunda** [2] - 6935:13, 6935:15

**rougher** [1] - 6927:21

**Route** [1] - 6825:9

**route** [2] - 6928:6, 6942:11

**routinely** [1] - 6853:10

**rubber** [7] - 6906:15, 6906:17, 6906:24, 6911:23, 6911:25, 6912:7, 6929:1

**ruined** [1] - 6846:8

**rules** [2] - 6864:16, 6865:20

**run** [2] - 6839:21, 6875:6

**running** [2] - 6894:16, 6896:3

**S**

**S-I-N-I-F-F** [1] - 6869:11

**sacred** [3] - 6829:16, 6829:18, 6849:23

**sacrifice** [2] - 6830:18, 6848:11

**sacrificed** [2] - 6835:24, 6835:25

**sad** [1] - 6898:23

**sadly** [2] - 6894:18, 6894:21

**safety** [1] - 6837:3

**sales** [1] - 6850:24

**Sandra** [4] - 6926:18, 6926:19, 6929:11, 6935:17

**Save** [2] - 6858:4, 6859:7

**saw** [3] - 6842:10, 6849:8, 6876:19

**scene** [1] - 6905:24

**scheduled** [3] - 6842:8, 6842:25, 6888:2

**scheduling** [4] - 6862:21, 6867:14, 6868:5, 6946:21

**scheme** [1] - 6860:25

**schism** [1] - 6831:11

**school** [2] - 6835:20, 6836:8

**scissors** [1] - 6913:23

**scoffs** [1] - 6895:12

**scope** [1] - 6931:16

**scowl** [1] - 6895:14

**screened** [1] - 6858:15

**scrutinous** [1] - 6895:5

**scurried** [1] - 6879:22

**sealed** [1] - 6913:18

**searched** [1] - 6845:1

**searching** [1] - 6834:14

**seat** [4] - 6828:8, 6864:1, 6868:18, 6868:21

**seated** [4] - 6827:1, 6867:21, 6868:1, 6947:18

**second** [12] - 6831:20, 6878:20, 6880:25, 6882:4, 6882:18, 6882:24, 6884:3, 6884:19, 6919:13, 6919:16, 6922:23

**seconds** [1] - 6846:16

**Secret** [3] - 6858:14, 6858:18, 6858:23

**security** [32] - 6837:14, 6842:20, 6846:20, 6847:23, 6852:13, 6854:9, 6854:10, 6854:14, 6854:17, 6855:13, 6855:22, 6856:6, 6856:13, 6856:17, 6857:3, 6857:14, 6857:19, 6859:1, 6859:17, 6860:19, 6861:13, 6866:9, 6872:17, 6881:19, 6882:6, 6885:24, 6886:9, 6886:19,

6889:12, 6894:2, 6914:11

**seditious** [2] - 6831:1, 6861:17

**see** [24] - 6828:2, 6828:3, 6829:2, 6832:18, 6841:7, 6856:5, 6859:12, 6867:18, 6871:5, 6879:15, 6903:15, 6903:22, 6908:3, 6911:7, 6913:12, 6933:16, 6934:9, 6934:11, 6934:17, 6935:1, 6939:6, 6942:2, 6944:8, 6947:3

**seeing** [5] - 6851:11, 6851:14, 6851:19, 6853:7, 6943:12

**seek** [2] - 6903:2, 6911:5

**seem** [2] - 6833:18, 6898:25

**seemingly** [1] - 6834:22

**segments** [6] - 6877:20, 6879:9, 6920:20, 6921:9, 6921:19, 6936:15

**sell** [1] - 6829:25

**Senate** [2] - 6838:5, 6936:8

**send** [1] - 6949:5

**sending** [2] - 6851:8, 6931:1

**sense** [1] - 6836:14

**sent** [6] - 6854:12, 6936:7, 6948:6, 6949:15, 6949:16, 6949:25

**separate** [2] - 6878:4, 6880:6

**September** [2] - 6853:23, 6919:25

**sequestered** [1] - 6951:20

**Sergeant** [1] - 6838:16

**serious** [3] - 6831:1, 6832:13, 6883:19

**serve** [2] - 6873:4, 6874:18

**served** [4] - 6834:11, 6856:17, 6909:11, 6909:16

**server** [1] - 6915:16

**service** [9] - 6832:8, 6834:22, 6837:8, 6838:20, 6851:7,

6873:7, 6873:17, 6887:8, 6909:12

**Service** [3] - 6858:14, 6858:19, 6858:23

**Service-protected** [1] - 6858:23

**services** [6] - 6836:12, 6847:23, 6848:1, 6859:6, 6882:6, 6914:10

**serving** [2] - 6834:16, 6874:19

**SESSION** [1] - 6824:5

**session** [1] - 6885:12

**set** [4] - 6839:10, 6857:16, 6885:1, 6917:6

**several** [1] - 6921:1

**shake** [1] - 6897:21

**shared** [4] - 6830:13, 6830:16, 6837:9, 6839:23

**sharing** [1] - 6838:3

**SHER** [1] - 6824:19

**sheriff** [1] - 6910:6

**sheriffs** [1] - 6905:23

**shook** [3] - 6828:18, 6831:9, 6909:17

**shooting** [1] - 6929:10

**shop** [1] - 6870:2

**short** [4] - 6863:20, 6873:12, 6894:22, 6897:18

**shortcomings** [1] - 6827:18

**shortly** [8] - 6845:22, 6867:18, 6871:14, 6883:9, 6893:12, 6894:9, 6917:1, 6917:2

**show** [79] - 6827:23, 6827:24, 6830:25, 6834:8, 6842:19, 6844:2, 6844:14, 6844:21, 6845:7, 6845:10, 6845:12, 6845:16, 6845:24, 6846:15, 6847:12, 6849:5, 6850:5, 6850:8, 6851:5, 6851:21, 6852:11, 6853:19, 6854:7, 6854:16, 6854:19, 6854:21, 6855:2, 6855:4, 6855:9, 6855:11, 6855:14,

6855:15, 6855:17, 6855:18, 6855:20, 6855:23, 6856:4, 6856:7, 6856:11, 6856:15, 6856:19, 6856:23, 6856:25, 6857:5, 6857:8, 6857:11, 6857:13, 6857:18, 6857:23, 6858:1, 6858:3, 6858:5, 6858:10, 6858:16, 6858:18, 6858:25, 6859:4, 6859:11, 6859:14, 6859:16, 6859:20, 6859:24, 6860:4, 6899:3, 6902:8, 6902:15, 6902:16, 6903:25, 6904:20, 6904:25, 6906:7, 6906:11, 6911:3, 6912:11, 6916:11, 6916:17, 6934:1, 6934:13

**showed** [7] - 6900:7, 6904:19, 6905:7, 6905:19, 6946:1, 6946:2, 6947:19

**shown** [3] - 6847:1, 6947:20, 6947:22

**sic** [3] - 6840:17, 6873:13, 6874:12

**side** [7] - 6829:4, 6829:12, 6830:15, 6845:17, 6847:4, 6890:25

**sidebar** [7] - 6841:16, 6862:14, 6917:25, 6934:4, 6938:16, 6946:14, 6951:10

**sides** [2] - 6829:23, 6830:19

**Signal** [5] - 6839:3, 6841:2, 6854:20, 6914:17, 6929:25

**signed** [1] - 6884:21

**significant** [1] - 6846:7

**signs** [1] - 6859:8

**similar** [4] - 6831:6, 6838:15, 6879:12

**similarly** [2] - 6831:8, 6840:18

**simply** [6] - 6833:8, 6839:13, 6842:13, 6842:15, 6863:2, 6881:19

**simultaneously** [1] - 6903:2

**sincere** [1] - 6933:6

**sincerely** [1] - 6830:4

**single** [3] - 6846:25, 6847:1, 6913:19

**single-person** [1] - 6913:19

**SINIFF** [1] - 6868:20

**Siniff** [36] - 6826:10, 6862:18, 6863:6, 6868:12, 6868:14, 6868:17, 6868:21, 6869:3, 6869:5, 6877:23, 6878:14, 6899:17, 6899:21, 6918:15, 6918:17, 6920:14, 6920:25, 6921:22, 6922:25, 6923:3, 6927:14, 6934:24, 6935:3, 6935:21, 6936:6, 6938:18, 6939:2, 6941:22, 6942:19, 6943:18, 6947:8, 6947:14, 6947:16, 6948:11, 6948:21, 6950:21

**Siniff's** [2] - 6938:23, 6949:13

**sit** [3] - 6833:21, 6852:19, 6861:5

**sits** [1] - 6913:2

**sitting** [2] - 6835:24, 6835:25

**situation** [1] - 6927:6

**six** [2] - 6842:24, 6863:3

**skills** [2] - 6834:17, 6835:19

**sleeping** [1] - 6917:16

**slight** [1] - 6926:8

**slightly** [1] - 6903:1

**slogged** [1] - 6888:6

**slower** [1] - 6894:19

**small** [4] - 6830:6, 6831:12, 6882:21, 6913:23

**smart** [1] - 6912:19

**smoke** [1] - 6878:1

**snippets** [1] - 6948:18

**social** [2] - 6835:13, 6835:14

**soft** [1] - 6878:15

**soldiers** [4] - 6832:5, 6832:10, 6832:11, 6839:15

**soldiers'** [1] - 6832:8

**solely** [1] - 6865:10

**solid** [5] - 6906:24, 6911:25, 6912:1, 6912:7

**someone** [6] - 6845:23, 6874:14, 6885:8, 6889:12, 6915:22, 6948:1

**sometimes** [2] - 6871:7, 6925:25

**somewhat** [1] - 6906:2

**son** [2] - 6836:6, 6836:22

**soon** [3] - 6830:23, 6890:2, 6900:7

**sooner** [1] - 6951:3

**SoRelle** [1] - 6933:3

**sorry** [28] - 6841:14, 6843:16, 6845:3, 6864:10, 6867:22, 6880:4, 6880:11, 6885:14, 6885:15, 6887:24, 6890:17, 6892:22, 6903:25, 6905:15, 6906:24, 6907:9, 6909:3, 6909:18, 6913:8, 6915:8, 6916:10, 6938:11, 6938:25, 6941:16, 6944:1, 6944:5, 6945:22, 6945:25

**sort** [10] - 6864:5, 6864:21, 6865:15, 6865:18, 6865:24, 6866:11, 6872:14, 6884:22, 6888:21, 6891:7

**sound** [4] - 6867:5, 6883:23, 6920:16, 6942:9

**sounded** [2] - 6894:1, 6943:7

**sounding** [1] - 6840:20

**soundly** [1] - 6840:7

**sounds** [3] - 6874:24, 6925:6, 6933:2

**sources** [1] - 6829:1

**South** [1] - 6825:9

**SpaceX** [2] - 6834:12, 6834:13

**Spartans** [1] - 6936:10

**speaker** [1] - 6888:20

**speakers** [5] - 6845:12, 6886:19, 6888:10, 6894:2,

6977

6924:16
**speaking** [4] - 6856:14, 6856:17, 6857:19, 6859:18
**special** [2] - 6932:11, 6932:15
**specific** [11] - 6863:9, 6864:6, 6864:14, 6864:15, 6865:18, 6880:16, 6887:24, 6930:6, 6932:12, 6942:19, 6943:11
**specifically** [3] - 6886:9, 6887:14, 6903:19
**specifics** [1] - 6832:23
**speculate** [1] - 6897:3
**speech** [2] - 6857:16, 6860:7
**speeches** [1] - 6852:9
**speed** [1] - 6912:22
**spell** [2] - 6869:10, 6899:15
**spelling** [1] - 6908:19
**spend** [1] - 6830:18, 6934:12
**spent** [3] - 6843:20, 6851:10, 6940:21
**spinal** [1] - 6885:9
**spine** [1] - 6897:12
**spiral** [2] - 6917:12, 6917:14
**spiral-bound** [2] - 6917:12, 6917:14
**splint** [1] - 6914:1
**splintered** [1] - 6891:8
**sponsored** [2] - 6953:23, 6953:24
**sports** [1] - 6840:11
**spouting** [1] - 6842:11
**spring** [1] - 6870:2
**Square** [1] - 6849:20
**square** [1] - 6849:21
**SR** [1] - 6825:14
**stabbing** [1] - 6894:9
**stack** [1] - 6926:7
**stacked** [1] - 6903:12
**Staff** [1] - 6838:16
**staff** [1] - 6843:23
**stage** [1] - 6857:16
**stairs** [2] - 6846:13, 6847:13

**stamp** [1] - 6912:5
**stand** [8] - 6828:15, 6839:19, 6858:16, 6863:6, 6868:17, 6917:21, 6952:6, 6952:13
**standard** [1] - 6848:6
**STANLEY** [1] - 6825:2
**Stanley** [2] - 6850:18, 6869:24
**stanzas** [1] - 6847:10
**start** [8] - 6862:21, 6863:2, 6867:13, 6875:11, 6892:21, 6919:1, 6946:15, 6946:21
**started** [6] - 6841:6, 6863:5, 6870:20, 6872:9, 6875:4, 6952:1
**starting** [1] - 6947:3
**State** [2] - 6865:25, 6926:17
**state** [5] - 6831:24, 6836:16, 6855:12, 6869:3, 6869:4
**statement** [7] - 6827:12, 6828:10, 6831:21, 6834:21, 6856:3, 6939:22, 6940:1
**Statements** [2] - 6826:3, 6826:4
**STATES** [4] - 6824:1, 6824:3, 6824:11, 6824:16
**States** [10] - 6825:18, 6829:13, 6831:20, 6846:12, 6857:17, 6858:14, 6858:17, 6860:23, 6918:18, 6955:13
**status** [2] - 6892:12, 6893:14
**statute** [1] - 6889:18
**stay** [4] - 6886:22, 6894:15, 6927:4, 6927:17
**stayed** [2] - 6887:22, 6927:16
**staying** [3] - 6837:4, 6873:15, 6896:3
**stenographic** [1] - 6955:5
**step** [6] - 6848:19, 6863:13, 6867:7, 6875:10, 6947:8, 6953:8
**steps** [4] - 6845:21,

6845:22, 6846:11, 6860:8
**STEWART** [1] - 6824:6
**Stewart** [9] - 6844:6, 6855:16, 6855:18, 6855:24, 6856:7, 6856:12, 6888:3, 6888:17, 6932:8
**stick** [1] - 6841:25
**still** [9] - 6832:11, 6835:6, 6870:20, 6890:8, 6897:7, 6929:13, 6943:1, 6950:21, 6953:7
**stipulating** [1] - 6913:1
**stipulations** [1] - 6923:9
**Stone** [5] - 6856:8, 6856:9, 6856:13, 6856:16, 6856:19
**stood** [4] - 6852:21, 6855:3, 6858:24, 6859:2
**stop** [10] - 6844:11, 6852:1, 6861:7, 6861:21, 6861:25, 6886:23, 6891:20, 6891:23, 6895:22, 6897:12
**stopped** [1] - 6924:25
**stopping** [1] - 6906:10
**storefronts** [1] - 6854:5
**stories** [1] - 6829:19
**storm** [1] - 6844:9
**stormed** [1] - 6936:8
**story** [2] - 6829:8, 6838:3
**straight** [1] - 6918:6
**strap** [1] - 6837:1
**stray** [1] - 6914:20
**street** [3] - 6836:20, 6857:17, 6860:8
**Street** [4] - 6824:17, 6825:12, 6849:13, 6849:17
**streets** [4] - 6849:2, 6854:1, 6854:18, 6877:24
**stressed** [1] - 6901:13
**stretch** [2] - 6917:22, 6953:9
**stretched** [1] - 6827:6
**strict** [1] - 6844:23

**structure** [1] - 6951:5
**struggles** [1] - 6838:14
**struggling** [2] - 6875:16, 6927:2
**stubborn** [3] - 6831:22, 6844:5, 6845:7
**stuff** [9] - 6837:5, 6839:12, 6885:21, 6890:8, 6894:10, 6897:9, 6897:10, 6948:2
**stupid** [1] - 6898:5
**style** [1] - 6885:20
**subcontractors** [1] - 6834:13
**submit** [1] - 6911:15
**subsequent** [2] - 6842:23, 6891:19
**sudden** [4] - 6852:21, 6855:3, 6858:24, 6833:9
**suddenly** [1] - 6885:7
**suggested** [1] - 6851:18
**suggesting** [1] - 6861:10
**suggests** [1] - 6860:17
**Suite** [3] - 6824:25, 6825:6, 6825:9
**summer** [6] - 6848:21, 6848:23, 6850:2, 6853:4, 6870:17, 6872:17
**sun** [1] - 6857:24
**supplies** [1] - 6851:9
**supported** [2] - 6850:6, 6857:1
**supporter** [1] - 6856:10
**supporters** [1] - 6857:3
**suppose** [2] - 6847:16, 6919:18
**supposed** [7] - 6858:2, 6885:12, 6885:18, 6885:25, 6887:19, 6905:3, 6916:23
**supposedly** [1] - 6874:14
**Supreme** [2] - 6857:15, 6860:7
**surging** [1] - 6845:25
**surprised** [1] - 6929:4
**surprising** [1] -

6898:13
**surprisingly** [1] - 6835:3
**surrender** [1] - 6904:21
**surrounded** [2] - 6860:1, 6905:25
**surrounding** [1] - 6873:7
**suspicious** [1] - 6926:21
**sustained** [3] - 6844:19, 6848:5, 6901:20
**Swamp** [1] - 6836:20
**SWAT** [1] - 6905:21
**sway** [1] - 6832:16
**swearing** [2] - 6884:10, 6884:15
**swept** [1] - 6846:1
**swift** [1] - 6832:2
**swing** [1] - 6896:14
**SWORN** [1] - 6868:20
**sworn** [1] - 6884:13
**symbol** [1] - 6829:16
**sympathy** [1] - 6829:20
**system** [2] - 6830:20, 6891:3

## T

**table** [2] - 6849:5, 6917:15
**tailest** [1] - 6875:13
**taillights** [1] - 6869:25
**talkie** [1] - 6839:4
**Tampa** [1] - 6850:25
**tape** [1] - 6913:24
**TARPLEY** [1] - 6824:23
**tattoo** [1] - 6856:10
**Taylor** [3] - 6853:22, 6880:17, 6919:8
**team** [1] - 6840:7
**Teams** [1] - 6853:14
**teargassed** [1] - 6936:9
**telephone** [1] - 6901:7
**televisions** [1] - 6829:9
**ten** [5] - 6906:8, 6945:16, 6948:13, 6948:20
**tender** [2] - 6915:4, 6917:18

**Tendering** [2] - 6934:23, 6943:18
**tenders** [1] - 6944:12
**Tenders** [1] - 6935:2
**tensions** [1] - 6927:24
**term** [2] - 6840:10, 6841:10
**termination** [1] - 6873:7
**terminology** [1] - 6840:21
**terms** [9] - 6827:7, 6872:22, 6875:2, 6905:13, 6905:19, 6910:11, 6914:15, 6940:15, 6945:12
**terrible** [3] - 6828:21, 6829:21, 6831:4
**territory** [1] - 6837:12
**Terry** [1] - 6843:7
**testified** [3] - 6838:17, 6843:10, 6843:11
**testify** [4] - 6949:17, 6949:20, 6951:13, 6951:20
**testifying** [1] - 6950:24
**testimony** [28] - 6838:15, 6844:16, 6849:24, 6850:5, 6850:8, 6852:11, 6863:8, 6863:10, 6863:11, 6864:4, 6864:6, 6864:13, 6864:14, 6864:22, 6865:12, 6865:13, 6868:6, 6885:11, 6925:1, 6939:5, 6939:10, 6940:2, 6940:7, 6947:10, 6949:13, 6949:21, 6950:1, 6952:23
**Texas** [1] - 6824:25
**text** [5] - 6852:16, 6861:3, 6936:7, 6936:12
**texts** [1] - 6839:4
**thankfully** [2] - 6893:4, 6894:20
**THE** [135] - 6824:1, 6824:11, 6824:14, 6824:17, 6824:22, 6825:2, 6825:8, 6825:11, 6825:14, 6826:9, 6827:1, 6827:4, 6827:16, 6827:21, 6828:4,

6828:5, 6828:8, 6833:14, 6840:25, 6841:13, 6841:18, 6842:3, 6843:14, 6843:17, 6844:19, 6845:3, 6848:5, 6848:13, 6848:17, 6849:16, 6856:2, 6862:10, 6862:15, 6862:20, 6863:5, 6863:12, 6863:18, 6864:1, 6864:10, 6864:23, 6865:11, 6865:23, 6866:21, 6866:23, 6867:11, 6867:18, 6867:21, 6867:23, 6868:1, 6868:18, 6868:21, 6868:25, 6874:4, 6877:15, 6877:17, 6878:7, 6878:14, 6878:17, 6879:3, 6879:6, 6892:23, 6892:24, 6899:22, 6899:24, 6901:20, 6902:19, 6902:21, 6903:3, 6903:5, 6908:16, 6908:18, 6908:23, 6911:6, 6911:9, 6911:12, 6911:16, 6912:24, 6913:6, 6913:8, 6915:3, 6915:6, 6916:19, 6917:21, 6918:1, 6918:5, 6918:10, 6922:23, 6923:1, 6924:5, 6931:17, 6933:22, 6934:16, 6934:21, 6936:24, 6938:25, 6939:6, 6939:17, 6940:7, 6940:11, 6940:14, 6940:20, 6941:2, 6941:8, 6941:10, 6941:14, 6941:19, 6942:1, 6942:5, 6942:7, 6942:16, 6943:16, 6944:23, 6945:20, 6945:25, 6946:7, 6946:10, 6946:15, 6946:19, 6947:5, 6947:8, 6947:13, 6947:18, 6948:4, 6948:9, 6948:25, 6949:3, 6949:6, 6950:8, 6950:14, 6950:25, 6951:3, 6952:3, 6952:16, 6953:12, 6954:1
**themselves** [3] -

6854:2, 6910:1, 6910:9
**then-President** [4] - 6849:18, 6857:2, 6891:6, 6894:6
**theory** [3] - 6852:5, 6860:12, 6950:3
**thereafter** [2] - 6893:12
**therefore** [3] - 6842:14, 6842:15, 6842:16
**thereof** [2] - 6833:6, 6833:12
**Thereupon** [3] - 6867:19, 6868:14, 6947:16
**thick** [1] - 6936:7
**Thomas** [8] - 6886:20, 6887:3, 6887:4, 6902:3, 6904:24, 6905:12, 6917:11, 6925:1
**thousand** [1] - 6830:9
**thousands** [5] - 6829:25, 6830:2, 6830:7, 6860:1
**threat** [1] - 6849:8
**threatened** [1] - 6880:15
**threatening** [1] - 6850:4
**three** [11] - 6834:18, 6835:3, 6836:10, 6836:13, 6850:23, 6880:6, 6883:4, 6883:5, 6919:3, 6919:4, 6932:18
**three-way** [1] - 6932:18
**throughout** [1] - 6872:16
**throws** [2] - 6840:3
**tight** [1] - 6840:4
**timeframe** [10] - 6871:18, 6874:25, 6875:3, 6875:15, 6879:25, 6880:5, 6881:10, 6887:16, 6890:19, 6897:18
**timeline** [1] - 6865:20
**today** [5] - 6830:21, 6832:17, 6833:1, 6871:21, 6953:21
**today's** [1] - 6829:25
**together** [8] - 6833:3, 6843:20, 6871:17, 6871:19,

6901:3, 6914:20, 6946:4, 6948:10
**Tom** [3] - 6887:12, 6887:13, 6887:14
**Tom's** [1] - 6907:25
**tomorrow** [8] - 6945:24, 6946:15, 6946:22, 6947:3, 6947:9, 6950:16, 6950:20, 6953:13
**tons** [1] - 6851:8
**took** [22] - 6831:6, 6846:2, 6875:4, 6884:20, 6890:4, 6902:9, 6903:10, 6928:1, 6928:4, 6928:10, 6928:12, 6928:16, 6939:22, 6941:7, 6941:23, 6941:25, 6943:5, 6943:25, 6944:3, 6944:7, 6944:10, 6944:15
**top** [1] - 6916:22
**tossup** [1] - 6829:16
**total** [4] - 6879:24, 6919:3, 6919:4, 6925:5
**touch** [2] - 6911:2, 6929:22
**tough** [2] - 6830:19, 6838:18
**toward** [2] - 6839:21, 6859:22
**towards** [1] - 6846:13
**towed** [1] - 6909:25
**town** [8] - 6831:10, 6831:11, 6831:15, 6832:10, 6833:13, 6869:19, 6875:5, 6883:11
**towns** [1] - 6831:12
**tracking** [1] - 6877:5
**trading** [1] - 6870:7
**traffic** [1] - 6888:7
**tragedies** [1] - 6828:23
**tragic** [1] - 6831:9
**trailer** [2] - 6836:19, 6836:20
**trained** [1] - 6897:7
**training** [20] - 6834:17, 6837:9, 6884:25, 6885:1, 6885:3, 6885:12, 6885:16, 6885:18, 6885:21, 6886:2, 6886:6, 6886:9, 6890:15, 6890:17,

6892:1, 6897:5, 6906:19, 6907:4, 6911:23, 6912:1
**trait** [2] - 6864:8, 6865:15
**trans** [1] - 6871:9
**transcript** [2] - 6955:5, 6955:6
**TRANSCRIPT** [1] - 6824:10
**transfer** [3] - 6843:24, 6852:2, 6861:21
**transition** [2] - 6874:15, 6891:24
**transmogrify** [1] - 6872:15
**transpired** [1] - 6828:21
**trauma** [1] - 6896:20
**travel** [2] - 6843:3, 6926:25
**traveled** [9] - 6829:5, 6830:11, 6855:6, 6856:24, 6857:24, 6857:25, 6926:11, 6927:14, 6931:14
**tread** [1] - 6839:12
**tremendous** [1] - 6830:17
**trench** [1] - 6840:13
**trenches** [1] - 6840:11
**TRIAL** [1] - 6824:10
**trial** [12] - 6831:5, 6831:8, 6831:19, 6831:25, 6832:12, 6832:25, 6835:12, 6838:23, 6844:8, 6844:17, 6864:25, 6885:11
**trial's** [1] - 6833:24
**tried** [4] - 6892:21, 6892:23, 6896:16, 6927:18
**trip** [3] - 6843:2, 6881:2, 6882:18
**trips** [2] - 6880:6, 6919:7
**trouble** [1] - 6837:19
**TROY** [1] - 6824:15
**true** [6] - 6829:24, 6936:11, 6939:8, 6950:25, 6955:4, 6955:5
**Trump** [11] - 6843:24, 6849:18, 6849:22, 6850:7, 6856:11, 6857:2, 6858:5, 6859:3,

6891:24, 6894:6, 6927:22

**truths** [1] - 6850:14

**try** [6] - 6901:15, 6902:24, 6932:21, 6947:1, 6948:15, 6949:7

**trying** [5] - 6835:19, 6852:3, 6874:17, 6941:1, 6953:10

**turn** [7] - 6867:14, 6868:7, 6905:4, 6905:11, 6907:14, 6910:1, 6923:20

**turned** [2] - 6848:25, 6910:9

**tweeted** [1] - 6858:5

**twice** [3] - 6919:2, 6919:4, 6927:14

**Twitter** [2] - 6835:15, 6835:21

**two** [19] - 6829:18, 6846:16, 6847:9, 6850:23, 6865:4, 6871:16, 6883:1, 6886:1, 6897:3, 6900:13, 6906:15, 6908:16, 6916:2, 6926:17, 6932:14, 6937:9, 6947:20, 6947:21, 6947:22

**type** [4] - 6865:9, 6914:10, 6915:24, 6937:15

**types** [1] - 6899:3

**tyrants** [1] - 6839:12

## U

**U.N** [5] - 6891:2, 6891:5, 6891:17, 6893:17, 6910:11

**U.S** [6] - 6824:20, 6834:12, 6869:24, 6873:5, 6908:15, 6932:15

**ultimately** [3] - 6833:15, 6850:11, 6945:13

**unable** [1] - 6891:8

**unanimously** [1] - 6832:3

**unaware** [2] - 6858:1, 6942:22

**unconstitutional** [1] - 6891:7

**under** [5] - 6843:11, 6864:8, 6864:12, 6886:18, 6895:19

**understandably** [1] - 6832:2

**understood** [7] - 6852:21, 6852:22, 6854:25, 6889:15, 6922:4, 6936:2, 6952:11

**unfamiliar** [1] - 6943:1

**unfolding** [1] - 6829:8

**unfortunately** [3] - 6830:9, 6830:10, 6892:19

**united** [1] - 6825:18

**United** [9] - 6829:13, 6831:20, 6846:12, 6857:17, 6858:14, 6858:17, 6860:23, 6918:18, 6955:13

**UNITED** [4] - 6824:1, 6824:3, 6824:11, 6824:16

**uniting** [1] - 6828:23

**universally** [1] - 6831:15

**unlawful** [1] - 6876:25

**unless** [2] - 6833:11, 6949:25

**unlike** [3] - 6857:7, 6928:3

**unpacked** [1] - 6912:21

**unprepared** [1] - 6851:20

**unquote** [1] - 6830:15

**unrelated** [2] - 6865:19

**unrest** [1] - 6881:2

**unruly** [1] - 6872:16

**unsecured** [1] - 6840:16

**up** [74] - 6827:5, 6831:2, 6834:2, 6836:21, 6837:2, 6839:10, 6841:6, 6841:13, 6846:13, 6849:11, 6851:1, 6853:5, 6856:16, 6857:16, 6870:17, 6872:9, 6878:15, 6882:4, 6883:13, 6884:5, 6884:21, 6885:1, 6885:10, 6887:22, 6887:25, 6888:2, 6889:1, 6890:3, 6890:4, 6890:9, 6894:4,

6896:11, 6896:14, 6899:3, 6899:7, 6899:10, 6899:18, 6900:7, 6900:12, 6900:24, 6904:19, 6904:25, 6905:7, 6905:19, 6906:7, 6907:15, 6907:16, 6907:19, 6917:6, 6917:22, 6920:9, 6922:25, 6926:1, 6927:5, 6927:12, 6928:17, 6930:19, 6936:3, 6936:13, 6937:3, 6937:15, 6939:10, 6940:25, 6943:9, 6943:21, 6945:24, 6946:7, 6946:24, 6950:17, 6950:23, 6952:15, 6952:25

**upper** [1] - 6917:9

**upset** [3] - 6860:2, 6891:1, 6898:19

**Urbana** [1] - 6910:8

**uses** [1] - 6840:4

**utility** [1] - 6849:19

## V

**vaccination** [4] - 6892:11, 6892:12, 6892:16, 6893:14

**vacuum** [1] - 6913:18

**vacuum-sealed** [1] - 6913:18

**valued** [1] - 6832:19

**values** [3] - 6830:13, 6830:16, 6834:22

**van** [6] - 6925:15, 6925:16, 6925:18, 6925:23, 6926:6, 6926:7

**variant** [1] - 6913:14

**various** [4] - 6866:7, 6878:24, 6904:11, 6934:7

**vast** [1] - 6830:10

**vehicle** [1] - 6889:13

**verdict** [2] - 6862:7, 6880:17

**version** [3] - 6860:14, 6880:25, 6927:7

**versus** [1] - 6909:1

**vest** [1] - 6858:20

**veteran** [1] - 6838:13

**vetting** [1] - 6882:20

**via** [1] - 6931:24

**video** [27] - 6846:3, 6852:17, 6852:18, 6861:4, 6878:6, 6879:13, 6920:14, 6920:18, 6920:24, 6936:19, 6945:15, 6945:17, 6945:18, 6945:25, 6946:3, 6946:4, 6947:21, 6947:22, 6947:24, 6947:25, 6948:4, 6948:5, 6949:2, 6949:8, 6949:11, 6950:17

**videos** [3] - 6877:6, 6877:7, 6877:8

**view** [1] - 6949:24

**viewed** [1] - 6888:24

**violated** [1] - 6844:23

**violence** [8] - 6829:13, 6830:7, 6833:7, 6833:11, 6845:20, 6876:12, 6876:21, 6890:21

**violent** [2] - 6831:9, 6848:25

**violently** [1] - 6847:6

**VIP** [4] - 6837:13, 6858:11, 6859:5, 6894:2

**VIP-protected** [1] - 6859:5

**Virginia** [10] - 6844:12, 6844:13, 6889:9, 6889:10, 6902:3, 6907:21, 6925:2, 6939:24, 6943:7, 6945:2

**virtually** [1] - 6888:10

**visit** [3] - 6836:16, 6883:9, 6931:12

**visited** [1] - 6829:10

**vitriol** [1] - 6851:12

**voice** [3] - 6878:15, 6878:16, 6922:25

**vote** [2] - 6837:15, 6861:24

**voted** [1] - 6834:9

**vs** [1] - 6824:5

## W

**wait** [3] - 6892:9, 6926:3, 6945:18

**waiting** [1] - 6888:3

**waking** [3] - 6849:11,

6857:21, 6890:4

**walk** [2] - 6885:10, 6888:19

**walked** [2] - 6859:1

**walkie** [1] - 6839:4

**walkie-talkie** [1] - 6839:4

**Walther** [1] - 6929:7

**wants** [1] - 6951:22

**war** [1] - 6840:8

**War** [1] - 6840:13

**warfare** [1] - 6840:13

**warrant** [1] - 6902:13

**washington** [1] - 6825:6

**Washington** [19] - 6824:6, 6824:18, 6824:25, 6825:3, 6825:20, 6835:7, 6852:6, 6852:9, 6856:20, 6856:24, 6857:7, 6857:12, 6857:20, 6860:19, 6861:12, 6862:6, 6880:7, 6928:11, 6955:14

**watch** [2] - 6830:10, 6837:4

**watched** [4] - 6829:8, 6849:3, 6849:6, 6858:24

**watching** [6] - 6850:1, 6850:2, 6850:3, 6851:11, 6853:7

**water** [3] - 6899:18, 6899:21

**Watkins** [42] - 6868:4, 6868:12, 6869:13, 6870:1, 6870:9, 6877:10, 6877:15, 6877:17, 6879:1, 6879:3, 6911:3, 6911:16, 6911:21, 6919:19, 6920:5, 6920:19, 6921:2, 6921:3, 6921:15, 6923:15, 6924:20, 6925:9, 6926:11, 6927:18, 6927:25, 6929:16, 6930:10, 6931:9, 6932:2, 6933:15, 6935:9, 6935:16, 6935:22, 6935:25, 6936:6, 6936:19, 6936:20, 6939:3, 6940:21, 6942:21, 6948:11

**WATKINS** [2] -

6825:12, 6826:9
**Watkins's** [25] -
6826:15, 6826:15,
6826:16, 6826:16,
6826:17, 6826:17,
6826:18, 6862:21,
6862:25, 6877:18,
6877:20, 6879:7,
6879:9, 6902:17,
6902:22, 6903:6,
6911:10, 6911:18,
6912:11, 6913:9,
6927:15, 6932:11,
6932:20, 6933:11,
6935:4
**weakness** [1] -
6916:1
**weapon** [4] -
6906:24, 6906:25,
6912:2, 6912:3
**weapons** [7] -
6844:1, 6845:6,
6847:11, 6889:9,
6925:17, 6926:5,
6944:18
**wear** [2] - 6884:12,
6922:17
**wearing** [4] -
6858:20, 6858:21,
6884:10, 6923:5
**Webex** [1] - 6853:14
**website** [3] -
6834:20, 6919:19,
6921:15
**week** [7] - 6875:13,
6885:12, 6886:2,
6897:5, 6897:18,
6897:19, 6901:16
**weekly** [1] - 6853:17
**weeks** [6] - 6830:18,
6830:22, 6834:20,
6840:24, 6860:11,
6897:3
**welcome** [2] -
6828:8, 6868:21
**welder** [1] - 6834:12
**well-intentioned** [1]
- 6845:18
**west** [2] - 6846:21,
6847:3
**whatsoever** [1] -
6906:23
**White** [3] - 6829:17,
6849:18, 6859:22
**white** [1] - 6925:15
**whole** [1] - 6839:11
**wide** [1] - 6831:12
**wife** [6] - 6835:2,
6835:23, 6835:24,
6836:17, 6851:2,

6857:20
**wild** [1] - 6858:6
**willy** [1] - 6854:19
**willy-nilly** [1] -
6854:19
**WINTERMYER** [1] -
6862:17
**Wisconsin** [1] -
6848:25
**wishes** [1] - 6831:22
**witness** [35] -
6827:25, 6838:16,
6862:16, 6862:25,
6863:18, 6865:4,
6867:9, 6867:13,
6868:5, 6868:6,
6868:17, 6877:11,
6899:23, 6899:25,
6906:11, 6908:5,
6912:11, 6916:13,
6917:19, 6934:2,
6934:20, 6934:23,
6943:18, 6944:12,
6945:4, 6947:12,
6950:1, 6950:4,
6952:5, 6952:7,
6952:8, 6952:12,
6952:19, 6953:23,
6953:24
**WITNESS** [5] -
6868:20, 6878:17,
6892:24, 6908:18,
6923:1
**witnesses** [8] -
6834:19, 6836:10,
6836:13, 6839:1,
6843:10, 6949:16,
6951:18, 6953:1
**WITNESSES** [1] -
6826:9
**woke** [4] - 6890:3,
6899:7, 6899:10,
6900:12
**woken** [1] - 6896:11
**women's** [1] -
6837:18
**won** [1] - 6890:24
**wondered** [1] -
6932:12
**Woodstock** [6] -
6875:5, 6884:5,
6884:20, 6899:14,
6931:14, 6931:23
**WOODWARD** [11] -
6825:2, 6825:2,
6848:16, 6848:18,
6849:17, 6856:4,
6918:3, 6924:4,
6953:4, 6953:16,
6954:4

**Woodward** [7] -
6826:4, 6827:2,
6848:17, 6850:19,
6862:10, 6953:4,
6953:12
**word** [3] - 6840:22,
6852:14, 6932:22
**words** [6] - 6831:2,
6849:12, 6852:20,
6852:24, 6939:6,
6939:11
**world** [2] - 6829:25,
6832:18
**World** [1] - 6840:13
**worried** [1] - 6916:2
**worrying** [1] -
6942:11
**worst** [1] - 6898:25
**wounds** [1] -
6828:22
**write** [1] - 6931:1

## Y

**yards** [2] - 6858:16,
6859:2
**year** [4] - 6838:4,
6870:15, 6875:11,
6909:11
**Year's** [1] - 6894:20,
6894:21
**years** [9] - 6831:6,
6835:16, 6835:17,
6835:20, 6840:17,
6850:22, 6871:22
**yesterday** [1] -
6953:6
**young** [2] - 6832:15,
6850:22
**yourself** [3] -
6920:19, 6932:8,
6932:19
**yourselves** [2] -
6852:25, 6862:5

## Z

**Zello** [3] - 6839:4,
6930:8, 6930:9
**zone** [2] - 6840:15,
6840:17
**Zoom** [1] - 6853:14
**zoom** [2] - 6903:22,
6930:20