IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )        CR No. 22-15
                                 )        Washington, D.C.
         vs.                     )        November 4, 2022
                                 )        8:30 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )        Day 24
            Defendants.          )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

                                      Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

6984

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|

DEFENDANT'S:

MONTANA SINIFF              7015
E. STEWART RHODES III       7032

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|-------------|----------|
| 44 | 7022 |
| RHODES SR-2 | 7102 |
| RHODES SR-7 | 7083 |

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  The court is in session; the
 3    Honorable Amit P. Mehta presiding.
 4            THE COURT:  Please be seated, everyone.
 5            COURTROOM DEPUTY:  Good morning, Your Honor.
 6            This is Criminal Case No. 22-15, the United States
 7    of America versus Defendant No. 1, Elmer Stewart Rhodes III;
 8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9    Defendant 4, Jessica Watkins; and Defendant 10,
10    Thomas Edward Caldwell.
11            Kathryn Rakoczy, Jeffrey Nestler,
12    Alexandra Hughes, Troy Edwards, and Louis Manzo for the
13    government.
14            Phillip Linder, James Lee Bright, and
15    Edward Tarpley for Defendant Rhodes.
16            Stanley Woodward and Juli Haller for
17    Defendant Meggs.
18            Bradford Geyer for Defendant Harrelson.
19            Jonathan Crisp for Defendant Watkins.
20            And David Fischer for Defendant Caldwell.
21            The defendants are not yet present in the
22    courtroom.
23            THE COURT:  Okay.  Good morning, everyone.
24            Are we ready to proceed even though everyone --
25    Mr. Caldwell is still -- oh, here we go.
```

```
 1                I guess we're still waiting on Ms. Watkins.
 2                Okay.  Mr. Crisp, are you ready to proceed?
 3                MR. CRISP:  Yes.  May we?
 4                He's staying further away than what he realized.
 5   He didn't know that -- I don't know -- he was about 30 miles
 6   outside the city, didn't realize how far it is.
 7                THE COURT:  I'm sorry.  You're talking about?
 8                MR. CRISP:  He is staying 30 miles outside of the
 9   city and didn't realize at the time how long it would
10   actually take to get in.  I think he's on Constitution right
11   now.  So he should be here any minute.
12                THE COURT:  Okay.  Just in terms of proceeding
13   without your client.
14                MR. CRISP:  I'm sorry.  I misunderstood.
15   I thought you meant --
16                THE COURT:  That's okay.  All right.
17                MR. CRISP:  I'm ready to proceed.
18                THE COURT:  Every time I ask a question, it's...
19                All right.  So we've got all the defendants here.
20                So there are a few outstanding issues from
21   yesterday.  The first concerned the video that you want to
22   play, Mr. Crisp.  Is that --
23                MR. CRISP:  I went back and looked at it.  I'm
24   only going to play about a 30-second clip.  So it's a
25   30-second clip from that same video that I think is more
```

1    consistent.  So it's about 1:30 to the 2-minute mark is what

2    I'm looking at.  So I don't know if the government has any

3    issue with that.

4              MS. HUGHES:  We can review it.  We may have an

5    additional rule of completeness perhaps, depending on what

6    clip he's intending to show.

7              THE COURT:  Okay.  Ms. Hughes, have you seen the

8    portion that Mr. Crisp wants to play?

9              MS. HUGHES:  I've not seen the portion.  I've seen

10   the full video.

11             THE COURT:  All right.

12             All right.  So maybe we can take care of that.

13   That shouldn't take too long.

14             And then Mr. Nestler had sent an email last

15   evening concerning the issue of the agents being present,

16   and it's essentially asking me to revisit the issue a

17   little bit.

18             MR. NESTLER:  Can I just clarify one point on what

19   we're asking for?

20             THE COURT:  Sure.

21             MR. NESTLER:  I just want to make clear.

22             What we're asking for is that we have one case

23   agent sitting at a table, depending on which witness

24   testifies.  We don't know, of course, which of the witnesses

25   the defense are going to call.

1        So depending on the witness they're calling, we

2   want an opportunity to have a case agent at a table who's

3   most familiar with the witness or topic area.  And it could

4   be the case that we would want to then call that case agent

5   who sits at our counsel table in rebuttal to a complete an

6   impeachment.  That was the point we were trying to

7   get across.

8            THE COURT:  All right.

9            Well, let me ask.  Is there any objection to that

10  concept?  Mr. Fischer, you had raised the issue.

11           MR. FISCHER:  No objection, Your Honor.

12           THE COURT:  Okay.  All right.

13           So, I mean -- all right.  We'll just leave it

14  at that.

15           So the government can have a case agent at the

16  table who's sort of most familiar with the particular

17  witness who may be testifying.  I think that's appropriate

18  even though it may not be the lead case agent.  I think

19  certainly the case law suggests that that's acceptable.  And

20  I didn't mean to sort of foreclose that yesterday.

21           All right.  And then the final issue is concerning

22  cross-examination and scope of cross-examination by defense

23  counsel of any defense witnesses.  Any further thought on

24  that issue, Counsel?

25           MR. WOODWARD:  We appreciate the government's

```
1    diligent research on the issue.  We think it's really a
2    non-issue in the sense that, as we saw yesterday, if a
3    witness isn't testifying about any of our clients, then it's
4    unlikely that we would be crossing them for the sake of
5    crossing them.
6          With respect to other witnesses, say, for example,
7    co-defendants in the case, we think it's unlikely that that
8    co-defendant would not testify in a way that inculpates our
9    clients just by virtue of the basis that this case has
10   worked out.  Merely testifying that Mr. Meggs was on
11   Capitol Grounds is inculpating him.  So that's going to open
12   the door to some questioning.
13         We are working together, as the Court has seen
14   over the course over the last weeks and months.  And so it's
15   not the case that when a co-defendant testifies, we do not
16   work with their counsel to assure that the issues that we
17   believe pertinent to our individual client's defenses aren't
18   coming out.  But some things, A, may get missed, but more
19   importantly, there are some questions that a defendant's
20   counsel may not be able to impose to their client that, by
21   definition -- or necessarily I would or we would need to
22   pose to that individual.
23         So there will be some necessary cross of
24   co-defendants.  I think the issue will be somewhat less
25   significant with respect to non-co-defendant testifying
```

1   witnesses; however, it won't be completely moot.

2           And so what we can do is either do this on a

3   witness-by-witness basis, because the other just observation

4   we would make is even if the Court is not inclined to allow

5   cross-examination of a particular witness, a

6   non-co-defendant witness, obviously the Court would agree

7   that we could call that witness in our own case-in-chief.

8   And so some of this is just trying to streamline this.

9           THE COURT:  Right.

10           MR. WOODWARD:  So as Mr. Rhodes presents his

11   case-in-chief in the next few days, as we previewed for the

12   Court the last -- a few weeks ago, some of Mr. Rhodes'

13   witnesses overlapped with Mr. Meggs' witnesses, Ms. Watkins'

14   witnesses, et cetera.  And although we're doing our best to

15   provide -- to work with each other in making sure that the

16   examinations overlap, it just may be necessary that one or

17   more of us has to elicit specific testimony with respect to

18   our clients that --

19           THE COURT:  Would you propose to do so through

20   open-ended questioning or through cross-examination?

21           MR. WOODWARD:  Well, I think the Court has been

22   relatively lenient on -- there's a leading question, there's

23   a partially leading question, and then there's an open-ended

24   question.

25           We're not trying to take advantage of the Court or

```
 1   the process here.  Obviously, our perspective has been that
 2   the Court's preference has been for expediency, which is why
 3   the Court has allowed some of the more leading type of
 4   questions.
 5            So I think it would be a hybrid.  If the Court
 6   comes to the conclusion that it believes that counsel is
 7   taking advantage of this process, we've been nothing but
 8   amenable to hearing from the Court about that.  I don't
 9   expect us to take advantage of the process.  I expect us to
10   want to finish this trial as quickly as we can.
11            THE COURT:  Okay.
12            I guess I still -- I'm not sure to what extent the
13   line gets -- where the line gets crossed over from something
14   that's inculpatory versus not.  And, I mean, I agree with
15   you that, to some extent, just placing somebody at the
16   scene, arguably, could be inculpatory.  But I'm not sure
17   that -- I don't know that any of the cases speak to that
18   question, where the line is, and maybe it's just
19   discretionary for the trial court.  But does anybody have
20   any sense of what courts have said about that question?
21            MR. WOODWARD:  Well, I think --
22            THE COURT:  I mean, clearly, if somebody is silent
23   about an issue or even if, frankly -- you know, say a
24   defendant -- say a defendant gets up and testifies,
25   implicates a co-defendant as being at the scene, but
```

```
 1    testifies in a way that doesn't inculpate the defendant's
 2    presence and essentially that person's testimony is not only
 3    inculpatory of their own testimony -- excuse me, exculpatory
 4    of their own conduct but also exculpatory of the
 5    co-defendant's conduct, it's not clear to me that you get to
 6    cross-examine in that situation.
 7                MR. WOODWARD:  I understand.
 8                I think but then the framing of the question is:
 9    Are we leading a witness, or are we asking open-ended
10    questions of the witness?  Because, again, if the Court
11    agrees that we could call that witness in our case in chief,
12    then really all the Court has to determine is the type of
13    question that can be proffered to the witness.
14                And if the difference is between whether it's a
15    leading question or an open-ended question, you know,
16    respectfully, I'm not sure that this case should be the one
17    that decides the issue in this Circuit.  It's somewhat,
18    actually, interesting that there is not case in this Circuit
19    that talks about this phenomenon.
20                I've looked at a number of cases that acknowledge
21    the right to cross-examine a co-defendant when he or she
22    testifies, but that's really it; and, otherwise, of course,
23    this Circuit has said you're the gatekeeper, and the Court
24    gets to decide what comes in or doesn't come in.
25                And so on the issue of whether Mr. Rhodes or any
```

```
 1   other co-defendant is inculpating or exculpating his
 2   co-defendants, respectfully, we would submit that really
 3   it's a distinction without a difference if we don't abuse
 4   the cross-examination process, in our understanding.
 5            And the Court has seen how we have examined
 6   witnesses, and so we're just trying to put our theory of the
 7   case on the record --
 8            THE COURT:  Sure.
 9            MR. WOODWARD:  -- for summation, and we can do
10   that in a number of ways.
11            THE COURT:  Okay.
12            Well, look, I think the bottom line is -- well, I
13   guess we'll need to do this on a witness-by-witness basis
14   and see how it shakes out.
15            I mean, the only slight area I disagree with you
16   is that there is a constitutional interest at stake if I
17   deny the opportunity to examine, whether it's through
18   open-ended questions or cross, you know, through true
19   cross-examination, you know, that's a little bit more
20   consequential than a mere evidentiary ruling.  So I want to
21   be mindful of where the line is only my point.
22            MR. WOODWARD:  We don't want -- we're not asking
23   the Court to rule, basically, right?  If the Court
24   permits --
25            THE COURT:  Of course, I can't rule right now
```

1    because I don't want to rule in a vacuum.

2            MR. WOODWARD:  Yes.  If the Court permits us to

3    examine the witness in the way we have been doing before, we

4    haven't asked the Court for anything and the Court hasn't

5    denied us anything.  I guess that's the point that I was

6    trying to make, is let's not create an issue of that

7    caliber, because it is an important one --

8            THE COURT:  Okay.  Well --

9            MR. WOODWARD:  -- if it can be avoided.

10           THE COURT:  It doesn't become an issue until the

11   government objects on a particular witness.

12           MR. NESTLER:  Right.

13           And maybe I should sort of clarify.  I think it's

14   also somewhat of a procedural issue.  Let's say

15   Stewart Rhodes testifies.  If Your Honor then -- we believe

16   Your Honor should then decide -- if any other counsel want

17   to cross-examine, Your Honor should then decide whether

18   Mr. Rhodes' testimony inculpated that lawyer's client; and

19   if so, then that lawyer can cross only on the limited area

20   in which that -- which Mr. Rhodes inculpated their client.

21   It's not a broad-based sort of cross-examination.  It's only

22   limited to that one topic or that one area.

23           What I hear Mr. Woodward saying is that there

24   could be opportunities or circumstances in which, for

25   instance, Mr. Woodward wants to examine Mr. Rhodes on direct

1    and talk about some other topic that Mr. Rhodes' lawyers

2    didn't get into with him on direct on behalf of Mr. Meggs.

3    That could be appropriate if Mr. Woodward were sponsoring

4    Stewart Rhodes to call him as a witness.

5              And I think what some of the cases we sent to the

6    Court indicated was in that situation, Rhodes would have to

7    waive his right and allow himself to be called as a witness

8    by Mr. Woodward.  So, in other words, if Rhodes inculpates

9    Meggs, Meggs has a constitutional right to cross-examine

10   Rhodes --

11             THE COURT:  Right.

12             MR. NESTLER:  -- no question.

13             If Rhodes does not inculpate Meggs but Meggs wants

14   to ask Rhodes questions that Meggs thinks Rhodes will say

15   that will exculpate Meggs, then Rhodes needs to agree to

16   submit to those kinds of questions.

17             Of course, that can all be done.  The question,

18   I think, now is more of a procedural one, which is, is that

19   all going to happen at the time Rhodes is on the stand the

20   first time, or are we going to go through this during each

21   of the defendants' cases-in-chief, and when it's time for

22   Mr. Woodward to put on his case, is he going to then seek to

23   call Stewart Rhodes as a witness on behalf of Mr. Meggs?

24             I can't really -- I'm not saying we take a

25   position on that right now.  I'm just flagging that as an

1    issue because it does affect the nature of our

2    cross-examination depending on how many directs go in front

3    of us.

4            THE COURT:  Sure.

5            So, look, I think the only real way to handle this

6    is as it comes up.  And if, for example, after Mr. Rhodes

7    testifies, Mr. Woodward says, "I'd like to ask him some

8    questions," you know, the issue will have to be put to me as

9    to whether this is a -- whether the testimony was one that

10   gives rise to a confrontation right or it doesn't.

11           And if I conclude that it doesn't, then the

12   question then becomes, well, in the interest of efficiency,

13   are we simply going to let Mr. Woodward examine him through

14   a more open-ended fashion on the assumption and on the

15   theory at least, which I think is fairly clear, I think, so

16   once Mr. Rhodes takes the stand, to the extent he's got a

17   Fifth Amendment right, he's waived it; and I don't know that

18   he can, you know, selectively decide who he's going to

19   testify on behalf of once he's decided to testify.

20           MR. NESTLER:  I think we might disagree with that

21   based on some of the cases that we sent.

22           THE COURT:  Okay.

23           MR. NESTLER:  I think there's a Fourth Circuit

24   case talking about how the two different co-defendants did

25   not waive their rights to agree to be examined by each

```
 1   other.  And so we need to think about that some more.

 2               We agree that if Mr. Rhodes testifies, the subject

 3   matter of his cross --

 4               THE COURT:  Does defense counsel disagree with

 5   what I've just said, which is that if a defendant gets up on

 6   the stand, they've effectively waived their right to assert

 7   Fifth Amendment privilege as to examination by a different

 8   lawyer on direct examination in their case?

 9               MR. WOODWARD:  With my utmost respect to my

10   colleague, usually the government is telling me the

11   opposite, right?  If my client waives the Fifth Amendment in

12   the grand jury, for example, that they've waived it for all

13   purposes.  So, no, my understanding was that if he waives

14   the Fifth Amendment -- if a defendant testifies, they have

15   waived their Fifth Amendment right and not doing it --

16               THE COURT:  It's typically a subject matter

17   waiver.  It's not that you necessarily waive for all

18   purposes but it is a subject matter --

19               MR. BRIGHT:  I can clarify this based on the

20   discussion I've had with Mr. Rhodes, Your Honor.

21               THE COURT:  Okay.

22               MR. BRIGHT:  To Mr. Nestler's point about

23   narrowing the scope of a cross based on the inculpatory

24   testimony that, let's say, Mr. Rhodes might give; therefore,

25   that, or for the efficiency purposes of what he had
```

 1   suggested of waiving, I can tell you right now, at least in

 2   terms of the first witness that we'll be calling, Mr. Rhodes

 3   has agreed to waive for all purposes and allow people to ask

 4   him questions across the scope.

 5            THE COURT:  Okay.

 6            MR. BRIGHT:  So it seems that that question for

 7   him is solved.

 8            MR. NESTLER:  Sure.

 9            And maybe that is the most efficient way to do it.

10   If all the defendants are going to waive their -- whatever

11   right exists, if it does exist, we think that's a great

12   idea.

13            MR. BRIGHT:  Yeah, I mean, I can't speak for the

14   other defendants.

15            THE COURT:  Sure.  Of course.

16            MR. BRIGHT:  I can only speak for Mr. Rhodes, and

17   that is something that he's agreed to do.

18            THE COURT:  Okay.  Well, that certainly solves the

19   issue for him.

20            MR. NESTLER:  Yes, that's fantastic.  Thank you,

21   Your Honor.

22            THE COURT:  Okay.  Good.  Great.

23            Should anybody else testify, then we'll take it up

24   with that particular defendant.

25            Okay.  Is there anything else we need to take up

```
 1    before we get started?  I don't know whether our jurors are
 2    here or not, and, frankly, I don't know whether Mr. Siniff
 3    is back in the courthouse or not.  But we can take a couple
 4    minutes.
 5              MR. CRISP:  I can go check to see if he is here,
 6    if I may?
 7              THE COURT:  Oh, yeah, of course.
 8              MR. CRISP:  Thank you.
 9              (Pause)
10              THE COURT:  Ms. Hughes, have you looked at the
11    video that Mr. Crisp wants to -- have you all had a chance
12    to do that?
13              MS. HUGHES:  Yes, Your Honor, I relayed to
14    Mr. Crisp, the government would object -- if that portion of
15    the video is played, we would request that the entire video
16    is played.  The clip that he's proposed is in isolation on
17    Ms. Watkins and Mr. Siniff, and I'm not sure if he's going
18    to request that -- that only that portion be played or what
19    he plans to do, given the government's objection.
20              THE COURT:  So if he wants to play 30 seconds, you
21    want ten minutes?
22              MS. HUGHES:  Correct, Your Honor.
23              THE COURT:  Okay.
24              MS. HUGHES:  And I have further argument as to why
25    but I'll save it depending on what he would like to do.
```

1          (Pause)

2          MR. NESTLER:  Your Honor, can we please clarify

3    one point about our FBI colleagues, which is, we do plan to

4    have a case agent sitting at a counsel table depending on

5    the witness, as we just discussed.  We would also like other

6    FBI agents to be able to be present in the courtroom here or

7    in the overflow courtroom in order to watch witnesses'

8    testimony as it impacts our case and our discussions with

9    them about our case strategy.

10          And so I didn't understand Your Honor to be saying

11   that that was impermissible, but we wanted to make sure we

12   got a firm ruling from Your Honor before we told the agents

13   that they could be present in the courtroom.

14          THE COURT:  Look, I think the issue is that -- you

15   know, it may hinge on the likelihood of that FBI agent being

16   recalled in your case, which may be difficult to predict at

17   this point, I can understand.  But I think the one thing the

18   rule certainly contemplates is that you can't have a stable

19   of agents in the courtroom watching testimony in

20   anticipation of potential need or -- obviously they can if

21   they're not going to be called to testify.

22          MR. NESTLER:  We are not currently anticipating

23   calling any of these agents in our rebuttal case, though, if

24   anything comes up in the defense case, then this may

25   change --

1          THE COURT:  Sure.  Of course.

2          MR. NESTLER:  -- but we don't have a plan for a

3     rebuttal right now that would involve necessarily an agent.

4          THE COURT:  Okay.

5          MR. NESTLER:  So -- and -- so I say that -- and

6     also, each one of these agents may be sitting at counsel

7     table during the defense case depending on the witness.

8          THE COURT:  Right.

9          MR. NESTLER:  And then may testify on rebuttal to

10    complete an impeachment.

11         So I say that.  We're not currently planning on

12    having any witnesses in the courtroom who we plan to call as

13    witnesses later, but that may change depending on how the

14    defense case comes out.

15         THE COURT:  Well, Mr. Fischer, you raised the

16    objection.  So if based on the representation that there's

17    no expectation at this point that any agent will be called

18    in the government's rebuttal case, is there any objection to

19    having other agents present to watch?

20         MR. FISCHER:  Your Honor, there is an objection,

21    because the government is basically saying they may testify.

22    And I don't believe it's fair that the government can have a

23    stable of potential witnesses in watching testimony and the

24    defense can't do the same thing, because a lot of defense

25    witnesses would like to hear -- would have liked to have

1    heard what the FBI agents testified to because maybe they

2    would have had some information.

3            Your Honor, the rule about the case agent is

4    basically -- the purpose of it is to allow them to

5    facilitate the government's case and it's not to, you

6    know -- we have -- I mean, I don't know how many case agents

7    we have in this case, usually it's one but --

8            THE COURT:  All right.  That's what makes it

9    unusual.

10           I mean, look, I think Mr. Fischer is right in the

11   sense that -- I think what I would put to you, Mr. Nestler,

12   is, if there's a prospect -- and I won't put sort of a

13   percentage on it, if there's a prospect that you're going to

14   recall an agent other than your case agent in the case,

15   I think it is appropriate to not have that agent present for

16   that particular witness' testimony.

17           Now, it seems to me if, for example, there's a

18   witness on the stand as to which there's no prospect that a

19   particular agent is going to be called, then that may be a

20   different situation.  But that's sort of hard to predict, it

21   seems to me, and you're the one that has the knowledge and

22   no one else does.

23           MR. NESTLER:  Right.

24           So the odd point about that, Your Honor, is let's

25   say Mr. Rhodes is testifying and Agent Palian is here at our

1    table, then Agent Palian is serving the role as case agent

2    during Rhodes' testimony, and we may call Agent Palian in

3    our rebuttal case to complete an impeachment or say

4    something about what Mr. Rhodes' -- some topic Mr. Rhodes

5    raised.

6            If Agent Palian then goes and sits in the gallery

7    or in the overflow courtroom and Agent Hilgeman is here for

8    the next witness, Agent Palian is still potentially a

9    rebuttal witness.  I guess at any given point depending on

10   which witness is testifying, we're going to have a different

11   case agent here, and that case agent is going to testify

12   potentially about what this particular witness says.  That's

13   how the case agent rule works.

14           THE COURT:  Yes, but that's typically the case

15   when there's only one or two case agents.

16           MR. NESTLER:  We agree.

17           And due to the nature of this case, five

18   defendants and many more subjects and many more indicted

19   subjects and the geographic limitations, we have many case

20   agents.

21           THE COURT:  I guess this is how I would put it to

22   you, which is that, I think presumptively I am okay with the

23   notion that there's a case agent and a case agent who is

24   particular to a witness who is observing that witness'

25   testimony.  If there's an agent who is completely unrelated

1    to a witness as to whom the prospect of calling that person

2    in rebuttal to rebut that particular witness' testimony is

3    remote, then I think I'm okay with it.

4           I mean, the basis of the rule is that the person

5    who's present is neither influenced by somebody's testimony,

6    nor is able to sort of anticipate how they might testify.

7    And so that's the main concern.  I mean, I just don't want,

8    you know, a half dozen FBI agents being able to sit in here

9    and listen to every single witness come in and then be able

10   to think about how they might shape their testimony,

11   particularly if that agent is somebody other than a case

12   agent and the person who is particular to that person's

13   investigation.

14           MR. NESTLER:  That makes sense.

15           In that situation, we don't believe it's a problem

16   having any of the agents here in the courtroom.

17           If Agent Palian is sitting here as case agent

18   while Rhodes testifies, if we put on a rebutting case about

19   something that Rhodes said, it will be through Agent Palian.

20           THE COURT:  Sure.

21           MR. NESTLER:  And so in that situation, the other

22   agents who are witnessing Rhodes' testimony, if they got

23   called in rebuttal, wouldn't be focusing on anything that

24   Rhodes said.

25           THE COURT:  Right.

1          MR. NESTLER:  So I think we've -- I think that
2   addresses the issue.  So we -- in other words, if an agent
3   is sitting in the audience, we're not going to have them
4   testify in rebuttal about some topic that Mr. Rhodes brought
5   up.  The only agent who could potentially do that then would
6   be Agent Palian.
7          THE COURT:  Right.
8          MR. NESTLER:  Understood.
9          THE COURT:  All right.  Mr. Crisp, do we have
10  Mr. Siniff in the building?
11         MR. CRISP:  I asked Ms. -- the investigator to
12  come in when he was here.  So she hasn't come in yet, so I
13  would assume not, no.  I'm sorry.
14         THE COURT:  That's all right.  Do we have a sense
15  of where he might be?
16         MR. CRISP:  I will double-check again.
17         (Pause)
18         MR. CRISP:  He is in the building, Judge.
19         THE COURT:  Okay.  We'll get our jurors lined, and
20  then we can get started.
21         Counsel, just one thing Mr. Douyon has raised.
22         The jurors have been asking about Thanksgiving
23  schedule, which I'm sure is not only an interest to them but
24  all of you.  I've simply just asked Mr. Douyon to informally
25  poll them about what they are presently hoping for and

```
 1   thinking.  I mean, if none of them, for example, are
 2   planning to leave town --
 3              MR. CRISP:  Right.
 4              THE COURT:  -- that may dictate one direction for
 5   a schedule.  If some number of them would like to leave on
 6   the 23rd, the 22nd, what have you, that'll dictate a
 7   different issue.
 8              MR. CRISP:  And I don't have an issue with that,
 9   Judge.  I don't think the rest of the counsel would either.
10   I also don't think any of us think we are going to be here
11   through that point.  But I know, prospectively, we should be
12   thinking about all that.
13              THE COURT:  Your lips to God's ears.
14              MR. BRIGHT:  Does the CJA panel provide family law
15   attorneys?
16              THE COURT:  You know, I don't know whether we've
17   got a bunch on call, but we may need to as a result of this
18   case.
19              Now, the question is --
20              MR. BRIGHT:  I need someone in Dallas.
21              THE COURT:  Here's the problem.  That's what I was
22   about to say.  I don't know that we have anybody that
23   specializes in Texas law.
24              MR. CRISP:  Real quick, Judge.
25              So I spoke with government counsel.  They've
```

```
 1   indicated they want to waste the Court's and the jury's time
 2   and play the entire ten-minute video.
 3            I'm only willing to play 20, 30 seconds, but they
 4   have a position that, from a rule of completeness, they want
 5   to play the entire video.  So, you know, unless the Court
 6   has a position on that, I don't know if I have a reason or
 7   ability to object.
 8            THE COURT:  Let's put it this way:  If for me to
 9   rule on whether that's required for completeness request me
10   to watch ten minutes of a video, we might as well all just
11   watch ten minutes of the video.
12            MR. CRISP:  That's fine.
13            She's only in it for a very short period of time,
14   so I would say that -- I don't know -- if I'm going to take
15   an argument and oppose it, I don't know if it's relevant to
16   have the entire section played because I don't think it's
17   pertaining to either Montana or my client.
18            You know, obviously Mr. Rhodes is in various
19   snippets of it.  I'm not -- I can't say that.  I don't
20   recognize maybe but one other.
21            THE COURT:  But what are you proposing?  Are you
22   proposing that you would not play the whole ten minutes or
23   you'd just play a portion and the government would have to
24   play it in their rebuttal case?  Or I'm not following?
25            MR. CRISP:  Well, if Your Honor's position is
```

```
 1   going to be they can play it in rebuttal in its entirety,
 2   then let's just play the whole thing now.
 3              THE COURT:  Now, I think, as I said, if what this
 4   means is I've got to take ten minutes to review it to
 5   determine how much is needed for completeness, then let's
 6   just play the whole thing unless there's an objection to
 7   doing that.
 8              MR. CRISP:  No.  That's fine.  Okay.
 9              (Pause)
10              MR. CRISP:  Is JC going down to try and grab him.
11              THE COURT:  He has, yes, to line them up.  Do you
12   need something?
13              MR. CRISP:  No.  We weren't sure if that was
14   explicit, and that's what we were trying to do.  So I just
15   wanted to make sure.
16              I wasn't sure where he was.  I was going to ask
17   him if he could do that to expedite the process, but it
18   looks like Your Honor is already --
19              THE COURT:  You mean to get the jurors?
20              MR. CRISP:  To get my witness.
21              Siniff is at security --
22              THE COURT:  Oh, that I don't know.
23              MR. CRISP:  -- in the line.
24              THE COURT:  Oh.  That I don't know.  Did you ask
25   him to do that?  I just asked him to line the jurors up.
```

```
 1              MR. CRISP:  Okay.  I did not.  I'm sorry.
 2              COURTROOM DEPUTY:  Do you know what entrance he is
 3    using?
 4              MR. CRISP:  Marissa would know.  I would assume
 5    the Third Street one, but I can double-check.
 6              (Pause)
 7              THE COURT:  Why don't you just follow
 8    Mr. Crisp down.
 9              (Pause)
10              MR. CRISP:  I don't know if it was said to
11    Your Honor, but he is here, Your Honor.
12              THE COURT:  Okay.  Terrific.  Thank you.
13              (Pause).
14              THE COURT:  Mr. Crisp, is Mr. Siniff outside?
15              MR. CRISP:  He is.
16              THE COURT:  Okay.
17              MR. LINDER:  How long did you say you're going
18    today, 11:30?
19              THE COURT:  I mean, given the length of the
20    writings on the Rule 29, is there much to be said still?
21              MR. LINDER:  We're actually going to...
22              MR. WOODWARD:  No, there's not that much.
23              THE COURT:  Okay.
24              MR. WOODWARD:  Obviously, the government filed a
25    brief last night.
```

1              MR. LINDER:  We're going to supplement --

2              THE COURT:  I know.  I saw.

3              MR. WOODWARD:  That is the best.

4              THE COURT:  And that's all I can say.  I can't say

5    I've read it, but I saw it.

6              MR. WOODWARD:  I don't think that we're in a

7    position to rebut 55 pages either.

8              THE COURT:  I didn't know whether Mr. Fischer's

9    brief was speaking on behalf of everyone and there were

10   additional arguments to be made.

11             MR. WOODWARD:  We will be making additional

12   arguments.  We want to preserve the record.  But I don't

13   expect we'll be arguing for two hours about this.

14             I have not read the government's brief.

15             THE COURT:  Okay.  How long do you think you'll

16   be, then, just so...

17             MR. LINDER:  To argue it, I think we should defer

18   till we do the brief.

19             THE COURT:  Well, let me put this differently.

20             What I have contemplated setting time aside for

21   today is just making your record.

22             MR. WOODWARD:  Yes.

23             THE COURT:  Not something that is genuine

24   argument.

25             If you want to put something in writing, then

```
 1    getting up to today and just spending time putting things on
 2    the record seems to me to be a pointless exercise, and a
 3    better use of our time would be to continue on with the
 4    evidence.
 5           But if there's someone that's contemplating simply
 6    making their argument by making it orally and putting it on
 7    the record without any supplement by writing, then let's do
 8    that.
 9           But if you intend to file something to supplement
10    what Mr. Fischer's written and then something to respond to
11    the government and, undoubtedly, the government wants to
12    respond to what Mr. Fischer's written, I'm not sure there's
13    any point in just summarizing what's already been said or
14    putting on the record what's already going to be written, if
15    you're following me.
16           MR. WOODWARD:  I apologize for not having a more
17    definitive answer for the Court about how much time we need,
18    but I think what Your Honor is saying makes sense.
19           I think that -- just if I may speak freely,
20    I haven't read the 55-page brief.  I don't know what's in
21    it, and I wouldn't want to commit our client to a position
22    on the record without having read that brief and responded
23    to all the arguments in it.
24           And so we are prepared to go through the elements
25    of the offenses and make -- and, as the Court says, make a
```

 1    record on our objection.

 2            We don't take lightly Rule 29, but we appreciate

 3    that the Court is likely to defer ruling on it until the end

 4    of the case, regardless, at this point.

 5            THE COURT:  Right.

 6            Well, I will say this.  It was unexpected to get

 7    both briefs last night.  It's not that I don't appreciate

 8    them, but it was a little surprising, which is fine.

 9            MR. FISCHER:  Well, Your Honor, I do apologize.

10    I was too busy researching the case agent case law that the

11    government came up with.

12            THE COURT:  Nobody has to apologize.

13            My point is simply that it seems like we're

14    leaning toward moving in a direction where this is more

15    about putting things in writing.  If that's what you all

16    want to do, let's do it that way rather than wasting time

17    putting things on the record you're going to put in writing.

18            And we can set a briefing schedule, too, because I

19    wasn't expecting the government's brief either.

20            MR. LINDER:  Yeah.  We would prefer time to read

21    their brief and respond to it in writing, then do our

22    arguments with our submissions.

23            THE COURT:  Okay.

24            MR. WOODWARD:  Yeah, that's okay with us, too.

25            THE COURT:  All right.  Well, then we'll go today

1  as long as we can.

2           MS. RAKOCZY:  I think we'd ask for an opportunity

3  to respond.

4           We were responding to the oral motion; but

5  obviously, if there are more nuanced arguments that are

6  made -- I think the Court can appreciate that, given the

7  magnitude of the evidence, we felt it was useful and

8  potentially helpful to the Court to provide citations to the

9  evidence.

10          THE COURT:  Yeah, no.  I got that.

11          MS. RAKOCZY:  So I guess in terms of just a

12  briefing schedule, I wanted to make clear the government

13  will probably file a supplemental in response to any defense

14  filing.

15          THE COURT:  All right.  Well, let's talk about a

16  briefing schedule after we conclude today, and we'll take it

17  from there.

18          MS. RAKOCZY:  Thank you, Your Honor.

19          THE COURT:  Okay.

20          COURTROOM DEPUTY:  Counsel, masks.

21          Jury panel.

22          (Jury entered the courtroom.)

23          THE COURT:  Okay.  Please be seated, everyone.

24          Ladies and gentlemen, welcome back and happy

25  Friday morning.  Thank you for being on time.  And we are

```
 1   ready to continue with Mr. Siniff's testimony.

 2            Mr. Crisp.

 3            MR. CRISP:  Thank you, Your Honor.

 4            THE COURT:  All right.  Mr. Siniff, welcome back.

 5   Have a seat.

 6            MR. CRISP:  Your Honor based on discussions with

 7   the government in terms of just snipping it, they would like

 8   to play the entire video.  So we'll play the entire video

 9   for the government's -- from the prospective rule of

10   completeness.  So the video in question yesterday was...

11            Your Honor, for the record, we will mark this as

12   Watkins 51.

13                          - - -

14   MONTANA SINIFF, WITNESS FOR DEFENDANT WATKINS, HAVING BEEN

15   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

16   FOLLOWS:

17                          - - -

18                DIRECT EXAMINATION (CONTINUED)

19                          - - -

20   BY MR. CRISP:

21       Q    Now, Mr. Siniff, I'm going to show you a video.

22   This was -- is it your understanding that this was a video

23   that was taken by someone other than an Oath Keeper in

24   Louisville at one of the protests?

25            Are you able to see what's on the screen right
```

 1    now?

 2         A    I do look to see the screen.  It looks familiar

 3    and looks as you describe it.

 4         Q    Okay.

 5              And I'm going to stop it at the 1 minute 30 second

 6    mark for you to see if you can identify some individuals

 7    in -- at that point.

 8              So if we can hit play, please.

 9              (Video played)

10    BY MR. CRISP:

11         Q    So at this point, who do you see in the video that

12    you recognize, if anyone?

13         A    I recognize myself and Jessica Watkins.

14         Q    Okay.

15              And are you on the left and she is on the right?

16         A    Yes.

17         Q    Okay.  Please continue.

18              (Video played)

19              THE COURT:  Mr. Crisp, may I ask you to pause it

20    and ask you all to get on the phone for a moment.

21              MR. CRISP:  I'm sorry.

22              (Bench conference)

23              THE COURT:  Is there anything about the audio on

24    this video that is relevant?

25              MR. CRISP:  I don't believe that there is, Judge,

 1   no.

 2            MS. HUGHES:  We would say it is relevant.

 3            So what comes out later in the video is that they

 4   perceive -- this narrator and the protesters who are in this

 5   parking lot perceive the militia members as being

 6   threatening, as not being assisting, and as being

 7   intimidating.

 8            And the fact that there are multiple individuals

 9   with long guns visibly in view and they say to them at one

10   point, "You are ratcheting this up, you are making this

11   situation worse," and that is why the entirety of the video

12   is important and why the perception by the protesters about

13   these individuals parked in this parking lot with all of

14   these guns is important.

15            They have maintained that they are there doing

16   this protective detail and that they are assisting

17   communities, and their response is incredibly relevant to

18   the effect that this type of display of weaponry has on a

19   community that is protesting.

20            MR. CRISP:  So my position, Judge, is we never

21   said protecting communities.  We said protesters and

22   businesses.  They have always said they were there to

23   protect businesses from being burned and looted.

24            And, two, the assertion by the -- it's the person

25   who is conducting the video who says, and I think his quote

1   is, you're -- and Ms. Hughes is accurate, "You're ratcheting

2   it up, your presence here makes this worse," or words to

3   that effect, and I don't believe that's an appropriate thing

4   for the jury to hear but --

5            THE COURT:  So --

6            MS. HUGHES:  And, in fact, if we may, Your Honor,

7   we would argue that is not hearsay, and that the effect on

8   the listener is incredibly relevant to why we're -- why we

9   seek to introduce the entirety of the video.

10           THE COURT:  No, I would agree that it's arguably

11  not hearsay.  I mean, it's not being offered for that

12  purpose, and to the extent the person is describing

13  anything, it's arguably present-sense impressions.

14           But, look, I think the question is how -- you

15  know, this person isn't simply just narrating what he's

16  seeing.  He's also opining on a fair number of things.  We

17  have no idea who this person is.  This is one person's

18  opinion, and it seems to me while that may reflect the

19  sentiment of the larger population, it's also not clear to

20  me that it does.

21           MS. HUGHES:  But, Your Honor, in the entirety of

22  the video, it's pretty apparent that this is the common

23  sentiment.  The video then pans and there are multiple

24  individuals engaging with the Oath Keepers, multiple

25  individuals, not just the narrator.  And he, in fact, does

1    not narrate for most of the video, it is, in fact, only at

2    the end.  But it is the general crowd that he's capturing

3    and it is the entire sentiment of the protesters that is

4    important, and it's captured in the audio.

5              MR. CRISP:  I don't know if I agree that that's

6    what the entire -- I think they were there to antagonize

7    them and say, you know, "What are you going to say?  What

8    are you going to say?"  I don't know if I would agree that

9    it was -- that sentiment.

10             THE COURT:  Some might think just merely showing

11   up with a bunch of long guns in public in and of itself is

12   intimidating and antagonizing.

13             All right.  Unless there's any objection to

14   running the whole thing, I'll run the whole thing.

15             MS. HUGHES:  Yes, that's the government's

16   position.

17             THE COURT:  All right.  Let's run it.

18             (Open court)

19             MR. CRISP:  Continue on as is, correct, Judge?

20             Thank you.

21             (Video played)

22   BY MR. CRISP:

23        Q    So, Mr. Siniff -- or, Montana, I'm sorry, the

24   boards on the windows, do you know why they were there?

25        A    To either prevent them from being knocked out

1    because they were previously knocked out.

2        Q    Okay.  Thank you.

3            (Video played)

4    BY MR. CRISP:

5        Q    You just heard a comment about nighttime

6    activities.  What was going on at night while you were

7    there?

8        A    While I was there, I can only talk about things

9    I can -- I've heard some things and -- but on the roof of

10   the business I was protecting, all I witnessed was a street

11   race.

12       Q    So we witnessed some videos earlier about

13   buildings burning and such.  Were fires and was destruction

14   of property ongoing during the course of the evenings?

15       A    I cannot confirm if it was ongoing on that

16   evening.  I can say that it was happening prior to our

17   arrival.

18           MR. CRISP:  Okay.

19           And if we can bring up Watkins 44, Judge.

20   BY MR. CRISP:

21       Q    You heard there was discussion about your role

22   there and the fact that you were heightening tensions

23   potentially.

24           What did you do and what was your intention and

25   your role in Columbus [sic] on that day?

1        A      In Columbus?

2        Q      I'm sorry, in Louisville in that video?

3        A      Our goal was to protect businesses that had

4   invited us there.

5        Q      And was the goal also to render medical aid if

6   necessary?

7        A      Yes.

8        Q      And was that also a goal in Columbus?

9        A      Yes.

10       Q      I'm showing you what's been marked as Watkins 44.

11              What are we seeing there?

12       A      It appears to be a street of the -- showcasing the

13  BLM protest of June.

14              MR. CRISP:  If we could play that video.  Just --

15  I'm sorry.  Is this -- if we could please play the video,

16  Your Honor?

17              THE COURT:  I think it's in.

18              Sorry, this is, Mr. Crisp?

19              MR. CRISP:  This was Watkins 44.

20  BY MR. CRISP:

21       Q      And this was Columbus, correct?

22       A      Yes.

23       Q      And is that you?

24       A      Yes.

25       Q      And is that Ms. Watkins?

1      A      That is Ms. Watkins.

2      Q      And do we just witness a police line?

3      A      Yes.

4      Q      Was there anyone injured during the course of the

5  rioting in this particular instance?

6      A      There were people injured in response to the

7  police attempting to clear the street that day, yes.

8      Q      And what, if anything, did you and Ms. Watkins do

9  to the injured parties in that particular riot?

10     A      We treated them based on what injuries they

11  received.

12     Q      And were they participants in the riot?  Were they

13  members of BLM, to your knowledge?

14     A      To my knowledge, they were members of BLM.

15            MR. CRISP:  Okay.  I'm sorry, I move to admit

16  this, Your Honor.  I apologize if this was already admitted.

17            MS. HUGHES:  No objection.

18            THE COURT:  Watkins 44 will be admitted.

19                              (Defendant Exhibit Watkins 44
                                     received into evidence.)
20

21            MR. CRISP:  If we can play it from the beginning

22  again, please.

23                  (Video played)

24  BY MR. CRISP:

25     Q      And, again, that's you and Ms. Watkins, left and

```
 1   right, correct?
 2        A    Yes.
 3        Q    Okay.
 4             And there was discussion about whether or not you
 5   arrived armed to every protest?  Were you armed at every
 6   protest?
 7        A    To my knowledge, every protest prior to the
 8   Million MAGA March, yes.
 9        Q    Okay.  So did you have your weapon on you in
10   Columbus?
11        A    Yes.
12        Q    Did y'all ever use your weapons?
13        A    Absolutely not.
14        Q    Okay.
15             And the purpose of having your weapons with you
16   was why?
17        A    Self-defense.
18        Q    Okay.
19             So you were asked on cross-examination about why
20   you didn't go to D.C., during your testimony.
21             You indicated there was a question about money and
22   you had concerns about money; is that correct?
23        A    That is absolutely correct.
24        Q    All right.
25             And I want to understand, where was -- what was
```

```
1    the financial status of your business at that time?
2         A    Precarious.
3         Q    Okay.
4         A    We were not necessarily able to -- if that week
5    was a dead one, then we might not have been able to both
6    restock and get -- have a month ready for the 20th of that
7    month.
8         Q    If your business had been flourishing and you had
9    had tens of thousands of dollars in the bank, would you have
10   gone to D.C.?
11        A    I would have been more tempted, but I would have
12   still been very hesitant.  It would have seemed, again, like
13   the same mission.
14        Q    All right.
15             And by that you mean what?
16        A    Of -- it was proffered as protecting VIP speakers
17   in Million MAGA March, which we were in the center of a
18   large crowd that -- and it seemed like a peaceful crowd with
19   virtually nothing to be done for anybody there.
20        Q    Did you have conversations with Ms. Watkins about
21   what you were -- what you believed you were going to be
22   doing in terms of protecting Mr. Stone, Roger Stone?
23        A    I did not discuss Roger Stone with Jessica.  I was
24   not aware that we had that conversation.
25        Q    Okay.
```

1          So your understanding was you were just going to

2    protect VIPs is all you knew at that point?

3        A    Yes.

4        Q    And so that -- you didn't have enough faith that

5    that would actually occur this time?

6        A    I did have a lack of faith that that would occur

7    as well, yes.

8        Q    Okay.

9          You were also asked about what Ms. Watkins

10   allegedly told you about what she did or her reasons for

11   going into the building.

12         Now, again, I want to back up.  We talked earlier

13   that the 302 is an FBI document, to your understanding?

14       A    Yes.

15       Q    And it's not something you have any input in,

16   right?

17       A    Correct.

18       Q    So your understanding is that these interviews

19   with FBI were recorded, right?

20       A    I would assume so, yes.

21       Q    Okay.

22         Do you also -- you recall being asked something to

23   the effect of, "What else did she do or what did she say she

24   did when she went in the building," words to that effect?

25       A    Yes.

```
 1              MS. HUGHES:  Objection.
 2              THE COURT:  It's overruled.
 3    BY MR. CRISP:
 4         Q    Do you remember telling law enforcement that she
 5    also mentioned being in different hallways and looking at
 6    paintings?
 7         A    I recall her mentioning that she enjoyed looking
 8    at the paintings while she was in there.  I also recall that
 9    she was in at least some form of hallway.  I did not believe
10    I -- I'm sorry.
11              I knew that she was in some kind of hallway at
12    some point.
13         Q    Do you ever recall Ms. Watkins saying her only
14    reason for going in was to look at paintings or anything
15    like that?
16         A    No.
17         Q    Okay.
18              What was -- what do you remember actually saying
19    to law enforcement, the FBI, during that interview as
20    to what --
21              MS. HUGHES:  Objection.
22              MR. CRISP:  It's to rebut the prior statement,
23    Your Honor.
24              THE COURT:  I think it's appropriate.
25              It's overruled.
```

1    BY MR. CRISP:

2        Q    What do you recall actually saying to law

3    enforcement as to why she went in and what her reasons for

4    going in or what she did when she got in to the Capitol?

5        A    She had relayed the understanding to me that she

6    went in there to help people.

7            MS. HUGHES:  Objection.

8            THE COURT:  That's sustained.

9    BY MR. CRISP:

10       Q    Not the specific quote.  What was your

11   understanding as to why she went in?  Do you remember saying

12   that she --

13           THE COURT:  Mr. Crisp, I'm sorry.  The question

14   is:  What did you tell the FBI about the reason she went in?

15   Not what she told him.

16           MR. CRISP:  Right.

17   BY MR. CRISP:

18       Q    What do you recall telling the FBI as to what she

19   did or why she went in?

20           MS. HUGHES:  Objection.

21           THE COURT:  That's appropriate given what the

22   cross-examination was.

23           THE WITNESS:  I'm sorry.  Can you repeat the

24   question?

25

BY MR. CRISP:

Q    Sure.  What do you recall telling the FBI as to why she went in when asked?

A    It was my understanding that she went in to provide assistance to anyone that needed it.  She had relayed that she had just heard about someone getting -- about shots fired in the Capitol prior to it.

Q    Do you recall saying she only went into particular locations?  Do you recall saying she went into multiple locations?  To the FBI.

A    I don't fully recall.

I remember mentioning the Rotunda expressly, and I remember mentioning an incident a hallway.

Q    Okay.  Thank you.

There's also questions asked about whether you knew Jessica was going to take weapons to D.C. on the 6th of January.

Do you remember that line of questioning?

A    I don't fully remember that line of questioning.

Q    Okay.

Well, you were asked:  Did Ms. Watkins tell you she was taking certain weapons to the D.C. area on that particular date of January 6th?

A    To my understanding at the time of the interview, I did not believe Jessica had taken firearms with her

1    to D.C.

2        Q    Okay.

3            Did you ever ask on other occasions what was being

4    taken?  Did you ever have a detailed knowledge of what she

5    took?

6        A    I did, following her arrest, have a knowledge that

7    she took firearms with her to Virginia.

8        Q    I'm sorry.  My question was poorly phrased.

9            Regarding other protests, did you ever have a

10   detailed knowledge of what she took at other protests?

11       A    Yes.

12       Q    Why?

13       A    Because I was helping her pack the car to drive

14   with her to them.

15       Q    Okay.

16           Did you know whether or not Ms. Watkins took her

17   medic bag with her on the 6th of January?

18       A    Yes.

19       Q    Did you know what was in that medic bag?

20       A    Yes, generally.

21       Q    On the 6th of January?

22       A    Generally, yes.

23       Q    Generally.

24           So you can't say with specificity what was in that

25   bag, right?

```
 1        A    Correct.

 2        Q    All right.

 3             You didn't help pack the car on that day that she

 4   left for D.C. on the January 6th event, right?

 5        A    She had packed Donovan's car, and I had noticed

 6   especially the medic bag was missing.

 7        Q    Okay.

 8             Did you do an inventory of her weapons after she

 9   left?

10        A    I did not.

11        Q    Would it have been unusual for her to take weapons

12   to a protest or to a march?

13        A    It would not have been.

14        Q    Why?

15        A    Because she has done so to every other march

16   prior.

17        Q    Okay.  The demeanor that you had and Ms. Watkins

18   had in particular in the video we watched, is that how she

19   generally comported herself in all of the protests in which

20   you were involved with her?

21        A    Yes.

22        Q    Okay.

23             Were there instances in which people would accost

24   her and say nasty things to her?

25        A    Yes.
```

1       Q     Would she respond angrily?  Or would she respond

2   peacefully?  Or would she make any response whatsoever?

3           MS. HUGHES:  Objection.

4           THE COURT:  Sustained.  I think we're moving

5   beyond the areas we discussed previously.

6           MR. CRISP:  And the Court's indulgence, if I may,

7   Your Honor.

8   BY MR. CRISP:

9       Q     At those other events when she was being accosted,

10  what was her general demeanor?

11      A     Friendly.

12      Q     Okay.

13          MR. CRISP:  Your Honor, nothing further.

14  Thank you.

15          THE COURT:  Okay.  Mr. Siniff, thank you for your

16  time and testimony, sir.  You may step down.  And safe

17  travels home.

18          Okay.  Mr. Linder.

19          MR. LINDER:  Yes, Your Honor.  I'd like to call my

20  client, Mr. Stewart Rhodes.

21          THE COURT:  Okay.  Mr. Rhodes, come on up.

22          COURTROOM DEPUTY:  Please raise your right hand.

23          (Witness is placed under oath.)

24          THE COURT:  All right.  Mr. Rhodes, I'll ask you

25  to remove your mask, please, sir.  Thank you.

```
1              MR. LINDER:  Your Honor, may I give him a bottle

2    of water?

3              THE COURT:  Sure.

4                        -  -  -

5    ELMER STEWART RHODES III, WITNESS FOR THE DEFENDANT, SWORN

6                       DIRECT EXAMINATION

7                        -  -  -

8    BY MR. LINDER:

9        Q    Mr. Rhodes, if you could please introduce yourself

10   to the ladies and gentlemen of the jury.  Spell your first

11   and last -- first, middle, and last name for the

12   court reporter.

13       A    Yes.  My name is Elmer Stewart Rhodes III.  And

14   that's E-l-m-e-r, S-t-e-w-a-r-t, R-h-o-d-e-s, III.  I go by

15   Stewart, middle name, for obvious reasons.

16       Q    Okay.  I'm going to go through a few admonishments

17   with you to get that out of the way before we kind of get

18   into your testimony.

19       A    Okay.

20       Q    You understand you're an indicted defendant in

21   this case?

22       A    Yes.

23       Q    You understand that, as an indicted defendant in

24   this case, you do not have to testify?

25       A    Yes.  I understand.
```

1      Q     And you understand that if you do not testify, the

2   judge would instruct this jury that they could not take your

3   silence and hold it against you when they deliberate?

4      A     Yes.

5      Q     Okay.

6            You understand that by testifying here today, you

7   waive that right and the government is going to get to

8   cross-examine you?

9      A     Yes.

10      Q     Okay.

11            And in addition -- and there may be some confusion

12   of this, but I want to clear it up on the record so that

13   everybody is clear.  You've additionally waived your right

14   to be either directed or cross-examined by co-defendants'

15   counsel if that comes up?

16      A     You mean my right to not be?

17      Q     Your Fifth Amendment right to remain silent.

18      A     Yes, I've waived that.

19      Q     So you have agreed to testify in your defense,

20   which opens you up to cross-examination by the government.

21   You've also agreed to be either directed or crossed by

22   counsel for your co-defendants?

23      A     Yes, that's correct.

24      Q     Do you have any questions for me or the Court

25   about that before we begin?

```
1       A    No.  I'm good to go.

2       Q    Okay.

3            Tell the jury when and where you were born.

4       A    Yeah.  I was born in 1965 in Fresno, California.

5       Q    And would it be safe to say that you grew up in a

6  poor family?

7       A    Yes.

8       Q    Migrant farm workers?

9       A    Yes.  My mom was a Mexican American migrant farm

10 worker family, and she grew up in dirt-floor shacks.

11      Q    Do you consider yourself to be Mexican American?

12      A    I'm a quarter Mexican.  My mom was half Mexican.

13      Q    Okay.

14      A    Yeah.

15      Q    Now, would it be safe to say you're a very patriot

16 person?

17      A    Definitely.

18      Q    You love this country?

19      A    Absolutely.

20      Q    Let's talk about where that came from.

21           Did you grow up in a family of people that served

22 in the military?

23      A    Yes.  Both sides of my family.

24      Q    Briefly describe that.

25      A    Well, my great-grandfather worked with
```

1    Pancho Villa in Mexico.  That turned into a military

2    dictatorship.  They came north for freedom.  And when

3    World War II hit, all his sons served in the Pacific.

4            On my dad's side of the family, my grandpa fought

5    in the Battle of the Bulge.

6            My mother's side of the family, her grandfather --

7    my grandfather, her father, was a B-17 ball turret gunner in

8    World War II.

9            Did not survive the war.

10    Q    Okay.

11           So growing up poor --

12    A    My dad was a Marine, too, also, in the '60s and --

13    I'm sorry.  I didn't mean to cut you off.

14    Q    No.  That's fine.

15    A    And I had another uncle on the Mexican side that

16    was a paratrooper in the '50s.

17    Q    Okay.

18           So growing up in the financial condition that you

19    were in and being in a family that a lot of people served in

20    the military, is that what you always wanted to do growing

21    up?

22    A    Finance has nothing to do with it.  It's family

23    heritage and my commitment to my country.

24    Q    So growing up, then, before you joined the

25    military, did you move around a lot?

1        A     Oh, yeah.  My mom's pattern from, you know, moving

2    from crop to crop.  She just carried that forward in her

3    life, and so I went to five high schools.  That's okay.

4        Q     So where did you eventually graduate high school?

5        A     Las Vegas, Nevada.  Clark High School.

6        Q     And then it's at that time when you decided to

7    join the military?

8        A     I already knew I was going to be in the military,

9    but I did the flight entry program, so 17 years old.  And as

10    soon as you graduate, you're off to Fort Benning.

11        Q     Okay.

12              So did you consider other branches of

13    service also?

14        A     Well, yeah.  I wanted to be Force Recon Marine,

15    but Marine Corps, being the Marine Corps, wasn't going to

16    guarantee you anything.  So you go be a Marine first and

17    maybe you get a shot.

18              But the Army at the time, 1983, was trying to

19    build back up Special Forces, and so they offered me a shot

20    and a contract to go SF so I took that shot.  And I had an

21    uncle that was airborne so that was pretty cool.

22        Q     So what year did you graduate high school and

23    start in the military?

24        A     1983.

25        Q     Okay.  And --

1          A     During the Cold War.

2          Q     Fun time to be in the military?

3          A     Right.  Yeah.

4          Q     So did you make it through the Special Forces

5     training?

6          A     No.  I went through airborne AIT and an SF first

7     phase.

8                Second phase, I was slotted to be weapons expert

9     but they changed me to COMMO against my will.  And I was

10    just too immature to learn morse code at 19 and I just kept

11    making too many errors and so I washed out unfortunately.

12         Q     So when you are walked out of the Special Forces

13    program, where did they put you?

14         A     I wound up in a long range -- airborne long-range

15    reconnaissance company at Fort Lewis, Washington.  It was

16    the idea that I was getting another shot at SF or go in

17    rangers.  That was the intent.

18         Q     Okay.  And did part of that detail require you

19    parachute jumping?

20         A     Oh, yeah, lots of parachute jumping.

21         Q     Okay.  And is that how you were injured?

22         A     Yes, it was.  We're doing rough terrain

23    parachuting, which is like the smoke jumpers do where they

24    would parachute into trees on purpose, which works pretty

25    good in daylight when you can see what you're doing but not

```
 1   so good at night.
 2        Q    Yeah.
 3        A    And my CO decided to do a night job, so.
 4        Q    Okay.  So that's about six years in the military?
 5        A    Total, yes.
 6        Q    So left about 1989?
 7        A    Yes, I was finally discharged -- I was on, you
 8   know, the disability board review for a couple years, so my
 9   active duty ended in '86.
10        Q    Okay.
11        A    So -- but then you're kind of in limbo while
12   you're waiting to get out.
13        Q    Okay.  So you were honorably discharged and you're
14   a disabled veteran?
15        A    That's correct.
16        Q    Okay.  So in '90 or so when you got out, where did
17   you go?
18        A    Back to Las Vegas.
19        Q    Okay.
20        A    Yeah.
21        Q    And you still had family there at the time?
22        A    Yes, I did.
23        Q    Okay.  So what did you do for work?
24        A    Well, at night I parked cars.  And during the day,
25   I applied my military training to a job as a Nevada state
```

1    certified security instructor training the security guards

2    in the hotels and all the clubs and whatnot how to properly

3    use firearms legally and safely.

4         Q    And did part of your training allow you to train

5    groups of women, college students, different things like

6    that?

7         A    Well, actually what I did, as part of my community

8    service I did that for free.  When I began UNLV in 1995, I

9    became a volunteer instructor for the Jean Nidetch Women's

10   Center, and I taught rape prevention and self-defense to

11   women's groups and also to LGBT youth groups, too, because

12   they were very vulnerable to assault.

13        Q    And that's when you started at University of

14   Las Vegas, UNLV, in '95?

15        A    Right.  I went to community college first in '94

16   and then transferred to UNLV, this is under the VA Voc Rehab

17   program and they paid for my college.

18        Q    Okay.

19             And what year do you remember graduating from

20   UNLV?

21        A    '98.

22        Q    '98?

23        A    Right.

24        Q    And did you have a 4.0?

25        A    Yes, I did.

1    Q    Summa cum laude?

2    A    Yep.

3    Q    So did you go to law school right away?

4    A    No, I did not.

5    Q    What did you -- well, first of all, what was your

6    major in undergrad?

7    A    Political science, yeah.

8    Q    So does that kind of fit into the patriotic side

9    of your being?

10    A    Yes.

11         Well, initially I had wanted to be a history

12    major, I'm a history buff and considered being a teacher,

13    but then I decided to go to law school and I figured if

14    I want to be political science, you're going to go to law

15    school.

16    Q    Okay.  So after getting out of undergraduate, what

17    did you do next?

18    A    I worked for Congressman Ron Paul from Texas --

19    Q    Okay.

20    A    -- in his -- in D.C. on his D.C. staff.  You all

21    seen my ID already.

22    Q    That's the ID that they admitted on the other part

23    of their case?

24    A    Yeah, that's right.

25    Q    So how long did you work for Ron Paul?

```
 1        A    Just one year.

 2        Q    Okay.

 3             And did you pick -- is he one of the people you

 4   picked because he's a liber -- kind of a libertarian, he's

 5   kind of middle of the road?

 6        A    Right.

 7             Well, my political rotation is libertarian and I

 8   picked him because of that.  He had run for president as a

 9   libertarian and he was a -- definitely a libertarian-minded

10   republican; definitely anti-war, anti-corruption, and also

11   not a big fan of the prison-industrial complex.

12        Q    Okay.

13        A    Yeah.

14        Q    So that was '98, '99?

15        A    Yes, sir.

16        Q    So what did you do after that one-year staffer

17   job?

18        A    Back to Las Vegas and studied for the LSAT to

19   apply for law schools.

20        Q    So you obviously did pretty well on the LSAT?

21        A    I did okay, yeah.

22        Q    Got into Yale Law School?

23        A    I did.  The admissions counselor there, she said

24   that what mattered to her is what she called the party

25   model.  If you're going to have an interesting party and
```

1    have interesting guests, who would you invite?  So she

2    wanted people like military veterans, folks from out west,

3    people with different backgrounds.

4        Q    Okay.

5        A    Yeah.

6        Q    So while at Yale, did you win an award?

7        A    Yes, I did.

8        Q    And what was that award for?

9        A    That was the Judge William E. Miller prize for the

10   best paper on the Bill of Rights for the -- for school-wide

11   for Yale in 2004.

12       Q    And what was the gist of your paper on the Bill of

13   Rights?

14       A    Well, I was in law school when 9/11 hit, I was in

15   first year torts in Guido Calabresi's classroom when the

16   first plane hit the towers.  And that was a rough event for

17   all of us.  A lot of my classmates, they were from New York

18   City and they had family in the towers.  And when the second

19   plane hit, they took all of the students to the auditorium

20   and put the news on the big screen, and so we were all

21   watching.

22            And when the powers -- when the towers collapsed,

23   a lot of my fellow students collapsed and just -- were just

24   in heartrending grief.  It was rough.  It was tough.

25       Q    There's tissue behind you.

1      A     I'm good.  I'm good.  I'm all right.

2            But it just was a rough experience.  And, of

3      course, you know, after the grief came the anger, and, you

4      know, Americans were wanting to strike back at the bad guys.

5      Q     Okay.

6      A     One thing that was good out of all that is that

7      for a couple months, nobody cared what party you were in.

8      No one cared if you were Democrat, Republican, left, right,

9      no one cared.  But what I saw that disturbed me is the Bush

10     Administration very rapidly doing things that I knew were

11     unconstitutional.

12     Q     And would that be stuff like the War Powers Act?

13     A     Not so much the War Powers Act.  More of the

14     authorization of use of force, which was just wide open.

15     And then what Bush did with that is began, like,

16     extraordinary rendition and torturing people across the

17     world.

18            The big one that bothered me the most was enemy

19     combatant status to claim that he could declare anyone on

20     the planet to be an enemy combatant and strip their civil

21     right from them, including American citizens.  And that's

22     what I wrote about in my paper was the application of this

23     doctrine enemy combatant status to American citizens.

24            And there were two American citizens, Yaser

25     Hamdi -- two Muslim Americans, Yaser Hamdi and Jose Padilla,

1    who were detained for I think at least a year and a half or

2    two years in a military brig in South Carolina with no

3    access to a lawyer, no due process, no rights whatsoever.

4    And I thought that was a gross violation of Article III of

5    the Constitution, and of course, the Fourth and Fifth and

6    Sixth Amendments.

7         Q    So would it be safe to say -- and I think Agent

8    Palian referred to you as a constitutional expert.  You've

9    studied this stuff?

10        A    On that topic I'd say yes, yes.

11        Q    Okay.

12             Getting back to your patriotic beliefs.

13        A    Right.

14             In fact -- I didn't mean to cut you off.

15        Q    Yeah.

16        A    But after I won the award, Yale designated me a

17   research scholar on that topic, and I did more further

18   research digging into that topic.

19        Q    So what are your -- we'll keep it brief, but what

20   are your beliefs, your patriotic beliefs?  What do you think

21   about America and then what do you think about our

22   Constitution?

23        A    Well, I mean, it's not a perfect country, but like

24   Churchill said of democracy, "It's the worst form of

25   government except for all the rest."  And I think America is

```
 1   by far the best version of democracy.  That's because of our
 2   Constitution.
 3            Unlike in England where the legislature can pass
 4   any law it wants to at any given moment on a moment of
 5   passion and anger and strip away your rights, here in the
 6   United States it's slowed down by the presence of a
 7   Constitution that's above the will of the majority of the
 8   moment.  I think that's incredibly important.
 9            And I consider our Bill of Rights our crown jewel
10   in our Constitution.
11      Q    Okay.  Thank you.
12      A    Yep.
13      Q    So you graduated from law school in 2004?
14      A    Yes, sir.
15      Q    And what did you do after that?
16      A    Then I clerked for a year for the Arizona
17   Supreme Court for Justice Michael D. Ryan, who was a
18   wheelchair bound Vietnam vet.
19      Q    Then after that year, where did you go?
20      A    After that, moved to Montana and practiced
21   criminal law in Montana and was also a contract Public
22   Defender.
23      Q    Okay.
24      A    So if the Public Defender's office had a conflict
25   in the case, he would come to our firm and I would take care
```

```
 1   of it.
 2        Q    And so that was the years of kind of 2005, 2006?
 3        A    That's correct.
 4             And I was also a volunteer firefighter in Montana.
 5        Q    All right.
 6             And in 2007, were you drawn back to Las Vegas?
 7        A    Yes.
 8        Q    What was the situation for that?
 9        A    My mom got cancer, so I went home to take care of
10   her till she passed away in 2010.
11        Q    Okay.
12        A    Yeah.
13        Q    So what kind of work were you doing when you went?
14        A    Well, I was admitted to practice in Montana, not
15   in Nevada.  So I wound up doing the appellate briefs for an
16   attorney who specialized -- based here in D.C., who
17   specialized in military appeals.  So it was to -- appellate
18   briefs to military courts of appeals.  I would be his
19   ghostwriter for his briefs.
20        Q    Very good.
21        A    Right.
22        Q    You started Oath Keepers in 2009; is that correct?
23        A    Yes, sir.
24        Q    And what gave you the idea to start this group?
25        A    Well, a big impetus is what I had learned during
```

```
 1    the Bush years of enemy-combatant status.  And the troubling

 2    thing about that was, is that was codified.

 3              Fortunately, the Supreme Court upheld the

 4    detention of Yaser Hamdi in military detention.  And the

 5    idea that he could be tried by military tribunal I still

 6    think is unconstitutional.  I think the Supreme Court has

 7    made a serious error, almost as bad as Korematsu, the

 8    detention of Japanese Americans, World War II.  I still

 9    found that very disturbing.

10              This creates a second track in our system that

11    most Americans don't even know thought that if any president

12    wants to declare any of you enemy combatants, the

13    Supreme Court has said it's okay.

14              And then unfortunately, after that, the Congress

15    in the National Defense Authorization Act of 2012 also

16    confirmed or affirmed that everything Bush had done under

17    his claimed authority from the authorization of use of

18    military force, that all of that was, in fact, approved by

19    Congress.

20              So you had all three branches saying it's okay.

21    I think that's very dangerous.

22         Q    So you started -- when you started Oath Keepers,

23    was it mainly to educate people?  Did the community

24    service --

25         A    I'm sorry.  I got kind of sidetracked.
```

1      Q    No.  That's fine.

2      A    So in addition to that concern, I saw

3  Hurricane Katrina.  And there, you saw a police officer

4  shooting people just for stealing TVs.  They were later

5  tried for murder, which was appropriate, which you saw

6  excessive force being used on the public.  And you also saw

7  being people being told to go into Superdome for shelter

8  and, once they were in there, not allowed to leave.  And

9  that was, I think, a gross violation of their rights.

10     Q    Okay.

11     A    Then you also saw house-to-house gun confiscation,

12  which was later determined to be unconstitutional.  But,

13  unfortunately, you had a bunch of police officers brought

14  from all over the country who obeyed those unlawful orders.

15         So my concern was that law enforcement officers --

16  you know, in the military, we're taught about lawful orders,

17  unlawful orders, and our duty and obligation to say no to

18  unlawful orders.

19         And when I was in, it was the My Lai massacre was

20  the big example of an unlawful order that you should refuse.

21  Of course, they updated that after the Abu Ghraib incident

22  in Iraq with torture and abuse of prisoners.

23         So if you're taught that, hey, there are some

24  situations where you have to say no, no matter who it is

25  giving you the order, if it violates the laws of war, you

1    must say no.

2           The problem is, if you're domestically at the

3    National Guard or law enforcement that's used in an

4    emergency, we did not see sufficient training on our rules

5    here in the bill of rights.  So I wanted to make sure they

6    knew where the lines were and about their duty to say no.

7    Q    Okay.

8           Mr. Nestler mentioned it some in his opening, but

9    what does the term "Oath Keepers" mean?

10   A    That refers to the oath we all swore.  I swore an

11   oath as a paratrooper.

12          So we focused on the guys who would be given the

13   orders and not violate your rights.  So I was concerned

14   about military, law enforcement, fire, EMS, people at the

15   tip of the spear, the first responders.

16   Q    Okay.

17          And did you recruit current and former military,

18   first responders, retired police officers, and things like

19   that?

20   A    Yes, but the main mission is not so much about

21   recruiting people into Oath Keepers.  It's about what we

22   call reach, teach, and aspire.  Reaching out to the current

23   serving -- whether they're law enforcement or military in

24   particular, but also EMS and fire -- and saying, you know,

25   you need to be aware of what the Constitution says, aware

```
 1   what the rights of the people are, and understand your first
 2   duty -- because they all swear an oath, same as military,
 3   law enforcement do the same thing.  "I swear I'll support
 4   and defend the Constitution of the United States against all
 5   enemies, foreign and domestic."
 6           And if they're law enforcement in the state, they
 7   also swear an oath to uphold and defend the state
 8   Constitution.
 9           So we tell the, Look, guys, you have to make sure
10   that what you're doing is in compliance with the state
11   Constitution and the federal Constitution.  And if it's not,
12   you have to say no.  You have to stand down.
13           So, for example, when George Floyd was murdered,
14   the officers around that man, even though he was their
15   training officer, even though he was their superior, they
16   should have stopped him.  They should have pushed him off.
17           MR. LINDER:  Can we publish Rhodes SR-1.
18   I believe this has previously been admitted.  It was
19   admitted under Sergei earlier.
20   BY MR. LINDER:
21       Q    Can you see that, Mr. Rhodes?
22       A    Yes, sir, yeah.
23       Q    Is this the bylaws of the Oath Keepers?
24       A    They are.
25       Q    Did you create this when you set up the
```

1    Oath Keepers in 2009?

2        A    Yes; with help from our legal counsel, yeah.

3        Q    So is there requirements for membership there and

4    then restrictions to membership?

5        A    Yes, absolutely.

6        Q    And without forcing the jurors to read it all,

7    what are some of the requirements and restrictions to

8    membership?

9        A    Well, no person that advocates or associates with

10   any organization that advocates to overthrow the government

11   of the United States or violation of the Constitution

12   thereof and no person advocates or has been a member of any

13   organization that advocates discrimination, violence, or

14   hatred towards any person based upon their race,

15   nationality, creed, or color shall be entitled to be a

16   member or associate member.

17       Q    Okay.

18            You've heard your organization has been called

19   racist and white nationalists and all of that, correct?

20       A    I've heard that from the media and also,

21   unfortunately, from some members of Congress who have

22   committed gross defamation against us, yes.

23       Q    Do you have members of all races?

24       A    Absolutely.

25       Q    Okay.

1         A     My board of directors has been a Native American,

2    a Filipino American, black Americans.  Here's the thing,

3    though.  When I was in the Army, we were all green.  You

4    could be dark green, medium green, or light green.  But

5    there's no distinction to color.

6              And in Oath Keepers, I would never tolerate, if we

7    found someone that wormed their way in that lied on their

8    application, because they all check off they agree with the

9    membership application requirements, that they meet them,

10   not a felon.  But if we found someone that was a racist --

11   and we found a few -- we'd kick them right out.

12             So that's why it's disgusting to me to have

13   anybody accuse me -- most of my family is half Filipino and

14   half Mexican in California.  I think it's greatly disturbing

15   to have that accusation against me.

16        Q     So if somebody joins the Oath Keepers, they go

17   online like some of these people have talked about, like the

18   people that have testified and talked about, and find the

19   Oath Keepers website, there's a form and an application you

20   fill out -- or they fill out?

21        A     That's right.

22        Q     And is that then vetted by someone?

23        A     Yes.

24              So they fill that out.

25              And we rely on our local chapters to do the

1    vetting.  National will help them with background checks

2    because we made sure we do a background check on somebody.

3            And especially before they went out on an

4    operation.  We want to make sure they're not a felon, make

5    sure there's no sex offender charges, things like that.

6    That's why I know that one guy was never a legitimate

7    member.

8        Q    And occasionally y'all would find that out when

9    you did a background check and kick someone out?

10       A    You have to, right.

11       Q    Okay.

12       A    And, you know, if I found out that someone, like I

13   said, was a neo-Nazi or a communist -- both of them want to

14   destroy the country -- they would be an absolute no-go as a

15   member.

16       Q    Now, did you write these -- you could take it

17   down.

18           Did you write these in 2009 or before when you

19   founded Oath Keepers?

20       A    Yes, that's correct.

21       Q    And then y'all have membership applications and

22   forms people fill out and do all that?

23       A    Right.

24       Q    What was the dues situation?

25       A    General membership started out at, like, $30 a

1    month -- or $30 a year, I mean, and then went to 50 because

2    of inflation, because of the way the world is.

3         Q    Yeah.

4         A    So $50 a year.

5         Q    Okay.  And do you remember the date -- of course,

6    you do, but we'll tell the jury -- the date that you founded

7    or started Oath Keepers?

8         A    Actually, I launched the website in March of 2009

9    but did our formal -- our formal founding on April 19th,

10   2009.

11        Q    And what's significant about April 19th?

12        A    Well, we were invited to a rally at

13   Lexington Green.  And it's interesting history.  But during

14   the Adams administration, there was the quasi-war with

15   France.  And it began quite a bit of rancor between the

16   Jeffersonians and the federalists, the two different --

17   first political parties in the United States.

18             And a group of veterans who had fought at

19   Lexington came together again at Lexington and brought their

20   sons with them, who were also in the militia.  And, of

21   course, the militia back then was like the National Guard

22   today.  Everybody was in the militia, but it's much like the

23   National Guard is.

24             They all came together and stood on the green and

25   said, We're going to renew our oaths to the Constitution and

1  make it clear to President Adams that we put the

2  Constitution and the country first above political parties

3  and sent a proclamation to President Adams about what they

4  did and why.

5            And in response to that -- he sent back the

6  response that's often quoted where he says that this

7  Constitution is made for a righteous people only.  It was

8  unfit for any others.  That was a response he gave to them.

9      Q    Okay.

10     A    So they were going to go ahead and follow in their

11 footsteps and do the same thing they did.  We have a

12 situation in our country of great division.  We're going to

13 come together and say the same thing.  It's above party.

14     Q    Right.

15           So when you started this group -- and we've talked

16 about not so much recruitment, but a lot of people that join

17 your organization, current/former military, paramedics,

18 firefighters, police, that swore an oath --

19     A    Right.

20     Q    -- at one point, did you find this group of people

21 like yourself to tend to be patriotic?

22     A    Of course.

23     Q    They've served their country or community.

24     A    Still do.  Right.

25     Q    Did they tend to be family oriented?

1      A    Well, yeah, of course.

2      Q    Okay.

3           And what about public service as a first responder

4    or military makes it significant for them joining your

5    organization?  Do they have schedule flexibility and things

6    like that?

7      A    Well, some do.

8           I mean, if a guy is a full-time firefighter or

9    police officer, he might have to take leave.  But they

10   oftentimes do that to come do an operation with us.

11          But the biggest point -- I'm sorry.  I didn't mean

12   to cut you off.

13     Q    Oh, go ahead.

14     A    The biggest point we wanted to make, though, is

15   that all of us have an obligation to do volunteer activities

16   in our community.  It's like volunteer fire, EMS.

17          So the main point was, is that if you can, you

18   should volunteer.  You should all be volunteers doing

19   something to help out.

20     Q    Did you find that there were retired government

21   service people in these industries, you know, military,

22   police, and fire, that either retired because they were

23   injured or they aged out -- a lot of those jobs have age-out

24   requirements --

25     A    Yeah, right.

1      Q    -- that wanted to belong to an organization like
2  Oath Keepers?
3      A    Yes.  A lot of people who served in the military,
4  for example, still want to serve their country, yeah.
5      Q    And you've heard Dolan and other people come in
6  here and testify that Oath Keepers gave them a sense of
7  purpose.
8      A    Yes.  And I thought that was very important,
9  because all too many veterans -- you know, the suicide rate
10  is so high.  And they come home and they have -- feel like
11  they have no purpose and that their country doesn't care
12  about them anymore.  And I don't think the military does
13  enough to help them transfer from military life to civilian
14  life.
15      Q    Okay.
16      A    And so that's why we want to give them a mission,
17  to let them know that they're still of value.
18      Q    Okay.
19      A    In particular, disaster relief has been great for
20  veterans because everyone is happy to see you, unlike if
21  you're overseas in Iraq or in Afghanistan.  Some folks like
22  you there; some don't.  But if you're doing disaster relief,
23  everyone loves you.  That's a very positive experience for
24  them.
25      Q    So from 2009 up to current, up to J6 --

1        A       Right.

2        Q       -- so 12, 13 years, how many disaster relief

3    efforts did y'all work in nationally?

4        A       14 hurricane relief missions, I believe, is the

5    number and then several tornado relief missions and a bunch

6    of different fire missions like in Colorado, last big fire

7    they had.  In fact, in 2021, was a big one.

8        Q       Okay.

9        A       We had folks out there.

10       Q       Did you go Puerto Rico?

11       A       For hurricane relief, yes.  Yes.

12       Q       Okay.

13               And when y'all do that --

14       A       For three weeks.

15       Q       -- you're doing that as volunteers.  No one's

16   paying y'all to do that?

17       A       That's right.

18       Q       So you've got dues money, I guess, that you can

19   use to pay for travel for these people?

20       A       Well, donations come in to fund -- we have a

21   fundraiser for that effort.

22       Q       Right.

23       A       Yeah.

24       Q       But if you go to work, you know, Hurricane Harvey

25   or Katrina relief, there's not some government --

         1          A     We weren't there for Katrina -- pardon.
         2    I'm sorry.
         3          Q     Yeah.  Go ahead.
         4          A     Yeah, Katrina was before our time.  But
         5    Hurricane Harvey, we were there for about three weeks also.
         6          Q     And no one is paying for your time?
         7          A      No, not at all.  I do a salary with Oath Keepers,
         8    but full-time job, all our volunteers are unpaid.
         9          Q     You set it up as a national organization, but you
        10    designed it to have state and local groups, too; isn't that
        11    correct?
        12          A     Yes, that's correct.
        13          Q     What's the purpose for that?
        14          A     Because, once again, most important community is
        15    your local community.  And I wanted folks to have maximum
        16    buy-in and flexibility to work the mission in their local
        17    community.  And number one is to reach out to the current
        18    serving it and teach them about the Constitution.
        19                But, also, number two is to foster that ethos of
        20    community involvement and volunteerism, teaching people to
        21    go and get involved.  Everyone can become a volunteer
        22    firefighter, volunteer EMT, or a volunteer search and rescue
        23    or a volunteer radio operator, local ham club.  Whatever
        24    your physical limits, you can find something you can do.
        25          Q     Okay.

1          Now, in addition to the disaster relief efforts,

2    did you also -- did your group also do security for

3    different events or speakers and things like that?

4        A    Yes.

5        Q    How did that come about?

6        A    Well, the first big security operation we did was

7    Ferguson, Missouri.

8        Q    In 2014?

9        A    2014 when there was the Michael Brown shooting in

10   Ferguson.

11       Q    Is that the video -- the video that we saw?

12       A    No, it's not.  That's from Louisville from 2020,

13   the video you showed.  Yeah.

14          So Ferguson was the first experience we had.

15   Local guys went and talked to -- the first person we helped

16   protect was Natalie Dubose.  She owned Natalie's Cakes and

17   More.  It's a black lady that owned a bakery.  And they had

18   broken out her windows, and then they'd also swore they were

19   going to come back and burn down the entire block of

20   buildings.

21       Q    Okay.

22       A    And there was apartments above the shops with

23   families in them.

24       Q    Right.

25       A    So we decided to go ahead -- and she gave us

1    permission and her neighbors did, too, different minority

2    businesses -- and they gave us consent, and we were on the

3    rooftops and stopped them from burning the building down.

4        Q    Now, did that -- did your efforts there result in

5    a lawsuit?

6        A    No, not a lawsuit.

7            What happened was, as we were on the rooftop --

8    and, frankly, we kind of embarrassed the police department

9    in some ways because one of the things -- the local police

10   were okay with us, but the sheriff was not happy because we

11   were showing how to do it right.  We were actually

12   protecting businesses and stopping them from being burned

13   down while also respecting the rights of the protesters.

14   And, in fact, we criticized the police for their

15   heavy-handed response that violated the rights of the

16   protesters.

17           And I think the sheriff kind of had it out for us

18   after that.

19           So he said we had to get off the rooftop, that

20   we're not licensed security; we don't have a license to do

21   that or insurance.

22           And I hired two attorneys, and they looked at the

23   case law and the state law and said, Sheriff, they don't

24   have to be.  They're unpaid volunteers.  They don't need to

25   be licensed and insured and bonded.  So you really can't

1    stop them.

2          So the Sheriff's Department backed off and we went

3    back to the rooftops.

4    Q    So there's a big distinction between security

5    guards or security companies, whether you're paid or your

6    you're volunteer?

7    A    That's correct.  As far as the law goes, that's

8    correct.  Yeah.

9    Q    So if you're paid, if you have a security company

10   and that's what you're paid to do and people hire you,

11   you've got to be licensed a certain way, correct?

12   A    Right, yes.

13         Like, the statutes in Missouri that they looked up

14   were about paid security guards.  They wanted to make sure

15   that they were licensed and insured.

16         And that's perfectly reasonable.

17         But when you're looking at someone like Natalie,

18   she can't afford to pay a professional security company and

19   bring a bunch -- 12 guys to stand on a rooftop.  She can't

20   afford to do that.

21   Q    Right.

22   A    So, you know --

23   Q    So you guys, as a volunteer organization, it would

24   be much like me defending my home or my block if there's

25   some riot on my street?

1          MS. RAKOCZY:  Objection as to leading, Your Honor.

2          THE COURT:  It's overruled.

3          You can answer.

4          THE WITNESS:  Yeah, similar to that, except -- and

5     that's actually a good point, because the real point to the

6     community of Ferguson was, Look, gentlemen, the veterans in

7     Ferguson, Missouri, all you black veterans, you need to get

8     up and take care of your own neighborhoods.  Keep this

9     peaceful.  You take care of it.

10         If you police your own neighborhoods, you give the

11    police less of a reason to come into your neighborhoods and

12    be heavy-handed.  So that was a real mission for us, was to

13    reach out -- we did talk to some veterans and encouraged

14    them to do that.  So we wanted to set the example of how to

15    do it right.

16         Like I said, we supported their right to protest.

17    In fact, like I said, we actually criticized the police

18    because they were tear-gassing everybody.  We said the

19    curfew was unconstitutional.  They shouldn't do that.

20         They were pointing sniper rifles at people.  I

21    said, You can't point rifles at people like that.  You need

22    to be using your binoculars, not your rifle scopes.  So we

23    just gave them a pretty sharp criticism and then told them

24    how to do it right.

25         You put undercover officers in the crowd to find

7064

1    the actual troublemakers, the few that are violating the law

2    by throwing rocks or Molotov cocktails, and those are the

3    ones you arrest.  You don't try to shut down the entire

4    protest.  You try to get the actual criminals.

5         Q    So the video that Mr. Crisp showed a minute ago,

6    that's from Louisville, Kentucky?

7         A    Yes; 2020.

8         Q    And was that in the fall kind of leading up

9    towards the election cycle?

10        A    Yes, it was.

11        Q    Okay.

12             Now, during those intervening years, 2014 to 2020,

13   did y'all work numerous security events?

14        A    Many, yes.  Yes.

15        Q    All around the country?

16        A    Yes.

17        Q    And on some of those security events, were you

18   armed and some of them you weren't armed?  Is that correct?

19        A    That's correct.  Depending upon the rules where we

20   were, that's right.

21        Q    Okay.

22        A    We did nine security operations total in

23   Washington, D.C., and the only people who ever carried guns

24   there were our current serving law enforcement officers who

25   were legally authorized to carry in D.C.  Nobody else did.

1      Q    So you have served in D.C. and other places with

2  law enforcement officers?

3      A    Yes, we have -- we have about 30 percent of our

4  membership were law enforcement officers.  Some current

5  serving; others retired.  But even the retired ones can get

6  LEOSA credentials, Law Enforcement Officer Safety Act, which

7  allows them to carry nationwide.

8      Q    And when you would go throughout the years to this

9  disaster relief or security events, would you notify law

10 enforcement that you were coming?

11     A    Yes.

12     Q    How did that work?

13     A    Well, so a good example is Berkeley, California.

14 After an event there, there was a bad situation where in

15 March of 20 -- no, 2017, after Trump was elected, there was

16 a Trump supporter/libertarian event in Martin Luther King

17 Park in downtown Berkeley.  It turned into an absolute --

18 I'm trying to use clean language -- just a disaster.

19         The police stood back, let Antifa attack these

20 people, and just -- it was a melee of Antifa beating up --

21 even one was an LGBTQ trans Trump supporter, and they beat

22 her up, too.  They're assaulting people and shutting down

23 their free speech.  We saw that and said, This is not

24 acceptable.

25         So we went there.  I had 14 law enforcement

1    officers, most of them current serving California law

2    enforcement off duty; others, retired, mostly California.

3        Q    So when you were in Berkeley, were you guys

4    allowed to carry?

5        A    They were.  The Berkeley PD, we met with them the

6    night before.  And their captain said, I'm not going to tell

7    any other police officer he can't carry in this park.

8            So the police officers who were Oath Keepers were

9    allowed to carry in the park, and 14 of them did.  All of us

10   military veterans were not, and so we were unarmed.

11       Q    Okay.  And was that common at other events, too,

12   where you would have to go --

13       A    Absolutely.

14       Q    -- unarmed and there would be law enforcement that

15   was armed?

16       A    Yes.

17           Where we -- where we could, we like to have --

18   first of all, I always want to put law enforcement in

19   command.  I flew in two.  One was retired D.C. Metro, in

20   fact, police officer, he was one of our commanders for that

21   event.  And the other one was a current serving police

22   academy instructor who's on my national board of directors,

23   John Karriman.  And they flew in and were the leadership on

24   the ground in -- in Berkeley.

25           And then they had a couple other guys who were

1    local law -- local law enforcement veterans underneath them

2    as team leaders.

3        Q    In fact --

4        A    So it's good to have law enforcement as

5    leadership.  That way the law enforcement knows that these

6    people understand the rules, what you can and cannot do,

7    understand what law enforcement has to do, and knows how to

8    keep us from getting in their way or causing problems

9    unnecessarily.

10        Q    Okay.

11            And the three events that you came to in D.C. that

12    have been referenced so far, November 14th, December 12th,

13    and January 5, 6, did y'all notify law enforcement before

14    you came to those events?

15        A    Yes.  We always do that.  We always reach out in

16    advance and liaison with them, preferably face to fact, but

17    definitely over the phone.

18            And then once we get there, I've told my guys,

19    "Make sure that you go and meet the people on the ground,

20    too, because it might be that you can talk to the sheriff

21    but his deputies don't know who you are.  So always walk up

22    and introduce yourself."  Which we did in Louisville by the

23    way.

24        Q    Okay.

25            So I want you to talk a little bit about that

1    Louisville video, what the jury saw.

2        A    Okay.

3        Q    What is going on there?

4        A    That's where we were getting ready -- because we

5    were guarding a gas station and convenience store owned by

6    Laura Bader, a lady that owned the gas station there.  And

7    some protesters -- one of her employees unfortunately had to

8    shoot someone that was attacking him, and then some of the

9    agitators in Louisville threatened to burn her place to the

10   ground.  Once again, swore they were going to burn it to the

11   ground.  So she asked us if we could protect her business,

12   and so that's what we were doing there.

13            And also a pawn shop right across the street.  And

14   also another business that had a residence above it where

15   the family lived, I don't want to say the name of it because

16   I don't want to make them a target, but they lived above

17   their business.  So we had three places pretty close

18   together.

19       Q    So we see on the video that the Oath Keepers are

20   standing there calmly?

21       A    Well, we were getting ready -- this is a hotel

22   parking lot across from the gas station, and we were getting

23   ready to go across the street to the gas station and on the

24   rooftop of the gas station and on the rooftop of the pawn

25   shop and just post up.

1      Q    Okay.  But you guys are being taunted by the

2  crowd?

3      A    Well, yes.

4           So what happened is, as we were getting ready and

5  they just came rushing in the parking lot and I just told

6  everyone, "Just stay calm," and that's what we did.  So we

7  just stayed calm.

8      Q    Is that y'all's general M.O. when you go to these

9  places?

10     A    Absolutely.  Our M.O. is to act professional and

11 stay calm.

12     Q    Right.

13     A    Yeah.

14     Q    Is there something to be said for that strength in

15 numbers?  You just --

16     A    Well, it's not about that.  It's just, if you're

17 staying calm, it doesn't -- you're not feeding off of each

18 other's energy.  If someone is yelling, it's -- I'm not

19 taking it personal.  I've had plenty of people yell in my

20 face in the streets and it's like, I'm not here to argue

21 with these people.

22          I mean, I've got strong political -- as you know,

23 I've got strong political opinions, and there's times when I

24 voice them.  But when we're on operation, that's not what

25 it's about.  It's about taking care of the people you're

1  supposed to be protecting and not making it worse than it --

2  than it is.  So you don't want to yell back.  Unlike the

3  Proud Boys, who want to go and street fight and want to yell

4  at people, you don't yell at anybody.  I would never

5  tolerate an Oath Keeper ever doing that on a mission.

6      Q    And just guestimating, how many security events

7  have you guys worked from 2009 up until the election cycle

8  of 2020?

9      A    I mean, hundreds.

10     Q    Okay.

11     A    It's hard to say.  Just hundreds across the

12 country.

13     Q    Do you have thousands -- at the time when you're

14 doing all that, you have thousands of members?

15     A    Our peak, we had 40,000 members in Oath Keepers,

16 that's right.

17     Q    Was there ever a security event worked by any --

18 where any Oath Keeper was ever arrested or charged with a

19 crime?

20     A    No.

21          And, in fact, I don't know of any security event

22 where any Oath Keeper ever had to use force.  No Oath Keeper

23 that I know of has ever pepper sprayed anybody or punched

24 anybody, never hit anybody with a baton, neither have I, or

25 has ever pointed their weapon at anybody.  Oh, except one

1    exception in Ferguson.

2        Q    Okay.

3        A    There was a situation in Ferguson where our guys

4    saw two males in an alleyway dragging a lady to a car at

5    night trying to shove her in the car against her will, and

6    they pointed the rifles at them and hit the spotlights on

7    them and said, "You need to stop doing that."

8        Q    Okay.

9        A    And they let her go.

10       Q    In the hundreds of events with thousands --

11       A    That's it.

12       Q    -- of people, there's never been an incident that

13   required a criminal investigation or charges filed or

14   anything against an Oath Keeper?

15       A    No, no event we've ever done has resulted in any

16   charge whatsoever until -- until now.

17       Q    Okay.

18       A    Yeah.

19       Q    So working our way up to the current election

20   cycle, or 2020, did you notice after Trump got elected just

21   the political rhetoric changing in the country?

22       A    Well, in his campaign, it ratcheted it up bigtime.

23       Q    But did you notice --

24       A    Yes.

25       Q    -- people becoming more hostile?

1     A    Well, sure, on both sides, yeah.

2     Q    Yeah, not to point a finger but it was both sides

3  of the aisle?

4     A    Right.

5     Q    And did you --

6     A    I mean, don't forget, I'm a libertarian, so, you

7  know.

8     Q    True.

9          And we even saw there was a big news story where

10 Senator Rand Paul got accosted?

11    A    Yes, that's right.

12         It's an accost of Rand Paul's son.  And he's as

13 libertarian as his dad is.  And he is not a Nazi, he's not a

14 racist, and yet people were screaming at him and calling him

15 a Nazi and a racist.  And, yeah, he was accosted in the

16 street while he was walking with his wife in Washington,

17 D.C.

18    Q    And so you guys weren't working that event, I

19 assume?

20    A    Unfortunately not.

21    Q    But would those be the kinds of events that you

22 would work and were working on January 5, 6?

23    A    Yes.

24         Like, for example, we escorted -- when Trump was

25 elected, we escorted some women that wanted to attend what

1    they called the Deplora-Ball, and they were afraid to go

2    unless they had protection.  And so there were protesters in

3    the streets, mostly Antifa, which tend to be little skinny

4    white kids with -- you know, dressed in black.  And they

5    were worried about being assaulted, so we escorted them in,

6    myself and another retired Navy gentleman.

7         Q    In the video we saw you guys with helmets and

8    vests and goggles and things like that?

9         A    Right.

10        Q    Is that typical for you guys working an event?

11        A    Well, it depends on what we're doing.  Like, when

12   I was -- if you're doing, like, escorting the ladies, no,

13   not at all.  In fact, I would not want a helmet on my head

14   or body armor because then you're just drawing more

15   attention to yourself.  You want to be very low profile.

16             But when you're doing a high profile, like in

17   Ferguson, where you're trying to deter -- they know you're

18   there and you're just trying to deter unlawful activity,

19   that's when you want to have a higher profile.

20             And also, of course, if you're dealing with rifle

21   threats, you want to have body armor that will stop rifle

22   bullets.  That's just the reality of the life we live in.

23        Q    And let's explain to the ladies and gentlemen of

24   the jury, because I've never been in one of -- a riot

25   either.

1    A    Right.

2    Q    But for people that are in riots, what kind of

3  weapons do rioters use?

4    A    Well, a big problem is thrown projectiles like

5  rocks and bottles, they'll throw like frozen water bottles

6  or they'll throw bottles with concrete, you know, they'll

7  pour concrete in it and let it harden.  So they are throwing

8  things, you know, they are -- you do stuff to the police,

9  too.  You wind up with police officers being injured all

10  over the country because they get hit in the head with a

11  very hard object and so you have to wear a helmet.

12        So we tell people that it's up to them if they

13  want to wear a helmet.  I always bring one but I very rarely

14  put it on my head because for the most part our events have

15  been pretty, pretty chill.  But it's always good to have it

16  and not need it than to need it and not have it.

17        So, yes, they could have the option of wearing a

18  helmet if they need one.  And like I've told them before,

19  even just a bat or something from Walmart is pretty much

20  good enough, yeah.

21        And body armor, I think it's important to have

22  that option, and I leave it to up them because unfortunately

23  Antifa has stabbed people even here in the streets of D.C.

24  They stabbed a black lady who was being escorted by -- a

25  Trump supporter who was being escorted by Proud Boys.  That

1    was in December of 2020 she was stabbed in the streets.

2        Q    So along with -- and along with the kit, as you've

3    heard it say -- that's a military term, correct, kitting up

4    or wearing a kit?

5        A    Yeah, military and law enforcement, they all use

6    the same terminology, yeah.

7        Q    I'm a road bike cyclist and we call it kit, too --

8        A    There you go.

9        Q    -- when we put road stuff on.  So everybody has

10   got their lingo.

11       A    Right.

12       Q    But kit is a term used for kitting up and putting

13   on all that stuff?

14       A    Yes.  Sure.

15       Q    In your texts, the hundreds and hundreds of texts

16   that were shown to the jury, is there military lingo in some

17   of those texts?

18       A    Oh, yeah, I mean, you know, if you're in a

19   particular group, you're going to use the lingo of the

20   group.  So a lot of guys are veterans, they'll use military

21   lingo.

22       Q    Okay.  So that's pretty common?

23       A    Oh, yeah.  Yeah.

24            I'm sorry, yes, that's common.

25       Q    The other examples of weapons that can be used in

1    a crowd, have you seen where people used chains?

2         A    Yes.

3         Q    Hit people with -- like, a chain, almost like a

4    bat, hit them with a chain?

5         A    Yeah, we've seen chains, bike locks, things that

6    people can have an excuse to carry in the street, which they

7    have every right to carry but they'll use them as weapons.

8    Bike lock is a big one or padlocks in a sock, things like

9    that.  Once again, if you get hit in the head with a hard

10   object, it's not a good day.

11        Q    Okay.  So let's work our way up to the fall of

12   2020.

13             In the months just preceding the election, and we

14   heard, I think it was Mike Adams or Zimmerman testified

15   about it, did you go to a few events around the country --

16   in either August or September and October kind of before the

17   November election, did the Oath Keepers go to some events?

18        A    Before the election, yeah, there were a couple of

19   them.  There were -- there was an event in Lafayette.  There

20   was -- let me think here.

21             So there was Louisville.  There were other events

22   around the country that our local chapters did.

23             Because here's the problem, was that all through

24   2020 there was a lot of riots after the killing of George

25   Floyd, the murder of George Floyd, a lot of riots.  And I

1    support the right to riot and actually agreed -- not riot, I

2    support the right to protest, but I actually agreed with

3    them that that was an unlawful killing, it was a murder.

4            But I don't agree with arson.  Arson is deadly

5    force.  If you burn a building down and you don't know

6    someone is sleeping inside -- and that happened, there were

7    folks who were killed because no one knew they were in the

8    building.  And also as a former firefighter I can tell you,

9    when you're responding to a fire, a structure fire, the

10   firefighters are in danger and then the buildings next to

11   it.  So it's lethal force.  So it's just not appropriate to

12   be using arson as a protest tool.

13       Q    So the events that you were working in the

14   preceding months to the election, were those events where

15   people were speaking, where you guys thought there might be

16   some violence or Antifa or whatever?

17       A    All through 2020 in Texas, we were doing both.  We

18   were doing speaking events, and we were also protecting,

19   like, Shelley Luther's salon in Dallas that had been

20   threatened with being burned to the ground, but also

21   speaking events.

22       Q    Okay.

23       A    And in one event in Tyler, Texas, our guys

24   actually protected a Black Lives Matter rally.  So there

25   were actual Nazis there, white supremacists that wanted to

```
1    stop the rally.  And our guys stepped in and said, No.  She
2    has a right to march through the streets.
3         Q    Okay.  The jury's heard a lot about QRFs --
4         A    Right.
5         Q    -- Quick Reaction Forces.  What is a QRF?
6         A    Well, a QRF is -- you said Quick Reaction Force.
7              In the military, usually it's either guys on a
8    helicopter ready to go or guys in a vehicle ready to go,
9    ready to respond in case you get in trouble.
10             In our context, it's broader.  Like,
11   Michael Greene, Whip, we'll refer to it also for medical
12   response, for coming to get somebody out who's injured or
13   tired and can't hang out anymore.  So if gets used too
14   often, frankly, and it becomes confusing.
15             But it depends on the context.  But a QRF, like in
16   Louisville, I was on a roving QRF in a vehicle.  And we had
17   a vehicle with a medic in it and his gear and myself and the
18   driver and one other person that could respond in case there
19   was an emergency.
20        Q    The QRF -- well.  Did you have QRFs at the first
21   Million MAGA Rally --
22        A    Yes.
23        Q    -- November 14th event?
24        A    Yes, we did.
25        Q    Okay.
```

```
 1              And there's talk of it on the text --
 2      A    A QRF, one.
 3      Q    So what was the setup of that QRF?  Since you
 4  couldn't bring firearms into D.C. --
 5      A    Right.
 6      Q    -- what was the nature of that QRF?
 7      A    Well, my concern was -- this is what I said on the
 8  public call to action and also on our GoToMeeting call.  My
 9  concern was, is that over the summer, Antifa had attacked
10  the White House and they had actually driven
11  President Trump -- Secret Service took him down into the
12  bunker, and there were a lot of Secret Service agents
13  injured and a lot of D.C. metro injured.
14              So my concern was there would be another attack on
15  the White House.  And there was a threat to do so.  Leading
16  up to the election, Antifa declared that if Trump did not
17  concede immediately, they were going to assault or lay siege
18  to the White House and drag him out.
19              And so I wanted to make it clear to them that even
20  if they managed to get a stand-down order -- and we had seen
21  stand-down orders throughout 2020, like in Minneapolis where
22  the police stood down and let the rioters take over the
23  police precinct and burn it to the ground.  There had been
24  periods of stand-down orders given and obeyed,
25  unfortunately.
```

7080

1      Q    Okay.

2      A    So we wanted to make sure they understood that if

3  that happened, that would not necessarily mean they could

4  take the White House because President Trump would have the

5  option of declaring -- using the Insurrection Act to declare

6  them an insurrection and then, if he had to, rely on us and

7  other veterans to protect the White House.

8           But mostly a deterrent against Antifa.  I was

9  concerned about it, but my main point was to kind of give

10 them a mind F of, Hey, we might not be able to get away with

11 this and deter it.  They didn't even try it.  We didn't have

12 to use anything.  Of course, president Trump did not invoke

13 the Insurrection Act.

14     Q    So your QRF on November 14th, was that a

15 mobile QRF?

16     A    Yes.  That's the one in the van that Mr. Zimmerman

17 testified to.

18     Q    Right.

19          And what's the difference -- it's been alleged

20 that you had hotel room QRFs for J6, and we'll get to that

21 in a minute.

22     A    Well, that's the problem with that terminology.

23     Q    That's why I want to explain it.

24     A    Right.

25     Q    So why the mobile QRF?  What's advantageous about

7081

1    that?

2         A    Well, at that point, I was concerned that this

3    might actually happen.  And if there's an assault happening

4    on the White House and there's a stand-down order given to

5    D.C. metro and Secret Service is being overwhelmed, which

6    they almost were the first time in the summer, if the

7    President jumped up and did a press conference saying, I'm

8    invoking the Insurrection Act.  You must disperse, and I'm

9    calling on any veterans in the community that can be here to

10   come now and assist in defense of the White House, then we

11   would have been ready to do so and actually able to do so in

12   a rapid fashion --

13   BY THE COURT:

14        Q    Right.

15        A    -- as opposed to having your stuff in a hotel room

16   that's about an hour away.

17        Q    We'll get to that.

18             So if you had 15 guns in a hotel room with one

19   65-year-old guy in a hotel room, how long would it take him

20   to load those guns?

21        A    A day.

22        Q    And then D.C. traffic, a couple hours to get --

23        A    About half a day.

24        Q    So that's not really -- and we'll talk about that

25   more later.

7082

```
1        A      Yeah.

2        Q      But the mobile QRF that you had on November 14th

3   was much more designed to respond quickly.

4        A      I made sure it was actually ready to go.

5        Q      Okay.

6        A      Like I said, I was very concerned about that, and

7   I wanted to make sure that we had a real capacity in case

8   President Trump did need our help and did call us up.

9        Q      Okay.

10              So let's talk about the election.

11              Were you happy with the election?

12       A      No.

13       Q      I think we can see in your texts that you were not

14  happy.

15       A      No, yeah, you can see, yeah.

16       Q      And did you believe the election had been stolen?

17       A      I believed the election was unconstitutional

18  because it did not comply with Article II of the

19  Constitution and its clear requirements.  That made it

20  invalid.  That's before we even get to fraud or discussions

21  about who was stolen from whom, it's just not

22  constitutional.

23              You really can't have a winner of an

24  unconstitutional election.  That would have meant that Trump

25  was also not the winner.
```

1              MR. LINDER:  I'd like to offer Stewart Rhodes or

2    SR-7 into evidence at this time.

3              MS. RAKOCZY:  No objection.

4              MR. LINDER:  Permission to publish, Your Honor?

5              THE COURT:  You may.

6                             (Defendant Rhodes Exhibit SR-7

7                                  received into evidence.)

8    BY MR. LINDER:

9         Q    Mr. Rhodes, can you see that in front of you?

10        A    Yes, I can.

11        Q    And what is that?

12        A    That's Article II, Section 1.

13        Q    What does Article II cover?

14        A    It covers the presidency.

15        Q    And in what fashion?  Does it cover elections and

16   electors?

17        A    Sure.  It starts out with his powers, and then it

18   talks about how he's elected.

19        Q    Okay.

20        A    Or -- yeah.

21        Q    Now, did you have concerns, based on your

22   knowledge of the Constitution, that because of COVID, things

23   had happened across the country with elections?

24        A    I had concerns about what was going on with COVID

25   before the election because of like the shutdown of

1    ma-and-pa stores while leaving the big-box stores opened.

2    Why is Walmart opened and why is Costco open, making plenty

3    of money, and yet your local businesses are all shut down?

4    It's a massive transfer of wealth to the super-wealthy

5    corporations from the middle America.  Made no sense.  To me

6    that was a violation of their rights.

7        Q    So how do you feel the Constitution was -- or the

8    election was stolen based on the --

9        A    Well, as I said, first of all, I would say it's

10   unconstitutional.  So invalid from, it's just -- anything

11   contrary to the Constitution is null and void from the

12   inception.

13       Q    How so?

14       A    Okay.  Well, Article II says, "Each State shall

15   appoint, in such Manner as the Legislature thereof may

16   direct, a Number of Electors."

17            So it says nothing about an Executive Branch

18   official, whether that be the Secretary of State,

19   Attorney General, Governor, some election official deciding

20   to change the law and do something different.  It doesn't

21   say anything about the judiciary either.  It's says "the

22   Legislature."

23       Q    So did you see some of these laws being changed

24   leading up to --

25       A    No.  That change violated.

1    Q    Violated?

2    A    Yes, sir.

3    Q    Leading up to the election?

4    A    That's correct.

5         Multiple states, especially in the swing states,

6    you had -- under the excuse of COVID, you had them putting

7    in new rules, which were direct violations of state law.

8         And that made it in violation of Article II

9    because it was not something decided by the legislature.

10        They could have had the legislature come in for a

11   special session and change the rules.  They did not do that.

12   Instead, they just did it by executive fiat.

13   Q    You said this happened in several states?

14   A    It happened in all the swing states.  I believe

15   Wisconsin, Michigan, Pennsylvania, Georgia, and Arizona in

16   particular.  But other states as well.

17   Q    Okay.

18   A    Yeah.

19        And the State of Texas sued about this and was

20   joined in the lawsuit -- they sued Pennsylvania, and they

21   were joined in the lawsuit by other states.

22   Q    So you believe, because of the way states changed

23   their laws without following the proper procedure, that the

24   election was basically invalid?

25   A    They violated their laws, right, yes.

1      Q    And you expressed opinions about that in your

2  Signal chats?

3      A    Absolutely.

4      Q    Right.

5      A    Right.

6      Q    You did open letter, and we'll get into those in a

7  minute.

8      A    Yes.

9      Q    You reached out to people, trying to tell

10  people --

11      A    That was part of my open letter to

12  President Trump.  It's was frustrating for me.  It was kind

13  of "Horton Hears a Who!"  Right?

14      Q    Yeah.

15      A    I'm trying to get the -- not just the President,

16  but everyone to understand there's a constitutional issue

17  here.  Everyone kept focusing on computers and handlers and

18  all that kind of stuff and trying to find the fraud.

19            It's like, Hey, there's a constitutional problem

20  right here.  This is because a big one.  This is where you

21  have to fix this first before you even start talking about

22  whether there was fraud on the ground.

23      Q    Okay.

24            So in the government's case-in-chief, they began

25  with a lot of your Signal chats from kind of November 3rd

1    through the Million MAGA Rally, November 14th?

2        A    Right.

3        Q    Do you remember all that?

4        A    Yeah.

5        Q    Well, first of all, let's back up.  Let's talk

6    about Signal.

7             Signal is just an encrypted texting app, correct?

8             THE COURT:  Mr. Linder, let me interrupt you,

9    sorry.  I'm going to take our break.  It sounds like you're

10   transitioning a little bit to a different topic.

11            MR. LINDER:  Sure.

12            THE COURT:  It's a little after 11:45 -- excuse

13   me, 10:45.  We will resume a little bit after 11:00.  Thank

14   you all very much.

15            COURTROOM DEPUTY:  All rise.

16            (Jury exited the courtroom.)

17            THE COURT:  I think I told the jury yesterday

18   11:00 or so, 11:30.  I'm going to ask them if they can stay

19   till noon if that works?

20            MR. LINDER:  Okay.

21            THE COURT:  All right.  Thanks, everyone.

22            (Recess from 10:47 a.m. to 11:05 a.m.)

23            COURTROOM DEPUTY:  All rise.

24            THE COURT:  Please remain seated, everybody.

25   Thank you.

1          So we're going to have to do a close to hard stop
2   at 11:30.  One of the jurors --
3          MR. LINDER:  That's fine.
4          THE COURT:  -- understandably relied on
5   yesterday's representation, and so I'll honor that, and so
6   we'll get about another half hour in and then call it a day.
7          MR. LINDER:  Sure.
8          MR. BRIGHT:  Presumably then 9:00, 9:30 on start
9   on Monday?
10         THE COURT:  Yes.
11         COURTROOM DEPUTY:  Jury panel.
12         (Jury entered the courtroom.)
13         THE COURT:  All right.  Please be seated,
14  everyone.  So just sort of consistent with what I said
15  yesterday, we'll wrap up around 11:30 for the day.
16         So, Mr. Linder.
17         MR. LINDER:  Thank you, sir.
18  BY MR. LINDER:
19    Q    Mr. Rhodes, you understand you're still under oath
20  after coming back after the break?
21    A    Yes.
22    Q    Now, I am going to ask you to -- I had some
23  suggestions from the audience to talk a little slower.  You
24  and I both tend to talk fast.
25    A    Yeah, I do, I'm sorry.

1     Q    I do, too, so we're going to slow it down just a

2  little bit.

3     A    Got it.

4     Q    I want to go back a little bit into 2020 before I

5  go back into the Signal chats.

6          Adams, Dolan, Zimmerman, all testified they either

7  joined or in Mike Adams' case rejoined Oath Keepers in 2020

8  because of what was going on in America?

9     A    Yes.

10    Q    You heard that?

11    A    Yes.

12    Q    In addition to the political discourse that we

13 heard since Trump got elected, both sides becoming more

14 angry with one another, were there a lot of standdowns

15 around the country?

16    A    From the police officers, you mean?

17    Q    Yes.

18    A    Yes.

19    Q    And explain to the jury what a standdown is.

20    A    Well, like, for example, in Berkeley we weren't

21 there but we saw it live-stream, where the police just stood

22 back on the perimeter of the park and let both sides just

23 fight, and you had people that were just there to speak

24 being assaulted.  You'd have some bad apples on both sides

25 that wanted to street fight, and that's also not good.  So

1    that's not what the police should be doing.

2              So after we went there, when we were there in the

3    park, it was very different.  The police were much more

4    proactive about doing their job.  I think the presence of

5    other officers in some ways kind of shamed them a little

6    bit, it's, like, "Hey, you're not doing your job so we've

7    got to come in here and do it for you for free," and it made

8    them step up their game.

9              And they also knew brother officers were in the

10   park and they didn't want to see another officer get hurt.

11   So I think it made them do a better job.

12        Q    What happened to the Oath Keeper membership in

13   2019 and '20?

14        A    What do you mean?

15        Q    Did it grow?

16        A    I wouldn't say that so much.  I mean, yeah, a bit.

17        Q    When was the peak?

18        A    The peak was during the Obama Administration.

19   This is how it goes.  If you're running an organization

20   that's mostly conservative or a lot of conservatives, you're

21   going to get more members doing a Democrat administration.

22   If you're running a liberal organization during a

23   conservative presidency, you're going to get more

24   membership.  It's just the way people are.  So you get

25   cycles of activity.

1    Q    Okay.

2    A    And so when Trump got elected, a lot of the

3    conservative folks, you know, they're like, "Oh, our guy is

4    in office, things are cool."  And so you tend to have less

5    members.  And it's the same thing for liberal groups, too.

6    When you get a liberal president, they drop the membership

7    also.  It's the way it is.

8    Q    Okay.

9         But you still had a healthy Oath Keeper membership

10   in 2020?

11   A    Yeah, it did.

12        And it did go back in 2020 somewhat.

13   Q    Okay.

14   A    But I'm not in this for the money.  That's not the

15   point.

16   Q    I'm not talking about that, but it's having people

17   around the country that can --

18   A    Who can --

19   Q    -- show up and react when they need to react?

20   A    -- serve.  That's correct, yes.

21   Q    And we heard one of the witnesses, I think it is

22   Mike Adams, was it him or Zimmerman, that had to kind of

23   re-start the Florida chapter?

24   A    Yes, it was because when Trump came in, a lot of

25   the chapters just kind of went dormant because, you know,

```
 1    like, once again, they think that everything is fine because
 2    their guy is in office.  Very shortsighted, but this is the
 3    way human nature is.
 4            So, yeah, when things start happening again in
 5    2020 and there was increasing rioting going on, there was
 6    legitimate concern, I believe, for the safety of the
 7    communities.  I mean, you saw not just the violence --
 8    I mean, you saw like the CHAZ in Portland where they claim
 9    this is sovereign territory, this is no longer the
10    United States, and you had people being killed inside that
11    area.
12            And you had one in Atlanta doing the same thing,
13    they declared that several blocs were now on the sovereign
14    state of whatever, and you had a lady -- a local lady just
15    trying to get just get home and she was stopped from going
16    down a street, tried to do a U-turn in a parking lot, and
17    one of the protesters opened fire on a car and killed her
18    12-year-old daughter, 12-year-old black girl.
19            So it was all that kind of stuff going on.
20    Q    And just the same thing that happened in Portland?
21    A    Yes, it did, yes.
22    Q    And they burned the courthouse or burned buildings
23    there, didn't they?
24    A    Yes, they did.  They took over the precinct in the
25    CHAZ and then had guys with AKs patrolling the perimeter.
```

1    You had, you know -- you had Soviet flags flying, things

2    like that, and declaring that this is no longer the

3    United States.  And you had actually a higher murder rate

4    inside that area than the rest of the country.  So it wasn't

5    a good example for them.

6        Q    Okay.  So let's get back up towards the election,

7    November time frame.  And I want to talk about the Signal

8    app.  Is the Signal app basically a texting like anybody has

9    on their iPhone, other than it's encrypted end to end?

10       A    Well, no, we had used other platforms like Discord

11   was the last one we used that was like a third-party

12   platform.  Greg McWhirter, my vice president at the time,

13   swore up and down this was a free speech platform that's not

14   going to kick us off for political reasons.  We had been

15   kicked off of Facebook by that point I believe.

16            So we were using Discord, and of course Discord

17   just shut us down with no notice, nothing, no hearing, just

18   destroyed all of our chats.

19            So I said, "Okay, I'm done with this.  Let me find

20   something that I know is not going to delete us."  That's

21   why I chose Signal.

22       Q    So when did you start using the Signal app?

23       A    When that happened.  So it was about -- I believe

24   it was -- when was that?  I believe it was 2018 or '19, not

25   sure though.

1    Q    Okay.

2    A    But if Gregory McWhirter testifies, you'll have to

3  ask him.  He'll tell you.

4    Q    That's fine.

5    A    Okay.

6    Q    But Signal is a texting app like you can see your

7  text app on your iPhone?

8    A    And you can use it like a -- like a Facebook.  You

9  can use it as an alternate forum that, like I said, will not

10  be shut down because as far as I know Signal does not do

11  that.

12    Q    Right.

13        And you can add -- you can text someone through

14  Signal individually like you and I could text one to one?

15    A    Yes.  Right.

16    Q    Or you could create Signal groups, just like you

17  can on your text -- regular texting app?

18    A    That's correct.

19        And Telegram is another one that does the same

20  kind of thing.

21    Q    Okay.

22        And those groups you could have two people on them

23  or 200 people on them?

24    A    And that's a problem, even -- to talk to more than

25  one person, you've got to create a whole new group.

1    Q    True.

2    A    Right.

3    Q    But it is -- it allows you to communicate with

4    different people that are on a team, per se?

5    A    Yes, sir, that's right.

6         So, yeah, we do -- we do a Signal chat for each

7    operation, whether it's Louisville or a Trump rally in

8    Dallas or whatever we're doing, we would create a chat for

9    that operation.

10        Last one we did, I believe, was 2021 was the Blue

11   Lives Matter rally in Denver, one of the last ones we did as

12   a national organization.

13   Q    And is that why -- setting them up individually

14   for operations, is that why the jurors saw the chat called

15   Jan 5, 6, '21?

16   A    Yeah, right.

17   Q    That was for the January 6th operation Signal

18   chat?

19   A    That's correct.

20   Q    Do you remember when you set that chat up?

21   A    Not quite sure.  I could go back and look and see.

22   Q    But you didn't set it up in October, did you?

23   A    No.  No.

24   Q    You would have probably set it up in December?

25   A    If that.  Like, right at the very -- I believe we

7096

1    set up a VIP chat with all the event organizers that were --

2    that wanted protection, and then I set up the January 6th

3    one.  I'm not sure what date it was.

4        Q    Okay.  But did you have some other chats that were

5    kind of general chats like "Old Leadership" chat and

6    different things like that?

7        A    Yes, we did.

8        Q    And who were in those chats?

9        A    Well, they'd be state leaders and local leaders.

10            We had a problem with journalists and activists

11   hostile to us infiltrating the organization, so we had to

12   every now and again shut down a chat because we thought it

13   had been compromised.

14            They would join and pretend that they were of

15   like-mind, and then infiltrate and want to do an expose.  It

16   happened several times, so we would have to sometimes just

17   stop using a chat.  But Signal wouldn't allow me to delete a

18   whole chat until they changed their format, so you have

19   these dormant chats just kind of sitting there.

20       Q    Okay.

21            And would it be safe to say that you had hundreds

22   and hundreds of chat groups on your phone?

23       A    Right.  Because I couldn't delete them.

24       Q    Right.

25       A    So, like, after the Louisville operation, we

1    really didn't need the operational chat anymore but it's

2    still there.

3        Q    Okay.

4            So you would create one in advance of an operation

5    and invite -- who would you invite to that chat when you

6    signed up?

7        A    Well, so what we usually did is we -- like

8    Louisville, we found someone local.  Like, I found a

9    10th Army -- 10th Mountain Division local veteran, Jonathan.

10   He was our local guy.  I always try to find someone local

11   that lives in the community, that has skin in the game in

12   the community.

13           He's our local contact.

14           Then I sent Whip, Michael Greene to go in.  And he

15   was the one who did the assessment for the -- it was a Cuban

16   restaurant business.

17       Q    Michael Greene is one of the people we've seen on

18   the board that the government --

19       A    Yes.  Yes, he is.

20       Q    -- put up?

21       A    He goes by Whip.  Right.

22       Q    How long have you known Michael Greene?

23       A    Since Hurricane Harvey, so 2017.

24       Q    Okay.

25       A    He was a friend of my vice president,

1  Greg McWhirter, and also one of his instructors at his

2  Western Montana Tactical Shooting Institute.

3      Q    Okay.

4           So you met him at the hurricane disaster relief?

5      A    Yes.  He came down to Hurricane Harvey.  He was an

6  unpaid volunteer for that one.

7      Q    Did he come down to be with Oath Keepers, or did

8  he come down on his own?

9      A    He came down to, at the invitation -- at the

10 invitation of Greg McWhirter, he came to himself with

11 disaster relief.  Greg was with me there in Houston doing

12 disaster relief.

13          MR. LINDER:  Your Honor, may I republish

14 Government's Exhibit 1530?

15          THE COURT:  Yes, of course.  Sorry.

16 BY MR. LINDER:

17     Q    Could you step down and point to Michael Greene?

18     A    Yes, I can.

19     Q    On -- if you can get around that board.  Sorry.

20     A    Yeah.  This is Michael Greene right here.

21     Q    Michael Greene?

22     A    Yeah.

23     Q    Okay.

24          And I cut you off a minute ago, but was he, did he

25 come down in 2017 to the hurricane to be part of the

1  Oath Keepers?

2      A    He came down to be part of our relief mission.  He

3  never joined.  But we accept people that want to volunteer,

4  whether they're members or not, if they're qualified.

5      Q    What was his background, if you know?

6      A    He was an Army veteran.  He had been a sapper in

7  the Army, which is an explosive expert for breaching, actual

8  breaching, not Hollywood breaching.

9           But he was an explosives expert who had fought in

10  Iraq and I believe also Afghanistan.  And then afterwards as

11  a military contractor for Blackwater and Triple Canopy and

12  went all over the world.

13           And he's also a professionally trained executive

14  protection expert, does bodyguard for a lot of rap stars, in

15  fact, and also works -- at the time was working at a club

16  in -- he was from -- oh, I'm drawing a blank.

17           It was a club in Indiana where he lived.

18      Q    Okay.  So he lives in --

19      A    Indianapolis.  I'm sorry.

20      Q    So he lives in Indiana?

21      A    Yeah.  He lives in Indianapolis.

22      Q    But does he travel to different --

23      A    He travels all over the world for his work.

24           But he would -- he came down for hurricane relief,

25  and he had a really good experience and did a fantastic job

```
 1  and we became friends.
 2       Q    What did you think of his abilities?
 3       A    Fantastic.
 4       Q    Smart?
 5       A    Smart, calm.  If you see him in that altercation
 6  in the parking lot, he's chill.
 7            His motto is "Boring is best."
 8       Q    Yeah.
 9       A    And I'm the same way, yeah.
10       Q    Did you rely on him for various operations
11  throughout from 2017 up to current?
12       A    I did, yes.
13       Q    Okay.
14            And did he eventually, and I'll jump ahead and
15  I'll go back.
16            Did he eventually become one of the op leaders for
17  J5, 6?
18       A    He did.
19       Q    Okay.
20       A    I want to clarify something if I can.
21       Q    Yes.
22       A    Okay.
23            So he was an unpaid volunteer in Hurricane Harvey,
24  which is fantastic.  But the man has to make a living.  And
25  so I would pay him after that to come and be a team leader.
```

7101

```
 1   And he would only charge us half of what he normally made
 2   per day for being what he is.
 3        Q    And you said he's an actual licensed security
 4   officer?
 5        A    Yeah.  He's like one of the best.  You're not
 6   going to find someone better than him as far as both a
 7   bodyguard.  He's really good.
 8        Q    Okay.  So he can be hired out, like you said, by
 9   rap stars or politicians?
10        A    All over the country.  Yeah.  He's been
11   everywhere.
12        Q    Okay.
13             You mentioned Greg McWhirter a minute ago.  Is he
14   on that board?
15        A    No, he is not.
16        Q    He's not on the board.
17             How do you know Greg McWhirter?
18        A    Greg McWhirter has been on my Board of Directors,
19   wow, I believe since at least for the 2014.  He helped me to
20   do the analysis of what the Ferguson cops were doing wrong
21   and right and then write, not to start criticism, but a
22   recommendation to try to do it better.  He took a big role
23   in that.
24        Q    And does he live in and run a business in Montana?
25        A    Yes, he does.  He was my vice president.  I'm
```

1    sorry.

2        Q    Is that where you guys met?

3        A    Well, no.  He had been part of our Indianapolis,

4    Indiana chapter.  He was a sheriff deputy in Marion,

5    Indiana, was part of our Indiana chapter, but then he moved

6    to Montana.  That's where we met in person, right.

7        Q    Okay.

8            All right.  So I want to go to November, to the

9    election.  We've already talked about your beliefs it was an

10   invalid election.

11           And was there an event scheduled in D.C. shortly

12   thereafter?

13       A    Yes, there was.

14       Q    Okay.

15           And did you put out, like, an open letter or a

16   call to action about the Million MAGA March?

17       A    Yes.

18           MR. LINDER:  Your Honor, if I could publish

19   Stewart Rhodes SR-2 or if I could admit SR-2 first.

20           MS. RAKOCZY:  No objection.

21           MR. LINDER:  Thank you.

22           Permission to publish.

23           THE COURT:  You may plaintiff.

24                            (Defendant Rhodes Exhibit SR-2
                                  received into evidence.)
25

BY MR. LINDER:

Q     Now, can you see that?

A     Yes.

Q     Is this something that you put out?

A     Yes.

Q     And did you put that out in advance -- it looks like November 10th, so about four days preceding that November 14th march?

A     Yes.

Q     And what was the purpose of this?

A     Two purposes.

Primarily, to announce that we are going to be there and why.

And I had some educational interest in what I was writing in there as well.

And to try to reach out to the President about the Insurrection Act and what I believed he should do.

And also, like I said, to send a message to Antifa that you're not going to be able to get away with this necessarily, so don't even try it as a deterrent.

And then we also had an appeal for additional volunteers.  It's a little bit late.  I like to get a call out to action out earlier than this, but we did get some good volunteers that showed up.

Q     And how many volunteers do you think you had in

1   D.C. for that event?

2        A    We had two separate teams.  One team was escorting

3   four female speakers who were coming into D.C. to speak at

4   Freedom Plaza and then again in front of the Supreme Court

5   who were afraid to even come into D.C. unless they had

6   protection.  So that was one detail that was led by

7   John Shirley who was a current serving police officer -- or

8   a constable, retired Houston PD, current serving constable

9   from Texas, who was a team leader overall for the operation.

10  He walked them along with Michael Greene, Whip.

11       Q    Okay.

12       A    And he had a team, I think, of about seven,

13  altogether, of Oath Keepers.

14            And then we had another team.  That's the one

15  request part of, with Ranger Doug, and that probably had 15.

16       Q    And what was your -- who was your team guarding,

17  if anybody?

18       A    Our team because the general escort team meant to

19  go out and escort Trump supporters, vulnerable people,

20  especially elderly, disabled veterans, women, families, back

21  to their -- if they wanted our help, we would say, Do you

22  want an escort back to the metro stop, back to -- you'll go

23  find them a taxi, back to their hotel, whatever they needed,

24  because the pattern, unfortunately, across the country is

25  that Trump supporters would go to an event and then,

7105

1    especially after the event, especially after dark, then

2    Antifa would come out and try to attack them.

3        Q    So how would you make your presence known at an

4    event to people that needed your services, that you would

5    walk them back to their cars?  How does that come about?

6        A    In advance, you mean?  Oh, at an event?

7        Q    Yeah, at an event.

8        A    Well, what we do is we would -- and we did a lot

9    of Trump rallies, too, because the Trump rallies, what

10   happens is you're going through Secret Service; so you're

11   attending the rally, you're going to be disarmed.  You're

12   not going to get in there with a weapon.

13            So when you leave there, if you're in Dallas,

14   Texas, or frickin' Arizona where a person might carry a gun

15   or a knife or something or pepper spray, when they walk out

16   of that Trump rally, they have nothing on them.

17            So Antifa knows that, and they will then target

18   them because they know they're unarmed and they'll attack

19   them with pepper spray or clubs and things like that.

20       Q    That's what happened with Senator Paul leaving a

21   Trump event?

22       A    Right.

23       Q    Okay.

24       A    So what we would do is we would have our guys stay

25   outside the venue.  We would coordinate with Secret Service,

7106

1    let them know we were there, and local police, and tell

2    them, Hey, where is the line?

3            Each venue is different.  Some venues, it's like,

4    You guys can't even be in the parking lot.  Other venues is,

5    Go ahead and be in the parking lot.

6            But wherever the line was around them of no

7    firearms, we'd stay outside that line and have our armed,

8    retired police officers in particular ready to go to escort

9    folks back to their cars.

10            And I know it might sound like it's excessive, but

11    you have people being attacked.  They're being walked to

12    their -- they're having to go to their cars in the dark, and

13    they're being -- we had one veteran in Texas who was knocked

14    unconscious, hit in the head with a led pipe and

15    hospitalized, and so that's why we did that.

16    Q    When someone asks for your services, do you ask

17    them what their political affiliation is?

18    A    No.  I don't care.

19    Q    If they need your help, you're going to offer it?

20    A    Right.  That's how we are in hurricane relief,

21    too.

22            No one -- I mean, of course, at a Trump rally,

23    it's probably a Trump supporter.

24    Q    True.

25    A    But in hurricane relief, no one cares what

7107

1    political party you're in.  We don't ask them.  We don't

2    care.  And they don't ask us when we're helping them out, if

3    we're delivering food or medicine or whatever we're

4    doing, yeah.

5        Q    Okay.

6            So the November 3rd election comes and goes on

7    the 3rd.

8            Do you remember when the Million MAGA March got

9    planned for the 14th?

10       A    A couple days before I put this notice up.

11           We got -- like, the ladies who wanted an escort,

12   they contacted us and said, you know, "Can you help us out?"

13           Because, you know, unless you're willing to pay a

14   lot of money, if you pay a lot of money, you can get a

15   retired D.C. or a current sort of D.C. metro guy to come off

16   duty and protect you, but that takes a lot of money.

17       Q    Right.

18       A    So if you don't have that kind of money, then

19   you're kind of stuck.

20           So I would assign like John Shirley, he did carry

21   in D.C. but he's a law enforcement officer, he can.

22       Q    So when you see the term -- the jurors see the

23   term "LEO" that can carry or military, that's law

24   enforcement officers?

25       A    Right.  Or LEOSA.  Right.

1    Q    Okay.  Which is -- is that retired?

2    A    Yes, retired.

3         If you're current serving law enforcement, you can

4    carry around the country.  So as a law enforcement in Texas

5    he could carry in D.C.

6    Q    So how would these women that needed protection,

7    these four women, how would they get in touch with you guys?

8    A    Usually through prior events that they know us or

9    know about us, they would contact us.

10        We put frequently -- once in a while we put a

11   message out saying, "If you're someone who needs protection,

12   let us know.  If you can't afford private protection and

13   want us to help you, let us know."

14   Q    And before your website was shut down after all of

15   these events, could people reach out to you guys through

16   your website?

17   A    Yes, they could.

18   Q    Okay.

19   A    Yeah.  And the event organizers, we would

20   coordinate with them and they would let folks know, their

21   speakers know that if you need an escort, we can do it.

22   Q    Okay.

23        So if there's an event in Boise, Idaho and someone

24   emails you guys and says, "Hey, we've got a speaker, we need

25   some protection"?

1      A      Right.

2      Q      Is that -- who would you reach out to?

3      A      Well, a good example is the Multnomah County

4  Republican Party Chair, this is where Portland is, he was

5  invited to go speak at a patriot prayer rally at the federal

6  courthouse, they got a permit to use the federal courthouse

7  grounds.  And he reached out to us because he's afraid to

8  go, he had gotten death threats, and so he said, "I'm not

9  going to be able to go speak unless I have protection.  Can

10 you protect me?"  And I did.

11     Q      Okay.

12     A      So I went there with a four-man team, had a

13 retired recon Marine, the D.C. Metro police officer retired,

14 Brian Krogmann, and then also one other gentleman, I forgot

15 what his background was, and then myself.

16     Q      But if you were -- say, for instance, you were

17 tied up doing another event, would you have people around

18 the country --

19     A      Oh, yes, yes.

20            We always encourage our local chapter to take care

21 of it if they can, but oftentimes they would ask us to send

22 in people that are more experienced with events, and we send

23 in a leadership team.

24     Q      Okay.

25     A      And then we'd also have -- online we'd have an

1    intel support team that would do open source intelligence

2    like watch live-streams of Antifa or whatever is going on in

3    the streets, and they could watch the live-stream and let

4    them know what they see on the live-streams.

5         Q    Okay.

6              So do you remember who coordinated y'all's

7    presence at the November 14th Million MAGA rally?

8         A    Who was the leadership?

9         Q    And who they coordinated with in D.C.?

10        A    Well, the event organizers.

11        Q    Yes.

12        A    So there was a Freedom Plaza event and then there

13   was a Supreme Court event.

14        Q    Okay.

15        A    And so the ladies who were going to be speaking --

16   let me be clear about that.  I wouldn't necessarily say it

17   was event organizers.  It was the ladies who reached out to

18   us through the grapevine and said, "We're going to be

19   speaking here and then walking, you know, from the Freedom

20   Plaza all the way to the Supreme Court, can you help us with

21   escorts into town and then, you know -- from start to

22   finish?"  And we said yes.

23        Q    So how would you communicate your presence ahead

24   of time with D.C. law enforcement or Secret Service --

25        A    So the team leader, like John Shirley, for

1    example.  In that one it was John Shirley, No. 2 was Whip,

2    Michael Greene, and they would call in advance and let the

3    D.C. Metro know that they're there and what they're going to

4    be doing.  And also if there's Secret Service in the area,

5    then let the Secret Service know, too.

6         Q    Okay.  So y'all did that for all three of these

7    D.C. events?

8         A    Right.  That's our standard operating procedure.

9         Q    Now, when you're there --

10        THE COURT:  Mr. Linder, I'm sorry, it's almost

11   11:30.  So if you want to come to a natural ending point in

12   a few minutes, that would be great.  Thank you.

13        MR. LINDER:  Sure.

14   BY MR. LINDER:

15        Q    So while you're at these events, do you guys wear

16   a uniform per se?

17        A    Well, we generally wear like an Oath Keeper cap or

18   a shirt, and our standard colors are black and gold, and

19   that came from my founding Vice President, who was an Army

20   Ranger and Special Forces Major Rex Betier, and he picked

21   the colors black and gold because he was a Ranger.

22        Q    So basically if you looked -- if the jurors were

23   to see a Ranger emblem, it's the same, it's the same gold --

24        A    Identical.  Right.

25        Q    -- same letters, pretty cool looking?

1       A    Yeah, exactly the same, yeah.

2       Q    So --

3       A    And anyone -- and sometimes Ranger Betier was

4  like, "Why are you using our colors," and I would tell them,

5  "Well, because Ranger Betier, one of your guys, he's a

6  triple campy guy, he had SF, Ranger, and airborne on his

7  sleeve, he picked the colors."  And they said okay.

8       Q    So people at these events, if they were leaving an

9  event and saw you guys, they could -- that would know who

10  you were?

11      A    A lot of times they did.

12           We would also have signs we would hold up and say,

13  "If you need an escort, let us know."

14      Q    Okay.

15      A    Okay.  Like security escort, volunteer security

16  escort, just ask.

17           MR. LINDER:  Perfect.  Thank you.

18           THE COURT:  Okay.  Ladies and gentlemen, we've

19  come to the end of our day and the end of the week.

20  Thank you again for all of your time and attention this

21  week.

22           We will continue with Mr. Rhodes' testimony on

23  Monday.  Just another reminder to please avoid any media

24  coverage concerning the case, no discussions about the case,

25  no communications about the case.  We look forward to seeing

  1   you on Monday, have a nice weekend, everybody.  Thank you

  2   very much.

  3              COURTROOM DEPUTY:  All rise.

  4              (Jury exited the courtroom.)

  5              THE COURT:  Mr. Rhodes, you can step down and take

  6   your seat.

  7              Have a seat, everybody.

  8              All right.  Mr. Linder, what's your expectations

  9   in terms of scheduling the next few days?

 10              MR. LINDER:  I mean, I think I will wrap up with

 11   him Monday morning because we're almost to December,

 12   January, so an hour, hour and a half max on direct.

 13              THE COURT:  Okay.

 14              MR. LINDER:  And then we'll -- I think my

 15   co-counsel has given Ms. Rakoczy our next couple of

 16   witnesses we have.  And I don't know -- I assume if I wrap

 17   up with him by the morning break or between that and lunch,

 18   she's going to be on cross for a while, but we'll have a

 19   couple more witnesses ready.

 20              THE COURT:  Okay.

 21              All right.  So we'll forge ahead and we'll see

 22   where we are.

 23              MR. BRIGHT:  In terms of cross by other counsel,

 24   is there a preferred order by the Court, or is it just based

 25   on who is ready and able to go?

1           THE COURT:  You mean of your client?

2           MR. BRIGHT:  Yes, sir, since he's waived and is

3    willing to testify for all.

4           THE COURT:  Do we know whether there will be other

5    questioning done?

6           MR. BRIGHT:  I'm sorry?

7           THE COURT:  Do we know whether there will be other

8    questioning at this point?

9           MR. LINDER:  I assume there will be.

10          MR. BRIGHT:  I'm sure there will be, Your Honor.

11          MR. LINDER:  Once we get to January 6th, I assume

12   so.

13          THE COURT:  Mr. Woodward is shaking his head.

14          MR. WOODWARD:  We don't know anything until we

15   know it.

16          THE COURT:  Look, I think the preferred order is

17   the usual one, just down the list.

18          And then if there is a request to question by

19   defense counsel, obviously government cross-examination will

20   come after that, so I'll turn to defense counsel first.

21          MR. LINDER:  Okay.

22          Did you give us a deadline for the Rule 29 brief?

23          THE COURT:  I have not.

24          MR. LINDER:  Okay.  Do we need to address that at

25   all today other than just --

1          THE COURT:  Look, I think -- what do you want?

2     Just tell me what you all think you need in terms of --

3     let's back up.

4          We've got one filing from Mr. -- on behalf of

5     Mr. Caldwell.  I assume there will be some supplemental in

6     addition to what Mr. Fischer has done.

7          I don't want anything from the government yet in

8     addition to what you've filed until we get more from them.

9     I mean, we should just sequence this as we would any

10    ordinary motion.

11          So the question is to you all first how much time

12    you think you need to get something on file, any

13    supplementation on file?

14          MR. LINDER:  If we could get about ten days out of

15    it, that would be --

16          THE COURT:  All right.  So if that's what you all

17    are contemplating, then this is not a motion I'm going to

18    address until after the jury comes back one way or another.

19          MR. LINDER:  Okay.

20          THE COURT:  I mean, that's the way it's lining up.

21          So you want until November 15?

22          MR. LINDER:  Yes, sir.

23          THE COURT:  Okay.

24          All right.  Well, then, whatever you file on the

25    15th should not only just supplement whatever you want to

1    add on behalf of your clients but should be responsive to

2    what the government has filed, so that whatever the

3    government then files in response, the briefing is done.

4              MR. LINDER:  That's our intention.

5              THE COURT:  Okay.

6              All right.

7              And then once we get whatever we get from them,

8    then we can figure out how long the government thinks it's

9    going to need depending upon the volume of the briefing.

10             MR. LINDER:  You can blame this on L.T.  He had to

11   file a 56 --

12             THE COURT:  I've been wondering what he is doing

13   over there in the corner.  Now I know.

14             MR. WOODWARD:  Your Honor, you said briefing is

15   done, but we'll renew motions presumably at the close of the

16   trial --

17             THE COURT:  I'm sure there will be, but I would

18   hope we don't need any additional briefing after that.

19             MR. WOODWARD:  Understood.

20             THE COURT:  I mean, maybe there's something that

21   comes up in the course of the defense case that might alter

22   that, but I would think whatever you're going to argue is

23   most likely going to be in these initial briefs.  Now,

24   obviously I'll give you an opportunity to supplement

25   whatever you want to.

1           MR. LINDER:  Sure.

2           THE COURT:  Okay.  Anything else, Counsel?

3           MR. LINDER:  I think we're good.

4           Okay.

5           MS. RAKOCZY:  Nothing for the government,

6    Your Honor.  Thank you.

7           THE COURT:  Have a nice weekend, everybody.  We'll

8    see you Monday morning.

9           COURTROOM DEPUTY:  All rise.

10           This Honorable Court will stand in recess until

11    the return of court.

12           (Proceedings concluded at 11:37 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 5, 2022_____   

                William P. Zaremba, RMR, CRR

BY MR. CRISP: [13]
7015/20 7016/10
7019/22 7020/4
7020/20 7021/20
7022/24 7026/3 7027/1
7027/9 7027/17
7027/25 7031/8
BY MR. LINDER: [7]
7032/8 7050/20 7083/8
7088/18 7098/16
7103/1 7111/14
BY THE COURT: [1]
7081/13
COURTROOM
DEPUTY: [10] 6986/2
6986/5 7010/2 7014/20
7031/22 7087/15
7087/23 7088/11
7113/3 7117/9
MR. BRIGHT: [12]
6998/19 6998/22
6999/6 6999/13
6999/16 7007/14
7007/20 7088/8
7113/23 7114/2 7114/6
7114/10
MR. CRISP: [40]
6987/3 6987/8 6987/14
6987/17 6987/23
7000/5 7000/8 7006/11
7006/16 7006/18
7007/3 7007/8 7007/24
7008/12 7008/25
7009/8 7009/10
7009/13 7009/20
7009/23 7010/1 7010/4
7010/10 7010/15
7015/3 7015/6 7016/21
7016/25 7017/20
7019/5 7019/19
7020/18 7021/14
7021/19 7022/15
7022/21 7026/22
7027/16 7031/6
7031/13
MR. FISCHER: [3]
6989/11 7002/20
7013/9
MR. LINDER: [33]
7010/17 7010/21
7011/1 7011/17
7013/20 7031/19
7032/1 7050/17 7083/1
7083/4 7087/11
7087/20 7088/3 7088/7
7088/17 7098/13
7102/18 7102/21
7111/13 7112/17
7113/10 7113/14
7114/9 7114/11
7114/21 7114/24
7115/14 7115/19
7115/22 7116/4
7116/10 7117/1 7117/3
MR. NESTLER: [19]
6988/18 6988/21
6995/12 6996/12

6999/8 6999/20 7001/2
7001/22 7002/2 7002/5
7002/9 7003/23
7004/16 7005/14
7005/21 7006/1 7006/8
MR. WOODWARD:
[21] 6989/25 6991/10
6991/21 6992/21
6993/7 6994/9 6994/22
6995/2 6995/9 6998/9
7010/22 7010/24
7011/3 7011/6 7011/11
7011/22 7012/16
7013/24 7114/14
7116/14 7116/19
MS. HUGHES: [15]
6988/4 6988/9 7000/13
7000/22 7000/24
7017/2 7018/6 7018/21
7019/15 7022/17
7026/1 7026/21 7027/7
7027/20 7031/3
MS. RAKOCZY: [7]
7014/2 7014/11
7014/18 7063/1 7083/3
7102/20 7117/5
THE COURT: [131]
6986/4 6986/23 6987/7
6987/12 6987/16
6987/18 6988/7
6988/11 6988/20
6989/8 6989/12 6991/9
6991/19 6992/11
6992/22 6994/8
6994/11 6994/25
6995/8 6995/10
6996/11 6997/4
6997/22 6998/4
6998/16 6998/21
6999/5 6999/15
6999/18 6999/22
7000/7 7000/10
7000/20 7000/23
7001/14 7002/1 7002/4
7002/8 7002/15 7003/8
7004/14 7004/21
7005/20 7005/25
7006/7 7006/9 7006/14
7006/19 7007/4
7007/13 7007/16
7007/21 7008/8
7008/21 7009/3
7009/11 7009/19
7009/22 7009/24
7010/7 7010/12
7010/14 7010/16
7010/19 7010/23
7011/2 7011/4 7011/8
7011/15 7011/19
7011/23 7013/5
7013/12 7013/23
7013/25 7014/10
7014/15 7014/19
7014/23 7015/4
7016/19 7016/23
7018/5 7018/10
7019/10 7019/17

7026/2 7026/24 7027/8
7027/13 7027/21
7031/4 7031/15
7031/21 7031/24
7032/3 7063/2 7083/5
7087/8 7087/12
7087/17 7087/21
7087/24 7088/4
7088/10 7088/13
7098/15 7102/23
7111/10 7112/18
7113/5 7113/13
7113/20 7114/1 7114/4
7114/7 7114/13
7114/16 7114/23
7115/1 7115/16
7115/20 7115/23
7116/5 7116/12
7116/17 7116/20
7117/2 7117/7
THE WITNESS: [2]
7027/23 7063/4

$
$30 [2] 7053/25 7054/1
$50 [1] 7054/4

,
'19 [1] 7093/24
'20 [1] 7090/13
'21 [1] 7095/15
'50s [1] 7035/16
'60s [1] 7035/12
'86 [1] 7038/9
'90 [1] 7038/16
'94 [1] 7039/15
'95 [1] 7039/8
'98 [3] 7039/21 7039/22
7041/14
'99 [1] 7041/14

0
08077 [1] 6983/13
0826 [1] 6983/18

1
10 [1] 6986/9
10:45 [1] 7087/13
10:47 [1] 7087/22
10th [2] 7097/9 7103/7
10th Army [1] 7097/9
11 [1] 7042/14
11:00 [2] 7087/13
7087/18
11:05 [1] 7087/22
11:30 [5] 7010/18
7087/18 7088/2
7088/15 7111/11
11:37 [1] 7117/12
11:45 [1] 7087/13
12 [1] 7058/2 7062/19
12-year-old [2]
7092/18 7092/18
12th [1] 7067/12
13 [1] 7058/2
14 [3] 7058/4 7065/25
7066/9
1460 [1] 6982/12

7078/23 7080/14
7082/2 7087/1 7103/8
7107/9 7110/7
15 [5] 6981/4 6986/6
7081/18 7104/15
7115/21
1530 [1] 7098/14
15th [1] 7115/25
17 [2] 7035/7 7036/9
11710 [1] 6982/15
1808 [1] 6983/3
19 [1] 7037/10
1965 [1] 7034/4
1983 [1] 7036/18
7036/24
1989 [1] 7038/6
1995 [1] 7039/8
19th [1] 7054/9
7054/11
1:30 [1] 6988/1

2
2-minute [1] 6988/1
20 [2] 7008/3 7065/15
200 [1] 7094/23
20001 [1] 6984/5
20010 [1] 6983/4
20036 [1] 6983/9
2004 [2] 7042/11
7045/13
2005 [1] 7046/2
2006 [2] 6983/12
7046/2
2007 [1] 7046/6
2009 [7] 7046/22
7051/1 7053/18 7054/8
7054/10 7057/25
7070/7
2010 [1] 7046/10
2012 [1] 7047/15
2014 [4] 7060/8 7060/9
7064/12 7101/19
2017 [4] 7065/15
7097/23 7098/25
7100/11
2018 [1] 7093/24
2019 [1] 7090/13
202 [4] 6981/18 6983/4
6983/9 6984/5
2020 [15] 7060/12
7064/7 7064/12 7070/8
7071/20 7075/1
7076/12 7076/24
7077/17 7079/21
7089/4 7089/7 7091/10
7091/12 7092/5
2021 [2] 7058/7
7095/10
2022 [2] 6981/5 7118/7
20579 [1] 6981/17
20th [1] 7024/6
21061-3065 [1]
6983/18
214 [2] 6982/5 6982/9
22-15 [2] 6981/4
6986/6
22nd [1] 7007/6

7007/6
24 [1] 6981/7
252-7277 [1] 6981/18
252-9900 [1] 6982/5
2615 [1] 6983/9
29 [3] 7010/20 7013/2
7114/22

3
30 [6] 6987/5 6987/8
7000/20 7008/3 7016/5
7065/3
30-second [2] 6987/24
6987/25
300 [1] 6983/17
302 [1] 7025/13
3065 [1] 6983/18
318 [1] 6982/12
3249 [1] 6984/5
3300 [2] 6982/3 6982/3
333 [1] 6984/4
352-2615 [1] 6983/9
354-3249 [1] 6984/5
3rd [3] 7086/25 7107/6
7107/7

4
4.0 [1] 7039/24
40,000 [1] 7070/15
4031 [1] 6982/15
410 [1] 6983/18
412-4676 [1] 6982/16
44 [5] 7020/19 7021/10
7021/19 7022/18
7022/19
4676 [1] 6982/16
487-1460 [1] 6982/12

5
50 [1] 7054/1
51 [1] 7015/12
55 [1] 7011/7
55-page [1] 7012/20
56 [1] 7116/11
5708 [1] 6983/13

6
601 [2] 6981/17 6983/7
607-5708 [1] 6983/13
65-year-old [1]
7081/19
6th [8] 7028/16
7028/23 7029/17
7029/21 7030/4
7095/17 7096/2
7114/11

7
700 [2] 6982/4 6982/8
71301 [1] 6982/11
717 [1] 6982/16
720-7777 [1] 6982/9
7277 [1] 6981/18
7310 [1] 6983/17
7447 [1] 6983/4
75219 [2] 6982/4
6982/8
7777 [1] 6982/9
787-0826 [1] 6983/18

**8**
**819** [1] 6982/11
**856** [1] 6983/13
**8:30** [1] 6981/6

**9**
**9/11** [1] 7042/14
**900** [1] 6983/8
**9900** [1] 6982/5
**996-7447** [1] 6983/4
**9:00** [1] 7088/8
**9:30** [1] 7088/8

**A**
**a.m** [4] 6981/6 7087/22
7087/22 7117/12
**abilities** [1] 7100/2
**ability** [1] 7008/7
**able** [13] 6990/20
7001/6 7005/6 7005/8
7005/9 7015/25 7024/4
7024/5 7080/10
7081/11 7103/19
7109/9 7113/25
**about** [111] 6987/5
6987/7 6987/24 6988/1
6990/3 6992/8 6992/20
6992/23 6993/19
6996/1 6997/24 6998/1
6998/22 7001/3 7001/9
7003/3 7003/24 7004/4
7004/12 7005/10
7005/18 7006/4
7006/22 7006/25
7007/12 7007/22
7011/13 7012/17
7013/15 7014/15
7016/23 7017/12
7020/5 7020/8 7020/12
7020/21 7023/4
7023/22 7024/20
7025/9 7025/10
7027/14 7028/6 7028/7
7028/15 7033/25
7034/20 7038/4 7038/6
7043/22 7044/21
7044/21 7047/2
7048/16 7049/6
7049/14 7049/20
7049/21 7052/17
7052/18 7054/11
7055/3 7055/16 7056/3
7057/12 7059/5
7059/18 7060/5
7062/14 7065/3
7067/25 7069/16
7069/25 7069/25
7073/5 7076/15 7078/3
7080/9 7080/25
7081/16 7081/23
7081/24 7082/6
7082/10 7082/21
7083/18 7083/24
7084/17 7084/21
7085/19 7086/1
7086/21 7087/6 7088/6
7090/4 7091/16 7093/7

7102/16 7103/7
7103/16 7104/12
7105/5 7108/9 7110/16
7112/24 7112/25
7115/6 7115/8
**above** [7] 7045/7
7055/2 7055/13
7060/22 7068/14
7068/16 7118/4
**above-titled** [1] 7118/4
**absolute** [2] 7053/14
7065/17
**absolutely** [8] 7023/13
7023/23 7034/19
7051/5 7051/24
7066/13 7069/10
7086/3
**Abu** [1] 7048/21
**Abu Ghraib** [1]
7048/21
**abuse** [2] 6994/3
7048/22
**academy** [1] 7066/22
**accept** [1] 7099/3
**acceptable** [2] 6989/19
7065/24
**access** [1] 7044/3
**accost** [2] 7030/23
7072/12
**accosted** [2] 7031/9
7072/10 7072/15
**accurate** [1] 7018/1
**accusation** [1] 7052/15
**accuse** [1] 7052/13
**acknowledge** [1]
6993/20
**across** [9] 6989/7
6999/4 7043/16
7068/13 7068/22
7068/23 7070/11
7083/23 7104/24
**act** [9] 7043/12
7043/13 7047/15
7065/6 7069/10 7080/5
7080/13 7081/8
7103/17
**action** [3] 7079/8
7102/16 7103/23
**active** [1] 7038/9
**activists** [1] 7096/10
**activities** [2] 7020/6
7056/15
**activity** [2] 7073/18
7090/25
**actual** [5] 7064/1
7064/4 7077/25 7099/7
7101/3
**actually** [19] 6987/10
6993/18 7010/21
7025/5 7026/18 7027/2
7039/7 7054/8 7061/11
7063/5 7063/17 7077/1
7077/2 7077/24
7079/10 7081/3
7081/11 7082/4 7093/3
**Adams** [6] 7054/14
7055/1 7055/3 7076/14

**Adams'** [1] 7089/7
**add** [2] 7094/13 7116/1
**addition** [6] 7033/11
7048/2 7060/1 7089/12
7115/6 7115/8
**additional** [5] 6988/5
7011/10 7011/11
7103/21 7116/18
**additionally** [1]
7033/13
**address** [2] 7114/24
7115/18
**addresses** [1] 7006/2
**administration** [4]
7043/10 7054/14
7090/18 7090/21
**admissions** [1]
7041/23
**admit** [2] 7022/15
7102/19
**admitted** [7] 6985/10
7022/16 7022/18
7040/22 7046/14
7050/18 7050/19
**admonishments** [1]
7032/16
**advance** [5] 7067/16
7097/4 7103/6 7105/6
7111/2
**advantage** [3] 6991/25
6992/7 6992/9
**advantageous** [1]
7080/25
**advocates** [4] 7051/9
7051/10 7051/12
7051/13
**affect** [1] 6997/1
**affiliation** [1] 7106/17
**affirmed** [1] 7047/16
**afford** [3] 7062/18
7062/20 7108/12
**Afghanistan** [2]
7057/21 7099/10
**afraid** [3] 7073/1
7104/5 7109/7
**after** [30] 6997/6
7014/16 7030/8
7040/16 7041/16
7043/3 7044/16
7045/15 7045/19
7045/20 7047/14
7048/21 7061/18
7065/14 7065/15
7071/20 7076/24
7087/12 7087/13
7088/20 7088/20
7090/2 7096/25
7100/25 7105/1 7105/1
7108/14 7114/20
7115/18 7116/18
**afterwards** [1] 7099/10
**again** [15] 6993/10
7006/16 7022/22
7022/25 7024/12
7025/12 7054/19
7059/14 7068/10
7076/9 7092/1 7092/4

7112/20
**against** [8] 7033/3
7037/9 7050/4 7051/22
7052/15 7071/5
7071/14 7080/8
**age** [1] 7056/23
**age-out** [1] 7056/23
**aged** [1] 7056/23
**agent** [37] 6988/23
6989/2 6989/4 6989/15
6989/18 7001/4
7001/15 7002/3
7002/17 7003/3
7003/14 7003/14
7003/15 7003/19
7003/25 7004/1 7004/1
7004/2 7004/6 7004/7
7004/8 7004/11
7004/11 7004/13
7004/23 7004/23
7004/25 7005/11
7005/12 7005/17
7005/17 7005/19
7006/2 7006/5 7006/6
7013/10 7044/7
**Agent Hilgeman** [1]
7004/7
**Agent Palian** [5]
7004/1 7004/2 7004/8
7005/17 7005/19
**agents** [15] 6988/15
7001/6 7001/12
7001/19 7001/23
7002/6 7002/19 7003/1
7003/6 7004/15
7004/20 7005/8
7005/16 7005/22
7079/12
**agitators** [1] 7068/9
**ago** [4] 6991/12 7064/5
7098/24 7101/13
**agree** [11] 6991/6
6992/14 6996/15
6997/25 6998/2
7004/16 7018/10
7019/5 7019/8 7052/8
7077/4
**agreed** [6] 6999/3
6999/17 7033/19
7033/21 7077/1 7077/2
**agrees** [1] 6993/11
**ahead** [8] 7055/10
7056/13 7059/3
7060/25 7100/14
7106/5 7110/23
7113/21
**aid** [1] 7021/5
**aided** [1] 6984/7
**airborne** [4] 7036/21
7037/6 7037/14 7112/6
**aisle** [1] 7072/3
**AIT** [1] 7037/6
**AKs** [1] 7092/25
**AL** [1] 6981/6
**Alexandra** [2] 6981/15
6986/12
**Alexandra Hughes** [1]

7112/20
**Alexandria** [1] 6982/11
**all** [115] 6987/16
6987/19 6987/19
6988/11 6988/12
6989/8 6989/12
6989/13 6989/21
6993/12 6996/17
6996/19 6998/12
6998/17 6999/3
6999/10 7000/11
7003/8 7006/9 7006/14
7006/24 7007/12
7008/10 7011/4
7012/23 7013/15
7013/25 7014/15
7015/4 7016/20
7017/13 7019/13
7019/17 7020/10
7023/24 7024/14
7025/2 7030/2 7030/19
7031/24 7035/3 7039/2
7040/5 7040/20
7042/17 7042/19
7042/20 7043/1 7043/6
7044/25 7046/5
7047/18 7047/20
7048/14 7049/10
7050/2 7050/4 7051/6
7051/19 7051/23
7052/3 7052/8 7053/22
7054/24 7056/15
7056/18 7057/9 7059/7
7059/8 7063/7 7064/15
7066/9 7066/18
7070/14 7073/13
7074/9 7075/5 7075/13
7076/23 7077/17
7084/3 7084/9 7085/14
7086/18 7087/3 7087/5
7087/14 7087/15
7087/21 7087/23
7088/13 7089/6
7092/19 7093/18
7096/1 7099/12
7099/23 7101/10
7102/8 7108/14
7110/20 7111/6
7112/20 7113/3 7113/8
7113/21 7114/3
7114/25 7115/12
7115/11 7115/16
7115/16 7115/24
7116/6 7117/9
**all right** [5] 6989/12
7024/14 7031/24
7043/1 7115/24
**alleged** [1] 7080/19
**allegedly** [1] 7025/10
**alleyway** [1] 7071/4
**allow** [6] 6991/4
6996/7 6999/3 7003/4
7039/4 7096/17
**allowed** [4] 6992/3
7048/8 7066/4 7066/9
**allows** [2] 7065/7
7095/3
**almost** [5] 7047/7

## A

almost... [4] 7076/3
7081/6 7111/10
7113/11
along [3] 7075/2
7075/2 7104/10
already [7] 7009/18
7012/13 7012/14
7022/16 7036/8
7040/21 7102/9
also [56] 6993/4
6995/14 7001/5 7002/6
7007/10 7018/16
7018/19 7021/5 7021/8
7025/9 7025/22 7026/5
7026/8 7028/15
7033/21 7035/12
7036/13 7039/11
7041/10 7045/21
7046/4 7047/15 7048/6
7048/11 7049/24
7050/7 7051/20
7054/20 7059/5
7059/19 7060/2 7060/2
7060/18 7061/13
7068/13 7068/14
7073/20 7077/8
7077/18 7077/20
7078/11 7079/8
7082/25 7089/25
7090/9 7091/7 7098/1
7099/10 7099/13
7099/15 7103/18
7103/21 7109/14
7109/25 7111/4
7112/12
alter [1] 7116/21
altercation [1] 7100/5
alternate [1] 7094/9
although [1] 6991/14
altogether [1] 7104/13
always [10] 7017/22
7035/20 7066/18
7067/15 7067/15
7067/21 7074/13
7074/15 7097/10
7109/20
am [2] 7004/22
7088/22
amenable [1] 6992/8
Amendment [6]
6997/17 6998/7
6998/11 6998/14
6998/15 7033/17
Amendments [1]
7044/6
AMERICA [6] 6981/3
6986/7 7044/21
7044/25 7084/5 7089/8
American [7] 7034/9
7034/11 7043/21
7043/23 7043/24
7052/1 7052/2
Americans [5] 7043/4
7043/25 7047/8
7047/11 7052/2
AMIT [2] 6981/9 6986/3
analysis [1] 7101/20

anger [2] 7043/3
7045/5
angrily [1] 7031/1
angry [1] 7089/14
announce [1] 7103/12
another [13] 7035/15
7037/16 7068/14
7073/6 7079/14 7088/6
7089/14 7090/10
7094/19 7104/14
7109/17 7112/23
7115/18
answer [2] 7012/17
7063/3
antagonize [1] 7019/6
antagonizing [1]
7019/12
anti [2] 7041/10
7041/10
anti-corruption [1]
7041/10
anti-war [1] 7041/10
anticipate [1] 7005/6
anticipating [1]
7001/22
anticipation [1]
7001/20
Antifa [12] 7065/19
7065/20 7073/3
7074/23 7077/16
7079/9 7079/16 7080/8
7103/18 7105/2
7105/17 7110/2
any [43] 6987/11
6988/2 6989/9 6989/23
6989/23 6990/3
6992/17 6992/20
6993/25 6995/16
7001/23 7002/12
7002/17 7002/18
7004/9 7005/16
7007/10 7012/7
7012/13 7014/13
7019/13 7025/15
7031/2 7033/24 7045/4
7045/4 7047/11
7047/12 7051/10
7051/12 7051/14
7055/8 7066/7 7070/17
7070/18 7070/21
7070/22 7071/15
7081/9 7112/23 7115/9
7115/12 7116/18
anybody [12] 6992/19
6999/23 7007/22
7024/19 7052/13
7070/4 7070/23
7070/24 7070/24
7070/25 7093/8
7104/17
anymore [3] 7057/12
7078/13 7097/1
anyone [5] 7016/12
7022/4 7028/5 7043/19
7112/3
anything [17] 6995/4
6995/5 6999/25
7001/24 7005/23

7022/8 7026/14
7036/16 7071/14
7080/12 7084/10
7084/21 7114/14
7115/7 7117/2
apartments [1]
7060/22
apologize [4] 7012/16
7013/9 7013/12
7022/16
app [7] 7087/7 7093/8
7093/8 7093/22 7094/6
7094/7 7094/17
apparent [1] 7018/22
appeal [1] 7103/21
appeals [2] 7046/17
7046/18
APPEARANCES [4]
6981/13 6981/20
6982/17 6983/20
appears [1] 7021/12
appellate [2] 7046/15
7046/17
apples [1] 7089/24
application [4]
7043/22 7052/8 7052/9
7052/19
applications [1]
7053/21
applied [1] 7038/25
apply [1] 7041/19
appoint [1] 7084/15
appreciate [4] 6989/25
7013/2 7013/7 7014/6
appropriate [8]
6989/17 6996/3
7003/15 7018/3
7026/24 7027/21
7048/5 7077/11
approved [1] 7047/18
April [2] 7054/9
7054/11
are [65] 6986/21
6986/24 6987/2
6987/20 6988/25
6990/13 6990/19
6993/9 6993/9 6996/20
6997/13 6999/10
7000/1 7001/22
7005/22 7006/25
7007/1 7007/10
7008/21 7008/21
7012/24 7014/5 7014/5
7014/25 7015/25
7016/15 7017/4 7017/8
7017/10 7017/10
7017/15 7017/16
7018/23 7019/7 7019/8
7021/11 7037/12
7044/19 7044/20
7048/23 7050/1
7050/24 7051/7 7059/8
7064/1 7064/2 7067/21
7068/19 7069/1 7074/2
7074/7 7074/8 7075/20
7077/10 7084/3
7090/24 7091/4 7095/4

7109/22 7111/18
7112/4 7113/22
7115/17
area [8] 6989/3
6994/15 6995/19
6995/22 7028/22
7092/11 7093/4 7111/4
areas [1] 7031/5
aren't [1] 6990/17
arguably [3] 6992/16
7018/10 7018/13
argue [4] 7011/17
7018/7 7069/20
7116/22
arguing [1] 7011/13
argument [4] 7000/24
7008/15 7011/24
7012/6
arguments [5] 7011/10
7011/12 7012/23
7013/22 7014/5
Arizona [3] 7045/16
7085/15 7105/14
armed [6] 7023/5
7023/5 7064/18
7064/18 7066/15
7106/7
armor [3] 7073/14
7073/21 7074/21
Army [6] 7036/18
7052/3 7097/9 7099/6
7099/7 7111/19
around [12] 7035/25
7050/14 7064/15
7076/15 7076/22
7088/15 7089/15
7091/17 7098/19
7106/6 7108/4 7109/17
arrest [2] 7029/6
7064/3
arrested [1] 7070/18
arrival [1] 7020/17
arrived [1] 7023/5
arson [3] 7077/4
7077/4 7077/12
Article [6] 7044/4
7082/18 7083/12
7083/13 7084/14
7085/8
Article II [3] 7083/13
7084/14 7085/8
Article III [1] 7044/4
as [88] 6990/2 6990/13
6991/10 6991/11
6992/10 6992/10
6992/25 6996/4 6996/7
6996/23 6996/25
6997/6 6997/8 6998/7
7000/24 7001/5 7001/8
7002/12 7003/18
7004/1 7005/1 7005/17
7007/17 7008/10
7009/3 7012/25 7014/1
7014/1 7015/11
7015/15 7016/3 7017/5
7017/6 7017/6 7019/19
7021/10 7024/16

7026/19 7027/3
7027/11 7027/18
7028/2 7032/23 7036/6
7036/10 7038/25
7039/7 7041/8 7044/8
7047/7 7047/7 7049/11
7050/2 7053/14 7056/3
7058/15 7059/9 7061/7
7062/7 7062/7 7062/23
7063/1 7067/2 7067/4
7069/4 7069/22
7072/12 7072/13
7075/2 7076/7 7077/8
7077/12 7081/15
7084/9 7084/15
7085/16 7094/9
7094/10 7094/10
7095/11 7099/10
7101/6 7101/6 7103/15
7103/20 7108/4 7115/9
aside [1] 7011/20
ask [20] 6987/18
6989/9 6996/14 6997/7
6999/3 7009/16
7009/24 7014/2
7016/19 7016/20
7029/3 7031/24
7087/18 7088/22
7094/3 7106/16 7107/1
7107/2 7109/21
7112/16
asked [11] 6995/4
7006/11 7006/24
7009/25 7023/19
7025/9 7025/22 7028/3
7028/15 7028/21
7068/11
asking [6] 6988/16
6988/19 6988/22
6993/9 6994/22
7006/22
asks [1] 7106/16
aspire [1] 7049/22
assault [3] 7039/12
7079/17 7081/3
assaulted [2] 7073/5
7089/24
assaulting [1] 7065/22
assert [1] 6998/6
assertion [1] 7017/24
assessment [1]
7097/15
assign [1] 7107/20
assist [1] 7081/10
assistance [1] 7028/5
assisting [2] 7017/6
7017/16
associate [1] 7051/16
associates [2] 6982/14
7051/9
assume [8] 7006/13
7010/4 7025/20
7072/19 7113/16
7114/9 7114/11 7115/5
assumption [1]
6997/14
assure [1] 6990/16
Atlanta [1] 7092/12

7122

# A

**att.net [1]** 6982/12
**attack [4]** 7065/19
7079/14 7105/2
7105/18
**attacked [2]** 7079/9
7106/11
**attacking [1]** 7068/8
**attempting [1]** 7022/7
**attend [1]** 7072/25
**attending [1]** 7105/11
**attention [2]** 7073/15
7112/20
**attorney [2]** 7046/16
7084/19
**Attorney General [1]**
7084/19
**ATTORNEY'S [1]**
6981/16
**attorneys [2]** 7007/15
7061/22
**audience [2]** 7006/3
7088/23
**audio [2]** 7016/23
7019/4
**auditorium [1]** 7042/19
**August [1]** 7076/16
**authority [1]** 7047/17
**authorization [3]**
7043/14 7047/15
7047/17
**authorized [1]** 7064/25
**Avenue [4]** 6982/3
6982/7 6983/7 6984/4
**avoid [1]** 7112/23
**avoided [1]** 6995/9
**award [3]** 7042/6
7042/8 7044/16
**aware [3]** 7024/24
7049/25 7049/25
**away [7]** 6987/4 7040/3
7045/5 7046/10
7080/10 7081/16
7103/19

# B

**B-17 [1]** 7035/7
**back [34]** 6987/23
7000/3 7014/24 7015/4
7025/12 7036/19
7038/18 7041/18
7043/4 7044/12 7046/6
7054/21 7055/5
7060/19 7062/3
7065/19 7070/2 7087/5
7088/20 7089/4 7089/5
7089/22 7091/12
7093/6 7095/21
7100/15 7104/20
7104/22 7104/22
7104/23 7105/5 7106/9
7115/3 7115/18
**backed [1]** 7062/2
**background [5]** 7053/1
7053/2 7053/9 7099/5
7109/15
**backgrounds [1]**
7042/3

**B-17 [1]** 7035/7
**Bader [1]** 7068/6
**bag [4]** 7029/17
7029/19 7029/25
7030/6
**bakery [1]** 7060/17
**ball [2]** 7035/7 7073/1
**bank [1]** 7024/9
**BARRETT [2]** 6982/3
6984/4
**based [12]** 6995/21
6997/21 6998/19
6998/23 7002/16
7015/6 7022/10
7046/16 7051/14
7083/21 7084/8
7113/24
**basically [6]** 6994/23
7002/21 7003/4
7085/24 7093/8
7111/22
**basis [4]** 6990/9
6991/3 6994/13 7005/4
**bat [2]** 7074/19 7076/4
**baton [1]** 7070/24
**Battle [1]** 7035/5
**be [136]** 6986/4
6987/11 6989/4
6989/17 6989/18
6990/4 6990/20
6990/23 6990/24
6991/1 6991/16 6992/5
6992/16 6993/13
6993/16 6994/21
6995/9 6995/24 6996/3
6996/7 6996/17 6997/8
6997/25 6999/2
7000/18 7001/6 7001/6
7001/10 7001/13
7001/16 7001/21
7002/6 7002/17
7003/19 7003/19
7005/9 7005/19
7005/23 7006/6
7006/15 7007/10
7007/11 7009/1
7010/20 7011/10
7011/11 7011/13
7011/16 7012/2 7012/3
7012/14 7014/23
7021/12 7022/18
7024/19 7024/21
7033/11 7033/14
7033/16 7033/21
7034/5 7034/11
7034/15 7036/8
7036/14 7036/16
7037/2 7037/8 7040/11
7040/14 7043/12
7043/20 7044/7
7046/18 7047/5
7048/12 7049/12
7049/25 7051/15
7051/15 7052/4
7053/14 7055/21
7055/25 7056/18
7061/24 7061/25

7063/12 7063/22
7066/14 7067/20
7069/14 7070/1
7072/21 7073/3
7073/15 7075/25
7077/12 7077/15
7079/14 7080/10
7081/9 7084/18
7088/13 7090/1
7094/10 7096/9
7096/21 7098/7
7098/25 7099/2
7100/25 7101/8
7103/12 7103/19
7105/11 7106/4 7106/5
7109/9 7110/15
7110/16 7110/18
7111/4 7111/12
7113/18 7114/4 7114/7
7114/9 7114/10 7115/5
7115/15 7116/1
7116/17 7116/23
**beat [1]** 7065/21
**beating [1]** 7065/20
**became [2]** 7039/9
7100/1
**because [4]** 6991/3
6993/10 6995/1 6995/7
6997/1 7002/21
7002/24 7003/1
7008/16 7013/18
7020/1 7029/13
7030/15 7039/11
7041/4 7041/8 7045/1
7050/2 7052/8 7053/2
7054/1 7054/2 7056/22
7057/9 7057/20
7059/14 7061/9
7061/10 7063/5
7063/18 7067/20
7068/4 7068/15
7073/14 7073/24
7074/10 7074/14
7074/22 7076/23
7077/7 7080/4 7082/18
7083/22 7083/25
7085/9 7085/22
7086/20 7089/8
7091/24 7091/25
7092/1 7094/10
7096/12 7096/23
7104/18 7104/24
7105/9 7105/18
7107/13 7109/7
7111/21 7112/5
7113/11
**become [3]** 6995/10
7059/21 7100/16
**becomes [2]** 6997/12
7078/14
**becoming [2]** 7071/25
7089/13
**been [36]** 6991/21
6992/1 6992/2 6992/7
6995/3 7006/22
7012/13 7015/14
7021/10 7024/5 7024/8

7030/11 7030/13
7050/18 7051/12
7051/18 7052/1
7057/19 7067/12
7071/12 7073/24
7074/15 7077/19
7079/23 7080/19
7081/11 7082/16
7093/14 7096/13
7099/6 7101/10
7101/18 7102/3
7116/12
**before [21]** 6981/9
6995/3 7000/1 7001/12
7032/17 7033/25
7035/24 7053/3
7053/18 7059/4 7066/6
7067/13 7074/18
7076/16 7076/18
7082/20 7083/25
7086/21 7089/4
7107/10 7108/14
**began [4]** 7039/8
7043/15 7054/15
7086/24
**begin [1]** 7033/25
**beginning [1]** 7022/21
**behalf [6]** 6996/2
6996/23 6997/19
7011/9 7115/4 7116/1
**behind [1]** 7042/25
**being [37]** 6988/15
6992/25 7001/15
7005/8 7014/25 7017/5
7017/6 7017/6 7017/23
7018/11 7019/25
7025/22 7026/5 7029/3
7031/9 7035/19
7036/15 7040/9
7040/12 7046/8 7048/7
7048/7 7061/12 7069/1
7073/5 7074/9 7074/24
7074/25 7077/20
7081/5 7084/23
7089/24 7092/10
7101/2 7106/11
7106/11 7106/13
**beliefs [4]** 7044/12
7044/20 7044/20
7102/9
**believe [21]** 6990/17
6995/15 7002/22
7005/15 7016/25
7018/3 7026/9 7028/25
7050/18 7058/4
7082/16 7085/14
7085/22 7092/6
7093/15 7093/23
7093/24 7095/10
7095/25 7099/10
7101/19
**believed [3]** 7024/21
7082/17 7103/17
**believes [1]** 6992/6
**belong [1]** 7057/1
**Bench [1]** 7016/22
**Benning [1]** 7036/10

**Berkeley [6]** 7065/13
7065/17 7066/3 7066/5
7066/24 7089/20
**Berwick [1]** 6983/12
**best [6]** 6991/14
7011/3 7042/10 7045/1
7100/7 7101/5
**Betier [3]** 7111/20
7112/3 7112/5
**better [4]** 7012/3
7090/11 7101/6
7101/22
**between [4]** 6993/14
7054/15 7062/4
7113/17
**beyond [1]** 7031/5
**big [15]** 7041/11
7042/20 7043/18
7046/25 7048/20
7058/6 7058/7 7060/6
7062/4 7072/9 7076/4
7076/8 7084/1 7086/20
7101/22
**big-box [1]** 7084/1
**biggest [2]** 7056/15
7056/14
**bigtime [1]** 7071/22
**bike [3]** 7075/7 7076/5
7076/8
**bill [4]** 7042/10
7042/12 7045/9 7049/5
**binoculars [1]** 7063/22
**bit [11]** 6988/17
6994/19 7054/15
7067/25 7087/10
7087/13 7089/2 7089/4
7090/6 7090/16
7103/22
**black [9]** 7052/2
7060/17 7063/7 7073/4
7074/24 7077/24
7092/18 7111/18
7111/21
**Black Lives Matter [1]**
7077/24
**Blackwater [1]**
7099/11
**blame [1]** 7116/10
**blank [1]** 7099/16
**BLM [3]** 7021/13
7022/13 7022/14
**block [2]** 7060/19
7062/24
**blocs [1]** 7092/13
**Blue [1]** 7095/10
**board [8]** 7038/8
7052/1 7066/22
7097/18 7098/19
7101/14 7101/16
7101/18
**boards [1]** 7019/24
**body [3]** 7073/14
7073/21 7074/21
**bodyguard [2]** 7099/14
7101/7
**Boise [1]** 7108/23
**bonded [1]** 7061/25
**Boring [1]** 7100/7

**B**

**born [2]** 7034/3 7034/4
**both [12]** 7013/7
7024/5 7034/23
7053/13 7072/1 7072/2
7077/17 7088/24
7089/13 7089/22
7089/24 7101/6
**bothered [1]** 7043/18
**bottle [1]** 7032/1
**bottles [3]** 7074/5
7074/5 7074/6
**bottom [1]** 6994/12
**bound [1]** 7045/18
**box [1]** 7084/1
**Boys [2]** 7070/3
7074/25
**Bradford [3]** 6983/11
6983/14 6986/18
**Branch [1]** 7084/17
**branches [2]** 7036/12
7047/20
**BRAND [1]** 6983/3
**brandwoodwardlaw.c
om [1]** 6983/5
**breaching [1]** 7099/7
7099/8 7099/8
**break [3]** 7087/9
7088/20 7113/17
**Brian [1]** 7109/14
**brief [10]** 7010/25
7011/9 7011/14
7011/18 7012/20
7012/22 7013/19
7013/21 7044/19
7114/22
**briefing [7]** 7013/18
7014/12 7014/16
7116/3 7116/9 7116/14
7116/18
**Briefly [1]** 7034/24
**briefs [5]** 7013/7
7046/15 7046/18
7046/19 7116/23
**brig [1]** 7044/2
**BRIGHT [3]** 6982/3
6982/7 6986/14
**bring [4]** 7020/19
7062/19 7074/13
7079/4
**broad [1]** 6995/21
**broad-based [1]**
6995/21
**broader [1]** 7078/10
**broken [1]** 7060/4
**brother [1]** 7090/9
**brought [3]** 7006/4
7048/13 7054/19
**Brown [1]** 7060/9
**buff [1]** 7040/12
**build [1]** 7036/19
**building [8]** 6983/8
7006/10 7006/18
7025/11 7025/24
7061/3 7077/5 7077/8
**buildings [4]** 7020/13
7060/20 7077/10
7092/22

**bullets [1]** 7073/22
**bunch [5]** 7007/17
7019/11 7048/13
7058/5 7062/19
**bunker [1]** 7079/12
**burn [5]** 7060/19
7068/9 7068/10 7077/5
7079/23
**burned [5]** 7017/23
7061/12 7077/20
7092/22 7092/22
**Burnie [1]** 6983/18
**burning [2]** 7020/13
7061/3
**Bush [4]** 7043/9
7043/15 7047/1
7047/16
**business [8]** 7020/10
7024/1 7024/8 7068/11
7068/14 7068/17
7097/16 7101/24
**businesses [6]**
7017/22 7017/23
7021/3 7061/2 7061/12
7084/3
**busy [1]** 7013/10
**buy [1]** 7059/16
**buy-in [1]** 7059/16
**bylaws [1]** 7050/23

**C**

**Cakes [1]** 7060/16
**Calabresi's [1]**
7042/15
**Caldwell [5]** 6983/16
6986/10 6986/20
6986/25 7115/5
**caliber [1]** 6995/7
**California [5]** 7034/4
7052/14 7065/13
7066/1 7066/2
**call [19]** 6988/25
6989/4 6991/7 6993/11
6996/4 6996/23
7002/12 7004/2
7007/17 7031/19
7049/22 7075/7 7079/8
7079/8 7082/8 7088/6
7102/16 7103/22
7111/2
**called [9]** 6996/7
7001/21 7002/17
7003/19 7005/23
7041/24 7051/18
7073/1 7095/14
**calling [6]** 6989/1
6999/2 7001/23 7005/1
7072/14 7081/9
**calm [5]** 7069/6 7069/7
7069/11 7069/17
7100/5
**calmly [1]** 7068/20
**came [16]** 7013/11
7034/20 7035/2 7043/3
7054/19 7054/24
7067/11 7067/24
7069/5 7091/24 7098/5

**bullets/campaign column**
7099/24 7111/19
**campaign [1]** 7071/22
**campy [1]** 7112/6
**can [83]** 6988/4
6988/12 6988/18
6989/15 6991/2
6992/10 6993/13
6994/9 6995/9 6995/19
6996/17 6997/18
6998/19 6999/1
6999/16 7000/3 7000/5
7001/2 7001/17
7001/20 7002/22
7006/20 7009/1 7010/5
7011/4 7013/18 7014/1
7014/6 7016/6 7016/8
7020/8 7020/9 7020/16
7020/19 7022/21
7027/23 7037/25
7045/3 7050/17
7050/21 7056/17
7058/18 7059/23
7059/24 7059/24
7063/3 7065/5 7067/6
7067/20 7075/25
7076/6 7077/8 7081/9
7082/13 7082/15
7083/9 7083/10
7087/18 7091/17
7091/18 7094/6 7094/8
7094/9 7094/13
7094/13 7094/17
7098/18 7098/19
7100/20 7101/8 7103/2
7107/12 7107/14
7107/21 7107/23
7108/3 7108/21 7109/9
7109/21 7110/20
7113/5 7116/8 7116/10
**can't [17]** 6994/25
6996/24 6999/13
7001/18 7002/24
7008/19 7011/4
7029/24 7061/25
7062/18 7062/19
7063/21 7066/7
7078/13 7082/23
7106/4 7108/12
**cancer [1]** 7046/9
**cannot [2]** 7020/15
7067/6
**Canopy [1]** 7099/11
**cap [1]** 7111/17
**capacity [1]** 7082/7
**Capitol [3]** 6990/11
7027/4 7028/7
**Capitol Grounds [1]**
6990/11
**captain [1]** 7066/6
**captured [1]** 7019/4
**capturing [1]** 7019/2
**car [6]** 7029/13 7030/3
7030/5 7071/4 7071/5
7092/17
**care [10]** 6988/12
7045/25 7046/9
7057/11 7063/8 7063/9

**cared/cars column**
7107/2 7109/20
**cared [3]** 7043/7
7043/8 7043/9
**cares [1]** 7106/25
**Carolina [1]** 7044/2
**carried [2]** 7036/2
7064/23
**carry [12]** 7064/25
7065/7 7066/4 7066/7
7066/9 7076/6 7076/7
7105/14 7107/20
7107/23 7108/4 7108/5
**cars [4]** 7038/24
7105/7 7106/9 7106/12
**case [68]** 6986/6
6988/22 6989/2 6989/4
6989/4 6989/15
6989/18 6989/19
6990/7 6990/9 6990/15
6991/7 6991/11
6993/11 6993/16
6993/18 6994/7
6996/22 6997/24
6998/8 7001/4 7001/8
7001/9 7001/16
7001/23 7001/24
7002/7 7002/14
7002/18 7003/3 7003/5
7003/6 7003/7 7003/14
7003/14 7004/1 7004/3
7004/11 7004/11
7004/13 7004/14
7004/15 7004/17
7004/19 7004/23
7004/23 7005/11
7005/17 7005/18
7007/18 7008/24
7013/4 7013/10
7013/10 7032/21
7032/24 7040/23
7045/25 7061/23
7078/9 7078/18 7082/7
7086/24 7089/7
7112/24 7112/24
7112/25 7116/21
**cases [5]** 6992/17
6993/20 6996/5
6996/21 6997/21
**causing [1]** 7067/8
**center [2]** 7024/17
7039/10
**certain [2]** 7028/22
7062/11
**certainly [3]** 6989/19
6999/18 7001/18
**certified [2]** 6984/3
7039/1
**certify [1]** 7118/2
**cetera [1]** 6991/14
**CH [1]** 6984/4
**chain [2]** 7076/3
7076/4
**chains [2]** 7076/1
7076/5
**Chair [1]** 7109/4
**chance [1]** 7000/11
**change [5]** 7001/25

**changed/chief column**
7084/25 7085/11
**changed [4]** 7037/9
7084/23 7085/22
7096/18
**changing [1]** 7071/21
**chapter [4]** 7091/23
7102/4 7102/5 7109/20
**chapters [3]** 7052/25
7076/22 7091/25
**charge [2]** 7071/16
7101/1
**charged [1]** 7070/18
**charges [2]** 7053/5
7071/13
**chat [13]** 7095/6
7095/8 7095/14
7095/18 7095/20
7096/1 7096/6 7096/12
7096/17 7096/18
7096/22 7097/1 7097/5
**chats [8]** 7086/2
7086/25 7089/5
7093/18 7096/4 7096/5
7096/8 7096/19
**CHAZ [2]** 7092/8
7092/25
**check [6]** 7000/5
7006/16 7010/5 7052/8
7053/2 7053/9
**checks [1]** 7053/1
**chief [5]** 6991/7
6991/11 6993/11
6996/21 7086/24
**chill [2]** 7074/15
7100/6
**chose [1]** 7093/21
**Churchill [1]** 7044/24
**Cinnaminson [1]**
6983/13
**Circuit [4]** 6993/17
6993/18 6993/23
6997/23
**circumstances [1]**
6995/24
**citations [1]** 7014/8
**citizens [3]** 7043/21
7043/23 7043/24
**city [3]** 6987/6 6987/9
7042/18
**civil [1]** 7043/20
**civilian [1]** 7057/13
**CJA [1]** 7007/14
**claim [2]** 7043/19
7092/8
**claimed [1]** 7047/17
**clarify [5]** 6988/18
6995/13 6998/19
7001/2 7100/20
**Clark [1]** 7036/5
**classmates [1]**
7042/17
**classroom [1]** 7042/15
**clean [1]** 7065/18
**clear [12]** 6988/21
6993/5 6997/15
7014/12 7018/19
7022/7 7033/12

7124

## C

clear... [5] 7033/13
7055/1 7079/19
7082/19 7110/16
clearly [1] 6992/22
clerked [1] 7045/16
client [9] 6987/13
6990/20 6995/18
6995/20 6998/11
7008/17 7012/21
7031/20 7114/1
client's [1] 6990/17
clients [4] 6990/3
6990/9 6991/18 7116/1
clip [4] 6987/24
6987/25 6988/6
7000/16
close [3] 7068/17
7088/1 7116/15
club [3] 7059/23
7099/15 7099/17
clubs [2] 7039/2
7105/19
co [16] 6990/7 6990/8
6990/15 6990/24
6990/25 6991/6
6992/25 6993/5
6993/21 6994/1 6994/2
6997/24 7033/14
7033/22 7038/3
7113/15
CO-COUNSEL [1]
7113/15
co-defendant [5]
6990/8 6990/15
6992/25 6993/21
6994/1
co-defendant's [1]
6993/5
co-defendants [5]
6990/7 6990/24 6994/2
6997/24 7033/22
co-defendants' [1]
7033/14
cocktails [1] 7064/2
code [1] 7037/10
codified [1] 7047/2
Cold [1] 7037/1
collapsed [2] 7042/22
7042/23
colleague [1] 6998/10
colleagues [1] 7001/3
college [3] 7039/5
7039/15 7039/17
color [2] 7051/15
7052/5
Colorado [1] 7058/6
colors [4] 7111/18
7111/21 7112/4 7112/7
COLUMBIA [1] 6981/1
Columbus [5] 7020/25
7021/1 7021/8 7021/21
7023/10
combatant [4] 7043/19
7043/20 7043/23
7047/1
combatants [1]
7047/12

come [28] 6993/23
7005/9 7006/12
7006/12 7031/21
7045/25 7055/13
7056/10 7057/5
7057/10 7058/20
7060/5 7060/19
7063/11 7081/10
7085/10 7090/7 7098/7
7098/8 7098/25
7100/25 7104/5 7105/2
7105/5 7107/15
7111/11 7112/19
7114/20
comes [10] 6992/6
6993/24 6997/6
7001/24 7002/14
7017/3 7033/15 7107/6
7115/18 7116/21
coming [5] 6990/18
7065/10 7078/12
7088/20 7104/3
command [1] 7066/19
commanders [1]
7066/20
comment [1] 7020/5
commit [1] 7012/21
commitment [1]
7035/23
committed [1] 7051/22
COMMO [1] 7037/9
common [4] 7018/22
7066/11 7075/22
7075/24
communicate [2]
7095/3 7110/23
communications [1]
7112/25
communist [1]
7053/13
communities [3]
7017/17 7017/21
7092/7
community [14]
7017/19 7039/7
7039/15 7047/23
7055/23 7056/16
7059/14 7059/15
7059/17 7059/20
7063/6 7081/9 7097/11
7097/12
companies [1] 7062/5
company [3] 7037/15
7062/9 7062/18
complete [3] 6989/5
7002/10 7004/3
completely [2] 6991/1
7004/25
completeness [5]
6988/5 7008/4 7008/9
7009/5 7015/10
complex [1] 7041/11
compliance [1]
7050/10
comply [1] 7082/18
comported [1] 7030/19
compromised [1]
7096/13

computer [1] 6984/7
computer-aided [1]
6984/7
computers [1] 7086/17
concede [1] 7079/17
concept [1] 6989/10
concern [7] 7005/7
7048/2 7048/15 7079/7
7079/9 7079/14 7092/6
concerned [5] 6987/21
7049/13 7080/9 7081/2
7082/6
concerning [3]
6988/15 6989/21
7112/24
concerns [3] 7023/22
7083/21 7083/24
conclude [2] 6997/11
7014/16
concluded [1] 7117/12
conclusion [1] 6992/6
concrete [2] 7074/6
7074/7
condition [1] 7035/18
conduct [2] 6993/4
6993/5
conducting [1]
7017/25
conference [2]
7016/22 7081/7
confirm [1] 7020/15
confirmed [1] 7047/16
confiscation [1]
7048/11
conflict [1] 7045/24
confrontation [1]
6997/10
confusing [1] 7078/14
confusion [1] 7033/11
Congress [3] 7047/14
7047/19 7051/1
Congressman [1]
7040/18
consent [1] 7061/2
consequential [1]
6994/20
conservative [3]
7090/20 7090/23
7091/3
conservatives [1]
7090/20
consider [3] 7034/11
7036/12 7045/9
considered [1]
7040/12
consistent [2] 6988/1
7088/14
constable [2] 7104/8
7104/8
Constitution [21]
6984/4 6987/10 7044/5
7044/22 7045/2 7045/7
7045/10 7049/25
7050/4 7050/8 7050/11
7050/11 7051/11
7054/25 7055/2 7055/7
7059/18 7082/19
7083/22 7084/7

constitutional [6]
6994/16 6996/9 7044/8
7082/22 7086/16
7086/19
contact [2] 7097/13
7108/9
contacted [1] 7107/12
contemplated [1]
7011/20
contemplates [1]
7001/18
contemplating [2]
7012/5 7115/17
context [2] 7078/10
7078/15
continue [5] 7012/3
7015/1 7016/17
7019/19 7112/22
CONTINUED [4]
6982/1 6983/1 6984/1
7015/18
contract [2] 7036/20
7045/21
contractor [1] 7099/11
contrary [1] 7084/11
convenience [1]
7068/5
conversation [1]
7024/24
conversations [1]
7024/20
cool [3] 7036/21
7091/4 7111/25
coordinate [2] 7105/25
7108/20
coordinated [2] 7110/6
7110/9
cops [1] 7101/20
corner [1] 7116/13
corporations [1]
7084/5
Corps [2] 7036/15
7036/15
correct [28] 7000/22
7019/19 7021/21
7023/1 7023/22
7023/23 7025/17
7030/1 7033/23
7038/15 7046/3
7046/22 7051/19
7053/20 7059/11
7059/12 7062/7 7062/8
7062/11 7064/18
7064/19 7075/3 7085/4
7087/7 7091/20
7094/18 7095/19
7118/3
corruption [1] 7041/10
Costco [1] 7084/2
could [36] 6989/3
6991/7 6992/16
6993/11 6995/24
6996/3 7001/13 7006/5
7009/17 7021/14
7021/15 7032/9 7033/2
7043/19 7047/5 7052/4
7053/16 7066/17

7071/11 7074/17
7078/18 7080/3
7085/10 7094/14
7094/16 7094/22
7095/21 7098/17
7102/18 7102/19
7108/5 7108/15
7108/17 7110/3 7112/9
7115/14
couldn't [2] 7079/4
7096/23
counsel [22] 6989/5
6989/23 6989/24
6990/16 6990/20
6992/6 6995/16 6998/4
7001/4 7002/6 7006/21
7007/9 7007/25
7014/20 7033/15
7033/22 7051/2
7113/15 7113/23
7114/19 7114/20
7117/2
counselor [1] 7041/23
country [24] 7034/18
7035/23 7044/23
7048/14 7053/14
7055/2 7055/12
7055/23 7057/4
7057/11 7064/15
7070/12 7071/21
7074/10 7076/15
7076/22 7083/23
7089/15 7091/17
7093/4 7101/10
7104/24 7108/4
7109/18
County [1] 7109/3
couple [9] 7000/3
7038/8 7043/7 7066/25
7076/18 7081/22
7107/10 7113/15
7113/19
course [23] 6988/24
6990/14 6993/22
6994/25 6996/17
6999/15 7000/7 7002/1
7020/14 7022/4 7043/3
7044/5 7048/21 7054/5
7054/21 7055/22
7056/1 7073/20
7080/12 7093/16
7098/15 7106/22
7116/21
court [43] 6981/1
6984/2 6984/3 6986/2
6990/13 6991/4 6991/6
6991/12 6991/21
6991/25 6992/3 6992/5
6992/8 6992/19
6993/10 6993/12
6993/23 6994/5
6994/23 6994/23
6995/2 6995/4 6995/4
6996/6 7008/5 7012/17
7012/25 7013/3 7014/6
7014/8 7019/18
7032/12 7033/24
7045/17 7047/3 7047/6

court... [7] 7047/13
7104/4 7110/13
7110/20 7113/24
7117/10 7117/11
court reporter [1]
7032/12
Court's [3] 6992/2
7008/1 7031/6
courthouse [4] 7000/3
7092/22 7109/6 7109/6
courtroom [12]
6986/22 7001/6 7001/7
7001/13 7001/19
7002/12 7004/7
7005/16 7014/22
7087/16 7088/12
7113/4
courts [2] 6992/20
7046/18
cover [2] 7083/13
7083/15
coverage [1] 7112/24
covers [1] 7083/14
COVID [3] 7083/22
7083/24 7085/6
CR [1] 6981/4
create [6] 6995/6
7050/25 7094/16
7094/25 7095/8 7097/4
creates [1] 7047/10
credentials [1] 7065/6
creed [1] 7051/15
crime [1] 7070/19
criminal [3] 6986/6
7045/21 7071/13
criminals [1] 7064/4
Crisp [16] 6982/14
6982/14 6986/19
6987/2 6987/22 6988/8
7000/11 7000/14
7006/9 7010/8 7010/14
7015/2 7016/19
7021/18 7027/13
7064/5
crisplegal.com [1]
6982/16
criticism [2] 7063/23
7101/21
criticized [2] 7061/14
7063/17
crop [2] 7036/2 7036/2
cross [26] 6985/4
6989/22 6989/22
6990/23 6991/5
6991/20 6993/6
6993/21 6994/4
6994/18 6994/19
6995/17 6995/19
6995/21 6996/9 6997/2
6998/3 6998/23
7023/19 7027/22
7033/8 7033/14
7033/20 7113/18
7113/23 7114/19
cross-examination [12]
6989/22 6989/22
6991/5 6991/20 6994/4

6997/2 7023/19
7027/22 7033/20
7114/19
cross-examine [5]
6993/6 6993/21
6995/17 6996/9 7033/8
cross-examined [1]
7033/14
crossed [2] 6992/13
7033/21
crossing [1] 6990/4
6990/5
crowd [6] 7019/2
7024/18 7024/18
7063/25 7069/2 7076/1
crown [1] 7045/9
CRR [2] 7118/2 7118/8
Cuban [1] 7097/15
cum [1] 7040/1
curfew [1] 7063/19
current [15] 7049/17
7049/22 7055/17
7057/25 7059/17
7064/25 7065/4 7066/1
7066/21 7071/19
7100/11 7104/7 7104/8
7107/15 7108/3
current/former [1]
7055/17
currently [2] 7001/22
7002/11
cut [4] 7035/13
7044/14 7056/12
7098/24
cycle [3] 7064/9
7070/7 7071/20
cycles [1] 7090/25
cyclist [1] 7075/7

**D**
D.C [38] 6981/5
6981/17 6983/4 6983/9
6984/5 7023/20
7024/10 7028/16
7028/22 7029/1 7030/4
7040/20 7040/20
7046/16 7064/23
7064/25 7065/1
7066/19 7067/11
7072/17 7074/23
7079/4 7079/13 7081/5
7081/22 7102/11
7104/1 7104/3 7104/5
7107/15 7107/15
7107/21 7108/5
7109/13 7110/9
7110/24 7111/3 7111/7
dad [2] 7035/12
7072/13
dad's [1] 7035/4
Dallas [6] 6982/4
6982/8 7007/20
7077/19 7095/8
7105/13
danger [1] 7077/10
dangerous [1] 7047/21
dark [3] 7052/4 7105/1

date [5] 7028/23
7054/5 7054/6 7096/3
7118/7
daughter [1] 7092/18
David [2] 6983/16
6986/20
David Fischer [1]
6986/20
day [12] 6981/7
7020/25 7022/7 7030/3
7038/24 7076/10
7081/21 7081/23
7088/6 7088/15 7101/2
7112/19
daylight [1] 7037/25
days [5] 6991/11
7103/7 7107/10 7113/9
7115/14
dead [1] 7024/5
deadline [1] 7114/22
deadly [1] 7077/4
dealing [1] 7073/20
death [1] 7109/8
December [4] 7067/12
7075/1 7095/24
7113/11
decide [4] 6993/24
6995/16 6995/17
6997/18
decided [6] 6997/19
7036/6 7038/3 7040/13
7060/25 7085/9
decides [1] 6993/17
deciding [1] 7084/19
declare [3] 7043/19
7047/12 7080/5
declared [2] 7079/16
7092/13
declaring [2] 7080/5
7093/2
defamation [1]
7051/22
defend [2] 7050/4
7050/7
defendant [34] 6982/2
6982/13 6983/2
6983/11 6983/15
6986/7 6986/8 6986/8
6986/9 6986/9 6986/15
6986/17 6986/18
6986/19 6986/20
6990/8 6990/15
6990/25 6991/6
6992/24 6992/24
6992/25 6993/21
6994/1 6998/5 6998/14
6999/24 7015/14
7022/19 7032/3
7032/20 7032/23
7083/6 7102/24
Defendant 10 [1]
6986/9
Defendant 2 [1] 6986/8
Defendant 3 [1] 6986/8
Defendant 4 [1] 6986/9
Defendant Caldwell [1]
6986/20

[1] 6986/18
Defendant Meggs [1]
6986/17
Defendant No. 1 [1]
6986/7
Defendant Watkins [2]
6986/19 7015/14
defendant's [5] 6985/5
6985/10 6990/19
6993/1 6993/5
defendants [11]
6981/7 6986/21
6987/19 6990/7
6990/24 6994/2
6997/24 6999/14
6999/14 7004/18
7033/22
defendants' [2]
6996/21 7033/14
Defender [1] 7045/22
Defender's [1] 7045/24
defending [1] 7062/24
defense [18] 6988/25
6989/22 6989/23
6998/4 7001/24 7002/7
7002/14 7002/24
7002/24 7014/13
7023/17 7033/19
7039/10 7047/15
7081/10 7114/19
7114/20 7116/21
defenses [1] 6990/17
defer [2] 7011/17
7013/3
definitely [4] 7034/17
7041/9 7041/10
7067/17
definition [1] 6990/21
definitive [1] 7012/17
delete [3] 7093/20
7096/17 7096/23
deliberate [1] 7033/3
delivering [1] 7107/3
demeanor [2] 7030/17
7031/10
democracy [2]
7044/24 7045/1
Democrat [2] 7043/8
7090/21
denied [1] 6995/5
Denver [1] 7095/11
deny [1] 6994/17
department [2] 7061/8
7062/2
depending [11] 6988/5
6988/23 6989/1 6997/2
7000/25 7001/4 7002/7
7002/13 7004/9
7064/19 7116/9
depends [2] 7073/11
7075/15
Deplora [1] 7073/1
Deplora-Ball [1]
7073/1
deputies [1] 7067/21
deputy [1] 7102/4
describe [1] 7016/3

describing [1] 7018/12
designated [1]
7044/16
designed [2] 7059/10
7082/3
destroy [1] 7053/14
destroyed [1] 7093/18
destruction [1]
7020/13
detail [1] 7017/16
7037/18 7104/6
detailed [2] 7029/4
7029/10
detained [1] 7044/1
detention [2] 7047/4
7047/4 7047/8
deter [3] 7073/17
7073/18 7080/11
determine [2] 6993/12
7009/5
determined [1]
7048/12
deterrent [2] 7080/8
7103/20
dictate [2] 7007/4
7007/6
dictatorship [1] 7035/2
did [147]
did you [10] 7022/8
7036/22 7037/4
7040/25 7041/3 7042/6
7071/20 7071/23
7095/22 7114/22
didn't [19] 6987/5
6987/6 6987/9 6989/20
6996/2 7001/10 7011/8
7023/20 7025/4 7030/3
7035/13 7044/14
7056/11 7080/11
7080/11 7090/10
7092/23 7095/22
7097/1
difference [3] 6993/14
6994/3 7080/19
different [19] 6997/24
6998/7 7003/20
7004/10 7007/7 7026/5
7039/5 7042/3 7054/16
7058/6 7060/3 7061/1
7084/20 7087/10
7090/3 7095/4 7096/6
7099/22 7106/3
differently [1] 7011/19
difficult [1] 7001/16
digging [1] 7044/18
diligent [1] 6990/1
direct [9] 6985/4
6995/25 6996/2 6998/8
7015/18 7032/6
7084/16 7085/7
7113/12
directed [2] 7033/14
7033/21
direction [2] 7007/4
7013/14
directors [3] 7052/1
7066/22 7101/18

**directs [1]** 6997/2
**dirt [1]** 7034/10
**dirt-floor [1]** 7034/10
**disability [1]** 7038/8
**disabled [2]** 7038/14
7104/20
**disagree [3]** 6994/15
6997/20 6998/4
**disarmed [1]** 7105/11
**disaster [9]** 7057/19
7057/22 7058/2 7060/1
7065/9 7065/18 7098/4
7098/11 7098/12
**discharged [2]** 7038/7
7038/13
**Discord [3]** 7093/10
7093/16 7093/16
**discourse [1]** 7089/12
**discretionary [1]**
6992/19
**discrimination [1]**
7051/13
**discuss [1]** 7024/23
**discussed [2]** 7001/5
7031/5
**discussion [3]** 6998/20
7020/21 7023/4
**discussions [4]** 7001/8
7015/6 7082/20
7112/24
**disgusting [1]** 7052/12
**disperse [1]** 7081/8
**display [1]** 7017/18
**distinction [5]** 6994/3
7052/5 7062/4
**DISTRICT [3]** 6981/1
6981/1 6981/10
**disturbed [1]** 7043/9
**disturbing [5]** 7047/9
7052/14
**division [2]** 7055/12
7097/9
**do [132]** 6990/15
6991/2 6991/2 6991/19
6994/9 6994/13 6999/9
6999/17 7000/12
7000/9 7000/25
7001/3 7002/24 7006/5
7006/9 7006/14
7009/11 7009/14
7009/17 7009/25
7010/2 7011/15
7011/18 7012/7 7013/9
7013/16 7013/16
7013/21 7016/2
7016/11 7019/24
7020/24 7022/2 7022/8
7025/22 7025/23
7026/4 7026/13
7026/18 7027/2
7027/11 7027/18
7028/2 7028/8 7028/9
7028/18 7030/8
7032/24 7033/1
7033/24 7034/11
7035/20 7035/22
7037/23 7038/3

7040/17 7041/16
7044/20 7044/21
7045/15 7050/3
7051/23 7052/25
7053/2 7053/22 7054/5
7054/6 7055/11
7055/24 7056/5 7056/7
7056/10 7056/10
7056/15 7058/13
7058/16 7059/7
7059/24 7060/2
7061/11 7061/20
7062/10 7062/20
7063/14 7063/15
7063/19 7063/24
7067/6 7067/7 7067/15
7070/13 7074/3 7074/8
7079/15 7081/11
7081/11 7084/7
7084/20 7085/11
7087/3 7088/1 7088/25
7089/1 7090/7 7090/11
7090/14 7092/16
7094/10 7095/6 7095/6
7095/20 7096/15
7101/17 7101/20
7101/22 7103/17
7103/25 7104/21
7105/8 7105/24
7106/16 7107/8
7108/21 7110/1 7110/6
7111/15 7114/4 7114/7
7114/24 7115/1
**do you [3]** 7025/22
7034/11 7111/15
**Do you have [1]**
7070/13
**do you know [1]**
7101/17
**do you remember [5]**
7026/4 7039/19 7087/3
7095/20 7110/6
**do you see [1]** 7016/11
**doctrine [1]** 7043/23
**document [1]** 7025/13
**does [21]** 6992/19
6996/13 6997/1 6998/4
6999/11 7003/22
7007/14 7018/20
7018/25 7040/8 7049/9
7057/12 7083/13
7083/15 7094/10
7094/19 7099/14
7099/22 7101/24
7101/25 7105/5
**doesn't [8]** 6993/1
6993/24 6995/10
6997/10 6997/11
7057/11 7069/17
7084/20
**doing [35]** 6991/14
6995/3 6998/15 7009/7
7017/15 7024/22
7037/22 7037/25
7043/10 7046/13
7046/15 7050/10
7056/18 7057/22

7070/5 7070/14 7071/7
7073/11 7073/12
7073/16 7077/17
7077/18 7090/1 7090/4
7090/6 7090/21
7092/12 7095/8
7098/11 7101/20
7109/17 7111/4
7116/12
**doing, [1]** 7107/4
**doing, yeah [1]** 7107/4
**Dolan [2]** 7057/5
7089/6
**dollars [1]** 7024/9
**domestic [1]** 7050/5
**domestically [1]**
7049/2
**don't [67]** 6987/5
6988/2 6988/24 6992/8
6992/17 6994/3
6994/22 6995/1
6997/17 7000/1 7000/2
7002/2 7002/22 7003/6
7005/7 7005/15 7007/8
7007/9 7007/10
7007/16 7007/22
7008/6 7008/14
7008/15 7008/16
7008/19 7009/22
7009/24 7010/7
7010/10 7011/6
7011/12 7012/20
7013/2 7013/7 7016/25
7018/3 7019/5 7019/8
7028/11 7028/19
7047/11 7057/12
7057/22 7061/20
7061/23 7061/24
7064/3 7067/21
7068/15 7068/16
7070/2 7070/4 7070/21
7072/6 7077/4 7077/5
7103/20 7106/18
7107/1 7107/7 7107/22
7107/18 7113/16
7114/14 7115/7
7116/18
**donations [1]** 7058/20
**done [10]** 6996/17
7024/19 7030/15
7047/16 7071/15
7093/19 7114/5 7115/6
7116/3 7116/15
**Donovan's [1]** 7030/5
**door [1]** 6990/12
**dormant [2]** 7091/25
7096/19
**double [2]** 7006/16
7010/5
**double-check [2]**
7006/16 7010/5
**Doug [1]** 7104/15
**Douyon [2]** 7006/21
7006/24
**down [36]** 7009/10
7010/8 7031/16 7045/6
7050/12 7053/17

7061/13 7064/3
7065/22 7077/5
7079/11 7079/20
7079/21 7079/22
7079/24 7081/4 7084/3
7089/1 7092/16
7093/13 7093/17
7094/10 7096/12
7098/5 7098/7 7098/8
7098/9 7098/17
7098/25 7099/2
7099/24 7108/14
7113/5 7114/17
**downtown [1]** 7065/17
**dozen [1]** 7005/8
**drag [1]** 7079/18
**dragging [1]** 7071/4
**drawing [2]** 7073/14
7099/16
**drawn [1]** 7046/6
**dressed [1]** 7073/4
**drive [2]** 6983/12
7029/13
**driven [1]** 7079/10
**driver [1]** 7078/18
**drop [1]** 7091/6
**Dubose [1]** 7060/16
**due [2]** 7004/17 7044/3
**dues [2]** 7053/24
7058/18
**during [14]** 6996/20
7002/7 7004/2 7020/14
7022/4 7023/20
7026/19 7037/1
7038/24 7046/25
7054/13 7064/12
7090/18 7090/22
**duty [6]** 7038/9
7048/17 7049/6 7050/2
7066/2 7107/16

**E**
**E-l-m-e-r [1]** 7032/14
**each [8]** 6991/15
6996/20 6997/25
7002/6 7069/17
7084/14 7095/6 7106/3
**earlier [4]** 7020/12
7025/12 7050/19
7103/23
**ears [1]** 7007/13
**Edmund [1]** 6983/2
**educate [1]** 7047/23
**educational [1]**
7103/14
**Edward [3]** 6982/10
6986/10 6986/15
**Edward Tarpley [1]**
6986/15
**Edwards [2]** 6981/16
6986/12
**edwardtarpley [1]**
6982/12
**effect [5]** 7017/18
7018/3 7018/7 7025/23
7025/24
**effectively [1]** 6998/6

**efficiency [2]** 6997/12
6998/25
**efficient [1]** 6999/9
**effort [1]** 7058/21
**efforts [3]** 7058/3
7060/1 7061/14
**either [14]** 6991/2
7007/9 7008/17 7011/7
7013/19 7019/25
7033/14 7033/21
7056/22 7073/25
7076/16 7078/7
7084/21 7089/6
**elderly [1]** 7104/20
**elected [6]** 7065/15
7071/20 7072/25
7083/18 7089/13
7091/2
**election [22]** 7064/9
7070/7 7071/19
7076/13 7076/17
7076/18 7077/14
7079/16 7082/10
7082/11 7082/16
7082/17 7082/24
7083/25 7084/8
7084/19 7085/3
7085/24 7093/6 7102/9
7102/10 7107/6
**elections [2]** 7083/15
7083/23
**electors [2]** 7083/16
7084/16
**elements [1]** 7012/24
**elicit [1]** 6991/17
**ELMER [5]** 6981/6
6982/2 6986/7 7032/5
7032/13
**Elmer Stewart Rhodes
III [2]** 6986/7 7032/13
**else [6]** 6999/23
6999/25 7003/22
7025/23 7064/25
7117/2
**email [11]** 6981/18
6981/19 6982/5 6982/9
6982/12 6982/16
6983/5 6983/10
6983/14 6983/19
6988/14
**emails [1]** 7108/24
**embarrassed [1]**
7061/8
**emblem [1]** 7111/23
**emergency [2]** 7049/4
7078/19
**Empire [1]** 6983/17
**employees [1]** 7068/7
**EMS [3]** 7049/14
7049/24 7056/16
**EMT [1]** 7059/22
**encourage [1]** 7109/20
**encouraged [1]**
7063/13
**encrypted [2]** 7087/7
7093/9
**end [6]** 7013/3 7019/2
7093/9 7093/9 7112/19

**end...** [1] 7112/19
**ended** [7] 6991/20
6991/23 6993/9
6993/15 6994/18
6997/14 7038/9
**ending** [1] 7111/11
**enemies** [1] 7050/5
**enemy** [5] 7043/18
7043/20 7043/23
7047/1 7047/12
**enemy-combatant** [1]
7047/1
**energy** [1] 7069/18
**enforcement** [29]
7026/4 7026/19 7027/3
7048/15 7049/3
7049/14 7049/23
7050/3 7050/6 7064/24
7065/2 7065/4 7065/6
7065/10 7065/25
7066/2 7066/14
7066/18 7067/1 7067/4
7067/5 7067/7 7067/13
7075/5 7107/21
7107/24 7108/3 7108/4
7110/24
**engaging** [1] 7018/24
**England** [1] 7045/3
**enjoyed** [1] 7026/7
**enough** [3] 7025/4
7057/13 7074/20
**entered** [2] 7014/22
7088/12
**entire** [10] 7000/15
7008/2 7008/5 7008/16
7015/8 7015/8 7019/3
7019/6 7060/19 7064/3
**entirety** [4] 7009/1
7017/11 7018/9
7018/21
**entitled** [1] 7051/15
**entrance** [1] 7010/2
**entry** [1] 7036/9
**error** [1] 7047/7
**errors** [1] 7037/11
**escort** [9] 7104/18
7104/19 7104/22
7106/8 7107/11
7108/21 7112/13
7112/15 7112/16
**escorted** [5] 7072/24
7072/25 7073/5
7074/24 7074/25
**escorting** [2] 7073/12
7104/2
**escorts** [1] 7110/21
**especially** [6] 7030/6
7053/3 7085/5 7104/20
7105/1 7105/1
**essentially** [2] 6988/16
6993/2
**et** [2] 6981/6 6991/14
**et cetera** [1] 6991/14
**ethos** [1] 7059/19
**even** [20] 6986/24
6989/18 6991/4
6992/23 7047/11

7065/5 7065/21 7072/9
7074/19 7074/23
7079/19 7080/11
7082/20 7086/21
7094/24 7103/20
7104/5 7106/4
**evening** [2] 6988/15
7020/16
**evenings** [1] 7020/14
**event** [30] 7030/4
7042/16 7065/14
7065/16 7066/21
7070/17 7070/21
7071/15 7072/18
7073/10 7076/19
7077/23 7078/23
7096/1 7102/11 7104/1
7104/25 7105/1 7105/4
7105/6 7105/7 7105/21
7108/19 7108/23
7109/17 7110/10
7110/12 7110/13
7110/17 7112/9
**events** [25] 7031/9
7060/3 7064/13
7064/17 7065/9
7066/11 7067/11
7067/14 7070/6
7071/10 7072/21
7074/14 7076/15
7076/17 7076/21
7077/13 7077/14
7077/18 7077/21
7108/8 7108/15
7109/22 7111/7
7111/15 7112/8
**eventually** [3] 7036/4
7100/14 7100/16
**ever** [13] 7023/12
7026/13 7029/3 7029/4
7029/9 7064/23 7070/5
7070/17 7070/18
7070/22 7070/23
7070/25 7071/15
**every** [8] 6987/18
7005/9 7023/5 7023/5
7023/7 7030/15 7076/7
7096/12
**everybody** [8] 7033/13
7054/22 7063/18
7075/9 7087/24 7113/1
7113/7 7117/7
**everyone** [13] 6986/4
6986/23 6986/24
7011/9 7014/23
7057/20 7057/23
7059/21 7069/6
7086/16 7086/17
7087/21 7088/14
**everything** [2] 7047/16
7092/1
**everywhere** [1]
7101/11
**evidence** [7] 7012/4
7014/7 7014/9 7022/19
7083/2 7083/6 7102/24
**evidentiary** [1] 6994/20

**exactly** [2] 7052/10
7053/4
**examination** [16]
6989/22 6989/22
6991/5 6991/20 6994/4
6994/19 6995/21
6997/2 6998/7 6998/8
7015/18 7023/19
7027/22 7032/6
7033/20 7114/19
**examinations** [1]
6991/16
**examine** [9] 6993/6
6993/21 6994/17
6995/3 6995/17
6995/25 6996/9
6997/13 7033/8
**examined** [3] 6994/5
6997/25 7033/14
**example** [15] 6990/6
6997/6 6998/12
7003/17 7007/1
7048/20 7050/13
7057/4 7063/14
7065/13 7072/24
7089/20 7093/5 7109/3
7111/1
**examples** [1] 7075/25
**except** [3] 7044/25
7063/4 7070/25
**exception** [1] 7071/1
**excessive** [2] 7048/6
7106/10
**exculpate** [1] 6996/15
**exculpating** [1] 6994/1
**exculpatory** [2] 6993/3
6993/4
**excuse** [4] 6993/3
7076/6 7085/6 7087/12
**executive** [3] 7084/17
7085/12 7099/13
**exercise** [1] 7012/2
**Exhibit** [4] 7022/19
7083/6 7098/14
7102/24
**Exhibit 1530** [1]
7098/14
**EXHIBITS** [1] 6985/8
**exist** [1] 6999/11
**exists** [1] 6999/11
**exited** [2] 7087/16
7113/4
**expect** [3] 6992/9
6992/9 7011/13
**expectation** [1]
7002/17
**expectations** [1]
7113/8
**expecting** [1] 7013/19
**expediency** [1] 6992/2
**expedite** [1] 7009/17
**experience** [4] 7043/2
7057/23 7060/14
7099/25
**experienced** [1]
7109/22
**expert** [5] 7037/8
7044/8 7099/7 7099/9
7099/14

7080/23 7089/19
**explicit** [1] 7009/14
**explosive** [1] 7099/7
**explosives** [1] 7099/9
**expose** [1] 7096/15
**expressed** [1] 7086/1
**expressly** [1] 7028/12
**extent** [4] 6992/12
6992/15 6997/16
7018/12
**extraordinary** [1]
7043/16

**F**
**face** [2] 7067/16
7069/20
**Facebook** [2] 7093/15
7094/8
**facilitate** [1] 7003/5
**fact** [16] 7017/8 7018/6
7018/25 7019/1
7020/22 7044/14
7047/18 7058/7
7061/14 7063/17
7066/20 7067/3
7067/16 7070/21
7073/13 7099/19
**fair** [2] 7002/22
7018/16
**fairly** [1] 6997/15
**faith** [2] 7025/4 7025/6
**fall** [2] 7064/8 7076/11
**familiar** [3] 6989/3
6989/16 7016/2
**families** [2] 7060/23
7104/20
**family** [14] 7007/14
7034/6 7034/10
7034/21 7034/23
7035/4 7035/6 7035/19
7035/22 7038/21
7042/18 7052/13
7055/25 7068/15
**fan** [1] 7041/11
**fantastic** [4] 6999/20
7099/25 7100/3
7100/24
**far** [6] 6987/6 7045/1
7062/7 7067/12
7094/10 7101/6
**farm** [2] 7034/8 7034/9
**fashion** [3] 6997/14
7081/12 7083/15
**fast** [1] 7088/24
**father** [1] 7035/7
**FBI** [12] 7001/3 7001/6
7001/15 7003/1 7005/8
7025/13 7025/19
7026/19 7027/14
7027/18 7028/2
7028/10
**federal** [3] 7050/11
7109/5 7109/6
**federalists** [1] 7054/16
**feeding** [1] 7069/17
**feel** [2] 7057/10 7084/7
**fellow** [1] 7042/23

**felon** [2] 7052/10
7053/4
**felt** [1] 7014/7
**female** [1] 7104/3
**Ferguson** [9] 7060/7
7060/10 7060/14
7063/6 7063/7 7071/1
7071/3 7073/17
7101/20
**few** [9] 6987/20
6991/11 6991/12
7032/16 7052/11
7064/1 7076/15
7111/12 7113/9
**fiat** [1] 7085/12
**Fifth** [7] 6997/17
6998/7 6998/11
6998/14 6998/15
7033/17 7044/5
**fight** [3] 7070/3
7089/23 7089/25
**figure** [1] 7116/8
**figured** [1] 7040/13
**file** [6] 7012/9 7014/13
7115/12 7115/13
7115/24 7116/11
**filed** [4] 7010/24
7071/13 7115/8 7116/2
**files** [1] 7116/3
**filing** [2] 7014/14
7115/4
**Filipino** [2] 7052/2
7052/13
**fill** [4] 7052/20 7052/20
7052/24 7053/22
**final** [1] 6989/21
**finally** [1] 7038/7
**Finance** [1] 7035/22
**financial** [2] 7024/1
7035/18
**find** [11] 7052/18
7053/8 7055/20
7056/20 7059/24
7063/25 7086/18
7093/19 7097/10
7116/6 7104/23
**fine** [8] 7008/12 7009/6
7013/8 7035/14 7048/1
7088/3 7092/1 7094/4
**finger** [1] 7072/2
**finish** [2] 6992/10
7110/22
**fire** [9] 7049/14
7049/24 7056/16
7056/22 7058/6 7058/6
7077/9 7077/9 7092/17
**firearms** [5] 7028/25
7029/7 7039/3 7079/4
7106/7
**fired** [1] 7028/7
**firefighter** [4] 7046/4
7056/8 7059/22 7077/8
**firefighters** [2] 7055/18
7077/10
**fires** [1] 7020/13
**firm** [2] 7001/12
7045/25
**first** [29] 6987/21

## F

**first... [28]** 6996/20
6999/2 7032/10
7032/11 7036/16
7037/6 7039/15 7040/5
7042/15 7042/16
7049/15 7049/18
7050/1 7054/17 7055/2
7056/3 7060/6 7060/14
7060/15 7066/18
7078/20 7081/6 7084/9
7086/21 7087/5
7102/19 7114/20
7115/11
**Fischer [7]** 6983/16
6983/16 6986/20
6989/10 7002/15
7003/10 7115/6
**Fischer's [3]** 7011/8
7012/10 7012/12
**fischerandputzi [1]**
6983/19
**fit [1]** 7040/8
**five [2]** 7004/17 7036/3
**fix [1]** 7086/21
**flagging [1]** 6996/25
**flags [1]** 7093/1
**flew [2]** 7066/19
7066/23
**flexibility [2]** 7056/5
7059/16
**flight [1]** 7036/9
**floor [1]** 7034/10
**Florida [1]** 7091/23
**flourishing [1]** 7024/8
**Floyd [3]** 7050/13
7076/25 7076/25
**flying [1]** 7093/1
**focused [1]** 7049/12
**focusing [2]** 7005/23
7086/17
**folks [8]** 7042/2
7057/21 7058/9
7059/15 7077/7 7091/3
7106/9 7108/20
**follow [2]** 7010/7
7055/10
**following [4]** 7008/24
7012/15 7029/6
7085/23
**FOLLOWS [1]** 7015/16
**food [1]** 7107/3
**footsteps [1]** 7055/11
**force [8]** 7036/14
7043/14 7047/18
7048/6 7070/22 7077/5
7077/11 7078/6
**Forces [5]** 7036/19
7037/4 7037/12 7078/5
7111/20
**forcing [1]** 7051/6
**foreclose [1]** 6989/20
**foregoing [1]** 7118/3
**foreign [1]** 7050/5
**forge [1]** 7113/21
**forget [1]** 7072/6
**forgot [1]** 7109/14
**form [3]** 7026/9

**formal [2]** 7054/9
7054/9
**format [1]** 7096/18
**former [3]** 7049/17
7055/17 7077/8
**FormerFeds [1]**
6983/12
**formerfedsgroup.com
[1]** 6983/14
**forms [1]** 7053/22
**Fort [2]** 7036/10
7037/15
**Fort Benning [1]**
7036/10
**Fortunately [1]** 7047/3
**forum [1]** 7094/9
**forward [2]** 7036/2
7112/25
**foster [1]** 7059/19
**fought [3]** 7035/4
7054/18 7099/9
**found [7]** 7047/9
7052/7 7052/10
7052/11 7053/12
7097/8 7097/8
**founded [2]** 7053/19
7054/6
**founding [2]** 7054/9
7111/19
**four [4]** 7103/7 7104/3
7108/7 7109/12
**four-man [1]** 7109/12
**Fourth [2]** 6997/23
7044/5
**frame [1]** 7093/7
**framing [1]** 6993/8
**France [1]** 7054/15
**frankly [4]** 6992/23
7000/2 7061/8 7078/14
**fraud [3]** 7082/20
7086/18 7086/22
**free [4]** 7039/8 7065/23
7090/7 7093/13
**freedom [4]** 7035/2
7104/4 7110/12
7110/19
**freely [1]** 7012/19
**frequently [1]** 7108/10
**Fresno [1]** 7034/4
**frickin' [1]** 7105/14
**Friday [1]** 7014/25
**friend [1]** 7097/25
**Friendly [1]** 7031/11
**friends [1]** 7100/1
**front [4]** 6982/15
6997/2 7083/9 7104/4
**frozen [1]** 7074/5
**frustrating [1]** 7086/12
**full [3]** 6988/10 7056/8
7059/8
**full-time [2]** 7056/8
7059/8
**fully [2]** 7028/11
7028/19
**Fun [1]** 7037/2
**fund [1]** 7058/20
**fundraiser [1]** 7058/21

## G

**gallery [1]** 7004/6
**game [2]** 7090/8
7097/11
**gas [5]** 7068/5 7068/6
7068/22 7068/23
7068/24
**gassing [1]** 7063/18
**gatekeeper [1]**
6993/23
**gave [6]** 7046/24
7055/8 7057/6 7060/25
7061/2 7063/23
**gear [1]** 7078/17
**general [7]** 7019/2
7031/10 7053/25
7069/8 7084/19 7096/5
7104/18
**generally [5]** 7029/20
7029/22 7029/23
7030/19 7111/17
**gentleman [2]** 7073/6
7109/14
**gentlemen [5]** 7014/24
7032/10 7063/6
7073/23 7112/18
**genuine [1]** 7011/23
**geographic [1]**
7004/19
**George [3]** 7050/13
7076/24 7076/25
**George Floyd [1]**
7050/13
**Georgia [1]** 7085/15
**get [58]** 6987/10
6989/7 6990/18 6993/5
6996/2 7000/1 7006/19
7006/20 7009/19
7009/20 7013/6
7016/20 7024/6
7032/17 7032/17
7033/7 7036/17
7038/12 7059/21
7061/19 7063/7 7064/4
7065/5 7067/18
7074/10 7076/9 7078/9
7078/12 7079/20
7080/10 7080/20
7081/17 7081/22
7082/20 7086/6
7086/15 7088/6
7090/10 7090/21
7090/23 7090/24
7091/6 7092/15
7092/15 7093/6
7098/19 7103/19
7103/22 7103/23
7105/12 7107/14
7108/7 7114/11 7115/8
7115/12 7115/14
7116/7 7116/7
**get across [1]** 6989/7
**gets [6]** 6992/13

**6993/24 6998/5**
7078/13
**getting [10]** 7012/1
7028/6 7037/16
7040/16 7044/12
7067/8 7068/4 7068/21
7068/22 7069/4
**Geyer [2]** 6983/11
6986/18
**ghostwriter [1]**
7046/19
**Ghraib [1]** 7048/21
**girl [1]** 7092/18
**gist [1]** 7042/12
**give [7]** 6998/24
7032/1 7057/16
7063/10 7080/9
7114/22 7116/24
**given [10]** 7000/19
7004/9 7010/19 7014/6
7027/21 7045/4
7049/12 7079/24
7081/4 7113/15
**gives [1]** 6997/10
**giving [1]** 7048/25
**Glen [1]** 6983/18
**gmail.com [1]** 6982/9
**go [59]** 6986/25
6996/20 6997/2 7000/5
7012/24 7013/25
7023/20 7032/14
7032/16 7034/1
7036/16 7036/20
7037/16 7038/17
7040/3 7040/13
7040/14 7045/19
7048/7 7052/16
7053/14 7055/10
7056/13 7058/10
7058/24 7059/3
7059/21 7060/25
7065/8 7066/12
7067/19 7068/23
7069/8 7070/3 7071/9
7073/1 7075/8 7076/15
7076/17 7078/8 7078/8
7082/4 7089/4 7089/5
7091/12 7095/21
7097/14 7100/15
7102/8 7104/19
7104/22 7104/25
7106/5 7106/8 7106/12
7109/5 7109/8 7109/9
7113/25
**go ahead [2]** 7056/13
7059/3
**goal [3]** 7021/3 7021/5
7021/8
**God's [1]** 7007/13
**goes [5]** 7004/6 7062/7
7090/19 7097/21
7107/6
**goggles [1]** 7073/8
**going [83]** 6987/24
6988/25 6990/11
6996/19 6996/20
6996/22 6997/13

**7000/17 7001/21**
7003/13 7003/19
7004/10 7004/11
7006/3 7007/10
7008/14 7009/1
7009/10 7009/16
7010/17 7010/21
7011/1 7012/14
7013/17 7015/21
7016/5 7019/7 7019/8
7020/6 7024/21 7025/1
7025/11 7026/14
7027/4 7028/16
7032/16 7033/7 7036/8
7036/15 7040/14
7041/25 7054/25
7055/10 7055/12
7060/19 7066/6 7068/3
7068/10 7075/19
7079/17 7083/24
7087/9 7087/18 7088/1
7088/22 7089/1 7089/8
7090/21 7090/23
7092/5 7092/15
7092/19 7093/14
7093/20 7101/6
7103/12 7103/19
7105/10 7105/11
7105/12 7106/19
7109/9 7110/2 7110/15
7110/18 7111/3
7113/18 7115/17
7116/9 7116/22
7116/23
**gold [3]** 7111/18
7111/21 7111/23
**gone [1]** 7024/10
**good [23]** 6986/5
6986/23 6999/22
7034/1 7037/25 7038/1
7043/1 7043/1 7043/6
7046/20 7063/5
7065/13 7067/4
7074/15 7074/20
7076/10 7089/25
7093/5 7099/25 7101/7
7103/24 7109/3 7117/3
**Good morning [2]**
6986/5 6986/23
**got [29]** 6987/19
6997/16 7001/12
7005/22 7007/17
7009/4 7014/10 7027/4
7038/16 7041/22
7046/9 7047/25
7058/18 7062/11
7069/22 7069/23
7071/20 7072/10
7075/10 7089/3
7089/13 7090/7 7091/2
7094/25 7107/8
7107/11 7108/24
7109/6 7115/4
**GoToMeeting [1]**
7079/8
**gotten [1]** 7109/8
**government [30]**

**government... [30]**
6981/14 6986/13
6988/2 6989/15
6995/11 6998/10
7000/14 7002/21
7002/22 7007/25
7008/23 7010/24
7012/11 7012/11
7013/11 7014/12
7015/7 7033/7 7033/20
7044/25 7051/10
7056/20 7058/25
7097/18 7114/19
7115/7 7116/2 7116/3
7116/8 7117/5
**government's [10]**
6989/25 7000/19
7002/18 7003/5
7011/14 7013/19
7015/9 7019/15
7086/24 7098/14
**Governor [2]** 6983/17
7084/19
**grab [1]** 7009/10
**graduate [3]** 7036/4
7036/10 7036/22
**graduated [1]** 7045/13
**graduating [1]** 7039/19
**grand [1]** 6998/12
**grandfather [3]**
7034/25 7035/6 7035/7
**grandpa [1]** 7035/4
**grapevine [1]** 7110/18
**great [6]** 6999/11
6999/22 7034/25
7055/12 7057/19
7111/12
**great-grandfather [1]**
7034/25
**greatly [1]** 7052/14
**green [6]** 7052/3
7052/4 7052/4 7052/4
7054/13 7054/24
**Greene [9]** 7078/11
7097/14 7097/17
7097/22 7098/17
7098/20 7098/21
7104/10 7111/2
**Greg [7]** 7093/12
7098/1 7098/10
7098/11 7101/13
7101/17 7101/18
**Greg McWhirter [4]**
7098/1 7098/10
7101/17 7101/18
**Gregory [1]** 7094/2
**grew [2]** 7034/5
7034/10
**grief [2]** 7042/24
7043/3
**gross [3]** 7044/4
7048/9 7051/22
**ground [7]** 7066/24
7067/19 7068/10
7068/11 7077/20
7079/23 7086/22
**grounds [2]** 6990/11

**group [8]** 7046/24
7054/18 7055/15
7055/20 7060/2
7075/19 7075/20
7094/25
**groups [8]** 7039/5
7039/11 7039/11
7059/10 7091/5
7094/16 7094/22
7096/22
**grow [2]** 7034/21
7090/15
**growing [4]** 7035/11
7035/18 7035/20
7035/24
**guarantee [1]** 7036/16
**Guard [3]** 7049/3
7054/21 7054/23
**guarding [2]** 7068/5
7104/16
**guards [3]** 7039/1
7062/5 7062/14
**guess [6]** 6987/1
6992/12 6994/13
6995/5 7004/9 7004/21
7014/11 7058/18
**guestimating [1]**
7070/6
**guests [1]** 7042/1
**Guido [1]** 7042/15
**gun [2]** 7048/11
7105/14
**gunner [1]** 7035/7
**guns [6]** 7017/9
7017/14 7019/11
7064/23 7081/18
7081/20
**guy [8]** 7053/6 7056/8
7081/19 7091/3 7092/2
7097/10 7107/15
7112/6
**guys [31]** 7043/4
7049/12 7050/9
7060/15 7062/19
7062/23 7066/3
7066/25 7067/18
7069/1 7070/7 7071/3
7072/18 7073/7
7073/10 7075/20
7077/15 7077/23
7078/1 7078/7 7078/8
7092/25 7102/2
7105/24 7106/4 7108/7
7108/15 7108/24
7111/15 7112/5 7112/9

**H**

**had [98]** 6988/14
6989/10 6998/20
6998/25 7000/11
7003/2 7021/3 7023/22
7024/8 7024/8 7024/9
7024/24 7027/5 7028/5
7028/6 7028/25 7030/5
7030/5 7030/17
7030/18 7035/15
7036/20 7038/21

7042/18 7045/24
7046/25 7047/16
7047/20 7048/13
7054/18 7058/7 7058/9
7060/14 7060/17
7061/17 7061/19
7065/25 7066/25
7068/7 7068/14
7068/17 7069/19
7070/15 7070/22
7073/2 7077/19
7078/16 7079/9
7079/10 7079/20
7079/23 7080/6
7082/2 7082/7 7082/16
7083/23 7083/24
7085/6 7085/6 7085/10
7088/22 7089/23
7091/9 7091/22
7092/10 7092/12
7092/14 7092/25
7093/1 7093/1 7093/3
7093/10 7093/14
7096/10 7096/11
7096/13 7096/21
7099/6 7099/9 7099/25
7102/3 7103/14
7103/21 7103/25
7104/2 7104/5 7104/12
7104/14 7104/15
7106/13 7109/8
7109/12 7112/6
7116/10
**half [9]** 7005/8 7034/12
7044/1 7052/13
7052/14 7081/23
7088/6 7101/1 7113/12
**Haller [3]** 6983/6
6983/7 6986/16
**hallerjulia [1]** 6983/10
**hallway [3]** 7026/9
7026/11 7028/13
**hallways [1]** 7026/5
**ham [1]** 7059/23
**Hamdi [3]** 7043/25
7043/25 7047/4
**hand [1]** 7031/22
**handed [2]** 7061/15
7063/12
**handle [1]** 6997/5
**handlers [1]** 7086/17
**hang [1]** 7078/13
**happen [2]** 6996/19
7081/3
**happened [12]** 7061/7
7069/4 7077/6 7080/3
7083/23 7085/13
7085/14 7090/12
7092/20 7093/23
7096/16 7105/20
**happening [3]** 7020/16
7081/3 7092/4
**happens [1]** 7105/10
**happy [5]** 7014/24
7057/20 7061/10
7082/11 7082/14

7070/11 7074/11
7076/9 7088/1
**harden [1]** 7074/7
**Harrelson [3]** 6983/11
6986/8 6986/18
**Harrisburg [1]** 6982/15
**Harvey [5]** 7058/24
7059/5 7097/23 7098/5
7100/23
**has [42]** 6988/2 6990/9
6990/13 6991/17
6991/21 6992/1 6992/2
6992/3 6993/12
6993/23 6994/5 6996/9
6999/3 7003/21
7006/21 7008/6
7009/11 7013/12
7017/18 7030/15
7035/22 7047/6
7047/13 7050/18
7051/12 7051/18
7052/1 7057/19 7067/7
7070/23 7070/25
7071/15 7074/23
7075/9 7078/2 7093/8
7097/11 7100/24
7101/18 7113/15
7115/6 7116/2
**hasn't [2]** 6995/4
7006/12
**hatred [1]** 7051/14
**have [150]**
**haven't [2]** 6995/4
7012/20
**having [10]** 7002/12
7002/19 7005/16
7012/16 7012/22
7015/14 7023/15
7081/15 7091/16
7106/12
**he [105]** 6987/4 6987/5
6987/5 6987/8 6987/11
6993/21 6996/22
6997/18 6998/13
6998/25 7000/5
7000/19 7000/20
7000/25 7006/12
7006/15 7006/18
7009/11 7009/16
7009/17 7010/2
7010/11 7010/15
7018/25 7041/3 7041/8
7041/9 7043/19
7045/25 7047/5
7050/14 7050/15
7055/5 7055/6 7055/8
7056/9 7061/19 7066/7
7066/20 7072/13
7072/15 7072/16
7080/6 7097/10
7097/14 7097/19
7097/21 7097/25
7098/5 7098/5 7098/7
7098/8 7098/9 7098/10
7098/24 7098/24
7099/2 7099/2 7099/6
7099/6 7099/9 7099/16

7099/20 7099/21
7099/22 7099/23
7099/24 7099/24
7099/25 7100/14
7100/16 7100/18
7100/23 7101/1 7101/1
7101/2 7101/8 7101/13
7101/15 7101/19
7101/22 7101/24
7101/25 7101/25
7102/3 7102/4 7102/5
7103/17 7104/10
7104/12 7107/20
7107/21 7108/5 7109/4
7109/7 7109/8 7109/8
7111/20 7111/21
7112/6 7112/7 7116/10
7116/12
**he had [1]** 7109/8
**he said [1]** 7109/8
**He'll [1]** 7094/3
**he's [30]** 6987/4
6987/10 6988/6
6997/16 6997/17
6997/18 6997/19
6999/17 7000/16
7000/17 7018/15
7018/16 7019/2 7041/4
7041/4 7072/12
7072/13 7083/18
7097/13 7099/13
7100/6 7101/3 7101/5
7101/7 7101/10
7101/16 7107/21
7109/7 7112/5 7114/2
**head [6]** 7073/13
7074/10 7074/14
7076/9 7106/14
7114/13
**healthy [1]** 7091/9
**hear [3]** 6995/23
7002/25 7018/4
**heard [14]** 7003/1
7020/5 7020/9 7020/21
7028/6 7051/18
7051/20 7057/5 7075/3
7076/14 7078/3
7089/10 7089/13
7091/21
**hearing [2]** 6992/8
7093/17
**Hears [1]** 7086/13
**hearsay [1]** 7018/7
7018/11
**heartrending [1]**
7042/24
**heavy [2]** 7061/15
7063/12
**heavy-handed [2]**
7061/15 7063/12
**heightening [1]**
7020/22
**helicopter [1]** 7078/8
**helmet [4]** 7073/13
7074/11 7074/13
7074/18
**helmets [1]** 7073/7

**help [12]** 7027/6
7030/3 7051/2 7053/1
7056/19 7057/13
7082/8 7104/21
7106/19 7107/12
7108/13 7110/20
**helped [2]** 7060/15
7101/19
**helpful [1]** 7014/8
**helping [2]** 7029/13
7107/2
**her [32]** 7025/10
7026/7 7026/13 7027/3
7028/25 7029/6 7029/7
7029/13 7029/14
7029/16 7029/17
7030/8 7030/11
7030/20 7030/24
7030/24 7031/10
7035/6 7035/7 7036/2
7041/24 7046/10
7060/18 7061/1
7065/22 7068/7 7068/9
7068/11 7071/5 7071/5
7071/9 7092/17
**here [31]** 6986/25
6987/11 6987/19
6992/1 7000/2 7000/5
7001/6 7003/25 7004/7
7004/11 7005/8
7005/16 7005/17
7006/12 7007/10
7010/11 7018/2 7033/6
7045/5 7046/16 7049/5
7057/6 7069/20
7074/23 7076/20
7081/9 7086/17
7086/20 7090/7
7098/20 7110/19
**here's [3]** 7007/21
7052/2 7076/23
**heritage [1]** 7035/23
**herself [1]** 7030/19
**hesitant [1]** 7024/12
**hey [6]** 7048/23
7080/10 7086/19
7090/6 7106/2 7108/24
**high [6]** 7036/3 7036/4
7036/5 7036/22
7057/10 7073/16
**higher [2]** 7073/19
7093/3
**Highway [1]** 6983/17
**Hilgeman [1]** 7004/7
**him [32]** 6990/11
6996/2 6996/4 6997/7
6997/13 6999/4 6999/7
6999/19 7009/10
7009/17 7009/25
7009/25 7027/15
7032/1 7041/8 7050/16
7050/16 7068/8
7072/14 7072/14
7079/11 7079/18
7081/19 7091/22
7094/3 7098/4 7100/5
7100/10 7100/25

7113/17
**himself [2]** 6996/7
7098/10
**hinge [1]** 7001/15
**hire [1]** 7062/10
**hired [2]** 7061/22
7101/8
**his [29]** 6991/10
6994/1 6996/7 6996/22
6998/3 7017/25 7035/3
7040/20 7040/20
7046/18 7046/19
7047/17 7049/8
7067/21 7071/22
7072/13 7072/16
7078/17 7083/17
7098/1 7098/1 7098/8
7099/5 7099/23 7100/2
7100/7 7109/15 7112/6
7114/13
**history [3]** 7040/11
7040/12 7054/13
**hit [12]** 7016/8 7035/3
7042/14 7042/16
7042/19 7070/24
7071/6 7074/10 7076/3
7076/4 7076/9 7106/14
**hold [2]** 7033/3
7112/12
**Hollywood [1]** 7099/8
**home [5]** 7031/17
7046/9 7057/10
7062/24 7092/15
**honor [41]** 6986/5
6989/11 6995/15
6995/16 6995/17
6998/20 6999/21
7000/13 7000/22
7001/2 7001/10
7001/12 7002/20
7003/3 7003/24
7009/18 7010/11
7010/11 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11 7018/6
7018/21 7021/16
7022/16 7026/23
7031/7 7031/13
7031/19 7032/1 7063/1
7083/4 7088/5 7098/13
7102/18 7114/10
7116/14 7117/6
**Honor's [1]** 7008/25
**HONORABLE [3]**
6981/9 6986/3 7117/10
**honorably [1]** 7038/13
**hope [1]** 7116/18
**hoping [1]** 7006/25
**Horton [1]** 7086/13
**hospitalized [1]**
7106/15
**hostile [2]** 7071/25
7096/11
**hotel [6]** 7068/21
7080/20 7081/15
7081/18 7081/19
7104/23

**hotmail.com [1]**
6983/19
**hour [4]** 7081/16
7088/6 7113/12
7113/12
**hours [2]** 7011/13
7081/22
**house [9]** 7048/11
7048/11 7079/10
7079/15 7079/18
7080/4 7080/7 7081/4
7081/10
**Houston [2]** 7098/11
7104/8
**how [45]** 6987/6
6987/9 6994/5 6994/14
6997/2 6997/24
7002/13 7003/6
7004/13 7004/21
7005/6 7005/10 7009/5
7010/17 7011/15
7012/17 7018/14
7030/18 7037/21
7039/2 7040/25 7058/2
7060/5 7061/11
7063/14 7063/24
7065/12 7067/7 7070/6
7081/19 7083/18
7084/7 7084/13
7090/19 7097/22
7101/17 7103/25
7105/3 7105/5 7106/20
7108/6 7108/7 7110/23
7115/11 7116/8
**however [1]** 6991/1
**Hughes [5]** 6981/15
6986/12 6988/7
7000/10 7018/1
**human [1]** 7092/3
**hundreds [7]** 7070/9
7070/11 7071/10
7075/15 7075/15
7096/21 7096/22
**hurricane [13]** 7048/3
7058/4 7058/11
7058/24 7059/5
7097/23 7098/4 7098/5
7098/25 7099/24
7100/23 7106/20
7106/25
**Hurricane Harvey [3]**
7059/5 7097/23
7100/23
**Hurricane Katrina [1]**
7048/3
**hurt [1]** 7090/10
**hybrid [1]** 6992/5

**I**

**I am [1]** 7088/22
**I apologize [1]** 7022/16
**I assume [3]** 7113/16
7114/9 7115/5
**I believe [9]** 7050/18
7058/4 7092/6 7093/15
7093/24 7095/10
7095/25 7099/10

**I can [10]** 6998/19
6999/1 6999/16 7000/5
7001/17 7011/4 7020/8
7020/9 7020/16 7077/8
**I can't [1]** 6999/13
**I cannot [1]** 7020/15
**I did [10]** 7010/1
7024/23 7025/6 7026/9
7039/7 7039/8 7040/4
7041/21 7100/12
7109/10
**I don't [8]** 6992/8
7002/22 7008/19
7013/7 7016/25 7018/3
7057/12 7077/4
**I guess [1]** 7004/9
7004/21
**I have [3]** 7000/24
7011/20 7114/23
**I haven't [1]** 7012/20
**I just [2]** 7005/7 7069/5
**I know [4]** 7011/2
7070/23 7094/10
7116/13
**I mean [16]** 6989/13
7003/10 7005/4 7005/7
7010/19 7018/11
7044/23 7054/1 7056/8
7069/22 7070/9 7092/7
7092/8 7106/22
7113/10 7116/20
**I recall [1]** 7026/7
**I say [2]** 7002/5
7002/11
**I should [1]** 6995/13
**I think [39]** 6991/21
6992/21 6996/5
6996/18 6997/15
6997/15 6997/15
6997/20 6997/23
7001/14 7001/17
7003/10 7003/11
7003/15 7004/22
7005/3 7009/3 7012/18
7012/19 7014/6
7017/25 7018/14
7019/6 7021/17
7026/24 7044/7
7044/25 7045/8
7047/21 7074/21
7076/14 7087/17
7090/4 7091/21
7113/10 7113/14
7114/16 7115/1 7117/3
**I thought [2]** 6987/15
7044/4
**I want [8]** 7023/25
7025/12 7040/14
7080/23 7089/4 7093/7
7102/20 7102/8
**I was [13]** 7013/10
7020/8 7020/10
7024/23 7029/13
7037/8 7037/9 7038/7
7042/14 7042/14
7046/4 7078/16
7103/14

**I went [2]** 7037/6
7046/9
**I will [2]** 7006/16
7113/10
**I worked [1]** 7040/18
**I would [2]** 7025/20
7045/25
**I wouldn't [2]** 7012/21
7110/16
**I'd [4]** 6997/7 7031/19
7044/10 7083/1
**I'll [9]** 7000/25 7019/14
7031/24 7050/3 7088/5
7100/14 7100/15
7114/20 7116/24
**I'm [70]** 6987/7
6987/14 6987/17
6987/23 6988/2
6992/12 6992/16
6993/16 6996/24
6996/25 7000/17
7005/3 7006/13
7006/23 7008/3
7008/14 7008/19
7008/24 7010/1
7012/12 7015/21
7016/5 7016/21
7019/23 7021/2
7021/10 7021/15
7022/15 7026/10
7027/13 7027/23
7029/8 7032/16 7034/1
7034/12 7035/13
7040/12 7043/1 7043/1
7043/1 7047/25
7056/11 7059/2
7065/18 7066/6
7069/18 7069/20
7072/6 7075/7 7075/24
7081/7 7081/8 7086/15
7087/9 7087/18
7088/25 7091/14
7091/16 7093/19
7096/3 7099/16
7099/19 7100/9
7101/25 7109/8
7111/10 7114/6
7114/10 7115/17
7116/17
**I'm going [5]** 7016/5
7032/16 7087/9
7087/18 7115/17
**I'm not [5]** 6996/24
7066/6 7069/18
7069/20 7109/8
**I'm not sure [3]**
6993/16 7000/17
7096/3
**I'm sorry [15]** 7006/13
7010/1 7019/23 7021/2
7022/15 7026/10
7027/13 7027/23
7029/8 7035/13
7047/25 7056/11
7059/2 7088/25
7099/19
**I'm sure [1]** 7116/17
**I've [18]** 6988/9 6988/9

**I**

**I've... [16]** 6993/20
6998/5 6998/20
7006/24 7009/4 7011/5
7020/9 7033/18
7051/20 7067/18
7069/19 7069/22
7069/23 7073/24
7074/18 7116/12
**ID [2]** 7040/21 7040/22
**Idaho [1]** 7108/23
**idea [5]** 6999/12
7018/17 7037/16
7046/24 7047/5
**Identical [1]** 7111/24
**identify [1]** 7016/6
**II [8]** 7035/3 7035/8
7047/8 7082/18
7083/12 7083/13
7084/14 7085/8
**III [7]** 6981/6 6982/2
6986/7 7032/5 7032/13
7032/14 7044/4
**immature [1]** 7037/10
**immediately [1]**
7079/17
**impacts [1]** 7001/8
**impeachment [3]**
6989/6 7002/10 7004/3
**impermissible [1]**
7001/11
**impetus [1]** 7046/25
**implicates [1]** 6992/25
**important [8]** 6995/7
7017/12 7017/14
7019/4 7045/8 7057/8
7059/14 7074/21
**importantly [1]**
6990/19
**impose [1]** 6990/20
**impressions [1]**
7018/13
**inception [1]** 7084/12
**incident [3]** 7028/13
7048/21 7071/12
**inclined [1]** 6991/4
**including [1]** 7043/21
**increasing [1]** 7092/5
**incredibly [3]** 7017/17
7018/8 7045/8
**inculpate [2]** 6993/1
6996/13
**inculpated [2]** 6995/18
6995/20
**inculpates [2]** 6990/8
6996/8
**inculpating [2]**
6990/11 6994/1
**inculpatory [4]**
6992/14 6992/16
6993/3 6998/23
**INDEX [2]** 6985/2
6985/8
**Indiana [5]** 7099/17
7099/20 7102/4 7102/5
7102/5
**Indianapolis [3]**
7099/19 7099/21

**indicated [3]** 6996/6
7008/1 7023/21
**indicted [3]** 7004/18
7032/20 7032/23
**individual [2]** 6990/17
6990/22
**individually [2]**
7094/14 7095/13
**individuals [5]** 7016/6
7017/8 7017/13
7018/24 7018/25
**indulgence [1]** 7031/6
**industrial [1]** 7041/11
**industries [1]** 7056/21
**infiltrate [1]** 7096/15
**infiltrating [1]** 7096/11
**inflation [1]** 7054/2
**influenced [1]** 7005/5
**informally [1]** 7006/24
**information [1]** 7003/2
**initial [1]** 7116/23
**initially [1]** 7040/11
**injured [9]** 7022/4
7022/6 7022/9 7037/21
7056/23 7074/9
7078/12 7079/13
7079/13
**injuries [1]** 7022/10
**input [1]** 7025/15
**inside [3]** 7077/6
7092/10 7093/4
**instance [3]** 6995/25
7022/5 7109/16
**instances [1]** 7030/23
**Instead [1]** 7085/12
**Institute [1]** 7098/2
**instruct [1]** 7033/2
**instructor [3]** 7039/1
7039/9 7066/22
**instructors [1]** 7098/1
**insurance [1]** 7061/21
**insured [2]** 7061/25
7062/15
**insurrection [5]** 7080/5
7080/6 7080/13 7081/8
7103/17
**Insurrection Act [4]**
7080/5 7080/13 7081/8
7103/17
**intel [1]** 7110/1
**intelligence [1]** 7110/1
**intend [1]** 7012/9
**intending [1]** 6988/6
**intent [1]** 7037/17
**intention [2]** 7020/24
7116/4
**interest [4]** 6994/16
6997/12 7006/23
7103/14
**interesting [4]** 6993/18
7041/25 7042/1
7054/13
**interrupt [1]** 7087/8
**intervening [1]**
7064/12
**interview [2]** 7026/19
7028/24

**interviews [1]** 7028/19
**intimidating [2]** 7017/7
7019/12
**introduce [3]** 7018/9
7032/9 7067/22
**invalid [4]** 7082/20
7084/10 7085/24
7102/10
**inventory [1]** 7030/8
**investigation [2]**
7005/13 7071/13
**investigator [1]**
7006/11
**invitation [2]** 7098/9
7098/10
**invite [3]** 7042/1
7097/5 7097/5
**invited [3]** 7021/4
7054/12 7109/5
**invoke [1]** 7080/12
**invoking [1]** 7081/8
**involve [1]** 7002/3
**involved [2]** 7030/20
7059/21
**involvement [1]**
7059/20
**iPhone [2]** 7093/9
7094/7
**Iraq [3]** 7048/22
7057/21 7099/10
**is [285]**
**is that correct [2]**
7023/22 7046/22
**is there [6]** 6999/25
7002/18 7016/23
7069/14 7075/16
7113/24
**isn't [3]** 6990/3
7018/15 7059/10
**isolation [1]** 7000/16
**issue [23]** 6988/3
6988/15 6988/16
6989/10 6989/21
6989/24 6991/1 6990/2
6990/24 6992/23
6993/17 6993/25
6995/6 6995/10
6995/14 6997/1 6997/8
6999/19 7001/14
7006/2 7007/7 7007/8
7086/16
**issues [2]** 6987/20
6990/16
**it [234]**
**It happened [1]**
7085/14
**it's [101]** 6987/18
6987/24 6988/1
6988/16 6990/1 6990/3
6990/7 6990/14
6992/18 6993/5
6993/14 6993/17
6994/3 6994/17
6995/13 6995/21
6995/21 6996/21
6998/16 6998/17
7002/22 7003/5 7003/7
7005/15 7008/15

**J5 [1]** 7100/17
**J6 [2]** 7057/25 7080/20
**James [2]** 6982/7
6986/14
**James Lee Bright [1]**
6986/14
**Jan [1]** 7095/15
**January [11]** 7028/17
7028/23 7029/17
7029/21 7030/4
7067/13 7072/22
7095/17 7096/2
7113/12 7114/11
**January 6th [3]**
7028/23 7030/4
7095/17
**Japanese [1]** 7047/8
**JC [1]** 7009/10
**jcrisp [1]** 6982/16
**Jean [1]** 7039/9
**Jeffersonians [1]**
7054/16
**Jeffrey [2]** 6981/14
6986/11
**Jeffrey Nestler [1]**
6986/11
**jeffrey.nestler [1]**
6981/20

7017/24 7018/10
7018/11 7018/13
7018/19 7018/22
7019/4 7021/17
7025/15 7026/2
7026/22 7026/24
7026/25 7035/22
7036/6 7044/23
7044/24 7045/6
7047/13 7047/20
7049/21 7050/11
7052/12 7052/14
7054/13 7054/22
7055/13 7056/16
7060/12 7060/17
7063/2 7067/4 7069/16
7069/16 7069/18
7069/20 7069/25
7069/25 7070/11
7072/12 7074/12
7074/15 7074/21
7076/10 7077/11
7077/11 7078/7
7078/10 7080/19
7082/21 7084/4 7084/9
7084/10 7084/21
7086/12 7086/19
7087/12 7090/6
7090/24 7091/5 7091/7
7091/16 7093/9 7095/7
7097/1 7103/22 7106/3
7106/10 7106/23
7111/10 7111/23
7111/23 7115/20
7116/8
**its [2]** 7009/1 7082/19
**itself [1]** 7019/11

**J**

**Jessica [6]** 6982/14
6986/9 7016/13
7024/23 7028/16
7028/25
**Jessica Watkins [2]**
6986/9 7016/13
**jewel [1]** 7045/9
**jlbrightlaw [1]** 6982/9
**job [8]** 7038/3 7038/25
7041/17 7059/8 7090/4
7090/6 7090/11
7099/25
**jobs [1]** 7056/23
**John [5]** 7066/23
7104/7 7107/20
7110/25 7111/1
**John Shirley [1]**
7104/7
**Johnston [1]** 6982/11
**join [3]** 7036/7 7055/16
7096/14
**joined [5]** 7035/24
7085/20 7085/21
7089/7 7099/3
**joining [1]** 7056/4
**joins [1]** 7052/16
**Jonathan [3]** 6982/14
6986/19 7097/9
**Jonathan Crisp [1]**
6986/19
**Jose [1]** 7043/25
**Jose Padilla [1]**
7043/25
**journalists [1]** 7096/10
**Jr [2]** 6982/10 6983/2
**judge [10]** 6981/10
7006/18 7007/9
7007/24 7016/25
7017/20 7019/19
7020/19 7033/2 7042/9
**judiciary [1]** 7084/21
**Juli [2]** 6983/6 6986/16
**Juli Haller [1]** 6986/16
**JULIA [1]** 6983/7
**jump [1]** 7100/14
**jumped [1]** 7081/7
**jumpers [1]** 7037/23
**jumping [2]** 7037/19
7037/20
**June [1]** 7021/13
**jurors [10]** 7000/1
7006/19 7006/22
7009/19 7009/25
7051/6 7088/2 7095/14
7107/22 7111/22
**jury [19]** 6981/9
6998/12 7014/21
7014/22 7018/4
7032/10 7033/2 7034/3
7054/6 7068/1 7073/24
7075/16 7087/16
7087/17 7088/11
7088/12 7089/19
7113/4 7115/18
**jury's [2]** 7008/1
7078/3
**just [96]** 6987/12
6988/18 6988/21

**J**

**just... [93]** 6989/13
6990/9 6991/3 6991/8
6991/16 6992/15
6992/18 6994/6
6996/25 6998/5 7001/5
7005/7 7006/21
7006/24 7008/10
7008/23 7009/2 7009/6
7009/14 7009/25
7010/7 7011/16
7011/21 7012/1
7012/13 7012/19
7014/11 7015/7
7018/15 7018/25
7019/10 7020/5
7021/14 7022/2 7025/1
7028/6 7036/2 7037/10
7037/10 7041/1
7042/23 7042/23
7043/2 7043/14 7048/4
7063/23 7065/18
7065/20 7068/25
7069/5 7069/5 7069/6
7069/7 7069/15
7069/16 7070/6
7070/11 7071/20
7073/14 7073/18
7073/22 7074/19
7076/13 7077/11
7082/21 7084/10
7085/12 7086/15
7087/7 7088/14 7089/1
7089/21 7089/22
7089/23 7090/24
7091/25 7092/7
7092/14 7092/15
7092/20 7093/17
7093/17 7094/16
7096/16 7096/19
7112/16 7112/23
7113/24 7114/17
7114/25 7115/2 7115/9
7115/25
**Justice [1]** 7045/17

**K**

**Karriman [1]** 7066/23
**Kathryn [2]** 6981/14
6986/11
**Kathryn Rakoczy [1]**
6986/11
**kathryn.rakoczy [1]**
6981/19
**Katrina [4]** 7048/3
7058/25 7059/1 7059/4
**keep [3]** 7044/19
7063/8 7067/8
**Keeper [9]** 7015/23
7070/5 7070/18
7070/22 7070/22
7071/14 7090/12
7091/9 7111/17
**Keepers [23]** 7018/24
7046/22 7047/22
7049/9 7049/21
7050/23 7051/1 7052/6
7052/16 7052/19

7057/6 7059/7 7066/8
7068/19 7070/15
7076/17 7089/7 7098/7
7099/1 7104/13
**Kelly [2]** 6983/2 6986/8
**Kelly Meggs [1]**
6986/8
**Kenneth [2]** 6983/11
6986/8
**Kenneth Harrelson [1]**
6986/8
**Kentucky [1]** 7064/6
**kept [2]** 7037/10
7086/17
**kick [3]** 7052/11
7053/9 7093/14
**kicked [1]** 7093/15
**kids [1]** 7073/4
**killed [3]** 7077/7
7092/10 7092/17
**killing [2]** 7076/24
7077/3
**kind [27]** 7026/11
7032/17 7038/11
7040/8 7041/4 7041/5
7046/2 7046/13
7047/25 7061/8
7061/17 7064/8 7074/2
7076/16 7080/9
7086/12 7086/18
7086/25 7090/5
7091/22 7091/25
7092/19 7094/20
7096/5 7096/19
7107/18 7107/19
**kinds [2]** 6996/16
7072/21
**King [1]** 7065/16
**kit [4]** 7075/2 7075/4
7075/7 7075/12
**kitting [1]** 7075/3
7075/12
**knew [8]** 7025/2
7026/11 7028/16
7036/8 7043/10 7049/6
7077/7 7090/9
**knife [1]** 7105/15
**knocked [3]** 7019/25
7020/1 7106/13
**know [98]** 6987/5
6987/5 6988/2 6988/24
6992/17 6992/23
6993/15 6994/18
6994/19 6997/8
6997/17 6997/18
7000/1 7000/2 7001/15
7003/6 7003/6 7005/8
7007/11 7007/16
7007/16 7007/22
7008/5 7008/6 7008/14
7008/15 7008/18
7009/22 7009/24
7010/2 7010/4 7010/10
7011/2 7011/8 7012/20
7018/15 7019/5 7019/7
7019/8 7019/24
7029/16 7029/19

7043/14 7047/11
7048/16 7049/24
7053/6 7053/12
7056/21 7057/9
7057/17 7058/24
7062/22 7067/21
7069/22 7070/21
7070/23 7072/7 7073/4
7073/17 7074/6 7074/8
7075/18 7077/5 7091/3
7091/25 7093/1
7093/20 7094/10
7099/5 7101/17
7105/18 7106/1
7106/10 7107/12
7107/13 7108/8 7108/9
7108/12 7108/13
7108/20 7108/21
7110/4 7110/19
7110/21 7111/3 7111/5
7112/9 7112/13
7113/16 7114/4 7114/7
7114/14 7114/15
7116/13
**knowledge [8]** 7003/21
7022/13 7022/14
7023/7 7029/4 7029/6
7029/10 7083/22
**known [2]** 7097/22
7105/3
**knows [3]** 7067/5
7067/7 7105/17
**Korematsu [1]** 7047/7
**Krogmann [1]** 7109/14

**L**

**L.T [1]** 7116/10
**LA [1]** 6982/11
**lack [1]** 7025/6
**ladies [8]** 7014/24
7032/10 7073/12
7073/23 7107/11
7110/15 7110/17
7112/18
**lady [6]** 7060/17
7068/6 7071/4 7074/24
7092/14 7092/14
**Lafayette [1]** 7076/19
**Lai [1]** 7048/19
**language [1]** 7065/18
**large [1]** 7024/18
**larger [1]** 7018/19
**Las [5]** 7036/5 7038/18
7039/14 7041/18
7046/6
**Las Vegas [4]** 7036/5
7038/18 7039/14
7046/6
**LASSITER [1]** 6982/3
**last [11]** 6988/14
6990/14 6991/12
7010/25 7013/7
7032/11 7032/11
7058/6 7093/11
7095/10 7095/11
**late [1]** 7103/22
**later [5]** 7002/13

7081/25
**laude [1]** 7040/1
**launched [1]** 7054/8
**Laura [1]** 7068/6
**law [51]** 6983/3 6983/7
6989/19 7007/14
7007/23 7013/10
7026/4 7026/19 7027/2
7040/3 7040/13
7040/14 7041/19
7041/22 7042/14
7045/4 7045/13
7045/21 7048/15
7049/3 7049/14
7049/23 7050/3 7050/6
7061/23 7061/23
7062/7 7064/1 7064/24
7065/2 7065/4 7065/6
7065/9 7065/25 7066/1
7066/14 7066/18
7067/1 7067/1 7067/4
7067/5 7067/7 7067/13
7075/5 7084/20 7085/7
7107/21 7107/23
7108/3 7108/4 7110/24
**lawful [1]** 7048/16
**Lawn [2]** 6982/3
6982/7
**laws [4]** 7048/25
7084/23 7085/23
7085/25
**lawsuit [4]** 7061/5
7061/6 7085/20
7085/21
**lawyer [3]** 6995/19
6998/8 7044/3
**lawyer's [1]** 6995/18
**lawyers [1]** 6996/1
**lay [1]** 7079/17
**lead [1]** 6989/18
**leader [3]** 7100/25
7104/9 7110/25
**leaders [4]** 7067/2
7096/9 7096/9 7100/16
**leadership [5]** 7066/23
7067/5 7096/5 7109/23
7110/8
**leading [10]** 6991/22
6991/23 6992/3 6993/9
6993/15 7063/1 7064/8
7079/15 7084/24
7085/3
**leaning [1]** 7013/14
**learn [1]** 7037/10
**learned [2]** 7046/25
**least [5]** 6997/15
6999/1 7026/9 7044/1
7101/19
**leave [7]** 6989/13
7007/2 7007/5 7048/8
7056/9 7074/22
7105/13
**leaving [3]** 7084/1
7105/20 7112/8
**led [2]** 7104/6 7106/14
**Lee [2]** 6982/7 6986/14
**left [6]** 7016/15

7038/6 7043/8
**legal [1]** 7051/2
**legally [2]** 7039/3
7064/25
**legislature [5]** 7045/3
7084/15 7084/22
7085/9 7085/10
**legitimate [2]** 7053/6
7092/25
**length [1]** 7010/19
**lenient [1]** 6991/22
**LEO [1]** 7107/23
**LEOSA [2]** 7065/6
7107/25
**less [5]** 6990/24
7063/11 7091/4
**let [21]** 6989/9 6997/13
7011/19 7057/17
7065/19 7071/9 7074/7
7076/20 7079/22
7087/8 7089/22
7093/19 7106/1
7108/12 7108/13
7108/20 7110/3
7110/16 7111/2 7111/5
7112/13
**let's [19]** 6995/6
6995/14 6998/24
7003/24 7008/8 7009/2
7009/5 7012/7 7013/16
7014/15 7019/17
7034/20 7073/23
7076/11 7082/10
7087/5 7087/5 7093/6
7115/3
**lethal [1]** 7077/11
**letter [3]** 7086/6
7086/11 7102/15
**letters [1]** 7111/25
**Lewis [1]** 7037/15
**Lexington [1]** 7054/13
7054/19 7054/19
**Lexington Green [1]**
7054/13
**LGBT [1]** 7039/11
**LGBTQ [1]** 7065/21
**liaison [1]** 7067/7
**liber [1]** 7041/4
**liberal [3]** 7090/22
7091/5 7091/6
**libertarian [7]** 7041/4
7041/7 7041/9 7041/9
7065/16 7072/6
7072/13
**libertarian-minded [1]**
7041/9
**license [1]** 7061/20
**licensed [5]** 7061/20
7061/25 7062/11
7062/15 7101/3
**lied [1]** 7052/7
**life [4]** 7036/3 7057/13
7057/14 7073/22
**light [1]** 7052/4
**lightly [1]** 7013/2
**like [100]** 6997/7
7000/25 7001/5

**L**

**like... [97]** 7002/25
7007/5 7009/18
7013/13 7015/7
7024/12 7024/18
7026/15 7031/19
7037/23 7039/5 7042/2
7043/12 7043/15
7044/23 7049/18
7052/17 7052/17
7053/5 7053/12
7053/25 7054/21
7054/22 7055/21
7056/6 7056/16 7057/1
7057/10 7057/21
7058/6 7060/3 7062/13
7062/17 7062/24
7063/16 7063/17
7063/21 7066/17
7069/20 7072/24
7073/8 7073/11
7073/12 7073/16
7074/4 7074/5 7074/18
7076/3 7076/3 7076/8
7077/19 7078/10
7078/15 7079/21
7082/6 7083/1 7083/25
7086/19 7087/9
7089/20 7090/6 7091/3
7092/1 7092/8 7093/2
7093/8 7093/10
7093/11 7094/6 7094/8
7094/8 7094/9 7094/14
7094/16 7095/25
7096/5 7096/6 7096/15
7096/25 7097/7 7097/8
7101/5 7101/8 7102/15
7103/7 7103/18
7103/22 7105/19
7106/3 7106/10
7107/11 7107/20
7110/2 7110/25
7111/17 7112/4
7112/15
**like-mind [1]** 7096/15
**liked [1]** 7002/25
**likelihood [1]** 7001/15
**likely [2]** 7013/3
7116/23
**limbo [1]** 7038/11
**limitations [1]** 7004/19
**limited [2]** 6995/19
6995/22
**limits [1]** 7059/24
**Linder [8]** 6982/2
6982/3 6986/14
7031/18 7087/8
7088/16 7111/10
7113/8
**line [14]** 6992/13
6992/13 6992/18
6994/12 6994/21
7009/11 7009/23
7009/25 7022/2
7028/18 7028/19
7106/2 7106/6 7106/7
**lined [1]** 7006/19
**lines [1]** 7049/6

**lingo [4]** 7075/23
7075/16 7075/19
7075/21
**lining [1]** 7115/20
**lips [1]** 7007/13
**list [1]** 7114/17
**listen [1]** 7005/9
**listener [1]** 7018/8
**little [13]** 6988/17
6994/19 7013/8
7067/25 7073/3
7087/10 7087/12
7087/13 7088/23
7089/2 7089/4 7090/5
7103/22
**little bit [1]** 6988/17
**live [6]** 7073/22
7089/21 7101/24
7110/2 7110/3 7110/4
7110/25
**live-stream [2]** 7089/21
7110/3
**live-streams [2]** 7110/2
7110/4
**lived [3]** 7068/15
7068/16 7099/17
**lives [6]** 7077/24
7095/11 7097/11
7099/18 7099/20
7099/21
**living [1]** 7100/24
**LLC [2]** 6982/14
6983/12
**load [1]** 7081/20
**local [20]** 7052/25
7059/10 7059/15
7059/16 7059/23
7060/15 7061/9 7067/1
7067/1 7076/22 7084/3
7092/14 7096/9 7097/8
7097/9 7097/10
7097/10 7097/13
7106/1 7109/20
**locations [2]** 7028/9
7028/10
**lock [1]** 7076/8
**locks [1]** 7076/5
**long [13]** 6987/9
6988/13 7010/17
7011/15 7014/1 7017/9
7019/11 7037/14
7037/14 7040/25
7081/19 7097/22
7116/8
**long-range [1]** 7037/14
**longer [2]** 7092/9
7093/2
**look [13]** 6994/12
6997/5 7001/14
7003/10 7016/2
7018/14 7026/14
7050/9 7063/6 7095/21
7112/25 7114/16
7115/1
**looked [6]** 6987/23
6993/20 7000/10
7061/22 7062/13
7111/22
**looking [5]** 6988/2

7111/25
**looks [4]** 7009/18
7016/2 7016/3 7103/6
**looted [1]** 7017/23
**lot [33]** 7002/24 7017/5
7017/13 7035/19
7035/25 7042/17
7042/23 7055/16
7056/23 7057/3
7068/22 7069/5
7075/20 7076/24
7076/25 7078/3
7079/12 7079/13
7086/25 7089/14
7090/20 7091/2
7091/24 7092/16
7099/14 7100/6 7105/8
7106/4 7106/5 7107/14
7107/14 7107/16
7112/11
**lots [1]** 7037/20
**Louis [2]** 6981/15
6986/12
**Louis Manzo [1]**
6986/12
**Louisville [12]** 7015/24
7021/2 7060/12 7064/6
7067/22 7068/1 7068/9
7076/21 7078/16
7095/7 7096/25 7097/8
**love [1]** 7034/18
**loves [1]** 7057/23
**low [1]** 7073/15
**LSAT [2]** 7041/18
7041/20
**lunch [1]** 7113/17
**Luther [1]** 7065/16
**Luther's [1]** 7077/19

**M**

**M.O [2]** 7069/8 7069/10
**ma [1]** 7084/1
**ma-and-pa stores [1]**
7084/1
**made [12]** 7011/10
7014/6 7047/7 7053/2
7055/7 7082/4 7082/19
7084/5 7085/8 7090/7
7090/11 7101/1
**MAGA [7]** 7023/8
7024/17 7078/21
7087/1 7102/16 7107/8
7110/7
**magnitude [1]** 7014/7
**main [4]** 7005/7
7049/20 7056/17
7080/9
**mainly [1]** 7047/23
**maintained [1]**
7017/15
**major [3]** 7040/6
7040/12 7111/20
**majority [1]** 7045/7
**make [24]** 6988/21
6991/4 6995/6 7001/11
7009/15 7012/25
7012/25 7014/12

7050/9 7053/4 7053/4
7055/1 7056/14
7062/14 7067/19
7068/16 7079/19
7080/2 7082/7 7100/24
7105/3
**makes [5]** 7003/8
7005/14 7012/18
7018/2 7056/4
**making [9]** 6991/15
7011/11 7011/21
7012/6 7012/6 7017/10
7037/11 7070/1 7084/2
**males [1]** 7071/4
**man [3]** 7050/14
7100/24 7109/12
**managed [1]** 7079/20
**Manner [1]** 7084/15
**many [11]** 6997/2
7003/6 7004/18
7004/18 7004/19
7037/11 7057/9 7058/2
7064/14 7070/6
7103/25
**Manzo [2]** 6981/15
6986/12
**march [10]** 7023/8
7024/12 7030/12
7030/15 7054/8
7065/15 7078/2
7102/16 7103/8 7107/8
**Marine [6]** 7035/12
7036/14 7036/15
7036/15 7036/16
7109/13
**Marion [1]** 7102/4
**Marissa [1]** 7010/4
**mark [3]** 6988/1
7015/11 7016/6
**marked [1]** 7021/10
**Martin [1]** 7065/16
**mask [1]** 7031/25
**masks [1]** 7014/20
**massacre [1]** 7048/19
**massive [1]** 7084/4
**matter [7]** 6998/3
6998/16 6998/18
7048/24 7077/24
7095/11 7118/4
**mattered [1]** 7041/24
**max [1]** 7113/12
**maximum [1]** 7059/15
**may [31]** 6987/3
6988/4 6989/17
6989/18 6990/16
6990/20 6991/16
7000/6 7001/15
7001/16 7001/24
7002/6 7002/9 7002/13
7002/21 7003/19
7004/2 7007/4 7007/17
7012/19 7016/19
7018/6 7018/18 7031/6
7031/16 7032/1
7033/11 7083/5
7084/15 7098/13
7102/23

**maybe [8]** 6988/12
6992/18 6995/13
6999/9 7003/1 7008/20
7036/17 7116/20
**McWhirter [7]** 7093/12
7094/2 7098/1 7098/10
7101/13 7101/17
7101/18
**MD [1]** 6983/18
**me [38]** 6988/16
6989/9 6993/3 6993/5
6997/8 6998/10
7003/17 7003/21
7008/8 7008/9 7011/19
7012/2 7012/15
7018/18 7018/20
7027/5 7033/24
7036/19 7037/9 7043/9
7043/18 7044/16
7052/12 7052/13
7052/15 7062/24
7076/20 7084/5
7086/12 7087/8
7087/13 7093/19
7096/17 7098/11
7101/19 7109/10
7110/16 7115/2
**mean [40]** 6989/13
6989/20 6992/14
6992/22 6994/15
6999/13 7003/6
7003/10 7005/4 7005/7
7007/1 7009/19
7010/19 7018/11
7024/15 7033/16
7035/13 7044/14
7044/23 7049/9 7054/1
7056/8 7056/11
7069/22 7070/9 7072/6
7075/18 7080/3
7089/16 7090/14
7090/16 7092/7 7092/8
7105/6 7106/22
7113/10 7114/1 7115/9
7115/20 7116/20
**means [1]** 7009/4
**meant [3]** 6987/15
7082/24 7104/18
**mechanical [1]** 6984/6
**media [2]** 7051/20
7112/23
**medic [4]** 7029/17
7029/19 7030/6
7078/17
**medical [2]** 7021/5
7078/11
**medicine [1]** 7107/3
**medium [1]** 7052/4
**meet [2]** 7052/9
7067/19
**Meggs [12]** 6983/2
6986/8 6986/17
6990/10 6996/2 6996/9
6996/9 6996/13
6996/13 6996/14
6996/15 6996/23
**Meggs' [1]** 6991/13
**MEHTA [2]** 6981/9

**MEHTA... [1]** 6986/3
**melee [1]** 7065/20
**member [5]** 7051/12 7051/16 7051/16 7053/7 7053/15
**members [10]** 7017/5 7022/13 7022/14 7051/21 7051/23 7070/14 7070/15 7090/21 7091/5 7099/4
**membership [11]** 7051/3 7051/4 7051/8 7052/9 7053/21 7053/25 7065/4 7090/12 7090/24 7091/6 7091/9
**mentioned [3]** 7026/5 7049/8 7101/13
**mentioning [3]** 7026/7 7028/12 7028/13
**mere [1]** 6994/20
**merely [2]** 6990/10 7019/10
**Merit [1]** 6984/2
**message [2]** 7103/18 7108/11
**met [4]** 7066/5 7098/4 7102/2 7102/6
**metro [7]** 7066/19 7079/13 7081/5 7104/22 7107/15 7109/13 7111/3
**Mexican [6]** 7034/9 7034/11 7034/12 7034/12 7035/15 7052/14
**Mexico [1]** 7035/1
**Michael [11]** 7045/17 7060/9 7078/11 7097/14 7097/17 7097/22 7098/17 7098/20 7098/21 7104/10 7111/2
**Michael Brown [1]** 7060/9
**Michael Greene [9]** 7078/11 7097/14 7097/17 7097/22 7098/17 7098/20 7098/21 7104/10 7111/2
**Michigan [1]** 7085/15
**middle [4]** 7032/11 7032/15 7041/5 7084/5
**might [16]** 6997/20 6998/24 7005/6 7005/10 7006/15 7008/10 7019/10 7024/5 7056/9 7067/20 7077/15 7080/10 7081/3 7105/14 7106/10 7116/21
**migrant [2]** 7034/8 7034/9
**Mike [3]** 7076/14 7089/7 7091/22
**miles [2]** 6987/5

**military [36]** 7034/22 7035/1 7035/20 7035/25 7036/7 7036/8 7036/23 7037/2 7038/4 7038/25 7042/2 7044/2 7046/17 7046/18 7047/4 7047/5 7047/18 7048/16 7049/14 7049/17 7049/23 7050/2 7055/17 7056/4 7056/21 7057/3 7057/12 7057/13 7066/10 7075/3 7075/5 7075/16 7075/20 7078/7 7099/11 7107/23
**militia [4]** 7017/5 7054/20 7054/21 7054/22
**Miller [1]** 7042/9
**Million [7]** 7023/8 7024/17 7078/21 7087/1 7102/16 7107/8 7110/7
**Million MAGA March [2]** 7023/8 7107/8
**Million MAGA Rally [1]** 7087/1
**mind [2]** 7080/10 7096/15
**minded [1]** 7041/9
**mindful [1]** 6994/21
**Minneapolis [1]** 7079/21
**minority [1]** 7061/1
**minute [9]** 6987/11 6988/1 7008/2 7016/5 7064/5 7080/21 7086/7 7098/24 7101/13
**minutes [7]** 7000/4 7000/21 7008/10 7008/11 7008/22 7009/4 7111/12
**missed [1]** 6990/18
**missing [1]** 7030/6
**mission [7]** 7024/13 7049/20 7057/16 7059/16 7063/12 7070/5 7099/2
**missions [3]** 7058/4 7058/5 7058/6
**Missouri [3]** 7060/7 7062/13 7063/7
**misunderstood [1]** 6987/14
**mobile [3]** 7080/15 7080/25 7082/2
**mobile QRF [1]** 7080/15
**model [1]** 7041/25
**Molotov [1]** 7064/2
**mom [3]** 7034/9 7034/12 7046/9
**mom's [1]** 7036/1
**moment [4]** 7016/20 7045/4 7045/4 7045/8
**Monday [5]** 7088/9

7113/11 7117/8
**money [9]** 7023/21 7023/22 7058/18 7084/3 7091/14 7107/14 7107/14 7107/16 7107/18
**Montana [10]** 7008/17 7015/14 7019/23 7045/20 7045/21 7046/4 7046/14 7098/2 7101/24 7102/6
**month [3]** 7024/6 7024/7 7054/1
**months [4]** 6990/14 7043/7 7076/13 7077/14
**moot [1]** 6991/1
**more [29]** 6987/25 6990/18 6991/17 6992/3 6994/19 6996/18 6997/14 6998/1 7004/18 7004/18 7012/16 7013/14 7014/5 7024/11 7043/13 7044/17 7060/17 7071/25 7073/14 7081/25 7082/3 7089/13 7090/3 7090/21 7090/23 7094/24 7109/22 7113/19 7115/8
**morning [6]** 6986/5 6986/23 7014/25 7113/11 7113/17 7117/8
**morse [1]** 7037/10
**most [11]** 6989/3 6989/16 6999/9 7019/1 7043/18 7047/11 7052/13 7059/14 7066/1 7074/14 7116/23
**mostly [4]** 7066/2 7073/3 7080/8 7090/20
**mother's [1]** 7035/6
**motion [3]** 7014/4 7115/10 7115/17
**motions [7]** 7116/15
**motto [1]** 7100/7
**Mountain [1]** 7097/9
**move [2]** 7022/15 7035/25
**moved [2]** 7045/20 7102/5
**moving [3]** 7013/14 7031/4 7036/1
**Mr [3]** 6998/2 7024/22 7115/4
**Mr. [82]** 6986/25 6987/2 6987/22 6988/8 6988/14 6989/10 6990/10 6991/12 6991/13 6993/25 6995/18 6995/20 6995/25 6995/25

6996/8 6996/22 6996/23 6997/6 6997/7 6997/13 6997/16 6998/20 6998/22 6998/24 6999/2 6999/16 7000/2 7000/11 7000/14 7000/17 7002/15 7003/10 7003/11 7003/25 7004/4 7004/4 7006/4 7006/9 7006/10 7006/21 7006/24 7008/18 7010/8 7010/14 7010/14 7011/8 7012/10 7012/12 7015/1 7015/2 7015/4 7015/21 7016/19 7019/23 7021/18 7027/13 7031/15 7031/18 7031/20 7031/21 7031/24 7032/9 7049/8 7050/21 7064/5 7080/16 7083/9 7087/8 7088/16 7088/19 7111/10 7112/22 7113/5 7113/8 7114/13 7115/5 7115/6
**Mr. Caldwell [2]** 6986/25 7115/5
**Mr. Crisp [12]** 6987/2 6987/22 6988/8 7000/11 7000/14 7006/9 7010/14 7015/2 7016/19 7021/18 7027/13 7064/5
**Mr. Crisp down [1]** 7010/8
**Mr. Douyon [2]** 7006/21 7006/24
**Mr. Fischer [4]** 6989/10 7002/15 7003/10 7115/6
**Mr. Fischer's [3]** 7011/8 7012/10 7012/12
**Mr. Linder [5]** 7031/18 7087/8 7088/16 7111/10 7113/8
**Mr. Meggs [3]** 6990/10 6996/2 6996/23
**Mr. Meggs' [1]** 6991/13
**Mr. Nestler [3]** 6988/14 7003/11 7049/8
**Mr. Nestler's [1]** 6998/22
**Mr. Rhodes [21]** 6991/10 6993/25 6995/20 6995/25 6997/6 6997/16 6998/20 6998/24 6999/2 6999/16 7003/25 7004/4 7006/4 7008/18 7031/21 7031/24 7032/9 7032/9 7082/9 7088/19 7113/5

**Mr. Rhodes' [5]** 6991/12 6995/18 6996/1 7004/4 7112/22
**Mr. Siniff [8]** 7000/2 7000/17 7006/10 7010/14 7015/4 7015/21 7019/23 7031/15
**Mr. Siniff's [1]** 7015/1
**Mr. Stewart [1]** 7031/20
**Mr. Woodward [8]** 6995/23 6995/25 6996/3 6996/8 6996/22 6997/7 6997/13 7114/13
**Mr. Zimmerman [1]** 7080/16
**Ms [5]** 7000/10 7006/11 7018/1 7021/25 7024/20
**Ms. [13]** 6987/1 6988/7 6991/13 7000/17 7022/1 7022/8 7022/25 7025/9 7026/13 7028/21 7029/16 7030/17 7113/15
**Ms. Hughes [1]** 6988/7
**Ms. Rakoczy [1]** 7113/15
**Ms. Watkins [10]** 6987/1 7000/17 7022/1 7022/8 7022/25 7025/9 7026/13 7028/21 7029/16 7030/17
**Ms. Watkins' [1]** 6991/13
**much [16]** 7009/5 7010/20 7010/22 7012/17 7043/13 7049/20 7054/22 7055/16 7062/24 7074/19 7082/3 7087/14 7090/3 7090/6 7113/2 7115/11
**multiple [5]** 7017/8 7018/23 7018/24 7028/9 7085/5
**Multnomah [1]** 7109/3
**murder [4]** 7048/5 7076/25 7077/3 7093/3
**murdered [1]** 7050/13
**Muslim [1]** 7043/25
**must [2]** 7049/1 7081/8
**my [64]** 6994/21 6998/9 6998/9 6998/11 6998/13 7008/17 7009/20 7013/13 7017/20 7022/14 7023/7 7028/4 7028/24 7029/8 7031/19 7032/13 7033/16 7034/9 7034/12 7034/23 7034/25 7035/4 7035/4 7035/6 7035/7 7035/12 7035/23 7035/23

# M

**my... [36]** 7036/1
7037/9 7038/3 7038/8
7038/25 7039/7
7039/17 7040/21
7041/7 7042/17
7042/23 7043/22
7046/9 7048/15
7048/19 7052/1
7052/13 7062/24
7062/24 7062/25
7066/22 7067/18
7069/19 7073/13
7074/14 7079/7 7079/8
7079/14 7080/9
7086/11 7093/12
7097/25 7101/18
7101/25 7111/19
7113/14
**My Lai [1]** 7048/19
**myself [4]** 7016/13
7073/6 7078/17
7109/15

# N

**name [4]** 7032/11
7032/13 7032/15
7068/15
**narrate [1]** 7019/1
**narrating [1]** 7018/15
**narrator [2]** 7017/4
7018/25
**narrowing [1]** 6998/23
**nasty [1]** 7030/24
**Natalie [2]** 7060/16
7062/17
**Natalie Dubose [1]**
7060/16
**Natalie's [1]** 7060/16
**national [8]** 7047/15
7049/3 7053/1 7054/21
7054/23 7059/9
7066/22 7095/12
**National Guard [3]**
7049/3 7054/21
7054/23
**nationalists [1]**
7051/19
**nationality [1]** 7051/15
**nationally [1]** 7058/3
**nationwide [1]** 7065/7
**Native [1]** 7052/1
**natural [1]** 7111/11
**nature [1]** 6997/1
7004/17 7079/6 7092/3
**Navy [1]** 7073/6
**Nazi [3]** 7053/13
7072/13 7072/15
**Nazis [1]** 7077/25
**necessarily [7]**
6990/21 6998/17
7002/3 7024/4 7080/3
7103/20 7110/16
**necessary [3]** 6990/23
6991/16 7021/6
**need [29]** 6990/21
6994/13 6998/1
6999/25 7001/20
7009/12 7012/17
7049/25 7061/24
7063/7 7063/21 7071/7
7074/16 7074/16
7074/18 7082/8
7091/19 7097/1
7106/19 7108/21
7108/24 7112/13
7114/24 7115/2
7115/12 7116/9
7116/18
**needed [5]** 7009/5
7028/5 7104/23 7105/4
7108/6
**needs [2]** 6996/15
7108/11
**neighborhoods [3]**
7063/8 7063/10
7063/11
**neighbors [1]** 7061/1
**neither [2]** 7005/5
7070/24
**neo [1]** 7053/13
**neo-Nazi [1]** 7053/13
**Nestler [5]** 6981/14
6986/11 6988/14
7003/11 7049/8
**Nestler's [1]** 6998/22
**Nevada [3]** 7036/5
7038/25 7046/15
**never [8]** 7017/20
7052/6 7053/6 7070/4
7070/24 7071/12
7073/24 7099/3
**new [3]** 7042/17
7085/7 7094/25
**New York [1]** 7042/17
**news [2]** 7042/20
7072/9
**next [6]** 6991/11
7004/8 7040/17
7077/10 7113/9
7113/15
**nice [2]** 7113/1 7117/7
**Nidetch [1]** 7039/9
**night [8]** 7010/25
7013/7 7020/6 7038/1
7038/3 7038/24 7066/6
7071/5
**nighttime [1]** 7020/5
**nine [1]** 7064/22
**NJ [1]** 6983/13
**no [75]** 6981/4 6986/6
6989/11 6996/12
6998/13 7002/17
7003/18 7003/22
7006/13 7009/8
7009/13 7010/22
7014/10 7017/1
7018/10 7018/17
7022/17 7026/16
7034/1 7035/14 7037/6
7040/4 7043/8 7043/9
7044/2 7044/3 7044/3
7048/1 7048/17
7048/24 7048/24
7049/1 7049/6 7050/12
7053/4 7053/14
7057/11 7058/15
7059/6 7059/7 7060/12
7061/6 7065/15
7070/20 7070/22
7071/15 7071/15
7073/12 7077/7 7078/1
7082/12 7082/15
7083/3 7084/5 7084/25
7092/9 7093/2 7093/10
7093/17 7093/17
7095/23 7095/23
7101/15 7102/3
7102/20 7106/6
7106/18 7106/22
7106/25 7111/1
7112/24 7112/25
**no-go [1]** 7053/14
**No. [1]** 6986/7
**nobody [1]** 7013/12
**non [3]** 6990/2 6990/25
6991/6
**non-co-defendant [2]**
6990/25 6991/6
**non-issue [1]** 6990/2
**none [1]** 7007/1
**noon [1]** 7087/19
**normally [1]** 7101/1
**north [2]** 6982/15
7035/2
**not [150]**
**nothing [8]** 6992/7
7024/19 7031/13
7035/22 7084/17
7093/17 7105/16
7117/5
**notice [4]** 7071/20
7071/23 7093/17
7107/10
**noticed [1]** 7030/5
**notify [2]** 7065/9
7067/13
**notion [1]** 7004/23
**November [16]** 6981/5
7067/12 7076/17
7078/23 7080/14
7082/2 7086/25 7087/1
7093/7 7102/8 7103/7
7103/8 7107/6 7110/7
7115/21 7118/7
**November 14th [5]**
7067/12 7078/23
7082/2 7087/1 7110/7
7115/21 7118/7
**now [28]** 6987/11
6994/25 6996/18
6996/25 6999/1 7002/3
7003/17 7007/19
7009/2 7009/3 7015/21
7016/1 7025/12
7034/15 7053/16
7060/1 7061/4 7064/12
7071/16 7081/10
7083/21 7088/22
7092/13 7096/12
7103/2 7111/9 7116/13
7116/23
**null [1]** 7084/11
**number [8]** 6993/20
6994/10 7007/5
7018/16 7058/5
7059/17 7059/19
7084/16
**numbers [1]** 7069/15
**numerous [1]** 7064/13
**NW [4]** 6981/17 6983/3
6983/7 6984/4

# O

**Oak [2]** 6982/3 6982/7
**oath [39]** 7015/23
7018/24 7031/23
7046/22 7047/22
7049/9 7049/10
7049/11 7049/21
7050/2 7050/7 7050/23
7051/1 7052/6 7052/16
7052/19 7053/19
7054/7 7055/18 7057/2
7057/6 7059/7 7066/8
7068/19 7070/5
7070/15 7070/18
7070/22 7070/22
7071/14 7076/17
7088/19 7089/7
7090/12 7091/9 7098/7
7099/1 7104/13
7111/17
**Oath Keeper [9]**
7015/23 7070/5
7070/18 7070/22
7070/22 7071/14
7090/12 7091/9
7111/17
**Oath Keepers [23]**
7018/24 7046/22
7047/22 7049/9
7049/21 7050/23
7051/1 7052/6 7052/16
7052/19 7053/19
7054/7 7057/2 7057/6
7059/7 7066/8 7068/19
7070/15 7076/17
7089/7 7098/7 7099/1
7104/13
**oaths [1]** 7054/25
**Obama [1]** 7090/18
**obeyed [2]** 7048/14
7079/24
**object [4]** 7000/14
7008/7 7074/11
7076/10
**objection [18]** 6989/9
6989/11 7000/19
7002/16 7002/18
7002/20 7009/6 7013/1
7019/13 7022/17
7026/1 7026/21 7027/7
7027/20 7031/3 7063/1
7083/3 7102/20
**objects [1]** 6995/11
**obligation [2]** 7048/17
7056/15
**observation [1]** 6991/3
**observing [1]** 7004/24
**obvious [1]** 7032/15
**obviously [9]** 6991/6
6992/17 7001/20
7008/18 7010/24
7014/5 7041/20
7114/19 7116/24
**occasionally [1]**
7053/8
**occasions [1]** 7029/3
**occur [2]** 7025/5
7025/6
**October [2]** 7076/16
7095/22
**odd [1]** 7003/24
**off [14]** 7035/13
7036/10 7044/14
7050/16 7052/8
7056/12 7061/19
7062/2 7066/2 7069/17
7093/14 7093/15
7098/24 7107/15
**offender [1]** 7053/5
**offenses [1]** 7012/25
**offer [2]** 7083/1
7106/19
**offered [2]** 7018/11
7036/19
**office [4]** 6981/16
7045/24 7091/4 7092/2
**officer [11]** 7048/3
7050/15 7056/9 7065/6
7066/7 7066/20
7090/10 7101/4 7104/7
7107/21 7109/13
**officers [16]** 7048/13
7048/15 7049/18
7050/14 7063/25
7064/24 7065/2 7065/4
7066/1 7066/8 7074/9
7089/16 7090/5 7090/9
7106/8 7107/24
**OFFICES [1]** 6983/7
**official [3]** 6984/3
7084/18 7084/19
**often [2]** 7055/6
7078/14
**oftentimes [2]** 7056/10
7109/21
**oh [14]** 6986/25 7000/7
7009/22 7009/24
7036/1 7037/20
7056/13 7070/25
7075/18 7075/23
7091/3 7099/16 7105/6
7109/19
**okay [175]**
**old [5]** 7036/9 7081/19
7092/18 7092/18
7096/5
**once [11]** 6997/16
6997/19 7048/8
7059/14 7067/18
7068/10 7076/9 7092/1
7108/10 7114/11
7116/7
**one [86]** 6988/18
6988/22 6991/16

**O**

one... [83]  6993/16
6995/7 6995/22
6995/22 6996/18
6997/9 7001/3 7001/17
7002/6 7003/7 7003/21
7003/22 7004/15
7006/21 7007/4
7008/20 7010/5
7015/24 7017/9
7018/17 7024/5 7041/1
7041/3 7041/16 7043/6
7043/8 7043/9 7043/18
7053/6 7055/20 7058/7
7059/6 7059/17 7061/9
7065/21 7066/19
7066/20 7066/21
7068/7 7070/25
7073/24 7074/13
7074/18 7076/8 7077/7
7077/23 7078/18
7079/2 7080/16
7081/18 7086/20
7088/2 7089/14
7091/21 7092/12
7092/17 7093/11
7094/14 7094/14
7094/19 7094/25
7095/10 7095/11
7096/3 7097/4 7097/15
7097/17 7098/1 7098/6
7100/16 7101/5 7104/2
7104/6 7104/14
7106/13 7106/22
7106/25 7109/14
7111/1 7112/5 7114/17
7115/4 7115/18
one's [1]  7058/15
one-year [1]  7041/16
ones [3]  7064/3 7065/5
7095/11
ongoing [2]  7020/14
7020/15
online [2]  7052/17
7109/25
only [22]  6987/24
6993/2 6994/15
6994/21 6995/19
6995/21 6997/5
6999/16 7000/18
7004/15 7006/5
7006/23 7008/3
7008/13 7019/1 7020/8
7026/13 7028/8 7055/7
7064/23 7101/1
7115/25
op [1]  7100/16
op leaders [1]  7100/16
open [14]  6990/11
6991/20 6991/23
6993/9 6993/15
6994/18 6997/14
7019/18 7043/14
7084/2 7086/6 7086/11
7102/15 7110/1
open-ended [6]
6991/20 6991/23
6993/9 6993/15

opened [3]  7084/1
7084/2 7092/17
opening [1]  7049/8
opens [1]  7033/20
operating [1]  7111/8
operation [10]  7053/4
7056/10 7060/6
7069/24 7095/7 7095/9
7095/17 7096/25
7097/4 7104/9
operational [1]  7097/1
operations [3]  7064/22
7095/14 7100/10
operator [1]  7059/23
opining [1]  7018/16
opinion [1]  7018/18
opinions [2]  7069/23
7086/1
opportunities [1]
6995/24
opportunity [4]  6989/2
6994/17 7014/2
7116/24
oppose [1]  7008/15
opposed [1]  7081/15
opposite [1]  6998/11
option [3]  7074/17
7074/22 7080/5
oral [1]  7014/4
orally [1]  7012/6
order [7]  7001/7
7048/20 7048/25
7079/20 7081/4
7113/24 7114/16
orders [7]  7048/14
7048/16 7048/17
7048/18 7049/13
7079/21 7079/24
ordinary [1]  7115/10
organization [12]
7051/10 7051/13
7051/18 7055/17
7056/5 7057/1 7059/9
7062/23 7090/19
7090/22 7095/12
7096/11
organizers [4]  7096/1
7108/19 7110/10
7110/17
oriented [1]  7055/25
other [46]  6990/6
6991/3 6991/15 6994/1
6995/16 6996/1 6998/6
6998/1 6999/14 7001/5
7002/19 7003/14
7005/11 7005/21
7006/2 7008/20
7015/23 7029/3 7029/9
7029/10 7030/15
7031/9 7036/12
7040/22 7057/5 7065/1
7066/7 7066/11
7066/21 7066/25
7075/25 7076/21
7078/18 7080/7
7085/16 7085/21
7090/5 7093/9 7093/10

7096/19 7106/4 7114/7
7113/23 7114/4 7114/7
7114/25
other's [1]  7069/18
others [3]  7055/8
7065/5 7066/2
otherwise [1]  6993/22
our [80]  6989/5 6990/3
6990/8 6990/17 6991/7
6991/14 6991/18
6992/1 6993/11 6994/4
6994/6 6997/1 7000/1
7001/3 7001/8 7001/8
7001/9 7001/23
7003/25 7004/3
7006/19 7012/3
7012/21 7013/1
7013/21 7013/22
7020/16 7021/3
7044/21 7045/1 7045/9
7045/9 7045/10
7045/25 7047/10
7048/17 7049/4 7051/2
7052/25 7054/9 7054/9
7054/25 7055/12
7056/16 7059/4 7059/8
7064/24 7065/3
7066/20 7069/10
7070/15 7071/3
7071/19 7074/14
7076/11 7076/22
7077/23 7078/1
7078/10 7079/8 7082/8
7087/9 7091/3 7093/18
7097/10 7097/13
7099/2 7102/3 7102/5
7104/18 7104/21
7105/24 7106/7
7109/20 7111/8
7111/18 7112/4
7112/19 7113/15
7116/4
out [59]  6990/10
6990/18 6994/14
7002/14 7017/3
7019/25 7020/1
7032/17 7037/11
7037/12 7038/12
7038/16 7040/16
7042/2 7043/6 7049/22
7052/11 7052/20
7052/20 7052/24
7053/3 7053/8 7053/9
7053/12 7053/22
7053/25 7056/19
7056/23 7056/23
7058/9 7059/17
7060/18 7061/17
7063/13 7067/15
7078/12 7078/13
7079/18 7083/17
7086/9 7101/8 7102/15
7103/4 7103/6 7103/16
7103/23 7103/23
7104/19 7105/2
7105/15 7107/2
7107/12 7108/11
7108/15 7109/2 7109/7

7116/8
outlook.com [1]
6983/10
outside [5]  6987/6
6987/8 7010/14
7105/25 7106/7
outstanding [1]
6987/20
over [13]  6990/14
6990/14 6992/13
7048/14 7067/17
7074/10 7079/9
7079/22 7092/24
7099/12 7099/23
7101/10 7116/13
overall [1]  7104/9
overflow [2]  7001/7
7004/7
overlap [1]  6991/16
overlapped [1]
6991/13
overruled [3]  7026/2
7026/25 7063/2
overseas [1]  7057/21
overthrow [1]  7051/10
overwhelmed [1]
7081/5
own [6]  6991/7 6993/3
6993/4 7063/8 7063/10
7098/8
owned [4]  7060/16
7060/17 7068/5 7068/6

**P**

P.A [1]  6983/16
pa [2]  6982/15 7084/1
Pacific [1]  7035/3
pack [2]  7029/13
7030/3
packed [1]  7030/5
Padilla [1]  7043/25
padlocks [1]  7076/8
page [1]  7012/20
pages [1]  7011/7
paid [5]  7039/17
7062/5 7062/9 7062/10
7062/14
paintings [3]  7026/6
7026/8 7026/14
Palian [9]  7003/25
7004/1 7004/2 7004/6
7004/8 7005/17
7005/19 7006/6 7044/8
Pancho [1]  7035/1
Pancho Villa [1]
7035/1
panel [3]  7007/14
7014/21 7088/11
pans [1]  7018/23
paper [3]  7042/10
7042/12 7043/22
parachute [3]  7037/19
7037/20 7037/24
parachuting [1]
7037/23
paramedics [1]
7055/17

paratrooper [2]
7035/16 7049/11
pardon [1]  7059/1
park [7]  6983/3
7065/17 7066/7 7066/9
7089/22 7090/3
7090/10
parked [2]  7017/13
7038/24
parking [8]  7017/5
7017/13 7068/22
7069/5 7092/16 7100/6
7106/4 7106/5
part [11]  7037/18
7039/4 7039/7 7040/22
7074/14 7086/11
7098/25 7099/2 7102/3
7102/5 7104/15
partially [1]  6991/23
participants [1]
7022/12
particular [20]  6989/16
6991/5 6995/11
6999/24 7003/16
7003/19 7004/12
7004/24 7005/2
7005/12 7022/5 7022/9
7028/8 7028/23
7030/18 7049/24
7057/19 7075/19
7085/16 7106/8
particularly [1]
7005/11
parties [3]  7022/9
7054/17 7055/2
party [7]  7041/24
7041/25 7043/7
7055/13 7093/11
7107/1 7109/4
pass [1]  7045/3
passed [1]  7046/10
passion [1]  7045/5
patriot [2]  7034/15
7109/5
patriotic [1]  7040/8
7044/12 7044/20
7055/21
patrolling [1]  7092/25
pattern [2]  7036/1
7104/24
Paul [4]  7040/18
7040/25 7072/10
7105/20
Paul's [1]  7072/12
pause [8]  7000/9
7001/1 7006/17 7009/9
7010/6 7010/9 7010/13
7016/19
pawn [2]  7068/13
7068/24
pay [5]  7058/19
7062/18 7100/25
7107/13 7107/14
paying [2]  7058/16
7059/6
PD [2]  7066/5 7104/8
peaceful [2]  7024/18
7063/9

**peacefully [1]** 7031/2
**peak [3]** 7070/15
7090/17 7090/18
**Pennsylvania [3]**
6983/7 7085/15
7085/20
**people [67]** 6999/3
7022/6 7027/6 7030/23
7034/21 7035/19
7041/3 7042/2 7042/3
7043/16 7047/23
7048/4 7048/7 7049/14
7049/21 7050/1
7052/17 7052/18
7053/22 7055/7
7055/16 7055/20
7056/21 7057/3 7057/5
7058/19 7059/20
7062/10 7063/20
7063/21 7064/23
7065/20 7065/22
7067/6 7067/19
7069/19 7069/21
7069/25 7070/4
7071/12 7071/25
7072/14 7074/2
7074/12 7074/23
7076/1 7076/3 7076/6
7077/15 7086/9
7090/24 7091/16
7092/10 7094/22
7094/23 7095/4
7097/17 7099/3
7106/11 7108/15
7109/17 7109/22
7112/8
**pepper [3]** 7070/23
7105/15 7105/19
**per [3]** 7095/4 7101/2
7111/16
**perceive [2]** 7017/4
7017/5
**percent [1]** 7065/3
**percentage [1]**
7003/13
**perception [1]** 7017/12
**perfect [2]** 7044/23
7112/17
**perfectly [1]** 7062/16
**perhaps [1]** 6988/5
**perimeter [2]** 7089/22
7092/25
**period [1]** 7008/13
**periods [1]** 7079/24
**permission [3]** 7061/1
7083/4 7102/22
**permit [1]** 7109/6
**permits [2]** 6994/24
6995/2
**person [16]** 7005/1
7005/4 7005/12
7017/24 7018/12
7018/15 7018/17
7034/16 7051/9
7051/12 7051/14

7094/25 7102/6
7105/14
**person's [3]** 6993/2
7005/12 7018/17
**personal [1]** 7069/19
**perspective [1]** 6992/1
**pertaining [1]** 7008/17
**pertinent [1]** 6990/17
**phase [2]** 7037/7
7037/8
**phenomenon [1]**
6993/19
**phillip [3]** 6982/2
6982/6 6986/14
**Phillip Linder [1]**
6986/14
**phone [3]** 7016/20
7067/17 7096/22
**phrased [1]** 7029/8
**physical [1]** 7059/24
**pick [1]** 7041/3
**picked [4]** 7041/4
7041/8 7111/20 7112/7
**pipe [1]** 7106/14
**place [1]** 7068/9
**placed [1]** 7031/23
**places [3]** 7065/1
7068/17 7069/19
**placing [1]** 6992/15
**plaintiff [2]** 6981/4
7102/23
**plan [3]** 7001/3 7002/2
7002/12
**plane [2]** 7042/16
7042/19
**planet [1]** 7043/20
**planned [1]** 7107/9
**planning [2]** 7002/11
7007/2
**plans [1]** 7000/19
**platform [2]** 7093/12
7093/13
**platforms [1]** 7093/10
**play [19]** 6987/22
6987/24 6988/8
7000/20 7008/2 7008/3
7008/5 7008/22
7008/23 7008/24
7009/1 7009/2 7009/6
7015/8 7015/8 7016/8
7021/14 7021/15
7022/21
**played [9]** 7000/15
7000/16 7000/18
7008/16 7016/9
7016/18 7019/21
7020/3 7022/23
**Plaza [3]** 7104/4
7110/12 7110/20
**please [13]** 6986/4
7001/2 7014/23 7016/8
7016/17 7021/15
7022/22 7031/22
7031/25 7032/9
7087/24 7088/13
7112/23
**plenty [1]** 7069/19

**point [34]** 6988/18
6989/6 6994/21 6995/5
6998/22 7001/3
7001/17 7002/17
7003/24 7004/9
7007/11 7012/13
7013/4 7013/13 7016/7
7016/11 7017/10
7025/2 7026/12
7055/20 7056/11
7056/14 7056/17
7063/5 7063/5 7063/21
7072/2 7080/9 7081/2
7091/15 7093/15
7098/17 7111/11
7114/8
**pointed [2]** 7070/25
7071/6
**pointing [1]** 7063/20
**pointless [1]** 7012/2
**police [31]** 7022/2
7022/7 7048/3 7048/13
7049/18 7055/18
7056/9 7056/22 7061/8
7061/9 7061/14
7063/10 7063/11
7063/17 7065/19
7066/7 7066/8 7066/20
7066/21 7074/8 7074/9
7079/22 7079/23
7089/16 7089/21
7090/1 7090/3 7104/7
7106/1 7106/8 7109/13
**political [12]** 7040/7
7040/14 7041/7
7054/17 7055/2
7069/22 7069/23
7071/21 7089/12
7093/14 7106/17
7107/1
**politicians [1]** 7101/9
**poll [1]** 7006/25
**poor [2]** 7034/6
7035/11
**poorly [1]** 7029/8
**population [1]** 7018/19
**portion [5]** 6988/8
6988/9 7000/14
7000/18 7008/23
**Portland [3]** 7092/8
7092/20 7109/4
**pose [1]** 6990/22
**position [8]** 6996/25
7008/4 7008/6 7008/25
7011/7 7012/21
7017/20 7019/16
**positive [1]** 7057/23
**post [1]** 7068/25
**potential [2]** 7001/20
7002/23
**potentially [5]** 7004/8
7004/12 7006/5 7014/8
7020/23
**pour [1]** 7074/7
**powers [4]** 7042/22
7043/12 7043/13
7083/17

**practice [1]** 7045/20
**practiced [1]** 7045/20
**prayer [1]** 7109/5
**Precarious [1]** 7024/2
**preceding [3]** 7076/13
7077/14 7103/7
**precinct [2]** 7079/23
7092/24
**predict [2]** 7001/16
7003/20
**prefer [1]** 7013/20
**preferably [1]** 7067/16
**preference [1]** 6992/12
**preferred [2]** 7113/24
7114/16
**prepared [1]** 7012/24
**presence [7]** 6993/2
7018/2 7045/6 7090/4
7105/3 7110/7 7110/23
**present [8]** 6986/21
6988/15 7001/6
7001/13 7002/19
7003/15 7005/5
7018/13
**present-sense [1]**
7018/13
**presently [1]** 7006/25
**presents [1]** 6991/10
**preserve [1]** 7011/12
**presidency [2]**
7083/14 7090/23
**president [17]** 7041/8
7047/11 7055/1 7055/3
7079/11 7080/4
7080/12 7081/7 7082/8
7086/12 7086/15
7091/6 7093/12
7097/25 7101/25
7103/16 7111/19
**President Adams [2]**
7055/1 7055/3
**president Trump [5]**
7079/11 7080/4
7080/12 7082/8
7086/12
**presiding [1]** 6986/3
**press [1]** 7081/7
**presumably [2]** 7088/8
7116/15
**presumptively [1]**
7004/22
**pretend [1]** 7096/14
**pretty [11]** 7018/22
7036/21 7037/24
7041/20 7063/23
7068/17 7074/15
7074/15 7074/19
7075/22 7111/25
**Prettyman [1]** 6984/4
**prevent [1]** 7019/25
**prevention [1]** 7039/10
**reviewed [1]** 6991/11
**previously [4]** 7015/15
7020/1 7031/5 7050/18
**Primarily [1]** 7103/12
**prior [6]** 7020/16
7023/7 7026/22 7028/7
7030/16 7108/8

**orison [1]** 7041/11
**prison-industrial [1]**
7041/11
**prisoners [1]** 7048/22
**private [1]** 7108/12
**privilege [1]** 6998/7
**prize [1]** 7042/9
**proactive [1]** 7090/4
**probably [4]** 7014/13
7095/24 7104/15
7106/23
**problem [9]** 7005/15
7007/21 7049/2 7074/4
7076/23 7080/22
7086/19 7094/24
7096/10
**problems [1]** 7067/8
**procedural [2]** 6995/14
6996/18
**procedure [2]** 7085/23
7111/8
**proceed [3]** 6986/24
6987/2 6987/17
**proceeding [1]**
6987/12
**proceedings [4]**
6981/9 6984/6 7117/12
7118/4
**process [6]** 6992/1
6992/7 6992/9 6994/4
7009/17 7044/3
**proclamation [1]**
7055/3
**produced [1]** 6984/7
**professional [2]**
7062/18 7069/10
**professionally [1]**
7099/13
**proffered [2]** 6993/13
7024/16
**profile [3]** 7073/15
7073/16 7073/19
**program [3]** 7036/9
7037/13 7039/17
**projectiles [1]** 7074/4
**proper [1]** 7085/23
**properly [1]** 7039/2
**property [1]** 7020/14
**propose [1]** 6991/19
**proposed [1]** 7000/16
**proposing [2]** 7008/21
7008/22
**prospect [4]** 7003/12
7003/13 7003/18
7005/1
**prospective [1]** 7015/9
**prospectively [1]**
7007/11
**protect [8]** 7017/23
7021/3 7025/2 7060/16
7068/11 7080/7
7107/16 7109/10
**protected [1]** 7077/24
**protecting [7]** 7017/21
7020/10 7024/16
7024/22 7061/12
7070/1 7077/18
**protection [9]** 7073/2

**P**

**protection...** [8] 7096/2
7099/14 7104/6 7108/6
7108/11 7108/12
7108/25 7109/9
**protective** [1] 7017/16
**protest** [9] 7021/13
7023/5 7023/6 7023/7
7030/12 7063/16
7064/4 7077/2 7077/12
7092/17
**protesters** [9] 7017/4
7017/12 7017/21
7019/3 7061/13
7061/16 7068/7 7073/2
7092/17
**protesting** [1] 7017/19
**protests** [4] 7015/24
7029/9 7029/10
7030/19
**Proud** [2] 7070/3
7074/25
**provide** [4] 6991/15
7007/14 7014/8 7028/5
**public** [6] 7019/11
7045/21 7045/24
7048/6 7056/3 7079/8
**publish** [4] 7050/17
7083/4 7102/18
7102/22
**Puerto** [1] 7058/10
**Puerto Rico** [1]
7058/10
**punched** [1] 7070/23
**purpose** [8] 7003/4
7018/12 7023/15
7037/24 7057/7
7057/11 7059/13
7103/10
**purposes** [5] 6998/13
6998/18 6998/25
6999/3 7103/11
**pushed** [1] 7050/16
**put** [25] 6994/6
6996/22 6997/8
7003/11 7003/12
7004/21 7005/18
7008/8 7011/19
7011/25 7013/17
7037/13 7042/20
7055/1 7063/25
7066/18 7074/14
7075/9 7097/20
7102/15 7103/4 7103/6
7107/10 7108/10
7108/10
**putting** [7] 7012/1
7012/6 7012/14
7013/15 7013/17
7075/12 7085/6
**PUTZI** [1] 6983/16

**Q**

**QRF** [12] 7078/5
7078/6 7078/15
7078/16 7078/20
7079/2 7079/3 7079/6
7080/14 7080/15
7080/25 7082/2
7078/20 7080/20
**qualified** [1] 7099/4
**quarter** [1] 7034/12
**quasi** [1] 7054/14
**quasi-war** [1] 7054/14
**question** [23] 6987/18
6991/22 6991/23
6991/24 6992/18
6992/20 6993/8
6993/13 6993/15
6993/15 6996/12
6996/17 6997/12
6999/6 7007/19
7015/10 7018/14
7023/21 7027/13
7027/24 7029/8
7114/18 7115/11
**questioning** [6]
6990/12 6991/20
7028/18 7028/19
7114/5 7114/8
**questions** [10]
6990/19 6992/4
6993/10 6994/18
6996/14 6996/16
6997/8 6999/4 7028/15
7033/24
**quick** [3] 7007/24
7078/5 7078/6
**Quick Reaction Force**
[1] 7078/6
**Quick Reaction Forces**
[1] 7078/5
**quickly** [2] 6992/10
7082/3
**quite** [2] 7054/15
7095/21
**quote** [2] 7017/25
7027/10
**quoted** [1] 7055/6

**R**

**R-h-o-d-e-s** [1]
7032/14
**race** [2] 7020/11
7051/14
**races** [1] 7051/23
**racist** [4] 7051/19
7052/10 7072/14
7072/15
**radio** [1] 7059/23
**raise** [1] 7031/22
**raised** [4] 6989/10
7002/15 7004/5
7006/21
**Rakoczy** [3] 6981/14
6986/11 7113/15
**rallies** [2] 7105/9
7105/9
**rally** [12] 7054/12
7077/24 7078/1
7078/21 7087/1 7095/7
7095/11 7105/11
7105/16 7106/22
7109/5 7110/7
**rancor** [1] 7054/15
**Rand** [1] 7072/10

**range** [2] 7037/14
7037/14
**Ranger** [7] 7104/15
7111/20 7111/21
7111/23 7112/3 7112/5
7112/6
**Ranger Doug** [1]
7104/15
**rangers** [1] 7037/17
**rap** [2] 7099/14 7101/9
**rape** [1] 7039/10
**rapid** [1] 7081/12
**rapidly** [1] 7043/10
**rarely** [1] 7074/13
**ratcheted** [1] 7071/22
**ratcheting** [2] 7017/10
7018/1
**rate** [2] 7057/9 7093/3
**rather** [1] 7013/16
**re** [1] 7091/23
**re-start** [1] 7091/23
**reach** [7] 7049/22
7059/17 7063/13
7067/15 7103/16
7108/15 7109/2
**reached** [5] 7086/9
7109/7 7110/17
**Reaching** [1] 7049/22
**react** [2] 7091/19
7091/19
**Reaction** [2] 7078/5
7078/6
**read** [6] 7011/5
7011/14 7012/20
7012/22 7013/20
7051/6
**ready** [17] 6986/24
6987/2 6987/17 7015/1
7024/6 7068/4 7068/21
7068/23 7069/4 7078/8
7078/8 7078/9 7081/11
7082/4 7106/8 7113/19
7113/25
**real** [5] 6997/5 7007/24
7063/5 7063/12 7082/7
**reality** [1] 7073/22
**realize** [2] 6987/6
6987/9
**realized** [1] 6987/4
**really** [11] 6990/1
6993/12 6993/22
6994/2 6996/24
7061/25 7081/24
7082/23 7097/1
7099/25 7101/7
**Realtime** [1] 6984/3
**reason** [4] 7008/6
7026/14 7027/14
7063/11
**reasonable** [1]
7062/16
**reasons** [4] 7025/10
7027/3 7032/15
7093/14
**rebut** [3] 7005/2
7011/7 7026/22
**rebuttal** [12] 6989/5

7002/18 7004/3 7004/9
7005/2 7005/23 7006/4
7008/24 7009/1
**rebutting** [1] 7005/18
**recall** [11] 7003/14
7025/22 7026/7 7026/8
7026/13 7027/2
7027/18 7028/2 7028/8
7028/9 7028/11
**recalled** [1] 7001/16
**received** [4] 7022/11
7022/19 7083/6
7102/24
**recess** [2] 7087/22
7117/10
**recognize** [3] 7008/20
7016/12 7016/13
**recommendation** [1]
7101/22
**recon** [2] 7036/14
7109/13
**reconnaissance** [1]
7037/15
**record** [12] 6994/7
7011/12 7011/21
7012/2 7012/7 7012/14
7012/22 7013/1
7013/17 7015/11
7033/12 7118/3
**recorded** [2] 6984/6
7025/19
**RECROSS** [1] 6985/4
**recruit** [1] 7049/17
**recruiting** [1] 7049/21
**recruitment** [1]
7055/16
**REDIRECT** [1] 6985/4
**refer** [1] 7078/11
**referenced** [1] 7067/12
**referred** [1] 7044/8
**refers** [1] 7049/10
**reflect** [1] 7018/18
**refuse** [1] 7048/20
**Regarding** [1] 7029/9
**regardless** [1] 7013/4
**Registered** [1] 6984/2
**regular** [1] 7094/17
**Rehab** [1] 7039/16
**rejoined** [1] 7089/7
**relatively** [1] 6991/22
**relayed** [3] 7000/13
7027/5 7028/6
**relevant** [5] 7008/15
7016/24 7017/2
7017/17 7018/8
**relied** [1] 7088/4
**relief** [16] 7057/19
7057/22 7058/2 7058/4
7058/5 7058/11
7058/25 7060/1 7065/9
7098/4 7098/11
7098/12 7099/2
7099/24 7106/20
7106/25
**rely** [3] 7052/25 7080/6
7100/10
**remain** [2] 7033/17

**remember** [13] 7026/4
7026/18 7027/11
7028/12 7028/13
7028/18 7028/19
7039/19 7054/5 7087/3
7095/20 7107/8 7110/6
**reminder** [1] 7112/23
**remote** [1] 7005/3
**remove** [1] 7031/25
**render** [1] 7021/5
**rendition** [1] 7043/16
**renew** [2] 7054/25
7116/15
**repeat** [1] 7027/23
**reporter** [5] 6984/2
6984/2 6984/3 6984/3
7032/12
**representation** [2]
7002/16 7088/5
**republican** [2] 7041/10
7043/8 7109/4
**republish** [1] 7098/13
**request** [5] 7000/15
7000/18 7008/9
7104/15 7114/18
**require** [1] 7037/18
**required** [2] 7008/9
7071/13
**requirements** [5]
7051/3 7051/7 7052/9
7056/24 7082/19
**rescue** [1] 7059/22
**research** [3] 6990/1
7044/17 7044/18
**researching** [1]
7013/10
**residence** [1] 7068/14
**respect** [4] 6990/6
6990/25 6991/17
6998/9
**respectfully** [2]
6993/16 6994/2
**respecting** [1] 7061/13
**respond** [9] 7012/10
7012/12 7013/21
7014/3 7031/1 7031/1
7078/9 7078/18 7082/3
**responded** [1] 7012/22
**responder** [1] 7056/3
**responders** [2]
7049/15 7049/18
**responding** [2] 7014/4
7077/9
**response** [10] 7014/13
7017/17 7022/6 7031/2
7055/5 7055/6 7055/8
7061/15 7078/12
7116/3
**responsive** [1] 7116/1
**rest** [3] 7007/9 7044/25
7093/4
**restaurant** [1] 7097/16
**restock** [1] 7024/6
**restrictions** [2] 7051/4
7051/7
**result** [2] 7007/17
7061/4

**resulted [1]** 7071/15
**resume [1]** 7087/13
**RESUMED [1]** 7015/15
**retired [15]** 7049/18
7056/20 7056/22
7065/5 7065/5 7066/2
7066/19 7073/6 7104/8
7106/8 7107/15 7108/1
7108/2 7109/13
7109/13
**return [1]** 7117/11
**review [3]** 6988/4
7009/4 7038/8
**revisit [1]** 6988/16
**Rex [1]** 7111/20
**rhetoric [1]** 7071/21
**RHODES [48]** 6981/6
6982/2 6986/7 6986/15
6991/10 6993/25
6995/15 6995/20
6995/25 6996/4 6996/6
6996/8 6996/10
6996/13 6996/14
6996/14 6996/15
6996/19 6996/23
6997/6 6997/16 6998/2
6998/20 6998/24
6999/2 6999/16
7003/25 7004/4
7005/18 7005/19
7005/24 7006/4
7008/18 7031/20
7031/21 7031/24
7032/5 7032/9 7032/13
7050/17 7050/21
7083/1 7083/6 7083/9
7088/19 7102/19
7102/24 7113/5
**Rhodes' [7]** 6991/12
6995/18 6996/1 7004/2
7004/4 7005/22
7112/22
**Rico [1]** 7058/10
**rifle [3]** 7063/22
7073/20 7073/21
**rifles [3]** 7063/20
7063/21 7071/6
**right [140]**
**righteous [1]** 7055/7
**rights [13]** 6997/25
7042/10 7042/13
7044/3 7045/5 7045/9
7048/9 7049/5 7049/13
7050/1 7061/13
7061/15 7084/6
**riot [6]** 7022/9 7022/12
7062/25 7073/24
7077/1 7077/1
**rioters [2]** 7074/3
7079/22
**rioting [2]** 7022/5
7092/5
**riots [3]** 7074/2
7076/24 7076/25
**rise [5]** 6997/10
7087/15 7087/23
7113/3 7117/9

**RMR [2]** 7118/2 7118/8
**road [4]** 6983/3 7041/5
7075/7 7075/9
**rocks [2]** 7064/2
7074/5
**Roger [2]** 7024/22
7024/23
**Roger Stone [2]**
7024/22 7024/23
**role [4]** 7004/1 7020/21
7020/25 7101/22
**Ron [2]** 7040/18
7040/25
**Ron Paul [2]** 7040/18
7040/25
**roof [1]** 7020/9
**rooftop [5]** 7061/7
7061/19 7062/19
7068/24 7068/24
**rooftops [2]** 7061/3
7062/3
**room [4]** 7080/20
7081/15 7081/18
7081/19
**rotation [1]** 7041/7
**Rotunda [1]** 7028/12
**rough [4]** 7037/22
7042/16 7042/24
7043/2
**roving [1]** 7078/16
**rule [14]** 6988/5
6994/23 6994/25
6995/1 7001/18 7003/3
7004/13 7005/4 7008/4
7008/9 7010/20 7013/2
7015/9 7114/22
**Rule 29 [3]** 7010/20
7013/2 7114/22
**rules [5]** 7049/4
7064/19 7067/6 7085/7
7085/11
**ruling [3]** 6994/20
7001/12 7013/3
**run [4]** 7019/14
7019/17 7041/8
7101/24
**running [3]** 7019/14
7090/19 7090/22
**rushing [1]** 7069/5
**Ryan [1]** 7045/17

**S**

**S-t-e-w-a-r-t [1]**
7032/14
**safe [5]** 7031/16
7034/5 7034/15 7044/7
7096/21
**safely [1]** 7039/3
**safety [2]** 7065/6
7092/6
**said [45]** 6992/20
6993/23 6998/5
7005/19 7005/24
7009/3 7010/10
7010/20 7012/13
7017/21 7017/21
7017/22 7041/23

7053/13 7054/25
7061/19 7061/23
7063/16 7063/17
7063/18 7063/21
7065/23 7066/6
7069/14 7071/7 7078/1
7078/6 7079/7 7082/6
7084/9 7085/13
7088/14 7093/19
7094/9 7101/3 7101/8
7103/18 7107/12
7109/8 7110/14
7110/22 7112/7
7116/14
**sake [1]** 6990/4
**salary [1]** 7059/7
**salon [1]** 7077/19
**same [17]** 6987/25
7002/24 7024/13
7050/2 7050/3 7055/11
7055/13 7075/6 7091/5
7092/12 7092/20
7094/19 7100/9
7111/23 7111/23
7111/25 7112/1
**sapper [1]** 7099/6
**save [1]** 7000/25
**saw [20]** 6990/2
7011/2 7011/5 7043/9
7048/2 7048/3 7048/5
7048/6 7048/11
7060/11 7065/23
7068/1 7071/4 7072/9
7073/7 7089/21 7092/7
7092/8 7095/14 7112/9
**say [47]** 6990/6
6992/23 6992/24
6995/14 6996/14
6998/24 7002/5
7002/11 7003/25
7004/3 7007/22
7008/14 7008/19
7010/17 7011/4 7011/4
7013/6 7017/2 7017/9
7019/7 7019/7 7019/8
7020/16 7025/23
7029/24 7030/24
7034/5 7034/15 7044/7
7044/10 7048/17
7048/24 7049/1 7049/6
7050/12 7055/13
7068/15 7070/11
7075/3 7084/9 7084/21
7090/16 7096/21
7104/21 7109/16
7110/16 7112/12
**saying [15]** 6995/23
6996/24 7001/10
7002/21 7012/18
7026/13 7026/18
7027/2 7027/11 7028/8
7028/9 7047/20
7049/24 7081/7
7108/11
**says [10]** 6997/7
7004/12 7012/25
7017/25 7049/25

7084/17 7084/21
7108/24
**scene [2]** 6992/16
6992/25
**schedule [6]** 7006/23
7007/5 7013/18
7014/12 7014/16
7056/5
**scheduled [1]** 7102/11
**scheduling [1]** 7113/9
**scholar [1]** 7044/17
**school [10]** 7036/4
7036/5 7036/22 7040/3
7040/13 7040/15
7041/22 7042/10
7042/14 7045/13
**school-wide [1]**
7042/10
**schools [3]** 7036/3
7041/19
**science [2]** 7040/7
7040/14
**scope [3]** 6989/22
6998/23 6999/4
**scopes [1]** 7063/22
**screaming [1]** 7072/14
**screen [3]** 7015/25
7016/2 7042/20
**se [2]** 7095/4 7111/16
**search [1]** 7059/22
**seat [3]** 7015/5 7113/6
7113/7
**seated [4]** 6986/4
7014/23 7087/24
7088/13
**second [6]** 6987/24
6987/25 7016/5 7037/8
7042/18 7047/10
**seconds [2]** 7000/20
7008/3
**Secret [8]** 7079/11
7079/12 7081/5
7105/10 7105/25
7110/24 7111/4 7111/5
**Secret Service [1]**
7105/10
**Secretary [1]** 7084/18
**section [2]** 7008/16
7083/12
**Section 1 [1]** 7083/12
**security [21]** 7009/21
7039/1 7039/1 7060/2
7060/6 7061/20 7062/4
7062/5 7062/9 7062/14
7062/18 7064/13
7064/17 7064/22
7065/9 7070/6 7070/17
7070/21 7101/3
7112/15 7112/15
**see [26]** 6994/14
7000/5 7015/25 7016/2
7016/6 7016/11
7037/25 7049/4
7050/21 7057/20
7068/19 7082/13
7082/15 7083/9
7084/23 7090/10

7084/7 7084/21
7108/24
**scene [2]** 6992/16

**seeing [3]** 7018/16
7021/11 7112/25
**seek [2]** 6996/22
7018/9
**seemed [2]** 7024/12
7024/18
**seems [6]** 6999/6
7003/17 7003/21
7012/2 7013/13
7018/18
**seen [10]** 6988/7
6988/9 6988/9 6990/13
6994/5 7040/21 7076/1
7076/5 7079/20
7097/17
**selectively [1]** 6997/18
**self [2]** 7023/17
7039/10
**self-defense [2]**
7023/17 7039/10
**Senator [2]** 7072/10
7105/20
**Senator Paul [1]**
7105/20
**send [3]** 7103/18
7109/21 7109/22
**sense [9]** 6990/2
6992/20 7003/11
7005/14 7006/14
7012/18 7018/13
7057/6 7084/5
**sent [6]** 6988/14
6996/5 6997/21 7055/3
7055/5 7097/14
**sentiment [4]** 7018/19
7018/23 7019/3 7019/9
**separate [1]** 7104/2
**September [1]** 7076/16
**sequence [1]** 7115/9
**Sergei [1]** 7050/19
**serious [1]** 7047/7
**serve [2]** 7057/4
7091/20
**served [6]** 7034/21
7035/3 7035/19
7055/23 7057/3 7065/1
7055/5 7097/14
**service [13]** 7036/13
7039/8 7047/24 7056/3
7056/21 7079/11
7079/12 7081/5
7105/10 7105/25
7110/24 7111/4 7111/5
**service also [1]**
7036/13
**services [2]** 7105/4
7106/16
**serving [10]** 7004/1
7049/23 7059/18
7064/24 7065/5 7066/1
7066/21 7104/7 7104/8
7108/3
**session [2]** 6986/2
7085/11

**set [9]** 7013/18
7050/25 7059/9
7063/14 7095/20
7095/22 7095/24
7096/1 7096/2
**setting [2]** 7011/20
7095/13
**setup [1]** 7079/3
**seven [1]** 7104/12
**several [4]** 7058/5
7085/13 7092/13
7096/16
**sex [1]** 7053/5
**SF [4]** 7036/20 7037/6
7037/16 7112/6
**shacks [1]** 7034/10
**shakes [1]** 6994/14
**shaking [1]** 7114/13
**shall [2]** 7051/15
7084/14
**shamed [1]** 7090/5
**shape [1]** 7005/10
**sharp [1]** 7063/23
**she [57]** 6993/21
7006/12 7016/15
7025/10 7025/23
7025/23 7025/23
7025/24 7026/4 7026/7
7026/8 7026/9 7026/11
7027/3 7027/4 7027/4
7027/5 7027/5 7027/11
7027/12 7027/14
7027/15 7027/18
7027/19 7028/3 7028/4
7028/5 7028/6 7028/8
7028/9 7028/22 7029/4
7029/7 7029/10 7030/3
7030/5 7030/8 7030/15
7030/18 7031/1 7031/1
7031/2 7031/9 7034/10
7036/2 7041/23
7041/24 7042/1
7046/10 7060/16
7060/25 7062/18
7062/19 7068/11
7075/1 7078/1 7092/15
**she's [2]** 7008/13
7113/18
**Shelley [1]** 7077/19
**Shelley Luther's [1]**
7077/19
**shelter [1]** 7048/7
**sheriff [5]** 7061/10
7061/17 7061/23
7067/20 7102/4
**Sheriff's [1]** 7062/2
**Shirley [4]** 7104/7
7107/20 7110/25
7111/1
**shirt [1]** 7111/18
**shoot [1]** 7068/8
**shooting [3]** 7048/4
7060/9 7098/2
**shop [2]** 7068/13
7068/25
**shops [1]** 7060/22
**short [1]** 7008/13

**shortsighted [1]**
7092/2
**shot [4]** 7036/15
7036/19 7036/20
7037/16
**shots [1]** 7028/7
**should [18]** 6987/11
6993/16 6995/13
6995/16 6995/17
6999/23 7007/11
7011/17 7048/20
7050/16 7050/16
7056/18 7056/18
7090/1 7103/17 7115/9
7115/25 7116/1
**shouldn't [2]** 6988/13
7063/19
**shove [1]** 7071/5
**show [3]** 6988/6
7015/21 7091/19
**showcasing [1]**
7021/12
**showed [3]** 7060/13
7064/5 7103/24
**showing [3]** 7019/10
7021/10 7061/11
**shown [1]** 7075/16
**shut [6]** 7064/3 7084/3
7093/17 7094/10
7096/12 7108/14
**shutdown [1]** 7083/25
**shutting [1]** 7065/22
**sic [1]** 7020/25
**side [4]** 7035/4 7035/6
7035/15 7040/8
**sides [6]** 7034/23
7072/1 7072/2 7089/13
7089/22 7089/24
**sidetracked [1]**
7047/25
**siege [1]** 7079/17
**Signal [16]** 7086/2
7086/25 7087/6 7087/7
7089/5 7093/7 7093/8
7093/21 7093/22
7094/6 7094/10
7094/14 7094/16
7095/6 7095/17
7096/17
**signed [1]** 7097/6
**significant [3]** 6990/25
7054/11 7056/4
**signs [1]** 7112/12
**silence [1]** 7033/3
**silent [2]** 6992/22
7033/17
**similar [1]** 7063/4
**simply [5]** 6997/13
7006/24 7012/5
7013/13 7018/15
**since [5]** 7079/3
7089/13 7097/23
7101/19 7114/2
**single [1]** 7005/9
**Siniff [10]** 7000/2
7000/17 7006/10
7009/21 7010/14

7015/21 7019/23
7031/15
**Siniff's [1]** 7015/1
**sir [11]** 7031/16
7031/25 7041/15
7045/14 7046/23
7050/22 7085/2
7088/17 7095/5 7114/2
7115/22
**sit [1]** 7005/8
**sits [2]** 6989/5 7004/6
**sitting [6]** 6988/23
7001/4 7002/6 7005/17
7006/3 7096/19
**situation [11]** 6993/6
6996/6 7003/20
7005/15 7005/21
7017/11 7046/8
7053/24 7055/12
7065/14 7071/3
**situations [1]** 7048/24
**six [1]** 7038/4
**Sixth [1]** 7044/6
**skin [1]** 7097/11
**skinny [1]** 7073/3
**sleeping [1]** 7077/6
**sleeve [1]** 7112/7
**slight [1]** 6994/15
**slotted [1]** 7037/8
**slow [1]** 7089/1
**slowed [1]** 7045/6
**slower [1]** 7088/23
**Smart [2]** 7100/4
7100/5
**smoke [1]** 7037/23
**sniper [1]** 7063/20
**snippets [1]** 7008/19
**snipping [1]** 7015/7
**so [281]**
**So it's [2]** 7067/4
7077/11
**sock [1]** 7076/8
**solved [1]** 6999/7
**solves [1]** 6999/18
**some [57]** 6990/12
6990/18 6990/19
6990/23 6991/8
6991/12 6992/3
6992/15 6996/1 6996/5
6997/7 6997/21 6998/1
7003/2 7004/4 7006/4
7007/5 7016/6 7019/10
7020/9 7020/12 7026/9
7026/11 7026/12
7033/11 7048/23
7049/8 7051/7 7051/21
7052/17 7056/7
7057/21 7057/22
7058/25 7061/9
7062/25 7063/13
7064/17 7064/18
7065/4 7068/7 7068/8
7072/25 7075/16
7076/17 7077/16
7084/19 7084/23
7088/22 7089/24
7090/5 7096/4 7103/14

7108/25 7115/5
**somebody [6]** 6992/15
6992/22 7005/11
7052/16 7053/2
7078/12
**somebody's [1]** 7005/5
**someone [20]** 7007/20
7012/5 7015/23 7028/6
7052/7 7052/10
7052/22 7053/9
7053/12 7062/17
7068/8 7069/18 7077/6
7094/13 7097/8
7097/10 7101/6
7106/16 7108/11
7108/23
**something [23]**
6992/13 6999/17
7004/4 7005/19
7009/12 7011/23
7011/25 7012/9
7012/10 7025/15
7025/22 7056/19
7059/24 7069/14
7074/19 7084/20
7085/9 7093/20
7100/20 7103/4
7105/15 7115/12
7116/20
**sometimes [2]** 7096/16
7112/3
**somewhat [4]** 6990/24
6993/17 6995/14
7091/12
**son [1]** 7072/12
**sons [2]** 7035/3
7054/20
**soon [1]** 7036/10
**sorry [27]** 6987/7
6987/14 7006/13
7010/1 7016/21
7019/23 7021/2
7021/15 7021/18
7022/15 7026/10
7027/13 7027/23
7029/8 7035/13
7047/25 7056/11
7059/2 7075/24 7087/9
7088/25 7098/15
7098/19 7099/19
7102/1 7111/10 7114/6
**sort [9]** 6989/16
6989/20 6995/13
6995/21 7003/12
7003/20 7005/6
7088/14 7107/15
**sound [1]** 7106/10
**sounds [1]** 7087/9
**source [1]** 7110/1
**South [1]** 7044/2
**sovereign [2]** 7092/9
7092/13
**Soviet [1]** 7093/1
**speak [8]** 6992/17
6999/13 6999/16
7012/19 7089/23
7104/3 7109/5 7109/9

**speaker [1]** 7108/24
**speakers [4]** 7024/16
7060/3 7104/3 7108/21
**speaking [6]** 7011/9
7077/15 7077/18
7077/21 7110/15
7110/19
**spear [1]** 7049/15
**special [5]** 7036/19
7037/4 7037/12
7085/11 7111/20
**specialized [2]**
7046/16 7046/17
**specializes [1]**
7007/23
**specific [1]** 6991/17
7027/10
**specificity [1]** 7029/24
**speech [2]** 7065/23
7093/13
**Spell [1]** 7032/10
**spending [1]** 7012/1
**spoke [1]** 7007/25
**sponsoring [1]** 6996/3
**spotlights [1]** 7071/6
**spray [2]** 7105/15
7105/19
**sprayed [1]** 7070/23
**Sr [7]** 6983/16 7050/17
7083/2 7083/6 7102/19
7102/19 7102/24
**SR-1 [1]** 7050/17
**SR-2 [3]** 7102/19
7102/19 7102/24
**SR-7 [2]** 7083/2 7083/6
**stabbed [3]** 7074/23
7074/24 7075/1
**stable [2]** 7001/18
7002/23
**staff [1]** 7040/20
**staffer [1]** 7041/16
**stake [1]** 6994/16
**stand [12]** 6996/19
6997/16 6998/6
7003/18 7015/15
7050/12 7062/19
7079/20 7079/21
7079/24 7081/4
7117/10
**stand-down [4]**
7079/20 7079/21
7079/24 7081/4
**standard [2]** 7111/8
7111/18
**standdown [1]**
7089/19
**standdowns [1]**
7089/14
**standing [1]** 7068/20
**stanley [3]** 6983/2
6983/5 6986/16
**stars [2]** 7099/14
7101/9
**start [9]** 7036/23
7046/24 7086/21
7088/8 7091/23 7092/4
7093/22 7101/21
7110/21

**started** [9] 7000/1
7006/20 7039/13
7046/22 7047/22
7047/22 7053/25
7054/7 7055/15
**starts** [1] 7083/17
**state** [12] 7038/25
7050/6 7050/7 7050/10
7059/10 7061/23
7084/14 7084/18
7085/7 7085/19
7092/14 7096/9
**statement** [1] 7026/22
**states** [17] 6981/1
6981/3 6981/10 6986/6
7045/6 7050/4 7051/11
7054/17 7085/5 7085/5
7085/13 7085/14
7085/16 7085/21
7085/22 7092/10
7093/3
**station** [5] 7068/5
7068/6 7068/22
7068/23 7068/24
**status** [4] 7024/1
7043/19 7043/23
7047/1
**statutes** [1] 7062/13
**stay** [5] 7069/6
7069/11 7087/18
7105/24 7106/7
**stayed** [1] 7069/7
**staying** [3] 6987/4
6987/8 7069/17
**stealing** [1] 7048/4
**stenography** [1]
6984/6
**step** [4] 7031/16
7090/8 7098/17 7113/5
**stepped** [1] 7078/1
**STEWART** [12] 6981/6
6982/2 6986/7 6995/15
6996/4 6996/23
7031/20 7032/5
7032/13 7032/15
7083/1 7102/19
**Stewart Rhodes** [5]
6995/15 6996/4
6996/23 7083/1
7102/19
**still** [15] 6986/25
6987/1 6992/12 7004/8
7010/20 7024/12
7038/21 7047/5 7047/8
7055/24 7057/4
7057/17 7088/19
7091/9 7097/2
**stolen** [3] 7082/16
7082/21 7084/8
**Stone** [3] 7024/22
7024/22 7024/23
**stood** [4] 7054/24
7065/19 7079/22
7089/21
**stop** [8] 7016/5 7062/1
7071/7 7073/21 7078/1
7088/1 7096/17

**stopped** [3] 7050/16
7061/3 7092/15
**stopping** [1] 7061/12
**store** [1] 7068/5
**stores** [2] 7084/1
7084/1
**story** [1] 7072/9
**strategy** [1] 7001/9
**stream** [2] 7089/21
7110/3
**streamline** [1] 6991/8
**streams** [2] 7110/2
7110/4
**street** [15] 6981/17
6982/11 6982/15
7010/5 7020/10
7021/12 7022/7
7062/25 7068/13
7068/23 7070/3
7072/16 7076/6
7089/25 7092/16
**streets** [6] 7069/20
7073/3 7074/23 7075/1
7078/2 7110/3
**strength** [1] 7069/14
**strike** [1] 7043/4
**strip** [2] 7043/20
7045/5
**strong** [2] 7069/22
7069/23
**structure** [1] 7077/9
**stuck** [1] 7107/19
**students** [3] 7039/5
7042/19 7042/23
**studied** [2] 7041/18
7044/9
**stuff** [8] 7043/12
7044/9 7074/8 7075/9
7075/13 7081/15
7086/18 7092/19
**subject** [3] 6998/2
6998/16 6998/18
**subjects** [2] 7004/18
7004/19
**submissions** [1]
7013/22
**submit** [2] 6994/2
6996/16
**such** [2] 7020/13
7084/15
**sued** [2] 7085/19
7085/20
**sufficient** [1] 7049/4
**suggested** [1] 6999/1
**suggestions** [1]
7088/23
**suggests** [1] 6989/19
**suicide** [1] 7057/9
**Suite** [4] 6982/4 6982/8
6983/8 6983/17
**Summa** [1] 7040/1
**summarizing** [1]
7012/13
**summation** [1] 6994/9
**summer** [2] 7079/9
7081/6
**super** [1] 7084/4

**super-wealthy** [1]
7084/4
**Superdome** [1] 7048/7
**superior** [1] 7050/15
**supplement** [5] 7011/1
7012/7 7012/9 7115/25
7116/24
**supplemental** [2]
7014/13 7115/5
**supplementation** [1]
7115/13
**support** [4] 7050/3
7077/1 7077/2 7110/1
**supported** [1] 7063/16
**supporter** [4] 7065/16
7065/21 7074/25
7106/23
**supporter/libertarian**
[1] 7065/16
**supporters** [2] 7104/19
7104/25
**supposed** [1] 7070/1
**supremacists** [1]
7077/25
**Supreme** [7] 7045/17
7047/3 7047/6 7047/13
7104/4 7110/13
7110/20
**Supreme Court** [7]
7045/17 7047/3 7047/6
7047/13 7104/4
7110/13 7110/20
**sure** [42] 6988/20
6991/15 6992/12
6992/16 6993/16
6994/8 6997/4 6999/8
6999/15 7000/17
7001/11 7002/1
7005/20 7006/23
7009/13 7009/15
7009/16 7012/12
7028/2 7032/3 7049/5
7050/9 7053/2 7053/4
7053/5 7062/14
7067/19 7072/1
7075/14 7080/2 7082/4
7082/7 7083/17
7087/11 7088/7
7093/25 7095/21
7096/3 7111/13
7114/10 7116/17
7117/1
**surprising** [1] 7013/8
**survive** [1] 7035/9
**sustained** [2] 7027/8
7031/4
**swear** [3] 7050/2
7050/3 7050/7
**swing** [2] 7085/5
7085/14
**swore** [6] 7049/10
7049/10 7055/18
7060/18 7068/10
7093/13
**SWORN** [2] 7015/15
7032/5
**system** [1] 7047/10

**table** [7] 6988/23
6989/2 6989/5 6989/16
7001/4 7002/7 7004/1
**Tactical** [1] 7098/2
**take** [28] 6987/10
6988/12 6988/13
6991/25 6992/9
6996/24 6999/23
6999/25 7000/3
7008/14 7009/4 7013/2
7014/16 7028/16
7030/11 7033/2
7045/25 7046/9
7053/16 7056/9 7063/8
7063/9 7079/22 7080/4
7081/19 7087/9
7109/20 7113/5
**taken** [3] 7015/23
7028/25 7029/4
**takes** [2] 6997/16
7107/16
**taking** [4] 6992/7
7028/22 7069/19
7069/25
**talk** [15] 6996/1
7014/15 7020/8
7034/20 7063/13
7067/20 7067/25
7079/1 7081/24
7082/10 7087/5
7088/23 7088/24
7093/7 7094/24
**talked** [6] 7025/12
7052/17 7052/18
7055/15 7060/15
7102/9
**talking** [4] 6987/7
6997/24 7086/21
7091/16
**talks** [2] 6993/19
7083/18
**target** [2] 7068/16
7105/17
**Tarpley** [2] 6982/10
6986/15
**taught** [3] 7039/10
7048/16 7048/23
**taunted** [1] 7069/1
**taxi** [1] 7104/23
**teach** [2] 7049/22
7059/18
**teacher** [1] 7040/12
**teaching** [1] 7059/20
**team** [14] 7067/2
7095/4 7100/25 7104/2
7104/9 7104/12
7104/14 7104/16
7104/18 7104/18
7109/12 7110/23
7110/1 7110/25
**teams** [1] 7104/2
**tear** [1] 7063/18
**tear-gassing** [1]
7063/18
**Telegram** [1] 7094/19
**tell** [14] 6999/1
7027/14 7028/21

7050/9 7054/6
7066/6 7074/12 7077/8
7086/9 7094/3 7106/1
7112/4 7115/2
**telling** [4] 6998/10
7026/4 7027/18 7028/2
**tempted** [1] 7024/11
**ten** [7] 7000/21 7008/2
7008/10 7008/11
7008/22 7009/4
7115/14
**ten-minute** [1] 7008/2
**tend** [6] 7055/21
7055/25 7073/3
7088/24 7091/4
**tens** [1] 7024/9
**tensions** [1] 7020/22
**term** [5] 7049/9 7075/3
7075/12 7107/22
7107/23
**terminology** [2] 7075/6
7080/22
**terms** [8] 6987/12
6999/2 7014/11 7015/7
7024/22 7113/9
7113/23 7115/2
**terrain** [1] 7037/22
**Terrific** [1] 7010/12
**territory** [1] 7092/9
**testified** [6] 7003/1
7015/15 7052/18
7076/14 7080/17
7089/6
**testifies** [11] 6988/24
6990/15 6992/24
6993/1 6993/22
6995/15 6997/7 6998/2
6998/14 7005/18
7094/2
**testify** [15] 6990/8
6997/19 6997/19
6999/23 7001/21
7002/9 7002/21
7004/11 7005/6 7006/4
7032/24 7033/1
7033/19 7057/6 7114/3
**testifying** [7] 6989/17
6990/3 6990/10
6990/25 7003/23
7004/10 7033/6
**testimony** [21]
6991/17 6993/2 6993/3
6995/18 6997/9
6998/24 7001/8
7001/19 7002/23
7003/16 7004/2
7004/25 7005/2 7005/5
7005/10 7005/22
7015/1 7023/20
7031/16 7032/18
7112/22
**Texas** [9] 7007/23
7040/18 7077/17
7077/23 7085/19
7104/9 7105/14
7106/13 7108/4
**text** [5] 7079/1 7094/7
7094/13 7094/14

7142

text... [1] 7094/17
texting [4] 7087/7
7093/8 7094/6 7094/17
texts [4] 7075/15
7075/15 7075/17
7082/13
than [15] 6987/4
6994/20 7003/14
7005/11 7013/16
7015/23 7070/1 7070/2
7074/16 7093/4 7093/9
7094/24 7101/6
7103/23 7114/25
thank [22] 6999/20
7000/8 7010/12
7014/18 7014/25
7015/3 7019/20 7020/2
7028/14 7031/14
7031/15 7031/25
7045/11 7087/13
7087/25 7088/17
7102/21 7111/12
7112/17 7112/20
7113/1 7117/6
thank you [17]
7010/12 7014/18
7015/3 7019/20 7020/2
7028/14 7031/14
7031/15 7031/25
7045/11 7087/25
7102/21 7111/12
7112/17 7112/20
7113/1 7117/6
Thanks [1] 7087/21
Thanksgiving [1]
7006/22
that [586]
that'll [1] 7007/6
that's [109] 6987/16
6989/17 6989/19
6990/11 6992/14
6993/22 6994/19
6995/5 6999/11
6999/20 7003/8
7003/20 7004/12
7004/14 7005/7
7006/14 7007/21
7008/9 7008/12 7009/8
7009/14 7011/4 7012/5
7013/15 7013/24
7018/3 7019/5 7019/15
7022/25 7027/8
7027/21 7032/14
7033/23 7035/14
7036/3 7038/4 7038/15
7039/13 7040/22
7040/24 7043/21
7045/1 7045/7 7045/8
7046/3 7047/21 7048/1
7049/3 7052/12
7052/21 7053/6
7053/20 7055/6
7057/16 7057/23
7058/17 7059/12
7060/12 7062/7 7062/7
7062/10 7062/16
7063/5 7064/6 7064/19

7068/12 7069/6
7069/24 7070/16
7071/11 7072/11
7073/19 7073/22
7075/3 7075/22
7075/24 7080/16
7080/22 7080/23
7081/16 7081/24
7082/20 7083/12
7085/4 7088/3 7089/25
7090/1 7090/20
7091/14 7091/20
7093/13 7093/20
7094/4 7094/18
7094/24 7095/5
7095/19 7102/6
7104/14 7105/20
7106/15 7106/20
7107/23 7111/8
7115/16 7115/20
7116/4
their [54] 6990/16
6990/20 6993/3 6993/4
6995/20 6997/25
6998/6 6998/8 6998/15
6999/10 7005/10
7008/24 7012/6
7013/21 7017/17
7040/23 7043/20
7048/9 7049/6 7050/14
7050/15 7051/14
7052/7 7052/7 7054/19
7055/10 7055/23
7057/4 7057/11
7059/16 7061/14
7063/16 7065/23
7066/6 7067/8 7068/17
7070/25 7075/10
7084/6 7085/23
7085/25 7090/4 7090/8
7092/2 7093/9 7096/18
7104/21 7104/23
7105/5 7106/9 7106/12
7106/12 7106/17
7108/20
thelinderfirm.com [1]
6982/6
them [88] 6990/4
6990/5 7001/9 7003/4
7006/3 7006/23
7006/25 7007/1 7007/5
7009/11 7013/8 7017/9
7019/7 7019/25
7022/10 7029/14
7043/21 7052/9
7052/11 7053/1
7053/13 7054/20
7055/8 7056/4 7057/6
7057/12 7057/13
7057/16 7057/17
7057/24 7059/18
7060/23 7061/3
7061/12 7062/1
7063/14 7063/23
7063/23 7064/18
7065/7 7066/1 7066/5
7066/9 7067/1 7067/16

7071/6 7071/7 7073/5
7074/12 7074/18
7074/22 7076/4 7076/7
7076/19 7077/3
7079/19 7080/6
7080/10 7085/6
7087/18 7090/5 7090/8
7090/11 7093/5
7094/22 7094/23
7095/13 7096/23
7104/10 7104/23
7105/2 7105/5 7105/16
7105/18 7105/19
7106/1 7106/2 7106/6
7106/17 7107/1 7107/2
7108/20 7110/4 7112/4
7115/8 7116/7
then [93] 6988/14
6989/4 6989/21 6990/3
6991/23 6993/8
6993/12 6995/15
6995/16 6995/17
6995/19 6996/15
6996/22 6997/11
6997/12 6999/24
7001/24 7002/9
7003/19 7004/1 7004/6
7005/3 7005/9 7006/5
7006/20 7009/2 7009/5
7011/16 7011/25
7012/7 7012/10
7013/21 7013/25
7018/23 7024/5
7035/24 7036/6
7038/11 7039/16
7040/13 7043/16
7044/21 7045/16
7045/19 7047/14
7048/11 7051/4
7052/22 7053/21
7054/1 7054/21 7058/5
7060/18 7063/23
7066/25 7067/18
7068/8 7073/14
7077/10 7080/6
7081/10 7081/22
7083/17 7088/6 7088/8
7092/25 7096/2
7096/15 7097/14
7099/10 7101/21
7102/5 7103/21 7104/4
7104/14 7104/25
7105/1 7105/17
7107/18 7109/14
7109/15 7109/25
7110/12 7110/19
7110/21 7111/5
7113/14 7114/18
7115/17 7115/24
7116/3 7116/7 7116/8
theory [2] 6994/6
6997/15
there [122] 6987/20
6989/9 6990/19
6990/23 6993/18
6994/16 6995/23
6999/25 7002/18

7011/9 7014/5 7014/17
7016/23 7016/25
7017/8 7017/15
7017/22 7018/23
7019/6 7019/24 7020/7
7020/8 7020/21
7020/22 7021/4
7021/11 7022/4 7022/6
7023/4 7023/21
7024/19 7026/8 7027/6
7030/23 7033/11
7038/21 7041/23
7043/24 7048/3 7048/8
7048/23 7051/3 7051/3
7054/14 7056/20
7057/22 7058/9 7059/1
7059/5 7060/9 7060/22
7061/4 7064/24
7065/14 7065/14
7065/15 7065/25
7066/14 7067/18
7068/3 7068/6 7068/12
7068/20 7069/14
7070/17 7071/3 7072/9
7073/2 7073/18 7075/8
7075/16 7076/18
7076/19 7076/19
7076/19 7076/21
7076/21 7076/24
7077/6 7077/15
7077/24 7077/25
7078/18 7079/12
7079/14 7079/15
7079/23 7086/22
7089/14 7089/21
7089/23 7090/2 7090/2
7092/5 7092/5 7092/23
7096/19 7097/2
7098/11 7102/11
7102/13 7103/13
7103/15 7105/12
7105/13 7106/1
7109/12 7110/12
7110/12 7111/3 7111/9
7113/24 7114/4 7114/7
7114/9 7114/10
7114/18 7115/5
7116/13 7116/17
there's [35] 6991/22
6991/22 6991/23
6997/23 7002/16
7003/12 7003/13
7003/17 7003/18
7004/15 7004/23
7004/25 7009/6
7010/22 7012/5
7012/12 7019/13
7028/15 7042/25
7052/5 7052/19 7053/5
7058/25 7062/4
7062/24 7069/23
7071/12 7079/1 7081/3
7081/4 7086/16
7086/19 7108/23
7111/4 7116/20
thereafter [1] 7102/12
therefore [1] 6998/24

these [23] 7001/23
7002/6 7017/13
7017/14 7025/18
7052/17 7053/16
7053/18 7056/21
7058/19 7065/19
7067/5 7069/8 7069/21
7084/23 7096/19
7108/6 7108/7 7108/15
7111/6 7111/15 7112/8
7116/23
they [163]
they'd [2] 7060/18
7096/9
they'll [6] 7074/5
7074/6 7074/6 7075/20
7076/7 7105/18
they're [17] 6989/1
7001/21 7049/23
7050/6 7053/4 7057/17
7061/24 7065/22
7091/3 7099/4 7099/4
7105/18 7106/11
7106/12 7106/13
7111/3 7111/3
they've [4] 6998/6
6998/12 7007/25
7055/23
thing [18] 7001/17
7002/24 7006/21
7009/2 7009/6 7018/3
7019/14 7019/14
7043/6 7047/2 7050/3
7052/2 7055/11
7055/13 7091/5
7092/12 7092/20
7094/20
things [25] 6990/18
7012/1 7013/15
7013/17 7018/16
7020/8 7020/9 7030/24
7039/5 7043/10
7049/18 7053/5 7056/5
7060/3 7061/9 7073/8
7074/8 7076/5 7076/8
7083/22 7091/4 7092/4
7093/1 7096/6 7105/19
think [84] 6987/10
6987/25 6989/17
6989/18 6990/1 6990/7
6990/24 6991/21
6992/5 6992/21 6993/8
6994/12 6995/13
6996/5 6996/18 6997/5
6997/15 6997/15
6997/20 6997/23
6998/1 6999/11
7001/14 7001/17
7003/10 7003/11
7003/15 7004/22
7005/3 7005/10 7006/1
7006/1 7007/9 7007/10
7007/10 7008/16
7009/3 7011/6 7011/15
7011/17 7012/18
7012/19 7014/2 7014/6

thereof [2] 7051/12
7084/15

**T**

think... [40] 7017/25
7018/14 7019/6
7019/10 7021/17
7026/24 7031/4 7044/1
7044/7 7044/20
7044/21 7044/25
7045/8 7047/6 7047/6
7047/21 7048/9
7052/14 7057/12
7061/17 7074/21
7076/14 7076/20
7082/13 7087/17
7090/4 7090/11
7091/21 7092/1 7100/2
7103/25 7104/12
7113/10 7113/14
7114/16 7115/1 7115/2
7115/12 7116/22
7117/3
thinking [2] 7007/1
7007/12
thinks [2] 6996/14
7116/8
third [2] 7010/5
7093/11
Third Street [1] 7010/5
third-party [1] 7093/11
this [108] 6986/6
6990/9 6991/2 6991/8
6991/8 6992/7 6992/10
6993/16 6993/17
6993/18 6993/19
6993/23 6994/13
6996/20 6997/5 6997/9
6998/19 7001/17
7001/24 7002/17
7003/7 7004/12
7004/17 7004/21
7007/17 7008/8 7009/3
7011/13 7011/19
7013/4 7013/6 7013/14
7015/11 7015/22
7015/22 7016/11
7016/24 7017/4 7017/4
7017/10 7017/10
7017/13 7017/16
7017/18 7018/2
7018/15 7018/17
7018/22 7021/15 7021/18
7021/19 7021/21
7022/5 7022/16
7022/16 7025/5
7032/21 7032/24
7033/2 7033/12
7034/18 7039/16
7043/22 7044/9
7046/24 7047/10
7050/18 7050/23
7050/25 7055/6
7055/15 7055/20
7063/8 7065/8 7065/23
7066/7 7068/21 7079/7
7080/11 7081/2 7083/2
7085/13 7085/19
7086/20 7086/20
7086/21 7090/19

7092/9 7093/2 7093/13
7093/19 7098/20
7103/4 7103/10
7103/19 7103/23
7107/10 7109/4
7112/20 7114/8 7115/9
7115/17 7116/10
7117/10
Thomas [2] 6983/16
6986/10
Thomas Edward
Caldwell [1] 6986/10
those [15] 6996/16
7031/9 7048/14
7056/23 7064/2
7064/12 7064/17
7067/14 7072/21
7075/17 7077/14
7081/20 7086/6
7094/22 7096/8
though [8] 6986/24
6989/18 7001/23
7050/14 7050/15
7052/3 7056/14
7093/25
thought [7] 6987/15
6989/23 7044/4
7047/11 7057/8
7077/15 7096/12
thousands [4] 7024/9
7070/13 7070/14
7071/10
threat [1] 7079/15
threatened [2] 7068/9
7077/20
threatening [1] 7017/6
threats [2] 7073/21
7109/8
three [6] 7047/20
7058/14 7059/5
7067/11 7068/17
7111/6
through [21] 6991/19
6991/20 6994/17
6994/18 6996/20
6997/13 7005/19
7007/11 7012/24
7032/16 7037/4 7037/6
7076/23 7077/17
7078/2 7087/1 7094/13
7105/10 7108/8
7108/15 7110/18
throughout [3] 7065/8
7079/21 7100/11
throw [2] 7074/5
7074/6
throwing [2] 7064/2
7074/7
thrown [1] 7074/4
tied [1] 7109/17
till [3] 7011/18 7046/10
7087/19
time [35] 6987/9
6987/18 6996/19
6996/20 6996/21
7008/1 7008/13
7011/20 7012/1 7012/3

7013/20 7014/25
7024/1 7025/5 7028/24
7031/16 7036/6
7036/18 7037/2
7038/21 7056/8 7059/4
7059/6 7059/8 7070/13
7081/6 7083/2 7093/7
7093/12 7099/15
7110/24 7112/20
7115/11
times [3] 7069/23
7096/16 7112/11
tip [1] 7049/15
tired [1] 7078/13
tissue [1] 7042/25
titled [1] 7118/4
today [8] 7010/18
7011/21 7012/1
7013/25 7014/16
7033/6 7054/22
7114/25
together [5] 6990/13
7054/19 7054/24
7055/13 7068/18
told [9] 7001/12
7025/10 7027/15
7048/7 7063/23
7067/18 7069/5
7074/18 7087/17
tolerate [1] 7052/6
7070/5
too [22] 6988/13
7013/10 7013/18
7013/24 7035/12
7037/10 7037/11
7039/11 7057/9
7059/10 7061/1
7065/22 7066/11
7067/20 7074/9 7075/7
7078/13 7089/1 7091/5
7105/9 7106/21 7111/5
took [9] 7029/5 7029/7
7029/10 7029/16
7036/20 7042/19
7079/11 7092/24
7101/22
tool [1] 7077/12
topic [9] 6989/3
6995/22 6996/1 7004/4
7006/4 7044/10 7044/17
7044/18 7087/10
tornado [1] 7058/5
torts [1] 7042/15
torture [1] 7048/22
torturing [1] 7043/16
total [2] 7038/5
7064/22
touch [1] 7108/7
tough [1] 7042/24
toward [1] 7013/14
towards [3] 7051/14
7064/9 7093/6
towers [4] 6983/17
7042/16 7042/18
7042/22
town [1] 7007/2

track [1] 7047/10
traffic [1] 7081/22
train [1] 7039/4
trained [1] 7099/13
training [6] 7037/5
7038/25 7039/1 7039/4
7049/4 7050/15
trans [1] 7065/21
transcript [3] 6981/9
6984/6 7118/3
transcription [1]
6984/7
transfer [2] 7057/13
7084/4
transferred [1]
7039/16
transitioning [1]
7087/10
travel [2] 7058/19
7099/22
travels [2] 7031/17
7099/23
treated [1] 7022/10
trees [1] 7037/24
trial [4] 6981/9 6992/10
6992/19 7116/16
tribunal [1] 7047/5
tried [3] 7047/5 7048/5
7092/16
triple [2] 7099/11
7112/6
Triple Canopy [1]
7099/11
trouble [1] 7078/9
troublemakers [1]
7064/1
troubling [1] 7047/1
Troy [2] 6981/16
6986/12
Troy Edwards [1]
6986/12
true [4] 6994/18 7072/8
7095/1 7106/24
Trump [25] 7065/15
7065/16 7065/21
7071/20 7072/24
7074/25 7079/11
7079/16 7080/4
7080/12 7082/8
7082/24 7086/12
7089/13 7091/2
7091/24 7095/7
7104/19 7104/25
7105/9 7105/9 7105/16
7105/21 7106/22
7106/23
try [9] 7009/10 7064/3
7064/4 7080/11
7097/10 7101/22
7103/16 7103/20
7105/2
trying [15] 6989/6
6991/8 6991/25 6994/6
6995/6 7009/14
7036/18 7065/18
7071/5 7073/17
7073/18 7086/9

7085/15 7086/18
7092/15
turn [2] 7092/16
7114/20
turned [2] 7035/1
7065/17
turret [1] 7035/7
TVs [1] 7048/4
two [15] 6997/24
7004/15 7011/13
7017/24 7043/24
7043/25 7044/2
7054/16 7059/19
7061/22 7066/19
7071/4 7094/22
7103/11 7104/2
TX [2] 6982/4 6982/8
Tyler [1] 7077/23
type [3] 6992/3
6993/12 7017/18
typical [1] 7073/10
typically [2] 6998/16
7004/14

**U**

U-turn [1] 7092/16
U.S [1] 6981/16
unarmed [2] 7066/10
7066/14 7105/18
uncle [2] 7035/15
7036/21
unconscious [1]
7106/14
unconstitutional [7]
7043/11 7047/6
7048/12 7063/19
7082/17 7082/24
7084/10
under [6] 7031/23
7039/16 7047/16
7050/19 7085/6
7088/19
undercover [1]
7063/25
undergrad [1] 7040/6
undergraduate [1]
7040/16
underneath [1] 7067/1
understand [14]
6993/7 7001/10
7001/17 7023/25
7032/20 7032/23
7032/25 7033/1 7033/6
7050/1 7067/6 7067/7
7086/16 7088/19
understandably [1]
7088/4
understanding [10]
6994/4 6998/13
7015/22 7025/1
7025/13 7025/5
7027/5 7027/11 7028/4
7028/24
understood [3] 7006/8
7080/2 7116/19
undoubtedly [1]
7012/11
unexpected [1] 7013/6

**U**

**unfit [1]** 7055/8
**unfortunately [9]**
7037/11 7047/14
7048/13 7051/21
7068/7 7072/20
7074/22 7079/25
7104/24
**uniform [1]** 7111/16
**UNITED [10]** 6981/1
6981/3 6981/10 6986/6
7045/6 7050/4 7051/11
7054/17 7092/10
7093/3
**United States [4]**
7050/4 7054/17
7092/10 7093/3
**University [1]** 7039/13
**unlawful [6]** 7048/14
7048/17 7048/18
7048/20 7073/18
7077/3
**unless [7]** 7008/5
7009/6 7019/13 7073/2
7104/5 7107/13 7109/9
**unlike [3]** 7045/3
7057/20 7070/2
**unlikely [2]** 6990/4
6990/7
**UNLV [4]** 7039/8
7039/14 7039/16
7039/20
**unnecessarily [1]**
7067/9
**unpaid [4]** 7059/8
7061/24 7098/6
7100/23
**unrelated [1]** 7004/25
**until [11]** 6995/10
7013/3 7070/7 7071/16
7071/16 7096/18
7114/14 7115/8
7115/18 7115/21
7117/10
**unusual [2]** 7003/9
7030/11
**up [79]** 6992/24 6997/6
6998/5 6999/23
6999/25 7001/24
7006/5 7009/11
7009/25 7012/1
7013/11 7017/10
7018/2 7019/11
7020/19 7025/12
7031/21 7033/12
7033/15 7033/20
7034/5 7034/10
7034/21 7035/11
7035/18 7035/21
7035/24 7036/19
7037/14 7046/15
7050/25 7057/25
7057/25 7059/9
7062/13 7063/8 7064/8
7065/20 7065/22
7067/21 7068/25
7070/7 7071/19
7071/22 7074/9

7075/3 7075/12
7076/11 7079/16
7081/7 7082/8 7084/24
7085/3 7087/5 7088/15
7090/8 7091/19 7093/6
7093/13 7095/13
7095/20 7095/22
7095/24 7096/1 7096/2
7097/6 7097/20
7100/11 7103/24
7107/10 7109/17
7112/12 7113/10
7113/17 7115/3
7115/20 7116/21
**updated [1]** 7048/21
**upheld [1]** 7047/3
**uphold [1]** 7050/7
**upon [3]** 7051/14
7064/19 7116/9
**us [43]** 6991/17 6992/9
6992/9 6995/2 6995/5
6997/3 7007/10
7013/24 7021/4
7042/17 7051/22
7056/10 7056/15
7060/25 7061/2
7061/10 7061/17
7063/12 7066/9 7067/8
7068/11 7080/6 7082/8
7093/14 7093/17
7093/20 7096/11
7101/1 7107/2 7107/12
7107/12 7108/8 7108/9
7108/9 7108/12
7108/13 7108/13
7109/7 7109/21
7110/18 7110/20
7112/13 7114/22
**usdoj.gov [2]** 6981/19
6981/20
**use [17]** 7012/3
7023/12 7039/3
7043/14 7047/17
7058/19 7065/18
7070/22 7074/3 7075/5
7075/19 7075/20
7076/7 7080/12 7094/8
7094/9 7109/6
**used [8]** 7048/6 7049/3
7075/12 7075/25
7076/1 7078/13
7093/10 7093/11
**useful [1]** 7014/7
**using [8]** 7010/3
7063/22 7077/12
7080/5 7093/16
7093/22 7096/19
7112/4
**usual [1]** 7114/17
**usually [5]** 6998/10
7003/7 7078/7 7097/7
7108/8
**utmost [1]** 6998/9

**V**

**VA [1]** 7039/16
**vacuum [1]** 6995/1

**value [1]** 7057/8
**van [1]** 7080/16
**various [2]** 7008/18
7100/10
**Vegas [5]** 7036/5
7038/18 7039/14
7041/18 7046/6
**vehicle [3]** 7078/8
7078/16 7078/17
**venue [2]** 7105/25
7106/3
**venues [1]** 7106/3
7106/4
**version [1]** 7045/1
**versus [2]** 6986/7
6992/14
**very [19]** 7008/13
7024/12 7034/15
7039/12 7043/10
7046/20 7047/9
7047/21 7057/8
7057/23 7073/15
7074/11 7074/13
7082/6 7087/14 7090/3
7092/2 7095/25 7113/2
**vests [1]** 7073/8
**vet [1]** 7045/18
**veteran [4]** 7038/14
7097/9 7099/6 7106/13
**veterans [13]** 7042/2
7054/18 7057/9
7057/20 7063/6 7063/7
7063/13 7066/10
7067/1 7075/20 7080/7
7081/9 7104/20
**vetted [1]** 7052/22
**vetting [1]** 7053/1
**vice [4]** 7093/12
7097/25 7101/25
7111/19
**video [40]** 6987/21
6987/25 6988/10
7000/11 7000/15
7000/15 7008/2 7008/5
7008/10 7008/11
7015/8 7015/8 7015/10
7015/21 7015/22
7016/9 7016/11
7016/18 7016/24
7017/3 7017/11
7017/25 7018/9
7018/22 7018/23
7019/1 7019/21 7020/3
7021/2 7021/14
7021/15 7022/23
7030/18 7060/11
7060/11 7060/13
7064/5 7068/1 7068/19
7073/7
**videos [1]** 7020/12
**Vietnam [1]** 7045/18
**view [1]** 7017/9
**Villa [1]** 7035/1
**violate [1]** 7049/13
**violated [4]** 7061/15
7084/25 7085/1
7085/25
**violates [1]** 7048/25

**violation [5]** 7044/4
7048/9 7051/11 7084/6
7085/8
**violations [1]** 7085/7
**violence [3]** 7051/13
7077/16 7092/7
**VIP [2]** 7024/16 7096/1
**VIPs [1]** 7025/2
**Virginia [1]** 7029/7
**virtually [1]** 7024/19
**virtue [1]** 6990/9
**visibly [1]** 7017/9
**Voc [1]** 7039/16
**voice [1]** 7069/24
**void [1]** 7084/11
**volume [1]** 7116/9
**volunteer [15]** 7039/9
7046/4 7056/15
7056/16 7056/18
7059/21 7059/22
7059/22 7059/23
7062/6 7062/23 7098/6
7099/3 7100/23
7112/15
**volunteerism [1]**
7059/20
**volunteers [7]** 7056/18
7058/15 7059/8
7061/24 7103/22
7103/24 7103/25
**vs [1]** 6981/5
**vulnerable [2]** 7039/12
7104/19

**W**

**waiting [2]** 6987/1
7038/12
**waive [6]** 6996/7
6997/25 6998/17
6999/3 6999/10 7033/7
**waived [7]** 6997/17
6998/6 6998/12
6998/15 7033/13
7033/18 7114/2
**waiver [1]** 6998/17
**waives [2]** 6998/11
6998/13
**waiving [1]** 6999/1
**walk [3]** 7067/21
7105/5 7105/15
**walked [3]** 7037/12
7104/10 7106/11
**walking [2]** 7072/16
7110/19
**Walmart [2]** 7074/19
7084/2
**want [53]** 6987/21
6988/21 6989/2 6989/4
6992/10 6994/20
6994/22 6995/1
6995/16 7000/21
7005/7 7008/1 7008/4
7011/12 7011/25
7012/21 7013/16
7023/25 7025/12
7033/12 7040/14
7053/4 7053/13 7057/4

7067/25 7068/15
7067/25 7068/15
7068/16 7070/2 7070/3
7070/3 7073/13
7073/15 7073/19
7073/21 7074/13
7080/23 7089/4
7090/10 7093/7
7096/15 7099/3
7100/20 7102/8
7104/22 7108/13
7111/11 7115/1 7115/7
7115/21 7115/25
7116/25
**wanted [22]** 7001/11
7009/15 7014/12
7035/20 7036/14
7040/11 7042/2 7049/5
7056/14 7057/1
7059/15 7062/14
7063/14 7072/25
7077/25 7079/19
7080/2 7082/7 7089/26
7096/2 7104/21
7107/11
**wanting [1]** 7043/4
**wants [8]** 6988/8
6995/25 6996/13
7000/11 7000/20
7012/11 7045/4
7047/12
**war [10]** 7035/3 7035/8
7035/9 7037/1 7041/10
7043/12 7043/13
7047/8 7048/25
7054/14
**was [278]**
**washed [1]** 7037/11
**Washington [8]** 6981/5
6981/17 6983/4 6983/9
6984/5 7037/15
7064/23 7072/16
**wasn't [4]** 7009/16
7013/19 7036/15
7093/4
**waste [1]** 7008/1
**wasting [1]** 7013/16
**watch [6]** 7001/7
7002/19 7008/10
7008/11 7110/2 7110/3
**watched [1]** 7030/18
**watching [3]** 7001/9
7002/23 7042/21
**water [2]** 7032/2
7074/5
**Watkins [23]** 6982/14
6986/9 6986/19 6987/1
7000/17 7015/12
7015/14 7016/13
7020/19 7021/10
7021/19 7021/25
7022/1 7022/8 7022/18
7022/19 7022/25
7024/20 7025/9
7026/13 7028/21
7029/16 7030/17
**Watkins 51 [1]** 7015/12
**Watkins' [1]** 6991/13

way [24] 6990/8 6993/1
6995/3 6997/5 6999/9
7008/8 7013/16
7032/17 7052/7 7054/2
7062/11 7067/5 7067/8
7067/23 7071/19
7076/11 7085/22
7090/24 7091/7 7092/3
7100/9 7110/20
7115/18 7115/20
ways [3] 6994/10
7061/9 7090/5
we [289]
we believe [1] 6995/15
we will [3] 7015/11
7087/13 7112/22
we'd [5] 7014/2
7052/11 7106/7
7109/25 7109/25
we'll [24] 6989/13
6994/13 6999/2
6999/23 7006/19
7011/13 7013/25
7014/16 7015/8
7044/19 7054/6
7078/11 7080/20
7081/17 7081/24
7086/6 7088/6 7088/15
7113/14 7113/18
7113/21 7113/21
7116/15 7117/7
we're [32] 6987/1
6988/19 6988/22
6991/14 6991/25
6994/6 6994/22
7002/11 7004/10
7006/3 7010/21 7011/1
7011/6 7013/13 7018/8
7031/4 7037/22
7048/16 7054/25
7055/12 7061/20
7069/24 7073/11
7088/1 7089/1 7095/8
7107/2 7107/3 7107/3
7110/18 7113/11
7117/3
we've [13] 6987/19
6992/7 7006/1 7007/16
7055/15 7071/15
7076/5 7090/6 7097/17
7102/9 7108/24
7112/18 7115/4
wealth [1] 7084/4
wealthy [1] 7084/4
weapon [3] 7023/9
7070/25 7105/12
weaponry [1] 7017/18
weapons [10] 7023/12
7023/15 7028/16
7028/22 7030/8
7030/11 7037/8 7074/3
7075/25 7076/7
wear [4] 7074/11
7074/13 7111/15
7111/17
wearing [2] 7074/17
7075/4

website [4] 7052/6
7054/8 7108/14
7108/16
week [3] 7024/4
7112/19 7112/21
weekend [2] 7113/1
7117/7
weeks [4] 6990/14
6991/12 7058/14
7059/5
welcome [2] 7014/24
7015/4
well [65] 6989/9
6991/21 6992/21
6994/12 6994/13
6995/8 6997/12
6999/18 7002/15
7008/10 7008/25
7011/19 7013/6 7013/9
7013/25 7014/15
7025/7 7028/21
7034/25 7036/14
7038/24 7039/7 7040/5
7040/11 7041/7
7041/20 7042/14
7044/23 7046/14
7046/25 7051/9
7054/12 7056/1 7056/7
7058/20 7060/6
7065/13 7068/21
7069/3 7069/16
7071/22 7072/1
7073/11 7074/4 7078/6
7078/20 7079/7
7080/22 7081/2 7084/9
7084/14 7085/16
7087/5 7089/20
7093/10 7096/9 7097/7
7102/3 7103/15 7105/8
7109/3 7110/10
7111/17 7112/5
7115/24
went [25] 6987/23
7025/24 7027/3 7027/6
7027/11 7027/14
7027/19 7028/3 7028/4
7028/8 7028/9 7036/3
7037/6 7039/15 7046/9
7046/13 7053/3 7054/1
7060/15 7062/2
7065/25 7090/2
7091/25 7099/12
7109/12
were [133] 6989/6
6996/3 7009/14 7011/9
7014/4 7017/22 7019/6
7019/24 7020/1 7020/6
7020/13 7020/22
7022/6 7022/12
7022/12 7022/14
7023/5 7023/19 7024/4
7024/17 7024/21
7024/21 7025/1 7025/9
7025/19 7028/21
7030/20 7030/23
7034/3 7035/19
7037/21 7038/13
7039/12 7042/17

7043/4 7043/7 7043/8
7043/10 7043/24
7044/1 7046/6 7046/13
7048/4 7048/8 7049/6
7052/3 7054/12
7054/20 7055/10
7056/20 7056/22
7059/5 7060/18 7061/2
7061/7 7061/10
7061/11 7061/11
7062/14 7062/15
7063/18 7063/20
7064/17 7064/20
7064/24 7064/25
7065/4 7065/10 7066/3
7066/3 7066/5 7066/8
7066/8 7066/10
7066/10 7066/23
7066/25 7068/4 7068/5
7068/10 7068/12
7068/21 7068/22
7069/4 7072/14
7072/22 7073/1 7073/2
7073/5 7075/16
7076/18 7076/19
7076/21 7077/6 7077/7
7077/7 7077/13
7077/14 7077/15
7077/17 7077/18
7077/18 7077/25
7079/12 7079/17
7081/6 7082/11
7082/13 7085/7
7085/21 7089/14
7089/23 7090/2 7090/3
7090/9 7092/13
7093/16 7096/1 7096/4
7096/8 7096/14
7101/20 7104/3 7104/5
7106/1 7109/16
7109/16 7110/15
7111/22 7112/8
7112/10
weren't [5] 7009/13
7059/1 7064/18
7072/18 7089/20
west [1] 7042/2
Western [1] 7098/2
what [160]
what's [10] 7012/13
7012/14 7012/20
7015/25 7021/10
7054/11 7059/13
7080/19 7080/25
7113/8
whatever [14] 6999/10
7059/23 7077/16
7092/14 7095/8
7104/23 7107/3 7110/2
7115/24 7115/25
7116/2 7116/7 7116/22
7116/25
whatnot [1] 7039/2
whatsoever [3] 7031/2
7044/3 7071/16
wheelchair [1] 7045/18
when [66] 6990/15

7004/15 7006/12
7025/24 7027/4 7028/3
7031/9 7033/3 7034/3
7035/2 7036/6 7037/12
7037/25 7038/16
7039/8 7039/13
7042/14 7042/15
7042/18 7042/22
7042/22 7046/13
7047/22 7048/19
7050/13 7050/25
7052/3 7053/8 7053/18
7055/15 7058/13
7060/9 7062/17 7065/8
7066/3 7069/8 7069/23
7069/24 7070/13
7072/24 7073/11
7073/16 7073/19
7075/9 7077/9 7090/2
7090/17 7091/2 7091/6
7091/19 7091/24
7092/4 7093/22
7093/23 7093/24
7095/20 7097/5
7105/13 7105/15
7106/16 7107/2 7107/8
7107/22 7111/9
where [44] 6992/13
6992/18 6994/21
7006/15 7009/16
7013/14 7023/25
7034/3 7034/20 7036/4
7037/13 7037/23
7038/16 7045/3
7045/19 7048/24
7049/6 7055/6 7064/19
7065/14 7066/12
7066/17 7066/17
7068/4 7068/14
7070/18 7070/22
7071/3 7072/9 7073/17
7076/1 7077/14
7077/15 7079/21
7086/20 7089/21
7092/8 7099/17 7102/2
7102/6 7105/14 7106/2
7109/4 7113/22
wherever [1] 7106/6
whether [22] 6993/14
6993/25 6994/17
6995/17 6997/9 6997/9
7000/1 7000/2 7007/16
7008/9 7011/8 7023/4
7028/15 7029/16
7049/23 7062/5
7084/18 7086/22
7095/7 7099/4 7114/4
7114/7
which [35] 6988/23
6988/24 6992/2
6995/20 6995/20
6995/24 6996/18
6997/15 6998/5 7001/3
7001/16 7003/18
7004/10 7004/22
7006/23 7013/8
7024/17 7030/19

7037/23 7037/24
7043/14 7048/5 7048/5
7048/12 7065/6
7067/22 7073/3 7076/6
7081/5 7085/7 7099/7
7100/24 7108/1
while [13] 7005/18
7018/18 7020/6 7020/8
7026/8 7038/11 7042/6
7061/13 7072/10
7084/1 7108/10
7111/15 7111/18
Whip [5] 7078/11
7097/14 7097/21
7104/10 7111/1
white [10] 7051/10
7073/4 7077/25
7079/10 7079/15
7079/18 7080/4 7080/7
7081/4 7081/10
White House [5]
7079/10 7079/15
7080/7 7081/4 7081/10
who [60] 6989/5
6989/17 6997/18
7002/12 7004/23
7004/24 7004/25
7005/12 7005/22
7006/5 7016/11 7017/4
7017/25 7017/25
7018/17 7042/1 7044/1
7045/17 7046/16
7046/16 7048/14
7048/24 7049/12
7051/21 7054/18
7054/20 7057/3
7064/23 7064/24
7066/8 7066/25
7067/21 7070/3
7074/24 7074/25
7077/7 7082/21
7086/13 7091/18
7096/8 7097/5 7097/15
7099/9 7104/3 7104/5
7104/7 7104/9 7104/16
7106/13 7107/11
7108/11 7109/2 7110/6
7110/8 7110/9 7110/15
7110/17 7111/19
7112/9 7113/25
who's [5] 6989/2
6989/16 7005/5
7066/22 7078/12
whole [7] 7008/22
7009/2 7009/6 7019/14
7019/14 7094/25
7096/18
whom [2] 7005/1
7082/21
why [30] 6992/2
7000/24 7010/7
7017/11 7017/12
7018/8 7018/8 7019/24
7023/16 7023/19
7027/3 7027/11
7027/19 7028/3
7029/12 7030/14

7146

**why... [14]** 7052/12
7053/6 7055/4 7057/16
7080/23 7080/25
7084/2 7084/2 7093/21
7095/13 7095/14
7103/13 7106/15
7112/4
**wide [2]** 7042/10
7043/14
**wife [1]** 7072/16
**will [31]** 6990/23
6990/24 6996/14
6996/15 6997/8
7002/17 7005/19
7006/16 7011/11
7013/6 7014/13
7015/11 7022/18
7037/9 7045/7 7053/1
7071/5 7073/21
7087/13 7094/9
7105/17 7112/22
7113/10 7114/4 7114/7
7114/9 7114/10
7114/19 7115/5
7116/17 7117/10
**William [5]** 6983/16
6984/2 7042/9 7118/2
7118/8
**willing [3]** 7008/3
7107/13 7114/3
**win [1]** 7042/6
**wind [1]** 7074/9
**windows [2]** 7019/24
7060/18
**winner [2]** 7082/23
7082/25
**Wisconsin [1]** 7085/15
**without [6]** 6987/13
6994/3 7012/7 7012/22
7051/6 7085/23
**witness [38]** 6985/2
6988/23 6989/1 6989/3
6989/17 6990/3 6991/3
6991/3 6991/5 6991/6
6991/7 6993/9 6993/10
6993/11 6993/13
6994/13 6994/13
6995/3 6995/11 6996/4
6996/7 6996/23 6999/2
7001/5 7002/7 7003/18
7004/8 7004/9 7004/10
7004/12 7004/24
7005/1 7005/9 7009/20
7015/14 7022/2
7031/23 7032/5
**witness' [3]** 7003/16
7004/24 7005/2
**witnessed [2]** 7020/10
7020/12
**witnesses [16]** 6985/4
6988/24 6989/23
6990/6 6991/1 6991/13
6991/13 6991/14
6994/6 7002/12
7002/13 7002/23
7002/25 7091/21
7113/16 7113/19

**witnesses' [1]** 7005/22
**witnessing [1]** 7005/22
**women [5]** 7039/5
7072/25 7104/20
7108/6 7108/7
**women's [2]** 7039/9
7039/11
**won [1]** 7044/16
**won't [2]** 6991/1
7003/12
**wondering [1]** 7116/12
**Woodward [11]** 6983/2
6983/6 6986/16
6995/23 6995/25
6996/3 6996/8 6996/22
6997/7 6997/13
7114/13
**words [4]** 6996/8
7006/2 7018/2 7025/24
**work [13]** 6990/16
6991/15 7038/23
7040/25 7046/13
7058/3 7058/24
7059/16 7064/13
7065/12 7072/22
7076/11 7099/23
**worked [5]** 6990/10
7034/25 7040/18
7070/7 7070/17
**worker [1]** 7034/10
**workers [1]** 7034/8
**working [7]** 6990/13
7071/19 7072/18
7072/22 7073/10
7077/13 7099/15
**works [4]** 7004/13
7037/24 7087/19
7099/15
**world [7]** 7035/3
7035/8 7043/17 7047/8
7054/2 7099/12
7099/23
**World War II [3]**
7035/3 7035/8 7047/8
**wormed [1]** 7052/7
**worried [1]** 7073/5
**worse [3]** 7017/11
7018/2 7070/1
**worst [1]** 7044/24
**would [121]** 6987/9
6989/4 6990/4 6990/8
6990/21 6990/21
6991/4 6991/6 6991/19
6992/5 6994/2 6996/6
7000/14 7000/15
7000/25 7001/5 7002/3
7002/25 7002/25
7003/2 7003/11
7004/21 7006/5
7006/13 7007/5 7007/9
7008/14 7008/22
7008/23 7010/4 7010/4
7012/3 7013/20 7015/7
7017/2 7018/7 7018/10
7019/8 7024/9 7024/11
7024/11 7024/12
7025/5 7025/6 7025/20
7030/11 7030/13

**7031/2 7033/2 7034/5**
7034/15 7037/24
7042/1 7043/12 7044/7
7045/25 7045/25
7046/18 7049/12
7052/6 7053/8 7053/14
7062/23 7065/8 7065/9
7066/12 7066/14
7070/4 7072/21
7072/22 7073/13
7079/14 7080/3 7080/4
7081/11 7081/19
7082/24 7084/9 7095/8
7095/24 7096/14
7096/16 7096/21
7097/4 7097/5 7099/24
7100/25 7101/1
7104/21 7104/25
7105/2 7105/3 7105/4
7105/8 7105/24
7105/24 7105/25
7107/20 7108/6 7108/7
7108/9 7108/19
7108/20 7109/2
7109/17 7109/21
7110/1 7110/23 7111/2
7111/12 7112/4 7112/9
7112/12 7112/12
7115/9 7115/15
7116/17 7116/22
**wouldn't [5]** 7005/23
7012/21 7090/16
7096/17 7110/16
**wound [2]** 7037/14
7046/15
**wow [1]** 7101/19
**wrap [3]** 7088/15
7113/10 7113/14
**write [3]** 7053/16
7053/18 7101/21
**writing [6]** 7011/25
7012/7 7013/15
7013/17 7013/21
7103/15
**writings [1]** 7010/20
**written [3]** 7012/10
7012/12 7012/14
**wrong [1]** 7101/20
**wrote [1]** 7043/22

**Y**

**y'all [9]** 7023/12 7053/8
7053/21 7058/3
7058/13 7058/16
7064/13 7067/13
7111/6
**y'all's [2]** 7069/8
7110/6
**Yale [4]** 7041/22
7042/6 7042/11
7044/16
**Yaser [3]** 7043/24
7043/25 7047/4
**yeah [70]** 6999/13
7000/7 7013/20
7013/24 7014/10
7034/4 7034/14 7036/1

**7037/20 7038/2**
7038/20 7040/7
7040/24 7041/13
7041/21 7042/5
7044/15 7046/12
7050/22 7051/2 7054/3
7056/1 7056/25 7057/4
7058/23 7059/3 7059/4
7060/13 7062/8 7063/4
7069/13 7071/18
7072/1 7072/2 7072/15
7074/20 7075/5 7075/6
7075/18 7075/23
7075/23 7076/5
7076/18 7082/1
7082/15 7082/15
7083/20 7085/18
7086/14 7087/4
7088/25 7090/16
7091/11 7092/4 7095/6
7095/16 7098/20
7098/22 7099/21
7100/8 7100/9 7101/5
7101/10 7105/7 7107/4
7108/19 7112/1 7112/1
**year [13]** 7036/22
7039/19 7041/1
7041/16 7042/15
7044/1 7045/16
7045/19 7054/1 7054/4
7081/19 7092/18
7092/18
**years [9]** 7036/9
7038/4 7038/8 7044/2
7046/2 7047/1 7058/2
7064/12 7065/8
**yell [4]** 7069/19 7070/2
7070/3 7070/4
**yelling [1]** 7069/18
**Yep [2]** 7040/2 7045/12
**yes [126]** 6987/3
6995/2 6999/20
7000/13 7004/14
7009/11 7011/22
7016/16 7019/15
7021/7 7021/9 7021/22
7021/24 7022/3 7022/7
7023/2 7023/8 7023/11
7025/3 7025/7 7025/14
7025/20 7025/25
7029/11 7029/18
7029/20 7029/22
7030/21 7030/25
7031/19 7032/13
7032/22 7032/25
7033/4 7033/9 7033/18
7033/23 7034/7 7034/9
7034/23 7037/22
7038/5 7038/7 7038/22
7039/25 7040/10
7041/15 7042/7
7044/10 7044/10
7045/14 7046/7
7046/23 7049/20
7050/22 7051/2 7051/5
7051/22 7052/23
7053/20 7057/3 7057/8

**7059/12 7060/4**
7062/12 7064/7
7064/10 7064/14
7064/14 7064/16
7065/3 7065/11
7066/16 7067/15
7069/3 7071/24
7072/11 7072/23
7074/17 7075/14
7075/24 7076/2
7078/22 7078/24
7080/16 7083/10
7085/2 7085/25 7086/8
7088/10 7088/21
7089/9 7089/11
7089/17 7089/18
7091/20 7091/24
7092/21 7092/21
7092/24 7094/15
7095/5 7096/7 7097/19
7097/19 7098/5
7098/15 7098/18
7100/12 7100/21
7101/25 7102/13
7102/17 7103/3 7103/5
7103/9 7108/2 7108/17
7109/19 7109/19
7110/11 7110/22
7114/2 7115/22
**yesterday [6]** 6987/21
6989/20 6990/2
7015/10 7087/17
7087/17
**yesterday's [1]** 7088/5
**yet [5]** 6986/21
7006/12 7072/14
7084/3 7115/7
**York [1]** 7042/17
**you [507]**
**you have [1]** 7070/14
**you know [1]** 6992/23
**you'd [2]** 7008/23
7089/24
**you'll [3]** 7011/15
7094/2 7104/22
**you're [66]** 6987/7
6993/23 7003/13
7003/21 7010/17
7012/15 7013/17
7018/1 7018/1 7032/20
7034/15 7036/10
7037/25 7038/11
7038/12 7038/13
7040/14 7041/25
7048/23 7049/2
7050/10 7057/21
7057/22 7058/15
7062/5 7062/6 7062/9
7062/10 7062/17
7069/16 7069/17
7069/25 7070/13
7073/12 7073/14
7073/16 7073/17
7073/17 7073/18
7073/20 7075/18
7075/19 7077/9 7087/9
7088/19 7090/6

**Y**

**you're... [20]**  7090/19
7090/20 7090/22
7090/23 7101/5
7103/19 7105/10
7105/10 7105/11
7105/11 7105/13
7106/19 7107/1
7107/13 7107/19
7108/3 7108/11 7111/9
7111/15 7116/22
**you've [10]**  7033/13
7033/21 7044/8
7051/18 7057/5
7058/18 7062/11
7075/2 7094/25 7115/8
**your [126]**  6986/5
6987/13 6989/11
6995/15 6995/16
6995/17 6998/20
6999/22 7000/13
7000/22 7001/2
7001/10 7001/12
7001/16 7002/20
7003/3 7003/14
7003/24 7007/13
7008/25 7009/18
7010/11 7010/11
7011/21 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11
7015/22 7018/2 7018/6
7018/21 7020/21
7020/24 7020/25
7021/16 7022/13
7022/16 7023/9
7023/12 7023/15
7023/20 7024/1 7024/8
7025/1 7025/13
7025/18 7026/23
7027/10 7031/7
7031/13 7031/15
7031/19 7031/22
7031/25 7032/1
7032/10 7032/18
7033/2 7033/13
7033/17 7033/19
7033/22 7039/4 7040/5
7040/9 7042/12
7044/12 7044/19
7044/20 7044/20
7045/5 7049/13 7050/1
7051/18 7055/17
7056/4 7059/6 7059/15
7059/24 7060/2 7061/4
7062/5 7063/1 7063/8
7063/10 7063/11
7063/22 7063/22
7075/15 7080/14
7081/15 7082/13
7083/4 7083/21 7084/3
7086/1 7086/25 7090/6
7094/6 7094/7 7094/17
7096/22 7098/13
7102/9 7102/18
7104/16 7104/16
7105/3 7105/4 7106/16
7106/19 7108/14

7112/5 7112/20 7113/6
7113/8 7114/1 7114/10
7116/1 7116/14 7117/6
**Your Honor [37]**
6986/5 6989/11
6995/15 6995/16
6995/17 6998/20
6999/21 7000/13
7000/22 7001/2
7001/10 7001/12
7002/20 7003/3
7003/24 7010/11
7010/11 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11 7018/6
7018/21 7021/16
7026/23 7031/7
7031/13 7031/19
7032/1 7063/1 7083/4
7098/13 7102/18
7116/14 7117/6
**Your Honor's [1]**
7008/25
**yourself [5]**  7032/9
7034/11 7055/21
7067/22 7073/15
**youth [1]**  7039/11

**Z**

**Zaremba [3]**  6984/2
7118/2 7118/8
**Zimmerman [4]**
7076/14 7080/16
7089/6 7091/22
**Zsuzsa [1]**  6983/6