IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )        CR No. 22-15
                                    )        Washington, D.C.
        vs.                         )        November 9, 2022
                                    )        9:00 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )        Day 27
            Defendants.             )        Morning Session
_____     )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:              Kathryn L. Rakoczy
                                Jeffrey S. Nestler
                                Alexandra Hughes
                                Louis Manzo
                                Troy Edwards
                                U.S. ATTORNEY'S OFFICE
                                601 D Street, NW
                                Washington, D.C. 20579
                                (202) 252-7277
                                Email:
                                kathryn.rakoczy@usdoj.gov
                                Email:
                                jeffrey.nestler@usdoj.gov

7878

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

7879

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                      Stanley Edmund Woodward, Jr.
                                  BRAND WOODWARD LAW
                                  1808 Park Road NW
                                  Washington, D.C. 20010
                                  (202) 996-7447
                                  Email:
                                  stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                Bradford L. Geyer
                                  FormerFeds LLC
                                  2006 Berwick Drive
                                  Cinnaminson, NJ 08077
                                  (856) 607-5708
                                  Email:
                                  Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                          - - -

                      WITNESS INDEX

                          - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

MICHAEL GREENE         7905  8006
MICHAEL GREENE               8012
                          - - -

                   INDEX OF EXHIBITS

                          - - -

DEFENDANT'S                              ADMITTED

KM-65                                      8007

                          - - -

                   INDEX OF EXHIBITS

                          - - -

GOVERNMENT'S                             ADMITTED

9214                                       8026

9216                                       8029

9221                                       8032
```

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Please be seated, everyone.
 3   Thank you.
 4            COURTROOM DEPUTY:  Good morning, Your Honor.
 5            This is Criminal Case No. 22-15, the
 6   United States of America versus Defendant No. 1,
 7   Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;
 8   Defendant 3, Kenneth Harrelson; Defendant 4,
 9   Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.
10            Kathryn Rakoczy, Jeffrey Nestler,
11   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
12   government.
13            Phillip Linder, James Lee Bright, and
14   Edward Tarpley for Defendant Rhodes.
15            Stanley Woodward for Defendant Meggs.
16            Bradford Geyer for Defendant Harrelson.
17            Jonathan Crisp for Defendant Watkins.
18            And David Fischer for Defendant Caldwell.
19            All five named defendants are present in the
20   courtroom for these proceedings.
21            THE COURT:  Okay.  Good morning, everyone.  I hope
22   everybody is doing well.
23            We have everybody accounted for?
24            MR. WOODWARD:  Mr. Crisp is in front of
25   Judge Chutkan.
```

```
 1              THE COURT:  Thanks.  He told me he would be doing
 2   that.
 3              Ms. Watkins, are you okay with proceeding without
 4   Mr. Crisp?
 5              DEFENDANT WATKINS:  Yes, Your Honor, I am.
 6              THE COURT:  Okay.  Thank you, ma'am.
 7              Okay.  Hang on for a second, everyone.
 8              All right.  Before we proceed to the matters that
 9   were raised last evening, is there anything anybody wishes
10   to discuss before we go under seal?
11              MS. RAKOCZY:  Not from the government, Your Honor.
12              MR. LINDER:  Not from the defense, Your Honor.
13              THE COURT:  Okay.  So given the sensitivity of the
14   issues we need to discuss concerning -- well, given the
15   sensitivity of the issues that we need to discuss, we're
16   going to go under seal.  I'm going to ask the public line or
17   the line to the media room be disconnected.
18              If you are unaffiliated with either party, either
19   side, excuse me, I'm going to ask you to please leave the
20   courtroom at this time so that the courtroom can be sealed.
21              So if you're with the government, you may remain.
22   If you're with the defense team, you may remain; otherwise,
23   I'll ask everybody to please exit the courtroom.
24              Thank you very much.
25
```

7884



(Sealed proceedings)

7885



7886





7888



7889



7890















7897



7898





7900



7901



7902



7903



1 ████████████████████████████████████████

2 ██████████████████████████████████

3 ████████████████████████████████████████

4 ██████████████

5        ██████████  ████████████

6        ███████████████████████

7        ███████████████████████████

8 ███████████████████████████████

9        ██████████████████████

10       ██████████  ███████████████████

11 ███████████████████

12                    (Open court)

13                    (Recess from 9:46 a.m. to 9:58 a.m.)

14                    COURTROOM DEPUTY:  Jury panel.

15                    (Jury entered the courtroom.)

16                    THE COURT:  All right.  Please have a seat,

17       everyone.

18                    Ladies and gentlemen, welcome back.  I feel like a

19       bit of a broken record apologizing to you for the late

20       start; but, again, we did have some legal matters we needed

21       to deal with that were a little unanticipated.  So that's

22       the reason for the delay, but we are ready to get started.

23                    So, Mr. Bright, your next witness.

24                    MR. BRIGHT:  Good morning, Your Honor.  At this

25       time, Mr. Rhodes would call Michael Greene.

```
 1            COURTROOM DEPUTY:  Please raise your right hand.

 2            (Witness is placed under oath.)

 3            COURTROOM DEPUTY:  Thank you.

 4            THE COURT:  All right.  Mr. Greene, welcome.

 5                          - - -

 6   MICHAEL GREENE, WITNESS FOR DEFENDANT RHODES, SWORN

 7                    DIRECT EXAMINATION

 8                          - - -

 9   BY MR. BRIGHT:

10       Q    Mr. Greene, good morning.  How are you?

11       A    I'm okay.  How are you doing?

12       Q    I'm well.  Thank you.

13            State your full name for the record, please, sir,

14   and spell it could you be so kind.

15       A    It's Michael, M-i-c-h-a-e-l, Lamont, L-a-m-o-n-t,

16   Greene, G-r-e-e-n-e.

17       Q    You also go by a couple of nicknames; is that

18   accurate?

19       A    Yeah, but I got two legal last names.

20       Q    Would Whip be a name that the jury most likely

21   would have heard profusely over the last six to seven weeks

22   in this case?

23       A    Yes.

24       Q    Okay.

25            Did you also go by Whippet?
```

1    A    No.

2    Q    No?  That would be somebody else, correct?

3    A    Correct.

4    Q    Exclusively by the name Whip?

5    A    Whip, Whiplash, but mostly Whip.

6    Q    Yes, sir.

7         I'd like to get a bit of a housekeeping issue out

8    of the way, if I may.

9         You understand -- and you are represented by

10   counsel that's here from Texas today, correct?

11   A    Correct.

12   Q    And the reason that you have counsel here today on

13   your behalf is because you, in this case, not in this case

14   chase-in-chief here, but in another January 6th case related

15   to this, you've been identified and you've been indicted as

16   a co-conspirator, correct?

17   A    Correct.

18   Q    How many charges are against you?

19   A    I believe five.

20   Q    Okay.

21        And so by taking the stand today, you are freely

22   and voluntarily waiving your Fifth Amendment right against

23   self-incrimination, correct?

24   A    Yes.

25   Q    And you're choosing to do that because you wish to

1    be heard on behalf of these five defendants, irrespective of

2    how it's going to affect you and you're case in the spring,

3    correct?

4        A    Yes.

5        Q    Now, isn't it true, Mr. Greene, that you were in

6    communications with my legal team back in the summer before

7    you were ever indicted, correct?

8        A    Yes.

9        Q    And you were already at that time, knowing that

10   you were subject to legal liability, you were willing to

11   cooperate and --

12           MR. NESTLER:  Objection.

13           MR. BRIGHT:  State the objection.

14           THE COURT:  I think it's the form of the question.

15           MR. BRIGHT:  Well, he can say "form."

16           THE COURT:  Was going to --

17   BY MR. BRIGHT:

18       Q    Mr. Greene, you were working with our team prior

19   to your indictment, correct?

20       A    Yes.

21       Q    And you were doing so knowing your involvement

22   that could lead to this indictment, correct?

23       A    Yes.

24       Q    And knowing all of what we've just explained to

25   you, you're willing to testify today in open court under

1    oath, waiving your Fifth Amendment right against

2    self-incrimination, on behalf of Mr. Rhodes and the rest of

3    the defendants in this case, correct?

4         A    Yes.

5         Q    Okay.  Thank you.

6              Where were you born, Whip?

7         A    Indianapolis, Indiana.

8         Q    Do you wish that I call you Whip or Michael?

9    What's your preference?

10        A    It doesn't matter at this point.

11        Q    All right.  Fair enough.

12             Well, the jury has heard lot about you named Whip,

13   so I'm just going to stick with that.

14             Where were you born, Mr. Whip?

15        A    Indianapolis, Indiana.

16        Q    Okay.  How old are you?

17        A    39.

18        Q    Are you currently employed?

19        A    Not -- I'm on the bench for most of the

20   contractors I work for because of this stuff that's

21   going on.

22        Q    Up until you were indicted in regards to, as you

23   stated, "this stuff that's going on," what were you doing

24   for a living, sir?

25        A    Close-protection specialist, just security

```
 1    basically.
 2            Bodyguard work, close-protection stuff, like
 3    personal security details, static security.
 4            Most of the security field, I install surveillance
 5    systems, monitor surveillance system, get on the ground with
 6    clients, do threat assessments.
 7        Q    Were you licensed for any of those activities?
 8        A    I am.
 9        Q    Could you describe the licenses that you currently
10    have or had prior to being indicted in this case?
11        A    I held a security registration in Virginia.
12    I have a level 2, 3, and 4 in Texas.
13        Q    What does that mean?  I apologize.  I'm going to
14    have to interrupt you occasionally if you say things that
15    even I don't understand.
16        A    Okay.  So --
17        Q    What is a level 2, 3 in Texas?
18        A    So in Texas, you've got to get levels.  You've got
19    to get like -- basically, like, a level 2 license means you
20    can do just regular standard security; level 3, you can do
21    armed security; level 4, you can do personal protection,
22    bodyguard with arrest authority.  You have to get
23    all -- level 2 and 3 before you can get level 4.  And you
24    have to be level 4 to be able to be a bodyguard or a
25    close-protection agent in Texas.
```

```
1        Q     You're a level 3 in Texas?

2        A     I'm a level 4.

3        Q     You're fully level 4?

4        A     Yeah.  So the only thing I'm waiting on now is my

5    psychiatric evaluation and all that stuff to be done, and

6    then it will be validated and I'll be able to do the same

7    kind of work in Texas that I do, like, in Indiana, stuff

8    like that.

9        Q     So do you have the same level --

10             THE COURT:  Mr. Bright, sorry to interrupt.

11             Can I ask you to slide the microphone a little

12   closer to you.

13             MR. BRIGHT:  Closer to me, sir?  Yes, I will.

14             THE COURT:  If you would just move it closer.

15             MR. BRIGHT:  I couldn't tell, Your Honor, whether

16   the light was even on.

17             THE COURT REPORTER:  It doesn't turn on.

18             MR. BRIGHT:  Oh, it doesn't?  Thank you.

19             Better?

20   BY MR. BRIGHT:

21       Q     Do you have that same level of licensure in any

22   other state?

23       A     No.  There's -- so every state is different.

24   Like, most states, there's no -- there's no, like,

25   certification or standard for personal protection or
```

1    bodyguard work, so to speak.  But, like, a lot of companies

2    won't hire you unless you've been to one of the recognized

3    bodyguard schools.

4            So, like, Indiana is one of those states where,

5    you know, there's no baseline certification to do bodyguard

6    work.  And then to do security, you only have to work for a

7    security company.

8            So Indiana is different.

9            Ohio, you have to have a security license to do

10   any kind of security.

11           Virginia, you've got to have a security

12   registration.

13           Texas, you can do security temporarily, but then

14   you have to get your, you know, levels.

15           So I went to close-protection school to be able to

16   do bodyguard work for a lot of bigger companies.

17   Q    So that's what I was going to ask you.  You've

18   been to some of these schools as well, correct?

19   A    I've been to several schools.

20   Q    Okay.

21           And that is -- aside from being currently under

22   indictment, that is the work that you engage in regularly,

23   correct?

24   A    Yes.

25   Q    Okay.

1      A    That's what I do.

2      Q    Let's go back a little bit and talk about how you

3  kind of got into all of that.

4           You are a veteran, correct?

5      A    Yes.

6      Q    All right.  I'd like to go back and talk about how

7  you got involved in the military, the basis and your history

8  in it.

9           When did you join the military, sir?

10     A    I enlisted in 2002.  I went to basic in 2003.

11     Q    So you enlisted at a period of time when we were

12  already at war?

13     A    Yes.

14     Q    You enlisted at a period of time in time when you

15  knew the likelihood of you going to war was very, very high?

16     A    I enlisted knowing the country was at war, went to

17  a combat division and got a combat job.  I went to the base

18  that has fought in every war the United States has had.

19     Q    And that's where I was going to go with this.

20          You actually chose and selected entry into a

21  position that you knew darn well you were going to be going

22  into direct combat; is that correct?

23     A    I did.

24     Q    What was that division?  Can you lay that out for

25  me?  I'm not a military guy so I'm going to need your help.

1      A    It's the Third Infantry Division.  It's -- well,

2   they have a base out of Fort Stewart.  They got a -- they

3   got a detachment in Fort Bragg in that -- Savannah.

4      Q    Why did you choose that as a goal to go into, sir?

5      A    The military or chose to go to the base?

6      Q    The base and the division that you chose to go

7   into.

8      A    It was very prestigious.

9           And then I wanted to -- I wanted to go to Georgia,

10   and so, you know, I just did my research on it and talked to

11   a couple guys who were in the military who had went to Fort

12   Stewart, and I chose to go to Fort Stewart.

13      Q    And so what was the nature of the -- is it a

14   battalion?  Is it just a division that you join?  What was

15   the nature of that specifically?

16      A    So the division is like the whole base, like, the

17   base is Third ID.  Like Texas has Fort Hood, and, you know,

18   Fort Hood has all these different battalions and brigades.

19           And the Third ID is the base, like, Third Infantry

20   Division, and they have all these different brigades and

21   battalions.  And so I was in 4th Brigade, 64th Army

22   Battalion, 464 Task Force Anti-Terrorism.

23           So, I mean, you can go to -- let's say, like, if

24   you was to go to Hunter Army Airfield, you might be a part

25   of 315 Aviation Unit, or something like that.  So, like,

7914

```
 1    every division has different brigades.
 2         Q    And you say, though, that you chose this specific
 3    grouping knowing -- not just that it was prestigious but it
 4    was your choice to go into something where you knew that you
 5    would be put, if it was still ongoing, into combat, correct?
 6         A    Yes.
 7         Q    Why?
 8         A    You know what?  I chose to go to the military
 9    because I didn't want to just sit around and do nothing
10    outside of high school.
11              I knew I didn't want to go to college.  I had, you
12    know, college offers for wrestling and stuff like that, and
13    then, you know, I was boxing, I could have went pro, but
14    instead I wanted to go to the military.  But when I joined
15    the military, I didn't want to go to the military and do
16    something that, like, I could have done outside the
17    military, you know what I mean?
18              Like, I can go be a supply guy at Walmart.  You
19    know, I can work on computers at Best Buy.  So I chose a
20    combat job.
21         Q    Okay.  How long were you at that base?
22         A    The whole time I was enlisted --
23         Q    Well, prior to deploying, if I may, I'm sorry.
24         A    I was two years at the base.
25              But I moved around, too.  Like, you know, I went
```

7915

```
 1    this base for training, and then when I went to train for
 2    the Olympics, I went to a different base for that.
 3         Q    So talk to me about that.  You trained for the
 4    Olympics?
 5         A    Yes.
 6         Q    In what?
 7         A    Boxing and wrestling.
 8         Q    Did you participate?
 9         A    I did not.  I got RTD to go to Iraq, return to
10    duty.
11         Q    So military service got in the way of you being in
12    the Olympics?
13         A    It did.  It did.
14              I mean, I lost the wrestling match but I was still
15    in contention for boxing, and my unit sent me -- sent a
16    return to duty so I had to go back, and then I went to Iraq.
17         Q    What year was that, sir?
18         A    That was 2004.
19         Q    When you went to Iraq?
20         A    I went to Iraq in 2005.
21         Q    Okay.
22              How long was your deployment there?
23         A    It was a year.
24         Q    Okay.  And how many deployments have you had?
25         A    In the military, just the one.
```

7916

```
 1        Q    Okay.

 2             That year in Iraq, could you give me a description

 3   of what was ongoing during that period of time in 2004?

 4        A    It was before the influx, so the only task force

 5   that was in, like, a section of the city was -- was ours.

 6   You're talking roughly 2,000 people maybe.  We did route

 7   clearing.  We demoed weapons caches.  We, you know,

 8   protected convoys going in and out.  We did missions looking

 9   for Taliban leaders and stuff like that.  I mean, basically,

10   like, we -- we clear routes for infantry guys.

11             And then I was in assault and obstacle so, like,

12   we --

13        Q    You were in what, sir?

14        A    Assault and obstacle.

15        Q    Okay.  What is that, sir?

16        A    It's just like one of the little groupings that we

17   had in -- in our company.  We used to get grid coordinates

18   to go look for bombs that the Air Force and the Marines and

19   the Army dropped in during the invasion days where you

20   dropped all these bombs that didn't explode.  So, like, we'd

21   have to go get them and get, you know -- collect them before

22   the Taliban and al-Qaeda guys got to them and cut them open,

23   took the composition H out, and used it for IDs.

24        Q    I've heard the term "sapper."  Is that what you

25   were?
```

1       A     Yeah.

2       Q     Could you describe that for me.  I'm relatively

3    unfamiliar with that.  I apologize.

4       A     It's demolitions and assault, you assault

5    obstacles.  You know, you demo stuff.  I mean, you know,

6    like, I said like, we collect these bombs and we take them

7    and blow them up.  You know, if it's a weapons cache that's

8    in the city, you know, if the SF guys don't go and take care

9    of it like we might go and either take it or blow it up --

10   you know, we blew up bridges.  We -- I mean, because

11   basically like you clear out, so, like you blow up IEDs on

12   the side of the road to make it safe for other units to go

13   down the road.  And so, like, instead of us collecting IEDs

14   off the road, sometimes we would, but most of the time we

15   would just blow it in place.

16      Q     So it sounds like some of what you were doing was

17   well in advance of the troops that would be coming in behind

18   you, is that accurate?

19      A     Yes.  I --

20      Q     You were a forward position, is that a fair way to

21   say it?

22      A     No, you would --

23      Q     I mean, I know it's not a military term.

24      A     But you would have to go and clear routes.  Like,

25   you know, okay, so this infantry company is going to come

1    down this route, like, you know, prior to that, like, we're

2    going to, you know -- a day or two before, we're going to go

3    down and clear the route for IEDs.

4              You know, like, a whole -- a whole lot of what we

5    did in Iraq was route clearing and collecting bombs that

6    didn't explode.  So, like, you know, like, Route Irish was

7    the most dangerous route in Iraq, and we'd go down Route

8    Irish maybe with twice a month and we would always find

9    IEDs.  And every time we go down Route Irish, you know, we

10   were engaged or attacked.

11        Q    So it would be fair to say that not only did you

12   volunteer for combat knowing that your country needed you,

13   you also volunteered for a job in the military that was

14   inherently more dangerous than some of the others, is that

15   fair?

16        A    I did, but at the time, I didn't know the dangers

17   of the job.  Like, you know what I mean?  Like, I knew it

18   was a dangerous job, but, you know, they'd make jokes about

19   combat engineers, like, they, you know, plug your ears and

20   step around because you've got to clear mines.  And so,

21   like, a lot of people would say, Oh, you know, your life

22   expectancy is 36 seconds.

23        Q    That's not good.

24        A    No, no, it's not good.  I didn't find a joke in

25   it.  But, you know, it's what I did.  You know what I mean?

```
 1   You know.
 2       Q    How long did you stay in, you said one-year
 3   deployment?
 4       A    One-year deployment.  It was -- actually ended up
 5   being like three years and six months, or three years and
 6   seven months, something like that.
 7       Q    You mean total in the military or --
 8       A    Total in the military.
 9       Q    All right.  So after one year you came back to
10   United States, what did you do?
11       A    I was still in the military when I came back to
12   the United States from deployment.  I got recruited to work
13   for a security company, and so I got a time waiver to get
14   out of the Army early.
15       Q    Do you feel comfortable stating the name of the
16   company that you worked for, or is that something that --
17       A    It was Blackwater U.S.A.
18       Q    Okay.  And what was the nature of what you did
19   with Blackwater?  Can you describe that group?  I'm familiar
20   with the name but the jury may not be.
21       A    They're a security company.  They do -- they were
22   doing PSDs for Department of Defense and Department of
23   State.
24       Q    All right.  So it's a private company that
25   contracts privately with the Federal Government for
```

1   security, correct?

2        A     Yes.

3        Q     Okay.

4              And you said PSDs.  Can you tell me what a PSD is,

5   please?

6        A     Personal security detachment.

7        Q     And is that a normal term of nomenclature or just

8   a normal term that would be used within both the military as

9   well as this kind of security complex world that you're

10  talking about?

11       A     Yes.

12       Q     Okay.

13             What do PSDs typically do?

14       A     They protect government assets or our client or

15  principal, whatever you want to call it.  PSD is more so,

16  you know, like, if you see a PSD, it's generally like, you

17  know, they're plate carriers, open carrying.  I mean,

18  because PSD is for high-threat situations, and so you use a

19  PSD detail to move you from 5 Prosperity to Camp Stryker,

20  stuff like that.

21       Q     Okay.  Is it fair on my part to -- in terms of

22  PSDs, to understand that there are higher level PSDs, lower

23  level PSDs, but they could still just be called PSDs?

24       A     When you think about how to use terms and stuff

25  like that, like, people -- people don't know, like, if I

1    told you I was a WPS guy, like, you don't know what that

2    means.

3         Q    A what?

4         A    WPS, you know, W-P-S, Worldwide Protective

5    Services.

6         Q    Okay.  Thank you.

7         A    And that's what you have -- that's the training

8    you have to go through, and that's what the State Department

9    deemed it, like, you know, Worldwide Protective Services.

10             So, like, if you go work for any company, if

11   you're working on a State Department gig as a PSD guy, you

12   are a WPS guy, which is W-P-S, Worldwide Protective

13   Services.  So --

14        Q    Is that where you get the name Whip?

15        A    No, no, no, it's a funny story behind that.

16             But -- so when you go and work for these

17   companies, like, if you want to do, like, the hot threat

18   stuff, if it's on a Department of Defense side, it's

19   generally called Mobile Security, but you're doing the same

20   exact job.  If it's generally on the State Department side,

21   it's Worldwide Protective Service or, you know, PSS or PPS,

22   you know what I mean?

23        Q    What do those mean, sir?

24        A    Personal security specialists, you know, private

25   personal security, it's been -- it's been named and renamed

1    several times over the years.

2        Q    Did you -- as part of your services with

3    Blackwater, you've said that you contracted through them

4    with both the Department of Defense as well as who else?

5        A    So with Blackwater, because of all the stuff they

6    had going on, I never actually launched with Blackwater as

7    Blackwater.  The time that I launched with Blackwater, they

8    were called Academi.  So --

9        Q    They were called what, sir?

10       A    Academi.

11       Q    Academi, okay?

12       A    Yeah.

13            So when I got out, I got out to work for

14   Blackwater.  And they got in trouble, and I didn't end up

15   working -- I didn't end up launching with Blackwater.

16   I went to work for a different company.

17       Q    Okay.

18       A    So -- but it's the same job at the end of the day.

19   You know, like Blackwater is popular because of, you know,

20   the coverage that the media gave them, like, what made them

21   happen.

22            A lot of people don't know about Global.  A lot of

23   people don't know about Armor Group.  A lot of people never

24   heard of Triple Canopy.  A lot of people don't know DynCorp

25   does the same thing.  These are all companies that do the

 1    same exact stuff for the same exact contractors.  They're

 2    all government contractors.  They all do security overseas.

 3         Q    And you were eligible -- based on your time in the

 4    military, what you did, your level of clearance, you were

 5    able to work for, if you so chose, any of those companies,

 6    correct?

 7         A    Yes.  I've actually worked for Armor Group, you

 8    know, but I didn't do anything overseas with Armor Group.

 9    But I worked for Armor Group.  Currently I'm on the bench

10    for Triple Canopy.

11         Q    Okay.

12              And as part of the time that you were working

13    there, were you working both in country as well as overseas?

14         A    Triple Canopy?

15         Q    With any of the various groups that you worked

16    with.

17         A    If you're talking about all the groups in total,

18    yes.  I've worked in country and overseas with contractors.

19         Q    So how long did you continue in that employment?

20    What year was it that you got out of the military with early

21    discharge and started doing those?

22         A    I got out of the military in '06, and then I went

23    right into private security.

24         Q    Okay.

25         A    And then I took a break from private security.

```
 1    And I went to school for, like, two years maybe.
 2         Q    What year was that, sir?
 3         A    Two thousand -- I want to say 2010.
 4         Q    And then did you go back to doing the same type of
 5    work, generally speaking?
 6         A    I actually finished my last semester in college,
 7    didn't graduate.  But I finished my second semester in
 8    college, and I went to Afghanistan for Academi.
 9         Q    Okay.
10              So what year was it that you went into
11    Afghanistan, sir?
12         A    That was 2012.
13         Q    How long were you in country in Afghanistan?
14         A    Eight months.  I was in Helmand Province.
15         Q    What were the duties that you were doing there on
16    behalf of Academi?  Just to be clear, Academi is another one
17    of the private security companies, correct, similar to
18    Blackwater, similar to DT and Harris?
19         A    Actually, Academi is Blackwater.
20         Q    Okay.  That's right.
21         A    Blackwater became Academi.
22         Q    Okay.
23         A    Yeah.
24         Q    So it was just a continuation --
25         A    Just a different name, yeah.
```

1    Q    What were your duties in Afghanistan as employed

2    by Academi, what was formally Blackwater?

3    A    We did static security, basically like force

4    protection, but we went on mobile security missions too.

5    Q    Okay.

6         During this period of time, were you continuing to

7    go through training?  Were you continuing to update your

8    knowledge going to the schools?  Anything like that in terms

9    of, like, what we would have as continuing legal education

10   but for what you did?  Were there any things that you

11   continued to do?

12   A    Every time you launch for a company overseas,

13   you're required to go through training by the government.

14   Q    What would be the nature of the training that you

15   were going through?

16   A    Firearms, movements, policies.

17   Q    Force-to-force work also?

18   A    Force on force?

19   Q    Uh-huh.

20   A    Sometimes you do some training, simulation

21   training.

22   Q    And what else, sir?

23   A    Driving.  I mean, just the basics like driving,

24   walking with your clients and stuff like that.  Like, if

25   you're doing static security, you know, checkpoints and

```
 1   stuff like that, then you learn, like, what's going on
 2   around the country.
 3           But, you know, they try to train you as to what's
 4   going on in country.
 5       Q    For a specific mission?
 6       A    Well, what you're going to be doing.
 7       Q    Right.
 8       A    But there is a standard that you have to meet
 9   that's put in place by the government, okay?  The government
10   says you've got to have this, this, this, or this.  Like,
11   you know what I mean?  So there are standards.  You've got
12   to have a PT standard.  There's a firearm standard.
13       Q    And you've trained for all of them?
14       A    Yes.
15       Q    Okay.
16           What year was it that you came back from
17   Afghanistan?  If you went in, in roughly in 2012, was it '13
18   that you came back?
19       A    Uh-huh.
20       Q    Okay.  What were you doing then when you came back
21   to the United States?
22       A    I went to work for a company.  I was their loss
23   prevention and -- I was their loss prevention and IT and
24   compliance, basically.  So they'd send me to one of the
25   warehouses.  I'd put up their security system, set it up for
```

```
 1    remote monitoring.  And then I'd take a look at their
 2    truckloads to make sure they were in compliance with at the
 3    time what the company wanted, stuff like that.
 4              Then at the time I was just, you know, taking
 5    security jobs as they came.
 6              And then --
 7    Q    Well, let's go to the warehouses you were
 8    talking about.
 9              So, basically, the company that you were working
10    with would have you go to a location --
11    A    They had --
12    Q    -- and do what I would call, like, a risk
13    assessment?
14    A    Uh-huh.
15    Q    And then you would be the one to address with that
16    warehouse, with that group with that company what the risk
17    assessment was --
18    A    Correct.
19    Q    -- and draw up a proposal and then see if they're
20    interested in implementing it?
21    A    Well, it was -- it was the company I was working
22    for.  So it wasn't if they were interested in implementing
23    it; it was when they would implement it.
24    Q    Okay.
25              When -- I want to move forward a little bit now
```

1    that we understand your background.

2             When did you first become aware of the group the

3    Oath Keepers?

4        A    It's probably 2016, '17, somewhere like that.

5    '16 maybe.

6        Q    How did that come about, to your remembrance, sir?

7        A    I seen some guys, basically like gun show.  It was

8    an Oath Keepers booth at a gun show.

9        Q    Where was that, sir?

10       A    Indiana.

11       Q    Okay.

12            And in Indianapolis where you were living?

13       A    Indianapolis at the 1500 Gun Show.

14       Q    So you met some guys.  Were they just dressed?

15   Did they have a booth?  What was it?

16       A    I didn't meet them.  I just looked over at them.

17   And some of the guys that were standing around the booth

18   were, like, known white supremacists.  So I just associated

19   them with that kind of stuff.

20       Q    Okay.

21            I want to flesh that out a little bet.

22            So at a gun show, you saw some guys that were

23   local that you knew were of that ilk of white supremacists?

24       A    Yeah.

25       Q    And they were just kind of hanging around near

7929

```
 1    some Oath Keepers.  So in your mind, you just naturally just

 2    said, I associate them with that?

 3         A    Correct.

 4         Q    Okay.

 5              And so would it be reasonable to say then that,

 6    based on that correlation, that connection that you put

 7    between those two groups, that was something you weren't

 8    interested in, right?

 9         A    Yes.  That's -- just staying away from it,

10    you know.

11         Q    Okay.

12              How did that change for you?  Like, what occurred

13    that got you to see that that was not true?

14         A    I had a friend named Greg who was an Oath Keeper.

15         Q    Okay.

16         A    And, you know, we talked about it one day, and he

17    told me he was an Oath Keeper.  And I was, like, No shit?

18    Right?

19         Q    Let's do that.  Let's stop there.

20              Your friend Greg, okay, where was he when this

21    kind of discussion occurred.  Was that in Indiana?

22         A    Yeah.  It was in Indianapolis.

23         Q    He was living in Indiana at the time?

24         A    Yes.

25         Q    Indianapolis?
```

7930

```
 1        A    Yes.

 2        Q    He was a sheriff, deputy sheriff, correct?

 3        A    Yes.

 4        Q    Tell me what Greg looks like.

 5        A    Sheriff -- well, Greg is -- he's about 6-6.

 6        Q    Uh-huh.

 7        A    Black guy, probably 300-plus.

 8        Q    And it's true that that individual you're talking

 9   about actually later on not only joined the Board of

10   Directors for the Oath Keepers but, to your knowledge, all

11   the way up until January 6th, he was actually their

12   vice president, correct?

13        A    Correct.

14             THE COURT:  Mr. Bright, can I just ask you to be

15   mindful of the form of the question.  This is direct

16   examination.

17             MR. BRIGHT:  Yes, sir.

18             THE COURT:  Thank you.

19   BY MR. BRIGHT:

20        Q    All right.  So you had a discussion with Greg,

21   your friend.  What was the nature of that discussion, sir?

22        A    He told me that, you know -- I mean, because we

23   were talking about the gun show and stuff like that.  And he

24   was talking, you know, about the Oath Keepers.

25             And I was like, Well, man, I seen them at the gun
```

1     show.  I think, you know, I told him I thought they was

2     racist because, you know, the few racist guys I seened

3     around them, you know they were around the Oath Keeper

4     booth.  The one guy had a swastika on him and stuff

5     like that.

6               He's like, No, man, not at all.  That's not how

7     it is.

8               Then he got to telling me about his involvement in

9     the group and stuff like that.

10              You know, that's kind of where he left at that

11    it at.

12              Then, you know, we'd get together and train, and

13    he'd talk about some stuff that he had going on with the

14    Oath Keepers and stuff.

15              And that was it.  I wasn't interested in it at

16    all.  It was just something that Greg was doing outside of

17    being a sheriff and training.

18        Q    When you say that you got together and trained,

19    could you explain that a little bit?  What do you mean by

20    getting together and training?

21        A    We would train people on firearms, firearms and

22    rifles and stuff like that, like handguns and rifles, like

23    a, you know, handgun level 1, teach people how to shoot,

24    teach people how to handle handguns.

25        Q    Were these Oath Keeper-organized events?

 1     A    No, no, not at all.  It was just, you know, we

 2 were firearm instructors.

 3     Q    Okay.

 4     A    And, you know, we -- you know, we'd go out

 5 and train.

 6     Q    So it's another hat that you wear professionally

 7 is as a firearms instructor?

 8     A    Yes.

 9     Q    Okay.

10          Did you have the occasion to, as time moved

11 forward, have more interactions with the Oath Keepers

12 themselves?

13     A    I worked for the Oath Keepers when Greg called me

14 and told me that Stewart was looking for some professional

15 executive-protection guys to come and help do protection

16 with some of the volunteers of the disaster relief at

17 Hurricane Harvey.

18     Q    Okay?

19     A    It was a Mobile Medics and

20 Doctors Without Boarders.

21     Q    Where was that, Hurricane Harvey?

22     A    That was in Texas, yeah.

23     Q    Okay.  Down in Houston?

24     A    (Nodding head.)

25     Q    Who contacted you to do that?  You said Greg?

```
 1        A    Greg.

 2        Q    Okay.

 3             At that point, had you had any interactions with

 4   Mr. Rhodes by chance?

 5        A    No, I didn't mean Stewart until I got to Texas.

 6        Q    Okay.

 7             And was it at Hurricane Harvey that you met

 8   Stewart?

 9        A    Yes.

10        Q    Okay.

11             When you came down from Indiana, that was on

12   behalf of Greg asking you to do it, correct?

13        A    Correct.

14        Q    Okay.

15             Did he detail for you what you would be doing, the

16   specific activities that you would be engaged in?

17        A    Greg?

18        Q    Yes, sir.

19        A    Yes.

20        Q    What were those activities that you were engaged

21   in?

22        A    We were to help protect the volunteer medical

23   people, and if -- if needed, go and help the sheriff

24   department in the -- I think it was Mauriceville.

25        Q    Yes.
```

```
 1      A    Because most of the -- most of the deputies left
 2  and there were, like, two deputies there, and the
 3  Oath Keepers were helping with the -- with the deputies,
 4  they would ride around with the deputies and stuff like that
 5  to --
 6      Q    All right.  And you all at that time were just
 7  unpaid volunteers, correct?
 8      A    Correct.
 9           Well, I got paid but basically, you know --
10      Q    But you were brought in for your professional
11  nature of what you were doing, is that accurate?
12      A    Yes.
13      Q    Okay.
14           And you've described a situation whereby the law
15  enforcement was welcoming of what you all were doing?
16      A    Yes.
17           MR. NESTLER:  Objection; leading.
18           MR. BRIGHT:  I'll rephrase, Your Honor.
19  BY MR. BRIGHT:
20      Q    Do you recall the reception that you received from
21  local law enforcement?
22      A    They were happy to have help, and they were happy
23  that the Oath Keepers were willing to ride around and make
24  sure the deputies were safe.
25      Q    Were you all securing warehouses -- what all were
```

```
1   you all doing aside from presence?

2       A    So they, you know, secured the warehouses.  They

3   were -- they had a couple guys on truck routes because

4   semi-trucks were getting robbed.  And then they had people

5   riding around with the Mobile Medics.  And then they had

6   some guys that were helping with the Cajun Navy guys as they

7   were on boats fishing bodies out the water and stuff like

8   that.

9       Q    How long were you there, sir?

10      A    I think a week.

11      Q    Okay.

12           Everybody carrying, everybody armed?

13      A    Yeah, everybody -- everybody had some kind of

14  firearm.

15      Q    To your knowledge, no violations of any local laws

16  or anything?

17      A    No.

18           MR. NESTLER:  Objection; leading.

19           THE COURT:  It's overruled.  He can answer that

20  question.

21  BY MR. BRIGHT:

22      Q    Go ahead.  It's all right.

23      A    I mean, everybody knows the gun laws in Texas.

24      Q    They're different everywhere, aren't they?

25      A    Yes.
```

1    Q    Okay.

2         But in Texas, they're pretty loose?

3    A    Yes.

4    Q    Right.  We have constitutional carry there, right?

5    A    Yes.

6    Q    All right.  What does that mean?

7    A    That means you can carry openly as long as you're

8    legally allowed to purchase a firearm.

9    Q    Completely without a license?

10   A    Completely without a license.

11   Q    Without any training?

12   A    Without any training.

13   Q    All right.

14        So everybody is carrying down there for hurricane

15   recovery efforts.  You're there for a week, correct?

16   A    Correct.

17   Q    Is it at that time that you met Mr. Rhodes?

18   A    Yes.

19   Q    Okay.  Could you describe that meeting, please,

20   sir.

21   A    It was just a casual meeting.  He introduced

22   hisself.  I introduced myself.  He told me Greg told me

23   about me, and, you know, he wanted to thank me for coming

24   out and, you know, wanted to extend the opportunity to work

25   for him.  And it's, like, Okay, you know, and that was

1  really it.

2      Q    Was it at this point that your opinion of the

3  Oath Keepers continued to further develop and change?

4      A    It was.

5          I mean, the group I met in Texas, you know, these

6  guys were solid, you know, they were professionals.  He had

7  people in places where, you know -- like, he had a logistics

8  guy who worked in a logistics format doing logistics and

9  stuff like that, you know what I mean?  He had security guys

10  doing security -- it was a pretty solid group.

11      Q    Okay.  How many were down there to your

12  recollection?

13      A    Maybe 30, 40.

14      Q    Okay.

15          All told throughout the city or just in that

16  Mauriceville area?

17      A    Just, I mean, all total throughout.  We met at

18  warehouses and stuff like -- yeah, like, a lot of the guys

19  stayed at a -- at a warehouse.  I think the mayor came down

20  and met Stewart and stuff like that.  And so it was pretty

21  cool.  It was a pretty good reception, yes.

22      Q    And liaisoned with law enforcement?

23      A    Yes, they did.

24      Q    Anyone ask you to leave?

25      A    No.

1          Q     Okay.

2                So when that's over with, could you describe,

3     like, the next set of interactions that you had with the

4     Oath Keepers, please.

5          A     I was contacted to work for the Oath Keepers

6     during the Breonna Taylor riots by way of providing threat

7     assessment for businesses.

8          Q     Now, that was, if I recall correctly, late summer,

9     early September of 2020?

10         A     Yes.

11         Q     All right.  So did you, between the hurricane

12    relief efforts and the fall -- early fall of 2020, have

13    interactions with the Oath Keepers?

14         A     Maybe two phone calls with Greg and Stewart about,

15    you know, tactics and stuff like that.  I mean, it was just,

16    you know, general conversation.  It wasn't just, Hey, how do

17    you think -- what do you think about this or that, you know.

18    It wasn't --

19         Q     So they would call you and they would ask you your

20    opinion of things?

21         A     Yeah, like, I think I got a call from him and Greg

22    one day, they were asking some stuff about weapon

23    attachments for some type of rifle, and then another time it

24    was about like some training tactics.

25         Q     Okay.

1           So --

2      A     I think him and Greg was having a disagreement on

3 something and, you know, he called me and asked me -- well,

4 I mean, both of them was on the phone but they called and

5 asked me about it.

6      Q     You were kind of a sounding board?

7      A     I'm sorry?

8      Q     You were kind of a sounding board, they were

9 bouncing ideas off you?

10     A     Yes.

11     Q     Okay.

12          So tell me about what job you served on behalf of

13 the Oath Keepers at the Louisville event, the Breonna Taylor

14 riots, if you will?

15     A     Well, when he called me, it was just to do a

16 threat assessment.

17     Q     For what?

18     A     It was the businesses that asked him to come down,

19 essentially like I would go in there and give a threat

20 assessment and let him know how they can improve their

21 security, and stuff like that.  Then --

22     Q     What type of business was it that you were doing

23 that for?  Why was it necessary for you to go down there and

24 do that?

25     A     It only ended up being the one business, because

1    the other two businesses, you know, they were, like, you

2    know, if something happened -- like, basically, like, you

3    know, Stewart or the Oath Keepers, you know, have to have

4    permission to do security at these places.  And so, like,

5    everybody thought that something bad was going to happen,

6    and so these other two businesses had asked Stewart would

7    they be willing to help with security because they couldn't

8    afford it because of the riot, like, you know, their

9    business had trashed, they had been threatened by BLM.

10         Q    Okay.  So tell me -- so let's stop there.

11              So the basis upon which you even got asked by

12    Mr. Rhodes and by Greg to go to Louisville to do the risk

13    assessment, it was because it was requested by local

14    business owners?

15         A    Yes.

16         Q    Okay.

17              And you're detailing -- you said that the reason

18    for the necessity of this had to do with the riots in this

19    case by BLM?

20         A    So there was a riot --

21         Q    Is that correct?

22         A    Yeah, the BLM and Antifa riots, you know, they

23    went through and smashed up a couple businesses and stuff

24    like that.  So, like, these guys couldn't afford security.

25              Now, the Cuban restaurant was one of the

```
 1   restaurants that was threatened, and he wanted to give them
 2   a threat assessment.  You know, they didn't ask Stewart for
 3   security help.  They just took the threat assessment and,
 4   you know, said they would hope that the police could make it
 5   to them.
 6           But the other businesses asked Stewart to help out
 7   with security.
 8           And then, you know, they would, you know, buy the
 9   Oath Keepers guys dinner and stuff like that.
10      Q    Okay.
11           So what were your thoughts regarding the BLM riots
12   and what was going on?  Since you're going in there, doing
13   security assessments, you know there are Oath Keepers on the
14   ground, what are your thoughts about that?
15      A    I mean, it's fucked up, you know.  But, I mean, it
16   was riots going on all over the country.  So to me it was no
17   different than anywhere else, he just asked me to go in
18   there to, you know, help out with the threat assessment and
19   stuff like that.  So, you know, I charge him and he paid.
20      Q    Did you personally have any beliefs regarding the
21   BLM riots and what was going on?
22      A    No, no.  I didn't give a damn one way or another.
23      Q    I'm sorry, sir?
24      A    I said I didn't give a damn one way or another.
25      Q    You were just doing a job?
```

1     A     I was just doing a job.

2     Q     Fair enough.

3           How long were you on the ground in Louisville?

4     A     When I went and did the threat assessment?

5     Q     Yes, sir.

6     A     Two days.

7     Q     Did have interactions with any Oath Keepers while

8   you were there?

9     A     I did have interactions with two of his

10  Louisville guys.

11    Q     Okay.

12          And what was that like, sir?

13    A     It was fine, I mean.

14    Q     You don't remember who they were?

15    A     I don't remember by name.

16          But they were, you know, two Louisville guys who

17  were local to Louisville.  And so, you know, we talked.  He,

18  you know, showed me the restaurant.  And, you know, the

19  one -- one of the guys helped me with the threat assessment.

20  Like, you know what I mean?  He was walking around trying to

21  figure out how it was done and stuff like that.  So it was

22  pretty cool.

23    Q     All right.

24          After a couple of days, you left Louisville and

25  just went back to Indianapolis.

1      A    Yeah.  After two days I left and went back to

2  Indianapolis.  And he asked me to go down and talk to -- the

3  Louisville guy had talked to -- about a meeting they were

4  going to have with --

5      Q    Who had asked you, sir?

6      A    Stewart.

7      Q    Okay.

8           So after you left Louisville and now that we're

9  moving into the fall of 2020, is it fair to say that you

10  were having more communications Mr. Rhodes and Greg than you

11  had in that period of time from the hurricane relief to

12  Louisville?

13      A    Well, this was before the riots even started in

14  Louisville.

15      Q    Okay.

16      A    It was like a little meeting he was having with

17  some business owners and stuff like that.

18      Q    Mr. Rhodes was?

19      A    The Oath Keepers who were there.

20      Q    Okay.

21      A    Stewart wasn't there at the time.

22      Q    Okay.

23      A    So I went to the meeting with the Oath Keeper

24  guys.  And, you know, it was a lot of scared business

25  owners, a lot of guys talking about how they couldn't afford

```
 1   security because -- you know, they couldn't afford the
 2   damages and stuff.  Like, it was just like, you know, stuff
 3   that people go through.
 4        Q    Would you agree with me if was to say that from
 5   your interactions with the Oath Keepers to that point, that
 6   their mission, what you were working with them regarding was
 7   security?
 8        A    Security.
 9             MR. NESTLER:  Objection; leading.
10             THE COURT:  Sustained.
11   BY MR. BRIGHT:
12        Q    What the primary mission of the Oath Keepers?
13        A    In Louisville?
14        Q    Yes, sir.
15        A    To provide security for the businesses who
16   couldn't afford to pay for security.
17        Q    Okay.
18             And you witnessed them doing such?
19        A    Yes.
20        Q    Okay.
21             After Louisville, what was the next point of
22   contact you had with Mr. Rhodes?
23        A    He called me to do a protection job for a friend
24   of his.
25        Q    Who was that person was?
```

7945

```
 1        A     Her name was Kellye SoRelle.

 2        Q     When was this?

 3        A     That was in November.

 4        Q     Okay.

 5              So what was the reason for you to provide

 6   professional --

 7        A     Well, you know what?  Let's go back.

 8        Q     Yes, sir.

 9        A     He called me to advise on another security job

10   that they had.

11        Q     What was that, sir?

12        A     It was some kind of protest that was going on.

13   I think it was either in Ohio or Louisville.  I don't

14   remember where, but --

15        Q     Did you ever have the occasion to do anything with

16   the Oath Keepers in Atlanta?

17        A     Not with the Oath Keepers.

18              But I went to Atlanta with Kellye SoRelle --

19        Q     Okay.

20        A     -- and the Oath Keepers were there and I advised.

21   And then he ended up asking me to help with the security.

22        Q     Was that a Stop the Steal rally that she was

23   speaking at?  What was the nature of that, sir?

24        A     Yes, it was a Stop the Steal rally.

25        Q     Okay.
```

1          And there were Oath Keepers present at that time,
2   correct?
3       A    Yes.
4       Q    Do you recall that there was an event -- are you
5   familiar with the name Ali Alexander?
6       A    Yes.
7       Q    So you would agree with me then that the
8   Stop the Steal rally in Atlanta was an organized event by
9   Ali Alexander?
10      A    Seemed organized to me, but, yeah, it was --
11      Q    I'm sorry?
12      A    I said it seemed organized to me.  It was put on
13  by Ali Alexander.
14      Q    Okay.  And was Ms. SoRelle a speaker at that?
15      A    She was.
16      Q    Okay.  And you were contacted directly by
17  Mr. Rhodes to provide security for her, not bodyguard for
18  him, but help her, correct?
19      A    Yes.
20      Q    He doesn't need a bodyguard, does he?
21      A    No.
22          MR. NESTLER:  Objection; leading.
23          MR. BRIGHT:  Yes, sir.
24          THE COURT:  Habits die hard as defense lawyers.
25          MR. BRIGHT:  I'm sorry, sir?

```
 1            THE COURT:  Habits die hard as defense lawyers,
 2   but this is direct examination.
 3            MR. BRIGHT:  Yes, sir.
 4            THE COURT:  All right.
 5   BY MR. BRIGHT:
 6       Q    Do you recall roughly the time of when that event
 7   was, sir?
 8       A    Are you talking about Atlanta?
 9       Q    Yes, sir.
10       A    I don't remember the exact dates.
11       Q    Do you recall why Ms. SoRelle -- well, let me
12   rephrase, please, sir.
13            If it was Stop the Steal, is it fair -- would that
14   be after the election?
15       A    It would be after the election.
16            It was absolutely after the election.
17       Q    Okay.
18       A    I mean, I was in Michigan with SoRelle during --
19   like the day after, like, right after the election.  So
20   everything after that was all because of the election.
21       Q    All right.
22            And so your primary duty at these events, whether
23   it be in Michigan or the Stop the Steal rally in Atlanta is
24   you were providing security for Ms. SoRelle?
25       A    Yes.
```

7948

1       Q     What was the reason to provide security for her?

2   Why was that necessary?

3       A     She thought that she witnessed voter tampering.

4   She said she witnessed some people moving some stuff around

5   with the ballot box or bringing in ballots or something like

6   that.  And she was getting threats.  People were showing up

7   at her hotel and stuff like that.

8       Q     You didn't witness that, correct?

9       A     I didn't witness that, no.

10      Q     You were just doing a job?

11      A     It was after the fact.

12      Q     But you were just doing --

13      A     But this is why she felt like she needed -- and

14  Stewart was generally concerned about it.  And so he called

15  me up, asked me could I make it down there.  I talked to her

16  on the phone.  She was scared.  She was crying.

17            So I told her, you know, Hey, the earliest I can

18  be there is the next day.

19            So I got there the day after I talked to him.

20      Q     Base on your experience, your extensive

21  experience, did you feel that there was a legitimate need

22  for her to have security?

23      A     In Michigan?

24      Q     Yes, sir.

25      A     Yes.

1    Q    And in Atlanta?

2    A    Maybe.

3         I mean, we went into Atlanta.  And, I mean, she --

4    I mean, she, at the time, she's still a principal.  And, you

5    know, maybe they're still after her; maybe they're not.  But

6    she's still a principal.  So we're in the line.

7    Q    For you, you're just doing the job?

8    A    I'm doing the job.

9    Q    Okay.

10        So did you attend -- moving forward into the

11   period of time leading up to January 6th, did you attend any

12   of the other rallies that took place in Washington, D.C.?

13   A    The first time we were in D.C. was at the MAGA --

14   the Million MAGA March.

15   Q    I'm sorry.  At the Million MAGA March?

16   A    Yes.

17   Q    And that was on roughly November 14th.

18        Does that sound accurate?

19   A    Yes.

20   Q    Okay.

21        What was the nature of what you were doing at that

22   event?

23   A    Just the same, close protection for Kelly.

24        But it was a little different because Stewart had

25   one of his Oath Keeper guys who was, you know, running the

```
 1   security operation, we were supposed to meet up with

 2   Alex Jones and link up with them.  And, basically, what

 3   happened was when me and Jeff got there with Kellye --

 4       Q    Real quick, who's Jeff?

 5       A    Jeff Morelock.

 6       Q    Okay.  So you, on behalf of -- again, let me

 7   clarify.  You're not an Oath Keeper, correct?

 8       A    Correct.

 9       Q    And you never joined the Oath Keepers, correct?

10       A    Correct.

11       Q    You just worked with them, for them, providing

12   security services and details, correct?

13       A    Correct.

14       Q    And as well as what you've basically described at

15   times --

16            THE COURT:  Mr. Bright, to avoid the objection,

17   please.

18   BY MR. BRIGHT:

19       Q    Were you also serving as a bodyguard for

20   Kellye SoRelle?

21       A    That's what he hired me for.

22       Q    Okay.

23            Could you describe for me more specifically what

24   you were doing on November 14th at the Million MAGA March,

25   please, sir?
```

1      A     When me and Jeff got there with Kelly, we met up

2    with Alex Jones and his security crew, and we kind of

3    integrated.

4      Q     What do you mean by that, sir?

5      A     We put all the principals in one space, then had

6    them walk together while the security team created what we

7    call a box.

8            So the security team was around him in a box.  And

9    then they had Oath Keepers.  And they had a couple

10   Proud Boys, I believe, were like in the front.  So, like,

11   you basically would have the security detail in the box

12   right around Alex Jones, Owen Shroyer, and two chicks and

13   then Kellye.

14     Q     Okay.

15     A     And so you'd have the real security team, and then

16   you'd have, like, a line of Oath Keepers.  Then you have a

17   line of Proud Boys in front of them just making the hole so

18   that they could walk through the streets.  I mean, it was a

19   lot of people out there.

20     Q     Again, security services?

21     A     Security.

22     Q     Nothing else?

23     A     Nothing else.

24     Q     Okay.

25            To what extent did you coordinate with other

```
 1    Oath Keepers during this period of time in terms of setting
 2    up the security details?
 3         A    I didn't set up any of the security in November.
 4    Like, my priority was Kelly.  So me and Jeff had Kelly.
 5              Now, Oath Keepers were there, Oath Keepers were
 6    doing security.  You know, he kind of filled me on what the
 7    plan -- what he wanted the plan to be.  But I didn't -- it
 8    was not in my control.  I had none of -- none of -- no hand
 9    in the planning at all.
10         Q    So during the period of time of the
11    MAGA Million March, were you aware of the concept of a QRF?
12         A    Yes.
13         Q    Could you describe for me what you perceive a QRF
14    to be?
15         A    A QRF is a defensive Quick Reaction Force.  Used
16    in military terms, that's essentially what it is.
17         Q    Defensive?
18         A    Defensive.
19         Q    Defense in nature?
20         A    Defensive in nature.
21              You only call a QRF when shit has gone absolutely
22    wrong and you need help.  And so the QRF would come and help
23    you get out of the bad situation that you're in.
24              But no time does a QRF take an offensive posture.
25         Q    Are you -- were you aware that the Oath Keepers
```

```
 1   organized QRFs?
 2        A    In November?
 3        Q    Yes, sir.
 4        A    Yes.
 5        Q    Could you describe for me your awareness and your
 6   knowledge of the QRF that was organized for November
 7   Million MAGA March, please?
 8        A    Okay.
 9             So Stewart mentioned to me that he wanted an armed
10   QRF.  You know, he wanted to be ready in case shit went
11   kinetic because these guys were talking about forcefully
12   storming the White House and forcefully removing Trump.
13             Now --
14        Q    Who was talking about that?
15        A    That's what Stewart thought.
16             Stewart thought that these guys, because he heard
17   talk of people, protesters from the left or whatever,
18   whatever you want to call them, storming the White House and
19   forcefully removing Donald Trump.
20        Q    Okay.
21        A    So he wanted to be ready in case shit got kinetic
22   and they were able to get there and remove Donald Trump, and
23   they needed to be activated to help with that.
24             Now --
25        Q    Did you hear him speak at that time that it would
```

```
 1    have -- the entry of that would have had to ultimately have
 2    been based on a request by the President?
 3         A    Yes.
 4              MR. NESTLER:  Objection.
 5              THE COURT:  Sustained.
 6    BY MR. BRIGHT:
 7         Q    Are you aware of the basis upon which the QRF
 8    would have been brought into D.C.?
 9         A    Yes.
10         Q    Could you describe that, please, sir.
11         A    He thought that if Donald Trump -- if the
12    White House was going to get stormed or whatever you want to
13    call it, that Donald Trump would invoke the
14    Insurrection Act; and then, you know, he'd have a team on
15    standby, ready to come in and help defend the President and
16    the White House.
17              Now, what I told Stewart was, Stewart is crazy.
18    Like, nobody is going to storm the White House.  They have a
19    fucking arsenal.  They'll slaughter everybody.
20              We both laughed about it, but he still wanted to
21    do it.
22         Q    Okay.  And the QRF entered Washington, to your
23    knowledge, correct?
24         A    No.
25         Q    To your knowledge, none of the Oath Keepers that
```

7955

```
 1    were not otherwise allowed brought weapons into the
 2    District, correct?
 3         A    Correct.
 4         Q    Are you licensed to bring weapons into the
 5    District?
 6         A    D.C.?
 7         Q    Yes.
 8         A    No.
 9         Q    Even you, with all of your classification, you're
10    not licensed to bring it in, correct?
11         A    No.
12         Q    Did you travel with weapons?
13         A    In November?
14         Q    Yes, sir.
15         A    I didn't travel into D.C. with a weapon, no.
16         Q    No, no.
17              So when you came from Indiana, did you come to the
18    generalized area with a weapon but not bring it into the
19    district?
20         A    Yes.
21         Q    Where did you leave your weapon?
22         A    In Virginia.
23         Q    Where in Virginia?
24         A    We stayed at a guy's House.  He's probably, like,
25    50 minutes from D.C.
```

```
 1        Q    Okay.

 2             So do you know -- do you recall whose House it was

 3   that you stayed at?

 4        A    I don't recall whose house it was that we

 5   stayed at.

 6             Now, I can tell you where the majority of the

 7   Oath Keepers stayed.

 8        Q    Please.

 9        A    Stayed at Caldwell's farm.

10        Q    Okay.  Do you know who Caldwell is?  Could you

11   tell me his name?

12        A    Big old guy, walks around on a cane.

13        Q    That guy?

14        A    Yeah.

15        Q    All right.

16             So when did you meet at Caldwell's farm?

17        A    I met at, I went to the farm with Kelly and Jeff

18   the night before the Million MAGA March.  It's the first

19   time I met Caldwell after --

20        Q    On the 13th of November?

21        A    Uh-huh.

22        Q    Yes, sir?

23        A    Yes.

24        Q    What was nature of the meeting that was going on

25   there?  Can you describe it.
```

7957

1     A     It just was a bunch of Oath Keepers camping.  They

2   had fucking barbecue.  They had chili and chips.  They were

3   just camping, camping out there, you know, getting ready to

4   go to the Million MAGA March the next day.

5           You know, I met Caldwell.  He was telling how he

6   was in the Navy and stuff like that.  It mean, that's really

7   all it was, was a meeting place.

8     Q     And that's where you left your weapons, correct?

9     A     That's not where I left my weapons.

10    Q     Okay.

11    A     I left my weapons at the place we stayed at with

12  my clothes and stuff like that.

13    Q     Were you familiar on that date with the

14  organization of what was to be the QRF?

15    A     It was a guy in a van.  He had an SUV.  They had a

16  few weapons in the van.  I'm not sure how many people they

17  had in the SUV.  But as far as what I know, that's what the

18  QRF was going to be.  And I think it was like a total of

19  maybe four or five people.

20    Q     Okay.

21          Do you recall any discussions at Mr. Caldwell's

22  farm regarding storming the Capitol?

23    A     No.

24    Q     Do you recall any discussions at Caldwell's farm

25  regarding insurrection?

1    A    No.

2    Q    Do you recall any discussions at Caldwell's farm

3  regarding overturning the Electoral College?

4    A    No.

5         These guys basically talked about old military

6  shit.  You know, it's like -- it's like a camp.  You know,

7  they were out there camping out.

8    Q    So from your extensive experience on threat

9  assessment in the military, would you have considered them a

10  risk?

11         MR. NESTLER:  Objection.

12         THE COURT:  Sustained.

13  BY MR. BRIGHT:

14    Q    What was your perception of these gentlemen?

15    A    At Caldwell's farm?

16    Q    Yes, sir.

17    A    Middle-aged, older.  You know, some guys are doing

18  it for, you know, the social experience.

19         You know, a lot of guys just wanted to help out,

20  you know, help with the security operation.

21    Q    Everything went off without a hitch for the

22  Million MAGA March?

23    A    Yes.

24    Q    All right.

25         What happened after that?  Like you said, we moved

 1    up to now to November of 2020.  When was your next

 2    interaction with the Oath Keepers, sir?

 3         A    The second time they went to D.C., he had asked me

 4    to -- because him and Kelly was supposed to speak again.

 5         Q    Was that the Jericho March?

 6         A    Yes.  Him and Kelly was supposed to speak there.

 7    But he had hooked up with the Praetorian Guard guys.

 8         Q    And who were the Praetorian Guard?

 9         A    Praetorian Guard, it's another group of guys.

10    I mean, they do security.  They're more -- they're more on

11    the business-oriented side.  Like, they charge for their

12    security.

13         Q    Okay.

14         A    So, you know, they're organized a little

15    differently.

16         Q    Now, you were brought in by Greg originally, but

17    then also utilized by Stewart at times as a paid -- somewhat

18    as a paid professional, correct, because of what you

19    were doing?

20         A    Yes.

21         Q    And, otherwise, to your knowledge, the

22    Oath Keepers were just volunteering for what they were

23    doing, correct?

24         A    Yes.

25         Q    Okay.

```
 1            And what was your responsibility when you were
 2   brought in for the Jericho March in early December?  I think
 3   that was December 10th.
 4       A    I think it was early December, yeah.
 5       Q    What were your responsibilities, sir?
 6       A    So I was to work with the Praetorian.  Like, I was
 7   Stewart's guy with the Praetorian Guard guys.  I mean, I
 8   guess they were doing the coordinated security effort for
 9   Flynn and the events that were going on.
10       Q    When you say "Flynn," who were you referring to?
11       A    Michael Flynn.
12       Q    Okay.  Former general?
13       A    Yes.
14       Q    All right.
15            And what was he doing that you all needed to offer
16   protective services for?
17       A    I don't remember.  I don't remember.  I really
18   don't.
19            Like, he was there.  Maybe he was speaking or
20   something like that.  But I don't remember exactly what he
21   was there for.  I just know he was there, and they were
22   doing security for him.
23       Q    Did you liaison at that time with other
24   Oath Keepers?
25       A    Not really, no.
```

1          Like I said, you know, their security wasn't what

2     I was there for.

3          Now, you know, he asked me some questions, like

4     Stewart personally, advice on stuff.  But they planned the

5     operation.

6     Q     Do you recall the nature of the advice you were

7     being asked to give?

8     A     He just asked about, like, security formations for

9     the Jericho Marchers and stuff like that, how he could, you

10    know -- how he could better complete their security, like,

11    because they were going to be moving around place to place

12    and stuff like that.

13         I remember telling him, you know, Maybe put a

14    couple guys on corners to look out for them.

15    Q     So based on those discussions, you were aware that

16    there were other Oath Keepers in the District?

17    A     Yes.

18    Q     Based on those discussions, were you aware that

19    other Oath Keepers in the District were specifically

20    providing personal security details and protective services?

21    A     Yes.

22    Q     Did you witness them doing such?

23    A     Yes.

24    Q     Okay.

25         Now, to your knowledge, other than your licensure

```
1    and your background, to your knowledge, the Oath Keepers
2    were not licensed to do what you do professionally, correct?
3         A    Not to my knowledge, no.
4         Q    Okay.  So they were just doing it as volunteers?
5         A    Yes.
6         Q    Okay.
7              On the 10th of December regarding the
8    Jericho March, were you aware whether or not there was a
9    QRF also?
10        A    So the QRF situation there was, you know, like,
11   they were talking about a QRF.  But after the
12   Million MAGA March, you know, it was kind of like, you know,
13   how -- what did QRF look like for the Jericho March and
14   stuff like that.
15        Q    Yes, sir.
16        A    So it was kind of like, you know, yeah, let's have
17   a QRF; but, you know, one vehicle -- you know, we've got a
18   driver in case, you know, these guys don't want to stay out.
19             Because Stewart wanted to stay out after the
20   Jericho March was over, and a lot of guys probably wasn't
21   going to be able to.
22        Q    Well, I don't follow.  You said he wanted to stay
23   out.  What do you mean, sir?
24        A    Like, he wanted to walk around the streets to make
25   sure the people who were leaving from the march were safe.
```

1      Q     Okay.

2      A     And the concern was there were going to be a lot

3  of older people who couldn't or a lot of people who didn't

4  want to, because you walk all day.  Like I told you, like,

5  during the Million MAGA March, I think we walked, like,

6  30 miles.

7      Q     Was that an ongoing concern that was discussed,

8  the older people coming and going from various rallies?

9      A     Yes.

10     Q     Why?

11     A     They're fucking old.

12     Q     Well, hopefully being old in and of itself is not

13  just a danger, as I'm getting there.  But --

14     A     Some of them have health issues and stuff like

15  that.

16           And then, you know, it's just -- you know, you're

17  probably going to have guys that just don't want to stay out

18  that late, you know.

19     Q     Were there concerns regarding them being attacked?

20     A     Well, yes.

21     Q     Could you describe that please, sir.

22     A     Well, Stewart thought that Antifa was going to

23  attack people again because during Million MAGA March, they

24  sent 16 people to the hospital.

25     Q     Who did?

7964

1        A        Antifa rioters.

2        Q        Okay.

3                 So there was a history of Antifa or other -- to

4    your knowledge and based on what you were aware of, there

5    had been prior problems with Antifa?

6                 MR. NESTLER:  Objection.

7                 THE WITNESS:  I seen it during the

8    Million MAGA March.

9                 THE COURT:  It's overruled.  He can answer.

10   BY MR. BRIGHT:

11       Q        Tell me what you saw.

12       A        I seen Antifa rioters attacking people.  There's

13   videos of them.

14       Q        Okay.

15                So where did you see that, sir?

16       A        It's in D.C.

17                You know where the BLM Plaza is.

18       Q        I do, sir.

19       A        Okay.  When all these black guys came out and

20   every officer in downtown surrounded them --

21       Q        Uh-huh.

22       A        -- all these Antifa guys were jumping on other

23   people.  It's like there were no officers around because

24   they were all around the Black Lives Matter people who came

25   out of the little gate.  Maybe 15 or 20 of them.

1      Q     And so --

2            MR. NESTLER:  Objection as to lack of personal

3      knowledge.

4            MR. BRIGHT:  He said he saw it.

5            THE COURT:  Why don't you clarify if he personally

6      saw it or whether it was --

7      BY MR. BRIGHT:

8      Q     Did you personally see --

9      A     When we walked out the hotel next to the BLM Plaza

10     where the gate is --

11     Q     Yes, sir.

12     A     -- there was probably 15 or 20 black guys, you

13     know, big, you know -- BLM guys walked out; several police

14     surround them.

15     Q     Okay.

16     A     We walk down the street; we're seeing Antifa

17     attack people.  No cops there at that time.

18     Q     And you personally witnessed it?

19     A     Personally seen it.

20     Q     Okay.

21           So you were personally aware of ongoing dangers to

22     what you've described as older people that were staying out?

23     A     Yeah.  I mean, yeah, older, middle-aged.  I seen

24     them jump on a guy.

25           I mean, it wasn't just Antifa jumping on this guy.

1    It was a couple black guys, too.  But they jumped on this

2    guy.  It was two guys.  When he tried to fight, one guy --

3    another guy hit him from behind.  And then somebody ran and

4    punched him, knocked him out.  And when he was knocked out,

5    some scrawny white guy came and stomped on his face a

6    couple times.

7        Q    Okay.

8             Moving then -- so that was something you witnessed

9    back at the Million MAGA March time period?

10       A    Yes.

11       Q    Okay.

12       A    I mean, they also tore up hotels, like the outside

13   dining, they went up and tore up -- I mean, just wrecked --

14   I mean, they wrecked it.

15       Q    Okay.

16            So from your experience, that was a serious

17   danger.

18       A    Yes, yes.

19            Now, Stewart took it personal because he was

20   supposed to have Oath Keepers on the street after the

21   Million MAGA March to protect the people who were walking

22   back to their cars.  What happened was the guy he had in

23   charge snatched everybody off the street.

24       Q    Who was that, sir?

25       A    His name was Doug, the North Carolina guy.

7967

1     Q    Do you know the moniker that he went by?  Would

2  Ranger Doug be correct?

3     A    Ranger, Ranger Doug, Ranger, Rick Smith or some

4  shit like that.

5     Q    Doug Smith?

6     A    Yeah.

7     Q    Who was he, sir?

8     A    He was a North Carolina chapter leader.

9     Q    Okay.

10         And you said that he snatched the Oath Keepers off

11  the street?

12     A    Yeah.  He pulled them, said the operation was

13  over.  And they all went back to Caldwell's farm.  And when

14  that happened, me and Kellye and Jeff -- and then when we

15  seen Stewart, I think it was like two or three other guys

16  were Oath Keepers -- we just walked around and watched

17  Antifa rioters tear shit up.

18     Q    Jeff Morelock, was he a professional bodyguard as

19  well, to your knowledge?

20     A    Yes.  He's licensed in Florida.

21     Q    Okay.

22         After that, did you go back to Caldwell's farm?

23     A    That day, no.  We went back the next day because

24  Stewart wanted to ask Doug why he snatched everybody off.

25     Q    Did you witness that confrontation?

1      A      Yes.

2      Q      What was the nature of that confrontation?

3      A      He -- I mean, he put him on the spot in front of

4   everybody.  That was supposed to be his guys and me.

5   I mean, Doug's a personality.  So I told Stewart, like, it

6   wasn't a good idea to confront him in front of everybody

7   because these are his followers; you know, these are

8   his people.

9              He's like, Oh, no, man.  He's got to know.

10              So he went in there; he confronted him.  You know,

11   you could kind of see it in his face, but he played it cool.

12              And then after they were done talking, Doug got

13   everybody and left.  And the next thing was Doug saying that

14   he was no longer part of the Oath Keepers, and his whole

15   chapter was done.  And ...

16      Q      Jericho March, December 10, you were aware that

17   there was a QRF, correct?

18      A      Uh-huh.

19      Q      From your perspective, a diminished need for one?

20      A      No.  I don't think, you know, there was a need for

21   a QRF, but there was one.

22      Q      Okay.

23              During the period of time that you were in the

24   District, did you hear anyone discussing plans to storm

25   the Capitol?

7969

```
 1        A    No.
 2        Q    During the period of time that you were in the
 3   District for the Jericho March on December 10th, did you
 4   hear any plans or discussions regarding stopping the
 5   election --
 6        A    No.
 7        Q    -- from being certified?
 8        A    No.
 9        Q    Okay.
10             How about storming the Capitol?
11        A    No.
12        Q    Any riots talked about?
13        A    No.
14        Q    Okay.
15             After that date, where did you go?
16        A    I went back home.
17        Q    You went back to Indianapolis?
18        A    Uh-huh.
19        Q    When was the next time you were contacted by the
20   Oath Keepers?
21        A    Like the 3rd of January --
22        Q    Okay.
23        A    -- or maybe the 2nd or 3rd.
24             I know I got to D.C. on the 4th.
25        Q    Do you personally recall when you first heard
```

7970

```
 1    about any events that were being planned in the District for
 2    January 6th?
 3         A    It was, like I said, maybe the 2nd or the 3rd.
 4              Like, I didn't know anything about what was going
 5    on the 5th and 6th until like damned near the 5th or 6th.
 6         Q    In what manner were you contacted regarding coming
 7    to D.C.?
 8         A    I was supposed to -- like, he wanted me to help
 9    organize close-protection details and work in conjunction
10    with Siekerman to do it.  So Siekerman was the overall
11    security guy who was going to plan a security operation and
12    talk to the law enforcement people and stuff like that.  And
13    I was just supposed to organize the close-protection details
14    for speakers and the keynote people.
15         Q    At some point, did that change?
16         A    Yes.
17         Q    What changed?
18         A    Siekerman got sick, and Stewart asked me to take
19    over overall planning and coordination of the security
20    detail for the whole operation.
21         Q    Do you know what Signal is?
22         A    Yes.
23         Q    What is Signal?
24         A    Signal is an app that's used for chats.  A lot of
25    the people I work for, we use Signal for work conversations,
```

7971

```
 1   because it's -- you know, it's harder to -- it's harder to
 2   monitor Signal conversations because of the encryption.
 3        Q    Did you at the time have the Signal app on
 4   your phone?
 5        A    Yes.
 6        Q    Were you part of various Signal chat groups
 7   involving the Oath Keepers at that time?
 8        A    I was a part of a few, yes.
 9        Q    Do you recall how many you were part of?
10        A    Man, I don't, man.
11             I mean, Stewart would make these conversations up
12   and just put you in it, you know.
13        Q    Okay.  So let's talk about that real quick,
14   because Signal is an integral part of this case.
15             When you said Stewart would just put you in it,
16   what does that mean?
17        A    Like, he just -- so when you create a group on
18   Signal, you can add users if you have administrative rights.
19   So, like, if I was to create a group on Signal, I can put
20   everybody at this stable in the conversation.
21        Q    You could put them in the conversation without
22   their permission, correct?
23        A    You could if they're already -- let's say, like,
24   if you have an ongoing chat and you've got their name and
25   link and stuff like that, you can just send it them and,
```

1    like, they'll show up in that conversation.

2            And so like on my Signal, the way I had it set up,

3    like, it automatically deletes.  But, like, when you're in a

4    conversation and you pull it up, it will put you into the

5    conversation that somebody in, you know.

6            Like, so if you was to put me into a conversation,

7    if I opened up my Signal, it would send me to

8    that conversation.

9        Q    Okay.

10            And so you could be part of a Signal conversation

11   for months?

12       A    Yeah.

13       Q    Weeks?

14       A    Yeah.

15       Q    Just pop in once every month --

16       A    Like, I don't even have --

17       Q    -- and still be part of it?

18       A    Like, on my Signal, I didn't even have the

19   notifications turned on.  So, like, it can be 40 people

20   talking on Signal and I wouldn't know it unless I open it up

21   and look at it.

22       Q    Now, when you would -- so if you chose to do that

23   and you opened it up and looked at it, what would you see?

24       A    When you open up the app, it will show you how

25   many unread messages you got in each conversation you're in.

1     Q    Okay.

2          And if you, let's say -- you were part of, would

3     you agree, a Signal chat named "D.C. Op Jan. 6"?

4     A    Yes.

5     Q    Is that name familiar to you?

6     A    It sounds familiar, yes.

7     Q    Okay.

8          And so since you had your notifications turned

9     off, is it reasonable to say that you could have a thousand

10    messages go through there and you would not have known them?

11    A    When the FBI took my phone, I had maybe 40,000

12    unread messages in Signal.

13    Q    Okay.

14         And so if you were to open the Signal app and you

15    were to go to the "D.C. Jan 6 Op" chat and you were just to

16    open it, where would it put you when you opened it?

17    A    Sometimes it will put you at the end of the

18    conversation.  Sometimes it will leave you where you were

19    the last time you opened the conversation, so you'd have to

20    scroll down.

21         But, like, if it did that, there's, like, an arrow

22    and a hash; you push that button; it will take you down to

23    the last comment made.

24    Q    So if you were to open the "D.C. Op" chat and it

25    put you at the end, like, kind of contemporaneous with the

```
 1    moment in time, for you to know what had been on there, you
 2    would have had to have actively scrolled --
 3         A    You'd have to read every single message.  You'd
 4    have to go down and read every single message.
 5              So I never did that.  Like, if I was in the chat
 6    and it didn't take me to the end, if I opened up the chat,
 7    I'd just hit the button and go all the way to the end, read
 8    what was last posted out.  Like, sometimes Stewart had to
 9    call and tell me to get on the chat because somebody was
10    asking questions about something.  Like, if it was an
11    operation that I was involved with or there was a
12    conversation that he wanted me to be a part of.
13              I mean, it was just -- it's, like, so many people
14    chiming in, if you got the notifications turned on, like,
15    your phone will continuously beep.  Like, if you're in ten
16    conversations that all have 30 or 40 people that's always
17    talking, your phone is just constantly bleep, bleep, bleep,
18    bleep, bleep, bleep.  And it will drain your battery.
19         Q    Okay.
20              When did you get to D.C.?
21         A    The 4th of January.
22         Q    Where did you go?
23         A    I went to the hotel, I think it was The Hamilton
24    or Hampton in Alexandria.
25         Q    In Virginia?
```

1    A    In Virginia, yes.

2    Q    Okay.  Did you drive?

3    A    Yes.

4    Q    Brought a firearm with you?

5    A    To D.C. on January 6?

6    Q    No, sir, to Virginia.

7    A    I think I did have my little -- my little handgun.

8    Q    Okay.

9         And you didn't bring it in the District, did you?

10    A    No, no, I mean, it's -- for what?

11    Q    Well, to your knowledge, none of the Oath Keepers

12    brought weapons into the -- excuse me.

13         To your knowledge, none of the Oath Keepers

14    brought firearms into the District, correct?

15    A    Correct, but we all knew that you can't carry in

16    D.C., so everybody knew not to bring weapons into D.C.

17    Q    Okay.

18    A    And it was put out in one of those Signal

19    conversations to not bring weapons into D.C. because we know

20    we can't.

21    Q    When did you first come into the district itself

22    after arriving in Northern Virginia?

23    A    I think the night of the 4th, I went to meet the

24    Virginia Women's for Trump guy who was, you know, sitting

25    with their gear.

7976

1      Q     Where was that, sir.

2            You said that's on the 5th?

3      A     No, that was the night of the 4th, like, when I

4  got there, I went and met this guy who was sitting out there

5  with the -- like, because the Virginia Women's for Trump had

6  a stage in front of the courthouse.

7      Q     Okay.

8      A     And so they left a guy sitting out there with

9  their gear so they wouldn't steal it -- so somebody wouldn't

10 steal it.  So, like, I went and met him.

11     Q     How did you know to communicate with him?

12     A     Stewart told me.  They were one of the people who

13 reached out for security.  So I coordinated with the lady

14 and she told me she had a guy out there, and I went and met

15 with him.

16     Q     It's reasonable to suggest that at this point you

17 were in communication with Stewart on a regular basis?

18     A     Around that time?

19     Q     Yes, sir.

20     A     Yes, if he needed something, he'd call -- I mean,

21 I was on the job at that time, so, yeah.

22     Q     So you came to D.C. to do what?

23     A     Security.

24     Q     Okay.

25           Was there any talk, to your knowledge and to your

7977

1    remembrance, of anything beyond security discussed?

2        A    No.

3        Q    Take me to the 5th.  What did you do all on the

4    5th?

5        A    So on the 5th, there was a stage on the U.S.

6    courthouse like right in front, I think that was the

7    Virginia Women's for Trump thing or whatever.  And then

8    there was a stage on the Capitol Grounds.  They were right

9    across the street adjacent from each other.  Like, I can

10   look across and kind of see what was going on at the stage

11   but I still had to walk.

12            So on the 5th for several hours, it was just me

13   walking back and forth.

14       Q    What were you doing?

15       A    Just making sure everything was running smoothly.

16       Q    Is this a detail that you had been given?

17       A    Yes.  I was supposed to have help but nobody got

18   there until, like, midday.  So it was just me.

19       Q    Who gave you that detail?

20       A    It was one of the security details that, you know,

21   the Oath Keepers was asked to do.

22       Q    And how was it relayed to you that you needed to

23   be doing it?

24       A    It was a part of the security plan and prior to.

25   But, you know, we didn't have a lot of people to help with

```
 1   so, like, most of the people went to close protection, and
 2   everybody who could get there could get there maybe midday
 3   on the 5th or early morning on the 6th.  So, you know, the
 4   guys I had with Roger Stone, they got there early to get
 5   Roger Stone.  And then Jeff and his guy had somebody.  And
 6   then the Florida guys had somebody.
 7           So, like, the only other people who could get
 8   there couldn't get there until midday.  So it was all me on
 9   the 5th, from the manpower to the stage.
10      Q    Was that manpower?
11      A    Yes.
12      Q    Okay.
13           You just mentioned a security plan and detail.
14   Could you describe what that was?
15      A    I'm sorry?
16      Q    Well, you just mentioned that there was a security
17   plan that had been worked out, correct?
18      A    Uh-huh.
19      Q    Who did that, sir?
20      A    I did.
21      Q    Okay.  So you created it per someone's request?
22      A    Per Stewart's request because they were asked to
23   do security.
24           So he asked me to take over the security planning.
25   I looked at what Siekerman did and what was going on, some
```

1    of the stuff I stuck with and, you know, some of the stuff I

2    made, you know, slight changes to.  But it was just a

3    security plan.

4            So you have the stage over here on the 5th, you

5    need guys to stand around and make sure it's okay.  Then

6    you've got a stage right across the street on the 5th, you

7    know, same thing.  And, you know, this an event going on,

8    and you want to make sure both events run smoothly, nobody

9    messes with the -- the speakers and stuff like that.

10           I mean, it was -- in a matter of speaking, it was

11   really all for the speakers and the event coordinators and

12   stuff like that to make sure that, you know, they could

13   safely, you know, move from the stage to their vehicles and

14   stuff like that.

15   Q    Okay.  But, again, just to clarify, at this point,

16   were you aware that Don Siekerman would not be attending the

17   events of 5 and 6 of January?

18   A    Yes.  When he asked me to take over, I knew he

19   wasn't going to come.

20   Q    Who asked you to take over?

21   A    Stewart --

22   Q    Okay.

23   A    -- asked could I run the operation because

24   Siekerman was sick.  I think he got COVID.

25   Q    That's my understanding, sir.

1        A    Yes.

2        Q    So did you have the opportunity then, now that

3    you're in charge, to put people in positions underneath you?

4        A    The only thing I did because of manpower, like,

5    the -- so I felt like, you know, the heaviest responsibility

6    was the, you know -- the people who were going to be moving.

7    So Roger Stone had a protection detail that was ran by --

8        Q    Who was part of that, do you recall?

9        A    It was Josh and his guys.

10            So Josh had a team, Josh James had a team.

11        Q    Did you put him in that position?

12        A    I mean, Stewart put him in a position.  You know,

13    he already had a team, and so when he said, Well, hey, Josh

14    has a team and, you know, he's willing to do

15    close-protection stuff, I said, Okay, cool --

16        Q    Do you -- I'm sorry, I apologize for interrupting

17    you.  But I was just going to ask, do you recall who was

18    part of Josh's security team?

19        A    I don't know by name.  I think he had like five

20    people.

21        Q    Were you in direct regular contact with them?

22        A    With Josh?

23        Q    Yes.

24            And other people on his team?

25        A    No.  Like, any problem that that team had, Josh

1    came me to.  You know, that's really how it -- I mean,

2    that's how it works.

3            Like, okay, like if you have a team of guys,

4    I don't need to talk to everybody on your team if I can talk

5    to you.

6    Q    Now, this is for the 6th, correct?

7    A    This is for the 5th and 6th.

8    Q    Okay.

9            So did Mr. James, to your recollection, have the

10   same detail and same job on the 5th and the 6th?

11   A    Yes.

12   Q    Okay.  And that was for security purposes?

13   A    For Roger Stone.

14   Q    And for Roger Stone specifically?

15   A    Yes.

16   Q    Okay.

17           What other teams, to your recollection, were there

18   on the ground that were being prepared for security details?

19   A    So we had a two-man team for Ali Alexander, which

20   was Jeff and another guy.

21   Q    Jeff Morelock?

22   A    Yes.

23   Q    Do you recall who the other gentleman was?

24   A    I don't know him.

25   Q    Okay.

```
 1       A    Yeah, but it was some guy he picked and they had
 2   Ali Alexander.
 3            The Florida guys, I think it was, like, maybe six
 4   or eight of them and they had some politicians from Florida
 5   that they were going to come up with, and that was their
 6   job.
 7       Q    Do you recall by chance who was in charge of --
 8   supposed to be in charge of that team?
 9       A    Kelly Meggs was in charge of the Florida team.
10       Q    And you had previously met Kelly Meggs, correct?
11       A    In Louisville.
12       Q    In Louisville.  And where else?
13       A    That's it.  I mean, he was at the farm, but I met
14   him initially in Louisville.
15       Q    Kelly Meggs, do you recognize him?
16       A    Uh-huh.
17       Q    Okay.  You met him at Caldwell's farm, correct?
18       A    Yes.
19       Q    Okay.
20            And you've now detailed that he was in charge of a
21   Florida security detail, correct?
22       A    Yes.
23       Q    Okay.  And that's on the 5th or moving into
24   the 6th?
25       A    5th and 6th.
```

1      Q    Okay.

2           Any problems with the security details on the 5th?

3      A    No.

4           THE COURT:  I was going to interrupt you so we

5      could take a break.

6           MR. BRIGHT:  Absolutely, sir.

7           THE COURT:  All right.  So it's now a little bit

8      after 11:15.  Let's resume at 11:35.  We'll see everybody

9      shortly.

10          Thank you.

11          COURTROOM DEPUTY:  All rise.

12          (Jury exited the courtroom.)

13          THE COURT:  Okay.  Mr. Greene, you can step down.

14     I'll just ask you not to discuss your testimony with anybody

15     over the break.  Okay, sir?

16          THE WITNESS:  Okay.

17          THE COURT:  Thank you.

18          Thanks, everybody.  See you shortly.

19          (Recess from 11:17 a.m. to 11:36 a.m.)

20          THE COURT:  Please be seated, everybody.

21          Thank you.

22          MR. NESTLER:  We can do it on the record.  Just

23     talking logistics for tomorrow.  We can do it after the

24     break.

25          We're just talking about logistics.  If we

```
 1   started, if we did a remote testimony tomorrow, we're
 2   working on some logistics.  If we started at 1:00, if we
 3   took an early break here, we could try to get everything
 4   done by 5:00.  That would be our goal.
 5              Mr. Bright.
 6              And I've -- I just wanted to make sure that was
 7   okay with everybody.
 8              THE COURT:  His examination will be shorter if you
 9   let him lead more.
10              MR. NESTLER:  You too, Judge.
11              THE COURT:  It goes both ways, Mr. Nestler.
12              MR. BRIGHT:  Yes, Your Honor, duly noted.  We'll
13   take it into account.
14              MR. NESTLER:  If we started at 1:00 -- if we broke
15   early and we started at 1:00 -- there is a time difference,
16   obviously.
17              THE COURT:  What do you mean "break early"?  What
18   do you mean?
19              MR. NESTLER:  Broke early for lunch.
20              THE COURT:  Oh, right.  Fine.  Yeah.
21              MR. NESTLER:  And then came back and started a
22   1:00, we would have close to four hours.  We would have
23   little bit of a break maybe.
24              THE COURT:  Do we have witnesses that would occupy
25   the morning that we could --
```

```
 1              MR. NESTLER:  Sorry.  We were just talking about
 2    that.  I don't know.  It's up to everyone else.
 3              MR. WOODWARD:  So tomorrow we want to start
 4    at 1:00?
 5              MR. NESTLER:  No.  Start with the remote witness
 6    at 1:00.
 7              MR. WOODWARD:  Yes.  I have a witness who can
 8    testify in the morning.  May not take up the entire morning,
 9    but I will talk to him.  He could not get here today because
10    of the weather down in Florida, but he said he's going to be
11    here by 9:00 a.m. tomorrow.
12              THE COURT:  He'll be where by 9:00 a.m.?
13              MR. WOODWARD:  Well, I guess in D.C.  He'll be
14    here no later than 10:00 a.m.
15              THE COURT:  He's flying into National?
16              MR. WOODWARD:  Is he flying into National?
17              Correct.
18              THE COURT:  Okay.
19              So I guess we'll just see where we are at the end
20    of the day.
21              MR. WOODWARD:  Yeah.
22              MR. NESTLER:  That's fine.  I'm asking now so we
23    can start working on the technological, logistical things.
24              THE COURT:  Sure.  That's fine.  Makes sense.
25              MR. NESTLER:  There's a lot of moving pieces.
```

1           THE COURT:  Yes, I bet there are.

2           MR. NESTLER:  Thank you.

3           THE COURT:  Of course.  No.  Thank you, all.

4           (Pause)

5           COURTROOM DEPUTY:  Jury panel.

6           (Jury entered the courtroom.)

7           THE COURT:  Okay.  Please be seated, everyone, and

8  welcome back.

9           Mr. Bright.

10  BY MR. BRIGHT:

11     Q    Michael, are you ready?

12     A    Yeah.

13     Q    All right.

14          So I think we kind of left off at the tail end of

15  January 5th; is that your remembrance?

16     A    Yes.

17     Q    All right.

18          To close that out and just for clarification, when

19  you took over for Siekerman, it was your primary job to do

20  the security details, correct?

21     A    Yes.

22     Q    Okay.

23          Moving into January 6th, could you describe for us

24  what your details were on that day.

25     A    Same details.  You had the protection teams going

1    on.  And then there was supposed to be a stage set up after

2    the speech at The Ellipse, but it was Stage 7.  It's over by

3    some government build, not far apart.  I couldn't tell you

4    what street it was on.  But that's where the

5    Latinos for Trump was or the Veterans for Trump or something

6    like that, one of those stages.

7              But there was supposed to be a stage at the

8    Capitol after The Ellipse speech from Trump.

9        Q    Okay.

10             Could you describe your remembrance of the

11   security details on the ground starting on the morning of

12   January 6th, please.

13       A    The morning of the 6th, I talked to Josh about,

14   you know, where they were going to be at.  And then I talked

15   to Jeff.  I think Stewart talked to Kelly and, you know,

16   everybody who were going to The Ellipse was with their

17   client.  Like Roger Stone was supposed to go.  I think the

18   guys the Florida team had were going.  Ali Alexander went.

19             And then the South Carolina guys were going to be

20   around the stage.

21             Now, we was supposed to meet more people, but they

22   never showed up.

23       Q    How would you estimate the number of Oath Keepers,

24   from your remembrance, that were on the ground that day?

25       A    Part of security teams?

7988

1       Q    Well, let's break it down.  Security teams and
2  then just in general.
3       A    Maybe 16.
4       Q    As part of the security teams?
5       A    Yeah.  I mean, because you had -- I think the
6  Florida guys had eight.  Josh had five.  And then whoever
7  Jeff had with him.  And then the South Carolina guys.  I
8  think there were only, like, two of those guys, two or three
9  of those guys.
10      Q    Now, you were, theoretically, above both of the
11 security teams that you've detailed?
12      A    Basically, I was just like a mobile TOC center,
13 like, you know, tactical operations control or command.  I
14 was just, you know, walking around, making sure everything
15 was running smooth.  If somebody had an issue or a problem,
16 they would text me and I would try to figure it out.
17      Q    Did you attend the President Trump rally a
18 The Ellipse?
19      A    No.
20      Q    Where were you during that period of time?
21      A    Well, we were trying to meet with our guys, so I
22 left -- I left Landon and Joe to meet them.  And then I was
23 heading to the Stage 7.
24      Q    And you said Stage 7.  That's where the
25 Ali Alexander stage would be?

1     A    No.  Ali Alexander, like, his stage was supposed

2   to go up after The Ellipse, but it was at the Capitol.

3     Q    1653, Ms. Rohde.

4          Where were you, if you recall -- let me

5   withdraw that.

6          Were you with Mr. Rhodes and Ms. SoRelle for a

7   good part of that day, sir?

8     A    No.

9          So when we got to the Stage 7 stuff, Kellye and

10  Stewart left.  They said they were going to a hotel.  Kellye

11  was cold or something like that, and so they left.

12         And so left was me and Landon and Joe.

13         South Carolina guys who were at the stage.

14         And I think --

15    Q    I apologize for interrupting you.

16         But is that -- when you said that they had left,

17  was that after Mr. Rhodes spoke at the Latinos for Trump

18  rally?

19    A    I'd never got to see him speak.  I think he spoke

20  when I was going to move the vehicle and collecting Joe and

21  Landon from waiting on the guys who never showed up.

22         MR. BRIGHT:  Okay.  May I approach, Your Honor?

23         THE COURT:  You may.

24  BY MR. BRIGHT:

25    Q    Mr. Greene, this is what's been previously marked

1    as Government's Exhibit 1653.

2          Do you remember are you familiar enough with the

3    Capitol to know the orientation of this building, sir?

4    A    So this is the back, right?

5    Q    That would be the west side, sir.

6    A    Okay.  Yeah.

7          So I was calling this the back and this the front

8    because the U.S. Courthouse is in the front of here, right?

9    Q    The Supreme Court, sir.

10    A    Yeah.

11    Q    Yes, sir.

12    A    So I was calling this back and this the front.

13    Q    Could you, to your recollection, point to where

14    you believe that the Latinos for Trump rally was in

15    orientation to this?

16    A    It's over here somewhere.

17    Q    If this is the north side, that's the south side.

18    A    It wasn't even at the Capitol.  It was like over

19    here.  And they had to walk.

20    Q    Did you escort anybody to that event?

21    A    The Latinos for Trump?

22    Q    Yes, sir.

23    A    No.  We had people there already.

24    Q    So you had a security detail there that you had

25    organized.

1    A    The South Carolina guys were around the stage.

2  And Landon and Joe was waiting on people who were supposed

3  to come.

4          And so when they -- because I only left there for,

5  like, an hour to wait on people.  So when they didn't show

6  up, I was going to move the car around.  And Landon and Joe

7  ended up walking with me.

8          So I moved the car around and went back to

9  the stage.

10   Q    Do you recall the relative time that this would

11  have been on the January 6th date?

12   A    I don't remember.  I mean, I think everything

13  started at, like, 8:00 or 9:00.  So it was pretty early in

14  the day when we got out there.  So maybe 11:00-something,

15  maybe 12:00.

16   Q    Had Mr. Rhodes, to your knowledge, already left

17  the Capitol to go to the hotel.

18   A    He didn't leave the Capitol to go to the hotel.

19  He left the stage to go to the hotel.

20   Q    Okay.

21          So at that point, to your knowledge, Mr. Rhodes

22  and Kellye SoRelle had never even made it onto Capitol?

23   A    No.  To my knowledge, nobody was at the Capitol.

24   Q    Okay.

25          Mr. Greene, when did first start seeing activity

1    happening on Capitol Hill?

2        A    I never seen activity happening on Capitol Hill.

3            I think Todd came over and like, Hey, you know,

4    these guys are fighting with the police.  I think they're

5    trying to get into the Capitol.

6        Q    Who's Todd?

7        A    Todd Wilson.

8        Q    Okay.

9        A    And so me and Joe and Landon decided to walk over

10   and see what he was talking about.

11           But, like, when we got over there, it was just

12   like -- I mean, it was a bunch of -- it's a bunch of people

13   fighting with police.  Like, they were trying to get in.  It

14   was full out hell.

15           I mean, they were fighting with the cops.  They

16   were trying to get in.  I mean, it was already a lot of shit

17   going on.  It looked like Braveheart already.

18       Q    Would you agree with me that this is probably

19   somewhere around 2:00 in the afternoon by this time?

20       A    Like I said, I can't -- it's been two years.

21   I can't remember the times exactly.

22       Q    Okay.

23           What direction did you approach the Capitol from

24   when you were seeing this, sir?

25       A    Probably, like, right around this area over here.

7993

1  Q  Okay.  So the northwest side?

2  A  Uh-huh.

3  Q  And so you had have a vantage point that you could

4 see people starting to gather on the west side of the

5 Capitol?

6  A  I wasn't seeing them gather.  They're, like -- I

7 mean, they were already fighting with the police.  Like, it

8 was just a line of cops around the building, and there were

9 a bunch of people running up there.  Like, I mean, it was --

10 it was a fucking riot.

11  Q  You were never given any direction to go to that,

12 were you?

13    MR. NESTLER:  Objection.

14 BY MR. BRIGHT:

15  Q  Were you given any direction to go?

16  A  Was I given direction to go?

17  Q  To go participate in that?

18  A  To go participate, no.

19  Q  Were you aware of any plan to participate in

20 that action?

21  A  No.

22  Q  What did you do next, sir?

23  A  I just -- I just stood around and watched it,

24 observed it.  And then I tried to get in touch with Stewart

25 to let him know what was going on.  I had two guys with me.

1    So I texted Stewart and let him know what was going on.

2        Q    Were you receiving texts back from him?

3        A    Not right off.  Also, I think I caught him a

4    couple times.  I mean, you know, when I finally did send a

5    text, he called.  The first time he called, I answered the

6    phone and the call dropped.  There was a bunch of that

7    back-and-forth stuff going on with calls and stuff

8    like that.

9        So, like, when I finally talked to Stewart, I told

10   him what was going on after I sent him a text and stuff like

11   that.  And he told me that he was at a hotel with Kellye and

12   they were going to come over.

13       Q    Were you having problems with your phone at

14   that time?

15       A    I think everybody was having problems with their

16   phone.  I mean, it's like -- so the first two rallies or

17   marches or protests, whatever you want to call them, like,

18   phone service is spotty at best there.

19       So, you know, that's why when I was organizing

20   communications, the first mode of transportation --

21   communication would be text; the next mode would be call;

22   and then Signal, because, like, you don't really get an

23   Internet Signal.  A call may or may not go through.  But if

24   you send a text, it might be instant; it might be ten

25   minutes; it might be an hour.  But you will get the text,

```
 1    and so you would know as soon as you got the text, whenever
 2    you got the text.
 3            So, I mean, the phone service there was spotty
 4    with all those people.
 5    Q    So is it -- were you getting -- later in that day,
 6    were you receiving delayed texts?
 7    A    You know, I mean, you don't know they're delayed
 8    when you get them, when you're standing there.  Like, I
 9    don't know when you sent them.  I can tell you when I got
10    the text.  Like, you know what I mean?  It was that kind of
11    stuff going on.
12            I mean, because, like, you could call somebody
13    standing right next to them and it would go to voicemail.
14    Q    What did you do next, sir?
15    A    I just -- after I contacted Stewart, you know,
16    James got in touch with me and told me what was going on
17    with Roger Stone.  He said he was, you know, taking
18    Roger Stone back to his hotel, and he was going to
19    come over.
20            And then, you know, after watching it get worse,
21    I sent out -- I turned on the -- I turned on my network and
22    sent a message on Signal telling people who wasn't on the
23    operation to, you know, regroup at the Capitol, basically,
24    in so many words, trying to get control of where the
25    teams were.
```

1    Q    Why did you want people to regroup on the Capitol?

2    A    So I could have control of where the teams were.

3    Just basically, Hey, if you're not on mission, meet me here

4    at the Capitol.

5    Q    When you say "not on mission," what do you mean,

6    sir?

7    A    Like, protection, like security stuff.

8         Because we had three teams in play, and so I

9    hadn't heard from anybody but Josh.  I didn't hear from

10   Jeff.  Didn't hear from Kelly.  You know, I didn't know

11   where any of the protection teams was other than Josh.  I

12   knew where the South Carolina guys were.  Because I left

13   them at the stage.

14   Q    Did you put anyone on mission that day to go into

15   the Capitol?

16   A    No.

17   Q    Did you put anyone on mission that day to enter

18   the Rotunda?

19   A    No.

20   Q    Did you put anyone on mission that day to attempt

21   to delay the certification of the electors?

22   A    No.

23   Q    To your knowledge, did you receive any

24   communications from Mr. Rhodes or others regarding any of

25   those three issues?

7997

```
 1         A     No.
 2         Q     So if someone was to describe the mission that
 3    day, it was not for those three purposes?
 4         A     No.
 5               MR. NESTLER:  Objection.
 6               THE WITNESS:  It was security and close
 7    protection.
 8               THE COURT:  Hang on.
 9               Sustained.  Just rephrase the question, please.
10    BY MR. BRIGHT:
11         Q     What were the missions that day?
12         A     Protection of the stage, protection of the VIPs.
13         Q     Anything else at all?
14         A     Escort speakers to their vehicles.
15         Q     Where did you all start rallying people up?
16         A     So they started meeting, I guess you'd say, at
17    these stairs over here, I think it was, maybe.  Like, this
18    is the corner.
19               So it would be like at these stages over there,
20    there's a line of cops around here.  There's still people
21    going into the front.  Everybody over here was breaking
22    windows and trying to get in and throwing smoke and air
23    flashes.
24         Q     Did you personally observe any Oath Keepers doing
25    those things?
```

7998

1      A     I did not personally, no.

2      Q     At that time, were you aware of any Oath Keepers

3  doing any of those things?

4      A     I was not aware of any Oath Keepers who had went

5  into the building, saw the police, you know.  I just thought

6  that for the most part, these guys were coming back from

7  their EP gig -- or their EP missions and this is where we

8  were meeting.

9      Q     What are EP missions?

10      A     Executive protection, protection of the

11  principals.

12      Q     What happened next?

13      A     We just stood there and talked.  A group of people

14  destroyed some media's cameras and TV equipment.  And then

15  we stood there and talked a little bit more and we left.

16      Q     How many Oath Keepers kind of regrouped at that

17  point, to your recollection?

18      A     I don't know, man.  I mean, because it was

19  Oath Keepers that I hadn't seen.  You know, like, just

20  people who were Oath Keepers who were there but not a part

21  of the security job.  Like, there was an old guy from

22  New York and stuff like that.  So it was probably, if I've

23  got to put a number on it, maybe 15, 20.

24      Q     Where did you go from there, sir?

25      A     I mean, after that, we went to the hotel.  We

1    went -- you know we went to hotel.  And then we went back to

2    the hotel where we were staying, and then we went to eat.

3         Q    In Virginia.

4         A    Uh-huh.

5         Q    All right.

6              So after regrouping on the northeast point, you

7    all left Capitol Hill?

8         A    Yes.

9         Q    Did you witness from that point forward any

10   Oath Keepers involved in any of the events that we've

11   described?

12        A    No.

13        Q    After you went back to Virginia, what did you do?

14        A    We went to Olive Garden.

15        Q    When did you leave Northern Virginia to go back

16   to -- when you left Virginia, where did you go, sir?

17        A    Indianapolis.

18        Q    Okay.

19             Were you at that time having any further contact

20   with Stewart Rhodes?

21        A    I didn't talk to Stewart again for, shit, maybe --

22   maybe a week maybe.

23        Q    Maybe less?

24        A    Maybe less.  I don't really remember.

25        Q    Who reached out?  Did you reach out to him, or did

8000

1   he reach out to you, sir?

2       A    I don't remember.

3           I might have called, you know, to check on him,

4   see, you know, see what was going on, because, I mean, we

5   left pretty fast.

6       Q    At this time, had you become aware that

7   Oath Keepers had gone into the Rotunda?

8       A    Well, so when we were standing on the corner of

9   the steps there, somebody mentioned another name.  I mean,

10  somebody mentioned somebody by name and said that they

11  went in.

12          And Stewart said, Well, that was fucking stupid.

13          And then I think when I was driving home, I got a

14  call from Kelly saying that they went in to, you know,

15  provide medical assistance on an aid of a police officer.

16          MR. NESTLER:  Objection.

17          THE COURT:  Sustained.  That'll be stricken.

18  BY MR. BRIGHT:

19      Q    When you received word from -- was it Mr. Rhodes

20  that reached out to you later in the week, a few days later?

21      A    Yeah.

22          I mean, I don't remember -- like I said, I might

23  have called him to check on him, see how he was doing.  But,

24  you know, I don't think, you know, I was able to get in

25  touch with him.

1          But, like I said, when I finally talked to him, it

2     was maybe a week, maybe less.

3          Q    Is that -- did you have the occasion later on to

4     go to Texas for any reason?

5          A    I didn't go to Texas until February.

6          Q    Okay.  What was the reason you went to Texas?

7          A    Security.

8          Q    For whom?

9          A    Kellye SoRelle.

10         Q    How long were you there?

11         A    About two weeks.

12         Q    Where did you go after that?

13         A    Indiana.

14         Q    A couple of final questions, sir.

15              On the pertinent dates that you were in D.C., the

16    three dates we've talked about, were you personally ever

17    aware of any plan to lay siege to the Capitol?

18         A    No.

19         Q    Were you personally ever aware of any plan to

20    storm the Rotunda?

21         A    No.

22         Q    Were you personally ever aware of any plan to stop

23    the certification of the electors?

24         A    No.

25         Q    Do you know the difference between implicit

1    and explicit?

2        A    Yes.

3        Q    You've been in the military.  Would you ever go on

4    mission for an implicit plan?

5        A    Never.

6            MR. NESTLER:  Objection.

7            THE COURT:  Overruled.  He can answer.

8    BY MR. BRIGHT:

9        Q    Would you ever while you were in the military go

10   on a mission with an implicit plan?

11       A    Never.

12       Q    Why not?

13       A    It's stupid.  I mean, you -- I mean, have you ever

14   been to Iraq in '05?

15       Q    I have not, sir.  No, sir.

16       A    If you was to just pack up an RG31 and say, You

17   know what, we're going to go to the B.I.A.P., it's the

18   Baghdad International Airport, no plan at all, you're going

19   to take Route Irish.  When you drive your happy ass down

20   Route Irish and hit an IED with no plan, how are you going

21   to get out of there?

22       Q    I don't know.

23       A    Nothing is implied in the military.  Everything

24   has a plan in the military.

25       Q    Was there an implicit plan on January 6th to do

1    any of the events that we've talked about?

2        A    No.

3            MR. BRIGHT:  No further questions, Your Honor.

4            THE COURT:  Okay.

5            MR. WOODWARD:  We do have some questions,

6    Your Honor.  Do you want us to preview to the Court, we can

7    do that?

8            THE COURT:  Okay.

9            (Bench conference)

10           THE COURT:  All right, Mr. Woodward.

11           MR. WOODWARD:  He testified about the security

12    assessment that he did in Louisville.  I want to admit a

13    copy of that assessment so I'm going to do that through him.

14           He also testified that he saw Mr. Meggs at the

15    Caldwell farm.  Mr. Meggs actually has never been to the

16    Caldwell farm, so I'm just going to clarify that he saw

17    Mr. Meggs in Virginia with Mr. Rhodes, and then he and

18    Mr. Rhodes and Mr. Morelock traveled to the Caldwell farm

19    and that Mr. Meggs was not there.

20           And then in full disclosure, I'm going to also

21    say, you know, You spoke to Mr. Meggs after January 6th?

22    I won't ask him what Mr. Meggs said.  I'll ask him, And

23    you're not aware of any individuals having any intent to

24    stop the certification, sort of the same way that Mr. Bright

25    has just done?

1          THE COURT:  Mr. Nestler.

2          MR. NESTLER:  Well, the first point, that is

3    certainly not inculpatory to Mr. Meggs so I don't believe

4    that Mr. Woodward has any right to go through the security

5    assessment with regard to Louisville.

6          On the second point about Mr. Caldwell, I agree

7    that that does inculpate Mr. Meggs in some way, and so that

8    would be a proper basis for cross-examination.

9          On his third point, I don't believe that that is

10   anywhere near the appropriate realm of the cross-examination

11   that he would be entitled to.

12         MR. WOODWARD:  I don't disagree actually with

13   Mr. Nestler.  We're happy to do it in an open-ended fashion.

14   We don't need to cross him on the security assessment.  We

15   can direct him on the security assessment, and do it now as

16   opposed to calling him back next week.

17         THE COURT:  All right.

18         Well, I'll let you do an open-ended exam on the

19   security assessment just to get it in.  You can cross on the

20   farm and I think that's it.  I don't think there's anything

21   more that he implicated Mr. Meggs in one way or another.

22         MR. WOODWARD:  Understood, Your Honor.

23         THE COURT:  Okay.

24         (Open court)

25         THE COURT:  Other than Mr. Meggs, any examination

1    of Mr. Greene?

2              MR. FISCHER:  Your Honor --

3              THE COURT:  Mr. Fischer, hang on.

4              (Bench conference)

5              MR. FISCHER:  Your Honor, depending on what

6    Mr. Woodward -- result it gets from questions regarding

7    Meggs being at Caldwell's farm, I could have a question on

8    that.

9              Secondly, I'd also like to ask him whether he saw

10   Mr. Caldwell in Washington, D.C. on January 6th.

11             THE COURT:  Well, I don't think he said anything

12   about Mr. Caldwell on January 6th.

13             MR. FISCHER:  The problem is, Your Honor, with the

14   fact that he was -- he made testimony that he was at

15   Caldwell's farm.  And that there's also testimony regarding

16   that it could have been a dry run for January 6th; I think

17   it's appropriate to cross him on that.

18             THE COURT:  Well, he hasn't said anything to

19   inculpate Mr. Caldwell.  So he's not a witness -- I mean, in

20   my view, he hasn't said anything that inculpates

21   Mr. Caldwell other than he had hosted people at a farm and

22   that's it.  He hasn't connected Mr. Caldwell to the events

23   of the 6th; he hasn't connected him to the events of

24   anything.

25             So I'm not sure there's a basis for

8006

```
 1    cross-examination.  And, frankly, I don't know that you need
 2    cross-examine him about something he hasn't said.
 3    All right?
 4              MR. FISCHER:  Understood, Your Honor.  Thank you.
 5              THE COURT:  Thank you.
 6              (Open court)
 7              THE COURT:  Okay.  Mr. Woodward.
 8              MR. WOODWARD:  Thank you, Your Honor.
 9                             - - -
10                        CROSS-EXAMINATION
11    BY MR. WOODWARD:
12        Q    Mr. Greene.
13             Mr. Greene, my name is Stanley Woodward, I
14    represent Kelly Meggs.
15             MR. WOODWARD:  If, Mr. Douyon, we could put up
16    just for the witness.
17    BY MR. WOODWARD:
18        Q    Do you see the document there in front of you?
19        A    Yes.
20        Q    Do you recognize that document?
21             Yeah.  If you touch the screen, it will --
22        A    Can you scroll up and down?
23        Q    Yep.
24        A    Oh, yeah, it's from Louisville.
25        Q    And is this your handwriting?
```

1        A     Yes.

2        Q     Okay.  So you created this document?

3        A     Yes.

4              MR. WOODWARD:  All right.  Without objection --

5        well, we would seek to move into evidence KM-65.

6              MR. NESTLER:  We object on relevance grounds.

7              THE COURT:  It's overruled.  It's overruled.

8              KM-65 will be admitted.

9              MR. WOODWARD:  If we could publish to the jury,

10       please.

11                                 (Defendant Kelly Meggs Exhibit KM-65
                                       received into evidence.)

12

13       BY MR. WOODWARD:

14       Q     Now, I can scroll through this at your direction.

15       Could you tell the ladies and gentlemen of the jury what

16       exactly we're looking at now.

17       A     That is a threat assessment.

18       Q     What does that mean?

19       A     That is, you have set a location, okay, and you

20       have somebody come in there and identify threats, structural

21       weaknesses, weaknesses for criminal activity, you know,

22       thievery, and stuff like that.  It's all a threat assessment

23       really is, like, what are the threats to said business or

24       said location.

25       Q     And why did you conduct the threat assessment in

1    Louisville, Kentucky?

2         A    For a Cuban restaurant that was threatened by BLM

3    and the Urban League.

4         Q    A what restaurant?

5         A    It was a Cuban restaurant.

6         Q    A Cuban restaurant, okay.

7         A    They were threatened by the BLM people and the

8    Urban League as targeted for a riot.

9         Q    How do you know that?

10        A    The information that I received from Stewart.

11             And then when I went in and talked to the owner,

12   he basically said the same thing.  Like, they came in and

13   told him that he had to make a certain amount of donation to

14   the Urban League or they would come back and tear his

15   restaurant up further than what they tore it up, basically.

16        Q    So they didn't ask you specifically to come in and

17   conduct the threat assessment, Mr. Rhodes did?

18        A    Yeah, Stewart paid for that.

19        Q    All right.  So you were paid to conduct this

20   threat assessment?

21        A    Stewart wanted to have -- well, he wanted them to

22   get a threat assessment because of the threat.

23        Q    And this form that we're looking at, where did

24   that form come from?

25        A    That is a form that me and Greg created, you know,

8009

```
 1    for the purpose of giving a threat assessment to the
 2    company.
 3            But if you -- it's basically like a skeleton of a
 4    basic, you know -- you take a threat assessment and you make
 5    it your own.  So, like, if I was to pull up for you what a
 6    general threat assessment is, a lot of that stuff would be
 7    on there.
 8            And so, like, what me and Greg did was, you know,
 9    we changed a couple categories, and then Greg stamped the
10    Oath Keepers name on top of it.  We did a threat assessment
11    for the restaurant and gave to them.
12       Q    So you provided a copy of this threat assessment
13    to the restaurant owners?
14       A    Yes.
15       Q    All right.
16            Did they have any -- were they grateful?
17       A    Yes.
18            Yes.
19       Q    Did you know whether they made any changes as a
20    result of your threat assessment?
21       A    I did not go back.
22       Q    Okay.
23            Now, you said -- you're mentioning the name Greg.
24    Who is "Greg"?
25       A    Greg McWhirter was the Vice President of the
```

1    Oath Keepers.

2        Q    Okay.

3            And so was he also involved in hiring you to

4    conduct a threat assessment?

5        A    Yes.

6        Q    Okay.

7            All right.

8            You also testified -- we can take down the

9    exhibit.  You testified that the first time you met

10   Kelly Meggs was before the Million MAGA March?

11       A    Yes.

12       Q    And do you recall traveling to Virginia in advance

13   of the Million MAGA March?

14       A    Yes.

15       Q    And you met up with Stewart Rhodes, Jeff Morelock,

16   and Kelly Meggs?

17       A    Well, actually me and Jeff were working with

18   Kellye SoRelle as her close-protection team.

19       Q    In Virginia?

20       A    Well, we stayed in Virginia, but the whole purpose

21   for us going there was for the Million MAGA March.

22       Q    Understood.

23            And do you recall meeting up with Stewart Rhodes

24   in Virginia before the Million MAGA March?

25       A    Yes.

```
 1        Q    And do you recall that that was at somebody's
 2   house?
 3        A    Yes.
 4        Q    Mr. Rhodes was staying in the basement of
 5   somebody's house that night?
 6        A    Yes.
 7        Q    All right.
 8             And that's where you saw Mr. Meggs for the first
 9   time?
10        A    Not at that house.
11        Q    It was not at the house in Virginia?
12        A    It was -- it was at the farm, the first time I
13   seen Meggs when I got to Virginia.
14        Q    You're sure that you saw Mr. Meggs at the farm in
15   Virginia?
16        A    Yes.
17        Q    There were a lot of people at the farm in
18   Virginia?
19        A    Well, I thought it was Meggs.  But -- I know he
20   wasn't at the house we were staying at.
21        Q    All right.
22             There were a lot of people at the farm for the
23   camp --
24        A    Uh-huh.
25        Q    -- in Virginia?
```

```
 1        A      Yep.

 2        Q      And so Mr. Meggs may have been there?

 3        A      He may have been there.

 4        Q      He may not have been there?

 5        A      He may not have been there.  But I thought he was

 6   there.

 7        Q      What you recall was meeting Mr. Meggs for the

 8   first time in advance of the Million MAGA March?

 9        A      The first time I met Mr. Meggs was in Louisville.

10        Q      In Louisville, excuse me.

11               You recall also seeing Mr. Meggs the night before

12   the Million MAGA March?

13        A      Uh-huh.

14               MR. WOODWARD:  Okay.  No further questions.

15               THE COURT:  All right.  Mr. Nestler.

16   Cross-examination.

17                         CROSS-EXAMINATION

18   BY MR. NESTLER:

19        Q      Good afternoon, sir.

20        A      Hey.  Good afternoon.

21        Q      So you saw a riot happening at the Capitol, right?

22        A      Yes.

23        Q      And you called all of the Oath Keepers to the

24   Capitol, right?

25        A      Not all oft Oath Keepers, no.
```

8013

```
 1        Q    Everybody who you could find?

 2        A    No.

 3        Q    Okay.  I'll get back to that one in a minute.

 4             So you talked about Stewart Rhodes, right?

 5        A    Yes.

 6        Q    He is the man sitting over here?

 7        A    Yes.

 8             MR. NESTLER:  Let the record reflect, please, an

 9   in-court identification of Defendant Rhodes.

10             MR. BRIGHT:  No objection.

11             THE COURT:  The record will so reflect.

12   BY MR. NESTLER:

13        Q    You talked about Kelly Meggs just a second

14   ago, right?

15        A    Yes.

16        Q    Do you see him sitting here in the courtroom?

17        A    He's over there.

18             MR. NESTLER:  Let the record reflect, please, the

19   in-court identification of Defendant Meggs.

20             MR. WOODWARD:  No objection.

21             THE COURT:  All right.  In-court ID of Mr. Meggs

22   will be reflected on the record.

23   BY MR. NESTLER:

24        Q    You talked about Thomas Caldwell, right?

25        A    Yes.
```

8014

```
 1        Q    And being at his farm?

 2        A    Uh-huh.

 3        Q    You see him sitting in the courtroom today?

 4        A    Right there.

 5             MR. NESTLER:  Let the record reflect, please, the

 6   in-court identification of Defendant Caldwell.

 7             THE COURT:  Record will so reflect.

 8   BY MR. NESTLER:

 9        Q    And on January 6th and in Louisville, you met

10   Jessica Watkins, right?

11        A    I met Jessica Watkins in Louisville.

12        Q    Okay.

13             Do you see her sitting here in the

14   courtroom today?

15        A    Yes.

16        Q    Where is she sitting?

17        A    Next to Stewart.

18             MR. NESTLER:  Okay.  Let the record reflect the

19   in-court identification of Defendant Watkins, please.

20             MR. CRISP:  No objection.

21             THE COURT:  All right.  The record will reflect an

22   in-court ID of Ms. Watkins.

23             MR. NESTLER:  Okay.

24   BY MR. NESTLER:

25        Q    So you were a member of lots of different
```

1   Oath Keepers Signal chats, right?

2        A    Yes.

3        Q    And you said you didn't read a lot of them?

4        A    No, I didn't.

5        Q    Only the ones that you thought were important

6   to you?

7        A    Not important to me.

8             So it's just a conversation I was part of.

9             So when people talk, they talk, you know.

10  I didn't even have the notifications turned on.

11            So if it was something that Stewart felt like he

12  wanted me to comment on, he would call and tell me, Hey,

13  man, so-and-so or such-and-such has a question on Signal.

14  Can you get on there and respond to them?

15            Stuff like that.

16            Now, if it was like, let's say, like, planning for

17  the January 5th and 6th stuff, you know, then I would

18  actively be on Signal looking at some of the stuff that was

19  going on during the planning phase and stuff like that.

20            But it's not like --

21       Q    So you were actively on for the stuff around

22  January 5th and 6?

23       A    During the planning phase.

24       Q    Not the day of?

25       A    No.

8016

```
 1              Only time I got on Signal was to send a message
 2    out, because when I not to the Capitol, I actually cut my
 3    network off to save battery power.
 4        Q    All right.  So you were in the "Intel Leadership"
 5    chat for Oath Keepers, right?
 6        A    Probably, yes.
 7        Q    And the "Leadership Intel Sharing Secure" chat,
 8    right?
 9        A    Probably.
10              I mean, he put me in quite a few conversations.
11    Like I said, he would just throw me in conversations.
12              But anytime -- let's say, like, he might have 10
13    or 15 people in a conversation and he felt like three or
14    four people shouldn't be a part of said conversation, 'he'd
15    make a whole new chat.  And then he'd put a bunch of new
16    people in there.  And then there would be conversations in
17    that chat, then there would be new conversations in
18    this chat.
19        Q    Okay.  So --
20        A    So many to keep up.  I just wasn't
21    monitoring them.
22        Q    And "he" means Stewart Rhodes?
23        A    Yes.
24        Q    You were also in the "D.C. Op Jan. 6, 21" chat?
25        A    Probably, yes.
```

1    Q    And we talked about Ms. Watkins a second ago.

2          MR. NESTLER:  If we could pull on the screen for

3    the witness, please, 9215.

4          MR. CRISP:  Your Honor, may we get on the

5    phone, please?

6          (Bench conference)

7          MR. CRISP:  Your Honor, my concern is the way he's

8    asking -- I'm going to ask to be able to do a cross now at

9    the point since what he's implied in the earlier question,

10   that she was at D.C.  That was not brought out.  And I don't

11   believe it's appropriate to bring her out at this point,

12   because she had -- this is outside on the scope of direct.

13   She hasn't been discussed at all.

14         THE COURT:  What are you planning to show?

15         MR. NESTLER:  Some messages from November 9th

16   leading up to the GoToMeeting call that Mr. Greene was on.

17         MR. CRISP:  She hasn't been a part of this.  This

18   is way outside the scope of direct.  They're trying to

19   weasel her in.

20         THE COURT:  Okay.  I actually would agree with

21   that.  He made no mention of Ms. Watkins on his direct

22   examination.  Mr. Crisp, rightly, did not ask to

23   cross-examine, and so I think it was beyond the scope.

24         MR. NESTLER:  He did discuss extensively his

25   efforts in Louisville.  In fact, Mr. Woodward even brought

1    out the security assessments in Louisville.  And Ms. Watkins

2    played a prominent role in what occurred in Louisville.

3              THE COURT:  Right.

4              If you want to ask her about Ms. Watkins in

5    Louisville, that's okay.  But, you know, Mr. Crisp waived

6    the cross-examination.

7              Now, if you want to start asking questions of

8    Mr. Crisp in cross.  But I think at this point, nothing on

9    his direct examination inculpated Ms. Watkins in any way.

10   So I think I'll limit the examination to precisely to whom

11   he actually -- as to whom he testified, and that was

12   primarily Mr. Rhodes.

13             And, admittedly, there will be a little wiggle

14   room, given that there is a conspiracy charged and he's been

15   charged with it.  But I'll have to see question by question,

16   okay?

17             MR. NESTLER:  Understood.

18             (Open court)

19   BY MR. NESTLER:

20        Q    And sometimes you communicated with Oath Keepers

21   on GoToMeeting conference calls, right?

22        A    Not sometimes.

23             I think I was only a part of maybe two

24   GoToMeetings or maybe one GoToMeeting.  It wasn't -- so the

25   only time I would get on GoToMeeting chat is when Stewart

1    felt like there was a need for me to be on there.

2           Remember, I'm not a member, so he's not including

3    me in every single conversation they have.

4        Q    So you're not a member of Oath Keepers because you

5    want pay dues, right?

6        A    I'm not a member because I didn't sign up.  I

7    don't pay dues.  I don't -- I'm not a member.

8        Q    Mr. Woodward just showed you a form in which you

9    completed an Oath Keeper security assessment in

10   Louisville, right?

11       A    For the Oath Keepers.

12       Q    Right.

13       A    Right.  He paid me to complete a threat assessment

14   for the Oath Keepers.

15       Q    So you're just someone who gets -- you're a

16   mercenary, right?  You come in to get the money?

17       A    If that's what you call it.

18       Q    I think on direct examination, you said, "Get paid

19   and get out"?

20       A    That's not what the definition of a mercenary is.

21       Q    What's the definition?

22       A    A mercenary is somebody who fights wars for a

23   country for pay.

24       Q    Okay.  You don't think you were a mercenary?

25       A    I'm not fighting any wars for any country for pay

1    outside of United States.  And we don't fight wars in

2    countries when I go.  We provide protection for

3    U.S. Government assets for the United States Government,

4    Homeland Security, Department of Security --

5        Q    What about you as Mr. Greene providing security

6    and fighting wars for Stewart Rhodes?

7        A    When was there ever a war?

8        Q    Well, what did you see at the Capitol on

9    January 6th?

10        A    A riot.

11        Q    Okay.

12             And you left the area quickly when you saw the

13    riot, right?

14        A    We didn't leave the area when we saw the riot.

15    I stood there and watched it.  I took pictures.  You can see

16    how far I was.  You could see the damage people were doing.

17    It's a riot.

18             It's no different than the Antifa and BLM riots.

19    It's a riot.  It's not a war.  There's no guns involved.

20    There's no explosions.  There's no dead bodies.  There's no

21    people getting stabbed up to death.  It's not war.

22             It's a huge difference between a war and riot.

23        Q    I appreciate your opinion on what happened at the

24    Capitol on January 6th.  Thanks, Mr. Greene.

25             MR. CRISP:  Objection.  Objection to commentary.

1           THE COURT:  Sustained, Mr. Nestler.

2   BY MR. NESTLER:

3       Q    Let's go to the GoToMeeting, which was my question

4   to you.

5           MR. NESTLER:  So if we could pull up in evidence

6   1005.TR already in evidence.

7   BY MR. NESTLER:

8       Q    You were on the GoToMeeting call on November 9th

9   of 2020; isn't that correct, Mr. Greene?

10      A    Maybe.

11      Q    And you heard Stewart Rhodes saying the following.

12          MR. NESTLER:  If we could play please play,

13  Ms. Rohde.

14          If we could go to slide 2.

15          (Audio played)

16  BY MR. NESTLER:

17      Q    So that's Stewart Rhodes telling you and other

18  members of the Oath Keepers on this call that they need to

19  be willing to die to fight for this country, correct?

20      A    To me, it sounds like Stewart Rhodes speaking the

21  same speeches that Stewart Rhodes gives.

22          And you can ask anybody who's talked to

23  Stewart Rhodes, interviewers, news people, any of his

24  members.  That's how Stewart talked.

25      Q    That's how Stewart talked?

1    A    That's how Stewart talks.

2    Q    There's going to be fight, right?  There's going

3  to be war.  He says things like that?

4    A    Stewart talks -- yeah, Stewart talks like that.

5  I mean, it's just Stewart.

6         Oh, you know, we've got to fight to preserve this

7  country and all kind of stuff like that.

8         It's nothing different from the old guy at the

9  barbershop saying, Oh, it's a fight coming.  It's been

10  looming for years, for decades.

11    Q    And does the old guy at the barbershop go to the

12  Capitol during a riot?

13    A    Maybe.  It seems to me like a lot of old guys from

14  barbershops got arrested at the Capitol, at the riots.

15  922 people's a bit excessive.  I'm sure several old guys.

16         I'm on a docket with two old people.  I'm indicted

17  with them.  They're old.  They're old as shit.

18    Q    And they --

19    A    They were at the Capitol riot.

20    Q    And they all brought their weapons from around the

21  country --

22    A    Nobody brought --

23    Q    -- to D.C.?

24    A    -- weapons into D.C.

25    Q    I'm sorry, let me finish the question, please.

8023

1          They all brought weapons from where they lived to

2    the area of D.C., right?

3      A    No.

4      Q    No?

5      A    They brought weapons from where they live to

6    Virginia.

7      Q    Right.  So they would have them at the ready,

8    right?

9      A    It's not ready if it's not with you.

10     Q    Okay.

11          So there were people waiting with those weapons,

12   right?

13     A    Not to my knowledge.

14     Q    You weren't included on that?

15     A    No, no.

16     Q    Why not?

17     A    So we had no plan for a QRF.

18     Q    Who's "we"?

19     A    The security team.

20     Q    Okay.  Were there other teams part of the

21   Oath Keepers?

22     A    Not from my security team.

23          We had the guys at the stage and the guys doing

24   close protection.

25          Everybody else was out of my scope or command, out

1     of my scope of employment.  Like, it's not what really -- he

2     didn't -- he didn't bring me in to control all the

3     Oath Keepers.  He brought me in and controlled the people

4     that I was controlling for this job.

5            So if an Oath Keeper from Wisconsin came, I didn't

6     know about an Oath Keeper from Wisconsin who might have had

7     a firearm.

8        Q    Who's in charge of him?

9        A    I don't know.

10       Q    Stewart Rhodes, right?

11       A    Maybe.

12            I mean, it depends on how you look at it.

13            If you say, Okay, this man, because he has a

14    group, he's in charge of every single member from that

15    group, how can that be a thing where, did he talk to this

16    guy from Wisconsin?  Did he tell this guy from Wisconsin --

17       Q    Was he in charge of you?

18       A    No, he was not in charge of me.  I was working

19    with Stewart.

20            So, I mean, well, it depends on how you look at

21    it.  Like, if you say, hey, because he's my employer at the

22    time, he's in charge, well, yeah.  But if you say, Well,

23    hey, he's bringing me in to do a job so we're working in

24    tandem, then, yeah.

25       Q    Did he pay you 8 grand after January 6th?

1    A    He paid me for January 6th and to come to Texas at

2  the same time.

3         Now, I gave him back money because the need for me

4  to stay in Texas wasn't there anymore.  I only stayed for

5  two weeks, so Stewart got his money back.

6    Q    So back to this GoToMeeting call, if we can go to

7  1009.TR.

8         (Audio played)

9  BY MR. NESTLER:

10   Q    So you heard Stewart Rhodes telling you and other

11  Oath Keepers members this about, We're going to go,

12  unquote/unquote, complying with D.C.'s gun laws, correct?

13   A    Right.  You comply with the local and state law.

14   Q    You've answered my question.  I appreciate that.

15        If we can go to 9214, please.

16        You talked about Landon Bentley on direct

17  examination; is that right?

18   A    Yes.

19   Q    Now, Landon Bentley is someone who came to

20  Washington, D.C. to meet up with you, right?

21   A    Yes.

22   Q    Oath Keeper member?

23   A    Yes, he was.

24   Q    Good friend of yours?

25   A    Yes, he's pretty cool.

8026

1        Q    And Stewart Rhodes also a good friend of yours,
2   right?

3        A    Stewart, yeah, Stewart is cool.  Stewart is pretty
4   cool.

5        Q    So this on the screen are some text messages that
6   you had with Landon Bentley.  Do you see these?

7        A    Uh-huh.

8        Q    Do these fairly and accurately reflect some of the
9   text messages you and Mr. Bentley had?

10       A    Yeah, it's a couple text messages between me and
11  Landon.

12            MR. NESTLER:  If we could admit, please,
13  Government Exhibit 9214.

14            MR. BRIGHT:  May I have a brief moment, Your
15  Honor.  I'm having trouble reading it.

16            No objection.

17            THE COURT:  Okay.  9214 is admitted.

18                              (Government's Exhibit 9214
                                    received into evidence.)
19

20            MR. NESTLER:  Thank you.  If you could just make
21  the whole thing a little bit larger, Ms. Rohde.

22  BY MR. NESTLER:

23       Q    So do you see on November 25th of 2020, Landon
24  Bentley says, "Hey, bro, what's the next op I can get into?
25  It's eating at me not being there."

1          Do you see that?

2     A     Uh-huh.

3     Q     Sorry, you have to say "yes" or "no," because he's

4  writing it down.

5     A     Yes.

6     Q     Thank you.

7          And then you say, "We've got Dallas on the 5th and

8  D.C. on the 12th."

9          Do you see that?

10    A     Yes.

11         MR. NESTLER:  And if we could go to the next page,

12  please, Ms. Rohde.

13         And just slide in on the top part right there.

14  I appreciate that.

15  BY MR. NESTLER:

16    Q     And you then tell Landon Bentley, "Stewart

17  believes we're on the brink of a civil war."

18         Do you see that?

19    A     Yes.

20    Q     And you said he says that a lot, right?

21    A     Yeah, Stewart believed -- believed it, you know,

22  believe it, like, Yeah, man, there's going to be a civil

23  war, and we're going to witness it before we die.  Like,

24  that's Stewart.

25    Q     And the Oath Keepers would be on the frontline of

```
 1   that civil war?

 2        A    Which Oath Keepers?

 3        Q    Maybe the people they pay.

 4             So if we can go down then, he says -- about that

 5   civil war, you say, "I see how it would happen."

 6             Do you see that?

 7        A    Uh-huh.

 8        Q    Yes?

 9        A    Yes.

10        Q    And why do you tell Mr. Bentley that you could see

11   how a civil war would happen?

12        A    I mean, look at -- look at the undertone of the

13   country right now or, you know -- especially then, you had a

14   lot of people from the so-called left and a lot of people

15   from the so-called right upset with each other to a point

16   where you have these groups who are so -- maybe because a

17   lot of people believe Antifa and BLM was working for and

18   getting paid by people from the left, they're tearing up

19   stuff.  Then you got people who were on the so-called right

20   trying to stop them from tearing up stuff.

21             And then at one point it's going to come to a

22   place where they clash with each other in the streets, if it

23   kept going like that.

24        Q    And the Oath Keepers will be part of that?

25        A    Who knows.  Maybe you would.
```

8029

```
 1            I mean, you can't -- you can't just distinctively
 2   say, Hey, this group or that group is going to be a part of
 3   it.  You don't know until it happens.
 4            What I do know is a lot of the Oath Keeper members
 5   wanted to generally help do security.
 6            Now, if you're talking about, like, a flat-out
 7   fight, Doug pulled a whole team off the street because he
 8   didn't want a physical conflict with Antifa.
 9       Q    So let's go to now 9216.
10            And you and Landon Bentley continue talking into
11   early January, is that correct, on text message?
12       A    Yeah.
13       Q    Do you see the message here on the screen?
14       A    Uh-huh.
15            MR. NESTLER:  Government move into evidence
16   Exhibit 9216.
17            MR. BRIGHT:  No objection.
18            THE COURT:  9216 is admitted.
19                                (Government's Exhibit 9216
                                    received into evidence.)
20   BY MR. NESTLER:
21       Q    And so this is a message from Landon Bentley, L.B.
22   Do you see that?
23       A    Uh-huh.  Yes.
24       Q    And so on January 4th, he says to you, "You still
25   going?"
```

```
 1              If we can go to the next slide.

 2              And then you tell him, "Yep."

 3              Do you see that?

 4       A    Yes.

 5       Q    Then we go to the next slide.  He says "Sweet."

 6              And then you tell him what?

 7       A    "This shit is going to be big."

 8       Q    So what's going to happen in D.C. two days later

 9  is going to be big, right?

10       A    Right.  We was expecting numbers --

11       Q    Okay.  Thank you.

12       A    -- like the Million MAGA March.

13       Q    And if we could go to the next slide.

14              And then Bentley tells you he's bringing his buddy

15  Joe, right?

16       A    Yes.

17       Q    That's Joe Harrington?

18       A    I don't know what Joe's last name is.

19       Q    Okay.  Another Oath Keepers?

20       A    No.

21       Q    And then if we go to the next slide.  You ask him,

22  "Do you want me to bring your upper?"

23              Right?

24       A    Yes.

25       Q    And upper is a component for a firearm, right?
```

```
 1        A    Yes.

 2        Q    If we could go to the next slide.

 3             And he says, "You can if you want, man.  It's no

 4   big deal if you don't want to haul it."

 5             Then we go to the next.

 6             And then Bentley says again, "Is that cool to

 7   bring Joe?  He's a fighter."

 8             Do you see that?

 9        A    Yes.

10        Q    And what do you say?  If we go to the next slide,

11   you say, "Sure."

12             It's good for you to have a fighter with you,

13   right?

14        A    If Antifa is going to attack you, yes.

15        Q    Did Antifa attack you on January 6th, sir?

16        A    We didn't get attacked on January 6th by Antifa.

17             MR. NESTLER:  Okay.

18             Now, you can pull that down, Ms. Ms. Rohde.

19   BY MR. NESTLER:

20        Q    Now, in advance of January 6th, Stewart Rhodes

21   made you the ops leader, right?

22        A    Yes.

23        Q    And if we could go to 9221, please.

24             This is the message in which he is designating you

25   the ops leader.  Do you see that?
```

```
 1        A    Yes.

 2             MR. NESTLER:  The government would move 9221 into

 3   evidence.

 4             MR. BRIGHT:  No objection.

 5             THE COURT:  9221 will be admitted.

 6                              (Government's Exhibit 9221
                                  received into evidence.)
 7

 8   BY MR. NESTLER:

 9        Q    And so this is that chat we were just talking

10   about, "D.C. Op Jan. 6, '21."  Do you see that here?

11        A    Yes.

12        Q    And here on January 1st, Rhodes says to that

13   group, "Added Sam Haun from Warren County, Virginia, militia

14   leader.  He was with us last time in D.C.  He's bringing a

15   team up again for this one.

16             "Sam, you may recall Don Siekerman and Whip.  They

17   are overall Oath Keeper op loads for this one.  As always,

18   anyone bringing a team can keep their team together and

19   under their immediate" --

20             Go to the next slide.

21             -- "command.  But Don and Whip are overall

22   leaders, coordinating all the many moving parts."

23             Now, Mr. Greene, does he say anything about

24   personal security detail right there?

25        A    No.
```

8033

```
 1          Q    But you were only in charge of PSDs?

 2          A    At first.

 3          Q    Okay.

 4          A    But you do realize he didn't even ask me to come

 5   until after the 1st.  So whatever conversation he's having

 6   with people telling him I was coming, he already probably

 7   planned for me to come, but he didn't ask me until after

 8   the 1st.

 9               Now, when he asked me to come --

10          Q    Go ahead.

11          A    When he asked me to come, he only asked me to come

12   help Don with the close-protection details because they had

13   a couple keynote people coming and he wanted to make sure

14   they had good protection teams.

15          Q    Thank you.

16               So he is talking to people without your knowledge?

17          A    At that time, yes.

18          Q    And he is doing things without informing you?

19          A    At that time, yes.

20               MR. NESTLER:  If we could go to the next slide,

21   please, Ms. Rohde.

22   BY MR. NESTLER:

23          Q    And so let's talk about coming into D.C.

24               You were in Indianapolis, and you drove to D.C.,

25   right?
```

8034

1      A    Yes.

2      Q    And you drove instead of flying so you could bring

3  your firearm with you?

4      A    No.  I drove instead flying because it

5  was cheaper.

6      Q    But you were being paid.

7      A    Still cheaper.

8      Q    You were looking out for the Oath Keepers'

9  best interests?

10      A    No.  It was just cheaper for me to drive.

11           And I wouldn't have to rent a car when I got at

12  the airport.

13      Q    And you did bring your firearm with you?

14      A    I brought my handgun, yes.  And it stayed in my

15  clothing bag.

16      Q    And when you got to the D.C. area, you went to

17  your hotel in Virginia, right?

18      A    Yes.

19      Q    And that's the same hotel that Stewart Rhodes was

20  staying at?

21      A    Yes.  Stewart paid for the room.

22      Q    Stewart paid for your room, right?

23      A    Yes.

24      Q    Kellye SoRelle was also staying there?

25      A    Yes.

1     Q    And Todd Wilson from North Carolina was

2  staying there?

3     A    I didn't see Todd until, I think, the morning of

4  the 6th.  So, you know, apparently he got there, and that's

5  where he came to.  So I don't know if he was staying there,

6  but I know I seen him the morning of.

7     Q    Well, do you remember having McDonald's for dinner

8  on the night of the 5th with Stewart Rhodes?

9     A    I remember getting -- I don't remember on the 5th.

10        I mean, because the night of the 5th, we did this

11  big stage event with the Marsha lady.  And then we all went

12  to a hotel, and they got kicked out for being loud.

13     Q    And so late on the 5th, you had some food back at

14  your hotel with Rhodes, and Todd Wilson was there, right?

15     A    I don't remember.

16        Like I said, I don't remember seeing Todd until

17  the morning of the 6th.

18     Q    And when you were having some food with

19  Stewart Rhodes on the night of the 5th, Rhodes was talking

20  about the QRF, right?

21     A    Rhodes knew we didn't have a plan for a QRF

22  because we didn't have enough people.

23        So when Rhodes again brought up a QRF, you know,

24  Stewart, we don't have the people for it.

25     Q    And Rhodes was talking about the QRF, right?

8036

1        A     Rhodes was talking about a need for a QRF.  But,

2   again, he knows we didn't plan for a QRF because we didn't

3   have the people.

4        Q     And so Rhodes was saying that Doug Smith was going

5   to be the QRF, right?

6        A     Negative, because Doug Smith said that he was

7   coming and they weren't under the control of national

8   because at the time, Doug had already decided to break away

9   from said Oath Keepers.

10       Q     And Stewart Rhodes was aware that Doug Smith was

11  providing a QRF, right?

12       A     I'm not aware of that.

13       Q     You don't remember him saying that?

14       A     Not to me.

15             What I'm saying is, as far as my knowledge between

16  Stewart and Doug goes, him and Doug was on the fritz because

17  of the incident that happened at the farm.

18             Now, the next time I heard about Doug, he was

19  breaking off from Oath Keepers and Stewart wanted to sue him

20  if he was to attempt to use the Oath Keepers name as his own

21  organization.

22       Q     And yet Stewart Rhodes was talking to Doug Smith

23  on January 5th and 6th.  Are you aware of that?

24       A     No, I'm not aware of that.

25       Q     So let's talk about Florida group's travel up

```
 1   to D.C.
 2            So if we could pull up, please, 6863, Slide 12,
 3   already in evidence.
 4            And so on January 5th, OK Gator 1 -- you know
 5   that's Kelly Meggs, right?
 6       A   Yes.
 7       Q   He sends a message to the "D.C. Op Jan. 6 21" chat
 8   that you're a member of, right?
 9       A   Yes.
10       Q   And he says, "We are ready.  Should be in D.C. by
11   noon," and sends a link to a video.
12            Do you see that?
13       A   I see the link to the video, yes.
14       Q   And if we could now go to 1.S.159818V, that video.
15            (Video played)
16   BY MR. NESTLER:
17       Q   And this is the video that he sent the link to
18   about being in D.C. at noon, on his way up to D.C.
19            Do you see that?
20       A   I see it.
21       Q   And if we could play the video forward, we're
22   going to stop at around 1:52.
23            (Video played)
24            MR. NESTLER:  If we could pause it there at 1:52.
25
```

BY MR. NESTLER:

Q     That's you on the left side of the video, right?

A     Yes.

Q     So Kelly Meggs' video, "We're ready to come
to D.C.," features you, Michael Greene, right?

A     Yes.

Q     And what are you wearing here?  What do these
patches say?

A     That's an Oath Keeper patch.

Q     Oath Keepers patch --

A     Uh-huh.

Q     -- right?

A     Yes.

Q     Okay.

MR. NESTLER:  And if we could just rewind for
about three seconds, please, Ms. Rohde.

This picture of -- if we could just go forward two
seconds more.

BY MR. NESTLER:

Q     At about 1:50, this picture, you see who's with
Kelly Meggs in this picture, right?

A     Yes.  He was with him.

Q     That's Kenneth Harrelson, right?

A     Yes.

Q     And you met him in Louisville?

8039

```
 1        A     Yes.

 2        Q     And you saw him in D.C., right?

 3        A     Yes.

 4        Q     And you see him sitting here in the

 5   courtroom today?

 6        A     Yes.

 7        Q     Okay.  He's sitting over there in the back corner

 8   of the table, right?

 9        A     Yes.

10             MR. NESTLER:  Let the record reflect, please, the

11   in-court identification of Defendant Harrelson.

12             THE COURT:  In-court ID will be reflected on the

13   record.

14             MR. NESTLER:  Thank you, Your Honor.

15   BY MR. NESTLER:

16        Q     And if we could now go to Exhibit 9110.

17             When you were in Louisville -- and you talked

18   about Louisville a lot when you were asked questions on

19   direct examination -- there were some videos taken of you

20   all, right?

21        A     Yes.

22             MR. NESTLER:  And if we could play this video and

23   stop at about 32 seconds, please, Ms. Rohde.

24             (Video played)

25
```

BY MR. NESTLER:

Q    And you see Stewart Rhodes?

A    Yes.

Q    And you see yourself?

A    Yes.

Q    And so you were there in Louisville with all of these armed militia members; is that right?

A    Yes.

Q    And your presence was inflaming the situation; is that right?

A    No.

Q    The people here didn't seem very happy to see you, did they?

A    The people there wasn't happy to see anybody on that lot.

Q    And while you were in Louisville --

MR. NESTLER:    Thank you.    We can take that down, please, Ms. Rohde.

BY MR. NESTLER:

Q    While you were in Louisville, you spent some time with this Doug Smith, right?

A    Yes.

Q    And, in fact, there was an incident with Doug Smith and a rifle, right?

A    Yes.

8041

```
 1         Q    And you laugh, right?
 2         A    I do, yes.  It was -- it was pretty fucked up, but
 3    that's Doug.
 4         Q    You helped pull somebody over, right?
 5         A    No, we didn't pull anybody over.
 6         Q    You didn't force someone to pull over into a
 7    parking lot?
 8         A    No.
 9         Q    He stopped by himself?
10         A    No, no.
11              So the incident I'm thinking about with Doug Smith
12    and the rifle is when Doug was pointing his rifle at a guy
13    coming out an elevator and I moved it down and told him,
14    Hey, man, you know, if that guy is not a threat or he's not
15    pointing at weapon at you, you probably shouldn't aim your
16    rifle at him.
17              Doug then told me, I'm trying to make sure he
18    don't shoot one of these kids there, Mike.
19              It's like, No, nom, we don't need that kind
20    of stuff.
21              So I tell Doug to go stand over with the group
22    that was standing near the corner of the gas station, and
23    he's standing on the -- he's standing on the corner.  And
24    every car that rides past, he's almost lifting up his rifle,
25    just like -- you know what I mean?  I thought it was funny.
```

1          But, you know, after that, Doug was confined to

2    a vehicle.

3      Q    Did the people who were having rifles pointed at

4    them on the street think it was funny?

5      A    No, no, no, no, no, no.  He didn't point it.  He

6    was almost lifting it up every single time.

7          So, like I said, when I witnessed that, Doug was

8    confined to a vehicle.

9      Q    I was talking about a different incident when you

10   and some other people helped pull over a car, even though

11   you weren't actual police officers, and Doug pointed a rifle

12   at someone in the car.

13     A    We never pulled over a car, first of all.

14         The car pulled over, and Doug came and tried to

15   attempt to point his rifle at the guy.  When he lifted up

16   his rifle, again, I pushed his rifle down.  And we took him

17   away from the situation.

18     Q    Let's go into January 6th -- well, let's talk

19   about security just for a second.

20         You talked about how some --

21         THE COURT:  Mr. Nestler, if I can interrupt you.

22   This is probably a good breaking point.

23         MR. NESTLER:  Yes, Your Honor, of course.

24         THE COURT:  Let's take our lunch break, ladies and

25   gentlemen.  It's now a quarter of 1:00.  We'll resume at --

8043

```
 1   excuse me.  It's quarter of 1:00.  We'll resume at 1:45.
 2   We'll see you all very soon.  Thank you.
 3              COURTROOM DEPUTY:  All rise.
 4              (Jury exited the courtroom.)
 5              THE COURT:  All right.  Mr. Greene, you can step
 6   down.  Just the same instruction not to discuss your
 7   testimony with anyone over the lunch break.  Okay, sir?
 8              THE WITNESS:  Okay.
 9              THE COURT:  Thank you.
10              Is there anything we need to talk about?  Or did
11   we resolve what you all wanted to talk about
12   scheduling-wise?
13              MR. NESTLER:  We'll talk to Mr. Cramer.  I think
14   JC already sent out the link.  We'll deal with the
15   logistics.
16              THE COURT:  Okay.  Thank you.
17              MR. NESTLER:  Thank you, Your Honor.
18              (Recess from 12:44 p.m. to 1:45 p.m.)
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__November 9, 2022_____    

William P. Zaremba, RMR, CRR

**BY MR. BRIGHT: [19]**
7905/9 7907/17
7910/20 7930/19
7934/19 7935/21
7944/11 7947/5
7950/18 7954/6
7958/13 7964/10
7965/7 7986/10
7989/24 7993/14
7997/10 8000/18
8002/8
**BY MR. NESTLER:**
**[22]** 8012/18 8013/12
8013/23 8014/8
8014/24 8018/19
8021/2 8021/7 8021/16
8025/9 8026/22
8027/15 8029/20
8031/19 8032/8
8033/22 8037/16
8037/25 8038/19
8039/15 8039/25
8040/19
**BY MR. WOODWARD:**
**[3]** 8006/11 8006/17
8007/13
**COURTROOM**
**DEPUTY: [7]** 7882/4
7904/14 7905/1 7905/3
7983/11 7986/5 8043/3
**DEFENDANT**
**WATKINS: [1]** 7883/5
**MR. BRIGHT: [27]**
7889/8 7889/17
7889/19 7894/15
7899/11 7901/5
7904/10 7904/24
7907/13 7907/15
7910/3 7910/15
7910/18 7930/17
7934/18 7946/23
7946/25 7947/3 7965/4
7983/6 7984/12
7989/22 8003/3
8013/10 8026/14
8029/17 8032/4
**MR. CRISP: [5]**
8014/20 8017/4 8017/7
8017/17 8020/25
**MR. FISCHER: [6]**
7893/23 7898/13
8005/2 8005/5 8005/13
8006/4
**MR. GEYER: [2]**
7892/22 7892/24
**MR. LINDER: [12]**
7883/12 7887/15
7887/22 7887/24
7888/13 7888/23
7889/2 7889/6 7897/15
7897/20 7898/6 7898/9
**MR. NESTLER: [59]**
7886/24 7897/13
7900/1 7900/4 7900/10
7901/2 7903/25
7907/12 7934/17
7935/18 7944/9

7958/11 7964/6 7965/2
7983/22 7984/10
7984/14 7984/19
7984/21 7985/1 7985/5
7985/22 7985/25
7986/2 7993/13 7997/5
8000/16 8002/6 8004/2
8007/6 8013/8 8013/18
8014/5 8014/18
8014/23 8017/2
8017/15 8017/24
8018/17 8021/5
8021/12 8026/12
8026/20 8027/11
8029/15 8031/17
8032/2 8033/20
8037/24 8038/15
8039/10 8039/14
8039/22 8040/17
8042/23 8043/13
8043/17
**MR. TARPLEY: [1]**
7893/18
**MR. WOODWARD:**
**[28]** 7882/24 7890/5
7890/14 7891/11
7892/7 7892/15
7898/14 7898/21
7898/25 7901/13
7902/1 7902/12
7902/19 7985/3 7985/7
7985/13 7985/16
7985/21 8003/5
8003/11 8004/12
8004/22 8006/8
8006/15 8007/4 8007/9
8012/14 8013/20
**MS. HUGHES: [1]**
7903/13
**MS. RAKOCZY: [5]**
7883/11 7885/23
7886/20 7894/4
7902/24
**THE COURT**
**REPORTER: [1]**
7910/17
**THE COURT: [117]**
7882/2 7882/21 7883/1
7883/6 7883/13 7884/2
7886/14 7887/11
7887/20 7887/23
7888/11 7888/19
7888/24 7889/5
7889/15 7889/18
7890/4 7890/11 7891/9
7891/12 7892/14
7892/19 7892/23
7893/17 7893/22
7893/24 7894/14
7894/23 7897/19
7898/2 7898/8 7898/11
7898/20 7898/22
7899/8 7899/24 7900/3
7900/8 7901/1 7901/4
7901/12 7901/25
7902/7 7902/16 7903/4
7903/19 7904/5

7907/14 7907/16
7910/10 7910/14
7930/14 7930/18
7935/19 7944/10
7946/24 7947/1 7947/4
7950/16 7954/5
7958/12 7964/9 7965/5
7983/4 7983/7 7983/13
7983/17 7983/20
7984/8 7984/11
7984/17 7984/20
7984/24 7985/12
7985/15 7985/18
7985/24 7986/1 7986/3
7986/7 7989/23 7997/8
8000/17 8002/7 8003/4
8003/8 8003/10 8004/1
8004/17 8004/23
8004/25 8005/3
8005/11 8005/18
8006/5 8006/7 8007/7
8012/15 8013/11
8013/21 8014/7
8014/21 8017/14
8017/20 8018/3 8021/1
8026/17 8029/18
8032/5 8039/12
8042/21 8042/24
8043/5 8043/9 8043/16
**THE WITNESS: [4]**
7964/7 7983/16 7997/6
8043/8

**'**

**'05 [1]** 8002/14
**'06 [1]** 7923/22
**'13 [1]** 7926/17
**'16 [1]** 7928/5
**'16 maybe [1]** 7928/5
**'17 [1]** 7928/4
**'21 [1]** 8032/10
**'he'd [1]** 8016/14

**0**

**08077 [1]** 7879/8
**0826 [1]** 7879/14

**1**

**1.S.159818V [1]**
8037/14
**10 [3]** 7882/9 7968/16
8016/12
**1005.TR [1]** 8021/6
**1009.TR [1]** 8025/7
**10:00 [1]** 7985/14
**10th [3]** 7960/3 7962/7
7969/3
**11:00-something [1]**
7991/14
**11:15 [1]** 7983/8
**11:17 [1]** 7983/19
**11:35 [1]** 7983/8
**11:36 [1]** 7983/19
**12 [1]** 8037/2
**12:00 [1]** 7991/15
**12:44 p.m [1]** 8043/18
**12th [1]** 8027/8

**1460 [1]** 7878/12
**14th [2]** 7949/17
7950/24
**15 [6]** 7877/4 7882/5
7964/25 7965/12
7998/23 8016/13
**1500 [1]** 7928/13
**16 [2]** 7963/24 7988/3
**1653 [2]** 7989/3 7990/1
**17110 [1]** 7878/15
**1808 [1]** 7879/3
**1:00 [8]** 7984/2
7984/14 7984/15
7984/22 7985/4 7985/6
8042/25 8043/1
**1:45 [1]** 8043/1
**1:45 p.m [1]** 8043/18
**1:50 [1]** 8038/20
**1:52 [2]** 8037/22
8037/24
**1st [3]** 8032/12 8033/5
8033/8

**2**

**2,000 [1]** 7916/6
**20 [3]** 7964/25 7965/12
7998/23
**20001 [1]** 7880/5
**20010 [1]** 7879/4
**2002 [1]** 7912/10
**2003 [1]** 7912/10
**2004 [2]** 7915/18
7916/3
**2005 [1]** 7915/20
**2006 [1]** 7879/8
**2010 [1]** 7924/3
**2012 [2]** 7924/12
7926/17
**2016 [1]** 7928/4
**202 [3]** 7877/18 7879/4
7880/5
**2020 [6]** 7938/9
7938/12 7943/9 7959/1
8021/9 8026/23
**2022 [2]** 7877/5 8044/7
**20579 [1]** 7877/17
**21 [2]** 8016/24 8037/7
**21061-3065 [1]**
7879/13
**214 [2]** 7878/5 7878/9
**22-15 [2]** 7877/4
7882/5
**252-7277 [1]** 7877/18
**252-9900 [1]** 7878/5
**25th [1]** 8026/23
**27 [1]** 7877/7
**2:00 [1]** 7992/19
**2nd [2]** 7969/23 7970/3

**3**

**30 [2]** 7937/13 7974/16
**30 miles [1]** 7963/6
**300 [1]** 7879/13
**300-plus [1]** 7930/7
**3065 [1]** 7879/13
**315 [1]** 7913/25
**318 [1]** 7878/12

**3249 [1]** 7880/5
**3300 [2]** 7878/3 7878/7
**333 [1]** 7880/4
**354-3249 [1]** 7880/5
**36 [1]** 7918/22
**39 [1]** 7908/17
**3rd [3]** 7969/21
7969/23 7970/3

**4**

**40 [3]** 7937/13 7972/19
7974/16
**40,000 [1]** 7973/10
**4031 [1]** 7878/15
**410 [1]** 7879/14
**412-4676 [1]** 7878/16
**464 [1]** 7913/22
**4676 [1]** 7878/16
**487-1460 [1]** 7878/12
**4th [6]** 7913/21
7969/24 7974/21
7975/23 7976/3
8029/24

**5**

**50 [1]** 7955/25
**5708 [1]** 7879/9
**5:00 [1]** 7984/4
**5th [27]** 7970/5 7970/5
7976/2 7977/3 7977/4
7977/5 7977/12 7978/3
7978/9 7979/4 7979/6
7981/7 7981/10
7982/23 7982/25
7983/2 7986/15
8015/17 8015/22
8027/7 8035/8 8035/9
8035/10 8035/13
8035/19 8036/23
8037/4

**6**

**6-6 [1]** 7930/5
**601 [1]** 7877/17
**607-5708 [1]** 7879/9
**64th [1]** 7913/21
**65 [3]** 8007/5 8007/8
8007/11
**6863 [1]** 8037/2
**6th [35]** 7906/14
7930/11 7949/11
7970/2 7970/5 7970/5
7978/3 7981/6 7981/7
7981/10 7982/24
7982/25 7986/23
7987/12 7987/13
7991/11 8002/25
8003/21 8005/10
8005/12 8005/16
8005/23 8014/9
8015/17 8020/9
8020/24 8024/25
8025/1 8031/15
8031/16 8031/20
8035/4 8035/17
8036/23 8042/18

8046

**7**

**71301 [1]** 7878/11
**717 [1]** 7878/16
**720-7777 [1]** 7878/9
**7277 [1]** 7877/18
**7310 [1]** 7879/12
**7447 [1]** 7879/4
**75219 [2]** 7878/4
7878/8
**7777 [1]** 7878/9
**787-0826 [1]** 7879/14

**8**

**819 [1]** 7878/11
**856 [1]** 7879/9
**8:00 [1]** 7991/13

**9**

**9110 [1]** 8039/16
**9214 [4]** 8025/15
8026/13 8026/17
8026/18
**9215 [1]** 8017/3
**9216 [4]** 8029/9
8029/16 8029/18
8029/19
**922 people's [1]**
8022/15
**9221 [4]** 8031/23
8032/2 8032/5 8032/6
**9900 [1]** 7878/5
**996-7447 [1]** 7879/4
**9:00 [4]** 7877/6
7985/11 7985/12
7991/13
**9:46 [1]** 7904/13
**9:58 [1]** 7904/13
**9th [2]** 8017/15 8021/8

**A**

**a.m [8]** 7877/6 7904/13
7904/13 7983/19
7983/19 7985/11
7985/12 7985/14
**able [8]** 7909/24
7910/6 7911/15 7923/5
7953/22 7962/21
8000/24 8017/8
**about [84]** 7908/12
7912/2 7912/6 7915/3
7918/18 7920/10
7920/24 7922/22
7922/23 7923/17
7927/8 7928/6 7929/16
7930/5 7930/9 7930/23
7930/24 7931/8
7931/13 7936/23
7938/14 7938/17
7938/22 7938/24
7939/5 7939/12
7941/14 7943/3
7943/25 7947/8
7948/14 7953/11
7953/14 7954/20
7958/5 7961/8 7962/11
7969/10 7969/12
7970/1 7970/4 7971/13
7974/10 7983/25

7992/10 8001/11
8001/16 8003/1
8003/11 8004/6
8005/12 8006/2 8013/4
8013/13 8013/24
8017/1 8018/4 8020/5
8024/6 8025/11
8025/16 8028/4 8029/6
8032/10 8032/23
8033/23 8035/20
8035/25 8036/1
8036/18 8036/25
8037/18 8038/16
8038/20 8039/18
8039/23 8041/11
8042/9 8042/19
8042/20 8043/10
8043/11
**above [2]** 7988/10
8044/4
**above-titled [1]** 8044/4
**absolutely [3]** 7947/16
7952/21 7983/6
**Academi [9]** 7922/8
7922/10 7922/11
7924/8 7924/16
7924/16 7924/19
7924/21 7925/2
**account [1]** 7984/13
**accounted [1]** 7882/23
**accurate [4]** 7905/18
7917/18 7934/11
7949/18
**accurately [1]** 8026/8
**across [3]** 7977/9
7977/10 7979/6
**Act [1]** 7954/14
**action [1]** 7993/20
**activated [1]** 7953/23
**actively [3]** 7974/2
8015/18 8015/21
**activities [3]** 7909/7
7933/16 7933/20
**activity [1]** 7991/25
7992/2 8007/21
**actual [1]** 8042/11
**actually [14]** 7912/20
7919/4 7922/6 7923/7
7924/6 7924/19 7930/9
7930/11 8003/15
8004/12 8010/17
8016/2 8017/20
8018/11
**add [1]** 7971/18
**Added [1]** 8032/13
**address [1]** 7927/15
**adjacent [1]** 7977/9
**administrative [1]**
7971/18
**admit [2]** 8003/12
8026/12
**admitted [6]** 7881/10
7881/15 8007/8
8026/17 8029/18
8032/5
**admittedly [1]** 8018/13
**advance [4]** 7917/17

8031/20
**advice [2]** 7961/4
7961/6
**advise [1]** 7945/9
**advised [1]** 7945/20
**affect [1]** 7907/2
**afford [5]** 7940/8
7940/24 7943/25
7944/1 7944/16
**Afghanistan [5]** 7924/8
7924/11 7924/13
7925/1 7926/17
**after [41]** 7919/9
7942/24 7943/1 7943/8
7944/21 7947/14
7947/15 7947/16
7947/19 7947/19
7947/20 7948/11
7948/19 7949/5
7956/19 7958/25
7962/11 7962/19
7966/20 7967/22
7968/12 7969/15
7975/22 7983/8
7983/23 7987/1 7987/8
7989/2 7989/17
7994/10 7995/15
7995/20 7998/25
7999/6 7999/13
8001/12 8003/21
8024/25 8033/5 8033/7
8042/1
**afternoon [3]** 7992/19
8012/19 8012/20
**again [12]** 7904/20
7950/6 7951/20 7959/4
7963/23 7979/15
7999/21 8031/6
8032/15 8035/23
8036/2 8042/16
**against [3]** 7906/18
7906/22 7908/1
**aged [2]** 7958/17
7965/23
**agent [1]** 7909/25
**ago [1]** 8017/1
**ago, [1]** 8013/14
**ago, right [1]** 8013/14
**agree [6]** 7944/4
7946/7 7973/3 7992/18
8004/6 8017/20
**ahead [2]** 7935/22
8033/10
**aid [1]** 8000/15
**aided [1]** 7880/7
**aim [1]** 8041/15
**air [2]** 7916/18 7997/22
**Airfield [1]** 7913/24
**airport [2]** 8002/18
8034/12
**al [2]** 7877/6 7916/22
**al-Qaeda [1]** 7916/22
**Alex [3]** 7950/2 7951/2
7951/12
**Alex Jones [3]** 7950/2
7951/2 7951/12
**Alexander [8]** 7946/5

7981/19 7982/2
7987/18 7988/25
7989/1
**Alexandra [2]** 7877/15
7882/11
**Alexandra Hughes [1]**
7882/11
**Alexandria [2]** 7878/11
7974/24
**Ali [8]** 7946/5 7946/9
7946/13 7981/19
7982/2 7987/18
7988/25 7989/1
**Ali Alexander [7]**
7946/5 7946/9 7946/13
7982/2 7987/18
7988/25 7989/1
**all [103]** 7882/19
7883/8 7904/16 7905/4
7907/24 7908/11
7909/23 7910/5 7912/3
7912/6 7913/18
7913/20 7916/20
7919/9 7919/24 7922/5
7922/25 7923/2 7923/2
7923/17 7926/13
7930/10 7930/20
7931/6 7931/16 7932/1
7934/6 7934/6 7934/15
7934/25 7934/25
7935/1 7935/22 7936/6
7936/13 7937/15
7937/17 7938/11
7941/16 7942/23
7947/4 7947/20
7947/21 7951/5 7952/9
7955/9 7956/15 7957/7
7958/24 7960/14
7960/15 7963/4
7964/19 7964/22
7964/24 7967/13
7974/7 7974/16
7975/15 7977/3 7978/8
7979/11 7983/7
7983/11 7986/3
7986/13 7986/17
7995/4 7997/13
7997/15 7999/5 7999/7
8002/18 8003/10
8004/17 8006/3 8007/4
8007/22 8008/19
8009/15 8010/7 8011/7
8011/21 8012/15
8012/23 8012/25
8013/21 8014/21
8016/4 8017/13 8022/7
8022/20 8023/1 8024/2
8032/22 8035/11
8039/20 8040/6
8042/13 8043/2 8043/3
8043/5 8043/11
**all -- level 2 [1]**
7909/23
**all right [6]** 7935/22
7936/13 7942/23
8003/10 8006/3 8010/7
**allowed [1]** 7936/8

**almost [2]** 8041/24
8042/6
**already [14]** 7907/9
7912/12 7971/23
7980/13 7990/23
7991/16 7992/16
7992/17 7993/7 8021/6
8033/6 8036/8 8037/3
8043/14
**also [19]** 7905/17
7905/25 7918/13
7925/17 7950/19
7959/17 7962/9
7966/12 7994/3
8003/14 8003/20
8005/9 8005/15 8010/3
8010/8 8012/11
8016/24 8026/1
8034/24
**always [3]** 7918/8
7974/16 8032/17
**am [2]** 7883/5 7909/8
**Amendment [2]**
7906/22 7908/1
**AMERICA [2]** 7877/3
7882/6
**AMIT [1]** 7877/9
**amount [1]** 8008/13
**another [13]** 7906/14
7924/16 7932/6
7938/23 7941/22
7941/24 7945/9 7959/9
7966/3 7981/20 8000/9
8004/21 8030/19
**answer [3]** 7935/19
7964/9 8002/7
**answered [2]** 7994/5
8025/14
**Anti [1]** 7913/22
**Anti-Terrorism [1]**
7913/22
**Antifa [16]** 7940/22
7963/22 7964/1 7964/3
7964/5 7964/12
7964/22 7965/16
7965/25 7967/17
8020/18 8028/17
8029/8 8031/14
8031/15 8031/16
**any [52]** 7909/7
7910/21 7911/10
7921/10 7923/5
7923/15 7925/10
7933/3 7935/15
7936/11 7936/12
7941/20 7942/7
7949/11 7952/3
7957/21 7957/24
7958/2 7969/4 7969/12
7970/1 7976/25
7980/25 7983/2
7993/11 7993/15
7993/19 7996/11
7996/23 7996/24
7997/24 7998/2 7998/3
7998/4 7999/9 7999/10
7999/19 8001/4

**A**

**any... [14]** 8001/17
8001/19 8001/22
8003/1 8003/23
8003/23 8004/4
8004/25 8009/16
8009/19 8018/9
8019/25 8019/25
8021/23
**anybody [7]** 7883/9
7983/14 7990/20
7996/9 8021/22
8040/14 8041/5
**anymore [1]** 8025/4
**anyone [7]** 7937/24
7968/24 7996/14
7996/17 7996/20
8032/18 8043/7
**anything [15]** 7883/9
7923/8 7925/8 7935/16
7945/15 7970/4 7977/1
7997/13 8004/20
8005/11 8005/18
8005/20 8005/24
8032/23 8043/10
**anytime [1]** 8016/12
**anywhere [2]** 7941/17
8004/10
**apart [1]** 7987/3
**apologize [4]** 7909/13
7917/3 7980/16
7989/15
**apologizing [1]**
7904/19
**app [4]** 7970/24 7971/3
7972/24 7973/14
**apparently [1]** 8035/4
**APPEARANCES [4]**
7877/13 7877/20
7878/17 7879/15
**appreciate [3]** 8020/23
8025/14 8027/14
**approach [2]** 7989/22
7992/23
**appropriate [3]**
8004/10 8005/17
8017/11
**are [42]** 7882/19
7883/3 7883/18
7904/22 7905/10
7905/11 7906/9
7906/18 7906/21
7908/16 7908/18
7912/4 7920/22
7921/12 7922/25
7926/11 7941/13
7941/14 7946/4 7947/8
7952/25 7954/7 7955/4
7958/17 7968/7 7968/7
7985/19 7986/1
7986/11 7990/2 7992/4
7998/9 8002/20
8007/23 8017/14
8026/5 8028/16
8032/17 8032/21
8036/23 8037/10
8038/7
**area [7]** 7937/16

8020/12 8020/14
8023/2 8034/16
**aren't [1]** 7935/24
**armed [4]** 7909/21
7935/12 7953/9 8040/7
**Armor [4]** 7922/23
7923/7 7923/8 7923/9
**Armor Group [4]**
7922/23 7923/7 7923/8
7923/9
**Army [4]** 7913/21
7913/24 7916/19
7919/14
**around [36]** 7914/9
7914/25 7918/20
7926/2 7928/17
7928/25 7931/3 7931/3
7934/4 7934/23 7935/5
7942/20 7948/4 7951/8
7951/12 7956/12
7961/11 7962/24
7964/23 7964/24
7967/16 7976/18
7979/5 7987/20
7988/14 7991/1 7991/6
7991/8 7992/19
7992/25 7993/8
7993/23 7997/20
8015/21 8022/20
8037/22
**arrest [1]** 7909/22
**arrested [1]** 8022/14
**arriving [1]** 7975/22
**arrow [1]** 7973/21
**arsenal [1]** 7954/19
**as [52]** 7906/15
7908/22 7911/18
7913/4 7920/8 7920/9
7921/11 7922/2 7922/4
7922/4 7922/6 7923/12
7923/13 7923/13
7927/5 7932/7 7932/10
7935/6 7936/7 7936/7
7946/24 7947/1
7950/14 7950/14
7950/19 7957/17
7957/17 7959/17
7959/18 7962/4
7963/13 7965/2
7965/22 7967/18
7988/4 7990/1 7995/1
7995/1 8004/15 8008/8
8009/19 8010/18
8018/11 8020/5
8022/17 8032/17
8036/15 8036/15
8036/20
**aside [2]** 7911/21
7935/1
**ask [23]** 7883/16
7883/19 7883/23
7910/11 7911/17
7930/14 7937/24
7938/19 7941/2
7967/24 7980/17
7983/14 8003/22

8008/16 8017/8
8017/22 8018/4
8021/22 8030/21
8033/4 8033/7
**asked [25]** 7939/3
7939/5 7939/18 7940/6
7940/11 7941/6
7941/17 7943/2 7943/5
7948/15 7959/3 7961/3
7961/7 7961/8 7970/18
7977/21 7978/22
7978/24 7979/19
7979/20 7979/23
8033/9 8033/11
8033/11 8039/18
**asking [7]** 7933/12
7938/22 7945/21
7974/10 7985/22
8017/8 8018/7
**ass [1]** 8002/19
**assault [4]** 7916/11
7916/14 7917/4 7917/4
**assessment [33]**
7927/13 7927/17
7938/7 7939/16
7939/20 7940/13
7941/2 7941/3 7941/18
7942/4 7942/19 7958/9
8003/12 8003/13
8004/5 8004/14
8004/15 8004/19
8007/17 8007/22
8007/25 8008/17
8008/20 8008/22
8009/1 8009/4 8009/6
8009/10 8009/12
8009/20 8010/4 8019/9
8019/13
**assessments [3]**
7909/6 7941/13 8018/1
**assets [2]** 7920/14
8020/3
**assistance [1]** 8000/15
**associate [1]** 7929/2
**associated [1]** 7928/18
**ASSOCIATES [1]**
7878/14
**Atlanta [7]** 7945/16
7945/18 7946/8 7947/8
7947/23 7949/1 7949/3
**att.net [1]** 7878/12
**attachments [1]**
7938/23
**attack [4]** 7963/23
7965/17 8031/14
8031/15
**attacked [3]** 7918/10
7963/19 8031/16
**attacking [1]** 7964/12
**attempt [3]** 7996/20
8036/20 8042/15
**attend [3]** 7949/10
7949/11 7988/17
**attending [1]** 7979/16
**ATTORNEY'S [1]**
7877/16
**Audio [1]** 8021/15

**authority [1]** 7909/22
**automatically [1]**
7972/3
**Avenue [3]** 7878/3
7878/7 7880/4
**Aviation [1]** 7913/25
**avoid [1]** 7950/16
**aware [23]** 7928/2
7952/11 7952/25
7954/7 7961/15
7961/18 7962/8 7964/4
7965/21 7968/16
7979/16 7993/19
7998/2 7998/4 8000/6
8001/17 8001/19
8001/22 8003/23
8036/10 8036/12
8036/23 8036/24
**awareness [1]** 7953/5
**away [7]** 7929/9 8036/8
8042/17

**B**

**B.I.A.P [1]** 8002/17
**back [44]** 7904/18
7907/6 7912/2 7912/6
7915/16 7919/9
7919/17 7924/4
7926/16 7926/18
7926/20 7942/25
7943/1 7945/7 7966/9
7966/22 7967/13
7967/22 7967/23
7969/16 7969/17
7977/13 7984/21
7986/8 7990/4 7990/7
7990/12 7991/8 7994/2
7994/7 7995/18 7998/6
7999/1 7999/13
7999/15 8004/16
8008/14 8009/21
8013/3 8025/3 8025/5
8025/6 8035/13 8039/7
**background [2]** 7928/1
7962/1
**bad [2]** 7940/5 7952/23
**bag [1]** 8034/15
**Baghdad [1]** 8002/18
**ballot [1]** 7948/5
**ballots [1]** 7948/5
**barbecue [1]** 7957/2
**barbershop [2]** 8022/9
8022/11
**barbershops [1]**
8022/14
**BARRETT [2]** 7878/3
7880/4
**base [12]** 7912/17
7913/22 7913/5 7913/6
7913/16 7913/17
7913/19 7914/21
7914/24 7915/1 7915/2
7948/20
**based [6]** 7923/3
7929/6 7954/2 7961/15
7961/18 7964/4
**baseline [1]** 7911/5

**basement [1]** 8011/4
**basic [2]** 7912/10
8009/4
**basically [20]** 7909/1
7909/19 7916/9
7917/11 7925/3
7926/24 7927/9 7928/7
7934/9 7940/2 7950/2
7950/14 7951/11
7958/5 7988/12
7995/23 7996/3
8008/12 8008/15
8009/3
**basics [1]** 7925/23
**basis [6]** 7912/7
7940/11 7954/7
7976/17 8004/8
8005/25
**battalion [2]** 7913/14
7913/22
**battalions [2]** 7913/18
7913/21
**battery [2]** 7974/18
8016/3
**be [103]** 7882/2 7883/1
7883/17 7883/20
7905/14 7905/20
7906/2 7907/1 7909/24
7909/24 7909/24
7910/5 7910/6 7910/6
7911/15 7912/21
7913/24 7914/5
7914/18 7917/17
7918/11 7919/20
7920/8 7920/23
7924/16 7925/14
7926/6 7927/15 7929/5
7930/14 7933/15
7933/16 7940/7
7947/14 7947/15
7947/23 7948/18
7952/7 7952/14
7953/10 7953/21
7953/23 7957/14
7957/18 7961/11
7962/21 7963/2 7967/2
7968/4 7972/10
7972/17 7972/19
7974/12 7977/23
7979/16 7980/6 7982/8
7983/20 7984/4 7984/8
7985/10 7985/12
7985/13 7986/7 7987/1
7987/7 7987/14
7987/19 7988/25
7990/5 7994/21
7994/21 7994/25
7997/19 8000/17
8004/8 8004/11 8007/8
8009/6 8013/22
8015/18 8016/14
8016/16 8016/17
8017/8 8018/13 8019/1
8021/19 8022/2 8022/3
8024/15 8027/22
8027/25 8028/24
8029/2 8030/7 8030/9

8 0 4 8

**B**

be... [4] 8032/5 8036/5 8037/10 8039/12

became [1] 7924/21

because [70] 7906/13 7906/25 7908/20 7914/9 7917/10 7918/20 7920/18 7922/5 7922/19 7930/22 7931/2 7934/1 7935/3 7939/25 7940/7 7940/8 7940/13 7944/1 7947/20 7949/24 7953/11 7953/16 7959/4 7959/18 7961/11 7962/19 7963/4 7963/23 7964/23 7966/19 7967/23 7968/7 7971/1 7971/2 7971/14 7974/9 7975/19 7976/5 7978/22 7979/23 7980/4 7985/9 7988/5 7990/8 7991/4 7994/22 7995/12 7996/8 7996/12 7998/18 8000/4 8008/22 8016/2 8017/12 8019/4 8019/6 8024/13 8024/21 8025/3 8027/3 8028/16 8029/7 8033/12 8034/4 8035/10 8035/22 8036/2 8036/6 8036/8 8036/16

become [2] 7928/2 8000/6

been [29] 7906/15 7906/15 7911/2 7911/18 7911/19 7921/25 7921/25 7940/9 7954/2 7954/8 7964/5 7974/1 7977/16 7978/17 7989/25 7991/11 7992/20 8002/3 8002/14 8003/15 8005/16 8012/2 8012/3 8012/4 8012/5 8017/13 8017/17 8018/14 8022/9

beep [1] 7974/15

before [14] 7877/9 7883/8 7883/10 7907/6 7909/23 7916/4 7916/21 7918/2 7943/13 7956/18 8010/10 8010/24 8012/11 8027/23

behalf [7] 7906/13 7907/1 7908/2 7924/16 7933/12 7939/12 7950/6

behind [3] 7917/17 7921/15 7966/3

being [18] 7909/10 7911/21 7915/11 7919/5 7931/17 7939/25 7961/7

7969/7 7970/1 7981/18 8005/7 8014/1 8026/25 8034/6 8035/12 8037/18

beliefs [1] 7941/20

believe [8] 7906/19 7951/10 7990/14 8004/3 8004/9 8017/11 8027/22 8028/17

believed [2] 8027/21 8027/21

believes [1] 8027/17

bench [5] 7908/19 7923/9 8003/9 8005/4 8017/6

Bentley [11] 8025/16 8025/19 8026/6 8026/9 8026/24 8027/16 8028/10 8029/10 8029/21 8030/14 8031/6

Berwick [1] 7879/8

best [3] 7914/19 7994/18 8034/9

best interests [1] 8034/9

bet [2] 7928/21 7986/1

better [2] 7910/19 7961/10

between [6] 7929/7 7938/11 8001/25 8020/22 8026/10 8036/15

beyond [2] 7977/1 8017/23

big [6] 7956/12 7965/13 8030/7 8030/9 8031/4 8035/11

bigger [1] 7911/16

bit [10] 7904/19 7906/7 7912/2 7927/25 7931/19 7983/7 7984/23 7998/15 8022/15 8026/21

black [5] 7930/7 7964/19 7964/24 7965/12 7966/1

Black Lives Matter [1] 7964/24

Blackwater [14] 7919/17 7919/19 7922/3 7922/5 7922/6 7922/7 7922/7 7922/14 7922/15 7922/19 7924/18 7924/19 7924/21 7925/2

bleep [6] 7974/17 7974/17 7974/17 7974/18 7974/18 7974/18

blew [1] 7917/10

BLM [12] 7940/9 7940/19 7940/22 7941/11 7941/21 7964/17 7965/9 7965/13 8008/2 8008/7 8020/18 8028/17

BLM Plaza [1] 7965/9

blow [4] 7917/7 7917/9 7917/11 7917/15

board [3] 7930/9 7939/6 7939/8

Boarders [1] 7932/20

boats [1] 7935/7

bodies [2] 7935/7 8020/20

bodyguard [11] 7909/2 7909/22 7909/24 7911/1 7911/3 7911/5 7911/16 7946/17 7946/20 7950/19 7967/18

bombs [4] 7916/18 7916/20 7917/6 7918/5

booth [4] 7928/8 7928/15 7928/17 7931/4

born [2] 7908/6 7908/14

both [8] 7920/8 7922/4 7923/13 7939/4 7954/20 7979/8 7984/11 7988/10

bouncing [1] 7939/9

box [4] 7948/5 7951/7 7951/8 7951/11

boxing [3] 7914/13 7915/7 7915/15

Boys [2] 7951/10 7951/17

Bradford [3] 7879/7 7879/10 7882/16

Bragg [1] 7913/3

BRAND [1] 7879/3

brandwoodwardlaw.c om [1] 7879/5

Braveheart [1] 7992/17

break [11] 7923/25 7983/5 7983/15 7983/24 7984/3 7984/17 7984/23 7988/1 8036/8 8042/24 8043/7

breaking [3] 7997/21 8036/19 8042/22

Breonna [2] 7938/6 7939/13

bridges [1] 7917/10

brief [1] 8026/14

Brigade [1] 7913/21

brigades [3] 7913/18 7913/20 7914/1

BRIGHT [10] 7878/3 7878/7 7882/13 7904/23 7910/10 7930/14 7950/16 7984/5 7986/9 8003/24

bring [12] 7955/4 7955/10 7955/16 7975/9 7975/16 7975/19 8011/17 8024/2 8030/22 8031/7 8034/2 8034/13

bringing [5] 7948/5 8023/10 8026/14

brink [5] 8027/17

bro [1] 8026/24

broke [2] 7984/14 7984/19

broken [1] 7904/19

brought [17] 7934/10 7954/8 7955/1 7959/16 7960/2 7975/4 7975/12 7975/14 8017/10 8017/25 8022/20 8022/22 8023/1 8023/5 8024/3 8034/14 8035/23

buddy [1] 8030/14

build [1] 7987/3

building [3] 7990/3 7993/8 7998/5

bunch [6] 7957/1 7992/12 7992/12 7993/9 7994/6 8016/15

Burnie [1] 7879/13

business [8] 7939/22 7939/25 7940/9 7940/14 7943/17 7943/24 7959/11 8007/23

business-oriented [1] 7959/11

businesses [7] 7938/7 7939/18 7940/1 7940/6 7940/23 7941/6 7944/15

button [2] 7973/22 7974/7

buy [2] 7914/19 7941/8

**C**

cache [1] 7917/7

caches [1] 7916/7

Cajun [1] 7935/6

Caldwell [17] 7879/11 7882/9 7882/18 7956/10 7956/19 7957/5 8003/15 8003/16 8003/18 8004/6 8005/10 8005/12 8005/19 8005/21 8005/22 8013/24 8014/6

Caldwell's [11] 7956/9 7956/16 7957/21 7957/24 7958/2 7958/15 7967/13 7967/22 7982/17 8005/7 8005/15 8021/8 8021/18 8025/6

call [24] 7904/25 7908/8 7920/15 7927/12 7938/19 7938/21 7951/7 7952/21 7953/18 7954/13 7974/9 7976/20 7994/6 7994/17 7994/21 7994/23 7995/12 8000/14 8015/12 8017/16 8019/17 8021/8 8021/18 8025/6

called [19] 7920/23 7921/19 7922/8 7922/9 7932/13 7939/3 7939/4 7939/15 7944/23 7945/9 7948/14 7994/5 7994/5 8000/3 8000/23 8012/23 8028/14 8028/15 8028/19

calling [3] 7990/7 7990/12 8004/16

calls [2] 7938/14 7994/7 8018/21

came [21] 7919/9 7919/11 7926/16 7926/18 7926/20 7927/5 7933/11 7937/19 7955/17 7964/19 7964/24 7966/6 7976/22 7981/1 7984/21 7992/3 8008/12 8024/5 8025/19 8035/5 8042/14

cameras [1] 7998/14

camp [3] 7920/19 7958/6 8011/23

camping [4] 7957/1 7957/3 7957/3 7958/7

can [56] 7883/20 7907/15 7909/20 7909/20 7909/21 7909/23 7910/11 7911/13 7912/24 7913/23 7914/18 7914/19 7919/19 7920/4 7930/14 7935/19 7936/7 7939/20 7948/17 7956/6 7956/25 7964/9 7971/18 7971/19 7971/25 7972/19 7977/9 7981/4 7983/13 7983/22 7983/23 7985/7 7985/23 7995/9 8002/7 8003/6 8004/15 8004/19 8006/22 8007/14 8010/8 8015/14 8020/15 8021/22 8024/15 8025/6 8025/15 8026/24 8028/4 8030/1 8031/3 8031/18 8032/18 8040/17 8042/21 8043/5

can't [6] 7975/15 7975/20 7992/20 7992/15 8029/1 8029/1

cane [1] 7956/12

Canopy [3] 7922/24 7923/10 7923/14

Capitol [31] 7957/22 7968/25 7969/10 7977/8 7987/8 7989/2 7990/3 7990/18 7991/17 7991/18 7991/22 7991/23 7992/1 7992/2 7992/5 7992/23 7993/5

**Capitol... [14]** 7995/23 7996/1 7996/4 7996/15 7999/7 8001/17 8012/21 8012/24 8016/2 8020/8 8020/24 8022/12 8022/14 8022/19
**Capitol Grounds [1]** 7977/8
**car [8]** 7991/6 7991/8 8034/11 8041/24 8042/10 8042/12 8042/13 8042/14
**care [1]** 7917/8
**Carolina [8]** 7966/25 7967/8 7987/19 7988/7 7989/13 7991/1 7996/12 8035/1
**carriers [1]** 7920/17
**carry [3]** 7936/4 7936/7 7975/15
**carrying [3]** 7920/17 7935/12 7936/14
**cars [1]** 7966/22
**case [13]** 7882/5 7905/22 7906/13 7906/13 7906/14 7907/2 7908/3 7909/10 7940/19 7953/10 7953/21 7962/18 7971/14
**casual [1]** 7936/21
**categories [1]** 8009/9
**caught [1]** 7994/3
**center [1]** 7988/12
**certain [1]** 8008/13
**certainly [1]** 8004/3
**certification [5]** 7910/25 7911/5 7996/21 8001/23 8003/24
**certified [2]** 7880/3 7969/7
**certify [1]** 8044/2
**CH [1]** 7880/4
**chance [2]** 7933/4 7982/7
**change [3]** 7929/12 7937/3 7970/15
**changed [2]** 7970/17 8009/9
**changes [2]** 7979/2 8009/19
**chapter [2]** 7967/8 7968/15
**charge [14]** 7941/19 7959/11 7966/23 7980/3 7982/7 7982/8 7982/9 7982/20 8024/8 8024/14 8024/17 8024/18 8024/22 8033/1
**charged [2]** 8018/14 8018/15
**charges [1]** 7906/18
**chase [1]** 7906/14
**chat [17]** 7971/6

**Capitol... [14]** 7995/23
**Capitol... [14]** 7995/23
**chats [2]** 7970/24 8015/1
**cheaper [3]** 8034/5 8034/7 8034/10
**check [2]** 8000/3 8000/23
**checkpoints [1]** 7925/25
**chicks [1]** 7951/12
**chief [1]** 7906/14
**chili [1]** 7957/2
**chiming [1]** 7974/14
**chips [1]** 7957/2
**choice [1]** 7914/4
**choose [1]** 7913/4
**choosing [1]** 7906/25
**chose [9]** 7912/20 7913/5 7913/6 7913/12 7914/2 7914/8 7914/19 7923/5 7972/22
**Chutkan [1]** 7882/25
**Cinnaminson [1]** 7879/8
**city [3]** 7916/5 7917/8 7937/15
**civil [5]** 8027/17 8027/22 8028/1 8028/5 8028/11
**civil war [3]** 8028/1 8028/5 8028/11
**clarification [1]** 7986/18
**clarify [4]** 7950/2 7965/5 7979/15 8003/16
**clash [1]** 8028/22
**classification [1]** 7955/9
**clear [6]** 7916/10 7917/11 7917/24 7918/3 7918/20 7924/16
**clearance [1]** 7923/4
**clearing [2]** 7916/7 7918/5
**client [2]** 7920/14 7987/17
**clients [2]** 7909/6 7925/24
**close [15]** 7908/25 7909/2 7909/25 7911/15 7949/23 7970/9 7970/13 7978/1 7980/15 7984/22 7986/18 7997/6 8010/18 8023/24 8033/12
**close-protection [9]** 7908/25 7909/2 7909/25 7911/15 7970/9 7970/13

**closer [3]** 7910/12 7910/13 7910/14
**clothes [1]** 7957/12
**clothing [1]** 8034/15
**co [1]** 7906/16
**co-conspirator [1]** 7906/16
**cold [1]** 7989/11
**collect [2]** 7916/21 7917/6
**collecting [3]** 7917/13 7918/5 7989/20
**college [5]** 7914/11 7914/12 7924/6 7924/8 7958/3
**COLUMBIA [1]** 7877/1
**combat [7]** 7912/17 7912/17 7912/22 7914/5 7914/20 7918/12 7918/19
**come [26]** 7917/25 7928/6 7932/15 7939/18 7952/22 7954/15 7955/17 7975/21 7979/19 7982/5 7991/3 7994/12 7995/19 8007/20 8008/14 8008/16 8008/24 8019/16 8025/1 8028/21 8033/4 8033/9 8033/11 8033/11 8038/4
**come over [1]** 7995/19
**comfortable [1]** 7919/15
**coming [11]** 7917/17 7936/23 7963/8 7970/6 7998/6 8022/9 8033/6 8033/13 8033/23 8036/7 8041/13
**command [3]** 7988/13 8023/25 8032/21
**comment [2]** 7973/23 8015/12
**commentary [1]** 8020/25
**communicate [1]** 7976/11
**communicated [1]** 8018/20
**communication [2]** 7976/17 7994/21
**communications [4]** 7907/6 7943/10 7994/20 7996/24
**companies [6]** 7911/1 7911/16 7921/17 7922/25 7923/5 7924/17
**company [16]** 7911/7 7916/17 7917/25 7919/13 7919/16 7919/21 7919/24 7921/10 7922/16 7925/12 7926/22 7927/3 7927/9 7927/16

**complete [2]** 7961/10 8019/13
**completed [1]** 8019/9
**Completely [2]** 7936/9 7936/10
**complex [1]** 7920/9
**compliance [2]** 7926/24 7927/2
**comply [1]** 8025/13
**complying [1]** 8025/12
**component [1]** 8030/25
**composition [1]** 7916/23
**computer [1]** 7880/7
**computer-aided [1]** 7880/7
**computers [1]** 7914/19
**concept [1]** 7952/11
**concern [3]** 7963/2 7963/7 8017/7
**concerned [1]** 7948/14
**concerning [1]** 7883/14
**concerns [1]** 7963/19
**conduct [4]** 8007/25 8008/17 8008/19 8010/4
**conference [4]** 8003/9 8005/4 8017/6 8018/21
**confined [2]** 8042/1 8042/8
**conflict [1]** 8029/8
**confront [1]** 7968/6
**confrontation [2]** 7967/25 7968/2
**confronted [1]** 7968/10
**conjunction [1]** 7970/9
**connected [2]** 8005/22 8005/23
**connection [1]** 7929/6
**considered [1]** 7958/9
**conspiracy [1]** 8018/14
**conspirator [1]** 7906/16
**constantly [1]** 7974/17
**Constitution [1]** 7880/4
**constitutional [1]** 7936/4
**contact [3]** 7944/22 7980/21 7999/19
**contacted [6]** 7932/25 7938/5 7946/16 7969/19 7970/17 7995/15
**contemporaneous [1]** 7973/25
**contention [1]** 7915/15
**continuation [1]** 7924/24
**continue [2]** 7923/19 8029/10
**continued [5]** 7878/1 7879/1 7880/1 7925/11 7937/3

**continuing [3]** 7925/6 7925/7 7925/9
**continuously [1]** 7974/15
**contracted [1]** 7922/3
**contractors [4]** 7908/20 7923/1 7923/2 7923/18
**contracts [1]** 7919/25
**control [6]** 7952/6 7988/13 7995/24 7996/2 8024/2 8036/7
**controlled [1]** 8024/3
**controlling [1]** 8024/4
**conversation [18]** 7938/16 7971/20 7971/21 7972/1 7972/4 7972/5 7972/6 7972/8 7972/10 7972/25 7973/18 7973/19 7974/12 8015/8 8016/13 8016/14 8019/3 8033/5
**conversations [9]** 7970/25 7971/2 7971/11 7974/16 7975/19 8016/10 8016/11 8016/16 8016/17
**convoys [1]** 7916/8
**cool [8]** 7937/21 7942/22 7968/11 7980/15 8025/25 8026/3 8026/4 8031/6
**cooperate [1]** 7907/11
**coordinate [1]** 7951/25
**coordinated [2]** 7960/8 7976/13
**coordinates [1]** 7916/17
**coordinating [1]** 8032/22
**coordination [1]** 7970/19
**coordinators [1]** 7979/11
**cops [4]** 7965/17 7992/15 7993/8 7997/20
**copy [2]** 8003/13 8009/12
**corner [5]** 7997/18 8000/8 8039/7 8041/22 8041/23
**corners [1]** 7961/14
**correct [66]** 7906/2 7906/3 7906/10 7906/11 7906/16 7906/17 7906/23 7907/3 7907/7 7907/19 7907/22 7908/3 7911/18 7911/23 7912/4 7912/22 7914/5 7920/1 7923/6 7924/17 7927/18 7929/3 7930/2 7930/12 7930/13 7933/12 7933/13 7934/7 7934/8 7936/15

**correct... [36]** 7936/16
7940/21 7946/2
7946/18 7948/8 7950/7
7950/8 7950/9 7950/10
7950/12 7950/13
7954/23 7955/2 7955/3
7955/10 7957/8
7959/18 7959/23
7962/2 7967/2 7968/17
7971/22 7975/14
7975/15 7978/17
7981/6 7982/10
7982/17 7982/21
7985/17 7986/20
8021/9 8021/19
8025/12 8029/11
8044/3
**correctly [1]** 7938/8
**correlation [1]** 7929/6
**could [71]** 7905/14
7907/22 7909/9
7914/13 7914/16
7916/2 7917/2 7920/23
7931/19 7936/19
7938/2 7941/4 7948/15
7950/23 7951/18
7952/13 7953/5
7954/10 7956/10
7961/9 7961/10
7963/21 7968/11
7971/21 7971/23
7972/10 7973/9 7978/2
7978/2 7978/7 7978/14
7979/12 7979/23
7983/5 7984/3 7984/25
7985/9 7986/23
7987/10 7990/13
7993/3 7995/12 7996/2
8005/7 8005/16
8006/15 8007/9
8007/15 8013/1 8017/2
8020/16 8021/5
8021/12 8021/14
8026/12 8026/20
8027/11 8028/10
8030/13 8031/2
8031/23 8033/20
8034/2 8037/2 8037/14
8037/21 8037/24
8038/15 8038/17
8039/16 8039/22
**couldn't [9]** 7910/15
7940/7 7940/24
7943/25 7944/1
7944/16 7963/3 7978/8
7987/3
**counsel [2]** 7906/10
7906/12
**countries [1]** 8020/2
**country [14]** 7912/16
7918/12 7923/13
7923/18 7924/13
7926/2 7926/4 7941/16
8019/23 8019/25
8021/19 8022/7
8022/21 8028/13
**County [1]** 8032/13

**couple [14]** 7903/7
7913/11 7935/3
7940/23 7942/24
7951/9 7961/14 7966/1
7966/6 7994/4 8001/14
8009/9 8026/10
8033/13
**couple times [1]**
7966/6
**course [2]** 7986/3
8042/23
**court [18]** 7877/1
7880/2 7880/3 7904/12
7907/25 7990/9 8003/6
8004/24 8006/6 8013/9
8013/19 8013/21
8014/6 8014/19
8014/22 8018/18
8039/11 8039/12
**courthouse [3]** 7976/6
7977/6 7990/8
**courtroom [12]**
7882/20 7883/20
7883/20 7883/23
7904/15 7983/12
7986/6 8013/16 8014/3
8014/14 8039/5 8043/4
**courtroom today [2]**
8014/14 8039/5
**coverage [1]** 7922/20
**COVID [1]** 7979/24
**CR [1]** 7877/4
**Cramer [1]** 8043/13
**crazy [1]** 7954/17
**create [2]** 7971/17
7971/19
**created [4]** 7951/6
7978/21 8007/2
8008/25
**crew [1]** 7951/2
**criminal [2]** 7882/5
8007/21
**Crisp [8]** 7878/14
7878/14 7882/17
7882/24 7883/4
8017/22 8018/5 8018/8
**crisplegal.com [1]**
7878/16
**cross [15]** 7881/4
8004/8 8004/10
8004/14 8004/19
8005/17 8006/1 8006/2
8006/10 8012/16
8012/17 8017/8
8017/23 8018/6 8018/8
**cross-examination [7]**
8004/8 8004/10 8006/1
8006/10 8012/16
8012/17 8018/6
**cross-examine [2]**
8006/2 8017/23
**CRR [2]** 8044/2 8044/8
**crying [1]** 7948/16
**Cuban [4]** 7940/25
8008/2 8008/5 8008/6
**currently [4]** 7908/18
7909/9 7911/21 7923/9
**cut [2]** 7916/22 8016/2

**D.C [41]** 7877/5
7877/17 7879/4 7880/5
7949/12 7949/13
7954/8 7955/6 7955/15
7955/25 7959/3
7964/16 7969/24
7970/7 7974/20 7975/5
7975/16 7975/16
7975/19 7976/22
7985/13 8001/15
8005/10 8017/10
8022/23 8022/24
8023/2 8025/20 8027/8
8030/8 8032/10
8032/14 8033/23
8033/24 8034/16
8037/1 8037/10
8037/18 8037/18
8038/5 8039/2
**D.C. [5]** 7973/3
7973/15 7973/24
8016/24 8037/7
**D.C. Jan 6 Op [1]**
7973/15
**D.C. Op [1]** 7973/24
**D.C. Op Jan. 6 [1]**
7973/3
**D.C. Op Jan. 6 21 [1]**
8037/7
**D.C. Op Jan. 6, 21 [1]**
8016/24
**D.C.'s [1]** 8025/12
**Dallas [3]** 7878/4
7878/8 8027/7
**damage [1]** 8020/16
**damages [1]** 7944/2
**damn [2]** 7941/22
7941/24
**damned [1]** 7970/5
**danger [2]** 7963/13
7966/17
**dangerous [3]** 7918/7
7918/14 7918/18
**dangers [2]** 7918/16
7965/21
**darn [1]** 7912/21
**date [4]** 7957/13
7969/15 7991/11
8044/7
**dates [3]** 7947/10
8001/15 8001/16
**David [2]** 7879/11
7882/18
**David Fischer [1]**
7882/18
**day [24]** 7877/7 7918/2
7922/18 7929/16
7938/22 7947/19
7948/18 7948/19
7957/4 7963/4 7967/23
7967/23 7985/20
7986/24 7987/24
7989/7 7991/14 7995/5
7996/14 7996/17
7996/20 7997/3
7997/11 8015/24
**days [6]** 7916/19

8000/20 8030/8
**dead [1]** 8020/20
**deal [3]** 7904/21
8031/4 8043/14
**death [1]** 8020/21
**decades [1]** 8022/10
**December [6]** 7960/2
7960/3 7960/4 7962/7
7968/16 7969/3
**December 10th [2]**
7960/3 7969/3
**decided [2]** 7992/9
8036/8
**deemed [1]** 7921/9
**defend [1]** 7954/15
**Defendant [22]** 7878/2
7878/13 7879/2 7879/6
7879/11 7882/6 7882/7
7882/8 7882/8 7882/9
7882/14 7882/15
7882/16 7882/17
7882/18 7905/6
8007/11 8013/9
8013/19 8014/6
8014/19 8039/11
**Defendant 10 [1]**
7882/9
**Defendant 2 [1]** 7882/7
**Defendant 3 [1]** 7882/8
**Defendant 4 [1]** 7882/8
**Defendant Caldwell [2]**
7882/18 8014/6
**Defendant Harrelson
[2]** 7882/16 8039/11
**Defendant Meggs [1]**
8013/19
**Defendant No. 1 [1]**
7882/6
**Defendant Rhodes [2]**
7882/14 8013/19
**Defendant Watkins [2]**
7882/17 8014/19
**DEFENDANT'S [2]**
7881/5 7881/10
**defendants [4]** 7877/7
7882/19 7907/1 7908/3
**defense [8]** 7883/12
7883/22 7919/22
7921/18 7922/4
7946/24 7947/1
7952/19
**defensive [4]** 7952/15
7952/17 7952/18
7952/20
**definition [2]** 8019/20
8019/21
**delay [2]** 7904/22
7996/21
**delayed [2]** 7995/6
7995/7
**deletes [1]** 7972/3
**demo [1]** 7917/5
**demoed [1]** 7916/7
**demolitions [1]** 7917/4
**department [9]**
7919/22 7919/22
7921/8 7921/11

7922/4 7933/24 8020/4
**depending [1]** 8005/5
**depends [2]** 8024/12
8024/20
**deploying [1]** 7914/23
**deployment [4]**
7915/22 7919/3 7919/4
7919/12
**deployments [1]**
7915/24
**deputies [5]** 7934/1
7934/2 7934/3 7934/4
7934/24
**deputy [1]** 7930/2
**describe [5]** 7909/9
7917/2 7919/19
7936/19 7938/2
7950/23 7952/13
7953/5 7954/10
7956/25 7963/21
7978/14 7986/23
7987/10 7997/2
**described [4]** 7934/14
7950/14 7965/22
7999/11
**description [1]** 7916/2
**designating [1]**
8031/24
**destroyed [1]** 7998/14
**detachment [2]** 7913/3
7920/6
**detail [12]** 7920/19
7933/15 7951/11
7970/20 7977/16
7977/19 7978/13
7980/7 7981/10
7982/21 7990/24
8032/24
**detailed [2]** 7982/20
7988/11
**detailing [1]** 7940/17
**details [14]** 7909/3
7950/12 7952/2
7961/20 7970/9
7970/13 7977/20
7981/18 7983/2
7986/20 7986/24
7986/25 7987/11
8033/12
**develop [1]** 7937/3
**did [123]** 7904/20
7905/25 7912/9
7912/23 7913/4
7913/10 7915/8 7915/9
7915/13 7915/13
7916/9 7916/8 7918/5
7918/11 7918/16
7918/25 7919/2
7919/10 7919/18
7922/2 7923/4 7923/19
7924/4 7925/3 7925/10
7928/2 7928/6 7928/15
7929/12 7932/10
7933/15 7937/23
7938/11 7941/20
7942/4 7942/7 7942/9
7945/14 7947/2 7948/21

**did... [84]** 7949/10
7949/11 7951/25
7953/25 7955/12
7955/17 7955/21
7956/16 7960/23
7961/22 7962/13
7963/25 7964/15
7965/8 7967/22
7967/25 7968/24
7969/3 7969/15
7970/15 7971/3
7973/21 7974/5
7974/20 7974/22
7975/2 7975/7 7975/9
7975/21 7976/11
7977/3 7978/19
7978/20 7978/25
7980/2 7980/4 7980/11
7981/9 7984/1 7988/17
7990/20 7991/25
7992/23 7993/22
7994/4 7995/14 7996/1
7996/14 7996/17
7996/20 7996/23
7997/15 7997/24
7998/1 7998/24 7999/9
7999/13 7999/15
7999/16 7999/25
7999/25 8001/3
8001/12 8003/12
8007/25 8008/17
8008/23 8009/8
8009/10 8009/16
8009/19 8009/21
8017/22 8017/24
8020/8 8024/15
8024/16 8024/25
8031/15 8034/13
8035/10 8040/13
8042/3 8043/10

**did you [10]** 7912/9
7913/4 7918/11 7919/2
7938/11 7949/11
7974/20 7975/9
7975/21 8007/25

**didn't [56]** 7914/9
7914/11 7914/15
7916/20 7918/6
7918/16 7918/24
7922/14 7922/15
7923/8 7924/7 7928/16
7933/5 7941/2 7941/22
7941/24 7948/8 7948/9
7952/3 7952/7 7955/15
7963/3 7970/4 7972/18
7974/6 7975/9 7977/25
7991/5 7991/18 7996/9
7996/10 7996/10
7999/21 8001/5
8008/16 8015/3 8015/4
8015/10 8019/6
8020/14 8024/2 8024/2
8024/5 8029/8 8031/16
8033/4 8033/7 8035/3
8035/21 8035/22
8036/2 8036/2 8040/12
8041/5 8041/6 8042/5

**die [4]** 7946/24 7947/1
8021/19 8027/23

**difference [3]** 7984/15
8001/25 8020/22

**different [15]** 7910/23
7911/8 7913/18
7913/20 7914/1 7915/2
7922/16 7924/25
7935/24 7941/17
7949/24 8014/25
8020/18 8022/8 8042/9

**differently [1]** 7959/15

**diminished [1]**
7968/19

**dining [1]** 7966/13

**dinner [2]** 7941/9
8035/7

**direct [14]** 7881/4
7905/7 7912/22
7930/15 7947/2
7980/21 8004/15
8017/12 8017/18
8017/21 8018/9
8019/18 8025/16
8039/19

**direction [5]** 7992/23
7993/11 7993/15
7993/16 8007/14

**directly [1]** 7946/16

**Directors [1]** 7930/10

**disagree [1]** 8004/12

**disagreement [1]**
7939/2

**disaster [1]** 7932/16

**discharge [1]** 7923/21

**disclosure [1]** 8003/20

**disconnected [1]**
7883/17

**discuss [6]** 7883/10
7883/14 7883/15
7983/14 8017/24
8043/6

**discussed [3]** 7963/7
7977/1 8017/13

**discussing [1]** 7968/24

**discussion [3]** 7929/21
7930/20 7930/21

**discussions [6]**
7957/21 7957/24
7958/2 7961/15
7961/18 7969/4

**distinctively [1]** 8029/1

**district [1]** 7877/1
7877/1 7877/10 7955/2
7955/5 7955/19
7961/16 7961/19
7968/24 7969/3 7970/1
7975/9 7975/14
7975/21

**division [8]** 7912/17
7912/24 7913/1 7913/6
7913/14 7913/16
7913/20 7914/1

**do [135]** 7906/25
7908/8 7909/6 7909/20
7909/20 7909/21
7910/6 7910/7 7910/9

7911/9 7911/13
7911/16 7912/1 7914/9
7914/15 7919/10
7919/15 7919/21
7920/13 7920/13
7921/17 7921/23
7922/25 7923/2 7923/8
7925/11 7925/20
7927/12 7929/19
7931/19 7932/15
7932/25 7933/12
7934/20 7938/16
7938/17 7939/15
7939/24 7940/4
7940/12 7940/18
7944/23 7945/15
7946/4 7947/6 7947/11
7951/4 7954/21 7956/2
7956/2 7956/10
7957/21 7957/24
7958/2 7959/10 7961/6
7962/2 7962/2 7962/23
7964/18 7967/1
7969/25 7970/10
7970/21 7971/9
7972/22 7976/22
7977/3 7977/21
7978/23 7980/8
7980/14 7980/16
7980/17 7981/23
7982/7 7982/15
7983/22 7983/23
7984/17 7984/18
7984/24 7986/19
7990/2 7991/10
7993/22 7995/14
7996/5 7999/13
8001/25 8002/25
8003/5 8003/6 8003/7
8003/13 8004/13
8004/15 8004/18
8006/18 8006/20
8008/9 8010/12
8010/23 8011/1
8013/16 8014/13
8017/8 8024/23 8026/6
8026/8 8026/23 8027/1
8027/9 8027/18 8028/6
8028/10 8029/4 8029/5
8029/13 8029/22
8030/3 8030/22 8031/8
8031/10 8031/25
8032/10 8033/4 8035/7
8037/12 8037/19
8038/7 8041/2

**do you [8]** 7934/20
7980/8 7980/17
7981/23 7982/7
8010/12 8010/23
8011/1

**Do you know [1]**
7970/21

**Do you recognize [1]**
8006/20

**do you see [13]**
8006/18 8026/6
8026/23 8027/1 8027/9

8029/22 8030/3 8031/8
8031/25 8032/10
8037/19

**docket [1]** 8022/16

**Doctors [1]** 7932/20

**Doctors Without**
**Boarders [1]** 7932/20

**document [3]** 8006/18
8006/20 8007/2

**does [11]** 7909/13
7922/25 7936/6
7946/20 7949/18
7952/24 7971/16
8004/7 8007/18
8022/11 8032/23

**doesn't [4]** 7908/10
7910/17 7910/18
7946/20

**doing [49]** 7882/22
7883/1 7905/11
7907/21 7908/23
7917/16 7919/22
7921/19 7923/21
7924/4 7924/15
7925/25 7926/6
7926/20 7931/16
7933/15 7934/11
7934/14 7935/1 7937/8
7937/10 7939/22
7941/12 7941/25
7942/1 7944/18
7948/10 7948/12
7949/7 7949/8 7949/21
7950/24 7952/6
7958/17 7959/19
7959/23 7960/8
7960/15 7960/22
7961/22 7962/4
7977/14 7977/23
7997/24 7998/3
8000/23 8020/16
8023/23 8033/18

**Don [4]** 7979/16
8032/16 8032/21
8033/12

**Don Siekerman [2]**
7979/16 8032/16

**don't [61]** 7909/15
7917/8 7920/25 7921/1
7922/22 7922/23
7922/24 7942/14
7942/15 7945/13
7947/10 7956/4
7960/17 7960/17
7960/18 7960/20
7962/18 7962/22
7963/17 7965/5
7968/20 7971/10
7972/16 7980/19
7981/4 7981/24 7985/2
7991/12 7994/22
7995/7 7995/9 7998/18
7999/24 8000/2
8000/22 8000/24
8002/22 8004/3 8004/9
8004/12 8004/14
8004/20 8005/11

8029/22 8030/3 8031/8
8031/25 8032/10
8037/19

**docket [1]** 8022/16

**Doctors [1]** 7932/20

**Doctors Without**
**Boarders [1]** 7932/20

**document [3]** 8006/18
8006/20 8007/2

**does [11]** 7909/13
7922/25 7936/6
7946/20 7949/18
7952/24 7971/16
8004/7 8007/18
8022/11 8032/23

**doesn't [4]** 7908/10
7910/17 7910/18
7946/20

**doing [49]** 7882/22
7883/1 7905/11
7907/21 7908/23
7917/16 7919/22
7921/19 7923/21
7924/4 7924/15
7925/25 7926/6
7926/20 7931/16
7933/15 7934/11
7934/14 7935/1 7937/8
7937/10 7939/22
7941/12 7941/25
7942/1 7944/18
7948/10 7948/12
7949/7 7949/8 7949/21
7950/24 7952/6
7958/17 7959/19
7959/23 7960/8
7960/15 7960/22
7961/22 7962/4
7977/14 7977/23
7997/24 7998/3
8000/23 8020/16
8023/23 8033/18

**Don [4]** 7979/16
8032/16 8032/21
8033/12

**Don Siekerman [2]**
7979/16 8032/16

**don't [61]** 7909/15
7917/8 7920/25 7921/1
7922/22 7922/23
7922/24 7942/14
7942/15 7945/13
7947/10 7956/4
7960/17 7960/17
7960/18 7960/20
7962/18 7962/22
7963/17 7965/5
7968/20 7971/10
7972/16 7980/19
7981/4 7981/24 7985/2
7991/12 7994/22
7995/7 7995/9 7998/18
7999/24 8000/2
8000/22 8000/24
8002/22 8004/3 8004/9
8004/12 8004/14
8004/20 8005/11

8029/22 8030/3 8031/8
8031/25 8032/10
8037/19

8019/7 8019/24 8020/1
8024/9 8029/3 8030/18
8031/4 8035/5 8035/9
8035/15 8035/16
8035/24 8036/13
8041/18 8041/19

**Donald [4]** 7953/19
7953/22 7954/11
7954/13

**Donald Trump [4]**
7953/19 7953/22
7954/11 7954/13

**donation [1]** 8008/13

**done [7]** 7910/5
7914/16 7942/21
7968/12 7968/15
7984/4 8003/25

**Doug [27]** 7966/15
7967/2 7967/3 7967/5
7967/24 7968/12
7968/13 8029/7 8036/4
8036/6 8036/8 8036/10
8036/16 8036/16
8036/18 8036/22
8040/21 8040/24
8041/3 8041/11
8041/12 8041/17
8041/21 8042/1 8042/7
8042/11 8042/14

**Doug Smith [8]** 7967/5
8036/4 8036/6 8036/10
8036/22 8040/21
8040/24 8041/11

**Doug's [1]** 7968/5

**Douyon [1]** 8006/15

**down [31]** 7917/13
7918/1 7918/3 7918/7
7918/9 7932/23
7933/11 7936/14
7937/11 7937/19
7939/18 7939/23
7943/2 7948/15
7965/16 7973/20
7973/22 7974/4
7983/13 7985/10
7988/1 8002/19
8006/22 8010/8 8027/4
8028/4 8031/18
8040/17 8041/13
8042/16 8043/6

**downtown [1]** 7964/20

**drain [1]** 7974/18

**draw [1]** 7927/19

**dressed [1]** 7928/14

**drive [4]** 7878/9 7975/2
8029/19 8034/10

**driver [1]** 7962/18

**driving [3]** 7925/23
7925/23 8000/13

**dropped [3]** 7916/19
7916/20 7994/6

**drove [3]** 8033/24
8034/2 8034/4

**dry [1]** 8005/16

**DT [1]** 7924/18

**dues [2]** 8019/5 8019/7

**duly [1]** 7984/12

**D**

**during [16]** 7916/3
7916/19 7925/6 7938/6
7947/18 7952/1
7952/10 7963/5
7963/23 7964/7
7968/23 7969/2
7988/20 8015/19
8015/23 8022/12
**duties [2]** 7924/15
7925/1
**duty [3]** 7915/10
7915/16 7947/22
**DynCorp [1]** 7922/24

**E**

**each [4]** 7972/25
7977/9 8028/15
8028/22
**earlier [1]** 8017/9
**earliest [1]** 7948/17
**early [14]** 7919/14
7923/20 7938/9
7938/12 7960/2 7960/4
7978/3 7978/4 7984/3
7984/15 7984/17
7984/19 7991/13
8029/11
**ears [1]** 7918/19
**eat [1]** 7999/2
**eating [1]** 8026/25
**Edmund [1]** 7879/2
**education [1]** 7925/9
**Edward [3]** 7878/10
7882/9 7882/14
**Edward Tarpley [1]**
7882/14
**Edwards [2]** 7877/16
7882/11
**edwardtarpley [1]**
7878/12
**effort [1]** 7960/8
**efforts [3]** 7936/15
7938/12 8017/25
**eight [3]** 7924/14
7982/4 7988/6
**either [4]** 7883/14
7883/18 7917/9
7945/13
**election [6]** 7947/14
7947/15 7947/16
7947/19 7947/20
7969/5
**Electoral [1]** 7958/3
**electors [2]** 7996/21
8001/23
**elevator [1]** 8041/13
**eligible [1]** 7923/3
**Ellipse [5]** 7987/2
7987/8 7987/16
7988/18 7989/2
**ELMER [3]** 7877/6
7878/2 7882/7
**Elmer Stewart Rhodes
III [1]** 7882/7
**else [10]** 7906/2
7922/4 7925/22
7941/17 7951/22

7985/2 7997/13
8023/25
**Email [9]** 7877/18
7877/19 7878/5 7878/9
7878/12 7878/16
7879/5 7879/9 7879/14
**Empire [1]** 7879/13
**employed [2]** 7908/18
7925/1
**employer [1]** 8024/21
**employment [2]**
7923/19 8024/1
**encryption [1]** 7971/2
**end [9]** 7922/14
7922/15 7922/18
7973/17 7973/23
7974/6 7974/7 7985/19
7986/14
**ended [6]** 7919/4
7939/25 7945/21
7991/7 8004/13
8004/18
**enforcement [4]**
7934/15 7934/21
7937/22 7970/12
**engage [1]** 7911/22
**engaged [3]** 7918/10
7933/16 7933/20
**engineers [1]** 7918/19
**enlisted [5]** 7912/10
7912/11 7912/14
7912/16 7914/22
**enough [8]** 7908/11
7942/2 7990/2 8035/22
**enter [1]** 7996/17
**entered [3]** 7904/15
7954/22 7986/6
**entire [1]** 7985/8
**entitled [1]** 8004/11
**entry [2]** 7912/20
7954/1
**EP [3]** 7998/7 7998/7
7998/9
**equipment [1]** 7998/14
**escort [2]** 7990/20
7997/14
**especially [1]** 8028/13
**essentially [2]** 7939/19
7952/16
**estimate [1]** 7987/23
**ET [1]** 7877/6
**evaluation [1]** 7910/5
**even [13]** 7909/15
7910/16 7940/11
7943/13 7955/9
7972/16 7972/18
7990/18 7991/7
8015/10 8017/25
8033/4 8042/10
**evening [1]** 7883/9
**event [9]** 7939/13
7946/4 7946/8 7947/6
7949/22 7979/7
7979/11 7990/20
8035/11
**events [10]** 7931/25
7947/22 7960/9 7970/1

7999/10 8003/1
8005/22 8005/23
**ever [9]** 7907/7
7945/15 8001/16
8001/19 8001/22
8002/3 8002/9 8002/13
8020/7
**every [13]** 7910/23
7912/18 7914/1 7918/9
7925/12 7964/20
7972/15 7974/3 7974/4
8019/3 8024/14
8041/24 8042/6
**everybody [29]**
7882/22 7882/23
7883/23 7935/12
7935/12 7935/13
7935/13 7935/23
7936/14 7940/5
7954/19 7966/23
7967/24 7968/4 7968/6
7968/13 7971/20
7975/16 7978/2 7981/4
7983/8 7983/18
7983/20 7984/7
7987/16 7994/15
7997/21 8013/1
8023/25
**everyone [6]** 7882/2
7882/21 7883/7
7904/17 7985/2 7986/7
**everything [7]** 7947/20
7958/21 7977/15
7984/3 7988/14
7991/12 8002/23
**everywhere [1]**
7935/24
**evidence [10]** 8007/5
8007/11 8021/5 8021/6
8026/18 8029/15
8029/19 8032/3 8032/6
8037/3
**exact [4]** 7921/20
7923/1 7923/1 7947/10
**exactly [1]** 7960/20
7992/21 8007/16
**exam [1]** 8004/18
**examination [18]**
7905/7 7930/16 7947/2
7984/8 8004/8 8004/10
8004/25 8006/1
8006/10 8012/16
8012/17 8017/22
8018/6 8018/9 8018/10
8019/18 8025/17
8039/19
**examine [2]** 8006/2
8017/23
**excessive [1]** 8022/15
**Exclusively [1]** 7906/4
**excuse [4]** 7883/19
7975/12 8012/10
8043/1
**executive [2]** 7932/15
7998/10
**executive-protection
[1]** 7932/15

8007/11 8010/9
8026/13 8026/18
8029/16 8029/19
8032/6 8039/16
**Exhibit 1653 [1]**
7990/1
**Exhibit 9110 [1]**
8039/16
**Exhibit 9214 [1]**
8026/13
**EXHIBITS [2]** 7881/8
7881/13
**exit [1]** 7883/23
**exited [2]** 7983/12
8043/4
**expectancy [1]**
7918/22
**expecting [1]** 8030/10
**experience [5]** 7948/20
7948/21 7958/8
7958/18 7966/16
**explain [1]** 7931/19
**explained [1]** 7907/24
**explicit [1]** 8002/1
**explode [2]** 7916/20
7918/6
**explosions [1]** 8020/20
**extend [1]** 7936/24
**extensive [2]** 7948/20
7958/8
**extensively [1]**
8017/24
**extent [1]** 7951/25

**F**

**face [2]** 7966/5
7968/11
**fact [4]** 7948/11
8005/14 8017/25
8040/23
**fair [8]** 7908/11
7917/20 7918/11
7918/15 7920/21
7942/2 7943/9 7947/13
**fairly [1]** 8026/8
**fall [3]** 7938/12
7938/12 7943/9
**familiar [6]** 7919/19
7946/5 7957/13 7973/5
7973/6 7990/2
**far [4]** 7957/17 7987/3
8020/16 8036/15
**farm [24]** 7956/9
7956/16 7956/17
7957/22 7957/24
7958/2 7958/15
7967/13 7967/22
7982/13 7982/17
8003/15 8003/16
8003/18 8004/20
8005/7 8005/15
8005/21 8011/12
8011/14 8011/17
8011/22 8014/1
8036/17
**fashion [1]** 8004/13
**fast [1]** 8000/5

**features [1]** 8038/5
**February [1]** 8001/5
**Federal [1]** 7919/25
**feel [3]** 7904/18
7919/15 7948/21
**felt [5]** 7948/13 7980/5
8015/11 8016/13
8019/1
**few [5]** 7931/2 7957/16
7971/8 8000/20
8016/10
**field [1]** 7909/4
**Fifth [2]** 7906/22
7908/1
**Fifth Amendment [1]**
7906/22
**fight [7]** 7966/2 8020/1
8021/19 8022/2 8022/6
8022/9 8029/7
**fighter [2]** 8031/7
8031/12
**fighting [6]** 7992/4
7992/13 7992/15
7993/7 8019/25 8020/6
**fights [1]** 8019/22
**figure [2]** 7942/21
7988/16
**filled [1]** 7952/6
**final [1]** 8001/14
**finally [3]** 7994/4
7994/9 8001/1
**find [3]** 7918/8 7918/24
8013/1
**fine [4]** 7942/13
7984/20 7985/22
7985/24
**finish [1]** 8022/25
**finished [2]** 7924/6
7924/7
**firearm [9]** 7926/12
7932/2 7935/14 7936/8
7975/4 8024/7 8030/25
8034/3 8034/13
**firearms [5]** 7925/16
7931/21 7931/21
7932/7 7931/25
**first [17]** 7928/2
7949/13 7956/18
7969/25 7975/21
7991/25 7994/1
7994/16 7994/20
8004/2 8010/9 8011/8
8011/12 8012/8 8012/9
8033/2 8042/13
**Fischer [4]** 7879/11
7879/12 7882/18
8005/3
**fischerandputzi [1]**
7879/15
**fishing [1]** 7935/7
**five [6]** 7882/19
7906/19 7907/1
7957/19 7980/19
7988/6
**flashes [1]** 7997/23
**flat [1]** 8029/6
**flat-out [1]** 8029/6

**F**

flesh [1] 7928/21
Florida [10] 7967/20
7978/6 7982/3 7982/4
7982/9 7982/21
7985/10 7987/18
7988/6 8036/25
flying [4] 7985/15
7985/16 8034/2 8034/4
Flynn [3] 7960/9
7960/10 7960/11
follow [1] 7962/22
followers [1] 7968/7
following [1] 8021/11
food [2] 8035/13
8035/18
force [10] 7913/22
7916/4 7916/18 7925/3
7925/17 7925/17
7925/18 7925/18
7952/15 8041/6
forcefully [3] 7953/11
7953/12 7953/19
foregoing [1] 8044/3
form [7] 7907/14
7907/15 7930/15
8008/23 8008/24
8008/25 8019/8
formally [1] 7925/2
format [1] 7937/8
formations [1] 7961/8
Former [1] 7960/12
FormerFeds [1] 7879/7
formerfedsgroup.com
[1] 7879/10
Fort [6] 7913/2 7913/3
7913/11 7913/12
7913/17 7913/18
forth [2] 7977/13
7994/7
forward [7] 7917/20
7927/25 7932/11
7949/10 7999/9
8037/21 8038/17
fought [1] 7912/18
four [3] 7957/19
7984/22 8016/14
frankly [1] 8006/1
freely [1] 7906/21
friend [6] 7929/14
7929/20 7930/21
7944/23 8025/24
8026/1
fritz [1] 8036/16
front [13] 7878/15
7882/24 7951/10
7951/17 7968/3 7968/6
7976/6 7977/6 7990/7
7990/8 7990/12
7997/21 8006/18
frontline [1] 8027/25
fucked [2] 7941/15
8041/2
fucking [5] 7954/19
7957/2 7963/11
7993/10 8000/12
full [3] 7905/13
7992/14 8003/20

**G**

funny [3] 7921/15
8041/25 8042/4
further [5] 7937/3
7999/19 8003/3
8008/15 8012/14

**G**

G-r-e-e-n-e [1] 7905/16
Garden [1] 7999/14
gas [1] 8041/22
gate [2] 7964/25
7965/10
gather [2] 7993/4
7993/6
Gator [1] 8037/4
gave [4] 7922/20
7977/19 8009/11
8025/3
gear [2] 7975/25
7976/9
general [4] 7938/16
7960/12 7988/2 8009/6
generalized [1]
7955/18
generally [6] 7920/16
7921/19 7921/20
7924/5 7948/14 8029/5
gentleman [1] 7981/23
gentlemen [4] 7904/18
7958/14 8007/15
8042/25
Georgia [1] 7913/9
get [49] 7904/22
7906/7 7909/5 7909/18
7909/19 7909/22
7909/23 7911/14
7916/17 7916/21
7916/21 7919/13
7921/14 7931/12
7952/23 7953/22
7954/12 7974/9
7974/20 7978/2 7978/2
7978/4 7978/7 7978/8
7984/3 7985/9 7992/5
7992/13 7992/16
7993/24 7994/22
7994/25 7995/8
7995/20 7995/24
7997/22 8000/24
8002/21 8004/19
8008/22 8013/3
8015/14 8017/4
8018/25 8019/16
8019/18 8019/19
8026/24 8031/16
gets [2] 8005/6
8019/15
getting [9] 7931/20
7935/4 7948/6 7957/3
7963/13 7995/5
8020/21 8028/18
8035/9
Geyer [2] 7879/7
7882/16
gig [2] 7921/11 7998/7
give [6] 7916/2
7939/19 7941/1

7961/7
given [7] 7883/13
7883/14 7977/16
7993/11 7993/15
7993/16 8018/14
gives [1] 8021/21
giving [1] 8009/1
Glen [1] 7879/13
Global [1] 7922/22
gmail.com [1] 7878/9
go [107] 7883/10
7883/16 7905/17
7905/25 7912/2 7912/6
7912/19 7913/4 7913/5
7913/6 7913/9 7913/12
7913/23 7913/24
7914/4 7914/8 7914/11
7914/14 7914/15
7914/18 7915/9
7915/16 7916/18
7916/21 7917/8 7917/9
7917/12 7917/24
7918/2 7918/7 7918/9
7921/8 7921/10
7921/16 7924/4 7925/7
7925/13 7927/7
7927/10 7932/4
7933/23 7935/22
7939/19 7939/23
7940/12 7941/17
7943/2 7944/3 7945/7
7957/4 7967/22
7969/15 7973/10
7973/15 7974/4 7974/7
7974/22 7987/17
7989/2 7991/17
7991/18 7991/19
7993/11 7993/15
7993/16 7993/17
7993/18 7994/2
7995/13 7996/14
7998/24 7999/15
7999/16 8001/4 8001/5
8001/12 8002/3 8002/9
8002/17 8004/4
8009/21 8020/2 8021/3
8021/14 8022/11
8025/6 8025/11
8025/15 8027/11
8028/4 8029/9 8030/1
8030/5 8030/13
8030/21 8031/2 8031/5
8031/10 8031/21
8032/20 8033/10
8033/20 8037/14
8038/17 8039/16
8041/21 8042/18
goal [2] 7913/4 7984/4
goes [2] 7984/11
8036/16
going [98] 7883/16
7883/16 7883/19
7907/2 7907/16
7908/13 7908/21
7908/23 7909/13
7911/17 7912/15
7912/19 7912/21

7916/8 7917/25 7918/2
7918/2 7922/6 7925/8
7925/15 7926/1 7926/4
7926/6 7931/13 7940/5
7941/12 7941/12
7941/16 7941/21
7943/4 7945/12
7954/12 7954/18
7956/24 7957/18
7960/9 7961/11
7962/21 7963/2 7963/8
7963/17 7963/22
7970/4 7970/11
7977/10 7978/25
7979/7 7979/19 7980/6
7980/17 7982/5 7983/4
7985/10 7986/25
7987/14 7987/16
7987/18 7987/19
7989/10 7989/20
7991/6 7992/17
7993/25 7994/1 7994/7
7994/10 7994/12
7995/11 7995/16
7995/18 7997/21
8000/4 8002/17
8002/18 8002/20
8003/13 8003/16
8003/20 8010/21
8015/19 8017/8 8022/2
8022/2 8025/11
8027/22 8027/23
8028/21 8028/23
8029/2 8029/25 8030/7
8030/8 8030/9 8031/14
8036/4 8037/22
going on [1] 7908/21
gone [2] 7952/21
8000/7
good [16] 7882/4
7882/21 7904/24
7905/10 7918/23
7918/24 7937/21
7968/6 7989/7 8012/19
8012/20 8025/24
8026/1 8031/12
8033/14 8042/22
good morning [2]
7882/21 7905/10
got [67] 7905/19
7909/18 7909/18
7911/11 7912/3 7912/7
7912/17 7913/2 7913/3
7915/9 7915/11
7916/22 7918/20
7919/12 7919/13
7922/13 7922/13
7922/14 7923/20
7923/22 7926/10
7926/11 7929/15
7931/8 7931/18 7933/5
7934/9 7938/21
7940/11 7948/19
7950/3 7951/1 7953/21
7962/17 7968/9
7968/12 7969/24
7970/18 7971/24

7976/4 7977/17 7978/4
7979/6 7979/24 7989/9
7989/19 7991/14
7992/11 7995/1 7995/2
7995/9 7995/16
7998/23 8000/13
8011/13 8016/1 8022/6
8022/14 8025/5 8027/7
8028/19 8034/11
8034/16 8035/4
8035/12
GoToMeeting [7]
8017/16 8018/21
8018/24 8018/25
8021/3 8021/8 8025/6
GoToMeetings [1]
8018/24
government [16]
7877/14 7882/12
7883/11 7883/21
7919/25 7920/14
7923/2 7925/13 7926/9
7926/9 7987/3 8020/3
8020/3 8026/13
8029/15 8032/2
GOVERNMENT'S [5]
7881/15 7990/1
8026/18 8029/19
8032/6
Governor [1] 7879/12
graduate [1] 7924/7
grand [1] 8024/25
grateful [1] 8009/16
Greene [20] 7904/25
7905/4 7905/6 7905/10
7905/16 7907/5
7907/18 7983/13
7989/25 7991/25
8005/1 8006/12
8006/13 8017/16
8020/5 8020/24 8021/9
8032/23 8038/5 8043/5
Greg [24] 7929/14
7929/20 7930/4 7930/5
7930/20 7931/16
7932/13 7932/25
7933/1 7933/12
7933/17 7936/22
7938/14 7938/21
7939/2 7940/12
7943/10 7959/16
8008/25 8009/8 8009/9
8009/23 8009/24
8009/25
Greg McWhirter [1]
8009/25
grid [1] 7916/17
ground [6] 7909/5
7941/14 7942/3
7981/18 7987/11
7987/24
grounds [2] 7977/8
8007/6
group [20] 7919/19
7922/23 7923/7 7923/8
7923/9 7927/16 7928/2
7931/9 7937/5 7937/10

**group... [10]** 7959/9
7971/17 7971/19
7998/13 8024/14
8024/15 8029/2 8029/2
8032/13 8041/21
**group's [1]** 8036/25
**grouping [1]** 7914/3
**groupings [1]** 7916/16
**groups [5]** 7923/15
7923/17 7929/7 7971/6
8028/16
**Guard [4]** 7959/7
7959/8 7959/9 7960/7
**guess [4]** 7960/8
7985/13 7985/19
7997/16
**gun [8]** 7928/7 7928/8
7928/13 7928/22
7930/23 7930/25
7935/23 8025/12
**guns [1]** 8020/19
**guy [37]** 7912/25
7914/18 7921/1
7921/11 7921/12
7930/7 7931/4 7937/8
7943/3 7956/12
7956/13 7957/15
7960/7 7965/24
7965/25 7966/2 7966/2
7966/3 7966/5 7966/22
7966/25 7970/11
7975/24 7976/4 7976/8
7976/14 7978/5
7981/20 7982/1
7998/21 8022/8
8022/11 8024/16
8024/16 8041/12
8041/14 8042/15
**guy's [1]** 7955/24
**guys [68]** 7913/11
7916/10 7916/22
7917/8 7928/7 7928/14
7928/17 7928/22
7931/2 7932/15 7935/3
7935/6 7935/6 7937/6
7937/9 7937/18
7940/24 7941/9
7942/10 7942/16
7942/19 7943/24
7943/25 7949/25
7953/11 7953/16
7958/5 7958/17
7958/19 7959/7 7959/9
7960/7 7961/14
7962/18 7962/20
7963/17 7964/19
7964/22 7965/12
7965/13 7966/1 7966/2
7967/15 7968/4 7978/4
7978/6 7979/5 7980/9
7981/3 7982/3 7987/18
7987/19 7988/6 7988/7
7988/8 7988/9 7988/21
7989/13 7989/21
7991/1 7992/4 7993/25
7996/12 7998/6
8022/13 8022/15

**H**

**Habits [2]** 7946/24
7947/1
**had [105]** 7909/10
7912/18 7913/11
7914/11 7915/16
7915/24 7916/17
7922/6 7927/11
7929/14 7930/20
7931/4 7931/13 7933/3
7933/3 7935/3 7935/4
7935/5 7935/13 7937/6
7937/7 7937/9 7938/3
7940/6 7940/9 7940/9
7940/18 7943/3 7943/5
7943/11 7944/22
7945/10 7949/24
7951/5 7951/9 7951/9
7952/4 7952/8 7954/1
7957/2 7957/2 7957/15
7957/15 7957/17
7959/3 7959/7 7964/5
7966/22 7972/2 7973/8
7973/11 7974/1 7974/2
7974/8 7976/5 7976/14
7977/11 7977/16
7978/4 7978/5 7978/6
7978/17 7980/7
7980/10 7980/10
7980/13 7980/19
7980/25 7981/19
7982/1 7982/4 7982/10
7986/25 7987/18
7988/5 7988/6 7988/6
7988/7 7988/15
7989/16 7990/19
7990/23 7990/24
7990/24 7991/16
7991/22 7993/3
7993/25 7996/8 7998/4
8000/6 8000/7 8005/21
8008/13 8017/12
8023/17 8023/23
8024/6 8026/6 8026/9
8028/13 8033/12
8033/14 8035/13
8036/8
**hadn't [2]** 7996/9
7998/19
**Hamilton [1]** 7974/23
**Hampton [1]** 7974/24
**hand [2]** 7905/1 7952/8
**handgun [3]** 7931/23
7975/7 8034/14
**handguns [2]** 7931/22
7931/24
**handle [1]** 7931/24
**handwriting [1]**
8006/25
**hang [3]** 7883/7 7997/8
8005/3
**hanging [1]** 7928/25
**happen [5]** 7922/21
7940/5 8028/5 8028/11
8030/8
**happened [8]** 7940/2

7966/22 7967/14
7998/12 8020/23
8036/17
**happening [3]** 7992/1
7992/2 8012/21
**happens [1]** 8029/3
**happy [6]** 7934/22
7934/22 8002/19
8004/13 8040/12
8040/14
**hard [2]** 7946/24
7947/1
**harder [2]** 7971/1
7971/1
**Harrelson [5]** 7879/7
7882/8 7882/16
8038/23 8039/11
**Harrington [1]** 8030/17
**Harris [1]** 7924/18
**Harrisburg [1]** 7878/15
**Harvey [3]** 7932/17
7932/21 7933/7
**has [14]** 7908/12
7912/18 7912/18
7913/17 7913/18
7914/1 7952/21
7980/14 8002/24
8003/15 8003/25
8004/4 8015/13
8024/13
**hash [1]** 7973/22
**hasn't [7]** 8005/18
8005/20 8005/22
8005/23 8006/2
8017/13 8017/17
**hat [1]** 7932/6
**haul [1]** 8031/4
**Haun [1]** 8032/13
**have [118]** 7882/23
7904/16 7904/20
7905/21 7906/12
7909/10 7909/12
7909/14 7909/22
7909/24 7910/9
7910/21 7911/6 7911/9
7911/9 7911/11
7911/14 7913/2
7913/20 7914/13
7914/16 7915/24
7916/21 7917/24
7921/7 7921/8 7925/9
7926/8 7926/10
7926/12 7927/10
7928/15 7932/10
7932/11 7934/22
7936/4 7938/12 7940/3
7940/3 7941/20 7942/7
7942/9 7943/4 7945/15
7948/22 7951/11
7951/15 7951/16
7951/16 7954/1 7954/1
7954/1 7954/8 7954/14
7954/18 7958/9
7962/16 7963/14
7963/17 7966/20
7971/3 7971/18
7971/24 7972/16

7973/10 7973/19
7974/2 7974/2 7974/3
7974/4 7974/16 7975/7
7977/17 7977/25
7979/4 7980/2 7981/3
7981/9 7984/22
7984/22 7984/24
7985/7 7991/11 7993/3
7996/2 8000/3 8000/23
8001/3 8002/13
8002/15 8003/5 8005/7
8005/16 8007/19
8007/20 8008/21
8009/16 8012/2 8012/3
8012/4 8012/5 8015/10
8016/12 8018/15
8019/3 8023/7 8024/6
8026/14 8027/3
8028/16 8031/12
8034/11 8035/21
8035/22 8035/24
8036/3
**having [12]** 7939/2
7943/10 7943/16
7994/13 7994/15
7999/19 8003/23
8026/15 8033/5 8035/7
8035/18 8042/3
**he [201]**
**he said [4]** 7965/4
7980/13 7995/17
8005/11
**he'd [4]** 7931/13
7954/14 7976/20
8016/15
**He'll [2]** 7985/12
7985/13
**he's [30]** 7930/5
7931/6 7955/24
7967/20 7968/9 7968/9
7980/14 7985/10
7985/15 8005/19
8013/17 8017/7 8017/9
8018/14 8019/2
8024/14 8024/21
8024/22 8024/23
8025/25 8027/3
8030/14 8031/7
8032/14 8033/5 8039/7
8041/14 8041/23
8041/23 8041/24
**head [1]** 7932/24
**heading [1]** 7988/23
**health [1]** 7963/14
**hear [5]** 7953/25
7968/24 7969/4 7996/9
7996/10
**heard [11]** 7905/21
7907/1 7908/12
7916/24 7922/24
7953/16 7969/25
7996/9 8021/11
8025/10 8036/14
**heaviest [1]** 7980/5
**held [2]** 7909/11
**hell [1]** 7992/14
**Helmand [1]** 7924/14

**help [22]** 7912/25
7932/15 7933/22
7933/23 7934/22
7940/7 7941/3 7941/6
7941/18 7945/21
7946/18 7952/22
7952/22 7953/23
7954/15 7958/19
7958/20 7970/8
7977/17 7977/25
7995/5 8033/12
**helped [3]** 7942/19
8041/4 8042/10
**helping [2]** 7934/3
7935/6
**her [14]** 7945/1
7946/17 7946/18
7948/1 7948/7 7948/15
7948/17 7948/22
7949/5 8010/18
8014/13 8017/11
8017/19 8018/4
**here [25]** 7906/10
7906/12 7906/14
7979/4 7984/3 7985/9
7985/11 7985/14
7990/8 7990/16
7990/19 7992/25
7996/3 7997/17
7997/20 7997/21
8013/6 8013/16
8014/13 8029/13
8032/10 8032/12
8038/7 8039/4 8040/12
**hey [12]** 7938/16
7948/17 7980/13
7992/3 7996/3 8012/20
8015/12 8024/21
8024/23 8026/24
8029/2 8041/14
**high [3]** 7912/15
7914/10 7920/18
**high-threat [1]** 7920/18
**higher [1]** 7920/22
**Highway [1]** 7879/12
**Hill [3]** 7992/1 7992/2
7999/7
**him [78]** 7931/1 7931/4
7936/22 7936/25
7938/21 7939/2
7939/18 7939/20
7941/19 7946/18
7948/19 7951/8
7953/25 7959/4 7959/6
7960/22 7961/13
7966/3 7966/4 7966/4
7968/3 7968/6 7968/10
7976/10 7976/11
7976/15 7980/11
7980/12 7981/24
7982/14 7982/15
7982/17 7984/9 7985/9
7988/7 7989/19
7993/25 7994/1 7994/2
7994/3 7994/10
7994/10 7999/25
8000/3 8000/23
8000/23 8000/25

**him... [31]** 8001/1
8003/13 8003/22
8003/22 8004/14
8004/15 8004/16
8005/9 8005/17
8005/23 8006/2
8008/13 8013/16
8014/3 8024/8 8025/3
8030/2 8030/6 8030/21
8033/6 8035/6 8036/13
8036/16 8036/19
8038/22 8038/25
8039/2 8039/4 8041/13
8041/16 8042/16
**himself [1]** 8041/9
**hire [1]** 7911/2
**hired [1]** 7950/21
**hiring [1]** 8010/3
**his [35]** 7931/8 7942/9
7944/24 7949/25
7951/2 7956/11 7966/5
7966/25 7968/4 7968/7
7968/8 7968/11
7968/14 7978/5 7980/9
7980/24 7984/8 7989/1
7995/18 8004/9
8008/14 8014/1
8017/21 8017/24
8018/9 8021/23 8025/5
8030/14 8036/20
8037/18 8041/12
8041/24 8042/15
8042/16 8042/16
**his people [1]** 7968/8
**hisself [1]** 7936/22
**history [2]** 7912/7
7964/3
**hit [3]** 7966/3 7974/7
8002/20
**hitch [1]** 7958/21
**hole [1]** 7951/17
**home [2]** 7969/16
8000/13
**Homeland [1]** 8020/4
**Honor [23]** 7882/4
7883/5 7883/11
7883/12 7904/24
7910/15 7934/18
7984/12 7989/22
8003/3 8003/6 8004/22
8005/2 8005/5 8005/13
8006/4 8006/8 8017/4
8017/7 8026/15
8039/14 8042/23
8043/17
**HONORABLE [1]**
7877/9
**Hood [2]** 7913/17
7913/18
**hooked [1]** 7959/7
**hope [2]** 7882/21
7941/4
**hopefully [1]** 7963/12
**hospital [1]** 7963/24
**hosted [1]** 8005/21
**hot [1]** 7921/17
**hotel [16]** 7948/7

7989/10 7991/17
7991/18 7991/19
7994/11 7995/18
7998/25 7999/1 7999/2
8034/17 8034/19
8035/12 8035/14
**hotels [1]** 7966/12
**hotmail.com [1]**
7879/15
**hour [2]** 7991/5
7994/25
**hours [2]** 7977/12
7984/22
**house [13]** 7953/12
7953/18 7954/12
7954/16 7954/18
7955/24 7956/2 7956/4
8011/2 8011/5 8011/10
8011/11 8011/20
**housekeeping [1]**
7906/7
**Houston [1]** 7932/23
**how [54]** 7905/10
7905/11 7906/18
7907/2 7908/16 7912/2
7912/6 7914/21
7915/22 7915/24
7919/2 7920/24
7923/19 7924/13
7928/6 7929/12 7931/6
7931/23 7931/24
7935/9 7937/11
7938/16 7939/20
7942/3 7942/21
7943/25 7957/5
7957/16 7961/9
7961/10 7962/13
7969/10 7971/9
7972/24 7976/11
7977/22 7981/1 7981/2
7987/23 7998/16
8000/23 8001/10
8002/20 8008/9
8020/16 8021/24
8021/25 8022/1
8024/12 8024/15
8024/20 8028/5
8028/11 8042/20
**huge [1]** 8020/22
**Hughes [2]** 7877/15
7882/11
**huh [21]** 7925/19
7926/19 7927/14
7930/6 7956/21
7964/21 7968/18
7969/18 7978/18
7982/16 7993/2 7999/4
8011/24 8012/13
8014/2 8026/7 8027/2
8028/7 8029/14
8029/23 8038/11
**Hunter [1]** 7913/24
**hurricane [6]** 7932/17
7932/21 7933/7
7936/14 7938/11
7943/11
**Hurricane Harvey [3]**
7933/7

**I**

**I am [1]** 7883/5
**I apologize [4]** 7909/13
7917/3 7980/16
7989/15
**I appreciate [1]**
8027/14
**I believe [1]** 7951/10
**I can [5]** 7914/18
7914/19 7971/19
7977/9 8007/14
**I can't [2]** 7992/20
7992/21
**I did [7]** 7915/9
7918/16 7918/25
7975/7 7978/20 7980/4
8009/21
**I didn't [5]** 7922/14
7948/9 7952/7 7972/18
8015/10
**I don't [14]** 7945/13
7960/17 7960/17
7971/10 7981/4 8000/2
8000/24 8004/3 8004/9
8004/12 8004/20
8017/10 8019/7
8035/15
**I gave [1]** 8025/3
**I have [2]** 7909/12
8026/14
**I know [3]** 7969/24
8011/19 8035/6
**I mean [40]** 7913/23
7915/14 7917/5
7917/10 7925/23
7930/22 7937/5
7937/17 7941/15
7941/15 7942/13
7947/18 7949/3
7959/10 7965/23
7965/25 7966/12
7968/5 7971/11
7976/20 7979/10
7980/12 7982/13
7988/5 7992/12
7992/16 7993/9
7998/18 7998/25
8000/4 8002/13
8002/13 8005/19
8016/10 8022/5
8024/12 8024/20
8028/12 8029/1
8035/10
**I sent [1]** 7995/21
**I stood [1]** 8020/15
**I think [29]** 7931/1
7933/24 7935/10
7937/19 7938/22
7939/2 7945/13 7960/2
7963/5 7967/15
7974/23 7975/7
7975/23 7977/6
7979/24 7980/19
7982/3 7987/15 7988/5
7989/14 7989/19

7933/7
8004/20 8005/16
8018/8 8035/3 8043/13
**I thought [2]** 8011/19
8012/5
**I told [2]** 7931/1 7994/9
**I want [2]** 7927/25
8003/12
**I wanted [2]** 7913/9
7914/14
**I was [21]** 7912/19
7913/21 7914/13
7914/22 7915/14
7916/11 7919/11
7921/1 7926/22
7930/25 7938/5 7942/1
7947/18 7960/6
7974/11 7976/21
7988/22 8000/13
8000/24 8024/4
8024/18
**I went [10]** 7912/17
7915/2 7915/16
7915/20 7922/16
7923/22 7924/8
7974/23 7975/23
7976/10
**I will [1]** 7985/9
**I won't [1]** 8003/22
**I worked [1]** 7923/9
**I'd [7]** 7906/7 7912/6
7926/25 7927/1 7974/7
7989/19 8005/9
**I'll [9]** 7883/23 7910/6
7934/18 7983/14
8003/22 8004/10
8013/3 8018/10
8018/15
**I'm [45]** 7883/16
7883/19 7905/11
7905/12 7908/13
7908/19 7909/13
7910/2 7910/4 7912/25
7912/25 7914/23
7917/2 7919/19 7923/9
7939/7 7941/23
7946/11 7946/25
7949/8 7949/15
7957/16 7963/13
7978/15 7980/16
7985/22 8003/13
8003/16 8003/20
8005/25 8017/8 8019/2
8019/6 8019/7 8019/25
8022/15 8022/16
8022/16 8022/25
8026/15 8036/12
8036/15 8036/24
8041/11 8041/17
**I'm going [5]** 7883/16
7883/19 7912/25
8003/20 8017/8
**I'm just [1]** 8003/16
**I'm not [4]** 7912/25
8019/2 8019/7 8036/12
**I'm sorry [7]** 7914/23
7939/7 7941/23
7946/11 7949/15

**I'm sure [1]** 8022/15
**I've [6]** 7911/19
7916/24 7923/7
7923/18 7984/6
7998/22
**ID [5]** 7913/17 7913/19
8013/21 8014/22
8039/12
**idea [1]** 7968/6
**ideas [1]** 7939/9
**identification [5]**
8013/9 8013/19 8014/6
8014/19 8039/11
**identified [1]** 7906/15
**identify [1]** 8007/20
**IDs [1]** 7916/23
**IED [1]** 8020/21
**IEDs [4]** 7917/11
7917/13 7918/3 7918/9
**III [3]** 7877/6 7878/2
7882/7
**ilk [1]** 7928/23
**immediate [1]** 8032/19
**implement [1]** 7927/23
**implementing [2]**
7927/20 7927/22
**implicated [1]** 8004/21
**implicit [4]** 8001/25
8002/4 8002/10
8002/25
**implied [2]** 8002/23
8017/9
**important [2]** 8015/5
8015/7
**improve [1]** 7939/20
**incident [4]** 8036/17
8040/23 8041/11
8042/9
**included [1]** 8023/14
**including [1]** 8019/2
**incrimination [2]**
7906/23 7908/2
**inculpate [2]** 8004/7
8005/19
**inculpated [1]** 8018/9
**inculpates [1]** 8005/20
**inculpatory [1]** 8004/3
**INDEX [3]** 7881/2
7881/8 7881/13
**Indiana [11]** 7908/7
7908/15 7910/7 7911/4
7911/8 7928/10
7929/21 7929/23
7933/11 7955/17
8001/13
**Indianapolis [11]**
7908/7 7908/15
7928/12 7928/13
7929/22 7929/25
7942/25 7943/2
7969/17 7999/17
8033/24
**indicted [5]** 7906/15
7907/7 7908/22
7909/10 8022/16
**indictment [3]** 7907/19
7907/22 7911/22

8056

**I**

**individual [1]** 7930/8
**individuals [1]** 8003/23
**infantry [4]** 7913/1
7913/19 7916/10
7917/25
**inflaming [1]** 8040/9
**influx [1]** 7916/4
**information [1]**
8008/10
**informing [1]** 8033/18
**inherently [1]** 7918/14
**initially [1]** 7982/14
**install [1]** 7909/4
**instant [1]** 7994/24
**instead [4]** 7914/14
7917/13 8034/2 8034/4
**instruction [1]** 8043/6
**instructor [1]** 7932/7
**instructors [1]** 7932/2
**insurrection [2]**
7954/14 7957/25
**Insurrection Act [1]**
7954/14
**integral [1]** 7971/14
**integrated [1]** 7951/3
**Intel [2]** 8016/4 8016/7
**Intel Leadership [1]**
8016/4
**intent [1]** 8003/23
**interaction [1]** 7959/2
**interactions [7]**
7932/11 7933/3 7938/3
7938/13 7942/7 7942/9
7944/5
**interested [4]** 7927/20
7927/22 7929/8
7931/15
**interests [1]** 8034/9
**International [1]**
8002/18
**Internet [1]** 7994/23
**interrupt [4]** 7909/14
7910/10 7983/4
8042/21
**interrupting [2]**
7980/16 7989/15
**interviewers [1]**
8021/23
**introduced [2]** 7936/21
7936/22
**invasion [1]** 7916/19
**invoke [1]** 7954/13
**involved [5]** 7912/7
7974/11 7999/10
8010/3 8020/19
**involvement [2]**
7907/21 7931/8
**involving [1]** 7971/7
**Iraq [8]** 7915/9 7915/16
7915/19 7915/20
7916/2 7918/5 7918/7
8002/14
**Irish [5]** 7918/6 7918/8
7918/9 8002/19
8002/20
**irrespective [1]** 7907/1
**is [136]** 7882/5

7883/9 7905/2 7905/17
7906/13 7909/17
7910/4 7910/23 7911/4
7911/8 7911/21
7911/22 7912/22
7913/13 7913/14
7913/16 7913/17
7913/19 7916/15
7916/24 7917/18
7917/20 7917/25
7918/14 7918/22
7919/16 7920/4 7920/7
7920/15 7920/18
7920/21 7921/12
7921/14 7922/19
7924/16 7924/19
7926/8 7930/5 7930/15
7931/7 7932/7 7934/11
7936/14 7936/17
7940/21 7943/9 7947/2
7947/13 7947/23
7948/13 7948/18
7952/15 7952/16
7954/17 7954/18
7956/10 7963/12
7964/17 7965/10
7970/21 7970/23
7970/24 7971/14
7973/5 7973/9 7974/17
7977/16 7981/6 7981/7
7984/15 7985/16
7986/15 7989/16
7989/25 7990/4 7990/8
7990/17 7992/18
7994/18 7995/5
7997/18 7998/7 8001/3
8002/23 8004/2 8004/9
8005/13 8006/13
8006/25 8007/17
8007/19 8007/23
8008/25 8009/6
8009/24 8013/6
8014/16 8017/7
8017/12 8017/18
8018/14 8018/25
8019/20 8019/22
8025/17 8025/19
8026/3 8026/3 8026/17
8029/2 8029/4 8029/11
8029/18 8029/21
8030/7 8030/9 8030/18
8030/25 8031/6
8031/14 8031/24
8031/24 8032/9
8033/16 8033/18
8036/15 8037/17
8040/7 8040/9 8041/12
8041/14 8042/22
8043/10 8044/3
**is that correct [2]**
7912/22 8029/11
**isn't [2]** 7907/5 8021/9
**isn't that correct [1]**
8021/9
**issue [2]** 7906/7
7988/15
**issues [4]** 7883/14

7996/25
**it [294]**
**it at [1]** 7931/11
**it is [1]** 7931/7
**it's [82]** 7905/15
7907/2 7907/14 7913/1
7913/1 7916/16 7917/4
7917/7 7917/23
7918/24 7918/25
7919/24 7920/16
7921/15 7921/18
7921/18 7921/20
7921/21 7921/25
7921/25 7922/18
7928/4 7930/8 7932/6
7935/19 7935/22
7936/25 7941/15
7956/18 7958/6 7958/6
7959/9 7963/16 7964/9
7964/16 7964/23
7971/1 7971/1 7971/1
7974/13 7975/10
7976/16 7979/5 7983/7
7985/2 7987/2 7990/16
7992/12 7992/20
7994/16 8002/13
8002/17 8005/17
8006/24 8007/7 8007/7
8007/22 8009/3 8015/8
8015/20 8017/11
8020/17 8020/18
8020/19 8020/19
8020/21 8020/22
8022/5 8022/8 8022/9
8022/9 8023/9 8023/9
8024/1 8026/10
8026/25 8028/21
8031/3 8031/12
8041/19 8042/25
8043/1
**itself [2]** 7963/12
7975/21

**J**

**James [5]** 7878/7
7882/13 7980/10
7981/9 7995/16
**James Lee Bright [1]**
7882/13
**Jan [2]** 7973/15
8032/10
**Jan. [3]** 7973/3
8016/24 8037/7
**January [33]** 7906/14
7930/11 7949/11
7969/21 7970/2
7974/21 7975/5
7979/17 7986/15
7986/23 7987/12
7991/11 8002/25
8003/21 8005/10
8005/12 8005/16
8014/9 8015/17
8015/22 8020/9
8020/24 8024/25
8025/1 8029/11
8029/24 8031/15

8032/12 8036/23
8037/4 8042/18
**January 1st [1]**
8032/12
**January 5th [4]**
7986/15 8015/17
8015/22 8036/23
**January 6th [19]**
7906/14 7930/11
7949/11 7970/2
7986/23 7987/12
7991/11 8002/25
8003/21 8005/10
8005/12 8005/16
8014/9 8020/9 8020/24
8025/1 8031/15
8031/20 8042/18
**JC [1]** 8043/14
**jcrisp [1]** 7878/16
**Jeff [16]** 7950/3 7950/4
7950/5 7951/1 7952/4
7956/17 7967/14
7967/18 7978/5
7981/20 7981/21
7987/15 7988/7
7996/10 8010/15
8010/17
**Jeff Morelock [4]**
7950/5 7967/18
7981/21 8010/15
**Jeffrey [2]** 7877/14
7882/10
**Jeffrey Nestler [1]**
7882/10
**jeffrey.nestler [1]**
7877/20
**Jericho [8]** 7959/5
7960/2 7961/9 7962/8
7962/13 7962/20
7968/16 7969/3
**Jericho March [4]**
7959/5 7962/8 7968/16
7969/3
**Jessica [4]** 7878/14
7882/9 8014/10
8014/11
**Jessica Watkins [3]**
7882/9 8014/10
8014/11
**jlbrightlaw [1]** 7878/9
**job [22]** 7912/17
7914/20 7918/13
7918/17 7918/18
7921/20 7922/18
7939/12 7941/25
7942/7 7944/23 7945/9
7948/10 7949/7 7949/8
7976/21 7981/10
7982/6 7986/19
7998/21 8024/4
8024/23
**jobs [1]** 7927/5
**Joe [9]** 7988/22
7989/12 7989/20
7991/2 7991/6 7992/9
8030/15 8030/17
8031/7

**Joe [1]** 8030/18
**Johnston [1]** 7878/11
**join [2]** 7912/9 7913/14
**joined [3]** 7914/14
7930/9 7950/9
**joke [1]** 7918/24
**jokes [1]** 7918/18
**Jonathan [2]** 7878/14
7882/17
**Jonathan Crisp [1]**
7882/17
**Jones [3]** 7950/2
7951/2 7951/12
**Josh [10]** 7980/9
7980/10 7980/10
7980/13 7980/22
7980/25 7987/13
7988/6 7996/9 7996/11
**Josh James [1]**
7980/10
**Josh's [1]** 7980/18
**Jr [2]** 7878/10 7879/2
**JUDGE [3]** 7877/10
7882/25 7984/10
**Judge Chutkan [1]**
7882/25
**jump [1]** 7965/24
**jumped [1]** 7966/1
**jumping [2]** 7964/22
7965/25
**jury [12]** 7877/9
7904/14 7904/15
7905/20 7908/12
7919/20 7983/12
7986/5 7986/6 8007/9
8007/15 8043/4
**just [121]** 7907/24
7908/13 7908/25
7909/20 7910/14
7913/10 7913/14
7914/3 7914/9 7915/25
7916/16 7917/15
7920/7 7920/23
7924/16 7924/24
7924/25 7925/23
7927/4 7928/14
7928/16 7928/18
7928/25 7929/1 7929/1
7929/9 7930/14
7931/16 7932/1 7934/6
7936/21 7937/15
7937/17 7938/15
7938/16 7939/15
7941/3 7941/17
7941/25 7942/1
7942/25 7944/2
7948/10 7948/12
7949/7 7949/23
7950/11 7951/17
7957/1 7957/3 7958/19
7959/22 7960/21
7961/8 7962/4 7963/13
7963/16 7963/17
7965/25 7966/13
7967/16 7970/13
7971/12 7971/15
7971/17 7971/25
7972/15 7973/15

**J**

just... [53] 7974/7
7974/13 7974/17
7977/12 7977/15
7977/18 7978/13
7978/16 7979/2
7979/15 7980/17
7983/14 7983/22
7983/25 7984/6 7985/1
7985/19 7986/18
7988/2 7988/12
7988/14 7992/11
7993/8 7993/23
7993/23 7995/15
7996/3 7997/9 7998/5
7998/13 7998/19
8002/16 8003/16
8003/25 8004/19
8006/16 8013/13
8015/8 8016/11
8016/20 8019/8
8019/15 8022/5
8026/20 8027/13
8029/1 8032/9 8034/10
8038/15 8038/17
8041/25 8042/19
8043/6

**K**

Kathryn [2] 7877/4
7882/10
Kathryn Rakoczy [1]
7882/10
kathryn.rakoczy [1]
7877/19
keep [2] 8016/20
8032/18
Keeper [14] 7929/14
7929/17 7931/3
7931/25 7943/23
7949/25 7950/7 8019/9
8024/5 8024/6 8025/22
8029/4 8032/17 8038/9
Keepers [82] 7928/3
7928/8 7929/1 7930/10
7930/24 7931/14
7932/11 7932/13
7934/3 7934/23 7937/3
7938/4 7938/5 7938/13
7939/13 7940/3 7941/9
7941/13 7942/7
7943/19 7944/5
7944/12 7945/16
7945/17 7945/20
7946/1 7950/9 7951/9
7951/16 7952/1 7952/5
7952/5 7952/25
7954/25 7956/7 7957/1
7959/2 7959/22
7960/24 7961/16
7961/19 7962/1
7966/20 7967/10
7967/16 7968/14
7969/20 7971/7
7975/11 7975/13
7977/21 7987/23
7997/24 7998/2 7998/4
7998/16 7998/19

7958/25 7999/1 8001/6
8000/7 8009/10 8010/1
8012/23 8012/25
8015/1 8016/5 8018/20
8019/4 8019/11
8019/14 8021/18
8023/21 8024/3
8025/11 8027/25
8028/2 8028/24
8030/19 8036/9
8036/19 8036/20
8038/10
Keepers' [1] 8034/8
Kelly [23] 7879/2
7882/7 7949/23 7951/1
7952/4 7952/4 7956/17
7959/4 7959/6 7982/9
7982/10 7982/15
7987/15 7996/10
8000/14 8006/14
8007/11 8010/10
8010/16 8013/13
8037/5 8038/4 8038/21
Kelly Meggs [10]
7882/7 7982/9 7982/10
7982/15 8006/14
8010/10 8010/16
8013/13 8037/5
8038/21
Kelly Meggs' [1]
8038/4
Kellye [13] 7945/1
7945/18 7950/3
7950/20 7951/13
7967/14 7989/9
7989/10 7991/22
7994/11 8001/9
8010/18 8034/24
Kellye SoRelle [7]
7945/1 7945/18
7950/20 7991/22
8001/9 8010/18
8034/24
Kenneth [3] 7879/7
7882/8 8038/23
Kenneth Harrelson [2]
7882/8 8038/23
Kentucky [1] 8008/1
kept [1] 8028/23
keynote [2] 7970/14
8033/13
kicked [1] 8035/12
kids [1] 8041/18
kind [25] 7905/14
7910/7 7911/10 7912/3
7920/9 7928/19
7928/25 7929/21
7931/10 7935/13
7939/6 7939/8 7945/12
7951/2 7952/6 7962/12
7962/16 7968/11
7973/25 7977/10
7986/14 7995/10
7998/16 8022/7
8041/19
kinetic [2] 7953/11
7953/21
KM [3] 8007/5 8007/8

**KM-65 [3]** 8007/5
8007/8 8007/11
knew [11] 7912/15
7912/21 7914/4
7914/11 7918/17
7928/23 7975/15
7975/16 7979/19
7996/12 8035/21
knocked [2] 7966/4
7966/4
know [231]
knowing [6] 7907/9
7907/21 7907/24
7912/16 7914/3
7918/12
knowledge [23] 7925/8
7930/10 7935/15
7953/6 7954/23
7954/25 7959/21
7961/25 7962/1 7962/3
7964/4 7965/3 7967/19
7975/11 7975/13
7976/25 7991/16
7991/21 7991/23
7996/23 8023/13
8033/16 8036/15
known [2] 7928/18
7973/10
knows [3] 7935/23
8028/25 8036/2

**L**

L-a-m-o-n-t [1]
7905/15
L.B [1] 8029/21
LA [1] 7878/11
lack [1] 7965/2
ladies [3] 7904/18
8007/15 8042/24
lady [2] 7976/13
8035/11
Lamont [1] 7905/15
Landon [14] 7988/22
7989/12 7989/21
7991/2 7991/6 7992/9
8025/16 8025/19
8026/6 8026/11
8026/23 8027/16
8029/10 8029/21
Landon Bentley [3]
8025/16 8025/19
8026/6
larger [1] 8026/21
LASSITER [1] 7878/3
last [9] 7883/9 7905/19
7905/21 7924/6
7973/19 7973/23
7974/8 8030/18
8032/14
late [4] 7904/19 7938/8
7963/18 8035/13
later [7] 7930/9
7985/14 7995/5
8000/20 8000/20
8001/3 8030/8
Latinos [4] 7987/5
7989/17 7990/14

**laugh [1]** 8041/1
laughed [1] 7954/20
launch [1] 7925/12
launched [2] 7922/6
7922/7
launching [1] 7922/15
law [6] 7879/3 7934/14
7934/21 7937/22
7970/12 8025/13
Lawn [2] 7878/3
7878/7
laws [3] 7935/15
7935/23 8025/12
lawyers [2] 7946/24
7947/1
lay [2] 7912/24
8001/17
lead [2] 7907/22
7984/9
leader [4] 7967/8
8031/21 8031/25
8032/14
leaders [2] 7916/9
8032/22
Leadership [2] 8016/4
8016/7
leading [6] 7934/17
7935/18 7944/9
7946/22 7949/11
8017/16
League [3] 8008/3
8008/8 8008/14
learn [1] 7926/1
leave [7] 7883/19
7937/24 7955/21
7973/18 7991/18
7999/15 8020/14
leaving [1] 7962/25
Lee [2] 7878/7 7882/13
left [30] 7931/10
7934/1 7942/24 7943/1
7943/8 7953/17 7957/8
7957/9 7957/11
7968/13 7976/8
7986/14 7988/22
7988/22 7989/10
7989/11 7989/12
7989/16 7991/4
7991/16 7991/19
7996/12 7998/15
7999/7 7999/16 8000/5
8020/12 8028/14
8028/18 8038/2
legal [5] 7904/20
7905/19 7907/6
7907/10 7925/9
legally [1] 7936/8
legitimate [1] 7948/21
less [3] 7999/23
7999/24 8001/2
let [14] 7939/20
7947/11 7950/6 7984/9
7989/4 7993/25 7994/1
8004/18 8013/8
8013/18 8014/5
8014/18 8022/25
8039/10

**less [22]** 7912/2
7913/23 7927/7
7929/19 7929/19
7940/10 7945/7
7962/16 7971/13
7971/23 7973/2 7983/8
7988/1 8015/16
8016/12 8021/3 8029/9
8033/23 8036/25
8042/18 8042/18
8042/24
level [17] 7909/12
7909/17 7909/19
7909/20 7909/21
7909/23 7909/23
7909/24 7910/1 7910/2
7910/3 7910/9 7910/21
7920/22 7922/23
7923/4 7931/23
levels [2] 7909/18
7911/14
liability [1] 7907/10
liaison [1] 7960/23
liaisoned [1] 7937/22
license [4] 7909/19
7911/9 7936/9 7936/10
licensed [5] 7909/7
7955/4 7955/10 7962/2
7967/20
licenses [1] 7909/9
licensure [2] 7910/21
7961/25
life [1] 7918/21
lifted [1] 8042/15
lifting [2] 8041/24
8042/6
light [1] 7910/16
like [277]
like that [2] 7931/5
7994/8
likelihood [1] 7912/15
likely [1] 7905/20
limit [1] 8018/10
Linder [3] 7878/2
7878/3 7882/13
line [7] 7883/16
7883/17 7949/6
7951/16 7951/17
7993/8 7997/20
link [6] 7950/2 7971/25
8037/11 8037/13
8037/17 8043/14
little [18] 7904/21
7910/11 7912/2
7916/16 7927/25
7928/21 7931/19
7943/16 7949/24
7959/14 7964/25
7975/7 7975/7 7983/7
7984/23 7998/15
8018/13 8026/21
live [1] 8023/5
lived [1] 8023/1
Lives [1] 7964/24
living [3] 7908/24
7928/12 7929/23
LLC [2] 7878/14
7879/7

**loads [1]** 8032/17
**local [6]** 7928/23
7934/21 7935/15
7940/13 7942/17
8025/13
**location [3]** 7927/10
8007/19 8007/24
**logistical [1]** 7985/23
**logistics [7]** 7937/7
7937/8 7937/8 7983/23
7983/25 7984/2
8043/15
**long [9]** 7914/21
7915/22 7919/2
7923/19 7924/12
7935/9 7936/7 7942/3
8001/10
**longer [1]** 7968/14
**look [10]** 7916/18
7927/1 7961/14
7962/13 7972/21
7977/10 8024/12
8024/20 8028/12
8028/12
**looked [4]** 7928/16
7972/23 7978/25
7992/17
**looking [6]** 7916/8
7932/14 8007/16
8008/23 8015/18
8034/8
**looks [1]** 7930/4
**looming [1]** 8022/10
**loose [1]** 7936/2
**loss [2]** 7926/22
7926/23
**lost [1]** 7915/14
**lot [34]** 7908/12 7911/1
7911/16 7918/4
7918/21 7922/22
7922/22 7922/23
7922/24 7937/18
7943/24 7943/25
7951/19 7958/19
7962/20 7963/2 7963/3
7970/24 7977/25
7985/25 7992/16
8009/6 8011/17
8011/22 8015/3
8022/13 8027/20
8028/14 8028/14
8028/17 8029/4
8039/18 8040/15
8041/7
**lots [1]** 8014/25
**loud [1]** 8035/12
**Louis [2]** 7877/15
7882/11
**Louis Manzo [1]**
7882/11
**Louisville [35]** 7939/13
7940/12 7942/3
7942/10 7942/16
7942/17 7942/24
7943/3 7943/8 7943/12
7943/14 7944/13
7944/21 7945/13

7982/14 8003/12
8004/5 8006/24 8008/1
8012/9 8012/10 8014/9
8014/11 8017/25
8018/1 8018/2 8018/5
8038/25 8039/17
8039/18 8040/6
8040/16 8040/20
**Louisville guys [1]**
7942/10
**Louisville, [1]** 8019/10
**Louisville, right [1]**
8019/10
**lower [1]** 7920/22
**lunch [3]** 7984/19
8042/24 8043/7

**M**
**M-i-c-h-a-e-l [1]**
7905/15
**ma'am [1]** 7883/6
**made [8]** 7922/20
7973/23 7979/2
7991/22 8005/14
8009/19 8017/21
8031/21
**MAGA [22]** 7949/13
7949/14 7949/15
7950/24 7952/11
7953/7 7956/18 7957/4
7958/22 7962/12
7963/5 7963/23 7964/8
7966/9 7966/21
8010/10 8010/13
8010/21 8010/24
8012/8 8012/12
8030/12
**MAGA Million March
[1]** 7952/11
**majority [1]** 7956/6
**make [18]** 7917/12
7918/18 7927/2
7934/23 7941/4
7948/15 7962/24
7971/11 7979/5 7979/8
7979/12 7984/6
8008/13 8009/4
8016/15 8026/20
8033/13 8041/17
**Makes [1]** 7985/24
**making [3]** 7951/17
7977/15 7988/14
**man [13]** 7930/25
7931/6 7968/9 7971/10
7971/10 7981/19
7998/18 8013/6
8015/13 8024/13
8027/22 8031/3
8041/14
**manner [1]** 7970/6
**manpower [3]** 7978/9
7978/10 7980/4
**many [11]** 7906/18
7915/24 7937/11
7957/16 7971/9
7972/25 7974/13
7995/24 7998/16

**Manzo [2]** 7877/15
7882/11
**march [29]** 7949/14
7949/15 7950/24
7951/11 7953/7
7956/18 7957/4
7958/22 7959/5 7960/2
7962/8 7962/12
7962/13 7962/20
7962/25 7963/5
7963/23 7964/8 7966/9
7966/21 7968/16
7969/3 8010/10
8010/13 8010/21
8010/24 8012/8
8012/12 8030/12
**Marchers [1]** 7961/9
**marches [1]** 7994/17
**Marines [1]** 7916/18
**marked [1]** 7989/25
**Marsha [1]** 8035/11
**match [1]** 7915/14
**matter [4]** 7908/10
7964/24 7979/10
8044/4
**matters [2]** 7883/8
7904/20
**Mauriceville [2]**
7933/24 7937/16
**may [17]** 7883/21
7883/22 7906/8
7914/23 7919/20
7985/8 7989/22
7989/23 7994/23
7994/23 7995/16
7995/6 7996/3
8008/25 8009/8
8010/17 8012/10
8015/7 8015/12
8015/12 8016/10
8016/11 8019/1 8019/3
8019/13 8021/20
8022/13 8022/25
8024/2 8024/3 8024/18
8024/23 8025/1 8025/3
8026/10 8026/25
8030/22 8033/4 8033/7
8033/7 8033/9 8033/11
8033/11 8034/10
8036/14 8041/17
8043/1
**maybe [39]** 7916/6
7918/8 7924/1 7928/5
7937/13 7938/14
7949/2 7949/5 7949/5
7957/19 7960/19
7961/13 7964/25
7969/23 7970/3
7973/11 7978/2 7982/3
7984/23 7988/3
7991/14 7991/15
7997/17 7998/23
7999/21 7999/22
7999/22 7999/23
7999/24 8001/9 8001/2
8018/23 8018/24
8021/10 8022/13
8024/11 8028/3
8028/16 8028/25
**maybe 12:00 [1]**
7991/15
**mayor [1]** 7937/19
**McDonald's [1]** 8035/7
**McWhirter [1]** 8009/25
**MD [1]** 7879/13
**me [118]** 7883/1
7883/19 7910/13
7912/25 7915/3
7915/15 7916/2 7917/2
7920/4 7926/24
7929/17 7930/4

**mean [89]** 7909/13
7913/23 7914/17
7915/14 7916/9 7917/5
7917/10 7917/23
7918/17 7918/25
7919/7 7920/17
7921/22 7921/23
7925/23 7926/11
7930/22 7931/19
7933/5 7935/23 7936/6
7937/8 7937/9 7937/17
7938/15 7939/4
7941/15 7941/15
7942/13 7942/20
7947/18 7949/3 7949/3
7949/4 7951/14 7951/11
7957/6 7959/10 7960/7
7962/23 7965/23
7965/25 7966/12
7966/13 7966/14
7968/3 7968/5 7971/11
7971/16 7974/13

7976/20
7979/19 7980/12
7981/1 7982/13
7984/17 7984/18
7988/5 7991/12
7992/12 7992/15
7992/16 7993/7 7993/9
7994/4 7994/16 7995/3
7995/7 7995/10
7995/12 7996/5
7998/18 7998/25
8000/4 8000/9 8000/22
8002/13 8002/13
8005/19 8007/18
8016/10 8022/5
8024/12 8024/20
8028/12 8029/1
8035/10 8041/25
**means [4]** 7909/19
7921/2 7936/7 8016/22
**mechanical [1]** 7880/6
**media [2]** 7883/17
7922/20
**media's [1]** 7998/14
**medical [2]** 7933/22
8000/15
**Medics [2]** 7932/12
7935/5
**meet [10]** 7926/8
7928/16 7950/1
7956/16 7975/23
7987/21 7988/21
7988/22 7996/3
8025/20
**meeting [11]** 7936/19
7936/21 7943/3
7943/16 7943/22
7956/24 7957/7
7997/16 7998/8
8010/23 8012/7
**Meggs [34]** 7879/2
7882/7 7882/15 7982/9
7982/10 7982/15
8003/14 8003/15
8003/17 8003/19
8003/21 8003/22
8004/3 8004/7 8004/21
8004/25 8005/7
8006/14 8007/11
8010/10 8010/16
8011/8 8011/13
8011/14 8011/19
8012/2 8012/7 8012/9
8012/11 8013/13
8013/19 8013/21
8037/5 8038/21
**Meggs' [1]** 8038/4
**MEHTA [1]** 7879/9
**member [8]** 8014/25
8019/2 8019/4 8019/6
8019/7 8024/14
8025/22 8037/8
**members [5]** 8021/18
8021/24 8025/11
8029/4 8040/7
**mention [1]** 8017/21
**mentioned [5]** 7953/9
7978/13 7978/16

**M**

mentioned... [2]
8000/9 8000/10
mentioning [1]
8009/23
mercenary [4] 8019/16
8019/20 8019/22
8019/24
Merit [1] 7880/2
message [9] 7974/3
7974/4 7995/22 8016/1
8029/11 8029/13
8029/21 8031/24
8037/7
messages [7] 7972/25
7973/10 7973/12
8017/15 8026/5 8026/9
8026/10
messes [1] 7979/9
met [22] 7928/14
7933/7 7936/17 7937/5
7937/17 7937/20
7951/1 7956/17
7956/19 7957/5 7976/4
7976/10 7976/14
7982/10 7982/13
7982/17 8010/9
8010/15 8012/9 8014/9
8014/11 8038/25
Michael [7] 7904/25
7905/6 7905/15 7908/8
7960/11 7986/11
8038/5
Michael Flynn [1]
7960/11
Michael Greene [2]
7904/25 8038/5
Michigan [3] 7947/18
7947/23 7948/23
microphone [1]
7910/11
midday [3] 7977/18
7978/2 7978/8
middle [2] 7958/17
7965/23
middle-aged [2]
7958/17 7965/23
might [9] 7913/24
7917/9 7994/24
7994/24 7994/25
8000/3 8000/22
8016/12 8024/6
Mike [1] 8041/18
miles [1] 7963/6
military [28] 7912/7
7912/9 7912/25 7913/5
7913/11 7914/8
7914/14 7914/15
7914/15 7914/17
7915/11 7915/25
7917/23 7918/13
7919/7 7919/8 7919/11
7920/8 7923/4 7923/20
7923/22 7952/16
7958/5 7958/9 8002/3
8002/9 8002/23
8002/24
militia [2] 8032/13

Million [21] 7949/14
7949/15 7950/24
7952/11 7953/7
7956/18 7957/4
7958/22 7962/12
7963/5 7963/23 7964/8
7966/9 7966/21
8010/10 8010/13
8010/21 8010/24
8012/8 8012/12
8030/12
Million MAGA March
[17] 7949/14 7949/15
7950/24 7953/7
7956/18 7957/4
7958/22 7962/12
7963/5 7963/23 7964/8
7966/9 7966/21
8010/10 8010/13
8012/8 8012/12
mind [1] 7929/1
mindful [1] 7930/15
mines [1] 7918/20
minute [1] 8013/3
minutes [2] 7955/25
7994/25
mission [11] 7926/5
7944/6 7944/12 7996/3
7996/5 7996/14
7996/17 7996/20
7997/2 8002/4 8002/10
missions [5] 7916/8
7925/4 7997/11 7998/7
7998/9
mobile [5] 7921/19
7925/4 7932/19 7935/5
7988/12
Mobile Medics [2]
7932/19 7935/5
mode [2] 7994/20
7994/21
moment [2] 7974/1
8026/14
money [3] 8019/16
8025/3 8025/5
moniker [1] 7967/1
monitor [2] 7909/5
7971/2
monitoring [2] 7927/1
8016/21
monitoring them [1]
8016/21
month [2] 7918/8
7972/15
months [4] 7919/5
7919/6 7924/14
7972/11
more [12] 7918/14
7920/15 7932/11
7943/10 7950/23
7959/10 7959/10
7984/9 7987/21
7998/15 8004/21
8038/18
Morelock [5] 7950/5
7967/18 7981/21
8003/18 8010/15

morning [14] 7870/10
7882/4 7882/21
7904/24 7905/10
7978/3 7984/25 7985/8
7985/8 7987/11
7987/13 8035/3 8035/6
8035/17
most [10] 7905/20
7908/19 7909/4
7910/24 7917/14
7918/7 7934/1 7934/1
7978/1 7998/6
mostly [1] 7906/5
move [9] 7910/14
7920/19 7927/25
7979/13 7989/20
7991/6 8007/5 8029/15
8032/2
moved [5] 7914/25
7932/10 7958/25
7991/8 8041/13
movements [1]
7925/16
moving [10] 7943/9
7948/4 7949/10
7961/11 7966/8 7980/6
7982/23 7985/25
7986/23 8032/22
Mr [1] 8005/3
Mr. [91] 7882/24
7883/4 7904/23
7904/25 7905/4
7905/10 7907/5
7907/18 7908/2
7908/14 7910/10
7930/14 7933/4
7936/17 7940/12
7943/10 7943/18
7944/22 7946/17
7950/16 7957/21
7981/9 7983/13 7984/5
7984/11 7986/9 7989/6
7989/17 7989/25
7991/16 7991/21
7991/25 7996/24
8000/19 8003/14
8003/14 8003/15
8003/17 8003/17
8003/18 8003/18
8003/19 8003/21
8003/22 8003/24
8004/1 8004/3 8004/4
8004/6 8004/7 8004/13
8004/21 8004/25
8005/1 8005/6 8005/10
8005/21 8005/22
8006/7 8006/12
8006/13 8006/15
8008/17 8011/4 8011/8
8011/14 8012/2 8012/7
8012/9 8012/11
8012/15 8013/21
8017/16 8017/22
8017/25 8018/5 8018/8
8018/12 8019/8 8020/5
8020/24 8021/1 8021/9
8026/9 8028/10

8043/5 8043/13
Mr. Bentley [2] 8026/9
8028/10
Mr. Bright [7] 7904/23
7910/10 7930/14
7950/16 7984/5 7986/9
8003/24
Mr. Caldwell [6]
8004/6 8005/10
8005/12 8005/19
8005/21 8005/22
Mr. Caldwell's [1]
7957/21
Mr. Cramer [1]
8043/13
Mr. Crisp [5] 7882/24
7883/4 8017/22 8018/5
8018/8
Mr. Douyon [1]
8006/15
Mr. Greene [16] 7905/4
7905/10 7907/5
7907/18 7983/13
7989/25 7991/25
8005/1 8006/12
8006/13 8017/16
8020/5 8020/24 8021/9
8032/23 8043/5
Mr. James [1] 7981/9
Mr. Meggs [17]
8003/14 8003/15
8003/17 8003/19
8003/21 8003/22
8004/3 8004/7 8004/21
8004/25 8011/8
8011/14 8012/2 8012/7
8012/9 8012/11
8013/21
Mr. Morelock [1]
8003/18
Mr. Nestler [6] 7984/11
8004/1 8004/13
8012/15 8021/1
8042/21
Mr. Rhodes [20]
7904/25 7908/2 7933/4
7936/17 7940/12
7943/10 7943/18
7944/22 7946/17
7989/6 7989/17
7991/16 7991/21
7996/24 8000/19
8003/17 8003/18
8008/17 8011/4
8018/12
Mr. Whip [1] 7908/14
Mr. Woodward [6]
8003/10 8004/4 8005/6
8006/7 8017/25 8019/8
Ms [1] 7989/3
Ms. [20] 7883/3
7946/14 7947/11
7947/24 7989/6
8014/22 8017/1
8017/21 8018/1 8018/4
8018/9 8021/13
8026/25 8027/12

8031/18 8031/18
8033/21 8038/16
8039/23 8040/18
Ms. Ms. Rohde [1]
8031/18
Ms. Rohde [7] 8021/13
8026/21 8027/12
8033/21 8038/16
8039/23 8040/18
Ms. SoRelle [4]
7946/14 7947/11
7947/24 7989/6
Ms. Watkins [7] 7883/3
8014/22 8017/1
8017/21 8018/1 8018/4
8018/9
much [1] 7883/24
my [36] 7907/6 7910/4
7913/10 7915/15
7920/21 7924/6 7924/7
7952/4 7952/8 7957/9
7957/11 7957/12
7962/3 7972/2 7972/7
7972/18 7973/11
7975/7 7975/7 7979/25
7991/23 7995/21
8005/20 8006/13
8016/2 8017/7 8021/3
8023/13 8023/22
8023/25 8024/1
8024/21 8025/14
8034/14 8034/14
8036/15
myself [1] 7936/22

**N**

name [22] 7905/13
7905/20 7906/4
7919/15 7919/20
7921/14 7924/25
7942/15 7945/1 7946/5
7956/11 7966/25
7971/24 7973/5
7980/19 8000/9
8000/10 8006/13
8009/10 8009/23
8030/18 8036/20
named [5] 7882/19
7908/12 7921/25
7929/14 7973/3
names [1] 7905/19
national [7] 7985/15
7985/16 8036/7
naturally [1] 7929/1
nature [13] 7913/13
7913/15 7919/18
7925/14 7930/21
7934/11 7945/23
7949/21 7952/19
7952/20 7956/24
7961/6 7968/2
Navy [2] 7935/6 7957/6
near [4] 7928/25
7970/5 8004/10
8041/22
necessary [2] 7939/23
7948/2
necessity [1] 7940/18

**N**

need [18]  7883/14
7883/15 7912/25
7946/20 7948/21
7952/22 7968/19
7968/20 7979/5 7981/4
8004/14 8006/1 8019/1
8021/18 8025/3 8036/1
8041/19 8043/10
needed [8]  7904/20
7918/12 7933/23
7948/13 7953/23
7960/15 7976/20
7977/22
Negative [1]  8036/6
Nestler [8]  7877/14
7882/10 7984/11
8004/1 8004/13
8012/15 8021/1
8042/21
network [2]  7995/21
8016/3
never [14]  7922/6
7922/23 7950/9 7974/5
7987/22 7989/19
7989/21 7991/22
7992/2 7993/11 8002/5
8002/11 8003/15
8042/13
new [4]  7998/22
8016/15 8016/15
8016/17
New York [1]  7998/22
news [1]  8021/23
next [29]  7904/23
7938/3 7944/21
7948/18 7957/4 7959/1
7965/9 7967/23
7968/13 7969/19
7993/22 7994/21
7995/13 7995/14
7998/12 8004/16
8014/17 8026/24
8027/11 8030/1 8030/5
8030/13 8030/21
8031/2 8031/5 8031/10
8032/20 8033/20
8036/18
nicknames [1]  7905/17
night [8]  7956/18
7975/23 7976/3 8011/5
8012/11 8035/8
8035/10 8035/19
NJ [1]  7879/8
no [125]  7877/4 7882/5
7906/1 7906/2 7910/23
7910/24 7910/24
7911/5 7917/22
7918/24 7918/24
7921/15 7921/15
7921/15 7929/17
7931/6 7932/1 7932/1
7933/5 7935/15
7935/17 7937/25
7941/16 7941/22
7941/22 7946/21
7948/9 7952/8 7952/24
7954/24 7955/8

7955/16 7955/16
7957/23 7958/1 7958/4
7960/25 7962/3
7964/23 7965/17
7967/23 7968/9
7968/14 7968/20
7969/1 7969/6 7969/8
7969/11 7969/13
7975/6 7975/10
7975/10 7976/3 7977/2
7980/25 7983/3 7985/5
7985/14 7986/3
7988/19 7989/1 7989/8
7990/23 7991/23
7993/18 7993/21
7996/16 7996/19
7996/22 7997/1 7997/4
7998/1 7999/12
8001/18 8001/21
8001/24 8002/15
8002/18 8002/20
8003/2 8003/3 8012/14
8012/25 8013/2
8013/10 8013/20
8014/20 8015/4
8015/25 8017/17
8020/18 8020/19
8020/20 8020/20
8020/20 8023/3 8023/4
8023/15 8023/15
8023/17 8024/18
8026/16 8027/3
8029/17 8030/20
8031/3 8032/4 8032/25
8034/4 8034/10
8036/24 8040/11
8041/5 8041/8 8041/10
8041/10 8041/19
8042/5 8042/5 8042/5
8042/5 8042/5 8042/5
No. [1]  7882/6
nobody [5]  7954/18
7977/17 7979/8
7991/23 8022/22
Nodding [1]  7932/24
nom [1]  8041/19
nomenclature [1]
7920/7
none [5]  7952/8 7952/8
7954/25 7975/11
7975/13
noon [2]  8037/11
8037/18
normal [2]  7920/7
7920/8
north [5]  7878/15
7966/25 7967/8
7990/17 8035/1
North Carolina [3]
7966/25 7967/8 8035/1
northeast [1]  7999/6
Northern [2]  7975/22
7999/15
northwest [1]  7993/1
not [91]  7883/11
7883/12 7906/13
7908/19 7912/25

7918/11 7918/23
7918/24 7919/20
7929/13 7930/9 7931/6
7931/6 7932/1 7945/17
7946/17 7949/5 7950/7
7952/8 7955/1 7955/10
7955/18 7957/9
7957/16 7960/25
7962/2 7962/3 7962/8
7963/12 7973/10
7975/16 7975/19
7979/16 7983/14
7985/8 7985/9 7987/3
7994/3 7994/23 7996/3
7996/5 7997/3 7998/1
7998/4 7998/20
8002/12 8002/15
8003/19 8003/23
8004/3 8005/19
8005/25 8009/21
8011/10 8011/11
8012/4 8012/5 8012/25
8015/7 8015/20
8015/24 8016/2
8017/10 8017/22
8018/22 8019/2 8019/2
8019/4 8019/6 8019/7
8019/20 8019/25
8020/19 8020/21
8023/9 8023/9 8023/13
8023/16 8023/22
8024/1 8024/18
8026/25 8036/12
8036/14 8036/24
8041/14 8041/14
8043/6
noted [1]  7984/12
nothing [6]  7914/9
7951/22 7951/23
8002/23 8018/8 8022/8
notifications [4]
7972/19 7973/8
7974/14 8015/10
November [14]  7877/5
7945/3 7949/17
7950/24 7952/3 7953/2
7953/6 7955/13
7956/20 7959/1
8017/15 8021/8
8026/23 8044/7
November 14th [2]
7949/17 7950/24
November 9th [2]
8017/15 8021/8
now [44]  7907/5
7910/4 7927/25 7938/8
7940/25 7943/8 7952/5
7953/13 7953/24
7954/17 7956/6 7959/1
7959/16 7961/3
7961/25 7966/19
7972/22 7980/2 7981/6
7982/20 7983/7
7985/22 7987/21
7988/10 8004/15
8007/14 8007/16
8009/23 8015/16

8025/19 8028/13
8029/6 8029/9 8031/18
8031/20 8032/23
8033/9 8036/18
8037/14 8039/16
8042/25
number [2]  7987/23
7998/23
numbers [1]  8030/10
NW [3]  7877/17 7879/3
7880/4

**O**

Oak [2]  7878/3 7878/7
oath [99]  7905/2
7908/1 7928/3 7928/8
7929/1 7929/14
7929/17 7930/10
7930/24 7931/3
7931/14 7931/25
7932/11 7932/13
7934/3 7934/23 7937/3
7938/4 7938/5 7938/13
7939/13 7940/3 7941/9
7941/13 7942/7
7943/19 7943/23
7944/5 7944/12
7945/16 7945/17
7945/20 7946/1
7949/25 7950/7 7950/9
7951/9 7951/16 7952/1
7952/5 7952/5 7952/25
7954/25 7956/7 7957/1
7959/2 7959/22
7960/24 7961/16
7961/19 7962/1
7966/20 7967/10
7967/16 7968/14
7969/20 7971/7
7975/11 7975/13
7977/21 7987/23
7997/24 7998/2 7998/4
7998/16 7998/19
7998/20 7999/10
8000/7 8009/10 8010/1
8012/23 8012/25
8015/1 8016/5 8018/20
8019/4 8019/9 8019/11
8019/14 8021/18
8023/21 8024/3 8024/5
8024/6 8025/11
8025/22 8027/25
8028/2 8028/24 8029/4
8030/19 8032/17
8034/8 8036/9 8036/19
8036/20 8038/9
8038/10
Oath Keeper [12]
7929/14 7929/17
7931/3 7943/23
7949/25 7950/7 8019/9
8024/6 8025/22 8029/4
8032/17 8038/9
Oath
Keeper-organized [1]
7931/25
Oath Keepers [81]

7930/10 7930/24
7931/14 7932/11
7932/13 7934/3
7934/23 7937/3 7938/4
7938/5 7938/13
7939/13 7940/3 7941/9
7941/13 7942/7
7943/19 7944/5
7945/16 7945/17
7945/20 7946/1 7950/9
7951/9 7951/16 7952/1
7952/5 7952/5 7952/25
7954/25 7956/7 7957/1
7959/2 7959/22
7960/24 7961/16
7961/19 7962/1
7966/20 7967/10
7967/16 7968/14
7969/20 7971/7
7975/11 7975/13
7977/21 7987/23
7997/24 7998/2 7998/4
7998/16 7998/19
7998/20 7999/10
8000/7 8009/10 8010/1
8012/23 8012/25
8015/1 8016/5 8018/20
8019/4 8019/9 8019/11
8019/14 8021/18
8023/21 8024/3
8025/11 8027/25
8028/2 8028/24
8029/17 8032/4
8029/17 8032/4
observe [1]  7997/24
observed [1]  7993/24
obstacle [2]  7916/11
7916/14
obstacles [1]  7917/5
obviously [1]  7984/16
occasion [3]  7932/10
7945/15 8001/3
occasionally [1]
7909/14
occupy [1]  7984/24
occurred [3]  7929/12
7929/21 8018/2
off [12]  7917/14 7939/9
7958/21 7966/23
7967/10 7967/24
7973/9 7986/14 7994/3
8016/3 8029/7 8036/19

**O**

**offensive [1]** 7952/24
**offer [1]** 7960/15
**offers [1]** 7914/12
**OFFICE [1]** 7877/16
**officer [2]** 7964/20
7973/24 8016/24
8026/24 8032/10
8032/17 8037/7
**op I can [1]** 8026/24
**Op Jan [1]** 8032/10
**op loads [1]** 8032/17
**open [14]** 7904/12
**ours [1]** 7916/5
**out [65]** 7906/7
7912/24 7913/2 7916/8
7916/23 7917/11
7919/14 7922/13
8009/13

**P**

**P.A [1]** 7879/12
**p.m [2]** 8043/18
8043/18
**PA [1]** 7878/15
7976/12 7977/25
7978/1 7978/7 7980/3
7980/6 7980/20
7980/24 7987/21
7990/23 7991/2 7991/5
8000/15
**officers [2]** 7964/23
8042/11
**Official [1]** 7880/3
**oft [1]** 8012/25
**Oh [7]** 7910/18
7918/21 7968/9
7984/20 8006/24
8022/6 8022/9
**Ohio [2]** 7911/9
7945/13
**OK [1]** 8037/4
**OK Gator 1 [1]** 8037/4
**okay [187]**
**old [13]** 7908/16
7956/12 7958/5
7963/11 7963/12
7998/21 8022/8
8022/11 8022/13
8022/15 8022/16
8022/17 8022/17
**older [5]** 7958/17
7963/3 7963/8 7965/22
7965/23
**Olive [1]** 7999/14
**Olive Garden [1]**
7999/14
**Olympics [3]** 7915/2
7915/4 7915/12
**once [1]** 7972/15
**one [36]** 7911/2 7911/4
7915/25 7916/16
7919/2 7919/4 7919/9
7924/16 7926/24
7927/15 7929/16
7931/4 7938/22
7939/25 7940/25
7941/22 7941/24
7942/19 7942/19
7949/25 7951/5
7962/17 7966/2
7968/19 7968/21
7975/18 7976/12
7977/20 7987/6
8004/21 8013/3
8018/24 8028/21
8032/15 8032/17
8041/18
**one-year [2]** 7919/2
7919/4
**ones [1]** 8015/5
**ongoing [5]** 7914/5
7916/3 7963/7 7965/21
7971/24
**only [18]** 7910/4
7911/6 7916/4 7918/11
7930/9 7939/25
7952/21 7978/7 7980/4
7988/8 7991/4 8015/5
8016/1 8018/23
8018/25 8025/4 8033/1
8033/11

**opened [5]** 7972/7
7972/23 7973/16
7973/19 7974/6
**openly [1]** 7936/7
**operation [9]** 7950/1
7958/20 7961/5
7967/12 7970/11
7970/20 7974/11
7979/23 7995/23
**operations [1]** 7988/13
**opinion [3]** 7937/2
7938/20 8020/23
**opportunity [2]**
7936/24 7980/2
**opposed [1]** 8004/16
**ops [2]** 8031/21
8031/25
**organization [2]**
7957/14 8036/21
**organize [2]** 7970/9
7970/13
**organized [8]** 7931/25
7946/8 7946/10
7946/12 7953/1 7953/6
7959/14 7990/25
**organizing [1]** 7994/19
**orientation [2]** 7990/3
7990/15
**oriented [1]** 7959/11
**originally [1]** 7959/16
**other [28]** 7910/22
7917/12 7940/1 7940/6
7941/6 7949/12
7951/25 7960/23
7961/16 7961/19
7961/25 7964/3
7964/22 7967/15
7977/9 7978/7 7980/24
7981/17 7981/23
7996/11 8004/25
8005/21 8021/17
8023/20 8025/10
8028/15 8028/22
8042/10
**others [2]** 7918/14
7996/24
**otherwise [3]** 7883/22
7955/1 7959/21
**our [6]** 7907/18
7916/17 7920/14
7984/4 7988/21

7932/4 7935/7 7936/24
7941/6 7941/18
7942/21 7951/19
7952/23 7957/3 7958/7
7958/7 7958/19
7961/14 7962/18
7962/19 7962/23
7963/17 7964/19
7964/25 7965/9
7965/13 7965/22
7966/4 7966/4 7974/8
7975/18 7976/4 7976/8
7976/13 7976/14
7978/17 7986/18
7988/16 7991/14
7992/14 7995/21
7999/25 7999/25
8000/1 8000/20
8002/21 8016/2
8017/10 8017/11
8018/1 8019/19
8023/25 8023/25
8029/6 8034/8 8035/12
8041/13 8043/14
**outside [7]** 7914/10
7914/16 7931/16
7966/12 8017/12
8017/18 8020/1
**over [37]** 7905/21
7922/1 7928/16 7938/2
7941/16 7962/20
7967/13 7970/19
7978/24 7979/4
7979/18 7979/20
7983/15 7986/19
7987/2 7990/16
7990/18 7992/3 7992/9
7992/11 7992/25
7994/12 7995/19
7997/17 7997/19
7997/21 8013/6
8013/17 8039/7 8041/4
8041/5 8041/6 8041/21
8042/10 8042/13
8042/14 8043/7
**overall [4]** 7970/10
7970/19 8032/17
8032/21
**overruled [5]** 7935/19
7964/9 8002/7 8007/7
8007/7
**overseas [5]** 7923/2
7923/8 7923/13
7923/18 7925/12
**overturning [1]** 7958/3
**Owen [1]** 7951/12
**own [2]** 8009/5
8036/20
**owner [1]** 8008/11
**owners [4]** 7940/14

**pack [1]** 8002/16
**page [1]** 8027/11
**paid [13]** 7934/9
7941/19 7959/17
7959/18 8008/18
8008/19 8019/13
8019/18 8025/1
8028/18 8034/6
8034/21 8034/22
**panel [2]** 7904/14
7986/5
**Park [1]** 7879/3
**parking [1]** 8041/7
**part [29]** 7913/24
7920/21 7922/2
7923/12 7968/14
7971/6 7971/8 7971/9
7971/14 7972/10
7972/17 7973/2
7974/12 7977/24
7980/8 7980/18
7987/25 7988/4 7989/7
7998/6 7998/20 8015/8
8016/14 8017/17
8018/23 8023/20
8027/13 8028/20
8029/2
**participate [4]** 7915/8
7993/17 7993/18
7993/19
**parts [1]** 8032/22
**party [1]** 7883/18
**past [1]** 8041/24
**patch [2]** 8038/9
8038/10
**patches [1]** 8038/8
**pause [2]** 7986/4
8037/24
**pay [7]** 7944/16 8019/5
8019/7 8019/23
8019/25 8024/25
8028/3
**people [92]** 7916/6
7918/21 7920/25
7920/25 7922/22
7922/23 7922/23
7922/24 7931/21
7931/23 7931/24
7933/23 7935/4 7937/7
7944/3 7948/4 7948/6
7951/19 7953/17
7957/16 7957/19
7962/25 7963/3 7963/3
7963/8 7963/23
7963/24 7964/12
7964/23 7964/24
7965/17 7965/22
7966/21 7968/8
7970/12 7970/14
7970/25 7972/19

7974/16
7976/12 7977/25
7978/1 7978/7 7980/3
7980/6 7980/20
7980/24 7987/21
7990/23 7991/2 7991/5
7992/12 7993/4 7993/9
7995/4 7995/22 7996/1
7997/15 7997/20
7998/13 7998/20
8005/21 8008/7
8011/17 8011/22
8015/9 8016/13
8016/14 8016/16
8020/16 8020/21
8021/23 8022/16
8023/11 8024/3 8028/3
8028/14 8028/14
8028/17 8028/18
8028/19 8033/6
8033/13 8033/16
8035/22 8035/24
8036/3 8040/12
8040/14 8042/3
8042/10
**people's [1]** 8022/15
**per [2]** 7978/21
7978/22
**perceive [1]** 7952/13
**perception [1]** 7958/14
**period [12]** 7912/11
7912/14 7916/3 7925/6
7943/11 7949/11
7952/1 7952/10 7966/9
7968/23 7969/2
7988/20
**permission [2]** 7940/4
7971/22
**person [1]** 7944/25
**personal [10]** 7909/3
7909/21 7910/25
7920/6 7921/24
7921/25 7961/20
7965/2 7966/19
8032/24
**personality [1]** 7968/5
**personally [13]**
7941/20 7961/4 7965/5
7965/8 7965/18
7965/19 7965/21
7969/25 7997/24
7998/1 8001/16
8001/19 8001/22
**perspective [1]**
7968/19
**pertinent [1]** 8001/15
**phase [2]** 8015/19
8015/23
**phillip [1]** 7878/2
7878/6 7882/13
**Phillip Linder [1]**
7882/13
**phone [12]** 7938/14
7939/4 7948/16 7971/4
7973/11 7974/15
7974/17 7994/6
7994/13 7994/16
7994/18 7995/3

**P**

**phone, [1]** 8017/5
**phone, please [1]**
8017/5
**physical [1]** 8029/8
**picked [1]** 7982/1
**picture [3]** 8038/17
8038/20 8038/21
**pictures [1]** 8020/15
**pieces [1]** 7985/25
**place [8]** 7917/15
7926/9 7949/12 7957/7
7957/11 7961/11
7961/11 8028/22
**placed [1]** 7905/2
**places [2]** 7937/7
7940/4
**Plaintiff [1]** 7877/4
**plan [20]** 7952/7
7952/7 7970/11
7977/24 7978/13
7978/17 7979/3
7993/19 8001/17
8001/19 8001/22
8002/4 8002/10
8002/18 8002/20
8002/24 8002/25
8023/17 8035/21
8036/2
**planned [3]** 7961/4
7970/1 8033/7
**planning [7]** 7952/9
7970/19 7978/24
8015/16 8015/19
8015/23 8017/14
**plans [2]** 7968/24
7969/4
**plate [1]** 7920/17
**play [5]** 7996/8
8021/12 8021/12
8037/21 8039/22
**played [7]** 7968/11
8018/2 8021/15 8025/8
8037/15 8037/23
8039/24
**Plaza [2]** 7964/17
7965/9
**please [39]** 7882/2
7883/19 7883/23
7904/16 7905/1
7905/13 7920/5
7936/19 7938/4
7947/12 7950/17
7950/25 7953/7
7954/10 7956/8
7963/21 7983/20
7986/7 7987/12 7997/9
8007/10 8013/8
8013/18 8014/5
8014/19 8017/3 8017/5
8021/12 8022/25
8025/15 8026/12
8027/12 8031/23
8033/21 8037/2
8038/16 8039/10
8039/23 8040/18
**plug [1]** 7918/19
**plus [1]** 7930/7

**joint [3]** 7790/8
7933/3 7937/2 7944/5
7944/21 7970/15
7976/16 7979/15
7990/13 7991/21
7993/3 7998/17 7999/6
7999/9 8004/2 8004/6
8004/9 8017/9 8017/11
8018/8 8028/15
8028/21 8042/5
8042/15 8042/22
**pointed [2]** 8042/3
8042/11
**pointing [2]** 8041/12
8041/15
**police [8]** 7941/4
7965/13 7992/4
7992/13 7993/7 7998/5
8000/15 8042/11
**policies [1]** 7925/16
**politicians [1]** 7982/4
**pop [1]** 7972/15
**popular [1]** 7922/19
**position [4]** 7912/21
7917/20 7980/11
7980/12
**positions [1]** 7980/3
**posted [1]** 7974/8
**posture [1]** 7952/24
**power [1]** 8016/3
**PPS [1]** 7921/21
**Praetorian [5]** 7959/7
7959/8 7959/9 7960/6
7960/7
**Praetorian Guard [4]**
7959/7 7959/8 7959/9
7960/7
**precisely [1]** 8018/10
**preference [1]** 7908/9
**prepared [1]** 7981/18
**presence [2]** 7935/1
8040/9
**present [2]** 7882/19
7946/1
**preserve [1]** 8022/6
**president [5]** 7930/12
7954/2 7954/15
7988/17 8009/25
**prestigious [1]** 7913/8
7914/3
**pretty [10]** 7936/2
7937/10 7937/20
7937/21 7942/22
7991/13 8000/5
8025/25 8026/3 8041/2
**Prettyman [1]** 7880/4
**prevention [2]** 7926/23
7926/23
**preview [1]** 8003/6
**previously [2]** 7982/10
7989/25
**primarily [1]** 8018/12
**primary [3]** 7944/12
7947/22 7986/19
**principal [3]** 7920/15
7949/4 7949/6
**principals [2]** 7951/5
7998/11

**prior [5]** 7790/11
7909/10 7914/23
7918/1 7964/5 7977/24
**priority [1]** 7952/4
**private [5]** 7919/24
7921/24 7923/23
7923/25 7924/17
**privately [1]** 7919/25
**pro [1]** 7914/13
**probably [15]** 7928/4
7930/7 7955/24
7962/20 7963/17
7965/12 7992/18
7992/25 7998/22
8016/6 8016/9 8016/25
8033/6 8041/15
8042/22
**problem [3]** 7980/25
7988/15 8005/13
**problems [4]** 7964/5
7983/2 7994/13
7994/15
**proceed [1]** 7883/8
**proceeding [1]** 7883/3
**proceedings [5]**
7877/9 7880/6 7882/20
7884/1 8044/4
**produced [1]** 7880/7
**professional [5]**
7932/14 7934/10
7945/6 7959/18
7967/18
**professionally [2]**
7932/6 7962/2
**professionals [1]**
7937/6
**profusely [1]** 7905/21
**prominent [1]** 8018/2
**proper [1]** 8004/8
**proposal [1]** 7927/19
**Prosperity [1]** 7920/19
**protect [3]** 7920/14
7933/22 7966/21
**protected [1]** 7916/8
**protection [29]**
7908/25 7909/2
7909/21 7909/25
7910/25 7911/15
7925/4 7932/15
7932/15 7944/23
7949/23 7970/9
7970/13 7978/1 7980/7
7980/15 7986/25
7996/7 7996/11 7997/7
7997/12 7997/12
7998/10 7998/10
8010/18 8020/2
8023/24 8033/12
8033/14
**protective [6]** 7921/4
7921/9 7921/12
7921/21 7960/16
7961/20
**protest [1]** 7945/12
**protesters [1]** 7953/17
**protests [1]** 7994/17
**Proud [2]** 7951/10
7951/17

**Proud Boys [22]**
7951/10 7951/17
**provide [6]** 7944/15
7945/5 7946/17 7948/1
8000/15 8020/2
**provided [1]** 8009/12
**providing [6]** 7938/6
7947/24 7950/11
7961/20 8020/5
8036/11
**Province [1]** 7924/14
**PSD [6]** 7920/4
7920/15 7920/16
7920/18 7920/19
7921/11
**PSDs [8]** 7919/22
7920/4 7920/13
7920/22 7920/22
7920/23 7920/23
8033/1
**PSS [1]** 7921/21
**psychiatric [1]** 7910/5
**PT [1]** 7926/12
**public [1]** 7883/16
**publish [1]** 8007/9
**pull [10]** 7972/4 8009/5
8017/2 8021/5 8031/18
8037/2 8041/4 8041/5
8041/6 8042/10
**pulled [4]** 7967/12
8029/7 8042/13
8042/14
**punched [1]** 7966/4
**purchase [1]** 7936/8
**purpose [2]** 8009/1
8010/20
**purposes [2]** 7981/12
7997/3
**push [1]** 7973/22
**pushed [1]** 8042/16
**put [28]** 7914/5 7926/9
7926/25 7929/6
7946/12 7951/5
7961/13 7968/3
7971/12 7971/15
7971/19 7971/21
7972/4 7972/6 7973/16
7973/17 7973/25
7975/18 7980/3
7980/11 7980/12
7996/14 7996/17
7996/20 7998/23
8006/15 8016/10
8016/15
**PUTZI [1]** 7879/12

**Q**

**Qaeda [1]** 7916/22
**QRF [28]** 7951/17
7952/13 7952/15
7952/21 7952/22
7952/24 7953/6
7953/10 7954/7
7954/22 7957/14
7957/18 7962/9
7962/10 7962/11
7962/13 7962/22
7968/17 7968/21

**provide [6]** 7944/15
7951/10 7951/17
**provide [6]** 7944/15
7945/5 7946/17 7948/1
8000/15 8020/2
**QRF also [1]** 7962/9
**QRFs [1]** 7953/1
**quarter [2]** 8042/25
8043/1
**question [12]** 7907/14
7930/15 7935/20
7997/9 8005/7 8015/13
8017/9 8018/15
8018/15 8021/3
8022/25 8025/14
**questions [9]** 7961/3
7974/10 8001/14
8003/3 8003/5 8005/6
8012/14 8018/7
8039/18
**quick [3]** 7950/4
7952/15 7971/13
**Quick Reaction Force
[1]** 7952/15
**quickly [1]** 8020/10
**quite [1]** 8016/10

**R**

**racist [2]** 7931/2
7931/2
**raise [1]** 7905/1
**raised [1]** 7883/9
**Rakoczy [2]** 7877/14
7882/10
**rallies [3]** 7949/12
7963/8 7994/16
**rally [7]** 7945/22
7945/24 7946/8
7947/23 7988/17
7989/18 7990/14
**rallying [1]** 7997/15
**ran [2]** 7966/3 7980/7
**Ranger [4]** 7967/2
7967/3 7967/3 7967/3
**Ranger Doug [2]**
7967/2 7967/3
**reach [2]** 7999/25
8000/1
**reached [3]** 7976/13
7999/25 8000/20
**Reaction [1]** 7952/15
**read [4]** 7974/3 7974/4
7974/7 8015/3
**reading [1]** 8026/15
**ready [10]** 7904/22
7953/10 7953/21
7954/15 7955/7
7986/11 8023/7 8023/9
8037/10 8038/4
**real [3]** 7950/4 7951/15
7971/13
**realize [1]** 8033/4
**really [10]** 7937/1
7957/6 7960/17
7960/25 7979/11
7981/1 7994/22
7999/24 8007/23
8024/1
**realm [1]** 8004/10

**R**

**Realtime [1]** 7880/3
**reason [7]** 7904/22
7906/12 7940/17
7945/5 7948/1 8001/4
8001/6
**reasonable [3]** 7929/5
7973/9 7976/16
**recall [25]** 7934/20
7938/8 7946/4 7947/6
7947/11 7956/2 7956/4
7957/21 7957/24
7958/2 7961/6 7969/25
7971/9 7980/8 7980/17
7981/23 7982/7 7989/4
7991/10 8010/12
8010/23 8011/1 8012/7
8012/11 8032/16
**receive [1]** 7996/23
**received [7]** 7934/20
8000/19 8007/11
8008/10 8026/18
8029/19 8032/6
**receiving [2]** 7994/2
7995/6
**reception [2]** 7934/20
7937/21
**Recess [3]** 7904/13
7983/19 8043/18
**recognize [2]** 7982/15
8006/20
**recognized [1]** 7911/2
**recollection [5]**
7937/12 7981/9
7981/17 7990/13
7998/17
**record [14]** 7904/19
7905/13 7983/22
8013/8 8013/11
8013/18 8013/22
8014/5 8014/7 8014/18
8014/21 8039/10
8039/13 8044/3
**recorded [1]** 7880/6
**recovery [1]** 7936/15
**RECROSS [1]** 7881/4
**recruited [1]** 7919/12
**REDIRECT [1]** 7881/4
**referring [1]** 7960/10
**reflect [9]** 8013/8
8013/11 8013/18
8014/5 8014/7 8014/18
8014/21 8026/8
8039/10
**reflected [2]** 8013/22
8039/12
**regard [1]** 8004/5
**regarding [13]** 7941/11
7941/20 7944/6
7957/22 7957/25
7958/3 7962/7 7963/19
7969/4 7970/6 7996/24
8005/6 8005/15
**regards [1]** 7908/22
**Registered [1]** 7880/2
**registration [2]**
7909/11 7911/12
**regroup [2]** 7995/23

**regrouped [1]** 7998/16
**regrouping [1]** 7999/6
**regular [3]** 7909/20
7976/17 7980/21
**regularly [1]** 7911/22
**related [1]** 7906/14
**relative [1]** 7991/10
**relatively [1]** 7917/2
**relayed [1]** 7977/22
**relevance [1]** 8007/6
**relief [3]** 7932/16
7938/12 7943/11
**remain [2]** 7883/21
7883/22
**remember [21]**
7942/14 7942/15
7945/14 7947/10
7960/17 7960/17
7960/20 7961/13
7990/2 7991/12
7992/21 7999/24
8000/2 8000/22 8019/2
8035/7 8035/9 8035/9
8035/15 8035/16
8036/13
**remembrance [5]**
7928/6 7977/1 7986/15
7987/10 7987/24
**remote [3]** 7927/1
7984/1 7985/5
**remove [1]** 7953/22
**removing [2]** 7953/12
7953/19
**renamed [1]** 7921/25
**rent [1]** 8034/11
**rephrase [1]** 7934/18
7947/12 7997/9
**Reporter [4]** 7880/2
7880/2 7880/3 7880/3
**represent [1]** 8006/14
**represented [1]** 7906/9
**request [3]** 7954/2
7978/21 7978/22
**requested [1]** 7940/13
**required [1]** 7925/13
**research [1]** 7913/10
**resolve [1]** 8043/11
**respond [1]** 8015/14
**responsibilities [1]**
7960/5
**responsibility [2]**
7960/1 7980/5
**rest [1]** 7908/2
**restaurant [9]** 7940/25
7942/18 8008/2 8008/4
8008/5 8008/6 8008/15
8009/11 8009/13
**restaurants [1]** 7941/1
**result [2]** 8005/6
8009/20
**resume [3]** 7983/8
8042/25 8043/1
**return [2]** 7915/9
7915/16
**rewind [1]** 8038/15
**RG31 [1]** 8002/16
**RHODES [55]** 7877/6

7904/25 7905/6 7908/2
7933/4 7936/17
7940/12 7943/10
7943/18 7944/22
7946/17 7989/6
7989/17 7991/16
7991/21 7996/24
7999/20 8000/19
8003/17 8003/18
8008/17 8010/15
8010/23 8011/4 8013/4
8013/9 8016/22
8018/12 8020/6
8021/11 8021/17
8021/20 8021/21
8021/23 8024/10
8025/10 8026/1
8031/20 8032/12
8034/19 8035/8
8035/14 8035/19
8035/19 8035/21
8035/25 8035/25
8036/1 8036/4 8036/10
8036/22 8040/2
**Rick [1]** 7967/3
**Rick Smith [1]** 7967/3
**ride [2]** 7934/4 7934/23
**rides [1]** 8041/24
**riding [1]** 7935/5
**rifle [10]** 7938/23
8040/24 8041/12
8041/12 8041/16
8041/24 8042/11
8042/15 8042/16
8042/16
**rifles [3]** 7931/22
7931/22 8042/3
**right [124]** 7883/8
7904/16 7905/1 7905/4
7906/22 7908/1
7908/11 7912/6 7919/9
7919/24 7923/23
7924/20 7926/7 7929/8
7929/18 7930/20
7934/6 7935/22 7936/4
7936/4 7936/6 7936/13
7938/11 7942/23
7947/4 7947/19
7947/21 7951/12
7956/15 7958/24
7960/14 7977/6 7977/8
7979/6 7983/7 7984/20
7986/13 7986/17
7990/4 7990/8 7992/25
7994/3 7995/13 7999/5
8003/10 8004/4
8004/17 8006/3 8007/4
8008/19 8009/15
8010/7 8011/7 8011/21
8012/15 8012/21
8012/24 8013/4
8013/14 8013/21
8013/24 8014/4
8014/10 8014/21
8015/1 8016/4 8016/5
8016/8 8018/3 8018/21
8019/5 8019/10

8019/16 8020/13
8022/2 8023/2 8023/7
8023/8 8023/12
8024/10 8025/13
8025/17 8025/20
8026/2 8027/13
8027/20 8028/13
8028/15 8028/19
8030/9 8030/10
8030/15 8030/23
8030/25 8031/13
8031/21 8032/24
8033/25 8034/17
8034/22 8035/14
8035/20 8035/25
8036/5 8036/11 8037/5
8037/8 8038/2 8038/5
8038/12 8038/21
8038/23 8039/2 8039/8
8039/20 8040/7
8040/10 8040/21
8040/24 8041/1 8041/4
8043/5
**rightly [1]** 8017/22
**rights [1]** 7971/18
**riot [13]** 7940/8
7940/20 7993/10
8008/8 8012/21
8020/10 8020/13
8020/14 8020/17
8020/19 8020/22
8022/12 8022/19
**rioters [3]** 7964/1
7964/12 7967/17
**riots [11]** 7938/6
7939/14 7940/18
7940/22 7941/11
7941/16 7941/21
7943/13 7969/12
8020/18 8022/14
**rise [2]** 7983/11 8043/3
**risk [4]** 7927/12
7927/16 7940/12
7958/10
**Ritchie [1]** 7879/12
**RMR [2]** 8044/2 8044/8
**road [4]** 7879/3
7917/12 7917/13
7917/14
**robbed [1]** 7935/4
**Roger [8]** 7978/4
7978/5 7980/7 7981/13
7981/14 7987/17
7995/17 7995/18
**Roger Stone [6]**
7980/7 7981/13
7981/14 7987/17
7995/17 7995/18
**Rohde [9]** 7989/3
8021/13 8026/21
8027/12 8031/18
8033/21 8038/16
8039/23 8040/19
**role [1]** 8018/2
**room [4]** 7883/17
8018/14 8034/21
8034/22

**Roualda [3]** 7996/16
8000/7 8001/20
**roughly [4]** 7916/6
7926/17 7947/6
7949/17
**route [10]** 7916/16
7918/1 7918/3 7918/5
7918/6 7918/7 7918/7
7918/9 8002/19
8002/20
**routes [1]** 7916/10
7917/24 7935/3
**RTD [1]** 7915/9
**run [3]** 7979/8 7979/23
8005/16
**running [4]** 7949/25
7977/15 7988/15
7993/9

**S**

**safe [3]** 7917/12
7934/24 7962/25
**safely [1]** 7979/13
**said [50]** 7917/6
7919/2 7920/4 7922/3
7929/2 7932/25
7940/17 7941/4
7941/24 7946/12
7948/4 7958/25 7961/1
7962/22 7965/4
7967/10 7967/12
7970/3 7971/15 7976/2
7980/13 7980/15
7985/10 7988/24
7989/10 7989/16
7992/20 7995/17
8000/10 8000/12
8000/22 8001/1
8003/22 8005/11
8005/18 8005/20
8006/2 8007/23
8007/24 8008/12
8009/23 8015/3
8016/11 8016/14
8019/18 8027/20
8035/16 8036/6 8036/9
8042/7
**Sam [2]** 8032/13
8032/16
**Sam Haun [1]** 8032/13
**same [20]** 7910/6
7910/9 7910/21
7921/19 7922/18
7922/25 7923/1 7923/1
7924/4 7949/23 7979/7
7981/10 7981/10
7986/25 8003/24
8008/12 8021/21
8025/2 8034/19 8043/6
**sapper [1]** 7916/24
**Savannah [1]** 7913/3
**save [1]** 8016/3
**saw [14]** 7928/22
7964/11 7965/4 7965/6
7998/5 8003/14
8003/16 8005/9 8011/8
8011/14 8012/21
8020/12 8020/14

**saw... [1]** 8039/2
**say [33]** 7907/15
7909/14 7913/23
7914/2 7917/21
7918/11 7918/21
7924/3 7929/5 7931/18
7943/9 7944/4 7960/10
7971/23 7973/2 7973/9
7996/5 7997/16
8002/16 8003/21
8015/16 8016/12
8024/13 8024/21
8024/22 8027/3 8027/7
8028/5 8029/2 8031/10
8031/11 8032/23
8038/8
**saying [7]** 7968/13
8000/14 8021/11
8022/9 8036/4 8036/13
8036/15
**says [11]** 7926/10
8022/3 8026/24
8027/20 8028/4
8029/24 8030/5 8031/3
8031/6 8032/12
8037/10
**scared [2]** 7943/24
7948/16
**scheduling [1]**
8043/12
**scheduling-wise [1]**
8043/12
**school [3]** 7911/15
7914/10 7924/1
**schools [4]** 7911/3
7911/18 7911/19
7925/8
**scope [5]** 8017/12
8017/18 8017/23
8023/25 8024/1
**scrawny [1]** 7966/5
**screen [4]** 8006/21
8017/2 8026/5 8029/13
**scroll [3]** 7973/20
8006/22 8007/14
**scrolled [1]** 7974/2
**seal [2]** 7883/10
7883/16
**sealed [2]** 7883/20
7884/1
**seat [1]** 7904/16
**seated [3]** 7882/2
7983/20 7986/7
**second [7]** 7883/7
7924/7 7959/3 8004/6
8013/13 8017/1
8042/19
**Secondly [1]** 8005/9
**seconds [4]** 7918/22
8038/16 8038/18
8039/23
**section [1]** 7916/5
**Secure [1]** 8016/7
**secured [1]** 7935/2
**securing [1]** 7934/25
**security [115]** 7908/25
7909/3 7909/3 7909/4

7909/21 7911/6 7911/7
7911/9 7911/10
7911/11 7911/13
7919/13 7919/21
7920/1 7920/6 7920/9
7921/19 7921/24
7921/25 7923/2
7923/23 7923/25
7924/17 7925/3 7925/4
7925/25 7926/25
7927/5 7937/9 7937/10
7939/21 7940/4 7940/7
7940/24 7941/3 7941/7
7941/13 7944/1 7944/7
7944/8 7944/15
7944/16 7945/9
7945/21 7946/17
7947/24 7948/1
7948/22 7950/1
7950/12 7951/2 7951/6
7951/8 7951/11
7951/15 7951/20
7951/21 7952/2 7952/3
7952/6 7958/20
7959/10 7959/12
7960/8 7960/22 7961/1
7961/8 7961/10
7961/20 7970/11
7970/11 7970/19
7976/13 7976/23
7977/1 7977/20
7977/24 7978/13
7978/16 7978/23
7978/24 7979/3
7980/18 7981/12
7981/18 7982/21
7983/2 7986/20
7987/11 7987/25
7988/1 7988/4 7988/11
7990/24 7996/7 7997/6
7998/21 8001/7
8003/11 8004/4
8004/14 8004/15
8004/19 8018/1 8019/9
8020/4 8020/4 8020/5
8023/19 8023/22
8029/5 8032/24
8042/19
**see [51]** 7920/16
7927/19 7929/13
7964/15 7965/8
7968/11 7972/23
7977/10 7983/8
7983/18 7985/19
7989/19 7992/10
7993/4 8000/4 8000/4
8000/23 8006/18
8013/16 8014/3
8014/13 8018/15
8020/8 8020/15
8020/16 8026/6
8026/23 8027/1 8027/9
8027/18 8028/5 8028/6
8028/10 8029/13
8029/22 8030/3 8031/8
8031/25 8032/10
8035/3 8037/12

8037/20 8038/20
8039/4 8040/2 8040/4
8040/12 8040/14
8043/2
**seeing [6]** 7965/16
7991/25 7992/24
7993/6 8012/11
8035/16
**seek [1]** 8007/5
**seem [1]** 8040/12
**seemed [2]** 7946/10
7946/12
**seems [1]** 8022/13
**seen [11]** 7928/7
7930/25 7964/7
7964/12 7965/19
7965/23 7967/15
7992/2 7998/19
8011/13 8035/6
**seened [1]** 7931/2
**selected [1]** 7912/20
**self [2]** 7906/23 7908/2
**self-incrimination [2]**
7906/23 7908/2
**semester [2]** 7924/6
7924/7
**semi [1]** 7935/4
**semi-trucks [1]** 7935/4
**send [6]** 7926/24
7971/25 7972/7 7994/4
7994/24 8016/1
**sends [2]** 8037/7
8037/11
**sense [1]** 7985/24
**sensitivity [2]** 7883/13
7883/15
**sent [9]** 7915/15
7915/15 7963/24
7994/10 7995/9
7995/21 7995/22
8037/17 8043/14
**September [1]** 7938/9
**serious [1]** 7966/16
**served [1]** 7939/12
**service [4]** 7915/11
7921/21 7994/18
7995/3
**services [8]** 7921/5
7921/9 7921/13 7922/2
7950/12 7951/20
7960/16 7961/20
**serving [1]** 7950/19
**Session [1]** 7877/7
**set [6]** 7926/25 7938/3
7952/3 7972/2 7987/1
8007/19
**setting [1]** 7952/1
**seven [2]** 7905/21
7919/6
**several [5]** 7911/19
7922/1 7965/13
7977/12 8022/15
**SF [1]** 7917/8
**Sharing [1]** 8016/7
**she [20]** 7945/22
7946/15 7948/3 7948/3
7948/4 7948/4 7948/6

7948/16 7948/16
7949/3 7949/4 7976/14
7976/14 8014/16
8017/10 8017/12
8017/13 8017/17
**she's [2]** 7949/4
7949/6
**sheriff [5]** 7930/2
7930/2 7930/5 7931/17
7933/23
**shit [11]** 7929/17
7952/21 7953/10
7953/21 7958/6 7967/4
7967/17 7992/16
7999/21 8022/17
8030/7
**shoot [2]** 7931/23
8041/18
**shorter [1]** 7984/8
**shortly [2]** 7983/9
7983/18
**Should [1]** 8037/10
**shouldn't [2]** 8016/14
8041/15
**show [10]** 7928/7
7928/8 7928/13
7928/22 7930/23
7931/1 7972/1 7972/24
7991/5 8017/14
**showed [4]** 7942/18
7987/22 7989/21
8019/8
**showing [1]** 7948/6
**Shroyer [1]** 7951/12
**sick [2]** 7970/18
7979/24
**side [11]** 7883/19
7917/12 7921/18
7921/20 7959/11
7990/5 7990/17
7990/17 7993/1 7993/4
8038/2
**siege [1]** 8001/17
**Siekerman [8]** 7970/10
7970/10 7970/18
7978/25 7979/16
7979/17 7986/19
8032/16
**sign [1]** 8019/6
**Signal [26]** 7970/21
7970/23 7970/24
7970/25 7971/2 7971/3
7971/6 7971/14
7971/18 7971/19
7972/2 7972/7 7972/10
7972/18 7972/20
7973/7 7973/12
7973/14 7975/18
7994/22 7994/23
7995/22 8015/1
8015/13 8015/18
8016/1
**similar [2]** 7924/17
7924/18
**simulation [1]** 7925/20
**since [3]** 7941/12
7973/8 8017/9

7948/16 7948/16
7949/3 7949/4 7976/14
8042/6
**sir [79]** 7905/13 7906/6
7908/24 7910/13
7912/9 7913/4 7915/17
7916/13 7916/15
7921/23 7922/9 7924/2
7924/11 7925/22
7928/6 7928/9 7930/17
7930/21 7933/18
7935/9 7936/20
7941/23 7942/5
7942/12 7943/5
7944/14 7945/8
7945/11 7945/23
7946/23 7946/25
7947/3 7947/7 7947/9
7947/12 7948/24
7950/25 7951/4 7953/3
7954/10 7955/14
7956/22 7958/16
7959/2 7960/5 7962/15
7962/23 7963/21
7964/15 7964/18
7965/11 7966/24
7967/7 7975/6 7976/1
7976/19 7978/19
7979/25 7983/6
7983/15 7989/7 7990/3
7990/5 7990/9 7990/11
7990/22 7992/24
7993/22 7995/14
7996/6 7998/24
7999/16 8000/1
8001/14 8002/15
8002/15 8012/19
8031/15 8043/7
**sit [1]** 7914/9
**sitting [10]** 7975/24
7976/4 7976/8 8013/6
8013/16 8014/3
8014/13 8014/16
8039/4 8039/7
**situation [5]** 7934/14
7952/23 7962/10
8040/9 8042/17
**situations [1]** 7920/18
**six [3]** 7905/21 7919/5
7982/3
**skeleton [1]** 8009/3
**slaughter [1]** 7954/19
**slide [12]** 7910/11
8021/14 8027/13
8030/1 8030/5 8030/13
8030/21 8031/2
8031/10 8032/20
8033/20 8037/2
**slight [1]** 7979/2
**smashed [1]** 7940/23
**Smith [9]** 7967/3
7967/5 8036/4 8036/6
8036/10 8036/22
8040/21 8040/24
8041/11
**smoke [1]** 7997/22
**smooth [1]** 7988/15
**smoothly [2]** 7977/15

**single [5]** 7974/3
7974/4 8019/3 8024/14

**smoothly...** [1] 7979/8
**snatched** [3] 7966/3
7967/10 7967/24
**so** [280]
**so I think** [1] 8017/23
**so this infantry** [1]
7917/25
**so-called** [3] 8028/14
8028/15 8028/19
**social** [1] 7958/18
**solid** [2] 7937/6
7937/10
**some** [47] 7904/20
7911/18 7917/16
7918/14 7925/20
7928/7 7928/14
7928/17 7928/22
7929/1 7931/13
7932/14 7932/16
7935/6 7935/13
7938/22 7938/23
7938/24 7943/17
7945/12 7948/4 7948/4
7958/17 7961/3
7963/14 7966/5 7967/3
7970/15 7978/25
7979/1 7982/1 7982/4
7984/2 7987/3 7998/14
8003/5 8004/7 8015/18
8017/15 8026/5 8026/8
8035/13 8035/18
8039/19 8040/20
8042/10 8042/20
**somebody** [15] 7906/2
7966/3 7972/5 7974/9
7976/9 7978/5 7978/6
7988/15 7995/12
8000/9 8000/10
8000/10 8007/20
8019/22 8041/4
**somebody's** [2] 8011/1
8011/5
**someone** [5] 7997/2
8019/15 8025/19
8041/6 8042/12
**someone's** [1] 7978/21
**something** [20]
7913/25 7914/4
7914/16 7919/6
7919/16 7929/7
7931/16 7939/3 7940/2
7940/5 7948/5 7960/20
7966/8 7974/10
7976/20 7987/5
7989/11 7991/14
8006/2 8015/11
**sometimes** [7] 7917/14
7925/20 7973/17
7973/18 7974/8
8018/20 8018/22
**somewhat** [1] 7959/17
**somewhere** [3] 7928/4
7990/16 7992/19
**soon** [2] 7995/1 8043/2
**SoRelle** [12] 7945/1
7945/18 7946/14
7947/11 7947/18

7989/6 7991/22 8001/9
8010/18 8034/24
**sorry** [12] 7910/10
7914/23 7939/7
7941/23 7946/11
7946/25 7949/15
7978/15 7980/16
7985/1 8022/25 8027/3
**sort** [1] 8003/24
**sound** [1] 7949/18
**sounding** [2] 7939/6
7939/8
**sounds** [3] 7917/16
7973/6 8021/20
**south** [6] 7987/19
7988/7 7989/13
7990/17 7991/1
7996/12
**South Carolina** [5]
7987/19 7988/7
7989/13 7991/1
7996/12
**space** [1] 7951/5
**speak** [5] 7911/1
7953/25 7959/4 7959/6
7989/19
**speaker** [1] 7946/14
**speakers** [4] 7970/14
7979/9 7979/11
7997/14
**speaking** [5] 7924/5
7945/23 7960/19
7979/10 8021/20
**specialist** [1] 7908/25
**specialists** [1] 7921/24
**specific** [3] 7914/2
7926/5 7933/16
**specifically** [5]
7913/15 7950/23
7961/19 7981/14
8008/16
**speech** [2] 7987/2
7987/8
**speeches** [1] 8021/21
**spell** [1] 7905/14
**spent** [1] 8040/20
**spoke** [3] 7989/17
7989/19 8003/21
**spot** [1] 7968/3
**spotty** [2] 7994/18
7995/3
**spring** [1] 7907/2
**Sr** [1] 7879/11
**stabbed** [1] 8020/21
**stable** [1] 7971/20
**stage** [25] 7976/6
7977/5 7977/8 7977/10
7978/9 7979/4 7979/6
7979/13 7987/1 7987/2
7987/7 7987/20
7988/23 7988/24
7988/25 7989/1 7989/9
7989/13 7991/1 7991/9
7991/19 7996/13
7997/12 8023/23
8035/11
**Stage 7** [4] 7987/2

7989/9
**stages** [2] 7987/6
7997/19
**stairs** [1] 7997/17
**stamped** [1] 8009/9
**stand** [3] 7906/21
7979/5 8041/21
**standard** [5] 7909/20
7910/25 7926/8
7926/12 7926/12
**standards** [1] 7926/11
**standby** [1] 7954/15
**standing** [7] 7928/17
7995/8 7995/13 8000/8
8041/22 8041/23
8041/23
**stanley** [4] 7879/2
7879/5 7882/15
8006/13
**Stanley Woodward** [2]
7882/15 8006/13
**start** [7] 7904/20
7985/3 7985/5 7985/23
7991/25 7997/15
8018/7
**started** [10] 7904/22
7923/21 7943/13
7984/1 7984/2 7984/14
7984/15 7984/21
7991/13 7997/16
**starting** [2] 7987/11
7993/4
**state** [9] 7905/13
7907/13 7910/22
7910/23 7919/23
7921/8 7921/11
7921/20 8025/13
**stated** [1] 7908/23
**states** [12] 7877/1
7877/3 7877/10 7882/6
7910/24 7911/4
7912/18 7919/10
7919/12 7926/21
8020/1 8020/3
**static** [3] 7909/3
7925/3 7925/25
**stating** [1] 7919/15
**station** [1] 8041/22
**stay** [6] 7919/2
7962/18 7962/19
7962/22 7963/17
8025/4
**stay out** [1] 7962/18
**stayed** [10] 7937/19
7955/24 7956/3 7956/5
7956/7 7956/9 7957/11
8010/20 8025/4
8034/14
**stayed at** [1] 7956/5
**staying** [9] 7929/9
7965/22 7999/2 8011/4
8011/20 8034/20
8034/24 8035/2 8035/5
**staying there** [1]
8035/2
**steal** [7] 7945/22
7945/24 7946/8

7976/9 7976/10
**stenography** [1]
7880/6
**step** [3] 7918/20
7983/13 8043/5
**steps** [1] 8000/9
**STEWART** [94] 7877/6
7878/2 7882/7 7913/2
7913/12 7913/12
7932/14 7933/5 7933/8
7937/20 7938/14
7940/3 7940/6 7941/2
7941/6 7943/6 7943/21
7948/14 7949/24
7953/9 7953/15
7953/16 7954/17
7954/17 7959/17
7961/4 7962/19
7963/22 7966/19
7967/15 7967/24
7968/5 7970/18
7971/11 7971/15
7974/8 7976/12
7976/17 7979/21
7980/12 7987/15
7989/10 7993/24
7994/1 7994/9 7995/15
7999/20 7999/21
8000/12 8008/10
8008/18 8008/21
8010/15 8010/23
8013/4 8014/17
8015/11 8016/22
8018/25 8020/6
8021/11 8021/17
8021/20 8021/21
8021/23 8021/24
8021/25 8022/1 8022/4
8022/4 8022/5 8024/10
8024/19 8025/5
8025/10 8026/1 8026/3
8026/3 8026/3 8027/16
8027/21 8027/24
8031/20 8034/19
8034/21 8034/22
8035/8 8035/19
8035/24 8036/10
8036/16 8036/19
8036/22 8040/2
**Stewart Rhodes** [20]
7999/20 8010/15
8013/4 8016/22 8020/6
8021/11 8021/17
8021/20 8021/21
8021/23 8024/10
8025/10 8026/1
8031/20 8034/19
8035/8 8035/19
8036/10 8036/22
8040/2
**Stewart's** [2] 7960/7
7978/22
**stick** [1] 7908/13
**still** [13] 7914/5
7915/14 7919/11
7920/23 7949/4 7949/5
7949/6 7954/20

**stomped** [1] 7966/5
**Stone** [8] 7978/4
7978/5 7980/7 7981/13
7981/14 7987/17
7995/17 7995/18
**stood** [4] 7993/23
7998/13 7998/15
8020/15
**stop** [12] 7929/19
7940/10 7945/22
7945/24 7946/8
7947/13 7947/23
8001/22 8003/24
8028/20 8037/22
8039/23
**stopped** [1] 8041/9
**stopping** [1] 7969/4
**storm** [3] 7954/18
7968/24 8001/20
**stormed** [1] 7954/12
**storming** [4] 7953/12
7953/18 7957/22
7969/10
**story** [1] 7921/15
**street** [12] 7877/17
7878/11 7878/15
7965/16 7966/20
7966/23 7967/11
7977/9 7979/6 7987/4
8029/7 8042/4
**streets** [3] 7951/18
7962/24 8028/22
**stricken** [1] 8000/17
**structural** [1] 8007/20
**Stryker** [1] 7920/19
**stuck** [1] 7979/1
**stuff** [73] 7908/20
7908/23 7909/2 7910/5
7910/7 7914/12 7916/9
7917/5 7920/20
7920/24 7921/18
7922/5 7923/1 7925/24
7926/1 7927/3 7928/19
7930/23 7931/4 7931/9
7931/13 7931/14
7931/22 7934/4 7935/7
7937/9 7937/18
7937/20 7938/15
7938/22 7939/21
7940/23 7941/9
7941/19 7942/21
7943/17 7944/2 7944/2
7948/4 7948/7 7957/6
7957/12 7961/4 7961/9
7961/12 7962/14
7963/14 7970/12
7971/25 7979/1 7979/1
7979/9 7979/12
7979/14 7980/15
7988/9 7994/7 7994/7
7994/10 7995/11
7996/7 7998/22
8007/22 8009/6
8015/15 8015/17
8015/18 8015/19

**stuff... [5]** 8015/21
8022/7 8028/19
8028/20 8041/20
**stupid [2]** 8000/12
8002/13
**subject [1]** 7907/10
**such [4]** 7944/18
7961/22 8015/13
8015/13
**sue [1]** 8036/19
**suggest [1]** 7976/16
**Suite [3]** 7878/4 7878/8
7879/13
**summer [2]** 7907/6
7938/8
**supply [1]** 7914/18
**supposed [15]** 7950/1
7959/4 7959/6 7966/20
7968/4 7970/8 7970/13
7977/17 7982/8 7987/1
7987/7 7987/17
7987/21 7989/1 7991/2
**supremacists [2]**
7928/18 7928/23
**Supreme [1]** 7990/9
**Supreme Court [1]**
7990/9
**sure [17]** 7927/2
7934/24 7957/16
7962/25 7977/15
7979/5 7979/8 7979/12
7984/6 7985/24
7988/14 8005/25
8011/14 8022/15
8031/11 8033/13
8041/17
**surround [1]** 7965/14
**surrounded [1]**
7964/20
**surveillance [2]** 7909/4
7909/5
**Sustained [6]** 7944/10
7954/5 7958/12 7997/9
8000/17 8021/1
**SUV [2]** 7957/15
7957/17
**swastika [1]** 7931/4
**Sweet [1]** 8030/5
**SWORN [1]** 7905/6
**system [2]** 7909/5
7926/25
**systems [1]** 7909/5

T

**table [1]** 8039/8
**tactical [1]** 7988/13
**tactics [2]** 7938/15
7938/24
**tail [1]** 7986/14
**take [20]** 7917/6
7917/8 7917/9 7927/1
7952/24 7970/18
7973/22 7974/6 7977/3
7978/24 7979/18
7979/20 7983/5
7984/13 7985/8
8002/19 8009/4 8010/8

**taken [1]** 8039/19
**taking [3]** 7906/21
7927/4 7995/17
**Taliban [2]** 7916/9
7916/22
**talk [22]** 7912/2 7912/6
7915/3 7931/13 7943/2
7953/17 7970/12
7971/13 7976/25
7981/4 7981/4 7985/9
7999/21 8015/9 8015/9
8024/15 8033/23
8036/25 8042/18
8043/10 8043/11
8043/13
**talked [28]** 7913/10
7929/16 7942/17
7943/3 7948/15
7948/19 7958/5
7969/12 7987/13
7987/14 7987/15
7994/9 7998/13
7998/15 8001/1
8008/11 8013/4
8013/13 8013/24
8017/1 8021/22
8021/24 8021/25
8025/16 8039/17
8042/20
**talking [28]** 7916/6
7920/10 7923/17
7927/8 7930/8 7930/23
7930/24 7943/25
7947/8 7953/11
7953/14 7962/11
7968/12 7972/20
7974/17 7983/23
7983/25 7985/1
7992/10 8029/6
8029/10 8032/9
8033/16 8035/19
8035/25 8036/1
8036/22 8042/9
**talking about [1]**
7927/8
**talks [3]** 8022/1 8022/4
8022/4
**tampering [1]** 7948/3
**tandem [1]** 8024/24
**targeted [1]** 8008/8
**Tarpley [2]** 7878/10
7882/14
**task [2]** 7913/22
7916/4
**Taylor [2]** 7938/6
7939/13
**teach [2]** 7931/23
7931/24
**team [27]** 7883/22
7907/6 7907/18 7951/6
7951/6 7951/15
7954/14 7980/10
7980/10 7980/13
7980/14 7980/18
7980/24 7980/25
7981/3 7981/4 7981/19

**technological [1]**
7985/23
**tell [19]** 7910/15
7920/4 7930/4 7939/12
7940/10 7956/6
7956/11 7964/11
7974/9 7987/3 7995/9
8007/15 8015/12
8024/16 8027/16
8028/10 8030/2 8030/6
8041/21
**telling [7]** 7931/8
7957/5 7961/13
7995/22 8021/17
8025/10 8033/6
**tells [1]** 8030/14
**temporarily [1]**
7911/13
**ten [2]** 7974/15
7994/24
**term [4]** 7916/24
7917/23 7920/7 7920/8
**terms [5]** 7920/21
7920/24 7925/8 7952/1
7952/16
**Terrorism [1]** 7913/22
**testified [5]** 8003/11
8003/14 8010/8 8010/9
8018/11
**testify [7]** 7907/25
7985/8
**testimony [5]** 7983/14
7984/1 8005/14
8005/15 8043/7
**Texas [19]** 7906/10
7909/12 7909/17
7909/18 7909/25
7910/1 7910/7 7911/13
7913/17 7932/22
7933/5 7935/23 7936/2
7937/5 8001/4 8001/5
8001/6 8025/1 8025/4
**text [13]** 7988/16
7994/5 7994/10
7994/21 7994/24
7994/25 7995/1 7995/2
7995/10 8026/5 8026/9
8026/10 8029/11
**texted [1]** 7994/1
**texts [2]** 7994/2 7995/6
**than [10]** 7918/14

7961/25 7985/14
7996/11 8004/25
8005/21 8008/15
8020/18
**thank [28]** 7882/3
7883/6 7883/24 7905/3
7905/12 7908/5
7910/18 7921/6
7930/18 7936/23
7983/10 7983/17
7983/21 7986/2 7986/3
8006/4 8006/5 8006/8
8026/20 8027/6
8030/11 8033/15
8039/14 8040/17
8043/2 8043/9 8043/16
8043/17
**Thank you [23]** 7882/3
7883/6 7883/24 7905/3
7905/12 7908/5
7930/18 7983/10
7983/17 7983/21
7986/2 7986/3 8006/4
8006/5 8006/8 8027/6
8033/15 8039/14
8040/17 8043/2 8043/9
8043/16 8043/17
**Thanks [7]** 7883/1
7983/18 8020/24
**that [521]**
**that action [1]** 7993/20
**that conversation [1]**
7972/8
**that time [1]** 7994/14
**That'll [1]** 8000/17
**that's [58]** 7904/21
7906/10 7908/20
7908/23 7911/17
7912/1 7912/19 7917/7
7918/23 7921/7 7921/7
7921/8 7924/20 7926/9
7929/9 7931/6 7931/10
7938/2 7950/21
7952/16 7953/15
7957/6 7957/8 7957/9
7957/17 7970/24
7974/16 7976/2
7979/25 7981/1 7981/2
7982/13 7982/23
7985/22 7985/24
7987/4 7988/24
7990/17 7994/19
8004/20 8005/22
8011/8 8018/5 8019/17
8019/20 8021/17
8021/24 8021/25
8022/1 8027/24
8030/17 8034/19
8035/4 8037/5 8038/2
8038/9 8038/23 8041/3
**their [26]** 7926/22
7926/23 7926/25
7927/1 7930/11
7939/20 7940/8 7944/6
7959/11 7961/1
7961/10 7966/22
7971/22 7971/24

7979/13 7982/5
7987/16 7994/15
7997/14 7998/7 7998/7
8022/20 8032/18
8022/20 8032/18
**thelinderfirm.com [1]**
7878/6
**them [59]** 7916/21
7916/21 7916/22
7916/22 7917/6 7917/7
7922/3 7922/20
7922/20 7926/13
7928/16 7928/16
7928/19 7929/2
7930/25 7931/3 7939/4
7941/1 7941/5 7944/6
7944/18 7950/2
7950/11 7950/17
7951/6 7951/17
7953/18 7958/9
7961/14 7961/22
7963/14 7963/19
7964/13 7964/20
7964/25 7965/14
7965/24 7967/12
7971/21 7971/25
7973/10 7980/21
7982/4 7988/22 7993/6
7994/17 7995/8 7995/9
7995/13 7996/13
8008/21 8009/11
8015/3 8015/14
8016/21 8022/17
8023/7 8028/20 8042/4
**themselves [1]**
7932/12
**then [84]** 7910/6
7911/6 7911/13 7913/9
7914/13 7915/1
7915/16 7916/11
7923/22 7923/25
7924/4 7926/1 7926/20
7927/1 7927/4 7927/6
7927/15 7927/19
7929/5 7931/8 7931/12
7935/4 7935/5 7938/23
7939/21 7941/8
7945/21 7946/7 7951/5
7951/9 7951/13
7951/15 7951/16
7954/14 7959/17
7963/16 7966/3 7966/8
7967/14 7968/12
7977/7 7978/5 7978/6
7979/5 7980/2 7984/21
7987/1 7987/14
7987/19 7988/2 7988/6
7988/7 7988/22
7993/24 7994/22
7995/20 7998/14
7999/1 7999/2 8000/13
8003/17 8003/20
8008/11 8009/9
8015/17 8016/15
8016/16 8016/17
8024/24 8027/7
8027/16 8028/4

then... [12] 8028/13
8028/19 8028/21
8030/2 8030/5 8030/6
8030/14 8030/21
8031/5 8031/6 8035/11
8041/17
theoretically [1]
7988/10
there [148] 7883/9
7915/22 7920/22
7923/13 7924/15
7925/10 7926/8
7926/11 7929/19
7934/2 7934/2 7935/9
7936/4 7936/14
7936/15 7937/11
7939/19 7939/23
7940/10 7940/20
7941/12 7941/13
7941/18 7942/8
7943/19 7943/21
7945/20 7946/1 7946/4
7948/15 7948/18
7948/19 7948/21
7950/3 7951/1 7951/19
7952/5 7953/22
7956/25 7957/3 7958/7
7959/6 7960/19
7960/21 7960/21
7961/2 7961/16 7962/8
7962/10 7963/2
7963/13 7963/19
7964/3 7964/4 7964/23
7965/12 7965/17
7968/10 7968/17
7968/20 7968/21
7973/10 7974/1
7974/11 7976/4 7976/4
7976/8 7976/14
7976/25 7977/5 7977/8
7977/18 7978/2 7978/2
7978/4 7978/8 7978/8
7978/16 7981/17
7984/15 7986/1 7987/1
7987/7 7988/8 7990/23
7990/24 7991/4
7991/14 7992/11
7993/8 7993/9 7994/6
7994/18 7995/3 7995/9
7997/19 7998/13
7998/15 7998/20
7998/21 7998/24
8000/9 8001/10
8002/21 8002/25
8003/19 8006/18
8007/20 8009/7
8010/21 8011/17
8011/22 8012/2 8012/3
8012/4 8012/5 8012/6
8013/17 8014/4
8015/14 8016/16
8016/16 8016/17
8018/13 8018/14
8019/1 8019/1 8020/7
8020/15 8023/11
8023/20 8025/4
8026/25 8027/13

8035/2 8035/4 8035/5
8035/14 8037/24
8039/7 8039/19 8040/6
8040/14 8040/23
8041/18 8043/10
there's [20] 7910/23
7910/24 7910/24
7911/5 7926/12
7964/12 7973/21
7985/25 7997/20
7997/20 8004/20
8005/15 8005/25
8020/19 8020/20
8020/20 8020/20
8022/2 8022/2 8027/22
these [35] 7882/20
7907/1 7911/18
7913/18 7913/20
7916/20 7917/6
7921/16 7922/25
7931/25 7937/5 7940/4
7940/6 7940/24
7947/22 7953/11
7953/16 7958/5
7958/14 7962/18
7964/19 7964/22
7968/7 7968/7 7971/11
7992/4 7997/17
7997/19 7998/6 8026/6
8026/8 8028/16 8038/7
8040/7 8041/18
they [143] 7913/2
7913/2 7913/2 7913/20
7918/19 7919/21
7919/21 7920/14
7920/23 7922/5 7922/7
7922/9 7922/14 7923/2
7926/3 7927/2 7927/5
7927/11 7927/22
7927/23 7928/14
7928/15 7928/25
7931/1 7931/3 7934/4
7934/22 7934/22
7935/2 7935/2 7935/3
7935/4 7935/5 7935/6
7935/24 7937/6
7937/23 7938/19
7938/19 7938/22
7939/4 7939/8 7939/20
7940/1 7940/7 7940/7
7940/9 7940/22 7941/2
7941/3 7941/4 7941/8
7942/14 7942/16
7943/3 7943/25 7944/1
7945/10 7951/9 7951/9
7951/18 7953/22
7953/23 7954/18
7957/1 7957/2 7957/2
7957/15 7957/16
7958/7 7959/3 7959/10
7959/11 7959/22
7960/8 7960/21 7961/4
7961/11 7962/4
7962/11 7963/23
7964/24 7966/1
7966/12 7966/13
7966/14 7967/13

7976/12 7977/8 7978/4
7978/22 7979/12
7982/1 7982/4 7982/5
7987/14 7987/21
7988/16 7989/10
7989/10 7989/11
7989/16 7990/19
7991/4 7991/5 7992/13
7992/15 7992/15
7993/7 7994/12
7997/16 8000/10
8000/14 8008/7
8008/12 8008/14
8008/15 8008/16
8009/16 8009/16
8009/19 8015/9 8019/3
8021/18 8022/18
8022/19 8022/20
8023/1 8023/1 8023/5
8023/5 8023/7 8028/3
8028/22 8032/16
8033/12 8033/14
8035/12 8036/7
8040/13
they'd [2] 7918/18
7926/24
they'll [2] 7954/19
7972/1
they're [20] 7919/21
7920/17 7923/1
7927/19 7935/24
7936/2 7949/5 7949/5
7959/10 7959/10
7959/14 7963/11
7971/23 7992/4 7993/6
7995/7 8017/18
8022/17 8022/17
8028/18
thievery [1] 8007/22
thing [9] 7910/4
7922/25 7968/13
7977/7 7979/7 7980/4
8008/12 8024/15
8026/21
things [8] 7909/14
7925/10 7938/20
7985/23 7997/25
7998/3 8022/3 8033/18
think [52] 7907/14
7920/24 7931/1
7933/24 7935/10
7937/19 7938/17
7938/17 7938/21
7939/2 7945/13
7957/18 7960/2 7960/4
7963/5 7967/15
7968/20 7974/23
7975/7 7975/23 7977/6
7979/24 7980/19
7982/3 7986/14
7987/15 7987/17
7988/5 7988/8 7989/14
7989/19 7991/12
7992/3 7992/4 7994/3
7994/15 7997/17
8000/13 8000/24
8004/20 8004/20

8017/23 8018/8
8018/10 8018/23
8019/18 8019/24
8035/3 8042/4 8043/13
thinking [1] 8041/11
third [5] 7913/1
7913/17 7913/19
7913/19 8004/9
this [100] 7882/5
7883/20 7904/24
7905/22 7906/13
7906/13 7906/15
7907/22 7908/3
7908/10 7908/20
7908/23 7909/10
7912/19 7914/2 7915/1
7917/25 7918/1 7920/9
7925/6 7926/10
7926/10 7926/10
7926/10 7929/20
7930/15 7937/2
7938/17 7940/16
7940/18 7943/13
7945/2 7947/2 7948/13
7952/1 7965/25 7966/1
7971/14 7971/20
7976/4 7976/16
7977/16 7979/7
7979/15 7981/6 7981/7
7989/25 7990/3 7990/4
7990/7 7990/7 7990/12
7990/12 7990/15
7990/17 7991/10
7992/18 7992/19
7992/24 7992/25
7997/17 7998/7 8000/6
8006/25 8007/2
8007/14 8008/19
8008/23 8009/12
8016/18 8017/11
8017/12 8017/17
8017/17 8018/8
8021/18 8021/19
8022/6 8024/4 8024/13
8024/15 8024/16
8025/6 8025/11 8026/5
8029/2 8029/21 8030/7
8031/24 8032/9
8032/15 8032/17
8035/10 8037/17
8038/17 8038/20
8038/21 8039/22
8040/21 8042/22
this chat [1] 8016/18
This is [1] 7882/5
Thomas [3] 7879/11
7882/9 8013/24
Thomas Caldwell [1]
8013/24
Thomas Edward
Caldwell [1] 7882/9
those [19] 7909/7
7911/4 7921/23 7923/5
7923/21 7929/7
7933/20 7961/15
7961/18 7975/18
7987/6 7988/8 7988/9

7996/25 7996/25 7997/3
7997/25 7998/3
8023/11
though [2] 7914/2
8042/10
thought [12] 7931/1
7940/5 7948/3 7953/15
7953/16 7954/11
7963/22 7998/5
8011/19 8012/5 8015/5
8041/25
thoughts [2] 7941/11
7941/14
thousand [2] 7924/3
7973/9
threat [28] 7909/6
7920/18 7921/17
7938/6 7939/16
7939/19 7941/2 7941/3
7941/18 7942/4
7942/19 7958/8
8007/17 8007/22
8007/25 8008/17
8008/20 8008/22
8008/22 8009/1 8009/4
8009/6 8009/10
8009/12 8009/20
8010/4 8019/13
8041/14
threatened [4] 7940/9
7941/1 8008/2 8008/7
threats [3] 7948/6
8007/20 8007/23
three [10] 7919/5
7919/5 7967/15 7988/8
7996/8 7996/25 7997/3
8001/16 8016/13
8038/16
through [13] 7921/8
7922/3 7925/7 7925/13
7925/15 7940/23
7944/3 7951/18
7973/10 7994/23
8003/13 8004/4
8007/14
throughout [2]
7937/15 7937/17
throw [1] 8016/11
throwing [1] 7997/22
time [74] 7883/20
7904/25 7907/9
7912/11 7912/14
7912/14 7914/22
7916/3 7917/14 7918/9
7918/16 7919/13
7922/7 7923/3 7923/12
7925/6 7925/12 7927/3
7927/4 7929/23
7932/10 7934/6
7936/17 7938/23
7943/11 7943/21
7946/1 7947/6 7949/4
7949/11 7949/13
7952/1 7952/10
7952/24 7953/25
7956/19 7959/3
7960/23 7965/17
7966/9 7968/23 7969/2

**time...** [32] 7969/19
7971/3 7971/7 7973/19
7974/1 7976/18
7976/21 7984/15
7988/20 7991/10
7992/19 7994/5
7999/19 8000/6 8010/9
8011/9 8011/12 8012/8
8012/9 8016/1 8018/25
8024/22 8025/2
8032/14 8033/17
8033/19 8036/8
8036/18 8040/20
8042/6
**times** [6] 7922/1
7950/15 7959/17
7966/6 7992/21 7994/4
**titled** [1] 8044/4
**TOC** [1] 7988/12
**today** [8] 7906/10
7906/12 7906/21
7907/25 7985/9 8014/3
8014/14 8039/5
**Todd** [7] 7992/3 7992/6
7992/7 8035/1 8035/3
8035/14 8035/16
**Todd Wilson** [2]
8035/1 8035/14
**together** [5] 7931/12
7931/18 7931/20
7951/6 8032/18
**told** [21] 7883/1 7921/1
7929/17 7930/22
7931/1 7932/14
7936/22 7936/22
7937/15 7948/17
7954/17 7963/4 7968/5
7976/12 7976/14
7994/9 7994/11
7995/16 8003/17
8041/13 8041/17
**tomorrow** [4] 7983/23
7984/1 7985/3 7985/11
**too** [4] 7914/25 7925/4
7966/1 7984/10
**took** [10] 7916/23
7923/25 7941/3
7949/12 7966/19
7973/11 7984/3
7986/19 8020/15
8042/16
**top** [2] 8009/10
8027/13
**tore** [3] 7966/12
7966/13 8008/15
**total** [5] 7919/7 7919/8
7923/17 7937/22
7957/18
**touch** [4] 7993/24
7995/16 8000/25
8006/21
**Towers** [1] 7879/13
**train** [5] 7915/1 7926/3
7931/12 7931/21
7932/5
**trained** [3] 7915/3

**training** [12] 7915/1
7921/7 7925/7 7925/13
7925/14 7925/20
7925/21 7931/17
7931/20 7936/11
7936/12 7938/24
**transcript** [3] 7877/9
7880/6 8044/3
**transcription** [1]
7880/7
**transportation** [1]
7994/20
**trashed** [1] 7940/9
**travel** [3] 7955/12
7955/15 8036/25
**traveled** [1] 8003/18
**traveling** [1] 8010/12
**TRIAL** [1] 7877/9
**tried** [3] 7966/2
7993/24 8042/14
**Triple** [3] 7922/24
7923/10 7923/14
**Triple Canopy** [3]
7922/24 7923/10
7923/14
**troops** [1] 7917/17
**trouble** [2] 7922/14
8026/15
**Troy** [2] 7877/16
7882/11
**Troy Edwards** [1]
7882/11
**truck** [1] 7935/3
**truckloads** [1] 7927/2
**trucks** [1] 7935/4
**true** [3] 7907/5 7929/13
7930/8
**Trump** [15] 7953/12
7953/19 7953/22
7954/11 7954/13
7975/24 7976/5 7977/7
7987/5 7987/5 7987/8
7988/17 7989/17
7990/14 7990/21
**try** [3] 7926/3 7984/3
7988/16
**trying** [10] 7942/20
7988/21 7992/5
7992/13 7992/16
7995/24 7997/22
8017/18 8028/20
8041/17
**turn** [1] 7910/17
**turned** [6] 7972/19
7973/8 7974/14
7995/21 7995/21
8015/10
**TV** [1] 7998/14
**twice** [1] 7918/8
**two** [29] 7905/19
7914/24 7918/2 7924/1
7924/3 7929/7 7934/2
7938/14 7940/1 7940/6
7942/6 7942/9 7942/16
7943/1 7951/12 7966/2
7967/15 7981/19
7988/8 7988/8 7992/20

8001/11 8018/23
8022/16 8025/5 8030/8
8038/17
**two-man** [1] 7981/19
**TX** [2] 7878/4 7878/8
**type** [3] 7924/4
7938/23 7939/22
**typically** [1] 7920/13

## U

**U.S** [3] 7877/16 7977/5
7990/8
**U.S.** [1] 8020/3
**U.S. Government** [1]
8020/3
**U.S.A** [1] 7919/17
**Uh** [21] 7925/19
7926/19 7927/14
7930/6 7956/21
7964/21 7968/18
7969/18 7978/18
7982/16 7993/2 7999/4
8011/24 8012/13
8014/2 8026/7 8027/2
8028/7 8029/14
8029/23 8038/11
**Uh-huh** [21] 7925/19
7926/19 7927/14
7930/6 7956/21
7964/21 7968/18
7969/18 7978/18
7982/16 7993/2 7999/4
8011/24 8012/13
8014/2 8026/7 8027/2
8028/7 8029/14
8029/23 8038/11
**ultimately** [1] 7954/1
**unaffiliated** [1]
7883/18
**unanticipated** [1]
7904/21
**under** [7] 7883/10
7883/16 7905/2
7907/25 7911/21
8032/19 8036/7
**underneath** [1] 7980/3
**understand** [4] 7906/9
7909/15 7920/22
7928/1
**understanding** [1]
7979/25
**Understood** [4]
8004/22 8006/4
8010/22 8018/17
**undertone** [1] 8028/12
**unfamiliar** [1] 7917/3
**unit** [2] 7913/25
7915/15
**UNITED** [10] 7877/1
7877/3 7877/10 7882/6
7912/18 7919/10
7919/12 7926/21
8020/1 8020/3
**United States** [5]
7912/18 7919/12
7926/21 8020/1 8020/3
**units** [1] 7917/12

7972/20
**unpaid** [1] 7934/7
**unquote** [2] 8025/12
8025/12
**unquote/unquote** [1]
8025/12
**unread** [2] 7972/25
7973/12
**until** [12] 7908/22
7930/11 7933/5 7970/5
7977/18 7978/8 8001/5
8029/3 8033/5 8033/7
8035/3 8035/16
**up** [75] 7908/22 7917/7
7917/9 7917/10
7917/11 7919/4
7922/14 7922/15
7926/25 7926/25
7927/19 7930/11
7939/25 7940/23
7941/15 7945/21
7948/6 7948/15
7949/11 7950/1 7950/2
7951/1 7952/2 7952/3
7959/1 7959/7 7966/12
7966/13 7966/13
7967/17 7971/11
7972/1 7972/2 7972/4
7972/7 7972/20
7972/23 7972/24
7974/6 7982/5 7985/2
7985/8 7987/1 7987/22
7989/2 7989/21 7991/6
7991/7 7993/9 7997/15
8002/16 8006/15
8006/22 8008/15
8008/15 8009/5
8010/15 8010/23
8016/20 8017/16
8019/6 8020/21 8021/5
8025/20 8028/18
8028/20 8032/15
8035/23 8036/25
8037/2 8037/18 8041/2
8041/24 8042/6
8042/15
**update** [1] 7925/7
**upon** [2] 7940/11
7954/7
**upper** [2] 8030/22
8030/25
**upset** [1] 8028/15
**Urban** [3] 8008/3
8008/8 8008/14
**us** [5] 7917/13 7986/23
8003/6 8010/21
8032/14
**usdoj.gov** [2] 7877/19
7877/20
**use** [4] 7920/18
7920/24 7970/25
8036/20
**used** [5] 7916/17
7916/23 7920/8
7952/15 7970/24
**users** [1] 7971/18
**utilized** [1] 7959/17

**validated** [1] 7910/6
**van** [2] 7957/15
7957/16
**vantage** [1] 7993/3
**various** [3] 7923/15
7963/8 7971/6
**vehicle** [4] 7962/17
7989/20 8042/2 8042/8
**vehicles** [2] 7979/13
7997/14
**versus** [1] 7882/6
**very** [6] 7883/24
7912/15 7912/15
7913/8 8040/12 8043/2
**veteran** [1] 7912/4
**Veterans** [1] 7987/5
**vice** [2] 7930/12
8009/25
**vice president** [1]
7930/12
**video** [11] 8037/11
8037/13 8037/14
8037/15 8037/17
8037/21 8037/23
8038/2 8038/4 8039/22
8039/24
**videos** [2] 7964/13
8037/11
**view** [1] 8005/20
**violations** [1] 7935/15
**VIPs** [1] 7997/12
**Virginia** [28] 7909/11
7911/11 7955/22
7955/23 7974/25
7975/1 7975/6 7975/22
7975/24 7976/5 7977/7
7999/3 7999/13
7999/15 7999/16
8003/17 8010/12
8010/19 8010/20
8010/24 8011/11
8011/13 8011/15
8011/18 8011/25
8023/6 8032/13
8034/17
**voicemail** [1] 7995/13
**voluntarily** [1] 7906/22
**volunteer** [2] 7918/12
7933/22
**volunteered** [1]
7918/13
**volunteering** [1]
7959/22
**volunteers** [3] 7932/16
7934/7 7962/4
**voter** [1] 7948/3
**vs** [1] 7877/5

## W

**W-P-S** [2] 7921/4
7921/12
**wait** [1] 7991/5
**waiting** [4] 7910/4
7989/21 7991/2
8023/11
**waived** [1] 8018/5
**waiver** [1] 7919/13

**waiving [2]** 7906/22
7908/1
**walk [8]** 7951/6
7951/18 7962/24
7963/4 7965/16
7977/11 7990/19
7992/9
**walked [4]** 7963/5
7965/9 7965/13
7967/16
**walking [6]** 7925/24
7942/20 7966/21
7977/13 7988/14
7991/7
**walks [1]** 7956/12
**Walmart [1]** 7914/18
**want [26]** 7914/9
7914/11 7914/15
7920/15 7921/17
7924/3 7927/25
7928/21 7953/18
7954/12 7962/18
7963/4 7963/17 7979/8
7985/3 7994/17 7996/1
8003/6 8003/12 8018/4
8018/7 8019/5 8029/8
8030/22 8031/3 8031/4
**wanted [27]** 7913/9
7913/9 7914/14 7927/3
7936/23 7936/24
7941/1 7952/7 7953/9
7953/10 7953/21
7954/20 7958/19
7962/19 7962/22
7962/24 7967/24
7970/8 7974/12 7984/6
8008/21 8008/21
8015/12 8029/5
8033/13 8036/19
8043/11
**war [14]** 7912/12
7912/15 7912/16
7912/18 8020/7
8020/19 8020/21
8020/22 8022/3
8027/17 8027/23
8028/1 8028/5 8028/11
**warehouse [2]**
7927/16 7937/19
**warehouses [5]**
7926/25 7927/7
7934/25 7935/2
7937/18
**Warren [1]** 8032/13
**Warren County [1]**
8032/13
**wars [4]** 8019/22
8019/25 8020/1 8020/6
**was [447]**
**was cheaper [1]**
8034/5
**Washington [8]** 7877/5
7877/17 7879/4 7880/5
7949/12 7954/22
8005/10 8025/20
**wasn't [18]** 7927/22
7931/15 7938/16

7961/1 7962/20
7965/25 7968/6
7979/19 7990/18
7993/6 7995/22
8011/20 8016/20
8018/24 8025/4
8040/14
**watched [3]** 7967/16
7993/23 8020/15
**watching [1]** 7995/20
**water [1]** 7935/7
**Watkins [13]** 7878/14
7882/9 7882/17 7883/3
8014/10 8014/11
8014/19 8014/22
8017/1 8017/21 8018/1
8018/4 8018/9
**way [16]** 7906/8
7915/11 7917/20
7930/11 7938/6
7941/22 7941/24
7972/2 7974/7 8003/24
8004/7 8004/21 8017/7
8017/18 8018/9
8037/18
**ways [1]** 7984/11
**we [173]**
**we'd [4]** 7916/20
7918/7 7931/12 7932/4
**we'll [8]** 7983/8
7984/12 7985/19
8042/25 8043/1 8043/2
8043/13 8043/14
**we're [18]** 7883/15
7918/1 7918/2 7943/8
7949/6 7965/14
7983/25 7984/1
8002/17 8004/13
8007/16 8008/23
8024/23 8025/11
8027/17 8027/23
8037/21 8038/4
**we've [7]** 7907/24
7962/17 7999/10
8001/16 8003/1 8022/6
8027/7
**weaknesses [2]**
8007/21 8007/21
**weapon [5]** 7938/22
7955/15 7955/18
7955/21 8041/15
**weapons [17]** 7916/7
7917/7 7955/1 7955/4
7955/12 7957/8 7957/9
7957/11 7957/16
7975/12 7975/16
7975/19 8022/20
8022/24 8023/1 8023/5
8023/11
**wear [1]** 7932/6
**wearing [1]** 8038/7
**weasel [1]** 8017/19
**weather [1]** 7985/10
**week [6]** 7935/10
7936/15 7999/22
8000/20 8001/2
8004/16

7972/13 8001/11
8025/5
**welcome [3]** 7904/18
7905/4 7986/8
**welcoming [1]** 7934/15
**well [53]** 7882/22
7883/14 7905/12
7907/15 7908/12
7911/18 7912/21
7913/1 7914/23
7917/17 7920/9 7922/4
7923/13 7926/6 7927/7
7927/21 7930/5
7930/25 7934/9 7939/3
7939/15 7943/13
7945/7 7947/11
7950/14 7962/22
7963/12 7963/20
7963/22 7967/19
7975/11 7978/16
7980/13 7985/13
7988/1 7988/21 8000/8
8000/12 8004/2
8004/18 8005/11
8005/18 8007/5
8008/21 8010/17
8010/20 8011/19
8020/8 8024/20
8024/22 8024/22
8035/7 8042/18
**went [60]** 7911/15
7912/10 7912/16
7912/17 7913/11
7914/13 7914/25
7915/1 7915/2 7915/16
7915/19 7915/20
7922/16 7923/22
7924/1 7924/8 7924/10
7925/4 7926/17
7926/22 7940/23
7942/4 7942/25 7943/1
7943/23 7945/18
7949/3 7953/10
7956/17 7958/21
7959/3 7966/13 7967/1
7967/13 7967/23
7968/10 7969/16
7969/17 7974/23
7975/23 7976/4
7976/10 7976/14
7978/1 7987/18 7991/8
7998/4 7998/25 7999/1
7999/1 7999/1 7999/2
7999/13 7999/14
8000/11 8000/14
8001/6 8008/11
8034/16 8035/11
**went in [1]** 8000/11
**were [258]**
**were doing [1]**
7959/19
**weren't [4]** 7929/7
8023/14 8036/7
8042/11
**west [2]** 7990/5 7993/4
**what [186]**
**what's [7]** 7908/9

8019/21 8026/24
8030/8
**whatever [7]** 7920/15
7953/17 7953/18
7954/12 7977/7
7994/17 8033/5
**when [97]** 7912/9
7912/11 7912/14
7914/14 7915/1
7915/19 7919/11
7920/24 7921/16
7922/13 7926/20
7927/23 7927/25
7928/2 7929/20
7931/18 7932/13
7933/11 7938/2
7939/15 7942/4 7945/2
7947/6 7950/3 7951/1
7952/21 7955/17
7956/16 7959/1 7960/1
7960/10 7964/19
7965/9 7966/2 7966/4
7967/13 7967/14
7969/19 7969/25
7971/15 7971/17
7972/3 7972/22
7972/24 7973/11
7973/16 7974/20
7975/21 7976/3
7979/18 7980/13
7986/18 7989/9
7989/16 7989/20
7991/4 7991/5 7991/14
7991/25 7992/11
7992/24 7994/4 7994/9
7994/19 7995/8 7995/8
7995/9 7995/9 7996/5
7999/15 7999/16
8000/8 8000/13
8000/19 8001/1
8002/19 8008/11
8011/13 8015/9 8016/2
8018/25 8020/2 8020/7
8020/12 8020/14
8033/9 8033/11
8034/11 8034/16
8035/18 8035/23
8039/17 8039/18
8041/12 8042/7 8042/9
8042/15
**whenever [1]** 7995/1
**where [55]** 7908/6
7908/14 7911/4
7912/19 7914/4
7916/19 7921/14
7928/9 7928/12
7929/20 7931/10
7932/21 7937/7
7945/14 7955/21
7955/23 7956/6 7957/8
7957/9 7964/15
7964/17 7965/10
7969/15 7973/16
7973/18 7974/22
7976/1 7982/12
7985/12 7985/19
7987/4 7987/14

7989/4 7990/13
7995/24 7996/2
7996/11 7996/12
7997/15 7998/7
7998/24 7999/2
7999/16 8001/12
8008/23 8011/8
8014/16 8023/1 8023/5
8024/15 8028/16
8028/22 8035/5
**whereby [1]** 7934/14
**whether [6]** 7910/15
7947/22 7962/8 7965/6
8005/9 8009/19
**which [8]** 7921/12
7940/11 7954/7
7981/19 8019/8 8021/3
8028/2 8031/24
**while [5]** 7942/7
7951/6 8002/9 8040/16
8040/20
**Whip [11]** 7905/20
7906/4 7906/5 7906/5
7908/6 7908/8 7908/12
7908/14 7921/14
8032/16 8032/21
**Whiplash [1]** 7906/5
**Whippet [1]** 7905/25
**white [8]** 7928/18
7928/23 7953/12
7953/18 7954/12
7954/16 7954/18
7966/5
**White House [5]**
7953/12 7953/18
7954/12 7954/16
7954/18
**who [59]** 7913/11
7913/11 7922/4
7929/14 7932/25
7937/8 7942/14
7942/16 7943/5
7943/19 7944/15
7944/25 7949/25
7953/14 7956/10
7959/8 7960/10
7962/25 7963/3 7963/3
7963/25 7964/24
7966/21 7966/24
7967/7 7970/11
7975/24 7976/4
7976/12 7977/19
7978/2 7978/7 7978/19
7979/20 7980/6 7980/8
7980/17 7981/23
7982/7 7985/7 7987/16
7989/13 7989/21
7991/2 7995/22 7998/4
7998/20 7998/20
7999/25 8009/24
8013/1 8019/15
8019/22 8024/6
8025/19 8028/16
8028/19 8028/25
8042/3
**who's [6]** 7950/4
7992/6 8021/22

**who's... [3]** 8023/18
8024/8 8038/20
**whoever [1]** 7988/6
**whole [10]** 7913/16
7914/22 7918/4 7918/4
7968/14 7970/20
8010/20 8016/15
8026/21 8029/7
**whom [3]** 8001/8
8018/10 8018/11
**whose [2]** 7956/2
7956/4
**why [15]** 7913/4
7914/7 7939/23
7947/11 7948/2
7948/13 7963/10
7965/5 7967/24
7994/19 7996/1
8002/12 8007/25
8023/16 8028/10
**wiggle [1]** 8018/13
**will [23]** 7910/6
7910/13 7939/14
7972/4 7972/24
7973/17 7973/18
7973/22 7974/15
7974/18 7984/8 7985/9
7994/25 8006/21
8007/8 8013/11
8013/22 8014/7
8014/21 8018/13
8028/24 8032/5
8039/12
**William [4]** 7879/11
7880/2 8044/2 8044/8
**willing [6]** 7907/10
7907/25 7934/23
7940/7 7980/14
8021/19
**Wilson [3]** 7992/7
8035/1 8035/14
**windows [1]** 7997/22
**Wisconsin [4]** 8024/5
8024/6 8024/16
8024/16
**wise [1]** 8043/12
**wish [2]** 7906/25
7908/8
**wishes [1]** 7883/9
**withdraw [1]** 7989/5
**withdraw that [1]**
7989/5
**within [1]** 7920/8
**without [11]** 7883/3
7932/20 7936/9
7936/10 7936/11
7936/12 7958/21
7971/21 8007/4
8033/16 8033/18
**witness [15]** 7881/2
7904/23 7905/2 7905/6
7948/8 7948/9 7961/22
7967/25 7985/5 7985/7
7999/9 8005/19
8006/16 8017/3
8027/23
**witnessed [6]** 7944/18

**witnesses [2]** 7881/4
7984/24
**Women's [3]** 7975/24
7976/5 7977/7
**won't [2]** 7911/2
8003/22
**Woodward [10]** 7879/2
7879/3 7882/15
8003/10 8004/4 8005/6
8006/7 8006/13
8017/25 8019/8
**word [1]** 8000/19
**words [1]** 7995/24
**work [24]** 7908/20
7909/2 7910/7 7911/1
7911/6 7911/6 7911/16
7911/22 7914/19
7919/12 7921/10
7921/16 7922/13
7922/16 7923/5 7924/5
7925/17 7926/22
7936/24 7938/5 7960/6
7970/9 7970/25
7970/25
**worked [9]** 7919/16
7923/7 7923/9 7923/15
7923/18 7932/13
7937/8 7950/11
7978/17
**working [14]** 7907/18
7921/11 7922/15
7923/12 7923/13
7927/9 7927/21 7944/6
7984/2 7985/23
8010/17 8024/18
8024/23 8028/17
**works [1]** 7981/2
**world [1]** 7920/9
**Worldwide [4]** 7921/4
7921/9 7921/12
7921/21
**worse [1]** 7995/20
**would [91]** 7883/1
7904/25 7905/20
7905/21 7906/2
7910/14 7914/5
7917/14 7917/15
7917/17 7917/22
7917/24 7918/8
7918/11 7918/21
7920/8 7925/9 7925/14
7927/10 7927/12
7927/15 7927/23
7929/5 7931/21
7933/15 7933/16
7934/4 7938/19
7938/19 7939/19
7940/6 7941/4 7941/8
7944/4 7946/7 7947/13
7947/15 7951/11
7952/22 7953/25
7954/1 7954/8 7954/13
7958/9 7967/1 7971/11
7971/15 7972/7
7972/22 7972/23
7973/2 7973/10

7979/16 7984/4
7984/22 7984/22
7984/24 7987/23
7988/16 7988/16
7988/25 7990/5
7991/10 7992/18
7994/21 7994/21
7995/1 7995/13
7997/19 8002/3 8002/9
8004/8 8004/11 8007/5
8008/14 8009/6
8015/12 8015/17
8016/11 8016/16
8016/17 8017/20
8018/25 8023/7
8027/25 8028/5
8028/11 8028/25
8032/2
**wouldn't [4]** 7972/20
7976/9 7976/9 8034/11
**WPS [3]** 7921/1 7921/4
7921/12
**wrecked [2]** 7966/13
7966/14
**wrestling [3]** 7914/12
7915/7 7915/14
**writing [1]** 8027/4
**wrong [1]** 7952/22

**Y**

**yeah [44]** 7905/19
7910/4 7917/1 7922/12
7924/23 7924/25
7928/24 7929/22
7932/22 7935/13
7937/18 7938/21
7940/22 7943/1
7946/10 7956/14
7960/4 7962/16
7965/23 7965/23
7967/6 7967/12
7972/12 7972/14
7976/21 7982/1
7984/20 7985/21
7986/12 7988/5 7990/6
7990/10 8000/21
8006/21 8006/24
8008/18 8022/4
8024/22 8024/24
8026/3 8026/10
8027/21 8027/22
8029/12
**year [10]** 7915/17
7915/23 7916/2 7919/2
7919/4 7919/9 7923/20
7924/2 7924/10
7926/16
**years [7]** 7914/24
7919/5 7919/5 7922/1
7924/1 7992/20
8022/10
**Yep [3]** 8006/23 8012/1
8030/2
**yes [187]**
**yet [1]** 8036/22
**York [1]** 7998/22
**you [941]**

7940/22
**you see [2]** 8013/16
8014/13
**you'd [6]** 7951/15
7951/16 7973/19
7974/3 7974/3 7997/16
**you're [40]** 7883/21
7883/22 7906/25
7907/2 7907/25 7910/1
7910/3 7916/6 7920/9
7921/11 7921/19
7923/17 7925/13
7925/25 7926/6 7930/8
7936/7 7936/15
7940/17 7941/12
7949/7 7950/7 7952/23
7955/9 7963/16 7972/3
7972/25 7974/15
7980/3 7995/8 7996/3
8002/18 8003/23
8009/23 8011/14
8019/4 8019/15
8019/15 8029/6 8037/8
**you've [21]** 7906/15
7906/15 7909/18
7909/18 7911/2
7911/11 7911/17
7918/20 7922/3
7926/10 7926/11
7926/13 7934/14
7950/14 7965/22
7971/24 7979/6
7982/20 7988/11
8002/3 8025/14
**your [124]** 7882/4
7883/5 7883/11
7883/12 7904/23
7904/24 7905/1
7905/13 7906/13
7906/22 7907/19
7907/21 7908/1 7908/9
7910/15 7911/14
7912/7 7912/25 7914/4
7915/22 7918/12
7918/19 7918/21
7922/2 7923/3 7923/4
7925/1 7925/7 7925/24
7928/1 7928/6 7929/1
7929/20 7930/10
7930/21 7934/10
7934/18 7935/15
7937/2 7937/11
7938/19 7941/11
7941/14 7944/5
7947/22 7948/20
7948/20 7953/5 7953/5
7954/22 7954/25
7955/9 7955/21 7957/8
7958/8 7958/14 7959/1
7959/21 7960/1 7960/5
7961/25 7961/25
7962/1 7962/1 7964/4
7966/16 7967/19
7968/19 7971/4 7973/8
7974/15 7974/17
7974/18 7975/11
7975/17 7976/25

7981/4 7981/9
7981/17 7983/14
7984/12 7986/15
7986/19 7986/24
7987/10 7987/24
7989/22 7990/13
7991/16 7991/21
7994/13 7996/23
7998/17 8002/19
8003/3 8003/6 8004/22
8005/2 8005/5 8005/13
8006/4 8006/8 8006/25
8007/14 8009/5
8009/20 8017/4 8017/7
8020/23 8026/14
8030/22 8033/16
8034/3 8034/13
8034/17 8034/22
8035/14 8039/14
8040/9 8041/15
8042/23 8043/6
8043/17
**Your Honor [19]**
7882/4 7883/5 7883/11
7883/12 7904/24
7934/18 7984/12
7989/22 8003/3 8003/6
8004/22 8005/5
8005/13 8006/4 8006/8
8017/7 8039/14
8042/23 8043/17
**your phone [1]** 7971/4
**yours [2]** 8025/24
8026/1
**yourself [1]** 8040/4

**Z**

**Zaremba [3]** 7880/2
8044/2 8044/8