IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)　　CR No. 22-15
　　　　　　　　　　　　　　　　　)　　Washington, D.C.
　　　　　　　vs.　　　　　　　　　)　　November 17, 2022
　　　　　　　　　　　　　　　　　)　　8:30 a.m.
ELMER STEWART RHODES III, ET AL.,　)
　　　　　　　　　　　　　　　　　)　　Day 32
　　　　　　　Defendants.　　　　　 )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:　　　　　　Kathryn L. Rakoczy
　　　　　　　　　　　　　　　Jeffrey S. Nestler
　　　　　　　　　　　　　　　Alexandra Hughes
　　　　　　　　　　　　　　　Louis Manzo
　　　　　　　　　　　　　　　Troy Edwards
　　　　　　　　　　　　　　　U.S. ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　Washington, D.C. 20579
　　　　　　　　　　　　　　　(202) 252-7277
　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　kathryn.rakoczy@usdoj.gov
　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

9503

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

9504

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

JESSICA WATKINS                9537    9605
JESSICA WATKINS                9601
MARISSA WALLACE     9635  9659

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                              ADMITTED

9382                                      9540

9380                                      9545

9335                                      9563

9383                                      9668

9312.3                                    9683

9338                                      9689

9337                                      9695

22G1                                      9697

2409.1                                    9699

9120.1, .2, and .3                        9707

9336.1                                    9708

9329                                      9711

– – –

INDEX OF EXHIBITS

```
                           -  -  -
```

| DEFENDANT'S | ADMITTED |
|---|---|
| KM-81 | 9638 |
| KM-81 | 9640 |
| KM-82 | 9641 |
| KM-83 | 9644 |
| KM-84 | 9646 |
| KM-86 | 9651 |
| 76 AND 75 | 9662 |
| 136 | 9765 |

```
                           -  -  -
```

WITNESS INDEX

```
                           -  -  -
```

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| SA JUSTIN ELLER | 9665 | 9671 | 9679 | |
| SA KELSEY HARRIS | 9681 | 9736 | 9761 | |
| SA KELSEY HARRIS | | 9741 | | |
| SA KELSEY HARRIS | | 9744 | | |

9506

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4              THE COURT:  Good morning, everyone.
 5              COURTROOM DEPUTY:  Please be seated and come to
 6   order.
 7              Good morning, Your Honor.
 8              This is Criminal Case No. 22-15, the United States
 9   of America versus Defendant No. 1, Elmer Stewart Rhodes III;
10   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
11   Defendant 4, Jessica Watkins; and Defendant 10,
12   Thomas Edward Caldwell.
13              Kathryn Rakoczy, Jeffrey Nestler,
14   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
15   government.
16              Phillip Linder, James Lee Bright, and
17   Edward Tarpley for Defendant Rhodes.
18              Stanley Woodward and Juli Haller for
19   Defendant Meggs.
20              Bradford Geyer for Defendant Harrelson.
21              Jonathan Crisp for Defendant Watkins.
22              And David Fischer for Defendant Caldwell.
23              Defendants' appearances are currently waived for
24   these morning proceedings.
25              THE COURT:  Okay.  Good morning, everyone.
```

1          Okay.  So thank you for being here early.  I just

2    wanted to try to finish up some of these loose ends.

3          Can we start with the Agent Lazarus video issue.

4    Has that been resolved?

5          MS. HALLER:  I believe so, Your Honor.  We are

6    prepared to put on an investigator to introduce the CCTV,

7    which we've produced to the government.

8          THE COURT:  Okay.

9          MR. NESTLER:  That's fine with us.  We will cross

10   the investigator.

11         THE COURT:  Okay.  All right.  Great.

12         All right.  Let's turn to the instructions.  We

13   circulated another version last night.

14         Just flipping through the pages again.  I think

15   the first issue arises on page 11 or actually -- yeah,

16   page 11.  We just -- we add Mr. Dolan and Mr. Young's first

17   names on page 8.

18         So page 11 under the evidence submitted against

19   one defendant only, we left some notes, particularly to the

20   extent something was admitted only as to Mr. Rhodes.

21   Mr. Crisp, we couldn't locate it on the date of his

22   testimony.

23         MR. CRISP:  You said you could not?

24         THE COURT:  Could not.

25         MR. CRISP:  Okay.

9508

1              THE COURT:  Do you have any further insight on
2    where it might be or any recollection?
3              MR. CRISP:  I don't, Your Honor.  And I apologize;
4    I didn't realize that.  It was done by one of my associates
5    so I should have cross-referenced.  So my apologies.
6    I don't.
7              THE COURT:  Okay.
8              And then insofar as Ms. Watkins -- well,
9    I shouldn't call it Ms. Watkins.
10             The Zello communication, I went back and looked at
11   the order.  And the order didn't limit any of the statements
12   as only against Ms. Watkins.  They were admissible as to all
13   defendants because they met a hearsay exception, either
14   statements against penal interest or statements of present
15   sense impression or co-conspirator statements.  And then the
16   statements of others were included for context purposes.  So
17   I didn't find anything that any statement that ought to be
18   limited only against the particular defendant.
19             MR. CRISP:  Then I clearly did not recall
20   correctly.  I thought there was a limiting instruction as to
21   certain comments between -- I thought it was -- maybe it
22   was, like, Freedom Dozer and her as to "This is what we
23   trained for," something like that.  You know, so if the
24   order doesn't say it, then I'm mistaken.
25             THE COURT:  Yes.  It wasn't that comment because

1    anything with -- the evidence has shown that, between his

2    status as an Oath Keeper and Oath Keeper and the statements

3    he was making, that he was a co-conspirator or at least

4    establish that he's a prima facie participant in the

5    conspiracy.

6             I did give a limiting instruction about the

7    others, that is, other than Dozer and the other Oath Keeper.

8             MR. CRISP:  That's what it was.  I'm sorry, I'm

9    conflating the issue.

10            THE COURT:  Look, it's been a long trial, and I

11   had to go back and look at it all myself, too.  We did give

12   a limiting instruction as to the other speakers and the

13   truth of what they were and saying, and it was just for the

14   effect on the listener.

15            MR. CRISP:  May I insert one thing?  Mr. Woodward

16   and I had a quick conversation last night.  He reminded me

17   that 2001.T.129, this was day 21, on 1 November of 2022, in

18   terms of being admitted as against only one defendant.

19            THE COURT:  Okay.  So it's 2001.T.129?

20            MR. CRISP:  Right.  Yes, sir.

21            THE COURT:  That was what day again, Mr. Crisp?

22            MR. CRISP:  On 1 November.  1 November.

23            THE COURT:  The 1st of November.

24            MR. CRISP:  Yes, sir.

25            And it was day -- the transcript seemed to be

1    labeled on days.  So it was --

2                THE COURT:  Yes.

3                MR. CRISP:  Yeah.

4                THE COURT:  We'll see if we can locate it.

5                MR. CRISP:  And completely off the, you know,

6    discussion here, if I see, like, Montana -- we've got a

7    transcript yesterday of Montana Siniff's last name.  They

8    had had it differently.  Do we do an errata at some point or

9    do I just bring it to the attention of the court reporter

10   when I see the court reporter.

11               THE COURT REPORTER:  We'll fix them and

12   redistribute.

13               MR. CRISP:  Okay.  That's fine.

14               Thank you, Judge.

15               THE COURT:  All right.  So then the government had

16   also asked to include as an additional line that, aside from

17   these limited exceptions, all other evidence has been

18   admitted against all defendants.

19               I'm only hesitating because I'm not sure we've

20   captured everything.  And while it is true that -- while

21   it's true that -- well, let's put it this way.

22               I'm not sure I want to say anything that's

23   contrary to what I said previously.

24               MR. NESTLER:  Perhaps with a caveat:  Unless

25   I have previously instructed you otherwise.

```
 1                THE COURT:  Right, okay.
 2                MR. NESTLER:  If you give this instruction, we
 3       want make sure it's clear that the flip side is actually
 4       also the case.
 5                MS. HALLER:  Sorry.  Your Honor, just for the jury
 6       instructions, are they the ones dated 11/14 that we're
 7       working on?
 8                MR. NESTLER:  I'm working off the version that
 9       Mr. Alpert sent last evening.
10                THE COURT:  Right.
11                MS. HALLER:  I've got it.
12                THE COURT:  Okay.  All right.  So we will modify
13       that accordingly.
14                MR. CRISP:  To be clear, for the record, Judge, no
15       objections with that caveat.
16                THE COURT:  Okay.  Thank you.
17                MR. NESTLER:  Your Honor, if you're going through,
18       on page 14, at the very bottom, there's still an "s/he."
19       I don't know if Your Honor likes that or doesn't like that.
20       I typically like to change that, especially if you're
21       reading it out loud.
22                THE COURT:  Yeah, I'll just change that.
23                Yeah, just put "they."  It's fine.
24                As I was reading back through this again, it's a
25       small point but perhaps a material one.  On page 23 to 24
```

1    under the "Definitions" section in which we're talking about

2    the goals of the conspiracy charge in the indictment and

3    then I say, "I will now explain these concepts."  And it's

4    written presently "as to determine whether a defendant

5    conspired to oppose by force.  You must consider whether the

6    defendant agreed."

7            Should that be singular or plural for purposes of

8    that section?  "To determine whether the defendants

9    conspired or whether a defendant conspired"?

10           MR. CRISP:  I would ask for the plural.

11           MR. NESTLER:  I think that the jury needs to

12   determine whether each defendant was a member of the

13   conspiracy.  So determine whether a defendant was a member

14   of the conspiracy, and that's what the defendant had to

15   agree to do.

16           MS. HALLER:  Yes, I would just note that you need

17   at least two for a conspiracy, right?

18           MR. CRISP:  And I was going to say, Judge, we --

19   I believe in a unilateral -- are we operating in a bilateral

20   or unilateral conspiracy concept?  So I don't believe an

21   individual can conspire without the meeting of the minds of

22   at least one of the other individuals.  So from that

23   standpoint, I think it has to be at least plural.

24           THE COURT:  Why don't we do this.  Why don't we

25   say, "Determine whether one or more defendants" -- or I

 1    should I guess I should say "two or more defendants."

 2              MR. CRISP:  Right.

 3              MR. NESTLER:  That's fine.

 4              You could also make it clear -- because we're

 5    talking about the goals of the conspiracy.  You could just

 6    say, "To determine whether the conspiracy was to, you must

 7    consider whether" -- and then the sentence -- "you must

 8    consider whether the conspiracy was to oppose the

 9    authority."  So take the individuals out of it.

10              If you're talking here about what the conspiracy

11    was to do and not what the individuals agreed to do.

12              THE COURT:  Right.  Okay.  Everybody okay with

13    that?  I think that's probably a better way of dealing with

14    it.

15              MR. CRISP:  Yes, Your Honor.

16              THE COURT:  All right.

17              MR. NESTLER:  I guess that would carry over onto

18    page 24 as well, Your Honor?

19              THE COURT:  Correct.

20              So then...

21              MR. NESTLER:  I think where Mr. Alpert is right

22    now, "you should determine whether the conspiracy" -- of I

23    guess to determine whether the agreement was to, yeah, I

24    guess we can just mirror the paragraph above.  So you

25    "determine whether the agreement was to."

1          And then the next sentence, "Or put differently,

2   you should determine whether the agreement was to."

3          MS. HALLER:  I'm sorry.  Can you say that again?

4          MR. CRISP:  It's up on the screen.

5          MR. GEYER:  Your Honor, I think the reason -- the

6   context that they're going to be reading these depositions

7   is determining applicability to each defendant.  So I

8   actually disagree with Mr. Crisp.  I think it should be kept

9   as it relates to each defendant.

10          THE COURT:  So the reason I paused and hesitated,

11   I was looking back through this, because the section here is

12   defining what the conspiracy is and not -- it's not directed

13   to whether any individual defendant joined the conspiracy.

14   And that is a separate, clear element above that the

15   defendant joined or entered an agreement with the awareness

16   of one or both of its unlawful goals.

17          And so that's why I sort of paused and hesitated

18   in part, because, one, using the word singular, using the

19   singular "defendant" didn't make sense in the context of a

20   conspiracy.  And I don't think it made sense to make it

21   defendants specific in the context of the definitions, which

22   are to the goals of the conspiracy.

23          All right.  So the first line will then read, "To

24   determine whether the conspiracy was to oppose by force the

25   authority of the United States, you must consider whether

 1   the agreement was to oppose the authority of the
 2   United States and whether the agreement was to do so by
 3   force."
 4           MR. NESTLER:  Yes, Your Honor.
 5           THE COURT:  We'll use parallel -- we'll parallel
 6   that structure in the next paragraph as well.
 7           MR. CRISP:  I think that's a reasonable compromise
 8   because I think it avoids the idea of a unilateral
 9   conspiracy, which I think I would object to, so thank you.
10           THE COURT:  Right.  Okay.
11           All right.  Is there anything else before we get
12   to the multiple-conspiracies issue?
13           MR. NESTLER:  Not in sequence.  There were a
14   couple of other things we had after that on our mails last
15   night, but that's the next thing we had.
16           THE COURT:  All right.  So I'll just share what
17   I've reflected about this overnight.
18           MR. CRISP:  I'm sorry, Judge.  Where are we?
19   I apologize.
20           THE COURT:  Multiple conspiracies.
21           And let me just read from a circuit case.  It's
22   called United States versus Sanders.  I can't remember
23   whether we talked about this concept yesterday or not, which
24   is 778 F.3d 1042, D.C. Circuit, at 1047.
25           And what the court writes is that "The District

 1    Court must, if requested, give a multiple conspiracies

 2    instruction when the record evidence supports the existence

 3    of multiple conspiracies.  The factors relevant to determine

 4    whether there was a single conspiracy rather than multiple

 5    conspiracies include whether the participants shared a

 6    common goal or depended upon one another or were involved

 7    together in carrying out at least some parts of the plan."

 8         So reflecting on those factors and the discussions

 9    we've had, sort of two observations; one is, to the extent

10    there's been allegations or contentions of separate

11    conspiracies, I think it's accurate to say no one has

12    articulated what the illegal end of that conspiracy is.  You

13    know, we've talked about a conspiracy between Mr. Caldwell

14    and the North Carolina folks, but no one has really

15    articulated what the illegal end of that collective action

16    is.

17         I know Mr. Fischer will say there is no separate

18    conspiracy involving Mr. Caldwell and others, but I'm not

19    sure what conspiracy the other defendants would contend

20    Mr. Caldwell was engaged in with the North Carolina folks.

21    And importantly, I wonder whether you could even make that

22    argument to the jury without calling Mr. Caldwell's

23    testimony into question, because he certainly did not

24    provide any evidence that he participated in any unlawful

25    conspiracy.

1          And so it seems to me if any other defendant

2   wanted -- well, let me put it differently.  If Mr. Fischer

3   wanted to argue that Mr. Caldwell was part of a different

4   conspiracy, I don't know that he has the basis to make that

5   argument, or -- and I suppose if any other defendant wanted

6   to argue that you can't find all of these defendants guilty

7   of this conspiracy because there was more than one, as

8   exemplified by Mr. Caldwell's conspiracy with the

9   North Carolina folks, you all would have to argue that he's

10  not credible on the witness stand, and I don't know that

11  anybody is prepared to do that.

12         MR. FISCHER:  Your Honor, I disagree that you

13  would have to argue that Mr. Caldwell was not believable.

14         Conspiracy is -- it's not something that's

15  100 percent prove -- it's not something that can be

16  100 percent disproved.  So, for example, if I say I have a

17  quarter in my pocket, that's something we could easily prove

18  or disprove.  If I say I have a conspiracy to do something,

19  that's not something that the defense is able to 100 percent

20  disprove.  It's basically what are in people's minds.

21         And in this case, I think the best argument is

22  that the government accused him of being in another

23  conspiracy.  This is on the record, Your Honor.

24  Agent Palian very clearly -- when we were talking about the

25  activities of Mr. Caldwell and others, he very clearly said,

```
 1    his testimony was, Mr. Caldwell, that was in a different
 2    plan, that was a different plan, a criminal plan.  It
 3    wasn't, like, just, like, plan to go on vacation.
 4             So the government --
 5             THE COURT:  But, remember, that was a different
 6    context in which he provided that testimony.  It was -- it
 7    has to do with the timing of the indictments, if memory
 8    serves.  It doesn't have to do with what you all articulated
 9    yesterday, which is that the potential separate conspiracy
10    is between Mr. Caldwell and the North Carolina contingent.
11             And it seems to me a multiple conspiracies
12    instruction does, at a minimum, require that there be some
13    evidence of a conspiratorial unlawful objective as to the
14    other conspiracy.
15             And, you know, the easy example is a drug
16    conspiracy, where there's evidence that, you know,
17    defendant A, you know, engaged in transactions with
18    defendant B, but then there's some other unindicted person
19    and defendant A says, "Look, you know, I was in a conspiracy
20    with that guy and not with defendant B."
21             MR. FISCHER:  Well, Your Honor, the government did
22    charge Mr. Caldwell with being in a conspiracy on the very
23    day he was arrested, and it seems to me that they've
24    obviously changed their claim over time.
25             And there was testimony that he was charged with
```

```
 1   conspiracy at the time he was arrested, so by definition,

 2   there's another conspiracy that's floating out there, an

 3   allegation of it.

 4           THE COURT:  Well, again, we can have a

 5   conversation about that or not but that's different than

 6   what was proposed to me yesterday, which is that the other

 7   conspiracy involves Mr. Caldwell and the North Carolina

 8   folks, and certainly that was not the object of the

 9   government's indictment at the start of the case and never

10   has been.

11           MR. CRISP:  I don't want to interrupt.  I was

12   waiting for you to finish.

13           THE COURT:  And then, secondly, you know, when we

14   talk about the factors that I'm supposed to consider, which

15   is participants shared a common goal, were dependent upon

16   one another, and were involved together in carrying out at

17   least some parts of the plan, you know, absent any

18   articulation of what the different conspiracy is and what

19   its goal was, the evidence so far that has come in is that

20   everybody that participated, both defendants, co-defendants

21   who are not here, and unindicted co-conspirators, were all

22   working toward a common goal, that they were dependent upon

23   one another, and that they were involved together in

24   carrying out at least some parts of the plan.

25           So absent some articulation of what the other
```

1    conspiracy is, it's very hard to conclude that the evidence

2    is anything other than a single conspiracy based upon those

3    three factors.

4            MR. CRISP:  Okay.

5            So I agree with Your Honor on the state of the

6    case law.  Certainly there was no other Fifth Circuit cases

7    dealing with the sufficiency component.

8            What I disagree with is that it has to be as

9    clearly articulated as Your Honor implies; however -- and

10   for a couple reasons; one, certainly it would be a defense

11   position that the government has made inferences that there

12   are other things out there and those veiled inferences

13   certainly inure to our detriment.  And for us to then not be

14   able to refute it in some way or utilize that, I think is

15   problematic.

16           So, for example, the idea of the QRF has

17   constantly been a conspiracy to do something with weapons.

18   Now, the status of that QRF I think right now is in question

19   in terms of how the government is going to argue it.

20   I haven't certainly been inside their head, but I think, you

21   know, there has been a question as to who was really a part

22   of it.

23           So my client on the day of January 6th certainly

24   had no weapons, no knowledge.  In a fair reading of the

25   evidence, it can be argued, but she certainly didn't

9521

```
 1   participate in that, she wasn't a part of that plan to bring
 2   weapons in, that could be a conspiracy to violate D.C. gun
 3   laws and certainly there's been enough discussion about
 4   that.
 5              And to unfortunately throw my client under the
 6   bus, the Zello chat, "Effect a citizen's arrest, seal them
 7   in," all of that bombastic language that none of the --
 8              THE COURT:  I think -- I think the "seal them
 9   in" --
10              MR. CRISP:  I'm sorry?
11              THE COURT:  I think the "seal them in" didn't
12   actually --
13              MR. CRISP:  That was Mr. Caldwell, right.  That
14   was references to the discussion he was having of which none
15   of the other defendants -- so, yeah, I guess we throw
16   everybody under the bus here.
17              But certainly as it pertains to the Zello chat
18   when 1% Watchdog is saying, "Effect a citizen" -- or
19   somebody was saying, "Effect a citizen's arrest," none of
20   the other defendants had knowledge of that has been
21   demonstrated, and that is not a conspiracy that is alleged
22   in the indictment.
23              THE COURT:  So let me read a different case.
24              MR. CRISP:  Sure.
25              THE COURT:  Which is *U.S. versus*
```

9522

1    *Lopesierra-Gutierrez*.  That's L-o-p-e-s-i-e-e-r-a.

2              MR. CRISP:  Judge, I'm sorry?

3              THE COURT:  So it's *Lopesierra-Gutierrez,* 708 F.3d

4    193, D.C. Circuit 2013 at 207, the Court writes, "In

5    distinguishing a single conspiracy from multiple

6    conspiracies, we ask whether the participants shared a

7    common goal, were dependent upon one another, and were

8    involved together in carrying out at least some parts of the

9    plan."

10             The Court continues, "Although Lopesierra and

11   Padilla may have been involved in different aspects of the

12   conspiracy, there's no requirement that each conspirator

13   even know the identity of every other co-conspirator.

14   Rather, we are required only at the main conspirators, here

15   the higher-ups in the Osorio network, not the two defendants

16   who went trial, worked with all the participants."

17             So by that measure, again, the fact that there may

18   be -- as you've articulated, that Ms. Watkins may not have

19   known about some of the others, some may have known about

20   the QRF, some may have not, I'm not sure that gets you to

21   multiple conspiracies.

22             MR. CRISP:  Well, to my point as to that, I think

23   what Your Honor is failing to appreciate in that position is

24   the idea of "sealing them in and gassing them," if you want

25   to take that at its face value, had nothing to do with the

```
 1    indictment.  There's nothing in there alleged in that
 2    context.
 3            Or "Effecting a citizen's arrest" is not a part of
 4    the indictment and is not a count that can be fairly read
 5    from any charge within the indictment to arrest them would
 6    be my position.  So that makes it a separate and distinct
 7    conspiracy, which if you accept that it is a different
 8    conspiracy, the other --
 9            THE COURT:  But if your client is going to get on
10    the stand as she has and deny, she certainly didn't testify
11    that she was in an unlawful conspiracy with those on the
12    Zello chat, then what's the basis for anybody to argue that
13    she's in a separate conspiracy, either you or any of the
14    other defense counsel?
15            MR. CRISP:  And I don't -- I would be shocked if
16    the law requires my client to admit to an -- you know,
17    implicate herself in another illegal scheme to vitiate a
18    charged one.  So what Your Honor --
19            THE COURT:  I'm sorry, but isn't that the basis of
20    a multiple conspiracies indictment, which is that a
21    defendant says, "Look, I'm in a conspiracy but it's not the
22    one that's charged," and more often than not, the issue
23    doesn't come up because most defendants don't take the
24    stand.
25            MR. CRISP:  Sure.
```

1          THE COURT:  Right.

2          But we do have three defendants who have testified

3    there, and each of them has gotten up and disavowed any

4    participation in an unlawful --

5          MR. CRISP:  Any conspiracy.

6          THE COURT:  -- in any unlawful conspiracy.

7          MR. CRISP:  Agreed.

8          MR. FISCHER:  Your Honor, can I add to -- when you

9    say "the typical drug case," well, let's change the

10   hypothetical a little bit.  Suppose the government had

11   witnesses that went up and said, "There's evidence that a

12   couple of the defendants broke off from that drug conspiracy

13   and were doing their own thing."

14         MR. CRISP:  Imagine that.

15         MR. FISCHER:  It would seem to me that that would

16   generate -- that would certainly an issue.  And then kind of

17   following up on what Mr. Crisp said, I mean, it would be --

18   an example would be if a defendant said, "I don't believe

19   I was engaging in lewd and lascivious behavior," but an

20   objective person would think that he was engaging it.

21         In this case, the problem -- it goes back to the

22   *Stirone* issue, this would give the jury a basis to convict

23   the defendants on a ground that is not in the indictment,

24   they would be able to basically convict for conduct if they

25   believed that there was something --

```
1              THE COURT:  Yeah, I don't agree with that,
2    Mr. Fischer, because the *Stirone* issue was a constructive
3    amendment that goes both to the instructions and the
4    indictment, and this jury is not being asked to convict on
5    any other conspiracy other than the one that's charged.
6              And if the government got up during closing and
7    suggested they could be convicted on some other conspiracy,
8    that would be improper, and any objection to it would be
9    sustained.
10             MR. FISCHER:  But one of the problems, Your Honor,
11   as Mr. Crisp referenced, they keep showing a board with
12   "co-conspirators" written on there.  And if the evidence
13   that the jury were to believe, okay, well, the
14   North Carolina people broke off, but there's still some
15   conspiracy going on because they're labeled co-conspirators,
16   I think we just give -- it would just --
17             THE COURT:  But I ask you one once more -- and
18   your analogy of, if somebody got on the witness stand and
19   said, "Some of these other two guys broke off and did their
20   own thing in a drug case," fine, but that at least
21   implicates those two defendants in a legal activity and some
22   witnesses said it's illegal activity.  No one has testified,
23   either any defendant or any witness has come in here and
24   suggested that there was a separate unlawful conspiracy to
25   do anything.
```

1           MR. FISCHER:  But Agent Palian did.

2           THE COURT:  Again, I disagree with that

3     characterization of what that testimony was --

4           MR. FISCHER:  He said it was a different plan,

5     Your Honor, and he wasn't talking about a plan to go to

6     Disneyland.  He was suggesting it was an entirely different

7     conspiracy.

8           And the government has even made that argument,

9     you know, before Your Honor.

10          THE COURT:  You know, maybe you and I recall that

11    differently.  I think all that was about was that he was

12    indicted, not as a seditious conspirator; and then only

13    after Mr. Rhodes was added was a seditious conspiracy added.

14          And your cross-examination was that he was then

15    indicted on a different conspiracy than the one that later

16    on was charged.  I just view that as a function of the

17    government's investigation and the way it unfolded.

18          MR. CRISP:  And I understand Your Honor's

19    position.

20          And I can see where we're going.  Just I want to

21    clarify from an appellate standpoint.  And my position is --

22    and I've had a multiple-conspiracy instruction in a

23    human-trafficking case which also involved drugs, which,

24    whether or not people were part of the, in this case, a

25    prostitution ring and multiple johns and then the others

 1   were just selling drugs.  So there you have an admittedly

 2   clearer illegal activity in which another defendant took the

 3   stand, but there was discussion.

 4            My position, I guess, at this point is I don't

 5   believe it has to be as clear as to the clear, illegal end

 6   state.  I believe from a sufficiency position, that there

 7   has to be certainly just an inference.

 8            And my argument, again, goes back to doing

 9   something illegally with weapons, whether it's to take over

10   the city, whether it's to fight Antifa, which would clearly

11   would have been illegal to go and attack people and things

12   of that nature.  I think the interest itself is enough to

13   warrant that instruction.

14            Thank you.

15            THE COURT:  Okay.

16            So -- Mr. Woodward.

17            MR. WOODWARD:  I think I would want to be heard at

18   least a little bit on that.  I'll be quick.

19            THE COURT:  All right.  Be quick because I want to

20   get the jurors in.

21            MR. WOODWARD:  I think we're conflating two

22   important elements of the conspiracy charge.  One would be

23   one the agreement, and one would be the illegal purpose.

24            And if I could just hypothetically ask the Court

25   what its view would be on the notion that there might have

1  been multiple conspiracies to achieve the same objective,

2  that doesn't mean that all the individuals who've

3  participated in the multiple conspiracies were doing it

4  together.

5          There were obviously lots of people at the Capitol

6  on January 6th, and it's not the theory of the government

7  that all of those individuals joined in this particular

8  conspiracy.

9          And so Mr. Rhodes very well may have been involved

10 in a conspiracy to achieve an objective that was the same as

11 one or more of the defendants who were involved in a

12 separate conspiracy, which is the point I was trying to

13 make.

14         THE COURT:  I understand that point.

15         But here's the problem.  Even if I were to agree

16 with you that there were different goals -- or similar

17 goals, one is -- you know, that's only one factor, right?

18 So if they share a common goal, that actually probably tilts

19 on the side of a single conspiracy.

20         Second is the question of whether they depended on

21 one another.  And the only evidence in this case is that

22 there's an interdependency that not only are these

23 defendants regularly communicating amongst each other, but

24 the North Carolina Oath Keepers are communicating with

25 Mr. Rhodes even after they've broken off and that those who

```
 1  are -- you know, and that the QRF is supporting the
 2  Oath Keepers who are in Washington, D.C.  The jury will have
 3  to decide how that -- what that means and then whether they
 4  were involved together in carrying out at least some parts
 5  of the plan.
 6          You know, just the -- it doesn't seem to me, to
 7  the extent there's this allegation or suggestion that
 8  Mr. Caldwell and the North Carolina folks were involved in
 9  something, it doesn't really rise to anything; in other
10  words, just those two or three folks on their own, all they
11  did was bring weapons to Ballston.  And absent the presence
12  in Washington, D.C., which is the gist of the government's
13  theory, they weren't conspiring to do anything.
14          MR. WOODWARD:  I think the government's theory is
15  that they were, in fact, conspiring to bring weapons outside
16  of Washington, D.C., so that they could bring them into D.C.
17  that a later time.
18          THE COURT:  Correct.
19          MR. WOODWARD:  There's all sorts of evidence about
20  Ed Vallejo and the trucks and he's ready to roll.
21          THE COURT:  All that is to support Mr. Rhodes.
22          There's no evidence to support the idea that they
23  were independent of Mr. Rhodes and other Oath Keepers who
24  are in Washington.
25          MR. WOODWARD:  Well, that's proving a negative.
```

9530

1          We're arguing that Mr. Vallejo was doing what he

2   was doing on his own and not in support of Mr. Rhodes.  The

3   government's arguing the opposite, that it was in support of

4   Mr. Rhodes.

5          THE COURT:  What's the basis for arguing

6   Mr. Vallejo was doing anything on his own?

7          MR. WOODWARD:  That there was no clear instruction

8   from Mr. Rhodes to do anything.

9          THE COURT:  I don't understand what you're

10  arguing.

11          There's clear instruction -- well, let's put it

12  this way.  Mr. Vallejo spoke to Mr. Rhodes in advance of

13  coming to Washington, D.C.  They communicated at least.

14  Mr. Vallejo understood he was bringing weapons to Ballston.

15  Mr. Vallejo is the one who stayed behind.  I don't know

16  whether it was Mr. Rhodes or somebody else that told him he

17  was the one who was going to stay behind.

18          But, again, all of that is in support of the

19  larger conspiracy that is alleged.  And if you're suggesting

20  that Mr. Vallejo and a handful of others were engaged in

21  some other conspiracy, you haven't identified what the end

22  of that conspiracy is, what the goal of that conspiracy is.

23          Now, if your suggestion is that it's the same goal

24  as the overarching conspiracy, when I look at the other

25  factors, it doesn't really get you there as a separate

 1    conspiracy.

 2             MR. WOODWARD:  Well, I agree with Mr. Crisp, but I

 3    don't read the case law as requiring us to cite chapter and

 4    verse of Title 18 as to what the criminal objective of the

 5    conspiracy was.

 6             THE COURT:  But you'd agree with me that you have

 7    to identify some criminal end.  I'm not asking you to

 8    identify a particular law.  You haven't even identified what

 9    the criminal purpose was of the other conspiracy, to the

10    extent there is one.

11             MR. WOODWARD:  I would not agree with you that we

12    have to identify a criminal end.  We're the defendants in

13    the case.

14             THE COURT:  But you're the one who's advocating

15    for multiple-conspiracies instruction.

16             MR. WOODWARD:  Because there is evidence of people

17    operating on their own.  And as defined by the government --

18             THE COURT:  It's not people operating on their

19    own.  It's:  Who are they operating with?  That's the

20    question.  It's not that they're operating on their own.

21    It's:  Who are they operating with?  And that's the other

22    conspiracy.

23             And what I'm saying is, I don't think -- and I

24    reflect on the evidence -- that you've identified what the

25    other unlawful end is of some alleged -- of the conspiracy.

1           And to the extent that you've identified a group

2   of people who may have been working together, there's an

3   interdependence with the overarching conspiracy that

4   actually cuts against the notion that there was a separate

5   conspiracy.

6           MR. WOODWARD:  Okay.

7           I think I would concede that the goal is the same.

8   So if that's what cuts against the Court's including the

9   multiple-conspiracy instruction, then fair enough.  I just

10  respectfully disagree that the fact that there were multiple

11  conspiracies all set out to achieve the same goal does not

12  relieve the Court of its burden to instruct the jury on the

13  possibility of multiple conspiracies.

14          THE COURT:  Okay.

15          Well, look, I'll say this last.  I don't disagree

16  with you, Mr. Woodward, that it's possible that common goals

17  of different conspiracies might exist.  You know, in a drug

18  case, you can have the same goal of distribution.

19          But the question then becomes the other two

20  factors, which is, are the players dependent upon one

21  another or acting independently?  Are they carrying out

22  parts of a larger plan or independently, a different plan?

23          And I think as to those two factors, there's

24  really no evidence that anybody was acting independently,

25  and certainly not Mr. Caldwell and the North Carolina folks.

```
 1              MR. FISCHER:  Your Honor, if I --

 2              THE COURT:  So in any event --

 3              MR. FISCHER:  If I could draw the Court to

 4    something.

 5              I actually never -- I think the Court brought up

 6    the North Carolina possible conspiracy or maybe

 7    Mr. Woodward.

 8              I'm looking at Agent Palian's trial testimony at

 9    page 1666.  And my cross-examination, I asked him the

10    question -- this was a long back-and-forth.  But I crossed

11    him regarding his amended affidavit and where it said,

12    "Caldwell planned with Crowl, Watkins, and others to

13    forcibly storm the Capitol.  Do you agree with that?"

14              I asked him a question, "So there was a plan that

15    Mr. Caldwell was involved in and engaged in that you had

16    alleged as of January 2021?  And, in fact, sir, didn't this

17    get the GoToMeeting evidence -- you didn't get the

18    GoToMeeting evidence until much later after Caldwell was

19    arrested?"

20              He answered, "Yes."

21              You also didn't have this -- I asked, "You also

22    didn't have this Serbian guy on YouTube until after

23    Mr. Caldwell was arrested."

24              He said, "Correct."

25              So my question was, "So by logic, sir, that means
```

9534

1  that you have been alleging a different plan than the

2  Serbian plan."

3            His answer, "Yes."

4            And then question:  "Okay.  So, in other words,

5  that would be something different than what Mr. Caldwell or

6  Mr. Rhodes is alleged to have led in this case.  That's what

7  you're saying?"

8            And he said, "Answer:  I believe so.  I think

9  that's fair."

10            So he alleged Jessica Watkins and Donovan Crowl in

11  a different plan.  I think that's a multiple conspiracy.

12  That generates a multiple-conspiracy issue right there.

13            THE COURT:  All right.  Let's table this.  Let's

14  bring our jurors in.  Let's bring Ms. Watkins back on the

15  stand.

16            MR. WOODWARD:  Your Honor, what was the case that

17  gave you the factors to consider?

18            THE COURT:  Two of them.  *U.S. versus Sanders*.

19  778 F.3d 1042.

20            MR. WOODWARD:  I have it.  Thank you.

21            THE COURT:  Do you want the other case?

22            MR. CRISP:  We have both of those.

23            (Pause)

24            THE COURT:  Just while we're on the topic when the

25  jury is not here, on the obstruction count as to

9535

1    Mr. Caldwell, I'll adopt Mr. Fischer's suggestion because I

2    think it more closely tracks what the language is in the

3    indictment.

4             MR. NESTLER:  We understand, Your Honor.

5             With that, we will ask for, then, a slight

6    revision to the "proof of the in or around" on page 14.  As

7    it's currently drafted, it only applies to the conspiracy

8    counts, which we were comfortable with, without the

9    specificity of the -- what Mr. Fischer wants.

10            But if he wants that specificity, that's

11   understandable.  We'd like to have -- back to the Red Book

12   instruction for the "proof of in and around."  So maybe just

13   two subsections of "proof of in or around," one for the

14   conspiracy counts and one for the other counts.

15            THE COURT:  So you would ask for the Red Book

16   instruction to be inserted before I provide the specifics of

17   the instruction count?

18            MR. NESTLER:  We think it's fine to just put it in

19   the "proof of in or around" and just make two subsections

20   of that.

21            For the conspiracy, it's on page 14, something

22   like for the conspiracy counts or just a header for

23   conspiracy counts, then a header for the other counts.

24            THE COURT:  Okay.

25            MR. NESTLER:  And then for the other counts, just

```
 1    use the language in Red Book 3.103.  And we can genericize
 2    it not for each offense.  Just say, "The indictment charges
 3    that other offenses were committed on or about certain
 4    dates," and then the next two sentences as they're written.
 5              THE COURT:  Do me favor and mock up something, and
 6    then I will --
 7              MR. NESTLER:  I will.
 8              And then for Mr. Fischer's language, we just need
 9    to add the phrase "on or about" to the January 8th.
10              THE COURT:  Okay.
11              MR. NESTLER:  But otherwise that's fine.
12              COURTROOM DEPUTY:  Jury panel.
13              (Jury entered the courtroom.)
14              THE COURT:  All right.  Ladies and gentlemen, good
15    morning again.  Please be seated.
16              We are ready to continue this morning with the
17    cross-examination of Ms. Watkins.
18              So, Ms. Hughes, whenever you are ready.
19              Ms. Watkins, I'll ask you to remove your mask.
20              THE WITNESS:  Yes, sorry.
21
22
23
24
25
```

1                          - - -

2   JESSICA WATKINS, WITNESS FOR DEFENDANT WATKINS, HAVING BEEN

3   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

4   FOLLOWS:

5                     CROSS-EXAMINATION

6   BY MS. HUGHES:

7       Q    And, Ms. Watkins, you're still under oath.

8       A    Yes, ma'am.

9       Q    Good morning.

10      A    Good morning.

11      Q    Ms. Watkins, I want to start with a topic that has

12  been covered both in your statements that we have reviewed

13  during trial and your testimony yesterday, and that is what

14  the threat that a Biden presidency posed to you, that you

15  believed it was to you.

16           And you believed that a Biden presidency was an

17  existential threat; isn't that right?

18      A    Yes, I believed that a lot of the policies that he

19  wanted to enact were an existential threat, yes, ma'am.

20      Q    And you articulated some of these concerns

21  yesterday, and those concerns were not imaginary to you,

22  right?

23      A    They were not.  They were possibilities.

24      Q    And you talked about the fear of a U.N. invasion

25  at the behest potentially of President Biden, correct?

```
 1        A     Correct.
 2        Q     And those would be accompanied potentially by
 3   forced vaccinations?
 4        A     Correct.
 5        Q     If we could -- and you actually say yesterday
 6   there was a 50/50 shot of there being forced vaccinations by
 7   a U.N. force that was invited by President Biden?
 8        A     Yes, ma'am.  Like I said, it was a possibility.
 9        Q     If we could bring up Government's Exhibit 6825,
10   this is already in evidence.
11              Now, you wrote on November 16th that anything --
12   you posted on article and the summary of the article was,
13   "Anything he signs into law, we won't recognize as
14   legitimate."
15              This was an article that the Oath Keepers found or
16   had posted; is that correct?  Do you see the article on your
17   screen?
18        A     Yes, ma'am.
19        Q     And -- you can take that down.
20              And so what this election meant to you was
21   something real and potentially dangerous?
22        A     I would not say that.
23        Q     Okay.
24        A     I would say it was still possible.
25              That was 11/16, so at that point a lot of the
```

9539

1    lawsuits that Trump had in the works had still not gone

2    through the system.   I mean, January 6th had still not

3    happened where they could overturn and send it back to the

4    states.   It was a possibility.

5        Q    It was a possibility, but if it became real, it

6    would have been dangerous to you and your way of life?

7        A    If the U.N. had come with needles and guns, sir.

8             MS. HUGHES:   If we could bring up Government's

9    Exhibit 9382 just for Ms. Watkins, please, and defense.

10            And there are several pages in this, so if you

11   could just scroll through them, Ms. Rohde.

12   BY MS. HUGHES:

13       Q    Ms. Watkins, this is a Facebook exchange between

14   you and Donovan Crowl, correct?

15       A    I don't believe so.   I think RA Crowl was in

16   there, too, which is his uncle.

17       Q    If we could go to the first page, please.

18       A    Yeah, see right here it says.

19       Q    RA Crowl.

20            And now if we go to the second page and then the

21   third page.

22       A    So that was a group thread that I was added to.

23       Q    Okay.   So do you see Donovan Crowl here?

24       A    Yes, ma'am.

25       Q    Now, if we could go to the first page.   And we can

9540

1   undo that.

2          If we could go to the second page.

3          Ms. Watkins, you're Jolly Roger, correct?

4      A   Correct.

5      Q   And so this is a Facebook exchange that includes

6   you and Donovan Crowl, correct?

7      A   Amongst others, yes, ma'am.

8      Q   And this is on November 11th, 2020?

9      A   Yes, sir.

10         MR. CRISP:  Can we have the government say the

11  exhibit number for my reference?  I apologize.

12         MS. HUGHES:  Certainly.  This is Government's

13  Exhibit 9382.

14         MR. CRISP:  Thank you.

15         MS. HUGHES:  Government seeks to admit and publish

16  Government's Exhibit 9382.

17         MR. CRISP:  No objection.

18         THE COURT:  9382 is admitted.

19                            (Government's Exhibit 9382
                                received into evidence.)
20

21         MS. HUGHES:  If we could go to page 1, Ms. Rohde.

22  BY MS. HUGHES:

23     Q   We can zoom in on the text.

24         And we're not going to read all of this,

25  Ms. Watkins, but, again, who is RA Crowl?  You mentioned who

1    he was a few moments ago.

2         A    He was, I believe, Donovan Crowl's uncle.

3         Q    And RA Crowl wrote to a group thread that you were

4    a member on November 11th, "A few of my friends had asked me

5    what a Biden Administration will look like.  Well, I'm no

6    expert but I do have presumptions so I'll give my personal

7    presumptions."

8              And he goes on to list a series of threats that

9    could come if a Biden presidency would come to fruition,

10   correct?

11        A    It does appear that way, yes, ma'am.

12        Q    And he notes several things, one of them is,

13   "Culture, expect cancer culture to be officially supported

14   by the Federal Government."  He notice that, "Monuments and

15   statutes will be destroyed.  There will be replaced by

16   socialist themes and icons."

17             MS. HUGHES:  Ms. Rohde, we can zoom out, please.

18             You can go to the next page.

19   BY MS. HUGHES:

20        Q    He notes that, "On border security," we can zoom

21   in right here, thank you, Ms. Rohde.

22             He notes that, "On border security, that the

23   Border Patrol will be defunded.  The border will be overrun

24   by Mexican and Central American immigrants.  They'll be

25   immediately registered to vote."

1          And he goes on and on about the list of threats

2    that a Biden presidency could pose, correct?

3        A    Yes, ma'am, and some of these have actually come

4    to fruition.

5        Q    And you respond, "You were spot on."

6          Right?

7        A    Yes, ma'am.

8          MS. HUGHES:  And we can go to the next page,

9    please, Ms. Rohde.

10   BY MS. HUGHES:

11       Q    And here you write, "They've been talking about

12   the great reset and the fourth turn for a while.  Also

13   expect U.N. interventions here in the states starting to

14   help with Coronavirus but eventually to quell uprising by

15   patriots."

16         Correct?

17       A    Correct.

18       Q    And you write, "I'm sure we missed things, but

19   this is the way I see it going too."

20         Right?

21       A    Yes, absolutely.

22       Q    And at the bottom, Donovan Crowl, who's a member

23   of your militia, writes, "Helluva rant.  I believe you are

24   spot on.  I would rather die on my feet than live on my

25   knees.  But I have faith that Trump will prevail.  Pray for

1    peace.  Prepare for war."

2              Correct.

3        A    Correct.

4        Q    So I want to move now to November 9th, 2020, and

5    the GoToMeeting that we have heard --

6        A    Sure.

7        Q    -- referenced throughout this trial and heard

8    numerous clips of.  Do you recall that meeting?

9        A    I do.

10       Q    And we've heard on that meeting Stewart Rhodes

11   sort of lead the meeting, direct the meeting, correct?

12       A    Correct.

13       Q    And you were on that call and Kelly Meggs was on

14   that call, correct?

15       A    I didn't know him at the time, but, yes, ma'am, he

16   was.

17       Q    And you messaged Donovan Crowl during that call?

18       A    Yes, ma'am.  I --

19            MS. HUGHES:  And if we could bring up Government's

20   Exhibit 6617B, which is already in evidence, so we can

21   please publish page 18, Ms. Rohde.

22            And if we could zoom in.

23   BY MS. HUGHES:

24       Q    Now, that GoToMeeting, which was on November 9th,

25   the evening of November 9th specifically around 8:00 p.m.,

1    you message, "Be ready to march on D.C. on Saturday.

2    Driving Friday night.  Hooah."

3              Is that correct?

4    A    Yes, ma'am.

5    Q    And Donovan Crowl responds, "I'm on board,

6    Captain.  I'll make some eggs.  Night sticks.  Let's party."

7              Is that right?

8    A    Correct.

9    Q    And you respond, "This is what we've been waiting

10   for.  It's not just an Oath Keeper mission.  Patriots

11   everywhere.  Three Percenters too.  Let's make history,

12   motherfucker."

13             Is that right?

14   A    Yes.

15   Q    And if we could bring up just for the witness

16   Government's Exhibit 9380.

17             Now, this is an exchange between you and

18   Donovan Crowl around this time same period, correct, the

19   evening of November 9th -- this is in UTC, but if you count

20   back five hours, the evening of November 9th and this is

21   between you and Donovan Crowl, correct?

22   A    Correct.

23             MS. HUGHES:  Government seeks to admit and publish

24   Government's Exhibit 9380.

25             MR. CRISP:  No objection, Your Honor.

```
 1             THE COURT:  All right.  9380 is admitted.

 2                           (Government's Exhibit 9380
                               received into evidence.)
 3

 4             MS. HUGHES:  If we could please publish.

 5   BY MS. HUGHES:

 6        Q    Okay.  So, again, we're not going to do a

 7   tremendous deal of math here but these are in UTC time

 8   so this relates to the evening of November 9th, correct?

 9        A    It appears so, yes, ma'am.

10        Q    And so, again, you're Jolly Roger, right?

11        A    Correct.

12        Q    And Donovan Crowl is Donovan Crowl?

13        A    Correct.

14             MS. HUGHES:  Pardon me.

15   BY MS. HUGHES:

16        Q    Okay.  Apologies.

17             So you're Jolly Roger.  Donovan Crowl is

18   Donovan Crowl.  And this is the same evening of November 9th

19   when this GoToMeeting is happening, right?

20        A    It would have ended by this point but, yes, ma'am.

21        Q    And you -- fair enough.  So this right after --

22        A    Right around the same time, correct.

23        Q    Right around the call.

24             And you write to Donovan Crowl, "Stewart just said

25   batting helmets with cages are awesome so paint your shit."
```

9546

1              And then you were -- and then you write again,
2     this time a bit later, "Expect a fight brother.  Good shit."
3              And Donovan Crowl writes, "I always do."
4              And you respond, However we bring guns.  If it
5     gets bad, they bring us gun palletized."
6              Is that right?
7     A    Right.
8     Q    So this is in response to Stewart Rhodes'
9     announcement on this call?
10    A    Correct.
11    Q    This Oath Keepers call, correct?
12    A    Correct.
13         MS. HUGHES:  We can bring that down, Ms. Rohde.
14    BY MS. HUGHES:
15    Q    And, in fact, you go to D.C. on November 14th for
16    the Million MAGA March, right?
17    A    Correct.
18    Q    And you said that you went to the
19    Million MAGA March because you were under the impression
20    that counterprotests were going to cause trouble at the
21    White House?
22    A    Yes, ma'am.
23         MS. HUGHES:  If we could bring up Government's
24    Exhibit 6617B again, page 17.  This is already in evidence,
25    so if we could please publish.

BY MS. HUGHES:

Q    You write on November 10th -- so this is the next day.  This is the day after the GoToMeeting.

You write, "Roger that.  Good to hear from you, too."

This is just someone named robargesfc-pat.

"Roger that.  Good to hear from you too.  We're also all hands on deck.  Gotta help out president stop this coup?"

A    Yes, that's what it says.

Q    And so more than just counterprotests, you're going to D.C. also to support President Trump.

A    Yes, that's fair.

There was a protest that was there to -- the name of the protest was Stop the Steal, which we also referred to as a coup.  And so we were there to support the President at the Million MAGA March, and we expected trouble.  That's why we brought batting helmets with cages, to protect the head and face from counterprotesters.

Q    But you weren't just going to protect against counterprotests.  You were going to help with the cause itself, right?

A    We were going to the Million MAGA March.  It was supposed to be a million people descending on the city to have our voices heard, yes, ma'am.

1   Q    And before you went to the Million MAGA March, you
2  stopped at Thomas Caldwell's farm?
3   A    Yes, yes.  We spent the night there.
4   Q    And at Mr. Caldwell's farm, the QRF was assembled
5  into these cars we've heard a bunch about, right?
6   A    One van, in my perspective.
7   Q    And 20 people placed about a gun case each in the
8  car, in a van?
9   A    I have no idea exactly how many.  I think I
10 remember more like a dozen, but, yeah, absolutely, there was
11 weapons.
12  Q    So by the end of this, there were about 20 gun
13 cases in the van?
14  A    Very well could have been, yes, ma'am.
15  Q    There was also a Maryland QRF, right?
16  A    I heard rumblings of that.  I never saw it myself.
17  Q    And the Maryland QRF, to your understanding.  Had
18 their own team and their own plan?
19       MR. CRISP:  Objection.
20       THE WITNESS:  I don't know about --
21       MR. CRISP:  Objection regarding statements.  She
22 doesn't have a foundation to speak to that, Your Honor.
23       THE COURT:  It's overruled.  To the extent she
24 knows, she can testify to what she knows or doesn't know.
25       THE WITNESS:  All I know is there was one.  And if

1    they did, they had their own idea, their own ingress/egress,

2    their own -- I don't know what their plan was, but...

3    BY MS. HUGHES:

4        Q    Now, Ms. Watkins.  You testified on direct that

5    you met numerous times with the FBI, correct?

6        A    Yes, ma'am.

7        Q    And you gave details about the Million MAGA March

8    on January 6th in those interviews, correct?

9        A    Yes, ma'am.

10       Q    On April 19th, 2021, you sat for one of those

11   interviews?

12       A    Yes, ma'am.

13       Q    And you said that there was a Maryland QRF with

14   their own team and their own plan.

15       A    Right.

16       Q    Now, you contributed multiple weapons to the

17   Million MAGA March QRF.

18       A    I did.

19       Q    And at the Million MAGA March, there was

20   Stewart Rhodes.

21       A    Yes.

22       Q    And Kelly Meggs.

23       A    I mean, I don't know if I met Kelly at that one,

24   but...

25       Q    Do you recall telling the FBI in the interviews

1    that you believe Kelly Meggs was there?

2         A    I don't remember saying that, but I had a clear

3    memory back then.  It's been about three and a half --

4         Q    Now, you testified on direct that you met

5    Mr. Kelly Meggs for the first time on January 6th, but he

6    was actually present at the Million MAGA March and at

7    Mr. Caldwell's farm.

8         A    And now I've learned also in Louisville.  I didn't

9    realize he was in Louisville as well.

10        Q    And also in Louisville.  Okay.

11        A    A lot of these people, they come and go.  There's

12   like 30 people.  You don't really know who they are.

13   They're from different states.  You know, they're just a

14   screen name.  You know, OK Gator 1 is just a screen name, so

15   you don't really get to know people until you talk to them.

16             I had a hard time, when I first sat down with

17   discovery, telling the difference between Mr. Hackett and

18   Mr. Meggs because they looked similar.

19        Q    And that's fair.  You didn't know who everyone

20   was?

21        A    I had no idea who exactly people were, no.

22        Q    And you didn't know how these various states were

23   being coordinated together?

24        A    No.

25        Q    You saw your piece of the puzzle?

1        A      Correct.

2        Q      And you didn't know it was being built around you?

3        A      Correct.  I mean, I had a general awareness that

4   there were other moving pieces.  I just don't know exactly

5   what those were.

6        Q      Fair enough.

7               Now, you went back to D.C. for January 6th,

8   correct?

9        A      Correct -- well, I went for the 5th, first, but,

10  yes, ma'am.

11       Q      And you traveled from Ohio with Sandra Parker?

12       A      Correct.

13       Q      Bennie Parker?

14       A      Correct.

15       Q      And Donovan Crowl?

16       A      Yes, ma'am.

17       Q      And they are three members of your

18  Ohio State Regular militia?

19       A      Ben and Sandy weren't official members yet.  They

20  had just shown an interest in joining, and they wanted to go

21  with someone to be safe.

22       Q      So Donovan's the only one you would say is a solid

23  member of your militia at that point?

24       A      Donovan was a solid member, yes, ma'am.

25       Q      And the other two solid members of the militia

9552

```
 1    would have been Montana Siniff and Mr. Dillon, who we heard
 2    from?
 3         A    Again, Mr. Dillon was -- he was -- when he was
 4    available and he could, which he was only able to come with
 5    us to two.
 6         Q    So of your four-person militia, you only got one
 7    to go with you for January 6th?
 8         A    Correct.  I tried to find coverage for Montana
 9    come as well, but he ended up having to watch the bar.
10         Q    Both Montana and Mr. Dillon said on direct that
11    they did not want any part of January 6th.
12         A    I don't recall that.
13         Q    They said that they --
14         A    I think that Mr. Dillon said he thought it was a
15    trap, but I don't remember him ever articulating that to me.
16    And I don't remember anything from Montana.
17         Q    And Mr. Siniff tried to talk you out of going to
18    January 6th.
19         A    I don't recall that either.
20              In fact, I recall trying to talk him into going in
21    my place because I had a broken arm and broken ribs.  And I
22    said, "I'll watch the bar."
23              And Donovan talked me out of it and says, "You're
24    the leader of this militia.  You need" --
25         Q    Ms. Watkins, Mr. Siniff testified that he warned
```

1    you he thought that you could be arrested, that he thought

2    that you could invite law enforcement activity by going to

3    Washington, D.C., on January 6th.

4        A    I have no idea of that.  I have no idea.

5        Q    Okay.

6            So you left Ohio with these three individuals, and

7    you also left with several weapons, correct?

8        A    Correct.

9        Q    You left Ohio with a shotgun, right?

10       A    Is this for January 6th or the Million MAGA.

11       Q    January 6th.

12       A    January 6th, yes, ma'am.

13       Q    A Walther .22 pistol?

14       A    Yes.

15       Q    And a Mini-14?

16       A    Yes.

17       Q    And Sandra and Bennie Parker also left Ohio with

18   guns.

19       A    Yes.

20       Q    They took a 1911 pistol with white grips?

21       A    Yes.

22       Q    And an AR-15.

23       A    Yes.

24       Q    What is an AR-15?

25       A    It is a semi-automatic ArmaLite rifle.  It fires.

1    Q    Now, yesterday you testified that you left the

2 guns in Winchester.  That's in Virginia, correct?

3    A    Correct.

4    Q    You said that you left in part out of concerns

5 that in the hotel room, a maid could potentially be alarmed

6 by the number of guns you were just leaving in a hotel room.

7    A    Not the number of guns.  Just alarmed at

8 finding guns.

9    Q    It could scare a maid?

10    A    Yeah.  I mean, if you're vacuuming and all of a

11 sudden there's a rifle there, that would catch me off guard

12 too.

13    Q    Fair enough.

14         MS. HUGHES:  If we could bring up Government's

15 Exhibit 6923, page 74.

16         This is already in evidence, so if we could please

17 publish.

18 BY MS. HUGHES:

19    Q    Ms. Watkins, this is on January 4th, and it's to

20 the "OK FL D.C. Op Jan. 6th" Signal group.

21    A    Yep.

22    Q    That's the Florida Signal group, correct?

23    A    Yes, ma'am.

24    Q    And you write on January 4th, "We will be in VA,"

25 Virginia, "at 8:00 p.m.  Where can we draw off weapons to

1    the QRF team?  I'd like to have the weapons secured prior to

2    the op tomorrow.  Our hotel is in Arlington, VA, by the

3    Metro station, but we don't check in until tomorrow.

4    Staying with family this evening in Winchester."

5            Right?

6    A    Correct.

7    Q    And this message was sent at 2:28 p.m.

8            Do you see that up here?

9    A    I do.

10   Q    On January 4th.

11           If we could go to page 84.

12           Now, on January 5th, Kelly Meggs writes the same

13   "D.C. Op Jan. 6" group:  "DM"?

14   A    And right before this, Mr. Harrelson asks a

15   question, and he sends this less than 60 seconds later.  He

16   says, "DM."

17           He's not replying to me.  He's replying to him.

18   There are a number of messages between this one and the

19   other one.  In fact, if you look down here in your little

20   number, you'll notice that this message is actually replying

21   to Mr. Harrelson.  He's not replying to me.

22           You tried to pull this stunt on me in the

23   interview with the FBI as well.

24   Q    Ms. Watkins, did you reach out to Mr. Meggs to

25   find out the location of the QRF hotel?

1    A    I did not.

2    Q    Did you ever receive instructions from Mr. Meggs

3  on where the QRF hotel is?

4    A    I did not.

5    Q    Do you remember telling the FBI that you would

6  have brought your guns had you received instructions from

7  Mr. Meggs on where to bring them?

8    A    Yes, I would have.  That was the whole point of me

9  bringing them from Ohio, is we have a QRF at everything we

10 go to.  You bring guns to it.  Sometimes you can have them;

11 sometimes you can't.  We obey the laws.  If you can't have

12 them, you bring them to someone who can, which if I remember

13 rightly, was supposed to be law enforcement members.

14    Q    Ms. Watkins, you testified on direct that you were

15 worried about concerning maids --

16    A    Right.

17         So --

18    Q    -- that they could be alarmed?

19    A    -- I never got a response.  So if they were --

20    Q    Ms. Watkins --

21         THE COURT:  Ms. Watkins, just allow her to finish

22 the question before you answer, please.

23         THE WITNESS:  Understood.

24 BY MS. HUGHES:

25    Q    You testified that you were concerned about

1    alarming a maid?

2        A    Correct.

3        Q    But in your interview with the FBI, you said that

4    you would have taken firearms the rest of the way to

5    Virginia if you had received additional information from

6    Kelly Meggs?

7        A    Correct.

8        Q    And that was in April of 2021 when you said that?

9        A    Correct.

10       Q    Now, you can bring that down, Ms. Rohde.

11            In addition to not getting any guidance from

12   Mr. Meggs, when you were in Winchester, you stayed at the

13   home of Jed Crowl?

14       A    Correct.

15       Q    And that is a relative of Donovan Crowl, right?

16       A    Correct.

17       Q    And Jed Crowl warned you that with the number of

18   guns you had, you could have them confiscated; isn't that

19   right?

20       A    I do not recall that.

21       Q    Jed Crowl told you, "If you want to see those guns

22   again, you should not bring them to the D.C. area"?

23       A    I do not recall that.

24       Q    Okay.

25       A    In fact, I remember asking Donovan Crowl to ask

1    him for permission to leave them.

2        Q    So you leave the guns in Winchester having not

3    received any guidance from Mr. Meggs.  And when you get to

4    D.C., you stay at the Comfort Inn in Ballston, right?

5        A    Correct.

6        Q    For two days?

7        A    Yes.  Was it two days?  It was two days.  Well,

8    technically, I suppose we checked out on the 7th, so, yes.

9        Q    So the first night, you said you went out and got

10   pizza and you went to a room on the second floor.  And this

11   room on the second floor was not your room, right?

12       A    The room that I went to first was our room.

13       Q    And the second room you went to was not your room,

14   right?

15       A    Correct.

16       Q    And when you're in this room, you were there with

17   Mr. Caldwell?

18       A    Correct, yes, I met Mr. Caldwell.

19       Q    And you were there with four other people, right?

20       A    Correct.

21       Q    And on this night, you recall Mr. Caldwell talking

22   about Antifa hunting; isn't that right?

23       A    Correct.

24       Q    That there was a lot of talk about Antifa hunting

25   between Mr. Caldwell and Mr. Crowl?

```
 1        A    Correct.

 2        Q    And there were four other people in the room that

 3   night?

 4        A    Correct.

 5        Q    And you didn't know their names at the time?

 6        A    At the time, I did not.

 7        Q    But now you know that one of their names was

 8   Kenneth Harrelson?

 9        A    I thought I might have seen him there, but I'm not

10   entirely convinced.

11             Again, a lot of these people looked the same.

12             It also might have been someone else.  But it --

13   I thought it could have been.  Although if I remember

14   rightly, I called him the "selfie guy."

15        Q    So -- and you now know "selfie guy" is

16   Kenneth Harrelson?

17        A    Correct.

18        Q    Okay.

19             So let's talk about January 6th.

20             At some point that day on January 6th, you start

21   moving to the United States Capitol, correct?

22        A    Eventually, yes, later in the afternoon.

23        Q    And Kelly Meggs was the one who made the decision

24   to take the group around the east side of the Capitol?

25        A    That seems fair.
```

1      Q    And once you get to the Capitol, you join in a

2  stack with individuals and enter the Capitol?

3      A    As I've told the FBI, I do not consider it a

4  stack, but, yes, we moved up the stairs.

5      Q    And that stack included Kelly Meggs,

6  Kenneth Harrelson -- and, Ms. Watkins, sorry, for the

7  record, I just will ask you to just say yes.  So the stack

8  included Kelly Meggs, correct?

9      A    Yes.

10     Q    Kenneth Harrelson, correct?

11     A    Yeah -- not correct.  He was already at the top of

12  the stairs.

13     Q    Fair enough.

14          He entered with you, correct?

15     A    Correct.

16     Q    And your militia members, Sandra Parker?

17     A    Yes.

18     Q    And Donovan Crowl?

19     A    Yes.

20     Q    And isn't it true that when you joined that stack,

21  you knew you were going into the United States Capitol?

22     A    Not correct.

23          When we went up the stairs, we went up the stairs,

24  everyone was singing, everyone was chanting.

25          When we went up to the top of the enclosure, the

```
1   doors were already open from my perspective --

2       Q    Ms. Watkins, didn't you speak with the FBI on

3   March 25th, 2021?

4       A    Yes.

5       Q    This would have been two months after you were in

6   D.C.?

7       A    Okay.

8       Q    And in March of 2021, didn't you tell the FBI you

9   knew exactly what was going to happen when you got in the

10  stack, you knew you were going into the United States

11  Capitol; isn't that what you told the FBI?

12      A    In the enclosure when we started walking forward,

13  yes, the doors were opened.  As soon as we crested those

14  stairs, and the doors were open and we walked straight in.

15      Q    So when you were in that stack, you knew what was

16  going to happen?

17      A    Again, I contest the qualification of "stack,"

18  but, yes, we walked in a line inside.

19      Q    Knowing where you were going?

20      A    Yes, the doors were open.

21      Q    And you also knew that you had the necessary

22  amount of people to force entry if needed?

23      A    Did I say that?

24      Q    Ms. Watkins.

25      A    Can I see the record, please?
```

1      Q    When you met with the FBI in March —— on

2  March 25th, 2021, didn't you say you had the necessary

3  amount of people to force entry if needed?

4      A    I don't recall saying that.  That doesn't sound

5  like something I would say.  But I'm happy to read what you

6  have.

7      Q    When you do enter the Capitol, you stay with this

8  group, correct?

9      A    No, we split up.

10      Q    Initially you stay with this group, before you

11  split up, you go in together?

12      A    If you're talking about in that little lobby area

13  in front of the doors, yeah, it was a cluster, we were still

14  in a clump.

15      Q    Now, I want to pause there for a moment because

16  one member of your militia did not enter and that would be

17  Bennie Parker, correct?

18      A    Correct.

19      Q    And you testified yesterday that he had some hip

20  issues that made it impossible for him to be on the grounds

21  that day, correct?

22      A    On the stairs on the grounds, on the front east

23  side, I think he sat on a low wall by the sidewalk.

24      Q    And if we could please bring up just for the

25  witness Government's Exhibit 9335.

```
 1              (Video played)
 2              MS. HUGHES:  You can pause right there.
 3    BY MS. HUGHES:
 4         Q    Is that Mr. Parker?
 5         A    That is Mr. Parker, yes.
 6         Q    And is this consistent with what the Capitol
 7    looked like on January 6th?
 8         A    Yeah, people standing around.  I'm not really sure
 9    where this is, but, yes, ma'am.
10              MS. HUGHES:  The government seeks to admit and
11    publish Government's Exhibit 9335.
12              MR. CRISP:  No objection.
13                              (Government's Exhibit 9335
                                  received into evidence.)
14
15              MS. HUGHES:  If we could play this from the
16    beginning.
17              (Video played)
18              MS. HUGHES:  If we could pause right there.
19    BY MS. HUGHES:
20         Q    Now, Ms. Watkins, if you could just say again, who
21    is this on the screen right now?
22         A    This is Mr. Bennie Parker.
23         Q    And what is he dressed in, just in general terms?
24         A    He's got his BD jacket and an Airsoft type vest.
25              MS. HUGHES:  We can keep playing, Ms. Rohde.
```

```
 1              (Video played)
 2    BY MS. HUGHES:
 3        Q    And at the end there, did you hear Mr. Bennie
 4    Parker say, "And we will take up arms if we need to"?
 5        A    I think he said, "if they need to," but, yes, I
 6    heard him say that.
 7        Q    And Mr. Parker didn't go into the building with
 8    you but he traveled with you to the Capitol; isn't that
 9    right?
10        A    Correct.
11        Q    Okay.
12             I want to go back to what you specifically did in
13    the United States Capitol.  If we could please bring up
14    what's already been admitted into evidence Government's
15    Exhibit 1502.
16             Now, you're familiar at this point with Zello and
17    your statements on Zello, correct?
18        A    I am.
19             MS. HUGHES:  So if we could just play, Ms. Rohde,
20    from zero to a minute and 5 seconds, please.
21             (Audio played)
22    BY MS. HUGHES:
23        Q    Now, this was -- Ms. Watkins, if you can see the
24    time stamp here is 1:49.  I believe the previous one was
25    1:48, correct?
```

```
 1        A    Yes, this is a minute later.
 2        Q    And this individual, One Percent Watchdog, what
    he's saying is that, "There is treason in progress,"
 3
 4  correct?
 5        A    That's what he said.
 6        Q    And that, "Patriots want to get inside and give
 7  their speech to these traitorous bastards."
 8             Right?
 9        A    Their First Amendment speech, yes, they want to be
10  heard.
11        Q    So the proceeding is still going on at this point?
12        A    That's what he's saying, yes.
13             MS. HUGHES:  Okay.  We can keep playing,
14  Ms. Rohde.  And if actually -- yeah, Ms. Rohde, we can keep
15  playing.  If we could play to a minute and 55.
16             (Audio played)
17             MS. HUGHES:  We can pause there.
18  BY MS. HUGHES:
19        Q    And so, Ms. Watkins, at this point, you can hear
20  what the others on the Zello channel are saying to you,
21  correct?
22        A    Correct, the airborne American individual is a
23  person I know him by the name of Dodd, and, yeah, I was
24  speaking with him.
25        Q    And so you can hear what they're saying, you are
```

```
 1   responding to them directly?

 2        A    I responded to that last bit, yes, but I wasn't

 3   walking with my phone in my hand listening the entire time,

 4   so -- and it was hard to hear.

 5        Q    But here you can hear --

 6        A    But I did listen to Dodd.  I did hear him speak,

 7   and I did reply to him.

 8        Q    Right.  You say, "Roger that."

 9        A    Yep.

10        Q    You say, I hear you, essentially?

11        A    Yep.

12        Q    And Dodd, just on that point, Dodd is an

13   individual from Illinois, correct?

14        A    Yes.

15        Q    As is Dozer, correct --

16        A    Yes.

17        Q    -- Holden Haney?

18             And those are Oath Keepers, correct?

19        A    Correct.

20             MS. HUGHES:  Okay.  If we could please go to

21   3 minutes and 26 seconds, please, Ms. Rohde.

22             (Audio played)

23   BY MS. HUGHES:

24        Q    And, Ms. Watkins, at this point, at 1:58 p.m., you

25   are still hearing what they're saying on the Zello channel,
```

1    and you're responding to them, correct?

2        A    I believe there was probably about 20 messages

3    between here and there that were omitted that I didn't

4    listen to and I did not hear.

5            So I was pulling out my phone sporadically, and

6    I was speaking sporadically, yes, ma'am.

7        Q    And you're hearing and you're responding --

8        A    Correct.

9        Q    -- correct?

10           MS. HUGHES:  Okay.  If we could go to 5 minutes,

11   44 seconds, please, Ms. Rohde.  And we can play till

12   6 minutes, 52 seconds.

13           (Audio played)

14           MS. HUGHES:  And pause that for a second,

15   Ms. Rohde.

16   BY MS. HUGHES:

17       Q    Now, when they say, "Those motherfuckers, patriots

18   got in and were screaming, and then they recessed."

19           "They" is Congress, right?

20       A    I'm assuming that's what they're speaking of.

21           MS. HUGHES:  We can keep playing.  Thank you.

22           (Audio played)

23           MS. HUGHES:  We can pause right there for a second

24   Ms. Rohde.

25

BY MS. HUGHES:

Q    This is at 2:31, right?  This is you.

A    Correct.

Q    And the transmission we listened to just before this, just before this at 2:30, saying that they just recessed, that was the minute before you respond to give an update; isn't that right?

A    Seems fair.

MS. HUGHES:  Okay.  We can keep playing.

(Audio played)

BY MS. HUGHES:

Q    So you get a notification that they've just recessed, that they tried to come back; patriots came in; they recessed; and then you provide an update.

Isn't that right?

A    Again, as I testified yesterday, I had my phone in my front pouch, and I was pulling it out.  And whatever was playing, I would just speak right then and there.

I don't know that I heard that.  I don't know that I heard that and spoke to that.  I just said, "I'm on the rear mezzanine right now."

Q    So we've heard you now several times during this recording not just provide updates out of the blue but interact with the people on this channel --

A    Again --

```
 1        Q     -- with them asking you questions and you

 2   responding; isn't that right?

 3        A     Correct.  Again, I would have to hold it to my ear

 4   to hear because it was incredibly loud.

 5              MS. HUGHES:  Okay.  If we could please go to

 6   8 minutes, 17 seconds.

 7              And we can keep playing, Ms. Rohde.

 8              (Video played)

 9              MS. HUGHES:  We can pause that now.

10   BY MS. HUGHES:

11        Q     Now, the audio that we hear on this video at

12   2:36 p.m., this isn't from Zello, right?  This audio --

13        A     This audio is from Zello.

14        Q     This audio is not from Michael Loewinger, the

15   person who recorded this.  This is isn't from his recording.

16   This is from you, right?

17        A     This is -- my phone is recording this.

18        Q     Right, your phone is recording this.

19              So this is what your phone was recording on

20   January 6th?

21        A     Correct.

22              Now, if you listen to it, the audio dips.  So,

23   like, the crowd all of a sudden muffled.  You could barely

24   hear the crowd.  And then all of a sudden, this is super

25   loud.  And then as soon as this end, which if you hit play,
```

1    you'll hear on audio and the crowd comes all back up like

2    the volume on the crowd got turned up, which, again, is

3    indicative that this is from the codex of the phone

4    recording, not the microphone recording the speaker.

5         Q    Okay.

6              Ms. Watkins, this also -- we're paused right now

7    on your vest.

8              Now, mentioned that you were keeping your phone on

9    your vest.

10        A    Correct.  This pouch right here.

11        Q    In your vest was also bear spray, right?

12        A    Correct, right here.

13        Q    It was the spray that we saw admitted into

14   evidence earlier in the trial, right?

15        A    Correct.

16        Q    Okay.  We can keep playing.

17             (Audio played)

18             MS. HUGHES:  We can play the audio, Ms. Rohde.

19             If we could go back, actually, to the announcement

20   at 2:42.

21             Thank you, Ms. Rohde.

22             (Audio played)

23             MS. HUGHES:  We can pause there.

24   BY MS. HUGHES:

25        Q    So, Ms. Watkins, just to be clear, you are still

1  listening to the Zello when this announcement --

2      A    No.

3      Q    -- comes through that Congress has been evacuated,

4  correct?

5      A    No.  I am on CCTV camera the whole time at that

6  point, and you can see that I am not listening to my phone

7  and I am not listening to Zello.

8           MS. HUGHES:  We can keep playing.

9           (Video played)

10          MS. HUGHES:  We can pause there.

11  BY MS. HUGHES:

12     Q    So, again, this is the recording from Zello from

13  your phone.

14     A    And if you listen again, if you want -- you can

15  replay it.  The audio is quiet; and all of a sudden, the

16  crowd on the volume [sic] goes way up.

17     Q    We can keep playing.  This, again, is at

18  2:44 p.m., right?  You see this on the top left?

19     A    Correct.

20          MS. HUGHES:  We can keep playing.

21          (Video played)

22  BY MS. HUGHES:

23     Q    This is you using your cell phone at 2:44 p.m.,

24  right?

25     A    Yes, ma'am.  I just pulled it out.

```
 1              (Audio played)

 2              (Video played)

 3  BY MS. HUGHES:

 4      Q    And, again, this Freedom Dozer, that is

 5  Holden Haney, right?

 6      A    That is Holden Haney.

 7      Q    When see says, "Jess," he's referring to you.

 8      A    Correct.  And when he says, "Everything we've

 9  trained for," I've never trained with him.

10      Q    Now, you said on direct --

11              MS. HUGHES:  And, Ms. Rohde, we can take that

12  down.

13  BY MS. HUGHES:

14      Q    You said on direct that you did not speak with

15  anyone else in D.C. on Zello on January 6th; is that right?

16      A    To my knowledge, there was nobody else that was in

17  D.C. on Zello, correct.

18      Q    Isn't it true that you told the FBI that you may

19  have spoken with members of the Alabama detail on Zello?

20      A    It's possible.  I do not know who was in D.C. that

21  was on Zello.

22      Q    And the Alabama members being Oath Keepers

23  members?

24      A    The people from Florida team were not on Zello.

25  Those are the only people that I can attest to that were not
```

9573

```
 1    on the Zello.  I do not know who else was on the channel.

 2    It could have been Alabama and team or it could have been

 3    none of them.  I don't know.

 4         Q    Now, you, again, you spoke to the FBI five times?

 5         A    Was it five?  Okay.

 6         Q    And you were asked a lot of detailed questions

 7    about January 6th, right?

 8         A    Yes.

 9         Q    A lot of detailed questions about coming to

10    January 6th, on January 6th, after January 6th, right?

11         A    Yes.

12         Q    And you are charged with obstructing an official

13    proceeding.  That is what are you charged with, right?

14         A    Understood.

15         Q    And you never told the FBI that you believed that

16    official proceeding had ended when you entered the building;

17    isn't that right?

18         A    I have no idea what I told them.  But I do

19    remember telling them that news that Pence betrayed us

20    spread through the crowd like wildfire.  I remember telling

21    them that the crowd thinned out and everybody rushed to the

22    Capitol and we were still waiting around for our VIPs while

23    everybody went to the Capitol Building.

24         Q    You told them that you believed Pence betrayed

25    you --
```

1     A     Yes.

2     Q     -- but you never mentioned, despite the fact that

3  you were charged with obstructing an official proceeding,

4  that you believed there was no proceeding to obstruct?

5     A     Okay.

6     Q     Okay.

7           So once you get in, you said that you were

8  checking things out, right?  That's what you testified to?

9     A     Yes.

10     Q     And at some point, this group that you were with

11  together at the beginning, you split into two groups, right?

12     A     Correct.

13     Q     And you said that you -- or, rather, you went to

14  in the Senate side.  You testified to this yesterday, right?

15     A     Correct.

16     Q     And you -- in fact, you went to the Senate side

17  twice, right?

18     A     Correct.

19     Q     The first time you were wandering about, right?

20     A     I really just more or less poked into, like, a

21  little doorway.  And that's when I heard the lady breaking

22  glass.  I think it was a lady.  I'm pretty sure.

23     Q     Right.  And so you heard this lady breaking glass.

24           And yesterday you said that it was the taxpayers'

25  house.  And you said, "That's my fucking house, right?

1      A     Yeah.  I did not appreciate her smashing glass in

2   the Capitol Building.

3           MS. HUGHES:  If we could put on the screen for the

4   witness and for defense Government's Exhibit 9336.2.  The

5   government seeks to admit and publish 9336.2.  We can go to

6   the second page.

7           MR. CRISP:  Can we go back to the first page,

8   Your Honor.

9           Can we get on the phone real quick, Judge.

10          (Bench conference)

11          MR. CRISP:  Judge, can we get a proffer as to what

12  the purpose of this is and whether they're trying to use

13  this extrinsically?  I'm not sure I understand the relevance

14  either.

15          MS. HUGHES:  So this is a proof of no file for

16  taxes.  So it goes to her truthfulness, but it also goes to

17  the fact that she said, "This is taxpayer -- this is my

18  building.  This is taxpayer dollars.  I paid for this."

19          She doesn't pay taxes.

20          MR. CRISP:  Judge, I believe that's a bit

21  attenuated in that respect.

22          MS. HUGHES:  The main point is it goes to her

23  credibility and her petency for truthfulness.  And the back

24  of it is segued here.

25          THE COURT:  Let me just interrupt you, Ms. Hughes.

 1              I think I've already ruled that it can be used for

 2    cross-examination.  But are you suggesting it can be

 3    admitted as well?

 4              MS. HUGHES:  I mean, it is authentic.  And Siniff

 5    testified on direct that she was law-biding.

 6              THE COURT:  Right.  Well --

 7              MS. HUGHES:  So it's been directly introduced.

 8              MR. CRISP:  I don't believe it has -- you can't --

 9    you can't use extrinsic evidence to come in, Judge.  You can

10    ask.

11              THE COURT:  What was the character evidence that

12    you elicited from Mr. Siniff?

13              MR. CRISP:  Law abiding.

14              THE COURT:  Okay.  It comes in, both extrinsically

15    and for cross-examination purposes.  I mean, there was

16    evidence that she was law abiding, and she hasn't been

17    abiding by the law.  Rule 608 doesn't limit it in such -- in

18    terms of extrinsic evidence.

19              MR. CRISP:  Judge, just so we're clear, what time

20    frame is this letter?

21              MS. HUGHES:  It's from 2018 to 2021.

22              THE COURT:  No, the date of the letter is

23    August 3rd, 2022.

24              MR. CRISP:  Okay.  So the -- and the relevant tax

25    records are from 2018.

```
 1                   MS. HUGHES:  To 2021.

 2                   MR. CRISP:  Thank you.

 3                   (Open court)

 4                   THE COURT:  You may proceed.

 5                   MS. HUGHES:  So if we could bring up Government's

 6      Exhibit 9336.2.

 7                   And if we go to page 2, Ms. Rohde.

 8      BY MS. HUGHES:

 9          Q    So you mentioned that you heard glass break and

10      you thought, "This is the taxpayers' house, it's my fucking

11      house."

12                   Right?

13          A    Correct.

14          Q    But isn't true, Ms. Watkins, that you actually

15      didn't pay taxes in 2018, that you didn't file for taxes in

16      2018?

17          A    I disagree with this.

18                   I remember filing taxes because I worked for Old

19      Navy in 2018, and I needed the refund money.

20          Q    So there's a "no record" here, and then there are

21      dates below.

22                   There is no record of you filing taxes in 2018,

23      right?

24          A    2019 was put on hold in 2020 because of the COVID

25      thing that kept pushing it back and pushing it back and
```

1    pushing it back.

2             And then --

3        Q    Ms. Watkins, this document states --

4        A    -- 2021 I was in jail.

5        Q    -- there was no record of you filing for taxes in

6    2018, in 2019, in 2020, or in 2021; isn't that correct?

7        A    I don't know why it says 2018 because, again,

8    I needed the refund money from my job, and I just opened a

9    bar in 2018, tail end of 2018, and I needed the refund

10   money.  I don't know why it says that.

11       Q    We can move on.

12            MS. HUGHES:  You can bring that down, Ms. Rohde.

13   Thank you.

14   BY MS. HUGHES:

15       Q    Now, you said you went to the Senate side twice.

16   You returned to the Rotunda in between those two trips,

17   right?

18       A    Correct, yes, that's when I made the Zello

19   recording and the Donovan video.

20       Q    And then you went down the Senate hallway again?

21       A    Correct.

22            MS. HUGHES:  If we could bring up what's already

23   been admitted into evidence Government's Exhibit 1505.

24            And we can start this at 2 minutes, 19 seconds,

25   please, Ms. Rohde.

9579

BY MS. HUGHES:

    Q   Now, Ms. Watkins, before we start playing, this is the hallway that we were talking about, right, the Senate hallway?

    A   Correct.

         MS. HUGHES:  And you can play, Ms. Rohde.

         (Video played)

BY MS. HUGHES:

    Q   That is you, in fact, saying, "Push, push, push, get in there."

         Right?

    A   As I told the FBI, I don't recall saying that, but I was in pain and I was angry, and what I said was wrong, like I said yesterday.

         (Video played)

         In fact, I remember yesterday I accepted all culpability for everything that happened in this hallway because I feel terrible about it in hindsight.

         MS. HUGHES:  We can keep playing.

         (Video played)

         We can actually pause there, Ms. Rohde. Thank you.

BY MS. HUGHES:

    Q   So you testified there were officers at the end of this hallway and that you feel terrible for your conduct in

```
 1   this hallway, right?
 2        A    I do.  That's why I accepted responsibility for it
 3   yesterday in front of you, God, and man.
 4        Q    And you were three or four people away from these
 5   officers?
 6        A    I was how many people away?
 7        Q    Three to four rows of people away from these
 8   officers, right?
 9        A    I disagree with that.  There is one, two, three,
10   four, five --
11        Q    Do you recall telling the FBI --
12        A    -- and I'm behind this guy.
13        Q    -- recall on March 9th, 2021, that you were three
14   to four people away from the police officers in the hallway?
15        A    I don't remember saying that, but it's possible.
16             At the same time, my memory was not reinforced by
17   footage --
18        Q    And pepper spray was used against you in this
19   hallway, right?
20        A    It was.
21        Q    And you had to put goggles on and you put your
22   neck gaiter over your face because your goggles didn't
23   provide enough protection from the pepper spray?
24        A    Right.
25             I said it felt like I was buried up to my neck in
```

 1  concrete.  I couldn't move.  So all I could do was just

 2  hunker down and pull my neck gaiter up and pull my goggles

 3  up --

 4      Q    Ms. Watkins, you also said that you saw no

 5  violence, right?

 6      A    In the way that I saw nobody punching police.

 7      Q    But you were pepper sprayed and you were pushing

 8  against these officers, right?

 9      A    I was pushing, correct.

10      Q    And now you've heard testimony from Officer Owens,

11  one of the people -- one of the human beings behind the

12  shield, right?

13      A    Yes.

14      Q    And so when you said that you didn't observe

15  violence, it was the violence you couldn't see, is that what

16  you mean when you didn't observe violence?

17      A    Again, I take full responsibility for what

18  happened in this hallway, and I consider it now in hindsight

19  as violent.  At the time, it was just people pushing

20  forward.

21      Q    So I want to be clear, because yesterday you said

22  you saw no violence.  You said it was a cool American

23  moment --

24      A    It was a cool American moment until this hallway.

25          If you notice, every single video leading up to

9582

```
 1    this one, I was laughing and smiling -- you cut it out a lot
 2    of times but I was laughing and smiling and having a good
 3    time, and after this video --
 4        Q    Ms. Watkins, you just testified again --
 5             MR. CRISP:  Your Honor, may she be permitted to
 6    answer?
 7             THE WITNESS:  After this video, I stopped smiling.
 8    It wasn't a fun moment anymore.
 9    BY MS. HUGHES:
10        Q    You just testified again that your motivation in
11    this hallway was that you were angry, though; isn't that
12    right?
13        A    I was angry because we were standing up for this
14    country, and all of a sudden we're getting crushed in a
15    crowd, yes, I was pissed off.  And I accept full
16    responsibility for what happened in this hallway.  If you
17    want me to say it a few more times, I will.  I accept
18    responsibility for what happened in this hallway.
19             And I know it opens me up to criminal liability,
20    I'm going to get charged for it, I get it.  Why do you think
21    I said it?
22    BY MS. HUGHES:
23        Q    Okay.
24             When you leave the Capitol, you -- when you leave
25    the Capitol, you mentioned assisting individuals.  We saw
```

9583

1    photos of these individuals and you testified to helping

2    individuals, right?

3        A    I did.  I helped some people.

4        Q    And the individual you assisted was another Oath

5    Keeper member, right?

6        A    He's not an Oath Keeper.  He's just kind of a kid

7    that was following us around, but, yes, he was with our

8    group.

9        Q    With your group and another rioter, right?

10       A    Correct, there was a man who -- yeah.

11       Q    And you're a trained medic.  By your testimony,

12   you're a trained medic?

13       A    Correct.

14       Q    You did not provide any actual assistance to any

15   Capitol police officers that day, right?

16       A    I did not, but I did not see any Capitol police

17   officers that were injured.

18       Q    You didn't provide any assistance to any

19   Metropolitan police officers that day?

20       A    I did not see any Metropolitan police officers

21   that were injured, although I spoke with a number of them.

22       Q    You assisted fellow rioters, right?

23       A    I assisted in dragging a man who was half

24   unconscious down the stairs towards the ambulance and the

25   paramedics, yes.

1        Q    Now, once you get outside the building, you locate

2   a large group of Oath Keepers, right?

3        A    Yes, the rest of the Florida Oath Keepers were out

4   there.

5        Q    And that group was led by Kelly Meggs again?

6        A    Correct.

7        Q    And they were staged by a monument or a slab,

8   right?

9        A    Correct.

10       Q    And Meggs says, "We took the castle.  Now we are

11  standing our ground."

12            Isn't that right?

13       A    Yes, I --

14            MS. HALLER:  Objection.

15            THE COURT:  Overruled.

16            THE WITNESS:  I asked him, like, you know, "Okay,

17  what are we doing now?  You know, like, we're here, what are

18  we doing?"  And this is after I had gotten my alert on the

19  phone, and I was missing Bennie Parker at the time.  And so

20  I was, like, "Hey, look, I'm missing a guy.  You know,

21  curfew is coming up."  He's, like, "We're here to -- we took

22  the castle.  We've got to stand our ground."  And I was,

23  like, "Well, we've got to go.  There's a curfew coming.  And

24  my guy is missing."  So he's, like, "All right."  And we

25  went down the stairs.

9585

1    Q    So after he says, "We took the castle, now we are
2    standing our ground," he also said that you needed to --
3    that you as the group needed to hold your position that
4    night, right?
5              MS. HALLER:  Objection.
6              THE COURT:  Overruled.
7              THE WITNESS:  I don't believe that's what he said,
8    but I'm -- I don't remember particularly clearly but I can
9    look at the document.
10   BY MS. HUGHES:
11   Q    That you needed to "hold the area all night."
12        Isn't that right?
13   A    I don't remember.  What I remember him actually
14   saying is, like, "We can come back tomorrow, we can protest
15   every day if we have."
16   Q    But you didn't see Rhodes at this time, right?
17   A    I didn't see Rhodes the whole day.
18   Q    And you also didn't know, though, who else
19   Mr. Meggs may have been coordinating with?
20   A    I mean, that's fair, I have no idea he was --
21   I didn't know if he was coordinating with anyone, or if he
22   was running the show himself.  I have no idea.
23   Q    Now, once you leave D.C. you return to Ohio,
24   right?
25   A    That's correct.

1      Q    And maybe two days after you're back in Ohio,

2  you're part of another Zello chat, right?

3      A    Part of another Zello chat?

4      Q    And this time is included Holden Haney, Dodd, and

5  other Oath Keepers?

6      A    There could have been.  I don't recall at this

7  point but --

8      Q    You don't recall telling the FBI on March 9th,

9  2021, about another Zello call that happened once you

10 returned to Ohio?

11     A    It's very possible that I could have said that and

12 it happened, I just don't recall at this time.

13     Q    And that individual talked about "cutting the head

14 of the snake."  Does that term ring a bell?

15     A    Yes.

16     Q    And they, on the call, described January 6th as

17 being "the first shot across the bow and there are more to

18 follow."

19          Right?

20     A    Yes, I do remember hearing that.

21     Q    And Holden Haney and other Oath Keepers noted that

22 they wanted to go back to D.C. on January 20th, 2021, right?

23     A    He might have said that.

24     Q    January 20th, 2021, was referred to as "the last

25 protest," right?

1    A    It could be.  I don't recall this.

2         But, I mean, it's -- that was a lot sooner to

3    January 6th and everything.  So, like, I probably had a

4    clearer memory back then.

5         I don't remember it how as I sit here.

6    Q    So you eventually, though -- you leave Ohio and

7    you return to Thomas Caldwell's farm, right?

8    A    Can we go back to the first thing, though?

9         I do remember warning Holden, because there was

10   a -- I don't remember if it was a Signal or if it was a

11   Zello chat.  But they were talking about, like, a barbecue

12   and like, you know, "If the feds come, it's going to be a

13   problem," and all that.

14        And I remember warning him, like, "You should stay

15   away from that particular group of people."

16   Q    What did "a barbecue" mean to you?

17   A    To me, like -- so I was invited to a group.

18   I believe it was Holden that invited me to it.  And he said,

19   "Hey, look, we're going to hold this meeting here" -- like

20   whoever it was that was organizing it said, "Hey, we're

21   going to hold this meeting.  And, you know, like, we can't

22   let the feds come around."

23        I was, like, "Why can't you let the feds come

24   around?"  I was, like, "Why don't you thank them for their

25   service and buy them a beer?"

1           And I just remember it being a bunch of kind of

2   extremist talk.

3           So I remember warning Holden.  I said, "If you're

4   in that group, you need to get out, because that's bad

5   news."

6           And I remember telling the FBI about it.  And I

7   was like -- they had a code word there, like barbecue, wink,

8   wink.

9           And I was, like, "This is a problem.  These people

10  are actual serious about their stuff."

11       Q     Okay.  So you eventually leave Ohio, though, and

12  you return to Thomas Caldwell's farm; is that correct?

13           How long of a drive is that from Ohio to

14  Mr. Caldwell's farm in Berryville?

15       A     Eight or nine hours, depending on traffic.

16       Q     So you take this eight- or nine-hour drive and you

17  leave your cell phone, right?

18       A     I did.

19       Q     And you told Donovan Crowl to leave his

20  cell phone?

21       A     I did.

22       Q     And you deleted the Signal application off your

23  phone?

24       A     Eventually I did.

25       Q     And you left a ProtonMail and password for

9589

1    Montana, right?

2        A    And Mr. Caldwell's phone number, yes.

3        Q    Mr. Caldwell's phone number.

4            And this was so you could communicate via drafts

5    in ProtonMail?

6        A    Correct.

7        Q    And you testified on direct that you drove all

8    this way.  You left your phone.  You communicated through

9    drafts.  And this was because you were worried about the

10   media, right?

11       A    And the left.

12           So there's a lot of -- left-wing extremists on the

13   other end of the scale that absolutely hate Oath Keepers.

14   And they will dox you.  They will dox your family.  They

15   hack into your network.

16           This is widely reported.  I can neither confirm

17   nor deny because I've never seen anyone do it.

18       Q    Ms. Watkins --

19       A    But, yes, I was concerned about the media because

20   the media reporter told me, "Well, I doxed you.  How do you

21   think I found out all of your information?"

22       Q    Ms. Watkins, isn't it true you started this

23   ProtonMail mail account on January 14th?

24       A    Correct, before I left so I could keep in contact.

25       Q    And when you were on Mr. Caldwell's farm,

1   Mr. Caldwell actually testified on direct that you did a

2   number of projects for him; is that right?

3        A    Correct.  We painted a barn.

4        Q    You painted the barn.

5             And, in fact, what you painted the barn was the

6   word "Trump" on it, right?

7        A    Correct.  There was "Trump" written on the side

8   of it.

9        Q    Because Mr. Caldwell wanted it to be seen from the

10  roadway, right?

11       A    He didn't want it to be seen from the roadway.  He

12  was concerned that "Trump" on the side of the barn was going

13  to be a problem for anybody driving by.

14       Q    Do you remember telling the FBI that Mr. Caldwell

15  wanted "Trump" written on the barn so it could be seen from

16  the roadway?

17       A    He did not want.  You can probably go pull

18  pictures from the -- we painted the barn silver to cover up

19  the word "Trump" because he had "Trump" up there during

20  Trump's presidency.  After Trump's presidency, he was

21  concerned somebody driving by would see it and target his

22  property.

23       Q    Okay.

24       A    And the barn was pretty rundown, so we needed to,

25  like -- it was messed up, so we painted for him.

1    Q    Ms. Caldwell [sic], I want to end where Mr. Crisp

2    concluded as well.

3        We went over messages that you sent about the

4    significance of the 2020 election, right?

5    A    Yes.

6    Q    And we covered, in your testimony and we covered

7    again today, the threat that that election posed, right?

8    A    The election itself wasn't a threat.  What would

9    happen after inauguration was potentially a threat.

10    Q    And in fairness to you, that is -- you are not

11    unique in that belief.  We've now for weeks and weeks and

12    weeks, message after message about the threat of the Biden

13    presidency, the threat of this transfer of power, right?

14    A    Yeah.  I'd say about 50 percent of this country

15    can pull up on their phones and get the same exact thing.

16    Q    Specifically here, specifically over these weeks,

17    that is what we've been seeing again and again, in these

18    messages, right?

19    A    Yes.

20    Q    Sentiments echoed by your co-defendants, this side

21    of the room, right?

22    A    Yeah.  And all through Trump's presidency for four

23    years, I can guarantee you can pull up their phones and you

24    get the same exact stuff.

25    Q    These are the individuals that you were with in

1    Washington, D.C., on January 6th, right?

2        A    Yes.

3        Q    And on direct, you said that you entered the

4    Capitol because you were swept up, right?

5        A    I did.  I got caught up in the moment.

6        Q    In fact, you used the word "swept up" four times

7    during your direct testimony.  Four times you said, "I was

8    swept up."

9        A    Correct.

10       Q    And so you, in fact, also use another analogy.

11   You said it was like Black Friday?

12       A    The doorway was.

13       Q    Swept up, Black Friday, just moved in, right?

14            So, Ms. Watkins, I want to be clear.  Is it your

15   testimony that all of this rhetoric, rhetoric that you share

16   with your co-conspirators and the actions you took on

17   January 6th, that they have nothing to do with each other?

18       A    My rhetoric was in the beginning of November.

19   If you pull up all my stuff, you're going to see that it's

20   just general election stuff.  Literally, the difference

21   between my co-defendants and --

22            MR. CRISP:  Your Honor, may she be permitted to

23   answer the question, please?

24            THE WITNESS:  Half this country feels this way

25   still.  Half this country still feels disenfranchised by

```
 1    that election.  All the COVID stuff.  We didn't have a --
 2    BY MS. HUGHES:
 3         Q    Ms. Watkins --
 4         A    -- free and fair election and people are concerned
 5    about it.
 6         Q    Ms. Watkins --
 7         A    And that is not rhetoric.  That is just standard
 8    political talk in this current environment.
 9         Q    Ms. Watkins, your testimony then is that that
10    rhetoric, which you still clearly believe --
11         A    Very clearly still believe.
12         Q    -- and your actions on January 6th when you
13    entered that Capitol Building, they're unrelated; it was a
14    lark?
15         A    I got swept up with the rest of the protesters.
16    We all believed that.  All million of us.
17         Q    Like an impulse purchase at Best Buy.
18              MS. HUGHES:  No further questions.  Thank you.
19              THE COURT:  All right.  Redirect.
20              MR. CRISP:  Your Honor, I think one or two of the
21    co-defendant counsel wanted to ask questions based on the
22    cross that implicated them.  So I don't know how you want to
23    address that before I get up there, if we want to get on the
24    phone real quick.
25              (Bench conference)
```

1          THE COURT:  You'll forgive me, but I don't know

2    that they get to cross-examine.  Why do they get to

3    follow up?

4          MS. HALLER:  We wouldn't seek to cross-examine,

5    but we can ask some questions in a direct format.  It's just

6    that there was -- she went outside of direct.

7          THE COURT:  No, she didn't.

8          MS. HALLER:  Well, on the areas related to

9    Kelly Meggs, those were not brought out on direct.

10          THE COURT:  Somebody needs to explain to me why,

11    after the government's cross-examination, other defendants

12    now get to question Ms. Watkins when they did not seek to do

13    so previously.

14          MS. HALLER:  Previously she did not inculpate the

15    defendant.

16          THE COURT:  It doesn't mean you couldn't have

17    gotten up and asked her something.

18          I guess that's right.  Fair enough.  But I don't

19    know that now you get this bite of the apple, I mean.

20          MS. HALLER:  Your Honor, that's the challenge with

21    the initial ruling.  When it comes to a normal individual

22    defendant, we have a direct and a cross in each case.

23          In this case, because of the multiple defendants,

24    we don't get to do multiple directs and crosses.  And that's

25    been the challenge with the idea --

```
 1              THE COURT:  So does the government get to then
 2    recross after you're done?
 3              MS. HALLER:  If that's Your Honor's ruling.
 4    I don't know.
 5              THE COURT:  Ms. Hughes?
 6              MS. HUGHES:  We're a little bit in uncharted
 7    territory, Your Honor.  Apologies.  I don't have much to
 8    offer in the way of guidance.
 9              MR. CRISP:  Mr. Fischer's trying to talk into his
10    phone and it's not working.  My apologies.  We'll grab
11    something here.
12              MR. FISCHER:  Your Honor --
13              MS. HUGHES:  The government's inclined to follow
14    your lead for the purpose of determining whether or not
15    cross-examination is appropriate.
16              On recross, we'd ask for -- I just need to sort of
17    confer with my colleagues here for a moment if you don't
18    mind.
19              MR. FISCHER:  So, Your Honor, I believe the
20    government mischaracterized Ms. Watkins' statement to the
21    FBI, suggesting that she maybe gave a definitive statement
22    that Meggs was at Caldwell's farm.  That's not accurate at
23    all.  I have the 302 in front of me.  So that's a
24    significant issue.
25              There was also an issue about Harrelson being at
```

1    this hotel.  We --

2         THE COURT:  Why can't Mr. Crisp take care of all

3    that?  He's got redirect.  If you all want to call him to

4    ask questions to clarify, he can do it.

5         MR. FISCHER:  Your Honor, then can we at least

6    have a break so that we can -- these are some fairly

7    important issues.

8         MS. HALLER:  If we don't have the opportunity to

9    ask the questions and we have to ask co-defendant counsel to

10   do so, we need to highlight him to the issues that inculpate

11   our client by the cross-examination.

12        THE COURT:  All right.  If you want a few minutes

13   to talk to counsel to clarify some things on redirect,

14   that's fine.

15        MR. CRISP:  Thanks, Judge.

16        (Open court)

17        THE COURT:  All right.  Ladies and gentlemen,

18   we're going to take a brief break.  It's going to be short,

19   ten minutes.  We'll be back at 10:30.  Thank you, everyone.

20        COURTROOM DEPUTY:  All rise.  This Court stands in

21   recess.

22        (Jury exited the courtroom.)

23        THE COURT:  All right.  Ten minutes, folks.

24   Thanks.

25        (Recess from 10:22 a.m. to 10:32 a.m.)

1              THE COURT:  Please have a seat, everyone.
2    Thank you.
3              All right.  Counsel, are we all squared away in
4    terms of what we discussed right before the break?
5              MR. CRISP:  We are, Judge.  Yes, we are.
6              THE COURT:  All right.  Terrific.  Thank you,
7    everyone.
8              MR. NESTLER:  Your Honor, are we on the record?
9              THE COURT:  Can be.
10             MR. NESTLER:  The government's position is that if
11   Mr. Meggs' counsel believes that Ms. Watkins' testimony on
12   cross-examination inculpated Mr. Meggs, that Mr. Meggs has
13   the right to conduct cross-examination of her.
14             THE COURT:  Okay.
15             MR. CRISP:  Does or does not?
16             MR. NESTLER:  Does on that very limited topic.
17             THE COURT:  Okay.
18             MR. FISCHER:  We believe --
19             MR. NESTLER:  We do not believe Ms. Watkins'
20   testimony inculpated Mr. Caldwell.  So we believe that if
21   her testimony on cross-examination inculpated another
22   defendant, that defendant now has a Sixth Amendment right to
23   cross-examine her.  We do not believe -- we did not hear her
24   testimony to inculpate Mr. Caldwell.
25             It did certainly inculpate Mr. Meggs.  That's our

```
 1    position on that one limited topic of what he said
 2    afterwards.
 3              THE COURT:  Mr. Fischer, what would you seek to
 4    question about?
 5              MR. FISCHER:  Your Honor, may we have a sidebar?
 6              (Bench conference)
 7              THE COURT:  Mr. Fischer, your phone is not working
 8    for some reason.
 9              MR. FISCHER:  Oh.
10              You know, she testified about Mr. Meggs being at
11    Caldwell's farm, number one.  And I believe it was a fairly
12    misleading question based on the 302 she gave the FBI.  So I
13    want to clarify that, number one.
14              And, also, there was something about Harrelson --
15    Mr. Caldwell being in Harrelson's -- in a hotel room with
16    Harrelson.  That was selfie guy.  So that's another question
17    that I would like to have the opportunity to ask him about.
18              MS. HUGHES:  Neither of those points the
19    government would argue would inculpate him in any way.
20              THE COURT:  I guess I don't understand.  What's
21    the first inquiry about being on the farm?
22              MR. FISCHER:  Your Honor, Mr. and Mrs. Caldwell
23    specifically testified that Mr. Meggs was not on their farm.
24              THE COURT:  Oh.  You're talking about November.
25    I thought you were talking about the January, the post
```

1    January 6th.  You're talking about November.

2            MR. FISCHER:  That's correct.  So she gave

3    testimony basically saying that she met Meggs at Caldwell's

4    farm.  That's not what she told the FBI.  She told the FBI

5    her actual, what she told the FBI was she wasn't -- she

6    didn't even remember Kelly Meggs when she met him in D.C.

7    and that she could have met him either at Caldwell's farm or

8    at the Million MAGA March, and that's a pretty big issue.

9            And then, secondly, she testified that, I think,

10   selfie guy, she may have said was Harrelson, that she met

11   in -- that she saw in a hotel room with Caldwell.

12           THE COURT:  Okay.  I mean, look, I'll allow it on

13   those very limited grounds.  And then Mr. Meggs' counsel,

14   Mr. Woodward, is Ms. Haller going to cross-examine?

15           MR. WOODWARD:  I think if we let Mr. Fischer go

16   first and he covers the farm issue, then that should be

17   sufficient.

18           THE COURT:  Okay.  Okay.

19           MR. WOODWARD:  If Mr. Fischer can't get that done,

20   I might need to step in.  But we'll cross that bridge when

21   we get there.

22           THE COURT:  All right.

23           So, Mr. Fischer, then you'll have the podium for

24   those two limited topics, and then we'll turn it back over

25   to Mr. Crisp, okay?

1          MR. FISCHER:  Your Honor, just one other topic.

2  There was something about Antifa hunting that came up that

3  she said that I think is contrary to the 302.  So that would

4  be another area --

5          MS. HUGHES:  That is certainly not contrary to the

6  302.  So to the degree that they would like to imply that in

7  the cross-examination they implied that the 302s are

8  somehow -- that they mischaracterized what's in the 302s,

9  the government may ask to recross.

10          THE COURT:  We'll see where things stand.

11          And, look, I don't know what the government's

12  planning, but -- in light of her testimony.  But, obviously,

13  if there are issues about what was said at the interviews,

14  that can be the subject of redirect -- I mean your rebuttal

15  case.  And, again, I don't know whether you're planning to

16  do that or not.  So we'll just have to wait and see.

17          MS. HUGHES:  Understood, Your Honor.

18          Thank you.

19          (Open court)

20          MR. CRISP:  Me, then them?  Or is it them, then

21  me?  And the judge indicated them first.

22          THE COURT:  Yes, correct.

23          MS. RAKOCZY:  I'm sorry.  Can you clarify what was

24  the order?

25          THE COURT:  So Mr. Fischer and then Mr. Crisp will

1    do his redirect.

2           MR. CRISP:  Judge, just I may depending on how

3    long this goes, I may ask to break at 11:30 again based on

4    our earlier discussions.

5           THE COURT:  You think you'll take that long?

6           MR. CRISP:  I don't know how long they're going to

7    take.  No, I don't.  I don't want to go that long,

8    absolutely not.

9           THE COURT:  Okay.  I don't think Mr. Fischer

10   should be very long.

11          COURTROOM DEPUTY:  Jury panel.

12          (Jury entered the courtroom.)

13          THE COURT:  All right.  Please be seated,

14   everyone.  Welcome back.

15          Before Mr. Crisp does his redirect examination, we

16   have a few questions from Mr. Fischer.  So we'll start

17   there.

18          Mr. Fischer.

19          MR. FISCHER:  Thank you, Your Honor.

20                        -  -  -

21                   CROSS-EXAMINATION

22   BY MR. FISCHER:

23      Q    Ms. Watkins, good morning.  How are you doing?

24      A    Good, sir.  Here are you doing?

25      Q    Just fine.

9602

```
 1              Ms. Watkins, Ms. Hughes on direct examination had
 2   mentioned something about you giving a statement to the FBI.
 3              Do you remember that?
 4      A    I do.
 5      Q    Okay.
 6              And do you remember everything you told the FBI
 7   today or --
 8      A    I remember generally.
 9      Q    Okay.
10              Would it refresh your recollection if I showed you
11   a copy of the interview report regarding your testimony?
12      A    Yes, sir.
13              MR. FISCHER:  Your Honor, if I may approach?
14              MS. HUGHES:  Objection.
15              THE COURT:  Well, I guess, Mr. Fischer, why don't
16   you identify what the topic is, first, and then we'll worry
17   about whether she needs the report to refresh her
18   recollection.
19              MR. FISCHER:  Okay.
20   BY MR. FISCHER:
21      Q    So, Ms. Watkins, on the issue of -- you had
22   indicated that, as far as when you first met Kelly Meggs.
23              You remember discussing that?
24      A    I don't, but --
25      Q    Today --
```

1    A    Today I don't recall exactly what I said.

2    Q    Okay.

3         Well, isn't it true that you gave a statement to

4    the FBI on April 19th of 2021?  Is that right?

5    A    Yes, sir.

6    Q    And at that time, the agents that were present

7    included, among others, Agent Palian; is that right?

8    A    Yes, sir.

9    Q    Okay.

10        And isn't it true at that time you told the FBI

11   that you did not specific -- but before January 6th or

12   January 5th in Washington, D.C., you told the FBI, "That you

13   did not specifically remember Kelly Meggs; is that correct?

14   A    Correct.

15   Q    Okay.

16        And you also told them that you thought or you

17   "thought that you may have met Meggs around 2020 during a

18   Million MAGA March in Washington, D.C., or at the

19   Caldwell's."

20        Is that right?

21   A    It sounds like it could be correct, but I don't --

22   Q    So the bottom lining, ma'am, you never said that

23   you met Kelly Meggs at the -- definitely said you met him at

24   Mr. Caldwell's farm; is that correct?

25   A    I don't believe I would have said one way or the

```
 1   other specifically.
 2        Q    Okay.
 3             And, in fact, ma'am, while you were at Caldwell's
 4   farm, isn't it true there were no Florida Oath Keepers at
 5   Mr. Caldwell's farm?
 6        A    I have -- that could very will be.  I have no idea
 7   who they were.
 8        Q    And, ma'am, you had talked about Antifa hunting;
 9   is that correct?
10        A    Yes, that was discussed.
11        Q    In fact, in context, what you told the FBI was,
12   was that Mr. Caldwell discussed --
13             MS. HUGHES:  Objection as to form.
14             THE COURT:  Rephrase the question, please.
15   BY MR. FISCHER:
16        Q    Ma'am, isn't it true that during your stay at the
17   Comfort Inn, Mr. Caldwell talked about Antifa hunting, but
18   he never talked about a QRF?
19        A    I do not remember any discussion of a QRF.
20             MS. HUGHES:  Objection.
21             MR. FISCHER:  Nothing else, Your Honor.
22             THE COURT:  Okay.
23             Thank you, Mr. Fischer.
24             MR. FISCHER:  Thank you, Your Honor.
25             THE COURT:  Mr. Woodward, are you satisfied?
```

```
 1              MR. WOODWARD:  No questions, Your Honor.

 2              THE COURT:  Okay.  Thank you.

 3              All right.  Mr. Crisp.

 4              MR. CRISP:  Thank you, Your Honor.

 5                            -  -  -

 6                     REDIRECT EXAMINATION

 7   BY MR. CRISP:

 8       Q     All right, Jess, I want to go through a couple

 9   things here.

10              First is, let's talk a little bit about -- they

11   brought up the Facebook post that you had done about the

12   Oath Keepers post in the beginning of the cross-examination.

13              Do you remember that?

14       A     Yes, the link that I had posted?

15       Q     Yes.

16       A     Yes, sir.

17       Q     Do you remember whose post that originally was?

18       A     I don't know.  I think it might have been

19   something I'd seen circulating and then re-posted.

20       Q     So did you have a chance to kind of read through

21   that posting a little bit on cross?

22       A     I saw it.  I don't recall.

23       Q     Okay.

24              So we talked yesterday about the purpose of

25   forming the OSRM and when you would -- what your concerns
```

1    were from a political standpoint, right?

2        A    Yes, sir.

3        Q    Would you have used the OSRM to oppose the

4    expansion of Obama Care?

5        A    I don't know how that would work.

6        Q    Okay.

7             There were a lot of different political things

8    that were discussed in that post in terms of political

9    agendas that respective parties would have.

10            Would you agree with me?

11       A    Yes, sir.

12            THE COURT:  Mr. Fischer, can I just ask you to

13   move the microphone a local closer.

14            MR. CRISP:  You said -- okay.  Thank you.  Is that

15   better?

16            THE COURT:  Yes.  Just if you could keep your

17   voice up.

18            MR. CRISP:  That's fine.  I will speak up louder.

19   I'm sorry.

20   BY MR. CRISP:

21       Q    The only time you would have actively resisted or

22   opposed an entity is when?

23       A    So "resist" is kind of a vague term, I would say.

24       Q    Okay.

25       A    Like, for instance, Obama Care is a good example.

```
 1   When they first implemented Obama Care, it was mandatory.

 2   And I opted not to do it.  And I couldn't afford it, and I

 3   didn't want it.  So I was able to use my financial status to

 4   not sign up for it.

 5           And that to me was a form of resistance, like.

 6   And then it was found to be unconstitutional and overruled.

 7   And to this day, I still have no healthcare.

 8       Q    So that's part of what you're discussing here.

 9           It's on a spectrum of resistance, I guess, shall

10   we say?

11       A    Correct.

12       Q    All right.

13           And do you recall also talking about the U.N. in

14   that same post and what you thought was going to happen?

15       A    Yes, sir, I thought it was a possibility.

16       Q    Okay.

17           Is it fair to say that the only time you would

18   ever take violence against an opposing force is if it was a

19   foreign force on United States soil?

20           MS. HUGHES:  Objection; leading.

21           THE COURT:  Sustained.  Rephrase the question,

22   please.

23   BY MR. CRISP:

24       Q    When is the time -- the only time in which you --

25   when is the time in which you would actually use violence on
```

9608

1    U.S. soil?

2        A    Only defensively in defense of home or others.  So

3    in an invasion or, I mean, if I saw a man being beaten, I

4    wouldn't hesitate to pull out a can of mace and spray him

5    and then, you know -- I would use force if I saw someone

6    being actively injured or if our country was being actively

7    invaded.

8        Q    All right.  There's a lot of talk as well in the

9    subsequent posts about "get ready to right and rumble," and

10   all that kind of nonsense about "November event."  What was

11   that about?  What was that context?

12       A    So there was a lot of talk of blood running in the

13   streets.  This is just general posts and things that were

14   circulating online.  And I might have been more gullable

15   than need be, but I was concerned of left wing groups,

16   counterprotesters, things of that nature, hurting people,

17   and it just seemed concerning to me because of everything

18   that happened in 2020.

19       Q    Did you ever actively hunt anybody?

20       A    No, sir.

21       Q    Did you --

22       A    In fact, I remember telling the FBI that was a not

23   polite way of saying protect patriots from left wing

24   agitators.

25       Q    In November, did you hit anybody?

 1      A     No, sir.

 2      Q     Did you seek out violence?

 3      A     No, sir.

 4      Q     All right.

 5            How would you characterize what happened at the

 6   Million MAGA March?

 7      A     It was very peaceful.  It was a rally.  It wasn't

 8   even -- it didn't really -- it felt like -- I mean, I know

 9   it was supposed to be a protest, it was the "Stop the Steal"

10   protest.

11            But it felt like a rally.  I mean, it's like what

12   January 6th would have been if there was no violence.

13      Q     Do you have -- well, all right, let's talk about

14   your taxes.

15      A     Yes, sir.

16      Q     When did you get that notice?

17      A     I don't know that I ever got a notice.

18      Q     The letter --

19      A     You mean the one they just posted?

20      Q     The letter, yes.

21      A     I don't think I've ever gotten a letter.

22      Q     Where have you been consistently since January of

23   '21 or -- yeah, January '21?

24      A     I have been in jail.

25      Q     Have you had the opportunity to respond and see

1    that letter up to that point?

2        A    No, sir.

3        Q    Okay.

4            Had you had an opportunity, would you have

5    objected to that letter?

6            THE COURT:  Can I ask you to get on the phone,

7    please.

8            (Bench conference)

9            THE COURT:  I'm sorry to interrupt you, Mr. Crisp,

10   but the letter wasn't addressed to her.

11           MR. CRISP:  So then how is it even relevant if

12   we're not saying it's not addressed to her?

13           THE COURT:  It's evidence from the IRS to

14   establish that she didn't file.  It wasn't a letter

15   addressed to her.

16           MR. CRISP:  I can clear that up, that's fine.

17   I think that's actually even more relevant, quite frankly,

18   so, sure.

19           (Open court)

20   BY MR. CRISP:

21       Q    And the Judge pointed out that that letter may not

22   have been addressed to you?

23       A    Understood.

24       Q    Have you seen that before today, that document?

25       A    Never before today, no, sir.

1       Q      Okay.

2              Do you recall filing in '18, '19, or '20?

3       A      Again, for -- for the 2018, I remember -- because

4   I worked at Old Navy all the way through to October, and I

5   drove all the way back to Hilliard, which is like an hour

6   away, to get my W-2 from my mom's house.  And I filed my

7   taxes because I needed the money.  I don't know why it's

8   showing that.  Perhaps that's an issue I'm going to have to

9   address in the near future.

10      Q      Okay.

11      A      I remember getting the refund check, so I don't

12  know -- understand that.

13             2019 taxes were deferred in 2020 because of COVID.

14  They said, okay, we kept pushing the deadline back and we

15  were -- I was strapped for cash because of the COVID, our

16  bar was failing, so I just kept -- as they kept rolling it

17  back, I just kept letting it roll back.  I was, like, well,

18  I know, like, we'll get to it, so.

19      Q      Okay.

20             Do you remember filing it?

21      A      No, I never filed it.

22      Q      So it's possible in 2020, you didn't file 2019's?

23      A      That is absolutely correct.  And for 2019's, I did

24  not file that in 2020.  They rolled it back.

25      Q      Okay.  And you were arrested very early in '21,

```
 1   right?
 2       A    Correct.  So they rolled it back to October,
 3   so I think there was, like, a three-month window where I was
 4   delinquent or what have you.
 5       Q    Okay.  So the three-month window would have fallen
 6   from October to --
 7       A    To January when I was arrested.
 8       Q    And you were arrested on or about the 14th; is
 9   that accurate?
10       A    17th, sir.
11       Q    17th.  Thank you.
12            All right.  And to be clear, by the way, Old Navy,
13   they take your taxes out and pay them for you?
14       A    It comes out of my paycheck.
15       Q    All right.  Let's talk a little bit about the
16   Zello in terms of what you're hearing, what you're not
17   hearing.
18            So the government played a section from the
19   individual as One Percent Watchdog, right?
20       A    Correct.
21       Q    All right.
22            Now, at around the 1:48 time frame,
23   do you remember approximately where you were?
24       A    I would have been somewhere still near around
25   The Ellipse.
```

1    Q    Okay.

2    A    Like, maybe 15th Street or maybe 14th.  I don't

3    know, somewhere around there.

4    Q    Okay.

5         Did you have your phone continuously out?

6    A    No, sir.

7    Q    Were you consistently listening or intermittently

8    jumping in?

9    A    I was intermittently pulling it out and, like --

10   so, like, I had my helmet on and, like, I'd stick it up like

11   this so I could hear it, and then I respond and I put it

12   back in my pouch.

13   Q    You have a specific recollection of One Percent

14   Watchdog saying something like, "they're debating" or "it's

15   in progress," or things like that?

16   A    I have no recollection of that, sir.

17   Q    Okay.

18        Is it possible that it was said, you just didn't

19   hear it?

20   A    It's very possible.

21   Q    Is it possible that it was said and you didn't

22   understand what it meant?

23   A    I think it's more possible the primary, but, yes

24   I think that's also possible.

25   Q    Do you know exactly how the certification process

1    plays out?

2         A    Not specifically.  I just know that they come,

3    they say, "Okay, we're going to certify," and then they can

4    either raise objections or not kind of like here, objection,

5    you know, it's sustained or overruled situation.  I have no

6    idea how it actually worked out.

7         Q    So the phrase "Pence betrayed us" or "He didn't do

8    his duty," or whatever that was, what did that mean to you

9    in the specific context of the certification?

10        A    So my understanding was that they were going to

11   raise objections and then try to get it to go back to the

12   states for ten-day audits.  And then Pence didn't accept --

13   he overruled the objection, and so he certified the election

14   anyway.  And so I believed that it's over, like, he

15   certified it.

16        Q    Okay.

17             One Percent Watchdog you had testified earlier

18   that that was -- you don't know who that was?

19        A    I -- to this day, I have no idea, sir.

20        Q    Do you believe that that was Mr. Caldwell?

21        A    No, sir.

22        Q    And I want to show, if I may, a series of exhibits

23   that have already been entered in.  We can pull up 135.V.1.

24             (Pause)

25

1  BY MR. CRISP:

2      Q    Ms. Watkins, do you have a specific recollection

3  of this video or having seen this before?

4      A    Yes, I believe this is Ms. Parker's video.

5      Q    And, again, this has already been in evidence as

6  Government Exhibit 135.V.1.  If we could kindly play.

7            (Video played)

8  BY MR. CRISP:

9      Q    Now, Ms. Parker in relation to you, where were

10  you, ahead or behind?

11      A    I believe I'm off to the right up here.

12      Q    Okay.

13           And orient the jury in terms of time.  Is this

14  before or after you had gone into the Capitol?

15      A    This is before.

16      Q    All right.

17      A    I would say this is probably 2:33-ish.

18      Q    So is this as you're approaching the Capitol

19  steps?

20      A    Yes, sir.

21      Q    And does the area that you're going through, does

22  this accurately depict what you were observing as you were

23  walking towards the steps?

24      A    Yes, sir.

25      Q    Okay.  Please continue.

```
 1              (Video played)
 2    BY MR. CRISP:
 3         Q    And, Ms. Watkins, is that you ahead?
 4         A    Yes, sir, right here.
 5         Q    The individual -- all right.  So the individual
 6    who's appearing on that screen is Mr. Crowl?
 7         A    Mr. Crowl, yes.
 8              (Video played)
 9    BY MR. CRISP:
10         Q    Is this consistent with what you saw in terms of
11    violence or lack thereof?
12         A    Yes, sir.
13         Q    At this point?
14         A    At this point.
15         Q    Okay.
16              Let's pull up Government Exhibit 1082.3, please.
17              (Video played)
18         Q    And do you recall seeing this video earlier as
19    well?
20         A    I do, sir.
21         Q    All right.  And would you agree that you're in
22    this screen, in this general vicinity?
23         A    In -- yes, I would actually be right around here
24    somewhere.
25         Q    Okay.  Thank you.
```

1          (Video played)

2    BY MR. CRISP:

3        Q    At this point in the screen as you're going up the

4    steps, do you see any police officers?

5        A    No, sir, there were no police officers.

6        Q    Please continue.

7              (Video played)

8    BY MR. CRISP:

9        Q    If we could pull up Government Exhibit 1050.

10             (Video played)

11             If you can pause the video, please.

12             Now, your hands are occupied at this time?

13       A    Yes.

14       Q    How loud was the crowd here?

15       A    Incredibly loud.

16       Q    All right.

17             Are you able to be talking on the phone?

18       A    No, sir.

19       Q    All right.

20             Is this why you were pulling it in and out?

21       A    Yes, sir.

22       Q    Okay.

23             And are you paying attention specifically to your

24    phone or to the crowd?

25       A    I was paying attention to the crowd more or less.

9618

1   Q  Okay.  Because your attention was split; fair to

2 say?

3   A  Yes, sir.  It was very distracting.

4     MR. CRISP:  Please continue.

5     (Video played)

6     MR. CRISP:  Pause, please.

7 BY MR. CRISP:

8   Q  When you got to the top of the steps there, did

9 you see in that moment violence against police officers?

10   A  Never, sir.

11   Q  Are you saying there wasn't violence against

12 police officers?

13   A  I'm not saying it wasn't happening.  I just --

14 from my vantage point, I couldn't see it.

15   Q  Was the intent of what you're saying was at the

16 time in which you were approaching, you didn't see it?

17   A  Correct.

18     MR. CRISP:  All right.  Please continue.

19     (Video played)

20     MR. CRISP:  Government Exhibit 192.V.3, please.

21     (Video played)

22     MR. CRISP:  Pause for a moment, please.

23 BY MR. CRISP:

24   Q  Now, and that video there, whose is that?

25   A  That is from my phone, sir.

9619

```
 1        Q    Are you paying attention specifically to what's
 2   going on at the doors behind you?
 3        A    No, sir.  I was just filming.
 4             MR. CRISP:  Please continue.
 5             (Video played)
 6   BY MR. CRISP:
 7        Q    Now, I believe you can faintly hear the Zello
 8   overlay in the background.  Do you recall hearing what was
 9   being said there?
10        A    No, sir.
11        Q    Okay.  And when you heard about -- if you had
12   heard something about a missile inbound or something, do you
13   think you would have jumped on and said something?
14        A    Honestly, the first time I saw this video on a
15   screen like this, I thought it was somebody in the crowd
16   with a bullhorn.  I didn't put two and two together that it
17   was Zello.
18             MR. CRISP:  Okay.  Continue.
19             (Video played)
20   BY MR. CRISP:
21        Q    Finally 1051.1, please.
22             Now, where you in this video?
23        A    I believe I'm still either on the stairs or maybe
24   right there where the pillars are.
25        Q    Okay.  When you've turned around, let's talk about
```

1    the doors.

2          At the point at which you said -- yesterday you

3    said someone tapped you on the shoulder and indicated going

4    this direction, right?

5    A    I believe so, yes, sir.

6    Q    When that happened, do you remember seeing the

7    doors opened or closed?

8    A    When I actually got in there and could actually

9    see the door enclosure, they were already opened.

10   Q    All right.

11         So could you see the doors from where you were at

12   this point -- let me rephrase it.

13         When you are in this particular location to when

14   you got there, could you see the doors were opened or

15   closed?  Just so I'm clear.

16   A    When I got there, the doors were already opened.

17   Q    Okay.

18         So did you see what had -- the testimony of the

19   police officer who testified earlier, did you see what had

20   happened to him?

21   A    None of that, sir, no.

22   Q    All right.

23         If you had seen that, what efforts would you have

24   taken?

25   A    Well, if I had seen people beating police officers

 1   and macing them and stuff, that would have pissed me off.

 2        Q    Okay.

 3             Now, there was questions about whether you

 4   rendered aid to any police officers.  If someone had asked

 5   you to render aid to a police officer, would you have

 6   done so?

 7        A    Absolutely.

 8        Q    I'm going ask you about your activities at other

 9   protests relative to something like this.  Did you ever

10   render aid to protesters who were protesting in support of

11   Black Lives Matter.

12        A    Yes.  I helped about a dozen Black Lives Matter

13   people who were injured.

14        Q    And they were injured as a result of?

15        A    Police munitions.

16        Q    Okay.

17             And what is the thing, a knee knocker?

18        A    It's like a wooden plug about the size of a gulf

19   ball.  It's about that long.  And, basically, the police

20   stick it in, like, a launcher, like a grenade launcher, and

21   they just shoot it into the street.  And wherever it goes,

22   wherever it goes.  So, like, one of my patients was a young,

23   16-year-old girl, had her nose smashed by the knee knocker.

24             MS. HUGHES:  Objection.  Can we speak on the

25   phone?

1          (Bench conference)

2          MS. HUGHES:  The government would object to

3    specific acts of good deeds.  She can testify in

4    generalities about what her militia did.  But specific acts

5    of rendering aid we would object to under 404(b) grounds.

6          MR. CRISP:  Your Honor, I believe it was -- Judge,

7    can you hear me?

8          THE COURT:  I can hear you.

9          MR. CRISP:  Sorry.

10          I believe it's appropriate rebuttal since it was

11    brought out on direct that she's implying that she would not

12    have rendered aid or she did not choose to.

13          MS. HUGHES:  That was -- on direct, it was simply

14    that she did render aid.  She just didn't render aid to law

15    enforcement.

16          THE COURT:  Somebody remind me what the

17    Rule of Evidence is with respect to prior acts.

18    I think it's...

19          MR. CRISP:  I can't elicit it directly; but the

20    government can probe into it on cross, into specific acts or

21    not if they chose to.

22          And then my position is, the way they imply this

23    is that she would not have rendered aid to parties in

24    opposition to what she was there for, so I want to show that

25    that's different.

1          MS. HUGHES:  The rule is that she cannot testify

2   as to specific acts without there being -- without it being

3   relevant to a pertinent trait.  And here, this is not a

4   pertinent trait and she should be precluded from testifying

5   as to specific acts of rendering aid.

6          MR. CRISP:  The issue is I'm not sure what the

7   pertinent trait would have ever been.  But certainly they've

8   called into question her willingness to render aid in that

9   capacity, so it's just a rebuttal in this instance.

10          MS. HUGHES:  This is also -- we'd just note that

11   this is beyond the scope as well.

12          THE COURT:  Well, look, I'll allow a little bit of

13   this.  So go ahead, Mr. Crisp, but let's not -- if you limit

14   it.

15          MR. CRISP:  I am.  We were probably about five

16   seconds away, so cool.  Thanks.

17          THE COURT:  Thank you.

18          (Open court)

19   BY MR. CRISP:

20      Q    Finish that statement.

21      A    Sure.

22          So this Black Lives Matter woman, she was a

23   16-year-old girl.  She was injured by one of these, broke

24   her nose.  And so I can attest to, like, the amount of

25   damage that they can do.

1    BY MR. CRISP:

2        Q     All right.

3            Now, there's a question about whether you brought

4    weapons securing them in your hotel room or not.  Can you

5    discuss with the jury about whether or not you wanted to

6    actually -- had concerns about securing weapons in a hotel

7    room.  Elaborate on that a little bit for me, if you would,

8    please.

9        A     Sure.

10            So QRFs are a standard thing that we do at every

11   operation.  Sometimes it's just weapons in the trunk of the

12   car.  Sometimes it's a mobile QRF.  Sometimes you'll have,

13   like, one that was in the Million MAGA March.

14            And the one in December, I didn't get a response

15   as to what was going to happen.  So I was concerned about

16   just having unsecured firearms in my hotel room.  Like,

17   there's no gun safe.  It's just a hotel room.  So if the

18   maid comes in and she starts vacuuming and she starts seeing

19   guns, she could freak out.

20       Q     So what would you have done -- would you want to

21   leave your -- when you secure them, is securing them also

22   leaving them with somebody who is going to watch over them?

23       A     Correct, yes.

24       Q     I apologize.  I neglected to cover something on

25   the Zello chat.

1          Do you recall also saying you were going to go

2    radio silent?

3          A     I do.

4          Q     And approximately where do you recall being when

5    you said that?

6          A     It was probably somewhere in the vicinity of the

7    Peace Monument.

8          Q     Okay.  So as you were approaching the Capitol?

9          A     Yes.

10         Q     So why did you indicate that?

11         A     Well, when we were going to get there, we had our

12   VIPs that we were escorting there to the stage.  I was going

13   to be busy.  There was going to be -- I mean, if you're --

14   on the 5th when we were at Freedom Plaza, we had the little

15   security situation that we were guarding the gate.  But

16   there's a lot of people who want to come up.  They want

17   autographs, dah, dah, dah.  So, you know, you're going to be

18   busy, you know.

19         Q     And when you're talking about pulling out your

20   phone when you're inside, what was your first impression

21   when you walked in the Rotunda?

22         A     I was excited.  I was -- it was -- at the time,

23   I didn't know anything about the West Terrace.  So to me,

24   just my perception of, as I said, there's people waving

25   flags and people are singing "Glory, Glory, Hallelujah,"

```
 1    stuff like that.  I mean, it was just -- it was cool.  You
 2    know, like, this is -- there's all these paintings that
 3    you've seen in all your history books since, like, you were
 4    little.  It was just an American moment, it felt.
 5         Q    So I want to be clear.  Are you suggesting it was
 6    okay for you or other protesters to go in that building
 7    that day?
 8         A    No, sir, it was not okay.
 9         Q    All right.
10              When you're talking about the feeling you had, is
11    it in that moment under that emotional event?
12         A    Right.  It felt like a historic moment.  We were
13    making history.  And I wasn't -- I wasn't, like, absorbing
14    the fact that, hey, we are not only trespassing, but we are
15    trespassing in one of the most secure buildings in the
16    world.  None of that was absorbed into my psyche at the
17    time.  Like --
18         Q    So are you trying to justify the behavior?
19         A    Absolutely not.
20         Q    Okay.
21         A    In fact, if I was charged with trespassing,
22    I would have pled guilty to that in testimony as well.
23              MS. HUGHES:  Objection.
24              THE COURT:  It's okay.
25              Go ahead.
```

1          MR. CRISP:  I don't, okay.  Thank you.

2    BY MR. CRISP:

3      Q    The ProtonMail concept came up.  Were you trying

4    to hide from the police or hide your activities from law

5    enforcement?

6      A    They're the same thing.

7      Q    Well, I'm sorry, I meant to say, "FBI," but

8    thank you.

9          Were you trying to hide your activities from the

10   FBI or other law enforcement agencies?  How's that?

11     A    No, I was not.  I was trying to hide from every

12   left-wing activist with a keyboard.

13     Q    And what instructions did you give to Montana in

14   the event that law enforcement did show up?

15     A    I said, "Look, we're going to have a number here.

16   That's Tom Caldwell's number."  I wrote it down for him.

17   I said, "Only call him, only bother him if law enforcement

18   comes.  If law enforcement comes, let me know.  We'll turn

19   ourselves in."

20     Q    And approximately how long after you received a

21   call did you go -- did it take -- did you turn yourself back

22   in?

23     A    It took us probably about an hour to pack up all

24   our clothes and get all the suitcases loaded up and say our

25   goodbyes.

1      Q      Okay.

2             And we've heard testimony that you went down to a

3      couple different police stations, right?

4      A      We started off with the sheriff's department.

5      I went to the Champaign County Sheriff's Department and

6      then --

7      Q      I don't need these details --

8      A      Understood.

9      Q      -- but is that testimony accurate?

10     A      Yes.

11     Q      All right.  And you turned yourself within 10,

12     12 hours of being called?

13     A      Yes.

14     Q      Including the drive time of 8, 9 hours?

15     A      Correct.

16            MR. CRISP:  The Court's indulgence, Your Honor.

17     BY MR. CRISP:

18     Q      So, ma'am, I want to ask you, did you ever touch

19     the handles of the doors that you went through?

20     A      No, sir.  I didn't know anything about the

21     handles.

22     Q      The individuals who were in -- so the individuals

23     in that line that you walked through into the Capitol, do

24     you remember who it was?

25     A      In our group?

1          Q     Yeah.

2          A     It would have been me, Kelly Meggs,

3     Kenneth Harrelson.  I forget Dolan's first name.

4                Let's see.  Joseph Hackett.

5                The Isaacs kid went in, like, maybe three minutes

6     before us.

7                Then, of course, me, Sandra Parker, Donovan Crowl,

8     the Graydon Young guy was there.

9          Q     Okay.

10               Do you have -- all right.  So let's --

11         A     Of course, most of these people I had no idea who

12    they were until after they were indicted.

13         Q     The people that were referred to as Stack 2, did

14    you know they were in there?

15         A     I have no idea who they are, like --

16         Q     Did you know they were in the building?

17         A     No, I had no idea.

18         Q     Okay.  Did you ever -- aside from seeing or

19    talking with the people you went into the building with,

20    did you communicate with any of the other Oath Keepers?

21         A     Not that I'm aware of.  I mean, there might have

22    been just general conversation on the Signal chat with some

23    of the other people who are in it.  I don't know if they

24    were on Capitol Grounds or not.

25         Q     Okay.  So --

1     A     Like Don Siekerman, for example, like, I spoke

2   with him but he didn't come.

3     Q     So when you walked out for the final time, why

4   didn't you go to where Rhodes' location was?

5     A     I don't really know.

6           Like I said, I told Kelly that there was a curfew

7   coming and we had to find Ben.  So we went down the stairs,

8   he was, like, "Well, We can come back every day and protest

9   if we have to."

10          And so the group of us all went down the stairs,

11  and just that's where there was, like, a clearing area and

12  everybody kind of grouped up.  And I was, like, "All right,

13  well, we've got to go, we got to find our guy, and so we're

14  out of here."  And I waved goodbye and --

15    Q     Do you remember him specifically saying, "We took

16  the castle," Kelly Meggs?

17    A     It was something like that or something along

18  those lines.

19          It was -- I think it was just like an offhand

20  remark.  I don't think it was anything.  I think it's, like,

21  "Yeah, we took the castle, we're here."  And I was, like,

22  "Okay, well, we've got to go because there is a curfew."

23  And he was, like, "Oh, okay, well, we can come back and

24  protest every day if we have it."

25    Q     And the comment was to come back and protest,

1    right?

2         A    Correct.

3         Q    Did he ever tell you that he wants you to secure

4    the Capitol?

5         A    No.

6         Q    Did he ever tell you that he wanted you to go in a

7    particular direction, location, or do anything inside the

8    Capitol?

9         A    No, sir.

10              Actually, after the steps, I'd never seen him

11   again until we came back out and then -- no, nothing like

12   that ether.

13        Q    In terms of the -- in terms of whether you went to

14   see Mr. Rhodes or not, again, my question, I guess, was a

15   little vague.  Did you know he was there at the Capitol

16   area?

17        A    I was aware of that, yes.

18        Q    Mr. --

19        A    Mr. Rhodes or Mr. Meggs?

20        Q    Mr. Rhodes?

21        A    Oh, I have no idea if Mr. Rhodes was there, no.

22        Q    What about Whip, did you know he was there?

23        A    I had no idea Whip was there either.

24        Q    So is it fair to say you didn't go seek him out

25   because you didn't know he was in the Capitol area?

9632

```
1        A     Correct.
2              MR. CRISP:  All right.  Thank you.  I have no
3    additional questions.  Thank you, Your Honor.
4              THE COURT:  All right.  Ms. Watkins, thank you
5    very much.  You may step down.
6              THE WITNESS:  Thank you, sir.
7              THE COURT:  All right.  Can I ask everybody to get
8    on the phone?
9              (Bench conference)
10             THE COURT:  Okay.  So, Mr. Crisp, are you now
11   prepared to rest?
12             MR. CRISP:  Yes.
13             THE COURT:  And then who will be putting on the
14   investigator?
15             MS. HALLER:  We will, Your Honor, on behalf of
16   Defendant Meggs.
17             THE COURT:  Mr. Geyer, can I ask you whether
18   you're going to put on anything?
19             MR. GEYER:  No, Your Honor, I'm resting.
20             THE COURT:  Okay.  So I will ask Mr. Crisp to rest
21   and ask you, Mr. Geyer, whether you have any evidence and
22   witnesses, and then we'll turn to the investigator, and then
23   we'll have Mr. Meggs rest after that.  Okay?
24             MS. HALLER:  Yes, Your Honor, but may I ask one
25   favor or request, make a request.  Would it be possible to
```

```
 1    take an early lunch and do the investigator promptly
 2    afterwards?
 3              THE COURT:  No.
 4              MS. HALLER:  Just because --
 5              THE COURT:  No.  I've got to get --
 6              MS. HALLER:  Okay.
 7              THE COURT:  We've got to get through the evidence.
 8    If there's any hope of getting to the government's closing,
 9    we have to keep moving forward.
10              MS. HALLER:  Okay.
11              (Open court)
12              THE COURT:  All right.  Mr. Crisp, any further
13    evidence or witnesses?
14              MR. CRISP:  On behalf of Jessica Watkins, the
15    defense rests, Your Honor.
16              THE COURT:  All right.  Thank you.
17              MR. CRISP:  Thank you.
18              THE COURT:  All right.  Mr. Geyer, let me turn to
19    you, sir, and do you have any evidence or witnesses, sir?
20              MR. GEYER:  The Harrelson defense rests,
21    Your Honor.  Thank you.
22              THE COURT:  All right.  Thank you.
23              Ms. Haller?
24              MS. HALLER:  Yes, Your Honor, we have one witness
25    that shouldn't take too long, an investigator, if you would
```

```
 1   like us to do it now, yes.
 2              With the Court's indulgence, I just need to figure
 3   out a technical challenge I have.
 4              COURTROOM DEPUTY:  Raise your right hand.
 5              (Witness is placed under oath.)
 6              COURTROOM DEPUTY:  Thank you.
 7              MS. HALLER:  With the Court's indulgence, I just
 8   have to make sure I can hook up because it's about CCTV.
 9              Your Honor, I think we need to get on the phone
10   for a moment.
11              (Bench conference)
12              MS. HALLER:  For context of what the witness said
13   to introduce the CCTV, we have three excerpts that we're
14   going to cite to from the transcript as an unavailable
15   witness.  I brought a copy for the government.
16              THE COURT:  Absolutely not.  No, you're not
17   putting up some other witness's testimony and then -- you
18   can ask her the questions you want to ask her and then you
19   can say whatever you want to say in closing, but you are not
20   putting up another witness' testimony.
21              MS. HALLER:  Okay.  Thank you, Your Honor.
22              (Open court)
23
24
25
```

9635

```
 1                          - - -
 2    MARISSA WALLACE, WITNESS FOR DEFENDANT MEGGS, SWORN
 3                     DIRECT EXAMINATION
 4                          - - -
 5    BY MS. HALLER:
 6         Q    Good morning, I think it still is, Ms. Wallace.
 7         A    Good morning.
 8         Q    Can you please introduce yourself to the jury and
 9    just tell them your name and spell it for them.
10         A    Sure.
11              It's Marissa Wallace, M-a-r-i-s-s-a,
12    W-a-l-l-a-c-e.
13         Q    Okay.
14              And, Ms. Wallace, you're here today -- well,
15    let's -- for background, just briefly in a few short
16    sentences if you can tell jury what you do.
17         A    Sure.
18              I'm a licensed private investigator with the State
19    of Texas, and I'm working with defense counsel on their
20    case.
21         Q    And you're here in -- yes, you answered my
22    question.  You're here on behalf of the defendants.
23              And did you review any CCTV in preparation of
24    taking the stand today?
25         A    Yes, I did.
```

9636

1      Q     And do you have CCTV of an individual who

2   previously appeared here whose name is David Lazarus?

3      A     Yes, I do.

4      Q     Okay.

5            And if we refer to CCTV, do you recall if his

6   first appearance on the CCTV that you reviewed -- and we'll

7   cite to the cameras for the record, CCTV 0171, do you recall

8   if the first appearance that you saw, based on your review,

9   Officer Lazarus arrives at the stairs to go up to the

10  Speaker's office --

11            MS. HUGHES:  Objection; leading.

12            THE COURT:  Please rephrase, Ms. Haller.

13            MS. HALLER:  Okay.

14  BY MS. HALLER:

15     Q     Ms. Wallace, do you recall if there is CCTV

16  showing whether or not Mr. Lazarus arrived at 2:56 p.m.?

17     A     Yes, there is.

18     Q     And what do you recall that video showing?

19     A     On the time stamp of 2:56 p.m. on CCTV, Officer

20  Lazarus was coming up the stairwell.

21     Q     Okay.

22            At this time -- well, just for a little background

23  for the jury, is it fair -- do you know if all CCTV shows

24  the clock at the top of the screen?

25     A     So this is my understanding.  All CCTV does not

1   show the timestamp.  In this case, it's UTC time, which is

2   what all the CCTV uses.

3           In our case, we're able to take the 19 hours,

4   19:47 minutes, I think is when Officer Lazarus arrives up

5   the stairwell.

6           So for Eastern Standard Time, you minus 5 on that

7   and that brings it down to 14:00 hours, which is 2:00 p.m.

8   so it would be 2:47 p.m. is my understanding.

9       Q    And then we determine it to the minute.  How do we

10  do that?  Because the video -- what time does it start at?

11  If it starts at 19 hours and 47 minutes, then we watch the

12  video and we say, Okay, he appears at a certain minute, and

13  is that how we figure out the time?

14      A    Correct.

15      Q    Okay.

16          I'm going to show you camera 0171 at 19:00 hours

17  and 47 minutes, and we're going to mark that as KM-80.

18          MS. HALLER:  Thank you.  We'll mark this as KM-81,

19  which is camera 0171, 19:00 hours and 47 minutes.

20          And just for the witness.

21          I'm going to pause it.

22          THE COURT:  Sorry.  Is there any objection

23  to these?

24          MS. HUGHES:  No objection.

25          THE COURT:  All right.  So let's just admit it ask

```
 1   he it to the jury please.

 2                        (Defendant Meggs Exhibit KM-81
                                received into evidence.)
 3

 4        MS. HALLER:  Thank you, Your Honor.

 5   BY MS. HALLER:

 6        Q    Ms. Wallace, do you see the CCTV -- let me go back

 7   a second.

 8             Do you see the 19 -- when we pull it up like this,

 9   do you see how it says, "January 6th, '21"?  Is that the

10   19:00 hours and 47 minutes that you were referencing and

11   41 seconds?

12        A    Yes, ma'am.

13             (Video played)

14        MS. HALLER:  Now -- bear with me.  With

15   the Court's indulgence.

16             (Video played)

17   BY MS. HALLER:

18        Q    Okay.  Do we -- technology is my favorite thing.

19        Okay.

20             I'm going to pause on this individual at the

21   9th minute and 5th second of this video.

22             So if we're at 9 minutes in the video and we

23   started it at 2:47 p.m., what time would that take us to?

24   Would it be fair to say 2:56?

25        A    Yes.  Yes.
```

1      Q     Okay.

2            And if you see this individual in the long coat

3      and the tie -- and I'll go back a little bit -- can you

4      identify him?

5      A     Yes.  From what I just saw, that looks like

6      Officer Lazarus.

7      Q     And did you watch this full video?

8      A     Yes, ma'am.

9      Q     And does he appear at any time on this camera

10     before this moment?

11     A     No, ma'am.

12     Q     I'll just replay it.

13           Okay.  Just so everyone can see the man in

14     the tie.

15           And at this point, he's looking at the camera.

16     Would that be the individual you're talking about?

17     A     Yes, ma'am.

18     Q     And, again, this is at 19:47 and 41.

19           Now, if we scroll through the rest of this video,

20     at this point where he goes up the stairs, he does not

21     reappear -- or do you know if he reappears?

22     A     I don't recall him reappearing again.

23     Q     Okay.

24           And you watched the full video?

25     A     Yes.

9640

1          Q      And you didn't see him again, did you?

2          A      No, ma'am.

3                 MS. HALLER:  Okay.  So at this time, we would move

4     in KM-81.

5                             (Defendant Meggs Exhibit KM-81
                                   received into evidence.)
6

7     BY MS. HALLER:

8          Q      And then I would ask you if you recall whether

9     Officer Lazarus appears on CCTV again.

10         A      Okay.  Yes, ma'am.

11         Q      Well, let me step back for a second.

12                Before this time at 2:56 p.m., did you review

13    CCTV?

14         A      Yes, ma'am.

15         Q      Okay.

16                And is it fair -- did you review other time

17    periods from camera 0171 by the stairwell?  And did you see

18    Officer Lazarus in that review?

19         A      I did review all the 0171 footage that I was

20    provided, and I did not see Officer Lazarus.

21         Q      Okay.

22                And just so that we're clear, would it be correct

23    that you reviewed camera footage before 2:56 p.m. --

24         A      Yes, ma'am.

25         Q      -- where we do see a different officer who

```
 1    testified here, Officer Dunn?  Did you see him?

 2         A    Yes, ma'am.

 3         Q    Okay.

 4              And do you remember if he appears on this camera

 5    at about 2:43:20?

 6         A    Yes, ma'am.

 7         Q    Okay.

 8              So I'm going to mark CCTV 0171, 19:00 hours,

 9    31 minutes, as Exhibit 82.

10              MS. HALLER:  I think it's this one, but with

11    the Court's indulgence.

12              (Video played)

13              MS. HALLER:  Okay.  I'm sorry.  It's the other

14    one.

15    BY MS. HALLER:

16         Q    Okay.  Just to orient everyone --

17              COURTROOM DEPUTY:  Are you going to move it in?

18              MS. HALLER:  Yes, we'll move it in.

19              Any objection from the government?

20              MS. HUGHES:  No objection.

21              THE COURT:  KM-82 will be admitted.

22                             (Defendant Meggs Exhibit KM-82
                                   received into evidence.)
23

24              MS. HALLER:  Thank you, Your Honor.

25
```

BY MS. HALLER:

Q    And if we go to this video, at 12 minutes in -- is it fair to say you watched a lot of video in this process?

A    Yes, ma'am.

Q    Very good.

All right.  I'm sorry.  12 minutes.

Okay.  At this point, this camera, is the time -- or let me backtrack, because there are so many of these cameras, I don't want to cause confusion.

On this camera, which is 0171, 19:00 hours and 31 minutes -- oh, that's 8.

Okay.  Just for clarity, what I had marked as Exhibit 82 is 0171_USH1_18 hours and 58 minutes.  On this video, for the full length of this CCTV footage, is it fair to say you did not see either officer --

MS. HUGHES:  Objection as to form.

BY MS. HALLER:

Q    Did you see either Officer Dunn or Lazarus at 18:00 hours and 58 minutes on this video, which I can run through if it helps.

A    I did not see Officer Lazarus.

Q    Okay.

And just I'm going to fast-forward through it so everybody can see.

So this will be Exhibit 82, and I just want to

1    slow down when we see people so I'm not going too fast.

2              (Video played)

3    BY MS. HALLER:

4         Q    And so, again, at 18:00 hours -- and if we scroll

5    to the end.  And this is -- this video is a total of

6    17 minutes -- or would this video be a total of 17 minutes?

7         A    Yes, it would.

8         Q    And is this 18:00 hours and 58 minutes?

9         A    Yes, ma'am.

10        Q    And so, again, 18:00 hours is what time?

11        A    It's going to be 3:58.

12        Q    So it's 18 minus 5?

13        A    Correct.

14        Q    Puts us at 15, and 15 means 3?

15        A    Correct.

16        Q    And so we know that's 3:58?

17        A    Uh-huh.

18        Q    And we know it goes for 17 minutes?

19        A    Correct.

20        Q    And it's fair to say we don't see either Dunn or

21   Lazarus at this time?

22        A    Correct.

23        Q    Okay.

24             Now, going back for a moment --

25             MS. HALLER:  This is just for the witness at this

```
1    point or -- unless the government doesn't object.

2              THE COURT:  What's the next exhibit?

3              MS. HALLER:  This would be Exhibit 83.

4              THE COURT:  Okay.  Is there any objection to 83?

5              MS. HUGHES:  No objection.

6              THE COURT:  All right.  KM-83 will be admitted.

7                              (Defendant Meggs Exhibit KM-83
                                  received into evidence.)
8

9              MS. HALLER:  I'm just fast-forwarding it,

10   Your Honor, in an effort to...

11             (Video played)

12   BY MS. HALLER:

13       Q    In the video that's playing, do you see

14   Officer Lazarus anywhere?

15       A    No, ma'am.

16       Q    I'm going keep playing it.  And I'm trying to do

17   it so that it's kind of not too slow for everyone but that

18   you can see.

19             THE COURT:  Ms. Haller, does the officer appear on

20   this clip?

21             MS. HALLER:  I'm sorry?

22             THE COURT:  Does he appear on this clip?

23             MS. HALLER:  I don't -- am I allowed to lead the

24   witness?

25             THE COURT:  I think she's testified that he
```

1    does not.

2            MS. HALLER:  I would like to just lead the witness

3    if it's possible, but -- because she's our investigator.

4    But if it's --

5            THE COURT:  Ms. Haller, she's already testified he

6    doesn't appear on this clip.

7            MS. HALLER:  So don't keep playing it?

8            THE COURT:  Please don't play a clip on which he

9    doesn't appear.

10           MS. HALLER:  Okay.

11   BY MS. HALLER:

12      Q    Okay.  Are there cameras on which Mr. Lazarus or

13   Officer Lazarus does appear?

14      A    Yes, there are.

15      Q    And in your recollection of reviewing the CCTV,

16   did you recall after 2:56 what time you saw him out -- at

17   on CCTV?

18      A    There were multiple times.  I'd say roughly four

19   to five times I saw him on different cameras after 2:56 up

20   to approximately 3:30 p.m.

21      Q    Okay.

22           And if I refer to camera 0960 at 19:00 hours and

23   15 minutes, do you remember if Lazarus crossed the screen at

24   7 minutes and 52 seconds?  Would you recall that?

25      A    Yeah, that sounds familiar, yes.

```
 1              THE COURT:  Ms. Haller, why don't you bring it up
 2   and queue it up.
 3              This is KM-84?
 4              MS. HALLER:  Yes, Your Honor.  We're going to mark
 5   this as KM-84.
 6              THE COURT:  Any objection to KM-84?
 7              MS. HUGHES:  No objections to any of this CCTV
 8   footage.
 9              THE COURT:  All right.
10              Let's put it up.  Let's show the jury.  Let's
11   queue it up to where you want her to testify to.
12                                   (Defendant Exhibit KM-84
                                      received into evidence.)
13
14              MS. HALLER:  Yes, Your Honor.
15   BY MS. HALLER:
16      Q    I'm going to fast-forward just so it's a little
17   easier for everybody.
18              So this is camera 0960 at 19:00 hours and
19   50 minutes, okay?  So, again, 19:00 hours is 2:50, right?
20      A    Correct.
21      Q    And then we're at 7 minutes in and 52 seconds.
22              (Video played)
23   BY MS. HALLER:
24      Q    And I think he makes an appearance -- I think we
25   saw him here, so I'm just going to stop it here for a
```

```
 1    moment.
 2            But in any event, the time would be 7 minutes in
 3    from 2:50.  So that puts us at a time, 2:57, yes?
 4        A    Yes, ma'am.
 5        Q    Okay.
 6            And then going back to the other cameras, do we
 7    see him at a point take the staffers to an elevator?
 8        A    Yes, ma'am.
 9        Q    Okay.
10            And would it be correct that that was camera 0263?
11        A    Yes, ma'am.
12        Q    0263 at 20 hours and 20 minutes, which we're going
13    to mark as KM-85.
14            Just to orient everyone, this is camera 20 hours
15    and 20 minutes.  What's 20 hours?
16        A    20 hours --
17        Q    3:00 p.m. would be right, right?
18        A    3:00 p.m. yes, ma'am.
19        Q    And 20 minutes in.
20            And then we'll see if we fast-forward a little
21    bit, okay, now I'm going pause it there, is that
22    Mr. Lazarus?
23        A    Yes, it is.
24        Q    And if we go forward, we can just watch him but
25    for the Court's -- and so now we're 3 minutes and 48 seconds
```

```
 1    in.  And so Mr. Lazarus is in this hallway.

 2               Would it be correct that this is the Speaker's

 3    hallway?

 4         A    That's my understanding, yes, ma'am.

 5         Q    Now, I'm going to back up a little bit.

 6               (Video played)

 7    BY MS. HALLER:

 8         Q    Just watching the video, do these people come out

 9    of this office at this point?

10         A    Yes.

11         Q    Okay.  Do they appear to be staffers to us just

12    watching the video?

13         A    Yes, ma'am.

14               MS. HALLER:  Okay.  So we would move that in as,

15    I think, did we say 85?

16               COURTROOM DEPUTY:  This one is 85.

17               MS. HALLER:  Okay.  Thank you.

18    BY MS. HALLER:

19         Q    And as I'm fast-forwarding, can you see this?

20    Because he stays on screen for a while in this one?

21         A    Yes, ma'am.

22               (Video played)

23    BY MS. HALLER:

24         Q    And just for the record, what do you see him

25    wearing in these videos?
```

9649

1     A    He's wearing a long black jacket with a lapel pin,

2    identification around his neck, a black tie, white shirt,

3    and a mask pulled down on his chin it appears.

4     Q    Okay.

5          And if we -- and he has it -- on his overcoat, he

6    has a pin?

7     A    Correct.

8     Q    And that's how -- is that how you identified him

9    as David Lazarus, or were you in court when he testified?

10    A    I was not.

11    Q    Okay.

12          So you identified him from his description?

13    A    Yes, ma'am.

14    Q    Okay.

15          And do you know when we first see Kelly Meggs,

16   Kenneth Harrelson, and the others get to the -- enter the

17   Capitol on CCTV?

18    A    Yes, ma'am.

19    Q    Do you recall the time?

20    A    It's about 2:41 p.m.

21    Q    Okay.

22          And do we recall the time that they exit the

23   Capitol?

24    A    That will be 2:56 p.m.

25    Q    Okay.  So let me just say on CCTV, we see them

```
 1    begin their exit at 2:56 p.m.?

 2         A    Leaving the Rotunda, that's right.

 3         Q    And when they exit, where is that they're exiting

 4    from?

 5         A    The Rotunda.

 6         Q    Okay.  And they're going out, is it the Columbus

 7    Doors --

 8         A    That's -- yes.

 9         Q    So would it be correct to say they're on CCTV from

10    2:51 p.m. in the Rotunda?

11         A    Yes, ma'am.

12              MS. HALLER:  Okay.

13              So I can play that video or move it, Your Honor,

14    with the Court's indulgence, it's only one second.  We would

15    make --

16              THE COURT:  Can I ask, is there any dispute as

17    these times, and do we need to run the video for it?

18              MS. HALLER:  Yes, Your Honor, we're just going to

19    show one or two slides to show the time of the exit and the

20    time of the Rotunda.  If you will bear with me five

21    minutes -- two minutes, we'll do it as fast as I can;

22    I promise.

23              So this would be --

24              MS. HUGHES:  Just for the record, Your Honor,

25    we -- the government has reviewed these.  But there were
```

1    annotations before so we just want to make sure the record

2    is clear that we do not object as long as the annotations

3    have been removed.

4            THE COURT:  Okay.

5            MS. HALLER:  And we agree with that.  We removed

6    the annotations.

7            It's the CCTV notes at the bottom of the camera

8    that it comes from.

9    BY MS. HALLER:

10   Q    So, Ms. Watkins [sic], looking at slide 5, can you

11   tell us what U.S. Capitol police -- or U.S. Capitol camera

12   was -- is shown there?

13   A    It's going to be 7029 U.S. Capitol 02 Rotunda door

14   interior cam --

15           MS. HALLER:  And we would move this -- is this

16   moved in?  We would move this in as 85, did I say that?

17           COURTROOM DEPUTY:  86.

18           MS. HALLER:  86.  Okay.

19           THE COURT:  86.

20           MS. HALLER:  This is slide 5 of 86.

21                            (Defendant Meggs Exhibit KM-86
                                  received into evidence.)
22

23   BY MS. HALLER:

24   Q    And it's CCTV camera.  Can you tell us what camera

25   again?  I'm sorry, I stepped on your words.

9652

```
 1      A    7029, U.S.C.S. 02 Rotunda door interior camera.

 2      Q    Okay.  And do you see circles on the camera?

 3      A    I do.

 4      Q    Can you tell us who the red circle is?

 5      A    I believe that's Kelly Meggs.

 6      Q    Okay.

 7           And do you see the camera at the top?  This CCTV

 8  footage does have a clock at the top; is that correct?

 9      A    Correct, yes.

10      Q    See the little box at the top where it says,

11  "Wednesday, January 6th" --

12      A    Yes, ma'am.

13      Q    -- "'21."

14           That's not on all CCTV, as we discussed before,

15  correct?

16      A    Correct.

17      Q    And now we're playing the video and we're about a

18  few, you know -- about a minute in, so less than a minute

19  in, so that puts us at about, I believe, 2:41 as you had

20  earlier said.

21           And then would it be correct that he remains in

22  this room only for about that time period?

23      A    Yes, ma'am.

24      Q    Okay.

25           And then referencing slide 6, I would point you to
```

1    the bottom where it says -- what camera does it say?

2        A    It's going to be 0959 U.S.C. 02 Rotunda south.

3        Q    Okay.

4            And do we see Mr. Meggs in this video.

5            This is the Rotunda -- is this the Rotunda?

6        A    Yes, ma'am.

7            (Video played continuously)

8    BY MS. HALLER:

9        Q    So do you see the red circle on the right?

10       A    Yes, ma'am.

11       Q    And do you see the clock at the top?

12       A    Yes, ma'am.

13       Q    And what does the clock say?

14       A    It's going to say 2:41.  2:42 now.

15       Q    And who's in the red circle?

16       A    That's going to be Kelly Meggs.

17       Q    Okay.

18           And is it correct that he stays a few minutes in

19   the Rotunda?

20       A    Yes, ma'am.

21       Q    And what do we see him doing?

22       A    He is -- looks like he's exiting the Rotunda.

23       Q    And he's just walking and pulling up his straps?

24       A    Correct.

25       Q    And then if we go to slide 7, can you tell us what

9654

```
 1   the camera is from the bottom of this?

 2        A    Yes, ma'am, 0959 U.S.C. 02 Rotunda south.

 3        Q    Okay.  Again, do we see the red circle?

 4        A    Yes.

 5        Q    Who's in the red circle?

 6        A    It's going to be Mr. Meggs.

 7        Q    And the time is?

 8        A    So --

 9        Q    2:40 --

10        A    -- 2:43 p.m. to 2:44.

11        Q    The clock can be seen in the upper left corner of

12   this CCTV footage --

13        A    I'm sorry.

14        Q    -- where it says Wednesday?

15        A    2:43 p.m.

16        Q    Not all CCTV has this but we have it here, right?

17        A    Yes, ma'am.

18        Q    And they're in the circle there so I'm going to

19   pause it for a second and go back over that.  We see

20   Mr. Meggs on one knee.

21             And as -- so just based on watching -- watch this

22   and tell me -- or describe me to me what it looks like he's

23   doing?

24        A    That looks likes he's possibly praying.  He's on

25   one knee with others.
```

```
1          Q     Yeah.

2          A     He's in a group of people on one knee.

3          Q     Yes.

4                And they stay there through the end of this video

5    clip.

6                So we see him up until what point on this video?

7    I'll fast-forward it to the end to make it a little easier.

8    Right there.

9          A     2:44.

10         Q     And then they kind of -- is it fair to say their

11   heads bobble back and forth at the bottom of the camera?

12         A     Yes, it is.

13   BY MS. HALLER:

14         Q     And then the next slide, slide 8, to orient us for

15   the jury up in the upper left corner, it says, "Wednesday,

16   January 6th, 2:45 p.m."?

17         A     Correct.

18         Q     Right.  And we see a red circle.

19               And who's in the red circle, although it's a

20   little harder to see?

21         A     I'm going to go with Kelly Meggs.

22         Q     It's a little harder to see but, yes, he's with

23   the helmet, right?

24         A     Yes, ma'am.

25         Q     And if you continue to watch this, it takes you
```

```
 1   to -- let me fast-forward.  That'll make it easier.

 2             Well, it takes us to 2:46 p.m., right?

 3        A    Yes, ma'am.

 4        Q    Okay.

 5             And that was slide 8.  So now I'm going to take us

 6   to slide 9.

 7             And I have Mr. Meggs, is it correct to say, he's

 8   at the Stephen -- through a Stephen Horn video previously

 9   admitted, actually by Brad Geyer on behalf of Kenneth

10   Harrelson --

11             MS. HUGHES:  Objection --

12             MS. HALLER:  Here is slide 9.

13             THE COURT:  Sorry, what?

14             MS. HUGHES:  Objection as to characterization of

15   this video.

16             THE COURT:  We.

17             MS. HALLER:  Just that Stephen Horn filmed it is

18   all I'm trying to say for identification.

19             (Video played)

20   BY MS. HALLER:

21        Q    Watching this video, the original version, did you

22   see tom time on it?

23        A    Yes, ma'am.

24        Q    I mean, "by original," do I mean the -- before

25   it's clipped and put into a PowerPoint?
```

```
 1        A    Yes, ma'am.

 2        Q    And what time did it say?

 3        A    From watching the original?

 4        Q    I can show you the original.

 5        A    Yeah, I don't recall the time it said from

 6   watching it --

 7        Q    For the Court's efficiency --

 8        A    -- last night.

 9        Q    -- 2:47 --

10        A    2:47, okay.

11        Q    The non-clipped version.

12             THE COURT:  Can we get on the phone, please.

13             (Bench conference)

14             THE COURT:  Mr. Woodward?

15             MS. HALLER:  I'm sorry, Your Honor, I can't hear.

16             THE COURT:  Mr. Woodward.

17             MS. HALLER:  I can be done in two minutes.

18             THE COURT:  Hang on.  Somebody wanted --

19   Mr. Woodward motioned that he wanted to get on the phone.

20   I don't know why.

21             MR. WOODWARD:  I think that this has been

22   admitted.  I think we can move this along.

23             THE COURT:  That's what I've been hoping for.

24   Let's go.

25             MS. HUGHES:  The government concurs.
```

 1              MS. HALLER:  Yes.

 2              (Open court)

 3    BY MS. HALLER:

 4         Q    Okay.  Ms. Wallace, I'm going to fast-forward a

 5    little because I think it's almost lunchtime.

 6              So earlier you said that you believe they were in

 7    the exit room at 2:56, correct?  I believe you said that

 8    earlier --

 9         A    That is true.

10         Q    -- about Kelly Meggs and the others.

11         A    Yes, ma'am.

12         Q    And I'm on slide 13 of Exhibit 86.  And the clock

13    says 2:55, correct?

14         A    That's correct.

15         Q    Okay.

16              And let me play this video.

17              And we see the red bubble, correct?  And we see --

18         A    Yes, ma'am.

19         Q    -- Kelly Meggs at 2:55.

20              And just to refresh everyone's recollection, your

21    review of the CCTV showed Mr. Lazarus -- the first time you

22    saw him going up those stairs was at what time?

23         A    2:56.

24         Q    Okay.

25              And as far as you know, the defendants do not go

9659

1    back into the Capitol after they exit the Capitol.

2        A    That is my understanding; they do not.

3            MS. HALLER:  Okay.  That's all we have.  Thank

4    you, Your Honor.

5            THE COURT:  Thank you, Ms. Haller.

6            Cross-examination.

7                        CROSS-EXAMINATION

8    BY MS. HUGHES:

9        Q    Good morning.

10       A    Good morning.

11       Q    We spent a good deal of time looking at a variety

12   of different CCTV cameras.

13            Are there numerous -- first of all, the camera

14   that showed the Memorial Door of Special Agent Lazarus

15   moving across the frame at 2:56, that is the floor below

16   where the interaction between Kelly Meggs and Officer Dunn

17   took place, right?

18       A    I'll be honest.  I do not know if it's below or

19   not.

20       Q    Okay.

21            There are lots of stairwells in the United States

22   Capitol, right?

23       A    I do not -- I've never been in there, and

24   I haven't seen a map, so...

25       Q    Okay.

1          Have you in your review -- you have not in your

2    review, rather, seen any CCTV footage of the interaction

3    between Kelly Meggs and Officer Dunn in the small Rotunda on

4    the second floor of the United States Capitol, correct?

5          A    No interaction.

6          Q    But you have seen other video footage of that

7    interaction between Officer Dunn and Kelly Meggs in that

8    small Rotunda, correct?

9          A    I have not seen any interaction.  I can tell you

10   what I have seen.

11         Q    Have you seen them both on the --

12              MS. HALLER:  Sorry.  I think you're going a little

13   fast, and I think she might be confusing Officer Lazarus and

14   Dunn --

15              THE COURT:  Hang on.  Hang on.

16              MS. HALLER:  I'm sorry.  Okay.

17              THE COURT:  Please continue.

18   BY MS. HUGHES:

19         Q    The interaction between Officer Dunn and

20   Kelly Meggs, you have seen footage where they're together in

21   video, correct?

22         A    Yes, ma'am.  Yes, ma'am.

23         Q    That interaction has been captured on video even

24   though it's not CCTV footage, right?

25         A    The image that I saw, I don't know if it came from

```
1    CCTV or not.
2         Q    Okay.
3              And in those numerous videos that show
4    Officer Dunn and Kelly Meggs interacting, there is never an
5    offer of assistance made in those videos, correct?
6         A    I've only seen a barrier built between
7    Officer Dunn and the Oath Keepers standing in front of
8    Officer Dunn as a barrier of protection from what I
9    observed.
10             MS. HUGHES:  No further questions.  Thank you.
11             THE COURT:  All right.  Any redirect?
12             MS. HALLER:  No.  Thank you, Your Honor.
13             Thank you, Ms. Wallace.
14             THE COURT:  Okay.  Ms. Wallace, thank you for your
15   time and your testimony, ma'am.
16             THE WITNESS:  Thank you, sir.
17             THE COURT:  Mr. Woodward.
18             MR. WOODWARD:  We have a stipulation, and then
19   we'll rest.
20             THE COURT:  Okay.
21             You may step down, ma'am.  Thank you.
22             You have a number for it, Mr. Woodward?
23   It's KM-84?
24             MR. WOODWARD:  It's actually KM-74.
25             THE COURT:  KM-74.
```

9662

1          MR. WOODWARD:  Ladies and gentlemen, the

2   United States and defense counsel have agreed to the

3   following stipulation, which for the record has been marked

4   as KM-74.

5          The government and Defendants,

6   Elmer Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

7   Jessica Watkins, and Thomas Caldwell, hereby agree and

8   stipulate that Defendant Kelly Meggs Exhibit 75 is a true

9   and authentic copy of the U.S. Capitol Police memo titled

10  "The Civil Disturbance Unit Operational Plan."  The document

11  is authentic such that it is what it purports to be.

12          With that, Mr. Meggs would move into evidence

13  Exhibit 75, the operational plan.

14          THE COURT:  Okay.  So KM-64 [sic] and 75 will be

15  admitted.

16          MR. WOODWARD:  74 and 75, Your Honor.

17          THE COURT:  Right.  I thought that's what

18  I thought I said, 74 and 75.  Correct?

19                          (Defendant Meggs Exhibits 74 and 75
                                  received into evidence.)
20

21          MR. WOODWARD:  On behalf of Mr. Meggs, the defense

22  rests.

23          THE COURT:  All right.  Thank you.

24          Can I ask everyone to get on to the phone real

25  quick.

```
 1              (Bench conference)
 2              THE COURT:  Could I just ask all defense counsel
 3    to renew your Rule 29 for the record if you haven't done so
 4    already.
 5              MR. LINDER:  You want to do it on the phone?
 6              THE COURT:  Unless you --
 7              MR. LINDER:  No.  On behalf of Stewart Rhodes, we
 8    move for judgment of acquittal under Rule 29.
 9              THE COURT:  Mr. Woodward?
10              MR. WOODWARD:  Can you hear me, Your Honor?
11              THE COURT:  I can.
12              MR. WOODWARD:  On behalf of Mr. Meggs, we would
13    renew our motion for Rule 29, judgment of acquittal.
14              THE COURT:  Okay.
15              Mr. Crisp?
16              MR. CRISP:  On behalf of Jessica Watkins, I renew
17    my motion under Rule 29 for judgment of acquittal.
18              THE COURT:  Mr. Fischer, I think you've done it.
19    But just out of an abundance of caution...
20              MR. FISCHER:  For the record, I move for motion
21    for judgment of acquittal as to all counts under Rule 29 on
22    behalf of Mr. Caldwell.
23              THE COURT:  Okay.
24              And Mr. Geyer?
25              MR. GEYER:  On behalf of Defendant Harrelson, I
```

```
 1    move for dismissal of all counts and judgment of acquittal
 2    as to Defendant Harrelson.
 3              THE COURT:  Okay.
 4              So I'll defer on those motions.
 5              All right.  In terms of a rebuttal case, what are
 6    we looking at?
 7              MR. NESTLER:  Your Honor, we have two FBI agents
 8    for rebuttal:  Special Agent Eller to rebut what --
 9    Ms. Watkins' testimony and Special Agent Harris to rebut a
10    few things from Defendant Rhodes and from
11    Defendant Caldwell's cases.
12              THE COURT:  Any sense of how long this will take,
13    including cross?
14              MR. NESTLER:  They should both be very short.
15    I think we could finish it before lunch if we're breaking
16    around 12:45.
17              THE COURT:  Let's forge ahead then.
18              (Open court)
19              THE COURT:  Ladies and gentlemen, we've reached
20    another important milestone.  The defense cases for each
21    individual defendants has come to a close.  They have
22    rested.
23              So what that now means is we move to the
24    government's rebuttal case.  And so does the government have
25    a witness?
```

1          MR. NESTLER:  Yes, Your Honor.  The government

2    calls Special Agent Justin Eller.

3                         -  -  -

4    SA JUSTIN ELLER, WITNESS FOR THE GOVERNMENT, HAVING BEEN

5    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

6    FOLLOWS:

7          THE COURT:  Special Agent Eller, have a seat,

8    please.

9          I'll remind you continue to remain under oath,

10   okay?

11         THE WITNESS:  Yes, sir.

12         THE COURT:  Thank you.

13              DIRECT EXAMINATION (CONTINUED)

14   BY MS. HUGHES:

15       Q    Good afternoon, Special Agent Eller.

16       A    Good afternoon.

17       Q    Just a few quick questions.

18            Sir, did you participate in several interviews

19   with Defendant Jessica Watkins?

20       A    Yes, I did.

21       Q    And approximately when did these interviews

22   take place?

23       A    These were in the months preceding January 2021.

24       Q    Preceding?

25       A    Or following.  I'm sorry.

9666

```
 1          Q     Okay.

 2                And, generally, what months were those?

 3          A     So it would have been February, March, and then

 4    also April, I believe.

 5          Q     So February, March, and April of 2021, correct?

 6          A     Correct.

 7          Q     And you interviewed Ms. Watkins multiple times,

 8    right?

 9          A     Yes.

10          Q     And at the time that you interviewed Ms. Watkins,

11    she was charged -- this is in the February, March, April

12    2021 time frame -- she was charged with obstruction of an

13    official proceeding, right?

14          A     Correct.

15          Q     And was Ms. Watkins represented by an attorney

16    during these interviews with the FBI?

17          A     Yes, she was.

18          Q     At any time did Ms. Watkins tell the FBI that she

19    believed the certification had ended at the time she entered

20    the United States Capitol?

21          A     No, she did not.

22          Q     Were you present in an interview with Ms. Watkins

23    on March 25th, 2021?

24          A     Yes.

25          Q     And in that interview, did she tell you she knew
```

9667

1    exactly -- "knew exactly what was going to happen when she

2    got into the stack.  She knew they were going into the

3    United States Capitol.  They had the necessary amount of

4    people to force entry if needed"?

5        A    Yes, she did.

6        Q    Were you present in an interview with Ms. Watkins

7    on March 9th, 2021?

8        A    Yes.

9        Q    And does Ms. Watkins tell you that in the Senate

10   hallway that we've seen footage of, that she was three to

11   four people away from the police officers?

12       A    She did.

13       Q    And when -- have you reviewed CCTV footage --

14   pardon me.  Backing up for a moment.

15            When was Ms. Watkins in that Senate hallway?

16       A    She was in the Senate hallway, I believe it was

17   around 2:47.

18       Q    2:47 p.m.?

19       A    P.m., correct.

20       Q    Have you reviewed CCTV footage that captures

21   Ms. Watkins after she was in that hallway?

22       A    Correct, yes.

23            MS. HUGHES:  We seek to -- if we could put up just

24   for the witness Government's Exhibit 9383.

25

BY MS. HUGHES:

Q    And is this CCTV footage?

A    Yes, it is.

Q    Is this of the United States Capitol Rotunda?

A    Yes, ma'am.

MS. HUGHES:  Government seeks to admit and publish Government's Exhibit 9383.

MR. CRISP:  No objection, Your Honor.

THE COURT:  9383 will be admitted.

(Government Exhibit 9383
received into evidence.)

BY MS. HUGHES:

Q    So, Special Agent Eller, what is the time stamp of this video?

A    This is 2:59:39 p.m.

Q    So this would have been after Ms. Watkins was in the Senate hallway at 2:47 p.m.?

A    Yes, ma'am.

Q    If we could please play this video.

(Video played)

BY MS. HUGHES:

Q    And if we could pause there.

Where do you see -- or rather do you see Ms. Watkins on this video?

A    I do.  She's right here, ma'am.

1    Q    And do you see any other defendants in this video?

2    A    Off to the side over here, there's other

3    defendants as well, including Donovan Crowl.

4         MS. HUGHES:  And if we could, please keep playing,

5    Ms. Rohde.

6         (Video played)

7    BY MS. HUGHES:

8    Q    And if we could pause there.

9         What do you observe Ms. Watkins doing?

10   A    She walked over to this group of individuals right

11   here, it appears that she smoked something with those

12   individuals.

13        MS. HUGHES:  And we can keep playing, Ms. Rohde.

14        (Video played)

15   BY MS. HUGHES:

16   Q    Mr. Eller, isn't it also true that in your

17   interviews with Ms. Watkins, she told you that she, in fact,

18   smoked marijuana with these individuals in the United States

19   Capitol Rotunda?

20        MR. CRISP:  Judge, can we get on the phone,

21   please.

22        (Bench conference)

23        MS. HUGHES:  On direct, she said that after the

24   hallway, it was serious.  She had no fun.  She was saying

25   there was no enjoyment from it.  She realized the severity

```
 1    of the situation, and she left the building.

 2            This directly refutes that.

 3            THE COURT:  This is after she exits the hallway?

 4            MS. HUGHES:  Yes, that's what the lead-up was.

 5    2:47 was when she was in the hallway.  This is at 2:57.

 6            THE COURT:  So, I'm sorry, just to be clear, she

 7    was testifying she went into the hallway once, came out,

 8    went back in, and that's when the pushing occurred, and then

 9    she came out and this is after that?

10            MS. HUGHES:  Correct.

11            MR. CRISP:  If you can give me one moment, Judge.

12            Thank you.

13            Thank you, Your Honor.  No objection.

14            THE COURT:  Ms. Hughes.

15    BY MS. HUGHES:

16        Q    You can answer the question, Special Agent Eller.

17        A    I'm sorry, can you ask the question again.

18        Q    Sure.

19            In one of her interviews did she tell you that

20    she, in fact, smoked marijuana with an individual in the

21    United States Capitol --

22        A    She did.

23        Q    -- rotunda?

24        A    Yes, ma'am.

25        Q    And did you hear Ms. Watkins say on direct
```

1    testimony that after that interaction in the hallway, she

2    was serious, she was somber?

3        A    She did say that.

4        Q    Now, in the same interview, Special Agent Eller,

5    on March 9th, 2021, did Ms. Watkins tell you that she

6    recalled Kelly Meggs saying, "We took the castle.  Now we

7    are going to stand our ground.  He said he needed to hold

8    their ground, that they had taken the" United States --

9    "taken the U.S. Capitol, they were going to hold the area

10   all night."

11       A    She did say that.

12            MS. HUGHES:  No further questions.

13            THE COURT:  Mr. Crisp?

14            MR. CRISP:  Thanks, Judge.

15                         - - -

16                   CROSS-EXAMINATION

17   BY MR. CRISP:

18       Q    Sir, good afternoon.

19       A    How are you doing, sir?

20       Q    All right.

21            So these 302s or these interviews, they're not

22   recorded, right?

23       A    These were not recorded, no.

24       Q    You certainly have the capability to do so if you

25   wish to, right?

1       A     Are you asking if we have a recorder?

2       Q     Yes.

3       A     I mean, there's -- we have to get certain

4   approvals and things like that, but if we had the approvals

5   and we had a recorder, then it would be possible to do it,

6   yes.

7       Q     Okay.

8             So you do have the ability if you get the

9   approval?

10      A     Correct.

11      Q     Okay.

12            And this is not a sworn statement, the 302, right?

13      A     It is not.

14      Q     The individual was not given an opportunity to

15  review the statement and say, "I disagree that I said that"?

16      A     In this situation, she did not review these 302s

17  before they were published, correct.

18      Q     Okay.

19            And these are, when I say "your notes," I say you

20  and the FBI's large sense, right, these are you notes, the

21  FBI's notes?

22      A     Are you referring to those reports as "notes"?

23      Q     This report is the FBI's report, how's that?

24      A     Correct.

25      Q     All right.

9673

```
 1              If she wanted to change something, you wouldn't
 2    even give her the opportunity to say, "That's not right"?
 3         A    She did not have a chance to review them after
 4    they're written, correct.
 5         Q    All right.
 6              So this is your summary or an agent's summary of
 7    what they believe occurred, correct, during the course of an
 8    interview?
 9         A    Are you saying that the person that was
10    interviewed what they believed occurred?
11         Q    Probably poorly phrased.
12              This report at 302 is an FBI agent's summary of
13    what a conversation was?
14         A    So it's -- so we do the interview.  You know, we
15    have two people there.  We take notes, and, correct, it is a
16    summary, it's not a word-for-word documentation of what
17    happened in the interview.
18         Q    Thank you.  All right.
19              Did you ask her -- well, let me rephrase it.
20              You never asked her the question about whether she
21    thought the certification was done, did you?
22         A    So, again, I don't recall, there were several
23    interviews and this is a while back, but I do not recall
24    that specific question.
25         Q    Okay.
```

1          And at the time that these took place, I was not

2    the attorney of record, would you agree with that?

3          A    You were not, no.

4          Q    So this was roughly two -- anywhere from two to

5    four months after the initial arrest, right?

6          A    Correct, yes.

7          Q    All right.

8          And she was providing -- an interview of this

9    nature is called a proffer, would you agree?

10         A    Correct, yes, there was a proffer letter, and that

11   was known at the beginning of this interview, or these

12   interviews.

13         Q    Correct.

14         And you ask a series of questions oftentimes that

15   you know the answer to, right?

16         A    There are times we know the answers, correct.

17         Q    And sometimes you don't?

18         A    Correct.

19         Q    All right.

20         And your goal is to get information that's going

21   to help you during the course of your investigation?

22         A    The goal is to get the truth of the matter -- the

23   facts or details related to the investigation.

24         Q    Okay.

25         And at one point in time you made accusations

9675

1   against her that later turned out to not be true in terms of

2   the extent of her involvement, fair to say?

3       A    Do you have a specific instance that you're

4   referring to?

5       Q    I'm asking about whether or not there are things

6   that she said, "No, I didn't do this and do that," and you

7   were insistent on that and turns out it was inaccurate?

8       A    I don't know which specific thing you're talking

9   about.  I don't remember ever pushing her on something.

10          The idea is that she's being truthful.  And if we

11  have information that's counter to what she's saying, that

12  would disprove that she's being truthful, then we would

13  present that to her.

14      Q    There were times during the interview that she

15  said "That's not accurate," right?

16      A    I'm sure there was.  And, again, if there's

17  information that would show otherwise that would dispute the

18  accuracy, then we would we want to clear that up so that the

19  302 or this report has the most accurate information

20  documented.

21      Q    And she came back five times, would you agree?

22      A    She -- yes, she --

23      Q    I'm sorry, she came back four times, which, you

24  know, one -- first time and then came back four additional

25  times?

1      A    Correct, you're right.

2           And then as well as the reverse proffer as well,

3    so there was essentially six times, six meetings.

4      Q    The reverse proffer was essentially you presenting

5    information to her, right?

6      A    Just to clarify, I was not there for the first

7    one.

8      Q    A reverse proffer is when the government presents

9    information to an accused?

10     A    Correct yes.

11          I'm sorry, I was there for that.  I apologize.

12   The reverse proffer I was there, the last one, yes.

13     Q    We met for the first time?

14     A    Yes, you're right.

15     Q    My point in the initial five proffer sessions was

16   you were following up on additional information, clarifying

17   discrepancies in earlier interviews, and things of that

18   nature, would you agree?

19     A    Correct.

20     Q    All right.

21          Some of the things that you were looking at was

22   where she was in the Capitol, what the media was reporting,

23   things she said she did, right, those are things you were

24   looking at and you were seeking clarification on that?

25     A    Can you clarify what you mean by "what the media

```
1    was reporting"?
2         Q    Well, you were hearing various media reports about
3    what she may or may not have done?
4         A    Are you talking about like tips or information?
5         Q    Anything -- either a tip or either an actual
6    publication or a, you know, television news report, there
7    were things that were being reported that you wanted to
8    clarify, right?
9         A    Correct, there was things that needed to be
10   clarified.
11        Q    All right.
12             And some of those media reports were inaccurate
13   about the involvement?
14        A    Yeah.
15             MS. HUGHES:  Objection; out of scope.
16             THE COURT:  It's overruled.
17             THE WITNESS:  I don't know what you're referring
18   to specifically.  Do you have the media article or the
19   information that you're talking about?
20   BY MR. CRISP:
21        Q    I don't have a recording of the discussions,
22   obviously, so I can't point to it.
23        A    Yeah.
24        Q    So my question, though, is, do you recall
25   confronting her about various media reports or other things
```

```
1   that you learned that were ultimately inaccurate?
2        A     Again, the things that we asked her about were
3   tips or information that we received or information that we
4   gathered while reviewing evidence, whether it was interviews
5   with other individuals or reviewing video footage.
6        Q     Okay.
7             MR. CRISP:  And the Court's indulgence for a
8   moment, if I may.
9   BY MR. CRISP:
10       Q     So one of the things I wanted to ask you about
11  was, you believe that she had brought weapons to D.C. area
12  on or around the Jan. 6th time frame, right?
13            MS. HUGHES:  Objection.  Out of scope.
14            MR. CRISP:  The same vein in terms of the
15  things -- he's asking for specific instances where there are
16  accusations levied against her.  I'm giving specific
17  instances in response to his request.
18            MS. HUGHES:  Could we get on the phone?
19            (Bench conference)
20            MS. HUGHES:  To the degree his cross is not going
21  into his transcription or what he was asking her but it goes
22  into the actual veracity of the investigation itself, that's
23  not what this direct was about, and this is now probably
24  longer than the direct was itself.
25            THE COURT:  Well, look, I do think we're getting
```

```
 1   outside the scope of what the direct was.  He was called to

 2   impeach on certain specific statements.

 3            You can ask about the nature of the interview.

 4   You can ask about how and whether it was memorialized in the

 5   302, et cetera, et cetera, but I do think we're getting a

 6   little far afield here.

 7            So I guess I'll sustain the objection on this

 8   point, okay?

 9            MR. CRISP:  That's what I was waiting for.  I

10   wasn't sure which way you were going.

11            THE COURT:  Thanks.

12            (Open court)

13            THE COURT:  The objection is sustained.

14            MR. CRISP:  All right.

15            Judge, I have nothing additional.  Thanks.

16            THE COURT:  Thanks.

17            THE WITNESS:  Thank you, sir.

18                     REDIRECT EXAMINATION

19   BY MS. HUGHES:

20       Q    One very small point.

21            Special Agent Eller, you were asked questions

22   about memorializing 302s.  Would it have been a significant

23   fact if Ms. Watkins had said in one of these interviews,

24   "I did not know an official proceeding was going on.

25   I thought it was over"?
```

9680

```
 1        A    Yes, that would be a significant fact.
 2        Q    And would that have been a fact you would have
 3   included in one of these reports?
 4        A    Yes, that would have been in the report.
 5             MS. HUGHES:  No further questions.
 6             THE COURT:  Okay.  Agent Eller, thank you very
 7   much for your time and testimony.  You may step down, sir.
 8             THE WITNESS:  Thank you, sir.
 9             THE COURT:  Mr. Nestler.
10             MR. NESTLER:  Yes, Your Honor.  The United States
11   recalls Special Agent Kelsey Harris.
12             THE COURT:  Okay.  We have multiple jurors who
13   wish to take a few minutes.
14             All right.  So let's do that.  Let's just --
15   I want to keep the lawyers in here, take the break, and come
16   back when you're ready, all right?
17             Thank you.  And if you don't need a break, please
18   stay close by.
19             COURTROOM DEPUTY:  All rise.
20             (Jury exited the courtroom.)
21             (Discussion held off the record.)
22             (Pause)
23             COURTROOM DEPUTY:  Jury panel.
24             (Jury entered the courtroom.)
25             THE COURT:  All right.  Please be seated,
```

1   everyone.

2           Special Agent Harris, why don't you come on up.

3           You remain under oath.

4           You're fine.  Come on up.

5                          - - -

6   SA KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

7   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

8   FOLLOWS:

9                   DIRECT EXAMINATION (CONTINUED)

10                         - - -

11                         - - -

12  BY MR. NESTLER:

13      Q    Welcome back, sir --

14      A    Hello, sir.

15      Q    -- for the third time.

16           Okay.  I'm going to go through a couple different

17  topics.  We'll move through it quickly.  Let's start off

18  with Defendant Caldwell.

19           Defendant Caldwell testified that people were

20  yelling at Lindsey Graham at the airport because he had

21  refused to confirm three black judges.

22           Do you remember that?

23      A    Yes, sir, I do.

24      Q    Have you reviewed the entire video online of that

25  interaction?

1     A     I have, sir.

2     Q     What date was the video posted online?

3     A     That video was posted on January 8th.

4     Q     What kind of video was it?

5     A     It was a live video taken from what posted live

6     to YouTube.

7     Q     What does that mean when a video is posted live to

8     YouTube?

9     A     So it was a livestream.  YouTube has a feature

10     similar to Facebook where you can livestream an interaction

11     via video.  And once that stream ends, it remains on YouTube

12     as a video on the account that it was streamed on.

13     Q     So this means that the video was recorded and

14     posted on January 8 of 2021?

15     A     Yes, sir, that's correct.

16     Q     How many days after January 6th was that?

17     A     That's two days, sir.

18     Q     Thank you.

19           How long because the video in its entirety?

20     A     I believe it was 6 minutes and 45 seconds.

21     Q     Did anyone on the video mention anything about

22     confirming judges?

23     A     No, sir, not at all.

24           MR. NESTLER:  We have -- we already introduced two

25     clips.  I have a third clip for us.  It's clip 9312.3.

 1           I seek to move this into evidence.

 2           MR. FISCHER:  No objection.

 3           THE COURT:  Okay.  9312.3 will be admitted.

 4                           (Government Exhibit 9312.3
                                 received into evidence.)
 5

 6           MR. NESTLER:  If we could play it.  It's about

 7   40 seconds.

 8           (Video played)

 9   BY MR. NESTLER:

10      Q    Did you hear the word "votes" a lot?

11      A    I did, sir.

12      Q    And about auditing of votes?

13      A    Yes, sir.

14      Q    And two days after January 6th, correct?

15      A    That's correct.

16      Q    Okay.

17           New topic.

18           Mr. Caldwell testified on direct examination that

19   Shawn Pugh was not a member of the Three Percenters.

20           Do you remember that?

21      A    I do, sir.

22           MR. NESTLER:  I want to pull up already in

23   evidence Government's Exhibit 6923 at Slide 17.

24   BY MR. NESTLER:

25      Q    Can you please read the first sentence.

1      A      "Shawn, are you and any of your fellow

2  Three Percenters having any kind of meetings coming up to

3  discuss the 6th of January in D.C. or just getting together?

4  I would -- "

5      Q      Thank you, Special Agent Harris.

6             Now, Defendant Caldwell also testified that the

7  idea for the boat to cross the Potomac River was

8  Paul Stamey's idea.

9             Do you remember that?

10     A      Yes, sir, I do.

11            MR. NESTLER:  If we can go to slide 60 on the same

12  exhibit, please, Ms. Rohde.

13  BY MR. NESTLER:

14     Q      Can you please read what Caldwell told Shawn Pugh

15  here on January 2nd of 2021.

16     A      "Shawn, can't believe I just thought of this:

17  How many people either in the militia or not (who are still

18  supportive of our efforts to save the Republic) have a boat

19  on a trailer that could handle a Potomac crossing?  If we

20  have someone standing by at a dock ramp (one near

21  The Pentagon for sure) we could have our QRF or

22  Quick Response team with the heavy weapons standing by,

23  quickly load them, and ferry them across the river to our

24  waiting arms."

25     Q      Thanks.  You can stop right there.

1            So this what Caldwell told Shawn Pugh on

2    January 2nd; is that right?

3       A    That's correct.

4       Q    And if we can go back one slide, what did he say

5    about who just thought of this idea?

6       A    "I just thought of this."

7       Q    Now, new topic.

8            Mr. Caldwell testified on direct examination that

9    someone named Dohnal Atkinson said that he worked for the

10   FBI; is that correct?

11      A    Yes, sir, that's correct.

12      Q    You work for the FBI; is that correct?

13      A    I do, sir.

14      Q    Does the FBI have any record of someone named

15   Dohnal Atkinson ever working for the FBI?

16      A    We do not, sir.

17      Q    Next topic.

18           Defendant Caldwell testified about firearms;

19   is that correct?

20      A    Yes, sir.

21      Q    Are you familiar with firearms?

22      A    I am, sir.

23      Q    How are you familiar with firearms,

24   Special Agent Harris?

25      A    I've been shooting for years, and I own several

1    firearms.

2         Q    Are you also familiar because you are an

3    FBI agent?

4         A    That's correct.  I carry a rifle and a pistol as

5    weapons assigned to me.

6         Q    Have you ever investigated any crimes involving

7    firearms?

8         A    I have, sir.

9              MR. NESTLER:  Okay.

10              Let's pull up on the screen Government's

11    Exhibit 1510.2, already in evidence.

12              And if we pause it right there, Ms. Rohde, at

13    one second.

14    BY MR. NESTLER:

15         Q    Do you see Defendant Caldwell carrying something

16    in his left arm?

17         A    That's correct, sir.

18         Q    Can you tell what caliber of rifle that is

19    underneath his left arm from the video?

20         A    No, sir.

21         Q    Okay.

22              Now, Defendant Caldwell testified that he carried

23    a .22-caliber rifle into the Comfort Inn in Ballston,

24    Virginia.  Have you ever shot a .22-caliber rifle before?

25         A    Yes, I have.

1    Q    In your experience, Agent Harris, how dangerous is

2  a .22-caliber rifle?

3    A    Just as dangerous as any other caliber because it

4  can kill someone just as any other caliber of a bullet can.

5    Q    Now, are you familiar with silencers and

6  suppressers?

7    A    I am, sir.

8    Q    What is a silencer?

9    A    By definition, a silencer is a sound suppresser.

10   Q    What does that mean?

11   A    So technically there really isn't a such thing as

12  a silencer.  There's no device that can completely silence a

13  gun.

14        The tools that are added to a gun, they are sound

15  suppressers, meaning they minimize the sound of a bullet

16  exiting a gun.

17   Q    Now, does a silence suppresser or a suppresser

18  need to be registered with the Federal Government and

19  specifically the ATF?

20   A    That's correct.

21   Q    Please explain.

22   A    Before you can purchase a -- several things, such

23  as a silencer, a short barrel rifle, what the ATF designates

24  as any other weapon you have to get an NFA tax stamp, that's

25  the National Firearms Act.

1          Once you go through the rigorous paperwork with

2     the ATF and pay the fee, you get documentation that says

3     that you can own that item.

4          Q     Can a person just buy a suppresser or a silencer

5     if they wanted to?

6          A     No, sir, not legally.

7          Q     Let's move on to a different topic.

8                Defendant Caldwell testified about Life360;

9     is that correct?

10         A     Yes, sir.

11         Q     Are you familiar with what Life360 is?

12         A     I am.

13         Q     What is it?

14         A     Life360 is a family or friends location sharing

15     app, it's similar to the Find My iPhone app that's on

16     iPhones, you can download this app on Android or iPhone

17     platforms.

18                The main service that the Life360 provides is GPS

19     location sharing services.

20         Q     Thank you.

21                MR. NESTLER:  If we could pull up on the screen

22     Exhibit 9338, and the government would seek to move this

23     into evidence.  We can scroll through it quickly if that

24     will help.

25                MR. FISCHER:  Can I just have a conversation with

```
 1    Mr. Nestler real quick?

 2              THE COURT:  Of course.

 3              (Counsel conferred off the record.)

 4              MR. NESTLER:  The government moves into evidence

 5    Exhibit 9338.

 6              MR. FISCHER:  No objection, Your Honor.

 7              THE COURT:  All right.  9338 is admitted.

 8                                    (Government Exhibit 9338
                                       received into evidence.)
 9

10    BY MR. NESTLER:

11         Q    What are we looking at here on the first page of

12    the screen?

13         A    This is a screenshot of the home page of a

14    Cellebrite extraction of Mr. Caldwell's phone.

15         Q    And how do you know it's Mr. Caldwell's phone?

16         A    Down in the bottom left corner where it says

17    MISIDN [sic], that's Mr. Caldwell's phone number.

18         Q    And have you reviewed the extraction in its actual

19    Cellebrite format?

20         A    I have.

21         Q    Okay.

22              And we can go to the second page here.

23              What are we looking at here on the second page of

24    this exhibit?

25         A    So those are a list of the applications that are
```

1    installed on the cell phone.

2        Q    And the one that is highlighted here, what

3    application is that called?

4        A    That's the Life360 application.

5        Q    And what date was this application purchased by

6    the person holding Defendant Caldwell's phone?

7        A    January 5th, 2021.

8        Q    And what time in Eastern Time?

9             7:18 p.m.

10            MR. NESTLER:  Now, if we can go to the next page,

11   please, Ms. Rohde.

12   BY MR. NESTLER:

13       Q    Does Life360 -- or should I say it this way, does

14   Cellebrite keep track of the contacts in a person's phone

15   depending on which application they come from?

16       A    Yes, sir.

17       Q    And how many contacts in Defendant Caldwell's

18   phone did he have for Life360?

19       A    He had 36 contacts within that application.

20            MR. NESTLER:  And if we can go to the second page

21   here, please, Ms. Rohde, to line 9.  If we could just blow

22   that up, please, Ms. Rohde.

23   BY MR. NESTLER:

24       Q    Can you please read the name stored in

25   Mr. Caldwell's phone as one of his contacts in his Life360

1  group?

2      A    J. Paul Stamey.

3      Q    Are you familiar with who J. Paul Stamey is?

4      A    I am, sir.

5      Q    And are you familiar with where surveillance video

6  showed that J. Paul Stamey stayed the night of January 5th

7  of 2021?

8      A    Yes, he stayed at the Comfort Inn hotel.

9      Q    And, Special Agent Harris, where did surveillance

10  video show Defendant Caldwell stayed the night of

11  January 5th of 2021?

12      A    The Comfort Inn hotel.

13          MR. NESTLER:  If we can go to the final page here,

14  please, Ms. Rohde.

15  BY MR. NESTLER:

16      Q    You indicated earlier, Agent Harris, that Life360

17  allows individuals to keep track of each other's locations;

18  is that right?

19      A    That's correct, sir.

20      Q    And within the Cellebrite extraction from

21  Defendant Caldwell's phone, is there an indication of

22  location data?

23      A    Yes.

24      Q    And what are we looking at here on the final page

25  of this extraction?

9692

1     A    So on this map, it shows two pings.  And below it

2   where one of the blue lines is highlighted, it shows when

3   those two users shared their location with Mr. Caldwell on

4   January 6th.

5     Q    So other individuals through Life360 were able to

6   share their location with other members of this Life360

7   group; is that right?

8     A    Yes, that's correct.

9     Q    We can move on to a new topic.

10        MR. NESTLER:  Defendant Caldwell -- well, let's

11   talk about the date of January 14th, and let's pull up first

12   Government's Exhibit 2001.T.1, it's already in evidence.

13            If we can go to page 87, please, Ms. Rohde.

14            And if we could just highlight the bottom third of

15   the screen here.

16   BY MR. NESTLER:

17     Q    Do you see here that Caldwell sent a message on

18   the night of the 14th in Eastern Time -- sorry, the night

19   of -- I'm sorry, that Caldwell sent a message on

20   January 6th?

21     A    Yes, sir.

22     Q    And that it was then deleted or removed on the

23   night of January 14th in Eastern Time; is that right?

24     A    It's actually January 15th --

25     Q    Right.

1         A    -- it was removed.

2         Q    In UTC, right?

3         A    Oh, yeah, that's correct.  In UTC, which is

4    Eastern Time five hours back, that would have been on the

5    night of the 14th, that's correct.

6         Q    And then Adrian Grimes said, "Did patriots take

7    the capital steps?"

8              Is that right?

9         A    That's correct.

10         Q    And then Caldwell sent another message on the 6th

11    and it was unsent on the night of January 14th;

12    is that right.

13         A    Yes, sir, that's correct.

14         Q    Are you aware of any publicity surrounding Jessica

15    Watkins that came out on January 14th of 2021?

16         A    I am, sir.

17         Q    What publicity is that?

18         A    It was a news article posted by, I believe it was,

19    the New Yorker, that named Mr. Crowl and Ms. Watkins as part

20    of a militia that stormed the Capitol.

21         Q    And if we could pull up on the screen for

22    Agent Harris, please, Government Exhibit 9337.  And the

23    government would seek to move this into evidence.  We can

24    scroll to the next page showing the redactions.

25              MR. FISCHER:  Objection; relevance.

9694

1              THE COURT:  Phone, please.

2              (Bench conference)

3              THE COURT:  I'm not quite following what this is

4    all about.

5              MR. NESTLER:  Sure.  Mr. Caldwell started deleting

6    or unsending things on Facebook on the night of the 14th.

7              THE COURT:  Right.

8              MR. NESTLER:  And the 14th is when this came out.

9    As you're about to see, Your Honor, that Mr. Caldwell

10   actually accessed this article on the evening of the 14th.

11             THE COURT:  Do we know that he attached it to a

12   Facebook post?

13             MR. NESTLER:  No, he -- we have his web history.

14   He actually accessed this exact article.

15             And so our point is that he started deleting

16   things on January 14th because this article came out.  And

17   this article named Watkins, not him but Watkins and that's

18   why he started deleting things.

19             MR. CRISP:  To the extent that it implicates my

20   client, I would assert a standing to object.  I don't

21   believe -- I believe that nexus is speculative at best

22   because I think, you know, in order for this individual to

23   testify today, he's going to have to speculate as to why

24   they think the nexus is.

25             THE COURT:  Well, I don't think he can testify

1    about the nexus.  I think he can testify about the dates,

2    and the government can make the argument in closing.

3            But -- all right.  Mr. Fischer.

4            MR. FISCHER:  Your Honor, I don't believe they can

5    connect it.  I mean, it's not relevant.

6            THE COURT:  Well, I mean, I think there's some

7    probative value, and ultimately the prejudicial effect

8    doesn't outweigh it.  I mean, it involves the timing of the

9    deletions and the timing of publicity concerning Ms. Watkins

10   who was so close to Mr. Caldwell.

11           So I'll allow it in, but I'll just put a limiting

12   instruction about the article itself.

13           MR. NESTLER:  Understood.

14           (Open court)

15           MR. NESTLER:  So the government will seek to

16   publish 9337, Your Honor?

17           THE COURT:  Okay.  Admitted, 9337.

18                                  (Government Exhibit 9337
                                     received into evidence.)
19

20           MR. NESTLER:  Thank you.

21   BY MR. NESTLER:

22       Q    And, Agent Harris, so on January 14th of 2021, was

23   this article posted online by The New Yorker?

24       A    It was.

25       Q    And what is the title of the article?

1      A      "A Former Marine Stormed the Capitol as Part of a

2  Far Right Militia."

3      Q      And if we could then go to -- who was that a

4  photograph of there in the middle?

5      A      Mr. Donovan Crowl.

6      Q      And is he actually named in the caption?

7      A      He is right below the photograph.

8             MR. NESTLER:  And if we can go to the next page,

9  please, Ms. Rohde.

10 BY MR. NESTLER:

11     Q      And is he, again, named in the substance of the

12 article?

13     A      He is.

14            MR. NESTLER:  And if we could -- thank you.

15            And if we can go to the next page, please,

16 Ms. Rohde.

17 BY MR. NESTLER:

18     Q      And in this paragraph here, can you please read

19 that out loud?

20     A      "During the assault on the Capitol, a 38-year-old

21 Ohio-based bar owner named Jessica Watkins, who described

22 herself as the commanding officer of the Ohio State Regular

23 Militia, posted live updates on Parler, the recently defunct

24 Twitter alternative embraced by some right wing extremists."

25     Q      And so Ms. Watkins is actually named is this

 1    article; is that correct?

 2        A    That's correct, sir.

 3        Q    Thank you.

 4             Now, are you aware of any evidence of

 5    Defendant Caldwell on the night of January 14th actually

 6    accessing this article?

 7        A    I am, sir.

 8        Q    Okay.  The government would now seek to pull up

 9    Government Exhibit 22G1.

10             Now, are we looking --

11             MR. NESTLER:  And the government would seek to

12    introduce into evidence 22G1.

13             THE COURT:  Okay.  22G1 will be I'm.

14                                 (Government Exhibit 22G1
                                      received into evidence.)
15

16    BY MR. NESTLER:

17        Q    What are we looking at here, Agent Harris?

18        A    So this is the Cellebrite extraction from

19    Mr. Caldwell's phone.

20             Here, we're looking at his web history on the

21    night of January 14th.

22        Q    And on the night of January 14th at 7:10 p.m.

23    Eastern Time, what did Mr. Caldwell access?

24        A    He accessed that same New Yorker article naming

25    Mr. Crowl and Ms. Watkins as storming the Capitol.  And

 1    I believe over the next few days, it was accessed multiple

 2    other times, as you can see there.

 3         Q    And that's here in the middle; is that right?

 4         A    That's correct.

 5         Q    And on the night of January 14th is when Caldwell

 6    was unsending messages on Facebook; is that correct?

 7         A    That's correct, sir.

 8              THE COURT:  All right.

 9              Ladies and gentlemen, I'll just give you the

10    limiting instruction with respect to The New Yorker article.

11    It's being provided to you simply to -- for the proposition

12    that Mr. Caldwell may have accessed it.  You should not take

13    it for the truth of the matter of what the article contains.

14              MR. NESTLER:  Thank you, Your Honor.

15    BY MR. NESTLER:

16         Q    Let's move on to a new topic, Agent Harris.

17              Michael Greene testified that he did not have a

18    three-way call with Kelly Meggs and Stewart Rhodes on the

19    afternoon of January 6th.

20              Have you reviewed Stewart Rhodes' Verizon

21    phone records?

22         A    I have, sir.

23         Q    And those are Government's Exhibit 2409.

24              Are they lengthy?

25         A    Very.

1        Q      Are they voluminous?

2        A      Very.

3        Q      Lots of rows, lots of columns?

4        A      That's correct.

5        Q      We're going to pull up Government's

6   Exhibit 2409.1.

7               Is this an excerpt from that voluminous records

8   from Stewart Rhodes' Verizon records?

9        A      It is, sir.

10              MR. NESTLER:  The government would move into

11   evidence 2409.1.

12              MR. FISCHER:  No objection.

13              THE COURT:  2409.1 will be admitted.

14                              (Government Exhibit 2409.1
                                   received into evidence.)
15

16   BY MR. NESTLER:

17       Q      And you can see here on the left that these are

18   rows 5903 through 5905; is that right?

19       A      That's correct.

20       Q      Part of those thousands of rows?

21       A      Yes.

22       Q      So what does this first entry show?

23       A      This first column here shows dates and times of

24   the call.  The GMT minus 5, that's going to be in

25   Eastern Standard Time.

1    Q    Got you.

2         And so the first call, is that Michael Greene

3    calling Stewart Rhodes?

4    A    It is.  It's an incoming call to Mr. Rhodes from

5    Mr. Greene.

6    Q    And then that second call at 14:32, so 2:32 p.m.,

7    is that Kelly Meggs calling Stewart Rhodes?

8    A    Yes, it is.

9    Q    Now, this third row, 5905, it's the one I want to

10   talk about.  How come there's no entry here in the direction

11   column from the records from Verizon?

12   A    So in that column, NT --

13        MR. LINDER:  Your Honor, phone?

14        (Bench conference)

15        MR. LINDER:  Your Honor, he hasn't been qualified

16   as an expert to answer this question.

17        THE COURT:  Well, I don't know that he needs

18   expertise, as long as he has knowledge of how to read

19   this thing.

20        And I don't know whether he does or not.

21        So can you lay a foundation for his understanding

22   of how to read this.

23        MR. NESTLER:  Yes, Your Honor.

24        (Open court)

25

BY MR. NESTLER:

Q    Agent Harris, let's talk about your expertise and knowledge in terms of reading cell phone records.

A    Okay.

Q    Have you reviewed cell phone records in the past?

A    I have, sir.

Q    Approximately how many?

A    Lots.

Q    How many of your cases involve cell phone records?

A    Every single one.

Q    From what kind of providers?

A    Just about every provider that provides phone services.

Q    Do you ever enlist the assistance of other people within the FBI to help interpret some of these records?

A    I do.

Q    Do you ever enlist the assistance of the providers themselves in interpreting their records?

A    I do.

Q    Do you ever look at some of the keys and legends and explanations that the providers give you in response to subpoenas and search warrants on how to interpret their records?

A    Usually upon sending a subpoena for phone records, the key is going to be the first thing you're going to look

1    at before reading the record so that you can properly

2    understand what you're looking at.

3         Q    Are the records always written in plain English?

4         A    Pretty much.

5         Q    Okay.

6              Now, in the direction column, there's an MT for

7    the call from Greene to Rhodes and an MT in the call from

8    Meggs to Rhodes; is that correct?

9         A    Yes, sir.

10        Q    What does Verizon say MT means?

11        A    MT for the direction.  MT, that means

12   incoming call.

13        Q    And is there a different notation for outgoing

14   calls?

15        A    It is.

16        Q    There's no direction at all in this column, in

17   this row for 5905; is that correct?

18        A    That's correct.

19        Q    And if we go to the call number, we see Rhodes'

20   number and the call number for the call from Greene and the

21   call from Meggs; is that right?

22        A    That's correct.

23        Q    And finally in this third column -- thirst row,

24   I'm sorry, 5905, we don't see any number, do we?

25        A    No.

9703

1      Q    What do we see?

2      A    The code "conf server."

3      Q    And what does "conf server" mean?

4      A    So in that column under call number, it shows the

5   action taken by the number that was called.  So

6   "conf server" means that the call number merged calls

7   together to make a conference call or essentially a

8   three-way call.

9      Q    Thank you.

10          MR. NESTLER:  Now, if we can go to Government's

11   Exhibit 1500, please, Ms. Rohde, at 8:58 on the counter.

12   It's already in evidence.

13   BY MR. NESTLER:

14     Q    And does this record show the records from --

15   sorry.

16          Does Government's Exhibit 1500 show the three-way

17   call between Greene, Rhodes, and Meggs?

18     A    Yes, sir.

19     Q    And if we could play it forward, please.

20          So it shows that Greene calls Rhodes at 2:31 p.m.;

21   is that right?

22     A    That's correct, sir.

23     Q    And that Meggs calls Rhodes at 2:32 p.m.; is

24   that right?

25     A    That's correct.

1       Q    And that at 2:32:18 seconds, Stewart Rhodes merged

2  those calls between himself and Greene and himself and

3  Meggs; is that right?

4       A    That's correct.

5       Q    And does that come from right from those Verizon

6  records that we just looked at?

7       A    It does.

8       Q    And then at 2:33:48 seconds --

9            MR. NESTLER:  If you can pause right there,

10  Ms. Rohde.

11  BY MR. NESTLER:

12       Q    -- that Meggs left the call; is that right?

13       A    That's correct.

14       Q    So between 2:32 and 18 seconds and 2:33 and 48

15  seconds, how many seconds is that?

16       A    It's 90 seconds.

17       Q    How many minutes is that?

18       A    That's a minute and a half.

19       Q    Thank you.

20            MR. NESTLER:  We can take that down, please,

21  Ms. Rohde.

22            New topic.

23            Pull up on the screen, please, Government's

24  Exhibit 9120, already in evidence.

25

1    BY MR. NESTLER:

2        Q    When Stewart Rhodes testified and he was shown

3    this document, he said that these times were not in

4    Eastern Time Zone; is that correct?

5        A    I recall that.

6        Q    And that these were in a different time zone;

7    is that right?

8        A    Yes.

9        Q    Have you compared the times on this exhibit,

10   Government's Exhibit 9120, versus the original Cellebrite

11   extractions to determine if the times were correct?

12       A    I have.

13       Q    What was your conclusion?

14       A    All of these times were correct.

15       Q    Now, let's discuss Cellebrite for a quick second.

16   That's the program you used to review the data from the cell

17   phones, is that right?

18       A    Yes, sir.

19       Q    Now, talk to us about the different time zone

20   options in Cellebrite?

21       A    Upon opening a Cellebrite extraction report, it

22   gives you the option on how -- what time zone you want to

23   use when looking at the data in that report.

24       Q    So what's the default?

25       A    The default is UTC.

9706

1        Q    And then are you also able to pick an option for

2   the local time zone for that phone?

3        A    Yes, you are.

4        Q    And Rhodes' phone, what was the local time zone

5   for his phone.  He lives in Central Time.

6             And then are you also able to pick any other time

7   zone you want to review the data in?

8        A    Yes.

9        Q    What would it be natural to review the time, the

10  data in for this kind of a case?

11       A    Eastern Standard Time.

12       Q    Why is that?

13       A    Because they were here on the East Coast in the

14  Eastern Time Zone.

15            MR. NESTLER:  And if we could pull up now, please,

16  Government Exhibits 9120.1, .2, and .3.

17  BY MR. NESTLER:

18       Q    Is it fair to say that these three documents are

19  extractions from Cellebrite for Rhodes' phone in different

20  time zone options?

21       A    That's correct.

22       Q    For some of the specified messages in Government's

23  Exhibit 9120; is that right?

24       A    Yes.

25            MR. NESTLER:  The government moves into evidence

```
1    9120.1, .2, and .3.

2            MR. LINDER:  No objection.

3            THE COURT:  All right.  9120.1 through .3 will be

4    admitted.

5              (Government Exhibit 9120.1, 9120.2, and 9120.3

6                                  received into evidence.)

7            MR. NESTLER:  Thank you.

8            If we could go to .3 here, Ms. Rohde.

9            And so if we could just zoom in on the first two

10   messages.

11   BY MR. NESTLER:

12       Q    And so these are two of the messages that we saw

13   on Government's Exhibit 9120 that Rhodes said was in the

14   wrong time zone; is that correct?

15       A    That's correct.

16       Q    And here they are in UTC minus 5.  Remind

17   everybody, for hopefully the final time during this trial,

18   what is UTC minus 5?

19       A    That's Eastern Standard Time.

20       Q    So what time did Stewart Rhodes write to the "D.C.

21   Op Jan 6, '21" chat on Signal, "Pence is doing nothing, as I

22   predicted"?

23       A    1:25 p.m.

24       Q    What time zone?

25       A    Eastern.
```

1    Q    And then what time did he write to that same chat,

2    "All I see Trump doing is complaining.  I see no intent by

3    him to do anything so the patriots are taking it into their

4    own hands.  They've had enough"?

5    A    1:38 p.m. Eastern Time.

6    Q    Thank you, Agent Harris.

7         Next topic.

8         MR. NESTLER:  Government Exhibit 9336.1, please,

9    Ms. Rohde.

10        THE COURT:  Mr. Nestler, can I ask you how much

11   longer you think you have.

12        MR. NESTLER:  Five minutes.

13        And the government moves into evidence 9336.1.

14        MR. LINDER:  Subject to our earlier objection.

15        THE COURT:  Okay.  It will be admitted subject to

16   the limitation and the rulings made earlier.

17                              (Government Exhibit 9336.1
                                  received into evidence.)
18

19   BY MR. NESTLER:

20   Q    Agent Harris, before you were a domestic terrorism

21   investigator with the FBI what kind of cases did you

22   investigate?

23   A    Complex financial crimes.

24   Q    Is that also known as white collar?

25   A    That's correct.

1      Q     Talk to us about your knowledge about people's

2   requirement to pay taxes.

3      A     Everyone is required to pay taxes in the

4   United States.

5      Q     Why is that?

6      A     That's how our country is funded and how things

7   are paid for.

8      Q     And even if you don't owe any money in taxes, are

9   you required to file your tax returns with the IRS?

10      A     Yes.

11      Q     Why is that?

12      A     That's just the rules that -- those are the IRS

13   rules.

14      Q     Is it illegal to not even file your tax returns

15   with the IRS?

16      A     Yes.

17           MR. NESTLER:  If we can go to the second page

18   here, please, Ms. Rohde, and just zoom in on the top.

19   BY MR. NESTLER:

20      Q     According to the IRS, Agent Harris, did

21   Stewart Rhodes file a tax return in the year 2000 -- the tax

22   year 2008?

23      A     No.

24      Q     2009?

25      A     No, sir.

1  Q '10?

2  A No, sir.

3  Q '11?

4  A No, sir.

5  Q '12?

6  A No, sir.

7  Q Did he file a tax return for any year between 2008

8 and 2020?

9  A There's no record of him ever filing those years.

10  Q Thank you.

11  You can pull that down, please.

12  MR. NESTLER:  And if you could now pull up 9336.2.

13 BY MR. NESTLER:

14  Q And if we can -- this has already been moved into

15 evidence.  Let's go to the second page, please.  And if we

16 could just highlight this, please, Ms. Rohde.

17  For Defendant Watkins, does the IRS have any

18 record of Defendant Watkins filing a tax return for tax

19 years 2018, 2019, 2020, or 2021?

20  A No, sir.

21  Q Thank you, Agent Harris.

22  Final topic.  Stewart Rhodes testified that on the

23 morning of January 7th of 2021, he was using Landon

24 Bentley's phone to send messages; is that correct?

25  A Yes, sir.

1           MR. NESTLER:  If we could pull up on the screen,

2    please, Government Exhibit 9329.

3           And the government would move this into evidence,

4    it's two slides, Your Honor.

5           THE COURT:  All right.  9329 will be admitted.

6           MR. WOODWARD:  Can we see, sorry, Judge, the

7    second slide.

8           THE COURT:  Okay.

9           MR. WOODWARD:  No objection.

10                                    (Government Exhibit 9329
                                      received into evidence.)

11

12           MR. NESTLER:  And if we can go back to the first

13    slide, please, Ms. Rohde.

14    BY MR. NESTLER:

15      Q    In Stewart Rhodes' phone, how was Landon Bentley's

16    name saved?

17      A    LB.

18      Q    And on the morning of January 7th around

19    5:51 a.m., what did Stewart Rhodes, using Landon Bentley's

20    phone, write to the "D.C. Op Jan 6, '21" chat?

21      A    "Sadly he isn't willing to fight, so now it's up

22    to us.  And patriots are standing up in their state capitols

23    all over.  Just like Ms. Kellye was talking about at dinner,

24    the fight's in our states."

25      Q    Now, remind us, based on your investigation, at

1    the dinner at the Olive Garden just a few hours before this

2    message was sent, was Kellye SoRelle present?

3         A     Yes, she was.

4         Q     Was Stewart Rhodes present?

5         A     He was.

6         Q     Was Landon Bentley present?

7         A     He was.

8              MR. NESTLER:  And if we can go to the second

9    slide, please, Ms. Rohde.

10   BY MR. NESTLER:

11        Q     Four minutes later, so that -- or three minutes

12   later at 5:54 a.m. on January 7th, what did Stewart Rhodes,

13   using Landon Bentley's phone, send to the "D.C. Op Jan. 6,

14   '21" chat?

15        A     "And like Stewart said, if Trump won't do

16   Insurrection Act, then we walk the same path as the founders

17   of defiance, nullification, raising militia, and mutual

18   defense.  I've got militia to organize."

19        Q     Agent Harris, what's militia?

20        A     A militia is usually a military regimen usually

21   made up of civilian population to supplement the military,

22   usually in times of an emergency.

23              MR. NESTLER:  Thank you.  No further questions.

24              THE COURT:  Can I ask defense counsel to get on

25   the phone, please, or all counsel on the phone?

1           (Bench conference)

2           THE COURT:  All right.  Thoughts on length of

3     cross for the Special Agent?

4           MR. FISCHER:  Your Honor, on behalf of

5     Mr. Caldwell, I would imagine 30 minutes.

6           MR. CRISP:  Less than five for Watkins, Judge.

7           THE COURT:  I'm sorry, what was that, Mr. Crisp?

8           MR. CRISP:  Less than five, two to three,

9     depending on how he fights me.

10          MR. LINDER:  Your Honor, on behalf of Rhodes,

11    I think the government getting the tax return in and you're

12    going to let them argue that it goes for Stewart not being

13    law abiding, I think that opens the door to let me cross

14    this Agent on this confidential human source.

15          THE COURT:  I'm sorry, cross-examine on what?

16          MR. LINDER:  On the CHS that was admitted with the

17    Oath Keepers.

18          THE COURT:  Okay.  I'm not following that.

19          MR. LINDER:  Your Honor, you allowed them to bring

20    in the tax returns to refute Mr. Rhodes' character for being

21    a law abiding.  The CHS was his Vice President all the way

22    up to January 6th and was reporting back to the FBI.  His

23    job would be to report if there was any acts of

24    Stewart Rhodes that were not law abiding, which he did not

25    report any.  I think that's relevant now.  I think they have

 1    opened the door.

 2              THE COURT:  I'm not so sure about that, but

 3    anyway.

 4              Look, I think realistically we're not going to get

 5    to the government's closing this afternoon.  So I'm going to

 6    dismiss the jurors, I'm going to tell them we're going to

 7    have a slight change of schedule, have the government's

 8    opening -- closing tomorrow, I'll read the instructions this

 9    afternoon once they're finalized.  We'll do defense closings

10    on Monday, and then most likely the government's rebuttal on

11    Tuesday.  I think that's realistically where we're going to

12    be.

13              MR. NESTLER:  I'm sorry, why would we not do the

14    defense closings tomorrow afternoon after the government

15    closes?

16              THE COURT:  Oh, right.

17              (Pause)

18              THE COURT:  We'll talk about it in a moment, okay?

19              (Open court)

20              THE COURT:  All right.  Ladies and gentlemen,

21    we're going to take our lunch break now.  It's now

22    1 o'clock.  Why don't we resume at 2:15.  I've got a few

23    things I need to talk to counsel about and we'll resume at

24    2:15.

25              Thank you, all, very much.

1          COURTROOM DEPUTY:  All rise.

2          (Jury exited the courtroom.)

3          THE COURT:  All right.

4          Special Agent Harris, why don't you step down.

5 I'll just remind you not to discuss your testimony with

6 anyone during the break, and I'll ask you to actually step

7 outside the courtroom, please.

8          Please be seated, everyone.

9          Okay.  So, Mr. Linder, why don't we start with

10 your suggestion that -- what you think the door has been

11 opened to, being mindful of the topic.

12          MR. LINDER:  So are we live?  Are they listening?

13          THE COURT:  Yeah, I mean, I think you can --

14 well --

15          MR. LINDER:  I'm not going to say a name.

16          MS. RAKOCZY:  We'd ask to go under seal on this

17 topic because of the nature --

18          MR. LINDER:  I agree.

19          THE COURT:  Well, then let's talk about other

20 things first.

21          MR. LINDER:  I agree.

22          THE COURT:  Mr. Woodward, you sent me a case about

23 multiple conspiracies which, for reasons I won't bore you

24 with, I can't access.  Can you tell me what it says.

25          MR. WOODWARD:  Sure, Your Honor.  I traced back to

1    the case that you cited to where these three factors come

2    from, and this is sort of the -- this case is following

3    *Tarantino*, and it just -- it talks about another drug

4    conspiracy, and I get it, this is not a drug conspiracy, but

5    where the individuals are engaged in effectively the same

6    acts.  They're selling drugs for a profit.  And the aim of

7    the multiple conspiracies is effectively the same.

8         Now, I've given some thought and done a little

9    homework on the distinction between a hub-and-spoke

10   conspiracy versus a chain conspiracy, and I think where

11   I'm going to put my flag in the sand on this issue is that

12   this is a completely different type of conspiracy that isn't

13   addressed in the case law.

14        And so our -- and I'm speaking solely on behalf of

15   Mr. Meggs because I think Mr. Caldwell had a very

16   different -- not a very different but a -- speaking solely

17   on behalf of Mr. Meggs, our submission to the Court would be

18   that where you have a number of different individuals

19   engaged in, as the government would describe it, multiple

20   conspiracies, the fact that they have the same name does not

21   preclude the Court from giving a multiple conspiracy

22   instruction.

23        The record is rife with lots of people doing

24   similar things to what the defendants were doing, except for

25   the communications that obviously only come in in this case

1    because they are coming in against these defendants.

2            But to the extent that those communications do not

3    establish that the defendants were working together, which

4    will be our argument, they might very well establish that

5    the defendants had one or multiple different conspiracies in

6    furtherance of a same or similar object.

7            THE COURT:  Does anybody object to the

8    government's proposed instruction?

9            And it reads as follows:  "I have just instructed

10   you on the three conspiracy counts alleged in the

11   indictment, Counts 1, 2, and 4.  Proof that a defendant was

12   a member of a separate uncharged conspiracy would not

13   prevent you from also finding that defendant guilty of" a

14   conspiracy -- excuse me -- "of the conspiracy counts alleged

15   in Count 1, 2, and 4; however, if you find that a defendant

16   was only a member of a separate uncharged conspiracy but not

17   any of the three conspiracy counts alleged in Counts 1, 2,

18   and 4, you must acquit that defendant of the three

19   conspiracy counts."

20           MR. WOODWARD:  Thank you for the Court's

21   indulgence.

22           Our request is for the *Tarantino* instruction.

23           THE COURT:  *Tarantino* instruction --

24           MR. WOODWARD:  The Court is not going to give us

25   that instruction?

```
 1              THE COURT:  It's not that I don't agree with the
 2   gist of it.  It doesn't make sense in this context.
 3              And I looked at it and tried to massage it in a
 4   way that would make sense in a three-conspiracy indictment,
 5   but it was very difficult to do.  I couldn't figure out how
 6   to do it.
 7              MR. WOODWARD:  We defer to the Court.
 8              THE COURT:  Okay.  All right.  I'll give the
 9   government's instruction.
10              MR. NESTLER:  We understand, Your Honor.  We
11   get it.
12              THE COURT:  Okay.  On the instruction from
13   Mr. Caldwell, Mr. Nestler, you were going to propose some
14   additional "in or about" language.  It's already been
15   included?
16              Okay.  Great.
17              And then we've made the modifications that
18   Mr. Nestler identified in the "defense theory of the case"
19   instruction, which -- thank you for catching those.
20              All right.  We will get the final instructions out
21   quickly.  I'll ask everybody to make sure you review them
22   over the lunch hour to make sure there are no other
23   outstanding matters, okay?
24              MR. LINDER:  Can we address the --
25              THE COURT:  Yes, in a second.
```

```
 1                In terms of schedule, let me ask defense counsel.
 2                Assuming you're going in the order of the
 3    indictment, how long do you think your closings will be?
 4                MR. LINDER:  One hour --
 5                MR. BRIGHT:  One hour.
 6                MR. LINDER:  -- give or take.
 7                MR. BRIGHT:  I'd like a little bit of leeway on
 8    that one hour.
 9                THE COURT:  I'm not going to put you on a
10    stopwatch.  It's okay.
11                MR. BRIGHT:  Right.
12                I mean, my goal is to be concise and get in and
13    get done what needs to be done, and not hold up the jury.
14                THE COURT:  Mr. Woodward, Ms. Haller?
15                MR. WOODWARD:  I think we'll be more than an hour,
16    hopefully not more than 90 minutes.  But with video, it will
17    probably approach between the hour and 90-minute mark.
18                THE COURT:  Mr. Geyer?
19                MR. GEYER:  Target 90 minutes, Your Honor.
20                THE COURT:  Okay.
21                So the reason my reluctance or rethinking about
22    sitting Friday afternoon is I've got one juror who is a
23    little upset about this who was expecting to leave town
24    sooner rather than later.
25                But that said, I think we can -- government can
```

```
 1   open -- or close in the morning.  We'll see whether we get
 2   to Mr. Rhodes' closing in the morning, depending on the
 3   timing of things.  And I think we can probably get two, if
 4   not three, of the defense closings done Friday and still be
 5   done at a reasonable hour for her to get out of town.  And
 6   then we'll just pick up on Monday, and that's where
 7   we'll be.
 8             MR. CRISP:  Are we letting her go?
 9             THE COURT:  No, no.  This is a juror who just
10   wants to get out of town.
11             MR. CRISP:  Okay.  We had the other juror --
12             THE COURT:  That other juror, she's going.
13             MR. CRISP:  Well, that's what I'm saying.
14   I thought you were referencing that person.
15             THE COURT:  I'm sorry.  This is a different juror.
16             MR. CRISP:  When are we cutting her loose,
17   I guess?
18             THE COURT:  I'm sorry?
19             MR. CRISP:  When are we cutting her loose, the
20   juror that had -- that is moving or leaving the
21   jurisdiction?
22             THE COURT:  We'll cut her loose Friday.
23             MR. CRISP:  All right.  So at that point,
24   effectively, she will not be able to come back and sit
25   because she will not have heard all the evidence.
```

9721

1           I think part of the concern is not cutting her

2   loose two days ago or whatever because we thought,

3   all right, maybe in the event something happened --

4           THE COURT:  Truth be told, I suppose I cut her

5   loose this afternoon.

6           MR. CRISP:  Right.  That's what I'm thinking.  Is

7   there a point now at this point --

8           THE COURT:  No.  I mean, you're right.  I mean, if

9   she can't stay for all the closing, then there's no point in

10  having her here through Friday.

11          MR. CRISP:  All right.  Thanks.

12          THE COURT:  Fair enough.

13          All right.  So anybody who is not associated with

14  parties, I'm going ask you to please exit the courtroom.

15  I'll disconnect the public line now or the line to the

16  media room.

17          (Sealed proceedings)

18  ██████████   ████████████████████████

19  ████████████████████████████████

20  ████████████

21  ████████████   ██████████████

22  ████████████████████████████

23  ██████████████████████████████████████

24  ██████████████████████████████████

25  ██████████████████████████

9722



9723



9724







9727



1 ██████████████████████████████████████████

2 ████████

3 ██████████████████ ████████████

4 ████████████ ██████████████████

5 ████████████████████████████████████████████

6          (Recess from 1:21 p.m. to 2:15 p.m.)

7          COURTROOM DEPUTY:  All rise.

8          THE COURT:  Please be seated, everyone.

9          Thank you.

10          While we have a second, did you all see the

11 modification that we made to the evidence only against one

12 defendant instruction?  In the instructions that we

13 circulated, I can't remember who all it was that had raised

14 the issue concerning Exhibit 2001.T.129, which I think is

15 the Facebook entries for Mr. Caldwell.

16          MR. WOODWARD:  Yes.

17          THE COURT:  All right.

18          So I looked back at the transcript and we admitted

19 the communications only against Mr. Caldwell but not the

20 unsent, unsending of the messages and that, in other words,

21 it's not limited only to Mr. Caldwell with respect to the

22 unsending of the messages.  So that's how it now reads.  The

23 communications exchanged in Exhibit 2001.T.129 are admitted

24 only against Mr. Caldwell, however, the unsent messages are

25 not so limited, which is exactly what I instructed -- I

1    instructed them at the time.

2            MR. FISCHER:  Your Honor, I actually have another

3    issue if I could approach?

4            Your Honor, there's been some testimony from

5    Agent Harris regarding Life360.

6            THE COURT:  Uh-huh.

7            MR. FISCHER:  And the clear gist of what he's

8    testifying --

9            THE COURT:  Oh, please, finish.  Something else I

10   wanted you to talk about that exhibit.

11           MR. FISCHER:  So, Your Honor, Agent Harris'

12   testimony clearly left the impression on the jury that

13   Mr. Caldwell joined a Life360 circle.

14           And I want -- I'm going to want to move in, under

15   Rule 801, it's a search warrant, the affidavit from Special

16   Agent Palian.  And in this affidavit, it's regarding the

17   Life360 application download on Mr. Caldwell's phone.  It

18   indicates a continued contact with J. Paul Stamey, which is

19   what was brought up in testimony.  It gives Mr. Stamey's

20   email address and phone number.  It says, "Pursuant to legal

21   process, documents were received from Life360," they

22   received that from a prior affidavit, I might add.  They

23   reveal that this count was created on September 8th, 2018,

24   that's the Life360 account.

25           Then there's a footnote, and the footnote says,

1    "This relatively early account creation date compared to the

2    other account creations date that were of the other

3    subscribers, and coupled with Mr. Stamey's request to

4    Caldwell," so Stamey's request to Caldwell, to "join my

5    Life360 circle," on Life360, suggests that Stamey was the

6    organizer of this particular group of individuals and

7    specifically intended for the group members to track one

8    another's whereabouts on January 6th in Washington, D.C.

9    That document very clearly says Mr. Stamey sent out a

10   Life360 circle.

11          I'd also point out that there's a document filed

12   by Special Agent Byron Cody, who testified in this case,

13   where it indicates that on January 19th, in response to a

14   request from the agent, Life360 attorney Roland Chang

15   confirmed "Life360 has no data for members of a Life360

16   circle, specifically users J. Paul Stamey, Lance Strong,"

17   who was Mr. Caldwell, he's been identified in other evidence

18   as Lance Strong, "and others, Life360 has no information

19   available to determine the reason for the lack of data but

20   it could be for several reasons, such as if the user did not

21   enable sharing."

22          So, Your Honor, the government's fully aware that

23   Mr. Caldwell never used Life360 and there was a request from

24   Mr. Stamey sent over through life -- to join a Life360

25   circle.  Mr. Caldwell never joined it.

1              They got records back from Life360, and there were

2    no records for Mr. Caldwell.  And so we should be able to

3    get information in based on that, you know, inaccurate

4    representation.  Thank you.

5              MR. NESTLER:  This is far more complicated about

6    the Life360 data than it has to be.

7              But Mr. Caldwell and his wife both testified that

8    he did not have Life360.  The evidence on his phone shows

9    otherwise.  That's what we did.

10             If we want it get into the data Life360 has, we

11   might need some more time, but bottom line is Life360 does

12   not retain all data, only some data.  It's designed to focus

13   mostly on people moving in cars and only retains data for

14   certain portions of time for certain humans whose phones are

15   moving at a certain mile per hour over a certain distance.

16   We went back and forth with Life360's outside counsel for a

17   long time.

18             But it is correct that Life360 at the time the

19   government approached Life360 did not have location data for

20   Thomas Caldwell on January 6th.  We have not argued

21   otherwise to the jury.  I don't believe it's appropriate to

22   confront the agent with other individuals' writings about

23   what other third parties or Life360 said about the data

24   because it is -- confusing is an understatement, and I'm

25   happy to get into more detail about it if we need to.

9732

```
 1              THE COURT:  But what about the 801 statement?
 2   Is there an objection to seeking to admit it?
 3              MR. NESTLER:  The statement that Paul Stamey
 4   invited Thomas Caldwell to join a Life360 circle?  I have no
 5   objection to that.
 6              MR. FISCHER:  Sure, Your Honor.
 7              And if I could just read, you know, read into the
 8   agent -- I guess if I could read in that this is an
 9   affidavit, the date it was filed, who it was sworn to, and
10   it indicated --
11              THE COURT:  Hang on real quick, Mr. Fischer.
12              Are we in agreement as to what the portion is that
13   you want to recite into the record?
14              MR. FISCHER:  Your Honor, I think it would just
15   have to be enough to show that there was a -- I think it
16   would just be -- I mean, I had to do this fairly quickly
17   over lunch to track this down, but that it would be
18   paragraph 91.
19              And I would have to, I guess look at some
20   introductory paragraphs just to indicate that it was --
21              THE COURT:  Well, we can worry about some of that,
22   but just right now, the portion you want to read, is there
23   an objection to -- I mean, it's an 801 statement in an
24   affidavit.  I assume there's no ...
25              And insofar as the letter from Life360, I think
```

1    that's a bigger issue, because it's not a business record

2    and we would be bringing in somebody's out-of-court

3    statements for the truth of what's asserted, and more

4    importantly, it sounds like it's a slightly more complicated

5    issue and would leave the jury with a misimpression -- or

6    let's put it differently -- would leave the jury with less

7    than complete information about how they save and store

8    data.

9         MR. FISCHER:  Your Honor, there is testimony.

10        We looked up Agent Palian's transcript.  He

11   testified about, because it went to the -- it went to the

12   November 9th pre-strike recce or -- I take that back, I

13   withdraw that.  It was a January 5th pre-strike recce where

14   they had the gentleman from North Carolina in the car.

15        And there was testimony from Agent Palian.  There

16   was testimony, we couldn't find it, but there was definitely

17   at least one or more two more agents that testified about --

18   I asked about Life360, about how they tracked, and they had

19   a North Carolina Oath Keeper in the car, they had to use --

20   they used that person's Life360 to track the whereabouts of

21   Mr. Caldwell, and -- well, they got the records, there

22   was -- they were not able to figure out Mr. Caldwell's

23   whereabouts because Mr. Caldwell was not on Life360.  So

24   that's why they used -- there was another person that was in

25   the vehicle that was on this North Carolina Life360.

1          THE COURT:  I guess, maybe I'm not following

2     entirely in terms of -- but I guess the bottom line for me

3     is that the letter from Life360 really is an out-of-court

4     statement for the truth, and then also combine that with the

5     fact that it provides an incomplete picture and we do not

6     have an opportunity to bring somebody in who understands

7     Life360 at this eleventh and a half hour.

8          MR. FISCHER:  I agree.

9          THE COURT:  So the 801 is fine by me as long as --

10         MR. NESTLER:  I'm sorry.  Just be to clear, there

11    are three or four search warrants is Life360 and a related

12    company named Arity, and so I need make sure that I'm

13    looking at the same iteration.

14         THE COURT:  Let's make sure we're all on board

15    with what Mr. Fischer is proposing.

16         (Pause)

17         THE COURT:  All right.  Are we ready to go?

18         MR. CRISP:  One other quick question.  IRS

19    Publication 2019-501 and 2021-501, I'm going to ask that you

20    take judicial notice of that.

21         THE COURT:  I'm not following you, Mr. Crisp.

22    What's that?

23         MR. CRISP:  I'm going ask that you take judicial

24    notice of IRS Publication 501 for 2019 and 2021.  So I just

25    wanted to --

```
 1              THE COURT:  Oh, in terms of what the filing dates
 2    are or for what?
 3              MR. CRISP:  In terms of there's -- the publication
 4    dictates and explains who must file, whether there are
 5    financial cutoffs.  This is to impeach -- and I don't --
 6              Can I have him step out, please.Can I have him
 7    step out, please?
 8              THE COURT:  Sure.
 9              MR. CRISP:  Okay.
10              This is to impeach the testimony of Special
11    Agent Harris, who said, everybody must file, no exceptions,
12    blah, blah, blah, or whatever.  So I want to get into just
13    that.  So I don't know if the government has an objection to
14    501.
15              MR. NESTLER:  I haven't seen it so it's hard for
16    me to object to it.
17              THE COURT:  All right.  Well, I mean, if it's a
18    government publication, I'm not sure there's much basis to
19    object to it.
20              All right.  One other thing, can I just --
21    Mr. Fischer.
22              (Bench conference)
23              THE COURT:  So JC's eagle eyes caught in the
24    contacts in, I think it's Government's Exhibit 9338-10, that
25    Law360 -- not Law360 -- Life360 contacts for Mr. Caldwell,
```

1   apparently one of the contact names was entered as Token

2   Spook.  So I will just ask the government to redact that

3   before it goes in.

4           MR. NESTLER:  That's a reference to spy.  That's

5   Bill Abshire, a member of the North Carolina Oath Keepers

6   who was formerly in the military, and that's his call sign

7   on Signal because he deems himself a spy.

8           THE COURT:  Okay.  I thought it was something a

9   little bit more off color than that.

10          Okay.  All right.

11          (Open court)

12          COURTROOM DEPUTY:  Jury panel.

13          (Jury entered the courtroom.)

14          THE COURT:  Okay.  Please be seated, everyone.

15          Welcome back, ladies and gentlemen.  I apologize

16  for the delay, but we are ready to get going with

17  Agent Harris' cross-examination.

18          Mr. Linder.

19          MR. LINDER:  Thank you, Your Honor.

20                      - - -

21                  CROSS-EXAMINATION

22  BY MR. LINDER:

23      Q    Good afternoon, Agent Harris.  How are you?

24      A    Good afternoon, sir.  I'm well.

25      Q    Good, good.

```
 1              I want to talk to you about one main issue.
 2    I want to talk to you about that phone call that allegedly
 3    occurred between Rhodes, Meggs and Michael Greene, Whip,
 4    about 2:32 in the afternoon.
 5              Who called who on that phone call again,
 6    do you remember?
 7         A    Mr. Greene first called Mr. Rhodes.
 8         Q    Okay.
 9              And then did Meggs call in?
10         A    He did, while the first call was ongoing.
11         Q    Now, are you sure that call merged or could it
12    have gone into a voice mail or could he have clicked over
13    and back.  Do you know?
14         A    It's merged.  That's what the code comp server
15    showed on the detail records.
16         Q    And then you've heard, you assume you've been in
17    the court most of the day, but you've heard from several
18    witnesses, I assume, that have said you couldn't really hear
19    much that was going on that day because it was so loud.
20              Have you heard that testimony?
21         A    I heard Ms. Watkins' testimony when she was
22    talking about the Zello.
23         Q    Were you here for other witnesses that testified
24    it was really loud that day and you could hardly hear?  Were
25    you here for any of that?
```

9738

1          A      I've heard a few people say that.

2          Q      So we don't know what, if anything, they were able

3    to hear from each other, do we?

4          A      We do not have a recording of the contents of the

5    call.

6          Q      We do not know if they could hear each other, we

7    don't even know what was said during the call, do we?

8          A      We do not have a recording.  No, we do not know

9    what they discussed.

10         Q      After the phone call, what did Mr. Rhodes do or

11   where did he go?

12         A      Like physically?  Like --

13         Q      Yes.  I mean, they're on this phone call at 2:30,

14   2:32, and after this phone call is concluded, what did he do

15   next, do we know, or do you know?

16         A      I do not know.

17         Q      Okay.

18                If I told you it had been testified to that he

19   went over to the northeast or west side of the Capitol,

20   would have any reason to disagree with that?

21         A      No.  I know he was on the slab area from a period

22   of about 3:36 to about 5:00-ish, 5:12, 5:15, somewhere in

23   that period.

24         Q      Was there any evidence in any of the Signal chats

25   or texts on that day or any other where Rhodes is directing

1    people to go into the Capitol?

2              MR. NESTLER:  Objection; beyond the scope.

3              MR. LINDER:  Your Honor, I'll let you rule.

4              I think they're trying to insinuate --

5              THE COURT:  Go ahead.  You can -- it's overruled.

6              Go ahead.

7              MR. LINDER:  Okay.

8    BY MR. LINDER:

9        Q    Any texts that you've seen or Signal chat where

10   Rhodes is directing people to go into the Capitol?

11       A    So based off the messages that we looked at right

12   before we looked at the call, which was the list of messages

13   where we cleaned up the times that was 1:25 Eastern p.m.,

14   that last message that was on that list was a screenshot.

15   It was Mr. Rhodes asking Whip to call him and to come to,

16   I think, the northeast corner of the Capitol.  I believe

17   that was at 2:26.  And I believe that's what -- you know,

18   four, five minutes later.  That's when they have the call.

19       Q    Okay.

20       A    So that's about, what, 2:32?  Mr. Meggs is on that

21   call, Mr. Greene, and Mr. Rhodes.

22              And then at 2:40-ish is when they entered the

23   Capitol.  So we don't know what was discussed on that call,

24   but --

25       Q    But you say, "They entered the Capitol."  Only

```
 1   Meggs and some other people entered the Capitol?
 2        A    That's correct.  Yes, sir.
 3        Q    Mr. Rhodes and Mr. Greene did not?
 4        A    You are correct, sir.
 5        Q    And isn't it true that there was absolutely no
 6   evidence of any coordination between Oath Keepers group 1
 7   and Oath Keepers group 2 that went into the Capitol, between
 8   those two groups.
 9             THE COURT:  I think we are now getting beyond the
10   scope, and I'm not sure you're going to --
11             MR. LINDER:  Okay.
12             Well, they're trying to insinuate that he gave
13   instructions to go in.
14             THE COURT:  No.  I'm just trying to --
15   BY MR. LINDER:
16        Q    Is there any evidence of Rhodes sending people in
17   or coordinating the groups to go in?
18        A    I don't know it if there is or there isn't.
19             MR. LINDER:  Thank you.  No further questions.
20             THE WITNESS:  Thank you.
21             THE COURT:  All right.  Thank you.
22             Mr. Woodward or Ms. Haller?
23             MR. WOODWARD:  No questions, Your Honor.
24             THE COURT:  Okay.
25             Mr. Crisp.
```

```
 1                           - - -

 2                      CROSS-EXAMINATION

 3   BY MR. CRISP:

 4       Q    Good afternoon, sir.

 5       A    Good afternoon, Mr. Crisp.

 6       Q    All right.  You testified on a very narrow scope,

 7   so I'll keep it as narrow as I can.

 8            Taxes, you are not an accountant, right?

 9       A    I'm not, sir.

10            MR. CRISP:  And I want to -- if I can have for the

11   witness, if I may, Judge.

12            Your Honor, I believe I had asked in a session not

13   involving the jury to have this published to the jury under

14   Federal Rule of Evidence 201.  I ask that you take judicial

15   notice thereof.

16            THE COURT:  Okay.  I don't know that that's -- in

17   any event, it's admitted.  It's a public record.

18            MR. CRISP:  Okay.

19   BY MR. CRISP:

20       Q    So this is IRS Publication 501, right?

21       A    Yes, sir.  That's what it says.

22       Q    And these publications are produced to give

23   taxpayers guidance on a myriad of things, such as in the

24   right-hand corner there, right-hand side, who must file?

25       A    Yes.
```

1         Q    Okay.

2              Earlier in the -- in your testimony, you indicated

3    that everybody has to file, regardless of -- you made an

4    unequivocal statement about everybody having to file a tax

5    return, right?

6         A    I did say that.

7         Q    Okay.

8              Are you aware that the IRS actually says that not

9    everybody does have to file a tax return?

10        A    Are you asking based off this document?

11        Q    Correct.  The IRS publication, that the IRS has

12   indicated that's not true?

13        A    (No audible response.)

14        Q    I would direct your attention, it says, "Who must

15   file.  In some cases, the amount of income you can receive

16   before you must file a tax return has increased."

17             And we'd go to table 1.  And I'd also ask before I

18   do that -- I apologize.  This is for use in preparing tax

19   returns for the 2019 year, right?

20        A    Yes.

21        Q    Okay.

22             So in 2019, the minimum financial cut-off

23   thresholds for a single individual under 65 was 12,200, yes?

24        A    That's correct.

25        Q    All right.

1              And for married, it was 24,400.  Is that accurate?

2        A    Yes, sir, that's correct.

3        Q    So what this document says is, in fact, if you

4    make less than that, you do not have to file a tax return?

5        A    Correct, less than the 12,000.

6        Q    All right.

7              So your unequivocal statement saying that you do,

8    regardless, is inaccurate; fair to say?

9        A    That's fair to say.

10       Q    2021, the only distinction, to your knowledge,

11   would be cut-off levels financially.  Direct your attention

12   to the upper center of 12,550.  Is that fair to say based on

13   the document?

14       A    Are you referring to the amount increase?

15       Q    Yes, sir.

16       A    Yes, yes.

17       Q    Okay.

18             And just for clarity's sake, it also indicates in

19   "What's New" and "Who must file," that information is the

20   same as the 2019 tax year?

21       A    Yes.

22             MR. CRISP:  Okay.  Sir, thank you.

23             I have no additional questions.

24             THE WITNESS:  Thank you.

25             THE COURT:  Thank you, Mr. Crisp.

1            Mr. Geyer, I think I skipped over you.

2            MR. GEYER:  No questions, Your Honor.

3            THE COURT:  All right.

4            Mr. Fischer.

5                          - - -

6                    CROSS-EXAMINATION

7    BY MR. FISCHER:

8        Q    Good afternoon, Agent Harris.

9        A    Good afternoon, sir.

10       Q    Sir, Lindsey Graham, he was formerly the chairman

11   of the Senate Judiciary Committee; is that right?

12       A    That's quite possible.

13       Q    Okay.

14            But he's a Senator, right?

15       A    He is a Senator.

16       Q    And at one point he was the chairman.  And at

17   another point, he was, I guess, the ranking member of the

18   Senate Judiciary Committee.

19            Does that sound right?

20       A    I don't know that, but I'll take your word for it.

21       Q    Okay.

22            You would agree somebody who's a ranking member or

23   a former chairman of the Senate Judiciary Committee could be

24   the target of some, shall we say, protesters who were upset

25   at judges not being confirmed?

1    A    Do I believe he would be --

2    Q    Not --

3    A    -- just based off of his position?

4    Q    Not based on anything you saw, but just generally,

5    that a person who's a chairman in charge of approving judges

6    or that that person could be the target of the ire of

7    protesters.

8         Would you agree with that?

9    A    I believe all Congressmen could be a target of

10   protesters based off of, you know, things they vote or don't

11   vote for.

12   Q    Sure.  Okay.

13        Well, did you ever -- the gentleman who made the

14   YouTube video, did you ever try to look up or investigate

15   where this person had ever produced any other videos to see

16   if there was criticism aimed at Lindsey Graham regarding

17   judicial nominations?

18   A    No.

19   Q    Were you aware that Mr. Caldwell is under a

20   restriction; he's not allowed to use a computer, so he can't

21   do that?

22        MR. NESTLER:  Objection.

23        MR. FISCHER:  Withdrawn.

24        THE COURT:  Sustained.

25

1    BY MR. FISCHER:

2        Q    Mr. Shawn Pugh, are you aware that the -- well,

3    first of all, you're from Florida, right?  You're based out

4    of Florida, right?

5        A    That's correct.

6        Q    But in my understanding, I think there's, like,

7    four quarterbacks on this team.  There are lots of

8    investigators that are out there that work together for this

9    investigation; is that correct?

10       A    I don't know if I refer to anyone as quarterback.

11   We have case agents for each of the subjects.

12       Q    Okay.  Fair enough.

13            But you have a team that you work with and you

14   receive information; is that right?

15       A    Yes, sir.

16       Q    So just because you're in Florida doesn't -- you

17   also share information with agents from Virginia, from

18   Georgia, all over the place, is that right, regarding this

19   January 6th case, correct?

20       A    Since I've been here.

21       Q    Okay.

22            And certainly you've certainly reviewed reports

23   regarding the investigation of Mr. Caldwell; is that right?

24       A    If it had to do with anything I was going to

25   testify about.

1    Q    Okay.

2         So, in other words -- in other words, you

3    testified regarding Mr. Caldwell just -- let me withdraw

4    that.

5         So, in other words, you really know nothing about

6    Mr. Caldwell, the investigation of Mr. Caldwell until these

7    prosecutors want to call you to the witness stand to

8    testify; is that what you're saying?

9    A    Not necessarily.

10        The information I testified about, I went and

11   pulled that relevant information and reviewed it myself.  So

12   in this instance when you're referring to "Tree Shawn Pugh"

13   in that text message, I pulled -- downloaded Mr. Caldwell's

14   Cellebrite to my computer and searched for certain terms and

15   found that text message, and that's why I was able to

16   testify 2021.

17   Q    So certainly you must be aware, then, that the FBI

18   has actually interviewed Shawn Pugh.  Are you aware of that?

19   A    I'm not.

20   Q    Okay.  Were you aware that Shawn Pugh, that during

21   his FBI -- when he was interviewed by the FBI --

22        MR. NESTLER:  Objection.

23        THE COURT:  Sustained.

24        MR. FISCHER:  Okay.

25

```
1    BY MR. FISCHER:
2         Q    Sir, do you have any personal knowledge as to
3    whether Shawn Pugh's actually a member of the
4    Three Percenters?
5         A    I do not.
6         Q    Okay.
7              Have you ever personally investigated that issue?
8    Have you gone out to talk with him or anything like that?
9         A    Personally, I have not.
10        Q    Okay.
11             And, sir, you mentioned something about Life360.
12   You had some testimony regarding that.
13             Do you remember that?
14        A    Yes, sir.
15        Q    Apparently there was some phone extractions from
16   Mr. Caldwell's cell phone records, is that what I understand
17   was in evidence?
18        A    Yes, sir.
19        Q    All right.
20             Sir, were you aware that -- well, first of all,
21   were you aware that -- you worked with Special Agent Palian
22   on this case at times, right?
23        A    Yes, since I've been here in D.C.
24        Q    And you're aware that Agent Palian took out at
25   least two search warrants requesting information regarding
```

```
 1    Life360; in other words, getting records from Life360, are

 2    you aware of that?

 3         A    As of today, I am.

 4         Q    Okay.

 5              And were you aware that pursuant to a court order,

 6    Life360 returned records regarding -- in response to a

 7    request for records regarding Life360 accounts linked to

 8    Mr. Caldwell, Mr. Stamey, and a lot of other people.  Are

 9    you aware of that?

10         A    I think I got lost in your question there, it was

11    kind of lengthy.

12              Am I aware that they returned what now?

13         Q    Don't worry, sir.  We have been here seven weeks.

14    I think we've all gotten lost.  I'm barely staying awake.

15              So I think, were you aware that Life360, in

16    response to a court order pursuant to a search warrant

17    returned records regarding account names that would

18    allegedly tie to Mr. Caldwell, Mr. Stamey, and other people

19    involved in this investigation?

20         A    Oh, no, sir.

21         Q    Okay.

22              Well, sir, I'm going to put up -- this is for the

23    witness only, this is going to be Caldwell Exhibit 136.

24              MR. FISCHER:  Your Honor, this is what we talked

25    about through 801.  I will not introduce it to the jury --
```

9750

 1   it's not redacted, so I will not introduce it.

 2           THE COURT:  Thank you.

 3           MR. FISCHER:  If I have permission to lead the

 4   witness on this?

 5           THE COURT:  I'm sorry, you said it's Caldwell

 6   what?  136?

 7           MR. FISCHER:  136.

 8           THE COURT:  Okay.  It's on cross, you don't need

 9   permission to lead.  Go ahead.

10   BY MR. FISCHER:

11      Q    Sir, what we're going to be putting up on the

12   screen --

13           Sir, were you aware that the FBI, during this

14   investigation, that your agency or members of your team

15   reviewed Life360 records?  Are you aware of that fact?

16      A    No, sir.

17      Q    You're not aware that Life360, nothing was ever

18   analyzed?

19      A    Not prior to just this afternoon after lunch based

20   off conversations that were reviewed here in the courtroom.

21      Q    Okay.  Hang on one second.

22           I'm going to show up, it's going to be 182.1.

23   This is the Rule 801.  We're going to blow that up, sir?

24      A    Before you go on, sir, in regards to the court

25   orders, I'm aware that, you know, Mr. Caldwell was accused

 1   of having Life360, you know, not that I've reviewed any

 2   other records besides what's on his phone or any affidavits.

 3   That's what I meant by that.

 4        Q    But you're aware that he was accused of having

 5   Life360 records, but are you aware that in the end it turned

 6   out he had no Life360 records?

 7              MR. NESTLER:  Objection.

 8              THE COURT:  Sustained.

 9   BY MR. FISCHER:

10        Q    All right, sir.  On the screen here in front of

11   you -- you can just move it so I can read up here, please.

12              Would you agree this appears to be in an

13   application -- blow it up, please -- for a warrant by

14   telephone or other reliable electronic means?  Does that

15   sound right?

16        A    Yes, sir.

17        Q    It's in federal court and it's the matter of a

18   search involving 36 accounts.  Does that sound right?

19        A    Yes, sir.

20        Q    All right, sir, I'm going to go -- sir, I know

21   you've never seen this document before.

22              If we can go to page 31.

23              But, sir, this is part of a search warrant request

24   to obtain Life360 records regarding Mr. Caldwell and others,

25   and I'm going to blow up on the screen, please -- go down a

 1   little bit.  I've got to read up here.

 2            Little more.

 3            All right, sir, there appears to be in paragraph

 4   91, could you read paragraph 91 out to the jury, please?

 5       A    "The Life360 application download on Caldwell's

 6   phone also contained contact J. Paul Stamey, with associated

 7   email jarhead0807@yahoo.com and associated phone number

 8   ending in 2817".

 9       Q    If you can read 92, please.

10       A    "Pursuant to legal process, documents received

11   from Life360 revealed that this account was created on

12   September 8, 2018."

13       Q    Okay.

14            And if I could just go up for a second.

15            The Court's indulgence.

16            And there's a footnote, you'd agree with the

17   paragraph you just read out, there's a footnote, paragraph

18   10, can you read that out for the jury, please?

19       A    "This relatively early account creation date,

20   compared to the other account creation dates, with the

21   exception of the entry for 'dad' and coupled with Stamey's

22   request to Caldwell to join my Life360 circle on Life360

23   suggests that Stamey was the organizer of this particular

24   group of individuals, and specifically intended for the

25   group members to track one another's whereabouts on

1    January 6th in or near Washington, D.C."

2         Q    Okay.  So, sir, based on what you just read here,

3    it appears that Mr. Stamey made a request to Mr. Caldwell to

4    join his Life360 account; is that right?

5         A    That's correct.

6         Q    And the Court's indulgence.

7              And, sir --

8              You can take that down now.

9              Were you aware that pursuant to that request for

10   records, were you aware that Life360 was able to provide no

11   records --

12             MR. NESTLER:  Objection.

13        Q    -- of Mr. Caldwell?

14             THE COURT:  I thought we talked about this.

15             (Bench conference)

16             THE COURT:  I'm sorry, Mr. Fischer, I thought we

17   discussed the fact that -- and maybe it's the difference

18   between asking the question versus the document -- but the

19   question, what documents, if any, did Life360 returned, I

20   thought we had talked about that.

21             MR. FISCHER:  Well, Your Honor, I can -- I have a

22   transcript from Agent Palian, I guess I can just show that

23   to the jury in closing argument then that says they received

24   no records from Life360.

25             THE COURT:  Oh, okay.

1              Yeah, that's fine.  Okay.  I mean if that's what

2    Agent Palian said at the time, but I don't know.

3              MR. NESTLER:  I'm sorry, what transcript?

4              THE COURT:  Probably from the trial, I assume.

5              MR. FISCHER:  From his trial transcript where he

6    specifically says they received no records regarding

7    Mr. Caldwell from Life360.

8              MR. NESTLER:  That's fine.

9              THE COURT:  Okay.

10             (Open court)

11   BY MR. FISCHER:

12        Q    Sir, were you're aware that the FBI used Life360

13   in this case to try to determine whether Mr. Caldwell had

14   been doing surveillance on January 5th at the United States

15   Capitol?

16        A    No, sir.

17        Q    Let's talk about Dohnal Atkins [sic].

18             You indicated that you -- what efforts, I should

19   ask, what efforts did you take to try to track down this

20   gentleman named Dohnal Atkins -- Atkinson?

21        A    So one of our team members did a search and the

22   results that returned for Mr. Atkinson suggested that at

23   OTD, which is the FBI's operation technology division,

24   Mr. Atkinson requested escorted access while he was working

25   for an electricity company.

9755

1          So what escorted access is, if you don't have an

2    FBI clearance, you're not an FBI employee, you can't come

3    and perform work even if you're part of a maintenance crew

4    and walk around the building, you must be escorted.

5          So what it appears is that Mr Atkinson requested

6    escorted access at one of our facilities in 2009.  That was

7    the only record that the FBI had on Mr. Atkinson.

8    Q    Okay.

9          Well, do you know if there's more than one guy

10   named Dohnal Atkinson?

11   A    I don't know if there is or there isn't.

12   Q    Did you or your agent ever make an attempt to go

13   out to talk to this guy?

14   A    I have not.

15   Q    Okay.

16         I mean, do you know if the guy perhaps could be

17   retired from the FBI?

18   A    I think that was the -- I think he was -- he said

19   that he was retired.

20   Q    So he said he's a retired FBI agent, right?

21   A    Per Mr. Caldwell's testimony.

22   Q    Well, no, Mr. Atkinson.

23         I'm sorry, Mr. Atkinson.

24         You have not spoken to Mr. Atkinson; is that

25   right?

1      A    I have not spoken to Mr. Atkinson.

2      Q    Okay.  And not one of like the dozens of FBI

3  agents that have been around the courthouse in the last five

4  weeks, nobody has gone out to try to track this guy down and

5  ask him if he ever worked for the FBI?

6      A    No.

7           To my knowledge, someone searched FBI databases to

8  determine if he was an employee and that what I just

9  explained were the results of that search.

10     Q    Okay.

11          Well, were you aware that the prior search it took

12  almost 30 days for the FBI if figure out that Mr. Caldwell

13  worked for the FBI?

14          MR. NESTLER:  Objection.

15          THE COURT:  Sustained.

16  BY MR. FISCHER:

17     Q    Sir, the .22-caliber rifle, I just want to be

18  clear, you're not seriously suggesting that a

19  .22-caliber rifle is just as dangerous as some of the rifles

20  that were brought into court?

21     A    I'm absolutely suggesting that.  I don't think you

22  want to be shot with a .22 and neither would I.

23     Q    I wouldn't want to be stabbed with a pocket knife

24  either, but you would agree a machete is a little more

25  dangerous than a pocket knife, wouldn't you?

1      A     Sir, I think dead is dead.  You can't be more

2  deader with one or the other.

3      Q     Okay.

4            Well, sir, you realize a .22-caliber rifle is like

5  typically a gun that's used by like 12-year-old kids in

6  rural areas, not in D.C. but in rural areas?

7      A     What I know about .22 caliber rifles, usually .22,

8  because of their low recoil and the smaller bullet is

9  usually used as a training gun for starters when people

10 start to train to build on --

11     Q     Exactly.

12     A     -- to build before they get to higher calibers.

13           I know that .22s are used in a high amount of

14 crimes.  Based off of my knowledge of firearms, I know that

15 the .22 caliber round is the most common one sold round.

16           I know that when you talk about different rounds,

17 such as higher calibers .233, .556, .308, those rounds are

18 usually rounds that are going to penetrate and go through

19 human tissue.  Usually .22 caliber rounds will penetrate and

20 won't go through a human body, which most times make those

21 rounds more deadly than a round that goes

22 through-and-through.

23     Q     Sir, you're not seriously suggesting that a

24 squirrel gun is more dangerous than like a deer rifle or a

25 high powered rifle?

9758

1      A      I would say, sir, if you were shot in the head

2  with a .22, you would be dead.  And if you were shot in the

3  head with an assault rifle, you would be dead.  So I don't

4  think one deader is more deader than the other.

5      Q      Sir, a suppressor, isn't it true a suppressor is

6  perfectly legal to own?

7      A      No, sir.

8      Q      Well, sir, are you aware that a suppressor falls

9  under Title III of the Federal Firearms Act and that it's --

10 basically it's classified under Title III, you're aware of

11 that, aren't you?

12     A      No, sir.

13     Q      Okay.

14            Well, are you aware that to own a suppressor, all

15 you have to do is get fingerprinted, background check, and

16 pay a $200 transfer tax?  Are you aware of that?

17     A      I think that's what I testified earlier, about the

18 tax stamp.

19     Q      Well, if you can get it through a tax stamp, that

20 would mean it's legal to own, right?

21     A      Yes.  I said that, legally, you can't own it

22 without a tax stamp.  That was my testimony earlier.

23     Q      Okay.

24            And you certainly must be aware that suppressors

25 are used by competitive shooters to, when they have to shoot

9759

```
 1    thousands or tens of thousands of rounds, to help protect
 2    them from losing their hearing?
 3        A    No, sir.
 4        Q    You're not aware of that?
 5        A    No, sir.  I know competitive shooters.  And I've
 6    never seen them -- I've shot with them, and I've never seen
 7    them use a suppressor or mention that they would need one to
 8    reduce their hearing loss.
 9        Q    Were you aware that the FBI never found a
10    suppressor or silencer in Mr. Caldwell's House when they
11    searched it?
12        A    I've never seen any evidence that he had a
13    suppressor.
14        Q    Facebook unsent messages, were you aware that
15    there were a large chunk of messages that Mr. Caldwell sent
16    on the exact same date that was up on the screen here
17    earlier that had absolutely nothing to do with January 6th?
18        A    I saw some during Mr. Caldwell's testimony.  I saw
19    that's what he said.
20        Q    Okay.
21             The competitive shooters you shoot with, what kind
22    of handguns do they use?
23        A    It's different ranges of handguns from Glocks to
24    F&Ns to Heckler & Koch to -- I've seen multiple different
25    types of firearms.
```

9760

1          Q    Sir, I seem to recall -- I mean, this was a few

2    weeks ago.  I seem to recall -- when I asked you about gun

3    ownership and shooting in Florida, I seem to recall you

4    didn't really remember any gun ranges.

5          A    You asked me about hunting, sir.

6          Q    I think I asked you about target shooting at gun

7    ranges, too, and you didn't seem to remember anything about

8    that in Florida, right?

9          A    No, that's not true.  You asked me about hunting.

10   You asked me about if there are multiple ranges in Florida.

11               I shoot at the Brevard County Sheriff's Office

12   range, which is where the FBI trains.  We shoot four times

13   per year to qualify.  Or we shoot in Orlando at the

14   Orlando Police Department range, and that's where I've shot.

15               Usually the people I've shot with that are

16   competitive shooters are other law enforcement officers.

17         Q    Well, sir, that's an FBI range.  That's for law

18   enforcement officers, right?

19         A    Those are, the Sheriff's Office range and the

20   Orlando PD range.

21         Q    Well, the Sheriff's Office doesn't use

22   suppressors.

23               No, they don't, but you can take your personal

24   firearms there to use those facilities if you're a law

25   enforcement officer.

1          MR. FISCHER:  Your Honor, I have nothing else.

2          Thank you, sir.

3          THE WITNESS:  Thank you.

4          THE COURT:  Thank you, Mr. Fischer.

5          Okay.  Any redirect?

6          MR. NESTLER:  Yes, Your Honor, briefly.

7                            - - -

8                    REDIRECT EXAMINATION

9    BY MR. NESTLER:

10         Q    Good afternoon again, sir.

11         A    Good afternoon, sir.

12         Q    Just two short topics.  The first is on that tax

13   document that Mr. Crisp showed you.  Do you remember seeing

14   that?

15         A    Yes, sir.

16         Q    And if you just read me the sentence that I just

17   highlighted here at the bottom of the page 2.

18         A    "The filing requirements apply even if you owe

19   no tax."

20         Q    So that's what the IRS says; is that correct?

21         A    Yes, sir.

22         Q    Okay.  Thank you.

23              And now, Mr. Rhodes' lawyer asked you a couple of

24   questions about that three-way call and about messages that

25   Mr. Rhodes sent; is that correct?

9762

1          A     Yes, sir.

2          Q     And we showed you on direct examination

3    Government's Exhibit 9120 that had a number of messages for

4    Mr. Rhodes on January 6th; is that right?

5          A     Yes, sir.

6          Q     And did you say that those times were correct

7    compared to your review of the cell phone extractions?

8          A     I did.

9          Q     And are those times in Government's Exhibit 9120

10   consistent with the times in Government's Exhibit 1500,

11   which shows many different sort of videos and interactions?

12         A     Yes, sir.

13               MR. NESTLER:  If we could pull up Government's

14   Exhibit 1500, Ms. Rohde.  It's already in evidence.

15               If we can go to about 1:40 on the counter, please.

16               (Video played)

17               MR. NESTLER:  If we could pause right there.

18   BY MR. NESTLER:

19         Q     What the message that Stewart Rhodes sent to the

20   "D.C. Op Jan. 6, 21" chat at 1:25 p.m.?

21         A     "Pence is doing nothing.  As I predicted."

22         Q     And within about a minute or so after that message

23   was sent, what does Jessica Watkins say to the other members

24   of Stack 1 as they're standing near The Ellipse?

25         A     "Move."

1    Q    What do they do after she says "Move"?

2    A    They moved.

3         MR. NESTLER:  If we could play this forward,

4    please, Ms. Rohde.

5         (Video played)

6    BY MR. NESTLER:

7    Q    Now, at 1:38 p.m., what does Stewart Rhodes say to

8    the same Signal group?

9    A    "All I see Trump doing is complaining.  I see no

10   intent by him to do anything.  So the patriots are taking it

11   into their own hands.  They've had enough."

12   Q    If we can continue playing it forward, please.

13        (Video played)

14   BY MR. NESTLER:

15   Q    And the next message that Rhodes sends at 1:41

16   p.m. here to the "Leadership Intel Sharing Secured Chat."

17   Do you see that?

18   A    Yes, sir.

19   Q    What does Stewart Rhodes say to that chat here at

20   1:41 p.m.?

21   A    "Hey, the founding generation stormed the

22   governor's mansion in Massachusetts and tarred and feathered

23   his tax collectors.  And they seized and dumped tea in

24   water.  They didn't fire on them, but they street fought.

25   That's where we are now.  Next comes our Lexington."

1      Q      And remind us, what occurred at Lexington?

2      A      Lexington, or what is better known as the Battle

3  of Lexington and Concord, was the start of the American

4  Revolution.

5      Q      And do you see the word here on the second line,

6  "the founding generation stormed," do you see that?

7      A      Yes, sir.

8      Q      Within an hour of Stewart Rhodes sending this

9  message at 1:41 p.m., what occurred at approximately

10  2:40 p.m. with Kelly Meggs, Kenneth Harrelson,

11  Jessica Watkins and the remainder of Stack 1 with respect to

12  the Capitol?

13      A      They stormed into the U.S. Capitol.

14          MR. NESTLER:  I have no further questions,

15  Your Honor.

16          THE COURT:  All right.  Agent Harris, thank you

17  very much, you may step down.

18          THE WITNESS:  Thank you.

19          MR. CRISP:  I neglected to move in two exhibits

20  through this witness.  Can I have them marked and admitted

21  at later date?

22          THE COURT:  Sure.

23          MR. CRISP:  Thank you.

24          THE COURT:  All right.

25          MR. FISCHER:  Your Honor, if I didn't already,

1    I move in the 801 statement subject to redactions.

2              THE COURT:  Okay.  Those exhibits will be admitted

3    as well.

4                        (Defendant Caldwell Exhibit 136
                                received into evidence.)
5

6              THE COURT:  Mr. Nestler.

7              MR. NESTLER:  Your Honor, with that, the

8    government rests its rebuttal case.

9              THE COURT:  Okay.

10             Ladies and gentlemen, we've come to the end of the

11   evidentiary portion of the case.  There will be no more

12   witnesses, there will be no more evidence.

13             What is now left to do is for me to instruct you

14   and to hear the parties' closing arguments.

15             What we will do now is I'm going to just take

16   about -- excuse everybody just for about ten minutes or so

17   everybody has their break.  When we come back, I will read

18   you the instructions that will be guiding your deliberations

19   and that guide your consideration of the charges in this

20   case.

21             I will just tell you right now, they're quite a

22   few of them so it will probably take me to the end of the

23   day to read them into the record.  As you are listening to

24   them, do not feel obligated to write anything down or

25   memorize what you're hearing because each of you will have a

 1   hard copy of these instructions with you when you go to
 2   deliberate.  This is largely meant to provide a legal
 3   framework for you to hear in advance of the parties' closing
 4   arguments, and then, of course you will be bound by those
 5   instructions when you deliberate.
 6           So if you just give us no more than 15 minutes,
 7   we'll get organized and we'll get -- we'll have -- I'll
 8   instruct you when you return.  Thank you, everyone.
 9           COURTROOM DEPUTY:  All rise.
10           (Jury exited the courtroom.)
11           THE COURT:  Please be seated, everybody.
12   Thank you.
13           All right.  You are our juror in seat 16?
14           A JUROR:  Yes.
15           THE COURT:  So despite our best efforts to get
16   everything to the jury by the end of this week, it is not
17   going to happen.  So instead of keeping you here for an
18   incomplete trial, we will now dismiss you.
19           A JUROR:  Okay.
20           THE COURT:  I thank you on behalf of the courts,
21   on behalf of the parties for the service you've provided.
22   I know it's been a long slog, and in some sense perhaps
23   incomplete because you don't get to deliberate in the end.
24           A JUROR:  Yeah.
25           THE COURT:  But sounds like you have exciting

9767

```
 1    adventures on the back end of where you're going.
 2              A JUROR:  Yeah.  It's sort of nice to stop at
 3    least one thing happening in my life right now.
 4              THE COURT:  Well, this you can now put to the
 5    side.
 6              However, I will ask you, however, to remain bound
 7    by the instructions I've been giving throughout which is not
 8    to discuss the case with anyone, not to review any media
 9    about the case and not to do any independent research.
10    I think it's just best to follow those instructions,
11    particularly not discussing the case with anyone at this
12    point.
13              A JUROR:  Okay.
14              THE COURT:  And then we will let you know when
15    those restrictions are lifted.
16              A JUROR:  Okay.  Great, thanks.
17              THE COURT:  That's it.
18              Thank you.
19              A JUROR:  Can you move No. 15 off the floor?  It's
20    bad down there.  It's very loud.  I don't want to leave him
21    there alone.  And I know there's a seat in the back.
22              THE COURT:  All right.  Yeah, I think we can do
23    that.
24              A JUROR:  Okay.  Thanks.
25              THE COURT:  I'm sure he will very much appreciate
```

 1    it.

 2             A JUROR:  He's my buddy.

 3             THE COURT:  I also wanted you to get a chance to

 4    say goodbye, and hopefully, anyway, maybe you've exchanged

 5    contact information or not.

 6             A JUROR:  Okay.  Great, thank you.

 7             THE COURT:  All right.  Thank you, take care.

 8             COURTROOM DEPUTY:  All rise.

 9             (Applause)

10             THE COURT:  Okay.  Last thing, everybody had a

11    chance to -- well, put it differently.  Anything else about

12    the instructions you want to raise, speak now or forever

13    hold your peace, at least before me.

14             MR. FISCHER:  Your Honor, did the objections that

15    we made regarding like when I made on the seditious

16    conspiracy instruction, are those already preserved for the

17    record, or should I just --

18             THE COURT:  Everything is preserved for the

19    record.  The one thing we haven't done, which we will do, is

20    all the various emails you all have been sending us, we'll

21    get those docketed.  So in addition to the oral

22    conversations we had, those written arguments will be

23    preserved for the record as well.

24             MR. FISCHER:  Thank you.

25             THE COURT:  Okay.

```
 1              All right.  See everybody in ten minutes.
 2   Thank you.
 3              COURTROOM DEPUTY:  All rise.
 4              (Recess from 3:07 p.m. to 3:18 p.m.)
 5              THE COURT:  Please.
 6              MR. NESTLER:  We found one paragraph out of place
 7   in the instructions.  I just wanted to tell Mr. Alpert.
 8              THE COURT:  Do you want to make a quick change?
 9   And we can just print them out again.
10              (Pause)
11              COURTROOM DEPUTY:  Jury panel.
12              (Jury entered the courtroom.)
13              THE COURT:  All right.  Have a seat, everybody.
14              Welcome back, ladies and gentlemen.
15              And then there were 14.  And Juror 15, he's very
16   excited to be promoted to the second row.  Congratulations.
17              All right.  Ladies and gentlemen, the time has now
18   come when all of the evidence is in.  It is now up to me to
19   instruct you on the law.
20              Before we talk about the specific charges alleged
21   here and some of the specific issues in this case, I want to
22   take a few moments to talk about some general rules of law.
23   Some of these will repeat what I told you in my preliminary
24   instructions.
25              My function is to conduct this trial in an
```

1    orderly, fair, and an efficient manner, to rule on questions

2    of law, and to instruct you on the law that applies in this

3    case.  It is your duty to accept the law as I instruct you.

4    You should consider all the instructions as a whole.  You

5    may not ignore or refuse to follow any of them.

6          Your function as the jury is to determine what the

7    facts are in this case.  You are the sole judges of the

8    facts.  While it is my responsibility to decide what is

9    admitted as evidence during a trial, you alone decide what

10    weight, if any, to give to that evidence.  You alone decide

11    the credibility or believability of the witnesses.

12          You should determine the facts without prejudice,

13    fear, sympathy, or favoritism.  You should not be improperly

14    influenced by anyone's race, ethnic origin, or gender.

15    Decide the case solely from a fair consideration of the

16    evidence.

17          You may not take anything I may have said or done

18    as indicating how I think you should decide this case.  If

19    you believe that I've expressed or indicated any such

20    opinion, you should ignore it.  The verdict in this case is

21    your sole and exclusive responsibility.

22          If any reference by the Court or the attorneys to

23    the evidence does not coincide with your own recollection of

24    the evidence, it is your recollection that should control

25    during your deliberations.

1          During the trial, I permitted those jurors who

2     wanted to do so to take notes.  You may take your notebooks

3     with you to the jury room and use them during your

4     deliberations if you wish.  As I told you at the beginning

5     of trial, your notes are only to be used as an aid to your

6     memory.  They are not evidence in the case, and they should

7     not replace your own memory of the evidence.

8          Those jurors who have not taken notes should rely

9     on their memory of the evidence.  The notes are intended to

10    be for the note-taker's own personal use.

11         Now, every defendant in a criminal case is

12    presumed to be innocent.  This presumption of innocence

13    remains with the defendant throughout the trial and unless

14    and until the government has proven he or she is guilty

15    beyond a reasonable doubt.  This burden never shifts

16    throughout the trial.

17         The law does not require the defendant to prove

18    his innocence or to produce any evidence at all.  If you

19    find that the government has proven beyond a reasonable

20    doubt every element of a particular offense with which a

21    defendant is charged, it is your duty to find that defendant

22    guilty of that offense.

23         On the other hand, if you find the government has

24    filed to prove any element of a particular offense beyond a

25    reasonable doubt, you must find the defendant not guilty of

1    that offense.

2            The government has the burden of proving the

3    defendant -- a defendant guilty beyond a reasonable doubt.

4    Now, in civil cases, it is only necessary to prove that a

5    fact is more likely true than not or, in some cases, that

6    its truth is highly probable.

7            In criminal cases such as this one, the

8    government's proof must be more powerful than that.  It must

9    be beyond a reasonable doubt.  Reasonable doubt, as the name

10   implies, is a doubt based on a reason, a doubt for which you

11   have a reason based upon the evidence or lack of evidence in

12   the case.

13           If after careful, honest, and impartial

14   consideration of all the evidence you cannot say that you

15   are firmly convinced of a defendant's guilt, then you have a

16   reasonable doubt.

17           Reasonable doubt is the kind of doubt that would

18   cause a reasonable person, after careful and thoughtful

19   reflection, to hesitate to act in the graver or more

20   important matters in life; however, it is not an imaginary

21   doubt, nor a doubt based on speculation or guesswork.  It is

22   a doubt based on reason.  The government is not required to

23   prove guilt beyond all doubt or to a mathematical or a

24   scientific certainty.  Its burden is to prove guilt beyond a

25   reasonable doubt.

1          Now, one of the questions you were asked when you

2    were -- when we were selecting this jury was whether the

3    nature of the charges would affect your ability to render a

4    fair and impartial verdict.  There was a reason for that

5    question.  You must not allow the nature of the charges

6    themselves to affect your verdict.  You must consider only

7    the evidence that has been presented in this case in

8    rendering a fair and impartial verdict.

9          The weight of the evidence is not necessarily

10   determined by the number of witnesses testifying for each

11   side; rather, you should consider all the facts and

12   circumstances in evidence to determine which of the

13   witnesses you believe.  You might find that the testimony of

14   a smaller number of witnesses on one side is more believable

15   than the testimony of a greater number of witnesses on the

16   other side or you might find the opposite.

17         During your deliberations, you may consider only

18   the evidence properly admitted in this trial.  The evidence

19   in this case was the sworn testimony of the witnesses, the

20   exhibits that were admitted in evidence, and the facts

21   stipulated to by the parties.

22         During the trial, you were told that the parties

23   had stipulated -- that is, agreed -- to certain facts.  You

24   should consider any stipulation of fact to be undisputed

25   evidence.

1              When you consider the evidence, you are permitted

2     to draw from the facts that you find have been proven such

3     reasonable inferences as you feel are justified in the light

4     of your experience.  You should give any evidence such

5     weight as, in your judgment, it is fairly entitled to

6     receive.

7              The statements and arguments of the lawyers are

8     not evidence.  They're only intended to assist you in

9     understanding the evidence.  Similarly, the questions of the

10    lawyers are not evidence.

11             There are two types of evidence from which you may

12    determine what the facts are in this case:  direct evidence

13    and circumstantial evidence.  When a witness, such as an

14    eyewitness, asserts actual knowledge of a fact, that

15    witness' testimony is direct evidence.  On the other hand,

16    evidence of facts and circumstances from which reasonable

17    inferences may be drawn is circumstantial evidence.

18             Let me give you an example.  Assume a person

19    looked out a window and saw that snow was falling.  If he or

20    she later testified in court about what they had seen, that

21    person's testimony would be direct evidence that snow was

22    falling at the time it happened.  Assume, however, that the

23    person looked out a window and saw no snow on the ground and

24    then went to sleep and saw snow on the ground after waking

25    up.  That testimony about what had been seen would be

 1    circumstantial evidence that it had snowed while the witness

 2    was asleep.

 3            The law says that both direct and circumstantial

 4    evidence are acceptable as a means of proving a fact.  The

 5    law does not favor one form of evidence over another.  It is

 6    for you to decide how much weight to give to any particular

 7    evidence, whether it is direct or circumstantial.

 8            You are permitted to give equal weight to both.

 9    Circumstantial evidence does not require a greater degree of

10    certainty than direct evidence.  In reaching a verdict in

11    this case, you should consider all of the evidence

12    presented, both circumstantial and direct.

13            The lawyers in this case sometimes objected when

14    the other side asked a question or made an argument or

15    offered evidence that the objecting lawyer believed was not

16    proper.  You must not hold such objections against the

17    lawyer who made them or the party they represented.  It is

18    the lawyer's responsibility to object to evidence that they

19    believe is not admissible.

20            If during the course of the trial I sustain an

21    objection to a lawyer's question, you should ignore the

22    question, and you must not speculate as to what the answer

23    would have been.

24            If after a witness answered a question I ruled

25    that the answer should be stricken, you should ignore both

1    the question and the answer, and they should play no part in

2    your deliberations.

3              Likewise, exhibits as to which I have sustained an

4    objection or that I ordered stricken are not evidence, and

5    you must not consider them in your deliberations.

6              In determining whether the government has proved

7    its case, you must consider and weigh the testimony of all

8    the witnesses who have appeared before you.  You are the

9    sole judge of the credibility of the witnesses; in other

10   words, you alone are to determine whether to believe any

11   witness and the extent to which any witness should be

12   believed.

13             In reaching a conclusion as to the credibility of

14   any witness, you may consider any matter that may have a

15   bearing on the subject.  You may consider the demeanor and

16   the behavior of the witness on the witness stand; the

17   witness' manner of testifying; whether the witness impresses

18   you as a truthful person; whether the witness impresses you

19   as having an accurate memory and recollection; whether the

20   witness has any motive for not telling the truth, whether

21   the witness had a full opportunity to observe matters about

22   which he or she has testified; whether the witness has an

23   interest in the outcome of this case or friendship or

24   hostility towards other people concerned with this case.

25             Inconsistencies or discrepancies in the testimony

1   of a witness or between the testimony of different witnesses

2   may or may not cause you to discredit such testimony.  Two

3   more persons witnessing an incident or transaction may see

4   or hear it differently.  An innocent misrecollection, like a

5   failure of recollection, is not an uncommon experience.  In

6   weighing the effect of the inconsistency or discrepancy,

7   always consider what it pertains to -- excuse me, always

8   which consider whether it pertains to a matter of important

9   or unimportant detail and whether the inconsistency or

10  discrepancy results from innocent error or intentional

11  falsehood.

12        You may consider the reasonableness or

13  unreasonableness or the probability or improbability of the

14  testimony of a witness in determining whether to accept it

15  as true and accurate.  You may consider whether the witness

16  has been contradicted or supported by other credible

17  evidence.

18        If you believe that any witness has shown him- or

19  herself to be biased or prejudiced for or either against --

20  for or against either side in this trial, you may consider

21  and determine whether such bias or prejudice has colored the

22  testimony of the witness so as to effect the desire and

23  capability of that witness to tell truth.  You should give

24  the testimony of each witness such weight as, in your

25  judgment, it is fairly entitled to receive.

1          Now, the parties are permitted to call witnesses

2     who testify that they participated in the offenses charged

3     against the defendants, although the testimony of such a

4     witness should be considered with caution.  You should give

5     their testimony as much weight as, in your judgment, it

6     deserves.

7          You have heard evidence that two witnesses,

8     Jason Dolan and Graydon Young, entered into a plea agreement

9     with the government, pursuant to which they agreed to

10    testify truthfully in this case, and the government agreed

11    to dismiss certain charges against them and bring their

12    cooperation to the attention of the sentencing judge and

13    consider filing papers with their judge, which would permit

14    that judge to impose a more lenient sentence than the judge

15    might otherwise be able to impose.

16         The government is permitted to enter into these

17    kind of plea agreements.  You, in turn, may accept the

18    testimony of such witnesses and convict a defendant on the

19    basis of this testimony alone if it convinces you of a

20    defendant's guilt beyond a reasonable doubt.  Witnesses who

21    have entered into plea agreements are under the same

22    obligation to tell the truth as are any other witnesses.

23         The plea agreement does not project them against a

24    prosecution for perjury or false statement should they lie

25    under oath; however, you may consider whether witnesses who

1  have entered into such agreements have an interest different

2  from other types of witnesses.  You may consider whether the

3  plea agreements the witnesses entered into with the

4  government have motivated them to testify falsely against

5  the defendants.  Testimony of witnesses who have entered

6  into plea agreements should be considered with caution.  You

7  should give their testimony as much weight as in your

8  judgment it deserves.

9          You have heard testimony about witnesses meeting

10  with attorneys and/or investigators before they testified.

11  You are instructed that it is perfectly proper for a lawyer

12  or investigator to interview a witness in preparation for

13  trial.

14          A police officer or law enforcement agent's

15  testimony should be considered by you just as any other

16  evidence in the case.  In evaluating the officer's or

17  agent's credibility, you should use the same guidelines that

18  you apply to the testimony of any witness.  In no event

19  should you give either greater or lesser weight to the

20  testimony of any witness merely because he or she is a

21  police officer or a law enforcement agent.

22          Every defendant in a criminal case has an absolute

23  right not to testify.  Mr. Meggs and Mr. Harrelson have

24  chosen to exercise this right.  You must not hold this

25  decision against them and it would be improper for you to

9780

1   speculate as to the reason or reasons for their decisions.

2   You must not assume any defendant is guilty because they

3   chose not to testify.

4        A defendant also has a right to become a witness

5   on his or her own behalf.  Mr. Rhodes, Mr. Caldwell, and

6   Ms. Watkins have chosen to exercise their right to testify.

7   Their testimony should not be disbelieved merely because

8   they're defendants.  In evaluating their testimony, however,

9   you may consider the fact that the defendant has a vital

10  interest in the outcome of this trial.  As with the

11  testimony of any other witness, you should give a

12  defendant's testimony as much weight as in your judgment it

13  deserves.

14       Ms. Watkins has introduced testimony that in the

15  opinion of Montana Siniff, Ms. Watkins is law-abiding.

16  Mr. Caldwell has introduced testimony that in the opinion of

17  Rosier Dulaney Washington, Mr. Caldwell is a truthful and

18  honest person.  Such evidence may indicate to you that it is

19  unlikely that a law-abiding or truthful person would commit

20  the crimes charged or it may not.  You may consider this

21  evidence along with other evidence in the case, including

22  evidence that contradicts the character evidence, and give

23  it as much weight as you think it deserves.

24       Notwithstanding the evidence of character, if

25  after weighing all the evidence you are convinced beyond a

9781

1    reasonable doubt that the defendant is guilty of the crimes

2    charged, it is your duty to find the defendant guilty.

3          On the other hand, evidence of good character

4    alone may create a reasonable doubt as to a defendant's

5    guilt, although without it, the other evidence would be

6    convincing.

7          In this case, you heard the testimony of Jennifer

8    Banks, who expressed opinions concerning cell-site location

9    information.  You have also heard the testimony of Kathryn

10   Cain, who expressed opinions concerning forensic analysis of

11   digital evidence.

12         If scientific, technical, or other specialized

13   knowledge might assist the jury in understanding the

14   evidence or in determining a fact in issue, a witness who

15   possesses knowledge, skill, experience, training or

16   education may testify and state an opinion concerning such

17   matters.

18         You are not bound to accept this witness's

19   opinion.  If you find that the opinion is not based on

20   sufficient education or experience, that the reasons

21   supporting the opinion are not sound, or that the opinion is

22   outweighed by other evidence, you may completely or

23   partially disregard the opinion.  You should consider this

24   evidence with all the other evidence in the case and give it

25   as much weight as you think it fairly deserves.

1          Now, you have heard evidence that witnesses may

2   have made statements on an earlier occasion and that these

3   statements may be inconsistent with the testimony here at

4   trial.  It is for you to decide whether the witness made

5   such a statement and whether, in fact, it was inconsistent

6   with the witness's testimony here.  If you find such an

7   inconsistency, you may consider the early statement in

8   judging the credibility of the witness, but you may not

9   consider it as evidence that what was said in the earlier

10  statement was true.

11          You also have heard evidence that a witness,

12  Abdullah Rasheed, has been convicted of a crime.  You may

13  consider this conviction only in evaluating the credibility

14  of that witness's testimony in this case.

15          Certain evidence in this case has been admitted

16  only against a particular defendant and not admitted against

17  other defendants.  The evidence includes the following:

18  Exhibit 6923 is admitted against all defendants except slide

19  numbers that are identified in the instructions, which are

20  admitted only as to Mr. Caldwell.

21          Exhibits 9310, 9312, 9313, 9315 and 9340 are

22  admitted only against Mr. Caldwell.

23          The communications exchanged in Exhibit 10 --

24  excuse me, 2001.T.129 are admitted only against

25  Mr. Caldwell.  However, the unsent messages are not so

1    limited.

2            Unless I have previously instructed you otherwise,

3    all other evidence has been admitted against all defendants.

4            The transcript of a recording was furnished for

5    your convenience and guidance as you listen to the recording

6    to clarify portions of the recording which are difficult to

7    hear and to help you identify speakers.  The recording,

8    however, is the evidence in the case, the transcript is not.

9    If you notice any difference between the transcript and the

10   recording, you must rely only on the recording and not on

11   the transcript.  In addition, if you cannot determine from

12   the recording what particular words were spoken, you must

13   disregard the transcript as far as those words are

14   concerned.

15           During the course of this trial, some exhibits

16   were admitted in evidence.  Sometimes only parts of an

17   exhibit that are relevant to your deliberations were

18   admitted.  Where this has occurred, the irrelevant parts of

19   the exhibit were blacked out or otherwise removed or a video

20   may have been played without audio.  There are a variety of

21   reasons why only a portion of an exhibit is admitted,

22   including that other portions are inadmissible or implicate

23   an individual's privacy.

24           As you examine the exhibits and if you see -- and

25   excuse me, if you examine the exhibits and you see where

 1   there appear to be omissions, you should consider only the
 2   portions that were admitted.  You should not guess as to
 3   what has been taken out and you should not hold it against
 4   either party or any party.  You are to decide the facts only
 5   from the evidence that is before you.
 6          You have heard evidence about statements made to
 7   and by some defendants and other individuals.  The
 8   First Amendment of the United States Constitution protects
 9   an individual's right to free speech, including speech that
10   you may find to be vile, hateful or offensive.  The
11   First Amendment does not, however, protect a right to engage
12   in speech that is integral to criminal conduct.  You may not
13   find that a defendant committed a crime or that a conspiracy
14   existed simply because you find that a defendant or other
15   individuals engaged in speech that you find to be offensive.
16   You may, however, consider the statements made by defendants
17   and other individuals as evidence that, for example, a
18   conspiracy existed, a defendant entered into a conspiracy,
19   or a defendant had a certain motive, intent or knowledge.
20          You heard evidence that some defendants and other
21   individuals possessed firearms.  The Second Amendment of the
22   United States Constitution protects an individual's right to
23   possess firearms in certain circumstances, and there's
24   nothing inherently unlawful about doing so.
25          The Second Amendment does not, however, provide a

1    right to possess or use a firearm to commit a crime,

2    including to further a conspiracy.  You may not infer that a

3    defendant had a predisposition to engage in criminal conduct

4    simply because a person -- excuse me, a person lawfully

5    possessed firearms.  You may, however, consider this

6    evidence as circumstantial proof that a defendant planned to

7    do something unlawful.

8          The Oath Keepers organization is not a defendant

9    in this case and the defendants are not on trial for having

10   knowledge of or being associated with the Oath Keepers

11   organization.  In our system of justice, guilt or innocence

12   is personal and individual and you should not make any

13   inferences or speculate about other individuals you have

14   heard about in this trial or whether they have engaged with

15   crimes or engaged in crimes.

16         I've decided which defendants will stand trial

17   together and at which time.  The only issue for you to

18   decide is whether the government has proved each of these

19   defendants guilty beyond a reasonable doubt.

20         Now, the indictment charges that the offense of

21   seditious conspiracy was committed from a time period

22   commenced in or around November 2020 through in and around

23   January 2021.

24         The indictment also charges that the offense of

25   conspiracy to obstruct an official proceeding and conspiracy

1    to prevent an officer from discharging any duties was

2    committed from a time period commencing in and around

3    December 2020 through in and around January 2021.

4         The proof need not establish that a conspiracy

5    began and ended on an exact date.  Also, the proof need not

6    establish that a conspiracy existed for any particular

7    length of time.  It is sufficient if the evidence in the

8    case establishes beyond a reasonable doubt that the

9    conspiracy existed at any time in the window alleged.

10        The indictment also charges that the other

11   offenses were committed on or about certain dates.  The

12   proof need not establish with certainty the exact date of

13   the alleged offense.  It is sufficient if the evidence in

14   the case establishes beyond a reasonable doubt that the

15   offense was committed on a date reasonably near the date

16   alleged.

17        Someone's intent or knowledge ordinarily cannot be

18   proved directly because there's no way of knowing what a

19   person is actually thinking, but you may infer someone's

20   intent or knowledge from the surrounding circumstances.  You

21   may consider any statement made or acts done or omitted by

22   the defendants and all other facts and circumstances

23   received in evidence which indicate their intent or

24   knowledge.

25        You may infer, but you are not required to infer,

1    that a person intends the natural and probable consequences

2    of acts they intentionally did or did not do.  It is

3    entirely up to you, however, to decide what facts to find

4    from the evidence received during this trial.  You should

5    consider all the circumstances in evidence that you think

6    are relevant in determining whether the government has

7    proved beyond a reasonable doubt that the defendant acted

8    with the necessary state of mind.  While a defendant must

9    act with the intent as I described below for each charged

10   crime, this need not be the defendant's sole purpose.  A

11   defendant's unlawful intent is not negated by the

12   simultaneous presence of another purpose for the defendant's

13   conduct.

14        All right.  Now, with these preliminary

15   instructions in mind, let us turn to the charges against the

16   defendants as contained in the indictment.

17        The indictment itself is not evidence, it is

18   the -- it merely describes the charges made against each

19   defendant.  It is the means by which each defendant was

20   formally notified of the charges against him or her.  The

21   indictment is merely an accusation.  It may not be

22   considered by you as evidence of the guilt of any defendant,

23   and you must not draw any inference of guilt from it.

24        The indictment in this case contains conspiracy

25   charges and other charges.  The indictment alleges that the

1  defendant agreed to oppose by force the lawful transfer of

2  Presidential power following the 2020 U.S. Presidential

3  election and, in so doing, that the defendants violated

4  three separate conspiracy laws.

5  The first conspiracy charge in Count 1, seditious

6  conspiracy, which charges the defendants -- charges that the

7  defendants entered an agreement to try to stop the lawful

8  transfer of power by opposing by force the authority of the

9  government of the United States or to use force to prevent,

10 hinder, and delay the execution of any law of the

11 United States.

12 The second conspiracy charge is Count 2,

13 conspiracy to obstruct an official proceeding, which charges

14 that the defendants entered an agreement to obstruct an

15 official proceeding; that is, Congress's session on January

16 6th, 2021, to certify the Electoral College votes.

17 And third conspiracy charge is Count 4, conspiracy

18 to prevent members of Congress from discharging their

19 duties.

20 With regard to the other charges, Count 3 of the

21 indictment charges all five defendants with obstruction of

22 an official proceeding, meaning Congress's session on

23 January 6th to certify the Electoral College votes.

24 Count 5 charges Defendants Kelly Meggs,

25 Kenneth Harrelson, and Jessica Watkins with destruction of

9789

government property for the alleged damage to property at
the U.S. Capitol on January 6th.

Count 6 charges Jessica Watkins with committing an
act to obstruct, impede, or interfere with law enforcement
officers lawfully carrying out their official duties
incident to a civil disorder for allegedly interfering with
police officers inside the Capitol on January 6th.

Finally, Counts 7, 8, 9, and 10 charge
Defendant Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,
and Thomas Caldwell with obstruction of justice for
tampering with documents or proceedings.

These charges are based on the allegations that
these defendants, after January 6th, deleted certain content
from their cell phones or social media accounts, or in the
case of Stewart Rhodes, encouraged or instructed other
people to delete the content to prevent the grand jury from
obtaining that content.

Now, the law of conspiracy I am about to explain
to you applies to Count 1, charging the defendants with
seditious conspiracy; Count 2, charging the defendants with
conspiracy to obstruct an official proceeding; and Count 4,
charging the defendants with conspiracy to prevent members
of Congress from discharging their duties.  I will instruct
you as to each of those offenses.  But, first, I will
instruct you as to certain principles about conspiracies

1    that apply to all three of these offenses.

2           A conspiracy is an agreement by two or more

3    persons to join together to accomplish some unlawful

4    purpose.  To sustain its burden of proof with respect to

5    each of the offenses charged in Counts 1, 2, and 4 -- that

6    is, seditious conspiracy, conspiracy to obstruct an official

7    proceeding, and it's a conspiracy to prevent members of

8    Congress from discharging their duties -- the government

9    must prove beyond a reasonable doubt the following two

10   elements.

11          First, the existence of the charged conspiracy --

12   that is, the existence of an agreement or understanding to

13   commit the unlawful object of such conspiracy; and, second,

14   that the defendant knowingly became a member of the

15   conspiracy with intent to achieve the illegal object of the

16   charged conspiracy.

17          Now, I will separately discuss each of these

18   elements.

19          The first element of the crime of conspiracy is

20   the existence of an agreement.  The government must prove

21   beyond a reasonable doubt that two or more persons knowingly

22   and intentionally arrived at a mutual understanding or

23   agreement, either explicitly or implicitly, to work together

24   to achieve the overall objectives of the conspiracy.

25          The government does not have to prove the

1    existence of a formal or written agreement or an express

2    oral agreement spelling out the details of the

3    understanding.  The government also does not have to prove

4    that all members of the conspiracy directly met or discussed

5    between themselves their unlawful objectives or agreed to

6    all the details or agreed to what the means were by which

7    the objectives would be accomplished.

8         What the government must prove beyond a reasonable

9    doubt is that two or more persons in some way or manner

10   arrived at some type of agreement, mutual understanding, or

11   meeting of the minds to try to accomplish a common and

12   unlawful objective.

13        You may consider both direct evidence and

14   circumstantial evidence in deciding whether the government

15   has proved beyond a reasonable doubt that an agreement or

16   mutual understanding existed.  You may find that the

17   existence of a conspiracy, based on reasonable inferences

18   drawn from the actions and statements of the alleged members

19   of the conspiracy, from the circumstances surrounding the

20   scheme, from the evidence of related facts and circumstances

21   which prove that the activities of the participants in a

22   criminal venture, could not have been carried out except as

23   a result of a preconceived agreement, scheme, or

24   understanding.

25        It does not matter whether the persons who formed

1    the agreement actually carried out their plans or whether

2    the agreement ultimately was successful.  Proof concerning

3    the accomplishment of the object of a conspiracy may be

4    evidence of the existence of the conspiracy itself; in other

5    words, success in carrying out an act, if you believe it was

6    carried out, may be proof of the agreement itself.  But as I

7    said, it is not necessary that the conspiracy actually

8    succeed in its purpose for you to conclude that it existed.

9         If you conclude that the government has proven

10   beyond a reasonable doubt that the conspiracy you are

11   considering existed and that the conspiracy had, as its

12   object one of the illegal purposes charged in the

13   indictment, then you must next determine whether the

14   defendant intentionally participated in that conspiracy with

15   knowledge of its unlawful purposes and with the intent to

16   further its unlawful objectives.

17        The government must prove beyond a reasonable

18   doubt that the defendant knowingly and intentionally entered

19   into the conspiracy with criminal intent; that is, with a

20   purpose to violate the law; that he or she agreed to take

21   part in the conspiracy to promote and cooperate in its

22   unlawful objectives.

23        "Unlawfully" simply means contrary to law.  A

24   defendant does not need to have known that he or she was

25   breaking any particular law, but he or she must be aware of

1    the generally unlawful nature of their acts.

2         The terms "knowingly" and "intentionally" mean

3    that to find a defendant joined the conspiracy, you must

4    conclude beyond a reasonable doubt that, in doing so, he or

5    she knew what they were doing; in other words, that the

6    defendant took the actions and questions deliberately and

7    voluntarily.

8         An act is done knowingly and intentionally if it

9    is done deliberately and purposely -- that is, the

10   defendant's acts must have been the product of a defendant's

11   conscious objective rather than the product of a mistake or

12   accident or mere negligence or some other innocent reason.

13        You have heard evidence of certain acts and

14   conversations that are alleged to have taken place with a

15   defendant or while a defendant was listening to, watching,

16   or reading the conversations or observing the acts.  You

17   may, but are not required to, consider this evidence in

18   determining whether these acts and conversations show beyond

19   a reasonable doubt a defendant's knowledge of the unlawful

20   purposes of the conspiracy.  You may consider this evidence

21   along with other evidence in the case and give it as much

22   weight as you think it deserves.

23        It is not necessary for the government to show

24   that the defendant was fully informed as to all of the

25   details of the conspiracy for you to infer knowledge on his

 1  or her part.  To have guilty knowledge, the defendant need

 2  not know the full extent of the conspiracy or all of the

 3  activity of all of its participants.

 4         It is not necessary for the defendant to know

 5  every other member of the conspiracy.  In fact, the

 6  defendant may only -- in fact, the defendant may know only

 7  one other member of the conspiracy and still be a

 8  co-conspirator.  It is enough if he or she participated as a

 9  conspirator unlawfully, intentionally, and knowingly, as

10  I've defined those terms.

11         The duration and extent of a defendant's joining

12  of the agreement has no bearing on the issue of the

13  defendant's guilt.  The defendant need not have joined the

14  conspiracy at the outset.  With regard to liability for

15  conspiracy (although not substantive offenses), the

16  defendant may have joined the conspiracy at any time in its

17  progress, and will still be held responsible for all that

18  was done before he joined, if those acts were reasonably

19  foreseeable and within the scope of the defendant's

20  agreement, and for all that was done during the conspiracy's

21  existence while he or she was a member.

22         Each member of a conspiracy may perform separate

23  and distinct acts or no acts at all.  Some conspirators may

24  play major roles, while others may play only a minor role in

25  the scheme.  An equal role is not what the law requires, and

9795

1    a defendant does not need to perform any specific act beyond

2    joining the conspiratorial agreement.

3          I want to caution you, however, that a person's

4    mere association with a member of a conspiracy does not make

5    that person a member of the conspiracy, even when that

6    association is coupled with knowledge that the conspiracy is

7    taking place.  For example, mere presence at the scene of a

8    crime, even coupled with knowledge that a crime is taking

9    place, is not sufficient to support a conviction for

10   conspiracy; in other words, knowledge without agreement is

11   not sufficient.  What is necessary is that the defendant has

12   joined the conspiracy with knowledge of its unlawful

13   purposes and with an intent to aid in the accomplishment of

14   its unlawful objectives.

15         A person may know or be friendly with a

16   co-conspirator without being a conspirator himself.  Mere

17   similarity of conduct or the fact that persons may have

18   assembled together and discussed common aims and interests

19   does not necessarily establish membership in a conspiracy.

20         I also want to caution you that mere knowledge of

21   or acquiescence to the unlawful plan, without agreement in

22   it, is not sufficient.  Moreover, the fact -- the acts of

23   the defendant without mere knowledge -- merely happen to

24   further -- excuse me.

25         Moreover, the fact that the acts of the defendant

1  without knowledge merely happened to further the purposes or

2  objectives of a conspiracy does not make the defendant a

3  member.  More is required under the law.  The defendant must

4  have joined the agreement with knowledge of at least some of

5  the purposes or objectives of the conspiracy and with the

6  intention of aiding in the accomplishment of those

7  unlawful ends.

8       In sum, you must find beyond a reasonable doubt

9  that the defendant, with an understanding of the unlawful

10  nature of the conspiracy, intentionally engaged, advised, or

11  assisted in the conspiracy for the purpose of furthering an

12  illegal undertaking.  The defendant thereby becomes a

13  knowing and willing participant in it unlawful agreement;

14  that is to say, a conspirator.

15       A conspiracy, once formed, is presumed to continue

16  until either its objective is accomplished or there is some

17  affirmative act of termination by its members.  Similarly,

18  once a person is found to be a member of a conspiracy, he is

19  presumed to continue his membership in the venture until its

20  termination.

21       It is not essential that the government prove that

22  a particular conspiracy alleged in the indictment started or

23  ended on any of the specific dates described for that

24  conspiracy.  It is sufficient if you find that the

25  conspiracy was formed and it existed within the times set

1  forth in the indictment.

2          All right.  Let's turn to the individual

3  counts now.

4          Count 1 of the indictment charges that from in and

5  around November 2020 through and in and around January of

6  2021, the defendants participated in a conspiracy to do at

7  least one of two things:

8          One, to oppose by force the authority of the

9  government of the United States; or, two, to prevent,

10  hinder, or delay the execution of any law of the

11  United States by force.

12          In order to find a defendant guilty of conspiring

13  to oppose by force the authority of the government of the

14  United States or to prevent, hinder, or delay the execution

15  of any law of the United States by force, you must find that

16  the government proved each of the following two elements

17  beyond a reasonable doubt.

18          First, that the defendant conspired or agreed with

19  at least one other person with the goal of opposing by force

20  the authority of the government of the United States or

21  preventing, hindering, or delaying the execution of any law

22  of the United States by force.

23          Second, the defendant joined or entered into that

24  agreement with the awareness of one or both of its unlawful

25  goals.  I've already instructed you generally on

1    conspiracies.

2          But I will now give you additional instructions

3    specific to the offense of seditious conspiracy charged in

4    Count 1.

5          The object of a conspiracy is the illegal goal

6    that the conspirators agree or hope to achieve.  A

7    conspiracy may have more than one object.

8          Count 1 charges the defendants with conspiring to

9    achieve two separate goals or objects.  One, opposing the

10   authority of the government of the United States by force;

11   and, two, preventing, hindering, or delaying the execution

12   of any law of the United States by force.  Although two

13   separate goals of the conspiracy are charged, you may find

14   the conspiracy proved if it is established that either one

15   of those goals was agreed to by two or more persons.

16         The government is not required to prove both goals

17   of the conspiracy; however, the government must prove at

18   least one of those two goals beyond a reasonable doubt.  If

19   the government has not proved that at least one of the goals

20   was a goal of the conspiracy charged in Count 1, your

21   verdict must be not guilty.

22         As to either or both goals, which you may find the

23   co-conspirators -- excuse me.

24         As to either or both goals which you may find the

25   conspirators agreed to promote, you must be unanimous.  For

1    example, if some of you find that the conspirators agreed

2    only to oppose by force the authority of the government of

3    the United States and the remaining jurors find that the

4    conspirators agreed only to prevent, hinder, or delay the

5    execution of any law of the United States by force, that is

6    not enough.  You must be unanimous as to one or the other

7    or both.

8           The two goals of the conspiracy charged in the

9    Indictment:  One, to oppose by force the authority of the

10   government of the United States; and, two, to prevent,

11   hinder or delay the execution of any law of the

12   United States by force.  Both have, as a common agreement,

13   the intent to use force against the United States,

14   functioning through its government.

15          I will now explain these concepts.

16          To determine whether the conspiracy was to oppose

17   by force the authority of the United States, you must

18   consider whether the agreement was to oppose the authority

19   of the United States and whether that agreement was to do so

20   by force.  The agreement must be to resist some positive

21   assertion or actual exercise of authority by the government.

22          Resist means to act in opposition to, to endeavor

23   to counteract, defeat, or frustrate.

24          Authority, for purposes of this offense, means the

25   legal or rightful power of the United States Government.

9800

1          An agreement to merely violate the law is not

2     sufficient.

3          To determine whether the conspiracy was to

4     prevent, hinder, or delay the execution of any law of the

5     United States by force, you should determine whether the

6     agreement was to forcibly resist the authority of the

7     United States while it endeavored to carry the laws into

8     execution, or put differently, you should determine whether

9     the agreement was to exert force against the government of

10    the United States in its execution of the laws of the

11    United States.

12         Authority and resist carry the same definitions as

13    above.

14         The laws for purposes of this goal are those

15    governing the transfer of Presidential power, including the

16    United States Constitution, specifically Article II and the

17    Twelfth Amendment, and Title e, Section 15 of the

18    United States Code.  Twelfth Amendment of the Constitution

19    provides that the Vice President, as the President of the

20    Senate, must, in the presence of the Senate and House of

21    Representatives, open all the certificates for Presidential

22    election sent by the electors to Congress.

23         Title 3, Section 15 of the United States Code

24    further provides that the Senate and House of

25    Representatives must meet for that purpose at 1:00 p.m. on

1    January 6th following a Presidential election.

2            Finally, Article II to the United States

3    Constitution, as amended by the Twelfth and Twentieth

4    Amendments, provides that the person with the greatest

5    number of votes, after that person takes the required oath,

6    shall become President on January 20th.  An agreement merely

7    to violate the law is not sufficient.

8            Both goals of the seditious conspiracy require an

9    agreement that physical force would be used.  An agreement

10   to accomplish the goals of the conspiracy by litigation,

11   advocacy, protest, or deceit is insufficient.

12           Force is defined in the conventional or ordinary

13   sense.

14           An act involves force if it threatens or results

15   in violence or if it threatens or results in harming or

16   destroying property or harming or killing people.

17           It is not necessary for the government to show

18   that force was actually used by the conspirators, nor is it

19   necessary for the government to prove that the conspirators

20   agreed as to every detail of how force was to be used or as

21   to the specific targets of the use of force; however, the

22   government must prove at least that the conspirators

23   intended that force would be used.

24           Okay.  Count 2 of the indictment charges that from

25   in and around December 2020 through in and around January

9802

1  2021, the defendants participated in a conspiracy to

2  obstruct an official proceeding.  In order to find a

3  defendant guilty of conspiring to obstruct an official

4  proceeding, you must find that the government proved each of

5  the following two elements beyond a reasonable doubt.

6           First, that the defendant conspired or agreed with

7  at least one other person with the goal of committing the

8  crime of obstructing an official proceeding; second, that

9  the defendant joined or entered into that agreement with the

10  awareness of its unlawful goal.

11           I've already instructed you generally on

12  conspiracies.  The instructions in Count 3 which charges

13  each defendant individually with obstruction of an official

14  proceeding and which I am about to provide apply equally to

15  Count 2 when you are considering whether each defendant

16  conspired to commit the crime that is charged in Count 3

17  substantively.

18           Let me read that one more time, it's a little

19  confusing.

20           I've already instructed you generally on

21  conspiracies.  The instructions on Count 3, which is the

22  next count, which charges each defendant individually with

23  obstructing an official proceeding, and I'm about to

24  instruct you on, that applies equally to Count 2 when you

25  are considering whether each defendant conspired to commit

1    the crime that is charged substantively in Count 3.

2            Count 3 of the indictment charges each defendant

3    individually with corruptly obstructing an official

4    proceeding on or about January 6th of 2021, which is a

5    violation of the law.  Count 3 also charges each defendant

6    individually with attempting to obstruct or impede an

7    official proceeding and aiding and abetting others to commit

8    that offense.

9            I will first explain the elements of the

10   substantive offense along with its associated definitions.

11   Then I will explain how to determine whether each defendant

12   attempted the offense, whether each defendant aided and

13   abetted the offense, or whether each defendant can be held

14   responsible for the offense under co-conspirator liability.

15           In order to find a defendant guilty of corruptly

16   obstructing an official proceeding, you must find that the

17   government proved each of the following four elements beyond

18   a reasonable doubt.

19           First, the defendant obstructed or impeded an

20   official proceeding.  Second, the defendant intended to

21   obstruct or impede the official proceeding.  Third, the

22   defendant acted knowingly with awareness that the natural

23   and probable effect of the defendant's conduct would be to

24   obstruct or impede the official proceeding.  Fourth, the

25   defendant acted corruptly.

9804

1          The term official proceeding includes a proceeding

2    before Congress.  If the official proceeding was not pending

3    at the time of the offense, the government must prove beyond

4    a reasonable doubt that the official proceeding was

5    reasonably foreseeable to the defendant.  As used in

6    Counts 2 and 3, the term official proceeding means

7    Congress's Joint Session to certify the Electoral College

8    vote.

9          A person acts knowingly if he realizes what he is

10    doing and is aware of the nature of his conduct and does not

11    act through ignorance, mistake, or accident.  In deciding

12    whether a defendant acted knowingly, you may consider all

13    the evidence, including what the defendant did or said.

14          To act corruptly, the defendant must use unlawful

15    means or have an improper purpose or both.  The defendant

16    must also act with consciousness of wrongdoing.

17          Consciousness of wrongdoing means with an

18    understanding or awareness that what the person is doing is

19    wrong.

20          Not all attempts to obstruct or impede an official

21    proceeding involve acting corruptly.  For example, a witness

22    in a court proceeding may refuse to testify by invoking his

23    constitutional privilege against self-incrimination; thereby

24    obstructing or impeding the proceeding, but he does not act

25    corruptly.

1          In contrast, an individual who obstructs or

2     impedes a court proceeding by engaging in conduct such as

3     offering illegal bribes, engaging in violence, committing

4     fraud or through other independently unlawful conduct is

5     acting corruptly.

6          While the defendant must act with intent to

7     obstruction the official proceeding this need not be the

8     defendant's sole purpose.  A defendant's unlawful attempt to

9     obstruction justice is not negated by the simultaneous

10    presence of another purpose for the defendant's conduct.

11         In Count 3, each defendant is also charged

12    individually with attempting to commit the crime of

13    obstruction of an official proceeding; that is, attempting

14    to commit the crime of obstruction of an official

15    proceeding.

16         An attempt to commit obstruction of an official

17    proceeding is a crime even if the defendant did not actually

18    complete the crime of obstruction of an official proceeding.

19         In order to find the defendant guilty of

20    attempting to commit obstruction of an official proceeding,

21    you must find that the government proved beyond a reasonable

22    doubt each of the following two elements.

23         First, that the defendant intended to commit the

24    crime of obstruction of an official proceeding as I have

25    defined that offense above.

1          Second, that the defendant took a substantial step

2     toward committing obstruction of an official proceeding,

3     which strongly corroborates or confirms that the defendant

4     intended to commit that crime.

5          With respect to the first element of attempt, you

6     may not find the defendant guilty of attempt to commit

7     obstruction of an official proceeding merely because the

8     defendant thought about it.  You must find that the evidence

9     proved beyond a reasonable doubt that the defendant's mental

10    state passed beyond the stage of thinking about the crime to

11    actually intending to commit it.

12         With respect to the substantial step element, you

13    may not find the defendant guilty of attempt to commit

14    obstruction of official proceeding merely because the

15    defendant made some plans to or some preparation for

16    committing that crime.  Instead, you must find that the

17    defendant took some firm, clear, undeniable action to

18    accomplish the defendant's intent to commit obstruction of

19    an official proceeding.

20         However, the substantial step element does not

21    require the government to prove that the defendant did

22    everything except the last act necessary to complete the

23    crime.

24         In this case, the government further alleges that

25    the defendants aided and abetted others in committing or

1    attempting to commit obstruction of an official proceeding

2    as charged in Count 3.  A person may be guilty of an offense

3    if he aided and abetted another person in committing the

4    offense.  A person who has aided and abetted another person

5    in committing an offense is often called an accomplice.  The

6    person whom the accomplice aids and abets is known as the

7    principal.  It is not necessary that all the people who

8    committed the crime be caught or identified.  It is

9    sufficient if you find beyond a reasonable doubt that the

10   crime was committed by someone and that the defendant

11   knowingly and intentionally aided and abetted that person in

12   committing the crime.

13          In order to find the defendant guilty of

14   obstruction of an official proceeding because the defendant

15   aided and abetted others in committing this offense or

16   attempting to commit this offense, you must find that the

17   defendant proved beyond a reasonable doubt the following

18   five requirements.

19          First, that others committed or attempted to

20   commit obstruction of an official proceeding by committing

21   each of the elements of the offense charged as I have

22   explained above.

23          Second, that the defendant knew that obstruction

24   of an official proceeding was going to be committed, was

25   being committed, or was attempted to be committed by others.

1          Third, that the defendants performed -- that
2    defendant performed an act or acts in furtherance of the
3    offense.
4          Fourth, that the defendant knowingly performed
5    that act or acts for the purpose of aiding, assisting,
6    soliciting, facilitating or encouraging others in committing
7    or attempting to commit the offense of obstruction of an
8    official proceeding.
9          Fifth, that the defendant did that act or acts
10   with the intent that others commit or attempt to commit the
11   offense of obstruction of an official proceeding.
12          To show that the defendant performed an act or
13   acts in furtherance of the offense charged, the government
14   needs to show some affirmative participation by the
15   defendant which at least encouraged others to commit the
16   offense; that is, you must find that the defendants' acts,
17   act or acts did in some way assist, aid, facilitate or
18   encourage others to commit the offense.
19          The defendant's act or acts need not further aid,
20   assist, facilitate or encourage every part or phase of the
21   offense charged.  It is enough if the defendants act or acts
22   further aid, assist, facilitate or encourage only one or
23   some parts or phases of the offense.
24          Also, the defendants' acts need not themselves be
25   against the law.

1          In deciding whether the defendant has required

2    knowledge -- had the required knowledge and intent to

3    satisfy the fourth requirement for aiding and abetting, you

4    must consider both direct and circumstantial evidence,

5    including the defendant's words and actions and other facts

6    and circumstances.

7          However, evidence that the defendant merely

8    associated with purpose -- persons involved in a criminal

9    venture or was merely present or is merely a knowing

10   spectator during the commission of the offense is not enough

11   for you to find the defendant guilty as an aider and

12   abettor.

13         If the evidence shows that the defendant knew that

14   the offense was being committed or was about to be committed

15   but does not also prove beyond a reasonable doubt that it

16   was the defendant's intent and purpose to assist, aid,

17   encourage, facilitate, or otherwise associate himself with

18   the offense, you may not find the defendant guilty of

19   obstruction of an official proceeding as an aider and

20   abettor.

21         The government must prove beyond a reasonable

22   doubt that the defendant in some way participated in the

23   offense committed by others as something the defendant

24   wished to bring about and to make succeed.

25         In this case, the government further alleges that

1    the defendants are guilty of the crime of obstruction of an

2    official proceeding as charged in Count 3 based on what is

3    called a co-conspirator liability.  A defendant is

4    responsible for an offense committed by another member of

5    the conspiracy if the defendant was a member of the

6    conspiracy when the offense was committed and if the offense

7    was committed in furtherance of and as a natural consequence

8    of the conspiracy.

9          In order to find a defendant guilty of obstruction

10   of an official proceeding as charged in Count 3, you must

11   fiend that the government proved beyond a reasonable doubt

12   the following six requirements.

13         First, the defendant knowingly joined a

14   conspiracy.

15         Second, the charged offense was committed by a

16   member of that conspiracy.

17         Third, the defendant was a member of the

18   conspiracy at the time the charged offense was committed.

19         Fourth, that the charged offense was committed

20   during the existence of the conspiracy.

21         Fifth, that charged offense was committed in

22   furtherance of the conspiracy.

23         And, sixth, that the charged offense was a

24   reasonably foreseeable consequence of the conspiracy.

25         It is not necessary that the crime was intended as

1    part of the original plan; only that it was a reasonably

2    foreseeable consequence of the original plan.

3            The principles governing conspiracy that I

4    explained above apply here as well.

5            Now, a defendant may be found guilty of the

6    offense charged in Count 3 if the defendant obstructed an

7    official proceeding, attempted to obstruct an official

8    proceeding, aided and abetted the obstruction of an official

9    proceeding, or as a result of co-conspirator liability.

10            Each of these four ways of committing the offense

11    is described in the instructions that I've just given you.

12    You are not required to consider the ways of committing this

13    offense in any particular order.  If you find beyond a

14    reasonable doubt that the defendant committed the offense of

15    obstruction of an official proceeding in any one of these

16    four ways, you should find the defendant guilty of Count 3,

17    and you need not consider whether the defendant committed

18    the offense of obstruction of an official proceeding in the

19    other three ways.

20            Count 4 of the indictment charges that the

21    defendants from in and around December 2020 through in and

22    around January 2021 conspired to prevent members of Congress

23    from discharging their duties, which is a violation of the

24    law.  In order to find the defendant guilty of conspiring to

25    prevent members of Congress from discharging their duties,

1    you must find that the government proved each of the

2    following two elements beyond a reasonable doubt.

3           First, that the defendant agreed with at least one

4    other person to, by force, intimidation, or threat

5    (1) prevent a Member of Congress from discharging a duty as

6    a member of Congress or (2) induce a Member of Congress to

7    leave the place where the Member of Congress's duties are

8    required to be performed.

9           Second, that the defendant knew of the agreement

10   and willfully joined the agreement.

11          I've already instructed you generally on

12   conspiracies, and the instruction I gave you earlier about

13   unanimity with respect to the objects or goals of the

14   conspiracy applies equally here.

15          As to either or both goals which you may find the

16   co -- excuse me.

17          As to either or both goals which you may find the

18   conspirators agreed to promote, you must be unanimous.

19          I've just instructed you on the three conspiracy

20   counts alleged in the indictment, Counts 1, 2, and 4.  Proof

21   that a defendant was a member of a separate, uncharged

22   conspiracy would not prevent you from also finding that

23   defendant guilty of the conspiracy counts alleged in

24   Counts 1, 2 and 4.

25          However, if you find that a defendant was only a

1    member of a separate uncharged conspiracy but not any of the

2    three conspiracy counts alleged in Counts 1, 2, or 4, you

3    must acquit that defendant of the three conspiracy counts.

4           Count 5 of the indictment charges Kelly Meggs,

5    Kenneth Harrelson, and Jessica Watkins with injuring,

6    damaging, or destroying property of the United States on or

7    about January 6th, 2021.

8           Count 5 also charges the same three defendants

9    with attempting to injure, damage, or destroy property of

10   the United States and with aiding and abetting others to

11   commit that offense.

12          I will first explain the elements of the

13   substantive offense; then I will instruct you on the

14   elements for attempting to commit the crime and aiding and

15   abetting others to commit the crime.

16          In order to find a defendant guilty of injuring,

17   damaging, or destroying property of the United States, you

18   must find that the government proved each of the following

19   four elements beyond a reasonable doubt.

20          First, that the defendant injured, damaged, or

21   destroyed property.

22          Second, that the defendant did so willfully.

23          Third, that the property involved was property of

24   the United States or of any department or agency thereof.

25          And, fourth, that the damage or attempted damage

9814

to the property in question exceeded the sum of $1,000.

A defendant acts willfully if the defendant acted with a bad purpose or knowledge that the defendant's conduct was unlawful.  While the government must show that a defendant knew that the conduct was unlawful, the government does not need to prove that the defendant was aware of the specific law that the defendant's conduct violated.

The government also does not need to prove that the defendant knew that the property belonged to the United States.

You must decide whether the value of the property damaged was $1,000 or more.

"Value" means fair market value at the time and place where the property was allegedly damaged or destroyed. The fair market value of the damaged or destroyed property is measured by the cost of repairing or the cost of replacing the property, whichever is less.

Do not speculate or guess at the value of the property.  Base your determination only on the evidence.

In Count 5, Kelly Meggs, Kenneth Harrelson, and Jessica Watkins are also charged with attempting to commit the crime of injuring, damaging, or destroying property of the United States.  An attempt to commit this crime is against the law even if a defendant did not actually complete the crime.

1          In order to find a defendant guilty of attempt to

2     commit the crime of injuring, damaging, or destroying

3     property of the United States, you must find that the

4     government proved beyond a reasonable doubt each of the

5     following two elements.

6          First, the defendant intended to commit the crime

7     of injuring, damaging, or destroying property of the

8     United States as I have defined that offense above.

9          Second, that the defendant took a substantial step

10    toward committing the crime of injuring, damaging, or

11    destroying property of the United States, which strongly

12    corroborates or confirms the defendant intended to commit

13    that crime.

14         The principles governing intent that I explained

15    above apply here as well.

16         The government further alleges Kelly Meggs,

17    Kenneth Harrelson, and Jessica Watkins aided and abetted

18    others to commit or attempt to commit the crime of injuring,

19    damaging, or destroying the property of the United States as

20    charged in Count 5.  In order to find a defendant guilty of

21    this offense, because the defendant aided and abetted others

22    in committing it or attempting to commit it, you must find

23    that the government proved beyond a reasonable doubt the

24    following five requirements.

25         First, that others committed or attempted to

1    commit the crime of injuring, damaging, or destroying

2    property of the United States, as I have explained above.

3            Second, that the defendant knew that this offense

4    was going to be committed, was being committed, or was

5    attempted to be committed by others.

6            Third, that the defendant performed an act or acts

7    in furtherance of the offense.

8            Fourth, that the defendant knowingly performed

9    that act or acts for the purpose of aiding, assisting,

10   soliciting, facilitating, or encouraging others in

11   committing or attempting to commit the offense.

12           Fifth, that the defendant did that act or acts

13   with the intent that others commit or attempt to commit the

14   offense.

15           The principles governing aiding and abetting that

16   I explained above apply here as well.

17           The defendant may be found guilty of the offense

18   charged in Count 5 if the defendant injured, damaged, or

19   destroyed property of the United States, attempted to do so,

20   or aided and abetted others in doing so.  Each of these

21   three ways of committing the offense is described in the

22   instructions that I have given you.  You are not required to

23   consider the ways of committing this offense in any

24   particular order.

25           If you find beyond a reasonable doubt that the

1  defendant committed the offense of injuring, damaging, or

2  destroying property of the United States in any one of these

3  three ways, you should find the defendant guilty of Count 5

4  and you need not consider whether the defendant committed

5  the offense in the other two ways.

6          Count 6 charges Jessica Watkins with committing an

7  act to obstruct, impede, or interfere with law enforcement

8  officers lawfully carrying out their duties incident to a

9  civil disorder on or about January 6th, 2021, which is a

10  violation of federal law.

11          Count 6 also charges Jessica Watkins with

12  attempting to commit this offense with aiding and abetting

13  others to commit this offense.  I will first explain the

14  elements of the substantive offense along with its

15  associated definitions.  Then I will explain how to

16  determine whether the defendant attempted the offense.

17  Finally, I will explain how to determine if the defendant

18  aided and abetted others to commit the offense.

19          In order to find Jessica Watkins guilty of

20  obstructing officers during a civil disorder, you must find

21  the following four elements beyond a reasonable doubt.

22          First, the defendant knowingly committed an act.

23          Second, in committing that act, the defendant

24  intended to obstruct, impede, or interfere with one or more

25  law enforcement officers.

1          Third, at the time of the defendant's actual act,

2     the law enforcement officers -- officer or officers were

3     engaged in the lawful performance of their official duties

4     incident to and during a civil disorder.

5          Fourth, the civil disorder in any way or degree

6     obstructed, delayed, or adversely affected either commerce

7     or the movement of any article or commodity in commerce or

8     the conduct or performance of any federally protected

9     function.

10         The term "civil disorder" means any public

11    disturbance involving acts of violence by groups of three or

12    more people, which (a) causes an immediate danger of injury

13    to another individual, (b) causes an immediate danger of

14    damage to another individual's property, (c) results in

15    injury to another individual, or (d) results in damage to

16    another individual's property.

17         The term "commerce" means commerce or travel

18    between one state, including the District of Columbia, and

19    any other state, including the District of Columbia.  But it

20    also means Congress wholly within the District of Columbia.

21         The term "federally protected function" means any

22    function, operation, or action carried out under the laws of

23    the United States by any department, agency, or

24    instrumentality of the United States or by any officer,

25    employee thereof.

1          The term "department" includes executive

2     departments.  The Department of Homeland Security, which

3     includes the United States Secret Service -- excuse me.

4          The Department of Homeland Security, which

5     includes the United States Secret Service, is an executive

6     department.

7          The term "agency" includes any department,

8     independent establishment, commission, administration,

9     authority, board, or bureau of the United States.

10          In Count 6, Jessica Watkins is also charged with

11     attempting to commit the crime of obstructing officers

12     during an official proceeding -- excuse me, during a civil

13     disorder.  An attempt to obstruct officers during a civil

14     disorder is a federal crime even if the defendant did not

15     actually complete the crime of obstructing officers during a

16     civil disorder.

17          In order to find the defendant guilty of attempt

18     to commit the crime of obstructing officers during a civil

19     disorder, you must find that the defendant [sic] proved

20     beyond a reasonable doubt each of the following two

21     elements.

22          First, that the defendant intended to commit the

23     crime of obstructing officers during a civil disorder as

24     I've defined that offense above.  And, second, that the

25     defendant took a substantial step towards committing the

1   crime of obstructing officers during a civil disorder, which

2   strongly corroborates or confirms that the defendant

3   intended to commit that crime.

4           The principles governing attempt that I explained

5   above apply here as well.

6           The government further alleges that

7   Jessica Watkins aided and abetted others to commit or

8   attempt to commit the crime of obstructing, impeding, or

9   interfering with law enforcement officers lawfully carrying

10  out their official duties incident to a civil disorder as

11  charged in Count 6.

12          In order to find the defendant guilty of this

13  offense because she aided and abetted others in committing

14  it or attempting to commit it, you must find that the

15  government proved beyond a reasonable doubt the following

16  five requirements.

17          First, that others committed or attempted to

18  commit the crime of obstructing, impeding or interfering

19  with law enforcement officers lawfully carrying out their

20  official duties incident to a civil disorder as I've

21  explained above.

22          Second, that the defendant knew that this offense

23  was going to be committed, was being committed, or was

24  attempted to be committed by others.

25          Third, the defendant performed an act or acts in

1    furtherance of the offense.

2         Fourth, that the defendant knowingly performed

3    that act or acts for the purposes of aiding, assisting,

4    soliciting, facilitating or encouraging others in committing

5    or attempting to commit the offense.

6         Fifth, the defendant did that act or acts with the

7    intent that others commit or attempt to commit the offense.

8         The principles governing aiding and abetting that

9    I explained above apply here as well.

10        Ms. Watkins may be found guilty of the offense

11   charged in Count 6 if she committed an act to obstruct,

12   impede or interfere with law enforcement officers lawfully

13   carrying out their official duties incident to a civil

14   disorder, attempted to do so, or aided and abetted others in

15   doing so.

16        Each of these three ways of committing the offense

17   is described in the instructions that I've given you.  You

18   are not required to consider the ways of committing this

19   offense in any particular order.

20        If you find beyond a reasonable doubt that

21   Ms. Watkins committed the offense of obstructing, impeding

22   or interfering with law enforcement officers lawfully

23   carrying out their official duties incident to a civil

24   disorder in any one of these three ways, you should find

25   Ms. Watkins guilty of Count 6 and you need not consider

1    whether she committed the offense in the other two ways.

2              All right.  I'm getting close to the end, I

3    promise.

4              Four of the five defendants are charged with

5    obstruction of justice for tampering with documents or

6    proceedings between on or about January 6th, 2021, and the

7    date of the defendants' arrest.  In Count 7, Stewart Rhodes

8    is charged with encouraging others to delete media, files,

9    and communications that showed their involvement in the

10   conduct being investigated by the grand jury.

11             In Count 8, Kelly Meggs is charged with deleting

12   from his cellular telephone certain media, files, and

13   communications that showed his involvement in the conduct

14   being investigated by the grand jury.

15             In Count 9, Kenneth Harrelson is charged with

16   deleting from his cellular telephone certain media, files,

17   and communications that showed his involvement in the

18   conduct being investigated by the grand jury.

19             And in Count 10, Thomas Caldwell is charged with

20   deleting from Facebook, one, certain photographs that

21   documented his participation in the attack on the Capitol on

22   January 6th, 2021; and, two, that on or about January 8th,

23   2021, in response to a request from Donovan Crowl for a

24   video, he sent the video and subsequently unsent the message

25   containing the video.

9823

1          These counts also charge the same four defendants

2     with attempting to commit obstruction of justice for

3     tampering with documents or proceedings.

4          Additionally, Stewart Rhodes is charged with

5     aiding and abetting others to commit that offense.

6          I'll first explain the elements of the substantive

7     offense.  I will then instruct you on the elements for

8     attempting to commit the crime, and for Stewart Rhodes,

9     aiding and abetting others to commit the crime.

10          In order for you to find a defendant guilty of

11     obstruction of tampering with documents or proceedings, the

12     government must prove each of the following four elements

13     beyond a reasonable doubt.

14          First, that the defendant altered, destroyed,

15     mutilated or concealed a record, document or other object.

16          Second, the defendant acted knowingly.

17          Third, the defendant acted corruptly.

18          And, fourth, the defendant acted with the intent

19     to impair the object's integrity or availability for use in

20     an official proceeding.

21          The definitions of knowingly and corruptly that

22     I've explained above in connection with Counts 2 and 3 apply

23     here as well.

24          The term official proceeding includes a grand jury

25     proceeding.  If the official proceeding was not pending at

9824

```
 1    the time of the offense, the government must prove beyond a
 2    reasonable doubt that the official proceeding was reasonably
 3    foreseeable to the defendant.
 4           As used in Counts 7 through 10, the term "official
 5    proceeding" means the grand jury's investigation into the
 6    role of Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,
 7    Jessica Watkins, Thomas Caldwell and others in the attack on
 8    the United States Capitol on January 6th of 2021.
 9           While the defendant must act with intent to
10    obstruct the official proceeding, this need not be the
11    defendant's sole purpose.
12           A defendant's lawful intent to obstruct justice is
13    not negated by the simultaneous presence of another purpose
14    for the defendant's conduct.
15           In Count 7, 8, 9, and 10, Stewart Rhodes,
16    Kelly Meggs, Kenneth Harrelson and Thomas Caldwell are all
17    also charged with attempt to commit the crime of obstruction
18    of justice for tampering with documents or proceedings.  An
19    attempt to commit obstruction of justice for tampering with
20    documents or proceedings is a crime even if the defendant
21    did not actually complete the crime.
22           In order to find the defendant guilty of attempt
23    to commit obstruction of justice for tampering with
24    documents or proceedings, you must find that the government
25    proved beyond a reasonable doubt each of the following two
```

1    offenses -- excuse me, each of the following two elements.

2         First, that the defendant intended to commit the

3    crime of obstruction of justice for tampering with documents

4    or proceedings, as I have defined that offense above; and,

5    second, that the defendant took a substantial step toward

6    committing obstruction of justice for tampering with

7    documents or proceedings, which strongly corroborates or

8    confirms that the defendant intended to commit that crime.

9         The principles governing attempt that I explained

10   above apply here as well.

11        The government further alleges that Stewart Rhodes

12   aided and abetted others in committing or attempting to

13   commit obstruction of justice for tampering with documents

14   or proceedings as charged in Count 7.  In order to find the

15   defendant guilty of this offense because he aided and

16   abetted others in committing it or attempting to commit it,

17   you must find that the government proved beyond a reasonable

18   doubt the following five requirements.

19        First, that others committed or attempted to

20   commit obstruction of justice for tampering with documents

21   or proceedings by committing each of the elements of the

22   offense charged as I've explained above.

23        Second, that the defendant knew that obstruction

24   of justice for tampering with documents or proceedings was

25   going to be committed, was being committed, or was attempted

9826

1    to be committed by others.

2          Third, that the defendant performed an act or acts

3    in furtherance of the offense.

4          Fourth, that the defendant knowingly performed

5    that act or acts for the purpose of aiding, assisting,

6    soliciting -- excuse me, facilitating or encouraging others

7    in committing or attempting to commit the offense of

8    obstruction of justice for tampering with documents or

9    proceedings.

10         Fifth, that the defendant did that act or acts

11   with the intent that others commit or attempt to commit the

12   offense of obstruction of justice for tampering with

13   documents or proceedings.

14         The principles governing aiding and abetting that

15   I explained above apply here as well.

16         A defendant may be found guilty of the offense

17   charged in Count 7, 8, 9, and 10 if the defendant obstructed

18   justice by tampering with documents or proceedings or

19   attempted to do so.  Each of these two ways of committing

20   the offense is described in the instructions that I've given

21   you.  You're not required to consider the ways of committing

22   this offense in any particular order.

23         If you find beyond a reasonable doubt that the

24   defendant committed the offense of obstruction of justice

25   for tampering with documents or proceeding in either of

1    those two ways, you should find the defendant guilty of

2    Count 7, 8, 9, or 10, and you need not consider whether the

3    defendant committed the offense in the other way.

4         Similarly, Stewart Rhodes may be found guilty of

5    the offense charged in Count 7 if he aided and abetted

6    others to obstruct justice by tampering with documents or

7    proceedings.  If you find that he committed the offense in

8    one of the three ways described above and you are unanimous

9    as to the way in which the offense was committed, you need

10   not consider whether he committed the offense in the other

11   two ways.

12        Okay.  The defendants in this case.  Those are the

13   substantive instructions and I'm now going to read to you

14   what the defense statement of the case is.

15        The defendants in this case have been accused of

16   conspiring to oppose by force the lawful transfer of

17   Presidential power following the 2020 U.S. Presidential

18   election.

19        The defendants specifically refute that the

20   government has proven beyond a reasonable doubt the

21   existence of any agreement to oppose by force the authority

22   of the government of the United States, to prevent, hinder,

23   or delay the execution of any law of the United States by

24   force, to obstruct any official proceeding or to prevent a

25   member of Congress from discharging a duty as a member of

1    Congress or to induce a member of Congress to leave the

2    place where the members' duties are required to be

3    performed.

4              To the extent the government has proven any

5    planning occurred in advance of these events of January 6th,

6    2021, the defense theory of the case is that the defendants

7    were present in Washington, D.C. generally to provide

8    security and with a specific plan to provide personal

9    security details for various speakers and other attendees at

10   the events being held that day.

11             In addition, Mr. Rhodes submits that the evidence

12   has shown that he and others engaged in planning for the

13   purpose of responding to then-President Trump's potential

14   invocation of the Insurrection Act.

15             In addition, all defendants have been accused of

16   obstructing or impeding an official proceeding as that term

17   has been defined by my instructions.  Each of the defendants

18   dispute that the government has proven beyond a reasonable

19   doubt that any individual defendant's intent with respect to

20   their actions on January 6th of 2021.

21             Additionally, the defendants refute that the

22   government has proven beyond any reasonable doubt -- excuse

23   me, I should say, beyond a reasonable doubt that their

24   actions, in fact, caused the obstructing and/or impeding of

25   any official proceeding beyond a reasonable doubt.

9829

1          Defendants Meggs and Watkins and Mr. Harrelson
2     have also been accused of willfully injuring, damaging or
3     destroying property of the United States, which they
4     respectfully refute the government having proved beyond a
5     reasonable doubt; specifically, the defendants refute that
6     the government presented any evidence that the defendants
7     injured, damaged or destroyed any property or that the
8     government has proven beyond a reasonable doubt that the
9     defendants attempted, aided or abetted the destruction of
10    any property.
11          In addition, each defendant except Ms. Watkins has
12    been accused of tampering with documents or proceedings,
13    specifically evidence of conduct being investigated by the
14    grand jury.
15          Mr. Rhodes has been accused of encouraging others
16    to delete media files and communications that show their
17    involvement in conduct being investigated by the grand jury.
18          While Messrs. Meggs, Harrelson, and Caldwell have
19    been accused of deleting records from their mobile phones or
20    their Facebook accounts, the defendants refute that the
21    government has proven beyond a reasonable doubt these
22    allegations.  Mr. Meggs, Harrelson, and Caldwell further
23    refute that to the extent you find the government has proven
24    any records were deleted, that any such deletion was not
25    done corruptly.

1          Okay.  Those are the instructions.

2          You will have -- as I said, you will have these

3   instructions with you.  Each you will have a copy of them.

4   These instructions were largely provided to you today and

5   orally for the benefit and in preparation of the closings so

6   that you have a legal framework for what you are about to

7   hear from the parties tomorrow and then on Monday.

8          So we will adjourn for the day.  We are now at an

9   even more critical phase of this when it comes to not

10  discussing the case with anyone, the importance of keeping

11  an open mind, not doing any independent research or checking

12  on any media about the matter.

13         So I'll just remind you of those instructions once

14  more.  We'll start at 9:00 tomorrow morning with the

15  government's opening -- excuse me, with the government's

16  closing argument.  And then we will proceed from there.

17         Thank you, all, very much.  Have a good night, and

18  we will see you tomorrow.

19         COURTROOM DEPUTY:  All rise.

20         (Jury exited the courtroom.)

21         THE COURT:  Okay, everybody.  Have a seat.

22         Anything else we need to discuss?

23         I guess the one thing I ought to say, if it's not

24  been done already, please show your slide decks, if you're

25  going to present through slides in closing, to ensure that

```
 1    there's not any objection to the content, that they
 2    accurately reflect whatever exhibits have been admitted.  So
 3    I'll ask everybody to make sure you do that no later than
 4    this evening.
 5              MS. RAKOCZY:  Just one housekeeping matter,
 6    Your Honor.  Just one housekeeping matter.
 7              Exhibit lists.  We gave ours to the defense.  We
 8    have -- just for the Court's information, we have our
 9    exhibit list.  We also have a list of all of the statements
10    that we've put together as a supplement to the exhibit list
11    since they're harder to shoehorn into the format of the
12    exhibit list.  We thought that would be useful to the jury.
13    So we provided both of those to the defense.
14              I think they're still considering, but we haven't
15    received the defense ones.  And I know we'll probably need
16    to give that with the exhibits to the jury on Monday,
17    God willing.
18              THE COURT:  All right.
19              MR. CRISP:  Your Honor, to that end, what's the
20    schedule for tomorrow?  Are we going all day?  What's the
21    intent?
22              THE COURT:  The intent is to try and get as much
23    accomplished as we can.
24              MR. CRISP:  Okay.  Till what time, I guess?
25              THE COURT:  I'm sorry?
```

```
1           MR. CRISP:  Till what time?  Are we going till
2    5:00?  Are we going to go till 12:00.
3           THE COURT:  Well, it certainly won't be till
4    12:00.  We will certainly continue into the afternoon.
5           MR. CRISP:  Okay.
6           THE COURT:  It will depend upon the length of
7    closings.  From what I'm hearing, it sounds like the
8    government and potentially Mr. Rhodes could finish by lunch.
9    We will then go after lunch and possibly do one or possibly
10   two additional closings before we conclude for the day.  I
11   think we probably will not get to three, based on what I've
12   been told in terms of time.
13          MR. CRISP:  So that means I'm Monday.
14          THE COURT:  That means you get to exhale tonight,
15   Mr. Fischer.
16          MR. FISCHER:  Get some sleep.
17          Your Honor, if I can add --
18          THE COURT:  By the way, we're going to go straight
19   down the Indictment.  We're not going to mix them up.  So
20   Rhodes, Meggs, Harrelson, Watkins, Caldwell.
21          MR. FISCHER:  No objection.
22          THE COURT:  For once.
23          MR. FISCHER:  I'm polite about it, Your Honor.
24          THE COURT:  I know you are.
25          MR. FISCHER:  I'm just a pansy.  I just --
```

 1                THE COURT:  That's not one word I would associate

 2    with you, Mr. Fischer.

 3                MR. FISCHER:  Ugly probably would be associated

 4    with me, Your Honor.

 5                Your Honor, we are allowed to use portions of

 6    transcripts to show before the jury.  I just want to

 7    make sure.

 8                Thank you, Your Honor.  That's all I have.

 9                THE COURT:  I think --

10                MR. NESTLER:  We don't think it's a good idea to

11    show the jury a court transcript.  Telling the jury what a

12    witness said is one thing.  But still their recollection

13    controls, not even what the transcript says.  It's their

14    recollection that controls.  And so showing them a

15    transcript, I think, will probably invite more questions

16    than we all want.

17                THE COURT:  How much transcripting do people

18    intend to use?

19                MR. LINDER:  None from us.

20                MR. FISCHER:  Your Honor, probably about seven or

21    eight segments.  I mean, it's not going to be like 50 pages.

22    It will just be here and there.

23                MS. RAKOCZY:  The government would be reading

24    quotes, but we purposefully chose to not use the transcript

25    because then that would suggest to the jury they exist.

9834

```
1              THE COURT:  Well, I guess just to level the
2    playing field, Mr. Fischer, I'll just ask you to read in as
3    opposed to show excerpts.  That way everybody is working
4    from the same playbook.
5              MR. FISCHER:  Understood.  Thank you.
6              THE COURT:  Thank you.
7              All right.  One last small item.  We had talked
8    some time ago about the government providing a key or some
9    kind of legend to help with source material, to the extent
10   the jury might find that helpful.  I don't know whether
11   that's something you all have prepared, will prepare, or
12   where that stands.
13             MR. NESTLER:  Yes, Your Honor, we have that.
14   We'll provide that to defense counsel, along with our
15   exhibit list and our statement tracker, supplement to the
16   exhibit list.  We have sort of a key to keep track of the
17   different citations on the bottom of some of the exhibits.
18             THE COURT:  Okay.
19             All right.  Is there anything else before we
20   adjourn?
21             MR. WOODWARD:  How does the Court want us to
22   provide the exhibits?  Dropbox?
23             THE COURT:  Talk to JC, but I think a simple thumb
24   drive will do.  Right?
25             COURTROOM DEPUTY:  Thumb drive.
```

9835

```
 1            MS. HALLER:  Will large -- I mean, it's not going
 2   to fit -- well, I guess it won't fit on the small thumb
 3   drive.
 4            THE COURT:  Not even the government has that many
 5   exhibits.
 6            MS. HALLER:  The government did.  I shouldn't --
 7   forgive me.
 8            THE COURT:  Not even the government has that many
 9   exhibits.  No.  I think a thumb drive will do because what
10   we'll do is they have access to the computer and a screen
11   and will be able to pull the exhibits electronically.
12            MR. LINDER:  Is it the Court's position to send
13   all the evidence back with them when they go or wait till
14   they request them?
15            THE COURT:  It all goes back.
16            MS. RAKOCZY:  Except the firearms.
17            THE COURT:  Except the firearms, including
18   the .22.
19            MR. CRISP:  I'll get from it JC.
20            THE COURT:  Oh, there was no .22, so it wasn't
21   even admitted into evidence.  I misspoke.
22            I'm sorry, Mr. Crisp.
23            MR. CRISP:  I owe you two exhibits.  I forget
24   where I left off.  I'll just grab them from him before
25   we leave.
```

9836

```
1              THE COURT:  I do this particularly in cases like
2    this because of the volume of evidence.
3              MR. CRISP:  Oh, I know.
4              THE COURT:  I'll just make sure if you all could
5    pull your exhibits lists together in the order not in which
6    they were introduced but just in simply serial order, 1
7    through whatever it may have been.  I think the government
8    has done this with a very short and neutral description of
9    what the exhibit is.
10             So, you know, some jurors may have recall about
11   exhibit numbers; others may have recall about exhibit
12   descriptions.  I mean, it can be something as simple as
13   texts between A and B, you know, a Facebook message from
14   so-and-so, just something that can help our jury guide, you
15   know.
16             All right.  With that, anything else we need to
17   discuss before we adjourn?
18             All right.  Thank you, all.  We'll see you in the
19   morning, 9:00.
20             COURTROOM DEPUTY:  All rise.
21             THE COURT:  Don't wait for me.  Thank you,
22   everybody.
23             COURTROOM DEPUTY:  The Court stands in recess.
24             (Proceedings concluded at 4:47 p.m.)
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__November 17, 2022____        

                           William P. Zaremba, RMR, CRR

9838

**A JUROR: [10]**
9766/14 9766/19
9766/24 9767/2
9767/13 9767/16
9767/19 9767/24
9768/2 9768/6
**BY MR. CRISP: [23]**
9605/7 9606/20
9607/23 9610/20
9614/25 9615/8 9616/2
9616/9 9617/2 9617/8
9618/7 9618/23 9619/6
9619/20 9623/19
9624/1 9627/2 9628/17
9671/17 9677/20
9678/9 9741/3 9741/19
**BY MR. FISCHER: [10]**
9601/22 9602/20
9604/15 9744/7
9745/25 9747/25
9750/10 9751/9
9754/11 9756/16
**BY MR. LINDER: [3]**
9736/22 9739/8
9740/15
**BY MR. NESTLER: [31]** 9681/12 9683/9
9683/24 9684/13
9686/14 9689/10
9690/12 9690/23
9691/15 9692/16
9695/21 9696/10
9696/17 9697/16
9698/15 9699/16
9700/25 9703/13
9704/11 9704/25
9706/17 9707/11
9708/19 9709/19
9710/13 9711/14
9712/10 9761/9
9762/18 9763/6
9763/14
**BY MS. HALLER: [22]**
9635/5 9636/14 9638/5
9638/17 9640/7
9641/15 9641/25
9642/17 9643/3
9644/12 9645/11
9646/15 9646/23
9648/7 9648/18
9648/23 9651/9
9651/23 9653/8
9655/13 9656/20
9658/3
**BY MS. HUGHES: [47]**
9537/6 9539/12
9540/22 9541/19
9542/10 9543/23
9545/5 9545/15
9546/14 9547/1 9549/3
9554/18 9556/24
9563/3 9563/19 9564/2
9564/22 9565/18
9566/23 9567/16
9567/25 9568/11
9569/10 9570/24
9571/11 9571/22

9578/14 9579/1 9579/8
9579/23 9582/9
9582/22 9585/10
9593/2 9659/8 9660/18
9665/14 9667/25
9668/12 9668/21
9669/7 9669/15
9670/15 9679/19
**COURTROOM DEPUTY: [24]** 9506/2
9506/5 9536/12
9596/20 9601/11
9634/4 9634/6 9641/17
9648/16 9651/17
9680/19 9680/23
9715/1 9728/3 9728/7
9736/12 9766/9 9768/8
9769/3 9769/11
9830/19 9834/25
9836/20 9836/23
**MR. BRIGHT: [3]**
9719/5 9719/7 9719/11
**MR. CRISP: [119]**
9507/23 9507/25
9508/3 9508/19 9509/8
9509/15 9509/20
9509/22 9509/24
9510/3 9510/6 9510/13
9511/14 9512/10
9512/18 9513/2
9513/15 9514/4 9515/7
9515/18 9519/11
9520/4 9521/10
9521/13 9521/24
9522/2 9522/22
9523/15 9523/25
9524/5 9524/7 9524/14
9526/18 9534/22
9540/10 9540/14
9540/17 9544/25
9548/19 9548/21
9563/12 9575/7
9575/11 9575/20
9576/8 9576/13
9576/19 9576/24
9577/2 9582/5 9592/22
9593/20 9595/9
9596/15 9597/5
9597/15 9600/20
9601/2 9601/6 9605/4
9606/14 9606/18
9610/11 9610/16
9618/4 9618/6 9618/18
9618/20 9618/22
9619/4 9619/19 9622/6
9622/9 9622/19 9623/6
9623/15 9627/1
9628/16 9632/2
9632/12 9633/14
9633/17 9663/16
9668/8 9669/20
9670/11 9671/14
9678/7 9678/14 9679/9
9679/14 9694/19
9713/6 9713/8 9720/8
9720/11 9720/13
9720/16 9720/19

9721/11 9734/18
9734/23 9735/3 9735/9
9741/10 9741/18
9743/22 9764/19
9764/23 9831/19
9831/24 9832/1 9832/5
9832/13 9835/19
9835/23 9836/3
**MR. FISCHER: [56]**
9517/12 9518/21
9524/8 9524/15
9525/10 9526/1 9526/4
9533/1 9533/3 9595/12
9595/19 9596/5
9597/18 9598/5 9598/9
9598/22 9599/2 9600/1
9601/19 9602/13
9602/19 9604/21
9604/24 9663/20
9683/2 9688/25 9689/6
9693/25 9695/4
9699/12 9713/4 9729/2
9729/7 9729/11 9732/6
9732/14 9733/9 9734/8
9745/23 9747/24
9749/24 9750/3 9750/7
9753/21 9754/5 9761/1
9764/25 9768/14
9768/24 9832/16
9832/21 9832/3
9832/25 9833/3
9833/20 9834/5
**MR. GEYER: [6]**
9514/5 9632/19
9633/20 9663/25
9719/19 9744/2
**MR. LINDER: [33]**
9663/5 9663/7 9700/13
9700/15 9707/2
9708/14 9713/10
9713/16 9713/19
9715/12 9715/15
9715/18 9715/21
9718/24 9719/4 9719/6
9721/21 9723/5 9723/8
9723/13 9723/18
9726/17 9727/3 9727/9
9727/12 9727/24
9736/19 9739/3 9739/7
9740/11 9740/19
9833/19 9835/12
**MR. NESTLER: [85]**
9507/9 9510/24 9511/2
9511/8 9511/17
9512/11 9513/3
9513/17 9513/21
9515/4 9515/13 9535/4
9535/18 9535/25
9536/7 9536/11 9597/8
9597/10 9597/16
9597/19 9664/7
9664/14 9665/1
9680/10 9682/24
9683/6 9683/22
9684/11 9686/9
9688/21 9689/4
9690/10 9690/20

9694/5 9694/8 9694/13
9695/13 9695/15
9695/20 9696/8
9696/14 9697/11
9698/14 9699/10
9700/23 9703/10
9704/9 9704/20
9706/15 9706/25
9707/7 9708/8 9708/12
9709/17 9710/12
9711/1 9711/12 9712/8
9712/23 9714/13
9718/10 9731/5 9732/3
9734/10 9735/15
9736/4 9739/2 9745/22
9747/22 9751/7
9753/12 9754/3 9754/8
9756/14 9761/6
9762/13 9762/17
9763/3 9764/14 9765/7
9769/6 9833/10
9834/13
**MR. WOODWARD: [33]** 9527/17 9527/21
9529/14 9529/19
9529/25 9530/7 9531/2
9531/11 9531/16
9532/6 9534/16
9534/20 9599/15
9599/19 9605/1
9657/21 9661/18
9661/24 9662/1
9662/16 9662/21
9663/10 9663/12
9711/6 9711/9 9715/25
9717/20 9717/24
9718/7 9719/15
9728/16 9740/23
9834/21
**MS. HALLER: [60]**
9507/5 9511/5 9511/11
9512/16 9514/3
9584/14 9585/5 9594/4
9594/8 9594/14
9594/20 9595/3 9596/8
9632/15 9632/24
9633/4 9633/6 9633/10
9633/24 9634/7
9634/12 9634/21
9636/13 9637/18
9638/4 9638/14 9640/3
9641/10 9641/13
9641/18 9641/24
9643/25 9644/3 9644/9
9644/21 9644/23
9645/2 9645/7 9645/10
9646/4 9646/14
9648/14 9648/17
9650/12 9650/18
9651/5 9651/15
9651/18 9651/20
9656/12 9656/17
9657/15 9657/17
9658/1 9659/3 9660/12
9660/16 9661/12
9835/1 9835/6
**MS. HUGHES: [87]**

9540/12

9540/15 9540/21
9541/17 9542/8
9543/19 9544/23
9545/4 9545/14
9546/13 9546/23
9554/14 9563/2
9563/10 9563/15
9563/18 9563/25
9564/9 9565/13
9565/17 9566/20
9567/10 9567/14
9567/21 9567/23
9568/9 9569/5 9569/9
9570/18 9570/23
9571/8 9571/10
9571/20 9572/11
9575/3 9575/15
9575/22 9576/4 9576/7
9576/21 9577/1 9577/5
9578/12 9578/22
9579/6 9579/19
9593/18 9595/6
9595/13 9598/18
9600/5 9600/17
9602/14 9604/13
9604/20 9607/20
9621/24 9622/2
9622/13 9623/1
9623/10 9626/23
9636/11 9637/24
9641/20 9642/16
9644/5 9646/7 9650/24
9656/11 9656/14
9657/25 9661/10
9667/23 9668/6 9669/4
9669/13 9669/23
9670/4 9670/10
9671/12 9677/15
9678/13 9678/18
9678/20 9680/5
**MS. RAKOCZY: [10]**
9600/23 9715/16
9723/9 9723/21
9723/25 9727/14
9727/19 9831/5
9833/23 9835/16
**THE COURT REPORTER: [1]**
9510/11
**THE COURT: [353]**
**THE WITNESS: [18]**
9536/20 9548/20
9548/25 9556/23
9582/7 9584/16 9585/7
9592/24 9632/4
9661/16 9665/11
9677/17 9679/17
9680/8 9740/20
9743/24 9761/3
9764/18

**$**

**$1,000 [2]** 9814/1
9814/12
**$200 [1]** 9758/16

9839

**'**

'11 [1] 9710/3
'12 [1] 9710/5
'18 [1] 9611/2
'19 [1] 9611/2
'20 [1] 9611/2
'21 [8] 9609/23 9609/23
9611/25 9638/9
9652/13 9707/21
9711/20 9712/14
'dad' [1] 9752/21

**.**

.2 [2] 9706/16 9707/1
.22 [15] 9553/13
9686/23 9686/24
9687/2 9756/17
9756/19 9756/22
9757/4 9757/7 9757/7
9757/15 9757/19
9758/2 9835/18
9835/20
.22-caliber rifle [6]
9686/23 9686/24
9687/2 9756/17
9756/19 9757/4
.22s [1] 9757/13
.233 [1] 9757/17
.3 [4] 9706/16 9707/1
9707/3 9707/8
.308 [1] 9757/17
.556 [1] 9757/17

**0**

0171 [8] 9636/7
9637/16 9637/19
9640/17 9640/19
9641/8 9642/10
9642/13
02 [4] 9651/13 9652/1
9653/2 9654/2
0263 [2] 9647/10
9647/12
08077 [1] 9502/8
0826 [1] 9502/14
0959 [2] 9653/2 9654/2
0960 [2] 9645/22
9646/18

**1**

1 o'clock [1] 9714/22
1% Watchdog [1]
9521/18
10 [11] 9506/11
9628/11 9735/24
9752/18 9782/23
9789/8 9822/19 9824/4
9824/15 9826/17
9827/2
100 [1] 9517/19
100 percent [2]
9517/15 9517/16
1042 [2] 9515/24
9534/19
1047 [1] 9515/24
1050 [1] 9617/9
1051.1 [1] 9619/21
1082.3 [1] 9616/16

10:30 [1] 9596/19
10:32 [1] 9596/25
10th [1] 9547/2
11 [3] 9507/15 9507/16
9507/18
11/14 [1] 9511/6
11/16 [1] 9538/25
11:30 [1] 9601/3
11th [2] 9540/8 9541/4
12 [2] 9642/2 9642/6
12 hours [1] 9628/12
12,000 [1] 9743/5
12,200 [1] 9742/23
12,550 [1] 9743/12
12-year-old [1] 9757/5
12:00 [2] 9832/2
9832/4
12:45 [1] 9664/16
13 [1] 9658/12
135.V.1 [2] 9614/23
9615/6
136 [4] 9749/23 9750/6
9750/7 9765/4
14 [6] 9511/6 9511/18
9535/6 9535/21
9553/15 9769/15
1460 [1] 9501/12
14:00 hours [1] 9637/7
14:32 [1] 9700/6
14th [19] 9546/15
9589/23 9612/8 9613/2
9692/11 9692/18
9692/23 9693/5
9693/11 9693/15
9694/6 9694/8 9694/10
9694/16 9695/22
9697/5 9697/21
9697/22 9698/5
15 [11] 9500/4 9506/8
9553/22 9553/24
9643/14 9643/14
9766/6 9767/19
9769/15 9800/17
9800/23
15 minutes [1] 9645/23
1500 [4] 9703/11
9703/16 9762/10
9762/14
1502 [1] 9564/15
1505 [1] 9578/23
1510.2 [1] 9686/11
15th [2] 9613/2
9692/24
16 [2] 9538/25 9766/13
16-year-old [2]
9621/23 9623/23
1666 [1] 9533/9
16th [1] 9538/11
17 [7] 9500/5 9546/24
9569/6 9643/6 9643/18
9683/23 9837/7
17 minutes [1] 9643/6
17110 [1] 9501/15
17th [2] 9612/10
9612/11
18 [5] 9531/4 9543/21
9642/13 9643/12

1808 [1] 9502/3
182.1 [1] 9750/22
18:00 hours [4]
9642/19 9643/4 9643/8
9643/10
19 [4] 9578/24 9637/3
9637/11 9638/8
1911 [1] 9553/20
192.V.3 [1] 9618/20
193 [1] 9522/4
19:00 hours [8]
9637/16 9637/19
9638/10 9641/8
9642/10 9645/22
9646/18 9646/19
19:47 [2] 9637/4
9639/18
19th [3] 9549/10
9603/4 9730/13
1:00 [1] 9800/25
1:21 p.m [1] 9728/6
1:25 [3] 9707/23
9739/13 9762/20
1:38 [2] 9708/5 9763/7
1:40 [1] 9762/15
1:41 [3] 9763/15
9763/20 9764/9
1:48 [2] 9564/25
9612/22
1:49 [1] 9564/24
1:58 [1] 9566/24
1st [1] 9509/23

**2**

20 [10] 9548/7 9548/12
9567/2 9647/12
9647/12 9647/14
9647/15 9647/15
9647/16 9647/19
2000 [1] 9709/21
20001 [1] 9503/5
2001.T.1 [1] 9692/12
2001.T.129 [5] 9509/17
9509/19 9728/14
9728/23 9782/24
20010 [1] 9502/4
2006 [1] 9502/8
2008 [2] 9709/22
9710/7
2009 [2] 9709/24
9755/6
201 [1] 9741/14
2013 [1] 9522/4
2018 [14] 9576/21
9576/25 9577/15
9577/16 9577/19
9577/22 9578/6 9578/7
9578/9 9578/9 9611/3
9710/19 9729/23
9752/12
2019 [8] 9577/24
9578/6 9611/13
9710/19 9734/24
9742/19 9742/22
9743/20
2019's [2] 9611/22
9611/23

202 [3] 9500/18 9502/4
9503/5
2020 [19] 9540/8
9543/4 9577/24 9578/6
9591/4 9603/17
9608/18 9611/13
9611/22 9611/24
9710/8 9710/19
9785/22 9786/3 9788/2
9797/5 9801/25
9811/21 9827/17
2021 [48] 9533/16
9549/10 9557/8 9561/3
9561/8 9562/2 9576/21
9577/1 9578/4 9578/6
9580/13 9586/9
9586/22 9586/24
9603/4 9665/23 9666/5
9666/12 9666/23
9667/7 9671/5 9682/14
9684/15 9690/7 9691/7
9691/11 9693/15
9695/22 9710/19
9710/23 9734/24
9743/10 9747/16
9785/23 9786/3
9788/16 9797/6 9802/1
9803/4 9811/22 9813/7
9817/9 9822/6 9822/22
9822/23 9824/8 9828/6
9828/20
2021-501 [1] 9734/19
2022 [4] 9500/5
9509/17 9576/23
9837/7
20579 [1] 9500/17
207 [1] 9522/4
20th [3] 9586/22
9586/24 9801/6
21 [2] 9509/17 9762/20
21061-3065 [1]
9502/13
214 [2] 9501/5 9501/9
22-15 [2] 9500/4
9506/8
22G1 [4] 9697/9
9697/12 9697/13
9697/14
23 [1] 9511/25
24 [2] 9511/25 9513/18
24,400 [1] 9743/1
2409 [1] 9698/23
2409.1 [4] 9699/6
9699/11 9699/13
9699/14
252-7277 [1] 9500/18
252-9900 [1] 9501/5
25th [3] 9561/3 9562/2
9666/23
26 [1] 9566/21
2817 [1] 9752/8
29 [5] 9663/3 9663/8
9663/13 9663/17
9663/21
2:00 [1] 9637/7
2:15 [2] 9714/22
9611/23

2:26 [1] 9739/17
2:28 [1] 9555/7
2:30 [2] 9568/5
9738/13
2:31 [2] 9568/2
9703/20
2:32 [6] 9700/6
9703/23 9704/14
9737/4 9738/14
9739/20
2:32:18 [1] 9704/1
2:33 [1] 9704/14
2:33-ish [1] 9615/17
2:33:48 [1] 9704/8
2:36 p.m [1] 9569/12
2:40 [1] 9654/9
2:40 p.m [1] 9764/10
2:40-ish [1] 9739/22
2:41 [3] 9649/20
9652/19 9653/14
2:42 [2] 9570/20
9653/14
2:43 [2] 9654/10
9654/15
2:43:20 [1] 9641/5
2:44 [3] 9571/23
9654/10 9655/9
2:44 p.m [1] 9571/18
2:45 [1] 9655/16
2:46 [1] 9656/2
2:47 [7] 9637/8
9638/23 9657/9
9657/10 9667/17
9668/17 9670/5
2:47 p.m [1] 9667/18
2:50 [2] 9646/19
9647/3
2:51 [1] 9650/10
2:55 [2] 9658/13
9658/19
2:56 [12] 9636/16
9636/19 9638/24
9640/12 9640/23
9645/16 9645/19
9649/24 9650/1 9658/7
9658/23 9659/15
2:57 [2] 9647/3 9670/5
2:59:39 [1] 9668/15
2nd [2] 9684/15 9685/2

**3**

3 minutes [1] 9566/21
3.103 [1] 9536/1
30 [2] 9550/12 9713/5
30 days [1] 9756/12
300 [1] 9502/13
302 [8] 9595/23
9598/12 9600/3 9600/6
9672/12 9673/12
9675/19 9679/5
302s [5] 9600/7 9600/8
9671/21 9672/16
9679/22
3065 [1] 9502/13
31 [1] 9751/22
31 minutes [2] 9641/9
9642/11

9840

**318 [1]** 9501/12
**32 [1]** 9500/7
**3249 [1]** 9503/5
**3300 [2]** 9501/3 9501/7
**333 [1]** 9503/4
**354-3249 [1]** 9503/5
**36 [2]** 9690/19 9751/18
**38-year-old [1]**
9696/20
**3:00 [2]** 9647/17
9647/18
**3:07 [1]** 9769/4
**3:18 [1]** 9769/4
**3:30 p.m [1]** 9645/20
**3:36 [1]** 9738/22
**3:58 [2]** 9643/11
9643/16
**3rd [1]** 9576/23

---

**4**

**40 seconds [1]** 9683/7
**4031 [1]** 9501/15
**404 [1]** 9622/5
**41 [1]** 9639/18
**41 seconds [1]**
9638/11
**410 [1]** 9502/14
**412-4676 [1]** 9501/16
**44 [1]** 9567/11
**45 seconds [1]**
9682/20
**4676 [1]** 9501/16
**47 [4]** 9637/11 9637/17
9637/19 9638/10
**48 [2]** 9647/25 9704/14
**487-1460 [1]** 9501/12
**4:47 [1]** 9836/24
**4th [3]** 9554/19
9554/24 9555/10

---

**5**

**50 [3]** 9538/6 9591/14
9833/21
**50 minutes [1]** 9646/19
**50/50 [1]** 9538/6
**501 [5]** 9734/19
9734/19 9734/24
9735/14 9741/20
**52 [3]** 9567/12 9645/24
9646/21
**55 [1]** 9565/15
**5708 [1]** 9502/9
**58 [3]** 9642/13 9642/19
9643/8
**5903 [1]** 9699/18
**5905 [4]** 9699/18
9700/9 9702/17
9702/24
**5:00 [1]** 9832/2
**5:00-ish [1]** 9738/22
**5:12 [1]** 9738/22
**5:15 [1]** 9738/22
**5:51 a.m [1]** 9711/19
**5:54 [1]** 9712/2
**5th [10]** 9551/9
9555/12 9603/12
9625/14 9638/21

---

9650/4 9661/6 9692/11
9733/13 9754/14

---

**6**

**6 minutes [2]** 9567/12
9682/20
**60 [2]** 9555/15 9684/11
**601 [1]** 9500/17
**607-5708 [1]** 9502/9
**608 [1]** 9576/17
**64 [1]** 9662/14
**65 [1]** 9742/23
**6617B [2]** 9543/20
9546/24
**6825 [1]** 9538/9
**6923 [3]** 9554/15
9683/23 9782/18
**6th [63]** 9520/23
9528/6 9539/2 9549/8
9550/5 9551/7 9552/7
9552/11 9552/18
9553/3 9553/10
9553/11 9553/12
9554/20 9559/19
9559/20 9563/7
9569/20 9572/15
9573/7 9573/10
9573/10 9573/10
9586/16 9587/3 9592/1
9592/17 9593/12
9599/1 9603/11
9609/12 9638/9
9652/11 9655/16
9678/12 9682/16
9683/14 9684/3 9692/4
9692/20 9693/10
9698/19 9713/22
9730/8 9731/20
9746/19 9753/1
9759/17 9762/4
9788/16 9788/23
9789/2 9789/7 9789/13
9801/1 9803/4 9813/7
9817/9 9822/6 9822/22
9824/8 9828/5 9828/20

---

**7**

**7 minutes [1]** 9647/2
**700 [2]** 9501/4 9501/8
**7029 [2]** 9651/13
9652/1
**708 [1]** 9522/3
**71301 [1]** 9501/11
**717 [1]** 9501/16
**720-7777 [1]** 9501/9
**7277 [1]** 9500/18
**7310 [1]** 9500/12
**74 [7]** 9554/15 9661/24
9661/25 9662/4
9662/16 9662/18
9662/19
**7447 [1]** 9502/4
**75 [6]** 9662/8 9662/13
9662/14 9662/16
9662/18 9662/19
**75219 [2]** 9501/4
9501/8
**7777 [1]** 9501/9

---

9515/24 9534/19
**787-0826 [1]** 9502/14
**7:10 [1]** 9697/22
**7:18 [1]** 9690/9
**7th [4]** 9558/8 9710/23
9711/18 9712/12

---

**8**

**8 minutes [1]** 9569/6
**80 [1]** 9637/17
**801 [7]** 9729/15 9732/1
9732/23 9734/9
9749/25 9750/23
9765/1
**81 [4]** 9637/18 9638/2
9640/4 9640/5
**819 [1]** 9501/11
**82 [5]** 9641/9 9641/21
9641/22 9642/13
9642/25
**83 [4]** 9644/3 9644/4
9644/6 9644/7
**84 [6]** 9555/11 9646/3
9646/5 9646/6 9646/12
9661/23
**85 [4]** 9647/13 9648/15
9648/16 9651/16
**856 [1]** 9502/9
**86 [6]** 9651/17 9651/18
9651/19 9651/20
9651/21 9658/12
**87 [1]** 9692/13
**8:00 [2]** 9543/25
9554/25
**8:30 [1]** 9500/6
**8:58 [1]** 9703/11
**8th [4]** 9536/9 9682/3
9729/23 9822/22

---

**9**

**90 [3]** 9704/16 9719/16
9719/19
**90-minute [1]** 9719/17
**91 [3]** 9732/18 9752/4
9752/4
**9120 [6]** 9704/24
9705/10 9706/23
9707/13 9762/3 9762/9
**9120.1 [4]** 9706/16
9707/1 9707/3 9707/5
**9120.2 [1]** 9707/5
**9120.3 [1]** 9707/5
**92 [1]** 9752/9
**9310 [1]** 9782/21
**9312 [1]** 9782/21
**9312.3 [3]** 9682/25
9683/3 9683/4
**9313 [1]** 9782/21
**9315 [1]** 9782/21
**9329 [3]** 9711/2 9711/5
9711/10
**9335 [3]** 9562/25
9563/11 9563/13
**9336.1 [3]** 9708/8
9708/13 9708/17
**9336.2 [4]** 9575/4
9575/5 9577/6 9710/12

---

9695/16 9695/17
9695/18
**9338 [4]** 9688/22
9689/5 9689/7 9689/8
**9338-10 [1]** 9735/24
**9340 [1]** 9782/21
**9380 [4]** 9544/16
9544/24 9545/1 9545/2
**9382 [5]** 9539/9
9540/13 9540/16
9540/18 9540/19
**9383 [4]** 9667/24
9668/7 9668/9 9668/10
**9900 [1]** 9501/5
**996-7447 [1]** 9502/4
**9:00 [2]** 9830/14
9836/19
**9th [12]** 9543/4
9543/24 9543/25
9544/19 9544/20
9545/8 9545/18
9580/13 9586/8 9667/7
9671/5 9733/12
**9th minute [1]** 9638/21

---

**A**

**a.m [5]** 9500/6 9596/25
9596/25 9711/19
9712/12
**Abdullah [1]** 9782/12
**abets [1]** 9807/6
**abetted [18]** 9803/13
9806/25 9807/3 9807/4
9807/11 9807/15
9811/8 9815/17
9815/21 9816/20
9817/18 9820/7
9820/13 9821/14
9825/12 9825/16
9827/5 9829/9
**abetting [10]** 9803/7
9809/3 9813/10
9813/15 9816/15
9817/12 9821/8 9823/5
9823/9 9826/14
**abettor [2]** 9809/12
9809/20
**abiding [8]** 9576/13
9576/16 9576/17
9713/13 9713/21
9713/24 9780/15
9780/19
**ability [2]** 9672/8
9773/3
**able [18]** 9517/19
9520/14 9524/24
9552/4 9607/3 9617/17
9637/3 9692/5 9706/1
9706/6 9720/24 9731/2
9733/22 9738/2
9747/15 9753/10
9778/15 9835/11
**about [224]** 9509/6
9512/1 9513/5 9513/10
9515/17 9515/23
9516/13 9517/24
9519/5 9519/14 9521/3

---

9526/5 9526/11
9529/19 9536/3 9536/9
9537/24 9542/1
9542/11 9548/5 9548/7
9548/12 9548/20
9549/7 9550/3 9556/15
9556/25 9558/22
9558/24 9559/19
9562/12 9567/2 9573/7
9573/9 9574/19 9579/3
9579/18 9586/9
9586/13 9587/11
9588/6 9588/10 9589/9
9589/19 9591/3
9591/12 9591/14
9593/5 9595/25 9598/4
9598/10 9598/14
9598/17 9598/21
9598/24 9598/25
9599/1 9600/2 9600/13
9602/2 9602/17 9604/8
9604/17 9604/18
9605/10 9605/11
9605/24 9607/13
9608/9 9608/10
9608/11 9609/13
9612/8 9612/15
9619/11 9619/12
9619/25 9621/3 9621/8
9621/12 9621/18
9621/19 9622/4
9623/15 9624/3 9624/5
9624/6 9624/15
9625/19 9625/23
9626/10 9627/23
9628/20 9631/22
9634/8 9639/16 9641/5
9649/20 9652/17
9652/18 9652/19
9652/22 9658/10
9673/20 9675/5 9675/9
9677/2 9677/4 9677/13
9677/19 9677/25
9678/2 9678/10
9678/23 9679/3 9679/4
9679/22 9682/21
9683/6 9683/12 9685/5
9685/18 9688/8
9692/11 9694/4 9694/9
9695/1 9695/1 9695/12
9700/10 9701/2
9709/1 9709/1 9711/23
9714/2 9714/18
9714/23 9715/19
9715/22 9716/3
9718/14 9719/21
9719/23 9729/10
9731/5 9731/22
9731/23 9731/21
9732/1 9732/21 9733/7
9733/11 9733/17
9733/18 9733/18
9737/1 9737/2 9737/4
9737/22 9738/22
9738/22 9739/20
9742/4 9746/25 9747/5

about... [55] 9747/10
9748/11 9749/25
9753/14 9753/20
9754/17 9757/7
9757/16 9758/17
9760/2 9760/5 9760/6
9760/7 9760/9 9760/10
9761/24 9761/24
9762/15 9762/22
9765/16 9765/16
9767/9 9768/11
9769/20 9769/22
9774/20 9774/25
9776/21 9779/9 9784/6
9784/24 9785/13
9785/14 9786/11
9789/18 9789/25
9802/14 9802/23
9803/4 9806/8 9806/10
9809/14 9809/24
9812/12 9813/7 9817/9
9822/6 9822/22 9830/6
9830/12 9832/23
9833/20 9834/8
9836/10 9836/11
above [21] 9513/24
9514/14 9800/13
9805/25 9807/22
9811/4 9815/8 9815/15
9816/2 9816/16
9819/24 9820/5
9820/21 9821/9
9823/22 9825/4
9825/10 9825/22
9826/15 9827/8 9837/4
above-titled [1] 9837/4
absent [3] 9519/17
9519/25 9529/11
Abshire [1] 9736/5
absolute [1] 9779/22
absolutely [11]
9542/21 9548/10
9589/13 9601/8
9611/23 9621/7
9626/19 9634/16
9740/5 9756/21
9759/17
absorbed [1] 9626/16
absorbing [1] 9626/13
abundance [1]
9663/19
accept [8] 9523/7
9582/15 9582/17
9614/12 9770/3
9777/14 9778/17
9781/18
acceptable [1] 9775/4
accepted [2] 9579/16
9580/2
access [6] 9697/23
9715/24 9754/24
9755/1 9755/6 9835/10
accessed [5] 9694/10
9694/14 9697/24
9698/1 9698/12
accessing [1] 9697/6
accident [2] 9793/12

accompanied [1]
9538/2
accomplice [2] 9807/5
9807/6
accomplish [4] 9790/3
9791/11 9801/10
9806/18
accomplished [3]
9791/7 9796/16
9831/23
accomplishment [3]
9792/3 9795/13 9796/6
According [1] 9709/20
accordingly [1]
9511/13
account [10] 9589/23
9682/12 9729/24
9730/1 9730/2 9749/17
9752/11 9752/19
9752/20 9753/4
accountant [1] 9741/8
accounts [4] 9749/7
9751/18 9789/14
9829/20
accuracy [1] 9675/18
accurate [9] 9516/11
9595/22 9612/9 9628/9
9675/15 9675/19
9743/1 9776/19
9777/15
accurately [2] 9615/22
9831/2
accusation [1] 9787/21
accusations [2]
9674/25 9678/16
accused [10] 9517/22
9676/9 9750/25 9751/4
9827/15 9828/15
9829/2 9829/12
9829/15 9829/19
achieve [7] 9528/1
9528/10 9532/11
9790/15 9790/24
9798/6 9798/9
acquiescence [1]
9795/21
acquit [2] 9717/18
9813/3
acquittal [5] 9663/8
9663/13 9663/17
9663/21 9664/1
across [3] 9586/17
9659/15 9684/23
act [41] 9687/25
9712/16 9758/9
9772/19 9787/9 9789/4
9792/5 9793/8 9795/1
9796/17 9799/22
9801/14 9804/11
9804/14 9804/16
9804/24 9805/6
9806/22 9808/2 9808/5
9808/9 9808/12
9808/17 9808/19
9808/21 9816/6 9816/9
9816/12 9817/7
9817/22 9817/23

accusation [1] 9787/21
9821/6 9821/11 9824/9
9826/2 9826/5 9826/10
9828/14
acted [8] 9787/7
9803/22 9803/25
9804/12 9814/2
9823/16 9823/17
9823/18
acting [4] 9532/21
9532/24 9804/21
9805/5
action [4] 9516/15
9703/5 9806/17
9818/22
actions [7] 9592/16
9593/12 9791/18
9793/6 9809/5 9828/20
9828/24
actively [4] 9606/21
9608/6 9608/6 9608/19
activist [1] 9627/12
activities [5] 9517/25
9621/8 9627/4 9627/9
9791/21
activity [5] 9525/21
9525/22 9527/2 9553/2
9794/3
acts [41] 9622/3
9622/4 9622/17
9622/20 9623/2 9623/5
9713/23 9716/6
9786/21 9787/2 9793/1
9793/10 9793/13
9793/16 9793/18
9794/18 9794/23
9794/23 9795/22
9795/25 9804/9 9808/2
9808/5 9808/9 9808/13
9808/16 9808/17
9808/19 9808/21
9808/24 9814/2 9816/6
9816/9 9816/12
9818/11 9820/25
9821/3 9821/6 9826/2
9826/5 9826/10
actual [9] 9583/14
9588/10 9599/5 9677/5
9678/22 9698/19
9774/14 9799/21
9818/1
actually [47] 9507/15
9511/3 9514/8 9521/12
9528/18 9532/4 9533/5
9538/5 9542/3 9550/6
9555/20 9565/14
9570/19 9577/14
9579/21 9585/13
9590/1 9607/25
9610/17 9614/6
9616/23 9620/8 9620/8
9624/6 9631/10 9656/9
9661/24 9692/24
9694/10 9694/14
9696/6 9696/25 9697/5
9715/6 9729/2 9742/8
9747/18 9748/3
9786/19 9792/1 9792/7

9806/11 9814/24
9819/15 9824/21
add [5] 9507/16 9524/8
9536/9 9729/22
9832/17
added [4] 9526/13
9526/13 9539/22
9687/14
addition [6] 9557/11
9768/21 9783/11
9828/11 9828/15
9829/11
additional [10]
9510/16 9557/5 9632/3
9675/24 9676/16
9679/15 9718/14
9743/23 9798/2
9832/10
Additionally [2] 9823/4
9828/21
address [4] 9593/23
9611/9 9718/24
9729/20
addressed [5] 9610/10
9610/12 9610/15
9610/22 9716/13
adjourn [3] 9830/8
9834/20 9836/17
administration [2]
9541/5 9819/8
admissible [2] 9508/12
9775/19
admit [8] 9523/16
9540/15 9544/23
9563/10 9575/5
9637/25 9668/6 9732/2
admitted [46] 9504/11
9505/2 9507/20
9509/18 9510/18
9540/18 9545/1
9564/14 9570/13
9576/3 9578/23
9641/21 9644/6 9656/9
9657/22 9662/15
9668/9 9683/3 9689/7
9695/17 9699/13
9707/4 9708/15 9711/5
9713/16 9728/18
9728/23 9741/17
9764/20 9765/2 9770/9
9773/18 9773/20
9782/15 9782/16
9782/18 9782/20
9782/22 9782/24
9783/3 9783/16
9783/18 9783/21
9784/2 9831/2 9835/21
admittedly [1] 9527/1
adopt [1] 9535/1
Adrian [1] 9693/6
Adrian Grimes [1]
9693/6
advance [3] 9530/12
9766/3 9828/5
adventures [1] 9767/1
adversely [1] 9818/6
advised [1] 9796/10

advocacy [1] 9801/15
advocating [1]
9531/14
affect [2] 9773/3
9773/6
affected [1] 9818/6
affidavit [1] 9533/11
9729/15 9729/16
9729/22 9732/9
9732/24
affidavits [1] 9751/2
affirmative [2] 9796/17
9808/14
afford [1] 9607/2
afield [1] 9679/6
after [51] 9515/14
9526/13 9528/25
9533/18 9533/22
9545/21 9547/3 9561/5
9573/10 9582/3 9582/7
9584/18 9585/1 9586/1
9590/20 9591/9
9591/12 9594/14
9595/2 9615/14
9627/20 9629/12
9631/10 9632/23
9645/16 9645/19
9659/1 9667/21
9668/16 9669/23
9670/3 9670/9 9671/1
9673/3 9674/5 9682/16
9683/14 9714/14
9738/10 9738/14
9750/19 9762/22
9763/1 9772/13
9772/18 9774/24
9775/24 9780/25
9789/13 9801/5 9832/9
afternoon [2] 9559/22
9665/15 9665/16
9671/18 9698/19
9714/5 9714/9 9714/14
9719/22 9721/5
9736/23 9736/24
9737/4 9741/4 9741/5
9744/8 9744/9 9750/19
9761/10 9761/11
9832/4
afterwards [2] 9598/2
9633/2
again [61] 9507/14
9509/21 9511/24
9514/3 9519/4 9522/17
9526/2 9527/8 9530/18
9536/15 9540/25
9545/6 9545/10 9546/1
9546/24 9552/3
9557/22 9559/11
9561/17 9563/20
9568/16 9568/25
9569/3 9570/2 9571/12
9571/14 9571/17
9572/4 9573/4 9578/7
9578/20 9581/17
9582/4 9582/10 9584/5
9591/7 9591/17
9591/17 9600/15
9601/3 9611/3 9615/5

again... [19] 9631/11
9631/14 9639/18
9639/22 9640/1 9640/9
9643/4 9643/10
9646/19 9651/25
9654/3 9670/17
9673/22 9675/16
9678/2 9696/11 9737/5
9761/10 9769/9
against [43] 9507/18
9508/12 9508/14
9508/18 9509/18
9510/18 9532/4 9532/8
9547/20 9580/18
9581/8 9607/18 9618/9
9618/11 9675/1
9678/16 9717/1
9728/11 9728/19
9728/24 9775/16
9777/19 9777/20
9778/3 9778/11
9778/23 9779/4
9779/25 9782/18
9782/16 9782/18
9782/22 9782/24
9783/3 9784/3 9787/15
9787/18 9787/20
9799/13 9800/9
9804/23 9808/25
9814/24
agencies [1] 9627/10
agency [4] 9750/14
9813/24 9818/23
9819/7
agendas [1] 9606/9
agent [58] 9507/3
9517/24 9526/1 9533/8
9603/7 9659/14 9664/8
9664/9 9665/2 9665/7
9665/15 9668/13
9670/16 9671/4
9679/21 9680/6
9680/11 9681/2 9684/5
9685/24 9686/3 9687/1
9691/9 9691/16
9693/22 9695/22
9697/17 9698/16
9701/2 9708/6 9708/20
9709/20 9710/21
9712/19 9713/3
9713/14 9715/4 9729/5
9729/11 9729/16
9730/12 9730/14
9731/22 9732/8
9733/10 9733/15
9735/11 9736/17
9736/23 9744/8
9748/21 9748/24
9753/22 9754/2
9755/12 9755/20
9764/16 9779/21
Agent Eller [1] 9680/6
Agent Harris [16]
9664/9 9687/1 9691/16
9693/22 9695/22
9697/17 9698/16
9701/2 9708/6 9709/20

9715/4 9712/19
9729/5 9735/11
9736/23 9744/8
Agent Harris' [2]
9729/11 9736/17
Agent Lazarus [1]
9507/3
Agent Palian [6]
9517/24 9526/1 9603/7
9748/24 9753/22
9754/2
Agent Palian's [1]
9533/8
agent's [4] 9673/6
9673/12 9779/14
9779/17
agents [6] 9603/6
9664/7 9733/17
9746/11 9746/17
9756/3
agitators [1] 9608/24
ago [4] 9541/1 9721/2
9760/2 9834/8
agree [26] 9512/15
9520/5 9525/1 9528/15
9531/2 9531/6 9531/11
9533/13 9606/10
9616/21 9651/5 9662/7
9674/2 9674/9 9675/21
9676/18 9715/18
9715/21 9718/1 9734/8
9744/22 9745/8
9751/12 9752/16
9756/24 9798/6
agreed [20] 9512/6
9513/11 9524/7 9662/2
9773/23 9778/9
9778/10 9788/1 9791/5
9791/6 9792/20
9797/18 9798/15
9798/25 9799/1 9799/4
9801/20 9802/6 9812/3
9812/18
agreement [46]
9513/23 9513/25
9514/2 9514/15 9515/1
9515/2 9527/23
9732/12 9778/8
9778/23 9788/7
9788/14 9790/2
9790/12 9790/20
9790/23 9791/1 9791/2
9791/10 9791/15
9791/23 9792/1 9792/2
9792/6 9794/12
9794/20 9795/2
9795/10 9795/21
9796/4 9796/13
9797/24 9799/12
9799/18 9799/19
9799/20 9800/1 9800/6
9800/9 9801/6 9801/9
9801/9 9802/9 9812/9
9812/10 9827/21
agreements [5]
9778/17 9778/21
9779/1 9779/3 9779/6
ahead [8] 9615/10

9626/25 9664/17
9739/5 9739/6 9750/9
aid [16] 9621/4 9621/5
9621/10 9622/5
9622/12 9622/14
9622/14 9622/23
9623/5 9623/8 9771/5
9795/13 9808/17
9808/19 9808/22
9809/16
aided [19] 9503/7
9803/12 9806/25
9807/3 9807/4 9807/11
9807/15 9811/8
9815/17 9815/21
9816/20 9817/18
9820/7 9820/13
9821/14 9825/12
9825/15 9827/5 9829/9
aider [2] 9809/11
9809/19
aiding [15] 9796/6
9803/7 9808/5 9809/3
9813/10 9813/14
9816/9 9816/15
9817/12 9821/3 9821/8
9823/5 9823/9 9826/5
9826/14
aids [1] 9807/6
aim [1] 9716/6
aimed [1] 9745/16
aims [1] 9795/18
airborne [1] 9565/22
airport [1] 9681/20
Airsoft [1] 9563/24
AL [1] 9500/6
Alabama [3] 9572/19
9572/22 9573/2
alarmed [1] 9554/5
9554/7 9556/18
alarming [1] 9557/1
alert [1] 9584/18
Alexandra [2] 9500/15
9506/14
Alexandra Hughes [1]
9506/14
Alexandria [1] 9501/11
all [252] 9506/2
9507/11 9507/12
9508/12 9509/11
9510/15 9510/17
9510/18 9511/12
9513/16 9514/23
9515/11 9515/16
9517/6 9517/9 9518/8
9519/21 9521/7
9522/16 9526/11
9527/19 9528/2 9528/7
9529/10 9529/19
9529/21 9530/18
9532/11 9534/13
9536/14 9540/24
9545/1 9547/8 9548/25
9554/10 9569/23
9569/24 9570/1
9571/15 9579/16
9581/1 9582/14

9587/13 9589/7
9589/21 9591/22
9592/15 9592/19
9593/1 9593/16
9593/16 9593/19
9595/23 9596/2 9596/3
9596/12 9596/17
9596/20 9596/23
9597/3 9597/3 9597/6
9599/22 9601/13
9605/3 9605/8 9607/12
9608/8 9608/10 9609/4
9609/13 9611/4 9611/5
9612/12 9612/15
9612/21 9615/16
9616/5 9616/21
9617/16 9617/19
9618/18 9620/10
9620/22 9624/2 9626/2
9626/3 9626/9 9627/23
9627/24 9628/11
9629/10 9630/10
9630/12 9632/2 9632/4
9632/7 9633/12
9633/16 9633/18
9633/22 9636/12
9636/25 9637/2
9637/25 9640/19
9642/6 9644/6 9646/9
9652/14 9654/16
9656/18 9659/3
9659/13 9661/11
9662/23 9663/2
9663/21 9664/1 9664/5
9671/10 9671/20
9672/25 9673/5
9673/18 9674/7
9674/19 9676/20
9677/11 9679/14
9680/14 9680/16
9680/19 9680/25
9682/23 9689/7 9694/4
9695/3 9698/8 9702/16
9705/14 9707/3 9708/2
9711/5 9711/23
9712/25 9713/2
9713/21 9714/20
9714/25 9715/1 9715/3
9718/8 9718/20
9720/23 9720/25
9721/3 9721/9 9721/11
9721/13 9728/7
9728/10 9728/13
9728/17 9731/12
9734/14 9734/17
9735/17 9735/20
9736/10 9740/21
9741/6 9742/25 9743/6
9744/3 9745/9 9746/3
9746/18 9748/19
9748/20 9749/14
9751/10 9751/20
9752/3 9758/14 9763/9
9764/16 9764/24
9766/9 9766/13
9767/22 9768/7 9768/8
9768/20 9768/20

9769/3 9769/3 9769/13
9769/17 9769/18
9770/4 9771/18
9772/14 9772/23
9773/11 9775/11
9776/7 9780/25
9781/24 9782/18
9783/3 9783/3 9786/22
9787/5 9787/14
9788/21 9790/1 9791/4
9791/6 9793/24 9794/2
9794/3 9794/17
9794/20 9794/23
9797/2 9800/21
9804/12 9804/20
9807/7 9822/2 9824/16
9828/15 9830/17
9830/19 9831/9
9831/18 9831/20
9833/8 9833/16 9834/7
9834/11 9834/19
9835/13 9835/15
9836/4 9836/16
9836/18 9836/18
9836/20
all right [16] 9513/16
9545/1 9584/24
9599/22 9605/8
9607/12 9617/16
9617/19 9632/7 9715/3
9720/23 9721/3
9734/17 9752/3
9764/24 9831/18
allegation [2] 9519/3
9529/7
allegations [3] 9516/10
9789/12 9829/22
alleged [21] 9521/21
9523/1 9530/19
9531/25 9533/16
9534/6 9534/10
9717/10 9717/14
9717/17 9769/20
9786/9 9786/13
9786/16 9789/1
9791/18 9793/14
9796/22 9812/20
9812/23 9813/2
allegedly [4] 9737/2
9749/18 9789/6
9814/14
alleges [6] 9787/25
9806/24 9809/25
9815/16 9820/6
9825/11
alleging [1] 9534/1
allow [5] 9556/21
9599/12 9623/12
9695/11 9773/5
allowed [4] 9644/23
9713/19 9745/20
9833/5
allows [1] 9691/17
almost [2] 9658/5
9756/12
alone [6] 9767/21
9770/9 9770/10
9776/10 9778/19

**alone... [1]** 9781/4
**along [7]** 9630/17
9657/22 9780/21
9793/21 9803/10
9817/14 9834/14
**Alpert [3]** 9511/9
9513/21 9769/7
**already [31]** 9538/10
9543/20 9546/24
9554/16 9560/11
9561/1 9564/14 9576/1
9578/22 9614/23
9615/5 9620/9 9620/16
9645/5 9663/4 9682/24
9683/22 9686/11
9692/12 9703/12
9704/24 9710/14
9718/14 9762/14
9764/25 9768/16
9797/25 9802/11
9802/20 9812/11
9830/24
**also [71]** 9510/16
9511/4 9513/4 9526/23
9533/21 9533/21
9542/12 9547/8
9547/12 9547/15
9548/15 9550/8
9550/10 9553/7
9553/17 9559/12
9561/21 9570/6
9570/11 9575/16
9581/4 9585/2 9585/18
9592/10 9595/25
9598/14 9603/16
9607/13 9613/24
9623/10 9624/21
9625/1 9666/4 9669/16
9684/6 9686/2 9706/1
9706/6 9708/24
9717/13 9730/11
9734/4 9742/17
9743/18 9746/17
9752/6 9768/3 9780/4
9781/9 9782/11
9785/24 9786/5
9786/10 9791/3
9795/20 9803/5
9804/16 9805/11
9808/24 9809/15
9812/22 9813/8 9814/8
9814/21 9817/11
9818/20 9819/10
9823/1 9824/17 9829/2
9831/9
**altered [1]** 9823/14
**alternative [1]** 9696/24
**although [8]** 9522/10
9559/13 9583/21
9655/19 9778/3 9781/5
9794/15 9798/12
**always [4]** 9546/3
9702/3 9777/7 9777/7
**am [16]** 9564/18
9571/5 9571/6 9571/7
9623/15 9644/23
9685/22 9687/7

9693/16 9697/7 9749/3
9749/12 9789/18
9802/14
**ambulance [1]** 9583/24
**amended [2]** 9533/11
9801/3
**amendment [9]** 9525/3
9565/9 9597/22 9784/8
9784/11 9784/21
9784/25 9800/17
9800/18
**Amendments [1]**
9801/4
**AMERICA [2]** 9500/3
9506/9
**American [6]** 9541/24
9565/22 9581/22
9581/24 9626/4 9764/3
**AMIT [2]** 9500/9 9506/3
**Amit P [1]** 9506/3
**among [1]** 9603/7
**amongst [2]** 9528/23
9540/7
**amount [7]** 9561/22
9562/3 9623/24 9667/3
9742/15 9743/14
9757/13
**analogy [2]** 9525/18
9592/10
**analysis [1]** 9781/10
**analyzed [1]** 9750/18
**Android [1]** 9688/16
**angry [3]** 9579/13
9582/11 9582/13
**annotations [3]** 9651/1
9651/2 9651/6
**announcement [3]**
9546/9 9570/19 9571/1
**another [38]** 9507/13
9516/6 9517/22 9519/2
9519/16 9519/23
9522/7 9523/17 9527/2
9528/21 9532/21
9583/4 9583/9 9586/2
9586/3 9586/9 9592/10
9597/21 9598/16
9600/4 9634/20
9664/20 9693/10
9716/3 9729/2 9733/24
9744/17 9775/5
9787/12 9805/10
9807/3 9807/4 9810/4
9818/13 9818/14
9818/15 9818/16
9824/13
**another's [2]** 9730/8
9752/25
**answer [11]** 9534/3
9534/8 9556/22 9582/6
9592/23 9670/16
9674/15 9700/16
9775/22 9775/25
9776/1
**answered [3]** 9533/20
9635/21 9775/24
**answers [1]** 9674/16
**Antifa [6]** 9527/10

9600/2 9604/8 9604/17
**any [164]** 9508/1
9508/2 9508/11
9508/17 9514/13
9516/24 9516/24
9517/1 9517/5 9519/17
9523/5 9523/13 9524/3
9524/5 9524/6 9525/5
9525/8 9525/23
9525/23 9533/2
9552/11 9557/11
9558/3 9583/14
9583/14 9583/16
9583/18 9583/18
9583/20 9598/19
9604/19 9617/4 9621/4
9629/20 9632/21
9633/8 9633/12
9633/19 9635/23
9637/22 9639/9
9641/19 9644/4 9646/6
9646/7 9647/2 9650/16
9660/2 9660/9 9661/11
9664/12 9666/18
9669/1 9684/1 9684/2
9685/14 9686/6 9687/3
9687/4 9687/24
9693/14 9697/4
9702/24 9706/6 9709/8
9710/7 9710/17
9713/23 9713/25
9717/17 9737/25
9738/20 9738/24
9738/24 9738/25
9739/9 9740/6 9740/16
9741/17 9745/15
9748/2 9751/1 9751/2
9753/19 9759/12
9760/4 9761/5 9767/8
9767/9 9770/5 9770/10
9770/19 9770/22
9771/18 9771/24
9773/24 9774/4 9775/6
9776/10 9776/11
9776/14 9776/14
9776/20 9777/18
9778/22 9779/15
9779/18 9779/20
9780/2 9780/11 9783/9
9784/4 9785/12 9786/1
9786/6 9786/9 9786/21
9787/22 9787/23
9788/10 9792/25
9794/16 9795/1
9796/23 9797/10
9797/15 9797/21
9798/12 9799/5
9799/11 9800/4
9811/13 9811/15
9813/1 9813/24
9816/23 9817/2 9818/5
9818/7 9818/8 9818/10
9818/19 9818/21
9818/23 9818/24
9819/7 9821/19
9821/24 9826/22
9827/21 9827/23

9828/19 9828/22
9828/25 9829/6 9829/7
9829/10 9829/24
9829/24 9830/11
9830/12 9831/1
**anybody [8]** 9517/11
9523/12 9532/24
9590/13 9608/19
9608/25 9717/7
9721/13
**anymore [1]** 9582/8
**anyone [9]** 9572/15
9585/21 9589/17
9682/21 9715/6
9746/10 9767/8
9767/11 9830/10
**anyone's [1]** 9770/14
**anything [33]** 9508/17
9509/1 9510/22
9515/11 9520/2
9525/25 9529/9
9529/13 9530/6 9530/8
9538/11 9538/13
9552/16 9625/23
9628/20 9630/20
9631/7 9632/18 9677/5
9682/21 9708/3 9738/2
9745/4 9746/24 9748/8
9760/7 9763/10
9765/24 9768/11
9770/17 9830/22
9834/19 9836/16
**anyway [3]** 9614/14
9714/3 9768/4
**anywhere [2]** 9644/14
9674/4
**apologies [4]** 9508/5
9545/16 9595/7
9595/10
**apologize [7]** 9508/3
9515/19 9540/11
9624/24 9676/11
9736/15 9742/18
**app [3]** 9688/15
9688/15 9688/16
**apparently [2]** 9736/1
9748/15
**appear [9]** 9541/11
9639/9 9644/19
9644/22 9645/6 9645/9
9645/13 9648/11
9784/1
**appearance [3]** 9636/6
9636/8 9646/24
**appearances [5]**
9500/13 9500/20
9501/17 9502/15
9506/23
**appeared [2]** 9636/2
9776/8
**appearing [1]** 9616/6
**appears [10]** 9545/9
9637/12 9640/9 9641/4
9649/3 9669/11
9751/12 9752/3 9753/3
9755/5
**appellate [1]** 9526/21

**Applause [1]** 9768/9
**apple [1]** 9594/19
**applicability [1]** 9514/7
**application [9]**
9588/22 9690/3 9690/4
9690/5 9690/15
9690/19 9729/17
9751/13 9752/5
**applications [1]**
9689/25
**applies [5]** 9535/7
9770/2 9789/19
9802/24 9812/14
**apply [12]** 9761/18
9779/18 9790/1
9802/14 9811/4
9815/15 9816/16
9820/5 9821/9 9823/22
9825/10 9826/15
**appreciate [3]** 9522/23
9575/1 9767/25
**approach [3]** 9602/13
9719/17 9729/3
**approached [1]**
9731/19
**approaching [3]**
9615/18 9618/16
9625/8
**appropriate [3]**
9595/15 9622/10
9731/21
**approval [1]** 9672/9
**approvals [2]** 9672/4
9672/4
**approving [1]** 9745/5
**approximately [7]**
9612/23 9625/4
9627/20 9645/20
9665/21 9701/7 9764/9
**April [6]** 9549/10
9557/8 9603/4 9666/4
9666/5 9666/11
**AR [2]** 9553/22
9553/24
**AR-15 [2]** 9553/22
9553/24
**are [248]** 9506/23
9507/5 9511/6 9512/19
9514/22 9515/18
9517/20 9519/21
9520/12 9522/14
9528/22 9528/24
9529/1 9529/2 9529/24
9531/19 9531/21
9532/20 9532/21
9536/16 9536/18
9539/10 9542/23
9545/7 9545/25
9550/12 9551/17
9555/18 9565/20
9565/25 9566/18
9566/25 9570/25
9572/25 9573/12
9573/13 9576/2
9576/25 9577/20
9584/10 9584/17
9584/17 9585/1
9586/17 9588/10

**are... [203]** 9591/10
9591/25 9593/4 9596/6
9597/3 9597/5 9597/5
9597/8 9600/7 9600/13
9601/23 9601/24
9604/25 9617/12
9617/17 9617/23
9618/11 9619/1
9619/24 9620/13
9624/10 9625/25
9626/5 9626/14
9626/14 9626/18
9629/15 9629/23
9632/10 9634/19
9641/17 9642/8
9645/12 9645/14
9659/13 9659/21
9664/5 9671/7 9671/19
9672/1 9672/19
9672/20 9672/22
9673/9 9674/16 9675/5
9676/23 9677/4
9678/15 9684/1
9684/17 9685/21
9685/23 9686/2 9686/2
9687/5 9687/14
9687/14 9688/11
9689/11 9689/23
9689/25 9689/25
9691/3 9691/5 9691/24
9693/14 9697/4
9697/10 9697/17
9698/23 9698/24
9699/1 9699/17 9702/3
9706/1 9706/3 9706/6
9706/18 9707/12
9707/16 9708/3 9709/7
9709/8 9709/12
9711/22 9715/12
9715/12 9716/5 9717/1
9718/22 9720/8
9720/16 9720/19
9728/23 9728/24
9731/14 9732/12
9734/11 9734/17
9735/2 9735/4 9736/16
9736/23 9737/11
9740/4 9740/9 9741/8
9741/22 9742/8
9742/10 9743/14
9746/2 9746/7 9746/8
9747/18 9749/1 9749/8
9750/15 9751/5
9757/13 9757/17
9757/18 9758/8
9758/14 9758/16
9758/25 9760/10
9760/15 9760/16
9760/19 9762/9
9763/10 9763/25
9765/23 9766/13
9767/15 9768/16
9770/7 9770/7 9771/5
9771/6 9771/9 9772/15
9774/1 9774/3 9774/7
9774/10 9774/11
9774/12 9775/4 9775/8

9778/1 9778/21
9778/22 9779/11
9780/25 9781/18
9781/21 9782/19
9782/19 9782/21
9782/24 9782/25
9783/6 9783/13
9783/17 9783/20
9783/22 9784/4 9785/9
9786/25 9787/6
9789/12 9792/10
9793/14 9793/17
9798/13 9800/14
9802/15 9802/25
9810/1 9811/12 9812/7
9814/21 9816/22
9821/18 9822/4
9824/16 9827/8
9827/12 9828/2 9830/1
9830/6 9830/8 9831/20
9832/1 9832/2 9832/24
9833/5
**area [11]** 9557/22
9562/12 9585/11
9600/4 9615/21
9630/11 9631/16
9631/25 9671/9
9678/11 9738/21
**areas [3]** 9594/8
9757/6 9757/6
**aren't [1]** 9758/11
**aren't you [1]** 9758/11
**argue [8]** 9517/3
9517/6 9517/9 9517/13
9520/19 9523/12
9598/19 9713/12
**argued [2]** 9520/25
9731/20
**arguing [4]** 9530/1
9530/3 9530/5 9530/10
**argument [10]** 9516/22
9517/5 9517/21 9526/8
9527/8 9695/2 9717/4
9753/23 9775/14
9830/16
**arguments [4]** 9765/14
9766/4 9768/22 9774/7
**arises [1]** 9507/15
**Arity [1]** 9734/12
**Arlington [1]** 9555/2
**arm [3]** 9552/21
9686/16 9686/19
**ArmaLite [1]** 9553/25
**arms [2]** 9564/4
9684/24
**around [38]** 9535/6
9535/12 9535/13
9535/19 9543/25
9544/18 9545/22
9545/23 9551/2
9559/24 9563/8
9573/22 9583/7
9587/22 9587/24
9603/17 9612/22
9612/24 9613/3
9616/23 9619/25
9649/2 9664/16

9711/18 9755/4 9756/3
9785/22 9785/22
9786/2 9786/3 9797/5
9797/5 9801/25
9801/25 9811/21
9811/22
**arrest [6]** 9521/6
9521/19 9523/3 9523/5
9674/5 9822/7
**arrested [8]** 9518/23
9519/1 9533/19
9533/23 9553/1
9611/25 9612/7 9612/8
**arrived [3]** 9636/16
9790/2 9791/10
**arrives [2]** 9636/9
9637/4
**article [22]** 9538/12
9538/12 9538/15
9538/16 9677/18
9693/18 9694/10
9694/14 9694/16
9694/17 9695/12
9695/23 9695/25
9696/12 9697/1 9697/6
9697/24 9698/10
9698/13 9800/16
9801/2 9818/7
**Article II [2]** 9800/16
9801/2
**articulated [6]** 9516/12
9516/15 9518/8 9520/9
9522/18 9537/20
**articulating [1]**
9552/15
**articulation [2]**
9519/18 9519/25
**as [276]** 9507/20
9508/8 9508/12
9508/12 9508/20
9508/22 9509/2
9509/12 9509/18
9510/16 9511/24
9512/4 9513/18 9514/9
9515/6 9517/7 9518/13
9520/8 9520/9 9520/21
9521/17 9522/18
9522/22 9523/10
9525/11 9526/12
9526/16 9527/5 9527/5
9528/10 9530/24
9530/25 9531/3 9531/4
9531/17 9532/22
9533/16 9534/25
9535/6 9536/4 9537/3
9538/13 9547/16
9550/9 9552/9 9555/23
9560/3 9561/13
9561/13 9566/15
9568/16 9569/25
9569/25 9575/11
9576/3 9579/12
9581/19 9585/3
9586/16 9586/24
9587/5 9591/2 9602/22
9602/22 9604/13
9608/8 9611/16

9615/18 9615/22
9616/18 9617/3
9621/14 9623/2 9623/5
9623/11 9624/15
9625/8 9625/24
9626/22 9629/13
9634/14 9637/17
9637/18 9641/9
9642/12 9642/16
9646/5 9647/13
9648/14 9648/19
9649/9 9650/16
9650/21 9650/21
9651/2 9651/2 9651/16
9652/14 9652/19
9654/21 9656/14
9658/25 9658/25
9661/8 9662/4 9663/21
9664/2 9665/5 9669/3
9672/22 9676/2 9676/2
9676/2 9681/7 9682/12
9686/4 9687/3 9687/3
9687/4 9687/11
9687/23 9687/24
9690/25 9693/19
9694/9 9694/23 9696/1
9696/22 9697/25
9698/2 9700/16
9700/18 9700/18
9707/21 9708/24
9712/16 9716/19
9717/9 9730/18
9730/20 9732/12
9732/25 9734/9 9734/9
9736/1 9741/7 9741/7
9741/23 9743/20
9746/10 9748/2 9749/3
9756/19 9756/19
9757/9 9757/17
9762/21 9762/24
9764/2 9765/3 9765/23
9768/23 9770/3 9770/4
9770/6 9770/9 9770/10
9771/4 9771/5 9772/7
9772/9 9774/3 9774/5
9774/13 9775/4
9775/22 9776/3
9776/13 9776/18
9776/19 9777/15
9777/22 9777/24
9778/5 9778/5 9778/22
9779/7 9779/7 9779/15
9780/1 9780/10
9780/12 9780/12
9780/23 9780/23
9781/4 9781/25
9781/25 9782/9
9782/20 9783/5
9783/13 9783/13
9783/24 9784/2
9784/17 9785/6 9787/9
9787/16 9787/22
9789/24 9789/25
9791/22 9792/6
9792/11 9793/21
9793/22 9793/24
9794/8 9794/9 9798/22

9799/6
9799/12 9800/12
9800/19 9801/3
9801/20 9801/20
9804/5 9805/2 9805/24
9807/2 9807/6 9807/21
9809/11 9809/19
9809/23 9810/2 9810/7
9810/10 9810/25
9811/4 9811/9 9812/5
9812/15 9812/17
9815/8 9815/15
9815/19 9816/2
9816/16 9819/23
9820/5 9820/10
9820/20 9821/9
9823/23 9824/4 9825/4
9825/10 9825/14
9825/22 9826/15
9827/9 9827/25
9828/16 9830/2
9831/10 9831/22
9831/23 9834/2
9836/12 9836/12
**aside [2]** 9510/16
9629/18
**ask [58]** 9512/10
9522/6 9525/17
9527/24 9535/5
9535/15 9536/19
9557/25 9560/7
9576/10 9593/21
9594/5 9595/16 9596/4
9596/9 9596/9 9598/17
9600/9 9601/3 9606/12
9610/6 9621/8 9628/18
9632/7 9632/17
9632/20 9632/21
9632/24 9634/18
9634/18 9637/25
9640/8 9650/16
9662/24 9663/2
9670/17 9673/19
9674/14 9678/10
9679/3 9679/4 9708/10
9712/24 9715/6
9715/16 9718/21
9719/1 9721/14
9734/19 9734/23
9736/2 9741/14
9742/17 9754/19
9756/5 9767/6 9831/3
9834/2
**asked [23]** 9510/16
9525/4 9533/9 9533/14
9533/21 9541/4 9573/6
9584/16 9594/17
9621/4 9673/20 9678/2
9679/21 9733/18
9741/12 9760/2 9760/5
9760/6 9760/9 9760/10
9761/23 9773/1
9775/14
**asking [10]** 9531/7
9557/25 9569/1 9672/1
9675/5 9678/15
9678/21 9739/15
9742/10 9753/18

9845

# A

asks [1] 9555/14
asleep [1] 9775/2
aspects [1] 9522/11
assault [2] 9696/20
9758/3
assembled [2] 9548/4
9795/18
assert [1] 9694/20
asserted [1] 9733/3
assertion [1] 9799/21
asserts [1] 9774/14
assigned [1] 9686/5
assist [6] 9774/8
9781/13 9808/17
9808/20 9808/22
9809/16
assistance [5] 9583/14
9583/18 9661/5
9701/14 9701/17
assisted [4] 9583/4
9583/22 9583/23
9796/11
assisting [5] 9582/25
9808/5 9816/9 9821/3
9826/5
associate [2] 9809/17
9833/1
associated [8] 9721/13
9752/6 9752/7 9785/10
9803/10 9809/8
9817/15 9833/3
associates [2] 9501/14
9508/4
association [2] 9795/4
9795/6
assume [7] 9732/24
9737/16 9737/18
9754/4 9774/18
9774/22 9780/2
assuming [2] 9567/20
9719/2
ATF [3] 9687/19
9687/23 9688/2
Atkins [2] 9754/17
9754/20
Atkinson [12] 9685/9
9685/15 9754/20
9754/22 9754/24
9755/5 9755/7 9755/10
9755/22 9755/23
9755/24 9756/1
att.net [1] 9501/12
attached [1] 9694/11
attack [3] 9527/11
9822/21 9824/7
attempt [21] 9512/12
9805/8 9805/16 9806/5
9806/6 9806/13
9808/10 9814/23
9815/1 9815/18
9816/13 9819/13
9819/17 9820/4 9820/8
9821/7 9824/17
9824/19 9824/22
9825/9 9826/11
attempted [16]
9803/12 9807/19
9813/25 9815/25
9816/5 9816/19
9817/16 9820/17
9820/24 9821/14
9825/19 9825/25
9826/19 9829/9
attempting [21] 9803/6
9805/12 9805/13
9805/20 9807/1
9807/16 9808/7 9813/9
9813/14 9814/21
9815/22 9816/11
9817/12 9819/11
9820/14 9821/5 9823/2
9823/8 9825/12
9825/16 9826/7
attempts [1] 9804/20
attendees [1] 9828/9
attention [8] 9510/9
9617/23 9617/25
9618/1 9619/1 9742/14
9743/11 9778/12
attenuated [1] 9575/21
attest [2] 9572/25
9623/24
attorney [3] 9666/15
9674/2 9730/14
ATTORNEY'S [1]
9500/16
attorneys [2] 9770/22
9779/10
audible [1] 9742/13
audio [18] 9564/21
9565/16 9566/22
9567/13 9567/22
9568/10 9569/11
9569/12 9569/13
9569/14 9569/22
9570/1 9570/17
9570/18 9570/22
9571/15 9572/1
9783/20
auditing [1] 9683/12
audits [1] 9614/12
August [1] 9576/23
August 3rd [1]
9576/23
authentic [3] 9576/4
9662/9 9662/11
authority [18] 9513/9
9514/25 9515/1 9788/8
9797/8 9797/13
9797/20 9798/10
9799/2 9799/9 9799/17
9799/18 9799/21
9799/24 9800/6
9800/12 9819/9
9827/21
autographs [1]
9625/17
automatic [1] 9553/25
availability [1] 9823/19
available [2] 9552/4
9730/19
Avenue [3] 9501/3
9501/7 9503/4
avoids [1] 9515/8

9813/25 9815/25
9816/5 9816/19
9817/16 9820/17
9820/24 9821/14
9825/19 9825/25
9826/19 9829/9

aware [40] 9629/21
9631/17 9693/14
9697/4 9730/22 9742/8
9745/19 9746/2
9747/17 9747/18
9747/20 9748/20
9748/21 9748/24
9749/2 9749/5 9749/9
9749/12 9749/15
9750/13 9750/15
9750/17 9750/25
9751/4 9751/5 9753/9
9753/10 9754/12
9756/11 9758/8
9758/10 9758/14
9758/16 9758/24
9759/4 9759/9 9759/14
9792/25 9804/10
9814/6
awareness [6] 9514/15
9551/3 9797/24
9802/10 9803/22
9804/18
away [9] 9580/4 9580/6
9580/7 9580/14
9587/15 9597/3 9611/6
9623/16 9667/11
awesome [1] 9545/25

# B

back [77] 9508/10
9509/11 9511/24
9514/11 9524/21
9527/8 9533/10
9534/14 9535/11
9539/3 9544/20 9550/3
9551/7 9564/12
9568/13 9570/1
9570/19 9575/7
9575/23 9577/25
9577/25 9578/1
9585/14 9586/1
9586/22 9587/4 9587/8
9596/19 9599/24
9601/14 9611/5
9611/14 9611/17
9611/17 9611/24
9612/2 9613/12
9614/11 9627/21
9630/8 9630/23
9630/25 9631/11
9638/6 9639/3 9640/11
9643/24 9647/6 9648/5
9654/19 9655/11
9659/1 9670/8 9673/23
9675/21 9675/23
9675/24 9680/16
9681/13 9685/4 9693/4
9711/12 9713/22
9715/25 9720/24
9728/18 9731/1
9731/16 9733/12
9736/15 9737/13
9765/17 9767/1
9767/21 9769/14
9835/13 9835/15
background [4] 9619/8

9758/15
Backing [1] 9667/14
backtrack [1] 9642/8
bad [4] 9546/5 9588/4
9767/20 9814/3
ball [1] 9621/19
Ballston [4] 9529/11
9530/14 9558/4
9686/23
Banks [1] 9781/8
bar [5] 9552/9 9552/22
9578/9 9611/16
9696/21
barbecue [3] 9587/11
9587/16 9588/7
barely [2] 9569/23
9749/14
barn [7] 9590/3 9590/4
9590/5 9590/12
9590/15 9590/18
9590/24
barrel [1] 9687/23
BARRETT [2] 9501/3
9503/4
barrier [2] 9661/6
9661/8
Base [1] 9814/19
based [28] 9520/2
9593/21 9598/12
9601/3 9636/8 9654/21
9696/21 9711/25
9731/3 9739/11
9742/10 9743/12
9745/3 9745/4 9745/10
9746/3 9750/19 9753/2
9757/14 9772/10
9772/11 9772/21
9772/22 9781/19
9789/12 9791/17
9810/2 9832/11
basically [5] 9517/20
9524/24 9599/3
9621/19 9758/10
basis [7] 9517/4
9523/12 9523/19
9524/22 9530/5
9735/18 9778/19
bastards [1] 9565/7
batting [2] 9545/25
9547/18
Battle [1] 9764/2
BD [1] 9563/24
be [263] 9506/5 9508/2
9508/17 9509/25
9511/14 9512/7
9512/23 9514/6 9514/8
9517/15 9518/12
9520/8 9520/10
9520/13 9520/25
9521/2 9522/18 9523/4
9523/6 9523/15
9524/17 9524/18
9524/24 9525/7 9525/8
9525/8 9527/5 9527/7
9527/17 9527/18
9527/19 9527/22
9527/23 9527/25

9758/15
9536/15 9538/2
9541/13 9541/15
9541/15 9541/23
9541/23 9541/24
9544/1 9547/24
9551/21 9553/1 9554/5
9554/24 9556/13
9556/18 9562/16
9562/20 9565/9
9570/25 9576/1 9576/2
9581/21 9582/5 9587/1
9587/12 9590/9
9590/11 9590/13
9590/15 9592/14
9592/22 9596/18
9596/19 9597/9
9599/16 9600/4
9600/14 9601/10
9601/13 9603/21
9604/6 9607/6 9608/15
9609/9 9612/12
9616/23 9617/17
9623/4 9625/13
9625/13 9625/17
9626/5 9632/13
9632/25 9637/8
9638/24 9639/16
9640/22 9641/21
9642/25 9643/6
9643/11 9644/3 9644/6
9647/2 9647/10
9647/17 9648/2
9648/11 9649/24
9650/9 9650/23
9651/13 9652/21
9653/2 9653/16 9654/6
9654/11 9657/17
9659/18 9660/13
9662/11 9662/14
9664/14 9668/9 9670/6
9672/5 9675/1 9677/9
9680/1 9680/25 9683/3
9687/18 9697/13
9699/13 9699/24
9701/25 9706/9 9707/3
9708/15 9711/5
9713/23 9714/12
9715/8 9716/17 9717/4
9719/3 9719/12
9719/13 9719/19
9720/4 9720/7 9720/24
9721/4 9728/8 9730/20
9731/2 9731/6 9732/15
9732/16 9732/17
9733/2 9734/10
9736/14 9743/11
9744/23 9745/1 9745/6
9745/9 9747/17
9749/23 9750/11
9750/22 9751/12
9752/3 9755/4 9755/16
9756/17 9756/22
9756/23 9757/1 9758/2
9758/3 9758/24 9765/2
9765/11 9765/12
9765/18 9766/4
9766/11 9768/22

be... [75] 9769/16
9770/13 9771/5
9771/10 9771/12
9772/8 9772/9 9773/24
9774/17 9774/21
9774/25 9775/25
9776/11 9777/19
9778/4 9778/15 9779/6
9779/15 9779/25
9780/7 9781/5 9782/3
9784/1 9784/10
9784/15 9786/17
9787/10 9787/21
9791/7 9792/3 9792/6
9792/25 9794/7
9794/17 9795/15
9796/18 9798/21
9798/25 9799/6
9799/20 9801/9
9801/20 9801/23
9803/13 9803/23
9805/7 9807/2 9807/8
9807/24 9807/25
9808/24 9809/14
9811/5 9812/8 9812/18
9816/4 9816/5 9816/17
9820/23 9820/24
9821/10 9824/10
9825/25 9826/1
9826/16 9827/4 9828/2
9831/12 9832/3 9833/3
9833/21 9833/22
9833/23 9835/11
9836/12
bear [3] 9570/11
9638/14 9650/20
bearing [2] 9776/15
9794/12
beaten [1] 9608/3
beating [1] 9620/25
became [2] 9539/5
9790/14
because [88] 9508/13
9508/25 9510/19
9513/4 9514/11
9514/18 9515/8
9516/23 9517/7
9523/23 9525/2
9525/15 9527/19
9531/16 9535/1
9546/19 9550/18
9552/21 9562/15
9569/4 9577/18
9577/24 9578/7
9579/18 9580/22
9581/21 9582/13
9587/9 9588/4 9589/9
9589/17 9589/19
9590/9 9590/19 9592/4
9594/23 9608/17
9611/3 9611/7 9611/13
9611/15 9618/1
9630/22 9631/25
9633/4 9634/8 9637/10
9642/8 9645/3 9648/20
9658/5 9681/20
9682/19 9686/2 9687/3

9706/13 9715/17
9716/15 9717/1
9720/25 9721/2
9731/24 9733/1
9733/11 9733/23
9736/7 9737/19
9746/16 9757/8
9765/25 9766/23
9779/20 9780/2 9780/7
9784/14 9785/4
9786/18 9806/7
9806/14 9807/14
9815/21 9820/13
9825/15 9833/25
9835/9 9836/2
become [2] 9780/4
9801/6
becomes [2] 9532/19
9796/12
been [104] 9507/4
9509/10 9510/17
9516/10 9519/10
9520/17 9520/20
9520/21 9521/3
9521/20 9522/11
9527/11 9528/1 9528/9
9532/2 9534/1 9537/2
9537/12 9539/6
9542/11 9544/9
9548/14 9550/3 9552/1
9559/12 9559/13
9561/5 9564/14 9571/3
9573/2 9573/2 9576/7
9576/16 9578/23
9585/19 9586/6
9591/17 9594/25
9605/18 9608/14
9609/12 9609/22
9609/24 9610/22
9612/24 9614/23
9615/5 9623/7 9629/2
9629/22 9651/3
9657/21 9657/23
9659/23 9660/23
9662/3 9665/4 9666/3
9668/16 9679/22
9680/2 9680/4 9681/6
9685/25 9693/4
9700/15 9710/14
9715/10 9718/14
9729/4 9730/17
9737/16 9738/18
9746/20 9748/23
9749/13 9754/14
9756/3 9766/22 9767/7
9768/20 9773/7 9774/2
9774/25 9775/23
9777/16 9782/12
9782/15 9783/3
9783/20 9784/3
9791/22 9793/10
9827/15 9828/15
9828/17 9829/2
9829/12 9829/15
9829/19 9830/24
9831/2 9832/12 9836/7
beer [1] 9587/25

9515/11 9526/9
9535/16 9548/1
9555/14 9556/22
9562/10 9568/4 9568/5
9568/6 9579/2 9589/24
9593/23 9597/4
9601/15 9603/11
9610/24 9610/25
9615/3 9615/14
9615/15 9629/6
9639/10 9640/12
9640/23 9651/1
9652/14 9656/24
9664/15 9672/17
9686/24 9687/22
9702/1 9708/20 9712/1
9736/3 9739/12
9742/16 9742/17
9750/24 9751/21
9757/12 9768/13
9769/20 9776/8
9779/10 9784/5
9794/18 9804/2
9832/10 9833/6
9834/19 9835/24
9836/17
began [1] 9786/5
begin [1] 9650/1
beginning [6] 9563/16
9574/11 9592/18
9605/12 9674/11
9771/4
behalf [17] 9632/15
9633/14 9635/22
9656/9 9662/21 9663/7
9663/12 9663/16
9663/22 9663/25
9713/4 9713/10
9716/14 9716/17
9766/20 9766/21
9780/5
behavior [3] 9524/19
9626/18 9776/16
behest [1] 9537/25
behind [6] 9530/15
9530/17 9580/12
9581/11 9615/10
9619/2
being [44] 9507/1
9509/18 9517/22
9518/22 9525/4 9538/6
9550/23 9551/2
9572/22 9586/17
9588/1 9595/25
9598/10 9598/15
9598/21 9608/3 9608/6
9608/6 9619/9 9623/2
9623/2 9625/4 9628/12
9675/10 9675/12
9677/7 9698/11
9713/12 9713/20
9715/11 9744/25
9785/10 9795/16
9807/25 9809/14
9816/4 9820/23
9822/10 9822/14
9822/18 9825/25

9829/17
beings [1] 9581/11
belief [1] 9591/11
believability [1]
9770/11
believable [2] 9517/13
9773/14
believe [62] 9507/5
9512/19 9512/20
9524/18 9525/13
9527/5 9527/6 9534/8
9539/15 9541/2
9542/23 9550/1
9564/24 9567/2
9575/20 9576/8 9585/7
9587/18 9593/10
9593/11 9595/19
9597/18 9597/19
9597/20 9597/23
9598/11 9603/25
9614/20 9615/4
9615/11 9619/7
9619/23 9620/5 9622/6
9622/10 9652/5
9652/19 9658/6 9658/7
9666/4 9667/16 9673/7
9678/11 9682/20
9684/16 9693/18
9694/21 9694/21
9695/4 9698/1 9731/21
9739/16 9739/17
9741/12 9745/1 9745/9
9770/19 9773/13
9775/19 9776/10
9777/18 9792/5
believed [13] 9524/25
9537/15 9537/16
9537/18 9573/15
9573/24 9574/4
9593/16 9614/14
9666/19 9673/10
9775/15 9776/12
believes [1] 9597/11
bell [1] 9586/14
belonged [1] 9814/9
below [6] 9577/21
9659/15 9659/18
9692/1 9696/7 9787/9
Ben [2] 9551/19 9630/7
Bench [16] 9575/10
9593/25 9598/6 9610/8
9622/1 9632/9 9634/11
9657/13 9663/1
9669/22 9678/19
9694/2 9700/14 9713/1
9735/22 9753/15
benefit [1] 9830/5
Bennie [6] 9551/13
9553/17 9562/17
9563/22 9564/3
9584/19
Bennie Parker [4]
9551/13 9553/17
9562/17 9584/19
Bentley [1] 9712/6
Bentley's [4] 9710/24
9711/15 9711/19

Berryville [1] 9588/14
Berwick [1] 9502/8
besides [1] 9751/2
best [5] 9517/21
9593/17 9694/21
9766/15 9767/10
Best Buy [1] 9593/17
betrayed [3] 9573/19
9573/24 9614/7
better [3] 9513/13
9606/15 9764/2
between [34] 9508/21
9509/1 9516/13
9518/10 9539/13
9544/17 9544/21
9550/17 9555/18
9558/25 9567/3
9578/16 9592/21
9659/16 9660/3 9660/7
9660/19 9661/6
9703/17 9704/2
9704/14 9710/7 9716/9
9719/17 9737/3 9740/6
9740/7 9753/18 9777/1
9783/9 9791/5 9818/18
9822/6 9836/13
beyond [62] 9623/11
9739/2 9740/9 9771/15
9771/19 9771/24
9772/3 9772/9 9772/23
9772/24 9778/20
9780/25 9785/19
9786/8 9786/14 9787/7
9790/9 9790/21 9791/8
9791/15 9792/10
9792/17 9793/4
9793/18 9795/1 9796/8
9797/17 9798/18
9802/5 9803/17 9804/3
9805/21 9806/9
9806/10 9807/9
9807/17 9809/15
9809/21 9810/11
9811/13 9812/2
9813/19 9815/4
9815/23 9816/25
9817/21 9819/20
9820/15 9821/20
9823/13 9824/1
9824/25 9825/17
9826/23 9827/20
9828/18 9828/22
9828/23 9828/25
9829/4 9829/8 9829/21
bias [1] 9777/21
biased [1] 9777/19
Biden [8] 9537/14
9537/16 9537/25
9538/7 9541/5 9541/9
9542/2 9591/12
biding [1] 9576/5
big [1] 9599/8
bigger [1] 9733/1
bilateral [1] 9512/19
Bill [1] 9736/5
Bill Abshire [1] 9736/5
bit [17] 9524/10

**B**

**bit... [16]** 9527/18
9546/2 9566/2 9575/20
9595/6 9605/10
9605/21 9612/15
9623/12 9624/7 9639/3
9647/21 9648/5 9719/7
9736/9 9752/1
**bite [1]** 9594/19
**black [8]** 9592/11
9592/13 9621/11
9621/12 9623/22
9649/1 9649/2 9681/21
**Black Friday [2]**
9592/11 9592/13
**Black Lives Matter [3]**
9621/11 9621/12
9623/22
**blacked [1]** 9783/19
**blah [3]** 9735/12
9735/12 9735/12
**blood [1]** 9608/12
**blow [4]** 9690/21
9750/23 9751/13
9751/25
**blue [2]** 9568/23
9692/2
**board [4]** 9525/11
9544/5 9734/14 9819/9
**boat [2]** 9684/7
9684/18
**bobble [1]** 9655/11
**body [1]** 9757/20
**bombastic [1]** 9521/7
**Book [3]** 9535/11
9535/15 9536/1
**books [1]** 9626/3
**border [4]** 9541/20
9541/22 9541/23
9541/23
**bore [1]** 9715/23
**both [27]** 9514/16
9519/20 9525/3
9534/22 9537/12
9552/10 9576/14
9660/11 9664/14
9731/7 9775/3 9775/8
9775/12 9775/25
9791/13 9797/24
9798/16 9798/22
9798/24 9799/7
9799/12 9801/8
9804/15 9809/4
9812/15 9812/17
9831/13
**bother [1]** 9627/17
**bottom [13]** 9511/18
9542/22 9603/22
9651/7 9653/1 9654/1
9655/11 9689/16
9692/14 9731/11
9734/2 9761/17
9834/17
**bound [3]** 9766/4
9767/6 9781/18
**bow [1]** 9586/17
**box [1]** 9652/10
**Brad [1]** 9656/9

**B**

**Bradford [1]** 9502/10
9502/10 9506/20
**Bradford Geyer [1]**
9506/20
**BRAND [1]** 9502/3
**brandwoodwardlaw.c om [1]** 9502/5
**break [10]** 9577/9
9596/6 9596/18 9597/4
9601/3 9680/15
9680/17 9714/21
9715/6 9765/17
**breaking [4]** 9574/21
9574/23 9664/15
9792/25
**Brevard [1]** 9760/11
**Brevard County [1]**
9760/11
**bribes [1]** 9805/3
**bridge [1]** 9599/20
**brief [1]** 9596/18
**briefly [2]** 9635/15
9761/6
**BRIGHT [3]** 9501/3
9501/7 9506/16
**bring [31]** 9510/9
9521/1 9529/11
9529/15 9529/16
9534/14 9534/14
9538/9 9539/8 9543/19
9544/15 9546/4 9546/5
9546/13 9546/23
9554/14 9556/7
9556/10 9556/12
9557/10 9557/22
9562/24 9564/13
9577/5 9578/12
9578/22 9646/1
9713/19 9734/6
9778/11 9809/24
**bringing [3]** 9530/14
9556/9 9733/2
**brings [1]** 9637/7
**broke [4]** 9524/12
9525/14 9525/19
9623/23
**broken [3]** 9528/25
9552/21 9552/21
**brother [1]** 9546/2
**brought [11]** 9533/5
9547/18 9556/6 9594/9
9605/11 9622/11
9624/3 9634/15
9678/11 9729/19
9756/20
**bubble [1]** 9658/17
**buddy [1]** 9768/2
**build [2]** 9757/10
9757/12
**building [12]** 9564/7
9573/16 9573/23
9575/2 9575/18 9584/1
9593/13 9626/6
9629/16 9629/19
9670/1 9755/4
**buildings [1]** 9626/15
**built [2]** 9551/2 9661/6
**bullet [3]** 9687/4

**bullet... [1]** 9687/6
**bullhorn [1]** 9619/16
**bunch [2]** 9548/5
9588/1
**burden [5]** 9532/12
9771/15 9772/2
9772/24 9790/4
**bureau [1]** 9819/9
**buried [2]** 9580/25
**Burnie [1]** 9502/13
**bus [2]** 9521/6 9521/16
**business [1]** 9733/1
**busy [2]** 9625/13
9625/18
**buy [3]** 9587/25
9593/17 9688/4
**Byron [1]** 9730/12

**C**

**cages [2]** 9545/25
9547/18
**Cain [1]** 9781/10
**Caldwell [116]** 9502/11
9506/12 9506/22
9516/13 9516/18
9516/20 9517/3
9517/13 9517/25
9518/1 9518/10
9518/22 9519/7
9521/13 9529/8
9532/25 9533/12
9533/15 9533/18
9533/23 9534/5 9535/1
9558/17 9558/18
9558/21 9558/25
9590/1 9590/9 9590/14
9591/1 9597/20
9597/24 9598/15
9598/22 9599/11
9604/12 9604/17
9614/20 9662/7
9663/22 9681/18
9681/19 9683/18
9684/6 9684/14 9685/1
9685/8 9685/18
9686/15 9686/22
9688/8 9691/10 9692/3
9692/10 9692/17
9692/19 9693/10
9694/5 9694/9 9695/10
9697/5 9697/23 9698/5
9698/12 9713/5
9716/15 9718/13
9728/15 9728/19
9728/21 9728/24
9729/13 9730/4 9730/4
9730/17 9730/23
9730/25 9731/2 9731/7
9731/20 9732/4
9733/21 9733/23
9735/25 9745/19
9746/23 9747/3 9747/6
9747/6 9749/8 9749/18
9749/23 9750/5
9750/25 9751/24
9752/22 9753/3
9753/13 9754/7
9754/13 9756/12

**bullhorn... [1]** continues
**C**
9780/16 9780/17
9782/20 9782/22
9782/25 9789/10
9822/19 9824/7
9824/16 9829/14
9829/22 9832/20
**Caldwell's [37]**
9516/22 9517/8 9548/2
9548/4 9550/7 9587/7
9588/12 9588/14
9589/2 9589/3 9589/25
9595/22 9598/11
9599/3 9599/7 9603/19
9603/24 9604/3 9604/5
9627/16 9664/11
9689/14 9689/15
9689/17 9690/6
9690/17 9690/25
9691/21 9697/19
9729/17 9733/22
9747/13 9748/16
9752/5 9755/21
9759/10 9759/18
**caliber [12]** 9686/18
9686/23 9686/24
9687/2 9687/3 9687/4
9756/17 9756/19
9757/4 9757/7 9757/15
9757/19
**calibers [2]** 9757/12
9757/17
**call [49]** 9508/9
9543/13 9543/14
9543/17 9545/23
9546/9 9546/11 9586/9
9586/16 9596/3
9627/17 9627/21
9698/18 9699/24
9700/2 9700/4 9700/6
9702/7 9702/7 9702/12
9702/19 9702/20
9702/20 9702/21
9703/4 9703/6 9703/7
9703/8 9703/17
9704/12 9736/6 9737/2
9737/5 9737/9 9737/10
9737/11 9738/5 9738/7
9738/10 9738/13
9738/14 9739/12
9739/15 9739/18
9739/21 9739/23
9747/7 9761/24 9778/1
**called [12]** 9515/22
9559/14 9623/8
9628/12 9674/9 9679/1
9690/3 9703/5 9737/5
9737/7 9807/5 9810/3
**calling [3]** 9516/22
9700/3 9700/7
**calls [6]** 9665/2
9702/14 9703/6
9703/20 9703/23
9704/2
**cam [1]** 9651/14
**came [13]** 9568/13
9600/2 9627/3 9631/11
9660/25 9670/7 9670/9

9675/24 9693/15
9694/8 9694/16
**camera [25]** 9571/5
9637/16 9637/19
9639/9 9639/15
9640/17 9640/23
9641/4 9642/7 9642/10
9645/22 9646/18
9647/10 9647/14
9651/7 9651/11
9651/24 9651/24
9652/1 9652/2 9652/7
9653/1 9654/1 9655/11
9659/13
**cameras [6]** 9636/7
9642/9 9645/12
9645/19 9647/6
9659/12
**can [221]** 9507/3
9510/4 9512/21
9513/24 9514/3
9517/15 9519/4
9520/25 9523/4 9524/8
9526/20 9532/18
9536/1 9538/19
9539/25 9540/10
9540/23 9541/17
9541/18 9541/20
9542/8 9543/20
9546/13 9548/24
9554/25 9556/10
9556/12 9557/10
9561/25 9563/2
9563/25 9564/23
9565/13 9565/14
9565/17 9565/19
9565/25 9566/5
9567/11 9567/21
9567/23 9568/9 9569/7
9569/9 9570/16
9570/18 9570/23
9571/6 9571/8 9571/10
9571/14 9571/17
9571/20 9572/11
9572/25 9575/5 9575/7
9575/9 9575/11 9576/1
9576/2 9576/9 9578/11
9578/12 9578/24
9579/6 9579/19
9579/21 9585/8
9585/14 9585/14
9587/8 9589/16
9590/17 9591/15
9591/23 9591/23
9594/5 9596/4 9596/5
9596/6 9597/9 9600/14
9600/23 9606/12
9608/4 9610/6 9610/16
9614/3 9614/23
9617/11 9619/7
9621/24 9622/3 9622/7
9622/8 9622/20
9623/24 9623/25
9624/4 9630/8 9630/23
9632/7 9632/17 9634/8
9634/18 9634/19
9635/8 9635/16 9639/3

**can...** [111] 9639/13 9642/19 9642/24 9644/18 9647/24 9648/19 9650/13 9650/16 9650/21 9651/10 9651/24 9652/4 9653/25 9654/11 9657/4 9657/12 9657/17 9657/22 9660/9 9662/24 9663/10 9663/11 9669/13 9669/20 9670/11 9670/16 9670/17 9676/25 9679/3 9679/4 9682/10 9683/25 9684/11 9684/14 9684/25 9685/4 9686/18 9687/4 9687/4 9687/12 9687/22 9688/3 9688/4 9688/16 9688/23 9688/25 9689/22 9690/10 9690/20 9690/24 9691/13 9692/9 9692/13 9693/23 9694/25 9695/1 9695/2 9695/4 9696/8 9696/15 9696/18 9698/2 9699/17 9700/21 9702/1 9703/10 9704/9 9704/20 9708/10 9709/17 9710/11 9710/14 9711/6 9711/12 9712/8 9712/24 9715/13 9715/24 9718/24 9719/25 9719/25 9720/3 9732/21 9735/6 9735/20 9739/5 9741/7 9741/10 9742/15 9751/11 9751/11 9751/22 9752/9 9752/18 9753/8 9753/21 9753/22 9758/19 9760/23 9762/15 9763/12 9764/20 9767/4 9767/19 9767/22 9769/9 9803/13 9831/23 9832/17 9836/12 9836/14

**can't** [21] 9515/22 9517/6 9556/11 9556/11 9576/8 9576/9 9587/21 9587/23 9596/2 9599/19 9622/19 9657/15 9677/22 9684/16 9715/24 9721/9 9728/13 9745/20 9755/2 9757/1 9758/21

**cancer** [1] 9541/13

**cannot** [4] 9623/1 9772/14 9783/11 9786/17

**capability** [2] 9671/24

**capacity** [1] 9623/9

**capital** [1] 9693/7

**Capitol** [66] 9528/5 9533/13 9559/21 9559/24 9560/1 9560/2 9560/21 9561/11 9562/7 9563/6 9564/8 9564/13 9573/22 9573/23 9575/2 9582/24 9582/25 9583/15 9583/16 9592/4 9593/13 9615/14 9615/18 9625/8 9628/23 9629/24 9631/4 9631/8 9631/15 9631/25 9649/17 9649/23 9651/11 9651/11 9651/13 9659/1 9659/1 9659/22 9660/4 9662/9 9666/20 9667/3 9668/4 9669/19 9670/21 9671/9 9676/22 9693/20 9696/1 9696/20 9697/25 9738/19 9739/1 9739/10 9739/16 9739/23 9739/25 9740/1 9740/7 9754/15 9764/12 9764/13 9789/2 9789/7 9822/21 9824/8

**Capitol Building** [3] 9573/23 9575/2 9593/13

**capitols** [1] 9711/22

**Captain** [1] 9544/6

**caption** [1] 9696/6

**captured** [2] 9510/20 9660/23

**captures** [1] 9667/20

**car** [4] 9548/8 9624/12 9733/14 9733/19

**care** [5] 9596/2 9606/4 9606/25 9607/1 9768/7

**careful** [2] 9772/13 9772/18

**Carolina** [14] 9516/14 9516/20 9517/9 9518/10 9519/7 9525/14 9528/24 9529/8 9532/25 9533/6 9733/14 9733/19 9733/25 9736/5

**carried** [5] 9686/22 9791/22 9792/1 9792/6 9818/22

**carry** [4] 9513/17 9686/4 9800/7 9800/12

**carrying** [14] 9516/7 9519/16 9519/24 9522/8 9529/4 9532/21 9686/15 9789/5 9792/5 9817/8 9820/9 9820/19 9821/13 9821/23

**cars** [2] 9548/5 9731/13

**case...[84]** 9511/4 9515/21 9517/21 9519/9 9520/6 9521/23 9524/9 9524/21 9525/20 9526/23 9526/24 9528/21 9531/3 9531/13 9532/18 9534/6 9534/16 9534/21 9548/7 9594/22 9594/23 9600/15 9635/20 9637/1 9637/3 9664/3 9664/24 9706/10 9715/22 9716/1 9716/2 9716/13 9716/25 9718/18 9730/12 9746/11 9746/19 9748/22 9754/13 9765/8 9765/11 9765/20 9767/8 9767/9 9767/11 9769/21 9770/3 9770/7 9770/15 9770/18 9770/20 9771/6 9771/11 9772/12 9773/7 9773/19 9775/11 9775/13 9776/7 9776/23 9776/24 9778/10 9779/16 9779/22 9780/21 9781/7 9781/24 9782/14 9782/15 9783/8 9785/9 9786/8 9786/14 9787/24 9789/15 9793/21 9806/24 9809/25 9827/12 9827/14 9827/15 9828/6 9830/10

**case:** [1] 9774/12

**case: direct evidence** [1] 9774/12

**cases** [11] 9520/6 9548/13 9664/11 9664/20 9701/9 9708/21 9742/15 9772/4 9772/5 9772/7 9836/1

**cash** [1] 9611/15

**castle** [6] 9584/10 9584/22 9585/1 9630/16 9630/21 9671/6

**catch** [1] 9554/11

**catching** [1] 9718/19

**caught** [3] 9592/5 9735/23 9807/8

**cause** [5] 9546/20 9547/21 9642/9 9772/18 9777/2

**caused** [1] 9828/24

**causes** [2] 9818/12 9818/13

**caution** [5] 9663/19 9778/4 9779/6 9795/3 9795/20

**caveat** [1] 9510/24

**CCTV** [39] 9507/6 9571/5 9634/8 9634/13 9635/23 9636/1 9636/5 9636/6 9636/7 9636/15 9636/19 9636/23 9636/25 9637/2 9638/6 9640/9 9640/13 9641/8 9642/14 9645/15 9645/17 9646/7 9649/17 9649/25 9650/9 9651/7 9651/24 9652/7 9652/14 9654/12 9654/16 9658/21 9659/12 9660/2 9660/24 9661/1 9667/13 9667/20 9668/2

**cell** [12] 9571/23 9588/17 9588/20 9690/1 9701/3 9701/5 9701/9 9705/16 9748/16 9762/7 9781/8 9789/14

**cell phone** [9] 9571/23 9588/17 9588/20 9690/1 9701/3 9701/5 9701/9 9748/16 9762/7

**cell-site** [1] 9781/8

**Cellebrite** [11] 9689/14 9689/19 9690/14 9691/20 9697/18 9705/10 9705/15 9705/20 9705/21 9706/19 9747/14

**cellular** [2] 9822/12 9822/16

**center** [1] 9743/12

**Central** [2] 9541/24 9706/5

**certain** [22] 9508/21 9536/3 9637/12 9672/3 9679/2 9731/14 9731/14 9731/15 9747/14 9773/23 9778/11 9782/15 9784/19 9784/23 9786/11 9789/13 9789/25 9793/13 9822/12 9822/16 9822/20

**certainly** [25] 9516/23 9519/8 9520/6 9520/10 9520/13 9520/20 9520/23 9520/25 9521/3 9521/17 9523/10 9524/16 9527/7 9532/25 9540/12 9597/25 9600/5 9623/7 9671/24 9746/22 9746/22 9747/17 9758/24 9832/3 9832/4

**certainty** [3] 9772/24 9775/10 9786/12

**certificates** [1] 9800/21

**certification** [4]

9789/25 9614/9 9666/19 9673/21

**certified** [3] 9503/3 9614/13 9614/15

**certify** [5] 9614/3 9788/16 9788/23 9804/7 9837/2

**cetera** [2] 9679/5 9679/5

**CH** [1] 9503/4

**chain** [1] 9716/10

**chairman** [4] 9744/10 9744/16 9744/23 9745/5

**challenge** [3] 9594/20 9594/25 9634/3

**Champaign** [1] 9628/5

**Champaign County** [1] 9628/5

**chance** [4] 9605/20 9673/3 9768/3 9768/11

**Chang** [1] 9730/14

**change** [6] 9511/20 9511/22 9524/9 9673/1 9714/7 9769/8

**changed** [1] 9518/24

**channel** [4] 9565/20 9566/25 9568/24 9573/1

**chanting** [1] 9560/24

**chapter** [1] 9531/3

**character** [5] 9576/11 9713/20 9780/22 9780/24 9781/3

**characterization** [2] 9526/3 9656/14

**characterize** [1] 9609/5

**charge** [10] 9512/2 9518/22 9523/5 9527/22 9745/5 9788/5 9788/12 9788/17 9789/8 9823/1

**charged** [57] 9518/25 9523/18 9523/22 9525/5 9526/16 9573/12 9573/13 9574/3 9582/20 9626/21 9666/11 9666/12 9771/21 9778/2 9780/20 9781/2 9787/9 9790/5 9790/11 9790/16 9792/12 9798/3 9798/13 9798/20 9799/8 9802/16 9803/1 9805/11 9807/2 9807/21 9808/13 9808/21 9810/2 9810/10 9810/15 9810/18 9810/19 9810/21 9810/23 9811/6 9814/21 9815/20 9816/18 9819/10 9820/11 9821/11 9822/4 9822/8 9822/11 9822/15 9822/19 9823/4

**charged... [5]** 9824/17
9825/14 9825/22
9826/17 9827/5

**charges [34]** 9536/2
9765/19 9769/20
9773/3 9773/5 9778/11
9785/20 9785/24
9786/10 9787/15
9787/18 9787/20
9787/25 9787/25
9788/6 9788/6 9788/13
9788/20 9788/21
9788/24 9789/3
9789/12 9797/4 9798/8
9801/24 9802/12
9802/22 9803/2 9803/5
9811/20 9813/4 9813/8
9817/6 9817/11

**charging [3]** 9789/19
9789/20 9789/22

**chat [16]** 9521/6
9521/17 9523/12
9586/2 9586/3 9587/11
9624/25 9629/22
9707/21 9708/1
9711/20 9712/14
9739/9 9762/20
9763/16 9763/19

**chats [1]** 9738/24

**check [3]** 9555/3
9611/11 9758/15

**checked [1]** 9558/8

**checking [2]** 9574/8
9830/11

**chin [1]** 9649/3

**choose [1]** 9622/12

**chose [3]** 9622/21
9780/3 9833/24

**chosen [2]** 9779/24
9780/6

**CHS [2]** 9713/16
9713/21

**chunk [1]** 9759/15

**Cinnaminson [1]**
9502/8

**circle [15]** 9652/4
9653/9 9653/15 9654/3
9654/5 9654/18
9655/18 9655/19
9729/13 9730/5
9730/10 9730/16
9730/25 9732/4
9752/22

**circles [1]** 9652/2

**circuit [4]** 9515/21
9515/24 9520/6 9522/4

**circulated [2]** 9507/13
9728/13

**circulating [2]** 9605/19
9608/14

**circumstances [9]**
9773/12 9774/16
9784/23 9786/20
9786/22 9787/5
9791/19 9791/20
9809/6

**circumstantial [10]**

9754 [1] 9774/1
9775/1 9775/3 9775/7
9775/9 9775/12 9785/6
9791/14 9809/4

**citations [1]** 9834/17

**cite [3]** 9531/3 9634/14
9636/7

**cited [1]** 9716/1

**citizen [1]** 9521/18

**citizen's [3]** 9521/6
9521/19 9523/3

**city [2]** 9527/10
9547/24

**civil [18]** 9662/10
9772/4 9789/6 9817/9
9817/20 9818/4 9818/5
9818/10 9818/12
9819/13 9819/16
9819/18 9819/23
9820/1 9820/10
9820/20 9821/13
9821/23

**civilian [1]** 9712/21

**claim [1]** 9518/24

**clarification [1]**
9676/24

**clarified [1]** 9677/10

**clarify [9]** 9526/21
9596/4 9596/13
9598/13 9600/23
9676/6 9676/25 9677/8
9783/6

**clarifying [1]** 9676/16

**clarity [1]** 9642/12

**clarity's [1]** 9743/18

**classified [1]** 9758/10

**cleaned [1]** 9739/13

**clear [25]** 9511/3
9511/14 9513/4
9514/14 9527/5 9527/5
9530/7 9530/11 9550/2
9570/25 9576/19
9581/21 9592/14
9610/16 9612/12
9620/15 9626/5
9640/22 9651/2 9670/6
9675/18 9729/7
9734/10 9756/16
9806/17

**clearance [1]** 9755/2

**clearer [2]** 9527/2
9587/4

**clearing [1]** 9630/11

**clearly [10]** 9508/19
9517/24 9517/25
9520/9 9527/10 9585/8
9593/10 9593/11
9729/12 9730/9

**clicked [1]** 9737/12

**client [6]** 9520/23
9521/5 9523/9 9523/16
9596/11 9694/20

**clip [7]** 9644/20
9644/22 9645/6 9645/8
9655/5 9682/25
9682/25

**clipped [2]** 9656/25
9657/11

emit [1] 9682/25

**clock [6]** 9636/24
9652/8 9653/11
9653/13 9654/11
9658/12

**close [5]** 9664/21
9680/18 9695/10
9720/1 9822/2

**closed [2]** 9620/7
9620/15

**closely [1]** 9535/2

**closer [1]** 9606/13

**closes [1]** 9714/15

**closing [13]** 9525/6
9633/8 9634/19 9695/2
9714/5 9714/8 9720/2
9721/9 9753/23
9765/14 9766/3
9830/16 9830/25

**closings [7]** 9714/9
9714/14 9719/3 9720/4
9830/5 9832/7 9832/10

**clothes [1]** 9627/24

**clump [1]** 9562/14

**cluster [1]** 9562/13

**co [19]** 9508/15 9509/3
9519/20 9519/21
9522/13 9525/12
9525/15 9591/20
9592/16 9592/21
9593/21 9596/9 9794/8
9795/16 9798/23
9803/14 9810/4 9811/9
9812/16

**co-conspirator [8]**
9508/15 9509/3
9522/13 9794/8
9795/16 9803/14
9810/3 9811/9

**co-conspirators [5]**
9519/21 9525/12
9525/15 9592/16
9798/23

**co-defendant [2]**
9593/21 9596/9

**co-defendants [3]**
9519/20 9591/20
9592/21

**Coast [1]** 9706/13

**coat [1]** 9639/2

**code [5]** 9588/7 9703/2
9737/14 9800/18
9800/23

**codex [1]** 9570/3

**Cody [1]** 9730/12

**coincide [1]** 9770/23

**collar [1]** 9708/24

**colleagues [1]** 9595/17

**collective [1]** 9516/15

**collectors [1]** 9763/23

**College [3]** 9788/16
9788/23 9804/7

**color [1]** 9736/9

**colored [1]** 9777/21

**COLUMBIA [4]** 9500/1
9818/18 9818/19
9818/20

**column [7]** 9699/23
9700/11 9700/12
9702/6 9702/16
9702/23 9703/4

**columns [1]** 9699/3

**combine [1]** 9734/4

**come [39]** 9506/5
9519/19 9523/23
9525/23 9539/7 9541/9
9541/9 9542/3 9550/11
9552/4 9552/9 9568/13
9576/9 9585/14
9587/12 9587/22
9587/23 9614/2
9625/16 9630/2 9630/8
9630/23 9630/25
9648/8 9664/21
9680/15 9681/2 9681/4
9690/15 9700/10
9704/5 9716/1 9716/25
9720/24 9739/15
9755/2 9765/10
9765/17 9769/18

**comes [11]** 9570/1
9571/3 9576/14
9594/21 9612/14
9624/18 9627/18
9627/18 9651/8
9763/25 9830/9

**Comfort [5]** 9558/4
9604/17 9686/23
9691/8 9691/12

**comfortable [1]** 9535/8

**coming [8]** 9530/13
9573/9 9584/21
9584/23 9630/7
9636/20 9684/2 9717/1

**commanding [1]**
9696/22

**commenced [1]**
9785/22

**commencing [1]**
9786/2

**comment [2]** 9508/25
9630/25

**comments [1]** 9508/21

**commerce [4]** 9818/6
9818/7 9818/17
9818/17

**commission [2]**
9809/10 9819/18

**commit [68]** 9780/19
9785/1 9790/13
9802/16 9802/25
9803/7 9805/12
9805/14 9805/16
9805/20 9805/23
9806/4 9806/6 9806/11
9806/13 9806/18
9807/1 9807/16
9807/20 9808/7
9808/10 9808/10
9808/15 9808/18
9813/11 9813/14
9813/15 9814/21
9814/23 9815/2 9815/6
9815/12 9815/18

9816/1 9816/11
9816/13 9816/13
9817/12 9817/13
9817/18 9819/11
9819/18 9819/22
9820/3 9820/7 9820/8
9820/14 9820/18
9821/5 9821/7 9821/7
9823/2 9823/5 9823/8
9823/9 9824/17
9824/19 9824/23
9825/2 9825/8 9825/13
9825/16 9825/20
9826/7 9826/11
9826/11

**committed [47]** 9536/3
9784/13 9785/21
9786/2 9786/11
9786/15 9807/8
9807/10 9807/19
9807/24 9807/25
9807/25 9809/14
9809/14 9809/23
9810/4 9810/6 9810/7
9810/15 9810/18
9810/19 9810/21
9811/14 9811/17
9815/25 9816/4 9816/4
9816/5 9817/1 9817/4
9817/22 9820/17
9820/23 9820/23
9820/24 9821/11
9821/21 9822/1
9825/19 9825/25
9825/25 9826/1
9826/24 9827/3 9827/7
9827/9 9827/10

**Committee [3]** 9744/11
9744/18 9744/23

**committing [33]**
9789/3 9802/7 9805/3
9806/2 9806/16
9806/25 9807/3 9807/5
9807/12 9807/15
9807/20 9808/6
9811/10 9811/12
9815/10 9815/22
9816/11 9816/21
9816/23 9817/6
9817/23 9819/25
9820/13 9821/4
9821/16 9821/18
9825/6 9825/12
9825/16 9825/21
9826/7 9826/19
9826/21

**commodity [1]** 9818/7

**common [10]** 9516/6
9519/15 9519/22
9522/7 9528/18
9532/16 9757/15
9791/11 9795/18
9799/12

**communicate [2]**
9589/4 9629/20

**communicated [2]**
9530/13 9589/8

**C**

**communicating [2]** 9528/23 9528/24

**communication [1]** 9508/10

**communications [9]** 9716/25 9717/2 9728/19 9728/23 9782/23 9822/9 9822/13 9822/17 9829/16

**comp [1]** 9737/14

**company [2]** 9734/12 9754/25

**compared [4]** 9705/9 9730/1 9752/20 9762/7

**competitive [4]** 9758/25 9759/5 9759/21 9760/16

**complaining [2]** 9708/2 9763/9

**complete [6]** 9733/7 9805/18 9806/22 9814/25 9819/15 9824/21

**completely [4]** 9510/5 9687/12 9716/12 9781/22

**Complex [1]** 9708/23

**complicated [2]** 9731/5 9733/4

**component [1]** 9520/7

**compromise [1]** 9515/7

**computer [4]** 9503/7 9745/20 9747/14 9835/10

**computer-aided [1]** 9503/7

**concealed [1]** 9823/15

**concede [1]** 9532/7

**concept [3]** 9512/20 9515/23 9627/3

**concepts [2]** 9512/3 9799/15

**concern [1]** 9721/1

**concerned [9]** 9556/25 9589/19 9590/12 9590/21 9593/4 9608/15 9624/15 9776/24 9783/14

**concerning [8]** 9556/15 9608/17 9695/9 9728/14 9781/8 9781/10 9781/16 9792/2

**concerns [5]** 9537/20 9537/21 9554/4 9605/25 9624/6

**concise [1]** 9719/12

**conclude [5]** 9520/1 9792/8 9792/9 9793/4 9832/10

**concluded [3]** 9591/2 9738/14 9836/24

**conclusion [2]** 9705/13 9776/13

**Concord [1]** 9764/3

**concrete [1]** 9528/14

**concurs [1]** 9657/25

**conduct [23]** 9524/24 9579/25 9597/13 9769/25 9784/12 9785/3 9787/13 9795/17 9803/23 9804/10 9805/2 9805/4 9805/10 9814/3 9814/5 9814/7 9818/8 9822/10 9822/13 9822/18 9824/14 9829/13 9829/17

**conf [3]** 9703/2 9703/3 9703/6

**conf server [3]** 9703/2 9703/3 9703/6

**confer [1]** 9595/17

**conference [17]** 9575/10 9593/25 9598/6 9610/8 9622/1 9632/9 9634/11 9657/13 9663/1 9669/22 9678/19 9694/2 9700/14 9703/7 9713/1 9735/22 9753/15

**conferred [1]** 9689/3

**confidential [1]** 9713/14

**confirm [2]** 9589/16 9681/21

**confirmed [2]** 9730/15 9744/25

**confirming [1]** 9682/22

**confirms [4]** 9806/3 9815/12 9820/2 9825/8

**confiscated [1]** 9557/18

**conflating [2]** 9509/9 9527/21

**confront [1]** 9731/22

**confronting [1]** 9677/25

**confusing [3]** 9660/13 9731/24 9802/19

**confusion [1]** 9642/9

**Congratulations [1]** 9769/16

**Congress [16]** 9567/19 9571/3 9788/18 9789/23 9790/8 9800/22 9804/2 9811/22 9811/25 9812/5 9812/6 9812/6 9818/20 9827/25 9828/1 9828/1

**Congress's [4]** 9788/15 9788/22 9804/7 9812/7

**Congressmen [1]** 9745/9

**connect [1]** 9695/5

**connection [1]** 9823/22

**conscious [1]** 9793/11

**consciousness [2]** 9804/16 9804/17

**consciousness [3]** 9810/7 9810/24 9811/2

**consequences [1]** 9787/1

**consider [53]** 9512/5 9513/7 9513/8 9514/25 9519/14 9534/17 9560/3 9581/18 9770/4 9773/6 9773/11 9773/17 9773/24 9774/1 9775/11 9776/5 9776/7 9776/14 9776/15 9777/7 9777/8 9777/12 9777/15 9777/20 9778/13 9778/25 9779/2 9780/9 9780/20 9781/23 9782/7 9782/9 9782/13 9784/1 9784/16 9785/5 9786/21 9787/5 9791/13 9793/17 9793/20 9799/18 9804/12 9809/4 9811/12 9811/17 9816/23 9817/4 9821/18 9821/25 9826/21 9827/2 9827/10

**consideration [3]** 9765/19 9770/15 9772/14

**considered [4]** 9778/4 9779/6 9779/15 9787/22

**considering [4]** 9792/11 9802/15 9802/25 9831/14

**consistent [3]** 9563/6 9616/10 9762/10

**consistently [2]** 9609/22 9613/7

**conspiracies [25]** 9515/12 9515/20 9516/1 9516/3 9516/5 9516/11 9518/11 9522/6 9522/21 9523/20 9528/1 9528/3 9531/15 9532/11 9532/13 9532/17 9715/23 9716/7 9716/20 9717/5 9789/25 9798/1 9802/12 9802/21 9812/12

**conspiracy [201]** 9509/5 9512/2 9512/13 9512/14 9512/17 9512/20 9513/5 9513/6 9513/8 9513/10 9513/22 9514/12 9514/13 9514/20 9514/22 9514/24 9515/9 9516/4 9516/12 9516/13 9516/18 9516/19 9516/25 9517/4 9517/7 9517/8 9517/14 9517/18 9517/23 9518/9 9518/19 9518/22 9519/1 9519/2 9519/7 9519/18 9520/1 9520/2 9520/17 9521/2 9521/21 9522/5 9522/12 9523/7 9523/8 9523/11 9523/13 9523/21 9524/5 9524/6 9524/12 9525/5 9525/7 9525/15 9525/24 9526/7 9526/13 9526/15 9526/22 9527/22 9528/8 9528/10 9528/12 9528/19 9530/10 9530/21 9530/22 9530/24 9531/1 9531/5 9531/9 9531/22 9531/25 9532/3 9532/5 9532/9 9533/6 9534/11 9534/12 9535/7 9535/14 9535/21 9535/22 9535/23 9716/4 9716/4 9716/10 9716/10 9716/12 9716/21 9717/10 9717/12 9717/14 9717/14 9717/16 9717/17 9717/19 9718/4 9768/16 9784/13 9784/18 9784/18 9785/2 9785/21 9785/25 9785/25 9786/4 9786/6 9786/9 9787/24 9788/4 9788/5 9788/6 9788/12 9788/13 9788/17 9788/17 9789/18 9789/20 9789/21 9789/22 9790/2 9790/6 9790/6 9790/7 9790/11 9790/13 9790/15 9790/16 9790/19 9790/24 9791/4 9791/7 9791/19 9792/3 9792/4 9792/7 9792/10 9792/11 9792/14 9792/19 9792/21 9793/3 9793/20 9793/25 9794/2 9794/5 9794/7 9794/14 9794/15 9794/16 9794/22 9795/4 9795/5 9795/6 9795/10 9795/12 9795/19 9796/2 9796/5 9796/10 9796/11 9796/15 9796/18 9796/22 9796/24 9796/25 9797/6 9798/3 9798/5 9798/7 9798/13 9798/14 9798/17 9798/20 9799/8 9799/16 9800/3 9801/8 9801/10 9802/1 9801/5 9810/6 9810/8 9810/14

**conspiracy's [1]** 9794/20

**conspirator [13]** 9508/15 9509/3 9522/12 9522/13 9526/12 9794/8 9794/9 9795/16 9795/16 9796/14 9803/14 9810/3 9811/9

**conspiratorial [2]** 9518/13 9795/2

**conspirators [15]** 9519/21 9522/14 9525/12 9525/15 9592/16 9794/23 9798/6 9798/23 9798/25 9799/1 9799/4 9801/18 9801/19 9801/22 9812/18

**conspire [1]** 9512/21

**conspired [8]** 9512/5 9512/9 9512/9 9797/18 9802/6 9802/16 9802/25 9811/22

**conspiring [7]** 9529/13 9529/15 9797/12 9798/8 9802/3 9811/24 9827/16

**constantly [1]** 9520/17

**Constitution [6]** 9503/4 9784/8 9784/22 9800/16 9800/18 9801/3

**constitutional [1]** 9804/23

**constructive [1]** 9525/2

**contact [5]** 9589/24 9729/18 9736/1 9752/6 9768/5

**contacts [6]** 9690/14 9690/17 9690/19 9690/25 9735/24 9735/25

**contained [2]** 9752/6 9787/16

**containing [1]** 9822/25

**contains [2]** 9698/13 9787/24

**contend [1]** 9516/19

**content [4]** 9789/13 9789/16 9789/17 9831/1

**contentions [1]** 9516/10

**contents [1]** 9738/4

**contest [1]** 9561/17

**context [11]** 9508/16 9514/6 9514/19 9514/21 9518/6 9523/2 9604/11 9608/11 9614/9 9634/12 9718/2

**C**

**contingent [1]** 9518/10
**continue [14]** 9536/16
9615/25 9617/6 9618/4
9618/19 9619/4
9619/18 9655/25
9660/17 9665/9
9763/12 9796/15
9796/19 9832/4
**continued [6]** 9501/1
9502/1 9503/1 9665/13
9681/9 9729/18
**continues [1]** 9522/10
**continuously [2]**
9613/5 9653/7
**contradicted [1]**
9777/16
**contradicts [1]**
9780/22
**contrary [4]** 9510/23
9600/3 9600/5 9792/23
**contrast [1]** 9805/1
**contributed [1]**
9549/16
**control [1]** 9770/24
**controls [2]** 9833/13
9833/14
**convenience [1]**
9783/5
**conventional [1]**
9801/12
**conversation [5]**
9509/16 9519/5
9629/22 9673/13
9688/25
**conversations [5]**
9750/20 9768/22
9793/14 9793/16
9793/18
**convict [4]** 9524/22
9524/24 9525/4
9778/18
**convicted [2]** 9525/7
9782/12
**conviction [2]** 9782/13
9795/9
**convinced [3]** 9559/10
9772/15 9780/25
**convinces [1]** 9778/19
**convincing [1]** 9781/6
**cool [4]** 9581/22
9581/24 9623/16
9626/1
**cooperate [1]** 9792/21
**cooperation [1]**
9778/12
**coordinated [1]**
9550/23
**coordinating [3]**
9585/19 9585/21
9740/17
**coordination [1]**
9740/6
**copy [5]** 9602/11
9634/15 9662/9 9766/1
9830/3
**corner [5]** 9654/11
9655/15 9689/16

**Coronavirus [1]**
9542/14
**correct [237]** 9513/13
9529/18 9533/24
9537/25 9538/1 9538/4
9538/16 9539/14
9540/3 9540/4 9540/6
9541/10 9542/2
9542/16 9542/17
9543/2 9543/3 9543/11
9543/12 9543/14
9544/3 9544/8 9544/18
9544/21 9544/22
9545/8 9545/11
9545/13 9545/22
9546/10 9546/11
9546/12 9546/17
9549/5 9549/8 9551/1
9551/3 9551/8 9551/9
9551/12 9551/14
9552/8 9553/7 9553/8
9554/2 9554/3 9554/22
9555/6 9557/2 9557/7
9557/9 9557/14
9557/16 9558/5
9558/15 9558/18
9558/20 9558/23
9559/1 9559/4 9559/17
9559/21 9560/8
9560/10 9560/11
9560/14 9560/15
9560/22 9562/8
9562/17 9562/18
9562/21 9564/10
9564/17 9564/25
9565/4 9565/21
9565/22 9566/13
9566/15 9566/18
9566/19 9567/1 9567/8
9567/9 9568/3 9569/3
9569/21 9570/10
9570/12 9570/15
9571/4 9571/19 9572/8
9572/17 9574/12
9574/15 9574/18
9577/13 9578/6
9578/18 9578/21
9579/5 9581/9 9583/10
9583/13 9584/6 9584/9
9585/25 9588/12
9589/6 9589/24 9590/3
9590/7 9592/9 9599/2
9600/22 9603/13
9603/14 9603/21
9603/24 9604/9
9607/11 9611/23
9612/2 9612/20
9618/17 9624/23
9628/15 9631/2 9632/1
9637/14 9640/22
9643/13 9643/15
9643/19 9643/22
9646/20 9647/10
9648/2 9649/7 9650/9
9652/8 9652/9 9652/15
9652/16 9652/21
9653/18 9653/24

9658/13 9658/14
9658/17 9660/4 9660/8
9660/21 9661/5
9662/18 9666/5 9666/6
9666/14 9667/19
9667/22 9670/10
9672/10 9672/17
9672/24 9673/4 9673/7
9673/15 9674/6
9674/10 9674/13
9674/16 9674/18
9676/1 9676/10
9676/19 9677/9
9682/15 9683/14
9683/15 9685/3
9685/10 9685/11
9685/12 9685/19
9686/4 9686/17
9687/20 9688/9
9691/19 9692/8 9693/3
9693/5 9693/9 9693/13
9697/1 9697/2 9698/4
9698/6 9698/7 9699/4
9699/19 9702/8
9702/17 9702/18
9702/22 9703/22
9703/25 9704/4
9704/13 9705/4
9705/11 9705/14
9706/21 9707/14
9707/15 9708/25
9710/24 9731/18
9740/2 9740/4 9742/11
9742/24 9743/2 9743/5
9746/5 9746/9 9746/19
9753/5 9761/20
9761/25 9762/6 9837/3
**correctly [1]** 9508/20
**corroborates [4]**
9806/3 9815/12 9820/2
9825/7
**corruptly [10]** 9803/3
9803/15 9803/25
9804/14 9804/21
9804/25 9805/5
9823/17 9823/21
9829/25
**cost [2]** 9814/16
9814/16
**could [119]** 9507/23
9507/24 9513/4 9513/5
9516/21 9517/17
9521/2 9525/7 9527/24
9529/16 9533/3 9538/5
9538/9 9539/3 9539/8
9539/11 9539/17
9539/25 9540/2
9540/21 9541/9 9542/2
9543/19 9543/22
9544/15 9545/4
9546/23 9546/25
9548/14 9552/4 9553/1
9553/2 9554/5 9554/9
9554/14 9554/16
9555/11 9556/18
9557/18 9559/13
9562/24 9563/15

9564/13 9564/19
9565/15 9566/20
9567/10 9569/5
9569/23 9570/19
9573/2 9573/2 9575/3
9577/5 9578/22 9581/1
9586/6 9586/11 9587/1
9589/4 9589/24
9590/15 9599/7
9603/21 9604/6
9606/16 9613/11
9615/6 9617/9 9620/8
9620/11 9620/14
9624/19 9663/2
9664/15 9667/23
9668/19 9668/22
9669/4 9669/8 9678/18
9683/6 9684/19
9684/21 9688/21
9690/21 9692/14
9693/21 9696/3
9696/14 9703/19
9706/15 9707/8 9707/9
9710/12 9710/16
9711/1 9729/3 9730/20
9732/7 9732/8 9737/11
9737/12 9737/24
9738/6 9744/23 9745/6
9745/9 9752/4 9752/14
9755/16 9762/13
9762/17 9763/3
9791/22 9832/8 9836/4
**couldn't [9]** 9507/21
9581/1 9581/15
9594/16 9607/2
9618/14 9718/5
9733/16 9737/18
**counsel [17]** 9523/14
9593/21 9596/9
9596/13 9597/3
9597/11 9599/13
9635/19 9662/2 9663/2
9689/3 9712/24
9712/25 9714/23
9719/1 9731/16
9834/14
**count [57]** 9523/4
9534/25 9535/17
9544/19 9717/15
9729/23 9788/5
9788/12 9788/17
9788/20 9788/24
9789/3 9789/19
9789/20 9789/21
9797/4 9798/4 9798/8
9798/20 9801/24
9802/12 9802/15
9802/16 9802/21
9802/22 9802/24
9803/1 9803/2 9803/5
9805/11 9807/2 9810/2
9810/10 9811/6
9811/16 9811/21
9813/4 9813/8 9814/20
9815/20 9816/18
9817/3 9817/6 9817/11
9819/10 9820/11

9822/7 9822/11
9822/15 9822/19
9824/15 9825/14
9826/17 9827/2 9827/5
**Count [1]** 9717/15
9788/5 9789/19 9797/4
9798/4 9798/8 9798/20
**Count 2 [4]** 9788/12
9789/20 9801/24
9802/24
**Count 3 [5]** 9788/20
9810/2 9810/10 9811/6
9811/16
**Count 4 [3]** 9788/17
9789/21 9811/20
**Count 5 [5]** 9813/4
9814/20 9815/20
9816/18 9817/3
**Count 6 [6]** 9789/3
9817/6 9817/11
9819/10 9820/11
9821/11
**Count 7 [5]** 9822/7
9824/15 9825/14
9826/17 9827/2
**counter [3]** 9675/11
9703/11 9762/15
**counteract [1]** 9799/23
**counterprotesters [2]**
9547/19 9608/16
**counterprotests [3]**
9546/20 9547/11
9547/21
**country [6]** 9582/14
9591/14 9592/24
9592/25 9608/6 9709/6
**counts [29]** 9535/8
9535/14 9535/14
9535/22 9535/23
9535/23 9535/25
9663/21 9664/1
9717/10 9717/11
9717/14 9717/17
9717/17 9717/19
9789/8 9790/5 9797/3
9804/6 9812/20
9812/20 9812/23
9812/24 9813/2 9813/2
9813/3 9823/1 9823/22
9824/4
**Counts 1 [4]** 9717/17
9790/5 9812/20
9812/24
**Counts 2 [2]** 9804/6
9823/22
**Counts 7 [1]** 9789/8
**counts now [1]** 9797/3
**County [2]** 9628/5
9760/11
**coup [2]** 9547/9
9547/16
**couple [7]** 9515/4
9520/10 9524/12
9605/8 9628/3 9681/16
9761/23
**coupled [4]** 9730/3
9752/21 9795/6 9795/8

**C**

course [8] 9629/7
9629/11 9673/7
9674/21 9689/2 9696/4
9775/20 9783/15
court [49] 9500/1
9503/2 9503/3 9510/9
9510/10 9515/25
9516/1 9522/4 9522/10
9527/24 9532/12
9533/3 9533/5 9577/3
9596/16 9596/20
9600/19 9610/19
9623/18 9633/11
9634/22 9649/9 9658/2
9664/18 9679/12
9695/14 9700/24
9714/19 9716/17
9716/21 9717/24
9718/7 9733/2 9734/3
9736/11 9737/17
9749/5 9749/16
9750/24 9751/17
9754/10 9756/20
9770/22 9774/20
9804/22 9805/2
9833/11 9834/21
9836/23
Court's [15] 9532/8
9628/16 9634/2 9634/7
9638/15 9641/11
9647/25 9650/14
9657/7 9678/7 9717/20
9752/15 9753/6 9831/8
9835/12
courthouse [1] 9756/3
courtroom [13]
9536/13 9596/22
9601/12 9680/20
9680/24 9715/2 9715/7
9721/14 9736/13
9750/20 9766/10
9769/12 9830/20
courts [1] 9766/20
cover [2] 9590/18
9624/24
coverage [1] 9552/8
covered [3] 9537/12
9591/6 9591/6
covers [1] 9599/16
COVID [4] 9577/24
9593/1 9611/13
9611/15
CR [1] 9500/4
create [1] 9781/4
created [2] 9729/23
9752/11
creation [3] 9730/1
9752/19 9752/20
creations [1] 9730/2
credibility [7] 9575/23
9770/11 9776/9
9776/13 9779/17
9782/8 9782/13
credible [2] 9517/10
9777/16
crested [1] 9561/13
crew [1] 9755/3

crime [4] 9782/12
9784/13 9785/1
9787/10 9790/19
9795/8 9795/8 9802/8
9802/16 9803/1
9805/12 9805/14
9805/17 9805/18
9805/24 9806/4
9806/10 9806/16
9806/23 9807/8
9807/10 9807/12
9810/1 9810/25
9813/14 9813/15
9814/22 9814/23
9814/25 9815/2 9815/6
9815/10 9815/13
9815/18 9816/1
9819/11 9819/14
9819/15 9819/18
9819/23 9820/1 9820/3
9820/8 9820/18 9823/8
9823/9 9824/17
9824/20 9824/21
9825/3 9825/8
crimes [7] 9686/6
9708/23 9757/14
9780/20 9781/1
9785/15 9785/15
criminal [15] 9506/8
9518/2 9531/4 9531/7
9531/9 9531/12
9582/19 9771/11
9772/7 9779/22
9784/12 9785/3
9791/22 9792/19
9809/8
Crisp [29] 9501/14
9501/14 9506/21
9507/21 9509/21
9514/8 9524/17
9525/11 9531/2 9591/1
9596/2 9599/25
9600/25 9601/15
9605/3 9610/9 9623/13
9632/10 9632/20
9633/12 9663/15
9671/13 9713/7
9734/21 9740/25
9741/5 9743/25
9761/13 9835/22
crisplegal.com [1]
9501/16
critical [1] 9830/9
criticism [1] 9745/16
cross [42] 9504/4
9505/14 9507/9 9508/5
9526/14 9533/9
9536/17 9537/5 9576/2
9576/15 9593/22
9594/2 9594/4 9594/11
9594/22 9595/15
9596/11 9597/12
9597/13 9597/21
9597/23 9599/14
9599/20 9600/7
9601/21 9605/12
9605/21 9622/20
9659/6 9659/7 9664/13

9684/7 9713/3 9713/13
9713/15 9736/17
9736/21 9741/2 9744/6
9750/8
cross-examination [22]
9526/14 9533/9
9536/17 9537/5 9576/2
9576/15 9594/11
9595/15 9596/11
9597/12 9597/13
9597/21 9600/7
9601/21 9605/12
9659/6 9659/7 9671/16
9736/17 9736/21
9744/2 9744/6
cross-examine [5]
9594/2 9594/4 9597/23
9599/14 9713/15
cross-referenced [1]
9508/5
crossed [2] 9533/10
9645/23
crosses [1] 9594/24
crossing [1] 9684/19
crowd [12] 9569/23
9569/24 9570/1 9570/2
9571/16 9573/20
9573/21 9582/15
9617/14 9617/24
9617/25 9619/15
Crowl [37] 9533/12
9534/10 9539/14
9539/15 9539/19
9539/23 9540/6
9540/25 9541/3
9542/22 9543/17
9544/5 9544/18
9544/21 9545/12
9545/12 9545/17
9545/18 9545/24
9546/3 9551/15
9557/13 9557/15
9557/17 9557/21
9557/25 9558/25
9560/18 9588/19
9616/6 9616/7 9629/7
9669/3 9693/19 9696/5
9697/25 9822/23
Crowl's [1] 9541/2
CRR [2] 9837/2 9837/8
crushed [1] 9582/14
culpability [1] 9579/17
culture [2] 9541/13
9541/13
curfew [2] 9584/21
9584/23 9630/6
9630/22
current [1] 9593/8
currently [2] 9506/23
9535/7
cut [5] 9582/1 9720/22
9721/4 9742/22
9743/11
cut-off [2] 9742/22
9743/11
cutoffs [1] 9735/5
cuts [2] 9532/4 9532/8

cutting [4] 9720/15 9786/15
9720/16 9720/19
9721/1

**D**

D.C [37] 9500/5
9500/17 9502/4 9503/5
9521/2 9529/2 9529/12
9529/16 9529/16
9530/13 9544/1
9546/15 9547/12
9551/7 9553/3 9555/13
9557/22 9558/4 9561/6
9572/15 9572/17
9572/20 9585/23
9586/22 9592/1 9599/6
9603/12 9603/18
9678/11 9684/3
9707/20 9711/20
9730/8 9748/23 9753/1
9757/6 9828/7
D.C. [5] 9515/24
9522/4 9554/20
9712/13 9762/20
D.C. Circuit [2]
9515/24 9522/4
D.C. Op Jan. 6 [1]
9712/13
D.C. Op Jan. 6, 21 [1]
9762/20
dah [3] 9625/17
9625/17 9625/17
Dallas [2] 9501/4
9501/8
damage [7] 9623/25
9789/1 9813/9 9813/25
9813/25 9818/14
9818/15
damaged [6] 9813/20
9814/12 9814/14
9814/15 9816/18
9829/7
damaging [10] 9813/6
9813/17 9814/22
9815/2 9815/7 9815/10
9815/19 9816/1 9817/1
9829/2
danger [2] 9818/12
9818/13
dangerous [7] 9538/21
9539/6 9687/1 9687/3
9756/19 9756/25
9757/24
data [15] 9691/22
9705/16 9705/23
9706/7 9706/10
9730/15 9730/19
9731/6 9731/10
9731/12 9731/12
9731/13 9731/19
9731/23 9733/8
databases [1] 9756/7
date [17] 9507/21
9576/22 9682/2 9690/5
9692/11 9730/1 9730/2
9732/9 9752/19
9759/16 9764/21
9786/5 9786/12

cutting [4] 9720/15
dated [1] 9511/6
dates [8] 9536/4
9577/21 9695/1
9699/23 9735/1
9752/20 9786/11
9796/23
David [4] 9502/11
9506/22 9636/2 9649/9
David Fischer [1]
9506/22
day [29] 9500/7
9509/17 9509/21
9509/25 9518/23
9520/23 9547/3 9547/3
9559/20 9562/21
9583/15 9583/19
9585/15 9585/17
9607/7 9614/12
9614/19 9626/7 9630/8
9630/24 9737/17
9737/19 9737/24
9738/25 9765/23
9828/10 9830/8
9831/20 9832/12
days [11] 9510/1
9558/6 9558/7 9558/7
9586/1 9682/16
9682/17 9683/14
9698/1 9721/2 9756/12
dead [4] 9757/1 9757/1
9758/2 9758/3
deader [3] 9757/2
9758/4 9758/4
deadline [1] 9611/14
deadly [1] 9757/21
deal [2] 9545/7
9659/11
dealing [2] 9513/13
9520/7
debating [1] 9613/14
deceit [1] 9801/11
December [4] 9624/14
9786/3 9801/25
9811/21
decide [12] 9529/3
9770/8 9770/9 9770/10
9770/15 9770/18
9775/6 9782/4 9784/4
9785/18 9787/3
9814/11
decided [1] 9785/16
deciding [3] 9791/14
9804/11 9809/1
decision [2] 9559/23
9779/25
decisions [1] 9780/1
deck [1] 9547/8
decks [1] 9830/24
deeds [1] 9622/3
deems [1] 9736/7
deer [1] 9757/24
default [2] 9705/24
9705/25
defeat [1] 9799/23
defendant [269]
9501/2 9501/13 9502/2

9853

**defendant... [266]**
9502/6 9502/11 9506/9
9506/10 9506/10
9506/11 9506/11
9506/17 9506/19
9506/20 9506/21
9506/22 9507/19
9508/18 9509/18
9512/4 9512/6 9512/9
9512/12 9512/13
9512/14 9514/7 9514/9
9514/13 9514/15
9514/19 9517/1 9517/5
9518/17 9518/18
9518/19 9518/20
9523/21 9524/18
9525/23 9527/2 9537/2
9593/21 9594/15
9594/22 9596/9
9597/22 9597/22
9632/16 9635/2 9638/2
9640/5 9641/22 9644/7
9646/12 9651/21
9662/8 9662/19
9663/25 9664/2
9664/10 9664/11
9665/19 9681/18
9681/19 9684/6
9685/18 9686/15
9686/22 9688/8 9690/6
9690/17 9691/10
9691/21 9692/10
9697/5 9710/17
9710/18 9717/11
9717/13 9717/15
9717/18 9728/12
9765/4 9771/11
9771/13 9771/17
9771/21 9771/21
9771/25 9772/3 9772/3
9778/18 9779/22
9780/2 9780/4 9780/9
9781/1 9781/2 9782/16
9784/13 9784/14
9784/18 9784/19
9785/3 9785/6 9785/8
9787/7 9787/8 9787/19
9787/19 9787/22
9788/1 9789/9 9790/14
9792/14 9792/18
9792/24 9793/3 9793/6
9793/15 9793/15
9793/24 9794/1 9794/4
9794/6 9794/6 9794/13
9794/16 9795/1
9795/11 9795/23
9795/25 9796/2 9796/3
9796/9 9796/12
9797/12 9797/18
9797/23 9802/3 9802/6
9802/9 9802/13
9802/15 9802/22
9802/25 9803/2 9803/5
9803/11 9803/12
9803/13 9803/15
9803/19 9803/20
9803/22 9803/25

9804/5 9804/12
9804/13 9804/14
9804/15 9805/6
9805/11 9805/17
9805/19 9805/23
9806/1 9806/3 9806/6
9806/8 9806/13
9806/15 9806/17
9806/21 9807/10
9807/13 9807/14
9807/17 9807/23
9808/2 9808/4 9808/9
9808/12 9808/15
9809/1 9809/7 9809/11
9809/13 9809/18
9809/22 9809/23
9810/3 9810/5 9810/9
9810/13 9810/17
9811/5 9811/6 9811/14
9811/16 9811/17
9811/24 9812/3 9812/9
9812/21 9812/23
9812/25 9813/3
9813/16 9813/20
9813/22 9814/2 9814/2
9814/5 9814/6 9814/9
9814/24 9815/1 9815/6
9815/9 9815/12
9815/20 9815/21
9816/3 9816/6 9816/8
9816/12 9816/17
9816/18 9817/1 9817/3
9817/4 9817/16
9817/17 9817/22
9817/23 9819/14
9819/17 9819/19
9819/22 9819/25
9820/2 9820/12
9820/22 9820/25
9821/2 9821/6 9823/10
9823/14 9823/16
9823/17 9823/18
9824/3 9824/9 9824/20
9824/22 9825/2 9825/5
9825/8 9825/15
9825/23 9826/2 9826/4
9826/10 9826/16
9826/17 9826/24
9827/1 9827/3 9829/11
**Defendant 10 [1]**
9506/11
**Defendant 2 [1]**
9506/10
**Defendant 3 [1]**
9506/10
**Defendant 4 [1]**
9506/11
**defendant A [1]**
9518/17
**Defendant Caldwell
[11]** 9506/22 9681/18
9681/19 9684/6
9685/18 9686/15
9686/22 9688/8
9691/10 9692/10
9697/5
**Defendant Caldwell's
[4]** 9664/11 9690/6

**Defendant Harrelson
[3]** 9506/20 9663/25
9664/2
**Defendant Jessica
Watkins [1]** 9665/19
**Defendant Meggs [2]**
9506/19 9632/16
**Defendant No. 1 [1]**
9506/9
**Defendant Rhodes [2]**
9506/17 9664/10
**Defendant Stewart
Rhodes [1]** 9789/9
**Defendant Watkins [3]**
9506/21 9710/17
9710/18
**defendant's [31]**
9504/5 9505/2 9772/15
9778/20 9780/12
9781/4 9787/10
9787/11 9787/12
9793/10 9793/10
9793/19 9794/11
9794/13 9794/19
9803/23 9805/8 9805/8
9805/10 9806/9
9806/18 9808/19
9809/5 9809/16 9814/3
9814/7 9818/1 9824/11
9824/12 9824/14
9828/19

**defendants [83]**
9500/7 9508/13
9510/18 9512/8
9512/25 9513/1
9514/21 9516/19
9517/6 9519/20
9519/20 9521/15
9521/20 9522/15
9523/23 9524/2
9524/12 9524/23
9525/21 9528/11
9528/23 9531/12
9591/20 9592/21
9594/11 9594/23
9635/22 9658/25
9662/5 9664/21 9669/1
9669/3 9716/24 9717/1
9717/3 9717/5 9778/3
9779/5 9780/8 9782/17
9782/18 9783/3 9784/7
9784/16 9784/20
9785/9 9785/16
9785/19 9786/22
9787/16 9788/3 9788/6
9788/7 9788/14
9788/21 9788/24
9789/13 9789/19
9789/20 9789/22
9791/8 9791/18 9802/1
9806/25 9808/1
9808/21 9810/1
9811/21 9813/8 9822/4
9823/1 9827/12
9827/15 9827/19
9828/6 9828/15
9828/17 9828/21

9829/9 9829/20
**defendants' [4]**
9506/23 9808/16
9808/24 9822/7
**defense [26]** 9517/19
9520/10 9523/14
9539/9 9575/4 9608/2
9633/15 9633/20
9635/19 9662/2
9662/21 9663/2
9664/20 9712/18
9712/24 9714/9
9714/14 9718/18
9719/1 9720/4 9827/14
9828/6 9831/7 9831/13
9831/15 9834/14
**defensively [1]** 9608/2
**defer [2]** 9664/4 9718/7
**deferred [1]** 9611/13
**defiance [1]** 9712/17
**defined [8]** 9531/17
9794/10 9801/12
9805/25 9815/8
9819/24 9825/4
9828/17
**defining [1]** 9514/12
**definitely [2]** 9603/23
9733/16
**definition [2]** 9519/1
9687/9
**definitions [6]** 9512/1
9514/21 9800/12
9803/10 9817/15
9823/21
**definitive [1]** 9595/21
**defunct [1]** 9696/23
**defunded [1]** 9541/23
**degree [4]** 9600/6
9678/20 9775/9 9818/5
**delay [8]** 9736/16
9788/10 9797/10
9797/14 9799/4
9799/11 9800/4
9827/23
**delayed [1]** 9818/6
**delaying [2]** 9797/21
9798/11
**delete [3]** 9789/16
9822/8 9829/16
**deleted [4]** 9588/22
9692/22 9789/13
9829/24
**deleting [7]** 9694/5
9694/15 9694/18
9822/11 9822/16
9822/20 9829/19
**deletion [1]** 9829/24
**deletions [1]** 9695/9
**deliberate [3]** 9766/2
9766/5 9766/23
**deliberately [2]** 9793/6
9793/9
**deliberations [7]**
9765/18 9770/25
9771/4 9773/17 9776/2
9776/5 9783/17
**delinquent [1]** 9612/4

9829/9 9829/20
**demeanor [1]** 9776/5
**demonstrated [1]**
9776/15
**demonstrating [1]**
9521/21
**deny [2]** 9523/10
9589/17
**department [10]**
9628/4 9628/5 9760/14
9813/24 9818/23
9819/1 9819/2 9819/4
9819/6 9819/7
**departments [1]**
9819/2
**depend [1]** 9832/6
**depended [5]** 9516/6
9528/20
**dependent [4]** 9519/15
9519/22 9522/7
9532/20
**depending [5]** 9588/15
9601/2 9690/15 9713/9
9720/2
**depict [1]** 9615/22
**depositions [1]** 9514/6
**descending [1]**
9547/24
**describe [2]** 9654/22
9716/19
**described [9]** 9586/16
9696/21 9787/9
9796/23 9811/11
9816/21 9821/17
9826/20 9827/8
**describes [1]** 9787/18
**description [2]**
9649/12 9836/8
**descriptions [1]**
9836/12
**deserves [6]** 9778/6
9779/8 9780/13
9780/23 9781/25
9793/22
**designates [1]** 9687/23
**designed [1]** 9731/12
**desire [2]** 9777/22
9766/15
**despite [2]** 9574/2
9766/15
**destroy [1]** 9813/9
**destroyed [7]** 9541/15
9813/21 9814/14
9814/15 9816/19
9823/14 9829/7
**destroying [11]**
9801/16 9813/6
9813/17 9814/22
9815/2 9815/7 9815/11
9815/19 9816/1 9817/2
9829/3
**destruction [2]**
9788/25 9829/9
**detail [5]** 9572/19
9731/25 9737/15
9777/9 9801/20
**detailed [2]** 9573/6
9573/9
**details [7]** 9549/7
9628/7 9674/23 9791/2
9791/6 9793/25 9828/9
**determination [1]**

**determination... [1]** 9814/19

**determine [32]** 9512/4 9512/8 9512/12 9512/13 9512/25 9513/6 9513/22 9513/23 9513/25 9514/2 9514/24 9516/3 9637/9 9705/11 9730/19 9754/13 9756/8 9770/6 9770/12 9773/12 9774/12 9776/10 9777/21 9783/11 9792/13 9799/16 9800/3 9800/5 9800/8 9803/11 9817/16 9817/17

**determined [1]** 9773/10

**determining [7]** 9514/7 9595/14 9776/6 9777/14 9781/14 9787/6 9793/18

**detriment [1]** 9520/13

**device [1]** 9687/12

**dictates [1]** 9735/4

**did [166]** 9508/19 9509/6 9509/11 9516/23 9518/21 9525/19 9526/1 9529/11 9549/1 9549/18 9552/11 9555/24 9556/1 9556/2 9556/4 9559/6 9561/23 9562/16 9564/3 9564/12 9566/6 9566/6 9566/7 9567/4 9572/14 9575/1 9583/3 9583/14 9583/16 9583/16 9583/20 9587/16 9588/18 9588/21 9588/24 9590/1 9590/17 9592/5 9594/12 9594/14 9597/23 9597/25 9603/11 9603/13 9605/20 9608/19 9608/21 9608/25 9609/2 9609/16 9611/23 9613/5 9614/8 9618/8 9620/18 9620/19 9621/9 9622/4 9622/12 9622/14 9625/10 9627/13 9627/14 9627/21 9627/21 9627/21 9628/18 9629/13 9629/16 9629/18 9629/20 9631/3 9631/6 9631/15 9631/22 9635/23 9635/25 9639/7 9640/1 9640/12 9640/16 9640/17 9640/19 9640/20 9641/1 9642/15 9642/18 9642/21 9645/16 9648/15

9657/22 9665/18 9665/20 9665/25 9666/18 9666/21 9666/25 9667/5 9667/12 9670/19 9670/22 9670/25 9671/3 9671/5 9671/11 9672/16 9673/3 9673/19 9673/21 9676/23 9679/24 9682/21 9683/10 9683/11 9685/4 9690/18 9691/9 9693/6 9697/23 9698/17 9707/20 9708/1 9708/21 9709/20 9710/7 9711/19 9712/12 9713/24 9728/10 9730/20 9731/8 9731/9 9731/19 9737/9 9737/10 9738/10 9738/11 9738/14 9740/3 9742/6 9745/13 9745/14 9753/19 9754/19 9754/21 9755/12 9762/6 9762/8 9768/14 9787/2 9787/2 9804/13 9805/17 9806/21 9808/9 9808/17 9813/22 9814/24 9816/12 9819/14 9821/6 9824/21 9826/10 9835/6

**did you [12]** 9608/25 9609/16 9627/13 9629/20 9635/23 9640/1 9640/12 9673/19 9673/21 9708/21 9728/10 9754/19

**didn't [60]** 9508/4 9508/11 9508/17 9514/19 9520/25 9521/11 9523/10 9533/16 9533/17 9533/21 9533/22 9543/15 9550/8 9550/19 9550/22 9551/2 9559/5 9561/2 9561/8 9562/2 9564/7 9567/3 9577/15 9577/15 9580/22 9581/14 9581/16 9583/18 9585/16 9585/17 9585/18 9585/21 9590/11 9593/1 9594/7 9599/6 9607/3 9609/8 9610/14 9611/22 9613/18 9613/21 9614/7 9614/12 9618/16 9619/16 9622/14 9624/14 9625/23 9628/20 9630/2 9630/4 9631/24 9631/25 9640/1 9675/6 9760/4

**die [1]** 9542/24

**difference [4]** 9550/17 9592/20 9753/17 9783/9

**different [44]** 9517/3 9518/1 9518/2 9518/5 9519/5 9519/18 9521/23 9522/11 9523/7 9526/4 9526/6 9526/15 9528/16 9532/17 9532/22 9534/1 9534/5 9534/11 9550/13 9606/7 9622/25 9628/3 9640/25 9645/19 9659/12 9681/16 9688/7 9702/13 9705/6 9705/19 9706/19 9716/12 9716/16 9716/16 9716/18 9717/5 9720/15 9757/16 9759/23 9759/24 9762/11 9777/1 9779/1 9834/17

**differently [8]** 9510/8 9514/1 9517/2 9526/11 9733/6 9768/11 9777/4 9800/8

**difficult [2]** 9718/5 9783/6

**digital [1]** 9781/11

**Dillon [1]** 9552/1

**dinner [2]** 9711/23 9712/1

**dips [1]** 9569/22

**direct [43]** 9504/4 9505/14 9543/11 9549/4 9550/4 9552/10 9556/14 9572/10 9572/14 9576/5 9589/7 9590/1 9592/3 9592/7 9594/5 9594/6 9594/9 9594/22 9602/1 9622/11 9622/13 9635/3 9665/13 9669/23 9670/25 9678/23 9678/24 9679/1 9681/9 9683/18 9685/8 9742/14 9743/11 9762/2 9774/12 9774/15 9774/21 9775/3 9775/7 9775/10 9775/12 9791/13 9809/4

**direct evidence [1]** 9775/10

**directed [1]** 9514/12

**directing [2]** 9738/25 9739/10

**direction [6]** 9620/4 9631/7 9700/10 9702/6 9702/11 9702/16

**directly [6]** 9566/1 9576/7 9622/19 9670/2

9764/25

**directs [1]** 9594/24

**disagree [10]** 9514/8 9517/12 9520/8 9526/2 9532/10 9532/15 9577/17 9580/9 9672/15 9738/20

**disavowed [1]** 9524/3

**disbelieved [1]** 9780/7

**discharging [8]** 9786/1 9788/18 9789/23 9790/8 9811/23 9811/25 9812/5 9827/25

**disconnect [1]** 9721/15

**discovery [1]** 9550/17

**discredit [1]** 9777/2

**discrepancies [2]** 9676/17 9776/25

**discrepancy [2]** 9777/6 9777/10

**discuss [8]** 9624/5 9684/3 9705/15 9715/5 9767/8 9790/17 9830/22 9836/17

**discussed [10]** 9597/4 9604/10 9604/12 9606/8 9652/14 9738/9 9739/23 9753/17 9791/4 9795/18

**discussing [4]** 9602/23 9607/8 9767/11 9830/10

**discussion [6]** 9510/6 9521/3 9521/14 9527/3 9604/19 9680/21

**discussions [3]** 9516/8 9601/4 9677/21

**disenfranchised [1]** 9592/25

**dismiss [3]** 9714/6 9766/18 9778/11

**dismissal [1]** 9664/1

**Disneyland [1]** 9526/6

**disorder [16]** 9789/6 9817/9 9817/20 9818/4 9818/5 9818/10 9819/13 9819/14 9819/16 9819/19 9819/23 9820/1 9820/10 9820/20 9821/14 9821/24

**disprove [3]** 9517/18 9517/20 9675/12

**disproved [1]** 9517/16

**dispute [3]** 9650/16 9675/17 9828/18

**disregard [2]** 9781/23 9783/13

**distance [1]** 9731/15

**distinct [2]** 9523/6 9794/23

**distinction [2]** 9716/9 9743/10

**distinguishing [1]** 9522/5

**distracting [1]** 9618/3

**distribution [1]** 9532/18

**DISTRICT [7]** 9500/1 9500/1 9500/10 9515/25 9818/18 9818/19 9818/20

**disturbance [2]** 9662/10 9818/11

**division [1]** 9754/23

**DM [2]** 9555/13 9555/16

**do [241]** 9508/1 9510/8 9510/8 9510/9 9512/15 9512/24 9513/11 9513/11 9515/2 9517/11 9517/18 9518/7 9518/8 9520/17 9522/25 9524/2 9525/25 9529/13 9530/8 9533/13 9534/21 9536/5 9538/16 9539/23 9541/6 9543/8 9543/9 9545/6 9546/3 9549/25 9555/8 9555/9 9556/5 9557/20 9557/23 9560/3 9562/7 9572/20 9573/1 9573/18 9580/2 9580/11 9581/1 9582/20 9586/20 9587/9 9589/17 9589/20 9590/14 9592/17 9594/2 9594/12 9594/24 9596/4 9596/10 9597/19 9597/23 9600/16 9601/1 9602/3 9602/4 9602/6 9604/19 9605/13 9605/17 9607/2 9607/13 9609/13 9611/2 9611/20 9612/23 9613/25 9614/7 9614/20 9615/2 9616/18 9616/20 9617/4 9619/8 9619/12 9620/6 9623/25 9624/10 9625/1 9625/3 9625/4 9628/23 9629/10 9630/15 9631/7 9633/1 9633/19 9634/1 9635/16 9636/1 9636/3 9636/5 9636/7 9636/15 9636/18 9636/23 9637/9 9637/10 9638/6 9638/8 9638/9 9638/18 9639/21 9640/25 9641/4 9644/13 9644/16 9645/23 9647/6 9648/8 9648/11 9648/24 9649/15 9649/19 9649/22 9650/17 9650/21 9651/2 9652/2 9652/3 9652/7 9653/4 9653/9 9653/11 9653/21 9654/3 9656/24

do... [109] 9658/25
9659/2 9659/18
9659/23 9663/5
9668/23 9668/23
9668/25 9669/1 9669/9
9671/24 9672/5 9672/8
9673/14 9673/23
9675/3 9675/6 9675/6
9677/18 9677/24
9678/25 9679/5
9680/14 9681/22
9681/23 9683/20
9683/21 9684/9
9684/10 9685/13
9685/16 9686/15
9689/15 9692/17
9694/11 9701/14
9701/16 9701/17
9701/19 9701/20
9702/24 9703/1 9708/3
9712/15 9714/9
9714/13 9717/2 9718/5
9718/6 9719/3 9732/16
9734/5 9737/6 9737/13
9738/3 9738/4 9738/6
9738/7 9738/8 9738/8
9738/10 9738/14
9738/15 9738/15
9738/16 9742/18
9743/4 9743/7 9745/1
9745/21 9746/24
9748/2 9748/5 9748/13
9755/9 9755/16
9758/15 9759/17
9759/22 9761/13
9763/1 9763/1 9763/10
9763/17 9764/5 9764/6
9765/13 9765/15
9765/24 9767/9
9767/22 9768/19
9769/8 9771/2 9785/7
9787/2 9797/6 9799/19
9814/18 9816/19
9821/14 9826/19
9831/3 9832/9 9833/17
9834/24 9835/9
9835/10 9836/1
do you [17] 9533/13
9543/8 9602/3 9605/13
9607/13 9611/2
9616/18 9619/8 9636/5
9636/7 9636/15
9636/18 9649/19
9677/24 9681/22
9684/9 9748/13
Do you believe [1]
9614/20
do you have [6]
9508/1 9609/13 9615/2
9629/10 9633/19
9675/3
do you know [8]
9636/23 9639/21
9649/15 9689/15
9737/13 9738/15
9755/9 9755/16
do you remember [6]

9651/25 9612/2
9620/6 9630/15
9645/23 9737/6
do you see [17]
9538/16 9539/23
9555/8 9617/4 9638/6
9648/24 9652/2 9652/7
9653/9 9653/11
9668/23 9668/23
9669/1 9692/17
9763/17 9764/5 9764/6
dock [1] 9684/20
docketed [1] 9768/21
document [14] 9578/3
9585/9 9610/24
9662/10 9705/3 9730/9
9730/11 9742/10
9743/3 9743/13
9751/21 9753/18
9761/13 9823/15
documentation [2]
9673/16 9688/2
documented [2]
9675/20 9822/21
documents [22]
9706/18 9729/21
9752/10 9753/23
9789/11 9822/5 9823/3
9823/11 9824/18
9824/20 9824/24
9825/3 9825/7 9825/13
9825/20 9825/24
9826/8 9826/13
9826/18 9826/25
9827/6 9829/12
Dodd [5] 9565/23
9566/6 9566/12
9566/12 9586/4
does [71] 9518/12
9532/11 9541/11
9586/14 9595/1
9597/15 9597/15
9597/16 9601/15
9615/21 9615/21
9636/25 9637/10
9639/9 9639/20
9644/19 9644/22
9645/1 9645/13 9652/8
9653/1 9653/13
9664/24 9667/9 9682/7
9685/14 9687/10
9687/17 9690/13
9690/13 9699/22
9700/20 9702/10
9703/3 9703/14
9703/16 9704/5 9704/7
9710/17 9716/20
9717/7 9731/11 9742/9
9744/19 9751/14
9751/18 9762/23
9763/7 9763/19
9770/23 9771/17
9775/5 9775/9 9778/23
9784/11 9784/25
9790/25 9791/3
9791/25 9792/24
9795/1 9795/4 9795/19
9796/2 9804/10

9804/25 9806/7
9809/15 9814/6 9814/8
9834/21
does not [1] 9645/1
doesn't [21] 9508/24
9511/19 9518/8
9523/23 9528/2 9529/6
9529/9 9530/25
9548/22 9548/24
9562/4 9575/19
9576/17 9594/16
9644/1 9645/6 9645/9
9695/8 9718/2 9746/16
9760/21
Dohnal [5] 9685/9
9685/15 9754/17
9754/20 9755/10
Dohnal Atkinson [2]
9685/9 9685/15
doing [30] 9524/13
9527/8 9528/3 9530/1
9530/2 9530/6 9584/17
9584/18 9601/23
9601/24 9653/21
9654/23 9669/9
9671/19 9707/21
9708/2 9716/23
9716/24 9754/14
9762/21 9763/9
9784/24 9788/3 9793/4
9793/5 9804/10
9804/18 9816/20
9821/15 9830/11
Dolan [2] 9507/16
9778/8
Dolan's [1] 9629/3
dollars [1] 9575/18
domestic [1] 9708/20
Don [1] 9630/1
Don Siekerman [1]
9630/1
don't [139] 9508/3
9508/6 9511/19
9512/20 9512/24
9512/24 9514/20
9517/4 9517/10
9519/11 9523/15
9523/23 9524/18
9525/1 9527/4 9530/9
9530/15 9531/3
9531/23 9532/15
9539/15 9548/20
9549/2 9549/23 9550/2
9550/12 9550/15
9551/4 9552/12
9552/15 9552/16
9552/19 9555/3 9562/4
9568/19 9568/19
9573/3 9576/8 9578/7
9578/10 9579/12
9580/15 9585/7 9585/8
9585/13 9586/6 9586/8
9586/12 9587/1 9587/5
9587/10 9587/24
9593/22 9594/1
9594/18 9594/24
9595/4 9595/7 9595/17
9596/8 9598/20

9601/6 9601/7 9601/7
9601/9 9602/15
9602/24 9603/1
9603/21 9603/25
9605/18 9605/22
9606/5 9609/17
9609/21 9611/7
9611/11 9613/2
9614/18 9627/1 9628/7
9629/23 9630/5
9630/20 9639/22
9642/9 9643/20
9644/23 9645/7 9645/8
9646/1 9657/5 9657/20
9660/25 9673/22
9674/17 9675/8 9675/9
9677/17 9677/21
9680/17 9681/2
9694/20 9694/25
9695/4 9700/17
9700/20 9702/24
9709/8 9714/22 9715/4
9715/9 9718/1 9731/21
9735/5 9735/13 9738/2
9738/7 9739/23
9740/18 9741/16
9744/20 9745/10
9746/10 9749/13
9750/8 9754/2 9755/1
9755/11 9756/21
9758/3 9760/23
9766/23 9767/20
9833/10 9834/10
9836/21
done [26] 9508/4
9595/2 9599/19
9605/11 9621/6
9624/20 9657/17
9663/3 9663/18
9673/21 9677/3 9716/8
9719/13 9719/13
9720/4 9720/5 9768/19
9770/17 9786/21
9793/8 9793/9 9794/18
9794/20 9829/25
9830/24 9836/8
done so [1] 9621/6
Donovan [28] 9534/10
9539/14 9539/23
9540/6 9541/2 9542/22
9543/17 9544/5
9544/18 9544/21
9545/12 9545/18
9545/17 9545/18
9545/24 9546/3
9551/15 9551/24
9552/23 9557/15
9557/25 9560/18
9578/19 9588/19
9629/7 9669/3 9696/5
9822/23
Donovan Crowl [16]
9534/10 9539/14
9543/17 9544/5
9544/18 9544/21
9545/12 9545/12
9545/18 9546/3

9557/25 9557/25
9560/18 9588/19
9629/7 9669/3
Donovan Crowl's [1]
9541/2
Donovan's [1] 9551/22
door [7] 9620/9
9651/13 9652/1
9659/14 9713/13
9714/1 9715/10
doors [13] 9561/1
9561/13 9561/14
9561/20 9562/13
9619/2 9620/1 9620/7
9620/11 9620/14
9620/16 9628/19
9650/7
doorway [2] 9574/21
9592/12
doubt [67] 9771/15
9771/20 9771/25
9772/3 9772/9 9772/9
9772/10 9772/10
9772/16 9772/17
9772/17 9772/21
9772/21 9772/22
9772/23 9772/25
9778/20 9781/1 9781/4
9785/19 9786/8
9786/14 9787/7 9790/9
9790/21 9791/9
9791/15 9792/10
9792/18 9793/4
9793/19 9796/8
9797/17 9798/18
9802/5 9803/18 9804/4
9805/22 9806/9 9807/9
9807/17 9809/15
9809/22 9810/11
9811/14 9812/2
9813/19 9815/4
9815/23 9816/25
9817/21 9819/20
9820/15 9821/20
9823/13 9824/2
9824/25 9825/18
9826/23 9827/20
9828/19 9828/22
9828/23 9828/25
9829/5 9829/8 9829/21
down [34] 9538/19
9546/13 9550/16
9555/19 9557/10
9572/12 9578/12
9578/20 9581/2
9583/24 9584/25
9627/16 9628/2 9630/7
9630/10 9632/5 9637/7
9643/1 9649/3 9661/21
9680/7 9689/16
9704/20 9710/17
9715/4 9732/17
9751/25 9753/8
9754/19 9756/4
9764/17 9765/24
9767/20 9832/19
download [3] 9688/16
9729/17 9752/5

**downloaded [1]**
9747/13
**dox [2]** 9589/14
9589/14
**doxed [1]** 9589/20
**dozen [2]** 9548/10
9621/12
**dozens [1]** 9756/2
**Dozer [4]** 9508/22
9509/7 9566/15 9572/4
**drafted [1]** 9535/7
**drafts [2]** 9589/4
9589/9
**dragging [1]** 9583/23
**draw [4]** 9533/3
9554/25 9774/2
9787/23
**drawn [2]** 9774/17
9791/18
**dressed [1]** 9563/23
**drive [8]** 9502/8
9588/13 9588/16
9628/14 9834/24
9834/25 9835/3 9835/9
**driving [3]** 9544/2
9590/13 9590/21
**Dropbox [1]** 9834/22
**drove [2]** 9589/7
9611/5
**drug [7]** 9518/15
9524/9 9524/12
9525/20 9532/17
9716/3 9716/4
**drugs [3]** 9526/23
9527/1 9716/6
**Dulaney [1]** 9780/17
**dumped [1]** 9763/23
**Dunn [11]** 9641/1
9642/18 9643/20
9659/16 9660/3 9660/7
9660/14 9660/19
9661/4 9661/7 9661/8
**duration [1]** 9794/11
**during [40]** 9525/6
9537/13 9543/17
9568/22 9590/19
9592/7 9603/17
9604/16 9666/16
9673/7 9674/21
9675/14 9696/20
9707/17 9715/6 9738/7
9747/20 9750/13
9759/18 9770/9
9770/25 9771/1 9771/3
9773/17 9773/22
9775/20 9783/15
9787/4 9794/20
9809/10 9810/20
9817/20 9818/4
9819/12 9819/12
9819/13 9819/15
9819/18 9819/23
9820/1
**duties [15]** 9786/1
9788/19 9789/5
9789/23 9790/8
9811/23 9811/25

9820/10 9820/20
9821/13 9821/23
9828/2
**duty [6]** 9614/8 9770/3
9771/21 9781/2 9812/5
9827/25

**E**

**each [56]** 9512/12
9514/7 9514/9 9522/12
9524/3 9528/23 9536/2
9548/7 9592/17
9594/22 9664/20
9691/17 9738/3 9738/6
9746/11 9765/25
9773/10 9777/24
9785/18 9787/9
9787/18 9787/19
9789/24 9790/5
9790/17 9794/22
9797/16 9802/4
9802/13 9802/15
9802/22 9802/25
9803/2 9803/5 9803/11
9803/12 9803/13
9803/17 9805/11
9805/22 9807/21
9811/10 9812/1
9813/18 9815/4
9816/20 9819/20
9821/16 9823/12
9824/25 9825/1
9825/21 9826/19
9828/17 9829/11
9830/3
**eagle [1]** 9735/23
**ear [1]** 9569/3
**earlier [19]** 9570/14
9601/4 9614/17
9616/18 9620/19
9652/20 9658/6 9658/8
9676/17 9691/16
9708/14 9708/16
9742/2 9758/17
9758/22 9759/17
9782/2 9782/9 9812/12
**early [6]** 9507/1
9611/25 9633/1 9730/1
9752/19 9782/7
**easier [3]** 9646/17
9655/7 9656/1
**easily [1]** 9517/17
**east [3]** 9559/24
9562/22 9706/13
**East Coast [1]** 9706/13
**Eastern [14]** 9637/6
9690/8 9692/18
9692/23 9693/4
9697/23 9699/25
9705/4 9706/11
9706/14 9707/19
9707/25 9708/5
9739/13
**Eastern Standard Time
[1]** 9699/25
**Eastern Time [1]**
9697/23

9705/4 9706/14
**easy [1]** 9518/15
**echoed [1]** 9591/20
**Ed [1]** 9529/20
**Ed Vallejo [1]** 9529/20
**Edmund [1]** 9502/2
**education [2]** 9781/16
9781/20
**Edward [3]** 9501/10
9506/12 9506/14
**Edward Tarpley [1]**
9506/17
**Edwards [2]** 9500/16
9506/14
**edwardtarpley [1]**
9501/12
**effect [8]** 9509/14
9521/6 9521/18
9521/19 9695/7 9777/6
9777/22 9803/23
**Effecting [1]** 9523/3
**effectively [3]** 9716/5
9716/7 9720/24
**efficiency [1]** 9657/7
**efficient [1]** 9770/1
**effort [1]** 9644/10
**efforts [5]** 9620/23
9684/18 9754/18
9754/19 9766/15
**eggs [1]** 9544/6
**egress [1]** 9549/1
**eight [3]** 9588/15
9588/16 9833/21
**either [29]** 9508/13
9523/13 9525/23
9552/19 9575/14
9599/7 9614/4 9619/23
9631/23 9642/15
9642/18 9643/20
9677/5 9677/5 9684/17
9756/24 9777/19
9777/20 9779/19
9784/4 9792/10
9796/16 9798/14
9798/22 9798/24
9812/15 9812/17
9818/6 9826/25
**Elaborate [1]** 9624/7
**election [12]** 9538/20
9591/4 9591/7 9591/8
9592/20 9593/1 9593/4
9614/13 9788/3
9800/22 9801/1
9827/18
**Electoral [3]** 9788/16
9788/23 9804/7
**electors [1]** 9800/22
**electricity [1]** 9754/25
**electronic [1]** 9751/14
**electronically [1]**
9835/11
**element [7]** 9514/14
9771/20 9771/24
9790/19 9806/5
9806/12 9806/20
**elements [22]** 9527/22
9790/10 9790/18

9803/17 9805/22
9807/21 9812/2
9813/12 9813/14
9813/19 9815/5
9817/14 9817/21
9819/21 9823/6 9823/7
9823/12 9825/1
9825/21
**elevator [1]** 9647/7
**eleventh [1]** 9734/7
**elicit [1]** 9622/19
**elicited [1]** 9576/12
**Eller [11]** 9664/8
9665/2 9665/4 9665/7
9665/15 9668/13
9669/16 9670/16
9671/4 9679/21 9680/6
**Ellipse [2]** 9612/25
9762/24
**ELMER [4]** 9500/6
9501/2 9506/9 9662/6
**Elmer Stewart Rhodes
[1]** 9662/6
**Elmer Stewart Rhodes
III [1]** 9506/9
**else [14]** 9515/11
9530/16 9559/12
9572/15 9572/16
9573/1 9585/18
9604/21 9729/9 9761/1
9768/11 9830/22
9834/19 9836/16
**email [11]** 9500/18
9500/19 9501/5 9501/9
9501/12 9501/16
9502/5 9502/9 9502/4
9729/20 9752/7
**emails [1]** 9768/20
**embraced [1]** 9696/24
**emergency [1]**
9712/22
**emotional [1]** 9626/11
**Empire [1]** 9502/13
**employee [3]** 9755/2
9756/8 9818/25
**enable [1]** 9730/21
**enact [1]** 9537/19
**enclosure [3]** 9560/25
9561/12 9620/9
**encourage [4]** 9808/18
9808/20 9808/22
9809/17
**encouraged [2]**
9789/15 9808/15
**encouraging [6]**
9808/6 9816/10 9821/4
9822/8 9826/6 9829/15
**end [25]** 9516/12
9516/15 9527/5
9530/21 9531/7
9531/12 9531/25
9548/12 9564/3
9569/25 9578/9
9579/24 9589/13
9591/1 9643/5 9655/4
9655/7 9751/5 9765/10
9765/22 9766/16

9831/19
**endeavor [1]** 9799/22
**endeavored [1]** 9800/7
**ended [6]** 9545/20
9552/9 9573/16
9666/19 9786/5
9796/23
**ending [1]** 9752/8
**ends [3]** 9507/2
9682/11 9796/7
**enforcement [21]**
9553/2 9556/13
9622/15 9627/5
9627/10 9627/14
9627/17 9627/18
9760/16 9760/18
9760/25 9779/14
9779/21 9789/4 9817/7
9817/25 9818/2 9820/9
9820/19 9821/12
9821/22
**engage [2]** 9784/11
9785/3
**engaged [12]** 9516/20
9518/17 9530/20
9533/15 9716/5
9716/19 9784/15
9785/14 9785/15
9796/10 9818/3
9828/12
**engaging [4]** 9524/19
9524/20 9805/2 9805/3
**English [1]** 9702/3
**enjoyment [1]** 9669/25
**enlist [2]** 9701/14
9701/17
**enough [18]** 9521/3
9527/12 9532/9
9545/21 9551/6
9554/13 9560/13
9580/23 9594/18
9708/4 9721/12
9732/15 9746/12
9763/11 9794/8 9799/6
9808/21 9809/10
**ensure [1]** 9830/25
**enter [5]** 9560/2 9562/7
9562/16 9649/16
9778/16
**entered [27]** 9514/15
9536/13 9560/14
9573/16 9592/3
9593/13 9601/12
9614/23 9666/19
9680/24 9736/1
9736/13 9739/22
9739/25 9740/1
9769/12 9778/8
9778/21 9779/1 9779/3
9779/5 9784/18 9788/7
9788/14 9792/18
9797/23 9802/9
**entire [2]** 9566/3
9681/24
**entirely [4]** 9526/6
9559/10 9734/2 9787/3
**entirety [1]** 9682/19

**entitled [2]** 9774/5 9777/25
**entity [1]** 9606/22
**entries [1]** 9728/15
**entry [6]** 9561/22 9562/3 9667/4 9699/22 9700/10 9752/21
**environment [1]** 9593/8
**equal [2]** 9775/8 9794/25
**equally [3]** 9802/14 9802/24 9812/14
**errata [1]** 9510/8
**error [1]** 9777/10
**escorted [4]** 9754/24 9755/1 9755/4 9755/6
**escorting [1]** 9625/12
**especially [1]** 9511/20
**essential [1]** 9796/21
**essentially [4]** 9566/10 9676/3 9676/4 9703/7
**establish [8]** 9509/4 9610/14 9717/3 9717/4 9786/4 9786/6 9786/12 9795/19
**established [1]** 9798/14
**establishes [2]** 9786/8 9786/14
**establishment [1]** 9819/8
**et [3]** 9500/6 9679/5 9679/5
**et cetera [2]** 9679/5 9679/5
**ether [1]** 9631/12
**ethnic [1]** 9770/14
**evacuated [1]** 9571/3
**evaluating [3]** 9779/16 9780/8 9782/13
**even [28]** 9516/21 9522/13 9526/8 9528/15 9528/25 9531/8 9599/6 9609/8 9610/11 9610/17 9660/23 9673/2 9709/8 9709/14 9738/7 9755/3 9761/18 9795/5 9795/8 9805/17 9814/24 9819/14 9824/20 9830/9 9833/13 9835/4 9835/8 9835/21
**evening [9]** 9511/9 9543/25 9544/19 9544/20 9545/8 9545/18 9555/4 9694/10 9831/2
**event [8]** 9533/2 9608/10 9626/11 9627/14 9647/2 9721/3 9741/17 9779/18
**events [2]** 9828/5 9828/10
**eventually [5]** 9542/14 9559/22 9587/6 9588/11 9588/24

9556/12 9607/18
9608/19 9609/17
9609/21 9621/9 9623/7
9628/18 9629/18
9631/3 9631/6 9675/9
9685/15 9686/6
9686/24 9701/14
9701/17 9701/20
9710/9 9745/13
9745/14 9745/15
9748/7 9750/17
9755/12 9756/5
**every [15]** 9522/13
9581/25 9585/15
9624/10 9627/11
9630/8 9630/24
9701/10 9701/12
9771/11 9771/20
9779/22 9794/5
9801/20 9808/20
**everybody [25]**
9513/12 9519/20
9521/16 9573/21
9573/23 9630/12
9632/7 9642/24
9646/17 9707/17
9718/21 9735/11
9742/3 9742/4 9742/9
9765/16 9765/17
9766/11 9768/10
9769/1 9769/13
9830/21 9831/3 9834/3
9836/22
**everyone [20]** 9506/4
9506/25 9550/19
9560/24 9560/24
9596/19 9597/1 9597/7
9601/14 9639/13
9641/16 9644/17
9647/14 9662/24
9681/1 9709/3 9715/8
9728/8 9736/14 9766/8
**everyone's [1]** 9658/20
**everything [10]**
9510/20 9556/9 9572/8
9579/17 9587/3 9602/6
9608/17 9766/16
9768/18 9806/22
**everywhere [1]**
9544/11
**evidence [187]**
9507/18 9509/1
9510/17 9516/2
9516/24 9518/13
9518/16 9519/14
9520/1 9520/25
9524/11 9525/12
9528/21 9529/19
9529/22 9531/16
9531/24 9532/24
9533/17 9533/18
9538/10 9540/19
9543/20 9545/2
9546/24 9554/16
9563/13 9564/14
9570/14 9576/9
9576/11 9576/16

9610/13 9615/5
9622/17 9632/21
9633/7 9633/13
9633/19 9638/2 9640/5
9641/22 9644/7
9646/12 9651/21
9662/12 9662/19
9668/10 9678/4 9683/1
9683/4 9683/23
9686/11 9688/23
9689/4 9689/8 9692/12
9693/23 9695/18
9697/4 9697/12
9697/14 9699/11
9699/14 9703/12
9704/24 9706/25
9707/5 9708/13
9708/17 9710/15
9711/3 9711/10
9720/25 9728/11
9730/17 9731/8
9738/24 9740/6
9740/16 9741/14
9748/17 9759/12
9762/14 9765/4
9765/12 9769/18
9770/9 9770/10
9770/16 9770/23
9770/24 9771/6 9771/7
9771/9 9771/18
9772/11 9772/11
9772/14 9773/7 9773/9
9773/12 9773/18
9773/18 9773/20
9773/25 9774/1 9774/4
9774/8 9774/9 9774/10
9774/11 9774/12
9774/13 9774/15
9774/16 9774/17
9774/21 9775/1 9775/4
9775/5 9775/7 9775/9
9775/10 9775/11
9775/15 9775/18
9776/4 9777/17 9778/7
9779/16 9780/18
9780/21 9780/21
9780/22 9780/22
9780/24 9780/25
9781/3 9781/5 9781/11
9781/14 9781/22
9781/24 9781/24
9782/1 9782/9 9782/11
9782/15 9782/17
9783/3 9783/8 9783/16
9784/5 9784/6 9784/17
9784/20 9785/6 9786/7
9786/13 9786/23
9787/4 9787/5 9787/17
9787/22 9791/13
9791/14 9791/20
9792/4 9793/13
9793/17 9793/20
9793/21 9804/13
9806/9 9809/4 9809/7
9809/13 9814/19
9828/11 9829/6
9829/13 9835/13

**evidentiary [1]** 9765/11
**exact [6]** 9591/15
9591/24 9694/14
9759/16 9786/5
9786/12
**exactly [10]** 9548/9
9550/21 9551/4 9561/9
9603/1 9613/25 9667/1
9667/1 9728/25
9757/11
**examination [33]**
9526/14 9533/9
9536/17 9537/5 9576/2
9576/15 9594/11
9595/15 9596/11
9597/12 9597/13
9597/21 9600/7
9601/15 9601/21
9602/1 9605/6 9605/12
9635/3 9659/6 9659/7
9665/13 9671/16
9679/18 9681/9
9683/18 9685/8
9736/17 9736/21
9741/2 9744/6 9761/8
9762/2
**examine [7]** 9594/2
9594/4 9597/23
9599/14 9713/15
9783/24 9783/25
**example [11]** 9517/16
9518/15 9520/16
9524/18 9606/25
9630/1 9774/18
9784/17 9795/7 9799/1
9804/21
**exceeded [1]** 9814/1
**except [7]** 9716/24
9782/18 9791/22
9806/22 9829/11
9835/16 9835/17
**exception [2]** 9508/13
9752/21
**exceptions [2]** 9510/17
9735/11
**excerpt [1]** 9699/7
**excerpts [2]** 9634/13
9834/3
**exchange [3]** 9539/13
9540/5 9544/17
**exchanged [3]** 9728/23
9768/4 9782/23
**excited [2]** 9625/22
9769/16
**exciting [1]** 9766/25
**exclusive [1]** 9770/21
**excuse [15]** 9717/14
9765/16 9777/7
9782/24 9783/25
9785/4 9795/24
9798/23 9812/16
9819/3 9819/12 9825/1
9826/6 9828/22
9830/15
**execution [11]** 9788/10
9797/10 9797/14
9797/21 9798/11

9800/8 9800/10
9827/23
**executive [2]** 9819/1
9819/5
**exemplified [1]** 9517/8
**exercise [3]** 9779/24
9780/6 9799/21
**exert [1]** 9800/9
**exhale [1]** 9832/14
**exhibit [92]** 9538/9
9539/9 9540/11
9540/13 9540/16
9540/19 9543/20
9544/16 9544/24
9545/2 9546/24
9554/15 9562/25
9563/11 9563/13
9564/15 9575/4 9577/6
9578/23 9615/6
9616/16 9617/9
9618/20 9638/2 9640/5
9641/9 9641/22
9642/13 9642/25
9644/2 9644/3 9644/7
9646/12 9651/21
9658/12 9662/8
9662/13 9667/24
9668/7 9668/10 9683/4
9683/23 9684/12
9686/11 9688/22
9689/5 9689/8 9689/24
9692/12 9693/22
9695/18 9697/9
9697/14 9698/23
9699/6 9699/14
9703/11 9703/16
9704/24 9705/9
9705/10 9706/23
9707/5 9707/13 9708/8
9708/17 9711/2
9711/10 9728/14
9728/23 9729/10
9735/24 9749/23
9762/3 9762/9 9762/10
9762/14 9765/4
9782/18 9782/23
9783/17 9783/19
9783/21 9831/7 9831/9
9831/10 9831/12
9834/15 9834/16
9836/9 9836/11
9836/11
**Exhibit 1500 [2]**
9762/10 9762/14
**Exhibit 1510.2 [1]**
9686/11
**Exhibit 2409.1 [1]**
9699/6
**Exhibit 6825 [1]**
9538/9
**Exhibit 75 [2]** 9662/8
9662/13
**Exhibit 82 [3]** 9641/9
9642/13 9642/25
**Exhibit 83 [1]** 9644/3
**Exhibit 9120 [2]**
9762/3 9762/9

**Exhibit 9335 [1]**
9562/25
**Exhibit 9336.2 [1]**
9577/6
**exhibits [22]** 9504/9
9504/25 9614/22
9662/19 9706/16
9764/19 9765/2
9773/20 9776/3
9782/21 9783/15
9783/24 9783/25
9831/2 9831/16
9834/17 9834/22
9835/5 9835/9 9835/11
9835/23 9836/5
**Exhibits 9120.1 [1]**
9706/16
**exist [2]** 9532/17
9833/25
**existed [8]** 9784/14
9784/18 9786/6 9786/9
9791/16 9792/8
9792/11 9796/25
**existence [10]** 9516/2
9790/11 9790/12
9790/20 9791/1
9791/17 9792/4
9794/21 9810/20
9827/21
**existential [2]** 9537/17
9537/19
**exit [7]** 9649/22 9650/1
9650/3 9650/19 9658/7
9659/1 9721/14
**exited [5]** 9596/22
9680/20 9715/2
9766/10 9830/20
**exiting [3]** 9650/3
9653/22 9687/16
**exits [1]** 9670/3
**expansion [1]** 9606/4
**expect [3]** 9541/13
9542/13 9546/2
**expected [1]** 9547/17
**expecting [1]** 9719/23
**experience [5]** 9687/1
9774/4 9777/5 9781/15
9781/20
**expert [2]** 9541/6
9700/16
**expertise [2]** 9700/18
9701/2
**explain [12]** 9512/3
9594/10 9687/21
9789/18 9799/15
9803/9 9803/11
9813/12 9817/13
9817/15 9817/17
9823/6
**explained [13]** 9756/9
9807/22 9811/4
9815/14 9816/2
9816/16 9820/4
9820/21 9821/9
9823/22 9825/9
9825/22 9826/15
**explains [1]** 9735/4

**explanations [1]**
9701/21
**explicitly [1]** 9790/23
**express [1]** 9791/1
**expressed [3]** 9770/19
9781/8 9781/10
**extent [15]** 9507/20
9516/9 9529/7 9531/10
9532/1 9548/23 9675/2
9694/19 9717/2
9776/11 9794/2
9794/11 9828/4
9829/23 9834/9
**extraction [6]** 9689/14
9689/18 9691/20
9691/25 9697/18
9705/21
**extractions [4]**
9705/11 9706/19
9748/15 9762/7
**extremist [1]** 9588/2
**extremists [2]** 9589/12
9696/24
**extrinsic [2]** 9576/9
9576/18
**extrinsically [2]**
9575/13 9576/11
**eyes [1]** 9735/23
**eyewitness [1]**
9774/14

F
**F.3d [3]** 9515/24
9522/3 9534/19
**face [3]** 9522/25
9547/19 9580/22
**Facebook [12]** 9539/13
9540/5 9605/11
9682/10 9694/6
9694/12 9698/6
9728/15 9759/14
9822/20 9829/20
9836/13
**facie [1]** 9509/4
**facilitate [4]** 9808/17
9808/20 9808/22
9809/17
**facilitating [4]** 9808/6
9816/10 9821/4 9826/6
**facilities [2]** 9755/6
9760/24
**fact [44]** 9522/17
9529/15 9532/10
9533/16 9546/15
9552/20 9555/19
9557/25 9574/2
9574/16 9575/2
9579/9 9579/16 9590/5
9592/6 9592/10 9604/3
9604/11 9608/22
9626/14 9626/21
9669/17 9670/20
9679/23 9680/1 9680/2
9716/20 9734/5 9743/3
9750/15 9753/17
9772/5 9773/24
9774/14 9775/4 9780/9
9781/14 9782/5 9794/5

**fact... [1]** 9791/2
**factor [1]** 9528/17
**factors [9]** 9516/3
9516/8 9519/14 9520/3
9530/25 9532/20
9532/23 9534/17
9716/1
**facts [15]** 9674/23
9770/7 9770/8 9770/12
9773/11 9773/20
9773/23 9774/2
9774/12 9774/16
9784/4 9786/22 9787/3
9791/20 9809/5
**failing [2]** 9522/23
9611/16
**failure [1]** 9777/5
**faintly [1]** 9619/7
**fair [37]** 9520/24
9532/9 9534/9 9545/21
9547/13 9550/19
9551/6 9554/13
9559/25 9560/13
9568/8 9585/20 9593/4
9594/18 9607/17
9618/1 9631/24
9636/23 9638/24
9640/16 9642/3
9642/14 9643/20
9655/10 9675/2
9706/18 9721/12
9743/8 9743/9 9743/12
9746/12 9770/1
9770/15 9773/4 9773/8
9814/13 9814/15
**fairly [7]** 9523/4 9596/6
9598/11 9732/16
9774/5 9777/25
9781/25
**fairness [1]** 9591/10
**faith [1]** 9542/25
**fallen [1]** 9612/5
**falling [2]** 9774/19
9774/22
**falls [1]** 9758/8
**false [1]** 9778/24
**falsehood [1]** 9777/11
**falsely [1]** 9779/4
**familiar [9]** 9564/16
9645/25 9685/21
9685/23 9686/2 9687/5
9688/11 9691/3 9691/5
**family [3]** 9555/4
9589/14 9688/14
**far [7]** 9519/19 9602/22
9658/25 9679/6 9696/2
9731/5 9783/13
**farm [17]** 9548/2
9548/4 9550/7 9587/7
9588/12 9588/14
9589/25 9595/22
9598/11 9598/21
9598/23 9599/4 9599/7
9599/16 9603/24
9604/4 9604/5
**fast [11]** 9642/23

9647/20 9648/19
9650/21 9655/7 9656/1
9658/4 9660/13
**fast-forward [6]**
9642/23 9646/16
9647/20 9655/7 9656/1
9658/4
**fast-forwarding [2]**
9644/9 9648/19
**favor [3]** 9536/5
9632/25 9775/5
**favorite [1]** 9638/18
**favoritism [1]** 9770/13
**FBI [62]** 9549/5
9549/25 9555/23
9556/5 9557/3 9560/3
9561/2 9561/8 9561/11
9562/1 9572/18 9573/4
9573/15 9579/12
9580/11 9586/8 9588/6
9590/14 9595/21
9598/12 9599/4 9599/4
9599/5 9602/2 9602/6
9603/4 9603/10
9603/12 9604/11
9608/22 9627/7
9627/10 9666/4
9666/16 9666/18
9673/12 9685/10
9685/12 9685/14
9685/15 9686/3
9701/15 9708/21
9713/22 9747/17
9747/21 9747/21
9750/13 9754/12
9755/2 9755/2 9755/7
9755/17 9755/20
9756/2 9756/5 9756/7
9756/12 9756/13
9759/9 9760/12
9760/17
**FBI agent [1]** 9686/3
**FBI's [4]** 9672/20
9672/21 9672/23
9754/23
**fear [2]** 9537/24
9770/13
**feathered [1]** 9763/22
**feature [1]** 9682/9
**February [3]** 9666/3
9666/5 9666/11
**federal [7]** 9541/14
9687/18 9741/14
9751/17 9758/9
9817/10 9819/14
**federally [2]** 9818/8
9818/21
**feds [3]** 9587/12
9587/22 9587/23
**fee [1]** 9688/2
**feel [4]** 9579/18
9579/25 9765/24
9774/3
**feeling [1]** 9626/10
**feels [2]** 9592/24
9592/25
**feet [1]** 9542/24

9583/22
9684/1
**felt [5]** 9580/25 9609/8
9609/11 9626/4
9626/12
**ferry [1]** 9684/23
**few [18]** 9541/1 9541/4
9582/17 9596/12
9601/16 9635/15
9652/18 9653/18
9664/10 9665/17
9680/13 9698/1 9712/1
9714/22 9718/1 9760/1
9765/22 9769/22
**field [1]** 9834/2
**fiend [1]** 9810/11
**Fifth [5]** 9520/6 9808/9
9810/21 9816/12
9821/6 9826/10
**fight [3]** 9527/10
9546/2 9711/21
**fight's [1]** 9711/24
**fights [1]** 9713/9
**figure [5]** 9634/2
9637/13 9718/5
9733/22 9756/12
**file [19]** 9575/15
9577/15 9610/14
9611/22 9611/24
9709/9 9709/14
9709/21 9710/7 9735/4
9735/11 9741/24
9742/3 9742/4 9742/9
9742/15 9742/16
9743/4 9743/19
**filed [5]** 9611/6
9611/21 9730/11
9732/9 9771/24
**files [4]** 9822/8
9822/12 9822/16
9829/16
**filing [10]** 9577/18
9577/22 9578/5 9611/2
9611/20 9710/9
9710/18 9735/1
9761/18 9778/13
**filmed [1]** 9656/17
**filming [1]** 9619/3
**final [6]** 9630/3
9691/13 9691/24
9707/17 9710/22
9718/20
**finalized [1]** 9714/9
**finally [5]** 9619/21
9702/23 9789/8 9801/2
9817/17
**financial [4]** 9607/3
9708/23 9735/5
9742/22
**financially [1]** 9743/11
**find [85]** 9508/17
9517/6 9552/8 9555/25
9630/7 9630/13
9688/15 9717/15
9733/16 9771/19
9771/21 9771/23
9771/25 9773/13
9773/16 9774/2 9781/2

**find... [68]** 9781/19
9782/6 9784/10
9784/13 9784/14
9784/15 9787/3
9791/16 9793/3 9796/8
9796/24 9797/12
9797/15 9798/13
9798/22 9798/24
9799/1 9799/3 9802/2
9802/4 9803/15
9803/16 9805/19
9805/21 9806/6 9806/8
9806/13 9806/16
9807/9 9807/13
9807/16 9808/16
9809/11 9809/18
9810/9 9811/13
9811/16 9811/24
9812/1 9812/15
9812/17 9812/25
9813/16 9813/18
9815/1 9815/3 9815/20
9815/22 9816/25
9817/3 9817/19
9817/20 9819/17
9819/19 9820/12
9820/14 9821/20
9821/24 9823/10
9824/22 9824/24
9825/14 9825/17
9826/23 9827/1 9827/7
9829/23 9834/10

**finding [3]** 9554/8
9717/13 9812/22

**finding guns [1]**
9554/8

**fine [15]** 9507/9
9510/13 9511/23
9513/3 9525/20
9535/18 9536/11
9596/14 9601/25
9606/18 9610/16
9681/4 9734/9 9754/1
9754/8

**fingerprinted [1]**
9758/15

**finish [7]** 9507/2
9519/12 9556/21
9623/20 9664/15
9729/9 9832/8

**fire [1]** 9763/24

**firearm [1]** 9785/1

**firearms [17]** 9557/4
9624/16 9685/18
9685/21 9685/23
9686/1 9686/7 9687/25
9757/14 9758/9
9759/25 9760/24
9784/21 9784/23
9785/5 9835/16
9835/17

**fires [1]** 9553/25

**firm [1]** 9806/17

**firmly [1]** 9772/15

**first [75]** 9507/15
9507/16 9514/23
9539/17 9539/25

9550/13 9553/8 9558/10/16
9558/9 9558/12 9565/9
9574/19 9575/7
9586/17 9587/8
9598/21 9599/16
9600/21 9602/16
9602/22 9605/10
9607/1 9619/14
9625/20 9629/3 9636/6
9636/8 9649/15
9658/21 9659/13
9675/24 9676/6
9676/13 9683/25
9689/11 9692/11
9699/22 9699/23
9700/2 9701/25 9707/9
9711/12 9715/20
9737/7 9737/10 9746/3
9748/20 9761/12
9784/8 9784/11 9788/5
9789/24 9790/11
9790/19 9797/18
9802/6 9803/9 9803/19
9805/23 9806/5
9807/19 9810/13
9812/3 9813/12
9813/20 9815/6
9815/25 9817/13
9817/22 9819/22
9820/17 9823/6
9823/14 9825/2
9825/19

**First Amendment [3]**
9565/9 9784/8 9784/11

**Fischer [30]** 9502/11
9502/12 9506/22
9516/17 9517/2 9525/2
9535/9 9598/3 9598/7
9599/15 9599/19
9599/23 9600/25
9601/9 9601/16
9601/18 9602/15
9604/23 9606/12
9663/18 9695/3
9732/11 9734/15
9735/21 9744/4
9753/16 9761/4
9832/15 9833/2 9834/2

**Fischer's [3]** 9535/1
9536/8 9595/9

**fischerandputzi [1]**
9502/15

**fit [2]** 9835/2 9835/2

**five [21]** 9544/20
9573/4 9573/5 9580/10
9623/15 9645/19
9650/20 9675/21
9676/15 9693/4
9708/12 9713/6 9713/8
9739/18 9756/3
9788/21 9807/18
9815/24 9820/16
9822/4 9825/18

**fix [1]** 9510/11

**FL [1]** 9554/20

**flag [1]** 9716/11

**flags [1]** 9625/25

**flip [1]** 9511/3

**floating [1]** 9519/2

**floor [5]** 9558/10
9558/11 9659/15
9660/4 9767/19

**Florida [10]** 9554/22
9572/24 9584/3 9604/4
9746/3 9746/4 9746/16
9760/3 9760/8 9760/10

**focus [1]** 9731/12

**folks [8]** 9516/14
9516/20 9517/9 9519/8
9529/8 9529/10
9532/25 9596/23

**follow [5]** 9586/18
9594/3 9595/13
9767/10 9770/5

**follow up [1]** 9594/3

**following [32]** 9524/17
9583/7 9662/3 9665/25
9676/16 9694/3
9713/18 9716/2 9734/1
9734/21 9782/17
9788/2 9790/9 9797/16
9801/1 9802/5 9803/17
9805/22 9807/17
9810/12 9812/2
9813/18 9815/5
9815/24 9817/21
9819/20 9820/15
9823/12 9824/25
9825/1 9825/18
9827/17

**follows [4]** 9537/4
9665/6 9681/8 9717/9

**footage [16]** 9580/17
9640/19 9640/23
9642/14 9646/8 9652/8
9654/12 9660/2 9660/6
9660/20 9660/24
9667/10 9667/13
9667/20 9668/2 9678/5

**footnote [4]** 9729/25
9729/25 9752/16
9752/17

**force [41]** 9512/5
9514/24 9515/3 9538/7
9561/22 9562/3
9607/18 9607/19
9608/5 9667/4 9788/1
9788/8 9788/9 9797/8
9797/11 9797/13
9797/15 9797/19
9797/22 9798/10
9798/12 9799/2 9799/5
9799/9 9799/12
9799/13 9799/17
9799/20 9800/5 9800/9
9801/9 9801/12
9801/14 9801/18
9801/20 9801/21
9801/23 9812/4
9827/16 9827/21
9827/24

**forced [2]** 9538/3
9538/6

**forcibly [2]** 9533/13
9800/6

**foreign [1]** 9607/19

**forensic [1]** 9781/10

**foreseeable [5]**
9794/19 9804/5
9810/24 9811/2 9824/3
**forever [1]** 9768/12

**forge [1]** 9664/17

**forget [2]** 9629/3
9835/23

**forgive [2]** 9594/1
9835/7

**form [4]** 9604/13
9607/5 9642/16 9775/5

**formal [1]** 9791/1

**formally [1]** 9787/20

**format [3]** 9594/5
9689/19 9831/11

**formed [3]** 9791/25
9796/15 9796/25

**former [2]** 9696/1
9744/23

**FormerFeds [1]** 9502/7

**formerfedsgroup.com
[1]** 9502/10

**formerly [2]** 9736/6
9744/10

**forming [1]** 9605/25

**forth [4]** 9533/10
9655/11 9731/16
9797/1

**forward [13]** 9561/12
9581/20 9633/9
9642/23 9646/16
9647/20 9647/24
9655/7 9656/1 9658/4
9703/19 9763/3
9763/12

**forwarding [2]** 9644/9
9648/19

**fought [1]** 9763/24

**found [12]** 9538/15
9589/21 9607/6
9747/15 9759/9 9769/6
9796/18 9811/5
9816/17 9821/10
9826/16 9827/4

**foundation [2]** 9548/22
9700/21

**founders [1]** 9712/16

**founding [2]** 9763/21
9764/6

**four [28]** 9552/6
9558/19 9559/2 9580/4
9580/7 9580/10
9580/14 9591/22
9592/6 9592/7 9645/18
9667/11 9674/5
9675/23 9675/24
9712/11 9734/11
9739/18 9746/7
9760/12 9803/17
9811/10 9811/16
9813/19 9817/21
9822/4 9823/1 9823/12

**four-person [1]** 9552/6

**fourth [11]** 9542/12
9803/24 9808/4 9809/3

9816/8 9818/5 9821/2
9823/18 9826/4

**frame [5]** 9576/20
9612/22 9659/15
9666/12 9678/12

**framework [2]** 9766/3
9830/6

**frankly [1]** 9610/17

**fraud [1]** 9805/4

**freak [1]** 9624/19

**free [2]** 9593/4 9784/9

**Freedom [7]** 9508/22
9572/4 9625/14

**Freedom Dozer [2]**
9508/22 9572/4

**Freedom Plaza [1]**
9625/14

**Friday [7]** 9544/2
9592/11 9592/13
9719/22 9720/4
9720/22 9721/10

**friendly [1]** 9795/15

**friends [2]** 9541/4
9688/14

**friendship [1]** 9776/23

**front [8]** 9501/15
9562/13 9562/22
9568/17 9580/3
9595/23 9661/7
9751/10

**fruition [2]** 9541/9
9542/4

**frustrate [1]** 9799/23

**fucking [2]** 9574/25
9577/10

**full [7]** 9581/17
9582/15 9639/7
9639/24 9642/14
9776/21 9794/2

**fully [2]** 9730/22
9793/24

**fun [2]** 9582/8 9669/24

**function [6]** 9526/16
9769/25 9770/6 9818/9
9818/21 9818/22

**functioning [1]**
9799/14

**funded [1]** 9709/6

**furnished [1]** 9783/4

**further [25]** 9508/1
9537/3 9593/18
9633/12 9661/10
9665/5 9671/12 9680/5
9681/7 9712/23
9740/19 9764/14
9785/2 9792/16
9795/24 9796/1
9800/24 9806/24
9808/19 9808/22
9809/25 9815/16
9820/6 9825/11
9829/22

**furtherance [8]** 9717/6
9808/2 9808/13 9810/7
9810/22 9816/7 9821/1
9826/3

**furthering [1]** 9796/11

9860

**F**

future [1] 9611/9

**G**

gaiter [2] 9580/22 9581/2
Garden [1] 9712/1
gassing [1] 9522/24
gate [1] 9625/15
gathered [1] 9678/4
Gator [1] 9550/14
gave [9] 9534/17 9549/7 9595/21 9598/12 9599/22 9603/3 9740/12 9812/12 9831/7
gender [1] 9770/14
general [7] 9551/3 9563/23 9592/20 9608/13 9616/22 9629/22 9769/22
generalities [1] 9622/4
generally [9] 9602/8 9666/2 9745/4 9793/1 9797/25 9802/11 9802/20 9812/11 9828/7
generate [1] 9524/16
generates [1] 9534/12
generation [2] 9763/21 9764/6
genericize [1] 9536/1
gentleman [3] 9733/14 9745/13 9754/20
gentlemen [10] 9536/14 9596/17 9662/1 9664/19 9698/9 9714/20 9736/15 9765/10 9769/14 9769/17
Georgia [1] 9746/18
get [86] 9515/11 9523/9 9527/20 9530/25 9533/17 9533/17 9550/15 9558/3 9560/1 9565/6 9568/12 9574/7 9575/9 9575/11 9579/10 9582/20 9582/20 9584/1 9588/4 9591/15 9591/24 9593/23 9593/23 9594/2 9594/2 9594/12 9594/19 9594/24 9595/1 9599/19 9599/21 9608/9 9609/16 9610/6 9611/6 9611/18 9614/11 9624/14 9625/11 9627/24 9632/7 9633/5 9633/7 9634/9 9649/16 9657/12 9657/19 9662/24 9669/20 9672/3 9672/8 9674/20 9674/22 9678/18 9687/24 9688/2 9712/24 9714/4 9716/4 9718/11 9718/20

9159 AP 9719/13 9720/1 9720/3 9720/5 9720/10 9731/3 9731/10 9731/25 9735/12 9736/16 9757/12 9758/15 9758/19 9766/7 9766/7 9766/15 9766/23 9768/3 9768/21 9831/22 9832/11 9832/14 9832/16 9835/19
get it [1] 9718/11
gets [2] 9522/20 9546/5
getting [11] 9557/11 9582/14 9611/11 9633/8 9678/25 9679/5 9684/3 9713/11 9740/9 9749/1 9822/2
Geyer [9] 9502/7 9506/20 9632/17 9632/21 9633/18 9656/9 9663/24 9719/18 9744/1
girl [2] 9621/23 9623/23
gist [3] 9529/12 9718/2 9729/7
give [34] 9509/6 9509/11 9511/2 9516/1 9524/22 9525/16 9541/6 9565/6 9568/6 9627/13 9670/11 9673/2 9698/9 9701/21 9717/24 9718/8 9719/6 9741/22 9766/6 9770/10 9774/4 9774/18 9775/6 9775/8 9777/23 9778/4 9779/7 9779/19 9780/11 9780/22 9781/24 9793/21 9798/2 9831/16
given [6] 9672/14 9716/8 9811/11 9816/22 9821/17 9826/20
gives [2] 9705/22 9729/19
giving [4] 9602/2 9678/16 9716/21 9767/7
glass [4] 9574/22 9574/23 9575/1 9577/9
Glen [1] 9502/13
Glocks [1] 9759/23
Glory [2] 9625/25 9625/25
gmail.com [1] 9501/9
GMT [1] 9699/24
go [100] 9509/11 9518/3 9526/5 9527/11 9539/17 9539/20 9539/25 9540/2 9540/21 9541/11 9542/8 9546/15 9550/11 9551/20

9556/10 9562/11 9564/7 9564/12 9566/20 9567/10 9569/5 9570/19 9575/5 9575/7 9577/7 9584/23 9586/22 9587/8 9590/17 9599/15 9601/7 9605/8 9614/11 9623/13 9625/1 9626/6 9626/25 9627/21 9630/4 9630/13 9630/22 9631/6 9631/24 9636/9 9638/6 9639/3 9642/2 9647/24 9653/25 9654/19 9655/21 9657/24 9658/25 9681/16 9684/11 9685/4 9688/1 9689/22 9690/10 9690/20 9691/13 9692/13 9696/3 9696/8 9696/15 9702/19 9703/10 9707/8 9709/17 9710/15 9711/12 9712/8 9715/16 9720/8 9734/17 9738/11 9739/1 9739/5 9739/6 9739/10 9740/13 9740/17 9742/17 9750/9 9750/24 9751/20 9751/22 9751/25 9752/14 9755/12 9757/18 9757/20 9762/15 9766/1 9832/2 9832/9 9832/18 9835/13
go ahead [4] 9623/13 9739/5 9739/6 9750/9
goal [20] 9516/6 9519/15 9519/19 9519/22 9522/7 9528/18 9530/22 9530/23 9532/7 9532/11 9532/18 9574/20 9674/22 9719/12 9797/19 9798/5 9798/20 9800/14 9802/7 9802/10
goals [22] 9512/2 9513/5 9514/16 9514/22 9528/16 9528/17 9532/16 9797/25 9798/9 9798/13 9798/15 9798/16 9798/18 9798/19 9798/22 9798/24 9799/8 9801/8 9801/10 9812/13 9812/15 9812/17
God [2] 9580/3 9831/17
God willing [1] 9831/17
goes [19] 9524/21 9525/3 9527/8 9541/8

9575/16 9575/16 9575/22 9601/5 9621/21 9621/22 9639/20 9643/18 9678/21 9713/12 9736/3 9757/21 9835/15
goggles [3] 9580/21 9580/22 9581/2
going [146] 9511/17 9512/18 9514/6 9520/19 9523/9 9525/15 9526/20 9530/17 9540/24 9542/19 9545/6 9546/20 9547/12 9547/20 9547/21 9547/23 9552/17 9552/20 9553/2 9560/21 9561/9 9561/10 9561/16 9561/19 9565/11 9582/20 9587/21 9587/19 9587/21 9590/12 9592/19 9596/18 9596/18 9599/14 9601/6 9607/14 9611/8 9614/3 9614/10 9615/21 9617/3 9619/2 9620/3 9621/8 9624/15 9624/22 9625/1 9625/11 9625/3 9625/13 9625/17 9627/15 9632/18 9634/14 9637/16 9637/17 9637/21 9638/20 9641/8 9641/17 9642/23 9643/1 9643/11 9643/24 9644/16 9646/4 9646/16 9646/25 9647/6 9647/12 9647/21 9648/5 9650/6 9650/18 9651/13 9653/2 9653/14 9653/16 9654/6 9654/18 9655/21 9656/5 9658/4 9658/22 9660/12 9667/1 9667/2 9671/7 9671/9 9674/20 9678/20 9679/10 9679/24 9681/16 9694/23 9699/5 9699/24 9701/25 9701/25 9713/12 9714/4 9714/5 9714/6 9714/6 9714/11 9714/21 9715/15 9716/11 9717/24 9718/13 9719/2 9719/9 9720/12 9721/14 9729/14 9734/19 9734/23 9736/16 9737/19 9740/10 9746/24 9749/22

9750/22 9750/22 9750/23 9751/20 9751/25 9757/18 9765/15 9766/17 9767/1 9807/24 9816/4 9820/23 9825/25 9827/13 9830/25 9831/20 9832/1 9832/2 9832/18 9832/19 9833/21 9835/1
gone [5] 9539/1 9615/14 9737/12 9748/8 9756/4
good [36] 9506/4 9506/7 9506/25 9536/14 9537/9 9537/10 9546/2 9547/4 9547/7 9582/2 9601/23 9601/24 9606/25 9622/3 9635/6 9635/7 9642/5 9659/9 9659/10 9659/11 9665/15 9665/16 9671/18 9736/23 9736/24 9736/25 9736/25 9741/4 9741/5 9744/8 9744/9 9761/10 9761/11 9781/3 9830/17 9833/10
Good morning [9] 9506/4 9506/7 9506/25 9537/9 9537/10 9635/6 9635/7 9659/9 9659/10
goodbye [2] 9630/14 9768/4
goodbyes [1] 9627/25
got [35] 9510/6 9511/11 9525/6 9525/18 9552/6 9556/19 9558/9 9561/9 9563/24 9567/18 9570/2 9584/22 9584/23 9592/5 9593/15 9596/3 9609/17 9618/8 9620/8 9620/14 9620/16 9630/13 9630/13 9630/22 9633/5 9633/7 9667/2 9700/1 9712/18 9714/22 9719/22 9731/1 9733/21 9749/10 9752/1
GoToMeeting [6] 9533/17 9533/18 9543/5 9543/24 9545/19 9547/3
Gotta [1] 9547/8
gotten [5] 9524/3 9584/18 9594/17 9609/21 9749/14
governing [8] 9800/15 9811/3 9815/14 9816/15 9820/4 9821/8 9825/9 9826/14
government [161] 9500/14 9506/15 9507/7 9510/15

**G**

**government... [157]** 9517/22 9518/4 9518/21 9520/11 9520/19 9524/10 9525/6 9526/8 9528/6 9531/17 9540/10 9544/23 9563/10 9575/5 9595/1 9595/20 9598/19 9600/9 9612/18 9615/6 9616/16 9617/9 9618/20 9622/2 9622/20 9634/15 9641/19 9644/1 9650/25 9657/25 9662/5 9664/24 9665/1 9665/4 9668/6 9668/10 9676/8 9681/6 9683/4 9687/18 9688/22 9689/4 9689/8 9693/22 9693/23 9695/2 9695/15 9695/18 9697/8 9697/9 9697/11 9697/14 9699/10 9699/14 9706/16 9706/25 9707/5 9708/8 9708/13 9708/17 9711/2 9711/3 9711/10 9713/11 9714/14 9716/19 9719/25 9731/19 9735/13 9735/18 9736/2 9765/8 9771/14 9771/19 9771/23 9772/2 9772/22 9776/6 9778/9 9778/10 9778/16 9779/4 9785/18 9787/6 9788/9 9789/1 9790/8 9790/20 9790/25 9791/3 9791/8 9791/14 9792/9 9792/17 9793/23 9796/21 9797/9 9797/13 9797/16 9797/20 9798/10 9798/16 9798/17 9798/19 9799/2 9799/10 9799/14 9799/21 9799/25 9800/9 9801/17 9801/19 9801/22 9802/4 9803/17 9804/3 9805/21 9806/21 9806/24 9808/13 9809/21 9809/25 9810/11 9812/1 9813/18 9814/4 9814/5 9814/8 9815/4 9815/16 9815/23 9820/6 9820/15 9823/12 9824/1 9824/24 9825/11 9825/17 9827/20 9827/22 9828/4 9828/18 9828/22 9829/4 9829/6 9829/8 9829/21

9832/25 9832/8 9833/23 9834/8 9835/4 9835/6 9835/8 9836/7
**government's [58]** 9504/11 9505/15 9519/9 9526/17 9529/12 9529/14 9530/3 9538/9 9539/8 9540/12 9540/16 9540/19 9543/19 9544/16 9544/24 9545/2 9546/23 9554/14 9562/25 9563/11 9563/13 9564/14 9575/4 9577/5 9578/23 9594/11 9595/13 9597/10 9600/11 9633/8 9664/24 9667/24 9668/7 9683/23 9686/10 9692/12 9698/23 9699/5 9703/10 9703/16 9704/23 9705/10 9706/22 9707/13 9714/5 9714/7 9714/10 9717/8 9718/9 9730/22 9735/24 9762/3 9762/9 9762/10 9762/13 9772/8 9830/15 9830/15
**Government's Exhibit 2409 [1]** 9698/23
**Governor [1]** 9502/12
**governor's [1]** 9763/22
**GPS [1]** 9688/18
**grab [2]** 9595/10 9835/24
**Graham [3]** 9681/20 9744/10 9745/16
**grand [8]** 9789/16 9822/10 9822/14 9822/18 9823/24 9824/5 9829/14 9829/17
**graver [1]** 9772/19
**Graydon [2]** 9629/8 9778/8
**Graydon Young [2]** 9629/8 9778/8
**great [5]** 9507/11 9542/12 9718/16 9767/16 9768/6
**greater [3]** 9773/15 9775/9 9779/19
**greatest [1]** 9801/4
**Greene [12]** 9698/17 9700/2 9700/5 9702/7 9702/20 9703/17 9703/20 9704/2 9737/3 9737/7 9739/21 9740/3
**grenade [1]** 9621/20
**Grimes [1]** 9693/6
**grips [1]** 9553/20
**ground [8]** 9524/23 9584/11 9584/22 9585/2 9671/7 9671/8 9774/23 9774/24

**grounds [5]** 9525/21 9562/22 9599/13 9622/5 9629/24
**group [31]** 9532/1 9539/22 9541/3 9554/20 9554/22 9555/13 9559/24 9562/8 9562/10 9574/10 9583/8 9583/9 9584/2 9584/5 9585/3 9587/15 9587/17 9588/4 9628/25 9630/10 9655/2 9669/10 9691/1 9692/7 9730/6 9730/7 9740/6 9740/7 9752/24 9752/25 9763/8
**grouped [1]** 9630/12
**groups [5]** 9574/11 9608/15 9740/8 9740/17 9818/11
**guarantee [1]** 9591/23
**guard [1]** 9554/11
**guarding [1]** 9625/15
**guess [25]** 9513/1 9513/17 9513/23 9513/24 9521/15 9527/4 9594/18 9598/20 9602/15 9607/9 9631/14 9679/7 9720/17 9732/8 9732/19 9734/1 9734/2 9744/17 9753/22 9784/2 9814/18 9830/23 9831/24 9834/1 9835/2
**guesswork [1]** 9772/21
**guidance [5]** 9557/11 9558/3 9595/8 9741/23 9783/5
**guide [2]** 9765/19 9836/14
**guidelines [1]** 9779/17
**guiding [1]** 9765/18
**guilt [9]** 9517/21 9772/23 9772/24 9778/20 9781/5 9785/11 9787/22 9787/23 9794/13
**guilty [45]** 9517/6 9626/22 9717/13 9771/14 9771/22 9771/25 9772/3 9780/2 9781/1 9781/2 9785/19 9794/1 9797/12 9798/21 9802/3 9803/15 9805/19 9806/6 9806/13 9807/2 9807/13 9809/11 9809/18 9810/1 9810/9 9811/5 9811/16 9811/24 9812/23 9813/16 9815/1 9815/20 9816/17 9817/3 9817/19 9819/17 9820/12 9821/10 9821/25

**gun [14]** 9521/2 9546/5 9548/7 9548/12 9624/17 9687/13 9687/14 9687/16 9757/5 9757/9 9757/24 9760/2 9760/4 9760/6 **guns [13]** 9539/7 9546/4 9553/18 9554/2 9554/6 9554/7 9554/8 9556/6 9556/10 9557/18 9557/21 9558/2 9624/19
**Gutierrez [2]** 9522/1 9522/3
**guy [15]** 9518/20 9533/22 9559/14 9559/15 9580/12 9584/20 9584/24 9598/16 9599/10 9629/8 9630/13 9755/9 9755/13 9755/16 9756/4
**guys [1]** 9525/19

**H**

**hack [1]** 9589/15
**Hackett [2]** 9550/17 9629/4
**had [115]** 9509/11 9509/16 9510/8 9510/8 9510/15 9512/14 9515/14 9515/15 9516/9 9520/24 9521/20 9522/25 9524/10 9526/22 9533/15 9538/16 9539/1 9539/1 9539/2 9539/7 9541/4 9548/17 9549/1 9550/2 9550/16 9550/21 9551/3 9551/20 9552/21 9556/6 9557/5 9557/18 9561/21 9562/2 9562/19 9568/16 9573/16 9580/21 9584/18 9587/3 9588/7 9590/19 9602/1 9602/21 9604/8 9605/11 9605/14 9609/25 9610/4 9610/4 9613/10 9614/17 9615/14 9619/11 9620/18 9620/19 9620/23 9620/25 9621/4 9621/23 9624/6 9625/11 9625/14 9626/10 9629/11 9629/17 9630/7 9631/23 9642/12 9652/19 9666/19 9667/3 9669/24 9671/8 9672/4 9672/5 9678/11 9679/23 9681/20

9825/15 9826/16 9827/1 9827/4
**gulf [1]** 9621/18
**gullable [1]** 9608/14

9825/15 9826/16 9827/1 9827/4
**gulf [1]** 9621/18
**gullable [1]** 9608/14

9716/15 9717/5 9720/11 9720/20 9728/13 9732/16 9733/14 9733/18 9733/19 9738/18 9741/12 9745/15 9746/24 9748/21 9751/6 9753/20 9754/13 9755/7 9759/12 9759/17 9762/3 9763/11 9768/10 9768/22 9773/23 9774/20 9774/25 9775/1 9776/21 9784/19 9785/3 9792/11 9809/2 9834/7
**half [6]** 9550/3 9583/23 9592/24 9592/25 9704/18 9734/7
**Hallelujah [1]** 9625/25
**Haller [10]** 9506/18 9599/14 9633/23 9636/12 9644/19 9645/5 9646/1 9659/5 9719/14 9740/22
**hallway [25]** 9578/20 9579/3 9579/4 9579/17 9579/25 9580/1 9580/14 9580/19 9581/18 9581/24 9582/11 9582/16 9582/18 9648/1 9648/3 9667/10 9667/15 9667/16 9667/21 9668/17 9669/24 9670/3 9670/5 9670/7 9671/1
**hand [7]** 9566/3 9634/6 9741/24 9741/24 9771/23 9774/15 9781/3
**handful [1]** 9530/20
**handguns [2]** 9759/22 9759/23
**handle [1]** 9684/19
**handles [2]** 9628/19 9628/21
**hands [4]** 9547/8 9617/12 9708/4 9763/11
**Haney [5]** 9566/17 9572/5 9572/6 9586/4 9586/21
**Hang [5]** 9657/18 9660/15 9660/15 9732/11 9750/21
**happen [8]** 9561/9 9561/16 9591/9 9607/14 9624/15 9667/1 9766/17 9795/23
**happened [15]** 9539/3 9579/17 9581/18 9582/16 9582/18 9586/9 9586/12 9608/18 9609/5 9620/6

**happened... [5]**
9620/20 9673/17
9721/3 9774/22 9796/1
**happening [3]** 9545/19
9618/13 9767/3
**happy [2]** 9562/5
9731/25
**hard [5]** 9520/1
9550/16 9566/4
9735/15 9766/1
**harder [3]** 9655/20
9655/22 9831/11
**hardly [1]** 9737/24
**harming [2]** 9801/15
9801/16
**Harrelson [34]** 9502/7
9506/10 9506/20
9555/14 9555/21
9559/8 9559/16 9560/6
9560/10 9595/25
9598/14 9598/16
9599/10 9629/3
9633/20 9649/16
9656/10 9662/6
9663/25 9664/2
9764/10 9779/23
9788/25 9789/9 9813/5
9814/20 9815/17
9822/15 9824/6
9824/16 9829/1
9829/18 9829/22
9832/20
**Harrelson's [1]**
9598/15
**Harris [25]** 9664/9
9680/11 9681/2 9681/6
9684/5 9685/24 9687/1
9691/9 9691/16
9693/22 9695/22
9697/17 9698/16
9701/2 9708/6 9708/20
9709/20 9710/21
9712/19 9715/4 9729/5
9735/11 9736/23
9744/8 9764/16
**Harris' [2]** 9729/11
9736/17
**Harrisburg [1]** 9501/15
**has [98]** 9507/4 9509/1
9510/17 9512/23
9516/11 9516/14
9517/4 9518/7 9519/10
9519/19 9520/8
9520/11 9520/16
9520/21 9521/20
9523/10 9524/3
9525/22 9525/23
9526/8 9527/5 9527/7
9537/11 9571/3 9576/8
9597/12 9597/22
9615/5 9649/5 9649/6
9650/25 9654/16
9657/21 9660/23
9662/3 9664/21
9675/19 9682/9
9700/18 9710/14
9715/10 9730/15

9731/10 9735/13
9742/3 9742/11
9742/16 9747/18
9756/4 9765/17
9769/17 9771/14
9771/19 9771/23
9772/2 9773/7 9776/6
9776/20 9776/22
9777/18 9777/21
9779/22 9780/4 9780/9
9780/14 9780/16
9782/12 9782/15
9783/3 9783/18 9784/3
9785/18 9787/6
9791/15 9792/9
9794/12 9795/11
9798/19 9807/4 9809/1
9827/20 9828/4
9828/12 9828/17
9828/18 9828/22
9829/8 9829/11
9829/15 9829/21
9829/23 9835/4 9835/8
9836/8
**hasn't [2]** 9576/16
9700/15
**hate [1]** 9589/13
**hateful [1]** 9784/10
**have [341]**
**haven't [8]** 9520/20
9530/21 9531/8
9659/24 9663/3
9735/15 9768/19
9831/14
**having [17]** 9521/14
9537/2 9552/9 9558/2
9582/2 9615/3 9624/16
9665/4 9681/6 9684/2
9721/10 9742/4 9751/1
9751/4 9776/19 9785/9
9829/4
**he [203]** 9509/3 9509/3
9509/16 9511/18
9516/23 9516/24
9517/4 9517/25 9518/6
9518/23 9518/25
9519/1 9521/14
9524/20 9526/4 9526/5
9526/6 9526/11
9526/14 9530/1
9530/14 9530/16
9533/20 9533/24
9534/8 9534/10
9535/10 9537/18
9538/13 9541/1 9541/2
9541/8 9541/12
9541/14 9541/20
9541/22 9542/1
9543/15 9550/5 9550/9
9552/3 9552/3 9552/4
9552/4 9552/9 9552/14
9552/25 9553/1 9553/1
9555/15 9555/15
9560/11 9560/14
9562/19 9562/23
9563/23 9564/5 9564/8

9585/1 9585/2 9585/7
9585/20 9585/21
9585/21 9586/23
9587/18 9590/11
9590/11 9590/17
9590/19 9590/20
9596/4 9598/1 9599/16
9604/18 9614/7
9614/13 9614/13
9614/14 9630/2 9630/8
9630/23 9631/3 9631/3
9631/6 9631/6 9631/15
9631/22 9631/25
9637/12 9638/1 9639/9
9639/20 9639/20
9639/21 9641/4
9644/22 9644/25
9645/5 9645/8 9646/24
9648/20 9649/5 9649/5
9649/9 9652/21
9653/18 9653/22
9657/19 9671/7 9671/7
9678/21 9679/1
9681/20 9685/4 9685/9
9686/22 9690/18
9690/19 9691/8
9694/11 9694/13
9694/14 9694/15
9694/18 9694/25
9695/1 9696/6 9696/7
9696/11 9696/13
9697/24 9698/17
9700/15 9700/17
9700/18 9700/20
9705/2 9705/3 9706/5
9708/1 9710/7 9710/23
9711/21 9712/5 9712/7
9713/9 9713/24 9731/8
9733/10 9736/7
9737/10 9737/12
9738/11 9738/14
9738/18 9738/21
9740/12 9744/10
9744/15 9744/16
9744/17 9745/1
9745/20 9747/21
9751/4 9751/6 9754/5
9754/24 9755/18
9755/18 9755/19
9755/20 9756/5 9756/8
9759/12 9759/19
9767/25 9771/14
9774/19 9776/22
9779/20 9792/20
9792/24 9792/25
9793/4 9794/8 9794/18
9794/21 9796/18
9804/9 9804/9 9804/24
9807/3 9822/24
9825/15 9827/5 9827/7
9827/10 9828/12
**he said [13]** 9526/4
9533/24 9534/8 9564/5
9565/5 9585/7 9587/18
9598/1 9671/7 9705/3
9755/18 9755/20
9759/19

9517/9 9529/20
9555/17 9555/17
9555/21 9563/24
9565/3 9565/12 9572/7
9583/6 9583/6 9584/21
9584/24 9596/3
9639/15 9649/1
9653/22 9653/23
9654/22 9654/24
9654/24 9655/2
9655/22 9656/7
9678/15 9694/23
9729/7 9730/17
9744/14 9745/20
9755/20 9768/2
9769/15
**head [5]** 9520/20
9547/18 9586/13
9758/1 9758/3
**header [2]** 9535/22
9535/23
**heads [1]** 9655/11
**healthcare [1]** 9607/7
**hear [33]** 9547/4
9547/7 9564/3 9565/19
9565/25 9566/4 9566/5
9566/6 9566/10 9567/4
9569/4 9569/11
9569/24 9570/1
9597/23 9613/11
9613/19 9619/7 9622/7
9622/8 9657/15
9663/10 9670/25
9683/10 9737/18
9737/24 9738/3 9738/6
9765/14 9766/3 9777/4
9783/7 9830/7
**heard [36]** 9527/17
9543/5 9543/7 9543/10
9547/25 9548/5
9548/16 9552/1 9564/6
9565/10 9568/19
9568/20 9568/22
9574/21 9574/23
9577/9 9581/10
9619/11 9619/12
9628/2 9720/25
9737/16 9737/17
9737/20 9737/21
9738/1 9778/7 9779/9
9781/7 9781/9 9782/1
9782/11 9784/6
9784/20 9785/14
9793/13
**hearing [11]** 9566/25
9567/7 9586/20
9612/16 9612/17
9619/8 9677/2 9759/2
9759/8 9765/25 9832/7
**hearsay [1]** 9508/13
**heavy [1]** 9684/22
**Heckler [1]** 9759/24
**held [4]** 9680/21
9794/17 9803/13
9828/10
**Hello [1]** 9681/14
**Helluva [1]** 9542/23

9655/23
**helmets [2]** 9545/25
9547/18
**help [10]** 9542/14
9547/8 9547/21
9674/21 9688/24
9701/15 9759/7 9783/7
9834/9 9836/14
**helped [2]** 9583/3
9621/12
**helpful [1]** 9834/10
**helping [1]** 9583/1
**helps [1]** 9642/20
**her [48]** 9508/22
9556/21 9575/1
9575/16 9575/22
9575/23 9594/17
9597/13 9597/21
9597/23 9597/23
9599/5 9600/12
9602/17 9610/10
9610/12 9610/15
9621/23 9622/4 9623/8
9623/24 9634/18
9634/18 9646/11
9670/19 9673/2
9673/19 9673/20
9675/1 9675/2 9675/9
9675/13 9676/5
9677/25 9678/2
9678/16 9678/21
9720/5 9720/8 9720/16
9720/19 9720/22
9721/1 9721/4 9721/10
9780/5 9787/20 9794/1
**here [108]** 9507/1
9510/6 9513/10
9514/11 9519/10
9521/16 9522/14
9525/23 9534/25
9539/18 9539/23
9541/21 9542/11
9542/13 9545/7 9555/8
9555/19 9564/24
9566/5 9567/3 9570/10
9570/12 9575/24
9577/20 9584/17
9584/21 9587/5
9587/19 9591/16
9595/11 9595/17
9601/24 9605/9 9607/8
9614/4 9615/11 9616/4
9616/23 9617/14
9623/3 9627/15
9630/14 9630/21
9635/14 9635/21
9635/22 9636/2 9641/1
9646/25 9646/25
9654/16 9656/12
9668/25 9669/2
9669/11 9679/6
9680/15 9684/15
9689/11 9689/22
9689/23 9690/2
9690/21 9691/13
9691/24 9692/15
9692/17 9696/18

9731/25
9613/10

**H**
**here... [40]** 9697/17
9697/20 9698/3
9699/17 9699/23
9700/10 9706/13
9707/8 9707/16
9709/18 9721/10
9737/23 9737/25
9746/20 9748/23
9749/13 9750/20
9751/10 9751/11
9752/1 9753/2 9759/16
9761/17 9763/16
9763/19 9764/5
9766/17 9769/21
9782/3 9782/6 9811/4
9812/14 9815/15
9816/16 9820/5 9821/9
9823/23 9825/10
9826/15 9833/22
**here's [1]** 9528/15
**hereby [1]** 9662/7
**herself [3]** 9523/17
9696/22 9777/19
**hesitate [2]** 9608/4
9772/19
**hesitated [2]** 9514/10
9514/17
**hesitating [1]** 9510/19
**hey [5]** 9584/20
9587/19 9587/20
9626/14 9763/21
**hide [4]** 9627/4 9627/4
9627/9 9627/11
**high [2]** 9757/13
9757/25
**higher [3]** 9522/15
9757/12 9757/17
**higher-ups [1]** 9522/15
**highlight [3]** 9596/10
9692/14 9710/16
**highlighted [3]** 9690/2
9692/2 9761/17
**highly [1]** 9772/6
**Highway [1]** 9502/12
**Hilliard [1]** 9611/5
**him [68]** 9517/22
9530/16 9533/9
9533/11 9533/14
9543/15 9552/15
9552/20 9555/17
9558/1 9559/9 9559/14
9562/20 9564/6
9565/23 9565/24
9566/6 9566/7 9572/9
9584/16 9585/13
9587/14 9590/2
9590/25 9596/3
9596/10 9598/17
9598/19 9599/6 9599/7
9603/23 9608/4
9620/20 9627/16
9627/17 9627/17
9630/2 9630/15
9631/10 9631/24
9639/4 9639/22 9640/1
9641/1 9645/16
9645/19 9646/25

9648/24 9649/8
9649/12 9653/21
9655/6 9658/22
9694/17 9708/3 9710/9
9735/6 9735/6 9739/15
9748/8 9756/5 9763/10
9767/20 9777/18
9787/20 9835/24
**himself [6]** 9585/22
9704/2 9704/2 9736/7
9795/16 9809/17
**hinder [7]** 9788/10
9797/10 9797/14
9799/4 9799/11 9800/4
9827/22
**hindering [2]** 9797/21
9798/11
**hindsight [2]** 9579/18
9581/18
**hip [1]** 9562/19
**his [55]** 9507/21
9509/1 9518/1 9530/2
9530/6 9533/11 9534/3
9539/16 9563/24
9569/15 9588/19
9590/21 9595/9 9601/1
9601/15 9614/8 9636/5
9649/2 9649/3 9649/5
9649/12 9653/23
9678/17 9678/20
9678/21 9686/16
9686/19 9690/25
9690/25 9694/13
9697/20 9700/21
9706/5 9713/21
9713/22 9731/7 9731/8
9736/6 9745/3 9747/21
9751/2 9753/4 9754/5
9763/23 9771/18
9780/5 9793/25
9796/19 9804/10
9804/22 9822/12
9822/13 9822/16
9822/17 9822/21
**historic [1]** 9626/12
**history [5]** 9544/11
9626/3 9626/13
9694/13 9697/20
**hit [2]** 9569/25 9608/25
**hold [13]** 9569/3
9577/24 9585/3
9585/11 9587/19
9587/21 9671/7 9671/9
9719/13 9768/13
9775/16 9779/24
9784/3
**Holden [8]** 9566/17
9572/5 9572/6 9586/4
9586/21 9587/9
9587/18 9588/3
**Holden Haney [5]**
9566/17 9572/5 9572/6
9586/4 9586/21
**holding [1]** 9690/6
**home [3]** 9557/13
9608/2 9689/13
**Homeland [1]** 9819/2

**homework [1]** 9716/9
**honest [3]** 9659/18
9772/13 9780/18
**Honestly [1]** 9619/14
**Honor [119]** 9506/7
9507/5 9508/3 9511/5
9511/17 9511/19
9513/15 9513/18
9514/5 9515/4 9517/12
9517/23 9518/21
9520/5 9520/9 9522/23
9523/18 9524/8
9525/10 9526/5 9526/9
9533/1 9534/16 9535/4
9544/25 9548/22
9575/8 9582/5 9592/22
9593/20 9594/20
9595/7 9595/12
9595/19 9596/5 9597/8
9598/5 9598/22 9600/1
9600/17 9601/19
9602/13 9604/21
9604/24 9605/1 9605/4
9622/6 9628/16 9632/3
9632/15 9632/19
9632/24 9633/15
9633/21 9633/24
9634/9 9634/21 9638/4
9641/24 9644/10
9646/4 9646/14
9650/13 9650/18
9650/24 9657/15
9659/4 9661/12
9662/16 9663/10
9664/7 9665/1 9668/8
9670/13 9680/10
9689/6 9694/9 9695/4
9695/16 9698/14
9700/13 9700/15
9700/23 9711/4 9713/4
9713/10 9713/19
9715/25 9718/10
9719/19 9729/2 9729/4
9729/11 9730/22
9732/6 9732/14 9733/9
9736/19 9739/3
9740/23 9741/12
9744/2 9749/24
9753/21 9761/1 9761/6
9764/15 9764/25
9765/7 9768/14 9831/6
9831/19 9832/17
9832/23 9833/4 9833/5
9833/8 9833/20
9834/13
**Honor's [2]** 9526/18
9595/3
**HONORABLE [2]**
9500/9 9506/2
**Hooah [1]** 9544/2
**hook [1]** 9634/8
**hope [2]** 9633/8 9798/6
**hopefully [3]** 9707/17
9719/16 9768/4
**hoping [1]** 9657/23
**Horn [2]** 9656/8
9656/17

**hospitality [1]** 9554/9
**hotel [14]** 9554/5
9554/6 9555/2 9555/25
9556/3 9596/1 9598/15
9599/11 9624/4 9624/6
9624/16 9624/17
9691/8 9691/12
**hotmail.com [1]**
9502/15
**hour [13]** 9588/16
9611/5 9627/23
9718/22 9719/4 9719/5
9719/8 9719/15
9719/17 9720/5
9731/15 9734/7 9764/8
**hours [26]** 9544/20
9588/15 9628/12
9628/14 9637/3 9637/7
9637/11 9637/16
9637/19 9638/10
9641/8 9642/10
9642/13 9642/19
9643/4 9643/8 9643/10
9645/22 9646/18
9646/19 9647/12
9647/14 9647/15
9647/16 9693/4 9712/1
**house [9]** 9546/21
9574/25 9574/25
9577/10 9577/11
9611/6 9759/10
9800/20 9800/24
**housekeeping [2]**
9831/5 9831/6
**how [62]** 9520/19
9529/3 9548/9 9550/22
9580/6 9587/5 9588/13
9589/20 9593/22
9601/2 9601/6 9601/23
9606/5 9609/5 9610/11
9613/25 9614/6
9617/14 9627/20
9637/9 9637/13 9638/9
9649/8 9649/8 9664/12
9671/19 9679/4
9682/16 9682/19
9684/17 9685/23
9687/1 9689/15
9690/17 9700/10
9700/18 9700/22
9701/7 9701/9 9701/22
9704/15 9704/17
9705/22 9708/10
9709/6 9709/6 9711/15
9713/9 9718/5 9719/3
9728/22 9733/7
9733/18 9736/23
9770/18 9775/6
9801/20 9803/11
9817/15 9817/17
9833/17 9834/21
**How many [1]** 9684/17
**how's [2]** 9627/10
9672/23
**however [23]** 9520/9
9546/4 9717/15
9728/24 9767/6 9767/6
9772/10 9774/22

**hotel [14]** 9554/5
9782/25 9783/8
9784/11 9784/16
9784/25 9785/5 9787/3
9795/3 9798/17
9801/21 9806/20
9809/7 9812/25
**hub [1]** 9716/9
**Hughes [7]** 9500/15
9506/14 9536/18
9575/25 9595/5 9602/1
9670/14
**huh [2]** 9643/17 9729/6
**human [5]** 9526/23
9581/11 9713/14
9757/19 9757/20
**human-trafficking [1]**
9526/23
**humans [1]** 9731/14
**hunker [1]** 9581/2
**hunt [1]** 9608/19
**hunting [7]** 9558/22
9558/24 9600/2 9604/8
9604/17 9760/5 9760/9
**hurting [1]** 9608/16
**hypothetical [1]**
9524/10
**hypothetically [1]**
9527/24

**I**
**I also [1]** 9795/20
**I am [10]** 9564/18
9623/15 9685/22
9687/7 9688/12 9691/4
9693/16 9697/7 9749/3
9802/14
**I apologize [5]** 9515/19
9624/24 9676/11
9736/15 9742/18
**I assume [3]** 9732/24
9737/18 9754/4
**I believe [24]** 9512/19
9541/2 9542/23
9564/24 9587/18
9595/19 9598/11
9615/4 9615/11 9619/7
9619/23 9620/5 9622/6
9622/10 9652/5 9658/7
9666/4 9682/20 9698/1
9739/16 9739/17
9741/12 9745/1 9745/9
**I can [12]** 9585/8
9610/16 9622/8 9634/8
9650/13 9650/21
9657/4 9660/9 9741/7
9751/11 9753/21
9753/22
**I can't [3]** 9657/15
9677/22 9715/24
**I did [15]** 9549/18
9566/6 9566/6 9583/3
9583/16 9583/16
9583/20 9588/18
9588/21 9588/24
9592/5 9611/23
9679/24 9683/11
9762/8

**I** 9508/4
**I didn't [6]** 9508/17 9550/8 9624/14 9625/23 9628/20
**I didn't know [2]** 9543/15 9585/21
**I didn't see [1]** 9585/17
**I don't [32]** 9508/6 9511/19 9514/20 9523/15 9524/18 9525/1 9527/4 9531/23 9539/15 9550/2 9576/8 9580/15 9585/7 9585/8 9585/13 9587/5 9595/4 9601/9 9602/24 9603/21 9603/25 9609/21 9627/1 9630/5 9630/20 9644/23 9657/20 9694/25 9695/4 9731/21 9735/5 9756/21
**I don't have [1]** 9595/7
**I don't recall [6]** 9562/4 9579/12 9586/6 9603/1 9605/22 9673/22
**I gave [1]** 9812/12
**I guess [15]** 9513/17 9594/18 9602/15 9607/9 9631/14 9679/7 9720/17 9732/8 9734/1 9734/2 9744/17 9753/22 9830/23 9831/24 9834/1
**I had [1]** 9732/16
**I have [35]** 9510/25 9517/16 9517/18 9542/25 9553/4 9585/20 9585/22 9604/6 9604/6 9613/16 9614/5 9614/19 9629/15 9631/21 9632/2 9634/3 9660/9 9660/10 9679/15 9682/25 9689/20 9701/6 9705/12 9732/4 9743/23 9748/9 9753/21 9755/14 9756/1 9761/1 9764/14 9783/2 9807/21 9825/4 9833/8
**I haven't [3]** 9520/20 9659/24 9735/15
**I just [13]** 9507/1 9560/7 9578/8 9586/12 9611/16 9611/17 9634/2 9634/7 9685/6 9734/24 9756/8 9756/17 9768/17
**I know [14]** 9516/17 9548/25 9565/23 9582/19 9738/21 9751/20 9757/7 9757/13 9757/14 9757/16 9759/5 9766/22 9767/21 9836/3

**I mean [2]** 9549/23 9576/4 9576/15 9585/20 9587/2 9594/19 9600/14 9608/3 9656/24 9656/24 9672/3 9695/5 9695/6 9695/8 9715/13 9721/8 9732/16 9738/13 9755/16 9836/12
**I move [1]** 9765/1
**I needed [1]** 9578/8
**I promise [1]** 9650/22
**I recall [1]** 9705/5
**I said [1]** 9627/17
**I say [5]** 9517/16 9561/23 9651/16 9672/19 9690/13
**I should [2]** 9754/18 9828/23
**I shouldn't [1]** 9508/9
**I think [78]** 9512/23 9513/13 9513/21 9514/5 9514/8 9515/9 9516/11 9517/21 9520/14 9520/18 9521/8 9521/8 9522/22 9525/16 9527/12 9533/5 9534/8 9539/15 9548/9 9562/23 9564/5 9593/20 9599/9 9599/15 9610/17 9613/23 9613/24 9630/19 9630/20 9634/9 9635/6 9637/4 9641/10 9644/25 9646/24 9648/15 9657/21 9657/22 9658/5 9660/12 9660/13 9663/18 9664/15 9694/22 9695/1 9695/6 9713/11 9713/13 9713/25 9713/25 9714/4 9714/11 9715/13 9716/10 9716/15 9719/15 9720/3 9728/14 9732/14 9732/15 9732/25 9735/24 9739/4 9739/16 9740/9 9744/1 9746/6 9749/10 9749/14 9755/18 9755/18 9757/1 9758/17 9767/10 9767/22 9833/9 9833/15 9836/7
**I think it's [1]** 9622/18
**I thought [11]** 9508/21 9559/9 9559/13 9598/25 9607/15 9662/18 9679/25 9720/14 9736/8 9753/14 9753/16
**I told [4]** 9573/18 9579/12 9630/6 9769/23
**I understand [2]**

**I want [18]** 9510/22 9527/19 9537/11 9543/4 9562/15 9564/12 9581/21 9591/1 9605/8 9614/22 9628/18 9680/15 9700/9 9729/14 9735/12 9737/2 9741/10 9769/21
**I was [32]** 9514/11 9518/19 9519/11 9524/19 9528/12 9539/22 9565/23 9567/6 9568/17 9578/4 9579/13 9579/13 9580/6 9580/25 9581/9 9582/1 9582/2 9582/13 9584/19 9584/20 9588/9 9592/7 9611/15 9627/11 9631/17 9649/10 9674/1 9676/6 9676/11 9676/12 9746/24 9747/15
**I went [3]** 9508/10 9558/12 9628/5
**I will [18]** 9512/3 9536/7 9582/17 9606/18 9632/20 9749/25 9750/1 9765/17 9765/21 9767/6 9789/23 9789/24 9790/17 9799/15 9803/9 9803/11 9813/13 9823/7
**I worked [2]** 9577/18 9611/4
**I would [2]** 9626/22 9694/20
**I wouldn't [1]** 9756/23
**I'd [9]** 9555/1 9591/14 9605/19 9613/10 9631/10 9645/18 9719/7 9730/11 9742/17
**I'd also [1]** 9730/11
**I'll [38]** 9511/22 9515/16 9527/18 9532/15 9535/1 9536/19 9541/6 9544/6 9552/22 9599/12 9623/12 9639/3 9639/12 9655/7 9659/18 9664/4 9665/9 9679/7 9695/11 9695/11 9698/9 9714/8 9715/5 9715/6 9718/8 9718/21 9721/15 9739/3 9741/7 9744/20 9766/7 9823/6 9830/13 9831/9 9834/2 9835/19 9835/24 9836/4
**I'm [140]** 9508/24 9509/8 9509/8 9510/19 9510/19 9510/22 9511/8 9514/3 9515/18 9516/18 9519/14

**I'm AP [2]** 9522/20 9523/19 9523/21 9531/7 9531/23 9533/8 9541/5 9542/18 9544/5 9559/9 9562/5 9563/8 9567/20 9568/20 9574/22 9575/13 9580/12 9582/20 9584/20 9585/8 9600/23 9606/19 9610/9 9611/8 9615/11 9618/13 9619/23 9620/15 9621/8 9623/6 9627/7 9629/21 9632/19 9635/18 9635/19 9637/16 9637/21 9638/20 9641/8 9641/13 9642/6 9642/23 9643/1 9644/9 9644/16 9644/16 9644/21 9646/16 9646/25 9647/21 9648/5 9648/19 9651/25 9654/13 9654/18 9655/21 9656/5 9656/18 9657/15 9658/4 9658/12 9660/16 9665/25 9670/6 9670/17 9675/5 9675/16 9675/23 9676/11 9678/16 9681/16 9692/19 9694/3 9697/13 9702/24 9713/7 9713/15 9713/18 9714/2 9714/5 9714/6 9714/13 9715/15 9716/11 9716/14 9719/9 9720/13 9720/15 9720/18 9721/6 9721/14 9729/14 9731/24 9734/1 9734/10 9734/12 9734/19 9734/21 9734/23 9735/18 9736/24 9740/10 9740/14 9741/9 9747/19 9749/14 9749/22 9750/5 9750/22 9750/25 9751/20 9751/25 9753/16 9754/3 9755/23 9756/21 9765/15 9767/25 9802/13 9822/2 9827/13 9831/25 9832/7 9832/13 9832/23 9832/25 9835/22
**I'm going [19]** 9582/20 9611/8 9637/21 9641/8 9642/23 9648/5 9654/14 9655/21 9656/5 9681/16 9714/5 9716/11 9729/14 9734/19 9734/23
**I'm just [2]** 9646/25 9832/25
**I'm not [10]** 9563/8 9643/1 9694/3 9713/18 9714/2 9715/15 9734/1 9734/21 9741/9 9747/19
**I'm not sure [2]** 9522/20 9735/18
**I'm sorry [23]** 9514/3 9522/2 9600/23 9606/19 9627/7 9641/13 9642/6 9651/25 9657/15 9660/16 9665/25 9670/17 9675/23 9676/11 9692/19 9702/24 9714/13 9720/15 9734/10 9753/16 9754/3 9755/23 9831/25
**I'm sure [2]** 9542/18 9675/16
**I've [47]** 9511/11 9515/17 9526/22 9550/8 9560/3 9572/9 9576/1 9589/17 9609/21 9633/5 9657/23 9659/23 9661/6 9685/25 9712/18 9714/22 9716/8 9719/22 9738/1 9746/20 9748/23 9751/1 9752/1 9759/5 9759/6 9759/6 9759/12 9759/24 9760/14 9760/15 9767/7 9770/19 9785/16 9794/10 9797/25 9802/11 9802/20 9811/11 9812/11 9812/19 9819/24 9820/20 9821/17 9823/22 9825/22 9826/20 9832/11
**icons [1]** 9541/16
**idea [26]** 9515/8 9520/16 9522/24 9529/22 9548/9 9549/1 9550/21 9553/4 9553/4 9573/18 9585/20 9585/22 9594/25 9604/6 9614/6 9614/19 9629/11 9629/15 9629/17 9631/21 9631/23 9675/10 9684/7 9684/8 9685/5 9833/10
**identification [2]** 9649/2 9656/18
**identified [10]** 9530/21 9531/8 9531/24 9532/1 9649/8 9649/12 9718/18 9730/17 9782/19 9807/8
**identify [6]** 9531/7

9865

**I**

**identify... [5]** 9531/8
9531/12 9602/16
9639/4 9783/7
**identity [1]** 9522/13
**ignorance [1]** 9804/11
**ignore [4]** 9770/5
9770/20 9775/21
9775/25
**II [2]** 9800/16 9801/2
**III [5]** 9500/6 9501/2
9506/9 9758/9 9758/10
**illegal [14]** 9516/12
9516/15 9523/17
9525/22 9527/2 9527/5
9527/11 9527/23
9709/14 9790/15
9792/12 9796/12
9798/5 9805/3
**illegally [1]** 9527/9
**Illinois [1]** 9566/13
**image [1]** 9660/25
**imaginary [2]** 9537/21
9772/20
**imagine [2]** 9524/14
9713/5
**immediate [2]** 9818/12
9818/13
**immediately [1]**
9541/25
**immigrants [1]**
9541/24
**impair [1]** 9823/19
**impartial [3]** 9772/13
9773/4 9773/8
**impeach [3]** 9679/2
9735/5 9735/10
**impede [8]** 9789/4
9803/6 9803/21
9803/24 9804/20
9817/7 9817/24
9821/12
**impeded [1]** 9803/19
**impedes [1]** 9805/2
**impeding [6]** 9804/24
9820/8 9820/18
9821/21 9828/16
9828/24
**implemented [1]**
9607/1
**implicate [2]** 9523/17
9783/22
**implicated [1]** 9593/22
**implicates [2]** 9525/21
9694/19
**implicitly [1]** 9790/23
**implied [1]** 9600/7
**implies [2]** 9520/9
9772/10
**imply [2]** 9600/6
9622/22
**implying [1]** 9622/11
**importance [1]**
9830/10
**important [5]** 9527/22
9596/7 9664/20
9772/20 9777/8
**importantly [2]**

**impose [2]** 9778/14
9778/15
**impossible [1]** 9562/20
**impresses [2]** 9776/17
9776/18
**impression [4]**
9508/15 9546/19
9625/20 9729/12
**improbability [1]**
9777/13
**improper [3]** 9525/8
9779/25 9804/15
**improperly [1]** 9770/13
**impulse [1]** 9593/17
**inaccurate [5]** 9675/7
9677/12 9678/1 9731/3
9743/8
**inadmissible [1]**
9783/22
**inauguration [1]**
9591/9
**inbound [1]** 9619/12
**incident [8]** 9777/3
9789/6 9817/8 9818/4
9820/10 9820/20
9821/13 9821/23
**inclined [1]** 9595/13
**include [2]** 9510/16
9516/5
**included [7]** 9508/16
9560/5 9560/8 9586/4
9603/7 9680/3 9718/15
**includes [8]** 9540/5
9782/17 9804/1 9819/1
9819/3 9819/5 9819/7
9823/24
**including [14]** 9532/8
9628/14 9664/13
9669/3 9780/21
9783/22 9784/9 9785/2
9800/15 9804/13
9809/5 9818/18
9818/19 9835/17
**income [1]** 9742/15
**incoming [2]** 9700/4
9702/12
**incoming call [1]**
9702/12
**incomplete [3]** 9734/5
9766/18 9766/23
**Inconsistencies [1]**
9776/25
**inconsistency [3]**
9777/6 9777/9 9782/7
**inconsistent [2]**
9782/3 9782/5
**increase [1]** 9743/14
**increased [1]** 9742/16
**incredibly [2]** 9569/4
9617/15
**incrimination [1]**
9804/23
**inculpate [5]** 9594/14
9596/10 9597/24
9597/25 9598/19
**inculpated [3]** 9597/12
9597/20 9597/21

**independent [4]**
9529/23 9767/9 9819/8
9830/11
**independently [4]**
9532/21 9532/22
9532/24 9805/4
**INDEX [4]** 9504/2
9504/9 9504/25
9505/12
**indicate [4]** 9625/10
9732/20 9780/18
9786/23
**indicated [9]** 9600/21
9602/22 9620/3
9691/16 9732/10
9742/2 9742/12
9754/18 9770/19
**indicates [3]** 9729/18
9730/13 9743/18
**indicating [1]** 9770/18
**indication [1]** 9691/21
**indicative [1]** 9570/3
**indicted [3]** 9526/12
9526/15 9629/12
**indictment [34]** 9512/2
9519/9 9521/22 9523/1
9523/4 9523/5 9523/20
9524/23 9525/4 9535/3
9536/2 9717/11 9718/4
9719/3 9785/20
9785/24 9786/10
9787/16 9787/17
9787/21 9787/24
9787/25 9788/21
9792/13 9796/22
9797/1 9797/4 9799/9
9801/24 9803/2
9811/20 9812/20
9813/4 9832/19
**indictments [1]** 9518/7
**individual [26]** 9512/21
9514/13 9565/2
9565/22 9566/13
9583/4 9586/13
9594/21 9612/19
9616/5 9616/5 9636/1
9638/20 9639/2
9639/16 9664/21
9670/20 9672/14
9694/22 9742/23
9785/12 9797/2 9805/1
9818/13 9818/15
9828/19
**individual's [5]**
9783/23 9784/9
9784/22 9818/14
9818/16
**individually [5]**
9802/13 9802/22
9803/3 9803/6 9805/12
**individuals [28]**
9512/22 9513/9
9513/11 9528/2 9528/7
9553/6 9560/2 9582/25
9583/1 9583/2 9591/25
9628/22 9628/22
9669/10 9669/12
9669/18 9678/5

**I [4]** 9692/17 9693/20
9716/19 9730/6
9752/24 9784/7
9784/15 9784/17
9784/21 9785/13
**individuals' [1]**
9731/22
**induce [2]** 9812/6
9828/1
**indulgence [10]**
9628/16 9634/2 9634/7
9638/15 9641/11
9650/14 9678/7
9717/21 9752/15
9753/6
**infer [5]** 9785/2
9786/19 9786/25
9786/25 9793/25
**inference [2]** 9527/7
9787/23
**inferences [6]** 9520/11
9520/12 9774/3
9774/17 9785/13
9791/17
**influenced [1]** 9770/14
**information [25]**
9557/5 9589/21
9674/20 9675/11
9675/17 9675/19
9676/5 9676/9 9676/16
9677/4 9677/19 9678/3
9678/3 9730/18 9731/3
9733/7 9743/19
9746/14 9746/17
9747/10 9747/11
9748/25 9768/5 9781/9
9831/8
**informed [1]** 9793/24
**ingress [1]** 9549/1
**ingress/egress [1]**
9549/1
**inherently [1]** 9784/24
**initial [3]** 9594/21
9674/5 9676/15
**Initially [1]** 9562/10
**injure [1]** 9813/9
**injured [9]** 9583/17
9583/21 9608/6
9621/13 9621/14
9623/23 9813/20
9816/18 9829/7
**injuring [10]** 9813/5
9813/16 9814/22
9815/2 9815/7 9815/10
9815/18 9816/1 9817/1
9829/2
**injury [2]** 9818/12
9818/15
**Inn [5]** 9558/4 9604/17
9686/23 9691/8
9691/12
**innocence [3]** 9771/12
9771/18 9785/11
**innocent [4]** 9771/12
9777/4 9777/10
9793/12
**inquiry [1]** 9598/21
**insert [1]** 9509/15

**inserted [1]** 9535/16
**inside [6]** 9520/20
9561/18 9565/6
9625/20 9631/7 9789/7
**insight [1]** 9508/1
**insinuate [2]** 9739/4
9740/12
**insistent [1]** 9765/7
**insofar [2]** 9508/8
9732/25
**installed [1]** 9690/1
**instance [4]** 9606/25
9623/9 9675/3 9747/17
**instances [2]** 9678/15
9678/17
**instead [2]** 9766/17
9806/16
**instruct [11]** 9532/12
9765/13 9766/8
9769/19 9770/2 9770/3
9789/23 9789/25
9802/24 9813/13
9823/7
**instructed [12]**
9510/25 9717/9
9728/25 9729/1
9779/11 9783/2
9789/15 9797/25
9802/11 9802/20
9812/11 9812/19
**instruction [28]**
9508/20 9509/6
9509/12 9511/2 9516/2
9518/12 9526/22
9527/13 9530/7
9530/11 9531/15
9532/9 9535/12
9535/16 9535/17
9695/12 9698/10
9716/22 9717/8
9717/22 9717/23
9717/25 9718/9
9718/12 9718/19
9728/12 9768/16
9812/12
**instructions [34]**
9507/12 9511/6 9525/3
9556/2 9556/6 9627/13
9714/8 9718/20
9728/12 9740/13
9765/18 9766/1 9766/5
9767/7 9767/10
9769/24 9770/4
9782/19 9787/15
9798/2 9802/12
9802/21 9811/11
9816/22 9821/17
9826/20 9827/13
9828/17 9830/1 9830/3
9830/4 9830/13
**instrumentality [1]**
9818/24
**insufficient [1]**
9801/11
**Insurrection [2]**
9712/16 9828/14
**Insurrection Act [2]**

**I**

**Insurrection Act... [2]**
9712/16 9828/14
**integral [1]** 9784/12
**integrity [1]** 9823/19
**Intel [1]** 9763/16
**intend [1]** 9833/18
**intended [16]** 9730/7
9752/24 9771/9 9774/8
9801/23 9803/20
9805/23 9806/4
9810/25 9815/6
9815/12 9817/24
9819/22 9820/3 9825/2
9825/8
**intending [1]** 9806/11
**intends [1]** 9787/1
**intent [29]** 9618/15
9708/2 9763/10
9784/19 9786/17
9786/20 9786/23
9787/9 9787/11
9790/15 9792/15
9792/19 9795/13
9799/13 9805/6
9806/18 9808/10
9809/2 9809/16
9815/14 9816/13
9821/7 9823/18 9824/9
9824/12 9826/11
9831/22
**intention [1]** 9796/6
**intentional [1]** 9777/10
**intentionally [9]**
9787/2 9790/22
9792/14 9792/18
9793/2 9793/8 9794/9
9796/10 9807/11
**interact [1]** 9568/24
**interacting [1]** 9661/4
**interaction [10]**
9659/16 9660/2 9660/5
9660/7 9660/9 9660/19
9660/23 9671/1
9681/23 9682/10
**interactions [1]**
9762/11
**interdependence [1]**
9532/3
**interdependency [1]**
9528/22
**interest [6]** 9508/14
9527/12 9551/20
9776/23 9779/1
9780/10
**interests [1]** 9795/18
**interfere [4]** 9789/4
9817/7 9817/24
9821/12
**interfering [4]** 9789/6
9820/9 9820/18
9821/22
**interior [2]** 9651/14
9652/1
**intermittently [2]**
9613/7 9613/9
**interpret [2]** 9701/15

**interpreting [1]**
9701/18
**interrupt [3]** 9519/11
9575/25 9610/9
**interventions [1]**
9542/13
**interview [15]** 9555/23
9557/3 9602/11
9666/22 9666/25
9667/6 9671/4 9673/8
9673/14 9673/17
9674/8 9674/11
9675/14 9679/3
9779/12
**interviewed [5]** 9666/7
9666/10 9673/10
9747/18 9747/21
**interviews [15]** 9549/8
9549/11 9549/25
9600/13 9665/18
9665/21 9666/16
9669/17 9670/19
9671/21 9673/23
9674/12 9676/17
9678/4 9679/23
**intimidation [1]** 9812/4
**introduce [6]** 9507/6
9634/13 9635/8
9697/12 9749/25
9750/1
**introduced [5]** 9576/7
9682/24 9780/14
9780/16 9836/6
**introductory [1]**
9732/20
**inure [1]** 9520/13
**invaded [1]** 9608/7
**invasion [2]** 9537/24
9608/3
**investigate [2]** 9708/22
9745/14
**investigated [7]**
9686/6 9748/7 9822/10
9822/14 9822/18
9829/13 9829/17
**investigation [11]**
9526/17 9674/21
9674/23 9678/22
9711/25 9746/9
9746/23 9747/6
9749/19 9750/14
9824/5
**investigator [10]**
9507/6 9507/10
9632/14 9632/22
9633/1 9633/25
9635/18 9645/3
9708/21 9779/12
**investigators [2]**
9746/8 9779/10
**invite [1]** 9553/2
9833/15
**invited [4]** 9538/7
9587/17 9587/18
9732/4
**invocation [1]** 9828/14
**invoking [1]** 9804/22

9804/21
**involved [6]** 9516/6
9519/16 9519/23
9522/8 9522/11
9526/23 9528/9
9528/11 9529/4 9529/8
9533/15 9749/19
9809/8 9813/23
**involvement [6]** 9675/2
9677/13 9822/9
9822/13 9822/17
9829/17
**involves [3]** 9519/7
9695/8 9801/14
**involving [5]** 9516/18
9686/6 9741/13
9751/18 9818/11
**iPhone [2]** 9688/15
9688/16
**iPhones [1]** 9688/16
**ire [1]** 9745/6
**irrelevant [1]** 9783/18
**IRS [13]** 9610/13
9709/9 9709/12
9709/15 9709/20
9710/17 9734/18
9734/24 9741/20
9742/8 9742/11
9742/11 9761/20
**is [679]**
**is that [1]** 9705/7
**is that correct [20]**
9538/16 9544/3
9588/12 9603/13
9603/24 9604/9 9652/8
9685/10 9685/12
9685/19 9688/9 9697/1
9698/6 9702/8 9702/17
9707/14 9710/24
9746/9 9761/20
9761/25
**is that right [8]** 9544/7
9572/15 9603/20
9685/2 9692/23
9693/12 9699/18
9702/21
**is there [5]** 9644/4
9650/16 9691/21
9732/2 9732/22
**Isaacs [1]** 9629/5
**ish [3]** 9615/17
9738/22 9739/22
**isn't [32]** 9523/19
9537/17 9557/18
9558/22 9560/20
9561/11 9564/8 9568/7
9568/15 9569/2
9569/12 9569/15
9572/18 9573/17
9577/14 9578/6
9582/11 9584/12
9585/12 9589/22
9603/3 9603/10 9604/4
9604/16 9669/16
9687/11 9711/21
9716/12 9740/5
9740/18 9755/11

**isn't that correct [1]**
9578/6
**issue [26]** 9507/3
9507/15 9509/9
9515/12 9523/22
9524/16 9524/22
9525/2 9534/12
9595/24 9595/25
9599/8 9599/16
9602/21 9611/8 9623/6
9716/11 9728/14
9729/3 9733/1 9733/5
9737/1 9748/7 9781/14
9785/17 9794/12
**issues [5]** 9562/20
9596/7 9596/10
9600/13 9769/21
**it [595]**
**It also [1]** 9559/12
**it happened [1]**
9586/12
**it would be [7]**
9520/10 9524/17
9525/8 9637/8 9672/5
9732/17 9779/25
**it's [155]** 9509/10
9509/19 9510/21
9511/3 9511/23
9511/24 9512/3 9514/4
9514/12 9515/21
9516/11 9517/14
9517/15 9517/20
9520/1 9522/3 9523/21
9525/22 9527/9
9527/10 9528/6
9530/23 9531/18
9531/19 9531/20
9531/21 9532/16
9535/7 9535/18
9535/21 9544/10
9548/23 9550/3
9554/19 9572/20
9576/7 9576/21
9577/10 9580/15
9586/11 9587/2
9587/12 9592/19
9594/5 9595/10
9596/18 9607/9
9609/11 9610/12
9610/13 9611/7
9611/22 9613/14
9613/20 9613/23
9614/5 9614/14
9621/18 9621/19
9622/10 9622/18
9623/9 9624/11
9624/12 9624/17
9626/24 9630/20
9634/8 9635/11 9637/1
9641/10 9641/13
9643/11 9643/12
9643/20 9644/17
9645/3 9645/4 9646/16
9649/20 9650/14
9651/7 9651/13
9651/24 9653/2
9653/14 9654/6

9656/25 9658/5
9659/18 9660/24
9661/23 9661/24
9673/14 9673/16
9677/16 9682/25
9683/6 9688/15
9689/15 9692/12
9692/24 9695/5
9698/11 9700/4 9700/9
9703/12 9704/16
9711/4 9711/21
9714/21 9718/1
9718/14 9719/10
9728/21 9729/15
9729/16 9731/12
9731/21 9732/23
9733/1 9733/4 9735/15
9735/17 9735/24
9737/14 9739/5
9741/17 9741/17
9750/1 9750/5 9750/8
9750/22 9751/17
9751/17 9753/17
9758/9 9758/10
9758/20 9759/23
9762/14 9766/22
9767/2 9767/10
9767/19 9767/20
9790/7 9802/18
9830/23 9833/10
9833/13 9833/21
9835/1
**It's KM-84 [1]** 9661/23
**item [2]** 9688/3 9834/7
**iteration [1]** 9734/13
**its [30]** 9514/16
9519/19 9522/25
9527/25 9532/12
9682/19 9689/18
9765/9 9772/6 9772/24
9776/7 9790/4 9792/8
9792/11 9792/15
9792/16 9792/21
9794/3 9794/16
9795/12 9795/14
9796/16 9796/17
9796/19 9797/24
9799/14 9800/10
9802/10 9803/10
9817/14
**itself [9]** 9527/12
9547/22 9591/8
9678/22 9678/24
9695/12 9787/17
9792/4 9792/6

**J**

**jacket [2]** 9563/24
9649/1
**jail [2]** 9578/4 9609/24
**James [2]** 9501/7
9506/16
**James Lee Bright [1]**
9506/16
**Jan [2]** 9707/21
9711/20
**Jan 6 [1]** 9711/20

**Jan. [5]** 9554/20
9555/13 9678/12
9712/13 9762/20
**Jan. 6 [1]** 9555/13
**Jan. 6th [1]** 9678/12
**January [106]** 9520/23
9528/6 9533/16 9536/9
9539/2 9549/8 9550/5
9551/7 9552/7 9552/11
9552/18 9553/3
9553/10 9553/11
9553/12 9554/19
9554/24 9555/10
9555/12 9559/19
9559/20 9563/7
9569/20 9572/15
9573/7 9573/10
9573/10 9573/10
9586/16 9586/22
9586/24 9587/3
9589/23 9592/1
9592/17 9593/12
9598/25 9599/1
9603/11 9603/12
9609/12 9609/22
9609/23 9612/7 9638/9
9652/11 9655/16
9665/23 9682/3
9682/14 9682/16
9683/14 9684/3
9684/15 9685/2 9690/7
9691/6 9691/11 9692/4
9692/11 9692/20
9692/23 9692/24
9693/11 9693/15
9694/16 9695/22
9697/5 9697/21
9697/22 9698/5
9698/19 9710/23
9711/18 9712/12
9713/22 9730/8
9730/13 9731/20
9733/13 9746/19
9753/1 9754/14
9759/17 9762/4
9785/23 9786/3
9788/15 9788/23
9789/2 9789/7 9789/13
9797/5 9801/1 9801/6
9801/25 9803/4
9811/22 9813/7 9817/9
9822/6 9822/22
9822/22 9824/8 9828/5
9828/20
**January 2nd [2]**
9684/15 9685/2
**January 4th [3]**
9554/19 9554/24
9555/10
**January 5th [6]**
9555/12 9690/7 9691/6
9691/11 9733/13
9754/14
**January 6th [54]**
9520/23 9528/6 9539/2
9549/8 9550/5 9552/7
9552/11 9552/18

9553/3 9553/10
9553/11 9553/12
9559/19 9559/20
9563/7 9569/20 9573/7
9573/10 9573/10
9573/10 9586/16
9587/3 9592/1 9592/17
9593/12 9599/1
9603/11 9609/12
9638/9 9652/11
9655/16 9682/16
9683/14 9692/4
9692/20 9698/19
9713/22 9730/8
9731/20 9746/19
9753/1 9759/17 9762/4
9788/23 9789/2
9789/13 9801/1 9813/7
9817/9 9822/6 9822/22
9824/8 9828/5 9828/20
**January 7th [3]**
9710/23 9711/18
9712/12
**jarhead0807 [1]** 9752/7
**Jason [1]** 9778/8
**Jason Dolan [1]**
9778/8
**JC [2]** 9834/23 9835/19
**JC's [1]** 9735/23
**jcrisp [1]** 9501/16
**Jed [3]** 9557/13
9557/17 9557/21
**Jed Crowl [3]** 9557/13
9557/17 9557/21
**Jeffrey [2]** 9500/14
9506/13
**Jeffrey Nestler [1]**
9506/13
**jeffrey.nestler [1]**
9500/20
**Jennifer [1]** 9781/7
**Jess [2]** 9572/7 9605/8
**Jessica [23]** 9501/14
9506/11 9534/10
9537/2 9633/14 9662/7
9663/16 9665/19
9693/14 9696/21
9762/23 9764/11
9788/25 9789/3 9813/5
9814/21 9815/17
9817/6 9817/11
9817/19 9819/10
9820/7 9824/7
**Jessica Watkins [19]**
9506/11 9534/10
9633/14 9662/7
9663/16 9696/21
9762/23 9764/11
9788/25 9789/3 9813/5
9814/21 9815/17
9817/6 9817/11
9817/19 9819/10
9820/7 9824/7
**jlbrightlaw [1]** 9501/9
**job [2]** 9578/8 9713/23
**johns [1]** 9526/25
**Johnston [1]** 9501/11
**join [7]** 9560/1 9730/4

9730/25 9732/1
9752/22 9753/6 9790/3
**joined [16]** 9514/13
9514/15 9528/7
9560/20 9729/13
9730/25 9793/3
9794/13 9794/16
9794/18 9795/12
9796/4 9797/23 9802/9
9810/13 9812/10
**joining [3]** 9551/20
9794/11 9795/2
**Joint [1]** 9804/7
**Jolly [3]** 9540/3
9545/10 9545/17
**Jolly Roger [1]** 9540/3
**Jonathan [2]** 9501/14
9506/21
**Jonathan Crisp [1]**
9506/21
**Joseph [1]** 9629/4
**Joseph Hackett [1]**
9629/4
**Jr [2]** 9501/10 9502/2
**judge [29]** 9500/10
9510/14 9511/14
9512/18 9515/18
9522/2 9575/9 9575/11
9575/20 9576/9
9576/19 9596/15
9597/5 9600/21 9601/2
9610/21 9622/6
9669/20 9670/11
9671/14 9679/15
9711/6 9713/6 9741/11
9776/9 9778/12
9778/13 9778/14
9778/14
**judges [5]** 9681/21
9682/22 9744/25
9745/5 9770/7
**judging [1]** 9782/8
**judgment [10]** 9663/8
9663/13 9663/17
9663/21 9664/1 9774/5
9777/25 9778/5 9779/8
9780/12
**judicial [4]** 9734/20
9734/23 9741/14
9745/17
**Judiciary [3]** 9744/11
9744/18 9744/23
**Juli [1]** 9506/18
**jumped [1]** 9619/13
**jumping [1]** 9613/8
**jurisdiction [1]**
9720/21
**juror [8]** 9719/22
9720/9 9720/11
9720/12 9720/15
9720/20 9766/13
9769/15
**Juror 15 [1]** 9769/15
**jurors [8]** 9527/20
9534/14 9680/12
9714/6 9771/1 9771/8
9799/3 9836/10
**jury [64]** 9500/9 9511/5

9524/22 9525/4
9525/13 9529/2
9532/12 9534/25
9536/12 9536/13
9596/22 9601/11
9601/12 9615/13
9624/5 9635/8 9635/16
9636/23 9638/1
9646/10 9655/15
9680/20 9680/23
9680/24 9715/2
9719/13 9729/12
9731/21 9733/5 9733/6
9736/12 9736/13
9741/13 9741/13
9749/25 9752/4
9752/18 9753/23
9766/10 9766/16
9769/11 9769/12
9770/6 9771/3 9773/2
9781/13 9789/16
9822/10 9822/14
9822/18 9823/24
9829/14 9829/17
9830/20 9831/12
9831/16 9833/6
9833/11 9833/11
9833/25 9834/10
9836/14
**jury's [1]** 9824/5
**just [227]** 9507/1
9507/14 9507/16
9509/13 9510/9 9511/5
9511/22 9511/23
9512/16 9513/5
9513/24 9515/16
9515/21 9518/3
9525/16 9525/16
9526/16 9526/20
9527/1 9527/7 9527/24
9529/6 9529/10 9532/9
9534/24 9535/12
9535/18 9535/19
9535/22 9535/25
9536/2 9536/8 9539/9
9539/11 9544/10
9544/15 9545/24
9547/6 9547/11
9547/20 9550/13
9550/14 9551/4
9551/20 9554/6 9554/7
9556/21 9560/7 9560/7
9562/24 9563/20
9563/23 9564/19
9566/12 9568/4 9568/5
9568/5 9568/12
9568/18 9568/20
9568/23 9570/25
9571/25 9574/20
9575/25 9576/19
9578/8 9581/1 9581/19
9582/4 9582/10 9583/6
9586/12 9588/1
9592/13 9592/20
9593/7 9594/5 9595/16
9600/1 9600/16 9601/2
9601/25 9606/12

9608/16 9608/13
9608/17 9609/19
9611/16 9611/17
9613/18 9614/2
9618/13 9619/3
9620/15 9621/21
9622/14 9623/9
9623/10 9624/11
9624/16 9624/17
9625/24 9626/1 9626/4
9629/22 9630/11
9630/19 9633/4 9634/2
9634/7 9635/9 9635/15
9636/22 9637/20
9637/25 9639/5
9639/12 9639/13
9640/22 9641/16
9642/12 9642/23
9642/25 9643/25
9644/9 9645/2 9646/16
9646/25 9647/14
9647/24 9648/8
9648/11 9648/24
9649/25 9650/18
9650/24 9651/1
9653/23 9654/21
9656/17 9658/20
9663/2 9663/19
9665/17 9667/23
9670/6 9676/6 9680/14
9684/3 9684/16 9685/5
9685/6 9687/3 9687/4
9688/4 9688/25
9690/21 9692/14
9695/11 9698/9
9701/12 9704/6 9707/9
9709/12 9709/18
9710/16 9711/23
9712/1 9715/5 9716/3
9717/9 9720/6 9720/9
9732/7 9732/14
9732/16 9732/20
9732/22 9734/10
9734/24 9735/12
9735/20 9736/2
9740/14 9743/18
9745/3 9745/4 9746/16
9747/3 9750/19
9751/11 9752/14
9752/17 9753/2
9753/22 9756/8
9756/17 9756/19
9761/12 9761/16
9761/16 9765/15
9765/16 9765/21
9766/6 9767/10
9768/17 9769/7 9769/9
9779/15 9811/11
9812/19 9830/13
9831/5 9831/6 9831/8
9832/25 9832/25
9833/6 9833/22 9834/1
9834/2 9835/24 9836/4
9836/6 9836/14
**justice [19]** 9785/11
9789/10 9805/9 9822/5
9823/2 9824/12
9824/18 9824/19

**J**

**justice... [11]** 9824/23
9825/3 9825/6 9825/13
9825/20 9825/24
9826/8 9826/12
9826/18 9826/24
9827/6

**justified [1]** 9774/3
**justify [1]** 9626/18
**Justin [2]** 9665/2
9665/4

**K**

**Kathryn [3]** 9500/14
9506/13 9781/9
**Kathryn Rakoczy [1]**
9506/13
**kathryn.rakoczy [1]**
9500/19
**keep [24]** 9525/11
9563/25 9565/13
9565/14 9567/21
9568/9 9569/7 9570/16
9571/8 9571/17
9571/20 9579/19
9589/24 9606/16
9633/9 9644/16 9645/7
9669/4 9669/13
9680/15 9690/14
9691/17 9741/7
9834/16
**Keeper [7]** 9509/2
9509/2 9509/7 9544/10
9583/5 9583/6 9733/19
**Keepers [22]** 9528/24
9529/2 9529/23
9538/15 9546/11
9566/18 9572/22
9584/2 9584/3 9586/5
9586/21 9589/13
9604/4 9605/12
9629/20 9661/7
9713/17 9736/5 9740/6
9740/7 9785/8 9785/10
**keeping [3]** 9570/8
9766/17 9830/10
**Kelly [46]** 9502/2
9506/10 9543/13
9549/22 9549/23
9550/1 9550/5 9555/12
9557/6 9559/23 9560/5
9560/8 9584/5 9594/9
9599/6 9602/22
9603/13 9603/23
9629/2 9630/6 9630/16
9649/15 9652/5
9653/16 9655/21
9658/10 9658/19
9659/16 9660/3 9660/7
9660/20 9661/4 9662/6
9662/8 9671/6 9698/18
9700/7 9764/10
9788/24 9789/9 9813/4
9814/20 9815/11
9822/11 9824/6
9824/16
**Kelly Meggs [42]**
9506/10 9543/13

9559/22 9550/10
9555/12 9557/6
9559/23 9560/5 9560/8
9584/5 9594/9 9599/6
9602/22 9603/13
9603/23 9629/2
9630/16 9649/15
9652/5 9653/16
9655/21 9658/10
9658/19 9659/16
9660/3 9660/7 9660/20
9661/4 9662/6 9662/8
9671/6 9698/18 9700/7
9764/10 9788/24
9789/9 9813/4 9814/20
9815/16 9822/11
9824/6 9824/16
**Kellye [2]** 9711/23
9712/2
**Kellye SoRelle [1]**
9712/2
**Kelsey [2]** 9680/11
9681/6
**Kenneth [19]** 9502/7
9506/10 9559/8
9559/16 9560/6
9560/10 9629/3
9649/16 9656/9 9662/6
9764/10 9788/25
9789/9 9813/5 9814/20
9815/17 9822/15
9824/6 9824/16
**Kenneth Harrelson**
**[17]** 9506/10 9559/8
9559/16 9560/6
9560/10 9629/3
9649/16 9662/6
9764/10 9788/25
9789/9 9813/5 9814/20
9815/17 9822/15
9824/6 9824/16
**kept [6]** 9514/8
9577/25 9611/14
9611/16 9611/16
9611/17
**key [3]** 9701/25 9834/8
9834/16
**keyboard [1]** 9627/12
**keys [1]** 9701/20
**kid [2]** 9583/6 9629/5
**kids [1]** 9757/5
**kill [1]** 9687/4
**killing [1]** 9801/16
**kind [20]** 9524/16
9583/6 9588/1 9605/20
9606/23 9608/10
9614/4 9630/12
9644/17 9655/10
9682/4 9684/2 9701/11
9706/10 9708/21
9749/11 9759/21
9772/17 9778/17
9834/9
**kindly [1]** 9615/6
**KM [20]** 9637/17
9637/18 9638/2 9640/4
9640/5 9641/21
9641/22 9644/6 9644/7

9646/12 9647/13
9651/21 9661/23
9661/24 9661/25
9662/4 9662/14
**KM-64 [1]** 9662/14
**KM-74 [3]** 9661/24
9661/25 9662/4
**KM-80 [1]** 9637/17
**KM-81 [4]** 9637/18
9638/2 9640/4 9640/5
**KM-82 [2]** 9641/21
9641/22
**KM-83 [2]** 9644/6
9644/7
**KM-84 [4]** 9646/3
9646/5 9646/6 9646/12
**KM-85 [1]** 9647/13
**KM-86 [1]** 9651/21
**knee [5]** 9621/17
9621/23 9654/20
9654/25 9655/2
**knees [1]** 9542/25
**knew [17]** 9560/21
9561/9 9561/10
9561/15 9561/21
9666/25 9667/1 9667/2
9793/5 9807/23
9809/13 9812/9 9814/5
9814/9 9816/3 9820/22
9825/23
**knife [2]** 9756/23
9756/25
**knocker [2]** 9621/17
9621/23
**know [159]** 9508/23
9510/5 9511/19
9516/13 9516/17
9517/4 9517/10
9518/15 9518/16
9518/17 9518/19
9519/13 9519/17
9520/21 9522/13
9523/16 9526/9
9526/10 9528/17
9529/1 9529/6 9530/15
9532/17 9543/15
9548/20 9548/24
9548/25 9549/2
9549/23 9550/12
9550/13 9550/14
9550/15 9550/19
9550/22 9551/2 9551/4
9559/5 9559/7 9559/15
9565/23 9568/19
9568/19 9572/20
9573/1 9573/3 9578/7
9578/10 9582/19
9584/16 9584/17
9584/20 9585/18
9585/21 9587/12
9587/21 9593/22
9594/1 9594/19 9595/4
9598/10 9600/11
9600/15 9601/6
9605/18 9606/5 9608/5
9609/8 9609/17 9611/7
9611/12 9611/18

9614/5 9614/18
9625/17 9625/18
9625/23 9626/2
9627/18 9628/20
9629/14 9629/16
9629/23 9630/5
9631/15 9631/22
9631/25 9636/23
9639/21 9643/16
9643/18 9649/15
9652/18 9657/20
9658/25 9659/18
9660/25 9673/14
9674/15 9674/16
9675/8 9675/24 9677/6
9677/17 9679/24
9689/15 9694/11
9694/22 9700/17
9700/20 9731/3 9732/7
9735/13 9737/13
9738/2 9738/6 9738/7
9738/8 9738/15
9738/15 9738/16
9738/21 9739/17
9739/23 9740/18
9741/16 9744/20
9745/10 9746/10
9747/5 9750/25 9751/1
9751/20 9754/2 9755/9
9755/11 9755/16
9757/7 9757/13
9757/14 9757/16
9759/5 9766/22
9767/14 9767/21
9794/2 9794/4 9794/6
9795/15 9831/15
9832/24 9834/10
9836/3 9836/10
9836/13 9836/15
**knowing [4]** 9561/19
9786/18 9796/13
9809/9
**knowingly [18]**
9790/14 9790/21
9792/18 9793/2 9793/8
9794/9 9803/22 9804/9
9804/12 9807/11
9808/4 9810/13 9816/8
9817/22 9821/2
9823/16 9823/21
9826/4
**knowledge [33]**
9520/24 9521/20
9572/16 9700/18
9701/3 9709/1 9743/10
9748/2 9756/7 9757/14
9774/14 9781/13
9781/15 9784/19
9785/10 9786/17
9786/20 9786/24
9792/15 9793/19
9793/25 9794/1 9795/6
9795/8 9795/10
9795/12 9795/20
9795/23 9796/1 9796/4
9809/2 9809/2 9814/3
**known [7]** 9522/19

9614/9 9614/18
9708/24 9764/2
9792/24 9807/6
**knows [2]** 9548/24
9548/24
**Koch [1]** 9759/24

**L**

**L-o-p-e-s-i-e-e-r-a [1]**
9522/1
**LA [1]** 9501/11
**labeled [2]** 9510/1
9525/15
**lack [3]** 9616/11
9730/19 9772/11
**ladies [10]** 9536/14
9596/17 9662/1
9664/19 9698/9
9714/20 9736/15
9765/10 9769/14
9769/17
**lady [3]** 9574/21
9574/22 9574/23
**Lance [2]** 9730/16
9730/18
**Landon [5]** 9710/23
9711/15 9711/19
9712/6 9712/13
**Landon Bentley [1]**
9712/6
**Landon Bentley's [3]**
9711/15 9711/19
9712/13
**language [5]** 9521/7
9535/2 9536/1 9536/8
9718/14
**lapel [1]** 9649/1
**large [4]** 9584/2
9672/20 9759/15
9835/1
**largely [2]** 9766/2
9830/4
**larger [2]** 9530/19
9532/22
**lark [1]** 9593/14
**lascivious [1]** 9524/19
**LASSITER [1]** 9501/3
**last [15]** 9507/13
9509/16 9510/7 9511/9
9515/14 9532/15
9566/2 9586/24 9657/8
9676/12 9739/14
9756/3 9768/10
9806/22 9834/7
**later [15]** 9526/15
9529/17 9533/18
9546/2 9555/15
9559/22 9565/1 9675/1
9712/11 9712/12
9719/24 9739/18
9764/21 9774/20
9831/3
**laughing [2]** 9582/1
9582/2
**launcher [2]** 9621/20
9621/20
**law [68]** 9502/3 9520/6
9523/16 9531/3 9531/8

**law... [63]** 9538/13
9553/2 9556/13 9576/5
9576/13 9576/16
9576/17 9622/14
9627/4 9627/10
9627/14 9627/17
9627/18 9713/13
9713/21 9713/24
9716/13 9760/16
9760/17 9760/24
9769/19 9769/22
9770/2 9770/2 9770/3
9771/17 9775/3 9775/5
9779/14 9779/21
9780/15 9780/19
9788/10 9789/4
9789/18 9792/20
9792/23 9792/25
9794/25 9796/3
9797/10 9797/15
9797/21 9798/12
9799/5 9799/11 9800/1
9800/4 9801/7 9803/5
9808/25 9811/24
9814/7 9814/24 9817/7
9817/10 9817/25
9818/2 9820/9 9820/19
9821/12 9821/22
9827/23

**law-abiding [2]**
9780/15 9780/19

**law-biding [1]** 9576/5

**Law360 [2]** 9735/25
9735/25

**lawful [5]** 9788/1
9788/7 9818/3 9824/12
9827/16

**lawfully [7]** 9785/4
9789/5 9817/8 9820/9
9820/19 9821/12
9821/22

**Lawn [2]** 9501/3
9501/7

**laws [7]** 9521/3
9556/11 9788/4 9800/7
9800/10 9800/14
9818/22

**lawsuits [1]** 9539/1

**lawyer [4]** 9761/23
9775/15 9775/17
9779/11

**lawyer's [2]** 9775/18
9775/21

**lawyers [4]** 9680/15
9774/7 9774/10
9775/13

**lay [1]** 9700/21

**Lazarus [23]** 9507/3
9636/2 9636/9 9636/16
9636/20 9637/4 9639/6
9640/9 9640/18
9640/20 9642/18
9642/21 9643/21
9644/14 9645/12
9645/13 9645/23
9647/22 9648/1 9649/9
9658/21 9659/14

**LB [1]** 9711/17
**lead [7]** 9543/11
9595/14 9644/23
9645/2 9670/4 9750/3
9750/9
**lead-up [1]** 9670/4
**leader [1]** 9552/24
**Leadership [1]**
9763/16
**leading [3]** 9581/25
9607/20 9636/11
**learned [2]** 9550/8
9678/1
**least [26]** 9509/3
9512/17 9512/22
9512/23 9516/7
9519/17 9519/24
9522/8 9525/20
9530/13 9596/5
9733/17 9748/25
9767/3 9768/13 9796/4
9797/7 9797/19
9798/18 9798/19
9801/22 9802/7
9808/15 9812/3
**leave [17]** 9558/1
9558/2 9582/24
9582/24 9585/23
9587/6 9588/11
9588/17 9588/19
9624/21 9719/23
9733/5 9733/6 9767/20
9812/7 9828/1 9835/25
**leaving [4]** 9554/6
9624/22 9650/2
9720/20
**led [2]** 9534/6 9584/5
**Lee [2]** 9501/7 9506/16
**leeway [1]** 9719/7
**left [27]** 9507/19
9553/6 9553/7 9553/9
9553/17 9554/1 9554/4
9571/18 9588/25
9589/8 9589/11
9589/12 9589/24
9608/15 9608/23
9627/12 9654/11
9655/15 9670/1
9686/16 9686/19
9689/16 9699/17
9704/12 9729/12
9765/13 9835/24
**left-wing [2]** 9589/12
9627/12
**legal [8]** 9525/21
9729/20 9752/10
9758/6 9758/20 9766/2
9799/25 9830/6
**legally [2]** 9688/6
9758/21
**legend [1]** 9834/9
**legends [1]** 9701/20
**legitimate [1]** 9538/14
**length [4]** 9642/14
9713/2 9786/7 9832/6
**lengthy [2]** 9698/24

**lenient [1]** 9778/14
**less [10]** 9555/15
9574/20 9617/25
9652/18 9713/6 9713/8
9733/6 9743/4 9743/5
9814/17
**lesser [1]** 9779/19
**let [26]** 9515/21 9517/2
9521/23 9575/25
9587/22 9587/23
9599/15 9620/12
9627/18 9633/18
9638/6 9640/11 9642/8
9649/25 9656/1
9658/16 9673/19
9713/12 9713/13
9719/1 9739/3 9747/3
9767/14 9774/18
9787/15 9802/18
**let's [41]** 9507/12
9510/21 9524/9
9530/11 9534/13
9534/13 9534/14
9544/6 9544/11
9559/19 9605/10
9609/13 9612/15
9616/16 9619/25
9623/13 9629/4
9629/10 9635/15
9637/25 9646/10
9646/10 9646/10
9657/24 9664/17
9680/14 9680/14
9681/17 9686/10
9688/7 9692/10
9692/11 9698/16
9701/2 9705/15
9710/15 9715/19
9733/6 9734/14
9754/17 9777/2
**Let's see [1]** 9629/4
**letter [13]** 9576/20
9576/22 9609/18
9609/20 9609/21
9610/1 9610/5 9610/10
9610/14 9610/21
9674/10 9732/25
9734/3
**letting [2]** 9611/17
9720/8
**level [1]** 9834/1
**levels [1]** 9743/11
**levied [1]** 9678/16
**lewd [1]** 9524/19
**Lexington [4]** 9763/25
9764/1 9764/2 9764/3
**liability [5]** 9582/19
9794/14 9803/14
9810/3 9811/9
**licensed [1]** 9635/18
**lie [1]** 9778/24
**life [4]** 9539/6 9730/24
9767/3 9772/20
**Life360 [65]** 9688/8
9688/11 9688/14
9688/18 9690/4
9690/13 9690/18

9692/5 9692/6 9729/5
9729/13 9729/17
9729/21 9729/24
9730/5 9730/5 9730/10
9730/14 9730/15
9730/15 9730/18
9730/23 9730/24
9731/1 9731/6 9731/8
9731/10 9731/11
9731/18 9731/19
9731/23 9732/4
9732/25 9733/18
9733/20 9733/23
9733/25 9734/3 9734/7
9734/11 9735/25
9748/11 9749/1 9749/1
9749/6 9749/7 9749/15
9750/15 9750/17
9751/1 9751/5 9751/6
9751/24 9752/5
9752/11 9752/22
9752/22 9753/4
9753/10 9753/19
9753/24 9754/7
9754/12
**Life360's [1]** 9731/16
**lifted [1]** 9767/15
**light [2]** 9600/12
9774/3
**like [120]** 9508/22
9508/23 9510/6
9511/19 9511/20
9518/3 9518/3 9535/11
9535/22 9538/8 9541/5
9548/10 9550/12
9555/1 9562/5 9563/7
9569/23 9570/1
9573/20 9574/20
9579/14 9580/25
9584/16 9584/17
9584/20 9584/21
9584/23 9584/24
9585/14 9587/3
9587/11 9587/12
9587/14 9587/17
9587/19 9587/21
9587/23 9587/24
9588/7 9588/7 9588/9
9590/25 9592/11
9593/17 9598/17
9600/6 9603/21
9606/25 9607/5 9609/8
9609/11 9609/11
9611/5 9611/17
9611/18 9612/3 9612/2
9613/9 9613/10
9613/10 9613/10
9613/14 9613/15
9614/4 9614/14
9619/15 9621/9
9621/18 9621/20
9621/20 9621/22
9623/24 9624/13
9624/16 9626/1 9626/2
9626/3 9626/12
9626/13 9626/17
9629/5 9629/15 9630/1

9630/11 9630/12
9630/17 9630/19
9630/20 9630/21
9630/23 9631/11
9634/1 9638/8 9639/5
9645/2 9653/22
9654/22 9672/4 9677/4
9711/23 9712/15
9719/7 9733/4 9738/12
9738/12 9746/6 9748/8
9756/2 9757/4 9757/5
9757/24 9766/25
9768/15 9777/4 9832/7
9833/21 9836/1
**likely [5]** 9714/10
9772/5
**likes [2]** 9511/19
9654/24
**Likewise [1]** 9776/3
**limit [3]** 9508/11
9576/17 9623/13
**limitation [1]** 9708/16
**limited [9]** 9508/18
9510/17 9597/16
9598/1 9599/13
9599/24 9728/21
9728/25 9783/1
**limiting [5]** 9508/20
9509/6 9509/12
9695/11 9698/10
**Linder [5]** 9501/2
9501/3 9506/16 9715/9
9736/18
**Lindsey [3]** 9681/20
9744/10 9745/16
**Lindsey Graham [3]**
9681/20 9744/10
9745/16
**line [10]** 9510/16
9514/23 9561/18
9628/23 9690/21
9721/15 9721/15
9731/11 9734/2 9764/5
**lines [2]** 9630/18
9692/2
**lining [1]** 9603/22
**link [1]** 9605/14
**linked [1]** 9749/7
**list [11]** 9541/8 9542/1
9689/25 9739/12
9739/14 9831/9 9831/9
9831/10 9831/12
9834/15 9834/16
**listen [5]** 9566/6
9567/4 9569/22
9571/14 9783/5
**listened [1]** 9568/4
**listener [1]** 9509/14
**listening [8]** 9566/3
9571/1 9571/6 9571/7
9613/7 9715/12
9765/23 9793/15
**lists [2]** 9831/7 9836/5
**Literally [1]** 9592/20
**litigation [1]** 9801/10
**little [34]** 9524/10
9527/18 9555/19

**little... [31]** 9562/12
9574/21 9595/6
9605/10 9605/21
9612/15 9623/12
9624/7 9625/14 9626/4
9631/15 9636/22
9639/3 9646/16
9647/20 9648/5
9652/10 9655/7
9655/20 9655/22
9658/5 9660/12 9679/6
9716/8 9719/7 9719/23
9736/9 9752/1 9752/2
9756/24 9802/18
**live [6]** 9542/24 9682/5
9682/5 9682/7 9696/23
9715/12
**lives [4]** 9621/11
9621/12 9623/22
9706/5
**livestream [2]** 9682/9
9682/10
**LLC [2]** 9501/14
9502/7
**load [1]** 9684/23
**loaded [1]** 9627/24
**lobby [1]** 9562/12
**local [3]** 9606/13
9706/2 9706/4
**locate [3]** 9507/21
9510/4 9584/1
**location [11]** 9555/25
9620/13 9630/4 9631/7
9688/14 9688/19
9691/22 9692/3 9692/6
9731/19 9781/8
**locations [1]** 9691/17
**Loewinger [1]** 9569/14
**logic [1]** 9533/25
**long [21]** 9509/10
9533/10 9588/13
9601/3 9601/5 9601/6
9601/7 9601/10
9621/19 9627/20
9633/25 9639/2 9649/1
9651/2 9664/12
9682/19 9700/18
9719/3 9731/17 9734/9
9766/22
**longer [2]** 9678/24
9708/11
**look [21]** 9509/10
9509/11 9518/19
9523/21 9530/24
9532/15 9541/5
9555/19 9584/20
9585/9 9587/19
9599/12 9600/11
9623/12 9627/15
9678/25 9701/20
9701/25 9714/4
9732/19 9745/14
**looked [12]** 9508/10
9550/18 9559/11
9563/7 9704/6 9718/3
9728/18 9733/10
9739/11 9739/12

**looking [17]** 9514/11
9533/8 9639/15
9651/10 9659/11
9664/6 9676/21
9676/24 9689/11
9689/23 9691/24
9697/10 9697/17
9697/20 9702/2
9705/23 9734/13
**looks [4]** 9639/5
9653/22 9654/22
9654/24
**loose [6]** 9507/2
9720/16 9720/19
9720/22 9721/2 9721/5
**Lopesierra [3]** 9522/1
9522/3 9522/10
**losing [1]** 9759/2
**loss [1]** 9759/8
**lost [2]** 9749/10
9749/14
**lot [17]** 9537/18
9538/25 9550/11
9558/24 9559/11
9573/6 9573/9 9582/1
9587/2 9589/12 9606/7
9608/8 9608/12
9625/16 9642/3
9683/10 9749/8
**lots [7]** 9528/5 9659/21
9699/3 9699/3 9701/8
9716/23 9746/7
**loud [9]** 9511/21
9569/4 9569/25
9617/14 9617/15
9696/19 9737/19
9737/24 9767/20
**louder [1]** 9606/18
**Louis [2]** 9500/15
9506/14
**Louis Manzo [1]**
9506/14
**Louisville [3]** 9550/8
9550/9 9550/10
**low [2]** 9562/23 9757/8
**lunch [8]** 9633/1
9664/15 9714/21
9718/22 9732/17
9750/19 9832/8 9832/9
**lunchtime [1]** 9658/5

**M**

**M-a-r-i-s-s-a [1]**
9635/11
**ma'am [78]** 9537/8
9537/19 9538/8
9538/18 9539/24
9540/7 9541/11 9542/3
9542/7 9543/15
9543/18 9544/4 9545/9
9545/20 9546/22
9547/25 9548/14
9549/6 9549/9 9549/12
9551/10 9551/16
9551/24 9553/12
9554/23 9563/9 9567/6
9571/25 9603/22

9628/18 9638/12
9639/8 9639/11
9639/17 9640/2
9640/10 9640/14
9640/24 9641/2 9641/6
9642/4 9643/9 9644/15
9647/4 9647/8 9647/11
9647/18 9648/4
9648/13 9648/21
9649/13 9649/18
9650/11 9652/12
9652/23 9653/6
9653/10 9653/12
9653/20 9654/2
9654/17 9655/24
9656/3 9656/23 9657/1
9658/11 9658/18
9660/22 9660/22
9661/15 9661/21
9668/5 9668/18
9668/25 9670/24
**mace [1]** 9608/4
**machete [1]** 9756/24
**macing [1]** 9621/1
**made [26]** 9514/20
9520/11 9526/8
9559/23 9562/20
9578/18 9661/5
9674/25 9708/16
9712/21 9718/17
9728/11 9742/3
9745/13 9753/3
9768/15 9768/15
9775/14 9775/17
9782/2 9782/4 9784/6
9784/16 9786/21
9787/18 9806/15
**MAGA [14]** 9546/16
9546/19 9547/17
9547/23 9548/1 9549/7
9549/17 9549/19
9550/6 9553/10 9599/8
9603/18 9609/6
9624/13
**maid [4]** 9554/5 9554/9
9557/1 9624/18
**maids [1]** 9556/15
**mail [2]** 9589/23
9737/12
**mails [1]** 9515/14
**main [4]** 9522/14
9575/22 9688/18
9737/1
**maintenance [1]**
9755/3
**major [1]** 9794/24
**make [35]** 9511/3
9513/4 9514/19
9514/20 9516/21
9517/4 9528/13
9535/19 9544/6
9544/11 9632/25
9634/8 9650/15 9651/1
9655/7 9656/1 9695/2
9703/7 9718/2 9718/4
9718/21 9718/22
9734/12 9734/14

9757/20 9769/8
9785/12 9795/4 9796/2
9809/24 9831/3 9833/7
9836/4
**make sure [1]** 9833/7
**makes [2]** 9523/6
9646/24
**making [2]** 9509/3
9626/13
**man [5]** 9580/3
9583/10 9583/23
9608/3 9639/13
**mandatory [1]** 9607/1
**manner [3]** 9770/1
9776/17 9791/9
**mansion [1]** 9763/22
**many [13]** 9548/9
9580/6 9642/8 9682/16
9684/17 9690/17
9701/7 9701/9 9704/15
9704/17 9762/11
9835/4 9835/8
**Manzo [2]** 9500/15
9506/14
**map [2]** 9659/24
9692/1
**march [26]** 9544/1
9546/16 9546/19
9547/17 9547/23
9548/1 9549/7 9549/17
9549/19 9550/6 9561/3
9561/8 9562/1 9562/2
9580/13 9586/8 9599/8
9603/18 9609/6
9624/13 9666/3 9666/5
9666/11 9666/23
9667/7 9671/5
**March 25th [2]** 9562/2
9666/23
**March 9th [1]** 9667/7
**marijuana [2]** 9669/18
9670/20
**Marine [1]** 9696/1
**MARISSA [2]** 9635/2
9635/11
**mark [6]** 9637/17
9637/18 9641/8 9646/4
9647/13 9719/17
**marked [3]** 9642/12
9662/3 9764/20
**market [2]** 9814/13
9814/15
**married [1]** 9743/1
**Maryland [3]** 9548/15
9548/17 9549/13
**mask [2]** 9536/19
9649/3
**Massachusetts [1]**
9763/22
**massage [1]** 9718/3
**material [2]** 9511/25
9834/9
**math [1]** 9545/7
**mathematical [1]**
9772/23
**matter [13]** 9621/11
9621/12 9623/22

9751/17 9776/14
9777/8 9791/25
9830/12 9831/5 9831/6
9837/4
**matters [4]** 9718/23
9772/20 9776/21
9781/17
**may [107]** 9509/15
9522/11 9522/17
9522/18 9522/19
9522/20 9528/9 9532/2
9572/18 9577/4 9582/5
9585/19 9592/22
9598/5 9599/10 9600/9
9601/2 9601/3 9602/13
9603/17 9610/21
9614/22 9632/5
9632/24 9661/21
9677/3 9677/3 9678/8
9680/7 9698/12
9741/11 9764/17
9770/5 9770/17
9770/17 9771/2
9773/17 9774/11
9774/17 9776/14
9776/14 9776/15
9777/2 9777/2 9777/3
9777/12 9777/15
9777/20 9778/17
9778/25 9779/2 9780/9
9780/18 9780/20
9780/20 9781/4
9781/16 9781/22
9782/1 9782/3 9782/7
9782/8 9782/12
9783/20 9784/10
9784/12 9784/16
9785/2 9785/5 9786/19
9786/21 9786/25
9787/21 9791/13
9791/16 9792/3 9792/6
9793/17 9793/20
9794/6 9794/6 9794/16
9794/22 9794/23
9794/24 9795/15
9795/17 9798/7
9798/13 9798/22
9798/24 9804/12
9804/22 9806/6
9806/13 9807/2
9809/18 9811/5
9812/15 9812/17
9816/17 9821/10
9826/16 9827/4 9836/7
9836/10 9836/11
**maybe [14]** 9508/21
9526/10 9533/6
9535/12 9586/1
9595/21 9613/2 9613/2
9619/23 9629/5 9721/3
9734/1 9753/17 9768/4
**MD [1]** 9502/13
**me [97]** 9509/16
9515/21 9517/1 9517/2
9518/11 9518/23
9519/6 9521/23
9524/15 9529/6 9531/6

**me... [86]** 9536/5
9541/4 9545/14
9552/15 9552/23
9554/11 9555/17
9555/21 9555/22
9556/8 9575/25
9582/17 9582/19
9587/17 9587/18
9589/20 9594/1
9594/10 9595/23
9600/20 9600/21
9606/10 9607/5
9608/17 9620/12
9621/1 9622/7 9622/16
9624/7 9625/23
9627/18 9629/2 9629/7
9633/18 9638/6
9638/14 9640/11
9642/8 9649/25
9650/20 9654/22
9654/22 9654/22
9656/1 9658/16
9663/10 9667/14
9670/11 9673/19
9686/5 9713/9 9713/13
9715/22 9715/24
9717/14 9719/1 9734/2
9734/9 9735/16 9747/3
9760/5 9760/9 9760/10
9761/16 9765/13
9765/22 9768/13
9769/18 9774/18
9777/7 9782/24
9783/25 9785/4
9795/24 9798/23
9802/18 9812/16
9819/3 9819/12 9825/1
9826/6 9828/23
9830/15 9833/4 9835/7
9836/21
**mean [50]** 9524/17
9528/2 9539/2 9549/23
9551/3 9554/10 9576/4
9576/15 9581/16
9585/20 9587/2
9587/16 9594/16
9594/19 9599/12
9600/14 9608/3 9609/8
9609/11 9609/19
9614/8 9625/13 9626/1
9629/21 9656/24
9656/24 9672/3
9676/25 9682/7
9687/10 9695/5 9695/6
9695/8 9703/3 9715/13
9719/12 9721/8 9721/8
9732/16 9732/23
9735/17 9738/13
9754/1 9755/16
9758/20 9760/1 9793/2
9833/21 9835/1
9836/12
**meaning [2]** 9687/15
9788/22
**means [26]** 9529/3
9533/25 9643/14
9664/23 9682/13

9703/6 9751/14 9775/4
9787/19 9791/6
9792/23 9799/22
9799/24 9804/6
9804/15 9804/17
9814/13 9818/10
9818/17 9818/20
9818/21 9824/5
9832/13 9832/14
**meant [5]** 9538/20
9613/22 9627/7 9751/3
9766/2
**measure [1]** 9522/17
**measured [1]** 9814/16
**mechanical [1]** 9503/6
**media [17]** 9589/10
9589/19 9589/20
9676/22 9676/25
9677/2 9677/12
9677/18 9677/25
9721/16 9767/8
9789/14 9822/8
9822/12 9822/16
9829/16 9830/12
**media room [1]**
9721/16
**medic [2]** 9583/11
9583/12
**meet [1]** 9800/25
**meeting [9]** 9512/21
9543/8 9543/10
9543/11 9543/11
9587/19 9587/21
9779/9 9791/11
**meetings [2]** 9676/3
9684/2
**Meggs [95]** 9502/2
9506/10 9506/19
9543/13 9549/22
9550/1 9550/5 9550/18
9555/12 9555/24
9556/2 9556/7 9557/6
9557/12 9558/3
9559/23 9560/5 9560/8
9584/5 9584/10
9585/19 9594/9
9595/22 9597/12
9597/12 9597/25
9598/10 9598/23
9599/3 9599/6 9602/22
9603/13 9603/17
9603/23 9629/2
9630/16 9631/19
9632/16 9632/23
9635/2 9638/2 9640/5
9641/22 9644/7
9649/15 9651/21
9652/5 9653/4 9653/16
9654/6 9654/20
9655/21 9656/7
9658/10 9658/19
9659/16 9660/3 9660/7
9660/20 9661/4 9662/6
9662/8 9662/12
9662/19 9662/21
9663/12 9671/6
9698/18 9700/7 9702/8

9703/23 9704/3
9704/12 9716/15
9716/17 9737/3 9737/9
9739/20 9740/1
9764/10 9779/23
9788/24 9789/9 9813/4
9814/20 9815/16
9822/11 9824/6
9824/16 9829/1
9829/18 9829/22
9832/20
**Meggs' [2]** 9597/11
9599/13
**MEHTA [2]** 9500/9
9506/3
**member [37]** 9512/12
9512/13 9541/4
9542/22 9551/23
9551/24 9562/16
9583/5 9683/19
9717/12 9717/16
9736/5 9744/17
9744/22 9748/3
9790/14 9794/5 9794/7
9794/21 9794/22
9795/4 9795/5 9796/3
9796/18 9810/4 9810/5
9810/16 9810/17
9812/5 9812/6 9812/6
9812/7 9812/21 9813/1
9827/25 9827/25
9828/1
**members [23]** 9551/17
9551/19 9551/25
9556/13 9560/16
9572/19 9572/22
9572/23 9692/6 9730/7
9730/15 9750/14
9752/25 9754/21
9762/23 9788/18
9789/22 9790/7 9791/4
9791/18 9796/17
9811/22 9811/25
**members' [1]** 9828/2
**membership [2]**
9795/19 9796/19
**memo [1]** 9662/9
**Memorial [1]** 9659/14
**Memorial Door [1]**
9659/14
**memorialized [1]**
9679/4
**memorializing [1]**
9679/22
**memorize [1]** 9765/25
**memory [8]** 9518/7
9550/3 9580/16 9587/4
9771/6 9771/7 9771/9
9776/19
**mental [1]** 9806/9
**mention [2]** 9682/21
9759/7
**mentioned [7]** 9540/25
9570/8 9574/2 9577/9
9582/25 9602/2
9748/11
**mere [6]** 9793/12

9795/20 9795/23
**merely [13]** 9779/20
9780/7 9787/18
9787/21 9795/23
9796/1 9800/1 9801/6
9806/7 9806/14 9809/7
9809/9 9809/9
**merged [4]** 9703/6
9704/1 9737/11
9737/14
**Merit [1]** 9503/2
**message [18]** 9544/1
9555/7 9555/20
9591/12 9591/12
9692/17 9692/19
9693/10 9712/2
9739/14 9747/13
9747/15 9762/19
9762/22 9763/15
9764/9 9822/24
9836/13
**messaged [1]** 9543/17
**messages [19]**
9555/18 9567/2 9591/3
9591/18 9698/6
9706/22 9707/10
9707/12 9710/24
9728/20 9728/22
9728/24 9739/11
9739/12 9759/14
9759/15 9761/24
9762/3 9782/25
**messed [1]** 9590/25
**Messrs. [1]** 9829/18
**Messrs. Meggs [1]**
9829/18
**met [16]** 9508/13
9549/5 9549/23 9550/4
9558/18 9562/1 9599/3
9599/6 9599/7 9599/10
9602/22 9603/17
9603/23 9603/23
9676/13 9791/4
**Metro [1]** 9555/3
**Metropolitan [2]**
9583/19 9583/20
**Mexican [1]** 9541/24
**mezzanine [1]** 9568/21
**Michael [4]** 9569/14
9698/17 9700/2 9737/3
**Michael Greene [3]**
9698/17 9700/2 9737/3
**Michael Loewinger [1]**
9569/14
**microphone [2]** 9570/4
9606/13
**middle [2]** 9696/4
9698/3
**might [19]** 9508/2
9527/25 9532/17
9559/9 9559/12
9586/23 9599/20
9605/18 9608/14
9629/21 9660/13
9717/4 9729/22
9731/11 9773/13
9773/16 9778/15

**mile [1]** 9731/15
**milestone [1]** 9664/20
**military [3]** 9712/20
9712/21 9736/6
**militia [17]** 9542/23
9551/18 9551/23
9551/25 9552/6
9552/24 9560/16
9562/16 9622/4
9684/17 9693/20
9696/2 9696/23
9712/17 9712/18
9712/19 9712/20
**million [16]** 9546/16
9546/19 9547/17
9547/23 9547/24
9548/1 9549/7 9549/17
9549/19 9550/6
9553/10 9593/16
9599/8 9603/18 9609/6
9624/13
**Million MAGA [1]**
9553/10
**Million MAGA March
[13]** 9546/16 9546/19
9547/17 9547/23
9548/1 9549/7 9549/17
9549/19 9550/6 9599/8
9603/18 9609/6
9624/13
**mind [4]** 9595/18
9787/8 9787/15
9830/11
**mindful [1]** 9715/11
**minds [3]** 9512/21
9517/20 9791/11
**Mini [1]** 9553/15
**Mini-14 [1]** 9553/15
**minimize [1]** 9687/15
**minimum [2]** 9518/12
9742/22
**minor [1]** 9794/24
**minus [5]** 9637/6
9643/12 9699/24
9707/16 9707/18
**minute [12]** 9564/20
9565/1 9565/15 9568/6
9637/9 9637/12
9638/21 9652/18
9652/18 9704/18
9719/17 9762/22
**minutes [51]** 9566/21
9567/10 9567/12
9569/6 9578/24
9596/12 9596/19
9596/23 9629/5 9637/4
9637/11 9637/17
9637/19 9638/10
9638/22 9641/9 9642/2
9642/6 9642/11
9642/13 9642/19
9643/6 9643/6 9643/8
9643/18 9645/23
9645/24 9646/19
9646/21 9647/2
9647/12 9647/15
9647/19 9647/25

**minutes... [17]** 9650/21
9650/21 9653/18
9657/17 9680/13
9682/20 9704/17
9708/12 9712/11
9712/11 9713/5
9719/16 9719/19
9739/18 9765/16
9766/6 9769/1
**mirror [1]** 9513/24
**mischaracterized [2]**
9595/20 9600/8
**MISIDN [1]** 9689/17
**misimpression [1]**
9733/5
**misleading [1]** 9598/12
**misrecollection [1]**
9777/4
**missed [1]** 9542/18
**missile [1]** 9619/12
**missing [3]** 9584/19
9584/20 9584/24
**mission [1]** 9544/10
**misspoke [1]** 9835/21
**mistake [2]** 9793/11
9804/11
**mistaken [1]** 9508/24
**mix [1]** 9832/19
**mobile [2]** 9624/12
9829/19
**mock [1]** 9536/5
**modification [1]**
9728/11
**modifications [1]**
9718/17
**modify [1]** 9511/12
**mom's [1]** 9611/6
**moment [19]** 9562/15
9581/23 9581/24
9582/8 9592/5 9595/17
9618/9 9618/22 9626/4
9626/11 9626/12
9634/10 9639/10
9643/24 9647/1
9667/14 9670/11
9678/8 9714/18
**moments [2]** 9541/1
9769/22
**Monday [5]** 9714/10
9720/6 9830/7 9831/16
9832/13
**money [5]** 9577/19
9578/8 9578/10 9611/7
9709/8
**Montana [9]** 9510/6
9510/7 9552/1 9552/8
9552/10 9552/16
9589/1 9627/13
9780/15
**month [2]** 9612/3
9612/5
**months [4]** 9561/5
9665/23 9666/2 9674/5
**monument [2]** 9584/7
9625/7
**Monuments [1]**
9541/14

more [13] 9512/24
9513/1 9517/7 9523/22
9525/17 9528/11
9535/2 9547/11
9548/10 9574/20
9582/17 9586/17
9608/14 9610/17
9613/23 9617/25
9719/15 9719/16
9731/5 9731/11
9731/25 9733/3 9733/4
9733/17 9733/17
9736/9 9752/2 9755/9
9756/24 9757/1
9757/21 9757/24
9758/4 9765/11
9765/12 9766/6 9772/5
9772/8 9772/19
9773/14 9777/3
9778/14 9790/2
9790/21 9791/9 9796/3
9798/7 9798/15
9802/18 9814/12
9817/24 9818/12
9830/9 9830/14
9833/15
**Moreover [2]** 9795/22
9795/25
**morning [19]** 9506/4
9506/7 9506/24
9506/25 9536/15
9536/16 9537/9
9537/10 9601/23
9635/6 9635/7 9659/9
9659/10 9710/23
9711/18 9720/1 9720/2
9830/14 9836/19
**most [8]** 9523/23
9626/15 9629/11
9675/19 9714/10
9737/17 9757/15
9757/20
**mostly [1]** 9731/13
**motherfucker [1]**
9544/12
**motherfuckers [1]**
9567/17
**motion [3]** 9663/13
9663/17 9663/20
**motioned [1]** 9657/19
**motions [1]** 9664/4
**motivated [1]** 9779/4
**motivation [1]** 9582/10
**motive [2]** 9776/20
9784/19
**move [33]** 9543/4
9578/11 9581/1
9606/13 9640/3
9641/17 9641/18
9648/14 9650/13
9651/15 9651/16
9657/22 9662/12
9663/8 9663/20 9664/1
9664/23 9681/17
9683/1 9688/7 9688/22
9692/9 9693/23
9698/16 9699/10
9711/3 9729/14

9751/16 9762/7
9763/1 9764/19 9765/1
9767/19
**moved [5]** 9560/4
9592/13 9651/16
9710/14 9763/2
**movement [1]** 9818/7
**moves [3]** 9689/4
9706/25 9708/13
**moving [7]** 9551/4
9559/21 9633/9
9659/15 9720/20
9731/13 9731/15
**Mr [5]** 9631/18 9692/3
9713/7 9755/5 9765/6
**Mr Atkinson [1]** 9755/5
**Mr. [300]** 9507/16
9507/16 9507/20
9507/21 9509/15
9509/21 9511/9
9513/21 9514/8
9516/13 9516/17
9516/18 9516/20
9516/22 9517/2 9517/3
9517/8 9517/13
9517/25 9518/1
9518/10 9518/22
9519/7 9521/13
9524/17 9525/2
9525/11 9526/13
9527/16 9528/9
9528/25 9529/8
9529/21 9529/23
9530/1 9530/2 9530/4
9530/6 9530/8 9530/12
9530/12 9530/14
9530/15 9530/16
9530/20 9531/2
9532/16 9532/25
9533/7 9533/15
9533/23 9534/5 9534/6
9535/1 9535/1 9535/9
9536/8 9548/4 9550/5
9550/7 9550/17
9550/18 9552/1 9552/3
9552/10 9552/14
9552/17 9552/25
9555/14 9555/21
9555/24 9556/2 9556/7
9557/12 9558/3
9558/17 9558/18
9558/21 9558/25
9558/25 9563/4 9563/5
9563/22 9564/3 9564/7
9576/12 9585/19
9588/14 9589/2 9589/3
9589/25 9590/1 9590/9
9590/14 9591/1 9595/9
9596/2 9597/11
9597/12 9597/12
9597/20 9597/24
9597/25 9598/3 9598/7
9598/10 9598/15
9598/22 9598/23
9599/13 9599/14
9599/15 9599/19
9599/23 9599/25
9600/25 9600/25

9601/16 9601/18
9602/15 9603/24
9604/5 9604/12
9604/17 9604/23
9604/25 9605/3
9606/12 9610/9
9614/20 9616/6 9616/7
9623/13 9631/14
9631/19 9631/19
9631/20 9631/21
9632/10 9632/17
9632/20 9632/21
9632/23 9633/12
9633/18 9636/16
9645/12 9647/22
9648/1 9653/4 9654/6
9654/20 9656/7
9657/14 9657/16
9657/19 9658/21
9661/17 9661/22
9662/12 9662/21
9663/9 9663/12
9663/15 9663/18
9663/22 9663/24
9669/16 9671/13
9680/9 9683/18 9685/8
9689/1 9689/14
9689/15 9689/17
9690/25 9693/19
9694/5 9694/9 9695/3
9695/10 9696/5
9697/19 9697/23
9697/25 9698/12
9700/4 9700/5 9708/10
9713/5 9713/20 9715/9
9715/22 9716/15
9716/15 9716/17
9718/13 9718/13
9718/18 9719/14
9719/18 9720/2
9728/15 9728/19
9728/21 9728/24
9729/13 9729/17
9729/19 9730/3 9730/9
9730/17 9730/23
9730/24 9730/25
9731/2 9731/7 9732/11
9733/21 9733/22
9733/23 9734/15
9734/21 9735/21
9735/25 9736/18
9737/7 9737/7 9738/10
9739/15 9739/20
9739/21 9739/21
9740/3 9740/3 9740/22
9740/25 9741/5
9743/25 9744/1 9744/4
9745/19 9746/2
9746/23 9747/3 9747/6
9747/6 9747/13
9748/16 9749/8 9749/8
9749/18 9749/18
9750/25 9751/24
9753/3 9753/3 9753/13
9753/16 9754/7
9754/13 9754/22
9754/24 9755/7

9755/21 9755/22
9755/23 9755/24
9756/1 9756/12
9759/10 9759/15
9759/18 9761/4
9761/13 9761/23
9761/25 9762/4 9769/7
9779/23 9779/23
9780/5 9780/5 9780/16
9780/17 9782/20
9782/22 9782/25
9828/11 9829/1
9829/15 9829/22
9832/8 9832/15 9833/2
9834/2 9835/22
**Mr. Alpert [3]** 9511/9
9513/21 9769/7
**Mr. and Mrs. Caldwell
[1]** 9598/22
**Mr. Atkinson [7]**
9754/22 9754/24
9755/7 9755/22
9755/23 9755/24
9756/1
**Mr. Bennie [2]** 9563/22
9564/3
**Mr. Caldwell [75]**
9516/13 9516/18
9516/20 9517/3
9517/13 9517/25
9518/1 9518/10
9518/22 9519/7
9521/13 9529/8
9532/25 9533/15
9533/23 9534/5 9535/1
9558/17 9558/18
9558/21 9558/25
9590/1 9590/9 9590/14
9597/20 9597/24
9598/15 9604/12
9604/17 9614/20
9663/22 9683/18
9685/8 9694/5 9694/9
9695/10 9697/23
9698/12 9713/5
9716/15 9718/13
9728/15 9728/19
9728/21 9728/24
9729/13 9730/17
9730/23 9730/25
9731/2 9731/7 9733/21
9733/23 9735/25
9745/19 9746/23
9747/3 9747/6 9747/6
9749/8 9749/18
9750/25 9751/24
9753/3 9753/13 9754/7
9754/13 9756/12
9759/15 9780/5
9780/16 9780/17
9782/20 9782/22
9782/25
**Mr. Caldwell's [22]**
9516/22 9517/8 9548/4
9550/7 9588/14 9589/2
9589/3 9589/25
9603/24 9604/5
9689/14 9689/15

**M**

Mr. Caldwell's... [10]
9689/17 9690/25
9697/19 9729/17
9733/22 9747/13
9748/16 9755/21
9759/10 9759/18
Mr. Crisp [25] 9507/21
9509/21 9514/8
9524/17 9525/11
9531/2 9591/1 9596/2
9599/25 9600/25
9601/15 9605/3 9610/9
9623/13 9632/10
9632/20 9633/12
9663/15 9671/13
9734/21 9740/25
9741/5 9743/25
9761/13 9835/22
Mr. Crowl [5] 9558/25
9616/6 9616/7 9693/19
9697/25
Mr. Dillon [4] 9552/1
9552/3 9552/10
9552/14
Mr. Dolan [1] 9507/16
Mr. Donovan [1]
9696/5
Mr. Eller [1] 9669/16
Mr. Fischer [27]
9516/17 9517/2 9525/2
9535/9 9598/3 9598/7
9599/15 9599/19
9599/23 9600/25
9601/9 9601/16
9604/23 9606/12
9663/18 9695/3
9732/11 9734/15
9735/21 9744/4
9753/16 9761/4
9832/15 9833/2 9834/2
Mr. Fischer's [3]
9535/1 9536/8 9595/9
Mr. Geyer [6] 9632/17
9632/21 9633/18
9663/24 9719/18
9744/1
Mr. Greene [4] 9700/5
9737/7 9739/21 9740/3
Mr. Hackett [1]
9550/17
Mr. Harrelson [4]
9555/14 9555/21
9779/23 9829/1
Mr. Kelly Meggs [1]
9550/5
Mr. Lazarus [5]
9636/16 9645/12
9647/22 9648/1
9658/21
Mr. Linder [2] 9715/9
9736/18
Mr. Meggs [26]
9550/18 9555/24
9556/2 9556/7 9557/12
9558/3 9585/19
9597/12 9597/12

9598/23 9631/19
9632/23 9653/4 9654/6
9654/20 9656/7
9662/12 9662/21
9663/12 9716/15
9716/17 9739/20
9779/23 9829/22
Mr. Meggs' [2] 9597/11
9599/13
Mr. Nestler [5] 9680/9
9689/1 9708/10
9718/13 9718/18
Mr. Parker [3] 9563/4
9563/5 9564/7
Mr. Rhodes [28]
9507/20 9526/13
9528/9 9528/25
9529/21 9529/23
9530/2 9530/4 9530/8
9530/12 9530/16
9534/6 9631/14
9631/19 9631/20
9631/21 9700/4 9737/7
9738/10 9739/15
9739/21 9740/3
9761/25 9762/4 9780/5
9828/11 9829/15
9832/8
Mr. Rhodes' [3]
9713/20 9720/2
9761/23
Mr. Shawn Pugh [1]
9746/2
Mr. Siniff [3] 9552/17
9552/25 9576/12
Mr. Stamey [5] 9730/9
9730/24 9749/8
9749/18 9753/3
Mr. Stamey's [2]
9729/19 9730/3
Mr. Vallejo [6] 9530/1
9530/6 9530/12
9530/14 9530/15
9530/20
Mr. Woodward [15]
9509/15 9527/16
9532/16 9533/7
9599/14 9604/25
9657/14 9657/16
9657/19 9661/17
9661/22 9663/9
9715/22 9719/14
9740/22
Mr. Young's [1]
9507/16
Mrs. [1] 9598/22
Ms [3] 9556/20 9582/4
9589/22
Ms. [149] 9508/8
9508/9 9508/12
9522/18 9534/14
9536/17 9536/18
9536/19 9537/7
9537/11 9539/9
9539/11 9539/13
9540/3 9540/21
9540/25 9541/17

9543/21 9546/13
9549/4 9552/25
9554/19 9555/24
9556/14 9556/21
9557/10 9560/6 9561/2
9561/24 9563/20
9563/25 9564/19
9564/23 9565/14
9565/14 9565/19
9566/21 9566/24
9567/11 9567/15
9567/24 9569/7 9570/6
9570/18 9570/21
9570/25 9572/11
9575/25 9577/7
9577/14 9578/3
9578/12 9578/25
9579/2 9579/6 9579/21
9581/4 9589/18 9591/1
9592/14 9593/3 9593/6
9593/9 9594/12 9595/5
9595/20 9597/11
9597/19 9599/14
9601/23 9602/1 9602/1
9602/21 9615/2 9615/4
9615/9 9616/3 9632/4
9633/23 9635/6
9635/14 9636/12
9636/15 9638/6
9644/19 9645/5 9646/1
9651/10 9658/4 9659/5
9661/13 9661/14
9664/9 9666/7 9666/10
9666/15 9666/18
9666/22 9667/6 9667/9
9667/15 9667/21
9668/16 9668/24
9669/5 9669/9 9669/13
9669/17 9670/14
9670/25 9671/5
9679/23 9684/12
9686/12 9690/11
9690/21 9690/22
9691/14 9692/13
9693/19 9695/9 9696/9
9696/16 9696/25
9697/25 9703/11
9704/10 9704/21
9707/8 9708/9 9709/18
9710/16 9711/13
9711/23 9712/9
9719/14 9737/21
9740/22 9762/14
9763/4 9780/6 9780/14
9780/15 9821/10
9821/21 9821/25
9829/11
Ms. Caldwell [1]
9591/1
Ms. Haller [9] 9599/14
9633/23 9636/12
9644/19 9645/5 9646/1
9659/5 9719/14
9740/22
Ms. Hughes [5]
9536/18 9575/25
9595/5 9602/1 9670/14

Ms. Kellye [1] 9673/2
Ms. Parker [1] 9615/9
Ms. Parker's [1]
9615/4
Ms. Rohde [47]
9539/11 9540/21
9541/17 9541/21
9542/9 9543/21
9546/13 9557/10
9563/25 9564/19
9565/14 9565/14
9566/21 9567/11
9567/15 9567/24
9569/7 9570/18
9570/21 9572/11
9577/7 9578/12
9578/25 9579/6
9579/21 9669/5
9669/13 9684/12
9686/12 9690/11
9690/21 9690/22
9691/14 9692/13
9696/9 9696/16
9703/11 9704/10
9704/21 9707/8 9708/9
9709/18 9710/16
9711/13 9712/9
9762/14 9763/4
Ms. Wallace [7] 9635/6
9635/14 9636/15
9638/6 9658/4 9661/13
9661/14
Ms. Watkins [72]
9508/8 9508/9 9508/12
9522/18 9534/14
9536/17 9536/19
9537/7 9537/11 9539/9
9539/13 9540/3
9540/25 9549/4
9552/25 9554/19
9555/24 9556/14
9556/21 9560/6 9561/2
9561/24 9563/20
9564/23 9565/19
9566/24 9570/6
9570/25 9577/14
9578/3 9579/2 9581/4
9589/18 9592/14
9593/3 9593/6 9593/9
9594/12 9601/23
9602/1 9602/21 9615/2
9616/3 9632/4 9651/10
9666/7 9666/10
9666/15 9666/18
9666/22 9667/6 9667/9
9667/15 9667/21
9668/16 9668/24
9669/9 9669/17
9670/25 9671/5
9679/23 9693/19
9695/9 9696/25
9697/25 9780/6
9780/14 9780/15
9821/10 9821/21
9821/25 9829/11
Ms. Watkins' [5]
9595/20 9597/11
9597/19 9664/9

MT [5] 9702/6 9702/7
9702/10 9702/11
9702/11
much [21] 9533/18
9595/7 9632/5 9680/7
9702/4 9708/10
9714/25 9735/18
9737/19 9764/17
9767/25 9775/6 9778/5
9779/7 9780/12
9780/23 9781/25
9793/21 9830/17
9831/22 9833/17
muffled [1] 9569/23
multiple [33] 9515/12
9515/20 9516/1 9516/3
9516/4 9518/11 9522/5
9522/21 9523/20
9526/22 9526/25
9528/1 9528/3 9531/15
9532/9 9532/10
9532/13 9534/11
9534/12 9549/16
9594/23 9594/24
9645/18 9666/7
9680/12 9698/1
9715/23 9716/7
9716/19 9716/21
9717/5 9759/24
9762/23
multiple-conspiracies
[2] 9515/12 9531/15
multiple-conspiracy
[3] 9526/22 9532/9
9534/12
munitions [1] 9621/15
must [80] 9512/5
9513/6 9513/7 9514/25
9516/1 9717/18 9735/4
9735/11 9741/24
9742/14 9742/16
9743/19 9747/17
9755/4 9758/24
9771/25 9772/8 9772/8
9773/5 9773/6 9775/16
9775/22 9776/5 9776/7
9779/24 9780/2
9783/10 9783/12
9787/8 9787/23 9790/9
9790/20 9791/8
9792/13 9792/17
9792/25 9793/3
9793/10 9796/3 9796/8
9797/15 9798/17
9798/21 9798/25
9799/6 9799/17
9799/20 9800/20
9800/25 9801/22
9802/4 9803/16 9804/3
9804/14 9804/16
9805/6 9805/21 9806/8
9806/16 9807/16
9808/16 9809/4
9809/21 9810/10
9812/1 9812/18 9813/3
9813/18 9814/4
9814/11 9815/3

9874

**M**

**must... [9]** 9815/22
9817/20 9819/19
9820/14 9823/12
9824/1 9824/9 9824/24
9825/17
**mutilated [1]** 9823/15
**mutual [4]** 9712/17
9790/22 9791/10
9791/16
**my [88]** 9508/4 9508/5
9517/17 9520/23
9521/5 9522/22 9523/6
9523/16 9526/21
9527/4 9527/8 9533/9
9533/25 9540/11
9541/4 9541/6 9542/24
9542/24 9548/6
9552/21 9561/1 9566/3
9566/3 9567/5 9568/16
9568/17 9569/3
9569/17 9571/6
9572/16 9574/25
9575/17 9577/10
9578/8 9580/16
9580/25 9581/2 9581/2
9584/18 9584/24
9592/18 9592/19
9592/21 9595/10
9595/17 9607/3 9611/6
9611/6 9611/6 9612/14
9613/10 9613/12
9614/10 9618/14
9618/25 9621/22
9622/22 9624/16
9625/24 9626/16
9631/14 9635/21
9636/25 9637/8
9638/18 9648/4 9659/2
9663/17 9676/15
9677/24 9688/15
9694/19 9716/11
9719/12 9719/21
9730/4 9746/6 9747/14
9752/22 9756/7
9757/14 9758/22
9767/3 9768/2 9769/23
9769/25 9770/8
9828/17
**myriad [1]** 9741/23
**myself [3]** 9509/11
9548/16 9747/11

**N**

**name [13]** 9510/7
9547/14 9550/14
9550/14 9565/23
9629/3 9635/9 9636/2
9690/24 9711/16
9715/15 9716/20
9772/9
**named [12]** 9547/6
9685/9 9685/14
9693/19 9694/17
9696/6 9696/11
9696/21 9696/25
9734/12 9754/20
9755/10

**names [3]** 9559/5
9559/5 9559/7 9736/1
9749/17
**naming [1]** 9697/24
**narrow [2]** 9741/6
9741/7
**National [1]** 9687/25
**natural [4]** 9706/9
9787/1 9803/22 9810/7
**nature [11]** 9527/12
9608/16 9674/9
9676/18 9679/3
9715/17 9773/3 9773/5
9793/1 9796/10
9804/10
**Navy [3]** 9577/19
9611/4 9612/12
**near [6]** 9611/9
9612/24 9684/20
9753/1 9762/24
9786/15
**necessarily [3]** 9747/9
9773/9 9795/19
**necessary [14]**
9561/21 9562/2 9667/3
9772/4 9787/8 9792/7
9793/23 9794/4
9795/11 9801/17
9801/19 9806/22
9807/7 9810/25
**neck [4]** 9580/22
9580/25 9581/2 9649/2
**need [44]** 9512/16
9536/8 9552/24 9564/4
9564/5 9588/4 9595/16
9596/10 9599/20
9608/15 9628/7 9634/2
9634/9 9650/17
9680/17 9687/18
9714/23 9731/11
9731/25 9734/12
9750/8 9759/7 9786/4
9786/5 9786/12
9787/10 9792/24
9794/1 9794/13 9795/1
9805/7 9808/19
9808/24 9811/19
9814/6 9814/8 9817/4
9821/25 9824/10
9827/2 9827/9 9830/22
9831/15 9836/16
**needed [13]** 9561/22
9562/3 9577/19 9578/8
9578/9 9585/2 9585/3
9585/11 9590/24
9611/7 9667/4 9671/7
9677/9
**needles [1]** 9539/7
**needs [6]** 9512/11
9594/10 9602/17
9700/17 9719/13
9808/14
**negated [3]** 9787/11
9805/9 9824/13
**negative [1]** 9529/25
**neglected [2]** 9624/24
9764/19
**negligence [1]** 9793/12

**neither [3]** 9581/6
9598/18 9756/22
**Nestler [8]** 9500/14
9506/13 9680/9 9689/1
9708/10 9718/13
9718/18 9765/6
**network [2]** 9522/15
9589/15
**neutral [1]** 9836/8
**never [25]** 9519/9
9533/5 9548/16
9556/19 9572/9
9573/15 9574/2
9589/17 9603/22
9604/18 9610/25
9611/21 9618/10
9631/10 9659/23
9661/4 9673/20
9730/23 9730/25
9751/21 9759/6 9759/6
9759/9 9759/12
9771/15
**new [10]** 9683/17
9685/7 9692/9 9693/19
9695/23 9697/24
9698/10 9698/16
9704/22 9743/19
**New Yorker [3]**
9693/19 9695/23
9697/24
**news [4]** 9573/19
9588/5 9677/6 9693/18
**next [21]** 9514/1
9515/6 9515/15 9536/4
9541/18 9542/8 9547/2
9644/2 9655/14
9685/17 9690/10
9693/24 9696/8
9696/15 9698/1 9708/7
9738/15 9763/15
9763/25 9792/13
9802/22
**nexus [3]** 9694/21
9694/24 9695/1
**NFA [1]** 9687/24
**nice [1]** 9767/2
**night [26]** 9507/13
9509/16 9515/15
9544/2 9544/6 9548/3
9558/9 9558/21 9559/3
9585/4 9585/11 9657/8
9671/10 9691/6
9691/10 9692/18
9692/18 9692/23
9693/5 9693/11 9694/6
9697/5 9697/21
9697/22 9698/5
9830/17
**nine [2]** 9588/15
9588/16
**nine-hour [1]** 9588/16
**NJ [1]** 9502/8
**no [178]** 9500/4 9506/8
9511/14 9516/11
9516/14 9516/17
9520/6 9520/24
9520/24 9522/12
9525/22 9529/22

9540/17 9541/5
9544/25 9548/9
9550/21 9550/21
9550/24 9553/4 9553/4
9562/9 9563/12 9571/2
9571/5 9573/18 9574/4
9575/15 9576/22
9577/20 9577/22
9578/5 9581/4 9581/22
9585/20 9585/22
9593/18 9594/7 9601/7
9604/4 9604/6 9605/1
9607/7 9608/20 9609/1
9609/3 9609/12 9610/2
9610/25 9611/21
9613/6 9613/16 9614/5
9614/19 9614/21
9617/5 9617/5 9617/18
9619/3 9619/10
9620/21 9624/17
9626/8 9627/11
9628/20 9629/11
9629/15 9629/17
9629/17 9631/5 9631/9
9631/11 9631/21
9631/21 9631/23
9632/2 9632/19 9633/3
9633/5 9634/16
9637/24 9639/11
9640/2 9641/20 9644/5
9644/15 9646/7 9660/5
9661/10 9661/12
9663/7 9666/21 9668/8
9669/24 9669/25
9670/13 9671/12
9671/23 9674/3 9675/6
9680/5 9682/23 9683/2
9686/20 9687/12
9688/6 9689/6 9694/13
9699/12 9700/10
9702/16 9702/25
9707/2 9708/2 9709/23
9709/25 9710/2 9710/4
9710/6 9710/9 9710/20
9711/9 9712/23
9718/22 9720/9 9720/9
9721/8 9721/9 9730/15
9730/18 9731/2 9732/4
9732/24 9735/11
9738/8 9738/21 9740/5
9740/14 9740/19
9740/23 9742/13
9743/23 9744/2
9745/18 9749/20
9750/16 9751/6
9753/10 9753/24
9754/6 9754/16
9755/22 9756/6 9758/7
9758/12 9759/3 9759/5
9760/9 9760/23
9761/19 9763/9
9764/14 9765/11
9765/12 9766/6
9767/19 9774/23
9776/1 9779/18
9786/18 9794/12
9794/23 9831/3

9835/20
**no tax [1]** 9761/19
**No. [1]** 9506/9
**nobody [3]** 9572/16
9581/6 9756/4
**nominations [1]**
9745/17
**non [1]** 9657/11
**non-clipped [1]**
9657/11
**none [7]** 9521/7
9521/14 9521/19
9573/3 9620/21
9626/16 9833/19
**nonsense [1]** 9608/10
**normal [1]** 9594/21
**North [15]** 9501/15
9516/14 9516/20
9517/9 9518/10 9519/7
9525/14 9528/24
9529/8 9532/25 9533/6
9733/14 9733/19
9733/25 9736/5
**North Carolina [13]**
9516/14 9516/20
9517/9 9518/10
9525/14 9528/24
9529/8 9532/25 9533/6
9733/14 9733/19
9733/25 9736/5
**northeast [2]** 9738/19
9739/16
**nose [2]** 9621/23
9623/24
**not [427]**
**notation [1]** 9702/13
**note [3]** 9512/16
9623/10 9771/10
**note-taker's [1]**
9771/10
**notebooks [1]** 9771/2
**noted [1]** 9586/21
**notes [14]** 9507/19
9541/12 9541/20
9541/22 9651/7
9672/19 9672/20
9672/21 9672/22
9673/15 9771/2 9771/5
9771/8 9771/9
**nothing [13]** 9522/25
9523/1 9592/17
9604/21 9631/11
9679/15 9707/21
9747/5 9750/17
9759/17 9761/1
9762/21 9784/24
**notice [9]** 9541/14
9555/20 9581/25
9609/16 9609/17
9734/20 9734/24
9741/15 9783/9
**notification [1]**
9568/12
**notified [1]** 9787/20
**notion [2]** 9527/25
9532/4
**Notwithstanding [1]**

**N**

Notwithstanding... [1] 9780/24

November [26] 9500/5 9509/17 9509/22 9509/22 9509/23 9538/11 9540/8 9541/4 9543/4 9543/24 9543/25 9544/19 9544/20 9545/8 9545/18 9546/15 9547/2 9592/18 9598/24 9599/1 9608/10 9608/25 9733/12 9785/22 9797/5 9837/7

November 14th [1] 9546/15

November 16th [1] 9538/11

November 9th [4] 9543/24 9543/25 9544/20 9733/12

now [129] 9512/3 9513/22 9520/18 9520/18 9530/23 9538/11 9539/20 9539/25 9543/4 9543/24 9544/17 9549/4 9549/16 9550/4 9550/8 9551/7 9554/1 9555/12 9557/10 9559/7 9559/15 9562/15 9563/20 9563/21 9564/16 9564/23 9567/17 9568/21 9568/22 9569/9 9569/11 9569/22 9570/6 9570/8 9572/10 9573/4 9578/15 9579/2 9581/10 9581/18 9584/1 9584/10 9584/17 9585/1 9585/23 9591/11 9594/12 9594/19 9597/22 9612/22 9615/9 9617/12 9618/24 9619/7 9619/22 9621/3 9624/3 9632/10 9634/1 9638/14 9639/19 9643/24 9647/21 9647/25 9648/5 9652/17 9653/14 9656/5 9664/23 9671/4 9671/6 9678/23 9684/6 9685/7 9686/22 9687/5 9687/17 9690/10 9697/4 9697/8 9697/10 9700/9 9702/6 9703/10 9705/15 9705/19 9706/15 9710/12 9711/21 9711/25 9713/25 9714/21 9714/21 9716/8 9721/7 9721/15 9728/22 9732/22 9737/11

9756/9 9749/12 9761/8 9761/23 9763/7 9763/25 9765/13 9765/15 9765/25 9766/18 9767/3 9767/4 9768/12 9769/17 9769/18 9771/11 9772/4 9773/1 9778/1 9782/1 9785/20 9787/14 9789/18 9790/17 9797/3 9798/2 9799/15 9811/5 9827/13 9830/8

Ns [1] 9759/24
NT [1] 9700/12
nullification [1] 9712/17
number [31] 9540/11 9554/6 9554/7 9555/18 9555/20 9557/17 9583/21 9589/2 9589/3 9590/2 9598/11 9598/13 9627/15 9627/16 9661/22 9689/17 9702/19 9702/20 9702/20 9702/24 9703/4 9703/5 9703/6 9716/18 9729/20 9752/7 9762/3 9773/10 9773/14 9773/15 9801/5
numbers [2] 9782/19 9836/11
numerous [4] 9543/8 9549/5 9659/13 9661/3
NW [3] 9500/17 9502/3 9503/4

**O**

o'clock [1] 9714/22
Oak [2] 9501/3 9501/7
oath [35] 9509/2 9509/2 9509/7 9528/24 9529/2 9529/23 9537/7 9538/15 9544/10 9546/11 9566/18 9572/22 9583/4 9583/6 9584/2 9584/3 9586/5 9586/21 9589/13 9604/4 9605/12 9629/20 9634/5 9661/7 9665/9 9681/3 9713/17 9733/19 9736/5 9740/6 9740/7 9778/25 9785/8 9785/10 9801/5
Oath Keeper [2] 9509/2 9509/7
Oath Keepers [22] 9528/24 9529/2 9529/23 9538/15 9546/11 9566/18 9572/22 9584/2 9584/3 9586/5 9586/21 9589/13 9604/4 9605/12 9629/20 9661/7 9713/17 9736/5 9740/6 9740/7 9785/8 9785/10

Obama [3] 9606/25 9607/1
Obama Care [3] 9606/4 9606/25 9607/1
obey [1] 9556/11
object [19] 9515/9 9519/8 9622/2 9622/5 9644/1 9651/2 9694/20 9717/6 9717/7 9735/16 9735/19 9775/18 9790/13 9790/15 9792/3 9792/12 9798/5 9798/7 9823/15
object's [1] 9823/19
objected [2] 9610/5 9775/13
objecting [1] 9775/15
objection [54] 9525/8 9540/17 9544/25 9548/19 9548/21 9563/12 9584/14 9585/5 9602/14 9604/13 9604/20 9607/20 9614/4 9614/13 9621/24 9626/23 9636/11 9637/22 9637/24 9641/19 9641/20 9642/16 9644/4 9644/5 9646/6 9656/11 9656/14 9668/8 9670/13 9677/15 9678/13 9679/7 9679/13 9683/2 9689/6 9693/25 9699/12 9707/2 9708/14 9711/9 9732/2 9732/5 9732/23 9735/13 9739/2 9745/22 9747/22 9751/7 9753/12 9756/14 9775/21 9776/4 9831/1 9832/21
objections [6] 9511/15 9614/4 9614/11 9646/7 9768/14 9775/16
objective [8] 9518/13 9524/20 9528/1 9528/10 9531/4 9791/12 9793/11 9796/16
objectives [8] 9790/24 9791/5 9791/7 9792/16 9792/22 9795/14 9796/2 9796/5
objects [2] 9798/9 9812/13
obligated [1] 9765/24
obligation [1] 9778/22
observations [1] 9516/9
observe [4] 9581/14 9581/16 9669/9 9776/21
observed [1] 9661/9
observing [2] 9615/22 9793/16
obstruct [22] 9574/4 9785/25 9788/13

9789/21 9790/6 9802/2 9802/3 9803/6 9803/21 9803/24 9804/20 9811/7 9817/7 9817/24 9819/13 9821/11 9824/10 9824/12 9827/6 9827/24
obstructed [4] 9803/19 9811/6 9818/6 9826/17
obstructing [18] 9573/12 9574/3 9802/8 9802/23 9803/3 9803/16 9804/24 9817/20 9819/11 9819/15 9819/18 9819/23 9820/1 9820/8 9820/18 9821/21 9828/16 9828/24
obstruction [43] 9534/25 9666/12 9788/21 9789/10 9802/13 9805/7 9805/9 9805/13 9805/14 9805/16 9805/18 9805/20 9805/24 9806/2 9806/7 9806/14 9806/18 9807/1 9807/14 9807/20 9807/23 9808/7 9808/11 9809/9 9810/9 9811/8 9811/15 9811/18 9822/5 9823/2 9823/11 9824/17 9824/19 9824/23 9825/3 9825/6 9825/13 9825/20 9825/23 9826/8 9826/12 9826/24
obstructs [1] 9805/1
obtain [1] 9751/24
obtaining [1] 9789/17
obviously [5] 9518/24 9528/5 9600/12 9677/22 9716/25
occasion [1] 9782/2
occupied [1] 9617/12
occurred [8] 9670/8 9673/7 9673/10 9737/3 9764/1 9764/9 9783/18 9828/5
October [3] 9611/4 9612/2 9612/6
off [28] 9510/5 9511/8 9524/12 9525/14 9525/19 9528/25 9554/11 9554/25 9582/15 9588/22 9615/11 9621/1 9628/4 9669/2 9680/21 9681/17 9689/3 9736/9 9739/11 9742/10 9742/22 9743/11 9745/3 9745/10 9750/20 9757/14 9767/19 9835/24
offense [96] 9536/2 9771/20 9771/22

9772/1 9772/1
9785/20 9785/24 9786/13 9786/15 9798/3 9799/24 9803/8 9803/10 9803/12 9803/13 9803/14 9804/3 9805/25 9807/2 9807/4 9807/5 9807/15 9807/16 9807/21 9808/3 9808/7 9808/11 9808/13 9808/16 9808/18 9808/21 9808/23 9809/10 9809/14 9809/18 9809/23 9810/4 9810/6 9810/6 9810/15 9810/18 9810/19 9810/21 9810/23 9811/6 9811/10 9811/13 9811/14 9811/18 9813/11 9813/13 9815/8 9815/21 9816/3 9816/7 9816/11 9816/14 9816/17 9816/21 9816/23 9817/1 9817/5 9817/12 9817/13 9817/14 9817/16 9817/18 9819/24 9820/13 9820/22 9821/1 9821/5 9821/7 9821/10 9821/16 9821/19 9821/21 9822/1 9823/5 9823/7 9824/1 9825/4 9825/15 9825/22 9826/3 9826/7 9826/12 9826/16 9826/20 9826/22 9826/24 9827/3 9827/5 9827/9 9827/10 9827/7 9827/9 9827/10
offenses [8] 9536/3 9778/2 9786/11 9789/24 9790/1 9790/5 9794/15 9825/1
offensive [2] 9784/10 9784/15
offer [2] 9595/8 9661/5
offered [1] 9775/15
offering [1] 9805/3
offhand [1] 9630/19
office [6] 9500/16 9636/10 9648/9 9760/11 9760/19 9760/21
officer [33] 9581/10 9620/19 9621/5 9636/9 9636/19 9637/4 9639/6 9640/9 9640/18 9640/20 9640/25 9641/1 9642/15 9642/18 9642/21 9644/14 9644/19 9645/13 9659/16 9660/3 9660/7 9660/13 9660/19 9661/4 9661/7 9661/8 9696/22 9760/25 9779/14 9779/21 9786/1 9818/2

**officer... [1]** 9818/24
**Officer Dunn [9]**
9641/1 9642/18
9659/16 9660/3 9660/7
9660/19 9661/4 9661/7
9661/8
**Officer Lazarus [6]**
9640/9 9640/18
9640/20 9642/21
9644/14 9645/13
**Officer Owens [1]**
9581/10
**officer's [1]** 9779/16
**officers [35]** 9579/24
9580/5 9580/8 9580/14
9581/8 9583/15
9583/17 9583/19
9583/20 9617/4 9617/5
9618/9 9618/12
9620/25 9621/4
9667/11 9760/16
9760/18 9789/5 9789/7
9817/8 9817/20
9817/25 9818/2 9818/2
9819/11 9819/13
9819/15 9819/18
9819/23 9820/1 9820/9
9820/19 9821/12
9821/22
**official [70]** 9503/3
9551/19 9573/12
9573/16 9574/3
9666/13 9679/24
9785/25 9788/13
9788/15 9788/22
9789/5 9789/21 9790/6
9802/2 9802/3 9802/8
9802/13 9802/23
9803/3 9803/7 9803/16
9803/20 9803/21
9803/24 9804/1 9804/2
9804/4 9804/6 9804/20
9805/7 9805/13
9805/14 9805/16
9805/18 9805/20
9805/24 9806/2 9806/7
9806/14 9806/19
9807/1 9807/14
9807/20 9807/24
9808/8 9808/11
9809/19 9810/2
9810/10 9811/7 9811/7
9811/8 9811/15
9811/18 9818/3
9819/12 9820/10
9820/20 9821/13
9821/23 9823/20
9824/2 9824/4 9824/10
9827/24 9828/16
9828/25
**officially [1]** 9541/13
**often [2]** 9523/22
9807/5
**oftentimes [1]** 9674/14
**oh [13]** 9598/9 9598/24
9630/23 9631/21

9651/AP19 9493/3
9714/16 9729/9 9735/1
9749/20 9753/25
9835/20 9836/3
**Ohio [14]** 9551/11
9551/18 9553/6 9553/9
9553/17 9556/9
9585/23 9586/1
9586/10 9587/6
9588/11 9588/13
9696/21 9696/22
**Ohio State [1]** 9696/22
**Ohio State Regular [1]**
9551/18
**Ohio-based [1]**
9696/21
**OK [2]** 9550/14
9554/20
**OK FL D.C. Op Jan.**
**6th [1]** 9554/20
**OK Gator 1 [1]**
9550/14
**okay [272]** 9506/25
9507/1 9507/8 9507/11
9507/25 9508/7
9509/19 9510/13
9511/1 9511/12
9511/16 9513/12
9513/12 9515/10
9520/4 9525/13
9527/15 9532/6
9532/14 9534/4
9535/24 9536/10
9538/23 9539/23
9545/6 9545/16
9550/10 9553/5
9557/24 9559/18
9561/7 9564/11
9565/13 9566/20
9567/10 9568/9 9569/5
9570/5 9570/16 9573/5
9574/5 9574/6 9576/14
9576/24 9582/23
9584/16 9588/11
9590/23 9597/14
9597/17 9599/12
9599/18 9599/18
9599/25 9601/9 9602/5
9602/9 9602/19 9603/2
9603/9 9603/15 9604/2
9604/22 9605/2
9605/23 9606/6
9606/14 9606/24
9607/16 9610/3 9611/1
9611/10 9611/14
9611/19 9611/25
9612/5 9613/1 9613/4
9613/17 9614/3
9614/16 9615/12
9615/25 9616/15
9616/25 9617/22
9618/1 9619/11
9619/18 9619/25
9620/17 9621/2
9621/16 9625/8 9626/6
9626/8 9626/20
9626/24 9627/1 9628/1
9629/9 9629/18

9629/25 9630/7
9630/23 9632/10
9632/20 9632/23
9633/6 9633/10
9634/21 9635/13
9636/4 9636/13
9636/21 9637/12
9637/15 9638/18
9638/19 9639/1
9639/13 9639/23
9640/3 9640/10
9640/15 9640/21
9641/3 9641/7 9641/13
9641/16 9642/7
9642/12 9642/22
9643/23 9644/4
9645/10 9645/12
9645/21 9646/19
9647/5 9647/9 9647/21
9648/11 9648/14
9648/17 9649/4
9649/11 9649/14
9649/21 9649/25
9650/6 9650/12 9651/4
9651/18 9652/2 9652/6
9652/24 9653/3
9653/17 9654/3 9656/4
9657/10 9658/4
9658/15 9658/24
9659/3 9659/20
9659/25 9660/16
9661/2 9661/14
9661/20 9662/14
9663/14 9663/23
9664/3 9665/10 9666/1
9672/7 9672/11
9672/18 9673/25
9674/24 9678/6 9679/8
9680/6 9680/12
9681/16 9683/3
9683/16 9686/9
9686/21 9689/21
9695/17 9697/8
9697/13 9701/4 9702/5
9708/15 9711/8
9713/18 9714/18
9715/9 9718/8 9718/12
9718/16 9718/23
9719/10 9719/20
9720/11 9735/9 9736/8
9736/10 9736/14
9737/8 9738/17 9739/7
9739/19 9740/11
9740/24 9741/16
9741/18 9742/1 9742/7
9742/21 9743/17
9743/22 9744/13
9744/21 9745/12
9746/12 9746/21
9747/1 9747/20
9747/24 9748/6
9748/10 9749/4
9749/21 9750/8
9750/21 9752/13
9753/2 9753/25 9754/1
9754/9 9755/8 9755/15
9756/2 9756/10 9757/3
9758/13 9758/23

9761/22 9765/2 9765/9
9766/19 9767/13
9767/16 9767/24
9768/6 9768/10
9768/25 9801/24
9827/12 9830/1
9830/21 9831/24
9832/5 9834/18
**old [7]** 9577/18 9611/4
9612/12 9621/23
9623/23 9696/20
9757/5
**Olive [1]** 9712/1
**Olive Garden [1]**
9712/1
**omissions [1]** 9784/1
**omitted [2]** 9567/3
9786/21
**once [14]** 9525/17
9560/1 9574/7 9584/1
9585/23 9586/9 9670/7
9682/11 9688/1 9714/9
9796/15 9796/18
9830/13 9832/22
**one [162]** 9507/19
9508/4 9509/15
9509/18 9511/25
9512/22 9512/25
9514/16 9514/18
9516/6 9516/9 9516/11
9516/14 9517/7
9519/16 9519/23
9520/10 9522/7
9523/18 9523/22
9525/5 9525/10
9525/17 9525/22
9526/15 9527/22
9527/23 9527/23
9528/11 9528/17
9528/17 9528/21
9530/15 9530/17
9531/10 9531/14
9532/20 9535/13
9535/14 9541/12
9548/6 9548/25
9549/10 9549/23
9551/22 9552/6
9555/18 9555/19
9559/7 9559/23
9562/16 9564/24
9565/2 9580/9 9581/11
9581/11 9582/1
9593/20 9598/1
9598/11 9598/13
9600/1 9603/25
9609/19 9612/19
9613/13 9614/17
9621/22 9623/23
9624/13 9624/14
9626/15 9632/24
9633/24 9641/10
9641/14 9648/16
9648/20 9650/14
9650/19 9654/20
9654/25 9655/2
9670/11 9670/19
9674/25 9675/24

9676/12
9678/10 9679/20
9679/23 9680/3
9684/20 9685/4
9686/13 9690/2
9690/25 9692/2 9700/9
9701/10 9717/5 9719/4
9719/5 9719/8 9719/22
9728/11 9730/7
9733/17 9734/18
9735/20 9736/1 9737/1
9744/16 9750/21
9752/25 9754/21
9755/6 9755/9 9756/2
9757/2 9757/15 9758/4
9759/7 9767/3 9768/19
9769/6 9772/7 9773/1
9773/14 9775/5
9792/12 9794/7 9797/7
9797/8 9797/19
9797/24 9798/7 9798/9
9798/14 9798/18
9798/19 9799/6 9799/9
9802/7 9802/18
9808/22 9811/15
9812/3 9817/2 9817/24
9818/18 9821/24
9822/20 9827/8
9830/23 9831/5 9831/6
9832/9 9833/1 9833/12
9834/7
**one second [1]**
9686/13
**ones [2]** 9511/6
9831/15
**ongoing [1]** 9737/10
**online [4]** 9608/14
9681/24 9682/2
9695/23
**only [63]** 9507/19
9507/20 9508/12
9508/18 9509/18
9510/19 9522/14
9526/12 9528/17
9528/21 9528/22
9535/7 9551/22 9552/4
9552/6 9572/25
9606/21 9607/17
9607/24 9608/2
9626/14 9627/17
9627/17 9650/14
9652/22 9661/6
9716/25 9717/16
9728/11 9728/19
9728/21 9728/24
9731/12 9731/13
9739/25 9743/10
9749/23 9755/7 9771/5
9772/4 9773/6 9773/17
9774/8 9782/13
9782/16 9782/20
9782/22 9782/24
9783/10 9783/16
9783/21 9784/1 9784/4
9785/17 9794/6 9794/6
9794/24 9799/2 9799/4
9808/22 9811/1
9812/25 9814/19

**op [7]** 9554/20 9555/2
9555/13 9707/21
9711/20 9712/13
9762/20

**op tomorrow [1]**
9555/2

**open [21]** 9561/1
9561/14 9561/20
9577/3 9596/16
9600/19 9610/19
9623/18 9633/11
9634/22 9658/2
9664/18 9679/12
9695/14 9700/24
9714/19 9720/1
9736/11 9754/10
9800/21 9830/11

**opened [8]** 9561/13
9578/8 9620/7 9620/9
9620/14 9620/16
9714/1 9715/11

**opening [3]** 9705/21
9714/8 9830/15

**opens [2]** 9582/19
9713/13

**operating [6]** 9512/19
9531/17 9531/18
9531/19 9531/20
9531/21

**operation [3]** 9624/11
9754/23 9818/22

**operational [2]**
9662/10 9662/13

**opinion [9]** 9770/20
9780/15 9780/16
9781/16 9781/19
9781/19 9781/21
9781/21 9781/23

**opinions [2]** 9781/8
9781/10

**opportunity [8]** 9596/8
9598/17 9609/25
9610/4 9672/14 9673/2
9734/6 9776/21

**oppose [14]** 9512/5
9513/8 9514/24 9515/1
9606/3 9788/1 9797/8
9797/13 9799/2 9799/9
9799/16 9799/18
9827/16 9827/21

**opposed [2]** 9606/22
9834/3

**opposing [4]** 9607/18
9788/8 9797/19 9798/9

**opposite [2]** 9530/3
9773/16

**opposition [2]** 9622/24
9799/22

**opted [1]** 9607/2

**option [2]** 9705/22
9706/1

**options [2]** 9705/20
9706/20

**oral [2]** 9768/21 9791/2

**orally [1]** 9830/5

**order [31]** 9506/6
9508/11 9508/11

**order [2]** 9600/20
9694/22 9719/2 9749/5
9749/16 9797/12
9802/2 9803/15
9805/19 9807/13
9810/9 9811/13
9811/24 9813/16
9815/1 9815/20
9816/24 9817/19
9819/17 9820/12
9821/19 9823/10
9824/22 9825/14
9826/22 9836/5 9836/6

**ordered [1]** 9776/4

**orderly [1]** 9770/1

**orders [1]** 9750/25

**ordinarily [1]** 9786/17

**ordinary [1]** 9801/12

**organization [2]**
9785/8 9785/11

**organize [1]** 9712/18

**organized [1]** 9766/7

**organizer [2]** 9730/6
9752/23

**organizing [1]** 9587/20

**orient [4]** 9615/13
9641/16 9647/14
9655/14

**origin [1]** 9770/14

**original [7]** 9656/21
9656/24 9657/3 9657/4
9705/10 9811/1 9811/2

**originally [1]** 9605/17

**Orlando [3]** 9760/13
9760/14 9760/20

**Orlando Police
Department [1]**
9760/14

**Osorio [1]** 9522/15

**OSRM [2]** 9605/25
9606/3

**OTD [1]** 9754/23

**other [156]** 9509/7
9509/7 9509/12
9510/17 9512/22
9515/14 9516/19
9517/1 9517/5 9518/14
9518/18 9519/6
9519/25 9520/2 9520/6
9520/12 9521/15
9521/20 9522/13
9523/8 9523/14 9525/5
9525/5 9525/7 9525/19
9528/23 9529/9
9529/23 9530/21
9530/24 9531/9
9531/21 9531/25
9532/19 9534/4
9534/21 9535/14
9535/23 9535/25
9536/3 9551/4 9551/25
9555/19 9558/19
9559/2 9586/5 9586/21
9589/13 9592/17
9594/11 9600/1 9604/1
9621/8 9626/6 9627/10
9629/20 9629/23
9634/17 9640/16

**other [2]** 9600/21
9669/1 9669/2 9677/25
9678/5 9687/3 9687/4
9687/24 9692/5 9692/6
9698/2 9701/14 9706/6
9715/19 9718/22
9720/11 9720/12
9728/20 9730/2 9730/2
9730/17 9731/22
9731/23 9734/18
9735/20 9737/23
9738/3 9738/6 9738/25
9740/1 9745/15 9747/2
9747/2 9747/5 9749/1
9749/8 9749/18 9751/2
9751/14 9752/20
9757/2 9758/4 9760/16
9762/23 9771/23
9773/16 9774/15
9775/14 9776/9
9776/24 9777/16
9778/22 9779/2
9779/15 9780/11
9780/21 9781/3 9781/5
9781/12 9781/22
9781/24 9782/17
9783/3 9783/22 9784/7
9784/14 9784/17
9784/20 9785/13
9786/10 9786/22
9787/25 9788/20
9789/15 9792/4 9793/5
9793/12 9793/21
9794/5 9794/7 9795/10
9797/19 9799/6 9802/7
9805/4 9809/5 9811/19
9812/4 9817/5 9818/19
9822/1 9823/15 9827/3
9827/10 9828/9

**other's [1]** 9691/17

**others [60]** 9508/16
9509/7 9516/18
9517/25 9522/19
9526/25 9530/20
9533/12 9540/7
9565/20 9603/7 9608/2
9649/16 9654/25
9658/10 9730/18
9751/24 9794/24
9803/7 9806/25
9807/15 9807/19
9807/25 9808/6
9808/10 9808/15
9808/18 9809/23
9813/10 9813/15
9815/18 9815/21
9815/25 9816/5
9816/10 9816/13
9816/20 9817/13
9817/18 9820/7
9820/13 9820/17
9820/24 9821/4 9821/7
9821/14 9822/8 9823/5
9823/9 9824/7 9825/12
9825/16 9825/19
9826/1 9826/6 9826/11
9827/6 9828/12
9829/15 9836/11

**ought [2]** 9508/17
9830/23

**our [47]** 9515/14
9520/13 9534/14
9547/25 9555/2
9558/12 9573/22
9583/7 9584/11
9584/22 9585/2
9596/11 9597/25
9601/4 9608/6 9611/15
9625/11 9627/24
9627/24 9628/25
9630/13 9637/3 9645/3
9663/13 9671/7
9684/18 9684/21
9684/23 9694/15
9708/14 9709/6
9711/24 9714/21
9716/14 9716/17
9717/4 9717/22
9754/21 9755/6
9763/25 9766/13
9766/15 9785/11
9831/8 9834/14
9834/15 9836/14

**ours [1]** 9831/7

**ourselves [1]** 9627/19

**out [104]** 9511/21
9513/9 9516/7 9519/2
9519/16 9519/24
9520/12 9522/8 9529/4
9532/11 9532/21
9541/17 9547/8
9552/17 9552/23
9554/4 9555/24
9555/25 9558/8 9558/9
9567/5 9568/17
9568/23 9571/25
9573/21 9574/8 9582/1
9584/3 9588/4 9589/21
9594/9 9608/4 9609/2
9610/21 9612/13
9612/14 9613/5 9613/9
9614/1 9614/6 9617/20
9622/11 9624/19
9625/19 9630/3
9630/14 9631/11
9631/24 9634/3
9637/13 9645/16
9648/8 9650/6 9663/19
9670/7 9670/9 9675/1
9675/7 9677/15
9678/13 9693/15
9694/8 9694/16
9696/19 9718/5
9718/20 9720/5
9720/10 9730/9
9730/11 9733/2
9733/22 9734/3 9735/6
9735/7 9746/3 9746/8
9748/8 9748/24 9751/6
9752/4 9752/17
9752/18 9755/13

**ought [2]** 9508/17 ... (see above)

**outcome [2]** 9776/23
9780/10

**outgoing [1]** 9702/13

**outset [1]** 9794/14

**outside [6]** 9529/15
9584/1 9594/6 9679/1
9715/7 9731/16

**outstanding [1]**
9718/23

**outweigh [1]** 9695/8

**outweighed [1]**
9781/22

**over [24]** 9513/17
9518/24 9527/9
9580/22 9591/3
9591/16 9599/24
9614/14 9624/22
9654/19 9669/2
9669/10 9679/25
9698/1 9711/23
9718/22 9730/24
9731/15 9732/17
9737/12 9738/19
9744/1 9746/18 9775/5

**overall [1]** 9790/24

**overarching [1]**
9530/24 9532/3

**overcoat [1]** 9649/5

**overlay [1]** 9619/8

**overnight [1]** 9515/17

**overruled [8]** 9548/23
9584/15 9585/6 9607/6
9614/5 9614/13
9677/16 9739/5

**overrun [1]** 9541/23

**overturn [1]** 9539/3

**owe [3]** 9709/8
9761/18 9835/23

**Owens [1]** 9581/10

**own [27]** 9524/13
9525/20 9529/10
9530/2 9530/6 9531/17
9531/19 9531/20
9548/18 9548/18
9549/1 9549/1 9549/2
9549/14 9549/14
9685/25 9688/3 9708/4
9758/6 9758/14
9758/20 9758/21
9763/11 9770/23
9771/7 9771/10 9780/5

**owner [1]** 9696/21

**ownership [1]** 9760/3

**P**

**P.A [1]** 9502/12

**p.m [49]** 9543/25
9554/25 9555/7
9566/24 9569/12
9571/18 9571/23

**p.m...** [42] 9636/16
9636/19 9637/7 9637/8
9638/23 9640/12
9640/23 9645/20
9647/17 9647/18
9649/20 9649/24
9650/1 9650/10
9654/10 9654/15
9655/16 9656/2
9667/18 9667/19
9668/15 9668/17
9690/9 9697/22 9700/6
9703/20 9703/23
9707/23 9708/5 9728/6
9728/6 9739/13
9762/20 9763/7
9763/16 9763/20
9764/9 9764/10 9769/4
9769/4 9800/25
9836/24
**PA** [1] 9501/15
**pack** [1] 9627/23
**Padilla** [1] 9522/11
**page** [41] 9507/15
9507/16 9507/17
9507/18 9511/18
9511/25 9513/18
9533/9 9535/6 9535/21
9539/17 9539/20
9539/21 9539/25
9540/2 9540/21
9541/18 9542/8
9543/21 9546/24
9554/15 9555/11
9575/6 9575/7 9577/7
9689/11 9689/13
9689/22 9689/23
9690/10 9690/20
9691/13 9691/24
9692/13 9693/24
9696/8 9696/15
9709/17 9710/15
9751/22 9761/17
**page 11** [1] 9507/16
**page 1666** [1] 9533/9
**page 17** [1] 9546/24
**page 24** [1] 9513/18
**page 74** [1] 9554/15
**page 84** [1] 9555/11
**pages** [3] 9507/14
9539/10 9833/21
**paid** [2] 9575/18
9709/7
**pain** [1] 9579/13
**paint** [1] 9545/25
**painted** [5] 9590/3
9590/4 9590/5 9590/18
9590/25
**paintings** [1] 9626/2
**Palian** [9] 9517/24
9526/1 9603/7 9729/16
9733/15 9748/21
9748/24 9753/22
9754/2
**Palian's** [2] 9533/8
9733/10
**palletized** [1] 9546/5

**pants** [1] 9536/12
9601/11 9680/23
9736/12 9769/11
**pansy** [1] 9832/25
**papers** [1] 9778/13
**paperwork** [1] 9688/1
**paragraph** [9] 9513/24
9515/6 9696/18
9732/18 9752/3 9752/4
9752/17 9752/17
9769/6
**paragraphs** [1]
9732/20
**parallel** [2] 9515/5
9515/5
**paramedics** [1]
9583/25
**pardon** [2] 9545/14
9667/14
**Park** [1] 9502/3
**Parker** [13] 9551/11
9551/13 9553/17
9560/16 9562/17
9563/4 9563/5 9563/22
9564/4 9564/7 9584/19
9615/9 9629/7
**Parker's** [1] 9615/4
**Parler** [1] 9696/23
**part** [22] 9514/18
9517/3 9520/21 9521/1
9523/3 9526/24
9552/11 9554/4 9586/2
9586/3 9607/8 9693/19
9696/1 9699/20 9721/1
9751/23 9773/3 9776/1
9792/21 9794/1
9808/20 9811/1
**partially** [1] 9781/23
**participant** [2] 9509/4
9796/13
**participants** [6] 9516/5
9519/15 9522/6
9522/16 9791/21
9794/3
**participate** [2] 9521/1
9665/18
**participated** [9]
9516/24 9519/20
9528/3 9778/2 9792/14
9794/8 9797/6 9802/1
9809/22
**participation** [3]
9524/4 9808/14
9822/21
**particular** [20] 9508/18
9528/7 9531/8 9587/15
9620/13 9631/7 9730/6
9752/23 9771/20
9771/24 9775/6
9782/16 9783/12
9786/6 9792/25
9796/22 9811/13
9816/24 9821/19
9826/22
**particularly** [4]
9507/19 9585/8
9767/11 9836/1
**parties** [9] 9606/9

9731/23 9766/21
9773/21 9773/22
9778/1 9830/7
**parties'** [2] 9765/14
9766/3
**parts** [9] 9516/7
9519/17 9519/24
9522/8 9529/4 9532/22
9783/16 9783/18
9808/23
**party** [4] 9544/6
9775/17 9784/4 9784/4
**passed** [1] 9806/10
**password** [1] 9588/25
**past** [1] 9701/5
**pat** [1] 9547/6
**path** [1] 9712/16
**patients** [1] 9621/22
**patriots** [10] 9542/15
9544/10 9565/6
9567/17 9568/13
9608/23 9693/6 9708/3
9711/22 9763/10
**Patrol** [1] 9541/23
**Paul** [8] 9684/8 9691/2
9691/3 9691/6 9729/18
9730/16 9732/3 9752/6
**Paul Stamey** [7]
9691/2 9691/3 9691/6
9729/18 9730/16
9732/3 9752/6
**Paul Stamey's** [1]
9684/8
**pause** [28] 9534/23
9562/15 9563/2
9563/18 9565/17
9567/14 9567/23
9569/9 9570/23
9571/10 9579/21
9614/24 9617/11
9618/6 9618/22
9637/21 9638/20
9647/21 9654/19
9668/22 9669/8
9680/22 9686/12
9704/9 9714/17
9734/16 9762/17
9769/10
**paused** [3] 9514/10
9514/17 9570/6
**pay** [7] 9575/19
9577/15 9612/13
9688/2 9709/2 9709/3
9758/16
**paycheck** [1] 9612/14
**paying** [3] 9617/23
9617/25 9619/1
**PD** [1] 9760/20
**peace** [3] 9543/1
9625/7 9768/13
**Peace Monument** [1]
9625/7
**peaceful** [1] 9609/7
**penal** [1] 9508/14
**Pence** [6] 9573/19
9573/24 9614/7
9614/12 9707/21

**pending** [2] 9804/2
9823/25
**penetrate** [2] 9757/18
9757/19
**Pentagon** [1] 9684/21
**people** [68] 9525/14
9526/24 9527/11
9528/5 9531/16
9531/18 9532/2
9547/24 9548/7
9550/11 9550/12
9550/15 9550/21
9558/19 9559/2
9559/11 9561/22
9562/3 9563/8 9568/24
9572/24 9572/25
9580/4 9580/6 9580/7
9580/14 9581/11
9581/19 9583/3
9587/15 9588/9 9593/4
9608/16 9620/25
9621/13 9625/16
9625/24 9625/25
9629/11 9629/13
9629/19 9629/23
9643/1 9648/8 9655/2
9667/4 9667/11
9673/15 9681/19
9684/17 9701/14
9716/23 9731/13
9738/1 9739/1 9739/10
9740/1 9740/16 9749/8
9749/18 9757/9
9760/15 9776/24
9789/16 9801/16
9807/7 9818/12
9833/17
**people's** [2] 9517/20
9709/1
**pepper** [3] 9580/18
9580/23 9581/7
**per** [3] 9731/15
9755/21 9760/13
**percent** [8] 9517/15
9517/16 9517/19
9565/2 9591/14
9612/19 9613/13
9614/17
**Percenters** [4] 9544/11
9683/19 9684/2 9748/4
**perception** [1] 9625/24
**perfectly** [2] 9758/6
9779/11
**perform** [3] 9755/3
9794/22 9795/1
**performance** [2]
9818/3 9818/8
**performed** [12] 9808/1
9808/2 9808/4 9808/12
9812/8 9816/6 9816/8
9820/25 9821/2 9826/2
9826/4 9828/3
**perhaps** [5] 9510/24
9511/25 9611/8
9755/16 9766/22
**period** [6] 9544/18
9652/22 9738/21

9786/2
**periods** [1] 9640/17
**perjury** [1] 9778/24
**permission** [3] 9558/1
9750/3 9750/9
**permit** [1] 9778/13
**permitted** [7] 9582/5
9592/22 9771/1 9774/1
9775/8 9778/1 9778/16
**person** [39] 9518/18
9524/20 9552/6
9565/23 9569/15
9673/9 9688/4 9690/6
9720/14 9733/24
9745/5 9745/6 9745/15
9772/18 9774/18
9774/23 9776/18
9780/18 9780/19
9785/4 9785/4 9786/19
9787/1 9795/5 9795/15
9796/18 9797/19
9801/4 9801/5 9802/7
9804/9 9804/18 9807/2
9807/3 9807/4 9807/4
9807/6 9807/11 9812/4
**person's** [4] 9690/14
9733/20 9774/21
9795/3
**personal** [6] 9541/6
9748/2 9760/23
9771/10 9785/12
9828/8
**personally** [2] 9748/7
9748/9
**persons** [8] 9777/3
9790/3 9790/21 9791/9
9791/25 9795/17
9798/15 9809/8
**perspective** [2] 9548/6
9561/1
**pertains** [3] 9521/17
9777/7 9777/8
**pertinent** [3] 9623/3
9623/4 9623/7
**petency** [1] 9575/23
**phase** [2] 9808/20
9830/9
**phases** [1] 9808/23
**phillip** [3] 9501/2
9501/6 9506/16
**Phillip Linder** [1]
9506/16
**phone** [79] 9566/3
9567/5 9568/16
9569/17 9569/18
9569/19 9570/3 9570/8
9571/6 9571/13
9571/23 9575/9
9584/19 9588/17
9588/20 9588/23
9589/2 9589/3 9589/8
9593/24 9595/10
9598/7 9610/6 9613/5
9617/17 9617/24
9618/25 9621/25
9625/20 9632/8 9634/9
9657/12 9657/19

**phone... [46]** 9662/24
9663/5 9669/20
9678/18 9689/14
9689/15 9689/17
9690/1 9690/6 9690/14
9690/18 9690/25
9691/21 9694/1
9697/19 9698/21
9700/13 9701/3 9701/5
9701/9 9701/12
9701/24 9706/2 9706/4
9706/5 9706/19
9710/24 9711/15
9711/20 9712/13
9712/25 9712/25
9729/17 9729/20
9731/8 9737/2 9737/5
9738/10 9738/13
9738/14 9748/15
9748/16 9751/2 9752/6
9752/7 9762/7

**phone records [1]**
9698/21

**phones [6]** 9591/15
9591/23 9705/17
9731/14 9789/14
9829/19

**photograph [2]** 9696/4
9696/7

**photographs [1]**
9822/20

**photos [1]** 9583/1

**phrase [2]** 9536/9
9614/7

**phrased [1]** 9673/11

**physical [1]** 9801/9

**physically [1]** 9738/12

**pick [3]** 9706/1 9706/6
9720/6

**picture [1]** 9734/5

**pictures [2]** 9590/18

**piece [1]** 9550/25

**pieces [1]** 9551/4

**pillars [1]** 9619/24

**pin [2]** 9649/1 9649/6

**pings [1]** 9692/1

**pissed [2]** 9582/15
9621/1

**pistol [3]** 9553/13
9553/20 9686/4

**pizza [1]** 9558/10

**place [12]** 9552/21
9659/17 9665/22
9674/1 9746/18 9769/6
9793/14 9795/7 9795/9
9812/7 9814/14 9828/2

**placed [2]** 9548/7
9634/5

**plain [1]** 9702/3

**Plaintiff [1]** 9500/4

**plan [27]** 9516/7
9518/2 9518/2 9518/2
9518/3 9519/17
9519/24 9521/1 9522/9
9526/4 9526/5 9529/5
9532/22 9532/22
9533/14 9534/1 9534/2

9534/14 9548/19
9549/2 9549/14
9662/10 9662/13
9795/21 9811/1 9811/2
9828/8

**planned [2]** 9533/12
9785/6

**planning [4]** 9600/12
9600/15 9828/5
9828/12

**plans [2]** 9792/1
9806/15

**platforms [1]** 9688/17

**play [18]** 9563/15
9564/19 9565/15
9567/11 9569/25
9570/18 9579/6 9615/6
9645/8 9650/13
9658/16 9668/19
9683/6 9703/19 9763/3
9776/1 9794/24
9794/24

**playbook [1]** 9834/4

**played [50]** 9563/1
9563/17 9564/1
9564/21 9565/16
9566/22 9567/13
9567/22 9568/10
9569/8 9570/17
9570/22 9571/9
9571/21 9572/1 9572/2
9579/7 9579/15
9579/20 9612/18
9615/7 9616/1 9616/8
9616/17 9617/1 9617/7
9617/10 9618/5
9618/19 9618/21
9619/5 9619/19
9638/13 9638/16
9641/12 9643/2
9644/11 9646/22
9648/6 9648/22 9653/7
9656/19 9668/20
9669/6 9669/14 9683/8
9762/16 9763/5
9763/13 9783/20

**players [1]** 9532/20

**playing [21]** 9563/25
9565/13 9565/15
9567/21 9568/9
9568/18 9569/7
9570/16 9571/8
9571/17 9571/20
9579/2 9579/19
9644/13 9644/16
9645/7 9652/17 9669/4
9669/13 9763/12
9834/2

**plays [1]** 9614/1

**Plaza [1]** 9625/14

**plea [6]** 9778/8
9778/17 9778/21
9778/23 9779/3 9779/6

**plea agreement [1]**
9778/8

**plea agreements [3]**
9778/21 9779/3 9779/6

**please [98]** 9506/5

9539/17 9541/17
9542/9 9543/21 9545/4
9546/25 9554/16
9556/22 9561/25
9562/24 9564/13
9564/20 9566/20
9566/21 9567/11
9569/5 9578/25
9592/23 9597/1
9601/13 9604/14
9607/22 9610/7
9615/25 9616/16
9617/6 9617/11 9618/4
9618/6 9618/18
9618/20 9618/22
9619/4 9619/21 9624/8
9635/8 9636/12 9638/1
9645/8 9657/12
9660/17 9665/8
9668/19 9669/4
9669/21 9680/17
9680/25 9683/25
9684/12 9684/14
9687/21 9690/11
9690/21 9690/22
9690/24 9691/14
9692/13 9693/22
9694/1 9696/9 9696/15
9696/18 9703/11
9703/19 9704/20
9704/23 9706/15
9708/8 9709/18
9710/11 9710/15
9710/16 9711/2
9711/13 9712/9
9712/25 9715/7 9715/8
9721/14 9728/8 9729/9
9735/7 9736/14
9751/11 9751/13
9751/25 9752/4 9752/9
9752/18 9762/15
9763/4 9763/12
9766/11 9769/5
9830/24

**please.Can [1]** 9735/6

**pled [1]** 9626/22

**plug [1]** 9621/18

**plural [3]** 9512/7
9512/10 9512/23

**pocket [3]** 9517/17
9756/23 9756/25

**podium [1]** 9599/23

**point [49]** 9510/8
9511/25 9522/22
9527/4 9528/12
9528/14 9538/25
9545/20 9551/23
9556/8 9559/20
9564/16 9565/11
9565/19 9566/12
9566/24 9571/6
9574/10 9575/22
9586/7 9610/1 9616/13
9616/14 9617/3
9618/14 9620/2
9620/12 9639/15
9639/20 9642/7 9644/1

9655/6 9674/25
9676/15 9677/22
9679/8 9679/20
9694/15 9720/23
9721/7 9721/7 9721/9
9730/11 9744/16
9744/17 9767/12

**pointed [1]** 9610/21

**points [1]** 9598/18

**poked [1]** 9574/20

**police [25]** 9580/14
9581/6 9583/15
9583/16 9583/19
9583/20 9617/4 9617/5
9618/9 9618/12
9620/19 9620/25
9621/4 9621/5 9621/15
9621/19 9627/4 9628/3
9651/11 9662/9
9667/11 9760/14
9779/14 9779/21
9789/7

**policies [1]** 9537/18

**polite [2]** 9608/23
9832/23

**political [4]** 9593/8
9606/1 9606/7 9606/8

**poorly [1]** 9673/11

**population [1]** 9712/21

**portion [4]** 9732/12
9732/22 9765/11
9783/21

**portions [5]** 9731/14
9783/6 9783/22 9784/2
9833/5

**pose [1]** 9542/2

**posed [2]** 9537/14
9591/7

**position [13]** 9520/11
9522/23 9523/6
9526/19 9526/21
9527/4 9527/6 9585/3
9597/10 9598/1
9622/22 9745/3
9835/12

**positive [1]** 9799/20

**possess [2]** 9784/23
9785/1

**possessed [2]** 9784/21
9785/5

**possesses [1]** 9781/15

**possibilities [1]**
9537/23

**possibility [5]** 9532/13
9538/8 9539/4 9539/5
9607/15

**possible [16]** 9532/16
9533/6 9538/24
9572/20 9580/15
9586/11 9611/22
9613/18 9613/20
9613/21 9613/23
9613/24 9632/25
9645/3 9672/5 9744/12

**possibly [3]** 9654/24
9832/9 9832/9

**post [7]** 9598/25

9605/11 9605/12
9605/17 9606/8
9607/14 9694/12

**posted [13]** 9538/12
9538/16 9605/14
9605/19 9609/19
9682/9 9682/3 9682/5
9682/7 9682/14
9693/18 9695/23
9696/23

**posting [1]** 9605/21

**posts [2]** 9608/9
9608/13

**potential [2]** 9518/9
9828/13

**potentially [6]** 9537/25
9538/2 9538/21 9554/5
9591/9 9832/8

**Potomac [2]** 9684/7
9684/19

**Potomac River [1]**
9684/7

**pouch [3]** 9568/17
9570/10 9613/12

**power [6]** 9591/13
9788/2 9788/8 9799/25
9800/15 9827/17

**powered [1]** 9757/25

**powerful [1]** 9772/8

**PowerPoint [1]**
9656/25

**Pray [1]** 9542/25

**praying [1]** 9654/24

**pre [2]** 9733/12
9733/13

**pre-strike [2]** 9733/12
9733/13

**preceding [2]** 9665/23
9665/24

**preclude [1]** 9716/21

**precluded [1]** 9623/4

**preconceived [1]**
9791/23

**predicted [2]** 9707/22
9762/21

**predisposition [1]**
9785/3

**prejudice [1]** 9770/12
9777/21

**prejudiced [1]** 9777/19

**prejudicial [1]** 9695/7

**preliminary [2]**
9769/23 9787/14

**preparation [4]**
9635/23 9779/12
9806/15 9830/5

**prepare [2]** 9543/1
9834/11

**prepared [4]** 9507/6
9517/11 9632/11
9834/11

**preparing [1]** 9742/18

**presence [6]** 9529/11
9787/12 9795/7
9800/20 9805/10
9824/13

**present [12]** 9508/14
9550/6 9603/6 9666/22

P

**present... [8]** 9667/6
9675/13 9712/2 9712/4
9712/6 9809/9 9828/7
9830/25
**presented [3]** 9773/7
9775/12 9829/6
**presenting [1]** 9676/4
**presently [1]** 9512/4
**presents [1]** 9676/8
**preserved [3]** 9768/16
9768/18 9768/23
**presidency [8]**
9537/14 9537/16
9541/9 9542/2 9590/20
9590/20 9591/13
9591/22
**president [10]** 9537/25
9538/7 9547/8 9547/12
9547/16 9713/21
9800/19 9800/19
9801/6 9828/13
**President Biden [2]**
9537/25 9538/7
**President Trump [1]**
9547/12
**Presidential [7]** 9788/2
9788/2 9800/15
9800/21 9801/1
9827/17 9827/17
**presiding [1]** 9506/3
**presumed [3]** 9771/12
9796/15 9796/19
**presumption [1]**
9771/12
**presumptions [2]**
9541/6 9541/7
**pretty [4]** 9574/22
9590/24 9599/8 9702/4
**Prettyman [1]** 9503/4
**prevail [1]** 9542/25
**prevent [18]** 9717/13
9786/1 9788/9 9788/18
9789/16 9789/22
9790/7 9797/9 9797/14
9799/4 9799/10 9800/4
9811/22 9811/25
9812/5 9812/22
9827/22 9827/24
**preventing [2]** 9797/21
9798/11
**previous [1]** 9564/24
**previously [10]**
9510/23 9510/25
9537/3 9594/13
9594/14 9636/2 9656/8
9665/5 9681/7 9783/2
**prima [1]** 9509/4
**primary [1]** 9613/23
**principal [1]** 9807/7
**principles [8]** 9789/25
9811/3 9815/14
9816/15 9820/4 9821/8
9825/9 9826/14
**print [1]** 9769/9
**prior [5]** 9555/1
9622/17 9729/22
9750/19 9756/11

**privacy [1]** 9783/24
**private [1]** 9635/18
**privilege [1]** 9804/23
**probability [1]** 9777/13
**probable [3]** 9772/6
9787/1 9803/23
**probably [20]** 9513/13
9528/18 9567/2 9587/3
9590/17 9615/17
9623/15 9625/6
9627/23 9673/11
9678/23 9719/17
9720/3 9754/4 9765/22
9831/15 9832/11
9833/3 9833/15
9833/20
**probative [1]** 9695/7
**probe [1]** 9622/20
**problem [5]** 9524/21
9528/15 9587/13
9588/9 9590/13
**problematic [1]**
9520/15
**problems [1]** 9525/10
**proceed [2]** 9577/4
9830/16
**proceeding [70]**
9565/11 9573/13
9573/16 9574/3 9574/4
9666/13 9679/24
9785/25 9788/13
9788/15 9788/22
9789/21 9790/7 9802/2
9802/4 9802/8 9802/14
9802/23 9803/4 9803/7
9803/16 9803/20
9803/21 9803/24
9804/1 9804/1 9804/2
9804/4 9804/6 9804/21
9804/22 9804/24
9805/2 9805/7 9805/13
9805/15 9805/17
9805/18 9805/20
9805/24 9806/2 9806/7
9806/14 9806/19
9807/1 9807/14
9807/20 9807/24
9808/8 9808/11
9809/19 9810/2
9810/10 9811/7 9811/8
9811/9 9811/15
9811/18 9819/12
9823/20 9823/24
9823/25 9823/25
9824/2 9824/5 9824/10
9826/25 9827/24
9828/16 9828/25
**proceedings [23]**
9500/9 9503/6 9506/24
9721/17 9789/11
9822/6 9823/3 9823/11
9823/18 9824/20
9824/24 9825/4 9825/7
9825/14 9825/21
9825/24 9826/9
9826/13 9826/18
9827/7 9829/12
9836/24 9837/4

9642/3 9729/21
9752/10
**produce [1]** 9771/18
**produced [4]** 9503/7
9507/7 9741/22
9745/15
**product [2]** 9793/10
9793/11
**proffer [8]** 9575/11
9674/9 9674/10 9676/2
9676/4 9676/8 9676/12
9676/15
**profit [1]** 9716/6
**program [1]** 9705/16
**progress [3]** 9565/3
9613/15 9794/17
**project [1]** 9778/23
**projects [1]** 9590/2
**promise [2]** 9650/22
9822/3
**promote [3]** 9792/21
9798/25 9812/18
**promoted [1]** 9769/16
**promptly [1]** 9633/1
**proof [15]** 9535/6
9535/12 9535/13
9535/19 9575/15
9717/11 9772/8 9785/6
9786/4 9786/5 9786/12
9790/4 9792/2 9792/6
9812/20
**proper [2]** 9775/16
9779/11
**properly [2]** 9702/1
9773/18
**property [30]** 9590/22
9789/1 9789/1 9801/16
9813/6 9813/9 9813/17
9813/21 9813/23
9813/23 9814/1 9814/9
9814/11 9814/14
9814/15 9814/17
9814/19 9814/22
9815/3 9815/7 9815/11
9815/19 9816/2
9816/19 9817/2
9818/14 9818/16
9829/3 9829/7 9829/10
**propose [1]** 9718/13
**proposed [2]** 9519/6
9717/8
**proposing [1]** 9734/15
**proposition [1]**
9698/11
**prosecution [1]**
9778/24
**prosecutors [1]** 9747/7
**prostitution [1]**
9526/25
**protect [5]** 9547/18
9547/20 9608/23
9759/1 9784/11
**protected [2]** 9818/8
9818/21
**protection [2]** 9580/23
9661/8
**protects [2]** 9784/8

**protest [10]** 9547/14
9547/15 9585/14
9586/25 9609/9
9609/10 9630/8
9630/24 9630/25
9801/11
**protesters [6]** 9593/15
9621/10 9626/6
9744/24 9745/7
9745/10
**protesting [1]** 9621/10
**protests [1]** 9621/9
**ProtonMail [4]** 9588/25
9589/5 9589/23 9627/3
**prove [27]** 9517/15
9517/17 9771/17
9771/24 9772/4
9772/23 9772/24
9790/9 9790/20
9790/25 9791/3 9791/8
9791/21 9792/17
9796/21 9798/16
9798/17 9801/19
9801/22 9804/3
9806/21 9809/15
9809/21 9814/6 9814/8
9823/12 9824/1
**proved [23]** 9776/6
9785/18 9786/18
9787/7 9791/15
9797/16 9798/14
9798/19 9802/4
9803/17 9805/21
9806/9 9807/17
9810/11 9812/1
9813/18 9815/4
9815/23 9819/19
9820/15 9824/25
9825/17 9829/4
**proven [11]** 9771/14
9771/19 9774/2 9792/9
9827/20 9828/4
9828/18 9828/22
9829/8 9829/21
9829/23
**provide [15]** 9516/24
9535/16 9568/14
9568/23 9580/23
9583/14 9583/18
9753/10 9766/2
9784/25 9802/14
9828/7 9828/8 9834/14
9834/22
**provided [6]** 9518/6
9640/20 9698/11
9766/21 9830/4
9831/13
**provider [1]** 9701/12
**providers [3]** 9701/11
9701/17 9701/21
**provides [6]** 9688/18
9701/12 9734/5
9800/19 9800/24
9801/4
**providing [2]** 9674/8
9834/8
**proving [3]** 9529/25

**psyche [1]** 9626/6
**public [3]** 9721/15
9741/17 9818/10
**publication [7]** 9677/6
9734/19 9734/24
9735/3 9735/18
9741/20 9742/11
**Publication 501 [1]**
9741/20
**publications [1]**
9741/22
**publicity [3]** 9693/14
9693/17 9695/9
**publish [10]** 9540/15
9543/21 9544/23
9545/4 9546/25
9554/17 9563/11
9575/5 9668/6 9695/16
**published [2]** 9672/17
9741/13
**Pugh [7]** 9683/19
9684/14 9685/1 9746/2
9747/12 9747/18
9747/20
**Pugh's [1]** 9748/3
**pull [27]** 9555/22
9581/2 9581/2 9590/17
9591/15 9591/23
9592/19 9608/4
9614/23 9616/16
9617/9 9638/8 9683/22
9686/10 9688/21
9692/11 9693/21
9697/8 9699/5 9704/23
9706/15 9710/11
9710/12 9711/1
9762/13 9835/11
9836/5
**pulled [4]** 9571/25
9649/3 9747/11
9747/13
**pulling [6]** 9567/5
9568/17 9613/9
9617/20 9625/19
9653/23
**punching [1]** 9581/6
**purchase [2]** 9593/17
9687/22
**purchased [1]** 9690/5
**purports [1]** 9662/11
**purpose [24]** 9527/23
9531/9 9575/12
9595/14 9605/24
9787/10 9787/12
9790/4 9792/8 9792/20
9796/11 9800/25
9804/15 9805/8
9805/10 9808/5 9809/8
9809/16 9814/3 9816/9
9824/11 9824/13
9826/5 9828/13
**purposefully [1]**
9833/24
**purposely [1]** 9793/9
**purposes [12]** 9508/16
9512/7 9576/15
9792/12 9792/15

**P**

**purposes... [7]**
9793/20 9795/13
9796/1 9796/5 9799/24
9800/14 9821/3
**pursuant [6]** 9729/20
9749/5 9749/16
9752/10 9753/9 9778/9
**push [3]** 9579/9 9579/9
9579/9
**pushing [9]** 9577/25
9577/25 9578/1 9581/7
9581/9 9581/19
9611/14 9670/8 9675/9
**put [26]** 9507/6
9510/21 9511/23
9514/1 9517/2 9530/11
9535/18 9575/3
9577/24 9580/21
9580/21 9613/11
9619/16 9632/18
9646/10 9656/25
9667/23 9695/11
9716/11 9719/9 9733/6
9749/22 9767/4
9768/11 9800/8
9831/10
**puts [3]** 9643/14
9647/3 9652/19
**putting [4]** 9632/13
9634/17 9634/20
9750/11
**PUTZI [1]** 9502/12
**puzzle [1]** 9550/25

**Q**

**QRF [17]** 9520/16
9520/18 9522/20
9529/1 9548/4 9548/15
9548/17 9549/13
9549/17 9555/1
9555/25 9556/3 9556/9
9604/18 9604/19
9624/12 9684/21
**QRFs [1]** 9624/10
**qualification [1]**
9561/17
**qualified [1]** 9700/15
**qualify [1]** 9760/13
**quarter [1]** 9517/17
**quarterback [1]**
9746/10
**quarterbacks [1]**
9746/7
**quell [1]** 9542/14
**question [40]** 9516/23
9520/18 9520/21
9528/20 9531/20
9532/19 9533/10
9533/14 9533/25
9534/4 9555/15
9556/22 9592/23
9594/12 9598/4
9598/12 9598/16
9604/14 9607/21
9623/8 9624/3 9631/14
9635/22 9670/16
9670/17 9673/20

9673/21 9677/20
9700/16 9734/18
9749/10 9753/18
9753/19 9773/5
9775/14 9775/21
9775/22 9775/24
9776/1 9814/1
**questions [31]** 9569/1
9573/6 9573/9 9593/18
9593/21 9594/5 9596/4
9596/9 9601/16 9605/1
9621/3 9632/3 9634/18
9661/10 9665/17
9671/12 9674/14
9679/21 9680/5
9712/23 9740/19
9740/23 9743/23
9744/2 9761/24
9764/14 9770/1 9773/1
9774/9 9793/6 9833/15
**queue [2]** 9646/2
9646/11
**quick [13]** 9509/16
9527/18 9527/19
9575/9 9593/24
9662/25 9665/17
9684/22 9689/17
9705/15 9732/11
9734/18 9769/8
**Quick Response team
[1]** 9684/22
**quickly [5]** 9681/17
9684/23 9688/23
9718/21 9732/16
**quiet [1]** 9571/15
**quite [4]** 9610/17
9694/3 9744/12
9765/21
**quotes [1]** 9833/24

**R**

**RA [4]** 9539/15
9539/19 9540/25
9541/3
**race [1]** 9770/14
**radio [1]** 9625/2
**raise [4]** 9614/4
9614/11 9634/4
9768/12
**raised [1]** 9728/13
**raising [1]** 9712/17
**Rakoczy [2]** 9500/14
9506/13
**rally [2]** 9609/7
9609/11
**ramp [1]** 9684/20
**range [5]** 9760/12
9760/14 9760/17
9760/19 9760/20
**ranges [4]** 9759/23
9760/4 9760/7 9760/10
**ranking [1]** 9744/17
9744/22
**rant [1]** 9542/23
**Rasheed [1]** 9782/12
**rather [9]** 9516/4
9522/14 9542/24
9574/13 9660/2

9668/25 9671/24
9698/5 9719/24
9773/11 9793/11
**re [1]** 9605/19
**re-posted [1]** 9605/19
**reach [1]** 9555/24
**reached [1]** 9664/19
**reaching [2]** 9775/10
9776/13
**read [32]** 9514/23
9515/21 9521/23
9523/4 9531/3 9540/24
9562/5 9605/20
9683/25 9684/14
9690/24 9696/18
9700/18 9700/22
9714/8 9732/7 9732/7
9732/8 9732/22
9751/11 9752/1 9752/4
9752/9 9752/17
9752/18 9753/2
9761/16 9765/17
9765/23 9802/18
9827/13 9834/2
**reading [8]** 9511/21
9511/24 9514/6
9520/24 9701/3 9702/1
9793/16 9833/23
**reads [2]** 9717/9
9728/22
**ready [8]** 9529/20
9536/16 9536/18
9544/1 9608/9 9680/16
9734/17 9736/16
**real [7]** 9538/21 9539/5
9575/9 9593/24
9662/24 9689/1
9732/11
**realistically [2]** 9714/4
9714/11
**realize [3]** 9508/4
9550/9 9757/4
**realized [1]** 9669/25
**realizes [1]** 9804/9
**really [17]** 9516/14
9520/21 9529/9
9530/25 9532/24
9550/12 9550/15
9563/8 9574/20 9609/8
9630/5 9687/11 9734/3
9737/18 9737/24
9747/5 9760/4
**Realtime [1]** 9503/3
**reappear [1]** 9639/21
**reappearing [1]**
9639/22
**reappears [1]** 9639/21
**rear [1]** 9568/21
**reason [12]** 9514/5
9514/10 9598/8
9719/21 9730/19
9738/20 9772/14
9772/11 9772/22
9773/4 9780/1 9793/12
**reasonable [66]**
9515/7 9720/5 9771/15
9771/19 9771/25
9772/3 9772/9 9772/9
9772/16 9772/17

9774/3 9774/16
9778/20 9781/1 9781/4
9785/19 9786/8
9786/14 9787/7 9790/9
9790/21 9791/8
9791/15 9791/17
9792/10 9792/17
9793/4 9793/19 9796/8
9797/17 9798/18
9802/5 9803/18 9804/4
9805/21 9806/9 9807/9
9807/17 9809/15
9809/21 9810/11
9811/14 9812/2
9813/19 9815/4
9815/23 9816/25
9817/21 9819/20
9820/15 9821/20
9823/13 9824/2
9824/25 9825/17
9826/23 9827/20
9828/18 9828/22
9828/23 9828/25
9829/5 9829/8 9829/21
**reasonableness [1]**
9777/12
**reasonably [6]**
9786/15 9794/18
9804/5 9810/24 9811/1
9824/2
**reasons [6]** 9520/10
9715/23 9730/20
9780/1 9781/20
9783/21
**rebut [2]** 9664/8
9664/9
**rebuttal [8]** 9600/14
9622/10 9623/9 9664/5
9664/8 9664/24
9714/10 9765/8
**recall [46]** 9508/19
9526/10 9543/8
9549/25 9552/12
9552/19 9552/20
9557/20 9557/23
9558/21 9562/4
9579/12 9580/11
9580/13 9586/6 9586/8
9586/12 9587/1 9603/1
9605/22 9607/13
9611/2 9616/18 9619/8
9625/1 9625/4 9636/5
9636/7 9636/15
9636/18 9639/22
9640/8 9645/16
9645/24 9649/19
9649/22 9657/5
9673/22 9673/23
9677/24 9705/5 9760/1
9760/2 9760/3 9836/10
9836/11
**recalled [1]** 9671/6
**recalls [1]** 9680/11
**recce [2]** 9733/12
9733/13
**receive [5]** 9556/2
9742/15 9746/14

**received [33]** 9540/19
9545/2 9556/6 9557/5
9558/3 9563/13
9627/20 9638/2 9640/5
9641/22 9644/7
9646/12 9651/21
9662/19 9668/10
9678/3 9683/4 9689/8
9695/18 9697/14
9699/14 9707/5
9708/17 9711/10
9729/21 9729/22
9752/10 9753/23
9754/6 9765/4 9786/23
9787/4 9831/15
**recently [1]** 9696/23
**recess [5]** 9596/21
9596/25 9728/6 9769/4
9836/23
**recessed [4]** 9567/18
9568/6 9568/13
9568/14
**recite [1]** 9732/13
**recognize [1]** 9538/13
**recoil [1]** 9757/8
**recollection [14]**
9508/2 9602/10
9602/18 9613/13
9613/16 9615/2
9645/15 9668/20
9770/23 9770/24
9776/19 9777/5
9833/12 9833/14
**record [35]** 9511/14
9516/2 9517/23 9560/7
9561/25 9577/20
9577/22 9578/5 9597/8
9636/7 9648/24
9650/24 9651/1 9662/3
9663/3 9663/20 9674/2
9680/21 9685/14
9689/3 9702/1 9703/14
9710/9 9710/18
9716/23 9732/13
9733/1 9741/17 9755/7
9765/23 9768/17
9768/19 9768/23
9823/15 9837/3
**recorded [5]** 9503/6
9569/15 9671/22
9671/23 9682/13
**recorder [2]** 9672/1
9672/5
**recording [19]** 9568/23
9569/15 9569/17
9569/18 9569/19
9570/4 9570/4 9571/12
9578/19 9677/21
9738/4 9738/8 9783/4
9783/5 9783/6 9783/7
9783/10 9783/11
9783/12
**records [35]** 9576/25
9698/21 9699/7 9699/8
9700/11 9701/3 9701/5
9701/9 9701/15
9701/18 9701/23

**records... [24]** 9701/24
9702/3 9703/14 9704/6
9731/1 9731/2 9733/21
9737/15 9748/16
9749/1 9749/6 9749/7
9749/17 9750/15
9751/2 9751/5 9751/6
9751/24 9753/10
9753/11 9753/24
9754/6 9829/19
9829/24

**recross [5]** 9504/4
9505/14 9595/2
9595/16 9600/9

**red [11]** 9535/11
9535/15 9536/1 9652/4
9653/9 9653/15 9654/3
9654/5 9655/18
9655/19 9658/17

**Red Book [2]** 9535/11
9535/15

**redact [1]** 9736/2

**redacted [1]** 9750/1

**redactions [2]** 9693/24
9765/1

**redirect [13]** 9504/4
9505/14 9593/19
9596/3 9596/13
9600/14 9601/1
9601/15 9605/6
9661/11 9679/18
9761/5 9761/8

**redistribute [1]**
9510/12

**reduce [1]** 9759/8

**refer [3]** 9636/5
9645/22 9746/10

**reference [3]** 9540/11
9736/4 9770/22

**referenced [3]** 9508/5
9525/11 9543/7

**references [1]** 9521/14

**referencing [3]**
9638/10 9652/25
9720/14

**referred [3]** 9547/15
9586/24 9629/13

**referring [6]** 9572/7
9672/22 9675/4
9677/17 9743/14
9747/12

**reflect [2]** 9531/24
9831/2

**reflected [1]** 9515/17

**reflecting [1]** 9516/8

**reflection [1]** 9772/19

**refresh [3]** 9602/10
9602/17 9658/20

**refund [4]** 9577/19
9578/8 9578/9 9611/11

**refuse [2]** 9770/5
9804/22

**refused [1]** 9681/21

**refute [8]** 9520/14
9713/20 9827/19
9828/21 9829/4 9829/5
9829/20 9829/23

**refutes [1]** 9670/24

**regard [2]** 9788/20
9794/14

**regarding [17]** 9533/11
9548/21 9602/11
9729/5 9729/16
9745/16 9746/18
9746/23 9747/3
9748/12 9748/25
9749/6 9749/7 9749/17
9751/24 9754/6
9768/15

**regardless [2]** 9742/3
9743/8

**regards [1]** 9750/24

**regimen [1]** 9712/20

**registered [3]** 9503/2
9541/25 9687/18

**Regular [2]** 9551/18
9696/22

**regularly [1]** 9528/23

**reinforced [1]** 9580/16

**related [4]** 9594/8
9674/23 9734/11
9791/20

**relates [2]** 9514/9
9545/8

**relation [1]** 9615/9

**relative [2]** 9557/15
9621/9

**relatively [1]** 9730/1
9752/19

**relevance [2]** 9575/13
9693/25

**relevant [10]** 9516/3
9576/24 9610/11
9610/17 9623/3 9695/5
9713/25 9747/11
9783/17 9787/6

**reliable [1]** 9751/14

**relieve [1]** 9532/12

**reluctance [1]** 9719/21

**rely [2]** 9771/8 9783/10

**remain [3]** 9665/9
9681/3 9767/6

**remainder [1]** 9764/11

**remaining [1]** 9799/3

**remains [3]** 9652/21
9682/11 9771/13

**remark [1]** 9630/20

**remember [56]**
9515/22 9518/5
9548/10 9550/2
9552/15 9552/16
9556/5 9556/12
9557/25 9559/13
9573/19 9573/20
9577/18 9579/16
9580/15 9585/8
9585/13 9585/13
9586/20 9587/5 9587/9
9587/10 9587/14
9588/1 9588/3 9588/6
9590/14 9599/6 9602/3
9602/6 9602/8 9602/23
9603/13 9604/19
9605/13 9605/17
9608/22 9611/3

**9612/23** 9620/6
9628/24 9630/15
9641/4 9645/23 9675/9
9681/22 9683/20
9684/9 9728/13 9737/6
9748/13 9760/4 9760/7
9761/13

**remind [7]** 9622/16
9665/9 9707/16
9711/25 9715/5 9764/1
9830/13

**reminded [1]** 9509/16

**remove [1]** 9536/19

**removed [5]** 9651/3
9651/5 9692/22 9693/1
9783/19

**render [6]** 9621/5
9621/10 9622/14
9622/14 9623/8 9773/3

**rendered [3]** 9621/4
9622/12 9622/23

**rendering [3]** 9622/5
9623/5 9773/8

**renew [3]** 9663/3
9663/13 9663/16

**repairing [1]** 9814/16

**repeat [1]** 9769/23

**rephrase [5]** 9604/14
9607/21 9620/12
9636/12 9673/19

**replace [1]** 9771/7

**replaced [1]** 9541/15

**replacing [1]** 9814/17

**replay [2]** 9571/15
9639/12

**reply [1]** 9566/7

**replying [4]** 9555/17
9555/17 9555/20
9555/21

**report [12]** 9602/11
9602/17 9672/23
9672/23 9673/12
9675/19 9677/6 9680/4
9705/21 9705/23
9713/23 9713/25

**reported [2]** 9589/16
9677/7

**reporter [7]** 9503/2
9503/2 9503/3 9503/3
9510/9 9510/10
9589/20

**reporting [3]** 9676/22
9677/1 9713/22

**reports [6]** 9672/22
9677/2 9677/12
9677/25 9680/3
9746/22

**representation [1]**
9731/4

**Representatives [2]**
9800/21 9800/25

**represented [2]**
9666/15 9775/17

**Republic [1]** 9684/18

**request [15]** 9632/25
9632/25 9678/17
9717/22 9730/3 9730/4

**9749/7** 9751/23
9752/22 9753/3 9753/9
9822/23 9835/14

**requested [3]** 9516/1
9754/24 9755/5

**requesting [1]** 9748/25

**require [5]** 9518/12
9771/17 9775/9 9801/8
9806/21

**required [17]** 9522/14
9709/3 9709/9 9772/22
9786/25 9793/17
9796/3 9798/16 9801/5
9809/1 9809/2 9811/12
9812/8 9816/22
9821/18 9826/21
9828/2

**requirement [3]**
9522/12 9709/2 9809/3

**requirements [6]**
9761/18 9807/18
9810/12 9815/24
9820/16 9825/18

**requires [2]** 9523/16
9794/25

**requiring [1]** 9531/3

**research [2]** 9767/9
9830/11

**reset [1]** 9542/12

**resist [5]** 9606/23
9799/20 9799/22
9800/6 9800/12

**resistance [2]** 9607/5
9607/9

**resisted [1]** 9606/21

**resolved [1]** 9507/4

**respect [10]** 9575/21
9622/17 9698/10
9728/21 9764/11
9790/4 9806/5 9806/12
9812/13 9828/19

**respectfully [2]**
9532/10 9829/4

**respective [1]** 9606/9

**respond [6]** 9542/5
9544/9 9546/4 9568/6
9609/25 9613/11

**responded [1]** 9566/2

**responding [5]** 9566/1
9567/1 9567/7 9569/2
9828/13

**responds [1]** 9544/5

**response [11]** 9546/8
9556/19 9624/14
9678/17 9684/22
9701/21 9730/13
9742/13 9749/6
9749/16 9822/23

**responsibility [7]**
9580/2 9581/17
9582/16 9582/18
9770/8 9770/21
9775/18

**responsible [3]**
9794/17 9803/14
9810/4

**rest [8]** 9557/4 9584/3

**9815** 9632/11
9632/20 9632/23
9639/19 9661/19

**rested [1]** 9664/22

**resting [1]** 9632/19

**restriction [1]** 9745/20

**restrictions [1]**
9767/15

**rests [4]** 9633/15
9633/20 9662/22
9765/8

**result [3]** 9621/14
9791/23 9811/9

**results [7]** 9754/22
9756/9 9777/10
9801/14 9801/15
9818/14 9818/15

**resume [2]** 9714/22
9714/23

**RESUMED [3]** 9537/3
9665/5 9681/7

**retain [1]** 9731/12

**retains [1]** 9731/13

**rethinking [1]** 9719/21

**retired [3]** 9755/17
9755/19 9755/20

**return [12]** 9585/23
9587/7 9588/12
9709/21 9710/7
9710/18 9713/11
9742/5 9742/9 9742/16
9743/4 9766/8

**returned [7]** 9578/16
9586/10 9749/6
9749/12 9749/17
9753/19 9754/22

**returns [4]** 9709/9
9709/14 9713/20
9742/19

**reveal [1]** 9729/23

**revealed [1]** 9752/11

**reverse [4]** 9676/2
9676/4 9676/8 9676/12

**review [18]** 9635/23
9636/8 9640/12
9640/16 9640/18
9640/19 9658/21
9660/1 9660/2 9672/15
9672/16 9673/3
9705/19 9706/7 9706/9
9718/21 9762/7 9767/8

**reviewed [15]** 9537/12
9636/6 9640/23
9650/25 9667/13
9667/20 9681/24
9689/18 9698/20
9701/5 9746/22
9747/11 9750/15
9750/20 9751/1

**reviewing [3]** 9645/15
9678/4 9678/5

**revision [1]** 9535/6

**Revolution [1]** 9764/4

**rhetoric [5]** 9592/15
9592/15 9592/18
9593/7 9593/10

**RHODES [77]** 9500/6
9501/2 9506/9 9506/17

**RHODES... [73]**
9507/20 9526/13
9528/9 9528/25
9529/21 9529/23
9530/2 9530/4 9530/8
9530/12 9530/16
9534/6 9543/10
9549/20 9585/16
9585/17 9631/14
9631/19 9631/20
9631/21 9662/6 9663/7
9664/10 9698/18
9700/3 9700/4 9700/7
9702/7 9702/8 9703/17
9703/20 9703/23
9704/1 9705/2 9707/13
9707/20 9709/21
9710/22 9711/19
9712/4 9712/12
9713/10 9713/24
9737/3 9737/7 9738/10
9738/25 9739/10
9739/15 9739/21
9740/3 9740/16
9761/25 9762/4
9762/19 9763/7
9763/15 9763/19
9764/8 9780/5 9789/9
9789/15 9822/7 9823/4
9823/8 9824/6 9824/15
9825/11 9827/4
9828/11 9829/15
9832/8 9832/20
**Rhodes' [11]** 9546/8
9630/4 9698/20 9699/8
9702/19 9706/4
9706/19 9711/15
9713/20 9720/2
9761/23
**ribs [1]** 9552/21
**rife [1]** 9716/23
**rifle [14]** 9553/25
9554/11 9686/4
9686/18 9686/23
9686/24 9687/2
9687/23 9756/17
9756/19 9757/4
9757/24 9757/25
9758/3
**rifles [2]** 9756/19
9757/7
**right [359]**
**right-hand [2]** 9741/24
9741/24
**rightful [1]** 9799/25
**rightly [2]** 9556/13
9559/14
**rigorous [1]** 9688/1
**ring [2]** 9526/25
9586/14
**rioter [1]** 9583/9
**rioters [1]** 9583/22
**rise [11]** 9506/2 9529/9
9596/20 9680/19
9715/1 9728/7 9766/9
9768/8 9769/3 9830/19
9836/20

**river [2]** 9684/7
9684/23
**RMR [2]** 9837/2 9837/8
**Road [1]** 9502/3
**roadway [3]** 9590/10
9590/11 9590/16
**robargesfc [1]** 9547/6
**robargesfc-pat [1]**
9547/6
**Roger [6]** 9540/3
9545/10 9545/17
9547/4 9547/7 9566/8
**Rohde [47]** 9539/11
9540/21 9541/17
9541/21 9542/9
9543/21 9546/13
9557/10 9563/25
9564/19 9565/14
9565/14 9566/21
9567/11 9567/15
9567/24 9569/7
9570/18 9570/21
9572/11 9577/7
9578/12 9578/25
9579/6 9579/21 9669/5
9669/13 9684/12
9686/12 9690/11
9690/21 9690/22
9691/14 9692/13
9696/9 9696/16
9703/11 9704/10
9704/21 9707/8 9708/9
9709/18 9710/16
9711/13 9712/9
9762/14 9763/4
**Roland [1]** 9730/14
**role [3]** 9794/24
9794/25 9824/6
**roles [1]** 9794/24
**roll [2]** 9529/20
9611/17
**rolled [2]** 9611/24
9612/2
**rolling [1]** 9611/16
**room [22]** 9554/5
9554/6 9558/10
9558/11 9558/11
9558/12 9558/12
9558/13 9558/13
9558/16 9559/2
9591/21 9598/15
9599/11 9624/4 9624/7
9624/16 9624/17
9652/22 9658/7
9721/16 9771/3
**Rosier [1]** 9780/17
**rotunda [19]** 9578/16
9625/21 9650/2 9650/5
9650/10 9650/20
9651/13 9652/1 9653/2
9653/5 9653/5 9653/19
9653/22 9654/2 9660/3
9660/8 9668/4 9669/19
9670/23
**roughly [2]** 9645/18
9674/4
**round [3]** 9757/15

**rounds [6]** 9757/16
9757/17 9757/18
9757/19 9757/21
9759/1
**row [4]** 9700/9 9702/17
9702/23 9769/16
**rows [2]** 9580/7 9699/3
9699/18 9699/20
**rule [13]** 9576/17
9622/17 9623/1 9663/3
9663/8 9663/13
9663/17 9663/21
9729/15 9739/3
9741/14 9750/23
9770/1
**Rule 29 [5]** 9663/3
9663/8 9663/13
9663/17 9663/21
**ruled [2]** 9576/1
9775/24
**rules [3]** 9709/12
9709/13 9769/22
**ruling [2]** 9594/21
9595/3
**rulings [1]** 9708/16
**rumble [1]** 9608/9
**rumblings [1]** 9548/16
**run [2]** 9642/19
9650/17
**rundown [1]** 9590/24
**running [2]** 9585/22
9608/12
**rural [2]** 9757/6 9757/6
**rushed [1]** 9573/21

**S**

**s/he [1]** 9511/18
**SA [2]** 9665/4 9681/6
**SA KELSEY HARRIS**
**[1]** 9681/6
**Sadly [1]** 9711/21
**safe [2]** 9551/21
9684/17
**said [109]** 9507/23
9510/23 9517/25
9524/11 9524/17
9524/18 9525/19
9525/22 9526/4
9533/11 9533/24
9534/8 9538/8 9545/24
9546/18 9549/13
9552/10 9552/13
9552/14 9552/22
9554/4 9557/3 9557/8
9558/9 9564/5 9565/5
9568/20 9572/10
9572/14 9574/7
9574/13 9574/24
9574/25 9575/17
9578/15 9579/13
9579/14 9580/25
9581/4 9581/14
9581/21 9581/22
9582/21 9585/2 9585/7
9586/11 9586/23
9587/18 9587/20
9588/3 9592/3 9592/7

**SHANE...** 9646/25
9658/22 9660/25
9707/12 9745/4
9759/18 9759/18
9774/19 9774/23
9774/24
**say [90]** 9508/24
9510/22 9512/3
9512/18 9512/25
9513/1 9513/6 9514/3
9516/11 9516/17
9517/16 9517/18
9524/9 9532/15 9536/2
9538/5 9538/22
9538/24 9540/10
9551/22 9560/7
9561/23 9562/2 9562/5
9563/20 9564/4 9564/6
9566/8 9566/10
9567/17 9582/17
9591/14 9606/23
9607/10 9607/17
9614/3 9615/17 9618/2
9627/7 9627/24
9631/24 9634/19
9634/19 9637/12
9638/24 9642/3
9642/15 9643/20
9645/18 9648/15
9649/25 9650/9
9651/16 9653/1
9653/13 9653/14
9655/10 9656/7
9656/18 9657/2
9670/25 9671/3
9671/11 9672/15
9672/19 9672/19
9673/2 9675/2 9685/4
9690/13 9702/10
9706/18 9715/15
9738/1 9739/25 9742/6
9743/8 9743/9 9743/12
9744/24 9758/1 9762/6
9762/23 9763/7
9763/19 9768/4
9772/14 9796/14
9828/23 9830/23
**saying [33]** 9509/13
9521/18 9521/19
9531/23 9534/7 9550/2
9562/4 9565/3 9565/12
9565/20 9565/25
9566/25 9568/5 9579/9
9579/12 9580/15
9585/14 9599/3
9608/23 9610/12
9613/14 9618/11
9618/13 9618/15
9625/1 9630/15
9669/24 9671/6 9673/9
9675/11 9720/13
9743/7 9747/8
**says [34]** 9518/19
9523/21 9539/18
9547/10 9552/23
9555/16 9572/7 9572/8
9578/7 9578/10
9584/10 9585/1 9638/9

**rounds [6]** *(column 4 continued — see above)*

**9599/10 9600/3**
9600/13 9603/1
9603/22 9603/23
9603/25 9606/14
9611/14 9613/18
9613/21 9619/9
9619/13 9620/2 9620/3
9625/5 9625/24
9627/15 9627/17
9630/6 9634/12
9652/20 9657/5 9658/6
9658/7 9662/18
9669/23 9671/7
9672/15 9675/6
9675/15 9676/23
9679/23 9685/9 9693/6
9705/3 9707/13
9712/15 9719/25
9731/23 9735/11
9737/18 9738/7 9750/5
9754/2 9755/18
9755/20 9758/21
9759/19 9770/17
9782/9 9792/7 9804/13
9830/2 9833/12
**sake [1]** 9743/18
**same [36]** 9528/1
9528/10 9530/23
9532/7 9532/11
9532/18 9544/18
9545/18 9545/22
9555/12 9559/11
9580/16 9591/15
9591/24 9607/14
9627/6 9671/4 9678/14
9684/11 9697/24
9708/1 9712/16 9716/5
9716/7 9716/20 9717/6
9734/13 9743/20
9759/16 9763/8
9778/21 9779/17
9800/12 9813/8 9823/1
9834/4
**sand [1]** 9716/11
**Sanders [2]** 9515/22
9534/18
**Sandra [4]** 9551/11
9553/17 9560/16
9629/7
**Sandra Parker [2]**
9551/11 9629/7
**Sandy [1]** 9551/19
**sat [3]** 9549/10
9550/16 9562/23
**satisfied [1]** 9604/25
**satisfy [1]** 9809/3
**Saturday [1]** 9544/1
**save [2]** 9684/18
9733/7
**saved [1]** 9711/16
**saw [27]** 9548/16
9550/25 9570/13
9581/4 9581/6 9581/22
9582/25 9599/11
9605/22 9608/3 9608/5
9616/10 9619/14
9636/8 9639/5 9645/16

**says... [21]** 9652/10
9653/1 9654/14
9655/15 9658/13
9688/2 9689/16
9715/24 9729/20
9729/25 9730/9
9741/21 9742/8
9742/14 9743/3
9753/23 9754/6
9761/20 9763/1 9775/3
9833/13
**scale [1]** 9589/13
**scare [1]** 9554/9
**scene [1]** 9795/7
**schedule [3]** 9714/7
9719/1 9831/20
**scheme [4]** 9523/17
9791/20 9791/23
9794/25
**scientific [2]** 9772/24
9781/12
**scope [8]** 9623/11
9677/15 9678/13
9679/1 9739/2 9740/10
9741/6 9794/19
**screaming [1]** 9567/18
**screen [25]** 9514/4
9538/17 9550/14
9550/14 9563/21
9575/3 9616/6 9616/22
9617/3 9619/15
9636/24 9645/23
9648/20 9686/10
9688/21 9689/12
9692/15 9693/21
9704/23 9711/1
9750/12 9751/10
9751/25 9759/16
9835/10
**screenshot [2]**
9689/13 9739/14
**scroll [5]** 9539/11
9639/19 9643/4
9688/23 9693/24
**seal [4]** 9521/6 9521/8
9521/11 9715/16
**Sealed [1]** 9721/17
**sealing [1]** 9522/24
**search [10]** 9701/22
9729/15 9734/11
9748/25 9749/16
9751/18 9751/23
9754/21 9756/9
9756/11
**searched [3]** 9747/14
9756/7 9759/11
**seat [6]** 9597/1 9665/7
9766/13 9767/21
9769/13 9830/21
**seated [8]** 9506/5
9536/15 9601/13
9680/25 9715/8 9728/8
9736/14 9766/11
**second [51]** 9528/20
9539/20 9540/2
9558/10 9558/11
9558/13 9567/14

9638/21 9640/11
9650/14 9654/19
9660/4 9686/13
9689/22 9689/23
9690/20 9700/6
9705/15 9709/17
9710/15 9711/7 9712/8
9718/25 9728/10
9750/21 9752/14
9764/5 9769/16
9784/21 9784/25
9788/12 9790/13
9797/23 9802/8
9807/23 9810/15
9812/9 9813/22 9815/9
9816/3 9817/23
9819/24 9820/22
9823/16 9825/5
9825/23
**secondly [2]** 9519/13
9599/9
**seconds [20]** 9555/15
9564/20 9566/21
9567/11 9567/12
9569/6 9578/24
9623/16 9638/11
9645/24 9646/21
9647/25 9682/20
9683/7 9704/1 9704/8
9704/14 9704/15
9704/15 9704/16
**Secret [2]** 9819/3
9819/5
**section [2]** 9512/1
9512/8 9514/11
9612/18 9800/17
9800/23
**secure [3]** 9624/21
9626/15 9631/3
**secured [2]** 9555/1
9763/16
**securing [3]** 9624/4
9624/6 9624/21
**security [7]** 9541/20
9541/22 9625/15
9819/2 9819/4 9828/8
9828/9
**seditious [9]** 9526/12
9526/13 9768/15
9785/21 9788/5
9789/20 9790/6 9798/3
9801/8
**see [104]** 9510/4
9510/6 9510/10
9526/20 9538/16
9539/18 9539/23
9542/19 9555/8
9557/21 9561/25
9564/23 9571/6
9571/18 9572/7
9581/15 9583/16
9583/20 9585/16
9585/17 9590/21
9592/19 9600/10
9600/16 9609/25
9617/4 9618/9 9618/14

9620/11 9620/14
9620/18 9620/19
9629/4 9631/14 9638/6
9638/8 9638/9 9639/2
9639/13 9640/1
9640/17 9640/20
9640/25 9641/1
9642/15 9642/18
9642/21 9642/24
9643/1 9643/20
9644/13 9644/18
9647/7 9647/20
9648/19 9648/24
9649/15 9649/25
9652/2 9652/7 9652/10
9653/4 9653/9 9653/11
9653/21 9654/3
9654/19 9655/6
9655/18 9655/20
9655/22 9656/22
9658/17 9658/17
9668/23 9668/23
9669/1 9686/15
9692/17 9694/9 9698/2
9699/17 9702/19
9702/24 9703/1 9708/2
9708/2 9711/6 9720/1
9728/10 9745/15
9763/9 9763/9 9763/17
9764/5 9764/6 9769/1
9777/3 9783/24
9783/25 9830/18
9836/18
**seeing [6]** 9591/17
9616/18 9620/6
9624/18 9629/18
9761/13
**seek [12]** 9594/4
9594/12 9598/3 9609/2
9631/24 9667/23
9683/1 9688/22
9693/23 9695/15
9697/8 9697/11
**seeking [2]** 9676/24
9732/2
**seeks [5]** 9540/15
9544/23 9563/10
9575/5 9668/6
**seem [6]** 9524/15
9529/6 9760/1 9760/2
9760/3 9760/7
**seemed [2]** 9509/25
9608/17
**seems [5]** 9517/1
9518/11 9518/23
9559/25 9568/8
**seen [31]** 9559/9
9589/17 9590/9
9590/11 9590/15
9605/19 9610/24
9615/3 9620/23
9620/25 9626/3
9631/10 9654/11
9659/24 9660/2 9660/6
9660/9 9660/10
9660/11 9660/20
9661/6 9667/10

9751/21 9759/6 9759/6
9759/12 9759/24
9774/20 9774/25
**segments [1]** 9833/21
**segued [1]** 9575/24
**seized [1]** 9763/23
**selecting [1]** 9773/2
**self [1]** 9804/23
**self-incrimination [1]**
9804/23
**selfie [4]** 9559/14
9559/15 9598/16
9599/10
**selling [2]** 9527/1
9716/6
**semi [1]** 9553/25
**semi-automatic [1]**
9553/25
**Senate [15]** 9574/14
9574/16 9578/15
9578/20 9579/3 9667/9
9667/15 9667/16
9668/17 9744/11
9744/18 9744/23
9800/20 9800/20
9800/24
**Senator [2]** 9744/14
9744/15
**send [4]** 9539/3
9710/24 9712/13
9835/12
**sending [4]** 9701/24
9740/16 9764/8
9768/20
**sends [2]** 9555/15
9763/15
**sense [9]** 9508/15
9514/19 9514/20
9664/12 9672/20
9718/2 9718/4 9766/22
9801/13
**sent [16]** 9511/9
9555/7 9591/3 9692/17
9692/19 9693/10
9712/2 9715/22 9730/9
9730/24 9759/15
9761/25 9762/19
9762/23 9800/22
9822/24
**sentence [5]** 9513/7
9514/1 9683/25
9761/16 9778/14
**sentences [2]** 9536/4
9635/16
**sentencing [1]**
9778/12
**Sentiments [1]**
9591/20
**separate [18]** 9514/14
9516/10 9516/17
9518/9 9523/6 9523/13
9525/24 9528/12
9530/25 9532/4
9717/12 9717/16
9788/4 9794/22 9798/9
9798/13 9812/21
9813/1

**separately [1]** 9790/17
**September [2]** 9729/23
9752/12
**sequence [1]** 9515/13
**Serbian [2]** 9533/22
9534/2
**serial [1]** 9836/6
**series [3]** 9541/8
9614/22 9674/14
**serious [3]** 9588/10
9669/24 9671/2
**seriously [2]** 9756/18
9757/23
**server [4]** 9703/2
9703/3 9703/6 9737/14
**serves [1]** 9518/8
**service [5]** 9587/25
9688/18 9766/21
9819/3 9819/5
**services [2]** 9688/19
9701/13
**session [4]** 9741/12
9788/15 9788/22
9804/7
**sessions [1]** 9676/15
**set [2]** 9532/11
9796/25
**seven [2]** 9749/13
9833/20
**several [10]** 9539/10
9541/12 9553/7
9568/22 9665/18
9673/22 9685/25
9687/22 9730/20
9737/17
**severity [1]** 9669/25
**shall [3]** 9607/9
9744/24 9801/6
**share [5]** 9515/16
9528/18 9592/15
9692/6 9746/17
**shared [4]** 9516/5
9519/15 9522/6 9692/3
**sharing [4]** 9688/14
9688/19 9730/21
9763/16
**Shawn [10]** 9683/19
9684/1 9684/14
9684/16 9685/1 9746/2
9747/12 9747/18
9747/20 9748/3
**Shawn Pugh [5]**
9683/19 9684/14
9685/1 9747/12
9747/20
**Shawn Pugh's [1]**
9748/3
**she [125]** 9520/25
9521/1 9523/10
9523/10 9523/11
9548/21 9548/23
9548/24 9548/24
9575/17 9575/19
9576/5 9576/16
9576/16 9582/5
9592/22 9594/6 9594/7
9594/14 9595/21
9598/10 9598/12

**she... [103]** 9599/2
9599/3 9599/4 9599/4
9599/5 9599/5 9599/5
9599/6 9599/7 9599/9
9599/10 9599/10
9599/11 9600/3
9602/17 9610/14
9622/3 9622/11
9622/12 9622/14
9622/14 9622/23
9622/24 9623/1 9623/4
9623/22 9623/23
9624/18 9624/18
9624/19 9660/13
9666/11 9666/12
9666/17 9666/18
9666/19 9666/21
9666/25 9666/25
9667/1 9667/2 9667/5
9667/10 9667/12
9667/16 9667/21
9669/10 9669/11
9669/17 9669/17
9669/23 9669/24
9669/24 9669/25
9670/1 9670/3 9670/5
9670/6 9670/7 9670/9
9670/19 9670/20
9670/22 9671/1 9671/2
9671/3 9671/5 9671/11
9672/16 9673/1 9673/3
9673/20 9674/8 9675/6
9675/14 9675/21
9675/22 9675/22
9675/23 9676/22
9676/23 9676/23
9677/3 9678/11 9712/3
9720/24 9720/25
9721/9 9737/21 9763/1
9771/14 9774/20
9776/22 9779/20
9792/20 9792/24
9792/25 9793/5 9794/8
9794/21 9820/13
9821/11 9822/1

**she's [10]** 9523/13
9622/11 9644/25
9645/3 9645/5 9668/25
9675/10 9675/11
9675/12 9720/12

**sheriff's [5]** 9628/4
9628/5 9760/11
9760/19 9760/21

**shield [1]** 9581/12
**shifts [1]** 9771/15
**shirt [1]** 9649/2
**shit [2]** 9545/25 9546/2
**shocked [1]** 9523/15
**shoehorn [1]** 9831/11
**shoot [6]** 9621/21
9758/25 9759/21
9760/11 9760/12
9760/13
**shooters [4]** 9758/25
9759/5 9759/21
9760/16
**shooting [3]** 9685/25

**short [6]** 9596/18
9635/15 9664/14
9687/23 9761/12
9836/8
**shot [9]** 9538/6
9586/17 9686/24
9756/22 9758/1 9758/2
9759/6 9760/14
9760/15
**shotgun [1]** 9553/9
**should [59]** 9508/5
9512/7 9513/1 9513/1
9513/22 9514/2 9514/8
9557/22 9587/14
9599/16 9601/10
9623/4 9664/14
9690/13 9698/12
9731/2 9754/18
9768/17 9770/4
9770/12 9770/13
9770/18 9770/20
9770/24 9771/6 9771/8
9773/11 9773/24
9774/4 9775/11
9775/21 9775/25
9775/25 9776/1
9776/11 9777/23
9778/4 9778/4 9778/24
9779/6 9779/7 9779/15
9779/17 9779/19
9780/7 9780/11
9781/23 9784/1 9784/2
9784/3 9785/12 9787/4
9800/5 9800/8 9811/16
9817/3 9821/24 9827/1
9828/23
**shoulder [1]** 9620/3
**shouldn't [3]** 9508/9
9633/25 9835/6
**show [30]** 9585/22
9614/22 9622/24
9627/14 9637/1
9637/16 9646/10
9650/19 9650/19
9657/4 9661/3 9675/17
9691/10 9699/22
9703/14 9703/16
9732/15 9750/22
9753/22 9793/18
9793/23 9801/17
9808/12 9808/14
9814/4 9829/16
9830/24 9833/6
9833/11 9834/3
**showed [10]** 9602/10
9658/21 9659/14
9691/6 9737/15
9761/13 9762/2 9822/9
9822/13 9822/17
**showing [6]** 9525/11
9611/8 9636/16
9636/18 9693/24
9833/14
**shown [6]** 9509/1
9551/20 9651/12
9705/2 9777/18
9828/12

**snows [9]** 9636/21
9692/1 9692/2 9699/23
9703/4 9703/20 9731/8
9762/11 9809/13
**sic [7]** 9571/16 9591/1
9651/10 9662/14
9689/17 9754/17
9819/19
**side [19]** 9511/3
9528/19 9559/24
9562/23 9574/14
9574/16 9578/15
9590/7 9590/12
9591/20 9669/2
9738/19 9741/24
9767/5 9773/11
9773/14 9773/16
9775/14 9777/20
**sidebar [1]** 9598/5
**sidewalk [1]** 9562/23
**Siekerman [1]** 9630/1
**sign [2]** 9607/4 9736/6
**Signal [10]** 9554/20
9554/22 9587/10
9588/22 9629/22
9707/21 9736/7
9738/24 9739/9 9763/8
**significance [1]** 9591/4
**significant [3]** 9595/24
9679/22 9680/1
**signs [1]** 9538/13
**silence [2]** 9687/12
9687/17
**silencer [6]** 9687/8
9687/9 9687/12
9687/23 9688/4
9759/10
**silencers [1]** 9687/5
**silent [1]** 9625/2
**silver [1]** 9590/18
**similar [6]** 9528/16
9550/18 9682/10
9688/15 9716/24
9717/6
**similarity [1]** 9795/17
**Similarly [3]** 9774/9
9796/17 9827/4
**simple [2]** 9834/23
9836/12
**simply [6]** 9622/13
9698/11 9784/14
9785/4 9792/23 9836/6
**simultaneous [3]**
9787/12 9805/9
9824/13
**since [6]** 9609/22
9622/10 9626/3
9746/20 9748/23
9831/11
**singing [2]** 9560/24
9625/25
**single [7]** 9516/4
9520/2 9522/5 9528/19
9581/25 9701/10
9742/23
**singular [3]** 9512/7
9514/18 9514/19
**Siniff [6]** 9552/1

**snow [9]** 9576/4 9576/12
9780/15
**Siniff's [1]** 9510/7
**sir [158]** 9509/20
9509/24 9533/16
9533/25 9539/7 9540/9
9601/24 9602/12
9603/5 9603/8 9605/16
9606/2 9606/11
9607/15 9608/20
9609/1 9609/3 9609/15
9610/2 9610/25
9612/10 9613/6
9613/16 9614/19
9614/21 9615/20
9615/24 9616/4
9616/12 9616/20
9617/5 9617/18
9617/21 9618/3
9618/10 9618/25
9619/3 9619/10 9620/5
9620/21 9626/8
9628/20 9631/9 9632/6
9633/19 9633/19
9661/16 9665/11
9665/18 9671/18
9671/19 9679/17
9680/7 9680/8 9681/13
9681/14 9681/23
9682/1 9682/15
9682/17 9682/23
9683/11 9683/13
9683/21 9684/10
9685/11 9685/13
9685/16 9685/20
9685/22 9686/8
9686/17 9686/20
9687/7 9688/6 9688/10
9690/16 9691/4
9691/19 9692/21
9693/13 9693/16
9697/2 9697/7 9698/7
9698/22 9699/9 9701/6
9702/9 9703/18
9703/22 9705/18
9709/25 9710/2 9710/4
9710/6 9710/20
9710/25 9736/24
9740/2 9740/4 9741/4
9741/9 9741/21 9743/2
9743/15 9743/22
9744/9 9744/10
9746/15 9748/2
9748/11 9748/14
9748/18 9748/20
9749/13 9749/20
9749/22 9750/11
9750/13 9750/16
9750/23 9750/24
9751/10 9751/16
9751/19 9751/20
9751/20 9751/23
9752/3 9753/2 9753/7
9754/12 9754/16
9756/17 9757/1 9757/4
9757/23 9758/1 9758/5
9758/7 9758/8 9758/12

9759/5 9760/1
9760/5 9760/17 9761/2
9761/10 9761/11
9761/15 9761/21
9762/1 9762/5 9762/12
9763/18 9764/7
**sit [2]** 9587/5 9720/24
**site [1]** 9781/8
**sitting [1]** 9719/22
**situation [4]** 9614/5
9625/15 9670/1
9672/16
**six [3]** 9676/3 9676/3
9810/12
**sixth [2]** 9597/22
9810/23
**size [1]** 9621/18
**skill [1]** 9781/15
**skipped [1]** 9744/1
**slab [2]** 9584/7
9738/21
**sleep [2]** 9774/24
9832/16
**slide [18]** 9651/10
9651/20 9652/25
9653/25 9655/14
9655/14 9656/5 9656/6
9656/12 9658/12
9683/23 9684/11
9685/4 9711/7 9711/13
9712/9 9782/18
9830/24
**Slide 17 [1]** 9683/23
**slide 6 [1]** 9652/25
**slide 7 [1]** 9653/25
**slide 8 [1]** 9656/5
**slides [3]** 9650/19
9711/4 9830/25
**slight [2]** 9535/5
9714/7
**slightly [1]** 9733/4
**slog [1]** 9766/22
**slow [2]** 9643/1
9644/17
**small [6]** 9511/25
9660/3 9660/8 9679/20
9834/7 9835/2
**smaller [2]** 9757/8
9773/14
**smashed [1]** 9621/23
**smashing [1]** 9575/1
**smiling [3]** 9582/1
9582/2 9582/7
**smoked [3]** 9669/11
9669/18 9670/20
**snake [1]** 9586/14
**snow [4]** 9774/19
9774/21 9774/23
9774/24
**snowed [1]** 9775/1
**so [396]**
**so I think [2]** 9612/3
9749/15
**So it's [1]** 9576/7
**so this is [5]** 9540/5
9546/8 9636/25 9673/6
9697/18
**so this relates [1]**

9886

# S

so this relates... [1] 9545/8

social [1] 9789/14

socialist [1] 9541/16

soil [2] 9607/19 9608/1

sold [1] 9757/15

sole [6] 9770/7 9770/21 9776/9 9787/10 9805/8 9824/11

solely [3] 9716/14 9716/16 9770/15

soliciting [4] 9808/6 9816/10 9821/4 9826/6

solid [3] 9551/22 9551/24 9551/25

somber [1] 9671/2

some [85] 9507/2 9507/19 9510/8 9516/7 9518/12 9518/18 9519/17 9519/24 9519/25 9520/14 9522/8 9522/19 9522/19 9522/20 9525/7 9525/14 9525/19 9525/21 9529/4 9530/21 9531/7 9531/25 9537/20 9542/3 9544/6 9559/20 9562/19 9574/10 9583/3 9594/5 9596/6 9596/13 9598/8 9629/22 9634/17 9676/21 9677/12 9695/6 9696/24 9701/15 9701/20 9706/22 9716/8 9718/13 9729/4 9731/11 9731/12 9732/19 9732/21 9740/1 9742/15 9744/24 9748/12 9748/15 9756/19 9759/18 9766/22 9769/21 9769/22 9769/23 9772/5 9783/15 9784/7 9784/20 9790/3 9791/9 9791/10 9793/12 9794/23 9796/4 9796/16 9799/1 9799/20 9806/15 9806/15 9806/17 9808/14 9808/17 9808/23 9809/22 9832/16 9834/8 9834/8 9834/17 9836/10

somebody [11] 9521/19 9525/18 9530/16 9590/21 9594/10 9619/15 9622/16 9624/22 9657/18 9734/6 9744/22

somebody's [1] 9733/2

somehow [1] 9600/8

someone [13] 9547/6

9551/21 9556/12 9559/12 9608/5 9620/3 9621/4 9684/20 9685/9 9685/14 9687/4 9756/7 9807/10

someone's [2] 9786/17 9786/19

something [44] 9507/20 9508/23 9517/14 9517/15 9517/17 9517/18 9517/19 9520/17 9524/25 9527/9 9529/9 9533/4 9534/5 9535/21 9536/5 9538/21 9562/5 9594/17 9595/11 9598/14 9600/2 9602/2 9605/19 9613/14 9619/12 9619/12 9619/13 9621/9 9624/24 9630/17 9630/17 9669/11 9673/1 9675/9 9686/15 9721/3 9729/9 9736/8 9748/11 9785/7 9809/23 9834/11 9836/12 9836/16

sometimes [8] 9556/10 9556/11 9624/11 9624/12 9624/12 9674/17 9775/13 9783/16

somewhere [5] 9612/24 9613/3 9616/24 9625/6 9738/22

soon [2] 9561/13 9569/25

sooner [2] 9587/2 9719/24

SoRelle [1] 9712/2

sorry [46] 9509/8 9511/5 9514/3 9515/18 9521/10 9522/2 9523/19 9536/20 9560/6 9600/23 9606/19 9610/9 9622/9 9627/7 9637/22 9641/13 9642/6 9644/21 9651/25 9654/13 9656/13 9657/15 9660/12 9660/16 9665/25 9670/6 9670/17 9675/23 9676/11 9692/18 9692/19 9702/24 9703/15 9711/6 9713/7 9713/15 9714/13 9720/15 9720/18 9734/10 9750/5 9753/16 9754/3 9755/23 9831/25 9835/22

sort [8] 9514/17 9516/9 9543/11 9595/16 9716/2 9762/11 9767/2 9834/16

sorts [1] 9529/19

sought [5] 9584/21 9687/9 9687/14 9687/15 9744/19 9751/15 9751/18 9781/21

sounds [5] 9603/21 9645/25 9733/4 9766/25 9832/7

source [2] 9713/14 9834/9

south [2] 9653/2 9654/2

speak [8] 9548/22 9561/2 9566/6 9568/18 9572/14 9606/18 9621/24 9768/12

speaker [1] 9570/4

Speaker's [2] 9636/10 9648/2

speakers [3] 9509/12 9783/7 9828/9

speaking [5] 9565/24 9567/6 9567/20 9716/14 9716/16

Special [21] 9659/14 9664/8 9664/9 9665/2 9665/7 9665/15 9668/13 9670/16 9671/4 9679/21 9680/11 9681/2 9684/5 9685/24 9691/9 9713/3 9715/4 9729/15 9730/12 9735/10 9748/21

Special Agent [2] 9713/3 9715/4

Special Agent Eller [6] 9664/8 9665/7 9665/15 9668/13 9671/4 9679/21

Special Agent Harris [4] 9681/2 9684/5 9685/24 9691/9

Special Agent Justin Eller [1] 9665/2

Special Agent Kelsey Harris [1] 9680/11

Special Agent Lazarus [1] 9659/14

Special Agent Palian [1] 9748/21

specialized [1] 9781/12

specific [24] 9514/21 9603/11 9613/13 9614/9 9615/2 9622/3 9622/4 9622/20 9623/2 9623/5 9673/24 9675/3 9675/8 9678/15 9678/16 9679/2 9769/20 9769/21 9795/1 9796/23 9798/3 9801/21 9814/7 9828/8

specifically [21] 9543/25 9564/12 9591/16 9591/16 9598/23 9603/13 9604/1 9614/2 9617/23

9677/18 9687/19 9730/7 9730/16 9752/24 9754/6 9800/16 9827/19 9829/5 9829/13

specificity [2] 9535/9 9535/10

specifics [1] 9535/16

specified [1] 9706/22

spectator [1] 9809/10

spectrum [1] 9607/9

speculate [5] 9694/23 9775/22 9780/1 9785/13 9814/18

speculation [1] 9772/21

speculative [1] 9694/21

speech [6] 9565/7 9565/9 9784/9 9784/9 9784/12 9784/15

spell [1] 9635/9

spelling [1] 9791/2

spent [2] 9548/3 9659/11

split [4] 9562/9 9562/11 9574/11 9618/1

spoke [6] 9530/12 9568/20 9573/4 9583/21 9630/1 9716/9

spoken [4] 9572/19 9755/24 9756/1 9783/12

Spook [1] 9736/2

sporadically [2] 9567/5 9567/6

spot [2] 9542/5 9542/24

spray [5] 9570/11 9570/13 9580/18 9580/23 9608/4

sprayed [1] 9581/7

spread [1] 9573/20

spy [2] 9736/4 9736/7

squared [1] 9597/3

squirrel [1] 9757/24

Sr [1] 9502/11

stabbed [1] 9756/23

stack [12] 9560/2 9560/4 9560/5 9560/7 9560/20 9561/10 9561/15 9561/17 9629/13 9667/2 9762/24 9764/11

Stack 1 [1] 9762/24

Stack 2 [1] 9629/13

staffers [2] 9647/7 9648/11

stage [2] 9625/12 9806/10

staged [1] 9584/7

stairs [14] 9560/4 9560/12 9560/23 9560/23 9561/14 9562/22 9583/24 9584/25 9619/23

9630/7 9630/10 9636/9 9639/20 9658/22

stairwell [3] 9636/20 9637/5 9640/17

stairwells [1] 9659/21

Stamey [14] 9691/2 9691/3 9691/6 9729/18 9730/5 9730/9 9730/16 9730/24 9732/3 9749/8 9749/18 9752/6 9752/23 9753/3

Stamey's [5] 9684/8 9729/19 9730/3 9730/4 9752/21

stamp [7] 9564/24 9636/19 9668/13 9687/24 9758/18 9758/19 9758/22

stand [16] 9517/10 9523/10 9523/24 9525/18 9527/3 9534/15 9537/3 9584/22 9600/10 9635/24 9665/5 9671/7 9681/7 9747/7 9776/16 9785/16

standard [6] 9593/7 9624/10 9637/6 9699/25 9706/11 9707/19

standing [10] 9563/8 9582/13 9584/11 9585/2 9661/7 9684/20 9684/22 9694/20 9711/22 9762/24

standpoint [3] 9512/23 9526/21 9606/1

stands [3] 9596/20 9834/12 9836/23

stanley [3] 9502/2 9502/5 9506/18

start [13] 9507/3 9519/9 9537/11 9559/20 9578/24 9579/2 9601/16 9637/10 9681/17 9715/9 9717/10 9764/3 9830/14

started [8] 9561/12 9589/22 9628/4 9638/23 9694/5 9694/15 9694/18 9796/22

starters [1] 9757/9

starting [1] 9542/13

starts [3] 9624/18 9624/18 9637/11

state [11] 9520/5 9527/6 9551/18 9635/18 9696/22 9711/22 9781/16 9787/8 9806/10 9818/18 9818/19

statement [22] 9508/17 9595/20 9595/21 9602/2 9603/3 9623/20 9672/12 9672/15 9732/9 9732/3

**statement...** [12]
9732/23 9734/4 9742/4
9743/7 9765/1 9778/24
9782/5 9782/7 9782/10
9786/21 9827/14
9834/15

**statements** [18]
9508/11 9508/14
9508/14 9508/15
9508/16 9509/2
9537/12 9548/21
9564/17 9679/2 9733/3
9774/7 9782/2 9782/3
9784/6 9784/16
9791/18 9831/9

**states** [81] 9500/1
9500/3 9500/10 9506/8
9514/25 9515/2
9515/22 9539/4
9542/13 9550/13
9550/22 9559/21
9560/21 9561/10
9564/13 9578/3
9607/19 9614/12
9659/21 9660/4 9662/2
9666/20 9667/3 9668/4
9669/18 9670/21
9671/8 9680/10 9709/4
9711/24 9754/14
9784/8 9784/22 9788/9
9788/11 9797/9
9797/11 9797/14
9797/15 9797/20
9797/22 9798/10
9798/12 9799/3 9799/5
9799/10 9799/12
9799/13 9799/17
9799/19 9799/25
9800/5 9800/7 9800/10
9800/11 9800/16
9800/18 9800/23
9801/2 9813/6 9813/10
9813/17 9813/24
9814/10 9814/23
9815/3 9815/8 9815/11
9815/19 9816/2
9816/19 9817/2
9818/23 9818/24
9819/3 9819/5 9819/9
9824/8 9827/22
9827/23 9829/3

**station** [1] 9555/3
**stations** [1] 9628/3
**status** [3] 9509/2
9520/18 9607/3
**statutes** [1] 9541/15
**stay** [9] 9530/17
9558/4 9562/7 9562/10
9587/14 9604/16
9655/4 9680/18 9721/9
**stayed** [5] 9530/15
9557/12 9691/6 9691/8
9691/10
**staying** [2] 9555/4
9749/14
**stays** [2] 9648/20
9653/18

**Stewart (2) [...]** 9547/13
9609/9
**stenography** [1]
9503/6
**step** [16] 9599/20
9632/5 9640/11
9661/21 9680/7 9715/4
9715/6 9735/6 9735/7
9764/17 9806/1
9806/12 9806/20
9815/9 9819/25 9825/5
**Stephen** [3] 9656/8
9656/8 9656/17
**stepped** [1] 9651/25
**steps** [6] 9615/19
9615/23 9617/4 9618/8
9631/10 9693/7
**STEWART** [39] 9500/6
9501/2 9506/9 9543/10
9545/24 9546/8
9549/20 9662/6 9663/7
9698/18 9698/20
9699/8 9700/3 9700/7
9704/1 9705/2 9707/20
9709/21 9710/22
9711/15 9711/19
9712/4 9712/12
9712/15 9713/12
9713/24 9762/19
9763/7 9763/19 9764/8
9789/9 9789/15 9822/7
9823/4 9823/8 9824/6
9824/15 9825/11
9827/4
**Stewart Rhodes** [27]
9543/10 9549/20
9663/7 9698/18 9700/3
9700/7 9704/1 9705/2
9707/20 9709/21
9710/22 9711/19
9712/4 9712/12
9713/24 9762/19
9763/7 9763/19 9764/8
9789/15 9822/7 9823/4
9823/8 9824/6 9824/15
9825/11 9827/4
**Stewart Rhodes'** [4]
9546/8 9698/20 9699/8
9711/15
**stick** [2] 9613/10
9621/20
**sticks** [1] 9544/6
**still** [25] 9511/18
9525/14 9537/7
9538/24 9539/1 9539/2
9562/13 9565/11
9566/25 9570/25
9573/22 9592/25
9592/25 9593/10
9593/11 9607/7
9612/24 9619/23
9635/6 9684/17 9720/4
9794/7 9794/17
9831/14 9833/12
**stipulate** [1] 9662/8
**stipulated** [2] 9773/21
9773/23
**stipulation** [3] 9661/18

**Stirone** [2] 9524/22
9525/2
**stop** [7] 9547/8
9547/15 9609/9
9646/25 9684/25
9767/2 9788/7
**stopped** [2] 9548/2
9582/7
**stopwatch** [1] 9719/10
**store** [1] 9733/7
**stored** [1] 9690/24
**storm** [1] 9533/13
**stormed** [5] 9693/20
9696/1 9763/21 9764/6
9764/13
**storming** [1] 9697/25
**straight** [2] 9561/14
9832/18
**strapped** [1] 9611/15
**straps** [1] 9653/23
**stream** [1] 9682/11
**streamed** [1] 9682/12
**street** [6] 9500/17
9501/11 9501/15
9613/2 9621/21
9763/24
**streets** [1] 9608/13
**stricken** [2] 9775/25
9776/4
**strike** [2] 9733/12
9733/13
**Strong** [2] 9730/16
9730/18
**strongly** [4] 9806/3
9815/11 9820/2 9825/7
**structure** [1] 9515/6
**stuff** [7] 9588/10
9591/24 9592/19
9592/20 9593/1 9621/1
9626/1
**stunt** [1] 9555/22
**subject** [5] 9600/14
9708/14 9708/15
9765/1 9776/15
**subjects** [1] 9746/11
**submission** [1]
9716/17
**submits** [1] 9828/11
**submitted** [1] 9507/18
**subpoena** [1] 9701/24
**subpoenas** [1]
9701/22
**subscribers** [1] 9730/3
**subsections** [2]
9535/13 9535/19
**subsequent** [1] 9608/9
**subsequently** [1]
9822/24
**substance** [1] 9696/11
**substantial** [6] 9806/1
9806/12 9806/20
9815/9 9819/25 9825/5
**substantive** [6]
9794/15 9803/10
9813/13 9817/14
9823/6 9827/13
**substantively** [2]

**succeed** [2] 9792/8
9809/24
**success** [1] 9792/5
**successful** [1] 9792/2
**such** [26] 9576/17
9662/11 9687/11
9687/22 9730/22
9741/23 9757/17
9770/19 9772/7 9774/2
9774/4 9774/13
9775/16 9777/2
9777/21 9777/24
9778/3 9778/18 9779/1
9780/18 9781/16
9782/5 9782/6 9790/13
9805/2 9829/24
**sudden** [5] 9554/11
9569/23 9569/24
9571/15 9582/14
**sufficiency** [2] 9520/7
9527/6
**sufficient** [11] 9599/17
9781/20 9786/7
9786/13 9795/9
9795/11 9795/22
9796/24 9800/2 9801/7
9807/9
**suggest** [1] 9833/25
**suggested** [3] 9525/7
9525/24 9754/22
**suggesting** [8] 9526/6
9530/19 9576/2
9595/21 9626/5
9756/18 9756/21
9757/23
**suggestion** [4] 9529/7
9530/23 9535/1
9715/10
**suggests** [2] 9730/5
9752/23
**suitcases** [1] 9627/24
**Suite** [3] 9501/4 9501/8
9502/13
**sum** [2] 9796/8 9814/1
**summary** [5] 9538/12
9673/6 9673/6 9673/12
9673/16
**super** [1] 9569/24
**supplement** [3]
9712/21 9831/10
9834/15
**support** [9] 9529/21
9529/22 9530/2 9530/3
9530/18 9547/12
9547/16 9621/10
9795/9
**supported** [2] 9541/13
9777/16
**supporting** [2] 9529/1
9781/21
**supportive** [1] 9684/18
**supports** [1] 9516/2
**suppose** [4] 9517/5
9524/10 9558/8 9721/4
**supposed** [4] 9519/14
9547/24 9556/13
9609/9

**suppresser** [4] 9687/9
9687/17 9687/17
9688/4
**suppressers** [2]
9687/6 9687/15
**suppressor** [7] 9758/5
9758/5 9758/8 9758/14
9759/7 9759/10
9759/13
**suppressors** [2]
9758/24 9760/22
**sure** [42] 9510/19
9510/22 9511/3
9516/19 9521/24
9522/20 9523/25
9542/18 9543/6 9563/8
9574/22 9575/13
9610/18 9623/6
9623/21 9624/9 9634/8
9635/10 9635/17
9651/1 9670/18
9675/16 9679/10
9684/21 9694/5 9714/2
9715/25 9718/21
9718/22 9732/6
9734/12 9734/14
9735/8 9735/18
9737/11 9740/10
9745/12 9764/22
9767/25 9831/3 9833/7
9836/4
**surrounding** [3]
9693/14 9786/20
9791/19
**surveillance** [3] 9691/5
9691/9 9754/14
**sustain** [3] 9679/7
9775/20 9790/4
**sustained** [9] 9525/9
9607/21 9614/5
9679/13 9745/24
9747/23 9751/8
9756/15 9776/3
**swept** [5] 9592/4
9592/6 9592/8 9592/13
9593/15
**sworn** [7] 9537/3
9635/2 9665/5 9672/12
9681/7 9732/9 9773/19
**sympathy** [1] 9770/13
**system** [2] 9539/2
9785/11

**T**

**table** [2] 9534/13
9742/17
**tail** [1] 9578/9
**take** [49] 9513/9
9522/25 9523/23
9527/9 9538/19
9559/24 9564/4
9572/11 9581/17
9588/16 9596/2
9596/18 9601/5 9601/7
9607/18 9612/13
9627/21 9633/1
9633/25 9637/3
9638/23 9647/7 9656/5

take... [26] 9664/12
9665/22 9673/15
9680/13 9680/15
9693/6 9698/12
9704/20 9714/21
9719/6 9733/12
9734/20 9734/23
9741/14 9744/20
9753/8 9754/19
9760/23 9765/15
9765/22 9768/7
9769/22 9770/17
9771/2 9771/2 9792/20
take place [1] 9665/22
taken [9] 9557/4
9620/24 9671/8 9671/9
9682/5 9703/5 9771/8
9784/3 9793/14
taker's [1] 9771/10
takes [3] 9655/25
9656/2 9801/5
taking [5] 9635/24
9708/3 9763/10 9795/7
9795/8
talk [34] 9519/14
9550/15 9552/17
9552/20 9558/24
9559/19 9588/2 9593/8
9595/9 9596/13
9605/10 9608/8
9608/12 9609/13
9612/15 9619/25
9692/11 9700/10
9701/2 9705/19 9709/1
9714/18 9714/23
9715/19 9729/10
9737/1 9737/2 9748/8
9754/17 9755/13
9757/16 9769/20
9769/22 9834/23
talked [13] 9515/23
9516/13 9537/24
9552/23 9586/13
9604/8 9604/17
9604/18 9605/24
9749/24 9753/14
9753/20 9834/7
talking [24] 9512/1
9513/5 9513/10
9517/24 9526/5
9542/11 9558/21
9562/12 9579/3
9587/11 9598/24
9598/25 9599/11
9607/13 9617/17
9625/19 9626/10
9629/19 9639/16
9675/8 9677/4 9677/19
9711/23 9737/22
talks [1] 9716/3
tampering [18]
9789/11 9822/5 9823/3
9823/11 9824/18
9824/19 9824/23
9825/3 9825/6 9825/13
9825/20 9825/24
9826/8 9826/12

tapped [1] 9620/3
Tarantino [3] 9716/3
9717/22 9717/23
target [6] 9590/21
9719/19 9744/24
9745/6 9745/9 9760/6
targets [1] 9801/21
Tarpley [2] 9501/10
9506/17
tarred [1] 9763/22
tax [24] 9576/24
9687/24 9709/9
9709/14 9709/14
9709/21 9710/7
9710/18 9710/18
9713/11 9713/20
9742/4 9742/9 9742/16
9742/18 9743/4
9743/20 9758/16
9758/18 9758/19
9758/22 9761/12
9761/19 9763/23
taxes [15] 9575/16
9575/19 9577/15
9577/15 9577/18
9577/22 9578/5
9609/14 9611/7
9611/13 9612/13
9709/2 9709/3 9709/8
9741/8
taxpayer [2] 9575/17
9575/18
taxpayers [1] 9741/23
taxpayers' [2] 9574/24
9577/10
tea [1] 9763/23
team [10] 9548/18
9549/14 9555/1
9572/24 9573/2
9684/22 9746/7
9746/13 9750/14
9754/21
technical [2] 9634/3
9781/12
technically [2] 9558/8
9687/11
technology [2]
9638/18 9754/23
telephone [3] 9751/14
9822/12 9822/16
television [1] 9677/6
tell [23] 9561/8 9631/3
9631/6 9635/9 9635/16
9651/11 9651/24
9652/4 9653/25
9654/22 9660/9
9666/18 9666/25
9667/9 9670/19 9671/5
9686/18 9714/6
9715/24 9765/21
9769/7 9777/23
9778/22
telling [12] 9549/25
9550/17 9556/5
9573/19 9573/20
9580/11 9586/8 9588/6

9776/20 9833/11
ten [5] 9596/19
9596/23 9614/12
9765/16 9769/1
ten-day [1] 9614/12
tens [1] 9759/1
term [12] 9586/14
9606/23 9804/1 9804/6
9818/10 9818/17
9818/21 9819/1 9819/7
9823/24 9824/4
9828/16
termination [2]
9796/17 9796/20
terms [23] 9509/18
9520/19 9563/23
9576/18 9597/4 9606/8
9612/16 9615/13
9616/10 9631/13
9631/13 9664/5 9675/1
9678/14 9701/3 9719/1
9734/2 9735/1 9735/3
9747/14 9793/2
9794/10 9832/12
Terrace [1] 9625/23
terrible [2] 9579/18
9579/25
Terrific [1] 9597/6
territory [1] 9595/7
terrorism [1] 9708/20
testified [54] 9524/2
9525/22 9537/3 9549/4
9550/4 9552/25 9554/1
9556/14 9556/25
9562/19 9568/16
9574/8 9574/14 9576/5
9579/24 9582/4
9582/10 9583/1 9589/7
9590/1 9598/10
9598/23 9599/9
9614/17 9620/19
9641/1 9644/25 9645/5
9649/9 9665/5 9681/7
9681/19 9683/18
9684/6 9685/8 9685/18
9686/22 9688/8
9698/17 9705/2
9710/22 9730/12
9731/7 9733/11
9733/17 9737/23
9738/18 9741/6 9747/3
9747/10 9758/17
9774/20 9776/22
9779/10
testify [19] 9523/10
9548/24 9622/3 9623/1
9646/11 9694/23
9694/25 9695/1
9746/25 9747/8
9747/16 9778/2
9778/10 9779/4
9779/23 9780/3 9780/6
9781/16 9804/22
testifying [5] 9623/4
9670/7 9729/8 9773/10
9776/17
testimony [80]

9518/1 9518/6 9518/25
9526/3 9533/8 9537/13
9581/10 9583/11
9591/6 9592/7 9592/15
9593/9 9597/11
9597/20 9597/21
9597/24 9599/3
9600/12 9602/11
9620/18 9626/22
9628/2 9628/9 9634/17
9634/20 9661/15
9664/9 9671/1 9680/7
9715/5 9729/4 9729/12
9729/19 9733/9
9733/15 9733/16
9735/10 9737/20
9737/21 9742/2
9748/12 9755/21
9758/22 9759/18
9773/13 9773/15
9773/19 9774/15
9774/21 9774/25
9776/7 9776/25 9777/1
9777/2 9777/14
9777/22 9777/24
9778/3 9778/5 9778/18
9778/19 9779/5 9779/7
9779/9 9779/15
9779/18 9779/20
9780/7 9780/8 9780/11
9780/12 9780/14
9780/16 9781/7 9781/9
9782/3 9782/6 9782/14
Texas [1] 9635/19
text [3] 9540/23
9747/13 9747/15
texts [3] 9738/25
9739/9 9836/13
than [41] 9509/7
9516/4 9517/7 9519/5
9520/2 9523/22 9525/5
9526/15 9534/1 9534/5
9542/24 9547/11
9555/15 9608/15
9652/18 9678/24
9713/6 9713/8 9719/15
9719/16 9719/24
9731/6 9733/7 9736/9
9743/4 9743/5 9755/9
9756/25 9757/21
9757/24 9758/4 9766/6
9772/5 9772/8 9773/15
9775/10 9778/14
9793/11 9798/7 9831/3
9833/16
thank [109] 9507/1
9510/14 9511/16
9515/9 9527/14
9534/20 9540/14
9541/21 9567/21
9570/21 9577/2
9578/13 9579/22
9587/24 9593/18
9596/19 9597/2 9597/6
9600/18 9601/19
9604/23 9604/24
9605/2 9605/4 9606/14

9623/17 9627/1 9627/8
9632/2 9632/3 9632/4
9632/6 9633/16
9633/17 9633/21
9633/22 9634/6
9634/21 9637/18
9638/4 9641/24
9648/17 9659/3 9659/5
9661/10 9661/12
9661/13 9661/14
9661/16 9661/21
9662/23 9665/12
9670/12 9670/13
9673/18 9679/17
9680/6 9680/8 9680/17
9682/18 9684/5
9688/20 9695/20
9696/14 9697/3
9698/14 9703/9
9704/19 9707/7 9708/6
9710/10 9710/21
9712/23 9714/25
9717/20 9718/19
9728/9 9731/4 9736/19
9740/19 9740/20
9740/21 9743/22
9743/24 9743/25
9750/2 9761/2 9761/3
9761/4 9761/22
9764/16 9764/18
9764/23 9766/8
9766/12 9766/20
9767/18 9768/6 9768/7
9768/24 9769/2
9830/17 9833/8 9834/5
9834/6 9836/18
9836/21
thank you [86]
9511/16 9515/9
9527/14 9534/20
9540/14 9541/21
9567/21 9570/21
9577/2 9578/13
9579/22 9593/18
9597/2 9597/6 9604/23
9604/24 9605/2 9605/4
9606/14 9612/11
9616/25 9623/17
9627/1 9627/8 9632/4
9632/6 9633/16
9633/17 9633/21
9633/22 9634/6
9634/21 9638/4
9641/24 9648/17
9659/5 9661/12
9661/13 9661/14
9661/16 9661/21
9662/23 9665/12
9670/12 9670/13
9673/18 9680/6
9680/17 9682/18
9688/20 9695/20
9696/14 9697/3
9698/14 9703/9
9704/19 9707/7 9708/6
9710/10 9710/21
9712/23 9717/20

thank you... [24]
9718/19 9728/9 9731/4
9736/19 9740/19
9740/20 9740/21
9743/24 9743/25
9750/2 9761/3 9761/4
9761/22 9764/16
9764/18 9764/23
9766/8 9766/12
9766/20 9768/6
9768/24 9769/2 9834/6
9836/18

thanks [11] 9596/15
9596/24 9623/16
9671/14 9679/11
9679/15 9679/16
9684/25 9721/11
9767/16 9767/24

that [1447]
that day [1] 9626/7
that right [1] 9703/24
That'll [1] 9656/1
that's [175] 9507/9
9509/8 9510/13
9510/22 9512/14
9513/3 9513/13
9514/17 9515/7
9515/15 9517/14
9517/17 9517/19
9519/2 9519/5 9522/1
9523/22 9525/5
9528/17 9529/25
9531/19 9531/21
9532/8 9534/6 9534/9
9534/11 9535/10
9536/11 9547/10
9547/13 9547/17
9550/19 9554/2
9554/22 9565/5
9565/12 9567/20
9574/8 9574/21
9574/25 9575/20
9578/18 9580/2 9585/7
9585/20 9585/25
9588/4 9594/18
9594/20 9594/24
9595/3 9595/22
9595/23 9596/14
9597/25 9598/16
9599/2 9599/4 9599/8
9606/18 9607/8
9610/16 9610/17
9611/8 9613/24
9622/25 9627/16
9630/11 9642/11
9643/16 9644/13
9648/4 9649/8 9650/2
9650/8 9652/5 9652/14
9653/16 9657/23
9658/14 9659/3
9662/17 9670/4 9670/8
9673/2 9674/20
9675/11 9675/15
9678/22 9679/9
9682/15 9682/17
9683/15 9685/3
9685/11 9686/4

9687/16 9687/20
9687/24 9688/15
9689/17 9690/4
9691/19 9692/8 9693/3
9693/5 9693/9 9693/13
9694/17 9697/2 9698/3
9698/4 9698/7 9699/4
9699/19 9699/24
9702/18 9702/22
9703/22 9703/25
9704/4 9704/13
9704/18 9705/16
9706/21 9707/15
9707/19 9708/25
9709/6 9709/12
9713/25 9714/11
9720/6 9720/13 9721/6
9728/22 9729/24
9731/9 9733/1 9733/24
9736/4 9736/4 9736/6
9737/14 9739/17
9739/18 9739/20
9740/2 9741/16
9741/21 9742/12
9742/24 9743/2 9743/9
9744/12 9746/5
9747/15 9751/3 9753/5
9754/1 9754/1 9754/8
9757/5 9758/17
9759/19 9760/9
9760/14 9760/17
9760/17 9761/20
9763/25 9767/17
9833/1 9833/8 9834/11

their [74] 9518/24
9520/20 9524/13
9525/19 9529/10
9531/17 9531/18
9531/20 9548/18
9548/18 9549/1 9549/1
9549/2 9549/2 9549/14
9549/14 9559/5 9559/7
9565/7 9565/9 9587/24
9588/10 9591/15
9591/23 9598/13
9635/19 9650/1
9655/10 9671/8 9692/3
9692/6 9701/18
9701/22 9708/3
9711/22 9757/8 9759/2
9759/8 9763/11
9765/17 9771/9 9778/5
9778/11 9778/13
9779/7 9780/1 9780/6
9780/7 9780/8 9786/23
9788/18 9789/5
9789/14 9789/23
9790/8 9791/5 9792/1
9793/1 9811/23
9811/25 9817/8 9818/3
9820/10 9820/19
9821/13 9821/23
9822/9 9828/20
9828/23 9829/16
9829/19 9829/20
9833/12 9833/13

thelinderfirm.com [1]
9501/6

them [85]
9521/6 9521/8 9521/11
9522/24 9522/24
9523/5 9524/3 9529/16
9534/18 9539/11
9541/12 9550/15
9556/7 9556/9 9556/10
9556/12 9556/12
9557/18 9557/22
9558/1 9566/1 9567/1
9569/1 9573/3 9573/18
9573/19 9573/21
9573/24 9583/21
9587/24 9587/25
9593/22 9600/20
9600/20 9600/21
9603/16 9612/13
9621/1 9624/4 9624/21
9624/21 9624/22
9624/22 9635/9 9635/9
9649/25 9660/11
9673/3 9684/23
9684/23 9713/12
9713/19 9714/6
9718/21 9729/1 9759/2
9759/6 9759/6 9759/7
9763/24 9764/20
9765/22 9765/23
9765/24 9769/9 9770/5
9771/3 9775/17 9776/5
9778/11 9778/23
9779/4 9779/25 9830/3
9832/19 9833/14
9835/13 9835/14
9835/24

themes [1] 9541/16
themselves [4]
9701/18 9773/6 9791/5
9808/24

then [127] 9508/8
9508/15 9508/19
9508/24 9510/15
9512/3 9513/7 9513/20
9514/1 9514/23
9518/18 9519/13
9520/13 9523/12
9524/16 9526/12
9526/14 9526/25
9529/3 9532/9 9532/19
9534/4 9535/5 9535/23
9535/25 9536/4 9536/6
9536/8 9539/20 9546/1
9546/1 9550/3 9567/18
9568/14 9568/18
9569/24 9569/25
9577/20 9578/2
9578/20 9587/4 9593/9
9595/1 9596/5 9599/9
9599/13 9599/16
9599/23 9599/24
9600/20 9600/20
9600/25 9602/16
9605/19 9607/6 9608/5
9610/11 9613/11
9614/3 9614/11
9614/12 9622/22
9628/6 9629/7 9631/11
9632/13 9632/22

9634/18 9637/9
9637/11 9640/8
9646/21 9647/6
9647/20 9652/21
9652/25 9653/25
9655/10 9655/14
9661/18 9664/17
9666/3 9670/8 9672/5
9675/12 9675/18
9675/24 9676/2
9692/22 9693/6
9693/10 9696/3 9700/6
9704/8 9706/1 9706/6
9708/1 9712/16
9714/10 9715/19
9718/17 9720/6 9721/9
9729/25 9734/4 9737/9
9737/16 9739/22
9747/17 9753/23
9766/4 9767/14
9769/15 9772/15
9774/24 9792/13
9803/11 9813/13
9817/15 9823/7
9828/13 9830/7
9830/16 9832/9
9833/25

then-President
 Trumps's [1] 9828/13
theory [5] 9528/6
9529/13 9529/14
9718/18 9828/6

there [218] 9508/20
9515/11 9515/13
9516/4 9516/17 9517/7
9518/12 9518/25
9519/2 9520/6 9520/11
9520/12 9520/21
9522/17 9523/1 9524/3
9524/25 9525/12
9525/24 9527/1 9527/3
9527/6 9527/25 9528/5
9528/16 9530/7
9530/25 9531/10
9531/16 9532/4
9532/10 9533/14
9534/12 9538/6 9538/6
9539/10 9539/16
9541/15 9547/14
9547/14 9547/16
9548/3 9548/10
9548/12 9548/15
9548/25 9549/13
9549/19 9550/1 9551/4
9554/11 9555/18
9558/16 9558/19
9558/24 9559/2 9559/9
9562/15 9563/2
9563/18 9564/3 9565/3
9565/17 9567/2 9567/3
9567/23 9568/18
9570/23 9571/10
9572/16 9574/4
9576/15 9577/20
9577/22 9578/5
9579/10 9579/21
9579/24 9580/9

9586/17 9587/9 9588/7
9590/7 9590/19
9593/23 9594/6
9595/25 9598/14
9599/21 9600/2
9600/13 9601/17
9604/4 9606/7 9608/12
9609/12 9612/3 9613/3
9617/5 9618/8 9618/11
9618/24 9619/9
9619/24 9620/8
9620/14 9620/16
9621/3 9622/24 9623/2
9625/11 9625/12
9625/13 9629/8
9629/14 9629/21
9630/6 9630/11
9630/22 9631/15
9631/21 9631/22
9631/23 9636/15
9636/17 9637/22
9642/8 9644/4 9645/12
9645/14 9645/18
9647/21 9650/16
9650/25 9651/12
9654/18 9655/4 9655/8
9659/13 9659/21
9659/23 9661/4
9668/22 9669/8
9669/25 9673/15
9673/22 9674/10
9674/16 9675/5
9675/14 9675/16
9676/3 9676/6 9676/11
9676/12 9677/6 9677/9
9678/15 9684/25
9686/12 9687/11
9691/21 9696/4 9698/2
9702/13 9704/9
9713/23 9718/22
9721/7 9730/23 9731/1
9732/2 9732/15
9732/22 9733/9
9733/15 9733/15
9733/16 9733/21
9733/24 9734/10
9735/4 9738/24 9740/5
9740/16 9740/18
9740/18 9741/24
9745/16 9746/7 9746/8
9748/15 9749/10
9752/3 9755/11
9755/11 9759/15
9760/10 9760/24
9762/17 9765/11
9765/12 9767/20
9767/21 9769/15
9773/4 9774/11
9783/20 9784/1
9796/16 9830/16
9833/22 9834/19
9835/20

there's [53] 9511/18
9516/10 9518/16
9518/18 9519/2 9521/3
9522/12 9523/1
9524/11 9525/14

9890

**T**

there's... [43] 9528/22
9529/7 9529/19
9529/22 9530/11
9532/2 9532/23
9550/11 9554/11
9577/20 9584/23
9589/12 9608/8 9624/3
9624/17 9625/16
9625/24 9626/2 9633/8
9669/2 9672/3 9675/16
9687/12 9695/6
9700/10 9702/6
9702/16 9710/9 9721/9
9729/4 9729/25
9730/11 9732/24
9735/3 9735/18 9746/6
9752/16 9752/17
9755/9 9767/21
9784/23 9786/18
9831/1
thereby [2] 9796/12
9804/23
thereof [4] 9616/11
9741/15 9813/24
9818/25
these [85] 9506/24
9507/2 9510/17 9512/3
9514/6 9517/6 9525/19
9528/22 9537/20
9542/3 9545/7 9548/5
9550/11 9550/22
9553/6 9559/11 9565/7
9580/4 9580/7 9581/8
9583/1 9588/9 9591/16
9591/17 9591/25
9596/6 9623/23 9626/2
9628/7 9629/11
9637/23 9642/8 9648/8
9648/25 9650/17
9650/25 9665/21
9665/23 9666/16
9669/18 9671/21
9671/21 9671/23
9672/16 9672/19
9672/20 9674/1
9674/11 9679/23
9680/3 9699/17
9701/15 9705/3 9705/6
9705/14 9706/18
9707/12 9716/1 9717/1
9741/22 9747/6 9766/1
9769/23 9778/16
9782/2 9785/18
9787/14 9789/12
9789/13 9790/1
9790/17 9793/18
9799/15 9811/10
9811/15 9816/20
9817/2 9821/16
9821/24 9823/1
9826/19 9828/5
9829/21 9830/2 9830/4
they [178] 9508/12
9508/13 9509/13
9510/7 9511/6 9511/23
9519/22 9519/23
9524/24 9524/24

9525/3 9525/11
9528/18 9528/20
9529/3 9529/10
9529/13 9529/19
9529/16 9529/22
9530/13 9531/19
9531/21 9532/21
9537/23 9537/23
9539/3 9546/5 9549/1
9549/1 9550/11
9550/12 9550/18
9551/17 9551/19
9551/20 9552/11
9552/13 9552/13
9553/20 9556/18
9556/19 9564/5 9565/9
9567/17 9567/18
9567/19 9568/5
9568/13 9568/14
9584/7 9586/16
9586/22 9587/11
9588/7 9589/14
9589/14 9589/14
9592/17 9594/2 9594/2
9594/12 9600/6 9600/7
9600/8 9604/7 9605/10
9607/1 9609/19
9611/14 9611/16
9611/24 9612/2
9612/13 9614/2 9614/3
9614/3 9614/10 9620/9
9621/14 9621/21
9622/21 9622/22
9623/25 9625/16
9629/12 9629/12
9629/14 9629/15
9629/16 9629/23
9648/11 9649/22
9650/3 9655/4 9655/10
9658/6 9659/1 9659/2
9664/14 9664/21
9667/2 9667/3 9671/8
9671/9 9672/17 9673/7
9673/10 9687/14
9687/15 9688/5
9690/15 9694/24
9695/4 9698/24 9699/1
9706/13 9707/16
9713/25 9715/12
9716/20 9717/1 9717/4
9729/21 9729/22
9731/1 9733/7 9733/14
9733/18 9733/18
9733/19 9733/20
9733/21 9733/22
9733/24 9738/2 9738/6
9738/9 9739/18
9739/22 9739/25
9745/10 9749/12
9753/23 9754/6
9757/12 9758/25
9759/7 9759/10
9759/22 9760/23
9763/1 9763/2 9763/23
9763/24 9763/24
9764/13 9771/6 9771/6
9774/20 9775/17
9775/18 9776/1 9778/2

9779/10 9780/2
9785/14 9787/2 9793/5
9829/3 9831/1 9833/25
9835/10 9835/13
9835/14 9836/6
They'll [1] 9541/24
they're [32] 9514/6
9525/15 9531/20
9536/4 9550/13
9550/13 9565/25
9566/25 9567/20
9575/12 9593/13
9601/6 9613/14 9627/6
9650/3 9650/6 9650/9
9654/18 9660/20
9671/21 9673/4 9714/9
9716/6 9738/13 9739/4
9740/12 9762/24
9765/21 9774/8 9780/8
9831/11 9831/14
they've [7] 9518/23
9528/25 9542/11
9568/12 9623/7 9708/4
9763/11
thing [21] 9509/15
9515/15 9524/13
9525/20 9577/25
9587/8 9591/15
9621/17 9624/10
9627/6 9638/18 9675/8
9687/11 9700/19
9701/25 9735/20
9767/3 9768/10
9768/19 9830/23
9833/12
things [38] 9515/14
9520/12 9527/11
9541/12 9542/18
9574/8 9596/13
9600/10 9605/9 9606/7
9608/13 9608/16
9613/15 9664/10
9672/4 9675/5 9676/17
9676/21 9676/23
9676/23 9677/7 9677/9
9677/25 9678/2
9678/10 9678/15
9687/22 9694/6
9694/16 9694/18
9709/6 9714/23
9715/20 9716/24
9720/3 9741/23
9745/10 9797/7
think [134] 9507/14
9512/11 9512/23
9513/13 9513/21
9514/5 9514/8 9514/20
9515/7 9515/8 9515/9
9516/11 9517/21
9520/14 9520/18
9520/20 9521/8 9521/8
9521/11 9522/22
9524/20 9525/16
9526/11 9527/12
9527/17 9527/21
9529/14 9531/23
9532/7 9532/23 9533/5

9535/18 9539/15
9548/9 9552/14
9562/23 9564/5
9574/22 9576/1
9582/20 9589/21
9593/20 9599/9
9599/15 9600/3 9601/5
9601/9 9605/18
9609/21 9610/17
9612/3 9613/23
9613/24 9619/13
9622/18 9630/19
9630/20 9630/20
9634/9 9635/6 9637/4
9641/10 9644/25
9646/24 9646/24
9648/15 9657/21
9657/22 9658/5
9660/12 9660/13
9663/18 9664/15
9678/25 9679/5
9694/22 9694/24
9694/25 9695/1 9695/6
9708/11 9713/11
9713/13 9713/25
9713/25 9714/4
9714/11 9715/10
9715/13 9716/10
9716/15 9719/3
9719/15 9719/25
9720/3 9721/1 9728/14
9732/14 9732/15
9732/25 9735/24
9739/4 9739/16 9740/9
9744/1 9746/6 9749/10
9749/14 9749/15
9755/18 9755/18
9756/21 9757/1 9758/4
9758/17 9760/6
9767/10 9767/22
9770/18 9780/23
9781/25 9787/5
9793/22 9831/14
9832/11 9833/9
9833/10 9833/15
9834/23 9835/9 9836/7
thinking [3] 9721/6
9786/19 9806/10
thinned [1] 9573/21
third [17] 9539/21
9681/15 9682/25
9692/14 9700/9
9702/23 9731/23
9788/17 9803/21
9808/1 9810/17
9813/23 9816/6 9818/1
9820/25 9823/17
9826/2
thirst [1] 9702/23
this [502]
this thing [1] 9700/19
Thomas [12] 9502/11
9506/12 9548/2 9587/7
9588/12 9662/7
9731/20 9732/4
9789/10 9822/19
9824/7 9824/16

Thomas Caldwell [7]
9662/7 9731/20 9732/4
9789/10 9822/19
9824/7 9824/16
Thomas Caldwell's [3]
9548/2 9587/7 9588/12
Thomas Edward
Caldwell [1] 9506/12
those [74] 9516/6
9520/2 9520/12
9523/11 9525/21
9528/7 9528/25
9529/10 9532/23
9534/22 9537/21
9538/2 9549/8 9549/10
9551/5 9557/21
9561/13 9566/18
9567/17 9572/25
9578/16 9594/9
9598/18 9599/13
9599/24 9630/18
9658/22 9661/3 9661/5
9664/4 9666/2 9669/11
9672/22 9676/23
9677/12 9689/25
9692/3 9698/23
9699/20 9704/2 9704/5
9709/12 9710/9 9717/2
9718/19 9740/8
9757/17 9757/20
9760/19 9760/24
9762/6 9762/9 9765/2
9766/4 9767/10
9767/15 9768/16
9768/21 9768/22
9771/1 9771/8 9783/13
9789/24 9794/10
9794/18 9796/6
9798/15 9798/18
9800/14 9827/1
9827/12 9830/1
9830/13 9831/13
though [7] 9582/11
9585/18 9587/6 9587/8
9588/11 9660/24
9677/24
thought [30] 9508/20
9508/21 9552/14
9553/1 9553/1 9559/9
9559/13 9577/10
9598/25 9603/16
9603/17 9607/14
9607/15 9619/15
9662/17 9662/18
9673/21 9679/25
9684/16 9685/5 9685/6
9716/8 9720/14 9721/2
9736/8 9753/14
9753/16 9753/20
9806/8 9831/12
thoughtful [1] 9772/18
Thoughts [1] 9713/2
thousands [3] 9699/20
9759/1 9759/1
thread [2] 9539/22
9541/3
threat [9] 9537/14
9537/17 9537/19

**threat... [6]** 9591/7
9591/8 9591/9 9591/12
9591/13 9812/4
**threatens [2]** 9801/14
9801/15
**threats [2]** 9541/8
9542/1
**three [48]** 9520/3
9524/2 9529/10
9544/11 9550/3
9551/17 9553/6 9580/4
9580/7 9580/9 9580/13
9612/3 9612/5 9629/5
9634/13 9667/10
9681/21 9683/19
9684/2 9698/18 9703/8
9703/16 9706/18
9712/11 9713/8 9716/1
9717/10 9717/17
9717/18 9718/4 9720/4
9734/11 9748/4
9761/24 9788/4 9790/1
9811/19 9812/19
9813/2 9813/3 9813/8
9816/21 9817/3
9818/11 9821/16
9821/24 9827/8
9832/11
**Three Percenters [3]**
9683/19 9684/2 9748/4
**three-conspiracy [1]**
9718/4
**three-month [2]**
9612/3 9612/5
**three-way [4]** 9698/18
9703/8 9703/16
9761/24
**thresholds [1]** 9742/23
**through [49]** 9507/14
9511/17 9511/24
9514/11 9539/2
9539/11 9571/3
9573/20 9589/8
9591/22 9605/8
9605/20 9611/4
9615/21 9628/19
9628/23 9633/7
9639/19 9642/20
9642/23 9655/4 9656/8
9681/16 9681/17
9688/1 9688/23 9692/5
9699/18 9707/3
9721/10 9730/24
9749/25 9757/18
9757/20 9757/22
9757/22 9758/19
9764/20 9785/22
9786/3 9797/5 9799/14
9801/25 9804/11
9805/4 9811/21 9824/4
9830/25 9836/7
**throughout [4]** 9543/7
9767/7 9771/13
9771/16
**throw [2]** 9521/5
9521/15
**thumb [4]** 9834/23

**tie [4]** 9639/3 9639/14
9649/2 9749/18
**till [7]** 9567/11 9831/24
9832/1 9832/1 9832/2
9832/3 9835/13
**tilts [1]** 9528/18
**time [132]** 9518/24
9519/1 9529/17
9543/15 9544/18
9545/7 9545/22 9546/2
9550/5 9550/16 9559/5
9559/6 9564/24 9566/3
9571/5 9574/19
9576/19 9580/16
9581/19 9582/3
9584/19 9585/16
9586/4 9586/12 9603/6
9603/10 9606/21
9607/17 9607/24
9607/24 9607/25
9612/22 9615/13
9617/12 9618/16
9619/14 9625/22
9626/17 9628/14
9630/3 9636/19
9636/22 9637/1 9637/6
9637/10 9637/13
9638/23 9639/9 9640/3
9640/12 9640/16
9642/7 9643/10
9643/21 9645/16
9647/2 9647/3 9649/19
9649/22 9650/19
9650/20 9652/22
9654/7 9656/22 9657/2
9657/5 9658/21
9658/22 9659/11
9661/15 9666/10
9666/12 9666/18
9666/19 9668/13
9674/1 9674/25
9675/24 9676/13
9678/12 9680/7
9681/15 9690/8 9690/8
9692/18 9692/23
9693/4 9697/23
9699/25 9705/4 9705/6
9705/19 9705/22
9706/2 9706/4 9706/5
9706/6 9706/9 9706/11
9706/14 9706/20
9707/14 9707/17
9707/19 9707/20
9707/24 9708/1 9708/5
9729/1 9731/11
9731/14 9731/17
9731/18 9754/2
9769/17 9774/22
9785/17 9785/21
9786/2 9786/7 9786/9
9794/16 9802/18
9804/3 9810/18
9814/13 9818/1 9824/1
9831/24 9832/1
9832/12 9834/8
**times [32]** 9549/5
9568/22 9573/4 9582/2

9645/18 9645/19
9650/17 9666/7
9674/16 9675/14
9675/21 9675/23
9675/25 9676/3 9698/2
9699/23 9705/3 9705/9
9705/11 9705/14
9712/22 9739/13
9748/22 9757/20
9760/12 9762/6 9762/9
9762/10 9796/25
**timestamp [1]** 9637/1
**timing [4]** 9518/7
9695/8 9695/9 9720/3
**tip [1]** 9677/5
**tips [2]** 9677/4 9678/3
**tissue [1]** 9757/19
**title [6]** 9531/4 9695/25
9758/9 9758/10
9800/17 9800/23
**Title 18 [1]** 9531/4
**titled [2]** 9662/9 9837/4
**today [11]** 9591/7
9602/7 9602/25 9603/1
9610/24 9610/25
9635/14 9635/24
9694/23 9749/3 9830/14
**together [22]** 9516/7
9519/16 9519/23
9522/8 9528/4 9529/4
9532/2 9550/23
9562/11 9574/11
9619/16 9660/20
9684/3 9703/7 9717/3
9746/8 9785/17 9790/3
9790/23 9795/18
9831/10 9836/5
**Token [1]** 9736/1
**told [29]** 9530/16
9557/21 9560/3
9561/11 9572/18
9573/15 9573/18
9573/24 9579/12
9588/19 9589/20
9599/4 9599/4 9599/5
9602/6 9603/10
9603/12 9603/16
9604/11 9630/6
9669/17 9684/14
9685/1 9721/4 9738/18
9769/23 9771/4
9773/22 9832/12
**tom [2]** 9627/16
9656/22
**Tom Caldwell's [1]**
9627/16
**tomorrow [9]** 9555/2
9555/3 9585/14 9714/8
9714/14 9830/7
9830/14 9830/18
9831/20
**tonight [1]** 9832/14
**too [11]** 9509/11
9539/16 9542/19
9544/11 9547/5 9547/7
9554/12 9633/25
9643/1 9644/17 9760/7

9553/20 9584/10
9584/21 9585/1
9592/16 9627/23
9630/15 9630/21
9659/17 9671/6 9674/1
9748/24 9756/11
9793/6 9806/1 9806/17
9815/9 9819/25 9825/5
**tools [1]** 9687/14
**top [10]** 9560/11
9560/25 9571/18
9618/8 9636/24 9652/7
9652/8 9652/10
9653/11 9709/18
**topic [17]** 9534/24
9537/11 9597/16
9598/1 9600/1 9602/16
9683/17 9685/7
9685/17 9688/7 9692/9
9698/16 9704/22
9708/7 9710/22
9715/11 9715/17
**topics [3]** 9599/24
9681/17 9761/12
**total [2]** 9643/5 9643/6
**touch [1]** 9628/18
**toward [4]** 9519/22
9806/2 9815/10 9825/5
**towards [4]** 9583/24
9615/23 9776/24
9819/25
**Towers [1]** 9502/13
**town [3]** 9719/23
9720/5 9720/10
**traced [1]** 9715/25
**track [9]** 9690/14
9691/17 9730/7
9732/17 9733/20
9752/25 9754/19
9756/4 9834/16
**tracked [1]** 9733/18
**tracker [1]** 9834/15
**tracks [1]** 9535/2
**traffic [1]** 9588/15
**trafficking [1]** 9526/23
**trailer [1]** 9684/19
**train [1]** 9757/10
**trained [5]** 9508/23
9572/9 9572/9 9583/11
9583/12
**training [2]** 9757/9
9781/15
**trains [1]** 9760/12
**trait [3]** 9623/3 9623/4
9623/7
**traitorous [1]** 9565/7
**transaction [1]** 9777/3
**transactions [1]**
9518/17
**transcript [20]** 9500/9
9503/6 9509/25 9510/7
9634/14 9728/18
9733/10 9753/22
9754/3 9754/5 9783/4
9783/8 9783/9 9783/11
9783/13 9833/11
9833/13 9833/15

9837/3
**transcripting [1]**
9833/17
**transcription [2]**
9503/7 9678/21
**transcripts [1]** 9833/6
**transfer [6]** 9591/13
9758/16 9788/1 9788/8
9800/15 9827/16
**transmission [1]**
9568/4
**trap [1]** 9552/15
**travel [1]** 9818/17
**traveled [3]** 9551/11
9564/8
**treason [1]** 9565/3
**Tree [1]** 9747/12
**tremendous [1]** 9545/7
**trespassing [3]**
9626/14 9626/15
9626/21
**trial [29]** 9500/9
9509/10 9522/16
9533/8 9537/13 9543/7
9570/14 9707/17
9754/4 9754/5 9766/18
9769/25 9770/9 9771/1
9771/5 9771/13
9771/16 9773/18
9773/22 9775/20
9777/20 9779/13
9780/10 9782/4
9783/15 9785/9
9785/14 9785/16
9787/4
**tried [5]** 9552/8
9552/17 9555/22
9568/13 9718/3
**trips [1]** 9578/16
**trouble [2]** 9546/20
9547/17
**Troy [2]** 9500/16
9506/14
**Troy Edwards [1]**
9506/14
**trucks [1]** 9529/20
**true [21]** 9510/20
9510/21 9560/20
9572/18 9577/14
9589/22 9603/3
9603/10 9604/4
9604/16 9658/9 9662/8
9669/16 9675/1 9740/5
9742/12 9758/5 9760/9
9772/5 9777/15
9782/10
**Trump [12]** 9539/1
9542/25 9547/12
9590/6 9590/7 9590/12
9590/15 9590/19
9590/19 9708/2
9712/15 9763/9
**Trump's [4]** 9590/20
9590/20 9591/22
9828/13
**trunk [1]** 9624/11
**truth [10]** 9509/13
9674/22 9698/13

9892

**T**

truth... [7] 9721/4
9733/3 9734/4 9772/6
9776/20 9777/23
9778/22
truthful [5] 9675/10
9675/12 9776/18
9780/17 9780/19
truthfully [1] 9778/10
truthfulness [2]
9575/16 9575/23
try [9] 9507/2 9614/11
9745/14 9754/13
9754/19 9756/4 9788/7
9791/11 9831/22
trying [13] 9528/12
9552/20 9575/12
9595/9 9626/18 9627/3
9627/9 9627/11
9644/16 9656/18
9739/4 9740/12
9740/14
Tuesday [1] 9714/11
turn [10] 9507/12
9542/12 9599/24
9627/18 9627/21
9632/22 9633/18
9778/17 9787/15
9797/2
turned [5] 9570/2
9619/25 9628/11
9675/1 9751/5
turns [1] 9675/7
Twelfth [3] 9800/17
9800/18 9801/3
Twentieth [1] 9801/3
twice [2] 9574/17
9578/15
Twitter [1] 9696/24
two [83] 9512/17
9513/1 9516/9 9522/15
9525/19 9525/21
9527/21 9529/10
9532/19 9532/23
9534/18 9535/13
9535/19 9536/4
9551/25 9552/5 9558/6
9558/7 9558/7 9561/5
9574/11 9578/16
9580/9 9586/1 9593/20
9599/24 9619/16
9619/16 9650/19
9650/21 9657/17
9664/7 9673/15 9674/4
9674/4 9682/17
9682/24 9683/14
9692/1 9692/3 9707/9
9707/12 9711/4 9713/8
9720/3 9721/2 9733/17
9740/8 9748/25
9761/12 9764/19
9774/11 9777/2 9778/7
9790/2 9790/9 9790/21
9791/9 9797/7 9797/9
9797/16 9798/9
9798/11 9798/12
9798/15 9798/18
9799/8 9799/10 9802/5

9817/5 9819/20 9822/1
9822/22 9824/25
9825/1 9826/19 9827/1
9827/11 9832/10
9835/23
TX [2] 9501/4 9501/8
type [3] 9563/24
9716/12 9791/10
types [3] 9759/25
9774/11 9779/12
typical [1] 9524/9
typically [2] 9511/20
9757/5

**U**

U.N [5] 9537/24 9538/7
9539/7 9542/13
9607/13
U.S [13] 9500/16
9521/25 9534/18
9608/1 9651/11
9651/11 9651/13
9662/9 9671/9 9764/13
9788/2 9789/2 9827/17
U.S.C [2] 9653/2
9654/2
U.S.C.S [1] 9652/1
Ugly [1] 9833/3
Uh [2] 9643/17 9729/6
Uh-huh [2] 9643/17
9729/6
ultimately [3] 9678/1
9695/7 9792/2
unanimity [1] 9812/13
unanimous [4]
9798/25 9799/6
9812/18 9827/8
unavailable [1]
9634/14
uncharged [4] 9717/12
9717/16 9812/21
9813/1
uncharted [1] 9595/6
uncle [2] 9539/16
9541/2
uncommon [1] 9777/5
unconscious [1]
9583/24
unconstitutional [1]
9607/6
undeniable [1]
9806/17
under [27] 9507/18
9512/1 9521/5 9521/16
9537/7 9546/19 9622/5
9626/11 9634/5 9663/8
9663/17 9663/21
9665/9 9681/3 9703/4
9715/16 9729/14
9741/13 9742/23
9745/19 9758/9
9758/10 9778/21
9778/25 9796/3
9803/14 9818/22
underneath [1]
9686/19
understand [11]

9530/9 9535/4 9575/13
9598/20 9611/12
9613/22 9702/2
9718/10 9748/16
understandable [1]
9535/11
understanding [18]
9548/17 9614/10
9636/25 9637/8 9648/4
9659/2 9700/21 9746/6
9774/9 9781/13
9790/12 9790/22
9791/3 9791/10
9791/16 9791/24
9796/9 9804/18
understands [1]
9734/6
understatement [1]
9731/24
understood [8]
9530/14 9556/23
9573/14 9600/17
9610/23 9628/8
9695/13 9834/5
undertaking [1]
9796/12
undisputed [1]
9773/24
undo [1] 9540/1
unequivocal [2]
9742/4 9743/7
unfolded [1] 9526/17
unfortunately [1]
9521/5
unilateral [3] 9512/19
9512/20 9515/8
unimportant [1]
9777/9
unindicted [2] 9518/18
9519/21
unique [1] 9591/11
Unit [1] 9662/10
UNITED [74] 9500/1
9500/3 9500/10 9506/8
9514/25 9515/2
9515/22 9559/21
9560/21 9561/10
9564/13 9607/19
9659/21 9660/4 9662/2
9666/20 9667/3 9668/4
9669/18 9670/21
9671/8 9680/10 9709/4
9754/14 9784/8
9784/22 9788/9
9788/11 9797/9
9797/11 9797/14
9797/15 9797/20
9797/22 9798/10
9798/12 9799/3 9799/5
9799/10 9799/12
9799/13 9799/17
9799/19 9799/25
9800/5 9800/7 9800/10
9800/11 9800/16
9800/18 9800/23
9801/2 9813/6 9813/10
9813/17 9813/24

9815/3 9815/8 9815/11
9815/19 9816/2
9816/19 9817/2
9818/23 9818/24
9819/3 9819/5 9819/9
9824/8 9827/22
9827/23 9829/3
United States [59]
9514/25 9515/2
9559/21 9560/21
9561/10 9659/21
9660/4 9662/2 9666/20
9667/3 9668/4 9669/18
9670/21 9680/10
9709/4 9754/14 9788/9
9788/11 9797/9
9797/11 9797/14
9797/15 9797/20
9797/22 9798/10
9798/12 9799/3 9799/5
9799/10 9799/12
9799/13 9799/17
9799/19 9800/5 9800/7
9800/10 9800/11
9800/18 9800/23
9813/6 9813/10
9813/17 9813/24
9814/10 9814/23
9815/8 9815/11
9815/19 9816/19
9817/2 9818/23
9818/24 9819/3 9819/5
9819/9 9824/8 9827/22
9827/23 9829/3
United States versus
Sanders [1] 9515/2
unlawful [33] 9514/16
9516/24 9518/13
9523/11 9524/4 9524/6
9525/24 9531/25
9784/24 9785/7
9787/11 9790/3
9790/13 9791/5
9791/12 9792/15
9792/16 9792/22
9793/1 9793/19
9795/12 9795/14
9795/21 9796/7 9796/9
9796/13 9797/24
9802/10 9804/14
9805/4 9805/8 9814/4
9814/5
unlawful ends [1]
9796/7
unlawfully [2] 9792/23
9794/9
unless [5] 9510/24
9644/1 9663/6 9771/13
9783/2
unlikely [1] 9780/19
unreasonableness [1]
9777/13
unrelated [1] 9593/13
unsecured [1] 9624/16
unsending [4] 9694/6
9698/6 9728/20
9728/22

unsent [6] 9693/11
9728/20 9728/24
9759/14 9782/25
9822/24
until [12] 9533/18
9533/22 9550/15
9555/3 9581/24
9629/12 9631/11
9655/6 9747/6 9771/14
9796/16 9796/19
up [135] 9507/2 9514/4
9523/23 9524/3
9524/11 9524/17
9525/6 9533/5 9536/5
9538/9 9539/8 9543/19
9544/15 9546/23
9552/9 9554/14 9555/8
9560/4 9560/23
9560/23 9560/25
9562/9 9562/11
9562/24 9564/4
9564/13 9570/1 9570/2
9571/16 9577/5
9578/22 9580/25
9581/2 9581/3 9581/25
9582/13 9582/19
9584/21 9590/18
9590/19 9590/25
9591/15 9591/23
9592/4 9592/5 9592/6
9592/8 9592/13
9592/19 9593/15
9593/23 9594/3
9594/17 9600/2
9605/11 9606/17
9606/18 9607/4 9610/1
9610/16 9613/10
9614/23 9615/11
9616/16 9617/3 9617/9
9625/16 9627/3
9627/14 9627/23
9627/24 9630/12
9634/8 9634/17
9634/20 9636/9
9636/20 9637/4 9638/8
9639/20 9645/19
9646/1 9646/2 9646/10
9646/11 9648/5
9653/23 9655/16
9655/15 9658/22
9667/14 9667/23
9670/4 9675/18
9676/16 9681/2 9681/4
9683/22 9684/2
9686/10 9688/21
9690/22 9692/11
9693/21 9697/8 9699/5
9704/23 9706/15
9710/12 9711/1
9711/21 9711/22
9712/21 9713/22
9719/13 9720/6
9729/19 9733/10
9739/13 9745/14
9749/22 9750/11
9750/22 9750/23
9751/11 9751/13
9751/25 9752/1

**U**

up... [7] 9752/14
9759/16 9762/13
9769/18 9774/25
9787/3 9832/19
update [2] 9568/7
9568/14
updates [2] 9568/23
9696/23
upon [10] 9516/6
9519/15 9519/22
9520/2 9522/7 9532/20
9701/24 9705/21
9772/11 9832/6
upper [3] 9654/11
9655/15 9743/12
uprising [1] 9542/14
ups [1] 9522/15
upset [2] 9719/23
9744/24
us [37] 9507/9 9520/13
9531/3 9546/5 9552/5
9573/19 9583/7
9593/16 9614/7
9627/23 9629/6
9630/10 9634/1
9638/23 9643/14
9647/3 9648/11
9651/11 9651/24
9652/4 9652/19
9653/25 9655/14
9656/2 9656/5 9682/25
9705/19 9709/1
9711/22 9711/25
9717/24 9764/1 9766/6
9768/20 9787/15
9833/19 9834/21
usdoj.gov [2] 9500/19
9500/20
use [28] 9515/5 9536/1
9575/12 9576/9
9592/10 9607/3
9607/25 9608/5
9705/23 9733/19
9742/18 9745/20
9759/7 9759/22
9760/21 9760/24
9771/3 9771/10
9779/17 9785/1 9788/9
9799/13 9801/21
9804/14 9823/19
9833/5 9833/18
9833/24
used [20] 9576/1
9580/18 9592/6 9606/3
9705/16 9730/23
9733/20 9733/24
9754/12 9757/5 9757/9
9757/13 9758/25
9771/5 9801/9 9801/18
9801/20 9801/23
9804/5 9824/4
useful [1] 9831/12
user [1] 9730/20
users [2] 9692/3
9730/16
uses [1] 9637/2
USH1 [1] 9642/13

us, 46 9514/25
9514/18 9571/23
9710/23 9711/19
9712/13
usually [9] 9701/24
9712/20 9712/20
9712/22 9757/7 9757/9
9757/18 9757/19
9760/15
UTC [8] 9544/19
9545/7 9637/1 9693/2
9693/3 9705/25
9707/16 9707/18
utilize [1] 9520/14

**V**

VA [2] 9554/24 9555/2
vacation [1] 9518/3
vaccinations [2]
9538/3 9538/6
vacuuming [2]
9554/10 9624/18
vague [2] 9606/23
9631/15
Vallejo [7] 9529/20
9530/1 9530/6 9530/12
9530/14 9530/15
9530/20
value [7] 9522/25
9695/7 9814/11
9814/13 9814/13
9814/15 9814/18
van [3] 9548/6 9548/8
9548/13
vantage [1] 9618/14
variety [2] 9659/11
9783/20
various [5] 9550/22
9677/2 9677/25
9768/20 9828/9
vehicle [1] 9733/25
veiled [1] 9520/12
vein [1] 9678/14
venture [3] 9791/22
9796/19 9809/9
veracity [1] 9678/22
verdict [6] 9770/20
9773/4 9773/6 9773/8
9775/10 9798/21
Verizon [5] 9698/20
9699/8 9700/11
9702/10 9704/5
verse [1] 9531/4
version [4] 9507/13
9511/8 9656/21
9657/11
versus [7] 9506/9
9515/22 9521/25
9534/18 9705/10
9716/10 9753/18
very [37] 9511/18
9517/24 9517/25
9518/22 9520/1 9528/9
9548/14 9586/11
9593/11 9597/16
9599/13 9601/10
9604/6 9609/7 9611/25
9613/20 9618/3 9632/5

9642/25 9664/4
9679/20 9680/6
9698/25 9699/2
9714/25 9716/15
9716/16 9717/4 9718/5
9730/9 9741/6 9764/17
9767/20 9767/25
9769/15 9830/17
9836/8
vest [4] 9563/24
9570/7 9570/9 9570/11
via [2] 9589/4 9682/11
Vice [2] 9713/21
9800/19
vicinity [2] 9616/22
9625/6
video [107] 9507/3
9563/1 9563/17 9564/1
9569/8 9569/11 9571/9
9571/21 9572/2
9578/19 9579/7
9579/15 9579/20
9581/25 9582/3 9582/7
9615/3 9615/4 9615/7
9616/1 9616/8 9616/17
9616/18 9617/1 9617/7
9617/10 9617/11
9618/5 9618/19
9618/21 9618/24
9619/5 9619/14
9619/19 9619/22
9636/18 9637/10
9637/12 9638/13
9638/16 9638/21
9638/22 9639/7
9639/19 9639/24
9641/12 9642/2 9642/3
9642/14 9642/19
9643/2 9643/5 9643/6
9644/11 9644/13
9646/22 9648/6 9648/8
9648/12 9648/22
9650/13 9650/17
9652/17 9653/4 9653/7
9655/4 9655/6 9656/8
9656/15 9656/19
9656/21 9658/16
9660/6 9660/21
9660/23 9668/14
9668/19 9668/20
9668/24 9669/1 9669/6
9669/14 9678/5
9681/24 9682/2 9682/3
9682/4 9682/5 9682/7
9682/11 9682/12
9682/13 9682/19
9682/21 9683/8
9686/19 9691/5
9691/10 9719/16
9745/14 9762/16
9763/5 9763/13
9783/19 9822/24
9822/24 9822/25
videos [5] 9648/25
9661/3 9661/5 9745/15
9762/11
view [2] 9526/16
9527/25

violate [4] 9521/2
9792/20 9800/1 9801/7
violated [2] 9788/3
9814/7
violation [3] 9803/5
9811/23 9817/10
violence [15] 9581/5
9581/15 9581/15
9581/16 9581/22
9607/18 9607/25
9609/2 9609/12
9616/11 9618/9
9618/11 9801/15
9805/3 9818/11
violent [1] 9581/19
VIPs [2] 9573/22
9625/12
Virginia [5] 9554/2
9554/25 9557/5
9686/24 9746/17
vital [1] 9780/9
vitiate [1] 9523/17
voice [2] 9606/17
9737/12
voices [1] 9547/25
volume [3] 9570/2
9571/16 9836/2
voluminous [2] 9699/1
9699/7
voluntarily [1] 9793/7
vote [4] 9541/25
9745/10 9745/11
9804/8
votes [5] 9683/10
9683/12 9788/16
9788/23 9801/5
vs [1] 9500/5

**W**

W-2 [1] 9611/6
W-a-l-l-a-c-e [1]
9635/12
wait [3] 9600/16
9835/13 9836/21
waiting [5] 9519/12
9544/9 9573/22 9679/9
9684/24
waived [1] 9506/23
waking [1] 9774/24
walk [2] 9712/16
9755/4
walked [6] 9561/14
9561/18 9625/21
9628/23 9630/3
9669/10
walking [4] 9561/12
9566/3 9615/23
9653/23
wall [1] 9562/23
WALLACE [9] 9635/2
9635/6 9635/11
9635/14 9636/15
9638/6 9658/4 9661/13
9661/14
Walther [1] 9553/13
wandering [1] 9574/19
want [73] 9510/22

9522/24 9526/20
9527/17 9527/19
9534/21 9537/11
9543/4 9552/11
9557/21 9562/15
9564/12 9565/6 9565/9
9571/14 9581/21
9582/17 9590/11
9590/17 9591/1
9592/14 9593/22
9593/23 9596/3
9596/12 9598/13
9601/7 9605/8 9607/3
9614/22 9622/24
9624/20 9625/16
9625/16 9626/5
9628/18 9634/18
9634/19 9642/9
9642/25 9646/11
9651/1 9663/5 9675/18
9680/15 9683/22
9700/9 9705/22 9706/7
9729/14 9729/14
9731/10 9732/13
9732/22 9735/12
9737/1 9737/2 9741/10
9747/7 9756/17
9756/22 9756/23
9767/20 9768/12
9769/8 9769/21 9795/3
9795/20 9833/6
9833/16 9834/21
wanted [23] 9507/2
9517/2 9517/3 9517/5
9537/19 9551/20
9586/22 9590/9
9590/15 9593/21
9624/5 9631/6 9657/18
9657/19 9673/1 9677/7
9678/10 9688/5
9729/10 9734/25
9768/3 9769/7 9771/2
wants [4] 9535/9
9535/10 9631/3
9720/10
war [1] 9543/1
warned [2] 9552/25
9557/17
warning [3] 9587/9
9587/14 9588/3
warrant [5] 9527/13
9729/15 9749/16
9751/13 9751/23
warrants [3] 9701/22
9734/11 9748/25
was [602]
Washington [17]
9500/5 9500/17 9502/4
9503/5 9529/2 9529/12
9529/16 9529/24
9530/13 9553/3 9592/1
9603/12 9603/18
9730/8 9753/1 9780/17
9828/7
wasn't [17] 9508/25
9518/3 9521/1 9526/5
9566/2 9582/8 9591/8

**wasn't... [10]** 9599/5
9609/7 9610/10
9610/14 9618/11
9618/13 9626/13
9626/13 9679/10
9835/20

**watch [8]** 9552/9
9552/22 9624/22
9637/11 9639/7
9647/24 9654/21
9655/25

**Watchdog [5]** 9521/18
9565/2 9612/19
9613/14 9614/17

**watched [2]** 9639/24
9642/3

**watching [7]** 9648/8
9648/12 9654/21
9656/21 9657/3 9657/6
9793/15

**water [1]** 9763/24

**Watkins [108]** 9501/14
9506/11 9506/21
9508/8 9508/9 9508/12
9522/18 9533/12
9534/10 9534/14
9536/17 9536/19
9537/2 9537/2 9537/7
9537/11 9539/9
9539/13 9540/3
9540/25 9549/4
9552/25 9554/19
9555/24 9556/14
9556/20 9556/21
9560/6 9561/2 9561/24
9563/20 9564/23
9565/19 9566/24
9570/6 9570/25
9577/14 9578/3 9579/2
9581/4 9582/4 9589/18
9589/22 9592/14
9593/3 9593/6 9593/9
9594/12 9601/23
9602/1 9602/21 9615/2
9616/3 9632/4 9633/14
9651/10 9662/7
9663/16 9665/19
9666/7 9666/10
9666/15 9666/18
9666/22 9667/6 9667/9
9667/15 9667/21
9668/16 9668/24
9669/9 9669/17
9670/25 9671/5
9679/23 9693/15
9693/19 9694/17
9694/17 9695/9
9696/21 9696/25
9697/25 9710/17
9710/18 9713/6
9762/23 9764/11
9780/6 9780/14
9780/15 9788/25
9789/3 9813/5 9814/21
9815/17 9817/6
9817/11 9817/19
9819/10 9820/7

**Watkins'** 9821/23
9821/25 9824/7 9829/1
9829/11 9832/20

**Watkins' [5]** 9595/20
9597/11 9597/19
9664/9 9737/21

**waved [1]** 9630/14

**waving [1]** 9625/24

**way [38]** 9510/21
9513/13 9520/14
9526/17 9530/12
9539/6 9541/11
9542/19 9557/4
9571/16 9581/6 9589/8
9592/24 9595/8
9598/19 9603/25
9608/23 9611/4 9611/5
9612/12 9622/22
9679/10 9690/13
9698/18 9703/8
9703/16 9713/21
9718/4 9761/24
9786/18 9791/9
9808/17 9809/22
9818/5 9827/3 9827/9
9832/18 9834/3

**ways [17]** 9811/10
9811/12 9811/16
9811/19 9816/21
9816/23 9817/3 9817/5
9821/16 9821/18
9821/24 9822/1
9826/19 9826/21
9827/1 9827/8 9827/11

**we [482]**

**we believe [2]** 9597/18
9597/20

**we leave [1]** 9835/25

**we will [9]** 9511/12
9554/24 9564/4
9632/15 9718/20
9766/18 9767/14
9768/19 9832/4

**we'd [5]** 9535/11
9595/16 9623/10
9715/16 9742/17

**we'll [40]** 9510/4
9510/11 9515/5 9515/5
9595/10 9596/19
9599/20 9599/24
9600/10 9600/16
9601/16 9602/16
9611/18 9627/18
9632/22 9632/23
9636/6 9637/18
9641/18 9647/20
9650/21 9661/19
9681/17 9714/9
9714/18 9714/23
9719/15 9720/1 9720/6
9720/7 9720/22 9766/7
9766/7 9766/7 9768/20
9830/14 9831/15
9834/14 9835/10
9836/18

**we'll be [1]** 9720/7

**we're [51]** 9511/6
9512/1 9513/4 9526/20

9527/25 9530/6
9531/12 9534/24
9540/24 9545/6 9547/7
9570/6 9576/19
9582/14 9584/17
9584/21 9587/19
9587/20 9595/6
9596/18 9610/12
9614/3 9627/15
9630/13 9630/21
9634/13 9637/3
9637/17 9638/22
9640/22 9646/4
9646/21 9647/12
9647/25 9650/18
9652/17 9652/17
9664/15 9678/25
9679/5 9697/20 9699/5
9714/4 9714/6 9714/11
9714/21 9734/14
9750/11 9750/23
9832/18 9832/19

**we've [24]** 9507/7
9510/6 9510/19 9516/9
9516/13 9543/10
9544/9 9548/5 9568/22
9572/8 9584/22
9584/23 9591/11
9591/17 9628/2
9630/13 9630/22
9633/7 9664/19
9667/10 9718/17
9749/14 9765/10
9831/10

**weapon [1]** 9687/24

**weapons [18]** 9520/17
9520/24 9521/2 9527/9
9529/11 9529/15
9530/14 9548/11
9549/16 9553/7
9554/25 9555/1 9624/4
9624/6 9624/11
9678/11 9684/22
9686/5

**wearing [2]** 9648/25
9649/1

**web [2]** 9694/13
9697/20

**Wednesday [3]**
9652/11 9654/14
9655/15

**week [1]** 9766/16

**weeks [7]** 9591/11
9591/11 9591/12
9591/16 9749/13
9756/4 9760/2

**weigh [1]** 9776/7

**weighing [2]** 9777/6
9780/25

**weight [13]** 9770/10
9773/9 9774/5 9775/6
9775/8 9777/24 9778/5
9779/7 9779/19
9780/12 9780/23
9781/25 9793/22

**Welcome [4]** 9601/14
9681/13 9736/15
9769/14

**well [26]** 9508/6
9510/21 9513/18
9515/6 9517/2 9518/21
9519/4 9522/22 9524/9
9525/13 9528/9
9529/25 9530/11
9531/2 9532/15 9541/5
9548/14 9550/9 9551/9
9552/9 9555/23 9558/7
9576/3 9576/6 9584/23
9589/20 9591/2 9594/8
9602/15 9603/3 9608/8
9609/13 9611/17
9616/19 9620/25
9623/11 9623/12
9625/11 9626/22
9627/7 9630/8 9630/13
9630/22 9630/23
9635/14 9636/22
9640/11 9656/2 9669/3
9673/19 9676/2 9676/2
9677/2 9678/25
9692/10 9694/25
9695/6 9700/17
9715/14 9715/19
9717/4 9720/13
9732/21 9733/21
9735/17 9736/24
9740/12 9745/13
9746/2 9748/20
9749/22 9753/21
9755/9 9755/22
9756/11 9757/4 9758/8
9758/14 9758/19
9760/17 9760/21
9765/3 9767/4 9768/11
9768/23 9811/4
9815/15 9816/16
9820/5 9821/9 9823/23
9825/10 9826/15
9832/3 9834/1 9835/2

**went [39]** 9508/10
9522/16 9524/11
9546/18 9548/1 9551/7
9551/9 9558/9 9558/10
9558/12 9558/13
9560/23 9560/23
9560/25 9573/23
9574/13 9574/16
9578/15 9578/20
9584/25 9591/3 9594/6
9628/2 9628/5 9628/19
9629/5 9629/19 9630/7
9630/10 9631/13
9670/7 9670/8 9731/16
9733/11 9733/11
9738/19 9740/7
9747/10 9774/24

**were [232]** 9508/12
9508/16 9509/13
9515/13 9516/6
9517/24 9519/15
9519/16 9519/21
9519/22 9519/23
9522/7 9522/7 9524/13
9525/13 9526/24
9527/1 9528/3 9528/5
9528/11 9528/15

9516 9529/4 9529/8
9529/15 9529/23
9530/20 9532/10
9535/8 9536/3 9537/19
9537/21 9537/23
9537/23 9541/3 9542/5
9543/13 9546/1
9546/19 9546/20
9547/16 9547/21
9547/23 9548/12
9550/21 9550/22
9551/4 9551/5 9554/6
9556/14 9556/19
9556/25 9557/12
9558/16 9558/19
9559/2 9560/21 9561/1
9561/5 9561/10
9561/13 9561/14
9561/15 9561/19
9561/20 9562/13
9567/3 9567/18 9570/8
9572/24 9572/25
9573/6 9573/22 9574/3
9574/7 9574/10
9574/19 9579/3
9579/24 9580/4
9580/13 9581/7 9581/7
9582/11 9582/13
9583/17 9583/21
9584/3 9584/7 9587/11
9589/9 9589/25
9591/25 9592/4 9594/9
9598/25 9603/6 9604/3
9604/4 9604/7 9606/1
9606/7 9606/8 9608/13
9611/13 9611/15
9611/25 9612/8
9612/23 9613/7
9614/10 9615/9
9615/22 9615/22
9617/5 9617/20
9618/16 9620/9
9620/11 9620/14
9620/16 9621/10
9621/13 9621/14
9623/15 9625/1 9625/8
9625/11 9625/12
9625/14 9625/15
9626/3 9626/12 9627/3
9627/9 9628/22
9629/12 9629/12
9629/13 9629/14
9629/16 9629/24
9638/10 9645/18
9649/9 9650/25 9658/6
9665/23 9666/2
9666/22 9667/2 9667/6
9671/9 9671/23
9672/17 9673/22
9674/3 9675/7 9675/14
9676/16 9676/21
9676/23 9676/24
9677/2 9677/7 9677/7
9677/12 9678/1 9678/2
9679/10 9679/21
9681/19 9692/5 9705/3
9705/6 9705/11
9705/14 9706/13

9895

**were... [54]** 9708/10
9713/24 9716/24
9717/3 9718/13
9720/14 9729/21
9730/2 9731/1 9733/22
9737/23 9737/24
9738/2 9744/24
9745/19 9747/20
9748/20 9748/21
9749/5 9749/15
9750/13 9750/20
9753/9 9753/10
9754/12 9756/9
9756/11 9756/20
9758/1 9758/2 9759/9
9759/14 9759/15
9762/6 9769/15 9773/1
9773/2 9773/2 9773/20
9773/22 9783/12
9783/16 9783/17
9783/19 9784/2
9786/11 9791/6 9793/5
9794/18 9818/2 9828/7
9829/24 9830/4 9836/6
**weren't [3]** 9529/13
9547/20 9551/19
**west [2]** 9625/23
9738/19
**West Terrace [1]**
9625/23
**what [309]** 9508/22
9509/8 9509/13
9509/21 9510/23
9512/14 9513/10
9513/11 9514/12
9515/16 9515/25
9516/12 9516/15
9516/19 9517/20
9518/8 9519/6 9519/18
9519/18 9519/25
9520/8 9522/23
9523/18 9524/17
9526/3 9527/25 9529/3
9530/1 9530/9 9530/21
9530/22 9531/4 9531/8
9531/23 9531/24
9532/8 9534/5 9534/6
9534/16 9535/2 9535/9
9537/13 9538/20
9541/5 9544/9 9547/10
9548/24 9549/2 9551/5
9553/24 9561/9
9561/11 9561/15
9562/5 9563/6 9563/23
9564/12 9565/2 9565/5
9565/12 9565/20
9565/25 9566/25
9567/20 9569/19
9573/13 9573/18
9574/8 9575/11
9576/11 9576/19
9579/13 9581/15
9581/17 9582/16
9582/18 9584/17
9584/17 9585/7
9585/13 9587/16
9590/5 9591/8 9591/17

9599/4 9599/5 9600/11
9600/13 9600/23
9602/16 9603/1
9604/11 9605/25
9607/8 9607/14
9608/10 9608/11
9609/5 9609/11 9612/4
9612/16 9612/16
9613/22 9614/8
9615/22 9616/10
9618/15 9619/8
9620/18 9620/19
9620/23 9621/17
9622/4 9622/16
9622/24 9623/6
9624/15 9624/20
9625/20 9627/13
9631/22 9634/12
9635/16 9636/18
9637/2 9637/10
9638/23 9639/5
9642/12 9643/10
9645/16 9648/24
9651/11 9651/24
9653/1 9653/13
9653/21 9653/25
9654/22 9655/6
9656/13 9657/2
9657/23 9658/22
9660/10 9661/8
9662/11 9662/17
9664/5 9664/8 9664/23
9666/2 9667/1 9668/13
9669/9 9670/4 9673/7
9673/10 9673/13
9673/16 9675/11
9676/22 9676/25
9676/25 9677/3
9677/17 9678/21
9678/23 9679/1 9679/9
9682/2 9682/4 9682/5
9682/7 9684/14 9685/1
9685/4 9686/18 9687/8
9687/10 9687/23
9688/11 9688/13
9689/11 9689/23
9690/2 9690/5 9690/8
9691/24 9693/17
9694/3 9695/25
9697/17 9697/23
9698/13 9699/22
9701/11 9702/2
9702/10 9703/1 9703/3
9705/13 9705/22
9706/4 9706/9 9707/18
9707/20 9707/24
9708/1 9708/21
9711/19 9712/12
9713/7 9713/15
9715/10 9715/24
9716/24 9719/13
9720/13 9721/6
9728/25 9729/7
9729/19 9731/9
9731/23 9732/1
9732/12 9734/15
9735/1 9735/2 9737/14

9738/10 9738/14
9739/17 9739/20
9739/23 9741/21
9743/3 9747/8 9748/16
9749/12 9749/24
9750/6 9750/11 9751/3
9753/2 9753/19 9754/1
9754/3 9754/18
9754/19 9755/1 9755/5
9756/8 9757/7 9758/17
9759/19 9759/21
9761/20 9762/19
9762/23 9763/1 9763/7
9763/19 9764/1 9764/2
9764/9 9765/13
9765/15 9765/25
9769/23 9770/6 9770/8
9770/9 9774/12
9774/20 9774/25
9775/22 9777/7 9782/9
9783/12 9784/3
9786/18 9787/3 9791/6
9791/8 9793/5 9794/25
9795/11 9804/9
9804/13 9804/18
9810/2 9827/14 9830/6
9831/24 9832/1 9832/7
9832/11 9833/11
9833/13 9835/9 9836/9
**what's [17]** 9523/12
9530/5 9564/14
9578/22 9598/20
9600/8 9619/1 9644/2
9647/15 9705/24
9712/19 9733/3
9734/22 9743/19
9751/2 9831/19
9831/20
**whatever [7]** 9568/17
9614/8 9634/19 9721/2
9735/12 9831/2 9836/7
**when [116]** 9510/10
9516/2 9517/24
9519/13 9521/18
9524/8 9530/24
9534/24 9545/19
9550/16 9552/3 9557/8
9557/12 9558/3
9558/16 9560/20
9560/23 9560/25
9561/9 9561/12
9561/15 9562/1 9562/7
9567/17 9571/1 9572/7
9572/8 9573/16
9574/21 9578/18
9581/14 9581/16
9582/24 9582/24
9589/25 9593/12
9594/12 9594/21
9599/6 9599/20
9602/22 9605/25
9606/22 9607/1
9607/24 9607/25
9609/16 9612/7 9618/8
9619/11 9619/25
9620/6 9620/8 9620/13
9620/13 9620/16

9625/11 9625/14
9625/19 9625/20
9625/21 9626/10
9630/3 9637/4 9638/8
9643/1 9649/9 9649/15
9650/3 9665/21 9667/1
9667/13 9667/15
9670/5 9670/8 9672/19
9676/8 9680/16 9682/7
9692/2 9694/8 9698/5
9705/2 9705/23
9720/16 9720/19
9737/21 9739/18
9739/22 9747/12
9747/21 9757/3
9757/16 9758/25
9759/10 9760/2
9765/17 9766/1 9766/5
9766/8 9767/14
9768/15 9769/18
9773/1 9773/2 9774/1
9774/13 9775/13
9795/5 9802/15
9802/24 9810/6 9830/9
9835/13
**whenever [1]** 9536/18
**where [66]** 9508/2
9513/21 9515/18
9518/16 9526/20
9533/11 9539/3
9554/25 9556/3 9556/7
9561/19 9563/9 9591/1
9600/10 9609/22
9612/3 9612/23 9615/9
9619/22 9619/24
9620/11 9625/4 9630/4
9630/11 9639/20
9640/25 9646/11
9650/3 9652/10 9653/1
9654/14 9659/16
9660/20 9668/23
9676/22 9678/15
9682/10 9689/16
9691/5 9691/9 9692/2
9714/11 9716/1 9716/5
9716/10 9716/18
9720/6 9730/13
9733/13 9738/11
9738/25 9739/9
9739/13 9745/15
9754/5 9760/12
9760/14 9763/25
9767/1 9783/18
9783/25 9812/7
9814/14 9828/2
9834/12 9835/24
**whereabouts [4]**
9730/8 9733/20
9733/23 9752/25
**wherever [2]** 9621/21
9621/22
**whether [97]** 9512/4
9512/5 9512/8 9512/9
9512/12 9512/13
9512/25 9513/6 9513/7
9513/8 9513/22
9513/23 9513/25

9514/24 9514/25
9515/2 9515/23 9516/4
9516/5 9516/21 9522/6
9526/24 9527/9
9527/10 9528/20
9529/3 9530/16
9575/12 9595/14
9600/15 9602/17
9621/3 9624/3 9624/5
9631/13 9632/17
9632/21 9636/16
9640/8 9673/20 9675/5
9678/4 9679/4 9700/20
9720/1 9735/4 9748/3
9754/13 9773/2 9775/7
9776/6 9776/10
9776/17 9776/18
9776/19 9776/20
9776/22 9777/8 9777/9
9777/14 9777/15
9777/21 9778/25
9779/2 9782/4 9782/5
9785/14 9785/18
9787/6 9791/14
9791/25 9792/1
9792/13 9793/18
9799/16 9799/18
9799/19 9800/3 9800/5
9800/8 9802/15
9802/25 9803/11
9803/12 9803/13
9804/12 9809/1
9811/17 9814/11
9817/4 9817/16 9822/1
9827/2 9827/10
9834/10
**which [106]** 9507/7
9512/1 9514/21 9515/9
9515/23 9518/6 9518/9
9519/6 9519/14
9521/14 9521/25
9523/7 9523/20
9526/23 9526/23
9527/2 9527/10
9528/12 9529/12
9532/20 9535/8
9539/16 9543/20
9543/24 9547/15
9552/4 9556/12
9569/25 9570/2
9593/10 9607/24
9607/25 9611/5
9618/16 9620/2 9637/1
9637/7 9637/19
9642/10 9642/19
9645/8 9645/12
9647/12 9662/3 9675/8
9675/23 9679/10
9690/15 9693/3
9713/24 9715/23
9717/3 9718/19
9728/14 9728/25
9729/18 9739/12
9754/23 9757/20
9760/12 9762/11
9767/7 9768/19
9771/20 9772/10

**W**

**which... [41]** 9773/12
9774/11 9774/16
9776/3 9776/11
9776/22 9777/8 9778/9
9778/13 9782/19
9783/6 9785/16
9785/17 9786/23
9787/19 9788/6
9788/13 9791/6
9791/21 9798/22
9798/24 9802/12
9802/21 9802/22
9802/22 9803/4 9806/3
9808/15 9811/23
9812/15 9812/17
9815/11 9817/9
9818/12 9819/2 9819/4
9820/1 9825/7 9827/9
9829/3 9836/5
**whichever [1]** 9814/17
**while [23]** 9510/20
9510/20 9534/24
9542/12 9573/22
9604/3 9648/20
9673/23 9678/4
9728/10 9737/10
9754/24 9770/8 9775/1
9787/8 9793/15
9794/21 9794/24
9800/7 9805/6 9814/4
9824/9 9829/18
**Whip [4]** 9631/22
9631/23 9737/3
9739/15
**white [4]** 9546/21
9553/20 9649/2
9708/24
**who [85]** 9519/21
9520/21 9522/16
9524/2 9528/11
9528/25 9529/2
9529/23 9530/15
9530/17 9531/19
9531/21 9532/2
9540/25 9540/25
9550/12 9550/19
9550/21 9552/1
9556/12 9559/23
9563/20 9569/15
9572/20 9573/1
9583/10 9583/23
9585/18 9604/7
9614/18 9620/19
9621/10 9621/13
9624/22 9625/16
9628/22 9628/24
9629/11 9629/15
9629/23 9632/13
9636/1 9640/25 9652/4
9680/12 9684/17
9685/5 9691/3 9695/10
9696/3 9696/21
9719/22 9719/23
9720/9 9721/13
9728/13 9730/12
9730/17 9732/9 9734/6
9735/4 9735/11 9736/6

9742/14 9743/19
9744/24 9745/13
9771/1 9771/8 9775/17
9776/8 9778/2 9778/20
9778/25 9779/5 9781/8
9781/10 9781/14
9791/25 9805/1 9807/4
9807/7
**who's [8]** 9531/14
9542/22 9616/6
9653/15 9654/5
9655/19 9744/22
9745/5
**who've [1]** 9528/2
**whoever [1]** 9587/20
**whole [4]** 9556/8
9571/5 9585/17 9770/4
**wholly [1]** 9818/20
**whom [1]** 9807/6
**whose [4]** 9605/17
9618/24 9636/2
9731/14
**why [33]** 9512/24
9512/24 9514/17
9547/17 9578/7
9578/10 9580/2
9582/20 9587/23
9587/24 9594/2
9594/10 9596/2
9602/15 9611/7
9617/20 9625/10
9630/3 9646/1 9657/20
9681/2 9694/18
9694/23 9706/12
9709/5 9709/11
9714/13 9714/22
9715/4 9715/9 9733/24
9747/15 9783/21
**widely [1]** 9589/16
**wife [1]** 9731/7
**wildfire [1]** 9573/20
**will [102]** 9507/9
9511/12 9512/3
9514/23 9516/17
9529/2 9535/5 9536/6
9536/7 9541/5 9541/15
9541/15 9541/23
9541/23 9542/25
9554/24 9560/7 9564/4
9582/17 9589/14
9589/14 9600/25
9604/6 9606/18
9632/13 9632/15
9632/20 9641/21
9642/25 9644/6
9649/24 9650/20
9662/14 9664/12
9668/9 9683/3 9688/24
9695/15 9697/13
9699/13 9707/3
9708/15 9711/5 9717/4
9718/20 9719/3
9719/16 9720/24
9720/25 9736/2
9749/25 9750/1
9757/19 9765/2
9765/11 9765/12

9765/18 9765/21
9765/22 9765/25
9766/4 9766/18 9767/6
9767/14 9767/25
9768/19 9768/22
9769/23 9785/16
9789/23 9789/24
9790/17 9794/17
9798/2 9799/15 9803/9
9803/11 9813/12
9813/13 9817/13
9817/15 9817/17
9823/7 9830/2 9830/2
9830/3 9830/8 9830/16
9830/18 9832/4 9832/6
9832/9 9832/11
9833/15 9833/22
9834/11 9834/24
9835/1 9835/9 9835/11
**willfully [1]** 9812/10
9813/22 9814/2 9829/2
**William [4]** 9502/11
9503/2 9837/2 9837/8
**willing [3]** 9711/21
9796/13 9831/17
**willingness [1]** 9623/8
**Winchester [4]** 9554/2
9555/4 9557/12 9558/2
**window [5]** 9612/3
9612/5 9774/19
9774/23 9786/9
**wing [5]** 9589/12
9608/15 9608/23
9627/12 9696/24
**wink [2]** 9588/7 9588/8
**wish [3]** 9671/25
9680/13 9771/4
**wished [1]** 9809/24
**withdraw [2]** 9733/13
9747/3
**Withdrawn [1]** 9745/23
**within [10]** 9523/5
9628/11 9690/19
9691/20 9701/15
9762/22 9764/8
9794/19 9796/25
9818/20
**without [14]** 9512/21
9516/22 9535/8 9623/2
9623/2 9758/22
9770/12 9781/5
9783/20 9795/10
9795/16 9795/21
9795/23 9796/1
**witness [59]** 9504/2
9505/12 9517/10
9525/18 9525/23
9537/2 9544/15
9562/25 9575/4
9633/24 9634/5
9634/12 9634/15
9635/2 9637/20
9643/25 9644/24
9645/2 9664/25 9665/4
9667/24 9681/6
9741/11 9747/7
9749/23 9750/4

9775/1 9775/24
9776/11 9776/11
9776/14 9776/16
9776/16 9776/17
9776/18 9776/20
9776/21 9776/22
9777/1 9777/14
9777/15 9777/18
9777/22 9777/23
9777/24 9778/4
9779/12 9779/18
9779/20 9780/4
9780/11 9781/14
9782/4 9782/8 9782/11
9804/21 9833/12
**witness' [3]** 9634/20
9774/15 9776/17
**witness's [4]** 9634/17
9781/18 9782/6
9782/14
**witnesses [30]** 9504/4
9505/14 9524/11
9525/22 9632/22
9633/13 9633/19
9737/18 9737/23
9765/12 9770/11
9773/10 9773/13
9773/14 9773/15
9773/19 9776/8 9776/9
9777/1 9778/1 9778/7
9778/18 9778/20
9778/22 9778/25
9779/2 9779/3 9779/5
9779/9 9782/1
**witnessing [1]** 9777/3
**woman [1]** 9623/22
**won't [6]** 9538/13
9712/15 9715/23
9757/20 9832/3 9835/2
**wonder [1]** 9516/21
**wooden [1]** 9621/18
**Woodward [18]** 9502/2
9502/3 9506/18
9509/15 9527/16
9532/16 9533/7
9599/14 9604/25
9657/14 9657/16
9657/19 9661/17
9661/22 9663/9
9715/22 9719/14
9740/22
**word [11]** 9514/18
9588/7 9590/6 9590/19
9592/6 9673/16
9673/16 9683/10
9744/20 9764/5 9833/1
**words [15]** 9529/10
9534/4 9651/25
9728/20 9747/2 9747/2
9747/5 9749/1 9776/10
9783/12 9783/13
9792/5 9793/5 9795/10
9809/5
**work [6]** 9606/5
9685/12 9746/8
9746/13 9755/3
9790/23

**word [8]** 9522/16
9577/18 9611/4 9614/6
9685/9 9748/21 9756/5
9756/13
**working [11]** 9511/7
9511/8 9519/22 9532/2
9595/10 9598/7
9635/19 9685/15
9717/3 9754/24 9834/3
**works [1]** 9539/1
**world [1]** 9626/16
**worried [2]** 9556/15
9589/9
**worry [3]** 9602/16
9732/21 9749/13
9512/16 9513/17
9515/9 9516/19 9517/9
9517/13 9520/10
9523/5 9523/15
9524/15 9524/15
9524/16 9524/17
9524/18 9524/20
9524/22 9524/24
9525/8 9525/8 9525/16
9527/10 9527/11
9527/17 9527/22
9527/23 9527/25
9531/11 9532/7 9534/5
9535/15 9538/2
9538/22 9538/24
9539/6 9541/9 9542/24
9545/20 9551/22
9552/1 9554/11 9556/5
9556/8 9557/4 9561/5
9562/5 9562/16
9568/18 9569/3
9590/21 9591/8 9598/3
9598/17 9598/19
9598/19 9600/3 9600/6
9602/10 9603/25
9605/25 9606/3 9606/5
9606/9 9606/10
9606/21 9606/23
9607/17 9607/25
9608/5 9609/5 9609/12
9610/4 9612/5 9612/24
9615/17 9616/21
9616/23 9619/13
9620/23 9621/1 9621/5
9622/2 9622/5 9622/11
9622/23 9623/7 9624/7
9624/20 9624/20
9626/22 9629/2
9632/25 9633/25
9637/8 9638/23
9638/24 9639/16
9640/3 9640/8 9640/22
9643/6 9643/7 9644/3
9645/2 9645/24 9647/2
9647/10 9647/17
9648/2 9648/14 9650/9
9650/14 9650/23
9651/15 9651/16
9652/21 9652/25
9662/12 9663/12
9666/3 9668/16 9672/5
9674/2 9674/9 9675/12

9897

**W**

would... [69] 9675/12
9675/17 9675/17
9675/18 9675/21
9676/18 9679/22
9680/1 9680/2 9680/22
9680/4 9684/4 9688/22
9693/4 9693/23
9694/20 9697/8
9697/11 9699/10
9706/9 9711/3 9713/5
9713/23 9714/13
9716/17 9716/19
9717/12 9718/4
9732/14 9732/16
9732/17 9732/19
9733/2 9733/5 9733/6
9738/20 9742/14
9743/11 9744/22
9745/1 9745/8 9749/17
9751/12 9756/22
9756/24 9758/1 9758/2
9758/3 9758/20 9759/7
9772/17 9773/3
9774/21 9774/25
9775/23 9778/13
9779/25 9780/19
9781/5 9791/7 9801/9
9801/23 9803/23
9812/22 9831/12
9833/1 9833/3 9833/23
9833/25
wouldn't [5] 9594/4
9608/4 9673/1 9756/23
9756/25
write [11] 9542/11
9542/18 9545/24
9546/1 9547/2 9547/4
9554/24 9707/20
9708/1 9711/20
9765/24
writes [5] 9515/25
9522/4 9542/23 9546/3
9555/12
writings [1] 9731/22
written [9] 9512/4
9525/12 9536/4 9590/7
9590/15 9673/4 9702/3
9768/22 9791/1
wrong [3] 9579/13
9707/14 9804/19
wrongdoing [2]
9804/16 9804/17
wrote [3] 9538/11
9541/3 9627/16

**Y**

yahoo.com [1] 9752/7
yeah [33] 9507/15
9510/3 9511/22
9511/23 9513/23
9521/15 9525/1
9539/18 9548/10
9554/10 9560/11
9562/13 9563/8
9565/14 9565/23
9575/1 9583/10
9591/14 9591/22

9630/21 9645/25
9655/1 9657/5 9677/14
9677/23 9693/3
9715/13 9754/1
9766/24 9767/2
9767/22
year [10] 9621/23
9623/23 9696/20
9709/21 9709/22
9710/7 9742/19
9743/20 9757/5
9760/13
years [4] 9591/23
9685/25 9710/9
9710/19
yelling [1] 9681/20
Yep [3] 9554/21 9566/9
9566/11
yes [273] 9508/25
9509/20 9509/24
9510/2 9512/16
9513/15 9515/4
9533/20 9534/3
9536/20 9537/8
9537/18 9537/19
9538/8 9538/18
9539/24 9540/7 9540/9
9541/11 9542/3 9542/7
9542/21 9543/15
9543/18 9544/4
9544/14 9545/9
9545/20 9546/22
9547/10 9547/13
9547/25 9548/3 9548/3
9548/14 9549/6 9549/9
9549/12 9549/21
9551/10 9551/16
9551/24 9553/12
9553/14 9553/16
9553/19 9553/21
9553/23 9554/23
9556/8 9558/7 9558/8
9558/18 9559/22
9560/4 9560/7 9560/9
9560/17 9560/19
9561/4 9561/13
9561/18 9561/20
9563/5 9563/9 9564/5
9565/1 9565/9 9565/12
9566/2 9566/14
9566/16 9567/6
9571/25 9573/8
9573/11 9574/1 9574/9
9578/18 9581/13
9582/15 9583/7
9583/25 9584/3
9584/13 9586/15
9586/20 9589/2
9589/19 9591/5
9591/19 9592/2 9597/5
9600/22 9602/12
9603/5 9603/8 9604/10
9605/14 9605/15
9605/16 9606/2
9606/11 9606/16
9607/15 9609/15
9609/20 9613/23

9615/24 9616/4 9616/7
9616/12 9616/23
9617/13 9617/21
9618/3 9620/5 9621/12
9624/23 9625/9
9628/10 9628/13
9631/17 9632/12
9632/24 9633/24
9634/1 9635/21
9635/25 9636/3
9636/17 9638/12
9638/25 9638/25
9639/5 9639/8 9639/17
9639/25 9640/10
9640/14 9640/24
9641/2 9641/6 9641/18
9642/4 9643/7 9643/9
9645/14 9645/25
9646/4 9646/14 9647/3
9647/4 9647/8 9647/11
9647/18 9647/23
9648/4 9648/10
9648/13 9648/21
9649/13 9649/18
9650/8 9650/11
9650/18 9652/9
9652/12 9652/23
9653/6 9653/10
9653/12 9653/20
9654/2 9654/4 9654/17
9655/3 9655/12
9655/22 9655/24
9656/3 9656/23 9657/1
9658/1 9658/11
9658/18 9660/22
9660/22 9665/1
9665/11 9665/20
9666/9 9666/17
9666/24 9667/5 9667/8
9667/22 9668/3 9668/5
9668/18 9670/4
9670/24 9672/2 9672/6
9674/6 9674/10
9675/22 9676/10
9676/12 9676/14
9680/1 9680/4 9680/10
9681/23 9682/15
9683/13 9684/10
9685/11 9685/20
9686/25 9688/10
9690/16 9691/8
9691/23 9692/8
9692/21 9693/13
9699/21 9700/8
9700/23 9702/9
9703/18 9705/8
9705/18 9706/3 9706/8
9706/24 9709/10
9709/16 9710/25
9712/3 9718/25
9728/16 9738/13
9740/2 9741/21
9741/25 9742/20
9742/23 9743/2
9743/15 9743/16
9743/16 9743/21
9746/15 9748/14

9751/16 9751/19
9758/21 9761/6
9761/15 9761/21
9762/1 9762/5 9762/12
9763/18 9764/7
9766/14 9834/13
yesterday [18] 9510/7
9515/23 9518/9 9519/6
9537/13 9537/21
9538/5 9554/1 9562/19
9568/16 9574/14
9574/24 9579/19
9579/16 9580/3
9581/21 9605/24
9620/2
yet [1] 9551/19
Yorker [4] 9693/19
9695/23 9697/24
9698/10
you [1420]
you know [1] 9652/18
you'd [2] 9531/6
9752/16
you'll [6] 9555/20
9570/1 9594/1 9599/23
9601/5 9624/12
you're [85] 9511/17
9511/20 9513/10
9530/9 9530/19
9531/14 9534/7 9537/7
9540/3 9545/10
9545/17 9547/11
9552/23 9554/10
9558/16 9562/12
9564/16 9567/1 9567/7
9567/7 9583/11
9583/12 9586/1 9586/2
9588/3 9592/19 9595/2
9598/24 9599/1
9600/15 9607/8
9612/16 9612/16
9615/18 9615/21
9616/21 9617/3
9618/15 9625/13
9625/17 9625/19
9625/20 9626/10
9632/18 9634/16
9635/14 9635/21
9635/22 9639/16
9660/12 9675/3 9675/8
9676/1 9676/14
9677/17 9677/19
9680/16 9681/4 9694/9
9701/25 9702/2
9713/11 9719/2 9721/8
9740/10 9746/3 9746/3
9746/16 9747/8
9747/12 9748/24
9750/17 9751/4
9754/12 9755/2 9755/3
9756/19 9757/23
9758/10 9759/4
9760/24 9765/25
9767/1 9826/21
9830/24
you've [15] 9522/18
9531/24 9532/1

9626/3 9663/18
9737/16 9737/16
9737/17 9739/9
9746/22 9751/21
9766/21 9768/4
young [3] 9621/22
9629/8 9778/8
Young's [1] 9507/16
your [270] 9506/7
9507/5 9508/3 9511/5
9511/17 9511/19
9513/15 9513/18
9514/5 9515/4 9517/12
9517/23 9518/21
9520/5 9520/9 9522/23
9523/9 9523/18 9524/8
9525/10 9525/18
9526/5 9526/9 9526/14
9526/18 9530/23
9533/1 9534/16 9535/4
9536/19 9537/12
9537/13 9538/16
9539/6 9542/23
9544/25 9545/25
9548/17 9548/22
9550/25 9551/17
9551/23 9553/6
9555/19 9556/6 9557/3
9558/11 9558/13
9560/16 9562/16
9564/17 9569/18
9569/19 9570/7 9570/8
9570/9 9570/11
9571/13 9571/23
9575/8 9579/25
9580/21 9580/22
9580/22 9582/5
9582/10 9583/9
9583/11 9585/3
9588/17 9588/22
9589/8 9589/14
9589/15 9589/21
9591/6 9591/20 9592/7
9592/14 9592/16
9592/22 9593/9
9593/12 9593/20
9594/20 9595/3 9595/7
9595/12 9595/14
9595/19 9596/5 9597/8
9598/5 9598/7 9598/22
9600/1 9600/14
9600/17 9601/19
9602/10 9602/11
9602/13 9604/16
9604/21 9604/24
9605/1 9605/4 9605/25
9606/16 9609/14
9612/13 9613/5
9617/12 9617/23
9618/1 9621/8 9622/6
9624/4 9624/21
9625/19 9625/20
9626/3 9627/4 9627/9
9628/16 9632/3
9632/15 9632/19
9632/24 9633/15
9633/21 9633/24

9898

# Y

your... [138]  9634/4
9634/9 9634/21 9635/9
9636/8 9638/4 9641/24
9644/10 9645/15
9646/4 9646/14
9650/13 9650/18
9650/24 9651/25
9657/15 9658/20
9659/4 9660/1 9660/1
9661/12 9661/14
9661/15 9662/16
9663/3 9663/10 9664/7
9665/1 9668/8 9669/16
9670/13 9672/19
9673/6 9674/20
9674/21 9680/7
9680/10 9684/1 9687/1
9689/6 9694/9 9695/4
9695/16 9698/14
9700/13 9700/15
9700/23 9701/2 9701/9
9705/13 9709/1 9709/9
9709/14 9711/4
9711/25 9713/4
9713/10 9713/19
9715/5 9715/10
9715/25 9718/10
9719/3 9719/19 9729/2
9729/4 9729/11
9730/22 9732/6
9732/14 9733/9
9736/19 9739/3
9740/23 9741/12
9742/2 9742/14 9743/7
9743/10 9743/11
9744/2 9744/20
9749/10 9749/24
9750/14 9750/14
9753/21 9755/12
9760/23 9761/1 9761/6
9762/7 9764/15
9764/25 9765/7
9765/18 9765/19
9768/13 9768/14
9770/3 9770/6 9770/21
9770/23 9770/24
9770/25 9771/2 9771/3
9771/5 9771/5 9771/7
9771/21 9773/3 9773/6
9773/17 9774/4 9774/5
9776/2 9776/5 9777/24
9778/5 9779/7 9780/12
9781/2 9783/5 9783/17
9798/20 9814/19
9830/24 9831/6
9831/19 9832/17
9832/23 9833/4 9833/5
9833/8 9833/20
9834/13 9836/5
Your Honor [112]
9506/7 9507/5 9508/3
9511/5 9511/17
9511/19 9513/15
9513/18 9514/5 9515/4
9517/12 9517/23
9520/5 9520/9 9522/23
9524/8 9525/10 9526/5

9535/4 9544/25
9548/22 9575/8
9592/22 9593/20
9594/20 9595/7
9595/12 9595/19
9596/5 9597/8 9598/5
9598/22 9600/1
9600/17 9601/19
9602/13 9604/21
9604/24 9605/1 9605/4
9622/6 9628/16 9632/3
9632/15 9632/19
9632/24 9633/15
9633/21 9633/24
9634/9 9634/21 9638/4
9641/24 9644/10
9646/4 9646/14
9650/13 9650/18
9650/24 9657/15
9659/4 9661/12
9662/16 9663/10
9664/7 9665/1 9668/8
9670/13 9680/10
9689/6 9695/4 9695/16
9698/14 9700/13
9700/15 9700/23
9711/4 9713/19
9715/25 9718/10
9719/19 9729/2 9729/4
9729/11 9730/22
9732/6 9732/14 9733/9
9736/19 9739/3
9740/23 9741/12
9744/2 9749/24
9753/21 9761/1 9761/6
9764/15 9764/25
9765/7 9768/14 9831/6
9831/19 9832/17
9832/23 9833/4 9833/5
9833/20 9834/13
Your Honor's [2]
9526/18 9595/3
yourself [3]  9627/21
9628/11 9635/8
YouTube [6]  9533/22
9682/6 9682/8 9682/9
9682/11 9745/14

# Z

Zaremba [3]  9503/2
9837/2 9837/8
Zello [29]  9508/10
9521/6 9521/17
9523/12 9564/16
9564/17 9565/20
9566/25 9569/12
9569/13 9571/1 9571/7
9571/12 9572/15
9572/17 9572/19
9572/21 9572/24
9573/1 9578/18 9586/2
9586/3 9586/9 9587/11
9612/16 9619/7
9619/17 9624/25
9737/22
zero [1]  9564/20
zone [11]  9705/4

9705/22 9706/2 9706/4
9706/7 9706/14
9706/20 9707/14
9707/24
zoom [6]  9540/23
9541/17 9541/20
9543/22 9707/9
9709/18