# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 22-CR-15 (APM) |
| **ELMER STEWART RHODES III,** : | |
| **KELLY MEGGS,** : | |
| **KENNETH HARRELSON,** : | |
| **JESSICA WATKINS,** : | |
| **ROBERTO MINUTA,** : | |
| **JOSEPH HACKETT,** : | |
| **DAVID MOERSCHEL,** : | |
| **THOMAS CALDWELL, and** : | |
| **EDWARD VALLEJO,** : | |
| Defendants. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Jocelyn Ballantine is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully Submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:   */s/ Jocelyn Ballantine*
JOCELYN BALLANTINE, CA Bar No. 208267
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov